INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 1 | 2/5/2021 | Transcript, *Absolute Proof* |
| 2 | 2/5/2021 | Screenshots, *Absolute Proof* |
| 3 | 4/3/2021 | Transcript, *Scientific Proof* |
| 4 | 4/3/2021 | Screenshots, *Scientific Proof* |
| 5 | 4/22/2021 | Transcript, *Absolute Interference* |
| 6 | 4/22/2021 | Screenshots, *Absolute Interference* |
| 7 | 6/5/2021 | Transcript, *Absolutely 9-0* |
| 8 | 6/5/2021 | Screenshots, *Absolutely 9-0* |
| 9 | 2/5/2021 | Transcript, *War Room* podcast |
| 10 | 2/5/2021 | Screenshots, *War Room* podcast |
| 11 | 2/6/2021 | Transcript, *War Room* podcast |
| 12 | 2/8/2021 | Transcript, *Real America with Dan Ball* |
| 13 | 2/8/2021 | Screenshots, *Real America with Dan Ball* |
| 14 | 2/11/2021 | Transcript, *A Screening and Conversation of Absolute Proof* |
| 15 | 2/11/2021 | Screenshots, *A Screening and Conversation of Absolute Proof* |
| 16 | 2/24/2021 | Transcript, *The Pete Santilli Show* |
| 17 | 2/24/2021 | Screenshots, *The Pete Santilli Show* |
| 18 | 3/26/2021 | Transcript, *War Room* podcast |
| 19 | 3/26/2021 | Screenshots, *War Room* podcast |
| 20 | 3/30/2021 | Transcript, *Eric Metaxas Radio Show* |
| 21 | 3/30/2021 | Screenshots, *Eric Metaxas Radio Show* |
| 22 | 4/1/2021 | Transcript, *Indivisible with John Stubbins* |
| 23 | 4/1/2021 | Screenshots, *Indivisible with John Stubbins* |
| 24 | 4/8/2021 | Transcript, *USA Watchdog* |
| 25 | 4/8/2021 | Screenshots, *USA Watchdog* |
| 26 | 4/9/2021 | Transcript, *War Room* podcast |
| 27 | 4/9/2021 | Screenshots, *War Room* podcast |
| 28 | 5/3/2021 | Transcript, *War Room* podcast |
| 29 | 5/3/2021 | Screenshots, *War Room* podcast |
| 30 | 5/8/2021 | Transcript, *War Room* podcast |
| 31 | 5/8/2021 | Screenshots, *War Room* podcast |
| 32 | 8/10/2021-8/12/2021 | Transcript, Cyber Symposium (Lindell) |
| 33 | 8/10/2021-8/12/2021 | Screenshots, Cyber Symposium (Lindell) |
| 34 | 8/10/2021-8/12/2021 | Transcript, Cyber Symposium (Waldron) |
| 35 | 8/10/2021-8/12/2021 | Screenshots, Cyber Symposium (Waldron) |
| 36 | 8/10/2021-8/12/2021 | Transcript, Cyber Symposium (Oltmann) |
| 37 | 8/10/2021-8/12/2021 | Screenshots, Cyber Symposium (Oltmann) |
| 38 | 12/23/2020; 1/8/2021; 2/4/2021 | US Dominion, Inc., Retraction Demand Letters to Lindell |

# INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 39 | 10/1/2020 | California Secretary of State Press Release, *Los Angeles County VSAP 2.1 Voting System Certified* |
| 40 | 10/1/2020 | California Secretary of State, *Conditional Approval of Los Angeles County's Voting Solutions for All People (VSAP) 2.1 Voting System* |
| 41 | 12/15/2020 | California Secretary of State Website, *Voting Technologies Approved for Use in California* |
| 42 | 8/9/2019 | Georgia Secretary of State, *Dominion Voting System Certification* |
| 43 | 11/19/2020 | Georgia Risk-Limiting Audit Report |
| 44 | 11/19/2020 | Georgia Secretary of State, *Historic First Statewide Audit of Paper Ballots Upholds Result of Presidential Race* |
| 45 | 11/30/2020 | *Georgia Press Conference on 2020 Election Recount Update Transcript November 30* |
| 46 | | Georgia Secretary of State Press Release, *Security-Focused Tech Company, Dominion Voting to Implement New Verified Paper Ballot System* |
| 47 | 1/6/2021 | Georgia Secretary of State, Letter to Congress |
| 48 | | Michigan Voter Information Center, *Voting Systems Map* |
| 49 | | Michigan Secretary of State, *Voting System Purchase* |
| 50 | 11/6/2020 | Michigan Department of State Press Release |
| 51 | 1/5/2021 | Michigan Secretary of State, *Michigan's election was secure and fair, and the results are accurate* |
| 52 | | Pennsylvania Department of State, *Electronic Voting Systems Certified After January 1, 2018* |
| 53 | | Pennsylvania Pressroom, *Department of States Tells Counties to Have New Voting Systems in Place by End of 2019* |
| 54 | | Votes PA, *New Voting Systems* |
| 55 | 11/12/2020 | Twitter, @GovernorTomWolf |
| 56 | 11/13/2020 | Governor Tom Wolf, *U.S. Election was 'most secure in American history' Federal Agency says* |
| 57 | | Arizona Secretary of State, *2020 Election Cycle/Voting Equipment* |
| 58 | 12/1/2020 | Twitter, @DougDucey |
| 59 | | Wisconsin Elections Commission, *Voting Equipment List by Municipality February 2020* |
| 60 | | Wisconsin Elections Commission, *Voting Equipment* |
| 61 | 12/16/2020 | Wisconsin Elections Commission, *Did Dominion Voting Equipment Slip Votes from Trump to Biden?* |
| 62 | | Nevada Secretary of State, *Voting System Testing and Security List* |
| 63 | 11/5/2020 | Nevada Governor, *Governor Sisolak issues statement on President Trump's comments on the election* |
| 64 | | Nevada Secretary of State, *Facts v. Myths: Nevada 2020 Post-General Election* |
| 65 | 11/14/2020 | Smartmatic Website, *Smartmatic Fact-checked* |
| 66 | 11/16/2020 | Smartmatic Website, *Smartmatic Fact-checked* |
| 67 | 11/27/2020 | Smartmatic Website, *Smartmatic Fact-checked* |
| 68 | | Smartmatic Website, *Facts About Smartmatic* |
| 69 | 11/1/2020 | Dominion Website, *About Dominion* |

INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 70 | 11/7/2020 | Dominion Website, *Statement on Viral Claims/Rumors About Dominion Voting Systems* |
| 71 | 11/13/2020 | Dominion Website, *Election 2020: Setting the Record Straight: Facts & Rumors* |
| 72 | 11/17/2020 | Dominion Website, *Setting the Record Straight: Facts & Rumors* |
| 73 | 11/21/2020 | Dominion Website, *Setting the Record Straight: Facts & Rumors* |
| 74 | 11/25/2020 | Dominion Website, *Setting the Record Straight: Facts & Rumors* |
| 75 | 11/26/2020 | Dominion Website, *Statement from Dominion on Sidney Powell's Charges* |
| 76 | 12/3/2020 | Dominion Website, *Election 2020: Setting the Record Straight: Facts & Rumors* |
| 77 | 11/1/2020 | ES&S Website, *Getting the facts straight about elections* |
| 78 | 11/11/2020 | ES&S Website, *ES&S Equipment Efficiently, Accurately, Securely Records Election History* |
| 79 | 11/26/2020 | ES&S Website, *Getting the facts straight about elections* |
| 80 | 9/25/2020 | Hart Website, *Voting System Security Technology* |
| 81 | 9/28/2020 | Hart Website, *More Texas Counties Choose Hart InterCivic's Verity Voting* |
| 82 | 6/25/2010 | Dominion Voting Systems, Inc., Statement of Foreign Entity Authority filed with Colorado Secretary of State |
| 83 | 9/18/2012 | Smartmatic Press Release, *Smartmatic International Sues Dominion Voting Systems for Licensing Breach and Improper Business Practices* |
| 84 | 9/26/2012 | Smartmatic Press Release, *Carter: "The electoral system in Venezuela is the best in the world"* |
| 85 | 5/1/2013 | Mem. Opinion in *Smartmatic Int'l Corp. v. Dominion Voting Systems Int'l Corp.*, No. 7844-VCP (Del. Ch.) |
| 86 | 10/29/2018 | Associated Press, *US election integrity depends on security-challenged firms* |
| 87 | 10/29/2018 | Associated Press, *Security-challenged firms are gatekeepers of US elections* |
| 88 | 3/27/2019 | Klobuchar Press Release, *Ranking Members Klobuchar, Warner, Reed, and Peters Press Election Equipment Manufacturers on Security* |
| 89 | 5/2/2019 | National Public Radio, *Trips to Vegas and Chocolate-Covered Pretzels: Election Vendors Come Under Scrutiny* |
| 90 | 10/28/2019 | ProPublica, *The Market for Voting Machines is Broken. This Company Has Thrived in It* |
| 91 | 11/5/2019 | FBI National Press Office, *Joint Statement from DOJ, DOD, DHS, DNI, FBI, NSA, and CISA on Ensuring Security of 2020 Elections* |
| 92 | 12/10/2019 | Warren Press Release, *Warren, Klobuchar, Wyden, and Pocan Investigate Vulnerabilities and Shortcomings of Election Technology Industry with Ties to Private Equity* |
| 93 | 3/11/2020 | Loyola Marymount University, *2020 LA Votes Presidential Primary Exit Poll* |
| 94 | 3/30/2020 | Smartmatic USA Corp., Annual Report filed with Florida Secretary of State |
| 95 | 9/24/2020 | CNN Transcript |
| 96 | 10/28/2020 | The Wall Street Journal, *Early Voting Shines Spotlight on Consolidated Voting-Equipment Market* |

INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 97 | 10/30/2020 | NASS and NASED 2020 Election Preparations and Reminders |
| 98 | 11/3/2020 | Politico, *Playbook PM: Halftime* |
| 99 | 11/4/2020 | Post-Election Joint Statement from NASS and NASED |
| 100 | 11/4/2020 | CISA, *Statement from CISA Director Krebs Following Final Day of Voting* |
| 101 | 11/10/2020 | The New York Times, *The Times Called Officials in Every State: No Evidence of Voter Fraud* |
| 102 | 11/10/2020 | Los Angeles Times, *L.A.'s $300-million voting systems gets high marks as votes trickle in across California* |
| 103 | 11/11/2020 | Smartmatic Website, *Los Angeles County-Voting Solutions for All People* |
| 104 | 11/19/2020 | Wisconsin Star News, *No evidence has been provided that supports allegations of systemic or widespread election issues* |
| 105 | 11/12/2020 | CISA, *Joint Statement from Elections Infrastucture Government Coordinating Council & Election Infrastructure Sector Coordinating Executive Committees* |
| 106 | 11/16/2020 | Letter from Election Security Specialists |
| 107 | 11/19/2020 | Verify, *No evidence that presidential election votes were tallied overseas* |
| 108 | 5/3/2021 | Transcript, *OANN Newsroom with Pearson Sharp* |
| 109 | 5/3/2021 | Screenshots, *OANN Newsroom with Pearson Sharp* |
| 110 | 11/30/2020 | CBS News, *Fired Director of U.S. Cyber Agency Chris Krebs Explains Why President Trump's Claims of Election Interference Are False* |
| 111 | 12/1/2020 | Associated Press, *Disputing Trump, Barr says no widespread election fraud* |
| 112 | 8/6/2018 | NCSL, *Voting System Standards, Testing and Certification* |
| 113 | | U.S. EAC, *Voting Systems by Jurisdiction* |
| 114 | | Verified Voting Website, *The Verifier – Search – November 2020* |
| 115 | | CISA, *#Protect2020 Rumor vs. Reality* |
| 116 | | VoteTexas.gov, *How to Vote* |
| 117 | | Texas Secretary of State, *Voting System Examination(s) and Status for Dominion* |
| 118 | | Verified Voting Website, *The Verifier – Search – November 2020, Filtered for Make: Smartmatic/Los Angeles County* |
| 119 | | Verified Voting Website, *The Verifier – Search – November 2020, Filtered for Make: Dominion Voting Systems* |
| 120 | 11/29/2020 | ES&S Website, *Let's get the facts straight* |
| 121 | 12/25/2020 | ES&S Website, *Let's get the facts straight* |
| 122 | 1/2/2021 | ES&S Website, *Let's get the facts straight* |
| 123 | 2/23/2012 | National Museum of American History Statement |
| 124 | 1/24/2020 | PolitiFact, *Fact-checking hoaxes and conspiracies about the coronavirus* |
| 125 | 11/7/2020 | Twitter, @CISAKrebs |
| 126 | 11/18/2020 | Associated Press, *Trump-friendly Newsmax seeks to cut into Fox's viewership* |
| 127 | 11/30/2020 | Business Insider, *All major battleground states in the 2020 election officially certify their results, cementing Biden's victory in the presidential race* |

INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
| --- | --- | --- |
| 128 | 1/8/2021 | NBC News, *Twitter bans Michael Flynn, Sidney Powell in QAnon account purge* |
| 129 | 1/26/2021 | BuzzFeed News, *How "The Women for America First" Bus Tour Led to The Capitol Coup Attempt* |
| 130 | 2/6/2021 | Washingtontimes.com, *Mike Lindell, MyPillow CEO has conspiratorial pro-Trump film yanked from YouTube* |
| 131 | 8/15/2021 | Business Insider, *Here's what happened at Mike Lindell's cyber symposium from him storming offstage to Bolsonaro's son giving him a MAGA hat signed by Trump* |
| 132 | 10/6/2021 | Reuters, *Special Report: How AT&T helped build far-right One America News* |
| 133 | 6/23/2021 | Michigan Senate Oversight Committee, *Report on the November 2020 Election in Michigan* |
| 134 | 6/24/2021 | *Matter of Giuliani*, 1976 A.D.3d 1, 4 (1st Dep't 2021) |
| 135 | 6/27/2021 | The Atlantic, *Inside William Barr's Breakup with Trump* |
| 136 | 8/3/2021 | *O'Rourke et al. v. Dominion Voting Systems, Inc. et al.*, No. 20-cv-3747, 2021 WL 3400671 (D. Colo. Aug. 3, 2021) |
| 137 |  | *Mary Fanning Kirchhoefer*, LinkedIn |
| 138 | 2/4/2021 | Dkt. 001, *Smartmatic USA Corp., et al. v. Fox Corporation et al.*, Supreme Court of the State of New York, County of New York, Index No. 151136/2021 |
| 139 | 6/21/2019 | ES&S, Letter to North Carolina State Board of Elections and Ethics Enforcement, Ownership of Electronic Systems & Software, LLC |
| 140 | 11/4/2018 | CNN, *How Mike Lindell, the MyPillow guy, became a midterm messenger* |
| 141 | 1/27/2021 | The New York Times, *MyPillow C.E.O.'s Trump Conspiracy Theories Put Company on the Spot* |
| 142 | 6/17/2020 | The List, *The MyPillow Guy's Net Worth is Even Higher Than You Think* |