# Exhibit 6

Screenshot A



Exhibit 6, *Absolute Interference* (4/22/2021) at 00:03.

**Screenshot B**



Exhibit 6, *Absolute Interference* (4/22/2021) at 03:04.

**Screenshot C**



Exhibit 6, *Absolute Interference* (4/22/2021) at 04:49.

**Screenshot D**



Exhibit 6, *Absolute Interference* (4/22/2021) at 08:36.

Screenshot E



Exhibit 6, *Absolute Interference* (4/22/2021) at 09:32.

Screenshot F



Exhibit 6, *Absolute Interference* (4/22/2021) at 15:01.

**Screenshot G**



Exhibit 6, *Absolute Interference* (4/22/2021) at 45:53.

## Screenshot H

FRAUD 2020
ERFERENCE
(2,995)
RY DATA

| TIME | SOURCE IP | SOURCE OWNER | SOURCE ID | TARGET IP | TARGET STATE | TARGET OWNER | TARGET ID | INTRUSION METHOD | SUCCESS | TRACE LOG | CHANGED VOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:45:40 | 78.108.241.28 | NETWORK FOR NEEDS OF INTERCONTINENTAL - | 27:a2:33:8d:f4:94 | 143.95.252.43 | GEORGIA | BLECKLEY COUNTY ELECTION | ee:b8:1e:a8:03:9a | * | Y | N | |
| 2:00:16 | 150.70.172.105 | JP JAPAN NETWORK INFORMATION CENTER | cc:02:80:e5:92:d6 | 192.189.6.133 | GEORGIA | CHEROKEE COUNTY ELECTION | 79:0f:cf:5a:35:cd | FIREWALL | U | | |
| 2:00:35 | 139.0.0.134 | PT. FIRST MEDIA TBK BROADBAND INTERNET S | fb:39:c2:88:1d:2b | 35.194.94.20 | GEORGIA | JASPER COUNTY ELECTION | d1:5e:ea:2f:d4:42 | FIREWALL | N | | |
| 1:23:42 | 144.76.183.41 | HETZNER ONLINE GMBH DATACENTER FSN1-DC11 | 46:2c:fb:02:db:f7 | 104.18.21.238 | ARIZONA | PINAL COUNTY ELECTION | e3:20:3b:75:74:e0 | FIREWALL | N | | |
| 3:47:27 | 5.9.127.154 | HETZNER ONLINE GMBH DATACENTER FSN1-DC7 | e2:a2:7d:e3:61:23 | 99.83.200.251 | GEORGIA | COLQUITT COUNTY ELECTION | a7:08:4b:0d:82:96 | BOTH | | N | |
| 2:41:14 | 202.46.50.47 | SHENZHEN SUNRISE TECHNOLOGY CO.,LTD. 200 | 9d:47:da:67:e1:4b | 198.108.253.104 | MICHIGAN | DELTA COUNTY | 01:e1:76:88:30:6a | BOTH | Y | Y | TRUMP: DOWN |
| 5:44:23 | 5.10.83.101 | SOFTLAYER DUTCH HOLDINGS BV PAUL VAN VLI | ba:1f:f3:6b:a5:17 | 65.254.227.240 | GEORGIA | TALBOT COUNTY ELECTION | 6f:21:e0:65:21:46 | CREDENTIALS | | N | |
| 7:59:41 | 220.255.1.218 | SINGNET PTE LTD 2 STIRLING ROAD # 03-00 | f4:77:e3:45:f2:c8 | 207.38.74.12 | GEORGIA | LAURENS COUNTY ELECTION | 38:ec:06:43:91:63 | CREDENTIALS | | Y | |
| 0:25:48 | 193.203.48.46 | PE IVANOV VITALIY SERGEEVICH 42-A TOBOLS | 21:68:2e:a9:d1:31 | 69.163.171.94 | GEORGIA | TAYLOR COUNTY ELECTION | dc:dc:45:d7:12:3c | FIREWALL | Y | N | |
| 9:44:01 | 194.42.67.37 | BUREAU VAN DIJK ELECTRONIC PUBLISHING GB | ca:52:65:86:70:95 | 207.38.74.204 | GEORGIA | LUMPKIN COUNTY ELECTION | d6:b3:2e:05:00:32 | FIREWALL | U | | |
| 1:01:46 | 92.17.224.223 | CARPHONE WAREHOUSE BROADBAND SERVICES GB | 75:ee:c4:e2:e7:76 | 199.224.22.10 | PENNSYLVANIA | ALLEGHENY COUNTY | 6e:1e:dd:93:dd:3a | BOTH | Y | N | TRUMP: DOWN: |
| 1:55:26 | 202.46.63.149 | SHENZHEN SUNRISE TECHNOLOGY CO.,LTD. 200 | 91:8b:65:a1:e:7:3d | 35.242.251.130 | MICHIGAN | HURON COUNTY | 94:28:16:4a:c7:c5 | * | N | | |
| 4:27:27 | 218.30.103.214 | CHINANET IDC CENTER CHINA TELECOM BEIJIN | 57:9d:b0:07:2c:c6 | 162.221.183.17 | GEORGIA | WORTH COUNTY ELECTION | 36:59:19:3a:95:a9 | BOTH | | Y | |
| 0:31:35 | 217.69.133.169 | MAIL.RU SERVICES RU | ed:a4:ec:60:07:8e | 65.254.227.224 | GEORGIA | HARALSON COUNTY ELECTION | d2:f3:8d:75:7f:db | * | | N | |
| 5:22:16 | 180.76.5.116 | BEIJING BAIDU NETCOM SCIENCE AND TECHNOL | ca:b5:4a:84:da:22 | 52.84.112.70 | PENNSYLVANIA | PHILADELPHIA COUNTY | 02:34:0a:af:a0:1b | * | | Y | TRUMP: DOWN |
| 7:36:14 | 180.76.5.20 | BEIJING BAIDU NETCOM SCIENCE AND TECHNOL | 36:c1:e1:04:e6:cc | 66.70.225.58 | GEORGIA | MARION COUNTY ELECTION | 08:31:70:f1:98:0b | * | | N | |
| 3:21:00 | 150.70.97.87 | JP JAPAN NETWORK INFORMATION CENTER | 32:a7:67:c0:8a:0b | 192.252.144.26 | MICHIGAN | MONTMORENCY COUNTY | 82:c1:14:18:6d:11 | FIREWALL | Y | N | |
| 4:58:38 | 118.97.67.186 | ID PT TELKOM INDONESIA"S CUSTOMER. | 23:e5:9e:c9:a5:2c | 99.83.200.251 | MICHIGAN | CHARLEVOIX COUNTY | 6e:ca:a4:31:33:51 | * | | Y | |
| 1:15:43 | 70.76.132.222 | SHAW COMMUNICATIONS INC. SUITE 800 630 | 4a:2d:09:48:06:14 | 207.38.75.62 | MICHIGAN | CASS COUNTY | 7b:19:95:aa:38:0b | CREDENTIALS | N | N | |
| 0:26:43 | 188.40.35.194 | HETZNER ONLINE GMBH DATACENTER FSN1-DC8 | b7:06:4a:c6:e4:76 | 13.82.40.73 | GEORGIA | FULTON COUNTY ELECTION | 6a:f3:a0:59:f4:71 | CREDENTIALS | Y | N | TRUMP: DOWN |
| 0:58:46 | 94.23.13.153 | OVH SAS 2 RUE KELLERMANN 59100 ROUBAIX F | 3e:d4:a3:4c:ee:6d | 12.13.22.68 | GEORGIA | FORSYTH COUNTY ELECTION | 17:8f:96:29:c3:05 | CREDENTIALS | | | |
| 8:55:44 | 110.77.209.190 | 10 FL. 72. CAT TELECOM TOWER BANGRAK BAN | 0d:f9:67:57:ca:31 | 192.185.148.130 | GEORGIA | HARRIS COUNTY ELECTION | 4c:fb:57:ea:9a:cd | BOTH | Y | | |
| 3:03:34 | 31.186.87.46 | ECO-ATMAN-PL | 6e:6d:d7:5c:95:34 | 168.235.110.102 | GEORGIA | BERRIEN COUNTY ELECTION | 54:95:51:50:56:d1 | * | U | Y | |
| 5:44:12 | 176.31.14.28 | DEDICATED SERVERS FR | 48:e0:d2:7c:af:d9 | 104.196.221.200 | GEORGIA | UNION COUNTY ELECTION | f5:cf:3e:a5:b3:62 | * | | Y | |
| 6:02:20 | 123.125.71.46 | VBV CN | 3d:39:24:38:26:cc | 159.233.2.2 | ARIZONA | PIMA COUNTY ELECTION | 10:2e:49:35:68:fa | CREDENTIALS | | Y | TRUMP: DOWN |
| 9:22:53 | 2.123.127.128 | SKY UK LIMITED GB | 3e:0d:34:90:b8:e7 | 207.38.75.196 | GEORGIA | MERIWETHER COUNTY ELECTION | b5:8d:8e:f9:b8:4d | CREDENTIALS | Y | | |
| 4:56:49 | 208.83.40.158 | ASCENT DATA, LLC 90 BETA DRIVE PITTSBURG | 24:59:e9:48:70:69 | 74.43.151.7 | ARIZONA | NAVAJO COUNTY ELECTION | a5:e6:0c:04:26:ad | CREDENTIALS | U | N | |
| 2:23:20 | 27.159.211.194 | CHINANET FUJIAN PROVINCE NETWORK CHINA T | ad:03:cb:e0:6b:34 | 104.239.192.197 | MICHIGAN | MASON COUNTY | 77:bd:d2:d3:84:23 | BOTH | U | Y | |
| 8:27:23 | 46.148.30.161 | INFIUM, UAB JURGIO BALTRUSAICIO G. 9, LT | 71:ca:e6:8b:c6:1e | 207.38.73.105 | MICHIGAN | MUSKEGON COUNTY | 56:a2:e6:17:6d:7e | FIREWALL | U | N | |
| 0:50:46 | 37.140.141.21 | YANDEX LLC 16 LEO TOLSTOY ST. 119021 MOS | e7:df:aa:1e:90:74 | 207.38.76.58 | GEORGIA | LIBERTY COUNTY ELECTION | 29:e3:3d:03:0b:18 | * | U | | |
| 1:36:05 | 212.156.70.118 | TURK TELEKOM TTNET NATIONAL BACKBONE TR | 77:ea:0b:4a:24:59 | 208.90.191.81 | GEORGIA | ORGAN COUNTY ELECTION | 4e:cd:6b:e2:e1:4d | * | | Y | |
| 6:22:07 | 123.125.71.71 | VBV CN | de:b3:75:6a:23:47 | 98.174.25.124 | GEORGIA | PEACH COUNTY ELECTION | 7d:f8:b6:31:eb:c1 | * | U | N | |
| 3:58:32 | 180.76.6.139 | BEIJING BAIDU NETCOM SCIENCE AND TECHNOL | 1e:e5:9f:96:9f:d3 | 50.200.216.246 | GEORGIA | BARROW COUNTY ELECTION | 74:ec:27:64:2e:4d | BOTH | Y | Y | |
| 5:41:19 | 198.240.212.2 | CREDIT SUISSE GROUP / CANA CH | a7:b6:ec:63:b3:eb | 208.90.191.126 | ARIZONA | MARICOPA COUNTY | e7:dc:f9:88:d1:4c | BOTH | Y | | TRUMP: DOWN |
| 6:29:37 | 192.162.19.183 | FOP BUDKO DMITRO PAVLOVICH 33023, UKRIAN | 4e:81:fc:af:bf:27 | 66.129.42.92 | MICHIGAN | CRAWFORD COUNTY | a8:2e:8d:5f:a2:03 | FIREWALL | N | N | |
| 6:39:46 | 37.139.50.100 | RU | 3f:79:7f:54:4c:c1 | 192.124.249.10 | GEORGIA | BIBB COUNTY ELECTION | ca:02:98:1a:a6:41 | FIREWALL | | N | |
| 0:36:34 | 37.200.65.208 | SELECTEL LTD. RU | 52:b1:f4:46:cd:e2 | 23.185.0.1 | GEORGIA | DEKALB COUNTY ELECTION | 49:d8:c9:d1:67:09 | * | N | N | TRUMP: DOWN |
| 9:31:00 | 1.126.127.230 | TELSTRA LEVEL 12, 242 EXHIBITION ST MELB | bf:e8:ab:ac:ac:06 | 66.96.149.32 | GEORGIA | WILKINSON COUNTY ELECTION | 42:e0:0d:23:93:b2 | CREDENTIALS | U | Y | |
| 4:52:57 | 193.71.68.2 | CUSTOMER NETS NO | f8:d0:a9:99:5f:9f | 104.46.120.98 | GEORGIA | CHATHAM COUNTY ELECTION | 09:31:4c:ec:b9:e8 | CREDENTIALS | | N | |
| 0:31:43 | 180.76.5.202 | BEIJING BAIDU NETCOM SCIENCE AND TECHNOL | be:ab:33:d3:c8:53 | 208.90.191.147 | ARIZONA | COCONINO COUNTY ELECTION | 9c:3a:74:7f:a2:97 | FIREWALL | Y | Y | |

Exhibit 6, *Absolute Interference* (4/22/2021) at 52:44.

**Screenshot I**



Exhibit 6, *Absolute Interference* (4/22/2021) at 01:05:19.

**Screenshot J**



Exhibit 6, *Absolute Interference* (4/22/2021) at 01:10:53.

**Screenshot K**



Exhibit 6, *Absolute Interference* (4/22/2021) at 01:11:16.

**Screenshot L**



Exhibit 6, *Absolute Interference* (4/22/2021) at 01:35:54.

**Screenshot M**



Exhibit 6, *Absolute Interference* (4/22/2021) at 01:37:59.

**Screenshot N**



Exhibit 6, *Absolute Interference* (4/22/2021) at 01:43:09.

**Screenshot O**



Exhibit 6, *Absolute Interference* (4/22/2021) at 01:51:23.