# Exhibit 7

TRANSCRIPT OF THE AUDIO RECORDING OF:

Mike Lindell Presents: Absolutely 9-0.

June, 2021

Michael J. Lindell

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      MIKE LINDELL:  Hello everyone I'm Mike Lindell and as
2  you all know on January 9th I received evidence of a cyber
3  attack orchestrated by China on our 2020 election. I took that
4  one piece of evidence and I just went all in. This was
5  something different, nobody had seen. This was something that
6  came through the machines, the Dominion machines, the
7  Smartmatic and other machines. This was a cyber attack. I
8  didn't know anything about cyber attacks. And boy, I learned,
9  I had to learn real fast. And I hired experts to validate
10 this, I hired, these guys are white hat hackers that work for
11 the government. But what I'm going to show you tonight is,
12 you're going to all know now, why I have been 100% sure that
13 when this gets before the Supreme Court, it's gonna be 9-0,
14 9-0 to pull this election down, and that this was 100% an
15 attack by China on our country through these machines. And
16 with us right now is one of my cybersecurity experts. These
17 guys are the best and this guy has over 20 years of experience
18 working in both the private sector and with government law
19 enforcement and intelligence agencies. He has many information
20 in cybersecurity certifications that specialize in advanced
21 adversary detection, mitigation, and elimination. And here he
22 is now. Hello.
23          SPEAKER 1:  Hello, Mike. Thanks for having me.
24          MIKE LINDELL:  Yeah, thanks for all the work you've

1  done for our country. And thanks for all the work you've done

2  for myself. And I know, I put yourself and many others through

3  a couple months worth of work now, just to get everything

4  validated for our country, to show that this evidence is real.

5  So what I'm going to go through, everybody, I'm gonna start

6  from, let's start from January 9th. The stuff that these guys

7  brought to me, these guys were there the night of the election

8  and it was like taking a movie, I compared it to like taking a

9  movie. And they have all this information, millions of lines

10 of data. Why don't we show that right now. Can you go ahead

11 and say what we're watching here?

12          SPEAKER 1:  Yeah, that's essentially the raw,

13 encrypted data. And I mean, that would run for the next couple

14 days. You know, that's the amount of data that we're dealing

15 with here.

16          MIKE LINDELL:  So what this contains here is what?

17 What are the, what are these? Is this cyber forensics? What

18 are we, what are we looking at? What what are these called? I

19 know, I know, you had told me before, they're called like

20 pcaps or something.

21          SPEAKER 1:  Yeah, so pcap is just an acronym for

22 packet capture. So it's essentially a moment in time that is

23 captured in that the transmission of those packets, any

24 information that travels between point A and point B, is

1  essentially a packet. And so those packets moving back and

2  forth, during the election were captured, but you need to

3  actually record it. And, and so that's where we're very

4  blessed and fortunate to have, you know, some of these guys

5  that actually recorded the information as it happened.

6          MIKE LINDELL:  You heard it here, people, you heard

7  it here, everyone. We have, what a blessing it is that we have

8  the evidence. This is what I've been telling everybody for

9  months now since January 9th. These are these, the actual

10 evidence that was collected the night of the election and a

11 couple of days following. Now, I can't read these and neither

12 can anyone else, that's probably watching unless you're an

13 expert, like you, like you guys are.

14         SPEAKER 1:  One more, one more piece to that is you

15 can't go back in time and fake a pcap, essentially. You have

16 to capture that packet in real time, so you need to record it,

17 you can't, you don't go backwards and you know, recreate this

18 whole, you know, chain of events. It happens and you record

19 it.

20         MIKE LINDELL:  Right, so, okay, that's a great point.

21 So what, what he's saying there, everyone, is you can't go

22 back in time and say, okay, I'm gonna make these up. And also

23 you can't go back and change anything, right? Once you, if you

24 have these pcaps. You can't go change them. It's a, it's a

1  blessing we have it, if we didn't have them, everything, the

2  evidence would be long gone, correct?

3            SPEAKER 1:  Yeah. It would definitely be gone. And,

4  you know, luckily, somebody pressed record during the entire

5  election. So - -

6            MIKE LINDELL:  Wow. Yeah, that is a blessing and, and

7  they brought it to me, why did they bring it to me? Because I,

8  at that point on January 9th, you know, nobody else was, all

9  the other evidence they found for November and December all, I

10 call it the organic cheating, all the you know, dead people

11 voting, non-residents voting, all this other stuff.

12 Everybody's so focused on that. And that, and these guys,

13 they're, I mean, they're heroes that ended up collecting this

14 the night of the election. So they bring it to me now

15 everybody, and I'm going, okay. I wanted to find, to learn all

16 I could about it. And one of the things is, now, if you take

17 this stuff here, and I, one of the things I asked you and many

18 others, because I had many cyber, cyber experts. I'm going, is

19 there any way, any way you could go back in time and

20 doctorate, change it? I think you've compared it to like a

21 forensic scene at a, at a crime scene for like DNA evidence,

22 is that correct?

23            SPEAKER 1:  Yes. So really, what you're looking at

24 is, I mean, there's hash values, which are unique to each

1  item, any change to that, it'll change the hash. So that's how

2  you verify images, or, you know, the pcap in this, in this

3  case. So when you're looking at, you know, this file, you make

4  sure that it hasn't been doctored or anything's been done to

5  it because when you do the work, it needs to match that

6  original file. And so that's where you start. And then, you

7  know, we work to unencrypt and pull the data out to identify

8  exactly what happened during that period of time.

9         MIKE LINDELL:  Okay, so now, when you're, in all your

10 work in 20 years then, do you work with these pcaps a lot, or

11 do most cyber experts, is that, that's what you work with all

12 the time?

13        SPEAKER 1:  Yeah, a lot, a lot of the time we do

14 because, you know, well, you, if there is a active cyber

15 attack, you record it. And the way you record it is through a

16 pcap. That's how you capture that traffic and that traffic,

17 when, when you capture that information, you have the source,

18 you have the destination, you know, you have the files that are

19 being transmitted and through what, through what protocol, it

20 captures a lot of information. And, you know, you go through

21 it and you essentially translate it.

22        MIKE LINDELL:  Right, that's what took so long, I

23 believe. It's been a couple months now with, I've got yourself

24 and many others validating, and translating this, these

1   cpacks, and there was literally thousands of hacks right from

2   China?

3            SPEAKER 1:  Yeah, well, there were, there were, there

4   were a lot. And there were a lot successful. Some were, just

5   doing reconnaissance, and others were flipping votes. And so

6   it would go in and identify where it needed to flip and then

7   it would flip. So there was a lot of activity.

8            MIKE LINDELL:  So what I had you guys do, let's go

9   out and get 20, just grab 20 of the pcaps. 20 of them that,

10  you could take that data and translate it into something that

11  was readable for all of us here. So what I did is I said, you

12  know what, let's just see how this, you know [inaudible] this

13  was in the millions of millions of votes that were flipped on

14  our election by China from, from Trump to Biden, okay. So I

15  said, well, let's just grab 20 of them so we can make this,

16  this Absolutely 9-0 video. So we went out, we grabbed 20 of

17  them. Now we took, I don't know, what'd it take, four to six

18  weeks to validate just those 20 pcaps. And, and, cuz I wanted

19  every, I was very particular wasn't I, I wanted every little

20  thing validated and 100% foolproof. And these were the five

21  states, these were five states, Michigan, Wisconsin,

22  Pennsylvania, Arizona and Georgia. Okay, so now what I want to

23  do is bring up the data that you, that you took the pcaps and

24  translated for us and showed, just these 20 attacks, exactly

1  what these pcap show and that we can all read. On the first

2  line, if we start on the top here, this was from, if we look

3  at the date, it's 11-3-20, the day of the election, at

4  10:49pm. Can you go ahead and take us through this, when you

5  talk about the source, and take us through this line by line

6  and explain what this, what this is?

7         SPEAKER 1:  Yeah so the source is the IP address from

8  the computer that essentially, you know, changed that vote. So

9  since we focused on the 20, each one of these resulted in

10 votes being changed. So that's the source. Latitude and

11 longitude is essentially within 400 yards of where that device

12 is located. Beijing, obviously, China, province, city. And

13 then this next part is the network that was pulled out of, out

14 of the pcap, essentially. But, you know, some of this is in

15 Chinese. So when you translate it, you just want to make sure

16 and, you know, as you've asked us to do, double, triple,

17 quadruple, you know, validate. So we've been going through

18 making sure the translations and that all the information

19 checks out.

20        MIKE LINDELL:  So what he's saying here, everybody is

21 what I did, is I made them all validate the validation, isn't

22 that correct?

23        SPEAKER 1:  Yeah, so we, you know, because we're

24 dealing with other languages, we validated the validation that

1  was validated.

2         MIKE LINDELL:  So that the next line there, which is

3  the network code, what would that be?

4         SPEAKER 1:  Yeah. So that, that, that's essentially

5  from the registration of that IP. So, you know, most every

6  single IP is registered to somebody. And so when you look at

7  that network, that network range, and, you know, identify who

8  the registered owner is, so that's where it comes from.

9         MIKE LINDELL:  Okay, so you got all of this

10 information from the pcaps, is that correct?

11        SPEAKER 1:  Yeah.

12        MIKE LINDELL:  The next line, it says target. Now we

13 just went through, which would be the, the hacker or the

14 attacker so to speak, correct. And now we're gonna get into

15 the target, which is, I guess I could pull that off, the

16 target, that's the target, that'd be the target's IP address.

17 And then again, the longitude, latitude. And the state that it

18 came, that it was hacked into, correct?

19        SPEAKER 1:  Yep.

20        MIKE LINDELL:  And then we have the entry point. You

21 know, there's a, Delta County here in this case, and then the

22 network registration. What is it, so that network

23 registration, that also, all this stuff came right out of the

24 pcaps, that's preserved in time, you can't change it, and when

1  you have it it's, it's 100%, it's non-negotiable, it's not,

2  there's no, I mean, here it is. This is what it is. Is that

3  correct?

4         SPEAKER 1:  Yeah, I think we were saying that. It's,

5  this isn't subjective. It just is what it is, it's fact, the

6  information, you know, speaks for itself. And - -

7         MIKE LINDELL:  Right so before we go to the last

8  couple lines, I want to ask you this. If you were going to

9  prove a case, a cyber case, a cyber attack. And if you, if you

10 had a wish list, like let's say, you know, I, obviously when I

11 came to you, and said, and others and said, hey, I have

12 something that's really gonna change the world, it's gonna be,

13 these guys brought me these, I didn't know they were called

14 pcaps at the time but I knew they were from the night of the

15 election. What would you, would you say, if you could have

16 your wish list to 100% prove something, is this what it would

17 be? What would it be in a cyber attack?

18         SPEAKER 1:  Yeah. This is 100%. I mean - -

19         MIKE LINDELL:  This is what you would want.

20         SPEAKER 1:  Yeah a lot of times, you know, you come

21 in with, you know, in our line of work, we get called in after

22 the attack. So this was something that was captured during the

23 attack, you always want that. Yeah, you want to catch them,

24 you know, somebody's robbing a bank, you want to have it on

1  video. Like, that's definitive evidence. This is robbing the

2  bank and having it on video.

3          MIKE LINDELL:  So I wanted to hear, everyone to hear

4  that. This is, we have what everyone would ever want if, if

5  there was a crime committed cyberly, a cyber attack. We have

6  the forensic evidence, we have the movie, we have the video of

7  the bank being robbed so to speak. And right before, I wanted

8  you all to hear that before you look at the last couple lines

9  here. You have the, you have the intrusion, what, how they got

10 in, firewall or credentials, whether they had the credentials

11 and was it a success? Yes, it was success. Here it is

12 everybody, what happened. In this case, Donald Trump it says

13 down, there were 3,215 votes flipped. And you could go all the

14 way down this list. And every one of them was a Trump, votes

15 taken from Trump given to Biden, it was a flip. So these cyber

16 hacks and these attacks, are you saying that these, these

17 numbers here at the end came right off of those pcaps? Is that

18 correct?

19         SPEAKER 1:  Yeah, those I mean, they're specific

20 numbers, right?

21         MIKE LINDELL:  Right.

22         SPEAKER 1:  Those, you're not just rounding up. It's

23 actually specific, like to the vote, numbers that were pulled

24 out of a pcap.

1      MIKE LINDELL:  Wow that is so awesome. So everybody
2  can see what this is, what we have here, you talk about a
3  smoking gun. This is why I've been so, everybody, you know,
4  for two months, people have attacked me and told me I didn't
5  have the evidence and all this stuff. And we've made these
6  other movies. But I wanted to get on here and explain to
7  everyone, this was an attack by China, on our country through
8  these Dominion and these other machines, where, and they just
9  hacked in, a cyber attack hacked into our election and flipped
10 it to everyone, anyone that they wanted to win. In this case,
11 it was the Democrat Party. I want to ask you something before
12 we go to the next chart. Going to the Supreme Court when this
13 gets there, when we, when we bring this to the Supreme Court.
14 And so what you're saying, because this isn't subjective, and
15 you can't change anything, and with this evidence, if you go
16 in there and what would you expect? Is there any way it could
17 be five to four or six to three that this is real, or eight to
18 one? Or does it have to be 9-0?
19      SPEAKER 1:  None, it's irrefutable.
20      MIKE LINDELL:  Irrefutable.
21      SPEAKER 1:  That's the word
22      MIKE LINDELL:  Irrefutable. And it's not subjective,
23 right? I mean, this is - -
24      SPEAKER 1:  Not at all. You know, blood specks,

1  sometimes you have little specks of blood, right? This is a
2  buck a bucket of it.
3              MIKE LINDELL:  Wow. That's awesome. Now everybody
4  knows why I've had the confidence I've had over the last
5  couple months. And now I want to show you, I want to show
6  everybody what, just remember it, these are just 20 of the
7  hacks, everybody, out of thousands that China orchestrated.
8  And so whether you're a Democrat or Republican, this is the
9  most serious thing that's ever happened. This is the biggest
10 crime against our country and humanity, I can think of ever.
11 So now let's pull up the next chart here. And what it's going
12 to show everybody is just remember, we just did, I just had 20
13 of the attacks, 20 of the thousands of attacks on our 2020
14 election by China. I just took 20 of them, and I had 20 of
15 them validated and revalidated and revalidated. So right now,
16 as we pull up this chart, I'm going to show you what those 20
17 attacks did. What they did, if you look at Pennsylvania here,
18 it's, where it said Biden won by over 80,000. Just with these
19 attacks that we showed you, this small sampling, Donald Trump
20 won by over 107,000. You go to Georgia, Donald, they say Biden
21 won by 11,779. Just with this small sampling of the attacks,
22 Donald Trump won by over 35,000 votes. Arizona, same story,
23 over 10,000 votes for Biden and after you add in these, just a
24 small sampling of, of the attacks, Donald Trump wins by almost

1  37,000. You go to Michigan, Michigan, it says Biden won,
2  remember we had the big thing in Michigan where they injected
3  votes there, but you have 154,000-plus votes in Michigan and
4  with this small sampling of hacks, these 20, these 20 attacks,
5  just 20 of them. Now Donald Trump wins Michigan by over 48,000
6  votes. Now, now when you go to Wisconsin, you can see Donald
7  Trump lost by over 20,000 votes, but he really wins by over
8  49,000, almost 50,000 votes, and realize this was just twenty of
9  the thousands of attacks. This is why, when we say that Donald
10 Trump really won this election by like almost 80 million to 68
11 million for Biden, how can you switch tens of millions of
12 votes? It had to be done with computers, it had to be done
13 with the machines, through these Dominion, and through all
14 these machines, and China, China did it. It's a cyber attack
15 of historical proportions. And I want to ask you now, if you
16 took this into the Supreme Court with all of this, and you,
17 just with these, just with this sampling, and with these and
18 brought it in there, would any, any cyber person that works in
19 cyber, what do you call it? Cyber warfare or cyber forensics,
20 they would be able to show these nine Justices this evidence,
21 and is there any way that it would not be a 9-0 vote
22 saying this is 100% true?
23         SPEAKER 1:  No. And, and I think it would be great
24 for, you know, some of my colleagues and you know, more people

1  within that community to weigh in, because they'll, they'll

2  reach the same conclusion. And, you know, we've been doing

3  this for a long time, we know what we're looking at, and I'm

4  confident in, you know, them seeing the same exact thing.

5  Because, you know, we, we have some insight. It's real, it's

6  there, and you can't change it. So what do you do with that?

7  You have to, you have to rule. And that ruling is, it has to

8  be, you know, I mean, it's not just majority, it's not just

9  majority it's the whole thing. Like, it's that black and white

10 and, you know, it doesn't come down to any politics. That's

11 not what this is about. It's about, you know, our country and,

12 you know, that, that falls on both sides of the aisle. So I

13 think, you know, at the end of the day, that's, that's what

14 needs to be done. And I think they'll, they'll choose the

15 right decision.

16           MIKE LINDELL:  Right. Well, it'll be 9-0 everybody.

17 You heard it here. If these guys, these nine Supreme Court

18 justices are going to be heroes, as far as I'm concerned. They

19 look at this, and they don't even have to, I would like to be

20 one of them, it'd be very easy to be one, knowing that you've

21 got brought evidence that is not subjective, it is 100%

22 non-negotiable and so it's a very easy decision for all nine

23 of them. I mean, everybody, everybody, you have to realize

24 that these, these are nine justices, they are Americans, they

1  grew, they grew up here. They have families, they have

2  grandchildren, and they have neighbors, they have friends, it

3  doesn't matter what's, if you're a Democrat or Republican or

4  what you are. This was 100% attack by China, the CCP coming

5  into our country. And they just happen to use the Democratic

6  Party. That's who they pick to do it with. Well, you know

7  what, the, the Democrats warned us about this, everybody, they

8  warned us about this for a long time, that these machines

9  could get hacked.

10         KAMALA HARRIS:  We recently also actually held a

11  demonstration for my colleagues here at the capitol, where we

12  brought in folks who, before our eyes, hacked election

13  machines, those that are not, those that are being used in

14  many states, but are not state-of-the-art, from our

15  perspective.

16         AMY KLOBUCHAR:  We're very concerned because there's only

17  three companies, you could easily hack into them. It makes it

18  seem like all these states are doing different things. But in

19  fact, three companies are controlling them.

20         RON WYDEN:  43% of American voters use voting

21  machines that researchers have found have serious security

22  flaws, including backdoors. These companies are accountable to

23  no one. They won't answer basic questions about their

24  cybersecurity practices. And the biggest companies won't

1  answer any questions at all. Five states have no paper trail.

2  And that means there is no way to prove the numbers the voting

3  machines put out are legitimate. So much for cyber security

4  101.

5          J. ALEX HALDERMAN:  I know America's voting machines

6  are vulnerable, because my colleagues and I have hacked them

7  repeatedly. We've created attacks that can spread from machine

8  to machine like a computer virus and silently change election

9  outcomes. And in every single case, we've found ways for

10 attackers to sabotage machines and to steal votes.

11         ZOE LOFGREN:  Early voters in Georgia in 2018 saw

12 machines deleting votes and switching them to other

13 candidates.

14         UNKNOWN SPEAKER:  When you say hacked, what were

15 they able to do once they gained access to the machines?

16         DOUGLAS LUTE:  All sorts of things, they could

17 manipulate the outcome of the vote, they could manipulate the

18 tally. They could delete the tally. And they could compromise

19 the vote in any number of ways.

20         J. ALEX HALDERMAN:  I'm pretty sure my undergrad computer

21 security class at Michigan could have changed the outcome of

22 the 2016 Michigan election if we wanted to, it is that bad.

23 And we have a combination of very powerful adversaries, and

24 unfortunately, quite vulnerable and obsolete systems. That's,

1  that's why I say it's only a matter of time.

2          MIKE LINDELL:  This is, this is why I have been so

3  confident. And everybody that's watching this now, you need to

4  share this video with everyone you know in the world. Every

5  day get up, text it to people, share it, call people, talk

6  about it, because you know what, this is a, this is our

7  country. And right now you have a job to do, everyone spread

8  the word, show this evidence everywhere. And why are we doing

9  that? Because when this gets to the Supreme Court, the big win

10 is they have to accept it to look at it, everybody. They have

11 to accept it to look at it, because once they look at it, it

12 will be absolutely 9-0.

13

14

15

16

17

18

19

20

21

22

23

24

1  TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8       IN WITNESS WHEREOF, I have hereunto set my hand on

9            this 29th day of September, 2021.

10

11

12  _____

13       James Lonergan
         Production Manager
14       Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24       THOMPSON COURT REPORTERS INC.