# Exhibit 10

**Screenshot A**



Exhibit 10, *War Room,* (2/5/2021) at 03:08.

**Screenshot B**



Exhibit 10, *War Room,* (2/5/2021) at 04:37.