# Exhibit 11

TRANSCRIPT OF THE AUDIO RECORDING OF:


Bannon's War Room


February 6, 2021


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        SPEAKER 1:  - - Pandemic. Here's your host, Stephen

2    K. Bannon.

3        STEVE BANNON:  Welcome back. We're going to get to

4    Dan Schultz in a second. So Posobiec before we let you go I

5    want to thank you for, to change your Saturday to come in

6    here. What should people, we're putting up the article, you

7    got a summary of it on National Pulse right now. This intel

8    piece, that's dropped in the New York Times,combined with the,

9    with the, the piece in The Guardian, calling everybody

10   seditionaries, you're a seditionary or a supporter of the

11   seditionary, what should be, people be looking for as they

12   look forward the week? The Sunday Show's tomorrow, and how

13   they're teeing this up as their narrative, the railhead for

14   their narrative for the trial of President Trump in the

15   Senate.

16       JACK POSOBIEC:  Completely jumping the shark in all

17   of this, everyone agrees that there was some level of violence

18   on January 6th, but to call this a seditious attempt to

19   overthrow the government of the United States, you just don't

20   have it. The facts aren't on your side there. Right? These are

21   people who are frustrated, there are people that did break in

22   and there were people that committed violence, all of that

23   should be charged. But these overcharging that they're going

24   for now in an attempt to undergird their accusations against

1  Donald Trump is going to fail it's going to fail in the court

2  of public opinion and it's going to fail in federal court.

3          STEVE BANNON:  How's it going to fail, how's it gonna

4  fail in the court, how's it gonna fail in the court of public

5  opinion? That's what I'm saying, this is not a legal

6  proceeding that's going on next week.

7          JACK POSOBIEC:  Because we've seen the videos, we've,

8  we've all seen the videos of people walking around [inaudible}

9  --

10          STEVE BANNON:  But who's gonna put, who's gonna put

11 that up Fox, Fox is a, Fox is approaching oh, this thing's

12 absurd. We shouldn't even talk about it. Tell me besides what

13 - -

14          JACK POSOBIEC:  We need every single member of this

15 audience, every single person who follows me, I was on Tim

16 Pool last night, telling the truth, sharing those videos with

17 your friends. If you were out there, and you know that the

18 part, you were part of the 100,000 people that were peaceful

19 then say that, right? Say that you were peaceful and you were

20 there and you were there to uphold the First Amendment as it

21 is your right as an American citizen. They're trying to atomize

22 you. They're trying to balkanize and divide this country and

23 we have to stand up and say no, there are 75 million of us and

24 we're not going away.

1        STEVE BANNON:  Jack Posobiec, the great reporter over

2   at One America's voice. Give us your coordinates so people can

3   follow you on Twitter as you, as you as you and Rahim fight

4   this over the weekend and have really the, you guys are the

5   lead on the counter-narrative.

6        JACK POSOBIEC:  It's all information. You got to

7   share, share, share this information, share the podcast, share

8   the articles at Jack Posobiec, J-A-C-K P-O-S-O-B-I-E-C. And if

9   you're not on Twitter anymore, go over to Telegram, there's so

10  much discussion. There's so much engagement, it's through the

11  roof. Telegram is where it's at right now.

12        STEVE BANNON:  Wow. You can get us on telegram and

13  they got a live chat over there. Telegram at Bannon War Room,

14  no S, Bannon War Room, go to the official site, I think a

15  couple unofficial. Raheem, before we, before we get to Dan Schultz.

16        RAHEEM KASSAM:  I'm still waiting for an answer to my

17  question. You know, if this is the greatest domestic terror

18  threat that there is, why are they not rounding up the leaders

19  of the domestic terror group?

20        STEVE BANNON:  You're saying that's a tell?

21        RAHEEM KASSAM:  It's, it's obviously either a tell

22  that they're lying about the level of threat here.

23        STEVE BANNON:  Well they didn't arrest any of the

24  serious guys in antifa back in, back in June or July. Right?

1  That was all a pass.

2        RAHEEM KASSAM:  But, but everyone and their mothers

3  weren't telling us that antifa was the most domestic terror,

4  you know, biggest domestic terror threat in the country. Now

5  we are being told that yet we're not seeing any of the

6  leaders. You know, where's Q? Why aren't we seeing Q in

7  handcuffs? If this is such a, you know, important domestic

8  terror threat? As if it's hard for them to find out who these

9  people are and where they live. You know, if they're if they

10 are, if there are impending attacks across the country, and

11 you're not making arrests right now, then the next time there

12 is an attack, who's going to be held accountable?

13        STEVE BANNON:  Okay, Raheem's gonna hang with us.

14 Mike Lindell at the bottom of the hour, trying to get Brian

15 Kennedy at Claremont. I want to now turn to Dan Schultz. And

16 this is the [inaudible] getting a lot of talk over the last

17 couple of weeks, about a new political party. Dan Schultz has

18 been literally hammering this for over a decade. Dan, thank

19 you for joining us and I want to walk through, we're going to

20 take an hour, we don't have it because of pressing news, but

21 we're bringing Dan back on Monday to get to this because this

22 is essential. If you want to get real about political change

23 what Dan Schultz is about to tell you is the way to do it. So

24 Dan, the floor is yours. Take it and tell people how, you're,

1  you're about to offer a course on personal political

2  empowerment. How do they do it, Dan?

3          DAN SCHULTZ:  Thanks, Steve. It's, it's real simple.

4  And most people learned this, at least I did back in the late

5  '60s in seventh grade in social studies and civics class.

6  Essentially, what we have to do is, A, conservatives have to

7  take over one of the two major political parties. Our party

8  is, the, the one we've been using is the Republican Party. The

9  problem is, we're not in control of it. And the reason we're

10  not in control of it is we're not in it. You asked me before I

11  came on, what group are you promoting? And, and the group I'm

12  promoting is the Republican Party, but you're not in the party

13  unless you're one of these, I've got my PC button on, precinct

14  committee. Precinct committeeman are the party. And if you

15  want to put up graphic number four, it basically explains that

16  there's about 400,000 of these party positions in our party

17  nationwide, but over 200,000 of them are vacant. And the

18  powers that be inside the party running it don't want you to

19  know this. They're never going to tell you this. You'll never

20  get a mailer from them asking you to come into the party and

21  become a precinct committeeman. [inaudible] is we have to take

22  over the party and there's only one way to do it. The precinct

23  committeeman are the party, the precinct committeeman elect

24  everybody in the party all the way up to the RNC. So for

1  example, here in Maricopa County where I live, I'm in a

2  precinct, there's 11 slots, I filled up all of the slots. But

3  overall in Maricopa County, and in my legislative district

4  committee, we're at about two thirds of the slots being

5  vacant. And you put up graphic number six, I can show you what

6  happens then when half of the slots are vacant in a party.

7  What happens then, at the grassroots level for getting out to

8  vote, where the party ought to be strongest and helping to get

9  out the vote, it's vacant. It's at half, it's at half

10  strength. And what we had going into 2020 and also all the way

11  back in 2016, is that there were about 100,000 Trump precinct

12  committeeman and about 100,000, I'll just call them, be nice

13  and call them others, and half of the slots were vacant. And

14  then when it came time for electing the committee chairs, the

15  local committee chairs, the county committee chairs, the state

16  committee chairs, and the National Committee, the RNC officers

17  have 168 RNC members. It's all --

18         STEVE BANNON:  Okay, we just lost, we just lost Dan

19  Schultz. Can we try to get him back up? If not, we just lost

20  the connection. We're going to be pressing this over the days

21  and weeks ahead. To make sure people know that you can be

22  empowered. The key takeaway in the first part of this, there

23  are 400,000, 400,000 slots for precinct committeemen and they

24  actually control the Republican Party, they do all the votes,

1   only 200,000 are filled. And the party makes no effort to get

2   the information out there because they don't, they don't want,

3   there's more, they're going to get more grassroots. Dan, do we

4   have you back?

5           DAN SCHULTZ:  Yeah, I don't know what happened. I'm

6   still here. Thanks. So the bottom line is this, conservatives,

7   if you really want to do something, everybody's saying, what

8   can I do what can I do? Here's what you need to do. Find your

9   local county committee. Get in touch with it, find out if

10  there's a, if you're in a rural area, you're going to go to

11  your county meeting, if you're an urban area, you're probably

12  going to go to an assembly district, legislative district, a,

13  a lesser committee, a smaller committee closer to where you

14  live. Go to the meeting, be nice, be polite, introduce

15  yourself, say I want to become a member of this committee, is

16  there a vacancy in my precinct? You might be able to find that

17  out before you go to the meeting. Get in touch with me,

18  wherever you live, I'll help you. It's, It's not hard. And

19  then fill the vacant position. The odds are better than 50%

20  that there's a vacancy in your precinct. Volunteer to fill it.

21  Again, you'll be a volunteer, nobody can, as a precinct

22  committeeman, you're top dog in the party, you elect

23  everybody. You're a volunteer, nobody can tell you to go stand

24  on the corner with a clipboard and get signatures, you're a

1   volunteer. That's the beauty of our party. It's a private

2   organization. But right now the party is doing very little,

3   because they don't want you and once, once a conservative,

4   conservative gets elected, they won't talk about this anymore

5   because now they're in office and they don't want to

6   jeopardize their potential of, of not getting reelected in the

7   primary because remember, every incumbent has to stand for two

8   elections, the primary and then the general. The primary is

9   the most important election and if they recruit conservatives

10  into these vacancies and strengthen the party where they live,

11  those conservatives might turn on them come primary time, and

12  hope, and help elect a better person, a better conservative.

13  So the incumbents won't talk about this. Nobody talks about

14  it. But I've talked about it.

15          STEVE BANNON:  Dan. Hey, Dan, Hang on. Hang on a

16  second. I just want to, yeah, I want to, before I get to the

17  book I just want to clarify some things. 400,000 billets,

18  200,000 are taken, they don't advertise this. If somebody

19  shows up and you will help them, we'll get to your site in a

20  second. You will help the audience be able to find out where

21  they're, where they can go. What obligations, when they go and

22  volunteer, like, is it weekly meetings? Is it monthly

23  meetings? And I realize everyone's probably different. But

24  generally, what are people signing up for? This is the ability

1  to take over the Republican Party because this is where the

2  votes are. It's a, it's a pyramid and this is the base of the

3  pyramid. What are people getting, signing up for? Because a

4  lot of people say, hey, look, I don't like volunteering,

5  because I don't know what's going to be asked of me, what are

6  they committing to?

7          DAN SCHULTZ:  It's, it's real simple. It varies from

8  state, from state to state. Here in Arizona, there are duties,

9  but you're encouraged to go to the meetings every month.

10  What's great about the meetings is, guess who comes to the

11  meetings? The politicians. When, when I first became a, and

12  then the key thing is you elect everybody. So once a year,

13  there's going to be an, or once every two years, in some

14  states it's once every four years, you're going to get to

15  elect your county chairman directly. You're going to elect the

16  officers of your local committee directly. You're going to

17  elect state committeemen who directly elect the state

18  chairman. I was a state committeeman. So are my three kids.

19  Two of them are 20, one's 22. We went to the state meeting, we

20  cast votes directly for the state chairman, his state

21  committeemen. You'll also elect the delegates to the national,

22  for your state presidential nominating convention. The

23  delegates there that you've elected and you can run for

24  delegate, only the precinct committeemen elect the delegates.

1   The delegates elect the national convention delegates directly

2   and then they also elect the national committeemen and then

3   [inaudible] into a four year term on the RNC. That's real

4   political power. We can take over the party if we invade it.

5   And it's, you know, look, if you won't go to a meeting once a

6   month, this isn't for you. And I told, I've told people this

7   since 2009, I told the Tea Partiers this, if you will not at

8   least try this and get involved and take over the party, I

9   can't guarantee you that we'll save the republic but I can

10  guarantee you this, we'll lose it. If we conservatives don't

11  take over the Republican Party, we're gonna lose our republic.

12  Because the political party, our party, the Republican Party,

13  is our organization for electing better people and we've got,

14  we just got to do it. And it's so simple, it's so easy, but

15  you got to get off the couch and go to a meeting once a month.

16        STEVE BANNON:  Okay, Dan, Hang on. Hang on one second

17  - -

18        DAN SCHULTZ:  You don't have to go into the meetings.

19        STEVE BANNON:  Hang on one second, we've got to take

20  a commercial break. When we come back we can talk about how

21  people can get more information. Here's the key, you don't

22  need to talk about third parties. When it costs a billion

23  dollars it's never going to go anywhere. You've got the

24  ability, everybody out there, and it's not going to cost you a

1  dime. Everybody's saying I need to know what to do. This is an

2  actual item. Short commercial break, return with Dan Schultz.

3  Next we got Mark, Mike Lindell, Brian Kennedy, Raheem Kassam.

4  So much more to get through. When we return, a war and

5  pandemic.

6         SPEAKER 1:  War Room: Pandemic with Stephen K.

7  Bannon.

8         SPEAKER 2:  This epidemic is a demon. We cannot let

9  this demon hide.

10        SPEAKER 1:  War Room: Pandemic. Here's your host,

11  Stephen K. Bannon.

12        STEVE BANNON:  Okay, our guest is Dan Schultz, about

13  taking over the Republican Party which you, everybody out in

14  the audience, and Dan, you should know in our live chat, live

15  stream #warroompandemic, it's on fire about what

16  you're saying. One question, though, this is not meant to be

17  snarky, but one from the audience saying hey, in Maricopa

18  County, you've got your precinct and there's other precincts,

19  how was it in your opinion, was, was Maricopa and by the way,

20  I think the State Senate is gonna pass a resolution on Monday.

21  Mark Finchem is telling us that could actually call for the

22  arrest of the Maricopa County supervisors. How is it that

23  Maricopa County ended up being the only county, I think, in

24  Arizona to use the Dominion Voting System?

1          DAN SCHULTZ:  I don't think that's actually accurate.

2    I think Dominion machines were used in other counties as well.

3    I don't recall exactly which ones but, yeah, our legislature

4    did, has done a horrible job overseeing the Secretary of

5    State's office and the Republicans on our county board of

6    supervisors, horrible job getting hoodwinked by Dominion. And

7    that's the long and short of it. We've got to elect better

8    Republicans. We have a lot of Republicans in Arizona,

9    Republicans who aren't really Republicans, but they run as

10   Republicans and they pretend to be really conservative. Does

11   John McCain ring a bell? Jeff Blake ring a bell? You know,

12   they're, they're, they're charlatans, they, they're, they're

13   fakes. And we got to do a better job vetting them, first step,

14   get more conservatives into the party. And then when you go to

15   these monthly meetings, these politicians show up, they come

16   to the Lincoln Day Dinners and speak, you can walk right up to

17   them, and stick your finger in their, on their chest and say,

18   why did you do this? Why did you do that? You got to get

19   involved in the party. And registering to vote means you

20   checked a box on a registration form. You got to become a

21   precinct committeeman, the party is there for the taking. So

22   I'd like to get some of this contact information out.

23          STEVE BANNON:  Yeah. Hey, before we get to, here,

24   another thing, by the way, you're blowing up here, people love

1  it. A couple of people actually are - -

2       DAN SCHULTZ:  I don't want to get preempted by

3  breaking news.

4       STEVE BANNON:  Yeah, yeah, no, some of the people

5  that are actually precinct men said, hey, look, yeah, it is

6  coming, come in once a month. But you do it, this becomes kind

7  of the leadership of the vanguard, and your responsibilities

8  are really getting out the vote and making sure people are

9  motivated. So it is, do it if you're prepared to commit the

10 time because it is time, it's not just coming in voting once a

11 month, although that gives us a minimum requirement. In

12 reality, to be an active member, to take leadership, you

13 become somebody that drives get out the vote, you drive,

14 direction of signing up, not just getting at the vote, of

15 signing up voter registration, all that. What say you do that?

16      DAN SCHULTZ:  I say that when I recruit precinct

17 committeeman for my precinct, I tell them right up front, I'm

18 only going to ask you to do two things. At the primary

19 election season, three hours of making phone calls, and

20 dropping flyers off to the lower information, lower propensity

21 voters in our precinct. When all the precinct, and then at

22 the, in the general election doing the same thing. I got a

23 system for doing it, it works. I'm always my precinct is

24 always at the top of the percentage of Republicans, we get to

1   the fullest, I think we got 86 or 87% of Republicans to vote

2   in the general election this [inaudible]. Okay, it's real

3   simple. I've broken it all down, it's real simple. I've got

4   videos that explain how to do it. So it, and again, it varies

5   from state to state. In Florida, you've got to jump through

6   all sorts of hoops, you've got to go to two or three meetings

7   to become a precinct committeeman, then you got, have to get

8   voted in at the meeting. And then there are meeting, monthly

9   meeting requirements. You have to go to so many meetings a

10  year or they'll, or you'll lose your, your right to be a

11  precinct committeeman. But that's Florida, Arizona is totally

12  different. To get, to run in the primary, you have to get nine

13  signatures from registered Republicans in your voting

14  precinct. You can get a walking sheet to do it. It takes about

15  45 minutes to get the signatures. And then once you've done it

16  a couple of times you go to the same people and they always

17  will sign for you. I've never had somebody turn me down.

18          STEVE BANNON:  Let's give let's give the access - -

19          DAN SCHULTZ:  Nine signature plus your - -

20          STEVE BANNON:  How do people, look, people are

21  overwhelmingly saying on the live chat that they want to, they

22  want to volunteer. So walk through all the contact

23  information, where do they go? How do they find more

24  information? How can you assist them?

1       DAN SCHULTZ:  Well, if you can put up slide number

2   22, the first place to go is theprecinctproject.wordpress.com.

3   That's my little blog, where I've compiled anything and

4   everything I've been able to find on the internet about how it

5   works in other states. I've got something for every state.

6   Usually, sometimes it's a video, sometimes it's bylaws of a

7   county committee, sometimes it's a state bylaws, sometimes

8   it's tutorial videos. Then another site is

9   rightlanenetwork.com and I want to give a shout out to my two

10  cohorts Barbara Medal and Kimber Hattondorf, what we did is we

11  created our own site because the, some of the sites here in

12  Arizona, they don't, they're not very good so we created our

13  own, we've got tutorial videos. There's a button at the top to

14  click on. I think it's called a PC - -

15      STEVE BANNON:  By the way, hang on one sec. I want

16  every, I want everybody in the live chat that's signing up

17  now, because we're being overrun with people signing up. I

18  want you to hit and tell us as you go on, we want to know

19  people are signing up or people going information, just hit us

20  in the live chat keep going, Dan.

21      DAN SCHULTZ:  Okay, and then my, my email is

22  acoldwarrior@gmail.com. I have a book where I've laid this all

23  out, real short, inexpensive, it's basically what's on my

24  website but it's a nice thing to have in your hand when you go

1  to the meetings. It's got the Constitution in it, the

2  Declaration as well. On Twitter, I'm Dan Schultz number two

3  and, and then I'm on Gab, I'm on MeWe I'm on Parlor, when it

4  comes back, I'm on clouthub. Basically, find me on there, is a

5  search precinct, and committeeman and I've set up groups on

6  all of those platforms and you can find me there.

7        STEVE BANNON:  Dan, Dan, Dan, hey, Dan, hang on one

8  second. Just give the title of the book, just give us the

9  title of the book and how can people get the book?

10        DAN SCHULTZ:  It's a, it's a real catchy title, How

11  to Get Into the Real Ball Game of Politics Where You Live to

12  Help President Donald J. Trump Make America Great Again. So if

13  you, if you go on, if you go to Amazon, it's an Amazon Kindle,

14  paperback. If you go to Amazon and put in Trump Schultz book

15  make again you'll find it.

16        STEVE BANNON:  Perfect keep going, sir.

17        DAN SCHULTZ:  And it's also in ebook format and I

18  think it's free if you're, you know Amazon Prime, the the

19  ebook.

20        STEVE BANNON:  Now let me ask you, we got a couple

21  minutes left here.

22        DAN SCHULTZ:  And it might, it might help if you can

23  put up the graphic number 22 which has all the contact

24  information.

1       STEVE BANNON:  Can we do that guys? Let's get 22 up

2  and we can stop looking at Dan Schultz or Steve Bannon. Oh

3  there we are, okay, walk, walk, walk people through. Dan, walk

4  them through this, this, this chart again, this, this

5  presentation pages, walk them through it. Because we have a

6  podcast audience and a huge radio audience that can't see the,

7  the visual, just walk people through it.

8       DAN SCHULTZ:  Which visual are you talking about now?

9       STEVE BANNON:  It would be 22.

10      DAN SCHULTZ:  Oh 22, well 22 is my contact

11  information for the precinct committeeman strategy. So the

12  first site is theprecinctproject.wordpress.com. Then, and

13  there you'll find everything, just nose around on it, you

14  know, there's something for every state, there's, like I said

15  there's videos. Then rightlanenetwork.com, that's a labor of

16  love of ours here in Arizona. We've got a, there's a chat

17  forum that you can join, but we bet you, you're only going to

18  come in if you're a conservative, rightlanenetwork.com and the

19  first place to click there is PC portal, the PC portal button.

20  And then scroll down, you'll see there's tutorial videos,

21  there's even videos of Steve Bannon, two videos of him at We

22  Build The Wall things, telling people this is what you got to

23  do, you got to become a precinct committeeman, they're great

24  videos. And then my book is at

1   theprecinctproject.wordpress.com. You can email me at

2   thecoldwarrior@gmail.com. I post occasionally on Twitter, I'm

3   probably going to get off of Twitter, Dan Shultz number two,

4   DanShultz2 . And like I said I'm on Gab I'm @coldwarrior,

5   MeWe, Daniel dot Schultz, Parlor when it comes back, precinct

6   covfefe, clouthub.com, I am coldwarrior1978. And on each one

7   of those platforms I've created a group with the words

8   precinct committeeman or precinct committeeman strategy in the

9   group name. So you can find those groups there. I haven't done

10  much with them yet. But, but, but you know, you can do it, you

11  know, out there, dear listener, you can get involved. Okay,

12  first step you got to become a precinct committeeman, you've

13  got to seek out your county committee. Find out where your

14  meeting is. Go to the meeting, volunteer.

15          STEVE BANNON:  Here's what I want, I want every jump,

16  I want everybody to pound in right now to Dan Schultz's

17  information. This guy is, is been saying this. It's now time

18  to do it. Stop talking about a third party. Your opportunity

19  to take over the Republican Party is all about your agency.

20  That's what Schultz keeps saying, this is all about you. This

21  is all about your agency, if all the unwashed masses in the

22  MAGA movement, the deplorables, we got, we've got many more

23  than 400,000 people that listen to this site. We got 30, what

24  34 million downloads on the podcast, and one of the biggest

1  shows in the world. I want people pounding into Dan Schultz

2  today right now. This is your call to action.

3       RAHEEM KASSAM:  And I know this, I know all of this

4  can sound a little dry to people but the reality is, the

5  question that keeps arising is, what can we do? And sometimes

6  what you can do, you know, it takes a little process to it,

7  but it's, Dan's laying it all out for you, take advantage.

8       STEVE BANNON:  Dan, thank you very much. We got to

9  bounce, we got Mike Lindell next. I want to thank you for all

10 your efforts, you've been, you've been in this wilderness for

11 a long time. It's a path to not just power, it's a path to

12 victory. So I really appreciate it. We look forward to having

13 you on back next week, I want to do follow up to, our site's

14 on fire right now because of this, because of Dan Schultz. So

15 Dan, thank you very much for joining us from Maricopa County,

16 Arizona.

17      DAN SCHULTZ:  Thanks. Thanks, Steve.

18      STEVE BANNON:  Okay, we got a, and by the way, we're

19 trying to get figured out how to go live to Wyoming, to make

20 sure that you're hearing. I think, Raheem, we've got the empty

21 chair of Liz Cheney, Liz Cheney so far is a no-show. You've

22 got Joey Correnti IV and the rest of the great patriots out in

23 Wyoming, they're having the censure meeting today. And they're

24 also asking her to resign many of the counties. We're gonna

1  return with Mike Lindell in a moment.

2        SPEAKER 1:  War Room: Pandemic with Stephen K.

3  Bannon.

4        SPEAKER 2:  The epidemic is a demon. We cannot let

5  this demon hide.

6        SPEAKER 1:  War Room: Pandemic. Here's your host,

7  Stephen K. Bannon.

8        STEVE BANNON:  Okay, we're gonna break some news from

9  Wyoming. Officials there have just told us that Liz Cheney has

10  told them she will not be appearing today to answer the

11  charges for her censure and for many of the counties in

12  Wyoming overwhelmingly voting for her to resign as their

13  congressman. It says that she is called into chamber to vote

14  and would not be able to travel back in time, gave no other

15  explanations or contents about her vote. We're going to be

16  following that. Looks like they're not going to be able to

17  livestream so we're going to be trying to keep up with,

18  through Raheem and others today, at Real America's Voice. So

19  this very important, the censure meeting by the state

20  committee of all the different counties, taking place right

21  now in Rawlins, Wyoming and we hear there's an empty chair

22  there for Liz Cheney, she has not deemed it worthy, her, her

23  folks out there worthy, that come back and for her to defend

24  her vote. Mr. - -

1        RAHEEM KASSAM:  I've tweeted that picture, people can

2   go and see her empty chair.

3        STEVE BANNON:  Going to Raheem, what's your, what's

4   your twitter?

5        RAHEEM KASSAM:  @raheemkassam.

6        STEVE BANNON:  And so Raheem's still up, Steve

7   Bannon, because I never was on Twitter but the show was on

8   Twitter, they got pulled down when we showed the receipts, we

9   showed all of Hunter Biden, the guy just got a $2 million

10  advance for selling us out to the Chinese Communist Party.

11  Right? We had the, we had the wire transfers, we had the

12  receipts, we had the joint venture agreements, had his

13  retainer agreement, all that. We tweeted it out constantly,

14  nonstop on the War Room Twitter and they took it down. Of

15  course they said oh, we took it down because you were about

16  Dr. Fauci.

17       RAHEEM KASSAM:  Twitter's, Twitter's valuation as a

18  company would fall too much if they took me off.

19       STEVE BANNON:  Exactly. So I want to go now, get Mike

20  Lindell. Mike, first off, I want to ask you, just so people

21  understand this, you, from concept to completion, how long was

22  it that you took to put your two hour film together?

23       MIKE LINDELL:  About six, six days. And that was a

24  big crew. We were working about 21 hours a day. Brandon and

1 ran in house and it's just an amazing place, we put it

2 together and, and they worked. That's editing, that's

3 everything. And it's beautiful. I know, the media tried to

4 make it, they tried to bash it that they did it in six hours.

5 Well, you look at it. You went, that was a, you would have

6 thought it was, you know, done in three months, because it's

7 so well done.

8      STEVE BANNON:  Yeah, I want to get to the media

9 bashing in a second. But I want to go to how many people do

10 you estimate and walk us through how you get to this estimate,

11 how many people do you estimate have seen it since it started

12 playing yesterday at 10 o'clock in the morning on One American

13 News? How many people do you estimate have seen this?

14      MIKE LINDELL:  Well, I know over 5 million have

15 watched it through completion, we have a tracker on that. But

16 that's just on, that's just on my site. Okay. So there's, I

17 mean, where it went far and wide, I don't know. But over 10

18 million we can account for that have actually looked at it. We

19 don't know how long they've seen it, you know, how much, you

20 know, watched it entirety. But that number, the average watch

21 time on my specific, MichaelJLindell.com, was an hour and 53

22 minutes, well it's only two hours long.

23      STEVE BANNON:  How, what, how are people getting

24 feedback? Do you have a live chat that they can go to put

1   comments, I mean what's generally the feedback? Because

2   you're, obviously you hope that more than just people that

3   follow War Room and others go see it. What kind of feedback

4   are getting so far from people and we get to the media and to

5   the, into your opposition in a second.

6          MIKE LINDELL:  Right, right. Everybody is like why,

7   why didn't this come out sooner? Why? Well, you know, why

8   didn't anybody do anything about it? Why didn't, why didn't

9   the DOJ and the FBI step in? I mean if this was, you know all

10  the stuff that was out there and I guess they're amazed

11  they're like, what? You know and, and, but you got to realize

12  for a lot of this came out, you know was just exposed in, at

13  least for myself, was January 9th. And I talked, you know

14  there's a lot of other people that knew about it and then even

15  more in the government. So I guess it's a lot of surprise and

16  then it's also a lot of hope, a lot of people are going wow,

17  is this finally now, you know, let's get it out there because

18  there's no statute of limitations on a crime against humanity

19  of this magnitude, of any magnitude, but this is a, you know

20  beyond belief. So I think it's gave people a lot of hope,

21  everybody's going, okay now what? And it's everybody and

22  they're, it's a, it's been amazing that that many, even in

23  spite of them trying to stop this, that everybody, everybody's

24  sending it to their friends, they go, you got to see this and,

1   and I just can't stop reading the comments, I mean, because

2   it's, it's not one negative one. Wow, you nailed it, I didn't

3   expect that this would be the smoking gun like it is, I didn't

4   expect that this was going to be just hardcore evidence and

5   there's other stuff - -

6          STEVE BANNON:  Hey, let's go, I want to go to what

7   is, you referred to as evidence and obviously the people that

8   don't agree with you refer, refer to as your opinion. So I

9   want to specifically go One America News, the hearings have

10  done such a fantastic job. You got Chanel Rion, you got

11  Christina Bobb, you've got Jack Posobiec, you've got all these

12  young, great reporters. Their packages are very tight. You

13  launched yesterday, not just in your site, but you really

14  launched from a, from a cable news point of view on One

15  America. You did, you guys were very open that you made a deal

16  to buy the time and they, and they, and there's a disclaimer

17  up. And the disclaimer is, and I'd like to just talk a second

18  about that disclaimer. I, I take it since you bought the time,

19  did you want the disclaimer up? Did you talk to One American

20  guys? Is that really your, did you drive that to make sure

21  that disclaimer was up there?

22         MIKE LINDELL:  No, I, you know, I said whatever you

23  guys need to do, because that, you know, at least they're

24  brave enough to go out there and put this out there because

1   you have you have places, every other cable company, cable

2   channel is not going to put this out there because why?

3   Because Smartmatic and Dominion sued them or threatened to sue

4   them. I mean, it's not funny that they have perfect timing,

5   that Smartmatic comes in and sues Fox yesterday and gets rid

6   of Lou Dobbs. I mean, this is just, it's, how brave of OAN to,

7   to do that. And I said, you know, put something up there so it

8   protects you and so that they know it's coming from me. It

9   doesn't mean the evidence isn't evidence. It's 100% proof.

10  That's why it's called Absolute Proof.

11        STEVE BANNON:  Okay, that's all, but on the internet

12  and your opposition, I just want to make sure, they're saying,

13  hey, the title of the film is Absolute Proof. And what, what

14  Mike Lindell puts forward, his, his thesis is backed by what

15  he calls evidence. But when you look at the disclaimer, the

16  guys actually airing it or distributing this are essentially

17  saying this is absolute Mike's opinion. What's say you, what

18  say you to that?

19        MIKE LINDELL:  Well, it kind of helped because it

20  went viral on Twitter, it went viral all over Twitter and all

21  over, all over YouTube and stuff. It went viral going, Mike

22  Lindell, they put up this disclaimer on OAN, and then

23  everybody's going well, let's go see what it is. Well, then

24  they realized they were advertising for OAN, so they shut

1  everything down. I mean, these guys don't know what to do with

2  me. They're going okay, blah blah blah, let's do this, let's

3  do that. So you know, I guess, if you want to try and suppress

4  this now, it doesn't work because all you're doing is making

5  more and more exposure. Steve it's kind of like this,

6  yesterday, for, for 12 days in a row, I got called from CNN,

7  New York Times, Wall Street Journal, every day, non-stop every

8  day. I told them, you guys, just wait 'till Friday. It's all

9  coming out on Friday. Call me Friday, you know, quit bashing

10  me saying that I don't have 100% truth. Guess what, Steve?

11  Nobody called me yesterday, zero.

12       STEVE BANNON:  That's a pretty big tell. I want to go

13  to, let's go to this because you know, we talked to Rudy

14  earlier about using the venue this week of the, of the

15  impeachment trial to actually get, you know, his evidence,

16  which is some of more of the lower hanging fruit in there

17  about the, you know, voter fraud, all that. But with you, I

18  know we reached out to the Dominion guys, we'd love to have

19  them come on and do the counter argument. But have you reached

20  out? I know they've been in contact with you. Have you reached

21  out to actually say hey, look, I say it's proof. You say it's

22  lies. I say it's fact, you say it's fiction. Let's sit down

23  and go through this and we do it either live, if you don't

24  trust me, or we can sit in a room, I'll go through it frame by

1   frame. Have you made that request or have you made that

2   invitation and if you have not are you prepared to do it?

3        MIKE LINDELL:  I'm gonna do that today and what I

4   want to do though, there's a condition on there, the condition

5   is that it would have to be with media there, you know, let's

6   make it like a live because I don't want their lies to come

7   out of a room. I want the American public to see it. If

8   there's nothing to hide, let's both sit there. Let's do it.

9   You know, Steve, what about on your show? I mean, if they'll

10  come on, I will come on with them. I will have all the, you

11  know, the backup of the backup for the backup to show, and let

12  them discredit it and say what's a lie. Yesterday, the, a big

13  article came out and it said, it was, it was on the social media

14  and said, Mike Lindell's Absolute Proof tells three lies,

15  there's three lies, here was the lies, one is Dominion, Dominion

16  there's, it's not corrupt or whatever, they don't, this did

17  not happen. The second one is Smartmatic is good. And the

18  third one is, is another company. I mean they're basically,

19  they're basically saying that the, the whole thing is not true

20  because all the evidence points to the machines, everything,

21  not points to it, is [inaudible] everything.

22        STEVE BANNON:  The, the, the, and look, I want to, I

23  want to go back to Dominion in a second and make sure. So

24  you're saying that if you would do it, your only, it would be

1  unconditional except for one condition, you would want to have

2  the media, and by media you mean CNN, MSNBC, it doesn't have

3  to be One America and Newsmax, they could do it also, but

4  you'd be open to any media that wanted to be there, New York

5  Times reporters, [inaudible] reporters, anybody as long as it

6  was in a place that was open and fair, you would present it,

7  they could counter it with anything they wanted to say.

8  Because remember, you're saying it's absolute proof, they're

9  saying it's absolute opinion. You're saying it's absolute

10 fact, they're saying this is absolute fiction. So there's no

11 middle ground here. It doesn't look like there's any middle

12 ground. You're, you're adamant. You've got subject matter

13 experts, you've got a cable news thing that you are buying the

14 time but they've put it up with a big disclaimer. So it's out

15 there's, it's got 5 million, 10 million people today, it will

16 clearly metastasize. Right?

17        MIKE LINDELL:  Right.

18        STEVE BANNON:  So is this a challenge to them, are

19 you try to challenge these guys? Because obviously you're

20 gonna have your day in court, I mean you're, you're one of the

21 guys I think, I think are already named in the suits, I might

22 be incorrect, I think you're already named in the suit. So

23 you're gonna have your day in court, you're going to have your

24 day of discovery. Is your offer now stand at any time any

1  place like old Fresno State, anytime, any place that you will

2  meet Dominion and do this?

3         MIKE LINDELL:  Right but you're incorrect on one

4  thing. Dominion has not sued me, I don't even think they've

5  threatened to sue me, they send me letters like, Mike, in your

6  documentary a few of these people in there, this isn't real,

7  so let us know who's going to be in your documentary. So my,

8  my reach out is, and then I got the other letter that said,

9  you have been warned, you know like I'm some mafia letter from

10 back when I was a kid. You know, so they don't, they haven't

11 sued me, Steve. Here's the deal, I will take them, you're

12 exactly right. Bring the media there. I don't care how long,

13 I'll sit there for a week with you. We'll do it every day,

14 we'll make it like a little trial thing. Because if you don't,

15 let me tell you what I'm doing, I am going after Dominion and

16 Smartmatic, I'm going after them with a lawsuit if this

17 doesn't all come out to the public and they all get exposed

18 and then and, and show what happened in our election because

19 it's going to get out there or my next step is I sue Dominion

20 and when I sue Dominion then it has to come out in court and

21 I'll make sure that that's public. So either do it now, let's,

22 let's just do it now and save time, how about it Dominion? How

23 about it?

24         STEVE BANNON:  So can I ask you, Mike, what would

1    you, what grounds would you sue Dominion and Smartmatic on,

2    you say you're gonna sue them, what, what grounds? We got

3    about a minute then we'll hold you over the break, what

4    grounds would you sue them on?

5            MIKE LINDELL:  I guess so, you know, I don't know

6    they're going to be crimes against our country that they used

7    their, that they, lies, you know, their machines were all

8    online. We've got them saying that they don't go online and

9    they, it's right their manual that they go online. We've got

10   proof that they were online. We've got all the evidence. So it

11   would be, you know, I don't know what the, I actually have

12   lawyers looking at that right now, what can be charged. In

13   fact, Steve, the next time I'm on your show, I guarantee I'll

14   have those charges against Dominion.

15           STEVE BANNON:  So Mike, let's take a short commercial

16   break. Mike Lindell throwing napalm on a burning fire. Okay,

17   as only he can do. He's the, he's the, he's the star-producer

18   and, and actually guy backing this film, Mike Lindell's

19   Absolute Proof. The New York Times says it's a fever dream of

20   Mike Lindell. We're gonna discuss all that with Mike Lindell,

21   the CEO of My Pillow. When we return, Raheem Kassam, Stephen

22   K. Bannon, War Room: Pandemic. We're going to return in just a

23   moment.

24           SPEAKER 1:  War Room: Pandemic with Stephen K.

1  Bannon.

2       SPEAKER 2:  This epidemic is a demon. We cannot let

3  this demon hide.

4       SPEAKER 1:  War Room: Pandemic. Here's your host,

5  Stephen K. Bannon.

6       STEVE BANNON:  Okay we're honored to have as our

7  guest, America's number one honey badger, that would be Mike

8  Lindell, the CEO of My Pillow, also my company, and I think to

9  his heart, most importantly the Lindell Recovery Center, which

10 is a biblically-based, Christian-based recovery center, or

11 network, recovery network for people that are, have issues

12 with drugs and alcohol. I want to also reiterate to the

13 Dominion, we've reached out to them, anytime, anyplace, we

14 would love to have them come on the show. Either with Mike

15 Lindell or just by themselves to counter what Mike Lindell is

16 putting out. Any, any spokesmen for them or any executives,

17 we'd would love to have you guys on here because this, this

18 has got to get sorted. This is another thing, I talked about

19 this great wound in November 3rd, this has to get sorted. And

20 now Mike Lindell has offered up to do it live on global media,

21 whatever that global media is, if it's BBC, Guardian, all of

22 them get in a room and he will go through frame by frame his

23 film with his backup, with his evidence and other backup

24 evidence, and have the, the guys challenge that or eventually

1    I guess he's going to sue you. Mike, just one thing in your

2    business, in the Recovery Network, I mean they've tried to put

3    you out of business, the big box, etc. Since you released this

4    atomic, information atomic weapon on, on Friday, and it's been

5    refuted by that, you know, all your, all your, all your

6    opponents and the guys in the media have been, this has been

7    met with derision. Right? They're saying it's all wrong. It's

8    all fiction. He's got a bunch of nutcases up there on TV with

9    him. New York Times columnist refers to it as Mike Lindell's

10   fever dream. So have, has any other pressure come on your

11   business since this launched yesterday, at 10am on One

12   American News? Have you had any additional pressure, big box,

13   suppliers, vendors, ad agencies, what has happened with your

14   business, or the Recovery Network since you launched this?

15          MIKE LINDELL:  Well, the, the we've had, we've had

16   churches that actually were going to come on board the Lindell

17   Recovery Network, and there, there has been, and then all of a

18   sudden they don't answer our calls. But that's, you know,

19   they're just afraid of cancel culture. And my employees go, I

20   want to tell you this, all my employees have just stepped it

21   up, and one of them even said, Mike, why don't you do, you're

22   going on the show today, use promo code proof. So if you want

23   to, any of the listeners out there, if you want to use promo

24   code proof, save up to 66% off my stuff on mypillow.com. My

1   employees, we're up to 27, over 2,700 now, we're getting

2   busier, but they keep canceling out. And you're right, like,

3   you know, Mattress Firm this week, they joined in, ShopHQ, I

4   mean, these guys, they, they're trying to smash all of our

5   outlets where we do business. And it's, it's sad. And one more

6   last thing on the Dominion, Steve, I will, I want to tell

7   everybody right now I just decided, I got an epiphany. If

8   Dominion doesn't agree to meet, I'm going to spend all day

9   today finding out how I can sue them. And I will, I will go

10  after them. Because if we have to, we've got to get the truth

11  out. And when I go after people in a lawsuit, it's not, it's

12  not the money, I don't care about the money, it's to bring out

13  the truth. If you can't get the truth out of someone, let's go

14  to court and let the truth be told.

15          STEVE BANNON:  Okay, so I just want to make sure we

16  reframe this, so that, you're offering to meet at any time,

17  any place and go through this in any level of detail, if it

18  takes days or weeks to go through it frame by frame with all

19  the evidence. And your only condition is you need live media

20  there, and I'm sure One America and others but you'll take

21  BBC, Guardian, whatever, to do it live so that everything can

22  be shown and be recorded. And if they don't agree to meet with

23  you sometime here shortly, you're going to work today and

24  you're committing to your followers and to other people out in

1  the country and to even your opponents and people that hate

2  you that you're going to go to court and you're going to sue

3  Dominion.

4         MIKE LINDELL:  I will go after them, if that's, if

5  there's a way to do it, I will do that for the American

6  people. We've got to, the truth needs to come out. So if the

7  truth does not come out here, if they keep suppressing it,

8  that's it, what other recourse do I have? Then I've got to

9  bring, then I've got to bring them to court, and Smartmatic,

10 bring them all into court. And, because you got to have

11 discovery then, and I already got what they, I already got

12 what they're not trying to show you. So I would absolutely,

13 Steve, let's get, we're gonna get this out there one way or

14 another

15        STEVE BANNON:  Last thing and we're [inaudible] but I

16 gotta bring, Raheem has something that, but I've got to ask

17 this question first, Raheem. You went on a religious channel,

18 a Youtube channel the other night, and you said, hey, if this

19 does not get vetted and not come up, and we don't get to the

20 bottom of this, this is going to start, I think you actually

21 started talking about the end times. I just want to make sure,

22 you've got a, you know, a couple of minutes here. What, where

23 do you think that country is? And if this is not vetted,

24 because they're making it out, like you're saying, hey, the

1  world's going to end? What was, what was your thoughts the

2  other night? And what do you think's going to happen if this

3  does not get better?

4       MIKE LINDELL:  Well, I think we're going down a

5  communist path, the socialism is coming in here. Everybody can

6  look what happened in Nazi Germany. I mean, this is, we're

7  going down, it's happening so fast. When I see and

8  experiencing the cancellation of people, canceling out

9  people's jobs, they don't exist. When you take away all

10  communication, this is like, and when you, you know, you take

11  away the communications, you take away anybody that can talk.

12  Now it's, it's just one world order, this stuff's in

13  Revelation, you know, that's what I was talking about. And you

14  combine that with this vaccine, that's how mark of the beast

15  stuff. I mean, I mean, I mean, this is horrible, keeping us

16  indoors. I mean, I could, I could do a whole 'nother show on

17  just this, this China virus, I guess you're not supposed to

18  say that, there's a thing out now you're not supposed to say

19  China virus.

20       STEVE BANNON:  CCP virus, the Chinese Communist Party

21  virus. Okay, so you got, go to, go to My Pillow, use the code

22  word proof. Real quickly, Raheem, we've only got a minute.

23       RAHEEM KASSAM:  Mike,very quickly, four questions.

24  They're all yes or no questions. They're not trick questions,

1   I really want to understand. Do you think what you're saying

2   is false? Do you think what you're reporting is false?

3        MIKE LINDELL:  What, not, not only is it 100% true,

4   it's not even a sliver of room for wiggle - -

5        RAHEEM KASSAM:  So you believe it to be true, so you

6   believe it to be true. Have you caused, have you caused

7   Dominion any damages? Have you caused them to lose any

8   business through this reporting?

9        MIKE LINDELL:  No, not that I know of. That's why

10  they haven't sued me.

11        RAHEEM KASSAM:  Does the media describe you as a

12  credible figure?

13        MIKE LINDELL:  No.

14        RAHEEM KASSAM:  No. And have they caused, you'd

15  mentioned that people aren't picking up your calls now. Have they

16  caused, have they caused you damages? You say you can't get

17  calls back now for, have they caused you damages?

18        MIKE LINDELL:  Right. Huge damages. Beyond anything -

19  -

20        RAHEEM KASSAM:  Right so I'm not a lawyer, I'm not a

21  lawyer. I'm not a lawyer but it's really interesting how this

22  stacks up in terms of a defamation case.

23        STEVE BANNON:  Mike, this is the last segment, I only

24  got 30 seconds, does Dominion know how to get ahold of your

1  lawyers? I mean, I think they sent you letters or warnings

2  before, there's no doubt that Dominion executives hear this,

3  they know how to get in touch with Mike Lindell?

4          MIKE LINDELL:  They directly, are you kidding me,

5  they, they directly emailed me. So I'll, I'm going to reach

6  out to them. You know, you just spit it out defamation, I

7  guess that would be the number one on the lawsuit I have

8  against Dominion. So - -

9          STEVE BANNON:  Mike, we got - -

10         MIKE LINDELL:  Yeah, they'll reach out, I - -

11         STEVE BANNON:  We got to bounce, you're doing the

12  Lord's work. Mike Lindell, a fighter. Dominion, you've got

13  full shot, take it, get in touch with him. We'd love to have

14  you guys on, love to have Dominion on and what we'd really

15  love to do is have both of you on. Mike, thank you so much for

16  being on War Room: Pandemic.

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8         IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 30th day of September, 2021.

10

11

12         _____

13         James Lonergan
           Production Manager
14         Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

**#**

#warroompandemic 12:15

**$**

$2 22:9

**1**

1 2:1 12:6,10 21:2,6 31:24 32:4
10 23:12,17 29:15
100% 26:9 27:10 37:3
100,000 3:18 7:11, 12
10am 33:11
11 7:2
12 27:6
168 7:17

**2**

2 12:8 21:4 32:2
2,700 34:1
20 10:19
200,000 6:17 8:1 9:18
2009 11:7
2016 7:11
2020 7:10
21 22:24
22 10:19 16:2 17:23 18:1,9,10
27 34:1

**3**

30 19:23 37:24
34 19:24
3rd 32:19

**4**

400,000 6:16 7:23 9:17 19:23
45 15:15

**5**

5 23:14 29:15
50% 8:19
53 23:21

**6**

60s 6:5
66% 33:24
6th 2:18

**7**

75 3:23

**8**

86 15:1
87% 15:1

**9**

9th 24:13

**@**

@coldwarrior 19:4
@raheemkassam 22:5

**A**

ability 9:24 11:24
able 8:16 9:20 16:4 21:14,16
about 3:12 4:22 5:17,22,23 6:1,16 7:4,11,12 9:4,13,14 10:10 11:20,22 12:12,15 15:14 16:4 18:8 19:18,19,20,21 21:15 22:15,23,24 24:8,14 25:18 27:14,17 28:9 30:22,23 31:3 32:18 34:12 35:21 36:13
absolute 26:10,13, 17 28:14 29:8,9,10 31:19

absolutely 35:12
absurd 3:12
access 15:18
account 23:18
accountable 5:12
accurate 13:1
accusations 2:4
acoldwarrior@ gmail.com. 16:22
across 5:10
action 20:2
active 14:12
actual 12:2
actually 7:24 12:21 13:1 14:1,5 23:18 26:16 27:15,21 31:11,18 33:16 35:20
ad 33:13
adamant 29:12
additional 33:12
advance 22:10
advantage 20:7
advertise 9:18
advertising 26:24
afraid 33:19
after 30:15,16 34:10,11 35:4
again 8:21 15:4 17:12,15 18:4
against 2:24 24:18 31:6,14 38:8
agencies 33:13
agency 19:19,21
agree 25:8 34:8,22
agreement 22:13
agreements 22:12
agrees 2:17
ahead 7:21
ahold 37:24
airing 26:16
alcohol 32:12
all 2:16,22 3:8 4:6 5:1 6:24 7:2,10,17, 24 14:15,21 15:3,6, 22 16:22 17:6,23 19:19,20,21 20:3,7, 9 21:20 22:9,13

24:9 25:11 26:11, 20,21 27:4,8,17 28:10,20 30:17 31:7,10,20 32:21 33:5,7,8,17,20 34:4, 8,18 35:10 36:9,24
already 29:21,22 35:11
also 7:10 10:21 11:2 17:17 20:24 24:16 29:3 32:8,12
although 14:11
always 14:23,24 15:16
am 19:6 30:15
amazed 24:10
amazing 23:1 24:22
Amazon 17:13,14, 18
Amendment 3:20
America 17:12 25:9, 15 29:3 34:20
America's 4:2 21:18 32:7
American 3:21 23:12 25:19 28:7 33:12 35:5
an 2:24 3:21 4:16 5:12,20 8:11,12 10:13 12:1 14:12 17:13 21:21 23:1,21 34:7
and 2:12,22 3:2,17, 19,20,22,23 4:3,4,8, 12 5:2,9,10,15,19, 24 6:4,5,9,11,14,17, 20,22 7:3,5,8,10,12, 13,16,21,23 8:1,18, 24 9:3,5,8,9,10,11, 12,19,21,23 10:2, 11,23 11:2,5,6,8,13, 14,15,24 12:4,14, 18,19 13:5,6,7,10, 13,14,16,17,19 14:7,8,19,21 15:4,8, 15,16 16:3,9,10,18, 21 17:3,5,6,9,14,17, 22 18:2,6,12,18,20, 24 19:4,6,24 20:3,5, 18,22,23 21:11,14, 18,21,23 22:2,6,14, 23,24 23:1,2,3,10,

17,21 24:3,4,9,10, 11,13,14,15,21,24 25:1,4,7,16,17,24 26:3,5,7,8,12,13,20, 21,22 27:3,5,19,23 28:2,3,11,12,13,14, 17,22,23 29:2,3,6 30:2,8,15,17,18,20, 22 31:1,8,18 32:8, 12,19,22,23,24 33:4,6,17,19,21 34:2,5,9,11,14,17, 19,20,22,23,24 35:1,2,9,10,11,15, 18,19,23 36:2,7,10, 13 37:14 38:14
another 13:24 16:8 28:18 32:18 35:14
answer 4:16 21:10 33:18
antifa 4:24 5:3
any 4:23 5:5 24:19 29:4,11,24 30:1 32:16 33:10,12,23 34:16,17 37:7
anybody 24:8 29:5 36:11
anymore 4:9 9:4
anyplace 32:13
anything 16:3 24:8 29:7 37:18
anytime 30:1 32:13
anywhere 11:23
appearing 21:10
appreciate 20:12
approaching 3:11
are 2:20,21 3:23 4:4, 18 5:5,9,10 6:11,14, 17,23 7:6,23 8:1,19 9:18,24 10:2,3,5,8, 18,19 14:1,5,8 15:8, 20 16:19 18:3,8 23:23 24:4,16 25:12 26:16 28:2 29:13, 18,21 32:11 38:4
area 8:10,11
aren't 2:20 5:6 13:9 37:15
argument 27:19
arising 20:5
Arizona 10:8 12:24

13:8 15:11 16:12
18:16 20:16
**around** 3:8 18:13
**arrest** 4:23 12:22
**arrests** 5:11
**article** 2:6 28:13
**articles** 4:8
**as** 2:11,13 3:20,21
4:3 5:8 8:21 13:2,9
16:18 17:2 21:12
22:17 25:7,8 29:5
31:17 32:6 33:9
37:11
**ask** 14:18 17:20
22:20 30:24 35:16
**asked** 6:10 10:5
**asking** 6:20 20:24
**assembly** 8:12
**assist** 15:24
**at** 4:2,8,11,13 5:14,
15 6:4 7:4,7,9 11:7
14:14,18,21,24 15:8
16:13 18:2,21,24
19:1 21:18 23:5,12,
18 24:12 25:23
26:15 29:24 31:12
33:11 34:16
**atomic** 33:4
**atomize** 3:21
**attack** 5:12
**attacks** 5:10
**attempt** 2:18,24
**audience** 3:15 9:20
12:14,17 18:6
**average** 23:20
**away** 3:24 36:9,11

## B

**back** 2:3 4:24 5:21
6:4 7:11,19 8:4
11:20 17:4 19:5
20:13 21:14,23
28:23 30:10 37:17
**backed** 26:14
**backing** 31:18
**backup** 28:11 32:23
**badger** 32:7
**balkanize** 3:22

**Ball** 17:11
**Bannon** 2:2,3 3:3,10
4:1,12,13,14,20,23
5:13 7:18 9:15
11:16,19 12:7,11,12
13:23 14:4 15:18,20
16:15 17:7,16,20
18:1,2,9,21 19:15
20:8,18 21:3,7,8
22:3,6,7,19 23:8,23
25:6 26:11 27:12
28:22 29:18 30:24
31:15,22 32:1,5,6
34:15 35:15 36:20
37:23 38:9,11
**Barbara** 16:10
**base** 10:2
**bash** 23:4
**bashing** 23:9 27:9
**basically** 6:15 16:23
17:4 28:18,19
**BBC** 32:21 34:21
**be** 2:11,23 5:12 6:18
7:8,12,20,21 8:14,
16,21 9:20 10:5,13
12:16 13:10 14:12
15:10 18:9 21:10,
14,15,16,17 25:3,4
28:5,24 29:3,4,22
30:7 31:6,11,12
32:7 34:14,22 37:5,
6 38:7
**beast** 36:14
**beautiful** 23:3
**beauty** 9:1
**became** 10:11
**because** 3:7 5:20,21
8:2 9:3,5,7 10:1,3,5
11:12 14:10 16:11,
17 18:5 20:14 22:7,
15 23:6 24:1,17
25:1,23,24 26:2,3,
19 27:4,13 28:6,20
29:8,19 30:14,18
32:17 34:10 35:10,
24
**become** 6:21 8:15
13:20 14:13 15:7
18:23 19:12
**becomes** 14:6
**been** 5:18 6:8 16:4
19:17 20:10 24:22

27:20 30:9 33:4,6,
17
**before** 2:4 4:15 6:10
8:17 9:16 13:23
38:2
**being** 5:5 7:4 12:23
16:17 38:16
**belief** 4:20
**believe** 37:5,6
**bell** 13:11
**besides** 3:12
**bet** 18:17
**better** 8:19 9:12
11:13 13:7,13 36:3
**beyond** 24:20 37:18
**biblically-based**
32:10
**Biden** 22:9
**big** 22:24 27:12
28:12 29:14 33:3,12
**biggest** 5:4 19:24
**billets** 9:17
**billion** 11:22
**blah** 27:2
**Blake** 13:11
**blog** 16:3
**blowing** 13:24
**board** 13:5 33:16
**Bobb** 25:11
**book** 9:17 16:22
17:8,9,14 18:24
**both** 28:8 38:15
**bottom** 5:14 8:6
35:20
**bought** 25:18
**bounce** 20:9 38:11
**box** 13:20 33:3,12
**Brandon** 22:24
**brave** 25:24 26:6
**break** 2:21 11:20
12:2 21:8 31:3,16
**breaking** 14:3
**Brian** 5:14 12:3
**bring** 30:12 34:12
35:9,10,16
**bringing** 5:21
**broken** 15:3

**Build** 18:22
**bunch** 33:8
**burning** 31:16
**busier** 34:2
**business** 33:2,3,11,
14 34:5 37:8
**but** 2:18,23 3:10 5:2,
20 6:12,17 7:2 9:2,
14,23 10:9 11:9,14
12:17 13:3,9 14:6
15:11 16:24 18:17
19:10 20:4,7 22:7
23:9,15,17,20
24:11,19 25:13
26:11,15 27:17,19
29:3,14 30:3 33:18
34:2,20 35:15,16
37:21
**button** 6:13 16:13
18:19
**buy** 25:16
**buying** 29:13
**by** 12:19 13:6,24
14:2 16:15 20:18
21:19 26:14 27:24
29:2 32:15,22 33:5
34:18
**bylaws** 16:6,7

## C

**cable** 25:14 26:1
29:13
**call** 2:18 7:12,13
12:21 20:2 27:9
**called** 16:14 21:13
26:10 27:6,11
**calling** 2:9
**calls** 14:19 26:15
33:18 37:15,17
**came** 6:11 7:14
24:12 28:13
**can** 4:2,12 7:5,19,21
8:8,21,23 9:21
10:23 11:4,9,20,21
13:16 15:14,24 16:1
17:6,9,22 18:1,2,17
19:1,9,10,11 20:4,5,
6 22:1 23:18,24
27:24 30:24 31:12,
17 34:9,21 36:5,11

**can't** 11:9 18:6 25:1
34:13 37:16
**cancel** 33:19
**canceling** 34:2 36:8
**cancellation** 36:8
**cannot** 12:8 21:4
32:2
**care** 30:12 34:12
**case** 37:22
**cast** 10:20
**catchy** 17:10
**caused** 37:6,7,14,16,
17
**CCP** 36:20
**censure** 20:23
21:11,19
**center** 32:9,10
**CEO** 31:21 32:8
**chair** 20:21 21:21
22:2
**chairman** 10:15,18,
20
**chairs** 7:14,15,16
**challenge** 29:18,19
32:24
**chamber** 21:13
**Chanel** 25:10
**change** 2:5 5:22
**channel** 26:2 35:17,
18
**charged** 2:23 31:12
**charges** 21:11 31:14
**charlatans** 13:12
**chart** 18:4
**chat** 4:13 12:14
15:21 16:16,20
18:16 23:24
**checked** 13:20
**Cheney** 20:21 21:9,
22
**chest** 13:17
**China** 36:17,19
**Chinese** 22:10 36:20
**Christian-based**
32:10
**Christina** 25:11
**churches** 33:16

citizen 3:21
civics 6:5
Claremont 5:15
clarify 9:17
class 6:5
clearly 29:16
click 16:14 18:19
clipboard 8:24
closer 8:13
clouthub 17:4
clouthub.com 19:6
CNN 27:6 29:2
code 33:22,24 36:21
cohorts 16:10
coldwarrior1978
  19:6
columnist 33:9
combine 36:14
come 2:5 6:20 9:11
  11:20 13:15 14:6
  18:18 21:23 24:7
  27:19 28:6,10
  30:17,20 32:14
  33:10,16 35:6,7,19
comes 10:10 17:4
  19:5 26:5
coming 14:6,10 26:8
  27:9 36:5
comments 24:1 25:1
commercial 11:20
  12:2 31:15
commit 14:9
committed 2:22
committee 6:14 7:4,
  14,15,16 8:9,13,15
  10:16 16:7 19:13
  21:20
committeeman
  6:14,21,23 7:12
  8:22 10:18 13:21
  14:17 15:7,11 17:5
  18:11,23 19:8,12
committeemen 7:23
  10:17,21,24 11:2
committing 10:6
  34:24
communication
  36:10
communications

36:11
communist 22:10
  36:5,20
company 22:18 26:1
  28:18 32:8
compiled 16:3
Completely 2:16
completion 22:21
  23:15
concept 22:21
condition 28:4 29:1
  34:19
congressman 21:13
connection 7:20
conservative 9:3,4,
  12 13:10 18:18
conservatives 6:6
  8:6 9:9,11 11:10
  13:14
constantly 22:13
Constitution 17:1
contact 13:22 15:22
  17:23 18:10 27:20
contents 21:15
control 6:9,10 7:24
convention 10:22
  11:1
coordinates 4:2
corner 8:24
Correnti 20:22
corrupt 28:16
cost 11:24
costs 11:22
couch 11:15
could 12:21 29:3,7
  36:16
counter 27:19 29:7
  32:15
counter-narrative
  4:5
counties 13:2 20:24
  21:11,20
country 3:22 5:4,10
  31:6 35:1,23
county 7:1,3,15 8:9,
  11 10:15 12:18,22,
  23 13:5 16:7 19:13
  20:15

couple 4:15 5:17
  14:1 15:16 17:20
  35:22
course 6:1 22:15
court 3:1,2,4 29:20,
  23 30:20 34:14
  35:2,9,10
covfefe 19:6
created 16:11,12
  19:7
credible 37:12
crew 22:24
crime 24:18
crimes 31:6
culture 33:19


                D

damages 37:7,16,17,
  18
Dan 2:4 4:15 5:15,
  17,18,21,23,24 6:2,
  3 7:18 8:3,5 9:15
  10:7 11:16,18 12:2,
  12,14 13:1 14:2,16
  15:19 16:1,20,21
  17:2,7,10,17,22
  18:2,3,8,10 19:3,16
  20:1,8,14,15,17
Dan's 20:7
Daniel 19:5
Danshultz2 19:4
day 13:16 22:24
  27:7,8 29:20,23,24
  30:13 34:8
days 7:20 22:23 27:6
  34:18
deal 25:15 30:11
dear 19:11
decade 5:18
decided 34:7
Declaration 17:2
deemed 21:22
defamation 37:22
  38:6
defend 21:23
delegate 10:24
delegates 10:21,23,
  24 11:1

demon 12:8,9 21:4,5
  32:2,3
deplorables 19:22
derision 33:7
describe 37:11
detail 34:17
did 2:21 6:4 13:4,18
  16:10 23:4 25:15,
  19,20 28:16
didn't 4:23 24:7,8
  25:2,3
different 9:23 15:12
  21:20
dime 12:1
Dinners 13:16
direction 14:14
directly 10:15,16,
  17,20 11:1 38:4,5
disclaimer 25:16,17,
  18,19,21 26:15,22
  29:14
discovery 29:24
  35:11
discredit 28:12
discuss 31:20
discussion 4:10
distributing 26:16
district 7:3 8:12
divide 3:22
do 5:23 6:2,6,22
  7:24 8:3,7,8 11:14
  12:1 13:13,18 14:6,
  9,15,18 15:4,14,20,
  23 18:1,23 19:10,18
  20:5,6,13 23:9,11,
  13,24 24:8 25:23
  26:7 27:1,2,3,19,23
  28:2,3,4,8,24 29:3
  30:2,13,21,22 31:17
  32:20 33:21 34:5,21
  35:5,8,23 36:2,16
  37:1,2 38:15
Dobbs 26:6
documentary 30:6,7
does 13:10 35:7,19
  36:3 37:11,24
doesn't 26:9 27:4
  29:2,11 30:17 34:8
dog 8:22

doing 9:2 14:22,23
  27:4 30:15 38:11
DOJ 24:9
dollars 11:23
domestic 4:17,19
  5:3,4,7
Dominion 12:24
  13:2,6 26:3 27:18
  28:15,23 30:2,4,15,
  19,20,22 31:1,14
  32:13 34:6,8 35:3
  37:7,24 38:2,8,12,
  14
don't 2:19 5:20 6:18
  8:2,5 9:3,5,18 10:4,
  5 11:10,18,21 13:1,
  3 14:2 16:12 23:17,
  19 25:8 27:1,10,23
  28:6,16 30:4,10,12,
  14 31:5,8,11 33:18,
  21 34:12,22 35:19
  36:9
Donald 3:1 17:12
done 13:4 15:15
  19:9 23:6,7 25:10
dot 19:5
doubt 38:2
down 15:3,17 18:20
  22:8,14,15 27:1,22
  36:4,7
downloads 19:24
Dr 22:16
dream 31:19 33:10
drive 14:13 25:20
drives 14:13
dropped 2:8
dropping 14:20
drugs 32:12
dry 20:4
duties 10:8


                E

each 19:6
earlier 27:14
easy 11:14
ebook 17:17,19
editing 23:2
effort 8:1

**efforts** 20:10

**either** 4:21 27:23
30:21 32:14

**elect** 6:23 8:22 9:12
10:12,15,17,21,24
11:1,2 13:7

**elected** 9:4 10:23

**electing** 7:14 11:13

**election** 9:9 14:19,
22 15:2 30:18

**elections** 9:8

**email** 16:21 19:1

**emailed** 38:5

**employees** 33:19,20
34:1

**empowered** 7:22

**empowerment** 6:2

**empty** 20:20 21:21
22:2

**encouraged** 10:9

**end** 35:21 36:1

**ended** 12:23

**engagement** 4:10

**enough** 25:24

**entirety** 23:20

**epidemic** 12:8 21:4
32:2

**epiphany** 34:7

**essential** 5:22

**essentially** 6:6 26:16

**estimate** 23:10,11,
13

**etc** 33:3

**even** 3:12 18:21
24:14,22 30:4 33:21
35:1 37:4

**eventually** 32:24

**every** 3:14,15 9:7
10:9,13,14 16:5,16
18:14 19:15 26:1
27:7 30:13

**everybody** 2:9 6:24
8:23 10:12 11:24
12:13 16:16 19:16
24:6,21,23 34:7
36:5

**everybody's** 8:7
12:1 24:21,23 26:23

**everyone** 2:17 5:2

**everyone's** 9:23

**everything** 16:4
18:13 23:3 27:1
28:20,21 34:21

**evidence** 25:4,7
26:9,15 27:15 28:20
31:10 32:23,24
34:19

**exactly** 13:3 22:19
30:12

**example** 7:1

**except** 29:1

**executives** 32:16
38:2

**exist** 36:9

**expect** 25:3,4

**experiencing** 36:8

**experts** 29:13

**explain** 15:4

**explains** 6:15

**explanations** 21:15

**exposed** 24:12 30:17

**exposure** 27:5

---

### F

**fact** 27:22 29:10
31:13

**facts** 2:20

**fail** 3:1,2,3,4

**fair** 29:6

**fakes** 13:13

**fall** 22:18

**false** 37:2

**fantastic** 25:10

**far** 20:21 23:17 24:4

**fast** 36:7

**Fauci** 22:16

**FBI** 24:9

**federal** 3:2

**feedback** 23:24
24:1,3

**fever** 31:19 33:10

**few** 30:6

**fiction** 27:22 29:10
33:8

**fight** 4:3

**fighter** 38:12

**figure** 37:12

**figured** 20:19

**fill** 8:19,20

**filled** 7:2 8:1

**film** 22:22 26:13
31:18 32:23

**finally** 24:17

**Finchem** 12:21

**find** 5:8 8:8,9,16
9:20 15:23 16:4
17:4,6,15 18:13
19:9,13

**finding** 34:9

**finger** 13:17

**fire** 12:15 20:14
31:16

**Firm** 34:3

**first** 3:20 7:22 10:11
13:13 16:2 18:12,19
19:12 22:20 35:17

**floor** 5:24

**Florida** 15:5,11

**flyers** 14:20

**folks** 21:23

**follow** 4:3 20:13
24:3

**followers** 34:24

**following** 21:16

**follows** 3:15

**for** 2:5,11,13,14,24
4:16 5:8,18,19 6:24
7:7,14,23 9:7,24
10:3,20,22,23 11:6,
13 12:21 13:21
14:17,23 15:17 16:5
18:11,14 20:7,9,10,
15 21:11,12,22,23
22:10 23:18 24:12,
13 26:24 27:6 28:11
29:1 30:13 32:11,16
35:5 37:4,17 38:15

**form** 13:20

**format** 17:17

**forum** 18:17

**forward** 2:12 20:12
26:14

**four** 6:15 10:14 11:3
36:23

**Fox** 3:11 26:5

**frame** 27:24 28:1
32:22 34:18

**fraud** 27:17

**free** 17:18

**Fresno** 30:1

**Friday** 27:8,9 33:4

**friends** 3:17 24:24

**from** 6:20 10:7,8
12:17 15:5,13 20:15
21:8 22:21 24:4
25:14 26:8 27:6
30:9

**front** 14:17

**fruit** 27:16

**frustrated** 2:21

**full** 38:13

**fullest** 15:1

**funny** 26:4

---

### G

**Gab** 17:3 19:4

**Game** 17:11

**gave** 21:14 24:20

**general** 9:8 14:22
15:2

**generally** 9:24 24:1

**Germany** 36:6

**get** 2:3 4:12,15 5:14,
21,22 6:20 7:8,19
8:1,3,9,17,24 9:16,
19 10:14 11:8,15,21
12:4 13:14,18,22,23
14:2,13,24 15:7,12,
14,15 17:9,11 18:1
19:3,11 20:19 22:19
23:8,10 24:4,17
27:15 30:17,19
32:18,19,22 34:10,
13 35:13,19 36:3
37:16,24 38:13,13

**gets** 9:4 26:5

**getting** 5:16 7:7 9:6
10:3 13:6 14:8,14
23:23 24:4 34:1

**give** 4:2 15:18 16:9
17:8

**gives** 14:11

**global** 32:20,21

**go** 2:4 4:9,14 8:10,
12,14,17,23 9:21
10:9 11:5,15,18,23
13:14 15:6,9,16,23
16:2,18,24 17:13,14
19:14 20:19 22:2,19
23:9,24 24:3,24
25:6,9,24 26:23
27:12,13,23,24
28:23 31:8,9 32:22
33:19 34:9,11,13,
17,18 35:2,4 36:21

**going** 2:3,23 3:1,2,3,
6,24 5:12,19 6:19
7:10,20 8:3,10,12
10:5,13,14,15,16
11:23,24 14:18
16:19,20 17:16
18:17 19:3 21:15,
16,17 22:3 24:16,21
25:4 26:2,21,23
27:2 29:23 30:7,15,
16,19 31:6,22 33:1,
16,22 34:8,23 35:2,
20 36:1,2,4,7 38:5

**gonna** 3:3,4,10 5:13
11:11 12:20 20:24
21:8 28:3 29:20,23
31:2,20 35:13

**good** 16:12 28:17

**got** 2:7 4:6,13 6:13
11:13,14,15,19,23
12:3,18 13:7,13,18,
20 14:22 15:1,3,5,6,
7 16:5,13 17:1,20
18:16,22,23 19:12,
13,22,23 20:8,9,18,
20,22 22:8,9 24:11,
24 25:10,11 27:6
29:12,13,15 30:8
31:2,8,9,10 32:18
33:8 34:7,10 35:6,8,
9,10,11,16,22
36:21,22 37:24
38:9,11,12

**gotta** 35:16

**government** 2:19
24:15

**grade** 6:5

**graphic** 6:15 7:5
17:23

**grassroots** 7:7 8:3

great 4:1 10:10
17:12 18:23 20:22
25:12 32:19
greatest 4:17
ground 29:11,12
grounds 31:1,2,4
group 4:19 6:11
19:7,9
groups 17:5 19:9
guarantee 11:9,10
31:13
Guardian 2:9 32:21
34:21
guess 10:10 24:10,
15 27:3,10 31:5
33:1 36:17 38:7
guest 12:12 32:7
gun 25:3
guy 19:17 22:9
31:18
guys 4:4,24 18:1
25:15,20,23 26:16
27:1,8,18 29:19,21
32:17,24 33:6 34:4
38:14

### H

had 7:10 15:17
22:11,12 33:12,15
half 7:6,9,13
hammering 5:18
hand 16:24
handcuffs 5:7
hang 5:13 9:15
11:16,19 16:15 17:7
hanging 27:16
happen 28:17 36:2
happened 8:5 30:18
33:13 36:6
happening 36:7
happens 7:6,7
hard 5:8 8:18
hardcore 25:4
has 5:17 9:7 13:4
17:23 21:9,22 30:4,
20 32:18,19,20
33:6,10,13,17 35:16
hate 35:1

Hattondorf 16:10
have 2:20 3:23 4:4
5:20 6:6,21 7:17 8:4
11:18 13:8 15:7,9,
12 16:22,24 18:5
21:9 23:5,11,13,14,
15,18,24 25:9 26:1,
4 27:10,18,19,20
28:1,2,5,10 29:1,2,
20,23 30:9 31:11,14
32:6,11,14,17,24
33:6,10,12,20 34:10
35:8,10 37:6,7,14,
15,16,17 38:7,13,
14,15
haven't 19:9 30:10
37:10
having 20:12,23
he 26:15 31:17
32:22
he's 31:17 33:1,8
hear 21:21 38:2
hearing 20:20
hearings 25:9
heart 32:9
held 5:12
help 8:18 9:12,19,20
17:12,22
helped 26:19
helping 7:8
her 20:24 21:11,12,
15,22,23,24 22:2
here 2:6 4:22 7:1 8:6
10:8 13:23,24 16:11
17:21 18:16 28:15
29:11 32:17 34:23
35:7,22 36:5
Here's 2:1 8:8 11:21
12:10 19:15 21:6
30:11 32:4
hey 9:15 10:4 12:17
13:23 14:5 17:7
25:6 26:13 27:21
35:18,24
hide 12:9 21:5 28:8
32:3
him 7:19 18:21 33:9
38:13
his 10:20 22:12
26:14 27:15 32:9,
22,23

hit 16:18,19
hold 31:3
honey 32:7
honored 32:6
hoodwinked 13:6
hoops 15:6
hope 9:12 24:2,16,
20
horrible 13:4,6
36:15
host 2:1 12:10 21:6
32:4
hour 5:14,20 22:22
23:21
hours 14:19 22:24
23:4,22
house 23:1
how 2:12 5:24 6:2
11:20 12:19,22
15:4,20,23,24 16:4
17:9,10 20:19 22:21
23:9,10,11,13,19,23
26:6 30:12,22 34:9
36:14 37:21,24 38:3
how's 3:3,4
huge 18:6 37:18
humanity 24:18
Hunter 22:9

### I

I'D 13:22 25:17
I'LL 7:12 8:18
27:24 30:13,21
31:13 38:5
I'M 3:5 4:16 6:11
7:1 8:5 14:17,23
17:2,3,4 19:2,4 28:3
30:9,15,16 31:13
34:8,20 37:20,21
38:5
I'VE 6:13 9:14 11:6
15:3,17 16:3,4,5,22
17:5 19:7 22:1 35:8,
9,16
if 3:17 4:8,17 5:7,8,
9,10,22 6:14 7:19
8:7,9,10,11 9:9,18
11:4,5,7,10 14:9
16:1 17:12,13,14,
18,22 18:18 19:21

22:18 24:9 27:3,23
28:2,7,9,24 30:14,
16 32:21 33:22,23
34:7,10,13,17,22
35:4,6,7,18,23 36:2
impeachment 27:15
impending 5:10
important 5:7 9:9
21:19
importantly 32:9
in 2:4,5,8,9,14,16,
21,24 3:1,2,4 4:24
5:4,6 6:4,5,9,10,12,
16,24 7:1,3,6,11,22
8:9,10,16,17,20,22
9:5,6,19 10:8,13
12:13,14,17,19,23
13:2,8,17,19 14:6,
10,11,21,22 15:2,5,
8,12,13 16:5,11,16,
20,24 17:1,14,17
18:16,18 19:8,16,21
20:1,10,22 21:1,11,
14,21 23:1,4,6,9,12
24:5,9,12,15,22
25:13 26:5 27:6,16,
20,24 28:23 29:6,
20,21,22,23 30:5,6,
7,18,20 31:12,22
32:19,22 33:1,2,6
34:3,11,17,24 36:5,
6,12 37:22 38:3,13
inaudible 3:8 5:16
6:21 11:13 15:2
28:21 29:5 35:15
incorrect 29:22 30:3
incumbent 9:7
incumbents 9:13
indoors 36:16
inexpensive 16:23
information 4:6,7
8:2 11:21 13:22
14:20 15:23,24
16:19 17:24 18:11
19:17 33:4
inside 6:18
intel 2:7
interesting 37:21
internet 16:4 26:11
into 6:20 7:10 9:10
11:3,18 13:14 17:11
20:1 21:13 24:5

35:10
introduce 8:14
invade 11:4
invitation 28:2
involved 11:8 13:19
19:11
is 3:1,5,11,21 4:11,
17,18 5:7,12,16,22,
23,24 6:6,8,9,10,12,
21 7:11 8:6,15 9:2,
8,22,24 10:1,2,10,
12 11:13 12:1,8,12,
16,20,21,22 13:21
14:5,9,10,23 15:11
16:2,8,10,21 17:4
18:10,12,19,22,24
19:14,17,19,20,21
20:2,4,5,21 21:4,13
24:6,17,19 25:3,7,
17,20 26:2,6,13,14,
17,23 27:4,16 28:5,
15,17,18,19,21
29:10,18,24 30:8,19
32:2,10,15,18,21
34:19 35:20,23
36:5,6,10,15 37:2,3,
23 38:15
isn't 11:6 26:9 30:6
issues 32:11
it 2:7,20 3:3,4,12,20
5:20,23,24 6:2,9,10,
15,18,22 7:14 8:9,
20 9:14,22 10:7
11:4,10,14,22
12:19,22 13:7 14:1,
5,6,9,10,23 15:3,4,
14,15 16:4 17:1,3,
15,22 18:5,7,9,13
19:5,10,18 20:6,7,
12 21:13,22 22:13,
14,15,22 23:1,4,5,6,
11,15,17,18,19,20
24:3,8,14,17,24
25:2,3,18 26:7,8,16,
19,20,21,23 27:4,
23,24 28:2,5,6,7,8,
12,13,21,24 29:2,3,
5,6,7,11,14,15
30:13,14,20,21,22,
23 31:10 32:20
33:9,20 34:17,18,21
35:5,7,8,24 37:3,5,6
38:6,13

**it's**  3:1,2 4:6,10,11,
21 5:8 6:3 7:9,17
8:18 9:1 10:2,7,14
11:5,14,23,24 12:15
14:10 15:2,3 16:6,7,
8,14,23,24 17:1,10,
13,17,18 19:17
20:7,11 23:1,3,6,22
24:15,16,20,21,22
25:2 26:4,6,8,9,10
27:5,8,21,22 28:16
29:8,9,14,15 30:19
31:9,19 32:21 33:4,
7 34:5,11,12 36:7,
12 37:4,21

**item**  12:2

**IV**  20:22

---

## J

**J-A-C-K**  4:8

**Jack**  2:16 3:7,14
4:1,6,8 25:11

**January**  2:18 24:13

**Jeff**  13:11

**jeopardize**  9:6

**job**  13:4,6,13 25:10

**jobs**  36:9

**Joey**  20:22

**John**  13:11

**join**  18:17

**joined**  34:3

**joining**  5:19 20:15

**joint**  22:12

**Journal**  27:7

**July**  4:24

**jump**  15:5 19:15

**jumping**  2:16

**June**  4:24

**just**  2:19 7:12,18,19
9:16,17 11:14
14:10,14 16:19 17:8
18:7,13 20:11 21:9
22:9,20 23:1,16
24:2,12 25:1,4,13,
17 26:6,12 27:8
30:22 31:22 32:15
33:1,19,20 34:7,15
35:21 36:12,17 38:6

## K

**Kassam**  4:16,21 5:2
12:3 20:3 22:1,5,17
31:21 36:23 37:5,
11,14,20

**keep**  16:20 17:16
21:17 34:2 35:7

**keeping**  36:15

**keeps**  19:20 20:5

**Kennedy**  5:15 12:3

**key**  7:22 10:12
11:21

**kid**  30:10

**kidding**  38:4

**kids**  10:18

**Kimber**  16:10

**kind**  14:6 24:3 26:19
27:5

**Kindle**  17:13

**knew**  24:14

**know**  3:17 4:17 5:4,
6,7,9 6:19 7:21 8:5
10:5 11:5 12:1,14
13:11 16:18 17:18
18:14 19:10,11
20:3,6 23:3,6,14,17,
19,20 24:7,9,11,12,
13,17,19 25:22,23
26:7,8 27:1,3,9,13,
15,17,18,20 28:5,9,
11 30:7,9,10 31:5,7,
11 33:5,18 34:3
35:22 36:10,13
37:9,24 38:3,6

## L

**labor**  18:15

**laid**  16:22

**last**  3:16 5:16 34:6
35:15 37:23

**late**  6:4

**launched**  25:13,14
33:11,14

**lawsuit**  30:16 34:11
38:7

**lawyer**  37:20,21

**lawyers**  31:12 38:1

**laying**  20:7

**lead**  4:5

**leaders**  4:18 5:6

**leadership**  14:7,12

**learned**  6:4

**least**  6:4 11:8 24:13
25:23

**left**  17:21

**legal**  3:5

**legislative**  7:3 8:12

**legislature**  13:3

**lesser**  8:13

**let**  2:4 12:8 17:20
21:4 28:11 30:7,15
32:2 34:14

**let's**  15:18 18:1
24:17 25:6 26:23
27:2,13,22 28:5,8
30:21,22 31:15
34:13 35:13

**letter**  30:8,9

**letters**  30:5 38:1

**level**  2:17 4:22 7:7
34:17

**lie**  28:12

**lies**  27:22 28:6,14,15
31:7

**like**  9:22 10:4 13:22
18:14 19:4 21:16
24:6,11 25:3,17
27:5 28:6 29:11
30:1,5,9,14 34:2
35:24 36:10

**limitations**  24:18

**Lincoln**  13:16

**Lindell**  5:14 12:3
20:9 21:1 22:20,23
23:14 24:6 25:22
26:14,19,22 28:3
29:17 30:3 31:5,16,
20 32:8,9,15,20
33:15,16 35:4 36:4
37:3,9,13,18 38:3,4,
10,12

**Lindell's**  28:14
31:18 33:9

**line**  8:6

**listen**  19:23

**listener**  19:11

**listeners**  33:23

**literally**  5:18

**little**  9:2 16:3 20:4,6
30:14

**live**  4:13 5:9 7:1
8:14,18 9:10 12:14
15:21 16:16,20
17:11 20:19 23:24
27:23 28:6 32:20
34:19,21

**livestream**  21:17

**Liz**  20:21 21:9,22

**local**  7:15 8:9 10:16

**long**  13:7 20:11
22:21 23:19,22 29:5
30:12

**look**  2:12 10:4 11:5
14:5 15:20 20:12
23:5 26:15 27:21
28:22 29:11 36:6

**looked**  23:18

**looking**  2:11 18:2
31:12

**Looks**  21:16

**Lord's**  38:12

**lose**  11:10,11 15:10
37:7

**lost**  7:18,19

**lot**  5:16 10:4 13:8
24:12,14,15,16,20

**Lou**  26:6

**love**  13:24 18:16
27:18 32:14,17
38:13,14,15

**lower**  14:20 27:16

**lying**  4:22

## M

**machines**  13:2
28:20 31:7

**made**  25:15 28:1

**mafia**  30:9

**MAGA**  19:22

**magnitude**  24:19

**mailer**  6:20

**major**  6:7

**make**  7:21 17:12,15
20:19 23:4 25:20
26:12 28:6,23

**30**:14,21 34:15
35:21

**makes**  8:1

**making**  5:11 14:8,19
27:4 35:24

**manual**  31:9

**many**  15:9 19:22
20:24 21:11 23:9,
11,13 24:22

**Maricopa**  7:1,3
12:17,19,22,23
20:15

**mark**  12:3,21 36:14

**masses**  19:21

**matter**  29:12

**Mattress**  34:3

**Mccain**  13:11

**me**  3:12,15 6:10
8:17 10:15 15:17
17:4,6,20 19:1
22:18 26:8 27:2,9,
10,11,24 30:4,5,11,
15 37:10 38:4,5

**mean**  23:17 24:1,9
25:1 26:4,6,9 27:1
28:9,18 29:2,20
33:2 34:4 36:6,15,
16 38:1

**means**  13:19

**meant**  12:16

**Medal**  16:10

**media**  23:3,8 24:4
28:5,13 29:2,4
30:12 32:20,21 33:6
34:19 37:11

**meet**  30:2 34:8,16,
22

**meeting**  8:11,14,17
10:19 11:5,15 15:8,
9 19:14 20:23 21:19

**meetings**  9:22,23
10:9,10,11 11:18
13:15 15:6,9 17:1

**member**  3:14 8:15
14:12

**members**  7:17

**men**  14:5

**mentioned**  37:15

**met**  33:7

metastasize 29:16

Mewe 17:3 19:5

Michaeljlindell.com 23:21

middle 29:11

might 8:16 9:11 17:22 29:21

Mike 5:14 12:3 20:9 21:1 22:19,20,23 23:14 24:6 25:22 26:14,19,21 28:3,14 29:17 30:3,5,24 31:5,15,16,18,20 32:7,14,15,20 33:1, 9,15,21 35:4 36:4 37:3,9,13,18,23 38:3,4,9,10,12,15

Mike's 26:17

Mike,very 36:23

million 3:23 19:24 22:9 23:14,18 29:15

minimum 14:11

minute 31:3 36:22

minutes 15:15 17:21 23:22 35:22

moment 21:1 31:23

Monday 5:21 12:20

money 34:12

month 10:9 11:6,15 14:6,11

monthly 9:22 13:15 15:8

months 23:6

more 8:3 11:21 12:4 13:14 15:23 19:22 24:2,15 27:5,16 34:5

morning 23:12

most 5:3 6:4 9:9 32:9

mothers 5:2

motivated 14:9

movement 19:22

Mr 21:24

MSNBC 29:2

much 4:10 12:4 19:10 20:8,15 22:18 23:19 38:15

my 4:16 6:13 7:3 8:16 10:18 14:17,23

16:3,9,21,23 18:10, 24 23:16,21 30:7,8, 19 31:21 32:8 33:19,20,24 36:21

mypillow.com. 33:24

myself 24:13

---

**N**

nailed 25:2

name 19:9

named 29:21,22

napalm 31:16

narrative 2:13,14

national 2:7 7:16 10:21 11:1,2

nationwide 6:17

Nazi 36:6

need 3:14 8:8 11:22 12:1 25:23 34:19

needs 35:6

negative 25:2

network 32:11 33:2, 14,17

never 6:19 11:23 15:17 22:7

new 2:8 5:17 27:7 29:4 31:19 33:9

news 5:20 14:3 21:8 23:13 25:9,14 29:13 33:12

Newsmax 29:3

next 3:6 5:11 12:3 20:9,13 30:19 31:13

nice 7:12 8:14 16:24

night 3:16 35:18 36:2

nine 15:12,19

no 3:23 4:14 8:1 14:4 21:14 24:18 25:22 29:10 36:24 37:9,13,14 38:2

no-show 20:21

nobody 8:21,23 9:13 27:11

nominating 10:22

non-stop 27:7

nonstop 22:14

nose 18:13

not 3:5,24 4:9,18 5:5,11 6:9,10,12 7:19 8:18 9:6 11:7, 24 12:16 14:10,14 16:12 20:11 21:10, 14,16,22 25:2,13 26:2,4 28:2,16,17, 19,21 30:4 34:11,12 35:7,12,19,23 36:3, 17,18,24 37:3,4,9, 20,21

nother 36:16

nothing 28:8

November 32:19

now 2:7,24 4:11 5:4, 11,15 9:2,5 16:17 17:20 18:8 19:16,17 20:2,14 21:21 22:19 24:17,21 27:4 29:24 30:21,22 31:12 32:20 34:1,7 36:12, 18 37:15,17

number 6:15 7:5 16:1 17:2,23 19:3 23:20 32:7 38:7

nutcases 33:8

---

**O**

o'clock 23:12

OAN 26:6,22,24

obligations 9:21

obviously 4:21 24:2 25:7 29:19

occasionally 19:2

odds 8:19

of 2:7,10,14,17,19, 22 3:2,4,8,14,18,23 4:19,22,23 5:5,14, 16,17,20 6:7,9,10, 13,16,17 7:2,4,6,13, 22 8:15 9:1,6 10:2, 4,5,16,19 12:22 13:4,5,7,8,22 14:1, 4,7,14,19,24 15:1,6, 16 16:6,11 17:6,8,9, 11 18:15,16,21 19:3,7,24 20:3,14, 21,22,24 21:11,20 22:9,14 24:3,12,14, 15,16,18,19,20,23

25:14 26:6,13,19 27:5,14,16 28:7,11 29:20,24 30:6 31:19,21 32:8,21 33:3,8,17,19,21,23 34:4,13,17 35:20,22 36:8,14 37:4,9,22, 24 38:15

off 11:15 14:20 19:3 22:18,20 33:24

offer 6:1 29:24

offered 32:20

offering 34:16

office 9:5 13:5

officers 7:16 10:16

official 4:14

Officials 21:9

oh 3:11 18:2,10 22:15

okay 5:13 7:18 11:16 12:12 15:2 16:21 18:3 19:11 20:18 21:8 23:16 24:21 26:11 27:2 31:16 32:6 34:15 36:21

old 30:1

on 2:7,18,20 3:6,15 4:3,5,9,12 5:21 6:1, 11,13 8:24 9:11,15 11:3,16,19 12:15,20 13:5,17,20 15:21 16:4,14,15,18,23 17:2,3,4,5,7,13 18:13 19:2,4,6,24 20:13,14 22:7,14 23:12,15,16,21 24:18 25:14 26:11, 20,22 27:9,19 28:4, 9,10,13 30:3 31:1,4, 13,16 32:14,17,20 33:4,8,10,11,16,22, 24 34:6 35:17 36:16 38:7,14,15,16

once 9:3 10:12,13,14 11:5,15 14:6,10 15:15

one 4:2 6:7,8,13,22 11:16,19 12:16,17 16:15 17:7 19:6,24 23:12 25:2,9,14,19 28:15,17,18 29:1,3,

20 30:3 32:7 33:1, 11,21 34:5,20 35:13 36:12 38:7

one's 10:19

ones 13:3

online 31:8,9,10

only 6:22 8:1 10:24 12:23 14:18 18:17 23:22 28:24 31:17 34:19 36:22 37:3,23

open 25:15 29:4,6

opinion 3:2,5 12:19 25:8 26:17 29:9

opponents 33:6 35:1

opportunity 19:18

opposition 24:5 26:12

or 2:10 4:24 10:13 15:1,6,10 16:19 18:2 19:8 21:15 26:3,16 27:24 28:1, 16 30:19 32:10,15, 16,24 33:14 34:18 35:13 36:24 38:1

order 36:12

organization 9:2 11:13

other 12:18 13:2 16:5 21:14 24:14 25:5 26:1 30:8 32:23 33:10 34:24 35:8,18 36:2

others 7:13 21:18 24:3 34:20

ought 7:8

our 6:7,16 9:1 11:11,12,13 12:12, 14 13:3,5 14:21 16:11,12 20:13 30:18 31:6 32:6 33:18 34:4

ours 18:16

out 3:17 5:8 7:7,9 8:2,9,17 9:20 11:24 12:13 13:22 14:8,13 16:9,23 19:11,13 20:7,19,22 21:23 22:10,13 24:7,10, 12,17 25:24 26:2 27:9,18,20,21 28:7, 13 29:14 30:8,17, 19,20 32:13,16

33:3,23 34:2,9,11, 12,13,24 35:6,7,13, 24 36:8,18 38:6,10

**outlets** 34:5

**over** 4:1,4,9,13 5:16, 18 6:7,17,22 7:20 10:1 11:4,8,11 12:13 19:19 23:14, 17 26:20,21 31:3 34:1

**overall** 7:3

**overcharging** 2:23

**overrun** 16:17

**overseeing** 13:4

**overthrow** 2:19

**overwhelmingly** 15:21 21:12

**own** 16:11,13

---

**P**

**P-O-S-O-B-I-E-C** 4:8

**packages** 25:12

**pages** 18:5

**pandemic** 2:1 12:5, 6,10 21:2,6 31:22, 24 32:4 38:16

**paperback** 17:14

**Parlor** 17:3 19:5

**part** 3:18 7:22

**Partiers** 11:7

**parties** 6:7 11:22

**party** 5:17 6:7,8,12, 14,16,18,20,22,23, 24 7:6,8,24 8:1,22 9:1,2,10 10:1 11:4, 8,11,12 12:13 13:14,19,21 19:18, 19 22:10 36:20

**pass** 5:1 12:20

**path** 20:11 36:5

**patriots** 20:22

**PC** 6:13 16:14 18:19

**peaceful** 3:18,19

**people** 2:6,11,21,22 3:8,18 4:2 5:9,24 6:4 7:21 9:24 10:3,4 11:6,13,21 13:24 14:1,4,8 15:16,20

16:17,19 17:9 18:3, 7,22 19:23 20:1,4 22:1,20 23:9,11,13, 23 24:2,4,14,16,20 25:7 29:15 30:6 32:11 34:11,24 35:1,6 36:8 37:15

**people's** 36:9

**percentage** 14:24

**perfect** 17:16 26:4

**person** 3:15 9:12

**personal** 6:1

**phone** 14:19

**picking** 37:15

**picture** 22:1

**piece** 2:8,9

**Pillow** 31:21 32:8 36:21

**place** 16:2 18:19 21:20 23:1 29:6 30:1 34:17

**places** 26:1

**platforms** 17:6 19:7

**playing** 23:12

**plus** 15:19

**podcast** 4:7 18:6 19:24

**point** 25:14

**points** 28:20,21

**polite** 8:14

**political** 5:17,22 6:1, 7 11:4,12

**politicians** 10:11 13:15

**Politics** 17:11

**Pool** 3:16

**portal** 18:19

**position** 8:19

**positions** 6:16

**Posobiec** 2:4,16 3:7, 14 4:1,6,8 25:11

**post** 19:2

**potential** 9:6

**pound** 19:16

**pounding** 20:1

**power** 11:4 20:11

**powers** 6:18

**precinct** 6:13,14,21,

22,23 7:2,11,23 8:16,20,21 10:24 12:18 13:21 14:5, 16,17,21,23 15:7, 11,14 17:5 18:11,23 19:5,8,12

**precincts** 12:18

**preempted** 14:2

**prepared** 14:9 28:2

**present** 29:6

**presentation** 18:5

**President** 2:14 17:12

**presidential** 10:22

**pressing** 5:20 7:20

**pressure** 33:10,12

**pretend** 13:10

**pretty** 27:12

**primary** 9:7,8,11 14:18 15:12

**Prime** 17:18

**private** 9:1

**probably** 8:11 9:23 19:3

**problem** 6:9

**proceeding** 3:6

**process** 20:6

**promo** 33:22,23

**promoting** 6:11,12

**proof** 26:9,10,13 27:21 28:14 29:8 31:10,19 33:22,24 36:22

**propensity** 14:20

**protects** 26:8

**public** 3:2,4 28:7 30:17,21

**pulled** 22:8

**Pulse** 2:7

**put** 3:10 6:15 7:5 16:1 17:14,23 22:22 23:1,24 25:24 26:2, 7,22 29:14 33:2

**puts** 26:14

**putting** 2:6 32:16

**pyramid** 10:2,3

22,23 7:2,11,23 ... **Q**

**question** 4:17 12:16 20:5 35:17

**questions** 36:23,24

**quickly** 36:22,23

**quit** 27:9

---

**R**

**radio** 18:6

**Raheem** 4:15,16,21 5:2 12:3 20:3,20 21:18 22:1,3,5,17 31:21 35:16,17 36:22,23 37:5,11, 14,20

**Raheem's** 5:13 22:6

**Rahim** 4:3

**railhead** 2:13

**ran** 23:1

**Rawlins** 21:21

**reach** 30:8 38:5,10

**reached** 27:18,19,20 32:13

**reading** 25:1

**real** 5:22 6:3 10:7 11:3 15:2,3 16:23 17:10,11 21:18 30:6 36:22

**reality** 14:12 20:4

**realize** 9:23 24:11

**realized** 26:24

**really** 4:4 8:7 13:9, 10 14:8 20:12 25:13,20 37:1,21 38:14

**reason** 6:9

**recall** 13:3

**receipts** 22:8,12

**recorded** 34:22

**recourse** 35:8

**recovery** 32:9,10,11 33:2,14,17

**recruit** 9:9 14:16

**reelected** 9:6

**refer** 25:8

**referred** 25:7

**refers** 33:9

**reframe** 34:16

**refuted** 33:5

**registered** 15:13

**registering** 13:19

**registration** 13:20 14:15

**reiterate** 32:12

**released** 33:3

**religious** 35:17

**remember** 9:7 29:8

**reporter** 4:1

**reporters** 25:12 29:5

**reporting** 37:2,8

**republic** 11:9,11

**Republican** 6:8,12 7:24 10:1 11:11,12 12:13 19:19

**Republicans** 13:5,8, 9,10 14:24 15:1,13

**request** 28:1

**requirement** 14:11

**requirements** 15:9

**resign** 20:24 21:12

**resolution** 12:20

**responsibilities** 14:7

**rest** 20:22

**retainer** 22:13

**return** 12:2,4 21:1 31:21,22

**Revelation** 36:13

**rid** 26:5

**right** 2:7,20 3:19,21 4:11,24 5:11 9:2 13:16 14:17 15:10 19:16 20:2,14 21:20 22:11 24:6 29:16,17 30:3,12 31:9,12 33:7 34:2,7 37:18, 20

**rightlanenetwork. com** 16:9 18:15,18

**ring** 13:11

**Rion** 25:10

**RNC** 6:24 7:16,17 11:3

**roof** 4:11

**room** 4:13,14 12:6,
10 21:2,6 22:14
24:3 27:24 28:7
31:22,24 32:4,22
37:4 38:16

**rounding** 4:18

**row** 27:6

**Rudy** 27:13

**run** 10:23 13:9
15:12

**running** 6:18

**rural** 8:10

—————————
**S**

**sad** 34:5

**said** 14:5 18:14 19:4
22:15 25:22 26:7
28:13,14 30:8 33:21
35:18

**same** 14:22 15:16

**Saturday** 2:5

**save** 11:9 30:22
33:24

**say** 3:19,23 8:15
10:4 13:17 14:15,16
26:17,18 27:21,22
28:12 29:7 31:2
36:18 37:16

**saying** 3:5 4:20 8:7
12:1,16,17 15:21
19:17,20 26:12,17
27:10 28:19,24
29:8,9,10 31:8 33:7
35:24 37:1

**says** 21:13 31:19

**Schultz** 2:4 4:15
5:15,17,23 6:3 7:19
8:5 10:7 11:18 12:2,
12 13:1 14:2,16
15:19 16:1,21 17:2,
10,14,17,22 18:2,8,
10 19:5,20 20:1,14,
17

**Schultz's** 19:16

**scroll** 18:20

**search** 17:5

**season** 14:19

**sec** 16:15

**second** 2:4 9:16,20
11:16,19 17:8 23:9

24:5 25:17 28:17,23

**seconds** 37:24

**Secretary** 13:4

**seditionaries** 2:10

**seditionary** 2:10,11

**seditious** 2:18

**see** 18:6,20 22:7
24:3,24 26:23 28:7
36:7

**seeing** 5:5,6

**seek** 19:13

**seen** 3:7,8 23:11,13,
19

**segment** 37:23

**selling** 22:10

**Senate** 2:15 12:20

**send** 30:5

**sending** 24:24

**sent** 38:1

**serious** 4:24

**set** 17:5

**seventh** 6:5

**share** 4:7

**sharing** 3:16

**shark** 2:16

**she** 21:10,13,22

**sheet** 15:14

**Shophq** 34:3

**short** 12:2 13:7
16:23 31:15

**shortly** 34:23

**shot** 38:13

**should** 2:6,11,23
12:14

**shouldn't** 3:12

**shout** 16:9

**show** 7:5 13:15 22:7
28:9,11 30:18 31:13
32:14 33:22 35:12
36:16

**Show's** 2:12

**showed** 22:8,9

**shown** 34:22

**shows** 9:19 20:1

**Shultz** 19:3

**shut** 26:24

**side** 2:20

**sign** 15:17

**signature** 15:19

**signatures** 8:24
15:13,15

**signing** 9:24 10:3
14:14,15 16:16,17,
19

**simple** 6:3 10:7
11:14 15:3

**since** 11:7 23:11
25:18 33:3,11,14

**single** 3:14,15

**sir** 17:16

**sit** 27:22,24 28:8
30:13

**site** 4:14 9:19 16:8,
11 18:12 19:23
23:16 25:13

**site's** 20:13

**sites** 16:11

**six** 7:5 22:23 23:4

**slide** 16:1

**sliver** 37:4

**slots** 7:2,4,6,13,23

**smaller** 8:13

**Smartmatic** 26:3,5
28:17 30:16 31:1
35:9

**smash** 34:4

**smoking** 25:3

**snarky** 12:17

**so** 2:4 4:2,9,10 5:23
6:24 8:6 9:13 10:12,
18 11:14 12:4 13:21
14:9 15:4,9,22
16:12 17:12 18:11
19:9 20:12,14,21
21:17,18 22:6,19,20
23:7,16 24:4,15,20
25:8 26:7,8,24 27:3
28:23 29:10,14,18,
22 30:7,10,21,24
31:5,10,15 33:10,22
34:15,16,21 35:6,12
36:7,21 37:5,20
38:5,8,15

**social** 6:5 28:13

**socialism** 36:5

**some** 2:17 9:17
10:13 13:22 14:4

16:11 21:8 27:16
30:9

**somebody** 9:18
14:13 15:17

**someone** 34:13

**something** 8:7 16:5
18:14 26:7 35:16

**sometime** 34:23

**sometimes** 16:6,7
20:5

**sooner** 24:7

**sorted** 32:18,19

**sorts** 15:6

**sound** 20:4

**speak** 13:16

**SPEAKER** 2:1 12:6,
8,10 21:2,4,6 31:24
32:2,4

**specific** 23:21

**specifically** 25:9

**spend** 34:8

**spit** 38:6

**spite** 24:23

**spokesmen** 32:16

**stacks** 37:22

**stand** 3:23 8:23 9:7
29:24

**star-producer** 31:17

**start** 35:20

**started** 23:11 35:21

**state** 7:15 10:8,17,
18,19,20,22 12:20
15:5 16:5,7 18:14
21:19 30:1

**State's** 13:5

**states** 2:19 10:14
16:5

**statute** 24:18

**step** 13:13 19:12
24:9 30:19

**Stephen** 2:1 12:6,11
21:2,7 31:21,24
32:5

**stepped** 33:20

**Steve** 2:3 3:3,10 4:1,
12,20,23 5:13 6:3
7:18 9:15 11:16,19
12:12 13:23 14:4
15:18,20 16:15

17:7,16,20 18:1,2,9,
21 19:15 20:8,17,18
21:8 22:3,6,19 23:8,
23 25:6 26:11 27:5,
10,12 28:9,22 29:18
30:11,24 31:13,15
32:6 34:6,15 35:13,
15 36:20 37:23
38:9,11

**stick** 13:17

**still** 4:16 8:6 22:6

**stop** 18:2 19:18
24:23 25:1

**strategy** 18:11 19:8

**stream** 12:15

**Street** 27:7

**strength** 7:10

**strengthen** 9:10

**strongest** 7:8

**studies** 6:5

**stuff** 24:10 25:5
26:21 33:24 36:15

**stuff's** 36:12

**subject** 29:12

**such** 5:7 25:10

**sudden** 33:18

**sue** 26:3 30:5,19,20
31:1,2,4 33:1 34:9
35:2

**sued** 26:3 30:4,11
37:10

**sues** 26:5

**suit** 29:22

**suits** 29:21

**summary** 2:7

**Sunday** 2:12

**supervisors** 12:22
13:6

**suppliers** 33:13

**supporter** 2:10

**supposed** 36:17,18

**suppress** 27:3

**suppressing** 35:7

**sure** 7:21 14:8 20:20
25:20 26:12 28:23
30:21 34:15,20
35:21

**surprise** 24:15

**system** 12:24 14:23

---

**T**

**take** 5:20,24 6:7,21
10:1 11:4,8,11,19
14:12 19:19 20:7
25:18 30:11 31:15
34:20 36:9,10,11
38:13

**takeaway** 7:22

**taken** 9:18

**takes** 15:14 20:6
34:18

**taking** 12:13 13:21
21:20

**talk** 3:12 5:16 9:4,13
11:20,22 25:17,19
36:11

**talked** 9:14 24:13
27:13 32:18

**talking** 18:8 19:18
35:21 36:13

**talks** 9:13

**Tea** 11:7

**teeing** 2:13

**telegram** 4:9,11,12,
13

**tell** 3:12 4:20,21
5:23,24 6:19 8:23
14:17 16:18 27:12
30:15 33:20 34:6

**telling** 3:16 5:3
12:21 18:22

**tells** 28:14

**term** 11:3

**terms** 37:22

**terror** 4:17,19 5:3,4,
8

**than** 8:19 19:23 24:2

**thank** 2:5 5:18 20:8,
9,15 38:15

**Thanks** 6:3 8:6
20:17

**that** 2:17,21,22,23
3:11,17,18,19 4:18,
22 5:1,3,5 6:15,18
7:11,21 8:16,20
10:23 11:9 12:21,22
13:18 14:5,11,13,
15,16 15:4,21 18:1,

6,17 19:23 20:5,20
21:9,13,16,23 22:1,
13,22,23 23:4,5,15,
18,20,24 24:2,10,
14,22,23 25:3,4,7,
15,18,20,21,23
26:4,5,7,8,18 27:3,
10,17 28:1,3,5,19,
24 29:4,6,13 30:1,8,
21 31:6,7,8,9,10,12,
20 32:7,11,21,24
33:5,16 34:16,21
35:1,2,5,16,23
36:11,14,18 37:9,15
38:2,7

**that's** 2:8 3:5,6 4:20
9:1 11:3 13:1,7
15:11 16:3,16 18:15
19:20 23:2,16
26:10,11 27:12
30:21 33:18 35:4,8
36:13,14 37:9

**the** 2:6,8,9,10,12,13,
14,16,19,20 3:1,4,7,
8,16,17,18,20 4:1,4,
5,7,8,10,14,17,18,
19,22,23 5:3,4,5,10,
11,14,16,23,24 6:4,
7,8,9,11,12,14,17,
18,20,22,23,24 7:2,
4,6,7,8,9,10,13,14,
15,16,20,22,24 8:1,
2,6,14,17,19,22,24
9:1,2,6,8,9,10,13,
16,20,24 10:1,2,9,
10,11,12,15,17,19,
20,21,22,24 11:1,2,
3,4,7,8,9,11,12,15,
18,21,23 12:13,14,
17,19,20,21,22,23,
24 13:4,5,7,14,16,
19,21,24 14:4,7,8,9,
13,14,18,20,21,22,
24 15:1,2,8,12,15,
16,18,21,22 16:2,4,
11,13,15,16,20
17:1,8,9,11,18,23
18:6,7,11,18,19,22
19:7,8,14,19,21,22
24 20:1,4,18,20,22,
23,24 21:4,10,11,
19,20 22:7,8,9,10,
11,12,14 23:3,8,12,
20 24:1,4,5,9,10,15
25:1,3,7,9,16,17,18,

19 26:9,11,13,15
27:14,16,17,18,19
28:4,7,10,11,12,13,
15,17,19,20,22
29:2,13,20,21,22
30:8,11,12,17 31:3,
10,11,13,17,19,21
32:8,9,12,14,24
33:2,3,6,14,15,16,
22,23 34:6,10,12,
13,14,19 35:1,5,6,
18,19,21,24 36:1,5,
8,11,14,20,21
37:11,23 38:7,11

**thecoldwarrior@
gmail.com.** 19:2

**their** 2:13,14,24 5:2
9:6 13:17 21:12
24:24 25:12 28:6
31:7,9

**them** 5:8 6:17,20
7:12,13 9:11,19
10:19 13:13,17
14:17 15:24 18:4,5
19:10 21:10 24:23
26:3,4 27:8,19
28:10,12 29:18
30:11,16 31:2,4,8
32:13,14,16,22
33:21 34:9,10 35:4,
9,10 37:7 38:6

**themselves** 32:15

**then** 3:19 5:11 7:6,7,
14 8:19 9:8 10:12
11:2 13:14 14:21
15:7,8,15 16:8,21
17:3 18:12,15,20,24
24:14,16 26:22,23
30:8,18,20 31:3
33:17 35:8,9,11

**theprecinctproject.
wordpress.com.**
16:2 18:12 19:1

**there** 2:17,20,21,22
3:17,20,23 4:13,18
5:10,11 7:11,22 8:2,
16 10:8,23 11:24
13:21 15:8 17:4,6
18:3,13,19 19:9,11
21:9,22,23 24:10,17
25:21,24 26:2,7
27:16 28:4,5,8 29:4
30:6,12,13,19 33:8,
17,23 34:20 35:13

**there's** 4:9,10 6:16,
22 7:2 8:3,10,20
10:13 12:18 16:13
18:14,15,16,20,21
21:21 23:16 24:14,
18 25:5,16 28:4,8,
15,16 29:10,11,15
35:5 36:18 38:2

**these** 2:20,23 5:8
6:13,16 9:10 13:15
25:11 27:1 29:19
30:6 34:4

**thesis** 26:14

**they** 2:11 4:13,18,23
5:9 6:2 7:23,24 8:2
9:3,4,5,9,10,18,21
10:6 11:2 13:9,10,
12,15 15:16,21,23
16:12 22:8,14,15,18
23:2,4,24 24:24
25:16 26:4,8,22,24
28:16 29:3,7 30:5,
10,17 31:6,7,8,9,10
33:18 34:2,3,4,22
35:7,11 36:9 37:10,
14,15,16,17 38:1,3,
4,5

**they'll** 15:10 28:9
38:10

**they're** 2:13,23
3:21,22 4:22 5:9
6:19 8:3 9:5,21
13:12 16:12 18:23
20:23 21:16 24:10,
11,22 25:23 26:12
27:2 28:18,19 29:8,
10 31:6 33:7,19
34:4 35:12,24 36:24

**they've** 23:19 27:20
29:14 30:4 33:2

**thing** 10:12 13:24
14:22 16:24 28:19
29:13 30:4,14 32:18
33:1 34:6 35:15
36:18

**thing's** 3:11

**things** 9:17 14:18
18:22

**think** 4:14 12:20,23
13:1,2 15:1 16:14
17:18 20:20 24:20
29:21,22 30:4 32:8
35:20,23 36:4 37:1,

2 38:1

**think's** 36:2

**third** 11:22 19:18
28:18

**thirds** 7:4

**this** 2:7,13,17,18
3:5,11,14,22 4:4,7,
17 5:7,16,18,21 6:4,
19 7:20,22 8:6,15
9:4,13,18,24 10:1,2
11:6,7,8,10 12:1,8,
9,16 13:18,22 14:6
15:2 16:22 18:4,22
19:14,20,23 20:2,3,
10,14 21:5,19 22:21
23:10,13 24:7,9,12,
17,19,23,24 25:3,4,
24 26:2,6,16,17,22
27:2,4,5,13,14,23
28:16 29:10,18
30:2,6,16 31:18
32:2,3,17,18,19
33:3,6,11,14,20
34:3,16,17 35:13,
17,18,20,23 36:2,6,
10,12,14,15,17
37:8,21,23 38:2

**those** 3:16 9:11 17:6
19:7,9 31:14

**though** 12:16 28:4

**thought** 23:6

**thoughts** 36:1

**threat** 4:18,22 5:4,8

**threatened** 26:3
30:5

**three** 10:18 14:19
15:6 23:6 28:14,15

**through** 4:10 5:19
12:4 15:5,22 18:3,4,
5,7 21:18 23:10,15
27:23,24 32:22
34:17,18 37:8

**throwing** 31:16

**tight** 25:12

**till** 27:8

**Tim** 3:15

**time** 5:11 7:14 9:11
14:10 19:17 20:11
21:14 23:21 25:16,
18 29:14,24 30:22
31:13 34:16

times 15:16 27:7 29:5 31:19 33:9 35:21
Times,combined 2:8
timing 26:4
title 17:8,9,10 26:13
to 2:3,5,18,24 3:1,2, 3,20,21,22,23 4:6,9, 14,15,16 5:8,12,14, 15,19,21,22,23 6:1, 6,15,18,19,20,21, 22,24 7:7,8,19,20, 21 8:1,3,7,8,10,12, 13,14,15,16,17,20, 23 9:5,7,16,17,19, 20 10:1,5,6,8,9,10, 13,14,15,16,19,21 11:5,14,15,18,19, 22,23,24 12:1,4,16, 24 13:7,10,13,14, 16,18,19,20,22,23 14:2,9,12,18,20,24 15:1,4,5,6,7,9,10, 12,14,15,16,21,22 16:2,4,9,13,18,24 17:1,11,13,14 18:17,19,22,23 19:3,12,13,14,16, 18,19,23 20:2,4,6,8, 9,11,12,13,19,24 21:10,12,13,14,15, 16,17,23 22:3,10, 19,20,21,22 23:3,4, 8,9,10,24 24:4,11, 23,24 25:4,6,7,8,9, 16,17,19,20,23,24 26:2,3,6,7,12,18 27:1,3,12,13,15,18, 21 28:2,4,5,6,7,8, 11,20,21,22,23 29:1,3,4,7,18,19,23 30:5,7,17,19,20 31:6,22 32:6,8,12, 13,14,15,17,18,19, 20 33:1,2,9,16,20, 23,24 34:1,4,6,8,10, 12,14,15,16,18,21, 22,23,24 35:1,2,5,6, 8,9,10,12,16,19,20, 21 36:1,2,17,18,21 37:1,5,6,7,24 38:3, 5,6,11,13,14,15
today 20:2,23 21:10,

18 28:3 29:15 33:22 34:9,23
together 22:22 23:2
told 5:5 11:6,7 21:9, 10 27:8 34:14
tomorrow 2:12
too 22:18
took 22:14,15,18,22
top 8:22 14:24 16:13
totally 15:11
touch 8:9,17 38:3,13
tracker 23:15
transfers 22:11
travel 21:14
trial 2:14 27:15 30:14
trick 36:24
tried 23:3,4 33:2
true 28:19 37:3,5,6
Trump 2:14 3:1 7:11 17:12,14
trust 27:24
truth 3:16 27:10 34:10,13,14 35:6,7
try 7:19 11:8 27:3 29:19
trying 3:21,22 5:14 20:19 21:17 24:23 34:4 35:12
turn 5:15 9:11 15:17
tutorial 16:8,13 18:20
TV 33:8
tweeted 22:1,13
twitter 4:3,9 17:2 19:2,3 22:4,7,8,14 26:20
Twitter's 22:17
two 6:7 7:4 9:7 10:13,19 14:18 15:6 16:9 17:2 18:21 19:3 22:22 23:22

U

unconditional 29:1
undergird 2:24
understand 22:21 37:1

United 2:19
unless 6:13
unofficial 4:15
unwashed 19:21
up 2:6,13 3:11,23 4:18 6:15,24 7:2,5, 19 9:19,24 10:3 12:23 13:15,16,24 14:14,15,17 16:1, 16,17,19 17:5,23 18:1 20:13 21:17 22:6 25:17,19,21 26:7,22 29:14 32:20 33:8,21,24 34:1 35:19 37:15,22
uphold 3:20
urban 8:11
us 3:23 4:2,12 5:3, 13,19 12:21 14:11 16:18,19 17:8 20:15 21:9 22:10 23:10 30:7 36:15
use 12:24 33:22,23 36:21
used 13:2 31:6
using 6:8 27:14
Usually 16:6

V

vacancies 9:10
vacancy 8:16,20
vacant 6:17 7:5,6,9, 13 8:19
vaccine 36:14
valuation 22:17
vanguard 14:7
varies 10:7 15:4
vendors 33:13
venture 22:12
venue 27:14
very 9:2 16:12 20:8, 15 21:19 25:12,15
vetted 35:19,23
vetting 13:13
victory 20:12
video 16:6
videos 3:7,8,16 15:4 16:8,13 18:15,20, 21,24

view 25:14
violence 2:17,22
viral 26:20,21
virus 36:17,19,20,21
visual 18:7,8
voice 4:2 21:18
volunteer 8:20,21, 23 9:1,22 15:22 19:14
volunteering 10:4
vote 7:8,9 13:19 14:8,13,14 15:1 21:13,15,24
voted 15:8
voter 14:15 27:17
voters 14:21
votes 7:24 10:2,20
voting 12:24 14:10 15:13 21:12

W

wait 27:8
waiting 4:16
walk 5:19 13:16 15:22 18:3,5,7 23:10
walking 3:8 15:14
Wall 18:22 27:7
want 2:5 5:15,19,22 6:15,18 8:2,7,15 9:3,5,16,17 14:2 15:21,22 16:9,15, 16,18 19:15,16 20:1,9,13 22:19,20 23:8,9 25:6,9,19 26:12 27:3,12 28:4, 6,7,22,23 29:1 32:12 33:20,22,23 34:6,15 35:21 37:1
wanted 29:4,7
war 4:13,14 12:4,6, 10 21:2,6 22:14 24:3 31:22,24 32:4 38:16
warned 30:9
warnings 38:1
was 2:17 3:15 5:1,3 10:18 12:19 22:7, 21,23 23:5,6,21

24:9,10,12,13 25:4, 21 28:13,15 29:6 30:10 36:1,13
watch 23:20
watched 23:15,20
way 5:23 6:22,24 7:10 12:19 13:24 16:15 20:18 35:5,13
we 2:4 3:12,14,23 4:15 5:5,6,20 6:6,21 7:10,18,19 8:3 10:19 11:4,10,14,20 12:3,4,8 13:8,13,23 14:24 15:1 16:10, 12,18 17:20 18:1,2, 3,5,17,21 19:22,23 20:5,8,9,12,18 21:4, 21 22:8,11,12,13, 15,24 23:1,15,18 24:4 27:13,18,23,24 31:2,21 32:2,13 34:5,10,15 35:19 38:9,11
we'd 27:18 32:17 38:13,14
we'll 9:19 11:9,10 30:13,14 31:3
we're 2:3,6 3:24 5:5, 19,21 6:9,10 7:4,20 11:11 16:17 20:18, 24 21:8,15,17 31:20,22 32:6 34:1 35:13,15 36:4,6
we've 3:7,8 6:8 11:13,19 13:7 16:13 18:16 19:22 20:20 31:8,9,10 32:13 33:15 34:10 35:6 36:22
weapon 33:4
website 16:24
week 2:12 3:6 20:13 27:14 30:13 34:3
weekend 4:4
weekly 9:22
weeks 5:17 7:21 34:18
Welcome 2:3
well 4:23 13:2 16:1 17:2 18:10 23:5,7, 14,22 24:7 26:19,23 33:15 36:4

**went**  10:19 23:5,17
  26:20,21 35:17
**were**  2:22 3:17,18,
  19,20 7:11,13 13:2
  22:15,24 25:15
  26:24 31:7,10 33:16
**weren't**  5:3
**what**  2:6,11 3:5,12
  5:23 6:6,11 7:5,7,10
  8:5,7,8 9:21,24
  10:3,5 12:1,15
  14:15 16:10 18:22
  19:15,20,23 20:5,6
  23:23 24:3,11,21
  25:6 26:13,14,17,23
  27:1,10 28:3,9
  30:15,18,24 31:1,2,
  3,11,12 32:15 33:13
  35:8,11,12,22 36:1,
  2,6,13 37:1,2,3
  38:14
**what's**  10:5,10
  16:23 22:3 24:1
  26:17 28:12
**whatever**  25:22
  28:16 32:21 34:21
**when**  7:6,14 9:21
  10:11 11:20,22 12:4
  13:14 14:16,21
  16:24 17:3 19:5
  22:8 26:15 30:10,20
  31:21 34:11 36:7,9,
  10
**where**  4:11 5:9 7:1,8
  8:13 9:10,20,21
  10:1 15:23 16:3,22
  17:11 19:13 23:17
  34:5 35:22
**where's**  5:6
**wherever**  8:18
**which**  12:13 13:3
  17:23 18:8 27:16
  32:9
**who**  2:21 3:15 5:8
  10:10,17 13:9
**who's**  3:10 5:12
  30:7
**whole**  28:19 36:16
**why**  4:18 5:6 13:18
  24:6,7,8 26:2,10
  33:21 37:9
**wide**  23:17

**wiggle**  37:4
**wilderness**  20:10
**will**  9:19,20 11:7
  15:17 21:10 28:10
  29:15 30:1,11 32:22
  34:6,9 35:4,5
**wire**  22:11
**with**  2:8,9 3:16 5:13
  8:9,17,24 12:2,6
  16:17 19:7,10 21:1,
  2,17 25:8 27:1,17,
  20 28:5,10 29:7,14
  30:13,16 31:20,24
  32:12,14,23 33:7,8,
  13 34:18,22 36:14
  38:3,13
**won't**  9:4,13 11:5
**word**  36:22
**words**  19:7
**work**  27:4 34:23
  38:12
**worked**  23:2
**working**  22:24
**works**  14:23 16:5
**world**  20:1 36:12
**world's**  36:1
**worthy**  21:22,23
**would**  18:9 21:14
  22:18 23:5 25:3
  28:5,24 29:1,6
  30:24 31:1,4,11
  32:7,14,17 35:12
  38:7
**wound**  32:19
**wow**  4:12 24:16 25:2
**wrong**  33:7
**Wyoming**  20:19,23
  21:9,12,21

**Y**

**yeah**  8:5 9:16 13:3,
  23 14:4,5 23:8
  38:10
**year**  10:12 11:3
  15:10
**years**  10:13,14
**yes**  36:24
**yesterday**  23:12
  25:13 26:5 27:6,11

28:12 33:11
**yet**  5:5 19:10
**York**  2:8 27:7 29:4
  31:19 33:9
**you**  2:4,5,6,19 3:17,
  18,19,20,22 4:3,4,6,
  12,17 5:4,6,7,9,19,
  22,23 6:10,11,14,
  18,19,20 7:5,21 8:4,
  7,8,13,16,17,18,22,
  23 9:3,19,20 10:12,
  23 11:5,6,7,9,10,15,
  18,21,24 12:13,14
  13:11,14,16,18,19,
  20 14:6,12,13,15,18
  15:7,9,12,14,16,17,
  24 16:1,18,24 17:6,
  11,13,14,18,20,22
  18:8,13,17,22,23
  19:1,9,10,11,12,20
  20:6,7,8,9,13,15
  22:15,20,21,22
  23:5,6,10,11,13,19,
  24 24:2,7,9,11,12,
  13,17,19,24 25:2,7,
  8,10,12,13,15,18,
  19,20,22,23 26:1,7,
  8,15,17,18 27:3,8,9,
  13,15,17,19,20,21,
  22,23 28:1,2,5,9,10,
  24 29:1,2,6,13,19
  30:1,9,10,13,14,15,
  24 31:1,2,3,4,5,7,11
  32:17 33:1,3,5,12,
  14,18,20,21,22,23
  34:3,13,19,23 35:2,
  10,12,17,18,20,22,
  23 36:2,9,10,11,13,
  21 37:1,2,5,6,7,11,
  16,17 38:1,4,6,14,
  15
**you'd**  29:4 37:14
**you'll**  6:19 8:21
  10:21 15:10 17:15
  18:13,20 34:20
**you're**  2:10 4:9,20
  5:11,24 6:1,12,13
  8:10,11,22,23,24
  10:9,14,15,16 12:16
  13:24 14:9 17:18
  18:17,18 20:20 24:2
  27:4 28:24 29:8,9,
  12,19,20,22,23
  30:3,11 31:2 33:21

34:2,16,23,24 35:2,
  24 36:17,18 37:1,2
  38:11
**you've**  10:23 11:23
  12:18 15:5,6,15
  19:12 20:10,21
  25:11 29:12,13
  35:22 38:12
**young**  25:12
**your**  2:1,5,20 3:17,
  21 4:2 8:8,11,20
  9:19 10:15,16,22
  12:10,18,19 13:17
  14:7 15:10,13,19
  16:24 19:13,18,19,
  21 20:2,10 21:6
  22:3,4,22 24:5 25:8,
  13,20 26:12 28:9,24
  29:20,23,24 30:5,7
  31:13 32:4 33:1,5,
  10,13 34:19,24 35:1
  36:1 37:15,24
**yours**  5:24
**yourself**  8:15
**Youtube**  26:21
  35:18

**Z**

**zero**  27:11