# Exhibit 15

Screenshot A



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 00:01.

**Screenshot B**



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 00:28.

**Screenshot C**



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 07:27.

Screenshot D



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 44:47.

Screenshot E



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 1:03:51.

**Screenshot F**



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 1:22:06.

Screenshot G



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 2:11:45.

Screenshot H



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 2:54:30.