# Exhibit 17

**Screenshot A**



Exhibit 17, *The Pete Santilli Show,* (2/24/2021) at 00:26.

**Screenshot B**



Exhibit 17, *The Pete Santilli Show,* (2/24/2021) at 00:41.

**Screenshot C**



Exhibit 17, *The Pete Santilli Show,* (2/24/2021) at 09:47.

**Screenshot D**



Exhibit 17, *The Pete Santilli Show,* (2/24/2021) at 18:35.

**Screenshot E**



Exhibit 17, *The Pete Santilli Show,* (2/24/2021) at 19:39.

**Screenshot F**



Exhibit 17, *The Pete Santilli Show,* (2/24/2021) at 26:43.