# Exhibit 19

**Screenshot A**



Exhibit 19, *War Room,* (3/26/2021) at 00:32.

**Screenshot B**



Exhibit 19, *War Room,* (3/26/2021) at 01:17.

**Screenshot C**



Exhibit 19, *War Room,* (3/26/2021) at 07:32.