# Exhibit 21

**Screenshot A**



Exhibit 21, *Eric Metaxas Radio Show,* (3/30/2021) at 00:05.

**Screenshot B**



Exhibit 21, *Eric Metaxas Radio Show,* (3/30/2021) at 03:09.

**Screenshot C**



Exhibit 21, *Eric Metaxas Radio Show,* (3/30/2021) at 39:23.

**Screenshot D**



Exhibit 21, *Eric Metaxas Radio Show,* (3/30/2021) at 39:41.

**Screenshot E**



Exhibit 21, *Eric Metaxas Radio Show,* (3/30/2021) at 40:02.

**Screenshot F**



Exhibit 21, *Eric Metaxas Radio Show,* (3/30/2021) at 40:16.