# Exhibit 22

TRANSCRIPT OF THE AUDIO RECORDING OF:


Indivisible with John Stubbins

April 1, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1           JOHN STUBBINS:  Thank you for joining us on

2    Indivisible, the show where we put God and faith, family and

3    country first, and we will always tell you the truth. I'm your

4    host, John Stubbins. We're thrilled to have you with us,

5    America. We're streaming live today on PureSocialTV, pill.net

6    and the Foxhole app, Twitter, Facebook, YouTube and

7    freedomfirstnetwork.com. Make sure you please subscribe to the

8    show on all the platforms and at stubbins.org and/or YouTube,

9    Indivisible with John Stubbins. Make sure to click the

10   notifications bell when you get there. Also, make sure that

11   you're following defendingtherepublic.org. Also, please help

12   us keep the show going with our investigations, through

13   sponsorships, donations, whatever you can do, we'd be we'd be

14   happy to, to have you to do that, to help us. So, I want to

15   give a special shout out today to Pete Messmer and Seventh Son

16   Creative for our new show opening, which you just saw. And

17   we're making a couple adjustments to that, but we love it. So,

18   today we're going to discuss free and fair elections, or the

19   lack of, I should say, in just a minute. But before I do, I

20   need to say a few things that need said again, obviously, and

21   again and again and again, since we have criminals and thieves

22   running things here in America. I am sick and tired of Barack

23   Obama and Joe Biden, Kamala Harris, Stacey Abrams, Sharpton,

24   CNN, MSNBC and BLM, constantly playing the race card. They

1  call voter ID racist, and they're constantly bringing up Jim

2  Crow, like its some sort of a Boogeyman that we should all be

3  scared of and shiver in our shoes. So look, I want to make

4  this real clear. It wasn't Republicans that started Jim Crow,

5  or slavery, or the KKK, or resisting the civil rights

6  movement. That was you, Barack Obama, that was you, Joe Biden,

7  that was your party that did that. And we've had it. And the

8  American people are yelling and screaming, because they're

9  sick of it. They're sick of you indoctrinating our children,

10  they're sick of you plugging up our border, they're sick of

11  you ruining our elections. And by way, Critical Race Theory is

12  actual racism. And we thought that we had made discrimination

13  illegal back during the civil rights era. You know, our

14  children, our grandkids, our military, they're all being

15  indoctrinated by this crap. And these whack jobs in the swamp,

16  who seem to love this COVID thing, you know, Fauci this-- he

17  pretends like he's a God. They want to control you forever

18  now. And they want to strip away your rights, take away your

19  guns. You know, it's just the beginning, folks. So, how many

20  patriots out there have had enough of this nonsense? This

21  evil, these treasonous criminals. And you don't like it

22  Democrats, and people, even on the other side, the Republican

23  side, they want to screw up our country and ruin it. I don't

24  care if you don't like it. I don't care. That's tough. You can

1  deal with it. There are talkers, and then there are doers. And

2  they're talkers are destroying our country. They spit on the

3  stars and stripes that many veterans, many veterans before me,

4  died for and to keep us free. The people who have always been

5  in the fight, they know it's war. The Sidney Powells, the

6  Flynn family, the President Trumps, the Laura Logans of the

7  world, the Mark Kochs, the Carter Pages, the the Mark Levins,

8  and so on. And so many other scrappers, just like you out

9  there, you, you, you, all of you watching. I want to introduce

10 one of these warriors right now. An American story of a man

11 who overcame the odds, found Jesus Christ, and built an

12 American company with an army of Americans. It's my honor to

13 introduce a patriot who's putting it all on the line. I want

14 to welcome into the show, CEO of MyPillow, Mike Lindell. How

15 you doing, sir?

16        MIKE LINDELL:  I'm doing great, John. Thanks for

17 having me on.

18        JOHN STUBBINS:  Thrilled to have you, brother.

19 Listen, I don't know if you heard my opening, but I am so sick

20 of this Critical Race Theory crap that they keep throwing on

21 us. The border, the election, the COVID, it-- the nonsense

22 never stops Mike. It never stops.

23        MIKE LINDELL:  Yeah, well, they're trying to take

24 away our First Amendment, and the right to free speech, and

1  that's exactly what I'm going after 'em all, actually next

2  week, MyPillow-- we are-- we're putting in a lawsuit to get

3  rid of their frivolous lawsuit for Dominion. And then we're

4  going to do another-- we're gonna sue them for, with

5  actually Alan Dershowitz is involved with my lawyers, I just

6  got off the phone with him about an hour ago. And what's

7  happening in our country, they're taking away our right to

8  free speech, they're just suppressing everything, using-- if

9  you say the word Dominion, Smartmatic, the vaccine being the

10  mark of the beast, you talk about the borders, they're not

11  going to have you on news, and they're gonna-- or they're

12  gonna take away your your You Tubes and, and all that stuff.

13  It's just-- everybody can see it, too. Whether you're a

14  Democrat or Republican. What's in office right now is a very

15  Communist evil that has got-- that's taken over our country.

16      JOHN STUBBINS:  Yes, it is. And look, I found out

17  late last-- or yesterday evening, I'll be going on Newsmax at

18  10:25 AM Eastern Standard Time on Monday. Now tomorrow, we've

19  got a show with General Flynn. And then on Monday, after my

20  appearance on Newsmax, I've got Gordon Chang coming on, and

21  Jeff Groh with Convention of States. But, look, we got a lot

22  to cover here, so I want to talk about first, your amazing new

23  book, What Are The Odds? And look, everybody's asking about

24  it. They want to know. Obviously, they can go to mypillow.com.

1  And then also, lindellsbooks.com, right?

2       MIKE LINDELL:  Right, you can bet best place to get

3  is mypillow.com. Use promo code ML66, and you'll get them for

4  $9.97, free shipping. It's a great book of hope, it took me

5  seven years to write, it absolutely will bring up, it--

6  there's not a better time for the-- for to launch this book

7  than now. And I've had-- I pre-printed 3 million copies. I did

8  all my own-- even bought my own paper, so I can use that money

9  to my lindellrecoverynetwork.org, which is helping addicts

10  across the country get help for addiction. It's free. It's

11  online, it's lindellrecoverynetwork.org. And that's been

12  absolutely amazing. It's kind of like, I have all these-- all

13  these balls I'm juggling here.

14       JOHN STUBBINS:  Look, I-- you know, I know you are

15  Mike. In fact, you and I are going to be juggling something

16  together here real soon. And we'll get into that later. But

17  we'll talk about Paulson a little bit. But, I also wanted to

18  talk-- and by the way, scrolling at the bottom, you can see

19  all of Mike's contact information, Lindell TV,

20  defendingtherepublic.org. The book, everything is there, and

21  obviously, go to mypillow.com for pillows. And not only

22  pillows, but the book. Again, this is What Are The Odds,

23  Mike's new book, I think you'll really enjoy it. And as a

24  veteran, as a Christian, as a patriot. I just thank you for

1   writing that book. My God bless you, brother. And look, we've

2   got to keep God first. As soon as you put God down, and you

3   spit on God, and you rebuke God, the way that these-- the way

4   that these criminals, these evil people are doing, and

5   everything that you're trying to affect in our society. Look,

6   God will make you pay the price. And on that note, I would

7   like to play a quick video on MyPillow. Let's check this out.

8   [video plays]

9               I love that Mike. That's awesome. That's a great

10   video. And thank-- and thanks to Caitlin, shout out to

11   Caitlin, for sending that over to me a couple of days ago. I

12   also want to talk about-- and by the way, I also wanted to

13   share this, and we're gonna get into why here in a few

14   minutes, but I highly recommend John Solomon's book, Fallout,

15   in case you haven't read that. It talks a lot about what we're

16   going through, what Mike's going through, and how you get into

17   the specifics about what's going on with these-- with election

18   integrity, and election overall. I want to talk a little bit

19   about lindelltv.com, and also your new social media site,

20   which is frankspeech.com. Tell everybody a little bit about

21   that, when that's going to be released.

22        MIKE LINDELL:  Well, right now you can go to

23   lindelltv.com, and we actually came out with another

24   documentary yesterday, an hour version, it's called Scientific

1   Proof. That launch was already seen by millions. And next

2   week, we're coming out with Absolute Interference, week after

3   that Absolute Cover Up, and I'm gonna be dumping evidence for

4   the next five, six weeks before we get before the Supreme

5   Court. But I want to tell you though, one of the things that

6   I've been working on for four years, is called Frank and, it's

7   like you say, to get there its frankspeech.com. What this is,

8   will be the most secure platform I believe ever out there.

9   It's gonna be like a YouTube Twitter commie net-- combination,

10   where your user account is actually your Twitter. And what

11   that's gonna do when-- I'm gonna get all the influencers over

12   there, the ones that can't speak out because they're afraid of

13   losing their YouTube. Well you come over to Frank and you're--

14   the first one to lose their YouTube, we're gonna give you a

15   bonus, you know, we're gonna get a big high five because that

16   means that you're going to be speaking out with free speech.

17   And that's what's been suppressed out there. All the-- all my

18   friends that have podcasts and they have, maybe they have

19   radio shows even, and they they can't talk about things like

20   the vaccine or the-- this election that was stole, you know,

21   through the Dominion and Smartmatic machines-- they can't talk

22   about the borders. I had a friend the other day, he brought up

23   things that were going on at the border, they suspended him for

24   two weeks on YouTube --

1          JOHN STUBBINS:  I know, I know.

2          MIKE LINDELL:  And now and Facebook's just as bad.

3    They've-- when I launched Absolute Proof a few-- on February

4    5th, Facebook put a cover over it and said "contains nudity

5    and pornography". I mean, I don't know where Mark Zuckerberg

6    gets off, but they-- you know him and Jack Dorsey, I mean I, I

7    just felt they're they they're ready to do some time because

8    they've they've actually been part of this crime. And I know

9    it. I actually have a team of investigators that are

10   investigating them and every other every other attack group

11   that's been out there part of this cancel culture and stuff.

12         JOHN STUBBINS:  Sure.

13         MIKE LINDELL:  But the platform

14   Frank, I'm going to launch it around the week of

15   the 12th, April 12th, sometime that week is what we're

16   shooting for. And I bought all my own servers, I have my own

17   data center, all these things that we [inaudible], telling me,

18   Mike, you know, you should have this, you should have that,

19   can I get any more secure? And whatever it's taken, I put in

20   the resources, my own money, I want this thing to not-- to be

21   the safest, and to be handled the capacity, where everybody

22   can go out and talk freely again.

23         JOHN STUBBINS:  Amen.

24         MIKE LINDELL:  So we get some of these issues talked

1    about, which, you know, I'm totally against the vaccine. And

2    you've got people out there that you know, all they're hearing

3    is one side of this and even-- I can't even believe some of

4    the things I'm hearing out there. But once again is getting

5    brainwashed. When you get down to the part where all of a

6    sudden you can't-- like in Israel, they're trying to make it

7    where you can't go out in public or you can't get a job if you

8    don't take the vaccine-- that's in court right now. But I

9    don't want to see that come in here. I mean, you start out,

10   you start getting that I can't go down and do this, because I

11   didn't get something put into my--

12          JOHN STUBBINS:  Yeah, yeah, they want they want they

13   want a vaccination--

14          MIKE LINDELL:  It's your business, don't--

15          JOHN STUBBINS:  ID-- I lost you there for a minute,

16   Mike. Well, Mike will be coming back here with you. Okay.

17   Yeah, they want a vaccination ID or passport or whatever.

18   These people are insane. By the way, I did a show a couple

19   weeks ago, with Laura Logan, from Fox Nation. She used to be

20   on 60 Minutes. Great journalist. We did an entire show on the

21   border, and the end that the cluster mess that's going on down

22   there, that Biden and Harris don't even acknowledge. Okay,

23   look, they may come after me today, for having you on this

24   show. But I don't care. Because the American people are going

1   to get the truth. And I don't care if they like it or don't

2   like it. We'll go around 'em. And like you said, there's other

3   platforms, we're going to get the message out, I'll go to

4   Newsmax I'll go to-- I'll go to wherever. We're gonna get the

5   message out. And, when we have supporters like you, we're not

6   worried about it. We know you're a great patriot. By the way,

7   in reference to that, Laura wanted me to give you a shout out.

8   She's a huge fan of yours, and she wanted me to say hello. She

9   loves what you're doing. She loves MyPillow, and she loves you

10  as a patriot. And also--

11          MIKE LINDELL:  Thank you--

12          JOHN STUBBINS:  Nick Loeb, the director of Roe v.

13  Wade, he also wanted me to say hello to you. So I'm giving

14  them a quick shout out--

15          MIKE LINDELL:  Thank you. Yeah, I had a cameo in that

16  movie.

17          JOHN STUBBINS:  I know. And I had Nick on my show a

18  couple weeks ago with John Schneider and the Bynum brothers,

19  who I found out through my partner, Mark Koch, that, as you

20  know, you're friends with Bynums, and I didn't know that. But

21  Mark let me know, and that let me know that, Mark and I--

22  look, when we get down to Tulsa, we're gonna have a private

23  meeting with you, let's just leave it at that. Okay. By the

24  way, I wanted to give a huge shout out, Mike. Absolute Truth

1   was wonderful. I know you've got the new documentaries that

2   are that are forthcoming, like you mentioned. But if you

3   haven't seen Absolute Truth, people, you need to get caught up

4   before Mike releases these new documentaries on top of that.

5   And, everybody that knows me, knows that I'm involved in

6   several parallel investigations. And we're working, you know,

7   [inaudible] in California, Arizona, Georgia, all over, to get

8   at these systems, to do forensic audits. We need support

9   people so please, donate, support us, sponsor the show,

10  because look, if we got to pay cyber teams, lawyers to get

11  this done, and Mike knows what I'm talking about. By the way,

12  defendingtherepublic.org, the new PAC site with with you, with

13  the Flynns, with Sidney, fantastic site. I've been pitching

14  and promoting that site for the last month ever since Sidney

15  gave it to me, and it's just fantastic.

16          MIKE LINDELL:  Right. I do need to say-- I do need to

17  cr-- I need to say on that, I'm not on that board. So just so

18  you know that. But I am supporting their PAC. You know, my-- I

19  have a separate-- mine's the Lindell legal offense fund, but

20  they are-- but I'm absolutely supporting them in every way I

21  can. I've become like a hub of a wheel. So all the all the

22  good things going on out there, I -- I'm supporting, and

23  they're-- they are-- those guys are patriots, they've been

24  going-- they're just getting at it, and it's been amazing what

1   they've done.

2       JOHN STUBBINS:  Amen, amen. And by the way, this is

3   the event in Tulsa, in case the folks don't know, Health and

4   Freedom Conference 2021. It's April 16th and 17th. It's sold

5   out. It's gonna be a great event. I will be at the VIP dinner

6   the night before, with Mike and General Flynn and Sidney and

7   Lin Wood, and everybody else, and we got a lot to talk about

8   with these cases that are ongoing, and we're gonna-- we're

9   gonna win. We are gonna win, there is no way that they're

10  gonna stop us. By the way, real quick, I wanted to throw this

11  up. This is from CPAC a couple weeks ago. I got this picture

12  from Melissa Isaac, she's one of my attorneys. And she sent

13  this over. You did an interview on Dad Talk Today with Melissa

14  and Eric Carroll. So I wanted to give them a shout out because

15  Melissa sent that out to me. And I thought that was a great

16  photo of you guys. I want to bring on the show to join us, Dr.

17  Bobby Eberle. How you doing there doctor?

18      DR. BOBBY EBERLE:  Hey, how's it going? It's good to

19  be here.

20      JOHN STUBBINS:  We're big fans of you, Dr. Eberle.

21  And if you don't know Dr. Eberle, he's a racecar driver,

22  conservative political strategist, he's the owner of

23  GOPUSA.com, former rocket scientist. And I mean, when I say

24  rocket scientists, I'm not kidding. Aerospace engineer. And

1  he's a talk show host, currently hosting the 13-Minute News

2  Hour on YouTube. He's appeared on Fox, Newsmax, OAN, BBC, the

3  Dennis Miller Show, etc. And we're thrilled to have you on

4  with us. Let me get back here. And I'll have you chime in here

5  in a minute--

6        DR. BOBBY EBERLE:  Okay.

7        JOHN STUBBINS:  --Dr. Eberle. But Mike, I wanted to

8  just talk to you again. I showed John Solomon's book, Fallout,

9  because it ties directly in to the cyber war part of this with

10  the election. And I highly recommend it to everybody, along

11  with Mike's book, obviously. But when it comes to the EIPCA,

12  which is the Election Integrity Project of California, that

13  lawsuit, that investigation that we're involved with, it's

14  huge. And we've got 12 congressional candidates on that

15  lawsuit. And then on top of that, you're talking about the

16  voting systems out there going up against Adam Schiff, and

17  Doris Matsui, and these criminals that just will not stop

18  lying to the American people. So you know, when Stacey Abrams

19  or Raphael Warnock get upset because they don't want voter ID

20  down in Georgia? I don't care. Okay? Georgia has spoken.

21  They've done the reforms. And all they talk about is Jim Crow.

22  Jim Crow. Jim Crow. Like I said at the opening of my show, I

23  am sick and tired of hearing Obama and Biden and Harris. All

24  these people invoking Al Sharpton, invoking Jim Crow, like

1   that's supposed to make us quake in our boots. It was you

2   guys. You brought Jim Crow. So stop with blaming and stop with

3   the projection on the American people because you don't

4   wanna-- you don't want to tell the truth. I'm tired of it. So,

5   you know, look, Bobby. I don't know if you heard the opening.

6   But we are sick and tired of this. And yeah, right. Antrim

7   County in Michigan. Their commission said no to Dominion

8   systems and machines as of March 25th, 2021, that was reported

9   by Jack Posobiec on OAN. Here in Ohio, Stark County, Ohio,

10  said no to purchasing 1400 Dominion machines after voters had

11  rallied in protest to say no to these Dominion systems. And

12  furthermore, Louisiana rejected a $100 million contract with

13  Dominion. We are sick of this.

14          DR. BOBBY EBERLE:  Right.

15          JOHN STUBBINS:  The American people have is a

16  sleeping giant, you know, that's awakening, but they've had

17  it. What do you think, Mike?

18          MIKE LINDELL:  Well, we're gonna get rid of 'em all.

19  I've been-- that's what I've been working on. I mean,

20  obviously, I've been at the spearhead of attacking this. First

21  of all, we're gonna, over the next five weeks, we're gonna

22  dump all the evidence that came from these machines,

23  Smartmatic and Dominion. And right now as of today, you've got

24  Maricopa County in Arizona, that audit, they just picked the

1   three cyber teams and what and right away Dominion's out there
2   bad mouthing them, bad mouthing who their picks were. They're
3   bad mouthing-- Arizona worked very hard on this, the senators,
4   the people of Arizona, worked hard on picking three different
5   teams. And right away Dominion's there trying to discredit the
6   auditors. Well you know what Dominion, why don't you show us
7   what's inside your machines? I know I've said it before. If I
8   have MyPillow if someone was accused, if someone's accusing me
9   of having rocks and knives in MyPillow, all I would do is
10  show, look at its beautiful patented fill. Why don't you show
11  us Dominion? Why don't you go you know, how about let us see,
12  let us see once we had just like we did in Antrim County,
13  Michigan, which shown all the corruption, all the corruption
14  went through done through the machines. And what you're gonna
15  find is every state in this country that had machines--
16  Dominion, Smartmatic, and ES&S, they're all cousins, and they
17  all they all have that rated waste feature. And they all were
18  done voting flipped in this last election. We can never have
19  machines again, in any election, here or anywhere in the
20  world, they need to go bye bye. Because yes, not just because
21  you cannot rely on their technicians, or their IP people or
22  their whatever their computer geeks being better than good.
23  And you have that good and evil and hackers. And so you just
24  gotta get rid of them, and go back to one person, one vote.

1  It's kind of funny, in Arizona, when we're recalling Doug

2  Ducey, you have all this recall thing going on. You have to

3  have a certain kind of paper, it has to be printed just right,

4  you have to have an authorized signature with an ID. Well,

5  they do more, they do more to protect themselves on a recall

6  than they do in an election for the United States of America.

7  It's a shame what our elections have done with these machines,

8  so they all gotta go.

9        JOHN STUBBINS:  Yeah. And by the way, Mike and Bobby,

10  I've got Josh Barnett, a congressional candidate out of

11  Arizona district seven. He'll be joining us here in a little

12  bit. So we'll get an update from Arizona live. Bobby, what are

13  your thoughts about this? I'm gonna play a video here in a

14  minute. But what are your thoughts about what Mike just said?

15        DR. BOBBY EBERLE:  Well, it's good that people are

16  fighting back because we saw what happened. There was so much

17  going on on election night, you know, that just defies all

18  logic. You know, I'm an engineer by training, PhD in

19  engineering, so I've had a million math classes. You can do

20  the math, you can see how this is just statistically

21  impossible, some of the way the voting went. And yet we're

22  supposed to just ignore it. We're supposed to just go on. And

23  here's the thing. Going into the election, and afterwards, you

24  see the far radical left, they are emboldened. They saw what

1  they could do to Trump, they saw what they could do to Mike,

2  you know, shutting things down on these various platforms. So

3  now they're going out and they're trying to do even more. This

4  voter registration, this voter law in Georgia, it's supported

5  around the country. And yet the left is still firing out about

6  that. I mean, whites support it 75%, blacks 69%, others 77%.

7  There's nothing controversial, when you see the word

8  controversial, the media talks about it with this law, they're

9  only talking about themselves, because everybody supports

10 voter ID. And yet Joe Biden is saying we should move the All

11 Star game. And why? Because they're emboldened on what

12 happened on election night, and people like Mike Lindell

13 looking into this. And hopefully we'll uncover and actually

14 get some results because the left just thinks they can do

15 anything. They can win at any time. We have to stop them.

16        JOHN STUBBINS:  Yeah. And by the way, Bobby, they

17 want-- these idiots want to move the Masters out of Georgia.

18        DR. BOBBY EBERLE:  Exactly. Yeah.

19        JOHN STUBBINS:  You don't-- you don't move the

20 Masters out of Augusta. Right? It's not gonna happen. And by

21 the way, I had an email exchange just yesterday, with Scott

22 Tolley, of the Nicklaus family. Okay, Jack Nicklaus, who's

23 from Ohio, the Golden Bear. Okay? And I was just talking to

24 Scott about getting Jack on the show, and he's obviously busy

1  with the Masters. But sometime in the summer, we'll have the

2  Golden Bear on. But look, these people, they are so corrupt,

3  that the courts themselves, they're not going to do anything,

4  because the courts are subject in this investigation. The

5  courts, like the DOJ, I've been saying this for months, the

6  DOJ, the FBI, 75% of Congress, they're all RICO mob. Okay?

7  We've discovered this through my parallel investigations,

8  which I'm so excited to be able to sit down with Mike on when

9  we get down to Tulsa. And I'm going to tell you, right now.

10 These people, it doesn't matter what we do, and what they say

11 about Jim Crow, about voter ID, you know, it's always a

12 distraction or projection. The bottom line is, they've awoken

13 the sleeping giant, and the American people are not just going

14 to accept and turn away from this election and let it go. If

15 they think that's gonna happen, they are dreaming.

16          DR. BOBBY EBERLE:  That's right.

17          JOHN STUBBINS:  The pressure is only going to

18 intensify. On them. Not us. Right, Mike?

19               Well--

20               Well, we lost Mike for a second--

21          MIKE LINDELL:  Okay, okay. Hello?

22          JOHN STUBBINS:  I gotcha.

23          MIKE LINDELL:  Can you hear me?

24          JOHN STUBBINS:  Yeah, I can hear you, Mike.

1      MIKE LINDELL:  Okay, I'm sorry about that. Okay, so

2   wait, this is a thing, there is no 2022 and 2024. And what we

3   have to 2020, we have to, you know, here's what happened. This

4   was a cyber attack on our country. Donald Trump really won 80

5   million to 66 million. All the evidence is there, I've already

6   got all the evidence, it's already going to be, it's been on

7   Absolute Proof. But now we have validated every IP, every ID

8   address of all the computers here and over in China, and other

9   countries. So all the evidence is there, it's a matter of our

10  last line of defense, Supreme Court, looking at this, and

11  not-- and nobody out there letting it go. What I want in the

12  next five, six weeks, everybody just keeps sharing all the

13  evidence. We're gonna dump more evidence than WikiLeaks ever

14  thought of dumping, and we're just gonna keep dumping it out

15  there. So by the time it gets to the Supreme Court, everyone's

16  going, well, they won't accept it. Well they're gonna have to,

17  because everyone's already gonna know, even if you're a

18  Democrat or Republican, you're gonna know this was an attack

19  on our country. And everybody's seeing. One of the things

20  right now, we're all noticing, even Democrats are going, what

21  is in office here? This is Communism, this is. You know, I

22  tell all those kids that went to college in the last two

23  decades. You know, what, now, look around you. You think

24  socialism, it's just not having a cup of coffee going, being

1  all social. I think they're learning now, what how-- the

2  horrific things that are killing-- that this administration

3  now is standing for. And it's, it's-- no one's gonna let 2020

4  go. What happened there is there's no statute of limitations.

5  And it was a crime of epic proportions, a crime against not

6  only the United States, but against the world, really. You

7  have countries around the world have called me up and going

8  hey, you guys can't let this go. Because they have machines

9  too. And it's going to happen to them. Just like going back to

10  Venezuela. They took Venezuela in two years with Smartmatic.

11  And, and it's this is their big plan. This is a very conceived

12  plan. And it's very organized, and very, you know, and they

13  have all the marketing because they have all the evil media

14  behind this.

15        JOHN STUBBINS:  Yeah, but let me say this, Mike, and

16  here-- and you just you hit on it a minute ago. And that is,

17  even with the courts being subject and cong-- 75% of Congress,

18  and the DOJ and the FBI. Look, it isn't gonna matter. Because

19  we're going to bring the truth and the evidence forth to the

20  American people. And the American people aren't going to

21  tolerate it. And they're not going to allow our courts to

22  continue under this rhythm. Or our Congress, or our DOJ, or

23  our FBI. They're not going to allow it. So the pressure's only

24  gonna build. And by the way, the other part of this is that

1  you know, the American people, the more information that they

2  get, the more that they see, they're getting it. And look,

3  we've got, we've got investigations going on all over the

4  place. And by the way, I'm going to be bringing you through my

5  investigations, additional evidence, further evidence, that's

6  going to just put a slam dunk on this. And believe me, I've

7  talked to a lot of people about this. And look, I'll give you

8  an example of how corrupt-- when I talk about them being

9  listed as RICO mob, the DOJ, the FBI, the courts, let me give

10 you an example. And I've talked about this. I was on the phone

11 with a US attorney about a month ago. Fantastic US attorney

12 that you would know. He was approached by the Ukrainian

13 government. Okay? The Ukrainian government had all the

14 evidence and all the witnesses within their government ready

15 to testify against Hunter and Joe Biden. Okay? They wanted to

16 do it. That's why they reached out to the US Attorney. Okay?

17 The US Attorney collected all their information, all their

18 evidence. He took it to the DOJ and the FBI, and you want to

19 know what the DOJ and FBI said? They said-- they said we're

20 not interested.

21        DR. BOBBY EBERLE:  Wow.

22        MIKE LINDELL:  Wow.

23        JOHN STUBBINS:  They said, we're not interested. Okay?

24 Sorry.  That's not gonna fly. Okay, real quick. I'm going to go

1  to this video. We'll be right back. Watch this video.

2          UNKNOWN SPEAKER:  Antonio Mugica and his partner Alfredo

3  Anzola received a small business loan from the Venezuelan

4  government only months before the recall election. [music]

5  Registration documents from Venezuela show the Venezuelan

6  government controlling 28% of the stock of another company

7  they started, Vista, which adapted voting software for the

8  Smartmatic machines in the 2004 elections. [music] The same

9  document shows a Chavez government minister, Omar Montilla,

10  was on the board of directors. The Chavez government gave

11  Vista, Smartmatic, and another company a $91 million contract

12  to run voting machines for the 2004 election. [music] Here,

13  the owners of Smartmatic, primarily owned by Venezuelan

14  businessmen, bought Sequoia, one of the top electronic voting

15  system companies in the United States, for $16 million.

16  Smartmatic is a labyrinth of international holding companies

17  owned by Venezuelan businessmen. Smartmatic Group NV of

18  Curacao Netherlands Antilles owns Smartmatic International BV

19  of Amsterdam Netherlands owns Smartmatic [music] To Florida,

20  which bought Sequoia voting systems of California, USA. When

21  Smartmatic bought the US voting machine companies, the US

22  government did not review the sale. Many experts say those

23  voting machines were manipulated in Venezuela, giving

24  President Hugo Chavez a victory. Exit polls under the US firm

1  Penn, Schoen and Berland had Chavez losing 41% to 59%. But the

2  next day, Chavez declared victory. [music] saying he won 59%

3  of the vote.

4        SPEAKER 6:  Everything was computed in the favor of

5  the government. So the only explanation is that the Smartmatic

6  machines have been programmed in that way.

7        UNKNOWN SPEAKER:  A Harvard mathematician crunched the

8  numbers on the Venezuelan election.

9        SPEAKER 6:  The Smartmatic system, all these machines

10 talk to a central computer and report on their results and in

11 that mechanism, as they communicate with the center. The

12 central machine can report anything. [music]

13       UNKNOWN SPEAKER:  Smartmatic is technically based in

14 Boca Raton, Florida, but the president of the company, Jack

15 Blaine, testified to the Chicago City Council, fewer than a

16 dozen Smartmatic employees work in Florida. The majority of

17 the workers are based in Venezuela.

18       JOHN STUBBINS:  I had to show that because, look, the

19 bottom line is, that was produced by CNN. Now CNN wants to say

20 that it's nonsense. Okay, so what's true CNN? Are you going to

21 continue to lie to the American people? Or was that report a

22 lie coming out of Venezuela? What are your thoughts, Bobby?

23       DR. BOBBY EBERLE:  Well, I mean, CNN changes their

24 story all the time. You know, first they'll talk about the

1  Brazilian variant of COVID. But you can't call it the Wuhan

2  virus. You know, they just it's a double standard every time.

3  But see, this is what the thing is. They don't want people

4  looking into this. They don't want people digging like you

5  are, like Mike is, and uncovering what's really going on.

6  Because why? Because they know the secret to controlling

7  everything is our elections. Big tech played its role.

8  Democrats played their role. We see it in the media, they all

9  play the role and it's like if we can win every election, we

10  don't need to try and be unbiased. We can be as biased as we

11  want, as slanted as we want. We'll just block people and

12  they'll never get elected. That's what they see is coming. And

13  it's like what you guys are talking about, that I think they

14  overplayed their hand, and we have to fight back. We have to

15  fight back now. Otherwise it's lost. But we have the momentum,

16  we have people speaking out. And that's what's so important

17  because this is the fight of a lifetime. We have to stand

18  there and say, look, we're not going to be-- we need these

19  alternatives to social media. We need these other outlets. We

20  need people speaking out, going on the shows, doing like

21  you're doing, building up the show. It's awesome, John, and I

22  appreciate what you're doing. More people need to get out

23  there and continue the fight.

24          JOHN STUBBINS:  Thank you, brother. And look, they're

1   counting on us just quivering in a corner, and doing nothing.

2        DR. BOBBY EBERLE:  Right.

3        JOHN STUBBINS:  They don't understand is that there

4   are veterans like me, Christians, military personnel, middle

5   American patriots, that we don't care about their cancel

6   culture game, or them trying to say everything that we do is

7   racist. I'm not afraid of that nonsense. And them pointing the

8   finger. And look, they're counting on that. And they don't

9   believe that we're going to put up a fight. Again, they woke

10  up a sleeping giant here in the United States. And I'm telling

11  you, the pressure on them is only going to intensify, because

12  like I always say, we outnumber them.

13       DR. BOBBY EBERLE:  Right.

14       JOHN STUBBINS:  Not even close.

15       DR. BOBBY EBERLE:  That's right.

16       JOHN STUBBINS:  Mike, we lost you there for a second,

17  but I want to say, that video that I showed, I know it was

18  ridiculous. But I had to show it, because it was from CNN.

19       MIKE LINDELL:  Yeah, right. Well you know what? I

20  want to tell everyone. I the new documentary I came out with

21  that's coming out next week. We've got it we've got some clips

22  in there from a movie called Kill Chain, that was made a

23  documentary last year, and my my senator, Democrat senator Amy

24  Klobuchar, is actually in that documentary and other Democrat

1   senators that say we cannot have machines. We cannot have

2   these machines. And you know, when you got a track record

3   going all the way back to Venezuela where Smartmatic started

4   in 2004, and you have all this track record and no-- and every

5   time it comes up, how bad it is or how corrupt it is or how

6   they they're rigged and get bought you know all this all this

7   criminal activity, it just gets suppressed, and we've got to

8   get it out now. I'm gonna I you know, I want to every Democrat

9   in the country to realize that, just because you fell on the

10  side of the of the winning side, so to speak, that's not who's

11  in power right now, these aren't normal Democrats. This is a

12  very Communism Socialism takeover. And you start by taking

13  away people's free speech, you start, you know, suppressing

14  the truth. And then you, you get rid of the voices of the

15  leaders. And like we have right now, John, your podcast, all

16  the podcasts are the influencers in this country. That's what

17  we have left because the mainstream media is gone. They're

18  just gone. They're getting blackmailed. They're getting

19  threatened by, you know, Dominion and Smartmatic. And, oh,

20  man, if you do this, we're gonna sue you for $1.7 billion. I'm

21  going to sue them for a lot more than that. Let me tell ya.

22          JOHN STUBBINS:  Yeah, yeah. And here's the thing.

23  Again, I go back to this because, I think people that got

24  discouraged because of the election, I think the way that they

1  see it, the way it's visually given to them through their

2  television set-- the left makes it seem like they outnumber

3  us. Okay? The reality is, is that it's only a small group of

4  Anarchists. Communists. Marxists. We outnumber them. It's

5  like, it's like 95% to 5%. It's not even close.

6          MIKE LINDELL:  You are correct.

7          DR. BOBBY EBERLE:  Yep.

8          MIKE LINDELL:  That's right. 100%, you are correct.

9  You are absolutely correct on that. They do that group there.

10 And that's why what's happening now. It's a miracle right now,

11 I love the position we're in because everybody has to get

12 educated, that you know, and that I have, I have 2500

13 employees probably 500 of them are Democrats, traditional

14 Democrat, liberals. Well, that's not what's in power right now.

15 And they're noticing that, they're seeing, wow, this is

16 different. This is something nobody would want, Communism and

17 Socialism and suppression of free speech, and their friends

18 losing their jobs and, and being attacked like this. So we're

19 all in this together, and we are in this 95% when we get

20 through this, everyone, it's going to be the biggest uniting

21 of our country ever. And we will once again be one nation

22 under God. And I think it'll be the biggest revival in

23 history. We'll start down we get through all this then well,

24 I'm going after the teachers union, start there. Start where

1    all this stuff came from, when they, you know, God took God

2    out of our schools and brainwashed our college kids and

3    everything else. This is what we got this all changed later

4    on. But right now we're getting through this and it's got to

5    be-- you have to have a great reset, you got to have a, you

6    know, this stuff now, if we wouldn't had our president that

7    was so-- got so many votes that they didn't expect, that broke

8    all this stuff revealed all this. Can you imagine, we'd all

9    went to bed at 3:00 in the morning on election night going--

10   and Biden would have won by a little bit with all this

11   algorithm set in the machine. And we'd all went to bed and

12   said well, better luck next time. There won't be a next time.

13   Right now, because of that, now because of that miracle, and I

14   said before too John. All these states, all these governors

15   and the crooked secretaries of states, most of them, all the

16   legislatures, and the crooked Republicans like in Georgia, if

17   any of them would have done their job, you know what? Donald

18   Trump would be in power right now. It would have got in on

19   December 14th. But if that would have been the case, these

20   machines wouldn't have been revealed. And we-- they would have

21   just been smarter next time. Okay? And it would have been

22   over. We have the opportunity of history here. You know,

23   that's-- right now what's going to happen it's like, as this

24   as everything mounts and reveals itself. You wonder before--

1  there's no division in our country. The media has been the one

2  doing the division. You know, what I've learned in politics,

3  it's shameful what I've learned in politics. I was an ex crack

4  addict. I didn't think politics meant anything to me. Well,

5  what I've learned is the politicians, there's three things.

6  They either have a political agenda, and where they do stuff

7  for their party instead of the people, or they have a personal

8  agenda, or they're blackmailed or compromised or just plain

9  crooks. Now that you know, very few I can count 'em on

10  probably two hands. Starting with President Trump, where he--

11  his agenda was for the people. When you do stuff and you make

12  your decisions for the people. Problem, solution, and how will

13  it manifest to help the people. All people. All people and we

14  had a great example. You go back a short 14 months and we are

15  on top of the world. We have the best economy, best consumer

16  confidence, everything was good. Everything was going a

17  direction unprecedented in history. But what happens is, we

18  all get you know what? Let's have-- they bring in the China

19  virus, you know, and start this great takeover. Do you know

20  what? I'm gonna tell everybody something. Those two Senator

21  runoffs in Georgia? I-- two days before I got in prayer. You

22  know what? We need to pray that both of them, that both

23  Republicans lose. You know why? Because they already had their

24  corrupt senators on that-- on the Republican side. So but if

1   you if both of them lose, like they did, then it woke up half

2   of America. Instead of going, oh well at least you still got

3   the Senate, we'll just we'll just do more campaigning next

4   time. Well you know what? They got greedy, they took them

5   both. So what did it do? It woke up all across America going,

6   uh oh, everything's in all three that party controls it all,

7   but they don't control the people. You cannot have crimes

8   being done against humanity here because it's supposed to be a

9   government for the people, and that ship sailed. It sailed

10  about two months ago, on January 20th. That ship sailed, and

11  now we the people got to get back together and we've got to

12  show the evidence and do it through our courts. I still have

13  faith in the Supreme Court. I do. I believe that once they see

14  all the evidence, and we show it all to the public, and we

15  demand as a people. These are these are humans too. They're

16  nine humans there. I would bad mouth one of them, but I'm not

17  gonna. I'm just gonna say there's nine people there, and they

18  have to make a decision because they're going to be under a

19  lot of pressure when the whole United States, including

20  Democrats and Republicans, see all the evidence and go, now

21  what are you going to do? This was a crime, an attack by China

22  and other countries, attack on our election and which we

23  approved. 60 some percent came right out of China, we have the

24  IP addresses the IDs of the computers, everything. We even

1  have their passwords for crying out loud, we have everything.

2  Yeah you know you get this and here the-- the Supreme Court,

3  it should be a nine zero vote that this-- and take the

4  election down. Now what they do with it, I don't know. You

5  know, and that's up to that's up to everyone then we'll see

6  how it comes out. But when we get through this, think about

7  it-- what this has done too, it's bubbled up all the all the

8  criminals too, all the bad people like your Brian Kemps and

9  your Doug Duceys. You know, we just felt Doug has a personal

10  agenda rather than a criminal agenda like Brian Kemp. But

11  there again, I can say that, I know 'em both and I know what

12  they've done. So it's not-- I'm not being subjective or pick

13  cherry picking up. Then you just have terrible governors, like

14  the governor of Minnesota, and the governor of Michigan, New York,

15  California, the list goes on. We need to get people back in place

16  that are for the people.

17          JOHN STUBBINS:  Yeah, and by the way, I know Bobby,

18  Dr. Eberle, I know you have to go. Thank you so much for

19  joining us. And again, I've got your information scrolling at

20  the bottom. I just wanted you to be able to chime in. So

21  thrilled to have you on brother and, and will-- God bless you

22  and your family this resurrection weekend.

23          DR. BOBBY EBERLE:  Well thank you. Yes, absolutely.

24  Same to you, have a great Easter, and have me on anytime, I'd

1   love to come back.

2          JOHN STUBBINS:  We'd love to have you. Have a great

3   weekend.

4          DR. BOBBY EBERLE:  Alright, we'll see you.

5          JOHN STUBBINS:  Mike, I just wanted to say one quick

6   thing. And that is, like I mentioned at the opening of the

7   show, like, you know, with with your American success story,

8   you have built an army up there at MyPillow. Okay. And and you

9   mentioned it earlier, whether you've got Democrat employees,

10  you've got Republican, conservative, independent employees.

11  Look, they can see what's going on. Okay. And they can see,

12  every little bit that trickles out, like you said. The

13  pressure is going to be enormous on the courts, because the

14  American people are gonna slowly build a wrath. Okay? They're

15  not going to put up with this. Okay? And just like

16  indoctrinating our kids, I mentioned it at the opening just

17  when I when I mentioned your army, and MyPillow, I mentioned

18  about, you know, our kids, our grandkids, being indoctrinated

19  with, you know, white guilt, the 1619 Project, you know, this

20  Jim Crow, reverse racism. You know, it's all nonsense. And now

21  it's worked its way all the way from our colleges down to our

22  elementary schools. But it's in our military, for God's sakes,

23  it's worked its way into our military. That cannot stand, it

24  cannot.

 1          MIKE LINDELL:  Right. And it's not gonna. God's got

 2    his hand in all this. I've been telling everybody. God in this

 3    is everything here is on God's timing, and if you look at it

 4    from that perspective, what a beautiful thing. We're gonna

 5    look back on this, maybe a year from now, whatever it is,

 6    maybe a decade from now, and we're gonna go, wow, this great

 7    place that we got to happened because of the year 2020. And

 8    what went on in 2020 and 2021. This is the years, that they--

 9    I mean, it's great to be alive. It's a great time for America

10    and the world, because of what's going on. What's going,

11    what's going to happen here, it's gonna be-- when you look in

12    the future, and look back and go, wow, this is amazing. And if

13    it doesn't happen, it's end times, all the believers, we go to

14    heaven, and you know, you-- either way, it's gonna be an

15    amazing win. And I just really believe that everyone needs to

16    keep the faith and you need to-- what they're fighting us on

17    is that free speech. So that's the number one thing is to get

18    the word out far and wide. When we when evidence starts to be

19    dumped. Like today, there should be news all over the media,

20    about Maricopa County, that they picked the three teams of

21    auditors. Instead, all you're hearing out there is a--

22    Dominion gets to go out and suppress this. And--

23          JOHN STUBBINS:  I know. [overlapping]

24          MIKE LINDELL:  -- discredit 'em. Discredit 'em--

1          JOHN STUBBINS:  I know, and--

2          MIKE LINDELL:  How dare Dominion. They bought one of

3    my domains, and they're sending people that come to my company

4    to their website-- to Dominion website. This is criminal.

5    These guys are criminals. And I, I've told the left wing

6    media. I talk to a friend of mine at The Daily Beast all the

7    time, Swin-- I say Swin, why don't you go over to Dominion?

8    Why don't you guys, you journalists, do your own investigation

9    like you should, and break a story about 'em? Break a story

10   about Smartmatic. Why-- break a story about this election

11   cyber attack. You know, what are you guys afraid of, Dominion

12   suing you? So you're not being journalists anymore? No,

13   they've all come out of these colleges where they're all

14   brainwashed and thinks whatever their big brother tells them.

15   Everybody say the same thing today. Everybody say the same

16   thing.

17          JOHN STUBBINS:  Yeah they're--

18          MIKE LINDELL:  And you've got Wikipedia--

19          JOHN STUBBINS:  Go ahead.

20          MIKE LINDELL:  You've got Wikipedia involved. You got

21   Wikipedia, Google, Facebook, Twitter, all of these guys are in

22   on it. All of 'em, the mainstream media, they're all together.

23   And we're gonna-- I've got investigative teams out there, and

24   these aren't lawyers, these are actually private eye, huge

1   cyber-- I mean huge investigators, investigating who's

2   ordering all this garbage against our country. I want to bring

3   them all to-- get 'em all into prison, because it goes all--

4   it's not just George Soros. There's others involved too, believe

5   me.

6          JOHN STUBBINS:  Yes.

7          MIKE LINDELL:  And they're gonna all come crumbling

8   down like a, you know, a house of cards. Once it starts

9   crumbling, it's gonna crumble and, and our Lord's gonna win in

10  the end here, and it's gonna be the biggest revival for Jesus,

11  I believe, ever.

12         JOHN STUBBINS:  Amen, amen. And look, you brought up

13  an interesting point, Mike, because these so called

14  journalists, and by the way, you know, just like Congressman

15  Nunes said, I'm a citizen journalist. Okay? I'm a veteran. I'm

16  a patriot. I'm a citizen journalist. I have other interests. I

17  mean-- Vice President at Prelude Pictures. We've got our men's

18  ministry, the First Hour for Men. Believe me, I had enough to

19  keep me busy. It was David Padrusch, who is Mark Levin's

20  executive producer, that asked me to put this show together

21  for the very reason that you brought up. And that is, we've

22  got cowards out there as journalists. Look, I know who the

23  good ones are, people like Laura Logan, people that will go

24  down on the border, and report the truth, okay? But I'm going

1   to tell you right now. They're not going to stop me from

2   reporting, okay? Because if they do, I'll go to another

3   platform. I'll go, I'll get picked up by, you know, whether

4   it's Newsmax or Fox or whoever. You know, your new website,

5   your new social media site, President Trump's new social media

6   site. They're not gonna stop me. And the American people know,

7   they want the truth. They just want the truth. Okay? And our

8   numbers are going to squash them in the end, so they can keep

9   perpetuating this lie. But in the end, it's going to come back

10  to bite them. Okay? And for these journalists, that-- so

11  called journalists, that are cowards, that refuse to report

12  the truth, and just delaying the inevitable. All you're doing

13  is hurting your country. And if you actually got what you

14  wanted, in the end, they're going to eat you anyway. And by

15  then, it'll be too late for you. And then you'll be screaming,

16  oh, gosh, I wish I could of done something, like a coward.

17  Okay? Look, I want to move on, because, obviously, we've got

18  Tulsa coming up. By the way, Clay called me. I have the honor

19  of introducing you in Tulsa. I'm excited about it. It's a huge

20  honor for me, Mike.

21          MIKE LINDELL:  Awesome. Aw thank you.

22          JOHN STUBBINS:  I'm very excited about that. And, you

23  know, again, folks, I played that Smartmatic video by CNN

24  earlier, because I want you to see from CNN itself, their own

 1  hypocrisy, their own lies, and how they turn it on you. Look,

 2  we know, those of us that study this, and I recommend that you

 3  read Saul Alinsky's Rules for Radicals. If you read that book,

 4  then you will understand the tactics of these evil people.

 5  Read it, know it, understand it, so that you can fight back.

 6  Educate yourself. Again, Saul Alinsky's Rules for Radicals.

 7  Look, I want to go back to the EIPCA for a minute, because

 8  that investigation is running parallel with yours, and we'll

 9  talk about that privately. But I've got a team of lawyers,

10  we've got a cyber team ready to go, we've got access to those

11  machines. I want a full forensic audit, and I need to get with

12  you and Sidney, we'll talk about it in Tulsa. We're about out

13  of time. But, I just want to get to one more thing before we

14  pray, going into this resurrection weekend to celebrate, you

15  know, our Jesus Christ dying on the cross for our sins. And

16  that is your relationship with President Trump has been just

17  amazing. It's been strong, and I admire the way that the two

18  of you have interacted. And I knew that he counts on you, out

19  here fighting this battle. Have you heard from the President

20  lately?

21          MIKE LINDELL:  Well, you know, the President and

22  myself, we've always saw-- it's kind of been more from afar,

23  when we-- we don't call on the phone all the time. And he--

24  you know, I've been blessed by God with a very big platform.

1    And, when I first met him in the summer of 2016, when Donald

2    Trump reached out to me, I walked into his office, met him for

3    the first time and I said well, he has no other agenda, other

4    than to help this country and help people have better lives,

5    and have matched exactly what I'm doing. So I think when he I

6    think what he sees with me is a guy that doesn't have any

7    agenda, where he gets shit, I think, with all the time with

8    people that have personal agendas or political agendas, rather

9    than for the people, and I think that's where it's like,

10   there's a complement there. I do know this, that he is so

11   concerned about where this country's heading, and he had said,

12   he said it publicly. We can't wait till 2024 or 2022.

13   Everything-- things need to be done right now, because--

14            JOHN STUBBINS:  Yes.

15            This election was stole, this election was taken

16   from the American people, from all American people, [inaudible]

17   by foreign adversaries, and you, of course, used with people

18   here, domestic actors too. But the either way, it doesn't

19   matter whether you're a Democrat or Republican, this has to be

20   taken care of now, because what's coming, what we're seeing is

21   something so evil, and so demonic that's going to take our

22   country and the world. We have-- if the lights go out here,

23   like Reagan said, the lights go out everywhere. And this is

24   where our President, this is where he's at right now is, you

1  know, it's that you can, with all the attacks he took over

2  four years, God bless him, that he's stayed, you know, the

3  guy's got more resilience and more drive to just keep doing

4  what's right than anyone I've ever met.

5         JOHN STUBBINS:  Yeah, he's got a lot of energy. And

6  by the way, a couple quick things. Josh Barnett was supposed

7  to join us with an update from Arizona, he may have, he must

8  have had some technical issues. That's fine. I was gonna get

9  into the write in and minor party, or WIMP, retired DOD

10  analyst Ray Blehar. He concluded that the vote tabulation

11  anomalies that that he uncovered in Pennsylvania are not a

12  matter of chance, that are almost certainly the result of

13  systemic, systematic vote shifting, or stealing of WIMP votes

14  cast through ballot aducation. And he says that this also took

15  place in Arizona, Wisconsin and Georgia, and each state had

16  near zero number of write in absentee ballots cast. Oh, wait.

17  It looks like we've got Josh. There you are, brother. How you

18  doing?

19         JOSH BARNETT:  I'm doing great, thank you.

20         MIKE LINDELL:  Hey John? Hey John? John, I'm gonna

21  have to get off here, I'm sorry. I'm gonna have to get off. I

22  have a very important thing going on right now for the

23  country, and it involves Arizona, and I have to get on in a

24  couple minutes.

1        JOHN STUBBINS:  Okay, real quick. Josh, do you have

2   an update for Mike from Arizona?

3        JOSH BARNETT:  The last I know, the Board of

4   Supervisors had an emergency meeting. Of course, it's closed

5   to the public once again. And that's also the reason why we

6   are recalling them here due to this lack of transparency, you

7   know, throughout the entire process.

8        JOHN STUBBINS:  Okay. Thanks a lot, Mike. I'll give

9   you a call, brother. Thank you. Josh, I'm glad you were able

10  to join us. Look, Josh is a congressional candidate. He ran in

11  Arizona district seven in the 2020 election, and he's now

12  running in CD six in the 2022 election to primary David

13  Schweikert. So unfortunately, Josh, we have run out of time. I

14  wish we could have got you on, I know, I don't mean-- you must

15  have had-- did you have some technical problems, or what

16  happened?

17       JOSH BARNETT:  It kept going in and out on me, so--

18       JOHN STUBBINS:  Okay, look, no worries. We'll have

19  Mike back, and we'll bring you back. Hopefully, we'll have

20  some updates by then. Before we go. Real quick. I wanted to

21  just, I wanted to, I want to end with prayer, number one,

22  going into this resurrection holiday but also, I'm looking

23  here. Just to make a look at my notes. Judge-- the judge

24  allows release of Dominion audit report, that was, again, in

1   the Antrim Michigan. I want to give a shout out to Dave Todd

2   in Dayton, Ohio. They're having a protest this Saturday at

3   2pm. The corner of 3rd and Main Street at the downtown Dayton

4   courthouse. The protest is over the second amendment that

5   they're trying to take from us, freedom of speech, religious

6   liberty, so I wanted to go over that. Make sure that you guys

7   also check out fairandtransparentelections.com. That is our

8   lawsuit in California. Also, do not forget to join us

9   tomorrow. We've got General Flynn coming on the show, Seth

10  Keshel, Dave Bray USA, who does my music, just amazing musical

11  artist, patriotic artist, veteran, you'll be blown away by

12  Dave. He's just such a talent. And also the great Jerry Lucas,

13  Hall of Famer, he's coming on with his new book, Middie Magic.

14  And he's one of only three people that have won a title at

15  every single level of competition, high school, college and

16  pro, and the Olympics. He's won at all levels, and I want to

17  make sure you join us. Also, by the way, our show tomorrow is

18  at 12 noon Eastern Standard Time, with General Flynn and the

19  rest of my guests. I am-- I do have a surprise for you. I am

20  going on Newsmax again, Monday 10:25 Eastern Standard Time,

21  I'm going on National Report, and I'm looking forward to that.

22  And then after that, I have my regular show at 2 PM Eastern

23  Standard Time, with Kevin and Sam Sorbo, who we missed because

24  Kevin's brother had a stroke couple weeks ago. So they're

1  coming on to make up for their missed appearance. And then

2  I've got Jeff Groh, Convention of States, and Gordon Chang, to

3  talk about China and the World Health Organization. So that

4  being said, Josh, would you close us out brother, leading us

5  in prayer?

6      JOSH BARNETT:  Sure, no problem. Lord, I want to

7  thank you, for all the blessings you've given us. For the

8  country waking up and seeing the light. For the, you know, the

9  the abundance of giving that you see every day, for the

10 people, not only in Arizona, but across the country. We're a

11 very giving people, and we are just gonna pray for truth,

12 transparency, and to save our republic, based on, you know,

13 the Christian values that that the country was founded on.

14 Thank you. And, you know, pray every day for this transparency

15 that this country so desperately needs. Amen.

16     JOHN STUBBINS:  Amen. Brother, thank you, thank you.

17 And we just give all the praise, honor, glory and love to

18 Jesus Christ. He's the one that keeps us alive, free, puts

19 food in our mouths, takes care of our families. Without Jesus

20 there's nothing, and people have forgotten that in this

21 country, and I am sick and tired of the people who, you know,

22 who obviously they-- a lot of them want Satan to rule. You're

23 taking, or trying to take over this country and spit on God.

24 You're taking God out of our Pledge of Allegiance, banning God

1  at the at the 2012 DNC on national television, and then in

2  2020, banning him from our Pledge of Allegiance. It just, it

3  just won't stand and Christians, you know, have courage, rise

4  up. Don't stand for that nonsense. You don't have to be evil

5  and mean to say no to that. Stand up and say no, you're not

6  going to allow someone to speak that way about God, about our

7  Savior. Not in front of you. Take that down the street

8  somewhere else. I want to thank Mike Lindell, Dr. Bobby Everle

9  for coming on. Josh Barnett, even though we got him late. I'm

10  glad he was able to come on. I didn't get to, to get to this

11  report here, this affidavit from Italy. But we'll get to that

12  soon. We've got a lot of breaking news to cover. And, again, I

13  just thank each and every one of you. And we'll see you again

14  tomorrow before we go to Easter holiday. But tomorrow is Good

15  Friday. And I just want to bless each and every one of you.

16  Thank you for joining us today on Indivisible. God bless you,

17  America. We'll see you tomorrow.

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8           IN WITNESS WHEREOF, I have hereunto set my hand on

9                 this 30th day of September, 2021.

10

11

12

13           _____
             James Lonergan
             Production Manager
14           Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.