# Exhibit 27

Screenshot A



Exhibit 27, *War Room,* (4/9/2021) at 00:24.

Screenshot B



Exhibit 27, *War Room,* (4/9/2021) at 02:27.