# Exhibit 28

TRANSCRIPT OF THE AUDIO RECORDING OF:

Bannon's War Room

May 3, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        MIKE LINDELL:  Well, yeah, you've got to fix that

2    part too. Yeah, I agree with them there, but I will say this:

3    Texas was not immune to the, to the machines. They had ES&S

4    machines and there was fifty seven thousand votes flipped in

5    Dallas before noon on November third. All this was going to be

6    brought on too, it wasn't--Texas still had machines, all the

7    machines are the same. They're all--you've got your ES&S, your

8    Hart, your Diebold, your Dominion, and your mothership

9    Smartmatic. So, I agree with him you know, to get all--we've

10   got to fight at every level, we've got to you know. When the

11   machines are gone, we do have to have no mail-in voting. We

12   have to have one person, one vote, and we'll get to a

13   great--when we, when we come out of this, it's going to be an

14   amazing thing that we put into place, and it's going to be

15   the--then it will actually be the fairest elections in world

16   history.

17

18

19

20

21

22

23

24

|   |   |
|---|---|
| 1 | TRANSCRIBER'S CERTIFICATE |
| 2 |   |
| 3 | I hereby certify that the foregoing pages |
| 4 | are a true, accurate, and complete transcript of the |
| 5 | proceedings transcribed from a copy of the electronic |
| 6 | sound recording to the best of our knowledge and ability. |
| 7 |   |
| 8 | IN WITNESS WHEREOF, I have hereunto set my hand on |
| 9 | this 30th day of September, 2021. |
| 10 |   |
| 11 |   |
| 12 | *[signature: James Lonergan]* |
| 13 | _____<br>James Lonergan |
| 14 | Production Manager<br>Thompson Court Reporters, Inc. |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 | THOMPSON COURT REPORTERS INC. |