# Exhibit 29

**Screenshot A**



Exhibit 29, *War Room,* (5/3/2021) at 00:01.

Screenshot B



Exhibit 29, *War Room,* (5/3/2021) at 00:26.