# Exhibit 35

**Screenshot A**



Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 00:06.

**Screenshot B**



# Study finds Chinese Hardware Powers U.S. Voting Machine

December 16, 2019 12:37 | by Paul Roberts

A new study by the firm Interos found that many hardware components in a popular touchscreen voting machine used in the U.S. originate in China or Russia.

Efforts by the federal government and campaigns to keep state sponsored hackers from Russia and China out of U.S. elections may have overlooked a one major source of vulnerability: the hardware and software 'guts' of voting machines.

Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 04:59.

**Screenshot C**



Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 06:56.

**Screenshot D**



Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 08:36.

**Screenshot E**



Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 10:42.