# Exhibit 36

--

TRANSCRIPT OF THE AUDIO RECORDING OF:

Mike Lindell's Cyber Symposium - III

August 10-12, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1    JOE OLTMANN:  [Inaudible], and so he was selected as

2    the enterprise partner. Now if you go to Roaming Networks,

3    you'll see this information on their website. Some of it, some

4    of this information, because I assume that after this

5    presentation is done, some of that will come down off their

6    website. So we did some research on Dominion Voting Systems.

7    Dominion Voting Systems has a corporate office located in

8    Serbia. We took a screenshot of the Google screenshot of the

9    office that's there. And one of the developers, which you'll

10   find on the website, you'll know that you'll notice that one

11   of the legislative leaders inside of Serbia said I know

12   Dominion Voting Systems back in November, they have an office

13   here, right. And so Dominion very quickly started taking off

14   all of the Serbian coders that they had on, on their website

15   or on LinkedIn. The interesting thing about this is that we're

16   having code built in Serbia for a system that's used in the United

17   States, that uses infrastructure that is actually built by or

18   funded by China. And not just China. But the Bank of China.

19   And I'm going to show you that I want to remind you of

20   something about Huawei Bank, right, or Huawei, and that is,

21   it's restricted in the United States of doing business in the

22   United States, you cannot do business with them in the United

23   States. From 2019. You can't do business with Enterprise

24   Partners in 2019. So by proxy, they're doing business with the

1  Bank of China through this kind of web of business

2  relationships.

3           So this is a slide that talks about becoming an

4  enterprise partner, right? And you can kind of look excuse me,

5  this is a slide that talks about when Huawei was added to the

6  restricted list on May 16, of 2019. Many of you guys actually

7  remember that, right? You remember that at all, Bank of China?

8  Okay. This right here is the information related to Dominion

9  Voting Systems using Roaming Networks. So over here on the far

10 left, this is the references that were that were displayed by

11 Roaming Networks on their site, stating that the

12 implementation of pure flash storage solution on the

13 primary database or right data center for Dominion Voting

14 Systems. So you have the company which is funded in

15 partnership by Huawei of China. That is actually building the

16 data centers for Dominion Voting Systems, building the code in

17 the office in Serbia, remember what I talked to you about

18 yesterday, which is deviations? Right? A deviation should give

19 you enough evidence that you just say the breach of the public

20 trust has happened, we need to have an audit. And by the way,

21 if there's nothing to hide, then why would we not have an

22 audit? Why? So that's the first one which shows that they have

23 as a reference Dominion Voting. If you move to the, to the

24 right side, this is a picture taken by Mark Koch in

1  Sacramento, California election warehouse, where you can see
2  Dominion Voting System, hardware is coming directly from
3  China, right from China. And you would say lots of stuff is
4  made in China. Okay, well, then you have a bill of lading, the
5  lading that came in, and you can't really read this. But this
6  goes from a supplier in China directly to the Dominion Voting
7  Systems office in McKinney, Texas, right. And then over here
8  in this corner, you start talking about testing and approval
9  Dominion Voting Systems. This particular piece is actually
10 talking about the the similarities in testing of the
11 equipment, the hardware, between Smartmatic and Dominion
12 Voting Systems. So they're using the same hardware, they just
13 have a new badge put on it, one says Dominion Voting, and one
14 says Smartmatic. So look, at the end of the day, if you look
15 behind you, and you got to tail everyone tells you you got a
16 tail, right? But you keep telling everyone you don't have a
17 tail, but you got a tail hanging out there, you probably have
18 a tail. Right? The idea that and I want to address this. So
19 any any questions about that? Any questions? At all? What's
20 yes? [Inaudible.] Yes, yeah. Made by the same supplier. Right.
21 And by the way, this is all public information that you can go
22 out there and do your research yourself. I mean, I would tell
23 you that the news networks need to do the research. If you're
24 a coder, do the research. If you're a legislator, you should

1  send out your legislative aids, send people out and do the

2  research. We should not be dealing with a system that's

3  compromised even if you say that the risk of that compromise

4  is 3% 4% 5%. That's too much to say that you're going to strip

5  the voice of the American people away from electing our

6  officials both at the local level all the way up to the

7  national level. Does that answer your your question. Anybody

8  else have a question? Yeah. [inaudible]

9          UNIDENTIFIED SPEAKER A:  NBC reported that he has a

10 [inaudble] and components that were made in China. How can be

11 [inadudible] We don't have.

12         UNKNOWN SPEAKER:  Yeah.

13         UNIDENTIFIED SPEAKER:  [inaudible]

14         JOE OLTMANN:  Yeah, so um, that's a good question. If

15 you give me your information, I'll find a way to do the

16 research for you. And again, we will dig into it as far as we

17 possibly can in order to get to that information. I know that

18 ES&S it's an incestuous world. We were able to build an entire

19 graph of the people that worked for ES&S, Hart, Dominion

20 Voting Systems, Clear Ballot, Smartmatic, and they basically

21 recycle people through the company. But one of the other

22 things that's become very telling is that you have people that

23 worked at Dominion Voting Systems that are now entering the

24 political sphere and taking over election offices. And then

1  coincidentally enough, you have those election offices for the
2  first time, one in Texas, that that county after hiring
3  someone that works for Dominion Voting Systems went blue. By
4  accident, and they had ES&S. Any other questions? [inaudible.]
5  I get off the hook. Okay, so I want to address something with
6  Jena Griswold. I want to do it right here. So Jena Griswold
7  got on TV, and talked about Tina Peters and talked about Mesa
8  and said that, that it was bad actors. And then they had Matt
9  Crane, get up after Jena Griswold, and explain that the real
10 heroes are the other 63 counties that did not do a forensic
11 imaging before and after the trusted build. And I can tell you
12 right now that, you know, I don't know if it's Dominion
13 itself, that is the bad actor, if they have people in their
14 company that are bad actors. But if you have nothing to hide,
15 you don't go in and do a trusted build. That includes removing
16 logs, changing code, right. And, and, and removing information
17 and or components. Those aren't things that you do, the person
18 that she had follow her up and you guys are going to be a
19 chance to see this. We've lots of articles out there. The
20 person that she had follow up that on stage was Matt Crane,
21 Matt Crane was the county clerk and recorder for Arapahoe
22 County, he is now the head of the county clerk's association
23 or County Clerk's and Recorders Association, right an
24 organization by the way that has some money that comes in and

1  out of that organization that is suspect at best. But here's
2  another thing you need to know about Matt Crane, who came down
3  hard on Tina Peters, his wife worked for Dominion for many,
4  many years. Before that she worked for I think Sequoia Voting
5  Systems, right? Sixteen years in total. So the person standing
6  on stage that's actually standing next to the Secretary of
7  State, Jena Griswald in Colorado is complicit in the behavior
8  of what's happening all across the country, saying that this
9  is again, the gold standard. If it's the gold standard, then
10 you should do something when a public breach of trust has been
11 done. There's a breach of trust, it's really simple. The only
12 way to restore that trust is to audit. Okay, you don't have to
13 be a rocket scientist to figure out that the election was
14 stolen. You don't. It's not something you have to stand out
15 there and say, hey, maybe it was maybe it wasn't. Put if you
16 really want to get to the bottom of it, put the American
17 people at ease, which now is nearly 70% on one side and 40% on
18 the other. So that's that's all I got to say. Any other
19 questions before I get off here? [Inaudible.] Yeah. Here we
20 go.
21          UNIDENTIFIED SPEAKER B:  Thank you for everything
22 you're doing. By the way, appreciate the information.
23 Yesterday, you had a real quick statement you made that all
24 these communication or all these boxes communicate one to

1  another.

2         JOE OLTMANN:  I'm sorry, what they all do what?

3         UNIDENTIFIED SPEAKER B:  They all communicate one to

4  another. Each voting machine or however you describe it there

5  --

6         JOE OLTMANN:  It's called networking. The network.

7         UNIDENTIFIED SPEAKER B:  -- want to talk one to

8  another freely, right?

9         JOE OLTMANN:  Well, no, nothing is freely but okay.

10        UNIDENTIFIED SPEAKER B:  But at the same time, if

11 that's actually real, that that communication can happen. If

12 we have one box that's fraudulent, then the entire system, all

13 boxes are fraudulent, because they will touch one to another.

14 Is that correct?

15        JOE OLTMANN:  I mean, technically, I mean, I like

16 where you're going with it. But it doesn't necessarily mean

17 that that's the case.

18        UNIDENTIFIED SPEAKER B:  So yet, even though we know

19 that they can talk one to another, though, right?

20        JOE OLTMANN:  Yes. You mean they're connected to the

21 internet.

22        UNIDENTIFIED SPEAKER B:  Right?

23        JOE OLTMANN:  Yes.

24        UNIDENTIFIED SPEAKER B:  And the boxes are

1  intermingled. So then what I mean, I'm saying the spaghetti

2  touches the spaghetti. It's all part of the same pot.

3           JOE OLTMANN:  Yeah. So that's not how a network

4  works. It depends on what the network infrastructure looks

5  like.

6           UNIDENTIFIED SPEAKER B:  Right.

7           JOE OLTMANN:  Right. But yes, technically that can

8  happen.

9           UNIDENTIFIED SPEAKER B:  Right. So that was something

10 that they mentioned yesterday, they were talking about these

11 can communicate one to another. And that right there should

12 bother everybody if that's even remotely possible, or they're

13 able to backdoor through one machine. And that means they have

14 access to, to network back through everything else.

15          JOE OLTMANN:  Yeah. So I think that the important

16 thing that yes, I think I think that that's a risk, right. But

17 I think the important thing to know is that most Americans,

18 most people are not coders. Right? Would you agree with that.

19 So if you're not a coder, and you're relying on software,

20 you're relying on a program, then, at any point your your mind

21 deceives you. You wake up one day, and something happens,

22 something different happens. We talked about what Seth put up

23 here, which is the mathematical possibility probability,

24 you'll listen to The Deep Rig, which is the documentary that

1  was built by Patrick Byrne. And when you get into that, you
2  see, Bobby Piton stands up there and says, I'm talking about
3  probabilities on that as well, with male female and you
4  undefined. So if you just look at the basic facts, ignore the
5  thousands of affidavits on the behavioral deviation. And you
6  look at the basic facts, it's enough to push most of America
7  to say that there's a breach of trust. So if we get too
8  complicated, then they start saying, oh, this is nothing. We
9  get too specific, they'll say, well, we can disprove that.
10 Well, I can disprove anything in a vacuum. But it's
11 collectively, as you start looking at it, the mountains of
12 evidence that exists, mountains of evidence that exists, is
13 too much to ignore. And all we're asking for as the American
14 people is we'll accept the truth. I will accept the truth.
15 I'll even accept that maybe Eric Coomer got on that and it was
16 hyperbolic, right that he just wanted to puff his chest and
17 have a little bit of him, I'd accept that, if all of the other
18 indicators did not show that we're dealing with a massive
19 fraud on the American people. I'm a I'm a I'm a realist,
20 right? I just want the truth, the only way we get to the truth
21 is by doing audits to make sure that they can put, you know
22 restore trust to the American people.
23              UNIDENTIFIED SPEAKER C:  What Joe's talking about is
24 indicators, you know, you get one indicator, and that gives

1  you one point of reference. But when you line up 100

2  indicators. So another senior Dominion Vice President, his

3  name is on the patents, was the tabulation center, Dominion

4  supervisor in Wayne County, Michigan. Nick Ikonomakis.

5          JOE OLTMANN:  Yes.

6          UNIDENTIFIED SPEAKER C:  So --

7          JOE OLTMANN:  Yeah.

8          UNIDENTIFIED SPEAKER C:  A senior VP, whose names on

9  the patents software, I think that he was a software engineer

10 --

11         JOE OLTMANN:  Yeah.

12         UNIDENTIFIED SPEAKER C:  -- software designer, was

13 running the tabulation center. So again, you know,

14 coincidences are coincidences, but a whole bunch of

15 coincidences, all of a sudden become not a coincidence. Now

16 you've just got to apply some common sense. And look, as Joe

17 said, the preponderance of this this overwhelming evidence and

18 literally, the legal boxes of affidavits across the country

19 that are, you know, five, six feet high of stacked of legal

20 filing boxes. And one more question Joe.

21         JOE OLTMANN:  Yeah.

22         UNIDENTIFIED SPEAKER D:  Yes. Yesterday afternoon, we

23 had a really good presentation, looking at some of the files,

24 analyzing the files and say, what on Earth are they doing

1  here? But my question is, exactly which computer did those

2  files come from? Did that come from the central count? Did

3  that come from a sample computer that was used in the

4  precinct? Was that the computer that prepared the equipment

5  that was sent to the precinct? So I'm wondering exactly which

6  computer it was where those files were working?

7           JOE OLTMANN:  So I'm going to answer that with a

8  non-answer, because I don't have enough information on what

9  systems they imaged, but they were imaging the main EMS and

10 the tabulation system, but--

11          UNIDENTIFIED SPEAKER C:  Yes, and according to the

12 the election supervisor, who was here, those and she observed

13 those images, those were the server images before and after

14 the Dominion software, right? So that was a server.

15          JOE OLTMANN:  Yes.

16          UNIDENTIFIED SPEAKER C:  The MS server.

17          JOE OLTMANN:  Yeah, there were the servers, two of

18 them.

19          UNIDENTIFIED SPEAKER C:  So the server is where at a

20 county level, you coordinate all the precinct information. And

21 that server is the repository for all the the audit functions,

22 all the cast vote reports, the error reports, the adjudication

23 reports, the logs, all the access logs, everything that

24 happens in that little ecosystem goes through that server. So

1  it's a central brain. Is that is that a way to central brain

2  for that county? And it's got every everything that happened

3  all throughout the county should be in that repository for

4  that. That county right there. Correct? Yes. Yeah.

5           JOE OLTMANN:  Yeah, so I want to address anybody have

6  any questions? Other questions? Any at all? None. Yes. Okay,

7  so hey, Phil, how much time do I have to stand up here and

8  tell him tell him about this stuff? What's my time limit?

9  Sorry. [Inaudible.]

10               I have 35 minutes. I have 35 minutes. Storytime,

11 ready. They're not gonna like me. I can do my deposition that

12 I missed yesterday on this stage. What do you guys think about

13 that? I'll answer any question you want. We'll put it out

14 there because I have nothing to hide. You haven't you have a

15 question? I don't know. Phil walked off with it. Yeah, go

16 ahead and yell. Yeah. What what do you have?

17           UNIDENTIFIED SPEAKER E:  What Jim was saying earlier,

18 Duncan Fuel you know that name?

19           JOE OLTMANN:  No.

20           UNIDENTIFIED SPEAKER E:  Some IT guy, he said that if

21 you [inaudible] out of one machine and upload it to the county

22 level machine, you can load a mountain you can, if you pull a

23 thank you, if you pull a thumb drive --

24

```
 1              TRANSCRIBER'S CERTIFICATE
 2
 3   I hereby certify that the foregoing pages
 4   are a true, accurate, and complete transcript of the
 5   proceedings transcribed from a copy of the electronic
 6   sound recording to the best of our knowledge and ability.
 7
 8         IN WITNESS WHEREOF, I have hereunto set my hand on
 9             this 30th day of September, 2021.
10
11
12
                     _____
13                   James Lonergan
                     Production Manager
14                   Thompson Court Reporters, Inc.
15
16
17
18
19
20
21
22
23
24              THOMPSON COURT REPORTERS INC.
```

|   |   |   |   |   |
|---|---|---|---|---|
| **1** | adjudication 12:22 | articles 6:19 | boxes 7:24 8:13,24 11:18,20 | coincidence 11:15 |
| **100** 11:1 | affidavits 10:5 11:18 | as 2:1 3:23 5:16 10:3,11,13 11:16 | brain 13:1 | coincidences 11:14,15 |
| **16** 3:6 | after 2:4 6:2,9,11 12:13 | asking 10:13 | breach 3:19 7:10,11 10:7 | coincidentally 6:1 |
|  | afternoon 11:22 | association 6:22,23 | build 5:18 6:11,15 | collectively 10:11 |
| **2** | again 5:16 7:9 11:13 | assume 2:4 | building 3:15,16 | Colorado 7:7 |
| **2019** 2:23,24 3:6 | agree 9:18 | at 3:7 4:14,19 5:6,23 7:1,17 8:10 9:20 10:4,6,11 11:23 12:19 13:6 | built 2:16,17 10:1 | come 2:5 12:2,3 |
|  | ahead 13:16 |  | bunch 11:14 | comes 6:24 |
| **3** | aids 5:1 |  | business 2:21,22,23,24 3:1 | coming 4:2 |
| **3%** 5:4 | all 2:14 3:7 4:19,21 5:6 7:8,18,23,24 8:2,3,12 9:2 10:13,17 11:15 12:20,21,22,23 13:3,6 | audit 3:20,22 7:12 12:21 | but 2:18 4:5,16,17 5:21 6:14 7:1 8:9,10,16 9:7,16 10:10 11:1,14 12:1,9 | common 11:16 |
| **35** 13:10 |  | audits 10:21 |  | communicate 7:24 8:3 9:11 |
|  |  | away 5:5 |  | communication 7:24 8:11 |
| **4** | America 10:6 |  | but-- 12:10 | company 3:14 5:21 6:14 |
| **4%** 5:4 | American 5:5 7:16 10:13,19,22 | **B** | by 2:17,18,24 3:10,15,20,24 4:20,21 6:3,24 7:22 10:1,21 | complicated 10:8 |
| **40%** 7:17 | Americans 9:17 | back 2:12 9:14 |  | complicit 7:7 |
|  | an 2:12 3:3,20,21 5:18 6:23 | backdoor 9:13 |  | components 5:10 6:17 |
| **5** | analyzing 11:24 | bad 6:8,13,14 | Byrne 10:1 | compromise 5:3 |
| **5%** 5:4 | and 2:1,9,13,18,19,20 3:4,20 4:3,5,7,8,11,13,15,18,21,22 5:1,10,16,20,24 6:4,7,8,9,11,15,16,17,18,21,23,24 7:15,17 8:24 9:11,13,19,21 10:1,2,3,5,13,15,16,24 11:16,17,20,24 12:9,11,12,13,20 13:2,7,16,21 | badge 4:13 |  | compromised 5:3 |
|  |  | Ballot 5:20 | **C** | computer 12:1,3,4,6 |
| **6** |  | Bank 2:18,20 3:1,7 | California 4:1 | connected 8:20 |
| **63** 6:10 |  | basic 10:4,6 | called 8:6 | Coomer 10:15 |
|  |  | basically 5:20 | came 4:5 7:2 | coordinate 12:20 |
| **7** |  | be 5:2,10 6:18 7:13 13:3 | can 3:4 4:1,21 5:10,17 6:11 8:11,19 9:7,11 10:9,10,21 13:11,22 | corner 4:8 |
| **70%** 7:17 |  | because 2:4 8:13 12:8 13:14 |  | corporate 2:7 |
|  |  | become 5:22 11:15 |  | correct 8:14 13:4 |
| **A** |  | becoming 3:3 | can't 2:23 4:5 | count 12:2 |
| able 5:18 9:13 | another 7:2 8:1,4,8,13,19 9:11 11:2 | been 7:10 | cannot 2:22 | counties 6:10 |
| about 2:15,20 3:3,5,17 4:8,10,19 6:7 7:2 9:10,22 10:2,23 13:8,12 | answer 5:7 12:7 13:13 | before 6:11 7:4,19 12:13 | case 8:17 | country 7:8 11:18 |
|  |  | behavior 7:7 | cast 12:22 | county 6:2,21,22,23 11:4 12:20 13:2,3,4,21 |
| accept 10:14,15,17 | any 4:19 6:4 7:18 9:20 13:6,13 | behavioral 10:5 | center 3:13 11:3,13 |  |
| access 9:14 12:23 | anybody 5:7 13:5 | behind 4:15 | centers 3:16 | Crane 6:9,20,21 7:2 |
| accident 6:4 | anything 10:10 | best 7:1 | central 12:2 13:1 |  |
| according 12:11 | apply 11:16 | between 4:11 | chance 6:19 | **D** |
| across 7:8 11:18 | appreciate 7:22 | bill 4:4 | changing 6:16 | data 3:13,16 |
| actor 6:13 | approval 4:8 | bit 10:17 | chest 10:16 | database 3:13 |
| actors 6:8,14 | Arapahoe 6:21 | blue 6:3 | China 2:18 3:1,7,15 4:3,4,6 5:10 | day 4:14 9:21 |
| actually 2:17 3:6,15 4:9 7:6 8:11 | are 5:23 6:10,14,18 8:13,24 9:18 11:14,19,24 | Bobby 10:2 | Clear 5:20 | dealing 5:2 10:18 |
|  |  | both 5:6 | clerk 6:21 | deceives 9:21 |
| added 3:5 | aren't 6:17 | bother 9:12 | clerk's 6:22,23 | Deep 9:24 |
| address 4:18 6:5 13:5 |  | bottom 7:16 | code 2:16 3:16 6:16 | depends 9:4 |
|  |  | box 8:12 | coder 4:24 9:19 | deposition 13:11 |
|  |  |  | coders 2:14 9:18 |  |

**describe** 8:4
**designer** 11:12
**developers** 2:9
**deviation** 3:18 10:5
**deviations** 3:18
**did** 2:6 6:10 10:18 12:1,2
**different** 9:22
**dig** 5:16
**directly** 4:2,6
**displayed** 3:10
**disprove** 10:9,10
**do** 2:22,23 4:22,23, 24 5:1,15 6:6,10,15, 17 7:10 8:2 13:7,11, 12,16
**documentary** 9:24
**Does** 5:7
**doesn't** 8:16
**doing** 2:21,24 7:22 10:21 11:24
**Dominion** 2:6,7,12, 13 3:8,13,16,23 4:2, 6,9,11,13 5:19,23 6:3,12 7:3 11:2,3 12:14
**don't** 4:16 5:11 6:12,15 7:12,14 12:8 13:15
**done** 2:5 7:11
**down** 2:5 7:2
**drive** 13:23
**Duncan** 13:18

———————
**E**

**Each** 8:4
**earlier** 13:17
**Earth** 11:24
**ease** 7:17
**ecosystem** 12:24
**electing** 5:5
**election** 4:1 5:24 6:1 7:13 12:12
**else** 5:8 9:14
**EMS** 12:9
**end** 4:14
**engineer** 11:9

**enough** 3:19 6:1 10:6 12:8
**entering** 5:23
**enterprise** 2:2,23 3:4
**entire** 5:18 8:12
**equipment** 4:11 12:4
**Eric** 10:15
**error** 12:22
**ES&S** 5:18,19 6:4
**even** 5:3 8:18 9:12 10:15
**every** 13:2
**everybody** 9:12
**everyone** 4:15,16
**everything** 7:21 9:14 12:23 13:2
**evidence** 3:19 10:12 11:17
**exactly** 12:1,5
**excuse** 3:4
**exists** 10:12
**explain** 6:9

———————
**F**

**facts** 10:4,6
**far** 3:9 5:16
**feet** 11:19
**female** 10:3
**figure** 7:13
**files** 11:23,24 12:2,6
**filing** 11:20
**find** 2:10 5:15
**first** 3:22 6:2
**five** 11:19
**flash** 3:12
**follow** 6:18,20
**for** 2:16 3:13,16 5:16,19 6:1,3,21 7:3,4,21 10:13 12:21 13:2,3
**forensic** 6:10
**fraud** 10:19
**fraudulent** 8:12,13
**freely** 8:8,9

**from** 2:23 4:2,3,6 5:5 12:2,3
**Fuel** 13:18
**functions** 12:21
**funded** 2:18 3:14

———————
**G**

**get** 5:17 6:5,9 7:16, 19 10:1,7,9,20,24
**give** 3:18 5:15
**gives** 10:24
**go** 2:2 4:21 6:15 7:20 13:15
**goes** 4:6 12:24
**going** 2:19 5:4 6:18 8:16 12:7
**gold** 7:9
**gonna** 13:11
**good** 5:14 11:23
**Google** 2:8
**got** 4:15,17 6:7 7:18 10:15 11:16 13:2
**graph** 5:19
**Griswald** 7:7
**Griswold** 6:6,9
**guy** 13:20
**guys** 3:6 6:18 13:12

———————
**H**

**had** 2:14 6:4,8,18,20 7:23 11:23
**hanging** 4:17
**happen** 8:11 9:8
**happened** 3:20 13:2
**happening** 7:8
**happens** 9:21,22 12:24
**hard** 7:3
**hardware** 4:2,11,12
**Hart** 5:19
**has** 2:7 3:20 5:9 6:24 7:10
**have** 2:12 3:14,20, 21,22 4:4,13,16,17 5:8,11,22 6:1,13,14 7:12,14 8:12 9:13 10:17 12:8 13:5,7,

10,14,16
**haven't** 13:14
**having** 2:16
**he** 2:1 5:9 6:22 10:16 11:9 13:20
**head** 6:22
**her** 6:18
**here** 2:13 3:8,9 4:7 6:6 7:19 9:23 12:1, 12 13:7
**here's** 7:1
**heroes** 6:10
**hey** 7:15 13:7
**hide** 3:21 6:14 13:14
**high** 11:19
**him** 10:17 13:8
**hiring** 6:2
**his** 7:3 10:16 11:2
**hook** 6:5
**how** 5:10 9:3 13:7
**however** 8:4
**Huawei** 2:20 3:5,15
**hyperbolic** 10:16

———————
**I**

**I'D** 10:17
**I'LL** 5:15 10:15 13:13
**I'M** 2:19 8:2 9:1 10:2,19 12:5,7
**idea** 4:18
**if** 2:2 3:21,23 4:14, 23,24 5:3,14 6:12, 13,14 7:9,15 8:10, 11 9:12,19 10:4,7, 17 13:20,22,23
**ignore** 10:4,13
**Ikonomakis** 11:4
**imaged** 12:9
**images** 12:13
**imaging** 6:11 12:9
**implementation** 3:12
**important** 9:15,17
**in** 2:7,12,16,21,22, 24 3:14,16,17,24 4:4,5,6,7,8,10 5:10, 17 6:2,13,15,24 7:5,

7 10:10 11:4 12:3, 24 13:3
**inadudible** 5:11
**inaudble** 5:10
**inaudible** 2:1 4:20 5:8,13 6:4 7:19 13:9,21
**incestuous** 5:18
**includes** 6:15
**indicator** 10:24
**indicators** 10:18,24 11:2
**information** 2:3,4 3:8 4:21 5:15,17 6:16 7:22 12:8,20
**infrastructure** 2:17 9:4
**inside** 2:11
**interesting** 2:15
**intermingled** 9:1
**internet** 8:21
**into** 5:16 10:1
**is** 2:5,15,17,20 3:3,5, 8,10,14,15,18,24 4:2,3,9,21 5:4,22 6:13,22 7:1,7,9,12, 17 8:9,14 9:17,23, 24 10:8,12,14,21,23 11:3 12:1,19,21 13:1
**it** 2:3 4:13 5:16 6:6,8 7:15,16 8:4,16 9:4 10:11,15 12:6 13:13,15,20,21
**it's** 2:21 5:18 6:12 7:9,11,14 8:6 9:2 10:6,10 13:1,2
**itself** 6:13

———————
**J**

**Jena** 6:6,9 7:7
**Jim** 13:17
**Joe** 2:1 5:14 8:2,6,9, 15,20,23 9:3,7,15 11:5,7,11,16,20,21 12:7,15,17 13:5,19
**Joe's** 10:23
**just** 2:18 3:19 4:12 10:4,16,20 11:16

**K**

keep 4:16
kind 3:1,4
know 2:10,11 5:17 6:12 7:2 8:18 9:17 10:21,24 11:13,19 13:15,18
Koch 3:24

**L**

lading 4:4,5
leaders 2:11
left 3:10
legal 11:18,19
legislative 2:11 5:1
legislator 4:24
level 5:6,7 12:20 13:22
like 8:15 9:5 13:11
limit 13:8
line 11:1
Linkedin 2:15
list 3:6
listen 9:24
literally 11:18
little 10:17 12:24
load 13:22
local 5:6
located 2:7
logs 6:16 12:23
look 3:4 4:14 10:4,6 11:16
looking 10:11 11:23
looks 9:4
lots 4:3 6:19

**M**

machine 8:4 9:13 13:21,22
made 4:4,20 5:10 7:23
main 12:9
make 10:21
male 10:3

many 3:6 7:3,4
Mark 3:24
massive 10:18
mathematical 9:23
Matt 6:8,20,21 7:2
May 3:6
maybe 7:15 10:15
Mckinney 4:7
me 3:4 5:15 13:11
mean 4:22 8:15,16, 20 9:1
means 9:13
mentioned 9:10
Mesa 6:7
Michigan 11:4
mind 9:20
minutes 13:10
missed 13:12
money 6:24
more 11:20
most 9:17,18 10:6
mountain 13:22
mountains 10:11,12
move 3:23
MS 12:16
much 5:4 10:13 13:7
my 12:1 13:8,11

**N**

name 11:3 13:18
names 11:8
national 5:7
NBC 5:9
nearly 7:17
necessarily 8:16
need 3:20 4:23 7:2
network 8:6 9:3,4, 14
networking 8:6
networks 2:2 3:9,11 4:23
new 4:13
news 4:23
next 7:6
Nick 11:4

no 8:9 13:19
non-answer 12:8
None 13:6
not 2:18 3:21 5:2 6:10 7:14 9:3,18,19 10:18 11:15 13:11
nothing 3:21 6:14 8:9 10:8 13:14
notice 2:10
November 2:12
now 2:2 5:23 6:12, 22 7:17 11:15

**O**

observed 12:12
of 2:3,4,5,8,9,11,14, 18,19,21 3:1,4,6,7, 12,15,19 4:3,4,10, 14 5:3,5,19,21 6:19, 22 7:1,6,8,10,11,16 9:2 10:5,6,7,11,12, 17 11:1,14,15,17, 18,19,23 12:17 13:21
off 2:5,13 6:5 7:19 13:15
office 2:7,9,12 3:17 4:7
offices 5:24 6:1
officials 5:6
oh 10:8
okay 3:8 4:4 6:5 7:12 8:9 13:6
OLTMANN 2:1 5:14 8:2,6,9,15,20, 23 9:3,7,15 11:5,7, 11,21 12:7,15,17 13:5,19
on 2:3,6,10,14,15 3:6,9,11,12 4:13 6:7,20 7:3,6,17 9:4, 19,20 10:3,5,15,19 11:3,8,24 12:8 13:12
one 2:9,10 3:22 4:13 5:21 6:2 7:17,24 8:3,7,12,13,19 9:11, 13,21 10:24 11:1,20 13:21
only 7:11 10:20

or 2:15,17,20 3:13 6:17,23 7:24 8:4 9:12
order 5:17
organization 6:24 7:1
other 5:21 6:4,10 7:18 10:17 13:6
our 5:5
out 4:17,22 5:1 6:19 7:1,13,14 13:13,21
over 3:9 4:7 5:24
overwhelming 11:17

**P**

part 9:2
particular 4:9
partner 2:2 3:4
Partners 2:24
partnership 3:15
patents 11:3,9
Patrick 10:1
people 5:1,5,19,21, 22 6:13 7:17 9:18 10:14,19,22
person 6:17,20 7:5
Peters 6:7 7:3
Phil 13:7,15
picture 3:24
piece 4:9
Piton 10:2
point 9:20 11:1
political 5:24
possibility 9:23
possible 9:12
possibly 5:17
pot 9:2
precinct 12:4,5,20
prepared 12:4
preponderance 11:17
presentation 2:5 11:23
President 11:2
primary 3:13
probabilities 10:3

probability 9:23
probably 4:17
program 9:20
proxy 2:24
public 3:19 4:21 7:10
puff 10:16
pull 13:22,23
pure 3:12
push 10:6
put 4:13 7:15,16 9:22 10:21 13:13

**Q**

question 5:7,8,14 11:20 12:1 13:13,15
questions 4:19 6:4 7:19 13:6
quick 7:23
quickly 2:13

**R**

read 4:5
ready 13:11
real 6:9 7:23 8:11
realist 10:19
really 4:5 7:11,16 11:23
recorder 6:21
Recorders 6:23
recycle 5:21
reference 3:23 11:1
references 3:10
related 3:8
relationships 3:2
relying 9:19,20
remember 3:7,17
remind 2:19
remotely 9:12
removing 6:15,16
reported 5:9
reports 12:22,23
repository 12:21 13:3
research 2:6 4:22, 23,24 5:2,16

restore 7:12 10:22
restricted 2:21 3:6
Rig 9:24
right 2:13,20 3:4,7,
  8,13,18,24 4:3,7,16,
  18,20 6:6,12,16,23
  7:5 8:8,19,22 9:6,7,
  9,11,16,18 10:16,20
  12:14 13:4
risk 5:3 9:16
Roaming 2:2 3:9,11
rocket 7:13
running 11:13

——————

S

Sacramento 4:1
said 2:11 6:8 11:17
  13:20
same 4:12,20 8:10
  9:2
sample 12:3
say 3:19 4:3 5:3,4
  7:15,18 10:7,9
  11:24
saying 7:8 9:1 10:8
  13:17
says 4:13,14 10:2
scientist 7:13
screenshot 2:8
Secretary 7:6
see 2:3 4:1 6:19 10:2
selected 2:1
send 5:1
senior 11:2,8
sense 11:16
sent 12:5
Sequoia 7:4
Serbia 2:8,11,16
  3:17
Serbian 2:14
server 12:13,14,16,
  19,21,24
servers 12:17
Seth 9:22
she 6:18,20 7:4
  12:12
should 3:18 4:24 5:2
  7:10 9:11 13:3

show 2:19 10:18
shows 3:22
side 3:24 7:17
similarities 4:10
simple 7:11
site 3:11
six 11:19
Sixteen 7:5
slide 3:3,5
Smartmatic 4:11,14
  5:20
so 2:1,6,13,24 3:3,9,
  14,22 4:12,14,18
  5:14 6:5,6 7:5,18
  8:18 9:1,3,9,15,19
  10:4,7 11:2,6,13
  12:5,7,14,19,24
  13:5,7
software 9:19 11:9,
  12 12:14
solution 3:12
some 2:3,5,6 6:24
  11:16,23 13:20
someone 6:3
something 2:20 6:5
  7:10,14 9:9,21,22
sorry 8:2 13:9
spaghetti 9:1,2
SPEAKER 5:9,12,
  13 7:21 8:3,7,10,18,
  22,24 9:6,9 10:23
  11:6,8,12,22 12:11,
  16,19 13:17,20
specific 10:9
sphere 5:24
stacked 11:19
stage 6:20 7:6 13:12
stand 7:14 13:7
standard 7:9
standing 7:5,6
stands 10:2
start 4:8 10:8,11
started 2:13
State 7:7
statement 7:23
States 2:17,21,22,23
stating 3:11
stolen 7:14

storage 3:12
Storytime 13:10
strip 5:4
stuff 4:3 13:8
sudden 11:15
supervisor 11:4
  12:12
supplier 4:6,20
sure 10:21
suspect 7:1
system 2:16 4:2 5:2
  8:12 12:10
systems 2:6,7,12
  3:9,14,16 4:7,9,12
  5:20,23 6:3 7:5 12:9

——————

T

tabulation 11:3,13
  12:10
tail 4:15,16,17,18
taken 3:24
taking 2:13 5:24
talk 8:7,19
talked 3:17 6:7 9:22
talking 4:8,10 9:10
  10:2,23
talks 3:3,5
technically 8:15 9:7
tell 4:22 6:11 13:8
telling 4:16 5:22
tells 4:15
testing 4:8,10
Texas 4:7 6:2
thank 7:21 13:23
that 2:4,5,10,14,15,
  17,19,20 3:3,5,7,10,
  11,15,19,22 4:5,18,
  19,21,23 5:3,4,7,9,
  10,17,19,22,23 6:2,
  3,8,9,10,12,13,14,
  15,17,18,20,24 7:1,
  4,8,12,13,23 8:11,
  14,17,19 9:7,9,10,
  11,13,15,16,17,18,
  24 10:1,3,7,9,12,15,
  16,17,18,21,24
  11:9,19 12:2,3,4,5,
  7,14,21,23,24 13:1,
  2,3,4,11,13,18,20

that's 2:9,16 3:22
  5:2,4,14,22 7:6,18
  8:11,12,17 9:3,12,
  16
the 2:2,8,9,10,11,14,
  15,16,18,21,22,24
  3:5,8,9,10,11,12,14,
  15,16,17,19,20,22,
  23 4:4,6,10,11,12,
  14,18,20,21,23,24
  5:1,3,5,6,15,19,21,
  23 6:1,5,9,10,11,13,
  17,19,21,22,24 7:5,
  6,7,8,9,11,13,16,18,
  22 8:6,10,12,17,20,
  24 9:1,2,4,15,17,23,
  24 10:4,5,6,11,13,
  14,17,19,20,22
  11:3,9,13,17,18,23,
  24 12:2,3,4,5,9,10,
  11,12,13,14,16,17,
  19,20,21,22,23
  13:3,21
their 2:3,5,14 3:11
  6:13
them 2:22 12:18
then 3:21 4:4,7 5:24
  6:8 7:9 8:12 9:1,20
  10:8
there 2:9 4:17,22
  6:19 7:15 8:4 9:11
  10:2 12:17 13:4,14
there's 3:21 7:11
  10:7
these 7:24 9:10
they 2:12,14 3:22
  4:12 5:20 6:4,8,13
  8:2,3,13,19 9:10,13
  10:8,21 11:24 12:9
they'll 10:9
they're 2:24 4:12
  8:20 9:12 13:11
thing 2:15 7:2 9:16,
  17
things 5:22 6:17
think 7:4 9:15,16,17
  11:9 13:12
this 2:3,4,15 3:1,3,5,
  8,10,24 4:5,8,9,18,
  21 6:19 7:8 10:8
  11:17 13:8,12
those 6:1,17 12:1,6,

12,13
though 8:18,19
thousands 10:5
through 3:1 5:21
  9:13,14 12:24
throughout 13:3
thumb 13:23
time 6:2 8:10 13:7,8
Tina 6:7 7:3
to 2:2,19 3:5,8,17,
  20,21,23 4:6,15,18,
  23 5:4,6,15,17,18
  6:5,6,14,18,19 7:2,
  6,12,13,14,16,18,24
  8:3,7,13,19,20 9:11,
  13,14,17,24 10:6,7,
  13,16,20,21,22
  11:16 12:5,7,11
  13:1,5,7,14,21
too 5:4 10:7,9,13
took 2:8
total 7:5
touch 8:13
touches 9:2
trust 3:20 7:10,11,
  12 10:7,22
trusted 6:11,15
truth 10:14,20
TV 6:7
two 12:17

——————

U

um 5:14
undefined 10:4
UNIDENTIFIED
  5:9,13 7:21 8:3,7,
  10,18,22,24 9:6,9
  10:23 11:6,8,12,22
  12:11,16,19 13:17,
  20
United 2:16,21,22
UNKNOWN 5:12
up 5:6 6:9,18,20
  9:21,22 10:2 11:1
  13:7
upload 13:21
used 2:16 12:3
uses 2:17

**using**  3:9 4:12

---
**V**

**vacuum**  10:10
**very**  2:13 5:22
**Vice**  11:2
**voice**  5:5
**vote**  12:22
**voting**  2:6,7,12 3:9, 13,16,23 4:2,6,9,12, 13 5:20,23 6:3 7:4 8:4
**VP**  11:8

---
**W**

**wake**  9:21
**walked**  13:15
**want**  2:19 4:18 6:5,6 7:16 8:7 10:20 13:5, 13
**wanted**  10:16
**warehouse**  4:1
**was**  2:1 3:5 6:8,20, 21 7:13,15 9:9 10:1, 15 11:3,9,12 12:3,4, 5,6,12,14 13:17
**wasn't**  7:15
**way**  3:20 4:21 5:6, 15 6:24 7:12,22 10:20 13:1
**Wayne**  11:4
**we**  2:6,8 3:20,21 5:2, 11,16,18 7:19 8:12, 18 9:22 10:7,8,9,20 11:22
**we'll**  10:14 13:13
**we're**  2:15 10:13,18
**We've**  6:19
**web**  3:1
**website**  2:3,6,10,14
**well**  4:4 8:9 10:3,9, 10
**went**  6:3
**were**  3:10 5:10,18 9:10 12:6,9,13,17
**what**  3:17 8:2 9:1,4, 22 10:23 11:24 12:8 13:12,16,17

**what's**  4:19 7:8 13:8
**when**  3:5 7:10 10:1 11:1
**where**  4:1 8:16 12:6, 19
**which**  2:9 3:14,18, 22 7:17 9:23,24 12:1,5
**who**  7:2 12:12
**whole**  11:14
**whose**  11:8
**why**  3:21,22
**wife**  7:3
**will**  2:5 5:16 8:13 10:14
**with**  2:22,23,24 5:2 6:5 8:16 9:18 10:3, 18 12:7 13:15
**wondering**  12:5
**worked**  5:19,23 7:3, 4
**working**  12:6
**works**  6:3 9:4
**world**  5:18
**would**  3:21 4:3,22 9:18

---
**Y**

**yeah**  4:20 5:8,12,14 7:19 9:3,15 11:7,11, 21 12:17 13:4,5,15, 16
**years**  7:4,5
**yell**  13:16
**yes**  4:20 8:20,23 9:7, 16 11:5,22 12:11,15 13:4,6
**yesterday**  3:18 7:23 9:10 11:22 13:12
**yet**  8:18
**you**  2:2,19,22,23 3:4,6,7,14,17,19,23 4:1,3,4,5,8,14,15, 16,17,21,23,24 5:3, 15,16,22 6:1,11,12, 14,15,17,18 7:2,10, 12,14,15,21,23 8:4, 20 9:18,21 10:1,3,4, 5,11,21,24 11:1,13,

19 12:20 13:12,13, 14,16,18,21,22,23
**you'll**  2:3,9,10 9:24
**you're**  4:23,24 5:4 7:22 8:16 9:19,20
**you've**  11:16
**your**  4:22 5:1,7,15 9:20
**yourself**  4:22