# Exhibit 54









VotesPA > About Elections > New Voting Systems

# New Voting Systems

## Why does Pennsylvania need new voting systems?

In 2018, voting systems in Pennsylvania were approaching the end of their useful life. Most of the equipment in use at that time was older than the first iPhone. Their software and hardware would soon be unsupported by manufacturers.



New machines will ensure that Pennsylvanians are voting on the most secure and accessible voting systems available and that audits of election results can be easily and accurately accomplished.

## When is Pennsylvania getting new voting machines?

As of the June 2, 2020, primary election, all 67 of the Pennsylvania's counties have deployed voting systems that produce voter-verifiable paper records and meet 21st-century standards of security, auditability and accessibility.

In April 2018, the Department had informed counties they must select voting systems that meet the new criteria no later than December 31, 2019, and implement the systems by the 2020 primary.

## Status of new voting system certification

Any voting system selected by a county must be certified by the U.S. Election Assistance Commission (EAC) and the Pennsylvania secretary of state. The EAC and the Pennsylvania Department of State evaluate voting systems under current federal and state standards. Pennsylvania has developed new standards of security and accessibility



---

Document title: New Voting Systems
Capture URL: https://www.votespa.com/About-Elections/Pages/New-Voting-Systems.aspx
Capture timestamp (UTC): Mon, 01 Feb 2021 21:07:35 GMT

Page 1 of 4

systems and electronic poll books at https://www.dos.pa.gov/VotingElections/OtherServicesEvents/Pages/Voting-Systems.aspx

# Electronic Voting Systems Certified after January 1, 2018

Learn more about the new voting systems that produce a paper record and offer upgraded security and accessibility. Find instructions, testing documentation, videos and more:






TOM WOLF, GOVERNOR
KATHY BOOCKVAR, SECRETARY

Contact Us



Get Involved



