# Exhibit 57

**2020 Election Cycle / Voting Equipment**

| County | System Type | Manufacturer | Maintenance | Model | Firmware Type | Software Type |
|---|---|---|---|---|---|---|
| Apache | Central Count - Digital Scan | ES&S | ES&S | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
|  | Central Count - Digital Scan |  |  | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Cochise | Digital Scan | ES&S | ES&S | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | Express Vote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
|  | Central Count - Digital Scan |  |  | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
|  | Central Count - Digital Scan |  |  | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Coconino | Digital Scan | ES&S | ES&S | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 2.4.5.1 | ElectionWare 6.0.4.0 |
|  | Central Count - Digital Scan |  |  | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Gila | Central Count - Digital Scan | ES&S | ES&S | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 2.4.5.0 | ElectionWare 6.0.4.0 |
| Graham | Digital Scan | ES&S | ES&S | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
|  | Central Count - Digital Scan |  |  | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Greenlee | Digital Scan | ES&S | ES&S | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
|  | Central Count - Digital Scan |  |  | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| La Paz | Central Count - Digital Scan | ES&S | ES&S | DS450 (DS200-Backup) | 3.1.1.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
| Maricopa | Digital Scan | Dominion | Dominion | ImageCast Precint 2 | v5.5.1.8 | Democracy Suite |
|  | Accessible Ballot Marking Device | Dominion |  | ImageCast X Marking Device | v5.5.13.2 | Democracy Suite |
|  | Ballot Marking Device Printer | Hp |  | Hp LaserJet Pro M402dne | Unmodified COTS | Democracy Suite |
|  | Central Count - Digital Scan | InoTech |  | Interscan HiPro 821 | Unmodified COTS | Democracy Suite |
|  | Central Count - Digital Scan | Cannon |  | ICC Cannon DR-G1130 | Unmodified COTS | Democracy Suite |
| Mohave | Central Count - Digital Scan | ES&S | ES&S | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | Express Vote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
| Navajo | Central Count - Digital Scan | ES&S | ES&S | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
|  | Central County - Digital Scan |  |  | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | Express Vote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
| Pima | Central Count - Digital Scan | ES&S | ES&S | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 2.4.5.1 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
| Pinal | Central Count - Digital Scan | ES&S | ES&S | DS850 | 2.10.0.0 | ElectionWare 5.2.0.0 |
|  | Accessible Voting Device |  |  | AutoMARK | 1.8.6.0 | ElectionWare 5.2.0.0 |
| Santa Cruz | Digital Scan | ES&S | ES&S | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
|  | Central Count - Digital Scan |  |  | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Yavapai | Central Count - Digital Scan | Unisyn | Unisyn | OVCS | 2.80 | OpenElect 2.1 |
|  | Accessible Voting Device |  |  | OVI-VC | 2.1 | OpenElect 2.1 |
|  | Optical Scan (For Backup Only) |  |  | OVO | 2.1 | OpenElect 2.1 |
| Yuma | Digital Scan | ES&S | ES&S | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
|  | Accessible Voting Device |  |  | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
|  | Central Count - Digital Scan |  |  | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |

*Revised June 2020*                                                                                                                                                    *Arizona Secretary of State*