# Exhibit 61

CASE 0:22-cv-00098-JMB-JFD   Doc. 1-62   Filed 01/18/22   Page 2 of 2

https://elections.wi.gov/node/7286  Go

1 capture
16 Dec 2020

2019  2020  2021

About this capture



# WISCONSIN ELECTIONS COMMISSION

Administering Wisconsin's Election Laws

Home » Node

# Did Dominion voting equipment flip votes from Trump to Biden?

Absolutely not.  Twenty-eight reporting units using Dominion systems were randomly selected after the election and audited for the Presidential contest, and all the audits confirmed that the hand-counted paper ballots exactly matched the electronic results from the machines.

In the 15 Wisconsin counties that exclusively use Dominion ICE voting systems, President Trump received 100,903 more votes than Joe Biden did in 2020. In 2016, in those same counties, President Trump received 98,304 more votes than Hillary Clinton.  As a whole, President Trump did better in those 15 Dominion counties in 2020 than he did in 2016.  In 13 of those 15 counties in 2020, President Trump received the majority of votes. Door and Green counties voted for Biden by a combined margin of 974 votes.

**FAQs**
[2020 Election FAQs](#)

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS