# Exhibit 62



Document title: Nevada Secretary of State : Voting System
Capture URL: https://www.nvsos.gov/sos/elections/election-resources/voting-system
Capture timestamp (UTC): Mon, 01 Feb 2021 19:36:30 GMT
Page 1 of 2

CASE 0:22-cv-00098-JMB-JFD   Doc. 1-63   Filed 01/18/22   Page 3 of 3



Document title: Nevada Secretary of State : Voting System
Capture URL: https://www.nvsos.gov/sos/elections/election-resources/voting-system
Capture timestamp (UTC): Mon, 01 Feb 2021 19:36:30 GMT
Page 2 of 2