# Exhibit 81

1/31/2021 More Texas Counties Choose Hart InterCivic's Verity Voting | Hart InterCivic

CASE 0:22-cv-00098-JMB-JFD Doc. 1-82 Filed 01/18/22 Page 2 of 4

https://www.hartintercivic.com/press-release/moretxcountieschooseveritypr/ Go

AUG **SEP** NOV
◀ **28** ▶
2019 **2020** 2021

7 captures
6 Sep 2020 - 20 Dec 2020

▼ About this capture



Voting Solutions    Election Security    Our Company    News

# More Texas Counties Choose Hart InterCivic's Verity Voting

## New and Established Election Partners Value Reputation and Reliability

As counties across Texas upgrade election systems, a growing number are choosing secure, user-friendly **Verity® Voting** from Texas-based Hart InterCivic. Many are sticking with longtime partner Hart based on strong satisfaction with customer service and a history of reliable, trustworthy voting.

Others, like new partner Hill County, are switching to Hart from a previous vendor because of Verity's readable paper trail and user-friendly approach.

"Hart fit the bill better," said Hill County Election Administrator Aaron Torres. "The competitor lacks a true, verifiable paper trail – it reads from a barcode. With Verity, voters see their choices before the entire paper ballot is scanned—not just a code. That builds confidence."

"Verity was highly recommended, and our commissioners and staff were impressed with the demos. It was time to shake things up and go with a new vendor," said Torres, who has worked with County election systems for 13 years.

"Our old ES&S system dated from 2005 and looking ahead there were concerns about reliability and possible hacking. Voter feedback showed a lack of faith."

In Deaf Smith County, election officials are eager to continue working with Hart as they switch to Verity.

"Hart customer service has always been top-notch and that makes my job easier," said Deaf Smith County Clerk Rachel Garman, who relied on Hart when she took office in January 2019. "Hart was here for me as a brand-new clerk. Everyone went above and beyond to be helpful – 110%. Three elections later, they still do."

https://www.hartintercivic.com/press-release/moretxcountieschooseveritypr/    Go    AUG **SEP** NOV  ◀ **28** ▶   2019 **2020** 2021

7 captures
6 Sep 2020 - 20 Dec 2020

▼ About this capture

Deaf Smith will use Verity Duo, a hybrid choice supported by a grant from the Secretary of State's office. "It was time to upgrade. Our technology was still reliable but getting older. Verity's workflow is similar to what we know and that makes it easy for voters and our staff."

Verity Duo is a hybrid voting device that combines a touchscreen with a paper vote record available for recounts or audits. The printed ballot can be checked by voters before they feed it into a scanner that reads choices, not a barcode.

"We are super excited to make this transition with Hart for our November election. It could be a nerve-wracking journey, but I have no problem because I trust Hart to be there for the County. We're not big, but when I call, they know my name. That kind of service eases my concerns. It almost feels like family."

"Hart is so proud of this positive feedback about our customer service. We've built a century of success on our relationships," said Julie Mathis, CEO of Hart InterCivic, an Austin-based company with more than 100 years of experience providing election solutions.

"Our election partners want the most up-to-date, secure voting technology available and they deserve the most responsive customer service. We deliver both. Transitions can be complex, and we provide top-tier professional service to help customers adapt to new technology and processes."

In Hill County, Torres will put the new Hart partnership to the test as they prepare for November. "We'll be learning on the fly, but some of our workers have used Verity before and they say it will be easier. We have every confidence in the Hart system."

Torres is also looking forward to the efficiency of the budget-friendly Verity ballot on-demand system they have chosen. "There are so many advantages. With print-on-demand ballots, we will not have to buy ballots from a printer. Zero waste and no leftovers to dispose of. Plus, we will be able to build the ballots ourselves and won't have to wait on a vendor's schedule," he said, noting that Verity's smaller footprint will save valuable storage space as well.

"I can't wait to get my hands on this new technology. We will be ready to move to Vote Centers when the time is right." Torres said.

"And don't forget, Hart is Texas-based," Torres added. "Verity was the best choice of our two options, but icing on the cake is dealing with a local company and a homegrown product."

As Verity's popularity grows in Texas, it is also gaining momentum as the system of choice for counties across the U.S. preparing for the Fall elections. Verity's uniquely flexible hardware and software approach means the system appeals to forward-looking jurisdictions seeking adaptable solutions. Verity

"Verity was born and bred in Texas," Mathis said. "We listen to our Texas partners and respond with better products and services. There is no better choice for Texas voters than Verity.

Request a Demo of Verity: 866-216-4278

## Contact Information:

Steven Sockwell
512-252-6409
[media@hartic.com](mailto:media@hartic.com)

### Sales and Support

**Election Supplies/Sales**

[Electionsupplies@hartic.com](mailto:Electionsupplies@hartic.com)

866.216.4278

**Voting Solutions Sales**

[sales@hartic.com](mailto:sales@hartic.com)

800.223.4278 (Option #2)

**Customer Support Center**

[Customer Support](#)

[hartsupport@hartic.com](mailto:hartsupport@hartic.com)

866.275.4278

### Election Resources

[Election Security](#)

[Election Supply Order Forms](#)

[Election Insights](#)

[HVS Product Catalog](#)

[Verity Product Catalog](#)

[Scanner service and supplies](#)

[Printer service and supplies](#)

### About Hart InterCivic

Hart InterCivic helps state and local governments conduct secure, accurate, and reliable elections.

15500 Wells Port Drive, Austin, TX 78728



Copyright © 2020 Hart InterCivic Inc. All rights reserved. Terms of Use | Privacy Policy