# Exhibit 82

Document processing fee
  If document is filed on paper      $125.00
  If document is filed electronically  Currently Not Available
Fees & forms/cover sheets
  are subject to change.
To file electronically, access instructions
  for this form/cover sheet and other
  information or print copies of filed
  documents, visit www.sos.state.co.us
  and select Business Center.
Paper documents must be typewritten or machine printed.

20101359683
$275.00
SECRETARY OF STATE
06/25/2010 11:08:44
ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Foreign Entity Authority
filed pursuant to §7-90-301, et seq. and §7-90-803 of the Colorado Revised Statutes (C.R.S)

ID number (if applicable):  _____

1. True name:

   Dominion Voting Systems, Inc.

2. Assumed entity name
   (if different from True name)

3. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box)*:
   ☐ "bank" or "trust" or any derivative thereof
   ☐ "credit union"    ☐ "savings and loan"
   ☐ "insurance", "casualty", "mutual", or "surety"

4. Principal office street address:   215 Spadina Ave., Suite 200
   *(Street name and number)*

   Toronto                                    M5T 2C7
   *(City)*           *(State)*       *(Postal/Zip Code)*
   Ontario            Canada
   *(Province – if applicable)*   *(Country – if not US)*

   Principal office mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*   *(State)*   *(Postal/Zip Code)*
   *(Province – if applicable)*   *(Country – if not US)*

5. Registered agent:   (if an individual):
   *(Last)*   *(First)*   *(Middle)*   *(Suffix)*
   OR (if a business organization):
   The Corporation Company

6. The person appointed as registered agent in the document has consented to being so appointed.

7. Registered agent street address:

> 1675 Broadway
> _(Street name and number)_
> Suite #1200
>
> Denver / CO / 80202
> _(City)_ / _(State)_ / _(Postal/Zip Code)_

8. Registered agent mailing address:
   (if different from above)

> _(Street name and number or Post Office Box information)_
>
> / CO /
> _(City)_ / _(State)_ / _(Postal/Zip Code)_
>
> _(Province – if applicable)_   _(Country – if not US)_

9. Form of entity: Corporation

10. Jurisdiction of formation: Delaware

11. Date entity commenced (or expects to commence) transacting business or conducting activities in Colorado: 06/25/2009
    _(mm/dd/yyyy)_

12. _(Optional)_ Delayed effective date: _____
    _(mm/dd/yyyy)_

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

13. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

> Poulos / John / /
> _(Last)_ / _(First)_ / _(Middle)_ / _(Suffix)_
>
> 215 Spadina Ave., Suite 200
> _(Street name and number or Post Office Box information)_
>
> Toronto / / M5T 2C7
> _(City)_ / _(State)_ / _(Postal/Zip Code)_
> Ontario / Canada
> _(Province – if applicable)_ / _(Country – if not US)_

_(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)_

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.