# Exhibit 105

 

An official website of the United States government    Here's how you know

EMAIL US    CONTACT    SITE MAP

**CYBERSECURITY & INFRASTRUCTURE SECURITY AGENCY**

Search

COVID Questions

Report Cyber Issue

 CYBERSECURITY     INFRASTRUCTURE SECURITY     EMERGENCY COMMUNICATIONS     NATIONAL RISK MANAGEMENT     ABOUT CISA     MEDIA

# JOINT STATEMENT FROM ELECTIONS INFRASTRUCTURE GOVERNMENT COORDINATING COUNCIL & THE ELECTION INFRASTRUCTURE SECTOR COORDINATING EXECUTIVE COMMITTEES

Original release date: November 12, 2020

WASHINGTON – The members of Election Infrastructure Government Coordinating Council (GCC) Executive Committee – Cybersecurity and Infrastructure Security Agency (CISA) Assistant Director Bob Kolasky, U.S. Election Assistance Commission Chair Benjamin Hovland, National Association of Secretaries of State (NASS) President Maggie Toulouse Oliver, National Association of State Election Directors (NASED) President Lori Augino, and Escambia County (Florida) Supervisor of Elections David Stafford – and the members of the Election Infrastructure Sector Coordinating Council (SCC) – Chair Brian Hancock (Unisyn Voting Solutions), Vice Chair Sam Derheimer (Hart InterCivic), Chris Wlaschin (Election Systems & Software), Ericka Haas (Electronic Registration Information Center), and Maria Bianchi (Democracy Works) - released the following statement:

"The November 3rd election was the most secure in American history. Right now, across the country, election officials are reviewing and double checking the entire election process prior to finalizing the result.

"When states have close elections, many will recount ballots. All of the states with close results in the 2020 presidential race have paper records of each vote, allowing the ability to go back and count each ballot if necessary. This is an added benefit for security and resilience. This process allows for the identification and correction of any mistakes or errors. **There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised.**

"Other security measures like pre-election testing, state certification of voting equipment, and the U.S. Election Assistance Commission's (EAC) certification of voting equipment help to build additional confidence in the voting systems used in 2020.

"While we know there are many unfounded claims and opportunities for misinformation about the process of our elections, we can assure you we have the utmost confidence in the security and integrity of our elections, and you should too. When you have questions, turn to elections officials as trusted voices as they administer elections."

###

**Topics:** Election Security
**Keywords:** CISA, Election security
**Last Published Date:** November 12, 2020

---

**CYBERSECURITY & INFRASTRUCTURE SECURITY AGENCY**

CONTACT    SUBSCRIBE



 REPORT

Accountability    Privacy Policy    FOIA    No Fear Act    Accessibility    Plain Writing    Plug-ins    Inspector General    DHS    The White House    USA.gov

Document title: Joint Statement from Elections Infrastructure Government Coordinating Council &amp; the Election Infrastructure Sector Coordinating Executive…
Capture URL: https://www.cisa.gov/news/2020/11/12/joint-statement-elections-infrastructure-government-coordinating-council-election
Capture timestamp (UTC): Mon, 01 Feb 2021 20:03:09 GMT
Page 1 of 1