# Exhibit 108

TRANSCRIPT OF THE AUDIO RECORDING OF:


OANN Newsroom

May 3, 2021


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          SPEAKER 1:  The Arizona audit underway. Similar

2    reports of election interference continue to pour in from

3    across the nation. One America's Pearson Sharpe sits down with

4    MyPillow founder and CEO Mike Lindell, who says they already

5    have enough evidence to prove our nation's voting systems were

6    tampered with.

7          PEARSON SHARP:  Mike the pillow man Lindell, how you

8    doing? Thanks for coming on today.

9          MIKE LINDELL:  Yeah, thanks for having me on.

10         PEARSON SHARP:  Absolutely. So you were on Jimmy

11   Kimmel the other day? How was that go?

12         MIKE LINDELL:  Well, it went great. I got to, I got

13   to say the word Dominion, I think, Smartmatic.

14         PEARSON SHARP:  He didn't kick you off.

15         MIKE LINDELL:  He didn't kick me off and actually - -

16         PEARSON SHARP:  He didn't get up and walk away?

17         MIKE LINDELL:  No, that's right. But no, it was

18   amazing. He let me, he asked me, you know, hard questions

19   trying, I think, you know, he expected maybe me to get upset

20   but you know - -

21         PEARSON SHARP:  It seems like he was trying to push

22   your buttons.

23         MIKE LINDELL:  Right. But I've been through it all,

24   you know, with the media. I do it every day, all the media,

1  they have my direct number from your New York Times to

2  Washington Post. They all have my direct numbers. And, you

3  know, when they, when there's something I need to say they

4  don't, call they don't write. So for being on Jimmy, that was

5  amazing how brave he was because they did not want me on

6  there. The bots and trolls and all the left, people on the

7  left said don't bring him on Jimmy. And everybody here goes

8  don't go on there, Mike, you know.

9       PEARSON SHARP:  Well you even got a couple of claps

10  from the audience when you were saying, you know - -

11       MIKE LINDELL:  Oh no, the audience was great. I

12  talked to some, a lot of them, they were all, you know,

13  they're, they're not, they were not, when I got there, it was

14  like, immediately from this producer on down it's like, they

15  might have different, be very, you know, liberal or whatever

16  you perceive, but there were even some conservatives and, but

17  they're all people, you know.

18       PEARSON SHARP:  So for anyone unfamiliar, what have

19  you been working on? What have you been, what have you been

20  doing the last few months?

21       MIKE LINDELL:  Ever since January 9th, when I got a

22  piece of evidence, obviously, since November 4th, I looked

23  into everything too, poured money wherever it needed to go,

24  people that were finding, you know, anything to do with fraud.

1  But on January 9th, it was different. This was a piece of

2  evidence, came off a computer. And it was a, it was a, it

3  showed, it showed this attack, just one footprint of a attack

4  by China. And I'm going, and well, it was a spyware. Well,

5  then I find out that, so then from that point on obviously I

6  went all in. I met the guys that, three, there's three

7  different individuals that were part that they, they're going

8  to be heroes when this comes out because they, they had, they

9  got all these prints from the computers. They have billions of

10 printouts. And, and so then I, since then I've been obviously

11 just fighting every day to get this, to tell the nation and

12 everybody, the world these machines where it got hacked,

13 Dominion, Smartmatic, Hart, all of them are the same, ES&S.

14 You just say Dominion, but it's all machines. China hacked

15 into our election and flipped millions upon millions of votes.

16 And we have 100% evidence so I put out the two, three movies

17 now, Absolute Proof, Scientific Proof.

18      PEARSON SHARP:  Irrefutable? Is it irrefutable truth?

19      MIKE LINDELL:  It's absolute, I mean, that's even

20 higher than irrefutable.

21      PEARSON SHARP:  Yeah.

22      MIKE LINDELL:  Okay. When you get to Absolute

23 Interference, the one I just put out, everybody's got to

24 spread that far and wide. Because what I did, I took any

1   questions, any doubt, you would have on Absolute Proof, I went

2   and got this guy, he's a, he works for the government. Okay,

3   he's a white hat hacker, one of the best in the world. Now I

4   have him and two other ones but this guy is the best, okay. He

5   spent five weeks validating just 19 attacks from China. There

6   was, there was thousands or about 2,000-some I believe that

7   night from there. And he went got the, where's the building,

8   the building, the IP address, the ID of the computer. But more

9   importantly, of course then it comes over here this is just

10  one hack, where it came in, which building, which computer,

11  which IP address. But here's the thing, he also got the stuff

12  that comes off the computer, I call it jibberish, you can't

13  read it. And he goes - -

14       PEARSON SHARP:  Like the metadata.

15       MIKE LINDELL:  Yeah, this is right, something you and

16  I wouldn't be able to read it but he says what these are,

17  they're cyber footprints and he validated when they did the

18  flips. So let's say it was at the exact minute, so let's say

19  it's 11:03am on November 3rd, here comes an attack. It goes

20  into this computer, we got pick a county, Fulton County,

21  whatever.

22       PEARSON SHARP:  And you can see the votes flip.

23       MIKE LINDELL:  And you can see, and he's got the

24  cyber flip. Now I said, I asked him, can you go back in time

1  and change that? No. This has chain of custody he called it,

2  it's very important. He said, no, it's impossible. I said, so

3  this would hold up in any court? He said this would hold up

4  anywhere. Two plus two is two.

5       PEARSON SHARP:  This is something I wanted to bring

6  up, because a lot of people when you go out and you make these

7  statements, they say, oh, Mike Lindell. You know, he's just

8  making these conspiracy theories. You know, he sells pillows.

9  What does he know about this? But the important thing to know

10  is that you are not saying these things, you have people, you

11  hire teams - -

12       MIKE LINDELL:  Oh, no I'm saying the things too.

13       PEARSON SHARP:  Well no, you're saying them but you

14  have teams of investigators who are finding this information

15  and providing you.

16       MIKE LINDELL:  Right, right. Here's why I ended up

17  with, and they even said it on Jimmy, he goes why are you a

18  pillow guy when no one else, you know - -

19       PEARSON SHARP:  Exactly.

20       MIKE LINDELL:  It's only because I had the biggest

21  voice in this country. That, and that's why God gave me this

22  platform. Where all the media was coming to me, especially

23  when I started doing, when bombastic things started happening

24  where the cancel culture where I'm losing, you know, I would

1  lose like three box stores a day and they'd say, they come to

2  me, Mike, you lost HEB and Kohl's and Bed Bath and Beyond

3  turned on you, what do you say about that? Did you hear about

4  Dominion and China attacking our country? So I put the voice

5  out there. What these guys were, the evidence was already

6  there, you know, but there were other people trying to get

7  this out there but they didn't have a voice.

8         PEARSON SHARP:  So that brings up my next point that I

9  want to ask you. It's fair to say you're a successful

10 businessman, you have a great business, you've been selling

11 stuff all over the country. Why did you feel the need to

12 personally get involved with this? How did you feel compelled

13 to get involved with this election? Why you?

14         MIKE LINDELL:  I would hope anybody, well first of

15 all, when you talk about November 4th, you know, the day

16 after, obviously, I seen deviations. I look at, the one thing

17 I do I'm an expert at is deviations. I look at numbers all day

18 long, they don't lie. If I have a radio station that normally

19 does 3,000 and it does 15,000, you had to have a different

20 input to change that output. So there were all these

21 deviations and so I dove in there, mostly with just resources

22 and, and, and also with myself looking, my own investigation

23 going county by county, going this is mathematically

24 impossible.

1        PEARSON SHARP:  You saw something suspicious, and you

2   wanted to investigate it.

3        MIKE LINDELL:  Suspicious wasn't even the word. There

4   was thousands of deviations, you could look, I could pick out

5   a county and going, in Wisconsin twas speaking, look at the

6   track record, look what happened. It's impossible because the

7   same people lived in the county before. Now, what happened was

8   though, all these people after, after January 9th, when I went

9   public with that, that piece that these guys had gotten me,

10  that piece of Dominion, Dominion, you know, the cyber attack.

11  When I did that, then these guys trusted me, the guys there,

12  these guys are whistleblowers. These guys are, you know, that

13  work inside the government and used to work for the

14  government. These are the guys that have all this information

15  and so they had this. They can't just go out there, they're in

16  danger, but they trusted me so they brought it to me. I'm not

17  a computer geek, I don't know anything about it, I don't know

18  this from this. But I do know, I do know deviations. And I do

19  know that this was the answer. Now I seen it, so I even

20  validated it by the people that work, that protect our

21  country.

22        PEARSON SHARP:  Okay.

23        MIKE LINDELL:  These people protect our country when

24  there's a cyber attack. So I got the best in the world to

1   validate it.

2        PEARSON SHARP:  The big question that we all want to

3   know, was the 2020 election stolen?

4        MIKE LINDELL:  Well, I think everybody already knows

5   that. I mean, of course it was stolen. Donald Trump won just

6   shy of 80 million to 66 million for Biden and that doesn't

7   count the organic theft that was on the ground. Donald Trump

8   won, now get, everyone hear this, 80 million to 66 million.

9   Mike, come on, you know, that's just because you like Donald

10  Trump, the President. No, if then, I'm just telling you the

11  truth, what do you want me to minimize it and say that, you

12  know, Donald Trump won, but it was close. It was the biggest

13  landslide ever. I mean, for this, just a complete landslide,

14  highest, highest black vote ever for someone, for you know,

15  that he had, that these were, and mail-in votes, even the

16  mail-in votes everybody. Everyone goes, you know, those

17  mail-in votes in Michigan, when everything stopped in the

18  middle of the night, they go wow, the 106,000 votes came in

19  for Biden with no down ticket. Let me tell you, those were

20  mail-in votes, they were counting, mail-in votes were counted

21  on the morning of the 3rd. They were the first thing counted

22  everybody, except for Pennsylvania, which they had to take a

23  whole week to cheat over there. But and then you had, you

24  know, like Arizona took one week to count 1%, that's all gonna

1  be found out now when they open up Maricopa County, they

2  finished that audit, you guys are gonna see a hundred and some

3  thousand votes flipped. This was a crime of biblical

4  proportions. I mean, it's historical proportions. What I want

5  everyone to know and I said it on Jimmy, they said, well what

6  if it was on the other foot? You know, what if it had Donald

7  Trump, you know, and I said, you know what, I would do the

8  same thing. Here's why, when you ask what's compelling me to

9  do this, if they would have done their jobs, everybody, and

10 put Donald Trump in on December 14th, and said, yes, we found

11 this, this [inaudible], you know that dead people voted, all

12 these other vote and things they were talking about that

13 nobody looked at, nobody looked at that either. Not one judge

14 in his country, it was a joke. So, but if they do that, if

15 they do their job, and the legislatures who adopt, Donald

16 Trump wins. So if I'm given the same evidence on January 9th,

17 you don't think that I would say, of course, I would be

18 telling the world.

19        PEARSON SHARP:  So if, if President Trump had won the

20 election, but you saw the same evidence that showed that Biden

21 had actually won, you would be doing the same thing you are

22 now.

23        MIKE LINDELL:  Yes, because this is China attacked

24 our country. This is, it doesn't matter. You have to right the

1  2020 election, but I'm telling you, everyone, we could never

2  have machines again in history, the whole world is watching.

3  If I knew now what I, you know, right now what I have, I could

4  not keep this, but only person, or to have all this stuff, at

5  one person it was me and four guys that trusted me. Then it

6  expanded from there as I got more people, more investigators,

7  put a lot of resources into hiring the best in the world to,

8  is this real, is this true? And they're all going, yes, it's

9  true. Now everyone says, well, why didn't you bring it to the,

10  to the, the FBI, to the government. You know what, I trust,

11  right now I trust bringing it all to the people first. So

12  everyone in this country, whether you're a Democrat or

13  Republican, you see all the evidence, and you go guilty, China

14  attacked our country. When we have all that because what are

15  we up against? We're up against this Twilight Zone thing where

16  like the Supreme Court wouldn't look at stuff and judges

17  wouldn't look at stuff. Well, what I want to do, you dump this

18  evidence, we're going to dump it over the next three, four or

19  five weeks. And we're going to do this evidence dump just like

20  I did in Absolute Interference. The guy was actually on there

21  telling about what he found. Okay. This is the stuff of all

22  the Supreme Court there, by the time it gets there then,

23  they're going to go, wow, we're under pressure from the, to

24  save the United States. And they're going to accept it. Well

1  when they look at it, it's going to be 9-0, boom, it's pulled

2  down. And there's also two other paths too where this election

3  gets pulled down. There's three of them, the first ones, the

4  quo warranto, that we're bringing to the Supreme Court. That's

5  what I've been working on every day to bring that there. The

6  other part, you start bringing you, Arizona - -

7          PEARSON SHARP:  That's what I wanted to ask you about.

8  Like with everything going on in Arizona, what do you see

9  happening there? How is this gonna turn out?

10          MIKE LINDELL:  Well, as soon as Arizona, as soon as

11  the audit's done, there's gonna be a hundred and some thousand

12  votes just in that county that got flipped, the whole state of

13  Arizona, Donald Trump won by over a half a million votes,

14  that's all gonna come out, they're gonna go, whoa.

15          PEARSON SHARP:  Now even saying that, we're not doing

16  this so that we can overturn the election, we're doing this,

17  you know, for cybersecurity efforts and stuff like that. If it

18  turns out that Trump did win these votes, we know we're not

19  going to do anything. What do you think about that?

20          MIKE LINDELL:  Who says that?

21          PEARSON SHARP:  The Maricopa County people the - -

22          MIKE LINDELL:  Oh is that what they say. Well I don't

23  know what they're doing, but I know what I'm doing.

24          PEARSON SHARP:  They're just doing it for election

1  integrity. They say they're not out to change the outcome of

2  the election, is what they said.

3          MIKE LINDELL:  Well, you, there's twofold there, then

4  what are they doing it for? They're doing it because they hold

5  Dominion accountable. If they had nothing to hide this whole

6  time, then why were they hiding it from people?

7          PEARSON SHARP:  Exactly. Exactly.

8          MIKE LINDELL:  You know, if you find something that,

9  and let me be very clear, there's no statute of limitations on

10  a crime of this magnitude or any crime like this. Do you know

11  that there's a precedence for many down-tickets, many

12  down-tickets when they find out the real winner was this

13  person they flip it over. And this is that, that's just the

14  one pathway of those states, just because there's dates, do

15  you think because there was a date that went by on December

16  14, January 6, January 20th. Just because those date passed,

17  and then you find out that this was criminally done by another

18  country, no less too - -

19          PEARSON SHARP:  Several countries.

20          MIKE LINDELL:  You know, but, well, the main one was

21  China. And you know, you can have servers in other countries

22  too, that did this. But, but the main one was China - -

23          PEARSON SHARP:  Germany, Pakistan, Italy.

24          MIKE LINDELL:  The main one was China, the attacks

1  would come from everywhere. We, I approve 19 attacks directly

2  from China, flip five states, including Arizona. So that's all

3  I need is just those 19.

4      PEARSON SHARP:  I just wanted to mention for anyone

5  who does want to help out in Arizona, that there is a

6  fundraiser right now to help pay for everything. And you can,

7  you can find it on the website you see on your screen right

8  now. You can go and donate and it'll help the, help pay for

9  the venue, help pay for the people working there. Because the

10  Democrats are trying to shut that down right now.

11      MIKE LINDELL:  Right. You guys, I can't tell you

12  this, you have to donate to this. There is no other time in

13  the world. This is, I've never asked for any money myself for

14  any of the stuff I put in, I've just been doing it, I've never

15  done, and I put it, ask for any money. And but I do get behind

16  good causes like right now that you're putting up that fund.

17  That fund is so important, I can tell you. 100% of that money

18  is going, that could be, could be this that state, that state

19  is a domino. Once that falls, they all are going to fall like

20  dominos. That's another path to [inaudible] down that

21  election. It's important in more ways than you could ever

22  imagine. Because when they do that audit there, they're gonna,

23  it's gonna show that what went on with these machines, being,

24  being a part of this cyber attack, right, by China. But those

1   machines, you know, there's two things, we're going to get the

2   2020 election fixed. But we also need to get rid of the

3   machines, all of them, forever, around the world. Never ever a

4   machine ever. You can never have an election ever with a

5   machine. So that whole industry goes bye-bye. It's, you know,

6   let me tell you in Arizona too, and by the way, put money into

7   that fund. These guys need it. I just got, it was a, it was,

8   you know, they are short money and we cannot have, we've come

9   this far to be short, you know. And but in Arizona, it's

10  interesting, we were, we're doing a recall on Doug Ducey,

11  sorry, Doug, lose my number. And so this recall on Doug Ducey,

12  we, interesting enough, when you do a recall it's a certain

13  size piece of paper. Every, every signature has to be

14  validated, ID and validated by another, by, I think a notary

15  even. I mean, it's very, it's a very, it's quite a process but

16  it's all hand done. And every vote is hand-counted, there's no

17  machines involved. What a concept. Wow. I mean, you have

18  there, it's more strict doing that, than this just fly by

19  night using machines where, you know, a 10 year old could hack

20  these machines.

21        PEARSON SHARP:  Right, exactly.

22        MIKE LINDELL:  They really could. I mean, it's so

23  simple. If you know anything about - -

24        PEARSON SHARP:  Well they have these hacking

1   conferences where people go in and they said they can do it in

2   under seven minutes - -

3         MIKE LINDELL:  They hacked them all. You know, you

4   did a great piece on that. And they, but this is, I can't

5   stress how important Arizona is, for all things, even to

6   strengthen the quo warranto that we're doing with the Supreme

7   Court. You have, you compile all that, I believe they're all,

8   these, these three tracks are going to all intersect and that

9   Supreme Court gets there, 9-0, let's do something. I'm waiting

10  for them to call and say, hey, we want to do something right

11  now, America. What they should do is all nine of them walk out

12  there and bring us what you got, protect our country, because

13  every day that goes by, whatever's in office right now is

14  destroying it. I saw a sad picture of the wall, where the wall

15  ended and they, and the guy said, you know what, they got

16  reporters down there, he goes, this just in and the wall, this

17  will end America.

18        PEARSON SHARP:  So last question, and this is the

19  really big one. With all the evidence you've seen and if

20  Arizona flips and everything else, will the election be

21  overturned? Will President Trump be put back in office?

22        MIKE LINDELL:  Yeah, by August. I've said that

23  before. Donald Trump will be back in power in August. We will,

24  and he will - -

1          PEARSON SHARP:  You're certain?

2          MIKE LINDELL:  Yes, that's me, that's, now that's me.

3    Now do I have to back that up? That's, that's subjective.

4    That's what, you know, having me on, that's my opinion. But

5    it's opinion based on a lot of things that when I believe this

6    election is going to be pulled.

7          PEARSON SHARP:  Why August?

8          MIKE LINDELL:  The reason I say August is because of

9    the timeline here. We're already into April. And I know by,

10   you know, you get through May, I know that this, the Supreme

11   Court should probably get our case somewhere around the end of

12   May, maybe early June. So you have all of June, but there's

13   going to be so much pressure on them to look at it fast

14   because you're getting, this country's getting damaged each

15   and every day. Every day that goes by some nonsensical thing

16   gets done by this administration. 50,000 union jobs on the

17   first day of the inauguration, 13 of them have committed

18   suicide. You guys, if things are going on out there that don't

19   make common sense and don't help you, I don't care if you're a

20   Democrat or Republican, if it doesn't help the people, that

21   means politicians, somebody is making the decision for a

22   political reason, or a personal reason, or maybe an attack by

23   China. Hello, you know, you know, if you're, if you're in this

24   country, and you went to college in the last few decades,

1  you've been so brainwashed that socialism is having a cup of

2  coffee and socializing.

3         PEARSON SHARP:  Oh, China's great, they're wonderful.

4         MIKE LINDELL:  Well, now they're, yeah, well, they're

5  all now noticing. Even, even them. I've talked to them people

6  that went to college that were strong Democrats, liberals,

7  lefts, and they're going, I said, is this what you, you know,

8  is this what, where do you think this is benefiting, this wall

9  ending here, when everything was working. And now we have

10  human traffickers coming over - -

11         PEARSON SHARP:  Bringing drugs.

12         MIKE LINDELL:  We have drugs pouring in again. All

13  these things - -

14         PEARSON SHARP:  From China.

15         MIKE LINDELL:  And yes, and then here, these guy, and

16  the guy goes, I said, yeah, you know, I said, they go do you

17  see now how socialism is bad? And they go, yeah, we're kind of

18  seeing this isn't, you know, it doesn't make sense. I said, if

19  it doesn't make sense, guess what? That socialism skipped

20  right over China, it leads to communism, but it skipped over,

21  communism is here. The first thing they do is take away your

22  voice. That's what they do, everybody, they've been

23  suppressing - -

24         PEARSON SHARP:  Well they're doing that everywhere.

1   All over the country.

2        MIKE LINDELL:  Everywhere, your churches speak out

3   for Jesus - -

4        PEARSON SHARP:  You would know.

5        MIKE LINDELL:  Yes, I would know. You know, right now

6   you can talk about borders, machines, vaccines, Jesus. I mean,

7   you talk about, I've talked to churches, they're getting

8   suppressed with YouTube and Vimeo, this is what they're doing.

9   Shh shh. It'll be pretty soon you won't be able to talk,

10  there'll be, there won't even be bad journalists anymore,

11  because they will, and I'll give an example of that. I, they,

12  about three weeks ago, I was on a network and I said the

13  vaccine was the mark of the beast. And I said that and it

14  went, you know, it started to go viral, just two outlets

15  grabbed it. And you know what? Somebody, big brother, shut it

16  down. They did not want me even saying that. Now in a normal

17  environment, they would mock me and go, Mike Lindell believes

18  the Bible, you know that, you know, mark of the beast.

19  Instead, they just killed it. So they do two things, they

20  either kill a story, kill your voice, or they'll try and say

21  that you're a liar, you know, and a conspiracy theory, right?

22  Those are their two narratives. But it's all over, it's not

23  just social media.

24        PEARSON SHARP:  Yep. It is, absolutely.

1        MIKE LINDELL:  It's all over the mainstream media and

2   it's horrible. You got One America News that's, you guys are

3   like the, the only ones, it should be the only One America

4   News.

5        PEARSON SHARP:  Alright, I think that's, we're out of

6   time here but thank you very much, Mike. I appreciate you

7   coming on.

8        MIKE LINDELL:  Well thanks for having me on.

9        SPEAKER 2:  Want to see more videos like this? Visit

10  OANN.com for immediate access to all the clips you've been

11  waiting to see.

12

13

14

15

16

17

18

19

20

21

22

23

24

1                      TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8    IN WITNESS WHEREOF, I have hereunto set my hand on

9    this 19th day of November, 2021.

10

11

12

13            _____
              PATRICK MCPHERSON
14            THOMPSON COURT REPORTERS INC.

15

16

17

18

19

20

21

22

23

24

**1**

**1** 2:1
**1%** 9:24
**10** 15:19
**100%** 4:16 14:17
**106,000** 9:18
**11:03am** 5:19
**13** 17:17
**14** 13:16
**14th** 10:10
**15,000** 7:19
**19** 5:5 14:1,3

**2**

**2** 20:9
**2,000-some** 5:6
**2020** 9:3 11:1 15:2
**20th** 13:16

**3**

**3,000** 7:19
**3rd** 5:19 9:21

**4**

**4th** 3:22 7:15

**5**

**50,000** 17:16

**6**

**6** 13:16
**66** 9:6,8

**8**

**80** 9:6,8

**9**

**9-0** 12:1 16:9
**9th** 3:21 4:1 8:8
10:16

**A**

**able** 5:16 19:9
**about** 5:6 6:9 7:3,15
8:17 10:12 11:21
12:7,19 15:23 19:6,
7,12
**absolute** 4:17,19,22
5:1 11:20
**absolutely** 2:10
19:24
**accept** 11:24
**access** 20:10
**accountable** 13:5
**across** 2:3
**actually** 2:15 10:21
11:20
**address** 5:8,11
**administration**
17:16
**adopt** 10:15
**after** 7:16 8:8
**again** 11:2 18:12
**against** 11:15
**ago** 19:12
**all** 2:23,24 3:2,6,12,
17 4:6,9,13,14 6:22
7:11,15,17,20 8:8,
14 9:2,24 10:11
11:4,8,11,13,14,21
12:14 14:2,19 15:3,
16 16:3,5,7,8,11,19
17:12 18:5,12 19:1,
22 20:1,10
**already** 2:4 7:5 9:4
17:9
**Alright** 20:5
**also** 5:11 7:22 12:2
15:2
**amazing** 2:18 3:5
**America** 16:11,17
20:2,3
**America's** 2:3
**an** 5:19 7:17 15:4
17:22 19:11
**and** 2:4,15,16 3:2,6,
7,16 4:2,4,10,11,15,
16,24 5:2,4,7,13,15,
17,22,23 6:1,6,15,

17,21 7:1,2,4,19,21,
22 8:1,5,13,15,18
9:6,11,15,23 10:2,5,
7,9,10,12,15 11:5,8,
13,16,19,24 12:2,
11,17 13:9,13,17,21
14:6,8,15 15:6,8,9,
11,14,16 16:1,4,8,
10,12,15,16,18,19,
20,24 17:9,15,19,24
18:2,7,9,15,17 19:8,
11,12,13,15,17,20,
21 20:1
**another** 13:17 14:20
15:14
**answer** 8:19
**any** 4:24 5:1 6:3
13:10 14:13,14,15
**anybody** 7:14
**anymore** 19:10
**anyone** 3:18 14:4
**anything** 3:24 8:17
12:19 15:23
**anywhere** 6:4
**appreciate** 20:6
**approve** 14:1
**April** 17:9
**are** 4:13 5:16 6:10,
14,17 8:12,14 10:2,
21 11:14 13:4
14:10,19 15:8 16:8
17:18 19:22 20:2
**Arizona** 2:1 9:24
12:6,8,10,13 14:2,5
15:6,9 16:5,20
**around** 15:3 17:11
**as** 11:6 12:10
**ask** 7:9 10:8 12:7
14:15
**asked** 2:18 5:24
14:13
**at** 5:18 7:16,17 8:5
10:13 11:4,16,17
12:1 17:13
**attack** 4:3 5:19 8:10,
24 14:24 17:22
**attacked** 10:23
11:14
**attacking** 7:4
**attacks** 5:5 13:24
14:1

**audience** 3:10,11
**audit** 2:1 10:2 14:22
**audit's** 12:11
**August** 16:22,23
17:7,8
**away** 2:16 18:21

**B**

**back** 5:24 16:21,23
17:3
**bad** 18:17 19:10
**based** 17:5
**Bath** 7:2
**be** 3:15 4:8 5:16
10:1,17,21 12:1,11
13:9 14:18 15:9,13
16:20,21,23 17:6,13
19:9,10 20:3
**beast** 19:13,18
**because** 3:5 4:8,24
6:6,20 8:6 9:9 10:23
11:14 13:4,14,15,16
14:9,22 16:12 17:8,
14 19:11
**Bed** 7:2
**been** 2:23 3:19 4:10
7:10 12:5 14:14
18:1,22 20:10
**before** 8:7 16:23
**behind** 14:15
**being** 3:4 14:23,24
**believe** 5:6 16:7 17:5
**believes** 19:17
**benefiting** 18:8
**best** 5:3,4 8:24 11:7
**Beyond** 7:2
**Bible** 19:18
**biblical** 10:3
**Biden** 9:6,19 10:20
**big** 9:2 16:19 19:15
**biggest** 6:20 9:12
**billions** 4:9
**black** 9:14
**bombastic** 6:23
**boom** 12:1
**borders** 19:6
**bots** 3:6

**box** 7:1
**brainwashed** 18:1
**brave** 3:5
**bring** 3:7 6:5 11:9
12:5 16:12
**bringing** 11:11 12:4,
6 18:11
**brings** 7:8
**brother** 19:15
**brought** 8:16
**building** 5:7,8,10
**business** 7:10
**businessman** 7:10
**but** 2:17,20,23 3:16
4:1,14 5:4,8,11,16
6:9,13 7:6,7 8:16,18
9:12,23 10:14,20
11:1,4 12:23 13:20,
22 14:15,24 15:2,9,
15 16:4 17:4,12
18:20 19:22 20:6
**buttons** 2:22
**by** 4:4 7:23 8:20
11:22 12:13 13:15,
17 14:24 15:6,14,18
16:13,22 17:9,15,
16,22
**bye-bye** 15:5

**C**

**call** 3:4 5:12 16:10
**called** 6:1
**came** 4:2 5:10 9:18
**can** 5:22,23,24
12:16 13:21 14:6,7,
8,17 15:4 16:1 19:6
**can't** 5:12 8:15
14:11 16:4
**cancel** 6:24
**cannot** 15:8
**care** 17:19
**case** 17:11
**causes** 14:16
**CEO** 2:4
**certain** 15:12 17:1
**chain** 6:1
**change** 6:1 7:20
13:1

**cheat** 9:23

**China** 4:4,14 5:5 7:4
10:23 11:13 13:21,
22,24 14:2,24 17:23
18:14,20

**China's** 18:3

**churches** 19:2,7

**claps** 3:9

**clear** 13:9

**clips** 20:10

**close** 9:12

**coffee** 18:2

**college** 17:24 18:6

**come** 7:1 9:9 12:14
14:1 15:8

**comes** 4:8 5:9,12,19

**coming** 2:8 6:22
18:10 20:7

**committed** 17:17

**common** 17:19

**communism** 18:20,
21

**compelled** 7:12

**compelling** 10:8

**compile** 16:7

**complete** 9:13

**computer** 4:2 5:8,
10,12,20 8:17

**computers** 4:9

**concept** 15:17

**conferences** 16:1

**conservatives** 3:16

**conspiracy** 6:8
19:21

**continue** 2:2

**could** 8:4 11:1,3
14:18,21 15:19,22

**count** 9:7,24

**counted** 9:20,21

**counting** 9:20

**countries** 13:19,21

**country** 6:21 7:4,11
8:21,23 10:14,24
11:12,14 13:18
16:12 17:24 19:1

**country's** 17:14

**county** 5:20 7:23
8:5,7 10:1 12:12,21

**couple** 3:9

**course** 5:9 9:5 10:17

**court** 6:3 11:16,22
12:4 16:7,9 17:11

**crime** 10:3 13:10

**criminally** 13:17

**culture** 6:24

**cup** 18:1

**custody** 6:1

**cyber** 5:17,24 8:10,
24 14:24

**cybersecurity** 12:17

_____

**D**

**damaged** 17:14

**danger** 8:16

**date** 13:15,16

**dates** 13:14

**day** 2:11,24 4:11
7:1,15,17 12:5
16:13 17:15,17

**dead** 10:11

**decades** 17:24

**December** 10:10
13:15

**decision** 17:21

**Democrat** 11:12
17:20

**Democrats** 14:10
18:6

**destroying** 16:14

**deviations** 7:16,17,
21 8:4,18

**did** 3:5 4:24 5:17
7:3,11,12 8:11
11:20 12:18 13:22
16:4 19:16

**didn't** 2:14,15,16
7:7 11:9

**different** 3:15 4:1,7
7:19

**direct** 3:1,2

**directly** 14:1

**do** 2:24 3:24 7:3,17
8:18 9:11 10:7,9,14,
15 11:17,19 12:8,19
13:10,14 14:15,22
15:12 16:1,9,10,11

**17:3** 18:8,16,21,22
19:19

**does** 6:9 7:19 14:5

**doesn't** 9:6 10:24
17:20 18:18,19

**doing** 2:8 3:20 6:23
10:21 12:15,16,23,
24 13:4 14:14
15:10,18 16:6 18:24
19:8

**Dominion** 2:13 4:13,
14 7:4 8:10 13:5

**domino** 14:19

**dominos** 14:20

**don't** 3:4,7,8 7:18
8:17 10:17 12:22
17:18,19

**Donald** 5:7,9,12
10:6,10,15 12:13
16:23

**donate** 14:8,12

**done** 10:9 12:11
13:17 14:15 15:16
17:16

**doubt** 5:1

**Doug** 15:10,11

**dove** 7:21

**down** 2:3 3:14 9:19
12:2,3 14:10,20
16:16 19:16

**down-tickets** 13:11,
12

**drugs** 18:11,12

**Ducey** 15:10,11

**dump** 11:17,18,19

_____

**E**

**each** 17:14

**early** 17:12

**efforts** 12:17

**either** 10:13 19:20

**election** 2:2 4:15
7:13 9:3 10:20 11:1
12:2,16,24 13:2
14:21 15:2,4 16:20
17:6

**else** 6:18 16:20

**end** 16:17 17:11

**ended** 6:16 16:15

**ending** 18:9

**enough** 2:5 15:12

**environment** 19:17

**ES&S** 4:13

**especially** 6:22

**even** 3:9,16 4:19
6:17 8:3,19 9:15
12:15 15:15 16:5
18:5 19:10,16

**ever** 3:21 9:13,14
14:21 15:3,4

**every** 1:24 4:11 12:5
15:13,16 16:13
17:15

**everybody** 3:7 4:12
9:4,16,22 10:9
18:22

**everybody's** 4:23

**everyone** 9:8,16
10:5 11:1,9,12

**everything** 3:23
9:17 12:8 14:6
16:20 18:9

**everywhere** 14:1
18:24 19:2

**evidence** 2:5 3:22
4:2,16 7:5 10:16,20
11:13,18,19 16:19

**exact** 5:18

**exactly** 6:19 13:7
15:21

**example** 19:11

**except** 9:22

**expanded** 11:6

**expected** 2:19

**expert** 7:17

_____

**F**

**fair** 7:9

**fall** 14:19

**falls** 14:19

**far** 4:24 15:9

**fast** 17:13

**FBI** 11:10

**feel** 7:11,12

**few** 3:20 17:24

**fighting** 4:11

**find** 4:5 13:8,12,17
14:7

**finding** 3:24 6:14

**finished** 10:2

**first** 7:14 9:21 11:11
12:3 17:17 18:21

**five** 5:5 11:19 14:2

**fixed** 15:2

**flip** 5:22,24 13:13
14:2

**flipped** 4:15 10:3
12:12

**flips** 5:18 16:20

**fly** 15:18

**foot** 10:6

**footprint** 4:3

**footprints** 5:17

**for** 2:8,9 3:4,18 5:2
8:13 9:6,13,14,19,
22 12:17,24 13:4,11
14:4,6,8,9,13,15
16:5,10 17:21 19:3
20:8,10

**forever** 15:3

**found** 10:1,10 11:21

**founder** 2:4

**four** 11:5,18

**fraud** 3:24

**from** 2:2 3:1,10,14
4:5,9 5:5,7 8:18
11:6,23 13:6 14:1,2
18:14

**Fulton** 5:20

**fund** 14:16,17 15:7

**fundraiser** 14:6

_____

**G**

**gave** 6:21

**geek** 8:17

**Germany** 13:23

**get** 2:16,19 4:11,22
7:6,12,13 9:8 14:15
15:1,2 17:10,11

**gets** 11:22 12:3 16:9
17:16

**getting** 17:14 19:7

give  19:11

given  10:16

go  2:11 3:8,23 5:24
6:6 8:15 9:18 11:13,
23 12:14 14:8 16:1
18:16,17 19:14,17

God  6:21

goes  3:7 5:13,19
6:17 9:16 15:5
16:13,16 17:15
18:16

going  4:4,7 7:23 8:5
11:8,18,19,23,24
12:1,8,19 14:18,19
15:1 16:8 17:6,13,
18 18:7

gonna  9:24 10:2
12:9,11,14 14:22,23

good  14:16

got  2:12 3:9,13,21
4:9,12,23 5:2,7,11,
20,23 8:24 11:6
12:12 15:7 16:12,15
20:2

gotten  8:9

government  5:2
8:13,14 11:10

grabbed  19:15

great  2:12 3:11 7:10
16:4 18:3

ground  9:7

guess  18:19

guilty  11:13

guy  5:2,4 6:18 11:20
16:15 18:15,16

guys  4:6 7:5 8:9,11,
12,14 10:2 11:5
14:11 15:7 17:18
20:2

### H

hack  5:10 15:19

hacked  4:12,14 16:3

hacker  5:3

hacking  15:24

had  4:8 6:20 7:19
8:9,15 9:15,22,23
10:6,19,21 13:5

half  12:13

hand  15:16

hand-counted  15:16

happened  8:6,7

happening  6:23
12:9

hard  2:18

Hart  4:13

has  6:1 15:13

hat  5:3

have  2:5 3:1,2,15,
18,19 4:9,16 5:1,4
6:10,14 7:7,10,18,
19 8:14 10:9,24
11:2,3,4,14 13:21
14:12 15:4,8,17,24
16:7 17:3,12,17
18:9,12

having  2:9 17:4 18:1
20:8

he  2:14,15,16,18,19,
21 3:5 5:2,4,7,11,
13,16,17 6:1,2,3,8,
9,17 9:15 11:21
16:16,24

he's  5:2,3,23 6:7

hear  7:3 9:8

HEB  7:2

Hello  17:23

help  14:5,6,8,9
17:19,20

here  3:7 5:9,19 17:9
18:9,15,21 20:6

here's  5:11 6:16
10:8

heroes  4:8

hey  16:10

hide  13:5

hiding  13:6

higher  4:20

highest  9:14

him  3:7 5:4,24

hire  6:11

hiring  11:7

his  10:14

historical  10:4

history  11:2

hold  6:3 13:4

hope  7:14

horrible  20:2

how  2:7,11 3:5 7:12
12:9 16:5 18:17

human  18:10

hundred  10:2 12:11

### I

I'LL  19:11

I'M  4:4 6:12,24 7:17
8:16 9:10 10:16
11:1 12:23 16:9

I'VE  2:23 4:10 12:5
14:13,14 16:22 18:5
19:7

ID  5:8 15:14

if  7:18 9:10 10:6,9,
14,16,19 11:3 12:17
13:5,8 15:23 16:19
17:18,19,20,23
18:18

imagine  14:22

immediate  20:10

immediately  3:14

important  6:2,9
14:17,21 16:5

importantly  5:9

impossible  6:2 7:24
8:6

in  2:2 4:6 5:3,10,24
6:3,21 7:21 8:5,7,
15,24 9:17,18
10:10,14 11:2,7,12,
20 12:8,12 13:21
14:5,12,14,21 15:6,
9 16:1,13,16,21,23
17:23,24 18:12
19:16

inaudible  10:11
14:20

inauguration  17:17

including  14:2

individuals  4:7

industry  15:5

information  6:14
8:14

input  7:20

inside  8:13

Instead  19:19

integrity  13:1

interesting  15:10,12

interference  2:2
4:23 11:20

intersect  16:8

into  3:23 4:15 5:20
11:7 15:6 17:9

investigate  8:2

investigation  7:22

investigators  6:14
11:6

involved  7:12,13
15:17

IP  5:8,11

irrefutable  4:18,20

is  4:18 5:4,9,15 6:4,
5,10 7:17,23 10:23,
24 11:2,8,21 12:9,
22 13:2,13 14:3,5,
12,13,17,18,19
15:16 16:4,5,11,13,
18 17:6,8,21 18:1,7,
8,17,21 19:8,24

isn't  18:18

it  2:12,17,21,23,24
3:13,23 4:1,2,3,4,
12,18 5:9,10,12,13,
16,18,19 6:1,17
7:19 8:2,16,17,19,
20 9:1,5,11,12 10:5,
6,14,24 11:5,9,11,
18,22,24 12:1,17,24
13:4,6,13 14:7,14,
15 15:7 16:1,14
17:13,20 18:18,19,
20 19:13,14,15,19,
24 20:3

it'll  14:8 19:9

it's  3:14 4:14,19
5:19 6:2,20 7:9 8:6
10:4 11:8 12:1
14:21,23 15:5,9,12,
15,16,18,22 17:5
19:22 20:1,2

Italy  13:23

### J

January  3:21 4:1
8:8 10:16 13:16

Jesus  19:3,6

jibberish  5:12

Jimmy  2:10 3:4,7
6:17 10:5

job  10:15

jobs  10:9 17:16

joke  10:14

journalists  19:10

judge  10:13

judges  11:16

June  17:12

just  4:3,11,14,23
5:5,9 6:7 7:21 8:15
9:5,9,10,13 11:19
12:12,24 13:13,14,
16 14:3,4,14 15:7,
18 16:16 19:14,19,
23

### K

keep  11:4

kick  2:14,15

kill  19:20

killed  19:19

Kimmel  2:11

kind  18:17

knew  11:3

know  2:18,19,20,24
3:3,8,10,12,15,17,
24 6:7,8,9,18,24
7:6,15 8:10,12,17,
18,19 9:3,9,12,14,
16,24 10:5,6,7,11
11:3,10 12:17,18,23
13:8,10,20,21 15:1,
5,8,9,19,23 16:3,15
17:4,9,10,23 18:7,
16,18 19:4,5,14,15,
18,21

knows  9:4

Kohl's  7:2

### L

landslide  9:13

last  3:20 16:18
17:24

leads  18:20

left  3:6,7

lefts  18:7

legislatures 10:15
less 13:18
let 2:18 9:19 13:9
  15:6
let's 5:18 16:9
liar 19:21
liberal 3:15
liberals 18:6
lie 7:18
like 2:21 3:14 5:14
  7:1 9:9,24 11:16,19
  12:8,17 13:10
  14:16,19 20:3,9
limitations 13:9
Lindell 2:4,7,9,12,
  15,17,23 3:11,21
  4:19,22 5:15,23 6:7,
  12,16,20 7:14 8:3,
  23 9:4 10:23 12:10,
  20,22 13:3,8,20,24
  14:11 15:22 16:3,22
  17:2,8 18:4,12,15
  19:2,5,17 20:1,8
lived 8:7
long 7:18
look 7:16,17 8:4,5,6
  11:16,17 12:1 17:13
looked 3:22 10:13
looking 7:22
lose 7:1 15:11
losing 6:24
lost 7:2
lot 3:12 6:6 11:7
  17:5

**M**

machine 15:4,5
machines 4:12,14
  11:2 14:23 15:1,3,
  17,19,20 19:6
magnitude 13:10
mail-in 9:15,16,17,
  20
main 13:20,22,24
mainstream 20:1
make 6:6 17:19
  18:18,19
making 6:8 17:21

man 2:7
many 3:11
Maricopa 10:1
  12:21
mark 19:13,18
mathematically
  7:23
matter 10:24
May 17:10,12
maybe 2:19 17:12,
  22
me 2:9,15,18,19 3:5
  6:21,22 7:2 8:9,11,
  16 9:11,19 10:8
  11:5 13:9 15:6 17:2,
  4 19:16,17 20:8
mean 4:19 9:5,13
  10:4 15:15,17,22
  19:6
means 17:21
media 2:24 6:22
  19:23 20:1
mention 14:4
met 4:6
metadata 5:14
Michigan 9:17
middle 9:18
might 3:15
Mike 2:4,7,9,12,15,
  17,23 3:8,11,21
  4:19,22 5:15,23 6:7,
  12,16,20 7:2,14 8:3,
  23 9:4,9 10:23
  12:10,20,22 13:3,8,
  20,24 14:11 15:22
  16:3,22 17:2,8 18:4,
  12,15 19:2,5,17
  20:1,6,8
million 9:6,8 12:13
millions 4:15
minimize 9:11
minute 5:18
minutes 16:2
mock 19:17
money 3:23 14:13,
  15,17 15:6,8
months 3:20
more 5:8 11:6 14:21
  15:18 20:9

morning 9:21
mostly 7:21
movies 4:16
much 17:13 20:6
my 3:1,2 7:8,22
  15:11 17:4
Mypillow 2:4
myself 7:22 14:13

**N**

narratives 19:22
nation 2:3 4:11
nation's 2:5
need 3:3 7:11 14:3
  15:2,7
needed 3:23
network 19:12
never 11:1 14:13,14
  15:3,4
New 3:1
News 20:2,4
next 7:8 11:18
night 5:7 9:18 15:19
nine 16:11
no 2:17 3:11 6:1,2,
  12,13,18 9:10,19
  13:9,18 14:12 15:16
nobody 10:13
nonsensical 17:15
normal 19:16
normally 7:18
not 3:5,13 6:10 8:16
  10:13 11:4 12:15,18
  13:1 19:16,22
notary 15:14
nothing 13:5
noticing 18:5
November 3:22 5:19
  7:15
now 4:17 5:3,24 8:7,
  19 9:8 10:1,22 11:3,
  9,11 12:15 14:6,8,
  10,16 16:11,13
  17:2,3 18:4,5,9,17
  19:5,16
number 3:1 15:11
numbers 3:2 7:17

**O**

OANN.COM 20:10
obviously 3:22 4:5,
  10 7:16
of 2:2 3:9,12,22 4:1,
  3,9,13,15 5:3,8,9
  6:1,6,14 7:14 8:4,10
  9:5,6,18,21 10:3,17
  11:7,21 12:3,12
  13:1,9,10,14 14:14,
  17,24 15:2,3,13
  16:11,14 17:5,8,11,
  12,17 18:1,17
  19:11,13,18 20:5
off 2:14,15 4:2 5:12
office 16:13,21
oh 3:11 6:7,12 12:22
  18:3
okay 4:22 5:2,4 8:22
  11:21
old 15:19
on 2:8,9,10 3:4,5,6,
  7,8,14,19 4:1,5 5:1,
  19 6:17 7:3 9:7,9,21
  10:5,6,10,16 11:20
  12:5,8 13:9,15 14:7,
  23 15:10,11 16:4
  17:4,5,13,16,18
  19:12 20:7,8
Once 14:19
one 2:3 4:3,23 5:3,
  10 6:18 7:16 9:24
  10:13 11:5 13:14,
  20,22,24 16:19
  20:2,3
ones 5:4 12:3 20:3
only 6:20 11:4 20:3
open 10:1
opinion 17:4,5
or 3:15 5:6 11:4,12,
  18 13:10 17:20,22
  19:20
organic 9:7
other 2:11 5:4 7:6
  10:6,12 12:2,6
  13:21 14:12
our 2:5 4:15 7:4
  8:20,23 10:24 11:14
  16:12 17:11

out 4:5,8,16,23 6:6
  7:5,7 8:4,15 10:1
  12:9,14,18 13:1,12,
  17 14:5 16:11 17:18
  19:2 20:5
outcome 13:1
outlets 19:14
output 7:20
over 5:9 7:11 9:23
  11:18 12:13 13:13
  18:10,20 19:1,22
  20:1
overturn 12:16
overturned 16:21
own 7:22

**P**

Pakistan 13:23
paper 15:13
part 4:7 12:6 14:24
passed 13:16
path 14:20
paths 12:2
pathway 13:14
pay 14:6,8,9
Pearson 2:3,7,10,14,
  16,21 3:9,18 4:18,
  21 5:14,22 6:5,13,
  19 7:8 8:1,12 9:2
  10:19 12:7,15,21,24
  13:7,19,23 14:4
  15:21,24 16:18
  17:1,7 18:3,11,14,
  24 19:4,24 20:5
Pennsylvania 9:22
people 3:6,17,24
  6:6,10 7:6 8:7,8,20,
  23 10:11 11:6,11
  12:21 13:6 14:9
  16:1 17:20 18:5
perceive 3:16
person 11:4,5 13:13
personal 17:22
personally 7:12
pick 5:20 8:4
picture 16:14
piece 3:22 4:1 8:9,10
  15:13 16:4

pillow 2:7 6:18
pillows 6:8
platform 6:22
plus 6:4
point 4:5 7:8
political 17:22
politicians 17:21
Post 3:2
pour 2:2
poured 3:23
pouring 18:12
power 16:23
precedence 13:11
President 9:10
10:19 16:21
pressure 11:23
17:13
pretty 19:9
printouts 4:10
prints 4:9
probably 17:11
process 15:15
producer 3:14
Proof 4:17 5:1
proportions 10:4
protect 8:20,23
16:12
prove 2:5
providing 6:15
public 8:9
pulled 12:1,3 17:6
push 2:21
put 4:16,23 7:4
10:10 11:7 14:14,15
15:6 16:21
putting 14:16

**Q**

question 9:2 16:18
questions 2:18 5:1
quite 15:15
quo 12:4 16:6

**R**

radio 7:18

read 5:13,16
real 11:8 13:12
really 15:22 16:19
reason 17:8,22
recall 15:10,11,12
record 8:6
reporters 16:16
reports 2:2
Republican 11:13
17:20
resources 7:21 11:7
rid 15:2
right 2:17,23 5:15
6:16 10:24 11:3,11
14:6,7,10,11,16,24
15:21 16:10,13
18:20 19:5,21

**S**

sad 16:14
said 3:7 5:24 6:2,3,
17 10:5,7,10 13:2
16:1,15,22 18:7,16,
18 19:12,13
same 4:13 8:7 10:8,
16,20,21
save 11:24
saw 8:1 10:20 16:14
say 2:13 3:3 4:14
5:18 6:7 7:1,3,9
9:11 10:17 12:22
13:1 16:10 17:8
19:20
saying 3:10 6:10,12,
13 12:15 19:16
says 2:4 5:16 11:9
12:20
Scientific 4:17
screen 14:7
see 5:22,23 10:2
11:13 12:8 14:7
18:17 20:9,11
seeing 18:18
seems 2:21
seen 7:16 8:19 16:19
selling 7:10
sells 6:8
sense 17:19 18:18,19

servers 13:21
seven 16:2
Several 13:19
SHARP 2:7,10,14,
16,21 3:9,18 4:18,
21 5:14,22 6:5,13,
19 7:8 8:1,22 9:2
10:19 12:7,15,21,24
13:7,19,23 14:4
15:21,24 16:18
17:1,7 18:3,11,14,
24 19:4,24 20:5
Sharpe 2:3
shh 19:9
short 15:8,9
should 16:11 17:11
20:3
show 14:23
showed 4:3 10:20
shut 14:10 19:15
shy 9:6
signature 15:13
Similar 2:1
simple 15:23
since 3:21,22 4:10
sits 2:3
size 15:13
skipped 18:19,20
Smartmatic 2:13
4:13
so 2:10 3:4,18 4:5,
10,16 5:18 6:2 7:4,
8,20,21 8:15,16,19,
24 10:14,16,19
11:11 12:16 14:2,17
15:5,11,22 16:18
17:12,13 18:1 19:19
social 19:23
socialism 18:1,17,19
socializing 18:2
some 3:12,16 10:2
12:11 17:15
somebody 17:21
19:15
someone 9:14
something 3:3 5:15
6:5 8:1 13:8 16:9,10
somewhere 17:11
soon 12:10 19:9

sorry 15:11
speak 19:2
SPEAKER 2:1 20:9
speaking 8:5
spent 5:5
spread 4:24
spyware 4:4
start 12:6
started 6:23 19:14
state 12:12 14:18
statements 6:7
states 11:24 13:14
14:2
station 7:18
statute 13:9
stolen 9:3,5
stopped 9:17
stores 7:1
story 19:20
strengthen 16:6
stress 16:5
strict 15:18
strong 18:6
stuff 5:11 7:11 11:4,
16,17,21 12:17
14:14
subjective 17:3
successful 7:9
suicide 17:18
suppressed 19:8
suppressing 18:23
Supreme 11:16,22
12:4 16:6,9 17:10
suspicious 8:1,3
systems 2:5

**T**

take 9:22 18:21
talk 7:15 19:6,7,9
talked 3:12 18:5
19:7
talking 10:12
tampered 2:6
teams 6:11,14
tell 4:11 9:19 14:11,
17 15:6

telling 9:10 10:18
11:1,21
than 4:20 14:21
15:18
thank 20:6
thanks 2:8,9 20:8
that 2:11 3:4,24 4:5,
6,7,24 5:6,12 6:1,
10,21 7:3,8,18,20
8:9,10,11,12,14,19,
20 9:2,5,6,7,11,15
10:2,11,12,13,14,
17,20 11:5,14 12:4,
5,12,15,16,17,18,
19,20,22 13:8,11,
13,15,17,22 14:5,
10,16,17,18,19,20,
22,23 15:5,7,18
16:4,6,7,8,13,22
17:3,5,10,15,18,20
18:1,6,19,24 19:11,
13,16,18,21
that's 2:17 4:19 6:21
9:9,24 12:4,7,14
13:13 14:2,20 17:2,
3,4 18:22 20:2,5
the 2:1,3,7,11,13,24
3:6,10,11,20 4:6,9,
11,12,13,16,23 5:2,
3,4,7,8,11,12,14,17,
18,22,23 6:9,12,20,
22,24 7:4,5,11,15,
16 8:3,5,6,7,10,11,
13,14,19,20,24 9:2,
3,7,10,12,15,17,18,
21 10:6,7,15,16,18,
19,20,21,24 11:2,7,
9,10,11,13,16,18,
20,21,22,23,24
12:3,4,5,11,12,16,
21 13:1,2,12,13,20,
22,24 14:7,8,9,13,
14 15:1,2,3,6 16:6,
14,15,16,18,19,20
17:8,9,10,11,16,17,
20,21,24 18:16,21
19:1,12,13,18 20:1,
3,10
theft 9:7
their 10:9,15 19:22
them 3:12 4:13 6:13
12:3 15:3 16:3,10,
11 17:13,17 18:5

**then** 4:5,10 5:9 8:11 9:10,23 11:5,22 13:3,6,17 18:15

**theories** 6:8

**theory** 19:21

**there** 3:6,8,13,16 5:5,6,7 7:5,6,7,20, 21 8:3,11,15 9:23 11:6,20,22 12:5,9 13:3,15 14:5,9,12, 22 15:18 16:9,12,16 17:18 19:10

**there'll** 19:10

**there's** 3:3 4:6 8:24 12:2,3,11 13:3,9,11, 14 15:1,16 17:12

**these** 4:9,12 5:16 6:6,8,10 7:5,20 8:8, 9,11,12,14,23 9:15 10:12 12:18 14:23 15:7,20,24 16:8 18:13,15

**they** 2:4 3:1,2,3,4,5, 12,13,14 4:7,8,9 5:17 6:7,17 7:1,7,18 8:15,16 9:18,20,21, 22 10:1,5,9,12,14, 15 12:1,22 13:1,2,4, 5,6,12,13 14:19,22 15:8,22,24 16:1,3,4, 11,15 18:16,17,21, 22 19:11,16,17,19

**they'd** 7:1

**they'll** 19:20

**they're** 3:13,17 4:7 5:17 8:15 11:8,23, 24 12:14,23,24 13:1,4 14:22 16:7 18:3,4,7,24 19:7,8

**they've** 18:22

**thing** 5:11 6:9 7:16 9:21 10:8,21 11:15 17:15 18:21

**things** 6:10,12,23 10:12 15:1 16:5 17:5,18 18:13 19:19

**think** 2:13,19 9:4 10:17 12:19 13:15 15:14 18:8 20:5

**this** 3:14 4:1,3,8,11 5:2,4,9,15,20 6:1,3, 5,9,14,21 7:7,12,13,

23 8:14,15,18,19 9:8,13 10:3,9,11,23, 24 11:4,8,12,15,17, 19,21 12:2,9,16 13:5,10,12,13,17,22 14:12,13,18,24 15:9,11,18 16:4,16, 18 17:5,10,14,16,23 18:7,8,18 19:8 20:9

**those** 9:16,19 13:14, 16 14:3,24 19:22

**though** 8:8

**thousand** 10:3 12:11

**thousands** 5:6 8:4

**three** 4:6,16 7:1 11:18 12:3 16:8 19:12

**through** 2:23 17:10

**ticket** 9:19

**time** 5:24 11:22 13:6 14:12 20:6

**timeline** 17:9

**Times** 3:1

**to** 2:2,5,12,13,19,21 3:1,3,12,23,24 4:8, 11,22,23 5:16 6:5,9, 22 7:1,6,9,11,13,19, 20 8:2,13,16,24 9:2, 6,8,11,22,23,24 10:5,8,24 11:4,7,9, 10,11,17,18,19,23, 24 12:1,4,5,7,19 13:1,5 14:4,5,6,10, 12,19,20 15:1,2,9, 13 16:5,8,10 17:3,6, 13,24 18:5,6,20 19:7,9,14 20:9,10, 11

**today** 2:8

**too** 3:23 6:12 12:2 13:18,22 15:6

**took** 4:24 9:24

**track** 8:6

**tracks** 16:8

**traffickers** 18:10

**trolls** 3:6

**true** 11:8,9

**Trump** 9:5,7,10,12 10:7,10,16,19 12:13,18 16:21,23

**trust** 11:10,11

**trusted** 8:11,16 11:5

**truth** 4:18 9:11

**try** 19:20

**trying** 2:19,21 7:6 14:10

**turn** 12:9

**turned** 7:3

**turns** 12:18

**twas** 8:5

**Twilight** 11:15

**two** 4:16 5:4 6:4 12:2 15:1 19:14,19, 22

**twofold** 13:3

## U

**under** 11:23 16:2

**underway** 2:1

**unfamiliar** 3:18

**union** 17:16

**United** 11:24

**up** 2:16 6:3,6,16 7:8 10:1 11:15 14:16 17:3

**upon** 4:15

**upset** 2:19

**us** 16:12

**used** 8:13

**using** 15:19

## V

**vaccine** 19:13

**vaccines** 19:6

**validate** 9:1

**validated** 5:17 8:20 15:14

**validating** 5:5

**venue** 14:9

**very** 3:15 6:2 13:9 15:15 20:6

**videos** 20:9

**Vimeo** 19:8

**viral** 19:14

**Visit** 20:9

**voice** 6:21 7:4,7

18:22 19:20

**vote** 9:14 10:12 15:16

**voted** 10:11

**votes** 4:15 5:22 9:15, 16,17,18,20 10:3 12:12,13,18

**voting** 2:5

## W

**waiting** 16:9 20:11

**walk** 2:16 16:11

**wall** 16:14,16 18:8

**want** 3:5 7:9 9:2,11 10:4 11:17 14:5 16:10 19:16 20:9

**wanted** 6:5 8:2 12:7 14:4

**warranto** 12:4 16:6

**was** 2:11,17,21 3:4, 5,11,13 4:1,2,4 5:6, 18 6:22 7:5 8:4,7,19 9:3,5,7,12 10:3,6,14 11:5,20 13:12,15, 17,20,22,24 15:7 18:9 19:12,13

**Washington** 3:2

**wasn't** 8:3

**watching** 11:2

**way** 15:6

**ways** 14:21

**we** 4:16 5:20 9:2 10:10 11:1,14,15 12:16,18 14:1 15:2, 8,10,12 16:10,23 18:9,12

**we're** 11:15,18,19, 23 12:4,15,16,18 15:1,10 16:6 17:9 18:17 20:5

**we've** 15:8

**website** 14:7

**week** 9:23,24

**weeks** 5:5 11:19 19:12

**well** 2:12 3:9 4:4 6:13 7:14 9:4 10:5 11:9,17,24 12:10,22 13:3,20 15:24 18:4,

24 20:8

**went** 2:12 4:6 5:1,7 8:8 13:15 14:23 17:24 18:6 19:14

**were** 2:5,10 3:10,12, 13,16,24 4:7 7:5,6, 20 9:15,19,20,21 10:12 13:6 15:10 18:6

**what** 3:18,19 4:24 5:16 6:9 7:3,5 8:6,7 9:11 10:4,5,6,7 11:3,10,14,17,21 12:5,7,8,19,22,23 13:2,4 14:23 15:17 16:11,12,15 17:4 18:7,8,19,22 19:8, 15

**what's** 10:8

**whatever** 3:15 5:21

**whatever's** 16:13

**when** 3:3,10,13,21 4:8,22 5:17 6:6,18, 23 7:15 8:8,11,23 9:17 10:1,8 11:14 12:1 13:12 14:22 15:12 17:5 18:9

**where** 4:12 5:10 6:22,24 11:15 12:2 15:19 16:1,14 18:8

**where's** 5:7

**wherever** 3:23

**whether** 11:12

**which** 5:10,11 9:22

**whistleblowers** 8:12

**white** 5:3

**who** 2:4 6:14 10:15 12:20 14:5

**whoa** 12:14

**whole** 9:23 11:2 12:12 13:5 15:5

**why** 6:16,17,21 7:11,13 10:8 11:9 13:6 17:7

**wide** 4:24

**will** 16:17,20,21,23, 24 19:11

**win** 12:18

**winner** 13:12

**wins** 10:16

**Wisconsin** 8:5

**with** 2:3,6,24 3:24
6:17 7:12,13,21,22
8:9 9:19 12:8 14:23
15:4 16:6,19 19:8

**won** 9:5,8,12 10:19,
21 12:13

**won't** 19:9,10

**wonderful** 18:3

**word** 2:13 8:3

**work** 8:13,20

**working** 3:19 12:5
14:9 18:9

**works** 5:2

**world** 4:12 5:3 8:24
10:18 11:2,7 14:13
15:3

**would** 5:1 6:3,24
7:14 10:7,9,17,21
14:1 19:4,5,17

**wouldn't** 5:16
11:16,17

**wow** 9:18 11:23
15:17

**write** 3:4

---

**Y**

**yeah** 2:9 4:21 5:15
16:22 18:4,16,17

**year** 15:19

**Yep** 19:24

**yes** 10:10,23 11:8
17:2 18:15 19:5

**York** 3:1

**you** 2:7,10,14,18,19,
20,24 3:2,8,9,10,12,
15,16,17,19,24
4:14,22 5:1,12,15,
22,23,24 6:6,7,8,10,
13,15,17,18,24 7:2,
3,6,9,10,11,12,13,
15,19 8:1,4,10,12
9:9,10,11,14,16,19,
23 10:2,6,7,8,11,17,
20,21,24 11:1,3,9,
10,13,17 12:6,7,8,
17,19 13:3,8,10,15,
17,20,21 14:6,7,8,
11,12,17,21 15:1,4,
5,6,8,9,12,17,19,23

16:3,7,12,15 17:4,
10,12,18,19,23,24
18:7,8,16,18 19:4,5,
6,7,9,14,15,18,21
20:2,6

**you're** 6:13 7:9
11:12 14:16 17:1,
14,19,23 19:21

**you've** 7:10 16:19
18:1 20:10

**your** 2:22 3:1 14:7
18:21 19:2,20

**Youtube** 19:8

---

**Z**

**Zone** 11:15