# Exhibit 114

**Step 1:** Navigate to http://www.verifiedvoting.com (the "Home Page").[1]



---

[1] Screenshot reflects Verified Voting's Home Page, image captured on February 1, 2021.

**Step 2:** Scroll down on the Home Page to view "The Verifier."[2]



---

[2] Screenshot reflects Verified Voting's Home Page, image captured on February 1, 2021.

**Step 3:** Click on [THE VERIFIER]. User will be directed to The Verifier tool.[3]



---

[3] Screenshot reflects Verified Voting's website at https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020, image captured on February 1, 2021.

3

**Step 4:** Click "Choose A State" and select "Arizona".[4]

---

[4] Screenshot reflects Verified Voting's website at
https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020, image captured on February 1, 2021.

4

The Verifier will display a map of Arizona.[5]



---

[5] Screenshot reflects Verified Voting's webpage at
https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020/state/4, image captured on February 1, 2021.

5

**Step 5:** Click "Choose A County" and select "Maricopa County".[6]

---

[6] Screenshot reflects Verified Voting's webpage at
https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020/state/4, image captured on February 1, 2021.

6

The Verifier will display a map of and information about Maricopa County, Arizona.[7] The information displayed includes the number of voters, the number of precincts, the polling place equipment used, the early voting equipment used, the mail ballot/absentee equipment used, and other information.



---

[7] Screenshots reflect Verified Voting's webpage at
https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020/state/4/county/13, image captured on February 1, 2021.

### Polling Place Equipment

**Marking method:** Vote Center Jurisdiction, Hand marked paper ballots and BMDs
**Tabulation:** Optical Scan

| Type of Equipment | Make | Model | VVPAT | Accessible Use |
|---|---|---|---|---|
| Hand-Fed Optical Scanner | Dominion Voting Systems | ImageCast Precinct | N/A | No |
| Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | Yes |
| Electronic Poll Book | Robis | AskED ePollbook | N/A | No |

### Early Voting Equipment

| Type of Equipment | Make | Model | VVPAT | Accessible Use |
|---|---|---|---|---|
| Hand-Fed Optical Scanner | Dominion Voting Systems | ImageCast Precinct | N/A | No |
| Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | Yes |
| Electronic Poll Book | Robis | AskED ePollbook | N/A | No |

### Mail Ballot/Absentee Equipment (Including In Person Absentee)

| Type of Equipment | Make | Model | VVPAT | Accessible Use |
|---|---|---|---|---|
| Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | No |

### At A Glance — Arizona — 2020

**100.0%** — Percentage of registered voters living in jurisdictions using Hand Marked Paper Ballots for most voters

**0.0%** — Percentage of registered voters living in jurisdictions using Ballot Marking Devices for all voters

**0.0%** — Percentage of registered voters living in jurisdictions using Direct Recording Electronic (DRE) Systems for all voters

8

The Verifier can also be used to learn information about the voting technology used in Antrim County, Michigan.



The Verifier's National Map[8]

---

[8] Screenshot reflects Verified Voting's website at
https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020, image captured on February 1, 2021.



The Verifier's state map of Michigan[9]

---

[9] Screenshot reflects Verified Voting's webpage at
https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020/state/26, image captured on February 1, 2021.

10



The Verifier's state map of Michigan[10]

---

[10] Screenshot reflects Verified Voting's webpage at https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020/state/26, image captured on February 1, 2021.

11



The Verifier's map of Antrim County, Michigan[11]

---

[11] Screenshot reflects Verified Voting's webpage at
https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020/state/26/county/9,
image captured on February 1, 2021.



Polling Place Equipment

**Marking method:** Hand marked paper ballots, with BMDs for accessibility

**Tabulation:** Optical Scan

| Type of Equipment | Make | Model | VVPAT | Accessible Use |
|---|---|---|---|---|
| Hand-Fed Optical Scanner | Dominion Voting Systems | ImageCast Precinct | N/A | No |
| Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | Yes |
| Electronic Poll Book | State of Michigan | MI BoE Electronic Pollbook | N/A | No |

Mail Ballot/Absentee Equipment (Including In Person Absentee)

| Type of Equipment | Make | Model | VVPAT | Accessible Use |
|---|---|---|---|---|
| Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | No |

**At A Glance — Michigan — 2020**

**100.0%**
Percentage of registered voters living in jurisdictions using Hand Marked Paper Ballots for most voters

**0.0%**
Percentage of registered voters living in jurisdictions using Ballot Marking Devices for all voters

**0.0%**
Percentage of registered voters living in jurisdictions using Direct Recording Electronic (DRE) Systems for all voters

The Verifier's information on Antrim County, Michigan[12]

[12] Screenshot reflects Verified Voting's webpage at https://verifiedvoting.org/verifier/#mode/navigate/map/ppEquip/mapType/normal/year/2020/state/26/county/9, image captured on February 1, 2021.