# Exhibit 119



| State | Jurisdiction | Type of Equipment | Make | Model | VVPAT | Precincts |
|---|---|---|---|---|---|---|
| California | Alameda County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 1135 |
| California | Butte County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 148 |
| California | Butte County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 148 |
| California | Butte County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 148 |
| California | Colusa County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 18 |
| California | Colusa County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 18 |
| California | Colusa County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 18 |
| California | Contra Costa County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 744 |
| California | Contra Costa County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 744 |
| California | Contra Costa County | Hybrid Optical Scan/BMD | Dominion Voting Systems | ImageCast Evolution | N/A | 744 |
| California | Contra Costa County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 744 |
| California | Del Norte County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 18 |
| California | Del Norte County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 18 |
| California | Del Norte County | Hand-Fed Optical Scanner | Dominion Voting Systems | ImageCast Precinct | N/A | 18 |
| California | El Dorado County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 166 |
| California | El Dorado County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 166 |
| California | El Dorado County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 166 |
| California | El Dorado County | Hybrid Optical Scan/BMD | Dominion Voting Systems | ImageCast Evolution | N/A | 166 |
| California | Fresno County | Hybrid Optical Scan/BMD | Dominion Voting Systems | ImageCast Evolution | N/A | 593 |
| California | Fresno County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 593 |
| California | Fresno County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 593 |
| California | Glenn County | Hybrid Optical Scan/BMD | Dominion Voting Systems | ImageCast Evolution | N/A | 34 |
| California | Glenn County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 34 |
| California | Glenn County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 34 |
| California | Glenn County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 34 |
| California | Imperial County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 216 |
| California | Imperial County | Hybrid Optical Scan/BMD | Dominion Voting Systems | ImageCast Evolution | N/A | 216 |
| California | Inyo County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 23 |
| California | Inyo County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 23 |
| California | Kern County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 655 |

| State | Jurisdiction | Type of Equipment | Make | Model | VVPAT | Precincts |
|---|---|---|---|---|---|---|
| California | Kern County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 655 |
| California | Kern County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 655 |
| California | Kings County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 115 |
| California | Kings County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 115 |
| California | Kings County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 115 |
| California | Madera County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 69 |
| California | Madera County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 69 |
| California | Madera County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 69 |
| California | Marin County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 200 |
| California | Marin County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 200 |
| California | Marin County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 200 |
| California | Mariposa County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 25 |
| California | Mariposa County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 25 |
| California | Mariposa County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 25 |
| California | Mono County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 12 |
| California | Mono County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 12 |
| California | Mono County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 12 |
| California | Mono County | Hybrid Optical Scan/BMD | Dominion Voting Systems | ImageCast Evolution | N/A | 12 |
| California | Monterey County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 176 |
| California | Monterey County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 176 |
| California | Napa County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 167 |
| California | Napa County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 167 |
| California | Napa County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 167 |
| California | Placer County | Hybrid Optical Scan/BMD | Dominion Voting Systems | ImageCast Evolution | N/A | 358 |
| California | Placer County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 358 |
| California | Placer County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 358 |
| California | Plumas County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 29 |
| California | Plumas County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 29 |
| California | Plumas County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 29 |
| California | Riverside County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 1072 |

| State | Jurisdiction | Type of Equipment | Make | Model | VVPAT | Precincts |
|---|---|---|---|---|---|---|
| California | Riverside County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 1072 |
| California | Sacramento County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 593 |
| California | Sacramento County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 593 |
| California | San Benito County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 51 |
| California | San Benito County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 51 |
| California | San Benito County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 51 |
| California | San Bernardino County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 2209 |
| California | San Bernardino County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 2209 |
| California | San Diego County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 1542 |
| California | San Diego County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 1542 |
| California | San Diego County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 1542 |
| California | San Francisco County | Hybrid Optical Scan/BMD | Dominion Voting Systems | ImageCast Evolution | N/A | 650 |
| California | San Francisco County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 650 |
| California | San Francisco County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 650 |
| California | San Luis Obispo County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 355 |
| California | San Luis Obispo County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 355 |
| California | San Luis Obispo County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 355 |
| California | San Mateo County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 525 |
| California | San Mateo County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 525 |
| California | Santa Barbara County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 263 |
| California | Santa Barbara County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 263 |
| California | Santa Barbara County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 263 |
| California | Santa Clara County | Hand-Fed Optical Scanner | Dominion Voting Systems | ImageCast Precinct | N/A | 1098 |
| California | Santa Clara County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 1098 |
| California | Santa Clara County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 1098 |
| California | Santa Cruz County | Batch-Fed Optical Scanner | Dominion Voting Systems | ImageCast Central | N/A | 266 |
| California | Santa Cruz County | Remote Ballot Marking System: Client-Side | Dominion Voting Systems | ImageCast Remote | N/A | 266 |
| California | Santa Cruz County | Ballot Marking Device | Dominion Voting Systems | ImageCast X | N/A | 266 |

[ Pages 1 () 2 () 3 () 4 () 5 () 6 () 7 () 8 () 9 () 10 () 11 () 12 () 13 () 14 () 15 () 16 () 17 () 18 () 19 () 20 () 21 () ]

### About Voting Equipment

### Hand Marked Paper Ballots

Paper ballots marked by hand create a tangible, tamper-evident and auditable record of voter selections. Jurisdictions in which most voters mark their votes by hand offer BMDs or DREs to provide accessibility for voters with disabilities. While some smaller jurisdictions count paper ballots by hand, most are counted initially with optical scanners, though they can also be counted manually in a post-election audit or recount. Paper ballots, whether marked by hand or through the use of an assistive device, should be carefully reviewed by the voter before casting.

Learn More About Paper Ballots (https://verifiedvoting.org/votingequipment/)

### Ballot Marking Devices (BMDs) and Systems

A ballot marking device (BMD) or system allows for the electronic presentation of a ballot, electronic selection of valid contest options, and the production of a human-readable paper ballot, but does not make any other lasting record of the voter's selections. BMDs were developed in response to the federal requirement in the Help America Vote Act of 2002 that all polling places must provide a means for voters with disabilities to vote privately and independently. Some BMDs mark pre-printed ballots, while others print summaries of voter selections, often with those selections encoded in barcodes or QR codes. Beginning in 2016, some jurisdictions began providing BMDs for use by all polling place voters, a model that first became widespread in 2020.

Learn More About BMDs (https://verifiedvoting.org/votingequipment/#bmd)

### Direct Recording Electronic (DRE) Systems

A direct recording electronic (DRE) voting system is a vote-capture device that allows for the electronic presentation of a ballot, electronic selection of valid contest options, and the electronic storage of voter selections as individual records. DREs use one of three user interfaces—pushbutton, touchscreen, or dial—to allow voters to record their selections directly into computer memory. Some DREs can be equipped with Voter Verified Paper Audit Trail (VVPAT) printers that allow the voter to confirm their selections on an independent paper record before recording their votes into computer memory. This paper record is preserved and, depending on state election codes, counted in the event of a post-election audit or recount.

Learn More About DREs (https://verifiedvoting.org/votingequipment/#dre)

---

**For Questions, Corrections & Updates**   **Contact verifier@verifiedvoting.org** (mailto:verifier@verifiedvoting.org)

Verified Voting and the Verifier project are grateful for the support of Carla Itzkowich, in honor of her father, Moises Itzkowich.

---

1735 Market St., Suite A435
Philadelphia, PA 19103
760-804-VOTE(8683) (tel:7608038683)
info@verifiedvoting.org (mailto:info@verifiedvoting.org)

Board Portal (mailto:info@verifiedvoting.org?subject=Requesting+Board+Portal+Access) (https://docs.google.com/forms/d/e/1FAIpQLSfxxQyq6B_I3q7-ow680Nz0TzQA)

About (https://verifiedvoting.org/about/)
- Team (https://verifiedvoting.org/team/)
- About (https://verifiedvoting.org/about/)
- Contact (https://verifiedvoting.org/contact/)
- Legal (https://verifiedvoting.org/legal/)
- Careers (https://verifiedvoting.org/about/careers/)

Issues (https://verifiedvoting.org/issues/)
- Voting Equipment (https://verifiedvoting.org/votingequipment/)
- Audits (https://verifiedvoting.org/audits/)
- Paper Records (https://verifiedvoting.org/paperrecords/)
- Internet Voting (https://verifiedvoting.org/internetvoting/)
- Election Security (https://verifiedvoting.org/electionsecurity/)

Tools (https://verifiedvoting.org/tools/)
- Verifier (https://verifiedvoting.org/verifier/)
- Equipment DB (https://verifiedvoting.org/equipmentdb/)
- Audit Laws (https://verifiedvoting.org/auditlaws/)
- Vote Visualizer (https://verifiedvoting.org/votevisualizer/)

Resources (https://verifiedvoting.org/resources/)
- Publications (https://verifiedvoting.org/publications/)
- Press (/resources/#press)
- Videos (https://verifiedvoting.org/videos/)
- Get Involved (https://verifiedvoting.org/getinvolved/)
- Check Your Reg (https://verifiedvoting.org/getinvolved/checkyourreg/)
- The Voting News (https://thevotingnews.com/)

Donate (https://verifiedvoting.org/donate/)
- Next (https://verifiedvoting.org/next/)