# Exhibit 126



**AP NEWS**

Trending News   Coronavirus pandemic   Abortion   Congress   MLB



ADVERTISEMENT

SEL
Feeder Relay for IEC 61850
OPEN

# Trump-friendly Newsmax seeks to cut into Fox's viewership





By DAVID BAUDER        November 18, 2020







NEW YORK (AP) — Now that his largely invisible network has suddenly been flooded by fans of President Donald Trump, Newsmax television personality Grant Stinchfield is puffing out his chest.

"They don't know what to do with all of us," Stinchfield said on the air Monday night. "We're killing it here on Newsmax with a tactic they've never tried. It's called the truth, the stone-cold truth, and once you get a taste of it, you will never tolerate being lied to again."

The conservative network's critics suggest the opposite is true, that Newsmax's viewers are being presented discredited stories such as a voting system that changed or deleted votes, questions about how closely Republicans were able to monitor vote-counting and the volume of absentee ballots being accepted.

There is no evidence of widespread fraud in the 2020 election. In fact, election officials from both political parties have stated publicly that the election went well and international observers confirmed there were no serious irregularities.

Newsmax's burst, whether or not it lasts, has been astonishingly swift and could foreshadow significant competition to Fox News Channel's dominance with conservative viewers in two decades.

"We've really cornered Fox from the right," said Chris Ruddy, Newsmax founder and friend of Trump. "They've never had that."

From the beginning of July to the week before Election Day, Newsmax averaged 58,000 viewers from 7 to 10 p.m. on weekdays. That jumped to 568,000 the week after the election, the Nielsen company said. In the same period, daytime viewership increased from 46,000 to 450,000.

For the same dates, Fox News averaged 3.6 million viewers in the evening, Nielsen said. Fox's prime-time viewership during the two weeks after the election was up 50 percent over last year.

"We love competition. We have always thrived on competition," Fox Corp. CEO Lachlan Murdoch said on an Election Day earnings call.

**MORE STORIES:**

- Cardi B, Dolly Parton, Dua Lipa to be honored by Billboard
- Forget sad Thanksgiving: early Christmas fever takes over
- Dolly Parton adds pandemic hero to list of accomplishments

Ruddy traced much of Newsmax's increase to Trump supporters angered by Fox's election night call that Democrat Joe

– Dolly Parton adds pandemic hero to list of accomplishments

Ruddy traced much of Newsmax's increase to Trump supporters angered by Fox's election night call that Democrat Joe Biden had won Arizona — ahead of any other news organization. While that call proved correct, for the president's backers it was an ill-timed sign of insufficient loyalty from their favorite network.

Trump, who criticized Fox throughout the campaign, has driven the point home with repeated tweets suggesting his followers check out Newsmax or a smaller rival that also presses a conservative viewpoint, One America News Network.

"There's a large part of the country that wants to have a voice, the same people who gave birth to what turned into a very robust Fox News," said Michael Clemente, Newsmax's CEO until last April and a former Fox News executive. "Now, more than ever, they want to be heard, and have influence equal to their peers on the coasts. Their loyalty is to that voice and not to any place or another."

ADVERTISEMENT

Ad   Monthly gifts help kids like Clayton
St. Jude
Donate Now

Newsmax says it has an editorial staff of 70, including those attached to its website, which at midday Wednesday led with stories about Trump's press secretary calling restrictions on Thanksgiving gatherings "Orwellian," and the president's latest false tweet claiming an election victory.

The television network is running a clever ad telling conservative viewers not to be "out-foxed," but it was telling on Monday that both Newsmax and OANN spent considerable time discussing an interview that was conducted on Fox, where a Trump lawyer predicted her client would win by millions of votes.

Programming generally consists of news talk shows, and it's not difficult to see where the loyalty lies.

"Donald Trump is the most powerful person in the world," said Greg Kelly, a former personality at Fox's New York affiliate who is Newsmax's most polished broadcaster. "Not because he's president, but because he's loved by so many people."

When Newsmax's Chris Salcedo asked a question about Biden during an interview Monday with Trump aide Peter Navarro, he was quickly brushed off.

**Full Coverage:** Entertainment

"As far as I'm concerned, President Trump is going to have a second term," Navarro said.

Newsmax hasn't declared Biden the president-elect, unlike other news organizations, including Fox and The Associated Press. They say they are waiting for final certification of the vote before doing so.

Newsmax hasn't declared Biden the president-elect, unlike other news organizations, including Fox and The Associated Press. They say they are waiting for final certification of the vote before doing so.

Even though Ruddy conceded in an interview that Trump has an extremely narrow chance of overturning the results, he said it's up to the states, not media organizations, to declare a winner. When that process is done, Newsmax will accept the winner, he said.

But if Trump's chances of overturning the results are so small, why should a discussion about them dominate Newsmax's airtime?

"I think that people that are not pro-Trump or don't like him think we should get past it or they are tired of it," he said. "But conservatives are quite anxious to hear about developments."

He said he differs from Trump in believing the administration should be cooperating in a transition, even if the president holds out hope that the results could somehow be overturned.

"I would tell him if I speak to him that I think they should engage in a transition," he said.

The spotlight on smaller rivals comes at an extraordinarily tumultuous time at Fox. There's always been a tension between the news and opinion sides of the network, but this time it's reflected in the ultimate "unspinnable" story of election results, said Nicole Hemmer, a Columbia University professor and author of "Messengers of the Right: Conservative Media and the Transformation of American Politics."

In some respects, the surge in Newsmax's viewership represents a temper tantrum by some Fox viewers, she said.

For Newsmax, a big question is whether its programming is compelling enough to hold viewers who are clearly sampling. Besides Kelly, former Trump press secretary Sean Spicer is Newsmax's best-known personality. Both their shows are aired twice a night; Ruddy said a new prime-time show will start next month and another is in the works.

"It's going to be a challenge for (Newsmax) to grow their numbers in the way that Fox did because of the lack of a news operation," Hemmer said.

___

Associated Press Television Writer Lynn Elber in Los Angeles contributed to this report.

---

**PAID FOR BY SBLY**

**40+ Hilarious Photos That Show How Big Great Danes Really Are** 



### 40+ Hilarious Photos That Show How Big Great Danes Really Are



At around 30 inches from paw to shoulder and 175 pounds in weight, it's safe to say that Great Danes aren't exactly what you'd consider a small dog breed. But the best thing about these dogs is that despite their impressive size, they still want...

SBLY

---

PAID FOR BY SBLY

### 40+ Hilarious Photos That Show How Big Great Danes Really Are



At around 30 inches from paw to shoulder and 175 pounds in weight, it's safe to say that Great Danes aren't exactly what you'd consider a small dog breed. But the best thing about these dogs is that despite their impressive size, they still want...

SBLY

---

AD



Ad : (0:12)

Document title: Trump-friendly Newsmax seeks to cut into Fox's viewership
Capture URL: https://apnews.com/article/newsmax-sudden-competitor-fox-news-bddb5f123fe8d187570129a8425c7303
Capture timestamp (UTC): Fri, 15 Oct 2021 17:54:59 GMT

Page 5 of 11


# AP NEWS

**Trending News**  Coronavirus pandemic  Abortion  Congress  MLB






Tab**OO**la Feed

### Denver DA's husband gets 10 days in jail for attempted arson

DENVER (AP) — The husband of Denver District Attorney Beth McCann was sentenced Thursday to 10 days in jail for leaving …

 today



## Ad Content

**Average Retirement Savings By Age: Are You Normal?**

Promoted: SmartAsset



**Want To Sell Your House For Top Dollar? Here's How**

Promoted: Knock.com



**Chicago: Startup Is Changing the Way People Retire**

Promoted: SmartAsset



**23 Gifts to Grab Before "Black Friday" Shortages**

Promoted: ZangDeal



Kenya child killer beaten to death by mob after jail escape

**Trending News**  **Coronavirus pandemic**  **Abortion**  **Congress**  **MLB**

### Kenya child killer beaten to death by mob after jail escape

NAIROBI, Kenya (AP) — Police in Kenya say a man who had confessed to killing a dozen children and escaped from detentio...

 today



### Capitol Police officer indicted for obstruction after riot

WASHINGTON (AP) — A U.S. Capitol Police officer has been indicted on obstruction of justice charges after prosecutors say ...

 an hour ago



## Ad Content



**Forbes is Raving About "The Warby Parker of Hearing Aids"**
Promoted: listenlively.com



**On Medicare? Do Not Forget To Claim Your Social Security Giveback This Week**
Promoted: ExpertsInMoney.co



**Amazon Has Millions of Prime Subscribers – But Few Know About This Savings Trick**
Promoted: Capital One Shopping

# AP NEWS

**Trending News**   **Coronavirus pandemic**   **Abortion**   **Congress**   **MLB**



### Delaware student found unresponsive in prison cell, dies

DOVER, Del. (AP) — A University of Delaware student who was accused of threatening people with a BB gun has died after what...

 October 13, 2021



### Senate hopeful Herschel Walker cancels event over swastika

ATLANTA (AP) — Georgia Republican U.S. Senate candidate Herschel Walker has called off a fundraiser in Texas because an ...

 October 13, 2021

## Ad Content



**20 Heisman Winners That Don't Deserve That Trophy**

Promoted: Gameday News



**Ranked: The Unfriendliest States In America**

Promoted: MoneyWise.com



**Forget Expensive Telescopes If You Live In Illinois (Get This Instead)**

Promoted: Trendy Tech Genius



**In 3 Years You Will Wish You Had Bought These 7 Stocks**

Promoted: Zacks Investment Research

 **AP NEWS**

**Trending News**  **Coronavirus pandemic**  **Abortion**  **Congress**  **MLB** 

Promoted: Trendy Tech Genius 

Promoted: Zacks Investment Research 

### Pilot in deadly California crash repeatedly warned to climb

The air traffic controller repeated the warnings to the pilot more than a half-dozen times. Stop drifting, keep on course and a ...

 October 13, 2021



### North Korean soldier in blue generates buzz on social media

SEOUL, South Korea (AP) — A North Korean soldier clad in a super-tight blue outfit in a state media photo has generated a ...

 October 13, 2021



## Ad Content


This Patented Pillow Is Proven To


Melissa McCarthy Casually Flaunting


Big Changes In Illinois Leave Drivers




AP NEWS



**Trending News**   Coronavirus pandemic   Abortion   Congress   MLB



**This Patented Pillow Is Proven To Eliminate [Shoulder Pain]**
Promoted: MedCline



**Melissa McCarthy Casually Flaunting Her Beautiful Figure**
Promoted: Loan Insurance Wealth



**Big Changes In Illinois Leave Drivers Fuming**
Promoted: Smart Consumer Update

### Overwhelmed by illegal pot, Oregon county declares emergency

SALEM, Ore. (AP) — A county in southern Oregon says it is so overwhelmed by an increase in the number and size of illegal ...

 October 13, 2021



### Runner sues ex-coach, Nike for millions over alleged abuse

PORTLAND, Ore. (AP) — Distance runner Mary Cain, whose career fizzled after what she has called four miserable years at t...

 October 13, 2021



## Ad Content

**US Dr. "If you don't see an anaconda in the toilet, your digestion needs…"**
Promoted: Gundry



**Simple Method Ends Neuropathy (Nerve Pain)**
Promoted: Active Living Tips



**New Mercedes Finally On S...**

**Chrome Users? Don't Forget T... D... Th... B.f... T...**



---

Document title: Trump-friendly Newsmax seeks to cut into Fox's viewership
Capture URL: https://apnews.com/article/newsmax-sudden-competitor-fox-news-bddb5f123fe8d187570129a8425c7303
Capture timestamp (UTC): Fri, 15 Oct 2021 17:54:59 GMT

Page 10 of 11

 

Trending News  Coronavirus pandemic  Abortion  Congress  MLB

### New Mercedes Finally On Sale
Promoted: All Things Auto | Search Ads



### Chrome Users? Don't Forget To Do This Before Tomorrow
Promoted: guard.io



### Theft-plagued Walgreens closing 5 more San Francisco stores

SAN FRANCISCO (AP) — Walgreens said Tuesday that it will close five more stores in San Francisco next month because of ...

 October 13, 2021



### School concerned about sportsmanship after new soccer record

KINGSLEY, Mich. (AP) — A school board in northern Michigan plans to send a protest over sportsmanship following a soccer ...

 October 12, 2021



## Ad Content



