# Exhibit 127



The New York Times
Journalism without limits.
$4.25 $1 a week
Special offer.
Cancel or pause anytime.
SUBSCRIBE NOW

HOME > POLITICS

# All major battleground states in the 2020 election officially certify their results, cementing Biden's victory in the presidential race

Grace Panetta  Nov 30, 2020, 9:55 PM



Demonstrators in midtown Manhattan on November 4 demanded that every vote be counted before a state was "called" for a candidate.  Erik McGregor/LightRocket via Getty Images

INSIDER
Join as a student today for only $29
SUBSCRIBE NOW

- All the key battleground states in the 2020 presidential election have now certified their election results, cementing President-elect Joe Biden's victory over President Donald Trump.

- The six battlegrounds of Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin certified their results for Biden as of November 30.

- The canvassing and certification came under a national spotlight because of the efforts from Trump and his allies to challenge the election results in court and spread baseless claims of widespread voter fraud.

- **Visit Business Insider's homepage for more stories.**

Get a daily selection of our top stories based on your reading preferences.

Email address    SIGN UP

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.



INSIDER

Join as a student today for only $29

SUBSCRIBE NOW

All the key battleground states in the 2020 presidential race have now certified their election results, cementing President-elect Joe Biden's victory over President Donald Trump.

Biden won the Electoral College with 306 electoral votes, compared with 232 for Trump. The former vice president flipped five states that Trump won in 2016: the "blue wall" states of Michigan, Pennsylvania, and Wisconsin; Arizona, which a Democratic presidential candidate had not carried since 1996; and Georgia, which a Democratic presidential candidate hadn't won since 1992.

After all the votes come in, election officials thoroughly canvass the votes cast before elected officials can be seated.

During the canvassing process, local election officials process and adjudicate provisional ballots and, in many states, late-arriving domestic mail ballots and absentee ballots from overseas and military voters. In some states, the canvassing process can also include mandatory audits or recounts. Once every vote is properly accounted for, officials then certify the results.



In most elections, the canvassing and certification process doesn't receive much public attention or scrutiny. But in 2020, the actions and decisions of local officials and canvassing boards were thrust into the national spotlight because of the efforts from Trump and his allies to challenge the election results in court and spread unfounded claims of widespread voter fraud, as well as election irregularities in the states that the president lost.



Refinance Calculator

OCTOBER 28, 2021

1.75% RATE        2.01% APR

ans to Lock in a Refi Rate before the year en

Loan amount
$300,000

Loan term
15-Year Fixed

Credit score
Excellent

Calculate Payment

unfounded claims of widespread voter fraud, as well as election
irregularities in the states that the president lost.

Georgia certified its election results on November 20 after
completing a statewide risk-limiting audit, the first of its kind in the
South, in which election workers recounted by hand over 5 million
ballots that confirmed Biden's narrow victory over Trump. After
certification, the Trump campaign also requested a machine
recount, which is expected to finish up this week.

Michigan's Board of State Canvassers then certified the state's
results for Biden on November 23 after hearing nearly three hours of
public comment. One day later, the two battleground states of
Pennsylvania and Nevada also certified their statewide presidential
results.

Arizona's governor certified the state's election results on Monday as
Trump allies including Rudy Giuliani held a press conference where
they continued to push unfounded claims of fraud and malfeasance
in the election.

SPONSOR CONTENT

**How government agencies can use AI to turn their data into
actionable knowledge**

Read the story



The chairwoman of the Wisconsin Election Commission on Monday
confirmed Biden as the winner of the state's 10 Electoral College
votes, and Gov. Tony Evers officially certified the results that
evening. The Trump campaign requested recounts in Milwaukee
and Dane counties, both of which affirmed Biden's victory in the
state and netted Biden 87 votes.

The battleground states that Trump won, including Florida, Iowa,
Ohio, and North Carolina, have also formally certified their results.

**Read more:** *Joe Biden is hiring about 4,000 political staffers to work
in the White House and federal agencies. Here's how you can boost
your chances getting a job in the new administration, according to 3
experts.*

Trump and his allies lost over two dozen lawsuits they filed to halt
vote counting, get certain ballots disqualified, and delay
certification of election results in the battleground states that
Trump lost, according to Insider's Jacob Shamsian and Sonam
Sheth.



Refinance Calculator

OCTOBER 28, 2021

1.75% RATE    2.01% APR

Refi Rate before the year ends

Loan amount
$300,000

Loan term
15-Year Fixed

Credit score
Excellent

Calculate Payment ▶



The New York Times

Miss
nothing.
$4.25
$1 a week

Special offer.
Cancel or pause anytime.

SUBSCRIBE NOW

INSIDER


INSIDER  Gift a subscription and save 55%
Help someone become an Insider.  GIVE TODAY

Then the Trump campaign and the president's allies pivoted to attempting to compel state and local officials to delay certifying the results of the election. While many states allow campaigns to request recounts after certification, it's much harder for campaigns to legally challenge election results after states have certified those results.

The next step in the process of Biden taking over the presidency is for the entire slate of presidential electors to meet and cast their votes in every state and the District of Columbia on December 14.

**NOW WATCH: The rise and fall of supersonic air travel, which one company is trying to bring back in 2029**



More:  2020 election   President Donald Trump

**TOP STORIES**                                    Promoted Links



**Hasbro CEO Brian Goldner dies at 58, days after taking medical leave**

Taboola Feed



Taboola Feed



**Which Travel Card Can Earn You Points Towards Your Dream Getaway?**
Enjoy perks like $0 annual fees and up to 60,000 bonus points. Redeem points for vacati...
Sponsored by NerdWallet



**The startup investment market is changing. Don't miss out on growth potential.**
Tech companies are more important than ever. But there is one glaring problem: the publi...
Sponsored by OurCrowd



**9 ways to get Amazon discounts and rewards year-round**



**How can spending now turn into travel later? Find out.**
Enjoy perks like $0 annual fees and up to 60,000 bonus points. Redeem points for vacati...
Sponsored by NerdWallet



**We make it easy to find a better mortgage rate in Chicago**
Compare great mortgage lenders with NerdWallet to find the right one for you.
Sponsored by NerdWallet NMLS ID# 1617539



**How Can You Pay Off $10,000 in Debt? Compare Personal Loans**
You may be eligible for a personal loan with a better rate and could possibly lower your payments while you pay down your debt.
Sponsored by NerdWallet



**Hasbro CEO Brian Goldner dies at 58, days after taking medical leave**



**Melania Trump refused Scalise White House meeting after he was shot: book**

