# Exhibit 128

**BREAKING:** Facebook introduces new corporate parent Meta amid scrutiny about internal practices

**NEWS**  SOUTHLAKE PODCAST  U.S. NEWS  POLITICS  COVID-19  WORLD  OPINION  BUSINESS   WATCH NOW

TECH NEWS

# Twitter bans Michael Flynn, Sidney Powell in QAnon account purge

Flynn and Powell both met with Trump at the White House in recent weeks as part of efforts to overturn the election results.



Michael Flynn, then national security adviser, at the daily news briefing at the White House on Feb. 1, 2017.  Carolyn Kaster / AP file

Jan. 8, 2021, 9:28 PM UTC
**By Ben Collins and Brandy Zadrozny**

Twitter on Friday removed the accounts of Michael Flynn, Sidney Powell and other high-profile supporters of President Donald Trump who promoted the QAnon conspiracy theory.

The permanent bans are among the highest profile that the company has instituted as part of its efforts to crack down on misinformation and calls for violence.

Flynn and Powell both met with Trump at the White House in recent weeks as part of efforts to overturn the presidential election results. They are also high-profile figures in the QAnon community, and Flynn even took an "oath" to the conspiracy theory last year.

**Sponsored Stories**  by Taboola



CAPITAL ONE SHOPPING
**Amazon Has Millions of Prime Subscribers – But Few Know About This Savings Trick**



Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Thu, 28 Oct 2021 18:24:53 GMT
Page 1 of 8



weeks as part of efforts to overturn the presidential election results. They are also high-profile figures in the QAnon community, and Flynn even took an "oath" to the conspiracy theory last year.

"The accounts have been suspended in line with our policy on Coordinated Harmful Activity," a Twitter spokesperson told NBC News. "We've been clear that we will take strong enforcement action on behavior that has the potential to lead to offline harm, and given the renewed potential for violence surrounding this type of behavior in the coming days, we will permanently suspend accounts that are solely dedicated to sharing QAnon content."



Twitter also removed the account of Ron Watkins, the administrator of the website 8kun, which was formerly named 8chan and hosts posts from Q, the false digital "prophet" at the heart of the QAnon conspiracy theory.

8chan changed its name last summer after white supremacists used the site to post manifestos before committing mass murder, including a terror attack at a mall in El Paso, Texas, that killed 17 in 2019.

Watkins, who lives in Japan, and Powell have spent recent weeks pushing false claims about Dominion Voting Systems and the company's role in the U.S. elections, as well as targeting private citizens with false claims of election fraud. Powell was sued by Dominion Voting Systems on Friday for $1.3 billion.

The bans come two days after Twitter locked down Trump's account and warned that he risks a permanent ban if he continues to violate the company's policies. Trump posted a video in response to the mob that stormed the Capitol in which he continued to spread false claims about the election. His account is no longer locked.



Twitter, which for years resisted calls to moderate its platform, has recently taken a stronger stance against conspiracy theories that have been tied to violence, most notably the QAnon movement. In July, Twitter removed 7,000 accounts and limited many others for dabbling in QAnon. The company also designated the QAnon movement as coordinated harmful activity, meaning it was then limited from the platform's search functions and "Trending Topics"

have been tied to violence, most notably the QAnon movement. In July, Twitter removed 7,000 accounts and limited many others for dabbling in QAnon. The company also designated the QAnon movement as coordinated harmful activity, meaning it was then limited from the platform's search functions and "Trending Topics" feature.

The bans add to complaints from conservatives who have claimed that Twitter's policies and enforcement unfairly target them. Some users say they have left the platform for similar alternatives, such as Parler, which surged during the election when Twitter was aggressive in limiting misinformation.

But they also come as many people in the technology industry who have been reticent to permanently ban many accounts have changed their positions following the violence at the Capitol.

*This is a developing story. Please check back for updates.*

### Get the Morning Rundown

Get a head start on the morning's top stories.

Enter your email      SIGN UP

THIS SITE IS PROTECTED BY RECAPTCHA PRIVACY POLICY | TERMS OF SERVICE

**Ben Collins**
Ben Collins covers disinformation, extremism and the internet for NBC News.

**Brandy Zadrozny**
Brandy Zadrozny is a senior reporter for NBC News. She covers misinformation, extremism and the internet.

Jason Abbruzzese contributed.

Taboola Feed



SPONSORED / CAPITAL ONE SHOPPING
**Amazon Has Millions of Prime Subscribers — But Few Know About This Savings Trick**

SPONSORED / TRAVEL PATRIOT
**Remember 'Precious'? Take A Deep Breath Before You See What She Looks Like Now**











SPONSORED / CAPITAL ONE SHOPPING
Before you renew Amazon Prime, read this

SPONSORED / SMARTBULB360
Thieves Hate This New $49 "Smart" Security Device (It's Genius!)
Secure Your Home In Minutes Without Spending A Fortune

SPONSORED / FORGE OF EMPIRES
If You Need To Kill Time On Your Computer, This Vintage Game Is A...

SPONSORED / BLUE BUFFALO
Love Your Dog? Get a Coupon for BLUE Pet Food




SPONSORED / SONOVIA
The Best Face Mask for Air Travel in 2021.

SPONSORED / BLUE BUFFALO
Compare to BLUE Cat Food and Save






SPONSORED / GLASSESUSA.COM
7 reasons this is the #1 site to buy glasses online
With 12 of years experience and over 4 million pairs of glasses sold, we have ...

SPONSORED / LUXURY BEDDING SET DISCO...
Popular Bedding Sets Finally On Sale

SPONSORED / STANSBERRY RESEARCH
Woman gets revenge after 401(k) falls nearly 50%

SPONSORED / BLUE BUFFALO
New Dog Parent? Take This Quick Quiz to Save on Dog Food





Sponsored




---

Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Thu, 28 Oct 2021 18:24:53 GMT

Page 4 of 8



SPONSORED / BLUE BUFFALO

**Compare and Save With BLUE Cat Food**



SPONSORED / ELVENAR

**If You Need to Kill Time on Your Computer, this Fantasy Game is a Must-Have. No Install.**

### More From NBC News



NBC NEWS / VIDEO

**Family dog that mauled Oklahoma boy to death 'never showed any signs of aggression'**



NBC NEWS / VIDEO

**Texas children found living with skeletal remains of sibling, likely...**

NBC NEWS / SHOP

**Best Buy's Black Friday deals are available now for a limited time**



SPONSORED / THE MOTLEY FOOL

**Amazon Founder Says His Company "Will Fail."**



SPONSORED / WWW.THECANINECODE.COM

**3 Toxic Foods For Dogs: The One Meat You Should Never Feed Your Dog**



SPONSORED / CAMPER VAN WAREHOUSE | SPONSORED SEARCHES

**Most Affordable Camper Vans**



SPONSORED / TRENDINGGIFTS

**Here Are 23 of the Coolest Gifts for This 2021**
23 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out








NBC NEWS / VIDEO

**Remains of 8-year-old found in Texas apartment showed that he was violently killed**



NBC NEWS / VIDEO

**Children found living alongside skeletal remains inside Texas...**

NBC NEWS / VIDEO

**Armed U.S. Marshalls raid wrong apartment in Florida, draw guns on...**



SPONSORED / THE MOTLEY FOOL

**A CEO Thinks This Tech Could Be 35 Amazons**
Five years from now, you'll probably wish you'd bought this stock.



SPONSORED / HOME SAVINGS CENTER

**Luxury Walk-In Tubs Are Now More Affordable Than Ever**
Find exclusive savings offers here.

SPONSORED / ALL THINGS AUTO | SEARCH ADS

**New Kia's Finally On Sale**

SPONSORED / ALPHA HEATER

**This Heater Melts The Frigid Illinois Winter Cold**



Sponsored





Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Thu, 28 Oct 2021 18:24:53 GMT
Page 6 of 8





NBC NEWS / VIDEO | NBC NEWS / VIDEO | NBC NEWS / VIDEO

**'I see the beak. I throw it.': Woman finds fried chicken head in wings order** | **Painters left hanging outside high-rise after woman cut rope, police say** | **Officers face murder charges in death of Georgia man shot 76 times**




SPONSORED / ULTIMATE PET NUTRITION | SPONSORED / SENIOR DEAL FINDER

**Does Your Cat Throw Up Often? - Try This One Trick** | **New Mobility Scooters Finally On Sale**




SPONSORED / 2021 NISSAN SUVS | SEARCH ADS | SPONSORED / KLONDIKE

**Shut The Front Door! The 2022 Nissan SUVS Astonish!** | **If You're Over 40 And Own A Computer, This Farm Game Is A Must-Have!**
Farm and Explore the Wilderness of Alaska. Set up a flourishing farm, build prosperous factories, and organize a roaring food trade. Once you're ready, embark on a long and …





NBC NEWS / VIDEO | NBC NEWS / NOW | NBC NEWS / NIGHTLY-NEWS

**Washington state sheriff faces calls to resign after making false claims about Black news…** | **Santa Fe sheriff: Alec Baldwin is 'active part' of 'Rust' shooting…** | **Covid cases dropping across U.S.**





---

Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Thu, 28 Oct 2021 18:24:53 GMT

NBC NEWS
Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
after making false claims about Black news...

CASE 0:22-cv-00098-JMB-JFD   Doc. 1-129   Filed 01/18/22   Page 9 of 9



SPONSORED / SKIMS
**Elevate Your Loungewear with SKIMS Cozy Collection**



SPONSORED / SIMPLEDEALNOW
**Here Are the 19 Coolest Gifts of 2021**



SPONSORED / BLISSY
**This Pillowcase Is Quickly Becoming The Must-Have Gift Of 2021**
People usually want TVs, video games, the latest phones, and must-have electronics. But when waves of consumers started clamoring for our pillowcase, analysts everywhe...



SPONSORED / CRI GENETICS
**Montana Man Discovers He Has Oldest DNA In America**



Sponsored



NBC NEWS / NOW
**Mother battling Covid meets baby after giving**



NBC NEWS / VIDEO
**TikTok star pleads not guilty to killing**



NBC NEWS / VIDEO
**Neighbors mourn Florida high school**