# Exhibit 130

# The Washington Times
*America's Newspaper*

Subscribe | Sign In

News ▾ | Policy ▾ | Commentary ▾ | Sports ▾ | Special Reports ▾ | Events ▾ | Podcasts ▾ | Games ▾

 **Listen to the Front Page Podcast** — Get Thursday's top stories in less than 5 minutes

 **Biden caught with his rusty drawbridges down** — Charlie Hurt is Politically Unstable

 **NEW EPISODE: Ian Kershaw on German reunification** — From distant dream to stunning success

TRENDING: CHINA | DEPARTMENT OF JUSTICE | WHITE HOUSE | GLENN YOUNGKIN | MERRICK GARLAND | NATIONAL SCHOOL BOARD ASSOCIATION | NEW YORK | NEW YORK CITY | SUPREME COURT | WASHINGTON




HOME \ NEWS \ NATIONAL

# Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo



**Follow Us**

Search

**SIGN UP FOR OUR DAILY NEWSLETTERS**

enter address... [Submit]

Manage Newsletters



**FRONT PAGE PODCAST**

THE WASHINGTON TIMES FRONT PAGE
October 28, 2021

In this March 30, 2020 file photo, My Pillow CEO Mike Lindell speaks about the coronavirus in the Rose Garden of the White House in Washington. (AP Photo/Alex Brandon) more >

      

Print

By Andrew Blake - The Washington Times - Saturday, February 6, 2021

My Pillow CEO Michael J. Lindell faced resistance from several major digital platforms following the release Friday of a film he made about purported fraud in the 2020 U.S. presidential election.

YouTube and Vimeo removed copies of the film, "Absolute Proof," from their platforms, and Facebook applied labels to posts Mr. Lindell made about his movie warning users about its contents.

The two-hour-long film, which could easily be found elsewhere Saturday, consists of Mr. Lindell rehashing several conspiracy theories about the election that he has been amplifying since it ended.

## TOP STORIES

Former porn stars recall industry abuses, struggles

White House: Federal vaccine rule on big companies will be finalized 'soon'

Details of China info war revealed

YouTube pulled the video for violating its rules, but not before it had been viewed on the platform at least 16,000 times, according to a cached version of the page where it appeared.

"Per our presidential election integrity policy, we remove content uploaded after the safe harbor deadline that advances false claims that widespread fraud, errors or glitches changed the outcome of the 2020 U.S. presidential election," YouTube spokesperson Alex Joseph told The Washington Times. "We removed this video and its reuploads





RECOMMENDED

Liberal reporter asks McAuliffe a truly am... question

Trump ally Dan Bongino says radio show off-air amid vaccine fight



Virginia and New Jersey turn ugly for the Democrats

Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 2 of 10

uploaded after the safe harbor deadline that advances false claims that widespread fraud, errors or glitches changed the outcome of the 2020 U.S. presidential election," YouTube spokesperson Alex Joseph told The Washington Times. "We removed this video and its reuploads in accordance with this policy."


**Virginia and New Jersey turn ugly for the Democrats**


**One in four students OK with violence to stop free speech on campuses**


**'No SALT, no dice': Moderate Dems revolt after Biden axes blue state tax cut**


**Top Articles**
'No SALT, no dice': Moderate Dems revolt after Biden axes blue state tax cut

Rival service Vimeo removed a copy of the film as well, "for violating Vimeo's policies on posting content that claims that the 2020 presidential election was fraudulent or stolen or otherwise illegitimate," the company said in a statement it shared with The Times.

Facebook has allowed Mr. Lindell to share links on its social network and Instagram referring users to other sites where they can watch his film. However, it has placed those posts behind warning labels that say that independent fact-checkers have found the film contains false information and that claims made in the movie have "no basis in fact."

Mr. Lindell, an unwavering supporter of former President Donald Trump, was best known prior to the recent election as the


**Big Change Leaves Drivers Fuming**
Learn More

SPONSORED CONTENT

information and that claims made in the movie have "no basis in fact."

Mr. Lindell, an unwavering supporter of former President Donald Trump, was best known prior to the recent election as the mustachioed face and founder of the successful My Pillow bedding company.

But after pushing claims of voter fraud and repeatedly disputing President Biden's victory, Mr. Lindell has most recently gained notoriety for spreading related bogus claims and misinformation.

Indeed, Twitter banned Mr. Lindell last month after he repeatedly violated its rules prohibiting election misinformation, effectively denying him that platform as a means for promoting his movie.

Mr. Lindell, 59, offered little in response when asked to comment Saturday about being unable to share his film on services like YouTube and Vimeo.

"Watch this video and stay focused," Mr. Lindell told The Times in an email, along with a link to his personal site where the movie can still be viewed online. He declined to comment further.

Offline, One America News Network, an unabashedly pro-Trump network better known as "OAN," has been airing Mr. Lindell's movie on cable TV preceded by a disclaimer saying that he paid for the air-time.

Leaders of federal law enforcement and cybersecurity agencies during the Trump administration said they have found no evidence of any widespread fraud in the 2020 election. Mr. Trump's campaign and his allies filed scores of lawsuits arguing to the contrary, but none succeeded in court.

SPONSORED CONTENT



Doctor: "Doing This Every Morning Can Snap Back Sagging Skin (No Creams Needed)"



Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 4 of 10

the Trump administration said they have found no evidence of any widespread fraud in the 2020 election. Mr. Trump's campaign and his allies filed scores of lawsuits arguing to the contrary, but none succeeded in court.

**SIGN UP FOR DAILY NEWSLETTERS**

Copyright © 2021 The Washington Times, LLC. Click here for reprint permission.

Please read our comment policy before commenting.





### AROUND THE WEB


44 Gifts for the Grumpy Elf in Your Life


Worst Way To Retire: Just Avoid These 5 Blunders


Trump Supporter: My Free Pocket Watch


Bone on Bone Knee Pain? Try This, Says Top Doc


Doctor: This Cbd-rich Gummy Offers Better Relief Than Hemp Oil


This Revolutionary Portable Heater for Under $50 is Selling out in the Us


Chicago: New CBD Treatment is 5x More Effective and It's Delicious


One Key Detail on Archie's Birth Certificate Was Erased

Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 5 of 10











 

Times

  37 Comments

**Kyrsten Sinema protesters disrupt wedding in Bisbee, Arizona - Washington Times**



33 Comments

Load more articles



Walmart Cameras Caught These Pics

**STORY TOPICS**

ENTERTAINMENT_CULTURE
TECHNOLOGY_INTERNET
POLITICS
MICHAEL J. LINDELL
VIMEO

 





↑ Click to Hide ↑

**SPONSORED STORIES**

⬆ **Click to Hide** ⬆

**SPONSORED STORIES**


**If Your Dog Eats Dry Food, Do This Every Day**
ultimatedogfoodguide.com


**Here's to drinks delivered in under 60 minutes.**
Drizly


**New Senior Apartments Coming to...**
Senior Living | Search Ads

Recommended by Outbrain

**TOP STORIES**


Biden uses gesture liberals denounce as white supremacist


EXCLUSIVE: Youngkin jumps into lead in Va. governor's race, new poll shows: 'This is anyone's race'


Biden administration expands no-go zones where ICE can't arrest illegal immigrants


EXCLUSIVE: House Republicans launch probe into White House, school board group 'collusion'


Trump to attend World Series Game 4 in Atlanta this weekend


Cotton to Garland: 'Thank God you are not on the Supreme Court'




---

 Atlanta this weekend

 Cotton to Garland: 'Thank God you are not on the Supreme Court'

 McAuliffe's diss of parents is a disqualifier

 'Howdy': Nick Sandmann reminds Brian Stelter why conservatives distrust media

 Brett Favre repays $600,000 in welfare money, auditor says

 Biden drops expanding Medicare to cover dental, vision from budget bill

 Senior Army flight surgeon warns pilots could die in mid-flight from vaccine side effects

 DeSantis takes on Biden over COVID-19 limits ... and wins

feedback

 Easily compare 2021's best cards. What would you do with up to 5% cash back?




Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 9 of 10



CASE 0:22-cv-00098-JMB-JFD   Doc. 1-131   Filed 01/18/22   Page 11 of 11



NEWS | Policy | Commentary | Sports | Special Reports | Events | Podcasts | Games | Subscribe | Sign In

effects

 DeSantis takes on Biden over COVID-19 limits ... and wins



NEWSLETTERS
- Breaking News
- Jennifer Harper
- Today's Opinion
- Tammy Bruce
- Weekly
- Front Page Podcast
- Daily
- Bill Gertz
- Charles Hurt

[Email Address] [Submit]

Terms of Use / Privacy Policy / Manage Newsletters

**FIND US ON FACEBOOK**
The Washington Times
Opinion
Local
Sports

**FIND US ON TWITTER**
The Washington Times
Opinion
Local
Sports

Subscribe | Classifieds | E-edition | Customer Service | Careers | Terms | Privacy | RSS | Advertise | FAQ | About | Contact

All site contents © Copyright 2021 The Washington Times, LLC
3600 New York Avenue NE | Washington, DC 20002 | 202-636-3000



Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 10 of 10