# Exhibit 131

**INSIDER**

Log in   Subscribe

**US MARKETS OPEN**
In the news

▼ Dow Jones **+0.46%**    ▼ Nasdaq **+1.21%**    ▼ S&P 500 **+0.84%**    ▼ TSLA **+0.9%**    ▼ FB **+2.81%**


INSIDER — Join as a student today for only $29   SUBSCRIBE NOW

HOME  >  POLITICS

# Here's what happened at Mike Lindell's cyber symposium, from him storming offstage to Bolsonaro's son giving him a MAGA hat signed by Trump

**Grace Dean**  Aug 15, 2021, 8:30 AM



 


**Mike Lindell is a leading promoter of baseless voter-fraud conspiracy theories.**   Jabin Botsford/The Washington Post via Getty Images

- **Mike Lindell just held a 72-hour voter-fraud "cyber symposium" in Sioux Falls, South Dakota.**

- **Speakers included Ronald Watkins, Steve Bannon, and the son of Brazilian president Jair Bolsonaro.**

- **Here's what happened.**



Online ID Verification Service

Verify a customer anywhere around the globe on the world's largest ID network.

Trulioo          Open

- **See more stories on Insider's business page.**

## Lindell said the event would prove his voter-fraud theories

Document title: Mike Lindell&#39;s Voter-Fraud Cyber Symposium: the Key Moments
Capture URL: https://www.businessinsider.com/mike-lindell-voter-election-fraud-cyber-symposium-donald-trump-bolsonaro-2021-8
Capture timestamp (UTC): Thu, 28 Oct 2021 18:45:21 GMT

≡   Q                          **INSIDER**                    Log in    Subscribe

# Lindell said the event would prove his voter-fraud theories



**Lindell is a staunch Trump supporter.**  MANDEL NGAN/AFP via Getty Images

Mike Lindell, a leading promoter of baseless voter-fraud conspiracy theories, has spent months gathering information that he said would prove that China helped Joe Biden to "steal" the 2020 presidential election from Donald Trump.

This culminated in the MyPillow CEO holding a 72-hour "cyber symposium" in Sioux Falls, South Dakota, between Tuesday and Thursday.

Lindell claimed that he had 37 terabytes of information related to voter fraud to reveal at the cyber symposium, which was livestreamed on his website, Frank. He said he'd give $5 million to anyone who could disprove the data.



# INSIDER

Linden claimed that he had 37 terabytes of information related to voter fraud to reveal at the cyber symposium, which was livestreamed on his website, Frank. He said he'd give $5 million to anyone who could disprove the data, provided they attend the event in person.

## The event featured controversial speakers, as well as a documentary played on repeat



**Steve Bannon spoke at the event.** Grace Dean/Insider

Speakers at the event included Steve Bannon, as well as the son of Brazilian President Jair Bolsonaro.

***Read more:*** *The MyPillow guy says God helped him beat a crack addiction to build a multimillion-dollar empire. Now his religious devotion to Trump threatens to bring it all crashing down.*

And in between speeches, attendees watched a series of videos. This included watching the same conspiracy

Document title: Mike Lindell&#39;s Voter-Fraud Cyber Symposium: the Key Moments
Capture URL: https://www.businessinsider.com/mike-lindell-voter-election-fraud-cyber-symposium-donald-trump-bolsonaro-2021-8
Capture timestamp (UTC): Thu, 28 Oct 2021 18:45:21 GMT



# INSIDER

And in between speeches, attendees watched a series of videos. This included watching the same conspiracy theory-filled documentary four times on Tuesday, Salon reporter Zachary Petrizzo said.

*CORRECTION:  An earlier version of this article incorrectly stated that Raheem Kassam spoke at the event. He instead attended the event in his capacity as a journalist. We apologise for the error.*

## Jair Bolsonaro's son gave Lindell a MAGA hat signed by Trump



**Eduardo Bolsonaro gave a speech at the event.**  Grace Dean/Insider

Eduardo Bolsonaro, the son of Brazilian President Jair Bolsonaro, gave Lindell a "Make America Great Again" hat he said was signed by Trump, on Tuesday.

Bolsonaro, gave Lindell a "Make America Great Again" hat he said was signed by Trump, on Tuesday.

The hat was signed "to Mike, a great patriot," Lindell said, adding, "Thank you, Mr. President, our real president."

Bolsonaro then gave a speech about voter fraud in Brazil. Jair Bolsonaro has suggested that Brazil's voting machines were used to rig the country's elections, leading to the country's election authority launching an investigation into Bolsonaro.

## Lindell once against blasted Fox News



**Lindell was formerly one of the biggest advertisers on Tucker Carlson's show.**
Fox News; Jabin Botsford/The Washington Post via Getty Images

Throughout the event Lindell slammed multiple news outlets – including another attack on Fox News where he implied that he wouldn't trust the network to report the

Throughout the event Lindell slammed multiple news outlets – including another attack on Fox News where he implied that he wouldn't trust the network to report the weather.

"I said the other day they should be a weather channel," the MyPillow CEO said Tuesday, per The Washington Times. "And the next day I changed my mind because they wouldn't report an oncoming storm."

Lindell has clashed with Fox News several times over the past few months after the outlet stepped up its content moderation and refused to cover some of his debunked theories about the 2020 presidential election.

This culminated in Lindell pulling MyPillow's advertisements from Fox News last month after it refused to air ads for his cyber symposium. Lindell was formerly one of the biggest advertisers on Tucker Carlson's show.

A spokesperson for Fox News told CNN that the network hadn't sent a reporter to cover the symposium.

## Lindell invited a reporter to interview him on stage, before called him a "cancer"



INSIDER



**Lindell ranted about a Salon reporter from the main stage.** AP Photo/Manuel Balce Ceneta

But Fox News wasn't the only outlet in the firing line.

Lindell has repeatedly sparred with Salon reporter Zachary Petrizzo during interviews, phone calls, and livestreams.

After ranting about Petrizzo's work on stage Tuesday, including calling his articles "hit jobs," Lindell texted him later that night inviting him for an interview.

"Zach go write your garbage, and then we will interview on stage," the text message read.

But on Wednesday, Lindell took back the offer.

"Lose my number. You are a cancer to our country," he texted Petrizzo, before calling him "insane."

Insider viewed screenshots of the messages.



Insider viewed screenshots of the messages.

## Lindell fled the stage after a judge ruled Dominion could proceed with its lawsuit against him



Lindell rushed offstage when news broke that the $1.3 billion defamation suit voting-machine company Dominion filed against him would go ahead.

Lindell attempted to have the defamation lawsuit dismissed, but a US district judge ruled on Wednesday the suit could proceed in full.

Lindell attempted to have the defamation lawsuit dismissed, but a US district judge ruled on Wednesday the suit could proceed in full.

"After news emerged at about 6 p.m. on Wednesday that his attempt to have the lawsuit dismissed was unsuccessful, Lindell was seen on video getting off his seat and rushing off the stage abruptly, disappearing behind a dark curtain," Insider's Cheryl Teh reported.

The livestream was instead replaced by a video reel showing articles about voter fraud, alongside an image of Lindell hugging a pillow.

## A reporter was reportedly removed from the event — but snuck back in



**Lindell's security frog-marched the reporter out of the event.** Drew Angerer/Getty Images



**INSIDER**

Log in    Subscribe

**Lindell's security frog-marched the reporter out of the event.** Drew Angerer/Getty Images

According to Salon's Petrizzo, a reporter from far-right outlet The Gateway Pundit was "frog-marched" out of the event Wednesday afternoon.

Petrizzo told Insider that the reporter has been "super rude" and "very aggressive" towards another journalist. Petrizzo said the Pundit reporter also shoved a camera in his face and surreptitiously recorded his laptop.

The Pundit did not immediately respond to Insider's request for comment.

## Lindell said he got attacked and claimed Antifa was trying to infiltrate the event





2:41 PM · Aug 12, 2021                                                                ⓘ

♡ 465        💬 225        🔗 Copy link to Tweet

        Tweet your reply

Lindell said on Thursday morning that he had been attacked on Wednesday night when he got back to his hotel room.

A Sioux Falls Police Department spokesperson told The Associated Press that his officers had taken a report about an assault at a hotel near the symposium at 11.30 p.m. on Wednesday. They did not say whether Lindell was involved in the incident.

Retired army colonel Phil Waldron said that they had received "credible threat warnings" around two weeks beforehand, and that they had "somebody working in the crowd ... detecting threats."

He added that there were "really radical folks outside trying to penetrate" the event and that attendees were exchanging press badges in the parking lot.

"The big end game is to discredit all the legislators who have had the courage to be here," Waldron said. "They're

Log in    Subscribe

"The big end game is to discredit all the legislators who have had the courage to be here," Waldron said. "They're obviously trying to subdue the message that Mike's trying to get out."

"So this is a typical insurrection-type activity," he added.

Lindell also said that his staffers had told him that "Antifa things" were trying to infiltrate the event.

Lindell's website Frank sent out an email to subscribers Thursday afternoon with the subject: "Mike Lindell and His Cyber Symposium Attacked — Please Share Everywhere."

The email included video footage of Lindell talking about the attack at the event and Waldron speaking about the alleged security threats.

## The event also included prayers and the national anthem



**Khaya Himmelman** ✔
@KhayaHimmelman

Day 2 of the "cyber forensic symposium" begins with morning prayers and the national anthem. Lindell then tells the audience he's upset the media hasn't yet reported on any of the "evidence."



2:52 PM · Aug 11, 2021   ⓘ

♡ 204    💬 55    🔗 Copy link to Tweet

**Tweet your reply**

Before launching into a series of speeches, the second day of the symposium started with morning prayers and the national anthem, The Dispatch's Khaya Himmelman said.

## The size of the audience dwindled over the course of the event, according to reports



Zachary Petrizzo ✔
@ZTPetrizzo                                              🐦

As Mike Lindell talks about his "evidence" on day two, the crowd wasn't having it and has mostly left.

**INSIDER**

crowd wasn't having it and has mostly left.



12:24 AM · Aug 12, 2021    ⓘ

♡ 14.6K    ○ 1.8K    🔗 Copy link to Tweet

**Tweet your reply**

Salon's Petrizzo reported on the first day of the event there were "a ton of Republican state legislators and their staffs."

But not many attendees stayed until the end of the symposium.

Petrizzo said the next day that the crowd had mostly left. "Only about half of the crowd here on day two is back for the third day," he added Thursday.

*CORRECTION: An earlier version of this article incorrectly stated that Raheem Kassam spoke at the event. He instead attended the event in his capacity as a journalist. We apologise for the error.*



*stated that Raheem Kassam spoke at the event. He instead attended the event in his capacity as a journalist. We apologise for the error.*

NEWSLETTER

## Get a daily selection of our top stories based on your reading preferences.

Email address

SIGN UP

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

More: Mike Lindell   Frank   MyPillow   Frank Speech ∨

## TOP STORIES

Promoted Links



Hooters adjusts policy to make controversial new shorts optional







## Best & Worst Refinance Mortgage Companies Of 2021

Best & Worst Refinance Mortgage Companies Of 2021

Comparisons.org

Sponsored



**Hooters adjusts policy to make controversial new shorts optional**



**Man woke with a bat on neck, refused rabies shots, and died**



**SpaceX plans to race remote-controlled cars on the moon in 2021, and has drafted in a legendary Ferrari designer to help**





SpaceX plans to race remote-controlled cars on the moon in 2021, and has drafted in a legendary Ferrari designer to help



**Best Travel Credit Cards of 2021**
Enjoy perks like $0 annual fees and up to 60,000 bonus points. Redeem poi...
Sponsored by NerdWallet



**Why are Accredited Investors backing startups in 2021?**
Companies are staying private longer than ever, leaving everyday investors o...
Sponsored by OurCrowd



**See a side-by-side of 2021's best cash back cards.**
What would you do with more cash back and $0 annual fees? Check out this year's best cards. Terms apply.
Sponsored by NerdWallet



**Hasbro CEO Brian Goldner dies at 58, days after taking medical leave**



**Woman leading $600m suit against Pornhub speaks out: 'My sexual abuse as a child is immortalized in videos,' she told CityNews**






**Fox News' John Roberts deletes Colin Powell tweet, clarifies that he's pro-vaccine**



**Alaska state senator who was banned from airline for refusing to wear a mask tests positive for COVID-19**



**Common COVID-19 booster side effects from Pfizer, Moderna, J&J**



**5-star restaurant boss baffled that it has no customers, faces closure**







**CNN's John King reveals he has multiple sclerosis and says he's grateful for his colleagues who got vaccinated**



**Jen Psaki 'one of the best press secretaries': Fox News Chris Wallace**



**Business Insider's top cash-back credit cards of 2020**



**Man Who Called 2020 Crash Issues New Warning**
Sponsored by Stansberry Research



**Biden Should Defund States Restricting Voting Rights**
Sponsored by MSNBC Daily







## Teens Mock Boy At Burger King, Don't Notice Man On Bench

Sponsored by Sizzlfy



## Bidens attend their nephew's wedding to former Real Housewives TV star



## A popular Singaporean prefab tiny home maker has unveiled its latest futuristic $98,000 smart home — see inside the Cube Two X



## Elizabeth Holmes trial: juror dismissed for playing Sudoku: report



## Here's the Deal With Crepitus, That Cracking Sound Your Joints Make

Sponsored by Self



## Amazon Has Millions of Prime Subscribers — But Few Know About

Sponsored by Capital One Shopping



Document title: Mike Lindell&#39;s Voter-Fraud Cyber Symposium: the Key Moments
Capture URL: https://www.businessinsider.com/mike-lindell-voter-election-fraud-cyber-symposium-donald-trump-bolsonaro-2021-8
Capture timestamp (UTC): Thu, 28 Oct 2021 18:45:21 GMT

Log in     Subscribe



**The most unusual, extravagant ways tech executives like Larry Ellison and Elon Musk have spent their money**



**Here Are 23 of the Coolest Gifts for This 2021**
23 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out
Sponsored by TrendingGifts



**Montana Man Discovers He Has Oldest DNA in the United States**
Sponsored by CRI Genetics



**TX GOP candidate says COVID-19 made him want to fight vaccine mandates**







**3 reasons there's a labor shortage, according to Biden labor secretary**



**Navy sells 2 aircraft carriers to scrap dealers for a cent each**



**Nike Jordan chairman Larry Miller says he shot an 18-year-old in 1965**



**Too Much Throat Phlegm?**
Sponsored by SaneMD



**Here Are The 27 Coolest Gifts For 2021**
Sponsored by Top Tech Today





# INSIDER

Log in    Subscribe



### How Can You Pay Off $10,000 in Debt? Compare Personal Loans

You may be eligible for a personal loan with a better rate and could possibly lower your payments while you pay down your debt.

Sponsored by NerdWallet



**Florida Gov. Ron DeSantis announced that his wife, Casey, has been diagnosed with breast cancer**



**Doug Mastriano suggests COVID-19 vaccines are not true vaccines**



**An anti-vax doctor who's one of the biggest spreaders of COVID-19 disinformation says he doesn't lose sleep if his remarks cause death**



**Most Dog Owners Don't Know This Sign of Illness (It's More Common**

Sponsored by www.dogfoodexposed.com



**Couple Open Wedding Gift After 7 Years And It Changes Their Marriage**

Sponsored by People Today



**Most Dog Owners Don't Know This Sign of Illness (It's More Common**
Sponsored by www.dogfoodexposed.com

**Couple Open Wedding Gift After 7 Years And It Changes Their Marriage**
Sponsored by People Today



**Elon Musk is officially richer than Mark Zuckerberg after Tesla's addition to the S&P 500 sent its stock price soaring**



**Top Doctor: This Simple Tip Helps Melt Deep Fat Off Your Body**
Sponsored by LCR Health



**3 Toxic Foods For Dogs: The One Meat You Should Never Feed Your**
Sponsored by www.thecaninecode.com



**Theranos founder Elizabeth Holmes merch is gaining popularity, making fun of the 'girlboss'**






INSIDER   Log in   Subscribe

Theranos founder Elizabeth Holmes merch is gaining popularity, making fun of the 'girlboss'



**Latest news: Alec Baldwin's prop gun contained 'live round'**



**Melania Trump nicknamed 'Rapunzel' by secret service, book says**



California ports aren't the only ones with record ship backlogs



**The Richest Family in Every U.S. State**
Sponsored by FamilyMinded



**20 US Maps That Sum Up The USA**
Sponsored by Oceandraw



**Home Depot Billionaire: Big Problem for America**

Sponsored by Stansberry Research



**Grisham: Trump 'frequently said insane things to foreign leaders'**



**Stephanie Grisham called Lindsey Graham 'Senator Freeloader' and said he would show up at Mar-a-Lago to 'stuff his face with free food': book**



**American Airlines said a flight was diverted after a male passenger 'physically assaulted' a female flight attendant**



**Do You Have An Old Cat - Vet Says Do This For A Stronger Body**

Sponsored by www.catfoodexposed.com



**See How Your Dog's Food Compares to BLUE**

Sponsored by Blue Buffalo

---

Document title: Mike Lindell&#39;s Voter-Fraud Cyber Symposium: the Key Moments

Capture URL: https://www.businessinsider.com/mike-lindell-voter-election-fraud-cyber-symposium-donald-trump-bolsonaro-2021-8

Capture timestamp (UTC): Thu, 28 Oct 2021 18:45:21 GMT

Page 27 of 38

**Do You Have An Old Cat - Vet Says Do This For A Stronger Body**

Sponsored by www.catfoodexposed.com

**See How Your Dog's Food Compares to BLUE**

Sponsored by Blue Buffalo



**9 ways to get Amazon discounts and rewards year-round**





**The Actual Cost of Tub to Shower Conversion May Surprise You**

Sponsored by Bath Planet Chicago

**Have An Old Cat? Top Vet Says To Do This**

Sponsored by Ultimate Pet Nutrition



**Stephanie Grisham says it was a mistake to work for Trump**



# INSIDER



**15 Most Gorgeous Mountain Towns in America**
Sponsored by Thrillist



**Ranked: The Unfriendliest States In America**
Sponsored by MoneyWise.com



**Need a Personal Loan? Find your rate today**
Even if you have poor credit, getting a personal loan is still possible. Find the...
Sponsored by NerdWallet





INSIDER









Business | Life | News

# Come to Insider for business news, stay for all the rest.

SUBSCRIBE NOW



Log in   Subscribe



Document title: Mike Lindell&#39;s Voter-Fraud Cyber Symposium: the Key Moments
Capture URL: https://www.businessinsider.com/mike-lindell-voter-election-fraud-cyber-symposium-donald-trump-bolsonaro-2021-8

INSIDER







**INSIDER**



Document title: Mike Lindell&#39;s Voter-Fraud Cyber Symposium: the Key Moments
Capture URL: https://www.businessinsider.com/mike-lindell-voter-election-fraud-cyber-symposium-donald-trump-bolsonaro-2021-8
Capture timestamp (UTC): Thu, 28 Oct 2021 18:45:21 GMT