# Exhibit 137



Document title: (20) Mary Fanning Kirchhoefer | LinkedIn
Capture URL: https://www.linkedin.com/in/mary-fanning-kirchhoefer-583a181b/
Capture timestamp (UTC): Wed, 27 Oct 2021 14:31:25 GMT
Page 1 of 3



