# Exhibit 142

  



# The MyPillow Guy's Net Worth Is Even Higher Than You Think



Hannah Foslien/Getty Images

BY **JOEY KEOGH** / JUNE 17, 2020 5:55 PM EDT / UPDATED: JAN. 26, 2021 7:15 PM EDT

Mike Lindell's success story is anything but run of the mill. The entrepreneur, who is the founder and creator of MyPillow Inc., was previously addicted to drugs before, according to Lindell, God helped him both straighten up his act and provided inspiration with the best idea in the world. As he told CNBC, when it comes to his life story, "People say all the time that's one of the biggest miracles ever."



The proud Minnesota native has worked tirelessly his whole life to make something of



AD
CLICK TO SKIP THE ADS

The proud Minnesota native has worked tirelessly his whole life to make something of himself, though Lindell admits he failed at everything on the road to founding MyPillow, even getting fired from the local grocery store as a teenager. He didn't finish college either, but nowadays the self-made man is proving all his doubters wrong to the tune of millions of dollars. When it comes to the MyPillow Guy, he is quite literally resting on a fortune.

## The MyPillow guy is a self-made millionaire

As CNBC notes, Mike Lindell knew nothing about making pillows when he set out to bring his creation to life, cutting up foam and testing various iterations before the design was completed. He set up a kiosk at the local mall but sold less than a hundred pillows. Thankfully, one of those buyers ran a local home show in Minneapolis and, after inviting Lindell to join him there, he sold out completely.

Category : Safety
SHOP NOW
Supplies and Solutions for Every Industry®
GRAINGER



Lindell to join him there, he sold out completely.

Make Your Holidays Happen with Consumer Reports

MyPillow was founded proper in 2004. Lindell is the inventor and patent owner of the pillow's unique design, according to Celebrity Net Worth, and has grown his company from a workforce of five to over 1,000. The company's first infomercial, released in 2011, cost around $500,000 and aired approximately 200 times a day. Over the following year, Lindell reportedly sold $100 million worth of pillows. MyPillow Inc. now generates a whopping $280 million in revenue per year.

Lindell subsequently branched out into beds, linen, and pet beds, and has manufactured around 30 million pillows to date. As he told CNBC, "I look back now, and I go, 'The only way that we were able to do that was divine intervention.'" Whether it was divine intervention or not, Lindell's gamble paid off, as Celebrity Net Worth puts his fortune at an estimate of $300 million.

## Mike Lindell's Trump connection may hurt his bottom line





CASE 0:22-cv-00098-JMB-JFD Doc. 1-143 Filed 01/18/22 Page 5 of 16

Drew Angerer/Getty Images

Mike Lindell's close relationship with President Trump was evident throughout his reign. However, in early January 2021, following the Capitol insurrection, it became a public concern. As *The Independent* reported, Lindell was photographed waiting for a meeting at the White House holding notes reading "martial law if necessary." The MyPillow CEO was a vocal Trump supporter throughout his presidency, frequently tweeting to double down on some of the commander in chief's wilder claims (and deleting them later). Lindell also spoke at the Republican National Convention. The MyPillow guy's allegiance to Trump may cost him in the long run, however.

As *Fox9* reported, Bed Bath and Beyond, Kohl's, Wayfair, and HEB all dropped MyPillow products from stores after Lindell's repeated claims of voter fraud in the 2020 presidential election. "They're trying to cancel me out," Lindell told the Right Side Broadcasting Network (via *Newsweek*). As *Forbes* points to, there are numerous posts on social media calling for a boycott of MyPillow. Although it's difficult to ascertain how much business will be impacted in the long run, as one of Trump's most dedicated supporters, MyPillow "could potentially also be among the most vulnerable" going forward.

*Recommended*






Inside The MyPillow Guy's Relationship With His E...

The Best Running Gags On That '70s Show

The Tragedy Of Mark Ruffalo Is Really Beyond Heartbreaking

The Truth About Martha & Snoop Is Finally Revealed

Celebrity Couple Fights Caught On Camera For The World To See

*Next Up*

# Inside The MyPillow Guy's Relationship With His Ex-Wife

Stephen Maturen/Getty Images

BY **JOEY KEOGH** / JUNE 8, 2020 2:16 PM EDT / UPDATED: JAN. 27, 2021 4:02 PM EDT

Category : Material Handling
SHOP NOW
Supplies and Solutions for Every Industry®
GRAINGER.

Document title: The MyPillow Guy's Net Worth Is Even Higher Than You Think
Capture URL: https://www.thelist.com/218830/the-mypillow-guys-net-worth-is-even-higher-than-you-think/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:50:24 GMT
Page 5 of 15

Michael Lindell, aka the MyPillow guy, is the founder and creator of MyPillow Inc. He's also a good friend of President Trump and a magnet for controversy. In fact, the Better Business Bureau revoked the company's accreditation and lowered its rating to an "F" after a raft of complaints about the company's seemingly never-ending BOGO (Buy One Get One) promotions (via *USA Today*).

The CEO has made some dodgy claims about his supposed miracle pillows over the years, claiming they could cure a whole host of sleep-related disorders, including sleep apnea and insomnia. As a result, in November 2016, MyPillow Inc. had to pay a reported $1 million fine for false advertising, according to *NBC News*. Aside from making dubious claims about his product, the self-professed "sleep expert," who has no formal medical training, has also endured a difficult and tumultuous love life. He had a rocky divorce from his first wife, whom he was married to for more than 20 years, according to *The Wealth Record*, while his second marriage lasted just two weeks.

## The MyPillow guy's ex-wife accused him of being boring





Inside The MyPillow Guy's Relationship With His E...

Chip Somodevilla/Getty Images

As reported by *Star Tribune*, Lindell divorced his second wife, Dallas Yocum, just a couple weeks after they tied the knot in 2013. As the MyPillow creator recalled, he told Yocum she was "distant" and "distraught" while they were out together. "She looked at me while I was driving and said, 'I don't love you. I never loved you. You're boring. We don't have anything in common, and you've ruined the last two years of my life,'" Lindell claimed his ex-wife told him.

Final Month to Invest
Invest in the future of kitchen automation.
MISOROBOTICS
INVEST NOW

Yocum also complained about living in Minnesota with Lindell, far away from her loved ones — even though, according to the Trump supporter, a number of her family members actually relocated there and were working for MyPillow at the time.

## Mike Lindell's second marriage lasted just two weeks

Category : Cleaning and Janitorial
SHOP NOW
Supplies and Solutions for Every Industry®
GRAINGER.

Document title: The MyPillow Guy's Net Worth Is Even Higher Than You Think
Capture URL: https://www.thelist.com/218830/the-mypillow-guys-net-worth-is-even-higher-than-you-think/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:50:24 GMT
Page 7 of 15



Inside The MyPillow Guy's Relationship With His E...

Justin Sullivan/Getty Images

Lindell filed for divorce from Yocum in mid-July, following their June wedding in 2013. The MyPillow CEO admitted that, when he looked back at photographs of the couple during their two year relationship, "She doesn't have the same look I have, that's for sure." Lindell took it all in stride, however, assuring *Star Tribune* that he was gaining strength with each day that passed.

Shark
HyperAIR
Ultra-fast drying.
No heat damage.
Buy now

"I have not [gotten] angry," he insisted, noting he was simply sad about what had happened. Lindell, who has a strong Christian faith and has credited God with getting him to finally quit his addiction to crack cocaine (via CNBC), told *Star Tribune* that his faith got him through once again, describing his coping mechanism as "a lot of prayer."

## The divorce blindsided the MyPillow guy

Document title: The MyPillow Guy's Net Worth Is Even Higher Than You Think
Capture URL: https://www.thelist.com/218830/the-mypillow-guys-net-worth-is-even-higher-than-you-think/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:50:24 GMT
Page 8 of 15



Inside The MyPillow Guy's Relationship With His E...
CASE 0:22-cv-00098-JMB-JFD Doc. 1-143 Filed 01/18/22 Page 10 of 16

Hannah Foslien/Getty Images

Still, Lindell definitely didn't see the break-up coming, describing himself as "blindsided" by Yocum's behavior to *Star Tribune*. He even flew to see her in the middle of the night after Yocum stopped responding to him. "Then people started telling me stuff out of the woodwork," he said. "People told me at the wedding she told people, 'I'm not going to be married very long. This is very short-lived.'"

Original Movie
nickelodeon
The SpongeBob Movie
Sponge on the Run
Family Fun on
Paramount+
TRY IT FREE

According to Lindell, "Everybody's got a story about how something wasn't quite right. She didn't have that gleam in her eye, she didn't have any stories to tell." At least there was a prenuptial agreement in place, so Lindell's massive fortune was safe. Yocum did, however, reportedly take the wedding ring with her, which Lindell said "was worth a lot." She was also on company payroll, according to Lindell, in spite of not actually working for them.

## The MyPillow guy has found love once again

CHANGED
EVERYTHING

Document title: The MyPillow Guy's Net Worth Is Even Higher Than You Think
Capture URL: https://www.thelist.com/218830/the-mypillow-guys-net-worth-is-even-higher-than-you-think/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:50:24 GMT
Page 9 of 15

CASE 0:22-cv-00098-JMB-JFD Doc. 1-143 Filed 01/18/22 Page 11 of 16


Maury Phillips/Getty Images

By all accounts, Lindell has been very unlucky in love. As *Bloomberg* notes, his first marriage broke up due to the MyPillow CEO's drug addiction. Lindell even lost their family home over his issues. Thankfully, over a decade on from getting clean, the self-made businessman is in a much better place. Although he endured another divorce, Lindell eventually came out the other side, finding happiness with girlfriend Kendra Reeves. In an interview with the Salvation Army's *SA Connects*, the Minnesota native credited Reeves with turning his life around.




The two met in 2014 and she encouraged Lindell to rely on his faith more. "I would say, 'Well, I believe in God.' But it was different with her. I was watching her, and I said, 'Wow, I want what she has.' I didn't have that relationship with Jesus that she did," he told the outlet. After attending a spiritual retreat a few years later, Lindell rediscovered his faith and everything changed dramatically for him.

It's unclear whether the couple is still together, however. They didn't publicly confirm a breakup, but Reeves has disappeared from Lindell's social media.

## Jane Krakowski is not dating the MyPillow guy





Drew Angerer, John Lamparski/Getty Images

The MyPillow guy may have finally found the right woman, but in early 2021 reports swirled that he'd been romantically involved with somebody else along the way — someone entirely unexpected. The *Daily Mail* alleged Lindell had previously enjoyed a nine-month-long fling with *30 Rock* star Jane Krakowski. Her friends reportedly found the whole thing hilarious. Krakowski, herself, shared in the hilarity, releasing a statement to *People* that she had never met the MyPillow CEO. "She is not and has never been in any relationship with him, romantic or otherwise," Krakowski's rep advised.

The statement cheekily added, "She is, however, in full-fledged relationships with Brad Pitt, Regé-Jean Page, and Kermit the Frog and welcomes any and all coverage on those."

Lindell was less amused, with the *Daily Beast* reporting he'd hired an attorney to sue the *Mail* for the story. "I'm not just going for a demand letter or a retraction," Lindell said. "I want to go after them with a lawsuit because they have damaged my integrity as a Christian and my network to help addicts everywhere." Hopefully his faith can help him get through this difficult time, too.

want to go after them with a lawsuit because they have damaged my integrity as a Christian and my network to help addicts everywhere." Hopefully his faith can help him get through this difficult time, too.

*Recommended*

Donald And Melania's Post-Presidency Life Will Leave You Stunned

The Cast Of Spirit Untamed Open Up About Empowering Women

Chrissy Metz's Transformation Has Left Us All Utterly Stunned

Lilibet's Birth Certificate Revealed Something Big About Meghan

*Next Up*

# The Truth About The MyPillow Pillow





The Truth About The MyPillow Pillow

YouTube

BY CHRISTINE-MARIE LIWAG DIXON / MARCH 31, 2020 11:53 AM EDT

Not all pillows are created equal. Take, for example, the MyPillow pillow which, according to the guarantee on its website, is the most comfortable pillow out there. If you've ever stayed up late at night flipping through TV channels, there's a good chance you've run across a MyPillow informercial or three. You may have even picked up the phone to order one, in which case you can decide for yourself if MyPillow is everything it's hyped up to be. If you've never tried out a MyPillow, though, you're probably curious about the product.

CharlotteTilbury
SHOP NOW
NEW! GIFT MAGIC!
GIFT LOVE! GIFT JOY! GIFT KINDNESS!

Is the MyPillow pillow really that great? As MyPillow inventor and CEO Mike Lindell wrote on the product's website, he created the MyPillow because he was in search of a truly comfortable pillow that wouldn't go flat. "I would wake up in the morning with a sore arm, my neck would hurt, my fingers would be numb, I would toss and turn all night not knowing why," he said.

## Not everyone is impressed with the MyPillow pillow

Document title: The MyPillow Guy's Net Worth Is Even Higher Than You Think
Capture URL: https://www.thelist.com/218830/the-mypillow-guys-net-worth-is-even-higher-than-you-think/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:50:24 GMT
Page 13 of 15



While MyPillow is marketed as the perfect pillow and makes steady sales, not everyone is impressed with it. MyPillow's ratings aren't quite what you'd expect from "the most comfortable pillow you'll ever own." Amazon users have given it 3.5 stars out of five, while only one-third of *Consumer Reports* staffers who owned a MyPillow said they would buy one again.

MyPillow has also come under fire for claiming that the MyPillow can cure users of a range of illnesses. According to *Truth In Advertising*, MyPillow was once touted as being able to cure insomnia, sleep apnea, and restless leg syndrome, while customer testimonials preached MyPillow's ability to treat even more conditions including anxiety, menopause, cerebral palsy, and PTSD. In 2016, the MyPillow company agreed to stop marketing the product's unsubstantiated health benefits, and was also made to pay more than $1 million in penalties.

While there may very well be people who find that MyPillow is the most comfortable pillow they've ever slept on, this seems to largely be a matter of preference. At the end of the day, MyPillow appears to be just another pillow.





MyPillow appears to be just another pillow.

CharlotteTilbury
SHOP NOW
NEW! GIFT MAGIC!
GIFT LOVE! GIFT JOY! GIFT KINDNESS!

*Recommended*

Why Angelina Jolie's Daughter Is Making Us Do A Double Take

The Actress Who Played Annie Is Staggeringly Gorgeous In 2021

Jamie Lee Curtis Gets Candid About Plastic Surgery

Lilibet Diana's Birth Certificate Has An Unexpected Detail On It

*Next Up*

# False Things About Sleep You Always Thought Were True

