IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,

    Plaintiffs,

v.

MICHAEL J. LINDELL and MY PILLOW, INC.,

    Defendants.

Case No. _____

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    I, the undersigned counsel of record for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, certify to the best of my knowledge and belief, the following:

- SGO Corporation Limited does not have a parent company.

- SGO Corporation Limited does not have 10% or more stock owned by a publicly held corporation.

    These representations are made in order that the judges of this Court may determine the need for recusal.

1

Dated: January 18, 2022　　　　　　　/s/ *William E. Manske*
Christopher K. Larus
　Minnesota Bar No. 0226828
　CLarus@robinskaplan.com
William E. Manske
　Minnesota Bar No. 0392348
　WManske@robinskaplan.com
Emily J. Tremblay
　Minnesota Bar No. 0395003
　ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

J. Erik Connolly (*pro hac vice forthcoming*)
　EConnolly@beneschlaw.com
　Illinois ARDC No. 6269558
Nicole E. Wrigley (*pro hac vice forthcoming*)
　Illinois ARDC No. 6278749
　NWrigley@beneschlaw.com
Maura T. Levine-Patton (*pro hac vice forthcoming*)
　MLevine-patton@beneschlaw.com
　Illinois ARDC No. 6330026
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*