IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. _____ |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, certify to the best of my knowledge and belief, the following:

- Smartmatic International Holding B.V. is owned 100% by SGO Corporation Limited.

- Smartmatic International Holding B.V. does not have 10% or more stock owned by a publicly held corporation

These representations are made in order that the judges of this Court may determine the need for recusal.

1

| | |
|---|---|
| Dated: January 18, 2022 | /s/ *William E. Manske*<br>Christopher K. Larus<br>   Minnesota Bar No. 0226828<br>   CLarus@robinskaplan.com<br>William E. Manske<br>   Minnesota Bar No. 0392348<br>   WManske@robinskaplan.com<br>Emily J. Tremblay<br>   Minnesota Bar No. 0395003<br>   ETremblay@robinskaplan.com<br>**ROBINS KAPLAN LLP**<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181<br><br>J. Erik Connolly (*pro hac vice forthcoming*)<br>   EConnolly@beneschlaw.com<br>   Illinois ARDC No. 6269558<br>Nicole E. Wrigley (*pro hac vice forthcoming*)<br>   Illinois ARDC No. 6278749<br>   NWrigley@beneschlaw.com<br>Maura T. Levine-Patton (*pro hac vice forthcoming*)<br>   MLevine-patton@beneschlaw.com<br>   Illinois ARDC No. 6330026<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: (312) 212-4949<br><br>*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited* |