## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL,<br><br>    *Defendants*. | Case No. 0:22-cv-00098-WMW-JFD |

## **DEFENDANT MICHAEL J. LINDELL'S MOTION TO DISMISS**

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Michael J. Lindell ("Lindell") moves to dismiss the Complaint (ECF No. 1) against Lindell in its entirety.

2. Arguments in support of this Motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant Michael J. Lindell's Motion to Dismiss and Exhibits in support of that Memorandum of Law.

3. Defendant Michael J. Lindell respectfully requests the opportunity for oral argument on his motion.

2

Dated: March 21, 2022.	**MOHRMAN, KAARDAL & ERICKSON, P.A.**

/s/*William F. Mohrman*
William F. Mohrman, Atty. No. 168816
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone:	(612) 341-1074
Email:	mohrman@mklaw.com

*Counsel for Defendant Michael J. Lindell*