**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| SMARTMATIC USA CORP., | ) | |
| SMARTMATIC INTERNATIONAL | ) | |
| HOLDING B.V., and SGO | ) | |
| CORPORATION LIMITED, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 0:22-cv-00098-WMW-JFD |
| | ) | |
| MY PILLOW, INC. and | ) | |
| MICHAEL J. LINDELL, | ) | |
| | ) | |
| *Defendants*. | ) | |

**NOTICE OF HEARING ON DEFENDANT
MICHAEL J. LINDELL'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant Michael J. Lindell's Memorandum of Points and Authorities in Support of Defendant Michael J. Lindell's Motion to Dismiss ("Motion to Dismiss") is being filed in accordance with the directions received from the Presiding Judge's courtroom deputy.

A hearing on Defendant's Motion to Dismiss will take place on May 26, 2022 at 10:30 a.m. in the Courtroom 7A at the St. Paul federal courthouse (Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street - Suite 100, St. Paul, MN 55101), before Presiding Judge Wilhelmina M. Wright.

Defendant, Michael J. Lindell, will move the Court for an Order to grant Defendant's Motion to Dismiss.

1

Dated:  March 21, 2022.                    **MOHRMAN, KAARDAL &**
                                           **ERICKSON, P.A.**

                                           /s/*William F. Mohrman*
                                           William F. Mohrman, Atty. No. 168816
                                           150 South 5th Street, Suite 3100
                                           Minneapolis, MN 55402
                                           Telephone:    (612) 341-1074
                                           Email:        mohrman@mklaw.com

                                           *Counsel for Defendant Michael J.*
                                           *Lindell*