# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> MY PILLOW, INC. and MICHAEL J. LINDELL, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 0:22-cv-00098-WMW-JFD |

## LR 7.1(f) CERTIFICATE OF COMPLIANCE

I, William F. Mohrman, certify that the Memorandum of Points and Authorities in Support of Defendant Michael J. Lindell's Motion to Dismiss contains 8,630 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h). The word count was obtained by utilizing the word count function in Microsoft Word 2016.

Dated:  March 21, 2022.                    **MOHRMAN, KAARDAL & ERICKSON, P.A.**

/s/*William F. Mohrman*
William F. Mohrman, Atty. No. 168816
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone:   (612) 341-1074
Email:          mohrman@mklaw.com
*Counsel for Defendant Michael J. Lindell*

1