IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL,<br><br>    *Defendants*. | Case No. 0:22-cv-00098-WMW-JFD |

## INDEX OF EXHIBITS IN SUPPORT OF
## DEFENDANT MICHAEL J. LINDELL'S MOTION TO DISMISS

EXHIBIT A: June 12, 2018 Letter Approving Contract with Smartmatic USA Corporation, from Dean C. Logan, Registrar-Recorder/County Clerk, and William Kehoe, Chief Information Office, to the Board of Supervisors, County of Los Angeles, Adopted June 12, 2018

EXHIBIT B: June 4, 2018 Contract Between County of Los Angeles and Smartmatic USA Corporation for Voting Solutions for All People (VSAP) Implementation and Support Services

EXHIBIT C: Resolution to Reclaim, Office of State Representative Timothy Ramthun, 59th Assembly District

EXHIBIT D: Arizona HCR2033, Resolution to Reclaim

1

Dated: March 21, 2022.   **MOHRMAN, KAARDAL & ERICKSON, P.A.**

/s/*William F. Mohrman*
William F. Mohrman, Atty. No. 168816
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone:   (612) 341-1074
Email:   mohrman@mklaw.com

*Counsel for Defendant Michael J. Lindell*