



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

June 12, 2018

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012

Dear Supervisors:

**ADOPTED**
BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

22    June 12, 2018

*Celia Zavala*
CELIA ZAVALA
ACTING EXECUTIVE OFFICER

## APPROVE CONTRACT WITH SMARTMATIC USA CORPORATION
## FOR PRIME CONTRACTOR IMPLEMENTATION SERVICES
## UNDER THE VOTING SOLUTIONS FOR ALL PEOPLE (VSAP) PROJECT

**(ALL SUPERVISORIAL DISTRICTS)**
**(3 VOTES)**

**CIO RECOMMENDATION: APPROVE (X) APPROVE WITH MODIFICATION ( )**
**DISAPPROVE ( )**

### SUBJECT

The Registrar-Recorder/County Clerk (RR/CC) requesting Board approval of a new Contract (#18-003) with Smartmatic USA Corporation (Smartmatic) to manufacture (hardware and software) and implement new custom-designed ballot marking devices (BMDs) in collaboration with Los Angeles County (County) under the Voting Solutions for All People (VSAP) Project; and (ii) delegation of authority to the RR/CC to amend the Contract. The resulting VSAP solution will go through testing and Secretary of State certification for full implementation for the 2020 Presidential Election cycle.

### IT IS RECOMMENDED THAT THE BOARD:

1. Delegate authority to the RR/CC, or designee, to execute a Contract with Smartmatic to provide prime contractor services described under VSAP, substantially similar to Attachment I, effective June 12, 2018, through March 31, 2027 with three, 2-year optional extensions throughMarch 31, 2033, for a maximum dollar amount of $282,097,321, including extensions.

2. Delegate authority to the RR/CC, or designee, to execute future amendments to extend the

**LINDELL EXHIBIT A**

The Honorable Board of Supervisors
6/12/2018
Page 2

contract for three (3) 2-year option terms provided approval from County Counsel and Chief Executive Office (CEO) is obtained.

3. Delegate authority to the RR/CC, or designee, to execute increases to the original contract sum by no more than ten percent (10%), granted your Board is notified at least 14 days prior to executing this additional authority to accommodate unforeseen increases during the contracting period.

4. Delegate authority to the RR/CC, or designee, to execute Change Notices for additional goods and services with allocated pool dollars not to exceed $28,419,598 provided approval from County Counsel and CEO is obtained.

5. Delegate authority to the RR/CC, or designee, to issue written notice(s) of partial or total termination of the contract for convenience without further action by the Board of Supervisors, provided County Counsel approval is obtained.

6. Delegate authority to RR/CC, or designee, to prepare and execute future amendments to reflect changes to new legislation or changes to County Policy Terms and Conditions.

**PURPOSE/JUSTIFICATION OF RECOMMENDED ACTION**

The purpose of Contract #18-003 is the development, manufacturing (hardware and software), implementation, certification, warranty, ongoing maintenance and support of at least 31,100 new BMDs and related components. The BMDs are an essential component of the new voting experience, which was envisioned, designed, and engineered over several phases of the VSAP program, and will be used by County voters to vote and cast paper ballots at a vote center of their choice during an election. The new BMDs and related components will be fully implemented and deployed for the 2020 Presidential Election cycle.

Background

In 2009, through public engagement and research, the RR/CC began an unprecedented and comprehensive effort to replace and modernize the County's current voting systems, the Inkavote Plus and Microcomputer Tally System, by launching the Voting Systems Assessment Project (which was renamed to Voting Solutions for All People in Fall 2017 to highlight the transition from an assessment to a branded solution implementation).  The vision of the project is to use a transparent process to develop and implement voting solutions that focus on the needs and expectations of current and future County voters. This human-centered approach is guided by the VSAP General Voting System Principles (http://vsap.lavote.net/principles/), which were adopted at the outset to ensure the needs of County voters remained a top priority throughout the life of the program.

The VSAP has taken a phased approach to system design, development; and implementation as described below. The initial three phases have been completed, and the RR/CC is currently engaged in the final two.

VSAP Multi-Phase Plan (Five Phases)

Phase I:  Public Opinion Baseline Research (Completed)

In Phase I of the project, the RR/CC gathered an array of baseline data that would shape the overarching strategy for voting system modernization. This data was gathered from election

LINDELL EXHIBIT A

The Honorable Board of Supervisors
6/12/2018
Page 3

stakeholders and subject matter experts including voters, poll workers, advocates, key community organizations and elections staff through a variety of research and engagement activities. This research focused on evaluating the current voting system and experience, and learning what users expect of the future voting system. The research revealed that users expect more than just an upgrade in voting technology. This led our efforts towards modernizing the entire voting experience.

Phase II: Establishment of Principals (Completed)

Building on the research and learnings from Phase I, the VSAP Advisory Committee (AdCom) was established to ensure the voice of the voter continued to guide the voting system design and development process. The AdCom is a formal engagement body composed of stakeholders and advocates that represent different communities in County. As its first task, the AdCom took theresults from the research conducted in Phase I and used that data to create and adopt the General Voting System Principles. These principles ensure the new voting system meets the diverseneeds of County voters.

Following the development of the General Voting System Principles, the RR/CC began its searchfor a new voting system by assessing the voting systems market and regulatory environment inwhich these systems are implemented. The RR/CC also evaluated the acquisition models by which it could acquire a new voting system that would meet the needs of County and its voters. The RR/CC collaborated with a research team of graduate students from the UCLA Luskin School of Public Affairs to conduct research on regulations governing voting systems testing and certification and the impact on County's goal to implement a new voting system. The research found that without changes to the regulatory environment, it would be very difficult for RR/CC to meetits goals of acquiring and implementing a new voting system consistent with the adopted principles. These factors along with feedback from the AdCom made a strong case for the RR/CC to acquire a new voting system by engaging in a voting system development project.

Phase III: System Design and Engineering (Completed)

Phase III of the project marked a major transition from voting system research to the design and development of the new voting system, including a ballot marking device and related components. The work in Phase III of the project was spread across three (3) distinct and coordinated efforts: voting system design, stakeholder engagement, and proactive legislative action. Tocontinue engaging stakeholders and incorporating the expertise needed in voting system design, the VSAP Technical Advisory Committee (TAC) was established. The TAC was formed to provide VSAP with the necessary technical expertise in voting technology, security, transparency, and accessibility during voting system design. The TAC is a diverse group composed of subject matter experts from a variety of industries and fields. The expertise and guidance provided by the TAC was an invaluable component to the completion of Phase III. In addition to engaging the members of TAC, communication and outreach efforts engaged the public and kept it informed about project developments.

To begin to envision and design a new voting system and remain aligned with VSAP values of transparency and citizen participation, VSAP launched an "Open Design Search" in January 2012.The Open Design Search engaged, through an online crowdsourcing platform, a broad range of experts, designers, and the public to begin to gather ideas for the design of an innovative voting system to meet the unique needs of County's large and diverse electorate. There were two (2) primary components to the Open Design Search: 1) Open Innovation Challenge; and 2) Voter Experience Brainstorming Workshops. This Open Design Search was conducted in partnership with the Information Technology Innovation Foundation's Accessible Voting Technology Initiative, Election

LINDELL EXHIBIT A

Verification Network, Open IDEO, and with funding from the Election Assistance Commission, and resulted in more than 150 concepts for improving the County's voter experience.

In April 2013, County invited the award-winning global design firm, IDEO, to envision a voter experience true to the project principles. Utilizing a human-centered iterative design process, IDEO produced three design concepts that evolved into one model. This work produced design and engineering specifications for a new voting experience which consists of a new Ballot MarkingDevice (BMD), an improved Vote by Mail (VBM) ballot, an innovative Interactive Sample Ballot (ISB), and a Tally System based on modern scalable technologies. Each of these components was the product of extensive research, stakeholder engagement, the human-centered design process, iterative prototyping, and consultation with the VSAP AdCom and VSAP TAC. Together these components wil provide voters with an improved and contemporary voting experience that is more accessible, reliable, secure, and transparent.

Phase IV:  Manufacturing and Certification (In Progress)

The VSAP is currently in Phase IV.  An important first step of this phase is the selection of a vendor to manufacture and help implement the new VSAP solution. The RR/CC recommends Smartmatic as the contractor for implementation and support services. This recommendation is a result of a two-phased open and competitive solicitation process. During this phase, the voting system will be engineered, manufactured, tested and State certified. As a part of this process, the system will go through a pilot implementation in November 2019. The pilot will adhere to California Elections Code, Section 19000, which regulates the certification of voting systems. At the end of this phase, the system will be ready for full rollout in the County.

Phase V: Phased Implementation (In Progress)

The County envisions a phased implementation of the VSAP components. This approach allows the RR/CC to best balance the implementation risks with the risks in continuing to conduct elections with the current, aging voting systems. The implementation timeline is as follows:

-November 6, 2018 Election (New VBM Ballots and New Tally System) — Implementation of the new VBM ballots and the new Tally System, which will process the new VBM ballots and tabulate the results.

-2019 Mock Election — Implementation of BMDs for a Mock Election in 2019. The Mock Electionwill cover approximately 30–60 vote centers and seeks to test the system functionality and operational processes and procedures in vote centers, as well as provide public awareness of the new voting experience prior to voting in a live election.

-November 2019 Pilot — Implementation and integration of the new VBM ballots, new Tally System, BMDs at vote centers, and the ISB. The November 2019 Election is likely to be small, involving relatively few districts. This pilot will provide learnings and opportunities for process improvement prior to full implementation in a Countywide Presidential Primary Election.

-March and November 2020 Election (Full Rollout) — Full implementation and integration of thenew VBM ballots, new Tally System, BMDs deployed at vote centers and the ISB.

Scope of the VSAP Solution

The full implementation effort is comprised of six (6) major projects:

LINDELL EXHIBIT A

The Honorable Board of Supervisors
6/12/2018
Page 5

1. Tally System Project — A new Tally System and ballot layout application is required to create and tabulate ballots for over 5.1 million voters. This system will replace the County's legacy voting system, which has been in use for decades. The new Tally System is being co-developed with Digital Foundry in two phases. Under an Enterprise Services Master Agreement (ESMA) Work Order No. 2016-010, an initial version of the tally system has been developed to tabulate the new VBM ballots. Under a separate Board Letter, the RR/CC is recommending a Sole Source contract with Digital Foundry on June 12, 2018 to continue the co-development effort and build a subsequent version of the Tally System with enhanced features that will be able to tabulate new BMD ballots and be fully integrated with the overall VSAP solution in 2020.

The initial version of the tally system is currently being tested for certification by the California Secretary of State by August 31, 2018 use in the November 6, 2018 Election. Testing and certification of the full-featured and integrated version of the new Tally System is expected in Fall of 2019.

2. VBM Project — New VBM paper ballots were designed for usability and auditability. The RR/CC will implement the new VBM ballots Countywide to the 2.2+ million VBM voters for the November 2018 election. These ballots will be tallied by the new Tally System described above. Additionally, K&H Election Services will be responsible for VBM ballot printing and outgoing mailing services upon Board approval of an RR/CC's amendment to their contract on June 12, 2018.

3. ePollbook Project — An ePollbook solution that will support the ability to look up and verify the registration status of voters in real time, and to comply with Conditional Voter Registration (CVR) requirements will need to be acquired. The ePollbook Project will plan and implement the deployment of ePollbooks at vote centers throughout the County and will also purchase and integrate peripheral Commercial-Off-The-Shelf thermal printers that will be used to print the Ballot Activation Mechanism QR code on BMD ballots.

4. BMD Project — The RR/CC is recommending a contract with Smartmatic as the prime contractor to provide engineering, manufacturing, certification testing and stewardship, and implementation of approximately 31,100 BMDs and ballots. The BMDs were designed and prototyped by IDEO and will be used at vote centers for the Presidential Election cycle in 2020.

5. ISB Project — The ISB solution is a responsive web application that will integrate within the new voting experience. This solution will support compliance with Remote Accessible Vote by Mail and Uniformed and Overseas Citizens Absentee Voting Act voting requirements.

6. Vote Centers Project — In 2020, the County will transition from polling places to vote centers as outlined under the California Voter's Choice Act (CVCA). This new model will allow voters to vote and cast a ballot at any vote center location in the County over an 11-day period. As part of this effort, the RR/CC has also launched the Vote Center Placement Project with core mission to identify and place accessible and convenient vote center locations throughout the County. The RR/CC is currently engaged with PlaceWorks to identify vote center locations.

**Implementation of Strategic Plan Goals**

This request supports the County Strategic Plan as follows:

Goal III, Realize Tomorrow's Government Today: Our increasingly dynamic and complex environment challenges our collective abilities to respond to public needs and expectations. We want

**LINDELL EXHIBIT A**

The Honorable Board of Supervisors
6/12/2018
Page 6

to be an innovative, flexible, effective, and transparent partner focused on advancing the common good.

**FISCAL IMPACT/FINANCING**

The total cost for the agreement is $282,097,321, which has been included in the costs projections presented to the CEO.  The funding request for FY 2018-19 was submitted to the CEO and was recommended for approval as part of Final Changes.  Funding to finance the future years will be requested through the annual budget process.

The RR/CC intends to fund the recommended solution with a combination of funding sources for FY 2018-19. This includes previously allocated Voting Modernization Bond Act Funding (Prop41). The RR/CC has a total of $49M available for this effort pending system certification ($9.4M in FY 2018-19 and $39.6M in FY 2019-20).  Additionally, the RR/CC is aggressively seeking alternate funding sources at the State and federal levels to mitigate the County's expense. The RR/CC has identified the following potential sources for FY 2019-20 and is awaiting State budget approval and allocation. Based on previous formulas used for voting system replacement funding allocation, the RR/CC anticipates receiving approximately $43.1M from the California State Budget, $11.5M from the federal Consolidated Appropriation of Bill of 2018 and $8M from California Assembly Bill 1886.

In addition, RR/CC is working on revising the election billing methodology to include a fee to recover system implementation costs that will not be covered by the funding sources identified above.  Once cost recovery is obtained, the fee will serve to fund future modifications and system replacement, as needed. We will seek guidance and authorization from the Auditor-Controller on how to establish the appropriate trust fund.

Agreement Pricing

The Agreement utilizes a fixed price model. A fixed price model provides significant predictability and control over potential cost changes in the Agreement's pricing through the end of the contract.  The Agreement's pricing includes all software license costs, as well as the costs associated with development, manufacturing, implementation and ongoing maintenance and support.

The maximum Contract Sum will not exceed $282,097,321.  The Agreement has the following pricing components:

(1) Contract Elements:  These costs are comprised of hardware manufacturing, software engineering, implementation (including integration, certification, training, and help desk services), maintenance and support, and estimated taxes. These costs will not exceed $253,677,723.

(2) Optional Work:  These costs are comprised of Additional Goods and Services with allocated pool dollars in the total contract value.  These costs will not exceed $28,419,598.

**FACTS AND PROVISIONS/LEGAL REQUIREMENTS**

The Agreement includes all Board of Supervisors' required provisions.

In accordance with the Board's policy of engaging outside counsel for certain information technology agreements, County Counsel retained the law firm Sidley Austin, LLP (Sidley) to assist in all aspects of this procurement. Sidley, in conjunction with County Counsel, assisted the RR/CC in the

**LINDELL EXHIBIT A**

The Honorable Board of Supervisors
6/12/2018
Page 7

development and evaluation of the RFP and the negotiation of the Agreement. Additionally, in accordance with the Board's policy, County Counsel separately has submitted to the Board an attorney-client privileged communication which analyzes the Agreement.

County Counsel has approved Attachment I as to form. The Chief Information Office (CIO) concurs with the RR/CC's recommendation and that office's analysis is attached as Attachment II. CEO Risk Management has reviewed the Agreement provisions concerning Insurance and Indemnification and approves those provisions.

## **CONTRACTING PROCESS**

The RR/CC released a Request for Proposal (RFP) in two phases. Phase one (1) was released on September 18, 2017. The purpose behind this release was two-fold:  1) determine the pool of potential contractors with the capability and capacity to carry a project of this complexity and 2) determine the potential pool of subcontractors available and capable of supporting the Prime Contractor. The RFP detailed minimum qualifications which vendors were required to meet in order to proceed to the second phase.

Notice of availability of the RFP was posted on the County's "Doing Business with Us" website and the entire document was available for download from the RR/CC website (http://vsap.lavote.net/request-for-proposals/). In addition, RR/CC electronically notified eligible vendors on its internal mailing list and promoted the RFP through its social media platforms.

This initial phase resulted in the identification of three (3) Prime Contractor vendors and seven (7) specialty vendors. Phase Two (2) was released on January 2, 2018 and was available only to Prime Contractor vendors who pre-qualified during the initial phase.

The RR/CC received proposals from the two pre-qualified proposers by the March 12, 2018 deadline. The proposals came from CGI and Smartmatic USA. The proposal evaluation process was extremely thorough with six (6) evaluators and eleven (11) advisors participating. The proposals were evaluated using the informed averaging process per County Board Policy.

The evaluation process resulted in Smartmatic USA as the top ranked, highest scored proposer. As such, evaluators recommended Smartmatic as the vendor for this Agreement. The lower scoring vendor, CGI, requested a debrief, which was conducted on May 4, 2018. At the time of filing, there were no protests as a result of this solicitation.

## **IMPACT ON CURRENT SERVICES (OR PROJECTS)**

Approval of the recommended action will ensure manufacturing and software development services can begin for completion in time for the 2020 Presidential Election Cycle.

LINDELL EXHIBIT A

The Honorable Board of Supervisors
6/12/2018
Page 8

Respectfully submitted,

*[signature: Dean C. Logan]*  *Reviewed by:* *[signature: William L. Kehoe]*

DEAN C. LOGAN                          WILLIAM KEHOE
Registrar-Recorder/County Clerk        Chief Information Officer

DCL:RF:APL:FP:VW:ca

Enclosures

c:   Chief Executive Officer
     Executive Office, Board of Supervisors
     County Counsel
     Chief Information Officer

LINDELL EXHIBIT A