IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL,<br><br>    *Defendants*. | Case No. 0:22-cv-00098-WMW-JFD |

## **ORDER**

On consideration of Defendant Michael J. Lindell's Motion to Dismiss (ECF#___), the Plaintiffs' opposition thereto (ECF#____), and Defendant's reply in support thereof (ECF#_____), and the entire record herein, including the arguments of counsel, the Court holds that Defendant's motion is well taken.  For the foregoing reasons, it is hereby **ORDERED** that Defendant Michael J. Lindell's Motion to Dismiss (ECF#____) is GRANTED and all of Plaintiffs' claims be dismissed in their entirety.

 **SO ORDERED**.

 Dated: _____, 2022.

              _____
              UNITED STATES DISTRICT JUDGE
                 WILHELMINA M. WRIGHT