IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br><br>    v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-00098- WMW-JFD |

**DEFENDANT MY PILLOW, INC'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant My Pillow, Inc. moves this Court for an order dismissing Plaintiffs' Complaint. The reasons for this motion are set forth in Defendant My Pillow, Inc.'s Memorandum of Law in Support of Defendant My Pillow, Inc.'s Motion to Dismiss the Complaint and supporting papers.

DATED: March 21, 2022    **PARKER DANIELS KIBORT LLC**

               By */s/ Andrew D. Parker*
                 Andrew D. Parker (MN Bar No. 195042)
                 Jesse Kibort (MN Bar No. 0328595)
                 Joseph A. Pull (MN Bar No. 0386968)
                 Ryan Malone (MN Bar No. 0395795)
                 888 Colwell Building
                 123 N. Third Street
                 Minneapolis, MN 55401
                 Telephone: (612) 355-4100
                 Facsimile: (612) 355-4101
                 parker@parkerdk.com
                 kibort@parkerdk.com
                 pull@parkerdk.com

malone@parkerdk.com

**LEWIN & LEWIN, LLP**
By */s/ Nathan Lewin*
    Nathan Lewin (D.C. Bar No. 38299)*
    888 17th Street NW
    Fourth Floor
    Washington, DC 20006
    Telephone: (202) 828-1000
    nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*
 * To be admitted *pro hac vice*

   *Counsel for Defendant My Pillow, Inc.*

By */s/ Alan Dershowitz*
    Alan Dershowitz (MA Bar No. 121200)
    1575 Massachusetts Avenue
    Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*

2