IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

NOTICE OF HEARING ON
DEFENDANT MY PILLOW, INC'S MOTION TO DISMISS

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on May 26, 2022, at 10:30 a.m., before the Honorable Wilhelmina M. Wright, United States Judge for the District of Minnesota at the United States District Courthouse, located at 342 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, in Courtroom 7A, Defendant My Pillow, Inc. will move this Court for an Order dismissing Plaintiffs' Complaint.

DATED: March 21, 2022  **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
   Andrew D. Parker (MN Bar No. 195042)
   Jesse Kibort (MN Bar No. 0328595)
   Joseph A. Pull (MN Bar No. 0386968)
   Ryan Malone (MN Bar No. 0395795)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com
   kibort@parkerdk.com
   pull@parkerdk.com
   malone@parkerdk.com

**LEWIN & LEWIN, LLP**
By */s/ Nathan Lewin*
   Nathan Lewin (D.C. Bar No. 38299)*
   888 17th Street NW
   Fourth Floor
   Washington, DC 20006
   Telephone: (202) 828-1000
   nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*
 * To be admitted *pro hac vice*

   *Counsel for Defendant My Pillow, Inc.*

By */s/ Alan Dershowitz*
   Alan Dershowitz (MA Bar No. 121200)
   1575 Massachusetts Avenue
   Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*