# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL,<br><br>　　　　*Defendants*. | Case No. 0:22-cv-00098-WMW-JFD |

## DEFENDANT MICHAEL J. LINDELL'S MEET AND CONFER STATEMENT

I, William F. Mohrman, have been hired as counsel for Defendant Michael J. Lindell. After this motion is filed, I will be making a motion for admission *pro hac vice* of Heath A. Novosad, an attorney licensed to practice in the State of Texas. Mr. Novostad has informed me that acting as counsel for Defendant Michael J. Lindell, he met and conferred telephonically with the opposing party, William E. Manske, Counsel for Plaintiffs, Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, on March 18, 2022. Mr. Novostad informed me that the parties discussed Defendant Michael J. Lindell's Motion to Dismiss ("Motion") and as a result of the meet-and-confer, the parties do not agree on the resolution of any part of the motion.

Dated:  March 21, 2022.

**MOHRMAN, KAARDAL & ERICKSON, P.A.**

/s/*William F. Mohrman*
William F. Mohrman, Atty. No. 168816
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone:   (612) 341-1074
Email:   mohrman@mklaw.com

*Counsel for Defendant Michael J. Lindell*