IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**DEFENDANT MY PILLOW, INC'S MEET AND CONFER STATEMENT**

I, Joseph A. Pull, am one of the attorneys representing Defendant My Pillow, Inc. in the above-captioned matter. I submit this meet and confer statement in connection with Defendant My Pillow, Inc.'s Motion to Dismiss.

On March 7, 2022, I called counsel for Plaintiffs, William Manske, and asked whether Plaintiffs would oppose My Pillow, Inc.'s motion to dismiss the Complaint. Mr. Manske and I engaged in follow-up correspondence by voice message and email regarding the same question over the course of the next week. On March 14, 2022, Mr. Manske stated by email that Plaintiffs oppose My Pillow, Inc.'s motion to dismiss the Complaint. Accordingly, I certify that moving party My Pillow, Inc. met and conferred with Plaintiffs, and the parties do not agree on resolution of My Pillow, Inc.'s motion to dismiss the Complaint.

2

DATED: March 21, 2022	**PARKER DANIELS KIBORT LLC**

By */s/ Joseph A. Pull*
Joseph A. Pull (MN Bar No. 0386968)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
pull@parkerdk.com