## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## [PROPOSED] ORDER GRANTING DEFENDANT MY PILLOW, INC'S MOTION TO DISMISS

The parties appeared before this Court on May 26, 2022, regarding Defendant My Pillow, Inc.'s Motion to Dismiss the Complaint. The Court, after hearing the parties' arguments and reviewing the legal memoranda, declarations, exhibits, and all other related papers HEREBY ORDERS THAT:

1. Defendant My Pillow, Inc.'s Motion to Dismiss the Complaint is GRANTED.

BY THE COURT:

Dated: _____

_____
The Honorable Wilhelmina M. Wright
United States District Court Judge