IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP.,
SMARTMATIC INTERNATIONAL
HOLDING B.V., and SGO
CORPORATION LIMITED,

    *Plaintiffs*,

v.

MY PILLOW, INC. and
MICHAEL J. LINDELL,

    *Defendants*.

Case No. 0:22-cv-00098-WMW-JFD

**DEFENDANT MICHAEL J. LINDELL'S
NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL PURSUANT TO LR 83.7(b)**

Defendant Michael J. Lindell ("Lindell") respectfully files this Notice of Withdrawal and Substitution of Counsel pursuant to Local Rule 83.7(b) and would show unto the Court as follows:

1. Attorneys Douglas A. Daniels and Health A. Novosad of the law firm DANIELS & TREDENNICK PLLC and William F. Mohrman of the law firm MOHRMAN, KAARDAL & ERICKSON, P.A. have appeared and currently serve as Lindell's co-counsel in the above-captioned lawsuit. Effective immediately, Messrs. Daniels and Novosad and the law firm DANIELS & TREDENNICK PLLC hereby withdrawal as counsel for Lindell. *See* LR 83.7(b).

2. Andrew D. Parker of PARKER DANIELS KIBORT LLC hereby enters an appearance as counsel for Defendant Michael J. Lindell in the above-captioned lawsuit. LR 83.7(b)(1)(A).

Mr. Parker and his firm assume all responsibilities incumbent on Lindell's counsel for this matter.  LR 83.7(b)(1)(A).

3. Messrs. Daniels and Novosad have each signed this Notice of Withdrawal and Substitution of Counsel.  LR 83.7(b)(1)(B).

4. The withdrawal of Messrs. Daniels and Novosad will not delay the trial or other progress of the case as Mr. Parker is currently counsel for Defendant My Pillow, Inc. in the above-captioned lawsuit and no scheduling order has been issued or trial date set.  LR 83.7(b)(2).  This Notice of Withdrawal and Substitution of Counsel is filed and served at least 90 days before trial.  LR 83.7(b)(3)(A).

5. Accordingly, immediately effective upon filing and service of this Notice of Withdrawal and Substitution of Counsel, Messrs. Daniels and Novosad and the law firm DANIELS & TREDENNICK PLLC hereby withdrawal as counsel for Lindell.  *See* LR 83.7(b).

DATED: March 29, 2022

| | |
|---|---|
| */s/ Andrew D. Parker* | */s/ Douglas A. Daniels* |
| Andrew D. Parker | Douglas A. Daniels |
| MN Bar No. 195042 | Texas Bar No. 00793579 |
| parker@parkerdk.com | doug.daniels@dtlawyers.com |
| | |
| | */s/ Heath A. Novosad* |
| | Health A. Novosad |
| PARKER DANIELS KIBORT LLC | Texas Bar No. 24037199 |
| 888 Colwell Building | heath.novosad@dtlawyers.com |
| 123 N. Third Street | |
| Minneapolis, MN 55401 | DANIELS & TREDENNICK PLLC |
| 612.355.4100 (Telephone) | 6363 Woodway Dr., Suite 700 |
| 612.355.4101 (Facsimile) | Houston, Texas 77057-1759 |
| | 713.917.0024 (Telephone) |
| | 713.917.0026 (Facsimile) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on March 29, 2022.

>             */s/ Douglas A. Daniels*
>             Douglas A. Daniels