

800 LASALLE AVENUE      612 349 8500 TEL
SUITE 2800      612 339 4181 FAX
MINNEAPOLIS, MN  55402      ROBINSKAPLAN.COM

WILLIAM E. MANSKE
612 349 8786 TEL
WMANSKE@ROBINSKAPLAN.COM

April 5, 2022

The Honorable Wilhelmina M. Wright
United States District Court Judge
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      Re:    *Smartmatic USA Corp. et al. v. Lindell et al.*, No. 22-cv-98 (WMW/JFD)
              (D. Minn. filed Jan. 18, 2022)

Dear Judge Wright:

      Pursuant to Your Honor's Practice Pointers and Local Rule 7.1(f)(1)(D), Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited write to request a word limit adjustment for our anticipated opposition to Defendants Michael J. Lindell's and My Pillow, Inc.'s motions to dismiss. Dkt. 18 and Dkt. 23.

      Plaintiffs propose filing one consolidated opposition to Defendants' separate motions. Plaintiffs request 20,000 words for our consolidated opposition, to address both motions. Plaintiffs submit that our proposal to file one consolidated opposition will streamline the presentation of issues and create certain other efficiencies compared to filing two separate (12,000-word-limit) oppositions.

      Plaintiffs met and conferred with Defendants, who indicated that they do not oppose this request.

              Sincerely,

              William E. Manske
              Partner