

April 18, 2022

The Honorable Wilhelmina M. Wright
United States District Court Judge
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      Re:    *Smartmatic USA Corp. et al. v. Lindell et al.*
              Case No. 22-cv-98 (WMW/JFD)

Dear Judge Wright:

    Pursuant to Your Honor's Practice Pointers and Local Rule 7.1(f)(1)(D), Defendants Michael J. Lindell and My Pillow, Inc. write to ask permission to file a single consolidated reply memorandum, of up to 5,734 words in length, concerning their pending motions to dismiss the complaint, rather than two separate reply memoranda.

    In view of the omnibus memorandum filed by the Plaintiffs, ECF #41, in opposition to both motions, Defendants believe a single joint reply memorandum is appropriate. Further, My Pillow, Inc. and Mr. Lindell are now represented by the same counsel, a change that occurred after the motions were initially filed, the requested word limit was calculated by combining the remaining words for the My Pillow, Inc. reply (2,364) and for Mr. Lindell's reply (3,370).

    Defendants met and conferred with Plaintiffs, who stated that they do not object to this request.

ANDREW D. PARKER
CHRISTOPHER M. DANIELS
JESSE H. KIBORT
ELIZABETH S. WRIGHT
ALEC J. BECK
LORI A. JOHNSON
JOSEPH A. PULL
RYAN P. MALONE
JORDON A. GREENLEE
ABRAHAM S. KAPLAN
GREGORY N. ARENSON
FREDERICK C. BROWN
  OF COUNSEL

888 Colwell Building
123 Third Street North
Minneapolis, MN 55401

parkerdk.com

Tel: 612.355.4100
Fax: 612.355.4101

Sincerely,

*/s/ Andrew D. Parker*

Andrew D. Parker

ADP/jlt
Cc:    All Counsel of Record