# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## AMENDED NOTICE OF HEARING ON
## DEFENDANT MICHAEL J. LINDELL'S MOTION TO DISMISS

**TO:**   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on May 26, 2022, at 9:00 a.m., before the Honorable Wilhelmina M. Wright, United States Judge for the District of Minnesota at the United States District Courthouse, located at 342 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, in Courtroom 7A, Defendant Michael J. Lindell will move this Court for an Order dismissing Plaintiffs' Complaint.

DATED: April 21, 2022.                    **PARKER DANIELS KIBORT LLC**

                                        By */s/ Andrew D. Parker*
                                            Andrew D. Parker (MN Bar No. 195042)
                                            888 Colwell Building
                                            123 N. Third Street
                                            Minneapolis, MN 55401
                                            Telephone: (612) 355-4100
                                            Facsimile: (612) 355-4101
                                            parker@parkerdk.com

                                        *Counsel for Defendant Michael J. Lindell*