IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**AMENDED NOTICE OF HEARING ON
DEFENDANT MY PILLOW, INC'S MOTION TO DISMISS**

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on May 26, 2022, at 9:00 a.m., before the Honorable Wilhelmina M. Wright, United States Judge for the District of Minnesota at the United States District Courthouse, located at 342 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, in Courtroom 7A, Defendant My Pillow, Inc. will move this Court for an Order dismissing Plaintiffs' Complaint.

DATED: April 21, 2022.    **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
Jesse Kibort (MN Bar No. 0328595)
Joseph A. Pull (MN Bar No. 0386968)
Ryan Malone (MN Bar No. 0395795)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
pull@parkerdk.com
malone@parkerdk.com

**LEWIN & LEWIN, LLP**
By */s/ Nathan Lewin*
Nathan Lewin (D.C. Bar No. 38299)
888 17th Street NW
Fourth Floor
Washington, DC 20006
Telephone: (202) 828-1000
nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*