# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Smartmatic USA Corp., et al.,

                Plaintiffs,

  v.

Michael J. Lindell, et al.,

                Defendants.

**COURT MINUTES**
BEFORE: Wilhelmina M. Wright,
U.S. District Judge

| | |
|---|---|
| Case No: | 22-cv-0098 (WMW/JFD) |
| Date: | May 26, 2022 |
| Courthouse: | Saint Paul |
| Courtroom: | 7A |
| Deputy: | Mona Eckroad |
| Court Reporter: | Lori Simpson |
| Time in Court: | 9:00 a.m. – 9:55 a.m. |
| Total time: | 55 Minutes |

**APPEARANCES:**

Plaintiffs:    Joel Erik Connolly
                Michael Elliot Bloom

Defendants:  Andrew D. Parker

**HEARING ON:**

Defendants' Motions to Dismiss. [18], [23]

**PROCEEDINGS:**

The motions were argued and taken under advisement. Order to follow.

s/Mona Eckroad
Courtroom Deputy