# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned attorney, Matthew R. Eslick, hereby appears as counsel for Defendant My Pillow, Inc. in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall also be served upon the undersigned.

DATED: October 3, 2022           **PARKER DANIELS KIBORT LLC**

By */s/ Matthew R. Eslick*
   Matthew R. Eslick (MN Bar No. 388494)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   eslick@parkerdk.com

**ATTORNEYS FOR DEFENDANTS**