# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Smartmatic USA Corp.,
Smartmatic International
Holding B.V., and
SGO Corporation Limited,

                Plaintiffs,

v.

Michael J. Lindell, and
My Pillow, Inc.,

                Defendants.

**COURT MINUTES**
BEFORE: JOHN F. DOCHERTY
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 22-cv-98 (WMW/JFD) |
| Date: | October 12, 2022 |
| Location: | Zoom audio |
| Court Reporter: | n/a |
| Time Commenced: | 10:00 AM |
| Time Concluded: | 10:25 AM |
| Time in Court: | 25 Minutes |

---

## PRETRIAL CONFERENCE

**APPEARANCES:**

Plaintiffs: Emily Tremblay, Joel Erik Connolly, Michael Bloom

Defendants: Andrew Parker, Matthew Eslick,


A Pretrial Scheduling Order will issue.


*s/mtb*
Courtroom Deputy