# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited,<br><br>Plaintiffs,<br>v.<br><br>Michael J. Lindell and My Pillow, Inc.,<br><br>Defendants. | Case No. 22-cv-00098-WMW-JFD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that William F. Mohrman, Mohrman, Kaardal & Erickson, P.A., hereby withdraws from the representation of Defendant Michael J. Lindell in the above-captioned matter. Defendant Lindell will continue to be represented by Andrew D. Parker and Matthew R. Eslick of Parker Daniels Kibort, LLP.

Dated: November 16, 2022

*/s/William F. Mohrman*
William F. Mohrman, 168816
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Email: mohrman@mklaw.com