IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC.'S MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 37(a), Defendants Michael J. Lindell and My Pillow, Inc. ("Defendants") move this Court for an order compelling Plaintiffs' responses to certain of Defendants' discovery requests. The reasons for this motion are set forth in Defendants' Memorandum of Law and supporting papers.

DATED: February 1, 2023.

**PARKER DANIELS KIBORT LLC**

By */s/ Matthew R. Eslick*
   Andrew D. Parker (MN Bar No. 195042)
   Matthew R. Eslick (MN Bar No. 388494)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com
   eslick@parkerdk.com

**ATTORNEYS FOR DEFENDANTS**