IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

### DECLARATION OF MATTHEW R. ESLICK

I, Matthew R. Eslick, being first duly sworn, state as follows:

    1.    I am an attorney with the law firm of Parker Daniels Kibort LLC and represent Defendants in the above-referenced case. As such, I have personal knowledge of the dates, events, and facts stated below.

    2.    Attached hereto as Exhibit A is a true and correct copy of Defendant My Pillow, Inc.'s First Set of Requests for Production of Documents and Things to Plaintiffs dated November 4, 2022.

    3.    Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Responses to Defendant My Pillow, Inc.'s First Set of Requests for Production of Documents and Things dated December 5, 2022.

    4.    Attached hereto as Exhibit C is a true and correct copy of a letter from the undersigned to Plaintiffs' Attorney Michael Bloom dated January 9, 2023.

1

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Attorney Loftus to the undersigned dated January 20, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2023, in Hennepin County, Minnesota.

*/s/ Matthew R. Eslick*
Matthew R. Eslick