IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC'S MOTION TO COMPEL**

The parties appeared before this Court on February 15, 2023, on Defendants Michael J. Lindell and My Pillow, Inc.'s ("Defendants") Motion to Compel. The Court, after hearing the parties' arguments and reviewing the legal memoranda, declarations, exhibits, and all other related papers HEREBY ORDERS THAT:

1. Defendants' Motion to Compel is GRANTED.

SO ORDERED.

BY THE COURT:

Dated: _____

_____
The Honorable John F. Docherty
Magistrate Judge for the United States
District Court for the District of
Minnesota