| | |
|---|---|
| From: | Matthew Eslick <Eslick@parkerdk.com> |
| Sent: | Thursday, January 19, 2023 5:54 PM |
| To: | Loftus, Julie; Ryan Malone; Andrew Parker |
| Cc: | Bloom, Michael |
| Subject: | Re: Smartmatic/ Lindell - Discovery Impasse |

Julie,

We will be filing a motion to compel of our own on the two items of impasse discussed on last week's call with respect to our discovery requests to Smartmatic. Those two issues are: (1) the production of exemplar equipment used in Los Angeles County for the 2020 Presidential Election, and (2) the source code used in those items of equipment. There may be additional items, but we are waiting to hear back from you on several items. If an additional meet and confer to follow up on last week's call is needed, I would like to schedule it for Monday.

If you are contacting chambers, please advise the Court that both motions should be heard together.

As to your e-mail below, there are a number of errors that we will address via letter tomorrow to narrow the scope of whatever motion Smartmatic decides to follow.

Best regards,



**PARKER | DANIELS | KIBORT**

MATTHEW R. ESLICK
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

---

**From:** Loftus, Julie <JLoftus@beneschlaw.com>
**Sent:** Thursday, January 19, 2023 5:02 PM
**To:** Matthew Eslick <Eslick@parkerdk.com>; Ryan Malone <Malone@parkerdk.com>; Andrew Parker <parker@parkerdk.com>
**Cc:** Bloom, Michael <MBloom@beneschlaw.com>
**Subject:** Smartmatic/ Lindell - Discovery Impasse

Counsel,

We have received your production and are reviewing it.

We also write to notify you that, after meeting and conferring, Smartmatic has identified the following areas of impasse:

1

- Defendants' failure to clarify the categories of documents they will withhold on the basis an objection to Smartmatic's RFPs;
- Documents that reference Dominion which do not also reference Smartmatic, the 2020 U.S. election, or voting machines generally;
- Produced documents and deposition transcripts in *Dominion* suit;
- Interrogatory Nos. 1, 2, 3, 9, 15, 18, 19, and 22.

We are calling chambers for a hearing date and will be filing our motion to compel once a date is finalized.

Best,
Julie



Julie Loftus
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice