# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Smartmatic USA Corp., et. al,
               Plaintiff(s),

vs.                                         Case No. 22-cv-00098-WMW-JFD

Michael J. Lindell, et al.,
               Defendant(s).

## MEET-AND-CONFER STATEMENT

I, Michael E. Bloom, representing the Plaintiffs, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Ryan Malone and Matthew Eslick

    On: December 21, 2022; December 23, 2022; January 4, 2023; January 11, 2023

    Discussing the following motion: Plaintiffs' Motion to Compel

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

      X  Do **not** agree on the resolution of any part of the motion.

      ☐  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this 1st day of February, 2023.

| | |
|---|---|
| Signature of Party | */s/ Michael E. Bloom* |
| Mailing Address | 71 South Wacker Drive, Suite 1600 |
| | Chicago, IL 60606 |
| Telephone Number | (312) 212-4949 |

<u>Note</u>:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).