IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 0:22-cv-00098-WMW-JFD<br><br>**STIPULATION TO EXTEND OPPOSITION DEADLINE** |

On February 1, 2023, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Plaintiffs" or "Smartmatic"), and Defendants Michael J. Lindell and My Pillow, Inc. ("Defendants") filed separate motions to compel. *See* Dkt. 72, Dkt. 73. With the Court's permission, the parties noticed their motions for hearing on February 15, 2023. *See* Dkt. 74, Dkt. 79. The parties' respective oppositions to those motions are currently due February 8, 2023.

The parties met and conferred and stipulate to extending the opposition deadline to February 16, 2023. The parties understand that the Court has rescheduled the hearing on the motions to compel to February 23, 2023, at 3:00 p.m. The parties will file amended notices of hearing.

Thus, the parties stipulate, and request that the Court enter an order confirming, that the parties' respective oppositions to the pending motions to compel are due

1

**February 16, 2023**, and the Court will hear argument on those motions to compel on **February 23, 2023, at 3:00 p.m.**

Dated: February 6, 2023

Respectfully submitted,

*/s/ Emily J. Tremblay*

Christopher K. Larus
  Minnesota Bar No. 0226828
  CLarus@robinskaplan.com
William E. Manske
  Minnesota Bar No. 0392348
  WManske@robinskaplan.com
Emily J. Tremblay
  Minnesota Bar No. 0395003
  ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice*)
  EConnolly@beneschlaw.com
  Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice*)
  NWrigley@beneschlaw.com
  Illinois ARDC No. 6278749
Michael E. Bloom (admitted *pro hac vice*)
  MBloom@beneschlaw.com
  Illinois ARDC No. 6302422
Julie M. Loftus (admitted *pro hac vice*)
  JLoftus@beneschlaw.com
  Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorneys for Plaintiffs*

*/s/ Matthew R. Eslick (with permission)*

Andrew D. Parker (MN Bar No. 195042)
Matthew R. Eslick (MN Bar No. 388494)
**PARKER DANIELS KIBORT LLC**
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
eslick@parkerdk.com

*Attorneys for Defendants*