# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 0:22-cv-00098-WMW-JFD<br><br>**[PROPOSED] ORDER** |

Based on the parties' stipulation, IT IS ORDERED THAT:

The parties' deadline to file their respective oppositions to the pending motions to compel (Dkt. 72, Dkt. 73) is extended to **February 16, 2023**.

The Court will hear argument on the pending motions to compel on **February 23, 2023, at 3:00 p.m.** The parties are ordered to file amended notices of hearing promptly.

Dated: _____

                                                        John F. Docherty
                                                        United States Magistrate Judge