# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

### AMENDED NOTICE OF HEARING ON DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC'S MOTION TO COMPEL

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on February 23, 2023, at 3:00 p.m., before the Honorable John F. Docherty, Magistrate Judge for the United States District Court for the District of Minnesota, located at 342 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, in Courtroom 6A, Defendants Michael J. Lindell and My Pillow, Inc. will move this Court for an Order compelling Plaintiffs to respond to Defendants' discovery requests.

DATED: February 8, 2023.                **PARKER DANIELS KIBORT LLC**

By */s/ Matthew R. Eslick*
   Andrew D. Parker (MN Bar No. 195042)
   Matthew R. Eslick (MN Bar No. 388494)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com
   eslick@parkerdk.com

**ATTORNEYS FOR DEFENDANTS**