# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　Defendants. | Case No. 22-cv-00098-WMW-JFD |

## AMENDED NOTICE OF HEARING ON PLAINTIFFS SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED'S MOTION TO COMPEL

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE** that on February 23, 2023, at 3:00 p.m., before the Honorable John F. Docherty, Magistrate Judge for the United States District Court for the District of Minnesota, located at 342 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, in Courtroom 6A, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited will move this Court for an Order granting Plaintiffs' motion to compel, Dkt. No. 72.

Dated: February 8, 2023　　　　　　　　*s/ Emily J. Tremblay*

　　　　　　　　　　　　　　　　　　　Christopher K. Larus
　　　　　　　　　　　　　　　　　　　　Minnesota Bar No. 0226828
　　　　　　　　　　　　　　　　　　　　CLarus@robinskaplan.com

William E. Manske
  Minnesota Bar No. 0392348
  WManske@robinskaplan.com
Emily J. Tremblay
  Minnesota Bar No. 0395003
  ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice*)
  EConnolly@beneschlaw.com
  Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice*)
  NWrigley@beneschlaw.com
  Illinois ARDC No. 6278749
Michael E. Bloom (admitted *pro hac vice*)
  MBloom@beneschlaw.com
  Illinois ARDC No. 6302422
Julie M. Loftus (admitted *pro hac vice*)
  JLoftus@beneschlaw.com
  Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorneys for Plaintiffs*