# EXHIBIT 5



**ALEX PADILLA** | SECRETARY OF STATE | STATE OF CALIFORNIA
OFFICE OF VOTING SYSTEMS TECHNOLOGY ASSESSMENT
1500 11th Street | Sacramento, CA 95814 | **Tel** 916.695.1680 | **Fax** 916.653.4620 | www.sos.ca.gov

October 6, 2020

Aaron Nevarez
Los Angeles County
12400 Imperial Highway,
Norwalk, California 90650

Dear Mr. Nevarez,

The California Secretary of State's Office of Voting Systems Technology Assessment (OVSTA) received a request for Administrative Approval from the County of Los Angeles to make the following changes to the Voting Solutions for All People (VSAP) 2.1 voting system:

- Update the firmware of the ballot marking device (BMD) to version 1.6.3
- Update the Ballot Marking Device BASI and BESI to version 1.6.3
- Update the Ballot Marking Device Management Network (BMG) to version 1.5.2
- Update the VSAP Tally the Storage Appliance to increase storage capacity and speed.
- Update Microsoft SQL Server with Service Pack and Cumulative Updates
- Addition of a Network Monitoring Tool

California Elections Code section 19216 precludes a voting system or part of a voting system that has been approved by the Secretary of State from being changed or modified until the Secretary of State has determined the change "does not impair its accuracy and efficiency...."

If the Secretary of State determines the change or modification does not impair the accuracy or efficiency of the voting system, the Secretary of State may administratively approve the proposed change or modification.
With your request, you also submitted the following documentation:

- Change notes detailing the SQL Server update
- Documentation detailing the addition of the Network Monitoring Tool
- Documentation detailing the increased storage capacity and speed of the Storage Appliance

The system has been modified, and thus warrants a version number change. With the above-described modifications, the version number is 2.2. Based on the application, the testing conducted by our office of the updated BMD, and analysis of the documentation provided by Los Angeles County, this Administrative Approval is granted. All other conditions of the Los Angeles County VSAP 2.1 certification, dated October 1, 2020, remain in effect.

*Susan Lapsley*

Susan Lapsley
Deputy Secretary of State, HAVA & Counsel