# EXHIBIT 9



# VOTING SOLUTIONS FOR ALL PEOPLE

## FINAL REPORT



LAVote.net

**LOS ANGELES COUNTY**
**Registrar-Recorder/County Clerk**

# Table of Contents

**1:**  **Introduction**

**2:**  **Background**
         **VSAP Incremental Project Plan**

**3-19:**  **Phase IV: Manufacturing & Certification**
3-4:  Establishing the Organizational Infrastructure
5:  VSAP Advisory Committees
6-7:  Establishing A Team of Vendor Partners
8-9:  Building the VSAP Solution
10:  Development and Testing Process
11:  Vote Center Placement Project
12-14:  VSAP Community Engagement
15-17:  Deployment Milestones
18:  Certification
19:  New Programs
         Phase IV Conclusion

**20-45:**  **Phase V: Implementation**
**20-29:**  **2020 Presidential Primary Election**
20-21:  Vote Center Recruitment
22:  Developing the Staffing Plan
23:  Training
24:  Supply and Equipment Preparation
         Security
25:  Facilities
26:  Vote Center Deployment
27:  Vote Center Support Operations
28:  VBM Drop Box Program
29:  Mobile Voting Program

**30-33:**  **VSAP Voting Experience Review, Analysis and Enhancements**
30:  Election Turnout and Voter Survey
31:  Post-Election Analysis and Recommendations for Improvement
32:  Operational Readiness
         Re-certification
33.  Special Elections

**34-00:**  **2020 Presidential General Election**
34-35:  COVID-19 Context
36:  Vote by Mail
37-38:  Vote Centers
39:  Mobile Voting Program
40:  Staffing
41:  Training
42-43:  Voter Education Plan
44:  Election Turnout and Voter Survey
45:  Phase V Conclusion

# Introduction

Over a decade ago, the County of Los Angeles (County) embarked on unprecedented effort to design, engineer, manufacture and implement the first publicly owned voting solution. Since then, not only has the County reimagined the voting experience for the nation's largest local voting jurisdiction, but it has transformed the voting systems' market, established a new model for the acquisition of voting systems, and set a new standard for voting system design that prioritizes usability, security and accessibility.

The journey wasn't always smooth, as the County traveled uncharted territory. There was no model to follow, regulations and policies weren't conducive to the effort, and funding wasn't readily available. To top it off, during the final implementation effort, the COVID-19 Pandemic arrived  and brought new unforeseen challenges. Despite these challenges, the County successfully implemented the Voting Solutions for All People (VSAP) voting experience, including new technologies, processes, and programs making voting more convenient and accessible for all its voters. The feat wasn't easy, and required collaboration with other County departments, State and federal agencies, a team of vendors, community organizations and, most importantly, the Los Angeles County community.

Throughout the project, the County relied on the VSAP Advisory Committee and the VSAP Technical Advisory Committee consisting of community leaders, academics, election administrators and technical experts to assist in adhering to the VSAP Guiding Principles[1] that were established in earlier phases of the VSAP project to ensure the new voting experience met the needs of County voters. As the VSAP project grew in complexity, the County established partnerships with vendors that were essential to system design, engineering, manufacturing, certification and implementation. Additionally, the County continuously engaged the public through community meetings, townhalls, presentations, public hearings, and a mock election.

The collaborative efforts led to the design and manufacturing of a voting solution that consists of a Ballot Marking Device Manager (BMG), Ballot Marking Devices (BMD), an Interactive Sample Ballot (ISB), Electronic Pollbooks (ePollbook), and a Tally System (Tally) supporting in-person and Vote by Mail (VBM) options with a paper, voter-marked and auditable ballot. After undergoing rigorous testing and obtaining State certification, the solution was implemented in time for the 2020 Presidential Elections. This voting solution was an entirely new voting experience that incorporated Vote Centers, an extended 10-day early voting period, and an expanded VBM program. These elements were incorporated with the adoption of the California Voter's Choice Act[2] (VCA) by the Los Angeles County Board of Supervisors (Board).

The VSAP program was transformative not just for County voters but will continue to be a model for voting system development throughout the country. The County can takes great pride in its level of effort and commitment to making the VSAP solution as accessible, usable and secure for its voters as possible.

Sincerely,

Dean C. Logan

Dean C. Logan
Registrar-Recorder/County Clerk
County of Los Angeles

---

1. https://vsap.lavote.net/principles/
2. https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201520160SB450

# Background

In 2009, Los Angeles County's Registrar-Recorder/County Clerk (RR/CC) launched the Voting Systems Assessment Project (later rebranded as Voting Solutions for All People or VSAP) to modernize the County's aging voting system and create a voting experience that met the needs of its growing multicultural electorate. The InkaVote Plus system, formally used by the County had reached the end of its life cycle. Many of the system's components relied on technology and hardware from the 1960s that were no longer supported, and lacked the flexibility to adapt to new regulations and an increasingly diverse electorate. After exploring the voting systems market, it was evident that no system manufacturer or vendor had a solution that met the needs of a county as large and complex as Los Angeles. With almost six million registered voters, the County took a groundbreaking approach to modernize its voting system to meet the needs of its community. The RR/CC embarked on the decade-long VSAP project that took a public, collaborative, and human-centered approach placing the needs of voters at the forefront of the effort.

# VSAP Incremental Project Plan

To accomplish the hefty program goals, the RR/CC developed a comprehensive, multi-phased approach. The phases allowed the RR/CC to focus on the stages of product development, track milestones, and emphasized the significant efforts towards its voting system modernization.

- **Phase I: Public Opinion Baseline Research**
  (September 2009 – July 2010)[3]

- **Phase II: Process Assessment**
  (January 2011 – December 2011)

- **Phase III: System Design and Engineering**
  (January 2012 – September 2016)[4]

- **Phase IV: System Engineering and Manufacturing, and Certification**
  (October 2016 – December 2019)

- **Phase V: Implementation**
  (September 2019 – December 2020)

This report provides an overview of the final two phases of the VSAP program. The goals of Phase IV, the Engineering, Manufacturing and Certification Phase, were to develop technical specifications, build a high fidelity prototype, test the system, obtain State certification and commence mass manufacturing. Phase V focused on Countywide system implementation, including fine-tuning between a Presidential Primary and a Presidential General Election.

---

3. https://vsap.lavote.net/wp-content/uploads/2016/06/07092010_phase_i_project_report.pdf
4. https://vsap.lavote.net/wp-content/uploads/2017/08/VSAP-Phase-III-Report.pdf

# *Phase IV:*
# **Manufacturing & Certification**

## Establishing the Organizational Infrastructure

To manage a program of VSAP's size and scope, the RR/CC established a formal organizational program that spanned across the Department in a matrix structure. The mission of the VSAP Program structure was to *"Build and sustain a dynamic and effective VSAP program through best practices in project management and communication, organizational change management, and stakeholder engagement."* The program structure included an Executive Steering Committee, a Program Management Office, Group Managers, and Program/ Workstream Leads.

The Executive Steering Committee was responsible for providing vision and making strategic and programmatic decisions.

The Program Management Office was responsible for managing the program budget, scope, and schedule including:

- Monitoring risks, issues, assumptions and dependencies
- Providing guidance to Group Managers and Project/Workstream Leads
- Ensuring that project/workstream teams had the appropriate tools and resources
- Ensuring that the Executive Steering Committee had visibility into the overall program performance

Group Managers were responsible for managing their respective group of projects/workstreams including:

- Coordinating the collaboration between their projects/workstreams
- Following up on action items, deadlines and deliverables
- Compiling and preparing project/workstream status reports for incorporation into Program Status Reports

Project/Workstream Leads were responsible for managing the day-to-day operations of the program including:

- Monitoring and tracking vendor deliverables
- Compiling and preparing Program Status Reports
- Carrying out the direction set by the Program Management Office and Executive Steering Committee

## VSAP Program Management and Reporting Structure



VOTING SOLUTIONS FOR ALL PEOPLE FINAL REPORT

# VSAP Advisory Committees

In addition to establishing the VSAP Program Structure, the RR/CC revisited its advisory committees to ensure that membership was aligned with the goals for the final two phases of the program. These committees were expanded and continued to meet throughout the engineering, manufacturing, certification and implementation of the system.

## VSAP Advisory Committee

In 2011, the RR/CC established the VSAP Advisory Committee to provide a platform for continued voter engagement and to help ensure that the needs of voters remained at the forefront of system development and implementation. The Advisory Committee was composed of a group of stakeholders and community leaders. Membership was comprised of individuals representing critical constituency groups and communities of interest, including voters with disabilities, language minority groups and ethnic minorities. Other stakeholders represented included municipal election officials, political parties, and academic institutions/organizations. As the RR/CC prepared for system implementation, it determined that the inclusion of local election officials would be important. As such, the VSAP Advisory Committee was expanded to include city clerks from across the County.

## VSAP Technical Advisory Committee

Established in 2013, the Technical Advisory Committee included recognized experts in voting technology, security, and accessibility. Their membership was also comprised of members of the public with significant experience in voting systems. The purpose of the VSAP Technical Advisory Committee was to evaluate the concepts developed by contracted design firms and to provide guidance on the technical specifications for these designs. The Committee convened throughout the design, prototyping, and testing stages of the VSAP Project. This Committee was expanded to support system implementation by including experts in geospatial data to provide guidance on the placement of Vote Centers.

# Establishing A Team of Vendor Partners

After finalizing the VSAP voting system design in Phase III of the program, the RR/CC needed to expand its team of partners to include vendors in the private sector that would build the County's new voting system. The RR/CC utilized competitive processes to identify and engage with experts in the field that could engineer, manufacture and integrate the various components. The outcome was a team of experts in Information Technology (IT) project consultation, design stewardship, software development, hardware manufacturing, and geospatial analysis.

# IDEO

### IDEO

IDEO is a nationally recognized leader in human-centered design. Engaged in earlier phases of the project to design the Ballot Marking Device and provide guidance to other voter experience elements, IDEO remained on board to serve as a design steward and ensure that the final manufactured system remained aligned with the specifications of the design produced in previous program phases.

# Gartner.

### Gartner

On October 24, 2016, the RR/CC awarded a contract to Gartner to provide project management support and guidance on the solicitation for a systems integrator and manufacturer. Gartner is a leading research and advisory company with significant expertise in IT project implementation, business processes and program management. Gartner assisted in the development of a sourcing strategy for the new system including conducting a market scan, supporting the development of the solicitation strategy and documents, and facilitating the bid evaluation process. Additionally, Gartner conducted assessments of the RR/CC on its readiness for implementation and to help identify risks.



### Smartmatic USA

Smartmatic USA (Smartmatic) is a voting system vendor that offers election technology and services focused on security, accessibility and usability to governments around the world. Smartmatic was engaged through an extensive, multi-phase, open solicitation process. On April 24, 2017, the RR/CC issued a Request for information (RFI)[5] to identify vendors interested in engaging with the County to bring the VSAP voting experience to fruition. The RFI received a total of 13 responses. Subsequently, the RR/CC released a Request for Proposals (RFP) that was split into two phases. The first phase focused on qualifying vendors and the second in selecting a vendor from those qualified in Phase 1. The RFP for Phase 1[6] was released on December 18, 2017 and the three vendors who submitted responses and were qualified in that phase were invited to submit bids in Phase 2[7], which was opened on January 2, 2018. Two proposals were received, resulting in the selection of Smartmatic after a rigorous and competitive evaluation process. On June 12, 2018, the County took a big step towards implementing its vision when the contract was awarded to Smartmatic to lead the development, manufacturing, integration and implementation of the County's new system by 2020.

5. https://vsap.lavote.net/wp-content/uploads/2017/07/RFI-ISD.pdf
6. https://vsap.lavote.net/wp-content/uploads/2017/09/VSAP-RFP-Phase-1-vFINAL-with-Attachment-A-09-18-2017.pdf
7. https://vsap.lavote.net/wp-content/uploads/2018/01/RFP_PHASE_2.pdf



### Digital Foundry, Inc

Utilizing a competitive bidding process through the County's Enterprise Services Master Agreement (ESMA), the RR/CC engaged with Digital Foundry, Inc (Digital Foundry) on August 28, 2017. Digital Foundry is a respected leader in digital consulting, strategy, development, engineering and support. Digital Foundry's focus was on the VSAP Tally System including architecting, prototyping, developing, and testing of the solution.



### AT&T

In March 2019, the RR/CC partnered with AT&T to provide network and security assessments and consultation. AT&T is one of the nation's leading telecommunications, media, and technology experts. Their involvement included the power and network assessments of Vote Centers, security assessments of the entire election's infrastructure, the monitoring of network security and providing other technical support.



### KnowInk

The RR/CC released a competitive bid on December 13, 2018 for the acquisition of commercial off-the-shelf (COTS) ePollbooks that could be customized to fit the County's needs. The solicitation resulted in the purchase of KnowInk's PollPad on March 3, 2019. KnowInk is an experienced company led by former election officials that understand the needs and pressures Los Angeles County faced.

### PlaceWorks, Inc

PlaceWorks, Inc (PlaceWorks) is an organization specializing in comprehensive space planning. They provide consulting services assisting their clients to place resources considering geographic, environmental, functional and cultural elements. Brought on board on December 7, 2018 through a partnership with the County's Department of Parks and Recreation, PlaceWorks  supported the County's Vote Center Placement Project (VCPP) which sought to utilize geospatial data and community engagement to identify the best placement of Vote Centers.

# Building the VSAP Solution

The RR/CC invested many years into developing a voting solution that would meet the needs of its current and future voters; a system that was usable, accessible, secure and aligned with the modern expectations of voters. It was imperative to build this system with the same level of integrity, commitment and rigor that was applied in previous phases to ensure that the final experience properly executed on the promises of the design.

The VSAP Solution[8] consists of various critical components including:

- Ballot Marking Device Manager (BMG) and Ballot Marking Device (BMD)
- Interactive Sample Ballot (ISB) and Remote Accessible Vote by Mail (RAVBM)
- Electronic Pollbooks (ePollbooks)
- Tally System (Tally)
- Ballot Layout (VBL)

### Ballot Marking Device and Ballot Marking Device Manager

The Ballot Marking Device (BMD) is central to the VSAP voting solution. It allows voters to see, mark and cast their ballot in an accessible, customizable manner. It provides for voter privacy and maintains the integrity of the ballot. Utilizing a touchscreen interface to allow for usability and accessibility along with a paper ballot to maintain security and integrity, the BMD is a groundbreaking, state of the art voting system unlike others seen before.



The County partnered with IDEO in earlier phases of the program for the design of the BMD. IDEO remained on board to review and provide input on the engineering and manufacturing of the BMD that was to be executed by Smartmatic. Along with the BMD, Smartmatic developed the BMD Manager (BMG) to manage the BMD software including loading devices, updating software, and conducting software diagnostics.

8. https://vsap.lavote.net/wp-content/uploads/2017/08/VSAP-Phase-III-Report.pdf



## Interactive Sample Ballot and Remote Accessible Vote by Mail

The Interactive Sample Ballot (ISB) is an online tool that voters can use to access, mark and save their sample ballot. It is an innovative tool that allows voters the option of interacting with the voting experience using their own technology in a manner that expedites and streamlines their voting process. The ISB also serves as the main interface for the Remote Accessible Vote by Mail (RAVBM) tool. This tool allows voters with disabilities to independently and privately vote a VBM ballot. The software for the ISB and RAVBM solutions were developed as a component of the Smartmatic engagement.

## Electronic Pollbooks

The RR/CC purchased KnowInk Pollpads to serve as the County's ePollbooks. While the Pollpad was a COTS solution, customization was required if it was to meet the County's unique needs. The RR/CC worked collaboratively with KnowInk to customize the ePollbooks to meet State certification requirements for serving voters at Vote Centers, and to integrate with the end-to-end VSAP solution.



## Tally System

The VSAP Tally System (Tally) consists of high-speed IBML scanners and customized tabulation software. The system is capable of scanning, tabulating and producing results for the County's BMD and VBM ballots. While the County was able to procure the IBML scanners as a COTS purchase with minor customization, the tabulation software was developed in partnership with Digital Foundry.

## Ballot Layout

The VSAP Ballot Layout (VBL) application lays out the ballot formats for VBM and BMD ballots and generates the files necessary to process the ballots and to integrate the various VSAP components as an end-to-end solution.



# Development and Testing Process

The RR/CC, with its team of partners, used an iterative process for the manufacturing, testing, and integration of the end-to-end VSAP solution. Through this process, the County and vendors produced secure software and hardware for the new voting solution. Each vendor was responsible for different components of the voting system while also being required to work together to ensure the entire system was integrated. This approach not only allowed for but demanded extensive testing both at the component and enterprise level. The testing regimen included integration testing, stress testing, and performance testing.

The manufacturing process was categorized into three distinct iterative phases. These phases were Engineering Validation Testing (EVT), Design Validation Testing (DVT), Certification Analysis, and Product Validation Testing (PVT).

| ENGINEERING VALIDATION TESTING | DESIGN VALIDATION TESTING | CA SOS CERTIFICATION (INTEGRATED SOLUTION) | PRODUCTION VALIDATION TESTING AND PRODUCTION |
|---|---|---|---|
| This initial stage of testing was used to verify that the designs of the BMD, BMG, and ISB met all requirements for functionality, performance, and certification. This stage spanned from June 2018 to February 2019. | During the DVT stage, all hardware components were tested to ensure they met regulatory qualifications, operational needs and voter usability requirements. This stage began in February 2019 and was completed in June 2019. | The RR/CC worked with its partners to conduct an analysis on whether the VSAP Solution met the regulatory requirements for certification and to make modifications to the hardware, firmware or software as necessary, while maintaining the integrity and priorities of the design. | During PVT, the RR/CC and partners made final preparations for mass manufacturing including validating the qualified tools needed to support manufacturing, such as assembly jigs and test software. This phase began in June 2019 and ended in January 2020. |
| **COMPONENTS** | **COMPONENTS** | **COMPONENTS** | **COMPONENTS** |
| • Ballot Marking Device<br>• Interactive Sample Ballot<br>• BMD Manager | • Ballot Marking Device<br>• Interactive Sample Ballot<br>• BMD Manager | • Ballot Marking Device<br>• Interactive Sample Ballot<br>• BMD Manager<br>• Election Contest and Ballot Management System | • Ballot Marking Device<br>• Interactive Sample Ballot<br>• BMD Manager |
| **GOAL** | **GOAL** | **GOAL** | **GOAL** |
| • Ensure there is high confidence in final design prior to tooling<br>• Ensure fidelity to VSAP Guiding Principles<br>• Demonstrate components are very likely to pass regulatory certification | • Demonstrate quality of off-tool parts and assemblies<br>• Demonstrate units pass regulatory certifications | • Demonstrate units pass certification the California Secretary of State (occurs in parallel to Design Validation Testing) | • Fulfill BMD orders for full implementation |

# Vote Center Placement Project

The amazing qualities of the new easy-to-use, accessible voting solution would have lost their value if the BMDs were placed in locations that were inconvenient or inaccessible to the County's voters. To maintain accessibility of the full voting experience, Vote Centers (where these devices would be used by voters) would have to be placed in locations that were recognizable, convenient, accessible, and safe for voters. The RR/CC established the Vote Center Placement Project (VCPP) in collaboration with PlaceWorks to utilize a robust, collaborative, data-driven process that engaged voters and other stakeholders to equability distribute Vote Centers and VBM Drop Boxes throughout the County. This was a challenging task as the County includes 88 incorporated cities, spans over 4,100 square miles, and has close to 6 million voters.

## GIS Data

Using Geographic Information Systems (GIS), the RR/CC analyzed geographic data to identify possible Vote Center locations. Using demand analysis methodology, the County was divided into community-based regional focus areas. This approach allowed the RR/CC to account for equitable representation in the placement of Vote Centers taking into account conditions and barriers that may influence access to these locations. These conditions and barriers include registered voter populations, access to parking, compliance to Americans with Disabilities Act (ADA), proximity to public transportation, perception of safety, and various other elements. While some of these considerations were prescribed in the California Voter's Choice Act (VCA), the RR/CC included additional criteria to ensure the hardest to reach communities were accounted for in this effort.

## Public Outreach & Partnerships

To enhance the data gathered through geospatial analysis, the RR/CC engaged with the public to gather its input. Voters and members of the community were invited to community meetings to learn about the new VSAP voter experience and provide input on Vote Center placement. The RR/CC partnered with over 30 community organizations to hold two rounds of public meetings. Additionally, an interactive online portal was launched to allow the public to make location suggestions and provide input on locations suggested by others. Through this effort, the RR/CC continued to engage the VSAP Advisory Committee and VSAP Technical Advisory Committee to further ensure that the needs of the voters remained at the forefront.

## Site Suitability Tool

To review and recommend Vote Centers based on the requirements and guidelines, the RR/CC in partnership with PlaceWorks, developed the Vote Center Site Suitability Tool. This tool allowed researchers to analyze the initial pool of possible Vote Centers and recommend the best 1,000 candidate facilities for use in the 2020 election cycle.

## Ground-Truthing

Once a list of recommended sites was produced based on geospatial data and public input, the RR/CC executed an effort to conduct initial assessments of over 2,000 facilities throughout the County. Reviewers assessed the following conditions:

- Accessibility
- Presence of internal barriers
- ADA-designated parking
- Adequate room size and storage space
- Power and electrical capacity
- Secure network connectivity

# VSAP Community Engagement

To ensure voter needs were heard and prioritized in the VSAP process, and to keep the public informed of VSAP efforts as it prepared for implementation, the RR/CC conducted extensive voter education and outreach efforts in partnership with community organizations, city clerks, partner agencies and local elected officials.

## VSAP Lab

To begin educating stakeholders on the new VSAP voting experience, the RR/CC established the VSAP Lab, an educational space within RR/CC Headquarters where RR/CC staff, community organizations, city clerks, and elected officials were invited to experience a simulated Vote Center and to interact with BMD prototypes. The VSAP Lab was an important resource to socialize stakeholders to the new voting experience.





## Presentations & Community Events

Public presentations and community events allowed the RR/CC to provide its nearly 6 million voters and the general public an opportunity for a hands-on experience of the new voting system out on the field. Over 500 in-person VSAP presentations were made to city councils, elected officials, government agencies, community based organizations, political organizations, and other stakeholders throughout the County. Additionally, the RR/CC attended hundreds of community events to further provide election material to the public.

## Partnerships with Community Organizations

The RR/CC leveraged partnerships with community groups that could help spread the word to their own constituents. The RR/CC leveraged existing committees to collaborate with community organizations to educate voters, including the Community and Voter Outreach Committee (CVOC), the Voting Accessibility Advisory Committee (VAAC), the Language Accessibility Advisory Committee (LAAC) and the VSAP Advisory Committee.

## Voter Education Campaign

The RR/CC developed strategic communications campaigns to educate voters on the County's new voting experience. The County is a large and diverse community with millions of residents who speak different languages and consume news and information in different ways. The RR/CC partnered with media agencies to implement a voter education and awareness campaign with tailored messaging and creative ads in 13 different languages -- providing voters with critical and timely election information. The campaigns took a surround-sound approach placing video and static advertisements on all available media, including:



- Television (broadcast and cable)
- Radio (multilingual AM and FM stations)
- Print publications (newspapers and magazines)
- Digital media (email, websites, streaming TV, and mobile apps)

- Social media (Facebook, Instagram, YouTube, Twitter, Twitch)
- Direct mailings
- Out of Home ads (billboards, transit, store fronts, pharmacies, movie theaters, and gas stations)

## Election Administration Plan

The Election Administration Plan (EAP)[9] was developed by the RR/CC to describe the County's strategy to administer elections under the California Voter's Choice Act (VCA). A Draft EAP was first posted on the VSAP website for public comment. To further solicit feedback, five public hearings were held throughout the County in which interpreters were available in 13 languages and American Sign Language. Each hearing was recorded and posted on the VSAP website that also included an online portal for public comments to be submitted directly. Based on all public comments received, the EAP was amended, submitted and approved by the California Secretary of State (SOS).

## Demonstration Centers

From October 2019 through January 2020, the RR/CC conducted a 4-month long initiative that provided ten Demonstration (Demo) Centers per month throughout the County. Demo Centers were open across the County and allowed members of the public to use the BMDs, preview the ePollbooks, and learn more about the new voting experience. The ten Demo Centers were spread throughout the County with two Demo Centers located in each Supervisorial District. To ensure maximum exposure and to reach as many communities as possible, the Demo Centers rotated to different locations to increase opportunities for members of the public to visit. To create awareness and promotion, the RR/CC actively worked with cities, community-based organizations (CBOs) and other partners to promote and increase turnout at the Demo Centers.

---

9. https://vsap.lavote.net/election-administration-plan/

## Mock Election

The RR/CC conducted a large-scale Countywide Mock Election on September 28-29, 2019. For this Mock Election, 50 Vote Centers and 1,000 BMDs were deployed throughout the County. The purpose of this event was to raise public awareness and increase familiarity with VSAP. It also provided the public a glimpse of what to expect with the new Vote Centers, BMDs, ePollbooks, and the ISB. Over 6,000 members of the public participated by casting ballots during the event.





*"It has been a privilege to serve on the Voting Solutions for All People (VSAP) Advisory Committee. A voting system modernization process that serves all voters efficiently and equitably is essential to a democratic society.*
*I appreciate the commitment of the Los Angeles County Registrar-Recorder/County Clerk to ensure that diverse points of view were considered and implemented during this important process."*

*- Bryce Yokomizo,*
*California State University, Northridge*



To promote the Mock Election, the RR/CC collaborated with the County's 88 cities and a network of over 200 community organizations. An extensive paid and earned media campaign was also deployed to raise public awareness. The campaign received over 70.5 million media impressions. As part of the promotion, the media campaign included celebrity appearances, local radio stations on-site, along with food and prize giveaways during both days of the Mock Election. Of those who participated, 87% said they were satisfied with the ePollbook and 89% said they were satisfied with the BMD. In terms of customer service, 91% felt Election Workers were knowledgeable and helpful.

# Deployment Milestones

## New VBM Experience and VSAP Tally Implementation

The Vote by Mail (VBM) experience was redesigned in November 2018 to make voting more user friendly, accessible and convenient. The design process engaged usability experts, human-centered design experts, and voters. New VBM ballot designs were tested by voters with extreme disabilities who might find a paper ballot challenging to use.

As part of this new experience, the County established a VBM Drop Box Program that allowed voters to drop their VBM ballot into a secured box. The Drop Boxes were deployed in partnership with local city clerks, libraries, and other public agencies. Approximately 150 Drop Boxes were available to voters in 2018.

In order to process these new ballots, the VSAP Tally System (Tally) was introduced. The system captures and stores ballot images, tallies both VBM and BMD ballots, and ensures accurate reporting of results. The County's VSAP Tally 1.0 system was California's first publicly developed and owned voting system to be certified by the State and marked a significant step towards a more transparent, secure, and accessible election experience.

The implementation of the new VBM voting experience was a success. More than 1.3 million voters participated in the November 2018 General Election by returning the newly designed VBM ballot — setting a County record of returned VBM ballots. To capture voters' experiences and sentiment, the RR/CC issued an online survey to every registered voter who participated in the election and had an associated email address on their voter registration. More than 40,000 voters participated in the survey and confirmed an enjoyable voter experience.

## Over 40,000 Permanent Vote by Mail voters took a survey on the new ballots, here are the results:

**How helpful were the instructions?**
**92%** said very helpful/helpful

**How easy was it to navigate the ballot?**
**88%** said very easy/easy

**How easy was it to mark the ballot?**
**94%** said very easy/easy

**How satisfied were you with the new design?**
**85%** said very satisfied/satisfied

**How easy was it to return your ballot?**
**91%** said very easy/easy

**How would you rate your voting experience?**
**90%** gave a 4-5 star rating



## Vote Center Test Labs

Vote Center Test Labs were events that allowed the RR/CC to test equipment, processes, and procedures for the new voting experience. These tests allowed the RR/CC to develop new processes, test them, and modify as needed. During these Vote Center Test Labs, staff simulated various election operations to identify and resolve issues.



| | PURPOSE | # OF VOTE CENTERS | # OF BMDS | # OF EPOLLBOOKS | DATE |
|---|---|---|---|---|---|
| **Test Lab 1** | Test and refine selected operational processes | 1 | 2 | 1 | May 6-17, 2019 |
| **Test Lab 2** | Expand processes and locations from 1st Lab | 3 | 5 at each site, 15 total | 2 at each site, 6 total | June 17-28, 2019 |
| **Test Lab 3** | Test/resolve new issues or issues that persisted from previous two Labs | 3 | 5 at each site, 15 total | 2 at each site, 6 total | July 22-August 2, 2019 |

> *"Voting Solutions for All People (VSAP) was initiated to create a voting system that meets the unique needs of voters in the nation's largest and most diverse voting jurisdiction. The program was developed in an inclusive, open process that prioritized community voices and input. VSAP's many offerings, including a new ballot marking device and interactive sample ballot, bring our voting system into the 21st century. Its intuitive, flexible technology will allow for a more convenient and positive voting experience for Los Angeles County voters for decades to come. We appreciate the RR/CC's leadership in making these much-needed reforms to Los Angeles County's voting system and look forward to continuing our collaboration to make Los Angeles County's elections more accessible and representative of our diversity with every election cycle."*
>
> *- Kiyana Asemanfar,*
> *California Common Cause*

## Pilot Election

It was important for the RR/CC to test this new voting system in a real election to gain insight regarding implementation, voter interaction, processes, and overall experience. By testing the new voting system in a real election with time constraints on administrative and operational processes, the pilot would yield significant information to further improve the VSAP solution.

On May 6, 2019, the SOS approved the County's request to conduct a Pilot Program during the November 5, 2019 Local and Municipal Elections. This small-scale election was an ideal setting for the RR/CC to test the new VSAP voting equipment, which included BMDs, ePollbooks and Tally.

Voters had the option to use the traditional Vote Recorder/InkaVote ballot or to use the new BMD to cast their ballot. There were 80 BMD units deployed during the pilot; two each at 40 polling places[10].

Through this pilot, the RR/CC gained significant insights including the following:

- Processes and procedures for deploying equipment needed to be refined so that they are operational in time for the voting period. In response, the RR/CC refined the deployment and set up process.

- Printer quality deteriorated due to dust accumulation and misalignment of the paper guide. In response, the RR/CC coordinated with paper vendors to modify paper production procedures to reduce generation of dust.

- ePollbook scanning feature did not operate properly. In response, quality assurance and software changes were implemented.

- A small number of BMDs had paper jams. In response, BMD firmware was updated, modified and tested.

The Pilot Election proved to be successful at identifying issues to be addressed prior to Countywide deployment. It also demonstrated that the Tally system operated seamlessly. Furthermore, there was positive public reaction to the new voting experience.

---

10. https://lavote.net/docs/rrcc/board-correspondence/12192020.pdf

# Certification

California's voting system certification process is among the most rigorous in the country as the California Elections Code requires California Voting System Standards (CVSS) to exceed the US Elections Assistance Commission's Federal Voluntary Voting System Guidelines (VVSG). During Phase IV of this project, the RR/CC was committed to satisfying the State standards and obtaining the required state approval to use the system for its elections. The certification process included exhaustive security and functional testing conducted by an independent test laboratory. Additionally, the RR/CC subjected the system to independent, third-party security and penetration testing that exceeded State requirements. The RR/CC's meticulous development and rigorous testing ultimately resulted in the Secretary of State's approval of the first publicly owned, publicly designed voting system in the nation.

## VSAP Tally 1.0 Certification

In September 2017, the County submitted VSAP Tally 1.0 for certification testing. This version of the solution was for the scanning and tabulation of VBM ballots. This system was used in a blended environment, with the legacy InkaVote ballots, used for in-person voting and the VSAP Tally used for newly designed VBM ballots. The SOS and an independent testing lab thoroughly reviewed and tested the solution. The VSAP Tally 1.0 Solution was found to be compliant with CVSS and was certified on August 21, 2018[11]. This allowed the County to move forward with the implementation of its newly redesigned VBM ballots for the 2018 General Election. This significant milestone marked the first step in implementing a new voting solution for Los Angeles County voters.

## VSAP 2.0 Certification

In November 2018, the County submitted an application for the testing and certification of VSAP 2.0, an end-to-end voting system that built on VSAP Tally 1.0 to entirely replace the County's InkaVote Plus voting system. The RR/CC  meticulously followed CVSS in its development efforts to be prepared for the certification campaign. The VSAP 2.0 system went through multiple stages of testing and review by the SOS and an independent testing lab, which ultimately resulted in certification of the solution on January 24, 2020[12].  The certification of VSAP 2.0 is a momentous milestone that allowed the County to move forward with its Countywide implementation plan in the 2020 Presidential Primary Election.

## Interactive Sample Ballot Version 1.2 – Remote Accessible Vote by Mail System Certification

The County submitted an application for the testing and certification of the Interactive Sample Ballot (ISB) 1.2 – Remote Accessible Vote By Mail (RAVBM) system to the SOS in February 2019. The ISB allows voters to access, mark and save their sample ballot. It also allows voters to streamline and expedite their voting experience by providing a code that can be scanned by the BMD to upload the selections in a quick and easy manner. The RAVBM portion of the solution allows voters with disabilities and military/overseas voters to privately and independently mark their voting selections using this accessible tool. Voters use an online web application to access and mark their ballot, print their selections on a paper ballot, and mail or fax back to the County. After review and testing, the solution was approved by the SOS on January 29, 2020.

11. https://votingsystems.cdn.sos.ca.gov/vendors/LAC/vsap-cert.pdf
12. https://votingsystems.cdn.sos.ca.gov/vendors/LAC/vsap20-cert.pdf

# New Programs

As part of the new VSAP Experience, the RR/CC implemented new programs to further expand access to elections. These programs targeted outreach efforts to voters who are traditionally disenfranchised, or experience barriers to voting. Some of these populations included seniors, voters with disabilities, voters in assisted living facilities, incarcerated voters, and voters experiencing homelessness.

## Mobile Voting Program

The RR/CC established a new Mobile Voting Program to further expand voting opportunities to the public. The Mobile Voting Program consists of three types of Vote Centers. Mobile Vote Centers[13], Flex Vote Centers[14] and Pop-up Vote Centers. Mobile Vote Centers are intended to be available at public, large scale events where voters are congregated—such as farmer's markets, festivals and carnivals. Flex Vote Centers are intended to provide targeted voting services to voters who may find it challenging to participate in an election otherwise, voters who are in facilities such as assisted living facilities, hospitals, and homeless shelters. Finally, Pop-Up Vote Centers are intended to be deployed to locations that may be experiencing a large influx of voters or that for other reasons may not have the capacity to serve voters.




## VBM Drop Box Program

Also established to increase convenience and access to participate in elections was the VBM Drop Box Program. For this program, the RR/CC worked in collaboration with city clerks, libraries, parks and other public agencies. Secured Drop Boxes are deployed and established throughout the County allowing voters to drop their VBM ballot off instead of mailing it. The minimum number of locations is determined based on criteria in the VCA.

# Phase IV Conclusion

Throughout the engineering, manufacturing and certification process in Phase IV, the RR/CC remained committed to and upheld the VSAP Guiding Principles[15] including transparency, accessibility, and security.  The County's focus on these principles led to innovative efforts, unprecedented accomplishments and a new voting solution that promised to revolutionize voting not just in the County but nationwide.

---

13. https://lavote.net/home/voting-elections/voting-options/mobile-vote-centers
14. https://lavote.net/home/voting-elections/voting-options/vsap-flex-program
15. https://vsap.lavote.net/principles/

# *Phase V:*
# Implementation

The RR/CC completed its full Countywide implementation of the end-to-end VSAP solution in the 2020 Presidential Primary and General Elections.  Having implemented and tested the solution at a much smaller scale during previous program phases, the RR/CC built on the lessons learned, by modifying system components, refining processes and establishing the infrastructure necessary to implement and administer the new voting experience. The final Implementation Phase was comprised of three main activities:

- Countywide implementation for the 2020 Presidential Primary Election (Primary Election)
- Analysis of initial system implementation, process improvements and system enhancements
- Countywide implementation for the 2020 Presidential General Election (General Election)

## 2020 Presidential Primary Election

### Vote Center Recruitment

With the technical components of the new voting experience in place, the RR/CC still had many operational and logistical details to address prior to the implementation of the VSAP solution in the Primary Election. One such task was the recruitment of Vote Centers. In alignment with the vision for the new VSAP voting experience and the VCA, the RR/CC had to recruit facilities that met the new requirements, including an expanded 10-day voting period prior to Election Day.



## Recruitment Process

The RR/CC established a goal of 1,000 Vote Centers for the Primary Election, far exceeding the legal minimum of 680. Recruitment efforts began with a review of the list of potential Vote Center locations that was identified during the VCPP in the previous program phase. The pool consisted of private and public facilities including places of worship, shopping centers, entertainment venues, museums, community centers, parks, schools, colleges/universities, and senior centers.

Recruitment entailed "cold calling" facilities, gaining consent to participate, scheduling a series of site assessments, negotiating logistics, and executing signed agreements. To manage potential Vote Center facilities, the RR/CC identified a group of employees to serve as Account Managers. These individuals were assigned to a cluster of potential locations and were responsible to communicate and facilitate all of the required functions including agreement negotiations, scheduling equipment delivery and set up, and responding to facility questions or concerns.

## Requirements

The VCA established specific Vote Center placement requirements for jurisdictions based on voter registration and community demographics. Additionally, Vote Centers had to meet accessibility criteria based on State and Federal guidelines. Finally, the RR/CC established criteria[16] for Vote Center facilities to ensure they could host and support the VSAP solution. This included requirements for usable space, power and network connectivity. As Account Managers negotiated with facilities, they also coordinated assessments to make sure these requirements were met.

## Vote Center Locations

A total of 978 Vote Centers were successfully recruited and selected for the Primary Election. Of these locations 745 were open for 4 days, 233 were open for 11 days, and five locations remained open for a continuous 36 hours from 8AM March 2 to 8PM March 3[17].

Considering the transition from polling places to Vote Centers and that many voters would be voting at a location different from the location they had been voting at for years, the RR/CC knew it was imperative to communicate these new locations to voters. In order to ensure voters were aware of these new voting locations, the RR/CC shared Vote Center locations with voters through three primary channels:

- **Vote Center Locator Tool:**
  Online tool which allowed voters to identify locations nearest to their home, work, or in their preferred area. The tool was made available on LAVote.net

- **Vote Center Booklet:**
  A full list of Vote Centers was mailed to every household in the County

- **Vote Center Post Card:**
  A personalized post card listing the six Vote Centers closest to a voter's residence was mailed to every registered voter in the County

> *"The launch of VSAP for the 2020 Elections was a huge success. Congratulations to Dean Logan and the LA County Registrar's Office in implementing a new voting system during a global pandemic and furthering the accessibility of the voting process and democracy in our County. "Oh and the new I voted stickers were cool too!"*
>
> *- Holly Wolcott,*
> *Los Angeles City Clerk*

---

16. https://lavote.net/docs/rrcc/election-info/VC-Requirements.pdf
17. https://lavote.net/docs/rrcc/news-releases/03032020_ExtendedVC.pdf

# Developing the Staffing Plan

The implementation of the new voting experience with new voting technologies, and an expansion of election services required the RR/CC develop a new staffing model for elections. As such, the RR/CC established new roles to meet the needs of operating a run Vote Centers. In the previous voting model, two primary roles existed in a polling place — an Inspector (Lead) and Clerks. In the new staffing model, each Vote Center included a Lead, Check-in Clerks, Voting Area Monitors, a Line Monitor, and a VBM/Provisional Clerk. Additionally, the RR/CC recruited and selected three classes of support teams who served as the Vote Center's point of contact for issues that needed resolution or assistance. These classes are identified as Reservists, Troubleshooters, and Field Support Technicians (FST).

## Vote Center Staff Description:

- **Lead:**
  Responsible for overseeing all activities at the Vote Center including opening and closing of the site, addressing voter questions/issues, and delivering ballots to the Check-in Center (CIC) nightly

- **Check-in Clerk:**
  Responsible for checking in voters utilizing ePollbooks to verify voter eligibility, capturing voter signature, and issuing a ballot

- **Voting Area Monitor:**
  Responsible for monitoring the BMDs and assisting voters as needed

- **Line Monitor:**
  Responsible for welcoming and preparing voters as they enter the Vote Center

- **VBM/Provisional Clerk:**
  Responsible for assisting voters with VBM and Provisional ballots

- **Multilingual Clerk:**
  Responsible for assisting voters in a language other than English

- **Reservist:**
  Trained as Leads, but not initially given an assignment - these workers are available to be deployed to any site needing support

- **Troubleshooter:**
  Assigned to a geographical area to resolve procedural issues at Vote Centers

- **Field Support Technician:**
  Assigned to a geographical area to resolve technical issues in Vote Centers

In addition to developing roles, the staffing plan also had to define new Election Worker schedules to provide coverage to 4-day and 11-day Vote Centers. They also had to accommodate special worker group restrictions like High School students that can only work on weekends and Election Day. Staffing models also had to consider Vote Center size and projected daily voter turnout, with an expectation that the weekends and last two days of voting would be the busiest. Execution of the staffing plan resulted in the recruitment of 4,375 County employees, 5,649 student workers, and 5,172 community members for the Primary Election.

# Training

To support the new staffing plan and implementation of the VSAP voter experience, the RR/CC launched a new training program. This program was designed to introduce the VSAP voting experience, provide various methods of learning utilizing in-person and online methods, prepare Election Workers to effectively operate Vote Centers, and provide excellent customer service.

Training for Leads increased from 2½ hours in the previous voting model to two (2) full days of training that consisted of instructor-led presentations, discussions, and hands-on-training. A heavy emphasis was placed on hands-on training to allow Election Workers ample opportunity to become familiar with the new technologies including the ePollbook and BMD. To further enhance the effectiveness of training, class attendance was limited to provide participants with sufficient time with the new equipment.

In-person training for all other roles was an eight-hour class covering several topics including:

- Overview of the new VSAP voting experience
- Setting up the Vote Center
- Chain of Custody
- Assisting voters
- ePollbook - Introduction and hands on practice
- BMD - Introduction and hands on practice
- Closing the Vote Center - Introduction and hands on practice

A total of three training manuals were developed and provided to participants during the training session—an Election Guide, a BMD Guide, and an ePollbook Guide. These manuals were an invaluable tool for Election Workers not only during training, but also as reference material while in a Vote Center. In addition to the training manuals, Election Workers were given procedural guides and checklists. These materials included information on how to open and close a Vote Center, chain of custody procedures, how to assist voters requesting an Official Write-in Ballot, and contact lists with direct phone numbers to support services.

Online training was also provided to supplement the in-person training for all Election Workers. Online training was mandatory for all Vote Center Leads and Reservists, but was optional for the remaining positions.

In the post-election Election Worker Survey conducted after the Primary Election 3,200 Election Workers participated and provided their feedback and experiences.

- **79%** felt training prepared them to serve their assignment
- **70%** felt the training manuals were helpful
- **76%** had an overall positive experience County

## Supply and Equipment Preparation

Nearly every item used in a Vote Center was new or redesigned to match the new processes. The procurement and operations teams worked to design and purchase each item in a timely manner so that supplies could be packed and sent to Vote Centers. This included items such as new signage, safety mats, power cords, and tables.

Leading up to the Primary Election, all equipment including ePollBooks, BMDs, and Tally Scanners went through an extensive testing and preparation process. Prior to deploying any of this equipment, the RR/CC had to load the proper data into the equipment, including voter and election files. Once all data was loaded, diagnostic tests were conducted to ensure all systems were operating properly. Finally, hardware was checked to ensure equipment was not damaged and all accessories and peripherals such as power cords and batteries were included.

> *"As voter access to the polls becomes a more discussed issue nationally, I'm very proud that Los Angeles County developed a system that considered the many needs of different voters and provided a pathway to the future of voting. I commend the committee and staff for how dedicated they are to ensuring that every eligible person in Los Angeles County is able to vote and have their vote counted."*
>
> - Ardashes "Ardy" Kassakhian,
> Glendale City Council

It was imperative that the Tally System was also prepared and tested prior to implementation. VSAP Tally 2.0 went through rigorous testing including volume testing, security testing, and logic and accuracy testing prior to deployment.

## Security

New procedures, protocols, tools, and technologies were implemented to protect against physical and cybersecurity attacks, malicious software, and network intrusion. To assist in monitoring, tracking, and combating any and all attempts to get into the County's election systems, an Elections Security Operations Center (ESOC) was established and set up in a centralized location where technical analysts could monitor threats and suspicious network and server activity against County information assets leading up to, during and after the voting period.

Additionally, the RR/CC partnered with independent test labs and leveraged relationships with the Los Angeles County District Attorney, the County's Internal Services Department (ISD), Department of Homeland Security (DHS), the Federal Bureau of Investigations (FBI), and the EI_ISAC Center for Internet Security and the Cybersecurity and Infrastructure Security Agency (CISA) to conduct penetration and security tests to identify vulnerabilities and establish security protocols and procedures. Testing results were positive, demonstrating the strength of the VSAP solution and RR/CC to fight off security risks.

## Facilities

In order to accommodate to new equipment, new programs and expanded operations, the RR/CC had to expand its infrastructure, modify existing facilities and acquiring additional space.

### Election Operations Center (EOC)

The RR/CC conducted an in-depth space evaluation of its Election Operations Center (EOC) for the storage of new equipment and expansion of operations. After careful evaluation of the existing EOC square footage, layout and conditions, it was determined the EOC was not able to accommodate all the needs and requirements, so the RR/CC had to source a nearby warehouse to support the storage and deployment of equipment. The EOC continued to house supply preparation, Vote Center account management, and storage.

### Tally Operations Center (TOC)

Another facility used during for the Primary Election was the Tally Operations Center (TOC). The existing Tally room located at the RR/CC Headquarters in Norwalk did not have the footprint to accommodate to the new Tally System. Therefore, the RR/CC acquired space in an existing County facility in Downey for the new TOC. The electrical and data infrastructure was enhanced to meet the VSAP Tally Solution security requirements, a new racking system was installed to store ballots, and construction work was conducted to build a public observation area for tally activities. The vacant Tally room at RR/CC Headquarters was repurposed as a Vote Center during the voting period and was used for other election operations during the voting period.

### VSAP Operations Center (VOC)

Since the RR/CC's existing EOC was unable to hold and provide adequate space for the preparation and storage of that equipment, the RR/CC worked with the County's CEO Real Estate Division to acquire a new facility.  This new facility, which came to be known as the VSAP Operations Center (VOC), serves as a central hub for storage, deployment and return of voting equipment during the election period. The main operations at VOC included storage, programming, and maintenance of over 31,100 BMDs, 8,000 ePollbooks, 1,000 secure internet routers, 1,500 Uninterruptible Power Supply (UPS) units, cell phones, and laptops. It also provided space for the Mobile Vote Center program and call centers.

### Lakeland Truck Yard, Rancho Los Amigos, and Los Padrinos

The RR/CC utilized a leased lot in Santa Fe Springs known as the Lakeland Truck Yard for parking trucks, providing troubleshooter parking, and storing containers. Similarly, it utilized a vacant lot on the County's Rancho Los Amigos National Rehabilitation Center, was used  for storing 400 vans and trucks. Finally, it used a County facility, the now closed Los Padrinos Juvenile Hall for the Fleet Operation Team to help manage over 300 mid-sized vans and minivans.

# Vote Center Deployment

In the previous voting model, Election Workers were tasked with picking up voting equipment from Election Supply Pick-up Sites around the County, transporting the equipment and setting it up at polling places. All of the equipment was compact enough to fit into the back seat of a car. The increase in equipment used at Vote Centers necessitated the implementation of a new deployment strategy.

The County established a new model where RR/CC staff delivered and set up voting equipment, taking the responsibility away from the Election Workers. With the large number of Vote Centers in the County, the RR/CC was required to deliver equipment over a period of various days. The County contracted with a transportation vendor to deliver equipment and supplies to Vote Centers.

To accommodate locations that didn't have space available for indoor storage for various days prior to the voting period, large portable storage containers were used. By placing the containers on the exterior of the property, such as in parking lots, the interior space was freed up to the facility for other activities until closer to opening of the site. Approximately 507 unique Vote Center locations used 646 storage containers to store equipment and supplies.

County staff then visited all the facilities to set up the equipment-- an activity that required a high level of resources from the County, including hundreds of vehicles, three warehouses and two truck yards.

Post-election, all equipment was broken down by RR/CC staff and placed back in the designated location for the transportation vendor to access and retrieve the supplies. Vendors were responsible for picking up equipment as well as storage containers.

The delivery and set up of equipment at Vote Centers was extremely challenging. The RR/CC did not have the resources, expertise and skillset to conduct such a large-scale, logistical program. This led to some Vote Centers not being set up or cleared out as agreed upon with Vote Center facilities.

# Vote Center Support Operations

The RR/CC established various call centers to respond to questions and concerns from voters, Election Workers and other stakeholders. Call centers included:

- **IT Help Desk:**
  Handled calls from Election Workers and Field Support Technicians (FST) about technical issues. IT Help Desk was responsible for dispatching additional technical resources such as technicians and replacement equipment.

- **Election Worker Services Help Desk:**
  Responded to calls from Election Workers about process and procedures.

- **Voter Help Desk:**
  Responded to calls from voters about election-related issues.

- **Troubleshooters and Field Support Technicians**

FSTs played an important role during the Primary Election by providing Vote Centers with technical troubleshooting assistance. A total of 200 FSTs were deployed for the Primary Election. If a Vote Center made a call regarding experiencing trouble with ePollbooks, BMDs, or any other technical equipment, a FST would be deployed to the center to help the Lead in the setup, service, swap, and or breakdown of the Vote Center. Assistance provided by FSTs allowed for Leads to have further support in operating a Vote Center during the entirety of the voting period.

Additionally, 50 Troubleshooters were deployed to provide Vote Center support regarding procedural and customer service issues. These Troubleshooters responded to calls about electioneering, missing supplies, unclear procedures and needs for additional resources.

> *"The League of Women Voters of Los Angeles County is pleased to have been a part of the VSAP project.  From the beginning VSAP targeted the expansion of voting opportunities and participation, and inclusion of the wide variety of communities that make up LA County both at the Advisory Committee level and in testing and outreach. The project adopted a set of sound principles that guided the development. The advisory committee provided continual input from a variety of community groups. Testing various elements of the project involved outreach to targeted members of the public. The League also participated in the Vote Center Placement Project to site Vote Centers. An excellent and wide-ranging public education effort led up to the November 2020 election. The innovative open-source vote marking device was a key element in elevating the voting experience for all voters. A smooth and successful implementation of the new system in the November election was remarkable - especially so under the difficult circumstances of that election. VSAP truly provided voting opportunities for all Los Angeles County voters."*
>
> *- Nancy Mahr and Margo Reeg,*
> *League of Women Voters of Los Angeles County*

# VBM Drop Box Program

In 2018, the RR/CC debuted the newly designed VBM ballot as an extension of the VSAP Program. Along with the new ballot, a VBM Drop Box Program was introduced. This program provided voters with the option to drop their ballot in one of 150 secure Drop Boxes instead of mailing it using the US Postal Service. For the Primary Election, the number of boxes expanded to 206. Over 30,000 ballots (approximately 2.6% of VBM ballots cast) were returned in these Drop Boxes.



The VBM Drop Box recruitment process identified placements that were safe, accessible and convenient for voters. An assessment of the proposed space was conducted to ensure drop boxes were placed in accordance with the State's accessibility guidelines and in highly visible areas. Accessibility factors included easily accessible parking, clear paths of travel for vehicles and pedestrians (e.g. changes in ground level, stability, ramps, and overhead obstacles), and proximity to transit stations.

> *"When I look at the VSAP today, I believe without a doubt, that out of all projects that received funding from the LA County Quality and Productivity Commission, the VSAP is by far the most far-reaching, impactful enhancement to quality of life. Nothing even comes close. This project should be looked at as a great example, not just in the elections field, but by the whole Country."*
>
> **- Jaclyn Tilley Hill,**
> **Quality and Productivity Commission**

Participating Drop Box locations were strongly encouraged to sign multi-year installation agreements so voters could continue to utilize their locations in multiple, future elections. Drop Boxes were securely bolted into cement or chained to a grounded fixture at each facility to assist in preventing damaged or stolen boxes. All Drop Boxes were in compliance with regulations provided by the SOS and are designed to safely store ballots, while minimizing the potential for tampering or vandalism. Each Drop Box is made of stainless-steel construction, is serialized and has a protective coating to prevent permanent damage from liquid and graffiti. The Drop Boxes have internal bolts to securely lock it into the ground and a three-key unlocking system to prevent unauthorized access.

These boxes remained secure and accessible throughout the entire voting period as ballots were picked up regularly by two RR/CC designated staff to ensure chain of custody.

VOTING SOLUTIONS FOR ALL PEOPLE FINAL REPORT

# Mobile Voting Program

### Mobile Vote Centers

Mobile Vote Centers provided additional voting opportunities in public spaces and were deployed from Saturday, February 22 to Tuesday, March 2. Three Mobile Vote Centers deployed across 25 locations throughout the County. A total of 2,541 voters cast ballots at these locations.

### Flex Vote Centers

VSAP Flex Vote Centers provide targeted voting services to voters through partnerships with organizations and facilities throughout the County. The Program targeted seniors, voters experiencing homelessness, voters with disabilities, incarcerated voters, and geographically isolated voters. After an extensive application and outreach period, the selection of Flex Vote Centers was determined upon a variety of factors including availability, regional distribution and the anticipated number of voters. There was a total of 44 locations spread across the County. A total of 1,954 voters cast ballots at these locations.

Flex Vote Centers also allowed for incarcerated voters to vote in-person for the very first time.  Through this program, the RR/CC partnered with the LA County Sheriff's Department (LASD) to provide expanded voting options for justice-involved voters and their family members. As part of the Department's "We All Count" campaign and the RR/CC's "Free the Vote" campaign, a Mobile Vote Center was stationed at the entrance to the Century Regional Detention Facility (CRDF) in Lynwood where arriving visitors, and LASD personnel, were encouraged to vote. Although the RR/CC has an established program where eligible inmates may Vote by Mail, for the first time, the Flex Vote Center successfully gave voters the choice to vote on the voting equipment if they preferred to do so.

### Pop-up Vote Centers

Pop-up Vote Centers serve as a contingency to address situations where a Vote Center may need additional staff and voting equipment. Pop-up Vote Centers can be deployed in outdoor spaces to alleviate congestion at sites. These Pop-Up Vote Centers consisted of 6-7 RR/CC staff members, 10 BMDs, and 3 ePollbooks depending on the locations size and voter turnout. Electrical power is supplied to Pop-Up Vote Centers by a generator.







# VSAP Voting Experience Review, Analysis and Enhancements

## Election Turnout and Voter Survey

### Election Turnout

A total of 2,122,449 ballots were cast and tallied  resulting 38.5% voter turnout amongst all registered voters.

### Vote Center Turnout

**980,875 (46%)** voters participated in this election by casting their ballot in-person at a Vote Center

**27%** of those in-person ballots were cast during the 10-day early voting period

### Vote by Mail Turnout

**1,141,594 (54%)** voters participated in this election by returning a Vote by Mail ballot

**Over 30,000** ballots were returned via Drop Box

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Voter Survey

Post-election surveys and voter exit polls indicated that the majority of voters had a positive experience, with 21% reporting a negative experience. A Loyola Marymount University exit poll[18] found somewhat similar numbers: 87% of respondents said they had a positive overall voting experience at the Vote Centers, while 13% reported a fair or poor experience.

Below are key findings from the RR/CC's post-election voter survey results:

**69%** of respondents reported having a positive overall voting experience at the Vote Centers while **21%** reported having a negative overall voting experience.

**68%** of voters surveyed reported waiting 30 minutes or less during the voting period.
**17%** of voters surveyed reported waiting over 2 hours.

**80%** of respondents reported being satisfied with their experience using the new Ballot Marking Devices (BMDs) while
**10%** reported being dissatisfied with their experience using the new BMDs.

**33%** of respondents reported using the Interactive Sample Ballot (ISB). Of those who used the ISB, **87%** reported being satisfied with their experience while 5% reported being dissatisfied with their experience using the ISB.

Of the respondents who are unlikely to vote at a Vote Center in the future,
**65%** said this was because they experienced a long wait at the Vote Center during the March Election. Another **32%** reported "Other" while
**29%** prefer to Vote by Mail.

18. https://lmu.app.box.com/s/tc9znydgkwp4keztk7x4ac91zv9k35ul

# Post-Election Analysis and Recommendations for Improvement

While there were many successful elements of the election, it was also clear that there were challenges and a need for process improvement. At the direction of the Board of Supervisors, the RR/CC conducted a thorough analysis of the issues encountered during the Primary Election to identify root causes and solutions. The lessons learned from this process became a valuable part of the roadmap for the execution of the 2020 Presidential General Election. At the conclusion of this process, the RR/CC submitted a report[19] to the Board with findings and an action plan.

Some of the important issues addressed in the report of findings included wait times, staffing, training, Vote Center listings and publication, call center wait times, Vote Center deployment, technical issues and internet connectivity.

To alleviate long Vote Center wait times, the RR/CC recommended allocating resources to further encourage early voting and VBM to reduce the demand on Vote Centers on the final day of voting. Additionally, the RR/CC sought to track and report Vote Center wait times in real time and encourage voters to utilize this tool to identify Vote Centers with shorter wait times.

Enhancements recommended as a result of the analysis included both technical improvements and deployment thresholds for the ePollbooks.  One such enhancement was the improvement of the voter search function used for checking in voters. These enhancements were meant to curtail wait times by allowing election workers to check in voters more quickly. The RR/CC also determined that a minimum of five ePollbooks would be available at all Vote Centers, to ensure adequate capacity.

Improvements to the Vote Center staffing model and Election Worker training were recommended to ensure that Vote Centers were adequately staffed with Election Workers that were well-prepared and effective at serving voters. Some changes in the staffing recruitment and assignment model included starting recruitment earlier, assigning a FST to each Vote Center, improving the placement of multilingual staff at each Vote Center, implementing an Election Worker management system, and streamlining the Vote Center Lead Program to ensure proper distribution and coverage.

The RR/CC also examined the Vote Center support infrastructure. First, to ensure that Election Workers were better informed on election procedures and can better resolve issues, the RR/CC examined feedback from voters and workers to modify the training program to enhance the curriculum for topics that needed additional focus. To properly scale Help Desk operations and ensure that workers are able to properly obtain assistance to resolve issues, the RR/CC sought to outsource Help Desk operations to an experienced telecommunications company, which provided desk/support services. Furthermore, it migrated all Help Desks onto a single incident management system where an adequate number of staff could escalate and provide issue visibility across all groups.

Findings derived from the Board's motion assisted the Department in continuing to improve the voter experience for Los Angeles County voters.

19. https://lavote.net/docs/rrcc/board-correspondence/04272020_all.pdf

## Operational Readiness

In addition to enhancing the technical components and modifying processes and procedures to more effectively administer elections and address issues seen in Primary Election, the RR/CC evaluated its organizational structure to examine whether it could be improved to better support the new VSAP voter experience. In examining the causes for issues seen in the Primary Election, the RR/CC determined a need to better apply focused resources to certain programs and operations. In May 2020, the RR/CC realigned its organizational structure. The existing Election Operations Bureau was split into two, one focusing on election preparation and VBM, the other focusing on the in-person voting experience. The revised structure allowed the RR/CC to add more leadership and support roles to the election administration structure.

## Re-certification

The VSAP solution with its enhancements, known as VSAP 2.1 required recertification by the SOS prior to implementation. As part of the testing and approval process, the system went through rigorous functional and security testing conducted by the SOS and its independent testing consultants. Additionally, the RR/CC subjected the system to independent, third-party security and penetration testing that exceeded State requirements.

Enhancements made to the BMD user interface included adding an overlay screen for the "More" button, updating text on the "Ready to Cast" screen, and others. These enhancements were meant to ensure that all BMDs properly informed voters on their choices and prepared them to cast their ballot. Technical upgrades were also made to the VSAP solution components including the BMD firmware, the SQL server, and the Tally system. Improvements were also made to the VSAP Interactive Sample Ballot (ISB) Remote Accessible Vote by Mail (RAVBM) system. Modifications included improvements to translations, technical upgrades, and cosmetic changes.

Ultimately VSAP 2.1 was certified by the SOS on October 1, 2020[20] and approved for use in the upcoming General Election.

---

20. https://votingsystems.cdn.sos.ca.gov/vendors/LAC/vsap2-1/vsap21-cert.pdf

VOTING SOLUTIONS FOR ALL PEOPLE FINAL REPORT

# Special Elections

Prior to the implementation of these modifications and enhancements during the General Election, the RR/CC had a series of local and special elections that allowed the RR/CC to begin to implement some of the modifications. Special Elections included Charter City Elections, Congressional District 25 Special Election, City of Commerce Special Election and others. These elections included city measures and local offices. In addition to utilizing these elections as an opportunity to begin to implement enhancements, the RR/CC also had to implement new public health and safety guidelines as the COVD-19 Pandemic overtook the County. To align operations with new health and safety guidelines, Vote Centers for these elections were set-up outdoors, implemented social distancing guidelines and the incorporation of Personal Protection Equipment (PPE).

The protocols developed during these elections became the foundation for the COVID protocols and the RR/CC's Safe Election Plan used in the November 2020 General Election. These protocols included:

- Surgical masks, gloves and hand sanitizer for Election Workers

- A supply of gloves and masks to offer to voters who did not have PPE

- A portable handwashing station that was available to Election Workers and voters

- Disinfectant that was used on all voting equipment

- Procedures to ensure that voting equipment was sanitized once an hour or after every voter

- A Vote Center layout to ensure six feet of distance between voters and Election Workers

- Physical signs and cones indicating physical distancing markers

- Emphasis on COVID-19 guidelines and protocols in Election Worker training

> *"The VSAP process is an enormous testament to the power of public engagement.  Los Angeles, the nation's most populous jurisdiction and one of its most diverse, set out to upgrade the voting experience – and delivered.  Along the way, it developed and implemented the country's first publicly-owned voting system, designed with the flexibility to serve Angelenos today, and to change as Angelenos change.  It is a system built for the 21st century, with ample attention to reliability and convenience not only for the usual voter but also for voters (and election workers) of all different stripes.  And through careful contingency planning, the county was able to deploy this system even in the midst of a pandemic.  The supervisors and RR/CC's office had the foresight to give this immensely complex project the time and budget that it needed to succeed.  And as a result, Los Angeles voters all benefit."*
>
> *- Justin Levitt,*
> *Loyola Law School*

# 2020 Presidential General Election

The RR/CC worked rigorously to address the challenges encountered during the Primary Election and implement solutions prior to the General Election. Although the RR/CC faced new challenges in preparation for the General Election due to the COVID-19 Pandemic, process and system improvements proved to be successful and resulted in a smooth General Election.

## COVID-19 Context

The RR/CC as all election administrators across the country, faced unprecedented challenges during the General Election due to the ongoing COVID-19 Pandemic. As the largest election jurisdiction in the country, the County had a great responsibility to ensure that its protocols and procedures strictly adhered to health and safety guidelines to protect its voters, Election Workers and the general population while executing an accessible, secure and transparent election.

The RR/CC made significant operational changes to align with COVID-19 safety guidelines and ensure the safety of all workers and voters including social distancing, providing protective equipment, and frequent sanitizing of surfaces. Procedures, supplies and space layouts were all evaluated and modified to ensured continued productivity while protecting all involved.

The RR/CC worked closely with the Los Angeles County Department of Public Health (DPH) as it developed new processes and procedures to address COVID-19 protocols. DPH conducted a walk-through of fully functioning Vote Centers and other RR/CC facilities  to make recommendations for enhancing the safety at those facilities. Additionally, the RR/CC implemented guidelines and recommendations which were provided by the SOS, the California Department of Public Health (CDPH) and the U.S. Center for Disease Control and Prevention (CDC).

### Safe Presidential Election Plan

The RR/CC documented its Vote Center safety protocols in a "Safe Presidential Election Plan."[21] For the protection of voters and Election Workers, safety protocols included:

- Requiring face coverings to be worn at all times
- Providing Personal Protective Equipment (PPE) including gloves, face coverings, and hand sanitizer
- Enforcing six foot social distancing both outside and within every Vote Center
- Encouraging voters to utilize the Interactive Sample Ballot (ISB), quick check-in, and early voting to speed up the voting process
- Providing curbside voting for those unable to enter a Vote Center

---

21. https://lavote.net/docs/rrcc/election-info/Safe-Vote-Center-Plan_November2020.pdf

Additionally, under the Safe Presidential Election Plan, Election Workers were trained to implement guidelines, that included following prevention measures at every Vote Center to limit the spread of COVID-19 and self-screening themselves and other workers prior to beginning work. Specifically, some these prevention measures included:

- Sanitizing high-touch surfaces such as check-in tables, BMDs and ePollbooks after every voter and every hour
- Conducting a self-screening as part of daily check-in
- Washing hands frequently or using hand sanitizer where soap and water were unavailable
- Minimizing the handling of shared objects
- Establishing non-contact norms so workers avoid greeting co-workers and voters with physical contact

Finally, to reduce the congregation of crowds of people at Vote Centers, the RR/CC launched a media campaign that emphasized VBM as a safe and secure way to vote and educated voters on safety measures when voters were required or preferred to vote in person.



# Vote by Mail

On April 28, 2020, the Board directed the RR/CC to adopt the provisions of the VCA as described in Elections Code 4005 and 4007(c), requiring the County to mail all registered voters a VBM Ballot[22]. This transition allowed the RR/CC to enhance safety by automatically providing voters with an opportunity to vote safely from home and eliminate the risks of coming in contact with the COVID-19 virus in the act of voting. This meant an increase of approximately 2.5 million additional VBM ballots to be mailed  since the Primary Election. Preparing, mailing, receiving and processing close to 5.7 million ballots meant a need for additional resources including funding, space, and staffing.

## New Vote by Mail Operation Center

The direction to mail all registered voters a VBM ballot required the RR/CC to conduct a thorough assessment of the (then) current operation center responsible to receive, process, verify, and store Vote by Mail ballots. Ultimately, it was determined that a new facility would be needed to physically accommodate the anticipated increase of ballots while maintaining all public health and safety social distancing guidelines – keeping our staff and observers as safe as possible.

A temporary facility agreement was facilitated with the Pomona Fairplex to use one of their facilities to establish an expanded 24-hour VBM operation center. Once the formal agreement was in place the RR/CC transported and set up of the physical hardware and technical infrastructure needed to conduct the operation. Within months, an empty hanger was turned into a fully operational, secure, and safe working environment ready to receive and process millions of VBM ballots.

## Expanded VBM Drop Box Program

The expansion of the Drop Box program was paramount in providing additional geographic coverage across the County for voters to safely return their ballot. A total of 402 Drop Boxes were placed throughout the County – 200 more than in the Primary Election. To double the program in time for the General Election the Drop Box program management assigned 13 dedicated employees to directly collaborate with community-based organizations, cities, school districts, college campuses, County departments, and additional public-service agencies to recruit and manage the facilitation agreements to place a Drop Box on their site.

Receiving the signed and approved agreements from facilities was a fluid process that took several weeks. To maximize time and to complete the installation of boxes as soon as possible, a work schedule was developed and communicated directly to a vendor who was responsible for installing the Drop Boxes across the County.

To accommodate the secure and timely pickup of ballots across the County the RR/CC hired 80 temporary employees who were responsible to complete daily ballot pickups and to confirm the security and maintenance of the physical Drop Boxes. An additional 410 temporary employees were hired for the secure locking and closing of Drop Boxes on Election Day.

22. http://file.lacounty.gov/SDSInter/bos/sop/1072277_042820.pdf

# Vote Centers

A total of 791 Vote Centers were recruited for the General Election. Of those Vote Centers, 118 were open for 11 days (October 24-November 2) and 673 were open for 5 days (October 30-November 3) far exceeding the number required per the Governor's Executive Order[23] providing special thresholds to keep Election Workers, voters, and the community safe during the COVID-19 Pandemic. While the COVID-19 uncertainties made recruitment of Vote Centers difficult, partnerships with community organizations, advocacy groups, private companies, professional sports organizations, cities, school districts, and the Board contributed to the success of recruitment efforts.

### High Profile Vote Centers

During recruitment efforts, many high-profile facilities and franchises responded to the call for large spaces for the General Election. Facilities such as The Forum, Hollywood Bowl, the Wiltern, the Pantages Theater, Staples Center, Dodger Stadium, SoFi Stadium, Banc of California Stadium, the Santa Anita Race Tracks and many others opened their doors to allow for voting. Additionally, all local Public Colleges and Universities accommodated requests for space and partnered with the RR/CC for the benefit of the community.





These hosting facilities not only provided space that accommodated to physical distancing, but their popularity and reach generated interest and drew voters to participate in the election. To mark the significance of many of these locations serving as Vote Centers for the first time, many Vote Centers designed and distributed customized "I Voted" stickers, face coverings and other memorabilia. These elements and the media attention generated by these partnerships resulted in high numbers of voters casting ballots safely at these locations.

23. https://www.gov.ca.gov/wp-content/uploads/2020/06/6.3.20-EO-N-67-20.docx.pdf

## Vote Center Deployment

The Primary Election revealed that the RR/CC did not have the experience, resources and expertise to deploy and set up equipment at hundreds of Vote Centers in just a handful of days. Therefore, the deployment and setup of supplies and equipment to Vote Centers was outsourced for the General Election. The RR/CC leveraged the provisions of their existing contract with Smartmatic to engage them for that tasks. These efforts supported the set-up and breakdown of 791 Vote Centers and 21 Election Worker training sites including project planning, staffing, coordination, monitoring, data management and real-time reporting.

By outsourcing the deployment process to Smartmatic , the RR/CC was able to ensure that all Vote Centers received the proper election equipment and opened smoothly, on time, and with minimal issues.

## Personal Protective Equipment

Personal Protective Equipment (PPE) became an important new set of supplies for the General Election. PPE was required for use in office workspaces, Vote Centers, operation centers, and other workstations in order to ensure the health and well-being of all individuals during the COVID-19 Pandemic. In preparation for the November voting period, specific PPE and signage were implemented within all Vote Centers and facilities including:

- Decals for maintaining physical distance
- Signage for Vote Centers and facilities
- Face shields
- Masks and gloves
- Sanitizers
- Temperature screeners

## Vote Center Precheck

Prior to the first opening of a Vote Center, Leads, Assistant Leads, and FSTs arrived at their assigned Vote Centers in order to complete a list of tasks to ensure Vote Center readiness. This process known as the "pre-check" allowed Election Workers to address problems before the start of the voting period. Pre-check provided Election Workers more time to become familiar with their supplies and equipment, notify the RR/CC when supplies or equipment were missing, familiarize themselves with the facility and set up materials for their first day of voting.

## Voting Equipment

The RR/CC deployed the enhanced VSAP 2.1 solution for the General Election, consisting of the same components as those deployed in the Primary. To support the use of that equipment, the RR/CC expanded its technical support operations by improving its call center operations, assigning an FST to each site and enhancing its process for swapping out and deploying additional equipment. Enhancements focused on risk reduction strategies, utilizing project management best practices and streamlining where possible.

When technical issues were escalated and unable to be resolved by call centers, Swap Trucks were deployed. Swap Trucks provided equipment for Vote Centers whose supplies were not properly operating and therefore negatively impacting a Vote Center's performance. Equipment swaps were triggered when the particular type of equipment reached a failure threshold of 25% at a given Vote Center or when equipment was needed to address high level turnout. Swap Trucks provided BMDs, ePollbooks, routers, UPSs, and cellphones as needed. During the 11-day voting period there were 20+ SWAP trucks, ready to be deployed to any Vote Center within the County. Fortunately, there were no such extreme Vote Center needs requiring their deployment.

# Mobile Voting Program

## Mobile Vote Centers

As a result of the ongoing pandemic, the Mobile Voting Program shifted focus for recruitment from large gatherings and public events to sites that served essential workers out of recognition that they would have less opportunities to vote while working during the Pandemic. Outreach efforts included reaching seniors, people experiencing homelessness, voters with disabilities and essential workers; in addition to providing voting opportunities to areas with a high-volume of foot traffic, including LA Metro stations serving essential workers. The Mobile Program was able to successfully provide a safe in-person voting option across the County and nearly double the size of its operation from the Primary Election. This necessitated nearly a doubling of the staff, supplies and equipment needed to run this program. During the General Election, five (5) Mobile Vote Centers were deployed to 43 locations. They provided voting opportunities from October 24 to Election Day, November 3.

## Flex Vote Centers

Flex Vote Centers continued to target distinct communities including seniors, people with disabilities, geographically isolated areas, individuals experiencing homelessness, multilingual communities and others. They partnered with community-based organizations to recruit volunteers for the program and to ensure that all communities had an accessible, safe, and comfortable in-person voting experience.  In response to COVID-19, the Flex Vote Centers were required to set up outdoors (typically these sites were housed inside.) Community partners provided canopies, power sources, and other materials for a safe outdoor set-up. This allowed for the Flex program to be overall successful in mitigating health concerns and adhering to COVID-19 safety guidelines. Flex Vote Centers were made up of 10 teams which traveled to 89 different locations all throughout the County.

## Pop-Up Centers

Pop-Up Vote Centers served as emergency response teams throughout the 11-day voting period, where they could be deployed to Vote Centers to assist with troubleshooting and providing supplies. They were also able to assist with larger Vote Centers including the Staples Center. Pop-Up emergency response teams were deployed to five ready locations all throughout the County including , at RR/CC Headquarters, El Monte, Santa Clarita College of the Canyons, Southwest College, Los Angeles Valley College, and in a transit station. These locations were strategically selected to allow Pop-Up teams to respond to all types of emergencies throughout the County. As there were no extreme emergencies throughout the 11-day voting period, the Pop-Up program was able to be deployed to Vote Centers and other community wide events, in order to provide assistance and additional supplies.

# Staffing

On top of the roles used in the March Election, which included Leads, Clerks, and FSTs, the RR/CC added an Assistant Lead and a Stop Station Clerk to bolster the support in all Vote Centers. The new positions were developed to increase Vote Center customer service, operational efficiencies, and support the new COVID-19 protocols within Vote Centers. Additionally, to respond to recruitment challenges imposed by the COVID-19 pandemic, the County activated the Election Worker Disaster Service Worker (DSW) Program[24]. The DSW program placed approximately 7,400 County employees in Vote Centers.

## Leads and Assistant Leads

The Assistant Lead was a new role added for the General Election in order to provide more support for the Vote Center Lead. The Assistant Lead's duties remained similar to that of the Lead, which included opening and closing of the Vote Center, helping to perform chain of custody, answering operational questions in regards to the Vote Center, and joining the Lead in transporting the ballot box to the appropriate center at the end of each day. Additionally, the Assistant Lead was able to provide better coverage in the Vote Center by stepping in during the Lead's designated day off.

## Clerks

Vote Centers continued to have various Clerk roles including a Line Monitor, a Check-in-Clerk, a Voting Area Monitor, and a Provisional/VBM Table Clerk, with one new addition--the Stop Station Clerk. The Stop Station Clerk was assigned to be the first worker to greet voters before entering a Vote Center. The Stop Station Clerk provided voters with election information and enforced the use of PPE.

## Field Support Technicians (FSTs)

FSTs continued to provide technical support and troubleshooting assistance at all Vote Centers throughout the County. The level of support by FSTs was increased for the General Election to at least one FST per Vote Center, in contrast to March where one FST was responsible for two Vote Centers. This allowed for issues to be resolved quickly and successfully.

## Coordinators/Troubleshooters/Reservists

A total of 125 Coordinators, 75 Troubleshooters and 1,000 Reservists were available to provide additional support to Vote Centers. These individuals were deployed to Vote Centers as needed, providing a high-level of expertise and support.

---

24. http://file.lacounty.gov/SDSInter/bos/sop/1076853_080420.pdf#search=%22election%20worker%22

VOTING SOLUTIONS FOR ALL PEOPLE FINAL REPORT

# Training

Due to the challenges brought on by COVID-19, Election Worker training was restructured to ensure that the health, safety, and well-being of individuals in classrooms would continue to be protected. Class sizes were reduced, allowing students to safely practice social distancing during hands-on and classrooms style training. The duration of in-person classes for Leads, Assistant Leads, and Clerks were shortened to make room for more class offerings, successfully allowing a greater number of individuals to attend in-person training. Participants were also required to take a 3-hour online training class.  Over 20,000 individuals attended in-person training and over 17,800 completed the online training.

Additionally, training reinforced the availability of support documents and training material to Election Workers, encouraging them to use the material as needed while in the field. Finally, the RR/CC used survey results and data to better understand which areas and topics needed extra attention in training and provided a better understanding of how training could be improved. Trainers focused on ensuring that Election Workers adequately understood their roles, procedures/equipment, and provided ample opportunity for hands-on practice.

As a supplement to the in-person training and the online training, the RR/CC also hosted virtual training sessions for Election Workers. While online training consisted of pre-set videos, guides and other curriculum, Virtual Training consisted of live sessions with RR/CC staff. This type of training provided Election Workers an additional opportunity to ask questions and interact with RR/CC staff. Within a one-week period, eight separate sessions were held during morning, afternoon, and evening hours. The Virtual Training sessions were extremely successful, engaging approximately 6,700 Election Workers.

## Materials

Training materials were also updated between the Primary and General Election to include information regarding COVID-19 safety protocols and any other new procedures. Additionally, job cards outlining the duties and responsibilities of Clerks were updated and made readily accessible to Election Workers. These job cards provided a quick, easy to access tool for answering voter questions.

In the post-election Election Worker Survey conducted after the General Election, 4,200 Election Workers participated and provided feedback. In large, the feedback was significantly higher and showed great improvement from the Primary Election.

**97%** felt training prepared them to serve their assignment

**88%** felt the Lead and Assistant Lead were knowledgeable on election processes and procedures

**88%** felt the Lead and Assistant Lead were knowledgeable on the new voting equipment

**91%** had an overall positive experience

**83%** said they would return to serve as an Election Worker

# Voter Education Plan

Educating voters to the changes they would experience in the General Election was important for multiple reasons. Most notably to raise awareness to millions of new voters they would be mailed a VBM ballot. It was crucial that voters knew they had safe voting options and accessible resources were available.

## Direct Mailings to Voters

To kick-off the voter education and outreach the RR/CC sent two Countywide mailings to all registered voters in July and August 2020. These mailings had unique objectives:

- Provide a postage-paid Residency Confirmation Card to voters who may have moved
- Provide a postage-paid Language Request Form to receive materials in a preferred language
- Raise awareness that all registered voters would be mailed a ballot to provide a safe voting option

These direct mailings led to more than 70,000 voters requesting their initial election materials in a preferred language. Additionally, it contributed to 67,000 voter registration records to be processed and updated in time for the mailing of materials in the General Election.






## Voter Education Campaign

Recognizing the General Election would be unlike any other in our lifetime, the RR/CC took a collaborative approach in partnering with industry experts Fenton Communications, iHeart Media, and Tzunu Strategies to develop and implement a Countywide voter education and awareness campaign known as *Every Vote In.*

The campaign engaged voters across Los Angeles County to help them better understand how they could vote without risking their health, and the health of those around them. To do this we had to meet them where they were – in their homes, in their neighborhoods, and in their native languages.

- **Digital platforms** – creating a surround sound approach in 13 different languages

  - Tens of millions of ordered impressions across multiple digital and social platforms

- **Television** – leveraging increased viewership to position television as one of the top drivers

  - 28 broadcast and cable stations in 8 different languages

- **Radio** – utilizing radio to reach specific ethnic demographics within the County

  - 45 broadcast stations in 8 different languages

- **Out-of-Home** – placing in locations that are deep within the community making this placement more effective and impactful

  - Static ads next to and in convenience stores, pharmacies, storefronts, and local grocers

  - Digital bulletins, mobile billboards (LED trucks), and gas station digital pump-toppers

- **Print** – targeting senior voters and partnering with ethnic media print outlets as a trusted medium in reaching diverse communities

  - 38 print publications in 8 different languages

> *"The LA County VSAP process was a truly remarkable process, from breaking new ground in the creation of a very critical open public system -- an election system! -- to ensuring that the design process was fundamentally voter-centered, it was a thorough and exemplar design, creation, procurement, manufacturing, and implementation effort. The resulting VSAP system will be the basis for other large-scale voting and election systems to better serve our growing electorate, enabling voters to usably and securely cast votes as they are intended to be cast."*
>
> - Joseph Lorenzo Hall,
> SVP Strong Internet, The Internet Society

Hundreds of millions of placements and direct messages in more than a dozen languages were seen, heard or read throughout the County leading up to and on Election Day.

The RR/CC's consistent and amplified message to "make a plan to vote" safely led to 79% of voters who participated in this election did so by returning their VBM ballot – exceeding the campaign's objective of 70% VBM turnout. In a post-election survey to voters who participated in the election, 95% said they knew a VBM ballot was being mailed to them to give them a safe voting experience.

# Election Turnout and Voter Survey

## Election Turnout

In the General Election a total of 4,338,191 ballots were cast and tallied, resulting in a 76% voter turnout amongst all registered voters. The total number of ballots cast is a record for Los Angeles County – and for any single voting jurisdiction in the United States.

### Vote by Mail Turnout

**3,424,426 (79%)** voters participated in this election by returning their VBM ballot

**More than half** returned their ballot in a Drop Box or at a Vote Center

### Vote Center Turnout

**913,765 (21%)** voters participated in this election by casting their ballot in-person at a Vote Center

**More than 27%** of in-person voters participating during the 10 early voting period (prior to Election Day)

## Voter Survey

A post-election voter survey was sent to 1.6 million registered voters who participated in the election and had an email address associated with their voter registration. The objective of the survey was collect voters sentiment, preferences, and experiences to improve the overall voting experience in future elections.

The survey questions were specific to how that voter participated in the election (i.e.: by mail, by Drop Box, in-person Vote Center, etc.). After a full month, over 60,500 participants took part in the survey.

### Vote by Mail Experience

**94%** had an overall positive or neutral experience

**98%** had a positive or neutral experience returning the ballot

**80%** trusted their ballot would be received on time

**79%** trusted their ballot was secure

**92%** are likely to continue to vote using the Vote by Mail ballot

### Vote Center Experience

**93%** had an overall positive or neutral experience

**88%** had a positive or neutral experience voting on the Ballot Marking Device

**73%** had a positive or neutral experience using the Interactive Sample Ballot

**90%** felt safe at the Vote Center (amid COVID-19)

**92%** are likely to vote at a Vote Center in future elections

# Phase V Conclusion

In the spirit of continuous process improvement, the RR/CC will continue to refine the VSAP solution as it continues to implement the solution in new environments and is faced with new challenges. Future VSAP enhancements will continue to prioritize the voting experience and the needs of all voters, ensuring that the system is flexible and accessible for everyone. The RR/CC will also continue to establish an open technology strategy for the VSAP solution. Guided by the VSAP Open Technology Advisory Group, composed of experts in the open source technologies, the RR/CC will work collaboratively with stakeholders to define and institute a governance model for Los Angeles County to share the innovative design and technology of VSAP.

 

# VOTING SOLUTIONS FOR ALL PEOPLE
# FINAL REPORT

LAVote.net