# EXHIBIT 13

## President

| | Hillary Clinton DEM | Donald J. Trump REP, AI | Jill Stein GRN | Gary Johnson LIB | Gloria Estela La Riva PF | Laurence Kotlikoff (W/I) | Mike Maturen (W/I) | Evan McMullin (W/I) |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Alameda** | 514,842 | 95,922 | 17,830 | 16,906 | 3,162 | 27 | 71 | 1,291 |
| Percent | 78.7% | 14.7% | 2.7% | 2.6% | 0.5% | 0.0% | 0.0% | 0.2% |
| **Alpine** | 334 | 217 | 21 | 25 | 3 | 0 | 0 | 1 |
| Percent | 55.5% | 36.0% | 3.5% | 4.2% | 0.5% | 0.0% | 0.0% | 0.2% |
| **Amador** | 6,004 | 10,485 | 227 | 804 | 55 | 0 | 0 | 59 |
| Percent | 33.9% | 59.1% | 1.3% | 4.5% | 0.3% | 0.0% | 0.0% | 0.3% |
| **Butte** | 41,567 | 45,144 | 2,594 | 4,625 | 501 | 0 | 10 | 340 |
| Percent | 43.5% | 47.2% | 2.7% | 4.8% | 0.5% | 0.0% | 0.0% | 0.4% |
| **Calaveras** | 7,944 | 13,511 | 424 | 1,104 | 56 | 0 | 0 | 22 |
| Percent | 34.3% | 58.4% | 1.8% | 4.8% | 0.2% | 0.0% | 0.0% | 0.1% |
| **Colusa** | 2,661 | 3,551 | 85 | 260 | 39 | 0 | 0 | 12 |
| Percent | 40.1% | 53.5% | 1.3% | 3.9% | 0.6% | 0.0% | 0.0% | 0.2% |
| **Contra Costa** | 319,287 | 115,956 | 8,637 | 16,123 | 1,566 | 11 | 36 | 1,355 |
| Percent | 68.5% | 24.9% | 1.9% | 3.5% | 0.3% | 0.0% | 0.0% | 0.3% |
| **Del Norte** | 3,485 | 5,134 | 245 | 416 | 81 | 0 | 0 | 58 |
| Percent | 36.5% | 53.7% | 2.6% | 4.4% | 0.8% | 0.0% | 0.0% | 0.6% |
| **El Dorado** | 36,404 | 49,247 | 1,425 | 5,027 | 190 | 3 | 4 | 578 |
| Percent | 38.9% | 52.6% | 1.5% | 5.4% | 0.2% | 0.0% | 0.0% | 0.6% |
| **Fresno** | 141,341 | 124,049 | 4,300 | 9,246 | 875 | 3 | 17 | 1,070 |
| Percent | 50.1% | 43.9% | 1.5% | 3.3% | 0.3% | 0.0% | 0.0% | 0.4% |
| **Glenn** | 3,065 | 5,788 | 97 | 375 | 54 | 0 | 2 | 31 |
| Percent | 32.4% | 61.1% | 1.0% | 4.0% | 0.6% | 0.0% | 0.0% | 0.3% |
| **Humboldt** | 33,200 | 18,373 | 3,681 | 2,163 | 379 | 0 | 5 | 181 |
| Percent | 56.0% | 31.0% | 6.2% | 3.7% | 0.6% | 0.0% | 0.0% | 0.3% |
| **Imperial** | 32,667 | 12,704 | 745 | 1,221 | 339 | 0 | 43 | 81 |
| Percent | 67.9% | 26.4% | 1.5% | 2.5% | 0.7% | 0.0% | 0.1% | 0.2% |
| **Inyo** | 3,155 | 4,248 | 214 | 328 | 51 | 0 | 0 | 24 |
| Percent | 39.0% | 52.5% | 2.6% | 4.1% | 0.6% | 0.0% | 0.0% | 0.3% |
| **Kern** | 98,689 | 129,584 | 2,887 | 9,359 | 1,522 | 3 | 27 | 891 |
| Percent | 40.4% | 53.1% | 1.2% | 3.8% | 0.6% | 0.0% | 0.0% | 0.4% |
| **Kings** | 13,617 | 18,093 | 411 | 1,338 | 251 | 0 | 0 | 90 |
| Percent | 40.2% | 53.3% | 1.2% | 3.9% | 0.7% | 0.0% | 0.0% | 0.3% |
| **Lake** | 11,496 | 10,599 | 930 | 1,095 | 103 | 0 | 1 | 53 |
| Percent | 46.9% | 43.3% | 3.8% | 4.5% | 0.4% | 0.0% | 0.0% | 0.2% |
| **Lassen** | 2,224 | 7,574 | 105 | 473 | 46 | 2 | 1 | 47 |
| Percent | 21.1% | 72.0% | 1.0% | 4.5% | 0.4% | 0.0% | 0.0% | 0.4% |
| **Los Angeles** | 2,464,364 | 769,743 | 76,465 | 88,968 | 21,993 | 155 | 274 | 4,607 |
| Percent | 71.8% | 22.4% | 2.2% | 2.6% | 0.6% | 0.0% | 0.0% | 0.1% |
| **Madera** | 17,029 | 23,357 | 644 | 1,558 | 187 | 0 | 9 | 145 |
| Percent | 39.5% | 54.2% | 1.5% | 3.6% | 0.4% | 0.0% | 0.0% | 0.3% |
| **Marin** | 108,707 | 21,771 | 3,109 | 4,180 | 351 | 6 | 4 | 249 |
| Percent | 78.1% | 15.6% | 2.2% | 3.0% | 0.3% | 0.0% | 0.0% | 0.2% |
| **Mariposa** | 3,122 | 5,185 | 189 | 326 | 55 | 0 | 0 | 0 |
| Percent | 35.2% | 58.4% | 2.1% | 3.7% | 0.6% | 0.0% | 0.0% | 0.0% |
| **Mendocino** | 22,079 | 10,888 | 2,108 | 1,331 | 151 | 3 | 4 | 124 |
| Percent | 58.9% | 29.1% | 5.6% | 3.6% | 0.4% | 0.0% | 0.0% | 0.3% |

## President

| | Hillary Clinton DEM | Donald J. Trump REP, AI | Jill Stein GRN | Gary Johnson LIB | Gloria Estela La Riva PF | Laurence Kotlikoff (W/I) | Mike Maturen (W/I) | Evan McMullin (W/I) |
|---|---|---|---|---|---|---|---|---|
| **Merced** | 37,317 | 28,725 | 1,209 | 2,410 | 454 | 0 | 6 | 162 |
| Percent | 52.7% | 40.6% | 1.7% | 3.4% | 0.6% | 0.0% | 0.0% | 0.2% |
| **Modoc** | 877 | 2,696 | 50 | 122 | 13 | 0 | 0 | 11 |
| Percent | 23.2% | 71.2% | 1.3% | 3.2% | 0.3% | 0.0% | 0.0% | 0.3% |
| **Mono** | 2,773 | 2,111 | 142 | 222 | 23 | 0 | 0 | 3 |
| Percent | 52.6% | 40.0% | 2.7% | 4.2% | 0.4% | 0.0% | 0.0% | 0.1% |
| **Monterey** | 89,088 | 34,895 | 2,823 | 4,547 | 661 | 2 | 8 | 358 |
| Percent | 66.8% | 26.2% | 2.1% | 3.4% | 0.5% | 0.0% | 0.0% | 0.3% |
| **Napa** | 39,199 | 17,411 | 1,262 | 2,551 | 207 | 0 | 3 | 154 |
| Percent | 63.9% | 28.4% | 2.1% | 4.2% | 0.3% | 0.0% | 0.0% | 0.3% |
| **Nevada** | 26,053 | 23,365 | 2,189 | 2,378 | 85 | 0 | 0 | 179 |
| Percent | 47.4% | 42.5% | 4.0% | 4.3% | 0.2% | 0.0% | 0.0% | 0.3% |
| **Orange** | 609,961 | 507,148 | 18,068 | 46,128 | 4,898 | 27 | 131 | 4,917 |
| Percent | 50.9% | 42.3% | 1.5% | 3.9% | 0.4% | 0.0% | 0.0% | 0.4% |
| **Placer** | 73,509 | 95,138 | 2,501 | 9,245 | 238 | 10 | 33 | 1,032 |
| Percent | 40.2% | 52.0% | 1.4% | 5.1% | 0.1% | 0.0% | 0.0% | 0.6% |
| **Plumas** | 3,459 | 5,420 | 186 | 411 | 29 | 0 | 0 | 51 |
| Percent | 35.7% | 56.0% | 1.9% | 4.2% | 0.3% | 0.0% | 0.0% | 0.5% |
| **Riverside** | 373,695 | 333,243 | 11,320 | 24,089 | 3,433 | 4 | 49 | 2,168 |
| Percent | 49.7% | 44.4% | 1.5% | 3.2% | 0.5% | 0.0% | 0.0% | 0.3% |
| **Sacramento** | 326,023 | 189,789 | 9,846 | 24,412 | 2,556 | 5 | 65 | 2,205 |
| Percent | 58.3% | 33.9% | 1.8% | 4.4% | 0.5% | 0.0% | 0.0% | 0.4% |
| **San Benito** | 12,521 | 7,841 | 364 | 815 | 138 | 1 | 0 | 86 |
| Percent | 57.1% | 35.8% | 1.7% | 3.7% | 0.6% | 0.0% | 0.0% | 0.4% |
| **San Bernardino** | 340,833 | 271,240 | 10,604 | 21,050 | 3,786 | 5 | 37 | 1,877 |
| Percent | 52.1% | 41.5% | 1.6% | 3.2% | 0.6% | 0.0% | 0.0% | 0.3% |
| **San Diego** | 735,476 | 477,766 | 22,820 | 51,663 | 3,353 | 42 | 152 | 4,851 |
| Percent | 56.3% | 36.6% | 1.7% | 4.0% | 0.3% | 0.0% | 0.0% | 0.4% |
| **San Francisco** | 345,084 | 37,688 | 9,904 | 8,883 | 1,799 | 13 | 22 | 373 |
| Percent | 85.0% | 9.3% | 2.4% | 2.2% | 0.4% | 0.0% | 0.0% | 0.1% |
| **San Joaquin** | 121,124 | 88,936 | 3,134 | 8,049 | 903 | 5 | 26 | 617 |
| Percent | 54.0% | 39.7% | 1.4% | 3.6% | 0.4% | 0.0% | 0.0% | 0.3% |
| **San Luis Obispo** | 67,107 | 56,164 | 2,848 | 6,473 | 425 | 3 | 13 | 702 |
| Percent | 49.7% | 41.6% | 2.1% | 4.8% | 0.3% | 0.0% | 0.0% | 0.5% |
| **San Mateo** | 237,882 | 57,929 | 5,102 | 9,464 | 1,047 | 15 | 23 | 760 |
| Percent | 75.7% | 18.4% | 1.6% | 3.0% | 0.3% | 0.0% | 0.0% | 0.2% |
| **Santa Barbara** | 107,142 | 56,365 | 3,719 | 6,748 | 693 | 1 | 18 | 733 |
| Percent | 60.6% | 31.9% | 2.1% | 3.8% | 0.4% | 0.0% | 0.0% | 0.4% |
| **Santa Clara** | 511,684 | 144,826 | 12,664 | 25,325 | 2,759 | 25 | 61 | 2,296 |
| Percent | 72.7% | 20.6% | 1.8% | 3.6% | 0.4% | 0.0% | 0.0% | 0.3% |
| **Santa Cruz** | 95,249 | 22,438 | 4,485 | 4,325 | 627 | 4 | 10 | 283 |
| Percent | 73.9% | 17.4% | 3.5% | 3.4% | 0.5% | 0.0% | 0.0% | 0.2% |
| **Shasta** | 22,301 | 51,778 | 1,300 | 3,382 | 329 | 2 | 2 | 439 |
| Percent | 27.9% | 64.7% | 1.6% | 4.2% | 0.4% | 0.0% | 0.0% | 0.5% |
| **Sierra** | 601 | 1,048 | 42 | 98 | 15 | 0 | 0 | 6 |
| Percent | 32.8% | 57.3% | 2.3% | 5.4% | 0.8% | 0.0% | 0.0% | 0.3% |

## President

|  | Hillary Clinton DEM | Donald J. Trump REP, AI | Jill Stein GRN | Gary Johnson LIB | Gloria Estela La Riva PF | Laurence Kotlikoff (W/I) | Mike Maturen (W/I) | Evan McMullin (W/I) |
|---|---|---|---|---|---|---|---|---|
| **Siskiyou** | 7,234 | 11,341 | 575 | 875 | 88 | 1 | 5 | 104 |
| Percent | 35.3% | 55.3% | 2.8% | 4.3% | 0.4% | 0.0% | 0.0% | 0.5% |
| **Solano** | 102,360 | 51,920 | 2,771 | 6,254 | 804 | 0 | 10 | 557 |
| Percent | 61.6% | 31.3% | 1.7% | 3.8% | 0.5% | 0.0% | 0.0% | 0.3% |
| **Sonoma** | 160,435 | 51,408 | 7,347 | 8,987 | 679 | 8 | 9 | 543 |
| Percent | 69.4% | 22.2% | 3.2% | 3.9% | 0.3% | 0.0% | 0.0% | 0.2% |
| **Stanislaus** | 81,647 | 78,494 | 2,562 | 6,662 | 986 | 2 | 46 | 563 |
| Percent | 47.4% | 45.6% | 1.5% | 3.9% | 0.6% | 0.0% | 0.0% | 0.3% |
| **Sutter** | 13,076 | 18,176 | 382 | 1,437 | 198 | 0 | 0 | 134 |
| Percent | 39.0% | 54.2% | 1.1% | 4.3% | 0.6% | 0.0% | 0.0% | 0.4% |
| **Tehama** | 6,809 | 15,494 | 290 | 953 | 138 | 0 | 3 | 82 |
| Percent | 28.5% | 64.8% | 1.2% | 4.0% | 0.6% | 0.0% | 0.0% | 0.3% |
| **Trinity** | 2,214 | 2,812 | 239 | 302 | 21 | 0 | 0 | 18 |
| Percent | 38.9% | 49.5% | 4.2% | 5.3% | 0.4% | 0.0% | 0.0% | 0.3% |
| **Tulare** | 47,585 | 58,299 | 1,620 | 3,800 | 636 | 0 | 5 | 163 |
| Percent | 42.4% | 51.9% | 1.4% | 3.4% | 0.6% | 0.0% | 0.0% | 0.1% |
| **Tuolumne** | 9,123 | 14,551 | 384 | 1,101 | 63 | 0 | 0 | 71 |
| Percent | 35.7% | 57.0% | 1.5% | 4.3% | 0.2% | 0.0% | 0.0% | 0.3% |
| **Ventura** | 194,402 | 132,323 | 6,315 | 13,679 | 1,481 | 9 | 60 | 1,422 |
| Percent | 55.3% | 37.6% | 1.8% | 3.9% | 0.4% | 0.0% | 0.0% | 0.4% |
| **Yolo** | 54,752 | 20,739 | 1,779 | 3,346 | 358 | 5 | 11 | 256 |
| Percent | 66.7% | 25.3% | 2.2% | 4.1% | 0.4% | 0.0% | 0.0% | 0.3% |
| **Yuba** | 7,910 | 13,170 | 438 | 1,063 | 168 | 0 | 0 | 111 |
| Percent | 34.4% | 57.3% | 1.9% | 4.6% | 0.7% | 0.0% | 0.0% | 0.5% |
| **State Totals** | 8,753,788 | 4,483,810 | 278,657 | 478,500 | 66,101 | 402 | 1,316 | 39,596 |
| Percent | 61.7% | 31.6% | 2.0% | 3.4% | 0.5% | 0.0% | 0.0% | 0.3% |

## President

| | Bernard "Bernie" Sanders (W/I) | Jerry White (W/I) |
|---|---|---|
| **Alameda** | 4,206 | 9 |
| Percent | 0.6% | 0.0% |
| **Alpine** | 1 | 0 |
| Percent | 0.2% | 0.0% |
| **Amador** | 100 | 0 |
| Percent | 0.6% | 0.0% |
| **Butte** | 782 | 1 |
| Percent | 0.8% | 0.0% |
| **Calaveras** | 75 | 0 |
| Percent | 0.3% | 0.0% |
| **Colusa** | 24 | 0 |
| Percent | 0.4% | 0.0% |
| **Contra Costa** | 3,204 | 0 |
| Percent | 0.7% | 0.0% |
| **Del Norte** | 139 | 0 |
| Percent | 1.5% | 0.0% |
| **El Dorado** | 713 | 0 |
| Percent | 0.8% | 0.0% |
| **Fresno** | 1,417 | 1 |
| Percent | 0.5% | 0.0% |
| **Glenn** | 58 | 0 |
| Percent | 0.6% | 0.0% |
| **Humboldt** | 1,264 | 0 |
| Percent | 2.1% | 0.0% |
| **Imperial** | 291 | 0 |
| Percent | 0.6% | 0.0% |
| **Inyo** | 66 | 0 |
| Percent | 0.8% | 0.0% |
| **Kern** | 1,199 | 2 |
| Percent | 0.5% | 0.0% |
| **Kings** | 115 | 0 |
| Percent | 0.3% | 0.0% |
| **Lake** | 219 | 0 |
| Percent | 0.9% | 0.0% |
| **Lassen** | 52 | 0 |
| Percent | 0.5% | 0.0% |
| **Los Angeles** | 7,724 | 15 |
| Percent | 0.2% | 0.0% |
| **Madera** | 183 | 0 |
| Percent | 0.4% | 0.0% |
| **Marin** | 896 | 0 |
| Percent | 0.6% | 0.0% |
| **Mariposa** | 0 | 0 |
| Percent | 0.0% | 0.0% |
| **Mendocino** | 789 | 0 |
| Percent | 2.1% | 0.0% |

## President

|  | Bernard "Bernie" Sanders (W/I) | Jerry White (W/I) |
|---|---:|---:|
| **Merced** | 506 | 0 |
| Percent | 0.7% | 0.0% |
| **Modoc** | 19 | 0 |
| Percent | 0.5% | 0.0% |
| **Mono** | 2 | 0 |
| Percent | 0.0% | 0.0% |
| **Monterey** | 1,025 | 1 |
| Percent | 0.8% | 0.0% |
| **Napa** | 585 | 0 |
| Percent | 1.0% | 0.0% |
| **Nevada** | 685 | 1 |
| Percent | 1.2% | 0.0% |
| **Orange** | 6,239 | 4 |
| Percent | 0.5% | 0.0% |
| **Placer** | 1,132 | 1 |
| Percent | 0.6% | 0.0% |
| **Plumas** | 120 | 0 |
| Percent | 1.2% | 0.0% |
| **Riverside** | 3,387 | 3 |
| Percent | 0.5% | 0.0% |
| **Sacramento** | 4,429 | 0 |
| Percent | 0.8% | 0.0% |
| **San Benito** | 158 | 0 |
| Percent | 0.7% | 0.0% |
| **San Bernardino** | 4,551 | 0 |
| Percent | 0.7% | 0.0% |
| **San Diego** | 10,255 | 22 |
| Percent | 0.8% | 0.0% |
| **San Francisco** | 2,021 | 5 |
| Percent | 0.5% | 0.0% |
| **San Joaquin** | 1,372 | 0 |
| Percent | 0.6% | 0.0% |
| **San Luis Obispo** | 1,273 | 1 |
| Percent | 0.9% | 0.0% |
| **San Mateo** | 2,159 | 3 |
| Percent | 0.7% | 0.0% |
| **Santa Barbara** | 1,366 | 1 |
| Percent | 0.8% | 0.0% |
| **Santa Clara** | 4,066 | 3 |
| Percent | 0.6% | 0.0% |
| **Santa Cruz** | 1,395 | 5 |
| Percent | 1.1% | 0.0% |
| **Shasta** | 520 | 0 |
| Percent | 0.6% | 0.0% |
| **Sierra** | 20 | 0 |
| Percent | 1.1% | 0.0% |

## President

|  | Bernard "Bernie" Sanders (W/I) | Jerry White (W/I) |
|---|---|---|
| **Siskiyou** | 269 | 0 |
| Percent | 1.3% | 0.0% |
| **Solano** | 1,437 | 0 |
| Percent | 0.9% | 0.0% |
| **Sonoma** | 1,835 | 2 |
| Percent | 0.8% | 0.0% |
| **Stanislaus** | 1,184 | 0 |
| Percent | 0.7% | 0.0% |
| **Sutter** | 120 | 0 |
| Percent | 0.4% | 0.0% |
| **Tehama** | 139 | 0 |
| Percent | 0.6% | 0.0% |
| **Trinity** | 80 | 0 |
| Percent | 1.4% | 0.0% |
| **Tulare** | 226 | 0 |
| Percent | 0.2% | 0.0% |
| **Tuolumne** | 236 | 0 |
| Percent | 0.9% | 0.0% |
| **Ventura** | 2,031 | 4 |
| Percent | 0.6% | 0.0% |
| **Yolo** | 844 | 0 |
| Percent | 1.0% | 0.0% |
| **Yuba** | 138 | 0 |
| Percent | 0.6% | 0.0% |
| **State Totals** | 79,341 | 84 |
| Percent | 0.6% | 0.0% |