# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>        Defendants. | Case No. 22-cv-00098- WMW-JFD |

## [PROPOSED] ORDER

This case is before the Court on the Defendants' Unopposed Motion for Extension of Time to File Responsive Brief. Having considered the Unopposed Motion and determining that good cause has been shown, the Motion is **GRANTED** and **IT IS ORDERED** that Defendant shall have until February 17, 2023 at 11:59 p.m. CST to file its responsive brief.

BY THE COURT:

Dated: _____

_____
The Honorable John F. Docherty
Magistrate Judge for the United States
District Court for the District of
Minnesota