IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,

          Plaintiffs,

v.

MICHAEL J. LINDELL and MY PILLOW, INC.,

          Defendants.

Case No. 22-cv-00098- WMW-JFD

## DECLARATION OF MATTHEW R. ESLICK

I, Matthew R. Eslick, being first duly sworn, state as follows:

    1.    I am an attorney with the law firm of Parker Daniels Kibort LLC and represent Defendants in the above-referenced case. As such, I have personal knowledge of the dates, events, and facts stated below.

    2.    Attached hereto as Exhibit A is a true and correct copy of preliminary search terms provided by Smartmatic to Defendants on December 2, 2022.

    3.    Attached hereto as Exhibit B is a true and correct copy of the Protective Order, ECF # 152, entered in *US Dominion, et al. v. Lindell, et al*, venued in the United States District Court for the District of Columbia, Civil Action No. 21-cv-445 (CJN).

    4.    Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Supplemental Responses to MyPillow First Set Interrogatories dated February 15, 2023.

1

5.      On December 5, 2022, Defendants produced to Smartmatic their first production, with 1,604 documents comprising 24,826 pages, not including native files.

6.      On January 19, 2023, Defendants produced to Smartmatic their second production, with 1,456 documents comprising 18,362 pages, not including native files.

7.      On January 27, 2023, Defendants produced to Smartmatic their third production, with 6,262 documents comprising 64,457 pages, not including native files.

8.      On February 7, 2023, Defendants produced to Smartmatic their fourth production, with 16,746 documents comprising 134,050 pages, not including native files.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2023, in Hennepin County, Minnesota.

*/s/ Matthew R. Eslick*
Matthew R. Eslick