# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL, AND MY PILLOW, INC.,<br><br>Defendants. | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No:  22-cv-98 (WMW/JFD)<br>Date:  February 23, 2023<br>Location:  Videoconference<br>Court Reporter: Lynne Krenz<br>Time Commenced:  2:59 PM<br>Time Concluded:  4:59 PM<br>Time in Court:  2 hours |

## MOTION HEARING

**APPEARANCES:**

   Plaintiffs: Michael Bloom, Jamie Ward, and Will Manske

   Defendants: Matthew Eslick and Andrew Parker

## PROCEEDINGS

The Court heard argument on the parties' cross-motions to compel. (*See* Dkt. Nos. 72, 73.) The Court took the motions under advisement and will issue a written order.

On or before March 2, 2023, the parties will each file a *short* note via CM/ECF proposing a deadline for substantial completion of document discovery. The Court will set a deadline after reviewing both parties' proposals.

   */s ATB*
   Judicial Law Clerk