

March 2, 2023

**VIA CM/ECF**
The Honorable John F. Docherty
United States Magistrate Judge
United States District Court

    Re:    *Smartmatic USA Corp. et al. v. Lindell et al.*
              Case No. 22-cv-98 (WMW/JFD)

Dear Judge Docherty:

This letter states Defendants' response to the Court's order to submit proposals for "a deadline for substantial completion of document discovery." ECF No. 101.

As the Court is aware, the amount of electronically stored information in this case is substantial, and the parties have both engaged in rolling productions to keep discovery progressing. At the recent hearing, Defendants proposed a date in late March for the parties to substantially complete their production of documents consisting of e-mails or documents attached to e-mails. Defendants are agreeable to April 7, 2023, the date proposed by Plaintiffs, for substantial completion of that portion of discovery.

Defendants are aware of at least the possibility of responsive electronically stored information on at least one social media account and a corporate server, which may require time beyond that date to fully search for and review potentially responsive documents. Consequently, Defendants propose a substantial completion date of no later than April 21, 2023, for non-email electronically stored documents.

Discovery closes on June 30, 2023. Defendants anticipate serving additional document requests upon Plaintiffs. Defendants propose that any Order by the Court regarding the parties' proposed deadlines exclude productions responsive to any new requests to avoid unnecessary curtailment of the current discovery deadline.

                                     Sincerely,

                                     */s/ Matthew R. Eslick*

                                     Matthew R. Eslick

MRE/jlt

ANDREW D. PARKER
CHRISTOPHER M. DANIELS
JESSE H. KIBORT
ELIZABETH S. WRIGHT
ALEC J. BECK
LORI A. JOHNSON
MATTHEW R. ESLICK
JOSEPH A. PULL
RYAN P. MALONE
JORDON C. GREENLEE
ABRAHAM S. KAPLAN
GREGORY N. ARENSON
REGINALD W. SNELL

FREDERICK C. BROWN
  OF COUNSEL

888 Colwell Building
123 Third Street North
Minneapolis, MN 55401

parkerdk.com

Tel: 612.355.4100
Fax: 612.355.4101