# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. LINDELL, AND MY PILLOW, INC., <br><br> Defendants. | **COURT MINUTES** <br> BEFORE: JOHN F. DOCHERTY <br> U.S. MAGISTRATE JUDGE <br><br> Case No:  22-cv-98 (WMW/JFD) <br> Date:  March 8, 2023 <br> Location:  Zoom Audio <br> Court Reporter: N/A <br> Time Commenced: 10:30 AM <br> Time Concluded:  10:50 AM <br> Time in Court:  20 minutes |

## STATUS CONFERENCE

**APPEARANCES:**

Plaintiffs: Michael Bloom, Julie Loftus, and Will Manske

Defendants: Matthew Eslick, Andrew Parker, and Abraham Kaplan

**PROCEEDINGS:**

The Court held a status conference to discuss the parties' suggestions (Dkt. Nos. 104, 105) for a substantial completion date for document discovery. Plaintiffs suggested April 7, 2023 as a workable date for substantial completion of document discovery. Defendants advised that while they preferred April 21, they could comply with the April 7 date and that they have had the opportunity to review the additional discovery discussed in their March 2 letter.

Defendants requested that any substantial completion deadline include a carve-out for productions responsive to document requests served in the future. The Court reiterated that parties could still serve focused document requests after the deadline. The Court will issue a modification to the current scheduling order.

*s/ ATB*
Judicial Law Clerk