# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                Defendants. | Case No. 22-cv-0098-WMW-JFD |

## PLAINTIFFS' NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT AND TO AMEND SCHEDULING ORDER

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on April 6, 2023 at 1:00 p.m., in Courtroom 6A before the Honorable Magistrate Judge John F. Docherty of the above-referenced United States District Court, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited will bring their Motion for Leave to File Supplemental Complaint and to Amend Scheduling Order.

Dated: March 10, 2023

                                          Respectfully submitted,

                                          /s/ *Michael E. Bloom*

                                          Christopher K. Larus
                                              Minnesota Bar No. 0226828
                                              CLarus@robinskaplan.com

    William E. Manske
       Minnesota Bar No. 0392348
       WManske@robinskaplan.com
    Emily J. Tremblay
       Minnesota Bar No. 0395003
       ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

    J. Erik Connolly (admitted *pro hac vice)*
       EConnolly@beneschlaw.com
    Illinois ARDC No. 6269558
    Nicole E. Wrigley (admitted *pro hac vice)*
       NWrigley@beneschlaw.com
    Illinois ARDC No. 6278749
    Michael E. Bloom (admitted *pro hac vice*)
       MBloom@beneschlaw.com
    Illinois ARDC No. 6302422
    Julie M. Loftus (admitted *pro hac vice*)
       JLoftus@beneschlaw.com
    Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorneys for the Plaintiffs*