# EXHIBIT C

Frank Speech -- Big News!  We Have The Smartmatic Cast Vote Records From L.A. County and They Show Computer Manipulation

APPEARANCES:

Mike Lindell

Brannon Howse

Jeff O'Donnell

1      MR. LINDELL:  So I want to say something here,
2 everybody.  Before Jeff brings up the -- I'm going to
3 give you a little background on Smartmatic.  Smartmatic
4 goes all the way back to Venezuela, the first country
5 taken by the machine.  Smartmatic ties to Dominion like
6 you wouldn't believe.  They're like this, you know,
7 they fit like a glove.  We'll bring up all that later
8 on when the law suit drops, I mean, when things, when
9 we release Dennis's info and everything else out of
10 Nevada.
11      Smartmatic, everybody, they're the ones that
12 started law fair in this country.  On February 4th,
13 2021, they sued Fox News.  Our lives were changed
14 forever.  Nobody could go on and talk about machines
15 or, for that matter, the 2020 election anymore because
16 they were afraid of law suits.  We don't want to be
17 like Fox News.  So then, what does Smartmatic do?  They
18 sue Mike Lindell and MyPillow, too.
19      Well, I got, not only having that on them, but we
20 have great news, everybody.  I've told you about the
21 cast vote records.  We're going to hear a little bit;
22 Jeff, what's the breaking news on cast vote records?
23 Was there a -- by the way, everybody, Smartmatic only

1  has one county in the United States, and they're the
2  ones that sued Fox News.  Now, everybody, hold on,
3  think about this.  Smartmatic has one county.  Happens
4  to be a pretty big county; L.A. County.
5       Well, about, oh, maybe three or four weeks ago, we
6  had this person, I'm not going to say her name or
7  anything, had applied for the cast vote records when
8  everybody else did, before September 3rd.  And we
9  acquired them, what was it, Jeff, about ten days ago?
10      MR. O'DONNELL:  Yeah, yes.  Yes.
11      MR. LINDELL:  Yeah.  So, Jeff, we got the
12 Smartmatic cast vote records.  Jeff, we've been
13 waiting, everybody, the whole country, the whole world.
14 Jeff, what is, what happened?  You have dissected the
15 cast vote records now for L.A. County.  Give us your
16 report.  Was it beautiful?
17      MR. O'DONNELL:  Well, it is good we finally get to
18 see Smartmatic for the first time.  And it's L.A.
19 County, which is the largest cast vote record we've
20 ever gotten by three or four times the size.  So it
21 took a good while to process.  Finished it up,
22 actually, today and was able to do some analysis of it.
23 And it depends on how you define beautiful, Mike.
24      It shows the same pattern, especially when looking

1  at the absentee mail-in votes, votes by mail, as they
2  call them there, that Mesa and many, many, many other
3  counties show.  And as you recall, what got Mesa being
4  the Rosetta Stone of this, because we saw the
5  manipulation that happened inside the machine, we were
6  able to see the effect that that manipulation had to,
7  on the cast vote record to create completely
8  unbelievable patterns in that cast vote record.
9       Then, we've gone on to see across all states,
10 across all type of voting systems.  We've seen that
11 same pattern that should not appear; we've seen it
12 appear.  And, I guess, the breaking news is L.A. County
13 and Smartmatic join the list of people who use, what I
14 call, the Mesa pattern.
15      MR. LINDELL:  Right.
16      MR. O'DONNELL:  And that's the -- yep.
17      MR. LINDELL:  Which is --
18      MR. O'DONNELL:  It's --
19      MR. LINDELL:  -- computer manipulation, correct?
20 It could only be done by computers; is that correct?
21      MR. O'DONNELL:  You know, the type of pattern that
22 we see, it's not how people vote; it's how computers
23 vote.
24      MR. LINDELL:  Right.

1  MR. O'DONNELL:  It has to be.

2  (Audio concluded.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

. Digitally signed by transcriber

DIGITALLY SIGNED CERTIFICATE

THOMPSON REPORTERS hereby certifies that the attached pages represent an accurate transcript of the electronic sound recording of Big News!  We Have The Smartmatic Cast Vote Records From L.A. County and They Show Computer Manipulation.

By:

*Brianna Walker* (signature)

_____

BRIANNA WALKER
Transcriber

**2**

**2020** 2:15
**2021** 2:13

**3**

**3rd** 3:8

**4**

**4th** 2:12

**A**

**able** 3:22 4:6
**about** 2:14,20 3:3,5,9
**absentee** 4:1
**acquired** 3:9
**across** 4:9,10
**actually** 3:22
**afraid** 2:16
**ago** 3:5,9
**all** 2:4,7 4:9,10
**analysis** 3:22
**and** 2:9,14,18 3:1,8, 18,22,23 4:2,3,12, 13,16
**anymore** 2:15
**anything** 3:7
**appear** 4:11,12
**applied** 3:7
**as** 4:1,3
**at** 4:1
**audio** 5:2

**B**

**back** 2:4
**background** 2:3
**be** 2:16 3:4 4:20 5:1
**beautiful** 3:16,23
**because** 2:15 4:4
**been** 3:12
**before** 2:2 3:8
**being** 4:3

**believe** 2:6
**big** 3:4
**bit** 2:21
**breaking** 2:22 4:12
**bring** 2:7
**brings** 2:2
**but** 2:19
**by** 2:5,23 3:20 4:1, 20

**C**

**call** 4:2,14
**cast** 2:21,22 3:7,12, 15,19 4:7,8
**changed** 2:13
**completely** 4:7
**computer** 4:19
**computers** 4:20,22
**concluded** 5:2
**correct** 4:19,20
**could** 2:14 4:20
**counties** 4:3
**country** 2:4,12 3:13
**county** 3:1,3,4,15,19 4:12
**create** 4:7

**D**

**days** 3:9
**define** 3:23
**Dennis's** 2:9
**depends** 3:23
**did** 3:8
**dissected** 3:14
**do** 2:17 3:22
**does** 2:17
**Dominion** 2:5
**don't** 2:16
**done** 4:20
**drops** 2:8

**E**

**effect** 4:6
**election** 2:15

**else** 2:9 3:8
**especially** 3:24
**ever** 3:20
**everybody** 2:2,11, 20,23 3:2,8,13
**everything** 2:9

**F**

**fair** 2:12
**February** 2:12
**finally** 3:17
**Finished** 3:21
**first** 2:4 3:18
**fit** 2:7
**for** 2:15 3:7,15,18
**forever** 2:14
**four** 3:5,20
**Fox** 2:13,17 3:2

**G**

**get** 3:17
**give** 2:3 3:15
**glove** 2:7
**go** 2:14
**goes** 2:4
**going** 2:2,21 3:6
**gone** 4:9
**good** 3:17,21
**got** 2:19 3:11 4:3
**gotten** 3:20
**great** 2:20
**guess** 4:12

**H**

**had** 3:6,7 4:6
**happened** 3:14 4:5
**Happens** 3:3
**has** 3:1,3 5:1
**have** 2:20 3:14
**having** 2:19
**hear** 2:21
**her** 3:6
**here** 2:1
**hold** 3:2

**how** 3:23 4:22

**I**

**I'M** 2:2 3:6
**I'VE** 2:20
**in** 2:12 3:1 4:8
**info** 2:9
**inside** 4:5
**is** 3:14,17,19 4:12, 17,20
**it** 3:9,16,17,20,21, 22,23,24 4:11,20 5:1
**it's** 3:18 4:18,22

**J**

**Jeff** 2:2,22 3:9,11, 12,14
**join** 4:13

**K**

**know** 2:6 4:21

**L**

**L.A.** 3:4,15,18 4:12
**largest** 3:19
**later** 2:7
**law** 2:8,12,16
**like** 2:5,6,7,17
**Lindell** 2:1,18 3:11 4:15,17,19,24
**list** 4:13
**little** 2:3,21
**lives** 2:13
**looking** 3:24

**M**

**machine** 2:5 4:5
**machines** 2:14
**mail** 4:1
**mail-in** 4:1
**manipulation** 4:5,6, 19
**many** 4:2

**matter** 2:15
**maybe** 3:5
**mean** 2:8
**Mesa** 4:2,3,14
**Mike** 2:18 3:23
**MR** 2:1 3:10,11,17 4:15,16,17,18,19, 21,24 5:1
**Mypillow** 2:18

**N**

**name** 3:6
**Nevada** 2:10
**news** 2:13,17,20,22 3:2 4:12
**Nobody** 2:14
**not** 2:19 3:6 4:11,22
**now** 3:2,15

**O**

**O'DONNELL** 3:10, 17 4:16,18,21 5:1
**of** 2:9,16 3:22 4:4, 10,13,21
**oh** 3:5
**on** 2:3,8,12,14,19,22 3:2,23 4:7,9
**one** 3:1,3
**ones** 2:11 3:2
**only** 2:19,23 4:20
**or** 2:15 3:5,6,20
**other** 4:2
**Our** 2:13
**out** 2:9

**P**

**pattern** 3:24 4:11, 14,21
**patterns** 4:8
**people** 4:13,22
**person** 3:6
**pretty** 3:4
**process** 3:21

**R**

recall 4:3
record 3:19 4:7,8
records 2:21,22 3:7, 12,15
release 2:9
report 3:16
Right 4:15,24
Rosetta 4:4

**S**

same 3:24 4:11
saw 4:4
say 2:1 3:6
see 3:18 4:6,9,22
seen 4:10,11
September 3:8
should 4:11
show 4:3
shows 3:24
size 3:20
Smartmatic 2:3,5, 11,17,23 3:3,12,18 4:13
So 2:1,17 3:11,20
some 3:22
something 2:1
started 2:12
states 3:1 4:9
Stone 4:4
sue 2:18
sued 2:13 3:2
suit 2:8
suits 2:16
systems 4:10

**T**

taken 2:5
talk 2:14
ten 3:9
that 2:7,11,15,19 3:2 4:2,5,6,8,10,11,20, 21
that's 4:16

the 2:2,4,5,8,11,15, 20,22,23 3:1,7,11, 13,14,18,19,20,24 4:1,4,5,6,7,12,13, 14,16,21
them 2:19 3:9 4:2
then 2:17 4:9
there 2:23 4:2
they 2:7,13,16,17 4:1
they're 2:6,11 3:1
things 2:8
think 3:3
this 2:6,12 3:3,6 4:4
three 3:5,20
ties 2:5
time 3:18
times 3:20
to 2:1,2,4,5,16,21 3:4,6,17,21,22 4:6, 7,9 5:1
today 3:22
told 2:20
too 2:18
took 3:21
type 4:10,21

**U**

unbelievable 4:8
United 3:1
up 2:2,7 3:21
us 3:15
use 4:13

**V**

Venezuela 2:4
vote 2:21,22 3:7,12, 15,19 4:7,8,22,23
votes 4:1
voting 4:10

**W**

waiting 3:13
want 2:1,16
was 2:23 3:9,16,22

way 2:4,23
we 2:9,16,19 3:5,8, 11,17 4:4,5,22
We'll 2:7
We're 2:21
we've 3:12,19 4:9, 10,11
weeks 3:5
Well 2:19 3:5,17
were 2:13,16 4:5
what 2:17 3:9,14 4:3,13
what's 2:22
when 2:8 3:7,24
which 3:19 4:17
while 3:21
who 4:13
whole 3:13
world 3:13
wouldn't 2:6

**Y**

Yeah 3:10,11
yep 4:16
yes 3:10
you 2:3,6,20 3:14,23 4:3,21
your 3:15