# EXHIBIT E

**Page Vault**

| | |
|---|---|
| Document title: | Mike Lindell on Twitter: "I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willing to be humiliated to help get the word out and save our country! https://t.co/1e4r3Z76PS" / Twitter |
| Capture URL: | https://twitter.com/realMikeLindell/status/1620558083134218243 |
| Page loaded at (UTC): | Thu, 23 Feb 2023 22:42:38 GMT |
| Capture timestamp (UTC): | Thu, 23 Feb 2023 22:44:59 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.87.115.141 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 30 |
| Capture ID: | 7guoUvXWsPxocZc9ZzR91E |
| User: | bfca-sdelaney |

PDF REFERENCE #:          mGBvrQewveCCTATPKZuNSN



**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Mike Lindell ✔
@realMikeLindell
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

Follow

**What's happening**

UEFA Europa League · 48 minutes ago
Manchester United vs FC Barcelona

Video games · Trending
Mortal Kombat 12
1,357 Tweets

Sports · Trending
Xavi
105K Tweets

Sports · Trending
De Jong
1,292 Tweets

Trending in United States
Sabitzer
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up



**Jonathan Goldman** ✓ @akjakalope · Feb 1
Replying to @realMikeLindell
I can't wait until you go from being a rich crackhead back to being a broke crackhead

💬 25        ⟲        ♡ 51        ⬚ 4,058        ⬆

**Cognizant** ✓ @achanel561 · Feb 1
Replying to @akjakalope and @realMikeLindell
Cruel

💬        ⟲        ♡ 1        ⬚ 142        ⬆

**SReed** ✓ @stevereederiowa · Jan 31
Replying to @realMikeLindell
Your courage has no bounds. Kimmel has no class whatsoever. There is a reason why Gutfeld has been decimating Colbert and Kimmel in the ratings. The Left does not get it.

💬 97        ⟲ 37        ♡ 876        ⬚ 22.7K        ⬆

Show replies

**Lucky Molly** @molly1995_b · Jan 31
Replying to @realMikeLindell
OMG. You'll never get rid of voting machines that are perfectly safe. Find yourself a good shrink, which is really what you need. Not trying to attack you.

💬 257        ⟲ 6        ♡ 191        ⬚ 15.4K        ⬆

**Mindy Robinson** 🇺🇸 @iheartmindy · Feb 1
Replying to @molly1995_b and @realMikeLindell
Even top level Democrats and mainstream news channels complained voting machines were riggable, because they are...right up until the ridiculous results of the 2020 election that they wanted.

💬 34        ⟲ 45        ♡ 408        ⬚ 21.3K        ⬆

Show replies

**Brian Perras** ✓ @bperras12 · Feb 1
Replying to @realMikeLindell
I agree with you! Thank you Mike, for your sacrifice to our Republic.

💬 5        ⟲ 2        ♡ 44        ⬚ 9,429        ⬆

Show replies

**Dan Sewell** ✓ @dansewell · Feb 1
Replying to @realMikeLindell
Think your @JimmyKimmelLive visit will be remembered for only one kind of machine: the claw

💬        ⟲        ♡ 6        ⬚ 3,183        ⬆

**Susan "Today, Merrick. Today" Bagw...** ✓ @SweetieWalk... · Feb 2
Replying to @realMikeLindell and @jenvanlaar
You're a clown act.

💬 1        ⟲        ♡ 1        ⬚ 400        ⬆

**mary gibson** ✓ @outtabe · Jan 31
Replying to @realMikeLindell
Thanks Mike !

💬 1        ⟲        ♡ 6        ⬚ 3,275        ⬆

**Laurence /Hex Banker** ✓ @LTMiller7 · Jan 31

**New to Twitter?**

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Lindell** ✓
@realMikeLindell        Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

**What's happening**

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up



Laurence /Hex Banker ✓ @LTMiller7 · Jan 31
Replying to @realMikeLindell
God bless you!
💬    🔁    ♡ 2    ᴵᴵᴵ 433    ⬆

KEVIN WALKER ✓ @KevinWalker1263 · Jan 31
Replying to @realMikeLindell
Don't let him take charge of the convo cause he wants to make you look like a fool! Be strong Mike and take the lead!
💬 33    🔁 1    ♡ 241    ᴵᴵᴵ 4,673    ⬆
Show replies

Grammie4Truth ✓ ✓ @gollysue4truth · Jan 31
Replying to @realMikeLindell
Praying for you Mike. I can't stand to watch Jimmy Kimmel, but I will watch you. God bless and be strong🙏

1 John 3:13
"Marvel not, my brethren, if the world hate you."
💬 7    🔁 11    ♡ 246    ᴵᴵᴵ 10.8K    ⬆
Show replies

Richard ✓ @Richard83547647 · Jan 31
Replying to @realMikeLindell
You should buy Bed & Bath and rename it MyStore.
💬 8    🔁 2    ♡ 203    ᴵᴵᴵ 2,597    ⬆
Show replies

🇺🇸❤️Vanessa❤️🇺🇸 @VanessaL1776 · Jan 31
Replying to @realMikeLindell
We're with you @realMikeLindell
💬 2    🔁    ♡ 14    ᴵᴵᴵ 2,855    ⬆
Show replies

Dion De Lesia ✓ @DionDeLesia · Jan 31
Replying to @realMikeLindell
Cool! Good luck!
💬    🔁    ♡ 1    ᴵᴵᴵ 550    ⬆

Gail King ✓ @gekpharmd · Jan 31
Replying to @realMikeLindell
We pray for you! 🎁
💬    🔁    ♡ 2    ᴵᴵᴵ 1,549    ⬆

👤 @ch98877 · Jan 31
Replying to @realMikeLindell
Why should we get rid of electronic voting machines?
💬 33    🔁 2    ♡ 12    ᴵᴵᴵ 1,911    ⬆
Show replies

Pastor Jason Perry ✓ @PastorSEALCop · Jan 31
Replying to @realMikeLindell
GOD Bless you Brother!
💬    🔁    ♡ 2    ᴵᴵᴵ 625    ⬆

New to Twitter?
Sign up now to get your own personalized timeline!
G   Sign up with Google
   Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people
Mike Lindell ✓
@realMikeLindell
Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

What's happening
UEFA Europa League · 48 minutes ago
Manchester United vs FC Barcelona
Video games · Trending
Mortal Kombat 12
1,357 Tweets
Sports · Trending
Xavi
105K Tweets
Sports · Trending
De Jong
1,292 Tweets
Trending in United States
Sabitzer
13.2K Tweets
Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.
Log in    Sign up



Document title: Mike Lindell on Twitter: &quot;I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin…
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT
Page 4 of 29







**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Mike Lindell ✔
@realMikeLindell
Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

**What's happening**

UEFA Europa League · 48 minutes ago
Manchester United vs FC Barcelona

Video games · Trending
Mortal Kombat 12
1,357 Tweets

Sports · Trending
Xavi
105K Tweets

Sports · Trending
De Jong
1,292 Tweets

Trending in United States
Sabitzer
13.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More …
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Document title: Mike Lindell on Twitter: &quot;I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin...
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT



Document title: Mike Lindell on Twitter: "I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin...
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT
Page 9 of 29



Document title: Mike Lindell on Twitter: &quot;I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin…
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT



Tweet

You got this! 🇺🇸

192

**Aimless** ✔ @Flightless223 · Feb 1
Replying to @realMikeLindell
Going on Kimmel seems like a mistake

141

**Taylor Man's Lures** ✔ @taylormanslures · Feb 1
Replying to @realMikeLindell
We love you, Mike! Thank you for all you're trying to do. USA!

3          891

**Diane Hardwick** ✔ @DianeHardwick · Feb 1
Replying to @realMikeLindell and @gatewaypundit
I'm so proud of you Mike. I know that in your life you've been through Hell.
Anything Kimmel et al dish out is a cake walk. Blessings.

1          30

**x ohh** ✔ @godsrebirth369 · Feb 1
Replying to @realMikeLindell
Thank you 🙏 keep speaking up and using your platform for #JUSTICE !

4          254

**LadyNic17** ✔ @LadyNic17 · Feb 1
Replying to @realMikeLindell
Just take a deep breath, center yourself and remember your message. He
will try to rattle you and be condescending. You are a kind and genuinely
sweet man with good intentions.  Put him on the hot seat. Ask him why he
doesn't want to protect elections from fraud?

3      4      53      1,177

Show replies

**CheezitTheHealthCop** ✔ @OfficerCheezit · Feb 1
Replying to @realMikeLindell
Well... I hope you are properly prepared

452

**Kathleen Winchell** 🇺🇸🇺🇸❤️ 💙UL... ✔ @KathleenWi... · Feb 1
Replying to @realMikeLindell
I love Mike !

6          475

**Kathleen Winchell** 🇺🇸🇺🇸❤️ 💙UL... ✔ @KathleenWi... · Feb 1
Replying to @realMikeLindell
I am praying for you Mike! 🙏🙏🙏

1          14          1,160

**Robert S** ✔ @Walkingman08 · Feb 1
Replying to @realMikeLindell
Fkem Mike

1          30

**Anthony Speziale** 🇺🇸🦅🍊 ✔ @A86Spez · Feb 1
Replying to @realMikeLindell
God bless you, sir! Anyone with a voice should be talking about election
fraud.

4          7          508

**New to Twitter?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

**Relevant people**

Mike Lindell ✔
@realMikeLindell        **Follow**
Inventor and CEO of MyPillow 🇺🇸
Evangelist 🙏 Author "What Are the
Odds?" 📖

**What's happening**

UEFA Europa League · 48 minutes ago
**Manchester United vs FC
Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in      Sign up



Document title: Mike Lindell on Twitter: &quot;I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin…
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT





there is MAGA AND THEN SUPER MAGA! Mike is Super MAGA!

💬     🔁     🤍 2          📊 23          📤

**Anne Campbell** ✓ @cinnamonpatriot · Feb 1
Replying to @realMikeLindell
Kudos sir!

💬     🔁     🤍          📊 13          📤

**George** ✓ @BehizyTweets · Feb 1
Replying to @realMikeLindell
God bless you Mike

💬 1     🔁 2     🤍 103          📊 2,586          📤

Show replies

**Anti-politician** ✓ @willhulett · Feb 1
Replying to @realMikeLindell
You are a saint!!!

💬     🔁     🤍          📊 161          📤

**Sharkman690** ✓ @Sharkman690 · Feb 1
Replying to @realMikeLindell
Agreed

💬     🔁     🤍          📊 287          📤

🇺🇸 **Theresa Simms** ✓ @tsimmsva · Feb 1
Replying to @realMikeLindell and @Julie4TruthLove
You are such a better person than Jimmy Kimmel. Kimmel is a 💩💩

💬     🔁     🤍 23          📊 265          📤

**Soft Parade** ✓ @bill_krajeski · Feb 1
Replying to @realMikeLindell
Not watching that garbage show. Won't give it ratings

💬     🔁     🤍          📊 3          📤

**Al Mancini** 🇺🇸 @Anthraxx187 · Feb 1
Replying to @realMikeLindell and @Cap2472
God bless you Mike.

💬     🔁     🤍          📊 74          📤

**Classical Liberal Arts Academy** ✓ @wcmclaa · Feb 1
Replying to @realMikeLindell
This guy is only interested in selling his pillows.

💬     🔁     🤍          📊 15          📤

**Charlie Lowry** ✓ @charlieLowry62 · Feb 1
Replying to @realMikeLindell
America needs voting reform

💬     🔁     🤍 2          📊 47          📤

**Dan** ✓ @DanPDS_ · Feb 1
Replying to @realMikeLindell
When you get there, chuck the bird to him for me.

💬     🔁     🤍          📊 126          📤

**Andrew Mullican** ✓ @MullicanDesigns · Feb 1
Replying to @realMikeLindell and @Jules31415
God speed I agree Mike hopefully they will listen it is common sense they should

**Twitter**

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Lindell** ✓
@realMikeLindell          Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

**What's happening**

UEFA Europa League · 48 minutes ago
Manchester United vs FC Barcelona

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up





Document title: Mike Lindell on Twitter: "I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin...
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT







**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up





Tweet

**🐾🐾🐾Ventura🐾🐾🐾🇺🇸** @bikergal1958 · Feb 1
Replying to @realMikeLindell
You may be "humiliated" by him and the left but God is on your side and nothing can or ever will separate you from His love. Be strong in the Lord and in the power of His might.

💬 8        🔁 6        ❤️ 58        📊 1,936        ⬆️

**Timothy Cobb** @Timothy11284050 · Feb 1
Replying to @realMikeLindell and @JessieJaneDuff
God bless you going into the lions den Mike.

💬 2        🔁        📊 424        ⬆️

**Doug Billings** @DougBillings · Feb 1
Replying to @realMikeLindell
We stand with you, Mike.
Believe it.

💬 2        🔁        ❤️ 16        📊 761        ⬆️

**🇺🇸 Reed Turner🇺🇸** @crt39437 · Feb 1
Replying to @realMikeLindell and @LoveAmerica777
Truly a patriot and admired by more people than you know! Thanks for speaking the mind of so many that cannot be heard!

💬 4        🔁 4        ❤️ 21        📊 828        ⬆️

**Diane💙** @DI2765 · Feb 1
Replying to @realMikeLindell
No you'll take negative attention over no attention Mr Pathetic

💬 1        🔁        ❤️ 2        📊 36        ⬆️

**Alexandra** @AlexandraIdaho · Feb 1
Replying to @realMikeLindell
Hallelujah! Tis the electronic voting machine tabulators. I saw them switch votes on election night 2020 before my very eyes.

💬 3        🔁        ❤️        📊 148        ⬆️

**61 is just a number.** @15LBVB24 · Feb 1
Replying to @realMikeLindell and @Jules31415
God bless, Mike.  Put on His full armour!!

💬 1        🔁        ❤️ 5        📊 110        ⬆️

**Shirley Tingle** @Tingle4Shirley · Feb 1
Replying to @realMikeLindell and @rtrumpetter
I applaud your bravery.

💬 1        🔁        ❤️ 6        📊 103        ⬆️

**Frances Mudrovic** @franmudm · Feb 1
Replying to @realMikeLindell and @JRobFromMN
God bless you

💬 1        🔁        ❤️ 2        📊 150        ⬆️

**Holy Moly 🦁** @AdenRollins · Feb 1
Replying to @realMikeLindell
God is on the side of Truth

💬        🔁        ❤️ 3        📊 216        ⬆️

**New to Twitter?**
Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Lindell** ✓
@realMikeLindell
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

**Follow**

**What's happening**

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up





**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

Document title: Mike Lindell on Twitter: "I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin…
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT





Document title: Mike Lindell on Twitter: "I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin…
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT



Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

Document title: Mike Lindell on Twitter: "I am going on Jimmy Kimmel tonight! I know I will be attacked but we have to get rid of the voting machines and I am willin…
Capture URL: https://twitter.com/realMikeLindell/status/1620558083134218243
Capture timestamp (UTC): Thu, 23 Feb 2023 22:44:59 GMT





Tweet

11

**Alex** @soladeogloria5 · Feb 1
Replying to @realMikeLindell
My pillow is miserable and hurts my neck and the store bought at
vanished overnight , can I have a refund please cuz no one answers

41

**Carl Barry** @carlbwood · Feb 1
Replying to @realMikeLindell
Imagine going into Caesar's area once already, armed with only a smile
and a prayer, and surviving.

Now imagine going back.

Whatever happens, this man is a warrior.

3          39

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Lindell** ✔
@realMikeLindell

Follow

Inventor and CEO of MyPillow 🇺🇸
Evangelist 🙏 Author "What Are the
Odds?" 📖

**What's happening**

UEFA Europa League · 48 minutes ago
**Manchester United vs FC
Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

