### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. LINDELL and MY PILLOW, INC., <br><br> Defendants. | Case No. 22-cv-0098-WMW-JFD |

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Leave to Supplement Complaint and to Amend Scheduling Order (ECF No. __), it is hereby ORDERED that the motion is GRANTED.

1.      The deadline to amend pleadings is amended to the date one business day following the entry of this Order;

2.      Plaintiffs must file their Supplemental Complaint within one business day of the entry of this Order.

**SO ORDERED** this ___ day of _____, 2023.


_____
JOHN F. DOCHERTY
United States Magistrate Judge