UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST
REDACTION OR NOTICE THAT
NO REDACTION IS REQUIRED**

　　　　　　　Plaintiff(s)　　　　　　　Case No:

v.

　　　　　　　Defendant(s)

The undersigned _____ hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

　　I intend to request redaction of personal identifiers located within the transcript of _____, filed on _____ to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

　　I will not be requesting redaction as no redaction is required.

Dated: _____   _____