# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Smartmatic USA Corp., et al.

Plaintiff(s)                    Case No:  22-cv-00098-WMW-JFD

v.

Michael J. Lindell, et al.

Defendant(s)

The undersigned  Michael E. Bloom                        hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☐  I intend to request redaction of personal identifiers located within the transcript of
_____, filed on
to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☑ I will not be requesting redaction as no redaction is required.

Dated: 3/13/23          /s/ Michael E. Bloom