IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Andrew D. Parker, hereby certify that Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to File Supplemental Complaint and to Amend Scheduling Order complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 1,532 words, exclusive of the caption and signature block.

2

| | |
|---|---|
| DATED: March 17, 2023. | **PARKER DANIELS KIBORT LLC** |
| | By */s/ Matthew R. Eslick* |
| | Andrew D. Parker (MN Bar No. 195042) |
| | Matthew R. Eslick (MN Bar No. 388494) |
| | 888 Colwell Building |
| | 123 N. Third Street |
| | Minneapolis, MN 55401 |
| | Telephone: (612) 355-4100 |
| | Facsimile: (612) 355-4101 |
| | parker@parkerdk.com |
| | eslick@parkerdk.com |
| | **ATTORNEYS FOR DEFENDANTS** |