# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL, AND MY PILLOW, INC.,<br><br>            Defendants. | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No:      22-cv-98 (WMW/JFD)<br>Date:         April 6, 2023<br>Location:     Courtroom 6A (STP)<br>Court Reporter:  Erin Drost<br>Time Commenced: 12:54 PM<br>Time Concluded:  1:31 PM<br>Time in Court:   37 min. |

## MOTION HEARING

**APPEARANCES:**

    Plaintiffs: Michael Bloom and Will Manske

    Defendants: Joseph Pull

**PROCEEDINGS:**

    The Court heard oral argument on Plaintiffs' Motion for Leave to File a Supplemental Complaint and to Amend the Scheduling Order. (Dkt. No. 111.) The Court granted the motion in part and denied it in part, for the reasons stated on the record. The Court's ruling as stated on the record is the complete ruling of the Court and no written order will issue. Plaintiff will file the supplemental complaint on or before April 7, 2023.

                                                        *s/ ATB*
                                                        Judicial Law Clerk