# Exhibit 3

TRANSCRIPT OF THE AUDIO RECORDING OF:


SCIENTIFIC PROOF: Internationally Renowed Physicist Absolutely
 Proves 2020 Election Was Biggest Cyber-Crime in World History


March 2021

Michael J. Lindell


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      MIKE LINDELL:  Hello, everyone, as you know, we've

2  been filming a new documentary this week, and it's going to

3  come out in a week or so. But when I was interviewing

4  everyone, Dr. Douglas G. Frank here has more stuff than you

5  could even put into a 10 hour documentary. So what I wanted to

6  do is a separate one here, this is so important to our

7  country, I want to get this one out right away. So we're gonna

8  do, we're gonna have an hour interview here with Dr. Frank,

9  and welcome. I mean what you showed me before I want everybody

10  to see in this hour, I want to say how we met. I met, it was

11  like a divine appointment here. My, I actually met a congress,

12  a gal that was running for congress in Pennsylvania. I met her

13  in DC at random in January, and she said that she had won. And

14  then all of a sudden, she woke up on November 4th and had lost

15  and she knew that there was something terribly wrong. She

16  basically went door to door she went, she did her own

17  investigation. And she proved you know, herself. She goes, she

18  goes yes it was cheated [inaudible]. She didn't really know

19  how. And so she went out and got a hold of different people to

20  help her with this and one of them was Dr. Frank. And when I

21  was doing this documentary, she said, well, you need to see

22  what he has. This is, it was amazing. And so let's get into

23  it. What's your background? Tell everybody.

24      DR. DOUGLAS G. FRANK:  I'm a PhD scientist, I've been

1   doing science for about 40 years aggressively, got about 60

2   scientific publications. Some of them were cover articles and

3   invited articles, because I happen to make a pretty good

4   discovery once, back in the early 90s. I left academics in

5   1996. And ever since then, I've been teaching at a special

6   school for extraordinarily gifted kids, as well as working on

7   new inventions and analyzing election data lately.

8        MIKE LINDELL:  Right. So very overqualified

9   everybody, but it does, but what you're gonna see just speaks

10  for itself, I mean for him to, to even dig in and get this and

11  figure out the algorithms. And then to have absolute proof.

12  What we have over here, what you're going to see when this is

13  done, what I showed you in absolute proof, the first

14  documentary we did with all the cyberattack on our country,

15  who did it, when they did it, why they did it, we know the IP

16  addresses, the IDs of the computers, everything. Now you're

17  going to see that this was nationwide, and these two come

18  together. And it is absolutely, fits like a glove. So why

19  don't we just get right into it, so what did you, what are

20  you, what do you have?

21        DR. DOUGLAS G. FRANK:  I found were the algorithms

22  that control how many registrations and how many ballots you

23  need in every county to control an election. That's what I

24  figured out and it's widespread. It's in every state that I've

1   checked so far and it's magnificent part per million detail.

2   So I know it's not an accident it has to be done by an

3   algorithm.

4         MIKE LINDELL:  Right it cannot be done by humans.

5         DR. DOUGLAS G. FRANK:  It could not be done

6         MIKE LINDELL:  I want everybody to know that. But

7   you're gonna see is impossible to be done by humans, it had to

8   be done by machines, i.e. computers, and they had to be

9   online?

10         DR. DOUGLAS G. FRANK:  Absolutely, the whole time.

11  You have to beforehand, during, and after.

12         MIKE LINDELL:  Before, during and after. In other

13  words, you have to plan the attacks.

14         DR. DOUGLAS G. FRANK:  Yep.

15         MIKE LINDELL:  You have to plan the algorithms.

16         DR. DOUGLAS G. FRANK:  Yep.

17         MIKE LINDELL:  Input them.

18         DR. DOUGLAS G. FRANK:  Yep.

19         MIKE LINDELL:  Then it has to be online during.

20         DR. DOUGLAS G. FRANK:  Yep.

21         MIKE LINDELL:  And then afterwards, to, what check

22  your work?

23         DR. DOUGLAS G. FRANK:  Well and clean up the, clean

24  up the mess.

```
 1          MIKE LINDELL:  Clean up the mistakes.

 2          DR. DOUGLAS G. FRANK:  Because computers are stupid.

 3  They can't do anything themselves, you have to tell them

 4  everything. And what you tell them is a set of instructions,

 5  that's called an algorithm. It's just like a recipe, a recipe

 6  is a set of instructions. And so don't be afraid of that word.

 7  The first thing you need to understand about the way elections

 8  are managed, is they have what they call a registration

 9  database. This is for every precinct, every county in the

10  country, they have one of these and each one, you've got - -

11          MIKE LINDELL:  Can anybody get this?

12          DR. DOUGLAS G. FRANK:  In most states, you can

13  download these for free.

14          MIKE LINDELL:    Okay.

15          DR. DOUGLAS G. FRANK:  But some states, they're expensive.

16  You have to download them. But politicians use these all the time

17  because they tell them every person in the district and it

18  also tells their voting history. Is this a republican? Is this a

19  democrat? Do they usually vote, do they not vote? Because why

20  would you want to go knock on it if you're a Republican, Why

21  would you go knock on a Republican's door who you know is

22  already gonna vote for you anyway. You're looking for the

23  people that don't usually come out and go knock on those

24  doors.
```

```
 1          MIKE LINDELL:  So why is this significant here?

 2          DR. DOUGLAS G. FRANK:  Well, this is significant

 3   because this shows you, I mean, if you have access to this,

 4   which basically everybody does, you notice that this person

 5   here votes a lot and they're a Republican, but this person

 6   hardly ever votes and only every once in a while

 7          MIKE LINDELL:  So down here hardly ever voted.

 8          DR. DOUGLAS G. FRANK:  Yes.

 9          MIKE LINDELL:  But he only voted once here. What's

10   that?

11          DR. DOUGLAS G. FRANK:  This is the November 3rd

12   election here, this last column.

13          MIKE LINDELL:  The only time in his life he voted was

14   right there.

15          DR. DOUGLAS G. FRANK:  Exactly. And there are a lot

16   of those, too many of those this time around but I don't think

17   that's an accident. I don't even think they're real. And so

18   when we were originally starting this work, we actually went

19   out and knocked on doors - -

20          MIKE LINDELL:  To find out a person like this was real.

21          DR. DOUGLAS G. FRANK:  Yes.

22          MIKE LINDELL:  Were they real?

23          DR. DOUGLAS G. FRANK:  30%, we predicted we went to

24   1,600 houses knocking on doors. I trained a whole bunch of
```

1 volunteers that took about four days. They found, we predicted

2 that we'd find about 30% of the houses we knocked on would

3 have at least one phantom voter. What that means is, it says

4 on the roll that John Smith lives at this address --

5          MIKE LINDELL:  Right.

6          DR. DOUGLAS G. FRANK:  -- and that John Smith voted

7 but then you go knock on the door and no John Smith was there.

8 Okay, so wait a minute, that's a phantom voter.

9          MIKE LINDELL:  So you were basically, when you, this

10 raised a flag.

11          DR. DOUGLAS G. FRANK:    Yep.

12           MIKE LINDELL:  And then you said, well, I'm going to

13 go out just to make sure I'm not going down or bad, a bad path.

14 Let's find out if these people really exist.

15          DR. DOUGLAS G. FRANK:  Exactly.

16          MIKE LINDELL:  Your theory though proved right, 30%

17 did not exist.

18          DR. DOUGLAS G. FRANK:  It's 32.

19          MIKE LINDELL:  Or 32.

20          DR. DOUGLAS G. FRANK:  But we predicted 30, we found

21 32. So that's really good. So this is not just theoretical.

22          MIKE LINDELL:  So that, that made you go I'm going

23 all in, I'm gonna look at this.

24          DR. DOUGLAS G. FRANK:  Absolutely, absolutely. In

1  every precinct, you can show too like, for example, in this

2  precinct, this is by age and this is, I'm sorry, this is by

3  age and how many people in this particular precinct, this just

4  happens to be one from Ohio. You notice that this is the

5  number of people that are registered by age, the blue curve,

6  and then this is the number of ballots you have by age. So if

7  you needed some more ballots, if you needed to, because you

8  wanted to swing one of the down ballot elections, like there's

9  some judge you wanted to win, you just have to go along and

10  find out well, gee, I've got a few more voters here. Let's go

11  look and see who never votes. And let's print a ballot for them

12  and turn it in. It's a really simple thing. So that's an

13  algorithm, find the people that never vote, print ballots, turn

14  the ballots in, they don't even know. So the only way to know --

15  the only way to know an election, whether it's valid or not, is

16  to actually confirm every mail-in ballot, you have to go did Mr.

17  John Smith is, does he really live here? Did he really print

18  that ballot?

19        MIKE LINDELL:  Right. So then, so how, so what is all

20  these matching and stuff you showed me before we had a chart

21  where they, they're taking the data. Can you show us what the

22  machines did?

23        DR. DOUGLAS G. FRANK:  The fun thing about this, by

24  the way too, Mike, that I just love about it, is you've done

1   some really excellent forensic work on the one side of the - -

2        MIKE LINDELL:  Talking about absolute proof that

3   documentary we did, where we have the spyware and these

4   American heroes that were that were whistleblowers and stuff

5   that were there and that worked for the government and stuff

6   that, former and present, that were there and they were taking

7   these footprints, these cyber footprints the night of the

8   election, actually, from November 1st to the 5th. And we have

9   all the IP addresses - -

10        DR. DOUGLAS G. FRANK:  I know - -

11        MIKE LINDELL:  - - the IDs of the computers, we have

12  all this of the attacks. When I heard what you're gonna see

13  here it just, so amazing.

14        DR. DOUGLAS G. FRANK:  Yes. I was on the edge of my

15  seat watching that [inaudible]

16        MIKE LINDELL:  I know. You had no idea your work was

17  done in you're going, wow, now you knew who did it right?

18        DR. DOUGLAS G. FRANK:  Exactly. I can see. But the

19  thing about it is, you're showing the incursions into the

20  machines but what do they do when they're there? They have to

21  know what to do. That's what the algorithm is telling them

22  what to do.

23        MIKE LINDELL:  Yeah, let's see what you got.

24        DR. DOUGLAS G. FRANK:  Everything here, anybody can

 1  do. You can download it and confirm.

 2          MIKE LINDELL:  Okay.

 3          DR. DOUGLAS G. FRANK:  So that's part of it. So

 4  anyway, so here's the population. This is downloaded from the

 5  census, you can see the millennials and the baby boomers.

 6          MIKE LINDELL:  Right, this is just a graph of

 7  Hamilton County.

 8          DR. DOUGLAS G. FRANK:  Yep.

 9          MIKE LINDELL:  And the age group of each on the graph.

10  So there's 10,000 or 11,000 people around 60 years of age.

11  Okay, all right,

12          DR. DOUGLAS G. FRANK:  This curve, this black curve,

13  is from that voter database that I showed you a minute ago.

14  This is how many people of each age are registered.

15          MIKE LINDELL:  Okay, now, that's impossible, correct?

16          DR. DOUGLAS G. FRANK:  Yes. And the look - -

17          MIKE LINDELL:  Everybody's registered. And then

18  there's a little line here where there's more people

19  registered than there are population.

20          DR. DOUGLAS G. FRANK:  How interesting.

21          MIKE LINDELL:  Yeah.

22          DR. DOUGLAS G. FRANK:  And a little bit over here,

23  too. But still, when I've shown this to political experts,

24  they're all saying Doug, no, no, no, it can't be that much

1  because it's supposed to be about 80%. No, this is like 95%.

2  So that's the first - -

3         MIKE LINDELL:  That raised a flag with you.

4         DR. DOUGLAS G. FRANK:  That's the first red flag.

5  Okay. That doesn't make any makes sense. This red curve here

6  from the same voter database, these are the people who turned

7  in ballots. Okay. And notice, I didn't call them real voters,

8  because I don't think a lot of them are.

9         MIKE LINDELL:  Don't think, they aren't. You know

10  they aren't.

11         DR. DOUGLAS G. FRANK:  I know they aren't. Now I'm,

12  if I'm a scientist and going into it, I didn't know but now I

13  know.

14         MIKE LINDELL:  Right let's make that clear. There's

15  no room, this is 100% we know machines did this. Okay. So what

16  you have here - -

17         DR. DOUGLAS G. FRANK:  Yes.

18         MIKE LINDELL:  You showed me before this notice that

19  the ballots turned in match the exact curves, the odds of that

20  are impossible.

21         DR. DOUGLAS G. FRANK:  Oh, yeah.

22         MIKE LINDELL:  And then look at that. I want everyone

23  to look at this because this is going to come up that little

24  jump and that little flip. You know, it's the exact same

1  pattern. All of a sudden everyone exact percentage gets turned

2  in and votes. I mean, every age group.

3          DR. DOUGLAS G. FRANK:  It's ridiculous.

4          MIKE LINDELL:  Right. Now with this, was that another

5  flag?

6          DR. DOUGLAS G. FRANK:  Yes, I just take the black

7  curve and multiply it by 86%, that helps you to see that those

8  little bumps and wiggles are just absolutely reproduced. It's

9  just, the odds of that happening in one county are

10  ridiculously small. But guess what they happen in every

11  county. And it's the - -

12          MIKE LINDELL:  Every county. Did you do every county in Ohio?

13          DR. DOUGLAS G. FRANK:  All 88.

14          MIKE LINDELL:  All 88 counties and they were all the same

15  pattern.

16          DR. DOUGLAS G. FRANK:  And I'll show you that pattern

17  because it's even better than this. I call it the key. So if

18  you think of it, you can think of that 86% number as the key

19  that converts the registrations into the ballots. And so

20  that's flag number two. Flag number two, that those are

21  similar. Now, the thing is, is we don't have to just use one

22  number, we could use a different proportion for every age.

23  Okay - -

24          MIKE LINDELL:  Did they do that?

1        DR. DOUGLAS G. FRANK:  In other words, if you use a

2  different proportion for every age, then you just have a

3  little more sophisticated key. When I show you that key,

4  you're going to be surprised. And because that's also some

5  breadcrumbs as to the algorithm. If I use those proportions,

6  then this is the ballots on top of the registrations.

7        MIKE LINDELL:  But you set those proportions

8  yourself - -

9        DR. DOUGLAS G. FRANK:  Yes.

10       MIKE LINDELL:  Just to see if it was duplicated

11 across the state.

12       DR. DOUGLAS G. FRANK:  Yes and exact. And that's why

13 it doesn't quite agree here. Because actually, I'm using one

14 set of proportions for the entire state, I'm never changing --

15       MIKE LINDELL:  You're never changing it.

16       DR. DOUGLAS G. FRANK:  No. And it's, you know, think

17 about it, it's 18 to 100 so that's 82 proportions. You put it

18 in one time, you never change it again - -

19       MIKE LINDELL:  So what you're seeing is, what you're

20 seeing across the state, every single seventy year old across

21 the state was exactly this percentage.

22       DR. DOUGLAS G. FRANK:  Yes.

23       MIKE LINDELL:  Exactly.

24

1           DR. DOUGLAS G. FRANK:  Every single county - -

2           MIKE LINDELL:  Every single age group was exactly

3     like X percent of each age group voted - -

4           DR. DOUGLAS G. FRANK:  Yes which of course is

5     preposterous.

6           MIKE LINDELL:  It is preposterous.

7           DR. DOUGLAS G. FRANK:  It's preposterour. This is the

8     shape of that key. This is the key that converts registrations

9     to ballots. In other words, the proportion of 20 year olds, or

10    the proportion of 30 year olds or the proportion of 40. And

11    you look at that curve, that's a really smooth curve. In fact,

12    mathematicians recognize this, it's called a sixth order

13    polynomial. The beautiful thing about a sixth order polynomial

14    is you only need six numbers. So now I don't need 82 numbers

15    anymore, I just need six numbers, and a turnout number, which

16    would be a seventh number and I can predict every county in

17    Ohio. Now six numbers - -

18          MIKE LINDELL:  So what are you, what your, what do

19    you, what you're saying there, Dr. Frank, they're saying that

20    they've set this in the machine - -

21          DR. DOUGLAS G. FRANK:  Yes.

22          MIKE LINDELL:  Or set this beforehand - -

23          DR. DOUGLAS G. FRANK:  Yes.

24          MIKE LINDELL:  That they set to see who was gonna win

```
 1  and they set this algorithm?

 2          DR. DOUGLAS G. FRANK:  Yes.

 3          MIKE LINDELL:  Okay. These are the algorithms we've

 4  been telling you about.

 5          DR. DOUGLAS G. FRANK:  So for example, this is Stark

 6  County, it's, it's - -

 7          MIKE LINDELL:  Now I want to show a few counties,

 8  because once you got here, you guys remember that little flip?

 9  Every county, these are, these are the ballots of people that

10  voted.

11          DR. DOUGLAS G. FRANK:  Right the red curve.

12          MIKE LINDELL:  There's the registered.

13          DR. DOUGLAS G. FRANK:  Yep.

14          MIKE LINDELL:  And there's the population.

15          DR. DOUGLAS G. FRANK:  Yes.

16          MIKE LINDELL:  It doesn't follow that, it's

17  impossible to have the same glitch.

18          DR. DOUGLAS G. FRANK:  Every time.

19          MIKE LINDELL:  In every single county. And so far,

20  it's been every single county you've done in the United

21  States.

22          DR. DOUGLAS G. FRANK:  So far.

23          MIKE LINDELL:  The same thing, the same machines, the

24  same attack, the same people, the same corruption that went
```

1  on, the same crime against humanity was all, crossed all the

2  states.

3          DR. DOUGLAS G. FRANK:  There's a, there's an

4  interesting thing, I'm going to go back to this key for a

5  second, because this key works for every county in Ohio. If

6  you step across the border into Pennsylvania, this key doesn't

7  work anymore. You change it just a little bit. Now that new

8  key works in every county in Pennsylvania. So in other words,

9  it proves that the algorithm works at the county level and at

10  the state level.

11          MIKE LINDELL:  And maybe even at the federal level.

12          DR. DOUGLAS G. FRANK:  Well, the federal level is how

13  you decide the outcome of the election. So you just, so you

14  choose the key you want for so each state.

15          MIKE LINDELL:  So you could even do this for down

16  tickets.

17          DR. DOUGLAS G. FRANK:  Oh, absolutely. Absolutely.

18          MIKE LINDELL:  Does everybody hear that? You can

19  actually, all the downtickets were affected too.

20          DR. DOUGLAS G. FRANK:  Yes. Here's Ohio, so the

21  population, registrations, and the red curve is the ballots,

22  that shaded curve underneath, that's what I'm predicting based

23  upon the key.

24          MIKE LINDELL:  Oh, wow. So you already said here,

1  without looking you're going, here's what it's going to be?

2        DR. DOUGLAS G. FRANK:  Yeah.

3        MIKE LINDELL:  And it matched.

4        DR. DOUGLAS G. FRANK:  And you know how I did that? I

5  ran 14 counties, took the average key, and then never changed

6  it again. And it works in all 88. And you know, and by the

7  way, there's this R number, R is a correlation coefficient

8  it's called. If R equals one, it's a perfect correlation. If

9  it's negative one, it's a perfect opposite correlation. If R

10  is zero, that means it's not correlated at all, so for me to

11  get 1.000 and I'm a physicist, that ain't natural, buddy.

12        MIKE LINDELL:  Right so it couldn't be done by

13  humans.

14        DR. DOUGLAS G. FRANK:  No, no.

15        MIKE LINDELL:  It's 100% impossible.

16        DR. DOUGLAS G. FRANK:  No, no.

17        MIKE LINDELL:  It had to be machines.

18        DR. DOUGLAS G. FRANK:  Yes.

19        MIKE LINDELL:  And they had to be online.

20        DR. DOUGLAS G. FRANK:  Constantly online.

21        MIKE LINDELL:  Constantly online, everybody.

22        DR. DOUGLAS G. FRANK:  Beforehand, getting the

23  registrations in place so you can use the phantom ballots.

24  Because if you think about it, you can have all the machines

1   in the world changing ballots all you want. The problem is, is

2   that afterwards, if they count the ballots, it's got to match.

3   So you have to figure out - -

4          MIKE LINDELL:  So were you surprised? Were you

5   surprised, I want everyone to understand this, so you're

6   seeing this were you thinking, how did they do this? Did they

7   have to have some supercomputer? Did that go through your

8   mind?

9          DR. DOUGLAS G. FRANK:  Oh, are you kidding? Yes,

10  absolutely.

11         MIKE LINDELL:  Okay. So now, I want everyone to know

12  this, when you watched Absolute Proof. Okay. And you had

13  worked on this for months.

14         DR. DOUGLAS G. FRANK:  Months.

15         MIKE LINDELL:  And you've seen this? Okay.

16         DR. DOUGLAS G. FRANK:  Yeah.

17         MIKE LINDELL:  And you've seen that last fourth of

18  absolute proof?

19         DR. DOUGLAS G. FRANK:  Yeah.

20         MIKE LINDELL:  You knew that there was such a device

21  out there.

22         DR. DOUGLAS G. FRANK:  I was on the edge of my seat.

23  I was going, Oh, my gosh, I see that column. I know exactly

24  what, I know what they are doing and into those steps. But

1  until that point - -

2       MIKE LINDELL:  You're going, how could they have come

3  up with this supercomputer? Whatever this is.

4       DR. DOUGLAS G. FRANK:  By logic right I could deduce

5  things.

6       MIKE LINDELL:  Right you knew what happened, but you

7  didn't know like wow, what did they have on computer the size

8  of Iowa? You know, but they do it and it does exist, and it

9  does, it's out there. And they, and we have the, by the grace

10 of God, we had people that were using that army, at least

11 watching them use that - -

12      DR. DOUGLAS G. FRANK:  Yes.

13      MIKE LINDELL:  The night of the election and the five

14 days from the first to the fifth.

15      DR. DOUGLAS G. FRANK:  Yeah.

16      MIKE LINDELL:  And so we have every cyber footprint,

17 every flip, every computer, every ID, we have all that because

18 it takes, it takes a lot of technology to be able to pull this

19 off.

20      DR. DOUGLAS G. FRANK:  Yes. It's like you have to

21 have a whole bunch of computers. Always online, always

22 interacting with stuff. I just want you to see that it's not

23 an accident that it worked.

24      MIKE LINDELL:  Yeah, let's go to a couple of

 1  different counties. So here's - -

 2          SPEAKER 3:  Ashland, Butler, Clinton.

 3          MIKE LINDELL:  So if everybody's watching here, you

 4  remember them two glitches, I mean they're all, they're all

 5  following these, these same patterns.

 6          DR. DOUGLAS G. FRANK:  Over and over again.

 7          MIKE LINDELL:  Over and over and over and over again.

 8  And what these are is your 999 a choice, it's the same

 9  algorithm.

10          DR. DOUGLAS G. FRANK:  It's stupid. It's, it's too

11  good, that's not natural.

12          MIKE LINDELL:  Yeah it's unnatural.

13          DR. DOUGLAS G. FRANK:  You notice that they're being

14  careful to keep the black curve under the blue curve.

15          MIKE LINDELL:  Right the Black is the register in the

16  population. Here it went a little bit by it.

17          DR. DOUGLAS G. FRANK:  Yeah. And you don't, but think

18  about it. If it goes by it, then you're gonna have dead voters

19  and you're gonna have, you're gonna have - -

20          MIKE LINDELL:  What's right there, it went by it.

21          DR. DOUGLAS G. FRANK:  Exactly so you're gonna get

22  caught later.

23          MIKE LINDELL:  You don't want to get caught. So you

24  want to try and keep it under the blue line.

1          DR. DOUGLAS G. FRANK:  So you keep the black curve

2  under and then the red curve is always - -

3          MIKE LINDELL:  And then they went over.

4          DR. DOUGLAS G. FRANK:  Yeah, exactly.

5          MIKE LINDELL:  It's like coloring. You don't want to

6  go outside of the lines.

7          DR. DOUGLAS G. FRANK:  Perfectly stated.

8          MIKE LINDELL:  Right, right. Colorado. Explain that

9  little, little, here's the population - -

10         DR. DOUGLAS G. FRANK:  The blue line - -

11         MIKE LINDELL:  And this means that all the, even more

12  people voted that live there.

13         DR. DOUGLAS G. FRANK:  Yes.

14         MIKE LINDELL:  And way more people registered.

15  Thousands more registered. Well, how do you explain that?

16         DR. DOUGLAS G. FRANK:  If I was - -

17         MIKE LINDELL:  And look at this, look at that

18  - - what's going on here

19         DR. DOUGLAS G. FRANK:  There are more people than,

20  there are more registrations than people. Well, what normally

21  happens is people move out of an area, people die, and you're

22  supposed to take those people off the registration rolls. And

23  there's, so and, so most registration roles shrink by about 1%

24  per month, I've noticed. If you don't do that, if you don't

1   clean up the registration rolls, then over the years, you can

2   build up a nice credit line of phantom voters to draw upon.

3           MIKE LINDELL:  Right. More people voted than live in

4   the county. Okay.

5           DR. DOUGLAS G. FRANK:  These are all the county

6   names. And this is the eligible population to vote. And this

7   is not me making this up.

8           MIKE LINDELL:  Now what year is this, is this, is

9   this.

10          DR. DOUGLAS G. FRANK:  This is 2020.

11          MIKE LINDELL:  2020.

12          DR. DOUGLAS G. FRANK:  Yeah and this is what percent

13  of the population is registered.

14          MIKE LINDELL:  Really? 150%?!

15          DR. DOUGLAS G. FRANK:  Yes. Okay. Now - -

16          MIKE LINDELL:  I mean, I mean, this is all, you know

17  - -

18          DR. DOUGLAS G. FRANK:  You notice that they're, and

19  there are 64 counties in Colorado, and you notice the first

20  20-some of them, there's more people registered than people -

21  -

22          MIKE LINDELL:  I want to, I want to know, okay, so

23  after looking at all this data, and looking at this research

24  that you did. They could, if they based it on the 2020

1  population - -

2        DR. DOUGLAS G. FRANK:  Yeah, yeah.

3        MIKE LINDELL:  You wouldn't have had this, but they

4  had to base it on something else, right?

5        DR. DOUGLAS G. FRANK:  The shape I think they have, I

6  think they based the shape, but they shifted the shape,

7  because I think they started from the 2010 census - -

8        MIKE LINDELL:  The 2010 census. And that one, you're

9  not 100% sure, but it may match is that the - -

10       DR. DOUGLAS G. FRANK:  Well I, I'm gonna be, I'm

11  gonna stake my reputation on it because of these two

12  interesting little bumps over here.

13       MIKE LINDELL:  So tell us about the bumps.

14       DR. DOUGLAS G. FRANK:  So this was the first district

15  I ever looked at, District Four. It's mostly Montgomery County

16  in Pennsylvania, and everybody knows it's corrupt. And I was

17  asked to look at those data. So this is the population, now

18  you notice that - -

19       MIKE LINDELL:  You mean there's a corrupt county in

20  our country, what?

21       DR. DOUGLAS G. FRANK:  So this is everybody. And of

22  course, everybody can't vote. You got to get rid of your 18

23  year olds. And plus, yeah, and then I did a little research

24  and found out about 2 to 3% of people from other countries, so

1  I subtracted 4%. So this is starting from the total

2  population, you can download it from the census, it's not a

3  big deal, and subtract 4%, so there are about 550,000 people

4  eligible to vote. Now if you actually download their database,

5  this is who's actually registered and by the way, did you

6  notice those two bumps again?

7         MIKE LINDELL:  Yeah there's those two bumps again.

8         DR. DOUGLAS G. FRANK:  Wait a minute, I was just

9  showing you Colorado, wasn't I? It's the same two bumps - -

10        MIKE LINDELL:  It was identical.

11        DR. DOUGLAS G. FRANK:  The same two bumps. Now wait a

12 minute, and so noticing that pattern tells you something, it's

13 breadcrumbs and you can - -

14        MIKE LINDELL:  So you went, you're seeing a deviation

15 or you know, that was there. And then you went and found what,

16 you had to go back in time and find out what year did the

17 population match that.

18        DR. DOUGLAS G. FRANK:  Yes.

19        MIKE LINDELL:  And what year was it?

20        DR. DOUGLAS G. FRANK:  2010.

21        MIKE LINDELL:  2010. And I am going to backtrack a

22 little bit. Now, I want to tell if people out there, you're

23 going, why are you showing Colorado and Ohio and these other

24 states? You know, you had told me earlier, when you went into

1  Pennsylvania and seen all this massive corruption and massive

2  algorithms steal of our election, you're going wow, I'm from

3  Ohio, nothing happened there, right? You went jumping back

4  into Ohio. And it's just like I've been telling everyone all

5  along. Donald Trump won 80 million to 66 million, we know that

6  from our spyware. And those, those great people, those great

7  patriots. But what we also knew that that couldn't happen in

8  just these swing states, it was all across our country.

9          DR. DOUGLAS G. FRANK:  Yes.

10          MIKE LINDELL:  So Ohio, that won by 7 or 8% really

11  won by a - -

12          DR. DOUGLAS G. FRANK:  16 to 17.

13          MIKE LINDELL:  16 or 17 and I've been telling people

14  that for a month and a half. Double Iowa, double Florida.

15          DR. DOUGLAS G. FRANK:  Yes.

16          MIKE LINDELL:  The thing is, they didn't expect, when

17  you, when you set these algorithms, okay. Now you, when you

18  set these algorithms, one of the things you really need to

19  know, isn't it kind of like, what you predict could be the

20  number of people that are going to be in the race sort of

21  thing?

22          DR. DOUGLAS G. FRANK:  Yes you have to know ahead of

23  time.

24          MIKE LINDELL:  You have to kind of know, at least get

1  close, right?

2          DR. DOUGLAS G. FRANK:  Yes, exactly and they can

3  adjust it later.

4          MIKE LINDELL:  Right. And they can adjust it later.

5  But they were so far off with Donald Trump, because he, they

6  predicted 68 million, and he ends up getting 80 million in

7  reality.

8          DR. DOUGLAS G. FRANK:  Yeah.

9          MIKE LINDELL:  Now you gotta make some, that's why it

10 all shut down at three in the morning. And we go, what are we

11 gonna do? We're on a race.

12         DR. DOUGLAS G. FRANK:  They had to adjust the

13 algorithm.

14         MIKE LINDELL:  They had to adjust the algorithm.

15         DR. DOUGLAS G. FRANK:  Yes, exactly.

16         MIKE LINDELL:  So that's amazing. I just want

17 everyone to know that, why we're showing other states and not

18 just the swing state. It was every state, it happened in your

19 state, happened in your state, happened in your state. Texas,

20 when they said, oh, we didn't use the Dominion machines.

21 Doesn't matter, the name of the, the name of the machine

22 doesn't matter.

23         DR. DOUGLAS G. FRANK:  No.

24         MIKE LINDELL:  Smartmatic, ES&S, don't matter. Just

1  in Dallas alone, there was 57 vote, 57,000 votes flipped on,

2  and I don't even know if that was before noon. You know, but

3  you see how you can get misjudged by 12 million votes, you

4  know, we ended up with what 75 million. So you basically took,

5  5 million votes disappeared somewhere and then you give the

6  other guy 12 million?!

7          DR. DOUGLAS G. FRANK:  Yes.

8          MIKE LINDELL:  I mean this is, and it can only be

9  done by machines.

10         DR. DOUGLAS G. FRANK:  Only by a machine because too

11 much is happening too fast and you need to know where you

12 stand - -

13         MIKE LINDELL:  You got to know where you stand. And

14 there has to be some supercomputer that's doing that.

15         DR. DOUGLAS G. FRANK:  Can you imagine if this

16 black's peak was way up here? You'd say, oh, no, something's

17 wrong.

18         MIKE LINDELL:  Something's wrong.

19         DR. DOUGLAS G. FRANK:  So it has to be tracking it

20 all the time - -

21         MIKE LINDELL:  So it has to adjust it.

22         DR. DOUGLAS G. FRANK:  Yes.

23         MIKE LINDELL:  But these things here. Can you show,

24 let's go back to these things here. Where you see this. And do

1  you have another?

2        DR. DOUGLAS G. FRANK:  Yeah, I do. I do.

3        MIKE LINDELL:  Other counties where you can show

4  that.

5        DR. DOUGLAS G. FRANK:  When I, well, every county

6  I've looked at. It's funny because you, we mentioned the 2010

7  census. Let me just show you that.

8        MIKE LINDELL:  Wow, look at this.

9        DR. DOUGLAS G. FRANK:  This is the, this is the

10  ballots for this district. And you notice the amazing

11  parallelism, just like in the Ohio County.

12        MIKE LINDELL:  Right, right. I'm gonna stop there.

13  Right there. Look at this, you guys, these are the registered

14  voters. Now do you really think on a normal election, if not

15  using machines, this number could be down here? You don't have

16  the exact percentage turn in their ballots and vote. Exactly.

17  You know, every single person that did to fit this thing would

18  go and vote. It's, it's 100% impossible. And then to happen, you

19  could say, well, in District Four in Pennsylvania - -

20        DR. DOUGLAS G. FRANK:  One time, maybe - -

21        MIKE LINDELL:  One time, one time it would be a one

22  in a trillion, probably.

23        DR. DOUGLAS G. FRANK:  Right.

24        MIKE LINDELL:  But then everywhere it's impossible.

```
 1   100% it can only be done by machines. I can't stress that
 2   enough.
 3        DR. DOUGLAS G. FRANK:  Absolutely
 4        MIKE LINDELL:  And they all rhyme with Dominion, or
 5   Smartmatic, ES&S, all of them. You know, all of these and it's
 6   just, it's just, you know, I sit here looking. I want to, I
 7   want to bring this up. When you seen absent, when you found
 8   all this, I mean, what went through your mind? I want people
 9   to know, you know, this is brand new, everybody. This is,
10   you're seeing this for the first time, I'm seeing this for the
11   first time ever today. I was so excited. I'm going, you know,
12   we have enough evidence that we're gonna dump for the next six
13   weeks on the whole world and the country that by the time it
14   gets to Supreme Court, everyone's gonna, they're all nine
15   going to go 9-0 yes, so our country's been attacked. We have
16   been attacked by foreign actors, starting with China, and with
17   help of domestic actors here that you know, they had to be let
18   in, you know, there's that, there's some bad people. But it
19   doesn't matter if you're a Democrat or a Republican, this is
20   an attack on our country, and we, it has to this, we got to
21   get the word out. We have to show, we have to spread the word
22   of this, and, and want everyone to know, they go, well, you
23   know, now all this evidence was looked at. No judge has looked
24   at any of the evidence, all those cases that were dismissed,
```

1  except for a couple in the United States, Antrim County,

2  Michigan, Maricopa, not Maricopa, Massachusetts before the

3  election in a primary. Dr. Shiva, which we showed in the last

4  film, or documentary. But now it's popping up all over. You've

5  got Wisconsin, you've got New Hampshire, you got Maricopa,

6  they're going to, Georgia. Now all we got to do is take it,

7  you get, you get a audit these machines. But we don't even

8  need that everyone. We've got it all right here now. And we

9  have the spyware so we marry them together. It, it's 100%

10 absolute proof. If I see one outlet over there of all the

11 media going, it's a conspiracy. No, it's not. It's an attack

12 on your country, Mr. Fake News. I mean, you should be worried

13 about, everybody should be worried about our future of

14 humanity of this country. So when you seen this, you probably

15 thought I have the key to the world and your, I mean...

16        DR. DOUGLAS G. FRANK:  It was a little scary. But I

17 admit, when I was watching the last part, I was on the edge of

18 my seat because I was watching the 3,000 page log, IP

19 addresses, and each one was removing ballots and I'm thinking,

20 I know what's happening in that last column, I can explain.

21        MIKE LINDELL:  How long did you work on your stuff?

22        DR. DOUGLAS G. FRANK:  I mean, when I first

23 discovered it back in December, I was working day and night,

24 because I was trying to be done by January 6th. And then I was

1  working - -

2          MIKE LINDELL:  By the inauguration.

3          DR. DOUGLAS G. FRANK:  By January 20th.

4          MIKE LINDELL:  This is a crime, where there's no

5  statute of limitations. It's a crime against every one of us,

6  every person on the planet, actually, it goes far and wide.

7  And to everyone, the whole world is watching. I said on the

8  first document, documentary is, you know, Ronald Reagan said,

9  we're the beacon of light for the world and the lights go out

10  here they go out everywhere. And but I'm so happy, it's like

11  living inside of a movie, more keeps coming up. This is brand

12  new. And you put, put it, when we get it all out there,

13  everyone spread the word, share it with your friends, tell

14  everyone, we're putting this one out first, then our next

15  documentary. But then we're gonna dump so much evidence that

16  will be, it'll make Wikileaks look like a Tinkertoy. We're

17  gonna drop it everywhere, every piece of evidence, that's ever

18  been found. There's like 50,000 sworn affidavits out there

19  that even are, you know these have to do with machines, but

20  also just the organic, the organic steal, you know that, the

21  stuff that they did on the ground, you know. Which by the way,

22  the machine algorithms has to, had to also take into effect

23  all that stuff, too.

24          DR. DOUGLAS G. FRANK:  Absolutely.

1          MIKE LINDELL:  You know, so that's why if people

2    wonder, if you go back to that, this chart here, I want to

3    tell everyone this, you realize that this, these machines that

4    set these, this percentage of wins, so to speak, these

5    algorithms, so let's say you had, because they're going, well

6    how can this be when you have cheating, the other kind of

7    cheating? Because it has to factor that in - -

8          DR. DOUGLAS G. FRANK:  Yeah that's why you have to

9    have real time access.

10          MIKE LINDELL:  You have to have real time access.

11    Otherwise, you would see what, well, actually, we did see it,

12    like in Michigan in the middle of the night in Michigan on

13    November 4th, you see beep beep.

14          DR. DOUGLAS G. FRANK:  Yeah.

15          MIKE LINDELL:  Now have you gotten to that, to

16    Michigan?

17          DR. DOUGLAS G. FRANK:  I haven't done Michigan yet.

18          MIKE LINDELL:   I guarantee you when you get to Michigan,

19    that it probably won't follow this line right at the end. I don't

20    think it will, you?

21          DR. DOUGLAS G. FRANK:  I don't know, we'll find out.

22    It depends.

23          MIKE LINDELL:  It would have to go deep deep.

24          DR. DOUGLAS G. FRANK:  It depends how good their

1  algorithms are.

2       MIKE LINDELL:  Right, right. Well, they were working

3  under pressure. Same way with Wisconsin. Wisconsin got, they

4  got it done, I think within a day and they were 90 some

5  percent. They were running out of track. And the, in

6  Wisconsin, now they're going to be looking into Wisconsin. And

7  these, I want to tell everyone, this is, what we've learned

8  here, too, and I want to show you this, Dr. Frank, I feel it's

9  a blessing that it has took till now to get all this, you

10 know, to get all this ready, with your work, with what we have

11 over here in Absolute Proof. Because if we would have found

12 out earlier, I said it in our first documentary, if earlier,

13 they would have done the right thing and everyone would have

14 done their jobs, the legislature said hey, of course dead

15 people can't vote. Of course, people, non-residents can't

16 vote, you take them off, Donald Trump wins anyway, he's in

17 power. But we never find out about what, we would have never

18 known about the algorithm.

19       DR. DOUGLAS G. FRANK:  I would never even looked at it.

20       MIKE LINDELL:   You would've never looked at it. Do you

21 hear that everyone? We would be done as a, it's over. It would be

22 over, you will never, ever have this opportunity again, to go,

23 this was the big elephant. This was it, this was the monster

24 that started in Venezuela and the foreign, foreign

1   interference, the foreign attack on our country and every

2   other country in the world that's going to be attacked after

3   us and with these machines, and with these algorithms and with

4   this technology that they have. And so it's a blessing. We're

5   living in this time and it's, and besides that, everyone out

6   there, I have Democrat friends of mine are going, this is not

7   what we voted for. We didn't vote for socialism and communism

8   coming into this country and canceling people out. Taking away

9   our first amendment right of free speech, which we're going

10  with our new platform, which you probably haven't heard about

11  it, it's called Frank. You'll be able to use free speech again

12  right now. What Dominion did, what they've done. It's like, I

13  said it before at My Pillow, if somebody was out there saying,

14  Mike, there's rocks and knives in my pillows, I would say, no

15  there's not, come and look, look at that, it's beautiful,

16  patented fill. What Dominion and Smartmatic and the machines

17  people, they didn't do that. They said, you're not looking at

18  our machines. We're going to sue you and scare you all, live

19  in fear, and we're gonna, or we're gonna threaten you with

20  lawsuits. So you better not even have somebody coming on your

21  show to talk about, i.e. like a Mike Lindell. He's gonna say

22  something, he's gonna say the word Dominion, you know, and,

23  and then they're, you know, and then they, they're even using

24  that. And then it gets into the vaccine. People that say, you

1   know, I could talk about that, I'm not taking it. That's it.

2   And but they're going to try it, you know, doing all this, if

3   you say something like that, boom, you lose your YouTube, you

4   lose your social media - -

5           DR. DOUGLAS G. FRANK:  Right, and I have.

6           MIKE LINDELL:  And you have, well, you have too? - -

7           DR. DOUGLAS G. FRANK:  Because I said I wasn't gonna

8   take the vaccine.

9           MIKE LINDELL:  Yeah, but I mean, what, what's, but

10  what is getting revealed here is, even if you're a Democrat or

11  a Republican, doesn't matter, we're all people. And with stuff

12  that's coming in, it both, with this election fraud that went

13  on, everyone should be concerned, this is the biggest concern,

14  probably ever for the future of our country and the future of

15  the world.

16          DR. DOUGLAS G. FRANK:  No doubt about it.

17          MIKE LINDELL:  It's over if we don't get answered,

18  address it now. And we are, you know, so it's with all this.

19  I'm just, it's like living inside of a movie, I've said

20  before, we were in the bad part of the movie. I am so happy,

21  because I know we have it all. Can you imagine sitting here

22  now and not being able to know that this happened? We would

23  never, if we'd have never known. And then we're sitting here

24  going, oh, we're gonna get them in 2022 or, or things are

1  gonna change, you know, as our country is getting destroyed,

2  as we sit here now. Destroyed and destroyed day by day. So

3  this is like a race against time, everybody, you know, we have

4  to stop this attack. And we have to stop it now. You got to

5  spread this out and put it out far and wide that this happened

6  and we're living it. And all you college kids out there, all

7  you people that went through colleges that got brainwashed,

8  thinking socialism is staking around going, having a cup of

9  coffee, hey, I'll be very social today. Think again. You're

10  living it now. Your friends are getting canceled out. They're

11  getting squished. They're getting attacked and you're next,

12  that's the way it is, you know, in that world. So, but anyway,

13  I got a little tangent there.

14       DR. DOUGLAS G. FRANK:  That's okay, that's fine. I

15  love it because I think you're absolutely right. If we, we

16  would have been living under the illusion of an election.

17       MIKE LINDELL:  Yeah, we would have because we would

18  have said all, there's mail-in voting and there was, you know.

19  That's why they didn't want, they did not want this China

20  virus to go away. That's why I was attacked last summer. There

21  was people that brought stuff that worked, you know, they

22  brought stuff that we had already worked.

23       DR. DOUGLAS G. FRANK:  Yes.

24       MIKE LINDELL:  You know, and they wanted to keep

1  everybody, you know, locked up like my terrible governor in

2  Minnesota says, you could have like eight people in your house

3  over Thanksgiving. You know, what are you talking about? This

4  is crazy. Or California where they, before the Superbowl all

5  the restaurants, you got to dine outdoors, they put little

6  partitions on, but then they say, oh, by the way, you can't

7  have TVs in your room, or in your restaurants for the

8  Superbowl. You know, you know, crazy logic, you know. If

9  you're a, if you're a worker, and you work for some of these

10  corrupt place like Dominion, and you've been part of it, and

11  you, you know, you're feeling like, you know, hey, I don't

12  want to spend as much time in jail as my, as the next guy.

13  Turn yourself in. I'm serious, because you're all going to be

14  found out, all of you. You know, the criminals that, these

15  that own these social media platforms, Jack Dorsey, Mark

16  Zuckerberg, we talked about that, what he did putting these

17  machines in, where did he put them?

18         DR. DOUGLAS G. FRANK:  In Pennsylvania.

19         MIKE LINDELL:  In Pennsylvania.

20         DR. DOUGLAS G. FRANK:  It was easy voter kiosks.

21         MIKE LINDELL:  And they were online?

22         DR. DOUGLAS G. FRANK:  Yes of course.

23         MIKE LINDELL:  They were online. How many did, how

24  many did Mark Zuckerberg put in there?

 1           DR. DOUGLAS G. FRANK:  It's somewhere between two and

 2    three hundred machines.

 3           MIKE LINDELL:  Two and three hundred machines just in

 4    Pennsylvania?

 5           DR. DOUGLAS G. FRANK:  Yeah. These two things are

 6    what I recognized.

 7           MIKE LINDELL:  That's what you recognized.

 8           DR. DOUGLAS G. FRANK:  Exactly. And I noticed the

 9    crazy correlation - -

10           MIKE LINDELL:  The same two bumps.

11           DR. DOUGLAS G. FRANK:  Isn't that amazing that that's

12    the same there. And so but just by a quirk, I had been

13    teaching my advanced math students, how to do differential

14    calculus on census data. This is the - -

15           MIKE LINDELL:  Really! What are the odds that you were

16    teaching it?

17           DR. DOUGLAS G. FRANK:  I know, it's amazing.

18           MIKE LINDELL:  That's the data to your class. So this

19    is the 2010 U.S. Census.

20           DR. DOUGLAS G. FRANK:  Yes. And I'm - -

21           MIKE LINDELL:  And you remember these two things?

22           DR. DOUGLAS G. FRANK:  Yes. But only because I was

23    just teaching it to my kids. How could, I mean, how many geeks

24    teach, use the census to teach their students differential

1  calculus. But I'm at a special school and I'm always doing

2  real life examples. And here it is. So this was fresh in my

3  mind. So I kept seeing those two bumps and I'm like, wait a

4  minute, I've seen those two bumps somewhere. Move the 2010

5  census 10 years to the right, because that was 2010, now we're

6  on 2020.

7          Okay you just have someone out there, maybe the,

8  maybe the head of Dominion, the head of, the head of the China

9  tech, they just spilt their coffee going, [inaudible] you

10  found out.

11      DR. DOUGLAS G. FRANK:  Exactly.

12      MIKE LINDELL:  You got it all from the 2010 census.

13  You didn't even bother on the biggest crime in history, use

14  the 2020 census.

15      DR. DOUGLAS G. FRANK:  They didn't have it right, it

16  wasn't ready. So now here's it, so I shifted it 10 years

17  because it's 2020. And I include the mortality curve because

18  people die, you know, they don't just get older.

19      MIKE LINDELL:  You realize they're already planning

20  how they're going to try and cover this up. They're getting a

21  hold of all the fake news media and the no-news media and

22  they're saying, whatever you do, don't let this get out there.

23  Somehow we have to stop it. But bad news, you can't stop this,

24  because it's get, this is getting out there. Through the new

1  social media media platform, Frank, this one's getting out

2  there just on, it'll be on lindelltv.com, we'll put it out

3  there. They didn't, they couldn't, they couldn't get us

4  before, we had enough power safety or whatever, where they

5  couldn't break it. And over 150 million people seen Absolute

6  Proof. People want to see the truth and they want to get help.

7  Everyone, you can all help by just spreading this far and

8  wide. Tell it to your neighbors. If you live next to a Supreme

9  Court justice, or you're in their neighborhood, you give it to

10 them 25 times. Get you know, you'd be over there you tell him,

11 have you watched it, have you watched it, have you watched it?

12 Judges, get it out to them, because all the states, everyone's

13 going to be coming out now. And they're gonna say, hey, we've

14 seen the same thing.

15         DR. DOUGLAS G. FRANK:  So this is me shifting the 10

16 years and allowing for people to die. Simple thing. But

17 compare it to the registration. So this was the clue that told

18 me that they're using population to control registrations,

19 that was the clue and I never - -

20         MIKE LINDELL:  Population to control registration.

21         DR. DOUGLAS G. FRANK:  But I never would have even

22 thought of that except I was teaching my kids - -

23         MIKE LINDELL:  Look at this. So these are the

24 registered voters. And there's the population. So what they

 1  do, but they have everybody, they register basically everybody
 2  - -
 3          DR. DOUGLAS G. FRANK:  That they can - -
 4          MIKE LINDELL:  That they possibly can. But they need to know
 5  what that is. So they're using 2010 consensus things. So when
 6  you seen earlier, like in Colorado, when it blew by, that just
 7  means the population changed between 2010 and now, and they
 8  registered too many because either people left the county or
 9  died.
10          DR. DOUGLAS G. FRANK:  Yes. So now let's go, let's go
11  knock on those doors.
12          MIKE LINDELL:  Let's knock on those doors.
13          DR. DOUGLAS G. FRANK:  Yes.
14          MIKE LINDELL:  And that's what you guys did.
15          DR. DOUGLAS G. FRANK:  And I've got the algorithms.
16          MIKE LINDELL:  Well, let's see that.
17          DR. DOUGLAS G. FRANK:  Okay. Very good like - -
18          MIKE LINDELL:  Here we are in Colorado, they made a
19  mistake, huh?
20          DR. DOUGLAS G. FRANK:  Yes. Because the blue line is
21  the population and the black line are the registrations. Wait,
22  wait a minute, the registrations go above the blue line.
23          MIKE LINDELL:  Wow. Okay, so now that tells me either
24  people died, or they moved.

1          DR. DOUGLAS G. FRANK:  Or they moved, exactly. And

2   this is not too big of an error. If this was all it was, I'd

3   probably walk away. But the thing is, is if you notice when I

4   just showed you Ohio, normally the black curve stops about 90%

5   and then the red curve stops about 90% of that.

6          MIKE LINDELL:  Right, but this is a big deviation

7   because this population changed from 2010 to now, look at that

8   spike there that they registered. And if you went down, that

9   means everybody, if you're 50 years old, they have huge,

10  almost 400 less 50 year olds that now live in Bloomberg

11  County, Colorado, but yet they all registered. I don't know,

12  did they move, did they die? Or they don't you know - -

13         DR. DOUGLAS G. FRANK:  Well, they have more ballots

14  too.

15         MIKE LINDELL:  More people voted than were, than were

16  registered.

17         DR. DOUGLAS G. FRANK:  Yes.

18         MIKE LINDELL:  I mean that, or no, that even live

19  there.

20         DR. DOUGLAS G. FRANK:  That's the point.

21         MIKE LINDELL:  More people voted than even live

22  there. So you know, it's very interesting too because you

23  heard, we heard all this during November and December.

24  Everyone's going, in our county, I mean, I think there's like

1  50,000 affidavits out there of people, sworn testimony, they

2  looked at stuff, they go, you know, we had more people in our

3  county that voted than even live here. They got, they went up

4  in, in Antrim County, Michigan, which is still going on, these

5  guys are, it's going to be, it's going to open up everything.

6  This is where they actually got in because of a downticket.

7       DR. DOUGLAS G. FRANK:  Yes.

8       MIKE LINDELL:  Okay. And Matt DePerno, he, with this

9  down, it was a school board race. But there was only 15,000

10 people in Antrim county that voted. Now, when you're sitting,

11 it's always a traditional red county. It's like 70% or

12 something. So they're all sitting around the coffee table the

13 next day when they lose by 70%. 7,000 votes flipped, they're

14 going, who did you vote for? Who did you vote for? You know,

15 they knew in real time it was a problem and they didn't have

16 time to go over and suppress it because it stayed under the

17 radar because it was like school board things, you know that

18 the judge said, yeah, go ahead and look at the machine. They

19 got to it, though, they destroyed part of it, but they were

20 still able to get it and audit it. And this explains why,

21 nowhere in the country do they want these machines looked at

22 and do they want the audits done because you're gonna find,

23 you're gonna find all these things here. And you're gonna find

24 more people voted than registered, you're gonna find all these

1  algorithms, but we already have that. The beautiful thing is,

2  we don't even need it now. We've got the, we've got the

3  spyware that shows the cyber footprints. We've got your work

4  here. What do we got here? We got all kinds of - -

5          DR. DOUGLAS G. FRANK:  What I did is I sorted the

6  counties in Colorado, there are 64 counties, in terms of

7  registration as a percent of population. So when Mineral

8  County they have 151% people - -

9          MIKE LINDELL:  Wow. Okay, if everybody can see this,

10  we go all the way down. There's probably about 15 counties,

11  when you get down to 99%. So at least, about 20 counties,

12  about 20 counties just in Colorado. More people registered

13  than that live there. Okay and everyone says, well, how can

14  that be? It must be a mistake. No, it's not a mistake, because

15  they used the 2010 Census of Population in the U.S.. So these

16  counties here, I will, I would bet you, okay, that if you went

17  to Jackson County, if you went there, and you pulled a poll

18  now, you'd have all these people that either died or left the

19  county.

20          DR. DOUGLAS G. FRANK:  Yes. But we still have a

21  ballot from them somehow.

22          MIKE LINDELL:  Well yeah, well we know that. They go

23  bring in the ballots, truck them in.

24          DR. DOUGLAS G. FRANK:  So you said Jackson so we

1  should bing it up because it's, I'm doing this at random. We

2  didn't - -

3      MIKE LINDELL:  Well look at these numbers change. Can

4  everybody see this? Now these numbers, so you made this you

5  put in the county?

6      DR. DOUGLAS G. FRANK:  Yeah. I click over here, and

7  it automatically shows - -

8      MIKE LINDELL:  Okay and what were these numbers that

9  all changed here?

10      DR. DOUGLAS G. FRANK:  It was just, it was basically

11  putting in the data for - -

12      MIKE LINDELL:  Putting in the data for this.

13      DR. DOUGLAS G. FRANK:  And then you can see the

14  total.

15      MIKE LINDELL:  So who was, so this is Jackson County.

16      DR. DOUGLAS G. FRANK:  Yeah. And you notice the, same

17  as before the blue curve is the population.

18      MIKE LINDELL:  Here's people, here's more people that

19  vote than actually live there by a lot.

20      DR. DOUGLAS G. FRANK:  So it's a small county. So you

21  know - -

22      MIKE LINDELL:  Small county but register, look at

23  this, you know, just, you know you're seeing all these lines

24  going past, I'm gonna, follow my finger here, you see that

1  everybody?

2       DR. DOUGLAS G. FRANK:  That's the population.

3       MIKE LINDELL:  That's the population, look at all

4  these spikes that went past it. That's impossible.

5       DR. DOUGLAS G. FRANK:  So think about it.

6  70-year-olds, it looks like you've got about 10 more

7  70-year-olds who are registered and who voted than you have

8  people, so go knock on doors, you only have 30 doors to knock

9  on.

10       MIKE LINDELL:  Only have 30 doors to knock on. But

11  they did that, you did that in Pennsylvania? This is what they

12  did.

13            Yes.

14            They did 1,600 just to test like this and they

15  said, this is impossible, let's go knock on their door. Well,

16  they're knocking, nobody could open the door cuz the guy's not

17  there. That's, you know, somebody lived there.

18       DR. DOUGLAS G. FRANK:  That's right. So it's not just

19  theoretical. It's, so it's not just theoretical, so that's

20  fun. The nice thing is that anybody can do this. And anybody

21  can download the database. And so guess what? Every citizen,

22  every patriot in our country, who wants to do this can get on

23  board and we can go knock on doors, and we can clean up our

24  registration rolls. And we can have real ballots - -

1          MIKE LINDELL:  Get rid of the machines, get rid of

2     the, got to get rid of the machines. It's funny, I want to

3     tell everyone this too before the, before the other

4     documentary comes out, we filmed today. We are doing recalls

5     now around the country. And we're in, like in Arizona to get

6     rid of Doug Ducey, the Secretary of State there and these

7     other people that blocked, from Maricopa County to block the

8     audits. We know they're just bad politicians, right?

9          DR. DOUGLAS G. FRANK:  Yeah.

10         MIKE LINDELL:  So they're doing the recall. Do you

11    know when you do a recall, it's pretty amazing, you got the,

12    you got to have the exact paper, the exact size, one person,

13    one validated signature, and it's hand-counted. What a

14    concept. They do it more careful so they don't get recalled

15    than they are to protect the country. Is that, I was blown

16    away. And it's like that in all these states have a special

17    thing for recall, you got to make sure everything's i's are

18    dotted. Why don't you have that in an election? For the most

19    important thing we have for our country? You know, this is

20    when we say the biggest, one of the biggest crimes in history,

21    one of the biggest attacks ever. You're attacking every

22    citizen in this country and the world when it's over. When you

23    got stuff like this, this is the scariest stuff you can,

24    people can ever imagine because now they're getting a taste of

1   what's coming at them. They're getting a taste. When they see

2   their friends disappearing, just erased. You know, well,

3   they're canceled, you're out. I don't, I don't like what you

4   say, boom, you're out. And you have one narrative, all the

5   media out there, all the mainstream media. Shame on them, the

6   people behind them. I'll tell you another thing, we're going

7   to have the biggest lawsuit. Alan Dershowitz said he's

8   probably, he's part of my team of lawyers where he's, he's an

9   advisor to them, I hired as an advisor to my team of lawyers,

10  that he said, this lawsuit is going to be the most important

11  lawsuit for the first amendment in history. The most important

12  ever. Why everyone can see what's happening, and if our first

13  amendment rights of free speech going, it's over everybody,

14  it's over. And you can see it happening now to everyone. I

15  have friends, 70-some thousand people, I heard that Jack

16  Dorsey took off Twitter. And you mentioned anything about the

17  vaccine or mentioned, you even met, my friend mentioned the

18  border the other day, he's got a podcast, makes all his money

19  on that. They mentioned he just completely told about what

20  those garbage they're doing on the border with the things

21  they're doing. And bam, YouTube two weeks, you know, two

22  weeks. Who are they to say, who is, who is Google and Mr.

23  Alphabet and Mark Zuckerberg and Jack Dorsey, who are these

24  guys that control us and tell us what we can and can't say? Do

1   you know when absolute, I want to tell everyone, when Absolute

2   Proof came out on February 5th, you know what Mark Zuckerberg

3   did? He put up a sign over it on Facebook that said contains

4   nudity and profanity. You want to talk about that being

5   legal? No, you, can you believe this? All these guys that

6   just came out today I just looked at, all the site, it was

7   somebody said it on on one of the mainstream TV shows shows

8   that might have been Fox that said, the host said, can you

9   believe they're allowing these groups, these, these child

10  traffickers, that's what it was, it was traffickers - -

11          DR. DOUGLAS G. FRANK:  The coyotes.

12          MIKE LINDELL:  The coyotes, that's what it was, it was

13  an, they were talking about that, they get to be on social media,

14  but yet everyone else in the country that says something, hey, I

15  don't agree with the vaccine, I don't agree with this

16  election, I don't agree with. And then and then you have when

17  we talk about free speech, when you can take a company and you

18  can take up companies and you can sue people or threaten

19  suits that if you mentioned someone, you know what that is,

20  that goes back to racketeering and mafia. As see, if you do

21  this we're going to break your arms. I've been there, I've

22  been there when I used to bet football back in the day when I

23  was an addict, you know they come to the door, you do this

24  again, if you don't pay, boom. But if you do this, you know,

1   you're going to do this and it's out of fear. So everybody

2   succumbs to the fear, you know, everybody just, they live in

3   fear, we can't live in fear now, it's our people say, well

4   Mike, you know, boy you're so brave, it's easy to be, it's

5   easy to be brave when there's only one option. There is only

6   one option, we get the other option, you know my company ain't

7   going to be here anyway, my, I'm not going to be here,

8   nobody's going to be, we're going to be done. They'll pay to

9   put, you know the suppression, I mean it's, we're going to be

10  part though, right now. You'll look back in history what we

11  were a part of, the greatest awakening the greatest reset

12  ever. The greatest revival in history to bring this nation

13  back to God to bring the, it's basically going to save the

14  world for the what, what's happening, you know, what if,

15  because, like I say if it happens here, it can happen

16  anywhere. I'll tell you, you go out in the world and every one

17  of them they're out there worried about, so worried, you know,

18  is this gonna change? How could you let this happen? How could

19  you people let this happen in the United States.

20          DR. DOUGLAS G. FRANK:  The beacon of freedom.

21          MIKE LINDELL:  Yeah, but how it can happen, because

22  they did it with something so complex, they hidden, you know,

23  hidden - -

24          DR. DOUGLAS G. FRANK:  Not anymore.

1          MIKE LINDELL:  But not anymore, everybody. It's not

2     hidden. Look at that. This is you know, this is, and then you

3     can change. Now, I just think it's great the way you set this

4     up, and you're going to go to, what we have this tool, you're

5     going to go to these other states. I think we should start

6     with Wisconsin.

7          DR. DOUGLAS G. FRANK:  Okay, I'll do Wisconsin next.

8          MIKE LINDELL:  Wisconsin, if you're out there, and

9     you're in Wisconsin, you guys get to, right now they're just

10    saying, hey, we're going to look at our election. They're

11    going you know, everybody's getting brave. Let's go to

12    Wisconsin, we show them this. Wisconsin, all the way through

13    Wisconsin, you know, you're, Wisconsin's one of the first

14    states I looked at on November 4th, I stayed up all night, I

15    go, this is impossible.

16         DR. DOUGLAS G. FRANK:  There was a glitch in it, I

17    saw it it.

18         MIKE LINDELL:  In Wisconsin, it's like a fraud equals

19    gee gee.

20         DR. DOUGLAS G. FRANK:  Yeah exactly.

21         MIKE LINDELL:  So I'm looking at Wisconsin and I

22    looked at two counties in Wisconsin outside of Milwaukee. They

23    were both traditional 70% Republican, both of them identical.

24    Well, one of them was already in, it ended up being about 75%

1  Republican or for Donald Trump. The other one wasn't in yet at

2  that time when they stopped everything. Well, the next day it

3  rolls in about 30%, you know what?! You know cuz they were

4  running out of people to flip that they had to manually flip,

5  they were running out of race.

6       DR. DOUGLAS G. FRANK:  Yes.

7       MIKE LINDELL:  But Wisconsin did it real fast,

8  reacted real fast. So then you had, you had places like

9  Pennsylvania and Michigan that kind of took, took off what

10 happened in Wisconsin, they got more of a focus because it was

11 like Michigan, doot doot. Oh, yeah, that's normal. You know,

12 or Pennsylvania takes you a week to, to sheet with another

13 million votes to bring in. Let's truck in some votes, bring

14 them on in. Call that guy in New York, bring him in here. We

15 got a whole week, we changed our rules. You know, they changed

16 all these rules, too. They changed the game. Well, see in

17 order to win this game we got to change this. But Arizona was

18 one of the worst, Arizona takes a week to count the last 1%

19 because they did, they ran out of this, you know, they had to

20 change the algorithm, they had to change everything. What are

21 we gonna do?

22      DR. DOUGLAS G. FRANK:  Every computer programmer

23 knows you can't plan for every eventuality, so you write your

24 algorithms to give yourself all these possibilities but they

1  didn't anticipate such a huge turnout and it broke their

2  algorithm so that's why they had to stop, adjust and - -

3        MIKE LINDELL:  And their, and they panicked. We have

4  tapes of people that have witnessed people are going into a

5  panic. What are we gonna do, what are we gonna do? You know,

6  and they, but they, they tried they big, you know, they

7  thought they almost got away with it. They almost pulled off

8  the biggest crime ever. And they and I want each you know,

9  everyone and I'm, I'm speaking to the Democrats. You guys,

10 what came in here wasn't what you voted for, this attack.

11 That's what I wanted to tell. You know, these people, my

12 friends, I have 2,500 and some employees, but probably 500 are

13 Democrats, but they see now that this isn't what they

14 traditionally voted for. And the, and even if you're over here

15 Republican, now you see all the crooked ones. I mean, this

16 guy, this was a big revealing, too. We've got a lot of, you

17 know, once we get, fix the election, and we've fixed the, get

18 rid of the machines. Now you need to fix what politics. I've

19 learned in politics, it seems like they only have a couple of

20 agendas, either a political agenda or a, or a personal agenda.

21 And whether that's because they were compromised or they,

22 blackmailed, who knows. But I will say this, there's very few

23 that were like our President Donald Trump, where it was, what

24 he did was for the people, all people. You got you take a

1  problem, you take a solution and what is it going to manifest

2  to to help all people. I don't care who you are, you know, it

3  should be helped, you know, if you're going to do something in

4  politics, you've got to help the people, all the people, you

5  know, not just your political side, or do stuff for a

6  political reason, you know, and that's, you know, well I'm

7  going to do this so our party wins this or our party wins

8  this, if nothing gets done, or if it does gets done, it's very

9  tilted to where it doesn't manifest to go help anybody. Most

10  of this stuff being done right now, that's what's kind of nice

11  that people are seeing it, it doesn't help anybody. You're

12  telling me the first thing they do on January 20th is take

13  away a pipeline with all these union jobs. Well, that's real

14  Democrat, right? You know, you know, I mean, this is the stuff

15  they've done these people, let's just open up the borders

16  during COVID and just let. You know, it's a, it's a shame, but

17  in a way, it's good that everyone's getting to see this, you

18  know. So, so here's what we have here. All these here that,

19  when you say 100, 100%, and point 999 percent, all these

20  percentages, that matches that 2010, that matches your

21  predictions.

22         DR. DOUGLAS G. FRANK:  Mike, it matches my prediction

23  of part per, it's just like ridiculously accurate.

24         MIKE LINDELL:  Right. So I just said, what I just

1  asked, is there any place that didn't match that and you said

2  one and let's pull up that.

3        DR. DOUGLAS G. FRANK:  There is one.

4        MIKE LINDELL:  You said Colorado.

5        DR. DOUGLAS G. FRANK:  Yes.

6        MIKE LINDELL:  And tell us again, why this big gap

7  here?

8        DR. DOUGLAS G. FRANK:  Well, there's this big gap

9  because they have a big population between the age of 20 and

10  50.

11        MIKE LINDELL:  And what would, and why, what would

12  that matter?

13        DR. DOUGLAS G. FRANK:  Turns out that this, there are

14  only about 5,000 people in this area, this county, but these

15  are prisoners.

16        MIKE LINDELL:  Those were all prisoners. So look at

17  that, so their algorithms, they couldn't even pull this

18  because these are all prisoners. So that's the only one, if

19  you're look at that fit, that, that fits, did you see it? 100%

20  over here or 99.9, whatever it was, on that one chart, here's

21  the one out of all the counties that you've done so far that

22  didn't fit.

23        DR. DOUGLAS G. FRANK:  It's the only one that didn't

24  fit.

1          MIKE LINDELL:  So in other words, it's a deviation to

2    this big deviation, which is now the norm for the election,

3    the norm for the election is they stole it, they use the 2010

4    census, they've set the algorithms, how much Biden was going

5    to get, how much Donald Trump was going to get. And Biden, you

6    know, they've flipped it, the real totals were 80 million to

7    like 66 million, but there was a deviation even within that,

8    that they didn't account on. I'm sure whoever set the

9    algorithm didn't figure, well go to this little Bent County,

10   Colorado, and all these people are in prison, you know.

11          By the way this is still a really good fit when

12   I use the registrations. It's only a not a good fit if I try

13   to - -

14          Oh so it fit with the registration. So they did

15   it with the registrations.

16          DR. DOUGLAS G. FRANK:  Yes.

17          MIKE LINDELL:  It just didn't fit the people living

18   in the county.

19          DR. DOUGLAS G. FRANK:  Exactly. And I can, in other

20   words, I can predict, oops, I can predict, I changed it, I can

21   predict the, the, the votes based upon merely the population

22   as well. Why? Because I'm able to, I'm just gonna bring it up

23   again, I'm able to, this is me predicting ballots based upon

24   population. So see I missed.

1        MIKE LINDELL:  Right, because, because of the

2  prisoners.

3        DR. DOUGLAS G. FRANK:  Exactly.

4        MIKE LINDELL:  So what he did, what Dr. Frank did is,

5  when you seen that you had to, you're probably going why?

6        DR. DOUGLAS G. FRANK:  Why?

7        MIKE LINDELL:  And you had to find out, you just look

8  up, look up that county, and you found out there was a prison

9  there and it was, you know, and that's a big prison, big part

10  of this population. Okay. I got it. So, so as you do, based on

11  what you have now, and we're gonna, you know, like I say,

12  going through all the counties in the country, which we're

13  going to keep dumping to the public all the time.

14        DR. DOUGLAS G. FRANK:  Happy to do it - -

15        MIKE LINDELL:  And dumping and dumping, if you're out

16  there, if you live in Wisconsin, get a hold of your

17  legislators and tell them they need to get, we're going to try

18  and reach them, so that they can, your state's getting opened

19  up for the biggest audit ever. It's going to be amazing. And

20  if you're in Maricopa County you're in that audit, and I know

21  Arizona, it doesn't matter. Georgia's opening up again now,

22  they're just said, that they're going to probably do an audit.

23  New Hampshire. It's all over the country. You know, that's

24  just, everybody's got to get on board. Let's, let's open up

1  the machines. Let's look at this and here's what you're gonna

2  find, this was the biggest crime against United States and the

3  world in history. I believe it's one of the biggest ever

4  because it affects every single person on the planet.

5          DR. DOUGLAS G. FRANK:  Absolutely.

6          MIKE LINDELL:  And thank you, Dr. Frank for your - -

7          DR. DOUGLAS G. FRANK:  My pleasure.

8          MIKE LINDELL:  Wow. This has been a blessing for me

9  and a blessing to everyone and, and I'm sure each and every

10  person out there is gonna thank you and they do thank you for

11  your time and what you've done.

12          DR. DOUGLAS G. FRANK:  You're welcome - -

13          MIKE LINDELL:  God bless you. Thanks, everybody.

14

15

16

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8           IN WITNESS WHEREOF, I have hereunto set my hand on

9                this 27th day of September, 2021.

10

11

12

13              JAMES LONERGAN
                Production Manager
14              THOMPSON COURT REPORTERS INC.

15

16

17

18

19

20

21

22

23

24

**1**

**1%** 21:23 52:18
**1,600** 6:24 46:14
**1.000** 17:11
**10** 39:5,16 40:15 46:6
**10,000** 10:10
**100** 13:17 54:19
**100%** 11:15 17:15 23:9 28:18 29:1 30:9 54:19 55:19
**11,000** 10:10
**12** 27:3,6
**14** 17:5
**15** 44:10
**15,000** 43:9
**150** 40:5
**150%** 22:14
**151%** 44:8
**16** 25:12,13
**17** 25:12,13
**18** 13:17 23:22
**1st** 9:8

**2**

**2** 23:24
**2,500** 53:12
**20** 14:9 44:11,12 55:9
**20-some** 22:20
**2010** 23:7,8 24:20, 21 28:6 38:19 39:4, 5,12 41:5,7 42:7 44:15 54:20 56:3
**2020** 22:10,11,24 39:6,14,17
**2021** 59:9
**2022** 35:24
**20th** 31:3 54:12
**25** 40:10
**27th** 59:9

**3**

**3** 20:2

**3%** 23:24
**3,000** 30:18
**30** 7:20 14:10 46:8, 10
**30%** 6:23 7:2,16 52:3
**32** 7:18,19,21
**3rd** 6:11

**4**

**4%** 24:1,3
**40** 14:10
**400** 42:10
**4th** 32:13 51:14

**5**

**5** 27:5
**5,000** 55:14
**50** 42:9,10 55:10
**50,000** 31:18 43:1
**500** 53:12
**550,000** 24:3
**57** 27:1
**57,000** 27:1
**5th** 9:8 49:2

**6**

**60** 10:10
**64** 22:19 44:6
**66** 25:5 56:7
**68** 26:6
**6th** 30:24

**7**

**7** 25:10
**7,000** 43:13
**70%** 43:11,13 51:23
**70-some** 48:15
**70-year-olds** 46:6,7
**75** 27:4
**75%** 51:24

**8**

**8%** 25:10

**80** 25:5 26:6 56:6
**80%** 11:1
**82** 13:17 14:14
**86%** 12:7,18
**88** 12:13,14 17:6

**9**

**9-0** 29:15
**90** 33:4
**90%** 42:4,5
**95%** 11:1
**99%** 44:11
**99.9** 55:20
**999** 20:8 54:19

**A**

**ability** 59:6
**able** 19:18 34:11 35:22 43:20 56:22, 23
**about** 5:7 7:1,2 8:23, 24 9:2,19 11:1 13:17 14:13 15:4 17:24 20:18 21:23 23:13,24 24:3 30:13 33:17,18 34:10,21 35:1,16 37:3,16 42:4,5 44:10,11,12 46:5,6 48:16,19 49:4,13,17 50:17 51:24 52:3 55:14
**above** 41:22
**absent** 29:7
**absolute** 9:2 18:12, 18 30:10 33:11 40:5 49:1
**absolutely** 7:24 12:8 16:17 18:10 29:3 31:24 36:15 58:5
**access** 6:3 32:9,10
**accident** 6:17 19:23
**account** 56:8
**accurate** 54:23 59:4
**across** 13:11,20 16:6 25:8
**actors** 29:16,17
**actually** 6:18 8:16 9:8 13:13 16:19

24:4,5 31:6 32:11 43:6 45:19
**addict** 49:23
**address** 7:4 35:18
**addresses** 9:9 30:19
**adjust** 26:3,4,12,14 27:21 53:2
**admit** 30:17
**advanced** 38:13
**advisor** 48:9
**affected** 16:19
**affects** 58:4
**affidavits** 31:18 43:1
**afraid** 5:6
**after** 22:23 34:2
**afterwards** 18:2
**again** 13:18 17:6 20:6,7 24:6,7 33:22 34:11 36:9 49:24 55:6 56:23 57:21
**against** 16:1 31:5 36:3 58:2
**age** 8:2,3,5,6 10:9, 10,14 12:2,22 13:2 14:2,3 55:9
**agenda** 53:20
**agendas** 53:20
**ago** 10:13
**agree** 13:13 49:15, 16
**ahead** 25:22 43:18
**ain't** 17:11 50:6
**Alan** 48:7
**algorithm** 5:5 8:13 9:21 13:5 15:1 16:9 20:9 26:13,14 33:18 52:20 53:2 56:9
**algorithms** 15:3 25:2,17,18 31:22 32:5 33:1 34:3 41:15 44:1 52:24 55:17 56:4
**all** 5:16 7:23 8:19 9:9,12 10:11,24 12:1,13,14 16:1,19 17:6,10,24 18:1 19:17 20:4 21:11 22:5,16,23 25:1,4,8 26:10 27:20 29:4,5,

8,14,23,24 30:4,6,8, 10 31:12,23 34:18 35:2,11,18,21 36:6, 18 37:4,13,14 39:12,21 40:7,12 42:2,11,23 43:12, 23,24 44:4,10,18 45:9,23 46:3 47:16 48:4,5,18 49:5,6 51:12,14 52:16,24 53:15,24 54:2,4,13, 18,19 55:16,18,21 56:10 57:12,13,23
**allowing** 40:16 49:9
**almost** 42:10 53:7
**alone** 27:1
**along** 8:9 25:5
**Alphabet** 48:23
**already** 5:22 16:24 36:22 39:19 44:1 51:24
**also** 5:18 13:4 25:7 31:20,22
**always** 19:21 21:2 39:1 43:11
**am** 24:21 35:20
**amazing** 9:13 26:16 28:10 38:11,17 47:11 57:19
**amendment** 34:9 48:11,13
**American** 9:4
**an** 5:5 6:17 8:12,15 16:3 19:23 21:21 29:20 30:11 36:16 42:2 47:18 48:8,9 49:13,23 57:22
**and** 5:4,6,10,17,23 6:5,6,15,17,19 7:6, 7,12 8:2,3,6,9,11, 12,20 9:3,4,5,6,8 10:1,5,9,16,17,22 11:7,12,22,24 12:2, 7,8,11,14,16,19 13:4,12,16 14:10, 15,16 15:1,14,19 16:9,11,21 17:3,4,5, 6,11,19 18:12,15, 17,24 19:8,9,13,16 20:6,7,8,17,19,24 21:2,3,11,14,17,21, 22,23 22:6,12,18,

19,23 23:8,16,21,
23,24 24:3,5,12,13,
15,16,19,21,23
25:1,4,6,13,14 26:2,
4,6,10,17 27:2,5,8,
11,13,24 28:10,16,
18 29:4,5,13,16,20,
22 30:8,15,19,23,24
31:6,7,9,10,12 33:4,
5,6,8,13,24 34:1,3,
4,5,7,8,14,15,16,18,
19,22,23,24 35:2,5,
6,11,14,18,22,23
36:2,4,5,6,11,18,24
37:9,10,21 38:1,3,8,
12,20,21 39:1,2,3,
17,20,21 40:5,6,7,
13,16,19,24 41:7,
14,15,21 42:1,5,8,
23 43:8,15,16,18,
20,22,23 44:13,17
45:6,8,13,16 46:7,
14,20,21,23,24
47:5,6,13,16,22
48:4,12,14,16,21,
22,23,24 49:4,16,
17,18,20 50:1,16
51:2,4,8,21 52:9
53:1,2,3,6,8,9,12,
14,17,21 54:1,6,16,
19 55:1,2,6,9,11
56:5,10,19 57:7,8,9,
11,15,17,18,19,20
58:1,2,6,9,10,11
59:4,6

**another** 12:4 28:1
48:6 52:12

**answered** 35:17

**anticipate** 53:1

**Antrim** 30:1 43:4,10

**any** 11:5 29:24 55:1

**anybody** 5:11 9:24
46:20 54:9,11

**anymore** 14:15 16:7
50:24 51:1

**anything** 5:3 48:16

**anyway** 5:22 10:4
33:16 36:12 50:7

**anywhere** 50:16

**are** 5:2,8 6:15 8:5
10:14,19 11:6,8,20
12:8,9,20 14:18
15:3,9 18:9,24 20:8

21:19,20 22:5,19
24:3,23 25:20 26:10
28:13 31:19 33:1
34:6 35:18,24 36:10
37:3 38:5,15 40:23
41:18,21 43:5 44:6
46:7 47:4,15,17
48:22,23 52:20
53:4,5,12 54:2,11
55:13,15,18 56:10
59:4

**area** 21:21 55:14

**aren't** 11:9,10,11

**Arizona** 47:5 52:17,
18 57:21

**arms** 49:21

**army** 19:10

**around** 6:16 10:10
36:8 43:12 47:5

**as** 12:18 13:5 33:21
36:1,2 37:12 44:7
45:17 48:9 49:20
56:22 57:10

**Ashland** 20:2

**asked** 23:17 55:1

**at** 7:3,4,23 11:22,23
14:11 16:9,11 17:10
19:10 21:17 22:23
23:15,17 25:24
26:10 28:6,8,13
29:23,24 32:19
33:19,20 34:13,15,
17 39:1 40:23 42:7
43:2,18,21 44:11
45:1,3,22 46:3 48:1
49:6 51:2,10,14,21,
22 52:1 55:16,19
58:1

**attack** 15:24 29:20
30:11 34:1 36:4
53:10

**attacked** 29:15,16
34:2 36:11,20

**attacking** 47:21

**attacks** 9:12 47:21

**audit** 30:7 43:20
57:19,20,22

**audits** 43:22 47:8

**automatically** 45:7

**average** 17:5

**awakening** 50:11

**away** 34:8 36:20
42:3 47:16 53:7
54:13

---

**B**

**baby** 10:5

**back** 16:4 24:16
25:3 27:24 30:23
32:2 49:20,22
50:10,13

**backtrack** 24:21

**bad** 7:13 29:18
35:20 39:23 47:8

**ballot** 8:8,11,16,18
44:21

**ballots** 8:6,7,13,14
11:7,19 12:19 13:6
14:9 15:9 16:21
17:23 18:1,2 28:10,
16 30:19 42:13
44:23 46:24 56:23

**bam** 48:21

**base** 23:4

**based** 16:22 22:24
23:6 56:21,23 57:10

**basically** 6:4 7:9
27:4 41:1 45:10
50:13

**be** 5:6 8:4 10:24
11:1 13:4 14:16
17:1,12,17,19 19:18
23:10 25:19,20
27:8,14,19 28:15,21
29:1,17 30:12,13,24
31:16 32:6 33:6,21
34:2,11 35:13 36:9
37:13 40:2,10,13
43:5 44:14 48:10
49:13 50:4,5,7,8,9
54:3 57:19

**beacon** 31:9 50:20

**beautiful** 14:13
34:15 44:1

**because** 5:2,17,19
6:3 8:7 11:1,8,23
12:17 13:4,13 15:8
16:5 17:24 19:17
23:7,11 26:5 27:10
28:6 30:18,24 32:5,
7 33:11 35:7,21
36:15,17 37:13

38:22 39:5,17,24
40:12 41:8,20 42:7,
22 43:6,16,17,22
44:14 45:1 47:24
50:15,21 52:10,19
53:21 55:9,18 56:22
57:1 58:4

**been** 15:4,20 25:4,
13 29:15,16 31:18
36:16 37:10 38:12
49:8,21,22 58:8

**beep** 32:13

**before** 8:20 11:18
27:2 30:24 34:13
35:20 37:4 40:4
45:17 47:3

**beforehand** 14:22
17:22

**behind** 48:6

**being** 10:3 35:22
49:4 51:24 54:10

**believe** 49:5,9 58:3

**Bent** 56:9

**besides** 34:5

**best** 59:6

**bet** 44:16 49:22

**better** 12:17 34:20

**between** 38:1 41:7
55:9

**Biden** 56:4,5

**big** 24:3 33:23 42:2,
6 53:6,16 55:6,8,9
56:2 57:9

**biggest** 35:13 39:13
47:20,21 48:7 53:8
57:19 58:2,3

**bing** 45:1

**bit** 10:22 16:7 20:16
24:22

**black** 10:12 12:6
20:14,15 21:1 41:21
42:4

**black's** 27:16

**blackmailed** 53:22

**bless** 58:13

**blessing** 33:9 34:4
58:8,9

**blew** 41:6

**block** 47:7

**blocked** 47:7

**Bloomberg** 42:10

**blown** 47:15

**blue** 8:5 20:14,24
21:10 41:20,22
45:17

**board** 43:9,17 46:23
57:24

**boom** 35:3 48:4
49:24

**boomers** 10:5

**border** 16:6 48:18,
20

**borders** 54:15

**both** 35:12 51:23

**bother** 39:13

**boy** 50:4

**brainwashed** 36:7

**brand** 29:9 31:11

**brave** 50:4,5 51:11

**breadcrumbs** 13:5
24:13

**break** 40:5 49:21

**bring** 29:7 44:23
50:12,13 52:13,14
56:22

**broke** 53:1

**brought** 36:21,22

**buddy** 17:11

**build** 22:2

**bumps** 12:8 23:12,
13 24:6,7,9,11
38:10 39:3,4

**bunch** 6:24 19:21

**but** 5:15,16 6:5,9,16
7:7,20 9:18,20
10:23 11:12 12:10
13:7 18:24 19:6,8
20:17 23:3,6,9 25:7
26:5 27:2,23 28:24
29:18 30:4,7,16
31:10,15,19 33:17
35:2,9 36:12 37:6
38:12,22 39:1,23
40:16,21 41:1,4
42:3,6,11 43:9,19
44:1,20 45:22 46:10
49:14,24 50:21 51:1
52:7,17,24 53:6,12,
13,22 54:16 55:14

56:7

**Butler** 20:2

**by** 8:2,5,6,23 12:7 17:6,12 19:4,9 20:16,18,20 21:23 24:5 25:10,11 27:3, 9,10 29:1,13,16 30:24 31:2,3,21 36:2 37:6 38:12 40:7 41:6 43:13 45:19 56:11

---

**C**

**calculus** 38:14 39:1
**California** 37:4
**call** 5:8 11:7 12:17 52:14
**called** 5:5 14:12 17:8 34:11
**came** 49:2,6 53:10
**can** 5:11,12 8:1,21 9:18,24 10:1,5 12:18 14:16 16:18 17:23,24 22:1 24:2, 13 26:2,4 27:3,8,15, 23 28:3 29:1 30:20 32:6 35:21 40:7 41:3,4 44:9,13 45:3, 13 46:20,21,22,23, 24 47:23,24 48:12, 14,24 49:5,8,17,18 50:15,21 51:3 56:19,20 57:18
**can't** 5:3 10:24 23:22 29:1 33:15 37:6 39:23 48:24 50:3 52:23
**canceled** 36:10 48:3
**canceling** 34:8
**care** 54:2
**careful** 20:14 47:14
**cases** 29:24
**caught** 20:22,23
**census** 10:5 23:7,8 24:2 28:7 38:14,19, 24 39:5,12,14 44:15 56:4
**CERTIFICATE** 59:1
**certify** 59:3

**change** 13:18 16:7 36:1 45:3 50:18 51:3 52:17,20
**changed** 17:5 41:7 42:7 45:9 52:15,16 56:20
**changing** 13:14,15 18:1
**chart** 8:20 32:2 55:20
**cheating** 32:6,7
**child** 49:9
**China** 29:16 36:19 39:8
**choice** 20:8
**choose** 16:14
**citizen** 46:21 47:22
**class** 38:18
**clean** 5:1 22:1 46:23
**clear** 11:14
**click** 45:6
**Clinton** 20:2
**close** 26:1
**clue** 40:17,19
**coefficient** 17:7
**coffee** 36:9 39:9 43:12
**college** 36:6
**colleges** 36:7
**Colorado** 21:8 22:19 24:9,23 41:6, 18 42:11 44:6,12 55:4 56:10
**coloring** 21:5
**column** 6:12 18:23 30:20
**come** 5:23 11:23 19:2 34:15 49:23
**comes** 47:4
**coming** 31:11 34:8, 20 35:12 40:13 48:1
**communism** 34:7
**companies** 49:18
**company** 49:17 50:6
**compare** 40:17
**complete** 59:4
**completely** 48:19
**complex** 50:22

**compromised** 53:21
**computer** 19:7,17 52:22
**computers** 5:2 9:11 19:21
**concept** 47:14
**concern** 35:13
**concerned** 35:13
**confirm** 8:16 10:1
**consensus** 41:5
**conspiracy** 30:11
**Constantly** 17:20,21
**contains** 49:3
**control** 40:18,20 48:24
**converts** 12:19 14:8
**copy** 59:5
**correct** 10:15
**correlated** 17:10
**correlation** 17:7,8,9 38:9
**corrupt** 23:16,19 37:10
**corruption** 15:24 25:1
**could** 12:22 16:15 19:2,4 22:24 25:19 28:15,19 35:1 37:2 38:23 46:16 50:18
**couldn't** 17:12 25:7 40:3,5 55:17
**count** 18:2 52:18
**counties** 12:14 15:7 17:5 20:1 22:19 28:3 44:6,10,11,12, 16 51:22 55:21 57:12
**countries** 23:24
**country** 5:10 23:20 25:8 29:13,20 30:12,14 34:1,2,8 35:14 36:1 43:21 46:22 47:5,15,19,22 49:14 57:12,23
**country's** 29:15
**county** 5:9 10:7 12:9,11,12 14:1,16 15:6,9,19,20 16:5,8, 9 22:4,5 23:15,19 28:5,11 30:1 41:8

42:11,24 43:3,4,10, 11 44:8,17,19 45:5, 15,20,22 47:7 55:14 56:9,18 57:8,20

**couple** 19:24 30:1 53:19
**course** 14:4 23:22 33:14,15 37:22
**Court** 29:14 40:9 59:14
**cover** 39:20
**COVID** 54:16
**coyotes** 49:11,12
**crazy** 37:4,8 38:9
**credit** 22:2
**crime** 16:1 31:4,5 39:13 53:8 58:2
**crimes** 47:20
**criminals** 37:14
**crooked** 53:15
**crossed** 16:1
**cup** 36:8
**curve** 8:5 10:12 11:5 12:7 14:11 15:11 16:21,22 20:14 21:1,2 39:17 42:4,5 45:17
**curves** 11:19
**cuz** 46:16 52:3
**cyber** 9:7 19:16 44:3

---

**D**

**Dallas** 27:1
**data** 8:21 22:23 23:17 38:14,18 45:11,12
**database** 5:9 10:13 11:6 24:4 46:21
**day** 30:23 33:4 36:2 43:13 48:18 49:22 52:2 59:9
**days** 7:1 19:14
**dead** 20:18 33:14
**deal** 24:3
**December** 30:23 42:23
**decide** 16:13
**deduce** 19:4

**deep** 32:23
**democrat** 5:19 29:19 34:6 35:10 54:14
**Democrats** 53:9,13
**depends** 32:22,24
**Deperno** 43:8
**Dershowitz** 48:7
**destroyed** 36:1,2 43:19
**deviation** 24:14 42:6 56:1,2,7
**device** 18:20
**did** 7:17 8:16,17,22 9:3,17 11:15 12:12, 24 17:4 18:6,7 19:7 22:24 23:23 24:5,16 28:17 30:21 31:21 32:11 34:12 36:19 37:16,17,23,24 41:14 42:12 43:14 44:5 46:11,12,14 49:3 50:22 52:7,19 53:24 55:19 56:14 57:4
**didn't** 11:7,12 19:7 25:16 26:20 34:7,17 36:19 39:13,15 40:3 43:15 45:2 53:1 55:1,22,23 56:8,9, 17
**die** 21:21 39:18 40:16 42:12
**died** 41:9,24 44:18
**different** 12:22 13:2 20:1
**differential** 38:13, 24
**dine** 37:5
**disappeared** 27:5
**disappearing** 48:2
**discovered** 30:23
**dismissed** 29:24
**district** 5:17 23:14, 15 28:10,19
**do** 5:3,19 9:20,21,22 10:1 12:12,24 14:18 16:15 18:6 19:8 21:15,24 26:11 27:24 28:2,14 30:6 31:19 33:20 34:17

38:13 39:22 41:1
43:21,22 44:4
46:20,22 47:10,11,
14 48:24 49:20,23,
24 50:1 51:7 52:21
53:5 54:3,5,7,12
57:10,14,22 58:10

**document** 31:8

**documentary** 9:3
30:4 31:8,15 33:12
47:4

**does** 6:4 8:17 16:18
19:8,9 54:8

**doesn't** 11:5 13:13
15:16 16:6 26:21,22
29:19 35:11 54:9,11
57:21

**doing** 18:24 27:14
35:2 39:1 45:1 47:4,
10 48:20,21

**domestic** 29:17

**Dominion** 26:20
29:4 34:12,16,22
37:10 39:8

**don't** 5:6,23 6:16,17
8:14 11:8,9 12:21
14:14 20:17,23
21:5,24 26:24 27:2
28:15 30:7 32:19,21
35:17 37:11 39:18,
22 42:11,12 44:2
47:14,18 48:3
49:15,16,24 54:2

**Donald** 25:5 26:5
33:16 52:1 53:23
56:5

**done** 8:24 9:17
15:20 17:12 27:9
29:1 30:24 32:17
33:4,13,14,21 34:12
43:22 50:8 54:8,10,
15 55:21 58:11

**door** 5:21 7:7 46:15,
16 49:23

**doors** 5:24 6:19,24
41:11,12 46:8,10,23

**doot** 52:11

**Dorsey** 37:15 48:16,
23

**dotted** 47:18

**double** 25:14

**doubt** 35:16

**Doug** 10:24 47:6

**DOUGLAS** 5:2,12,
15 6:2,8,11,15,21,
23 7:6,11,15,18,20,
24 8:23 9:10,14,18,
24 10:3,8,12,16,20,
22 11:4,11,17,21
12:3,6,13,16 13:1,9,
12,16,22 14:1,4,7,
21,23 15:2,5,11,13,
15,18,22 16:3,12,
17,20 17:2,4,14,16,
18,20,22 18:9,14,
16,19,22 19:4,12,
15,20 20:6,10,13,
17,21 21:1,4,7,10,
13,16,19 22:5,10,
12,15,18 23:2,5,10,
14,21 24:8,11,18,20
25:9,12,15,22 26:2,
8,12,15,23 27:7,10,
15,19,22 28:2,5,9,
20,23 29:3 30:16,22
31:3,24 32:8,14,17,
21,24 33:19 35:5,7,
16 36:14,23 37:18,
20,22 38:1,5,8,11,
17,20,22 39:11,15
40:15,21 41:3,10,
13,15,17,20 42:1,
13,17,20 43:7 44:5,
20,24 45:6,10,13,
16,20 46:2,5,18
47:9 49:11 50:20,24
51:7,16,20 52:6,22
54:22 55:3,5,8,13,
23 56:16,19 57:3,4,
6,14 58:5,6,7,12

**draw** 22:2

**drop** 31:17

**Ducey** 47:6

**dump** 29:12 31:15

**dumping** 57:13,15

**duplicated** 13:10

**during** 42:23 54:16

**E**

**each** 5:10 10:9,14
14:3 16:14 30:19
53:8 58:9

**earlier** 24:24 33:12
41:6

**easy** 37:20 50:4,5

**edge** 9:14 18:22
30:17

**effect** 31:22

**eight** 37:2

**either** 41:8,23 44:18
53:20

**election** 6:12 8:15
9:8 16:13 19:13
25:2 28:14 30:3
35:12 36:16 47:18
49:16 51:10 53:17
56:2,3

**elections** 5:7 8:8

**electronic** 59:5

**elephant** 33:23

**eligible** 22:6 24:4

**else** 23:4 49:14

**employees** 53:12

**end** 32:19

**ended** 27:4 51:24

**ends** 26:6

**enough** 29:2,12 40:4

**entire** 13:14

**equals** 17:8 51:18

**erased** 48:2

**error** 42:2

**ES&S** 26:24 29:5

**even** 6:17 8:14 12:17
16:11,15 21:11 27:2
30:7 31:19 33:19
34:20,23 35:10
39:13 40:21 42:18,
21 43:3 44:2 48:17
53:14 55:17 56:7

**eventuality** 52:23

**ever** 6:6,7 23:15
29:11 31:17 33:22
35:14 47:21,24
48:12 50:12 53:8
57:19 58:3

**every** 5:9,17 6:6 8:1,
16 12:2,10,12,22
13:2,20 14:1,2,16
15:9,18,19,20 16:5,
8 19:16,17 26:18
28:5,17 31:5,6,17
34:1 46:21,22 47:21
50:16 52:22,23
58:4,9

**everybody** 6:4 16:18
17:21 23:16,21,22
29:9 30:13 36:3
37:1 41:1 42:9 44:9
45:4 46:1 48:13
50:1,2 51:1 58:13

**everybody's** 10:17
20:3 51:11 57:24

**everyone** 11:22 12:1
18:5,11 25:4 26:17
29:22 30:8 31:7,13,
14 32:3 33:7,13,21
34:5 35:13 40:7
44:13 47:3 48:12,14
49:1,14 53:9 58:9

**everyone's** 29:14
40:12 42:24 54:17

**everything** 5:4 9:24
43:5 52:2,20

**everything's** 47:17

**everywhere** 28:24
31:10,17

**evidence** 29:12,23,
24 31:15,17

**exact** 11:19,24 12:1
13:12 28:16 47:12

**exactly** 6:15 7:15
9:18 13:21,23 14:2
18:23 20:21 21:4
26:2,15 28:16 38:8
52:6,17 54:1 51:20
56:19 57:3

**example** 8:1 15:5

**examples** 39:2

**excellent** 9:1

**except** 30:1 40:22

**excited** 29:11

**exist** 7:14,17 19:8

**expect** 25:16

**expensive** 5:15

**experts** 10:23

**explain** 21:8,15
30:20

**explains** 43:20

**F**

**Facebook** 49:3

**fact** 14:11

**factor** 32:7

**fake** 30:12 39:21

**far** 15:19,22 26:5
31:6 36:5 40:7
55:21

**fast** 27:11 52:7,8

**fear** 34:19 50:1,2,3

**February** 49:2

**federal** 16:11,12

**feel** 33:8

**feeling** 37:11

**few** 8:10 15:7 53:22

**fifth** 19:14

**figure** 18:3 56:9

**fill** 34:16

**film** 30:4

**filmed** 47:4

**find** 6:20 7:2,14 8:10,13 24:16 32:21 33:17 43:22,23,24 57:7 58:2

**fine** 36:14

**finger** 45:24

**first** 5:7 11:2,4 19:14 22:19 23:14 29:10,11 30:22 31:8,14 33:12 34:9 48:11,12 51:13 54:12

**fit** 28:17 55:19,22,24 56:11,12,14,17

**fits** 55:19

**five** 19:13

**fix** 53:17,18

**fixed** 53:17

**flag** 7:10 11:3,4 12:5,20

**flip** 11:24 15:8 19:17 52:4

**flipped** 27:1 43:13 56:6

**Florida** 25:14

**focus** 52:10

**follow** 15:16 32:19 45:24

**following** 20:5

**football** 49:22

**footprint** 19:16

**footprints** 9:7 44:3

**for** 5:9,13,22 8:1,11 9:5 12:22 13:2,14 15:5 16:4,5,14,15 17:10 18:13 25:14 28:10 29:10,12 30:1 31:9 34:7 35:14 37:7,9 40:16 43:14 45:11,12 47:17,18,

19 48:11 50:14 52:1,23 53:10,14,24 54:5 56:2,3 57:19 58:6,8,10

**foregoing** 59:3

**foreign** 29:16 33:24 34:1

**forensic** 9:1

**former** 9:6

**found** 7:1,20 23:24 24:15 29:7 31:18 33:11 37:14 39:10 57:8

**four** 7:1 23:15 28:19

**fourth** 18:17

**Fox** 49:8

**Frank** 5:2,12,15 6:2, 8,11,15,21,23 7:6, 11,15,18,20,24 8:23 9:10,14,18,24 10:3, 8,12,16,20,22 11:4, 11,17,21 12:3,6,13, 16 13:1,9,12,16,22 14:1,4,7,19,21,23 15:2,5,11,13,15,18, 22 16:3,12,17,20 17:2,4,14,16,18,20, 22 18:9,14,16,19,22 19:4,12,15,20 20:6, 10,13,17,21 21:1,4, 7,10,13,16,19 22:5, 10,12,15,18 23:2,5, 10,14,21 24:8,11, 18,20 25:9,12,15,22 26:2,8,12,15,23 27:7,10,15,19,22 28:2,5,9,20,23 29:3 30:16,22 31:3,24 32:8,14,17,21,24 33:8,19 34:11 35:5, 7,16 36:14,23 37:18,20,22 38:1,5, 8,11,17,20,22 39:11,15 40:1,15,21 41:3,10,13,15,17,20 42:1,13,17,20 43:7 44:5,20,24 45:6,10, 13,16,20 46:2,5,18 47:9 49:11 50:20,24 51:7,16,20 52:6,22 54:22 55:3,5,8,13, 23 56:16,19 57:3,4, 6,14 58:5,6,7,12

**fraud** 35:12 51:18

**free** 5:13 34:9,11 48:13 49:17

**freedom** 50:20

**fresh** 39:2

**friend** 48:17

**friends** 31:13 34:6 36:10 48:2,15 53:12

**from** 8:4 9:8 10:4,13 11:6 19:14 23:7,24 24:1,2 25:2,6 39:12 42:7 44:21 47:7 59:5

**fun** 8:23 46:20

**funny** 28:6 47:2

**future** 30:13 35:14

---

**G**

**game** 52:16,17

**gap** 55:6,8

**garbage** 48:20

**gee** 8:10 51:19

**geeks** 38:23

**Georgia** 30:6

**Georgia's** 57:21

**get** 5:11 17:11 20:21,23 23:22 25:24 27:3 29:21 30:7 31:12 32:18 35:17,24 39:18,22, 24 40:3,6,10,12 43:20 44:11 46:22 47:1,2,5,14 49:13 50:6 51:9 53:17 56:5 57:16,17,24

**get all** 33:9,10

**gets** 12:1 29:14 34:24 54:8

**getting** 17:22 26:6 35:10 36:1,10,11 39:20,24 40:1 47:24 48:1 51:11 54:17 57:18

**give** 27:5 40:9 52:24

**glitch** 15:17 51:16

**glitches** 20:4

**go** 5:20,21,23 7:7, 13,22 8:9,10,16 16:4 18:7 19:24

21:6 24:16 26:10 27:24 28:18 29:15, 22 31:9,10 32:2,23 33:22 36:20 41:10, 22 43:2,16,18 44:10,22 46:8,15,23 50:16 51:4,5,11,15 54:9 56:9

**God** 19:10 50:13 58:13

**goes** 20:18 31:6 49:20

**going** 7:12,13,22 9:17 11:12,23 13:4 16:4 17:1 18:23 19:2 21:18 24:21,23 25:2,20 29:11,15 30:6,11 32:5 33:6 34:2,6,9,18 35:2,24 36:8 37:13 39:9,20 40:13 42:24 43:4,5, 14 45:24 48:6,10,13 49:21 50:1,7,8,9,13 51:4,5,10,11 53:4 54:1,3,7 56:4,5 57:5,12,13,17,19,22

**gonna** 5:22 7:23 9:12 14:24 20:18, 19,21 23:10,11 26:11 28:12 29:12, 14 31:15,17 34:19, 21,22 35:7,24 36:1 40:13 43:22,23,24 45:24 50:18 52:21 53:5 56:22 57:11 58:1,10

**good** 7:21 20:11 32:24 41:17 54:17 56:11,12

**Google** 48:22

**gosh** 18:23

**got** 5:10 8:10 9:23 15:8 18:2 23:22 27:13 29:20 30:5,6, 8 33:3,4 36:4,7,13 37:5 39:12 41:15 43:3,6,19 44:2,3,4 46:6 47:2,11,12,17, 23 48:18 52:10,15, 17 53:7,16,24 54:4 57:10,24

**gotta** 26:9

**gotten** 32:15

**government** 9:5

**governor** 37:1

**grace** 19:9

**graph** 10:6,9

**great** 25:6 51:3

**greatest** 50:11,12

**ground** 31:21

**group** 10:9 12:2 14:2,3

**groups** 49:9

**guarantee** 32:18

**guess** 12:10 46:21

**guy** 27:6 37:12 52:14 53:16

**guy's** 46:16

**guys** 15:8 28:13 41:14 43:5 48:24 49:5 51:9 53:9

---

**H**

**had** 8:20 9:16 17:17, 19 18:12 19:10 23:3,4 24:16,24 26:12,14 29:17 31:22 32:5 36:22 38:12 40:4 43:2 52:4,8,19,20 53:2 57:5,7

**half** 25:14

**Hamilton** 10:7

**Hampshire** 30:5 57:23

**hand** 59:8

**hand-counted** 47:13

**happen** 12:10 25:7 28:18 50:15,18,19, 21

**happened** 19:6 25:3 26:18,19 35:22 36:5 52:10

**happening** 12:9 27:11 30:20 48:12, 14 50:14

**happens** 8:4 21:21 50:15

**happy** 31:10 35:20 57:14

**hardly** 6:6,7

**has** 27:14,19,21
29:20,23 31:22 32:7
33:9 58:8

**have** 5:3,8,10,16 6:3
7:3 8:6,9,16 9:3,8,
11,20 11:16 12:21
13:2 15:17 17:24
18:3,7 19:2,7,9,16,
17,20,21 20:18,19
23:3,5 25:22,24
28:1,15 29:12,15,21
30:9,15 31:19 32:6,
8,9,10,15,23 33:10,
11,13,17,22 34:4,6,
20 35:5,6,21,23
36:3,4,16,17,18
37:2,7 39:7,15,23
40:11,21 41:1 42:9,
13 43:15 44:1,8,18,
20 46:7,8,10,24
47:12,16,18,19
48:4,7,15 49:8,16
51:4 53:3,4,12,19
54:18 55:9 57:11
59:8

**haven't** 32:17 34:10

**having** 36:8

**he** 6:9,13 8:17 26:5,
6 37:16,17 43:8
48:10,19 49:3 53:24
57:4

**he's** 33:16 34:21,22
48:7,8,18

**head** 39:8

**hear** 16:18 33:21

**heard** 9:12 34:10
42:23 48:15

**help** 29:17 40:6,7
54:2,4,9,11

**helped** 54:3

**helps** 12:7

**here** 6:1,5,7,9,12
8:10,17 9:13,24
10:18,22 11:5,16
13:13 15:8 16:24
20:3,16 21:18 23:12
27:16,23,24 28:15
29:6,17 30:8 31:10
32:2 33:8,11 35:10,
21,23 36:2 39:2
41:18 43:3,23 44:4,
16 45:6,9,24 50:7,
15 52:14 53:10,14

54:18 55:7,20

**here's** 10:4 16:20
17:1 20:1 21:9
39:16 45:18 54:18
55:20 58:1

**hereby** 59:3

**hereunto** 59:8

**heroes** 9:4

**hey** 33:14 36:9
37:11 40:13 49:14
51:10

**hidden** 50:22,23
51:2

**him** 40:10 52:14

**hired** 48:9

**his** 6:13 48:18

**history** 5:18 39:13
47:20 48:11 50:10,
12 58:3

**hold** 39:21 57:16

**host** 49:8

**house** 37:2

**houses** 6:24 7:2

**how** 8:3,19 10:14,20
16:12 17:4 18:6
19:2 21:15 27:3
30:21 32:6,24 37:23
38:13,23 39:20
44:13 50:18,21
56:4,5

**huge** 42:9 53:1

**huh** 41:19

**humanity** 16:1
30:14

**humans** 17:13

**hundred** 38:2,3

---

**I**

**I'D** 42:2

**I'LL** 12:16 36:9
48:6 50:16 51:7

**I'M** 7:12,13,22,23
8:2 11:11,12 13:13,
14 16:4,22 17:11
23:10 25:2 28:12
29:10,11 30:19
31:10 35:1,19 37:13
38:20 39:1,3 45:1,
24 50:7 51:21 53:9

54:6 56:8,22,23
58:9

**i's** 47:17

**I'VE** 8:10 10:23
21:24 25:4,13 28:6
35:19 39:4 41:15
49:21 53:18

**i.e.** 34:21

**ID** 19:17

**idea** 9:16

**identical** 24:10
51:23

**IDS** 9:11

**if** 5:20 6:3 7:14 8:6,7
11:12 12:17 13:1,5,
10 16:5 17:8,9,24
18:2 20:3,18 21:16,
24 22:24 24:4,22
27:2,15 28:14 29:19
30:10 32:1,2 33:11,
12 34:13 35:2,10,
17,23 36:15 37:8,9
40:8 42:2,3,8,9
44:9,16,17 48:12
49:19,20,24 50:14,
15 51:8 53:14 54:3,
8 55:18 56:12
57:15,16,20

**illusion** 36:16

**imagine** 27:15 35:21
47:24

**important** 47:19
48:10,11

**impossible** 10:15
11:20 15:17 17:15
28:18,24 46:4,15
51:15

**in** 5:9,12,17 6:6,13
7:23,24 8:1,3,12,14
9:17 11:7,19 12:2,9,
10,12 13:1,18 14:9,
11,16,20 15:19,20
16:5,8 17:6,23 18:1
20:15 22:3,19
23:16,19 24:16
25:7,20 26:6,10,18,
19 27:1 28:11,16,
19,22 29:18 30:1,3,
20,23 32:7,12 33:5,
11,12,16,24 34:2,5,
14,19 35:12,20,24
36:12 37:1,2,7,12,
13,17,18,19,24 38:3

39:2,13 40:9 41:6,
18 42:10,24 43:2,4,
6,10,15,21 44:6,12,
15,23 45:5,11,12
46:11,22 47:5,16,
18,20,22 48:11
49:14,22 50:2,3,10,
12,16,19 51:9,16,
18,22,24 52:1,3,10,
13,14,16 53:10,16
54:3,17 55:14 56:1,
10,18,19 57:12,16,
20 58:3 59:8

**inaudible** 9:15 39:9

**inauguration** 31:2

**INC** 59:14

**include** 39:17

**incursions** 9:19

**inside** 31:11 35:19

**instructions** 5:4,6

**interacting** 19:22

**interesting** 10:20
16:4 23:12 42:22

**interference** 34:1

**into** 9:19 11:12
12:19 16:6 18:24
24:24 25:4 31:22
33:6 34:8,24 53:4

**Iowa** 19:8 25:14

**IP** 9:9 30:18

**is** 5:4,6,8,9,18,21
6:1,2,11 7:3,21 8:2,
4,6,15,17,19,24
9:19,21 10:4,6,13,
14 11:1,15,23 12:21
13:6,19 14:4,6,7,8,
14 15:5 16:12,21
17:7,10 18:1 19:3
20:8,15 21:2,21
22:6,7,8,10,12,13,
16 23:9,17,21 24:1,
5 25:16 27:8,11
28:9 29:9,19 30:6
31:4,7,8,11 33:7
34:6 35:10,13 36:1,
3,8,12 37:4 38:14,
19 39:2,24 40:15
41:5,20 42:2,3,6
43:4,6 44:1,5 45:15,
17 46:11,15,20
47:15,19,23 48:10,
22 49:19 50:5,18

51:2,15 54:1,12,14
55:1,3 56:2,3,11,23
57:4 58:10

**isn't** 25:19 38:11
53:13

**it** 5:17,20 7:3 8:12,
24 9:13,17,19 10:1,
3,24 11:12 12:7,17,
18 13:10,13,15,17,
18 14:6 15:16 16:7,
9 17:3,6,12,17,24
19:8,18,23 20:16,
18,20,24 22:24
23:4,9,11 24:2,10,
19 25:8,19 26:3,4,9,
18 27:8,19,21 28:21
29:1,13,18,20 30:6,
8,9,16,23 31:6,12,
13,17 32:7,11,19,
20,22,23,24 33:4,9,
12,19,20,21,23
34:11,13,24 35:1,2,
12,16,18,21 36:4,5,
6,10,12,15 37:10,20
38:16,23 39:2,12,
15,16,23 40:2,5,8,9,
11,12,17 41:6 42:2
43:9,15,16,17,19,20
44:2,14 45:1,7,10
46:4,5,6 47:14
48:14 49:3,6,7,10,
12 50:15,21,22
51:16,17,24 52:2,7,
10 53:1,7,19,23
54:1,2,8,9,11,22
55:19,20 56:3,6,14,
15,17,20,22 57:9,
10,14,21 58:4

**it'll** 31:16 40:2

**it's** 5:5 7:18 8:12,15
11:1,24 12:3,8,11,
17 13:16,17 14:7,12
15:6,16,20 17:1,8,9,
10,15 18:2 19:9,20,
22 20:8,10,12 21:5
23:15,16 24:2,9,12
25:4 28:6,18,24
29:5,6 30:4,9,11
31:5,10 33:8,21
34:4,5,11,12,15
35:17,18,19 38:1,17
39:17,24 42:22
43:5,11 44:14 45:1,
20 46:18,19 47:2,

11,13,16,22 48:13,
14 50:1,3,4,9,13
51:1,3,18 54:8,16,
17,23 55:23 56:1,12
57:19,23 58:3

**J**

**Jack** 37:15 48:15,23
**Jackson** 44:17,24
45:15
**jail** 37:12
**JAMES** 59:13
**January** 30:24 31:3
54:12
**jobs** 33:14 54:13
**John** 7:4,6,7 8:17
**judge** 8:9 29:23
43:18
**Judges** 40:12
**jump** 11:24
**jumping** 25:3
**just** 5:5 7:13,21 8:3,
9,24 9:13 10:6 12:6,
8,9,21 13:2,10
14:15 16:7,13 19:22
24:8 25:4,8 26:16,
18,24 28:7,11 29:6
31:20 35:19 38:3,
12,23 39:7,9,18
40:2,7 41:6 42:4
44:12 45:10,23
46:14,18,19 47:8
48:2,19 49:6 50:2
51:3,9 54:5,15,16,
23,24 56:17,22
57:7,22,24
**justice** 40:9

**K**

**keep** 20:14,24 21:1
36:24 57:13
**keeps** 31:11
**kept** 39:3
**key** 12:17,18 13:3
14:8 16:4,5,6,8,14,
23 17:5 30:15
**kidding** 18:9
**kids** 36:6 38:23
40:22

**kind** 25:19,24 32:6
52:9 54:10
**kinds** 44:4
**kiosks** 37:20
**knew** 9:17 18:20
19:6 25:7 43:15
**knives** 34:14
**knock** 5:20,21,23
7:7 41:11,12 46:8,
10,15,23
**knocked** 6:19 7:2
**knocking** 6:24 46:16
**know** 5:21 8:14,15
9:10,16,21 11:9,11,
12,13,15,24 13:16
17:4,6 18:11,23,24
19:7,8 22:16,22
24:15,24 25:5,19,
22,24 26:17 27:2,4,
11,13 28:17 29:5,6,
9,11,17,18,22,23
30:20 31:8,19,20,21
32:1,21 33:10
34:22,23 35:1,2,18,
21,22 36:1,3,12,18,
21,24 37:1,3,8,11,
14 38:17 39:18
40:10 41:4 42:11,
12,22 43:2,14,17
44:22 45:21,23
46:17 47:8,11,19
48:2,21 49:1,2,19,
23,24 50:2,4,6,9,14,
17,22 51:2,11,13
52:3,11,15,19 53:5,
6,8,11,17 54:2,3,5,
6,14,16,18 56:6,10
57:9,11,20,23
**knowledge** 59:6
**known** 33:18 35:23
**knows** 23:16 52:23
53:22

**L**

**last** 6:12 18:17 30:3,
17,20 36:20 52:18
**later** 20:22 26:3,4
**lawsuit** 48:7,10,11
**lawsuits** 34:20
**lawyers** 48:8,9

**learned** 33:7 53:19
**least** 7:3 19:10 25:24
44:11
**left** 41:8 44:18
**legal** 49:5
**legislators** 57:17
**legislature** 33:14
**less** 42:10
**let** 28:7 29:17 39:22
50:18,19 54:16
**let's** 7:14 8:10,11
9:23 11:14 19:24
27:24 32:5 41:10,
12,16 46:15 51:11
52:13 54:15 55:2
57:24 58:1
**level** 16:9,10,11,12
**life** 6:13 39:2
**light** 31:9
**lights** 31:9
**like** 5:5 6:20 8:1,8
11:1 14:3 19:7,20
21:5 25:4,19 28:11
31:10,16,18 32:12
34:12,21 35:3,19
36:3 37:1,2,10,11
39:3 41:6,17 42:24
43:11,17 46:6,14
47:5,16,23 48:3
50:15 51:18 52:8,11
53:19,23 54:23 56:7
57:11
**limitations** 31:5
**Lindell** 5:1,11,14
6:1,7,9,13,20,22
7:5,9,12,16,19,22
8:19 9:2,11,16,23
10:2,6,9,15,17,21
11:3,9,14,18,22
12:4,12,14,24 13:7,
10,15,19,23 14:2,6,
18,22,24 15:3,7,12,
14,16,19,23 16:11,
15,18,24 17:3,12,
15,17,19,21 18:4,
11,15,17,20 19:2,6,
13,16,24 20:3,7,12,
15,20,23 21:3,5,8,
11,14,17 22:3,8,11,
14,16,22 23:3,8,13,
19 24:7,10,14,19,21
25:10,13,16,24

26:4,9,14,16,24
27:8,13,18,21,23
28:3,8,12,21,24
29:4 30:21 31:2,4
32:1,10,15,18,23
33:2,20 34:21 35:6,
9,17 36:17,24
37:19,21,23 38:3,7,
10,15,18,21 39:12,
19 40:20,23 41:4,
12,14,16,18,23
42:6,15,18,21 43:8
44:9,22 45:3,8,12,
15,18,22 46:3,10
47:1,10 49:12 50:21
51:1,8,18,21 52:7
53:3 54:24 55:4,6,
11,16 56:1,17 57:1,
4,7,15 58:6,8,13
**lindelltv.com** 40:2
**line** 10:18 20:24
21:10 22:2 32:19
41:20,21,22
**lines** 21:6 45:23
**little** 10:18,22 11:23,
24 12:8 13:3 15:8
16:7 20:16 21:9
23:12,23 24:22
30:16 36:13 37:5
56:9
**live** 8:17 21:12 22:3
34:18 40:8 42:10,
18,21 43:3 44:13
45:19 50:2,3 57:16
**lived** 46:17
**lives** 7:4
**living** 31:11 34:5
35:19 36:6,10,16
56:17
**locked** 37:1
**log** 30:18
**logic** 19:4 37:8
**LONERGAN** 59:13
**long** 30:21
**look** 7:23 8:11 10:16
11:22,23 14:11
21:17 23:17 28:8,13
31:16 34:15 40:23
42:7 43:18 45:3,22
46:3 50:10 51:2,10
55:16,19 57:7,8
58:1

**looked** 23:15 28:6
29:23 33:19,20
43:2,21 49:6 51:14,
22
**looking** 5:22 17:1
22:23 29:6 33:6
34:17 51:21
**looks** 46:6
**lose** 35:3,4 43:13
**lot** 6:5,15 11:8 19:18
45:19 53:16
**love** 8:24 36:15

**M**

**machine** 14:20
26:21 27:10 31:22
43:18
**machines** 8:22 9:20
11:15 15:23 17:17,
24 26:20 27:9 28:15
29:1 30:7 31:19
32:3 34:3,16,18
37:17 38:2,3 43:21
47:1,2 53:18 58:1
**made** 7:22 41:18
45:4
**mafia** 49:20
**mail-in** 8:16 36:18
**mainstream** 48:5
49:7
**make** 7:13 11:5,14
26:9 31:16 47:17
**makes** 11:5 48:18
**making** 22:7
**managed** 5:8
**Manager** 59:13
**manifest** 54:1,9
**manually** 52:4
**many** 6:16 8:3 10:14
37:23,24 38:23 41:8
**Maricopa** 30:2,5
47:7 57:20
**Mark** 37:15,24
48:23 49:2
**marry** 30:9
**Massachusetts** 30:2
**massive** 25:1
**match** 11:19 18:2
23:9 24:17 55:1

**matched** 17:3

**matches** 54:20,22

**matching** 8:20

**math** 38:13

**mathematicians** 14:12

**Matt** 43:8

**matter** 26:21,22,24 29:19 35:11 55:12 57:21

**may** 23:9

**maybe** 16:11 28:20 39:7,8

**me** 8:20 11:18 17:10 22:7 24:24 28:7 40:15,18 41:23 54:12 56:23 58:8

**mean** 6:3 12:2 20:4 22:16 23:19 27:8 29:8 30:12,15,22 35:9 38:23 42:18,24 50:9 53:15 54:14

**means** 7:3 17:10 21:11 41:7 42:9

**media** 30:11 35:4 37:15 39:21 40:1 48:5 49:13

**mentioned** 28:6 48:16,17,19 49:19

**merely** 56:21

**met** 48:17

**Michigan** 30:2 32:12,16,17,18 43:4 52:9,11

**middle** 32:12

**might** 49:8

**Mike** 5:1,11,14 6:1, 7,9,13,20,22 7:5,9, 12,16,19,22 8:19,24 9:2,11,16,23 10:2,6, 9,15,17,21 11:3,9, 14,18,22 12:4,12, 14,24 13:7,10,15, 19,23 14:2,6,18,22, 24 15:3,7,12,14,16, 19,23 16:11,15,18, 24 17:3,12,15,17, 19,21 18:4,11,15, 17,20 19:2,6,13,16, 24 20:3,7,12,15,20, 23 21:3,5,8,11,14,

17 22:3,8,11,14,16, 22 23:3,8,13,19 24:7,10,14,19,21 25:10,13,16,24 26:4,9,14,16,24 27:8,13,18,21,23 28:3,8,12,21,24 29:4 30:21 31:2,4 32:1,10,15,18,23 33:2,20 34:14,21 35:6,9,17 36:17,24 37:19,21,23 38:3,7, 10,15,18,21 39:12, 19 40:20,23 41:4, 12,14,16,18,23 42:6,15,18,21 43:8 44:9,22 45:3,8,12, 15,18,22 46:3,10 47:1,10 49:12 50:4, 21 51:1,8,18,21 52:7 53:3 54:22,24 55:4,6,11,16 56:1, 17 57:1,4,7,15 58:6, 8,13

**millennials** 10:5

**million** 25:5 26:6 27:3,4,5,6 40:5 52:13 56:6,7

**Milwaukee** 51:22

**mind** 18:8 29:8 39:3

**mine** 34:6

**Mineral** 44:7

**Minnesota** 37:2

**minute** 7:8 10:13 24:8,12 39:4 41:22

**misjudged** 27:3

**missed** 56:24

**mistake** 41:19 44:14

**mistakes** 5:1

**money** 48:18

**monster** 33:23

**Montgomery** 23:15

**month** 21:24 25:14

**months** 18:13,14

**more** 8:7,10 10:18 13:3 21:11,14,15, 19,20 22:3,20 31:11 42:13,15,21 43:2,24 44:12 45:18 46:6 47:14 52:10

**morning** 26:10

**mortality** 39:17

**most** 5:12 21:23 47:18 48:10,11 54:9

**mostly** 23:15

**move** 21:21 39:4 42:12

**moved** 41:24 42:1

**movie** 31:11 35:19, 20

**Mr** 8:16 30:12 48:22

**much** 10:24 27:11 31:15 37:12 56:4,5

**multiply** 12:7

**must** 44:14

**my** 9:14 18:22,23 23:11 30:18 34:13, 14 37:1,12 38:13,23 39:2 40:22 45:24 48:8,9,17 50:6,7 53:11 54:22 58:7 59:8

**N**

**name** 26:21

**names** 22:6

**narrative** 48:4

**nation** 50:12

**natural** 17:11 20:11

**need** 5:7 14:14,15 25:18 27:11 30:8 41:4 44:2 53:18 57:17

**needed** 8:7

**negative** 17:9

**neighborhood** 40:9

**neighbors** 40:8

**never** 8:11,13 13:14, 15,18 17:5 33:17, 19,20,22 35:23 40:19,21

**new** 16:7 29:9 30:5 31:12 34:10 39:24 52:14 57:23

**news** 30:12 39:21,23

**next** 29:12 31:14 36:11 37:12 40:8 43:13 51:7 52:2

**nice** 22:2 46:20 54:10

**night** 9:7 19:13 30:23 32:12 51:14

**nine** 29:14

**no** 7:7 9:16 10:24 11:1,15 13:16 17:14,16 26:23 27:16 29:23 30:11 31:4 34:14 35:16 42:18 44:14 49:5

**no-news** 39:21

**nobody** 46:16

**nobody's** 50:8

**non-residents** 33:15

**noon** 27:2

**norm** 56:2,3

**normal** 28:14 52:11

**normally** 21:20 42:4

**not** 5:19 7:13,17,21 8:15 17:10 19:22 20:11 22:7 23:9 24:2 26:17 28:14 30:2,11 34:6,15,17, 20 35:1,22 36:19 42:2 44:14 46:16, 18,19 50:7,24 51:1 54:5 56:12

**nothing** 25:3 54:8

**notice** 6:4 8:4 11:7, 18 20:13 22:18,19 23:18 24:6 28:10 42:3 45:16

**noticed** 21:24 38:8

**noticing** 24:12

**November** 6:11 9:8 32:13 42:23 51:14

**now** 9:17 10:15 11:11,12 12:4,21 14:14,17 15:7 16:7 18:11 22:8,15 23:17 24:4,11,22 25:17 26:9 28:14 29:23 30:4,6,8 32:15 33:6, 9 34:12 35:18,22 36:2,4,10 39:5,16 40:13 41:7,10,23 42:7,10 43:10 44:2, 18 45:4 47:5,24 48:14 50:3,10 51:3, 9 53:13,15,18 54:10 56:2 57:11,21

**nowhere** 43:21

**nudity** 49:4

**number** 8:5,6 12:18, 20,22 14:15,16 17:7 25:20 28:15

**numbers** 14:14,15, 17 45:3,4,8

**O**

**odds** 11:19 12:9 38:15

**of** 5:4,6,10 6:16,24 7:2 8:5,6,8 9:1,7,11, 12,14 10:3,6,9,10, 14 11:8,19 12:1,9, 18 13:6,14 14:3,4,8, 9,10 15:9 16:13 18:17,22 19:8,10, 13,18,21,24 21:6,21 22:2,13,20 23:11, 21,22,24 25:2,18, 19,20,22,24 26:21 29:5,17,22,24 30:10,13,14,17 31:5,9,11,17 32:4,6, 12 33:5,14,15 34:6, 9 35:14,19,20 36:8, 16 37:9,10,14,22 39:8,21 40:2 42:2, 5 43:1,6,19 44:4,6, 7,15 47:1,2,6,20,21, 24 48:8,9,13 49:7 50:1,11,17,20 51:13,22,23,24 52:4,5,9,10,18,19 53:4,16,18,19 54:10,23 55:9,21 57:1,10,16 58:3 59:4,5,6,9

**off** 19:19 21:22 26:5 33:16 48:16 52:9 53:7

**oh** 11:21 16:17,24 18:9,23 26:20 27:16 35:24 37:6 52:11 56:14

**Ohio** 8:4 12:12 14:17 16:5,20 24:23 25:3,4,10 28:11 42:4

**okay** 5:14 7:8 10:2, 11,15 11:5,7,15 12:23 15:3 18:11, 12,15 22:4,15,22

25:17 36:14 39:7
41:17,23 43:8 44:9,
13,16 45:8 51:7
57:10
**old** 13:20 42:9
**older** 39:18
**olds** 14:9,10 23:23
42:10
**on** 5:20,21,23 6:19,
24 7:2,4,7 9:1,14
10:9 13:6 16:1
18:13,22 19:7 21:18
22:24 23:4,11 26:11
27:1 28:14 29:13,20
30:12,17,21 31:6,7,
21 32:12 34:1,20
35:13 37:6 38:14
39:6,13 40:2 41:11,
12 43:4 46:8,9,10,
15,22,23 48:5,19,20
49:2,3,7,13 51:14
52:14 54:12 55:20
56:8 57:10,24 58:4
59:8
**once** 6:6,9 15:8
53:17
**one** 5:10 7:3 8:4,8
9:1 12:9,21 13:13,
18 17:8,9 23:8
25:18 28:20,21
30:10,19 31:5,14
47:12,13,20,21 48:4
49:7 50:5,6,16
51:13,24 52:1,18
55:2,3,18,20,21,23
58:3
**one's** 40:1
**ones** 53:15
**online** 17:19,20,21
19:21 37:21,23
**only** 6:6,9,13 8:14,
15 14:14 27:8,10
29:1 38:22 43:9
46:8,10 50:5 53:19
55:14,18,23 56:12
**oops** 56:20
**open** 43:5 46:16
54:15 57:24
**opened** 57:18
**opening** 57:21
**opportunity** 33:22

**opposite** 17:9
**option** 50:5,6
**or** 7:13,19 8:15
10:10 14:9,10,22
24:15 25:10,13
29:4,19 30:4 34:19
35:10,24 37:4,7
40:4,9 41:8,24 42:1,
12,18 43:11 44:18
48:17 49:18 52:1,12
53:20,21 54:5,7,8
55:20
**order** 14:12,13
52:17
**organic** 31:20
**originally** 6:18
**other** 13:1 14:9 16:8
23:24 24:23 26:17
27:6 28:3 32:6 34:2
47:3,7 48:17 50:6
51:5 52:1 56:1,19
**Otherwise** 32:11
**our** 23:20 25:2,6,8
29:15,20 30:13
31:14 33:12 34:1,9,
10,18 35:14 36:1
42:24 43:2 46:22,23
47:19 48:12 50:3
51:10 52:15 53:23
54:7 59:6
**out** 5:23 6:19,20
7:13,14 8:10 18:3,
21 19:9 21:21 23:24
24:16,22 29:21
31:9,10,12,14,18
32:21 33:5,12,17
34:5,8,13 36:5,6,10
37:14 39:7,10,22,24
40:1,2,12,13 43:1
47:4 48:3,4,5 49:2,6
50:1,16,17 51:8
52:4,5,19 55:13,21
57:7,8,15 58:10
**outcome** 16:13
**outdoors** 37:5
**outlet** 30:10
**outside** 21:6 51:22
**over** 10:22 20:6,7
21:3 22:1 23:12
30:4,10 33:11,21,22
35:17 37:3 40:5,10
43:16 45:6 47:22

48:13,14 49:3 53:14
55:20 57:23
**own** 37:15

———————
**P**

**page** 30:18
**pages** 59:3
**panic** 53:5
**panicked** 53:3
**paper** 47:12
**parallelism** 28:11
**part** 10:3 30:17
35:20 37:10 43:19
48:8 50:10,11 54:23
57:9
**particular** 8:3
**partitions** 37:6
**party** 54:7
**past** 45:24 46:4
**patented** 34:16
**path** 7:13
**patriot** 46:22
**patriots** 25:7
**pattern** 12:1,15,16
24:12
**patterns** 20:5
**pay** 49:24 50:8
**peak** 27:16
**Pennsylvania** 16:6,8
23:16 25:1 28:19
37:18,19 38:4 46:11
52:9,12
**people** 5:23 7:14
8:3,5,13 10:10,14,
18 11:6 15:9,24
19:10 21:12,14,19,
20,21,22 22:3,20
23:24 24:3,22 25:6,
13,20 29:8,18 32:1
33:15 34:8,17,24
35:11 36:7,21 37:2
39:18 40:5,6,16
41:8,24 42:15,21
43:1,2,10,24 44:8,
12,18 45:18 46:8
47:7,24 48:6,15
49:18 50:3,19 52:4
53:4,11,24 54:2,4,
11,15 55:14 56:10,
17

**per** 21:24 54:23
**percent** 14:3 22:12
33:5 44:7 54:19
**percentage** 12:1
13:21 28:16 32:4
**percentages** 54:20
**perfect** 17:8,9
**Perfectly** 21:7
**person** 5:17 6:4,5,20
28:17 31:6 47:12
58:4,10
**personal** 53:20
**phantom** 7:3,8
17:23 22:2
**physicist** 17:11
**piece** 31:17
**Pillow** 34:13
**pillows** 34:14
**pipeline** 54:13
**place** 17:23 37:10
55:1
**places** 52:8
**plan** 52:23
**planet** 31:6 58:4
**planning** 39:19
**platform** 34:10 40:1
**platforms** 37:15
**pleasure** 58:7
**plus** 23:23
**podcast** 48:18
**point** 19:1 42:20
54:19
**political** 10:23 53:20
54:5,6
**politicians** 5:16 47:8
**politics** 53:18,19
54:4
**poll** 44:17
**polynomial** 14:13
**popping** 30:4
**population** 10:4,19
15:14 16:21 20:16
21:9 22:6,13 23:1,
17 24:2,17 40:18,
20,24 41:7,21 42:7
44:7,15 45:17 46:2,
3 55:9 56:21,24
57:10

**possibilities** 52:24
**possibly** 41:4
**power** 33:17 40:4
**precinct** 5:9 8:1,2,3
**predict** 14:16 25:19
56:20,21
**predicted** 6:23 7:1,
20 26:6
**predicting** 16:22
56:23
**prediction** 54:22
**predictions** 54:21
**preposterour** 14:7
**preposterous** 14:5,6
**present** 9:6
**President** 53:23
**pressure** 33:3
**pretty** 47:11 50:6
**primary** 30:3
**print** 8:11,13,17
**prison** 56:10 57:8,9
**prisoners** 55:15,16,
18 57:2
**probably** 28:22
30:14 32:19 34:10
35:14 42:3 44:10
48:8 53:12 57:5,22
**problem** 18:1 43:15
54:1
**proceedings** 59:5
**Production** 59:13
**profanity** 49:4
**programmer** 52:22
**proof** 9:2 18:12,18
30:10 33:11 40:6
49:2
**proportion** 12:22
13:2 14:9,10
**proportions** 13:5,7,
14,17
**protect** 47:15
**proved** 7:16
**proves** 16:9
**public** 57:13
**pull** 19:18 55:2,17
**pulled** 44:17 53:7
**put** 13:17 31:12 36:5
37:5,17,24 40:2

45:5 49:3 50:9
**putting** 31:14 37:16 45:11,12

---

### Q

**quirk** 38:12
**quite** 13:13

---

### R

**race** 25:20 26:11 36:3 43:9 52:5
**racketeering** 49:20
**radar** 43:17
**raised** 7:10 11:3
**ran** 17:5 52:19
**random** 45:1
**reach** 57:18
**reacted** 52:8
**ready** 33:10 39:16
**Reagan** 31:8
**real** 6:17,20,22 11:7 32:9,10 39:2 43:15 46:24 52:7,8 54:13 56:6
**reality** 26:7
**realize** 32:3 39:19
**really** 7:14,21 8:12, 17 9:1 14:11 22:14 25:10,18 28:14 38:15 56:11
**reason** 54:6
**recall** 47:10,11,17
**recalled** 47:14
**recalls** 47:4
**recipe** 5:5
**recognize** 14:12
**recognized** 38:6,7
**recording** 59:6
**red** 11:4,5 15:11 16:21 21:2 42:5 43:11
**register** 20:15 41:1 45:22
**registered** 8:5 10:14,17,19 15:12 21:14,15 22:13,20 24:5 28:13 40:24

41:8 42:8,11,16 43:24 44:12 46:7
**registration** 5:8 21:22,23 22:1 40:17,20 44:7 46:24 56:14
**registrations** 12:19 13:6 14:8 16:21 17:23 21:20 40:18 41:21,22 56:12,15
**remember** 15:8 20:4 38:21
**removing** 30:19
**REPORTERS** 59:14
**reproduced** 12:8
**republican** 5:18,20 6:5 29:19 35:11 51:23 52:1 53:15
**Republican's** 5:21
**reputation** 23:11
**research** 22:23 23:23
**reset** 50:11
**restaurants** 37:5,7
**revealed** 35:10
**revealing** 53:16
**revival** 50:12
**rhyme** 29:4
**rid** 23:22 47:1,2,6 53:18
**ridiculous** 12:3
**ridiculously** 12:10 54:23
**right** 6:14 7:5,16 8:19 9:17 10:6,11 11:14 12:4 15:11 17:12 19:4,6 20:15, 20 21:8 22:3 23:4 25:3 26:1,4 28:12, 13,23 30:8 32:19 33:2,13 34:9,12 35:5 36:15 39:5,15 42:6 46:18 47:8 50:10 51:9 54:10, 14,24 57:1
**rights** 48:13
**rocks** 34:14
**roles** 21:23
**roll** 7:4

**rolls** 21:22 22:1 46:24 52:3
**Ronald** 31:8
**room** 11:15 37:7
**rules** 52:15,16
**running** 33:5 52:4,5

---

### S

**safety** 40:4
**said** 7:12 16:24 26:20 31:7,8 33:12, 14 34:13,17 35:7,19 36:18 43:18 44:24 46:15 48:7,10 49:3, 7,8 54:24 55:1,4 57:22
**same** 11:6,24 12:14 15:17,23,24 16:1 20:5,8 24:9,11 33:3 38:10,12 40:14 45:16
**save** 50:13
**saw** 51:17
**say** 27:16 28:19 32:5 34:14,21,22,24 35:3 37:6 40:13 47:20 48:4,22,24 50:3,15 53:22 54:19 57:11
**saying** 10:24 14:19 34:13 39:22 51:10
**says** 7:3 37:2 44:13 49:14
**scare** 34:18
**scariest** 47:23
**scary** 30:16
**school** 39:1 43:9,17
**scientist** 11:12
**seat** 9:15 18:22 30:18
**second** 16:5
**Secretary** 47:6
**see** 8:11 9:12,18,23 10:5 12:7 13:10 14:24 18:23 19:22 27:3,24 30:10 32:11,13 40:6 41:16 44:9 45:4,13,24 48:1,12,14 49:20 52:16 53:13,15 54:17 55:19 56:24

**seeing** 13:19,20 18:6 24:14 29:10 39:3 45:23 54:11
**seems** 53:19
**seen** 18:15,17 25:1 29:7 30:14 39:4 40:5,14 41:6 57:5
**sense** 11:5
**September** 59:9
**serious** 37:13
**set** 5:4,6 13:7,14 14:20,22,24 15:1 25:17,18 32:4 51:3 56:4,8 59:8
**seventh** 14:16
**seventy** 13:20
**shaded** 16:22
**shame** 48:5 54:16
**shape** 14:8 23:5,6
**share** 31:13
**sheet** 52:12
**shifted** 23:6 39:16
**shifting** 40:15
**Shiva** 30:3
**should** 30:12,13 35:13 45:1 51:5 54:3
**show** 8:1,21 12:16 13:3 15:7 27:23 28:3,7 29:21 33:8 34:21 51:12
**showed** 8:20 10:13 11:18 30:3 42:4
**showing** 9:19 24:9, 23 26:17
**shown** 10:23
**shows** 6:3 44:3 45:7 49:7
**shrink** 21:23
**shut** 26:10
**side** 9:1 54:5
**sign** 49:3
**signature** 47:13
**significant** 6:1,2
**similar** 12:21
**simple** 8:12 40:16
**single** 13:20 14:1,2 15:19,20 28:17 58:4

**sit** 29:6 36:2
**site** 49:6
**sitting** 35:21,23 43:10,12
**six** 14:14,15,17 29:12
**sixth** 14:12,13
**size** 19:7 47:12
**small** 12:10 45:20, 22
**Smartmatic** 26:24 29:5 34:16
**Smith** 7:4,6,7 8:17
**smooth** 14:11
**so** 5:6 6:1,7,17 7:8,9, 21,22 8:6,12,14,19 9:13 10:3,4,10 11:2, 15 12:17,19 13:17, 19 14:14,18 15:5, 19,22 16:8,13,14, 15,20,24 17:10,12, 23 18:3,4,5,11 19:16 20:1,3,21,23 21:1,23 22:22 23:13,14,17,21,24 24:1,3,12,14 25:10 26:5,16 27:4,19,21 29:11,15 30:9,14 31:10,15 32:1,4,5 34:4,20 35:18,20 36:2,12 38:12,18 39:2,3,16 40:15,17, 23,24 41:5,10,23 42:22 43:12 44:7, 11,15,24 45:4,15,20 46:5,8,18,19,21 47:10,14 50:1,4,17, 22 51:21 52:8,23 53:2 54:7,18,24 55:16,17,18,21 56:1,14,24 57:4,10, 18
**social** 35:4 36:9 37:15 40:1 49:13
**socialism** 34:7 36:8
**solution** 54:1
**some** 5:15 8:7,9 9:1 13:4 18:7 26:9 27:14 29:18 33:4 37:9 52:13 53:12
**somebody** 34:13,20 46:17 49:7

somehow 39:23
44:21

someone 39:7 49:19

something 23:4
24:12 34:22 35:3
43:12 49:14 50:22
54:3

something's 27:16,
18

somewhere 27:5
38:1 39:4

sophisticated 13:3

sorry 8:2

sort 25:20

sorted 44:5

sound 59:6

speak 32:4

SPEAKER 20:2

speaking 53:9

special 39:1 47:16

speech 34:9,11
48:13 49:17

spend 37:12

spike 42:8

spikes 46:4

spilt 39:9

spread 29:21 31:13
36:5

spreading 40:7

spyware 9:3 25:6
30:9 44:3

squished 36:11

stake 23:11

staking 36:8

stand 27:12,13

Stark 15:5

start 51:5

started 23:7 33:24

starting 6:18 24:1
29:16

state 13:11,14,20,21
16:10,14 26:18,19
47:6

state's 57:18

stated 21:7

states 5:12,15 15:21
16:2 24:24 25:8
26:17 30:1 40:12

47:16 50:19 51:5,14
58:2

statute 31:5

stayed 43:16 51:14

steal 25:2 31:20

step 16:6

steps 18:24

still 10:23 43:4,20
44:20 56:11

stole 56:3

stop 28:12 36:4
39:23 53:2

stopped 52:2

stops 42:4,5

stress 29:1

students 38:13,24

stuff 8:20 9:4,5
19:22 30:21 31:21,
23 35:11 36:21,22
43:2 47:23 54:5,10,
14

stupid 5:2 20:10

subtract 24:3

subtracted 24:1

succumbs 50:2

such 18:20 53:1

sudden 12:1

sue 34:18 49:18

suits 49:19

summer 36:20

Superbowl 37:4,8

supercomputer 18:7
19:3 27:14

supposed 11:1 21:22

suppress 43:16

suppression 50:9

Supreme 29:14 40:8

sure 7:13 23:9 47:17
56:8 58:9

surprised 13:4 18:4,
5

swing 8:8 25:8 26:18

sworn 31:18 43:1

---

**T**

table 43:12

take 12:6 21:22 30:6

31:22 33:16 35:8
49:17,18 53:24
54:1,12

takes 19:18 52:12,18

taking 8:21 9:6 34:8
35:1

talk 34:21 35:1 49:4,
17

talked 37:16

talking 9:2 37:3
49:13

tangent 36:13

tapes 53:4

taste 47:24 48:1

teach 38:24

teaching 38:13,16,
23 40:22

team 48:8,9

tech 39:9

technology 19:18
34:4

tell 5:3,4,17 23:13
24:22 31:13 32:3
33:7 40:8,10 47:3
48:6,24 49:1 50:16
53:11 55:6 57:17

telling 9:21 15:4
25:4,13 54:12

tells 5:18 24:12
41:23

terms 44:6

terrible 37:1

test 46:14

testimony 43:1

Texas 26:19

than 10:19 12:17
21:19,20 22:3,20
42:15,21 43:3,24
44:13 45:19 46:7
47:15

thank 58:6,10

Thanks 58:13

Thanksgiving 37:3

that 5:6,23 6:4,10
7:1,2,3,4,6,22 8:4,5,
13,18,24 9:2,4,5,6,
15 10:13,24 11:3,5,
14,18,19,22,23,24
12:4,7,9,16,18,19,
20,24 13:3 14:8,11,

19,24 15:8,9,16,24
16:7,9,18,22 17:4,
10,11 18:2,7,17,20,
23 19:1,10,11,17,
22,23 20:13 21:8,
11,12,15,17,24
22:18,24 23:8,9,18
24:12,15,17 25:5,7,
10,14,20 26:17
27:2,14 28:4,7,17
29:1,12,13,17,18,24
30:8,20 31:15,19,
20,21,23 32:2,3,7,
15,19 33:9,21,24
34:4,5,15,17,24
35:1,3,12,22 36:5,7,
12,21,22 37:14,15,
16 38:11,15 39:5
40:17,18,19,22
41:3,4,5,6,16,23
42:5,7,8,10,18 43:3,
10,17 44:1,3,13,14,
16,18,22 45:8,18,24
46:4,11,20 47:7,15,
16,18 48:10,15,19,
24 49:3,4,5,8,13,14,
19,20 51:2 52:2,4,9,
14 53:4,13,23
54:11,17,18,20
55:1,2,12,13,17,19,
20,21,23 56:7,8
57:5,8,18,20,22
59:3

that's 5:5 6:17 7:8,
21 8:12 9:21 10:3,
15 11:2,4 12:20
13:4,12,17 14:11
16:22 20:11 26:9,16
27:14 31:17 32:1,8
34:2 35:1,12 36:12,
14,19,20 38:7,11,18
41:14 42:20 46:2,3,
4,17,18,19 49:10,12
52:11 53:2,11,21
54:6,10,13 55:18
57:9,23

the 5:1,7,9,16,17,22
6:11,13 7:2,4,7 8:4,
5,6,8,13,14,15,21,
23,24 9:1,3,5,7,8,9,
11,12,14,18,19,21
10:4,5,9,16 11:2,4,
6,19,24 12:6,9,11,
14,17,18,19,21
13:5,6,11,14,20,21

14:7,8,9,10,13,20
15:3,9,11,12,14,17,
20,23,24 16:1,6,9,
10,11,12,13,14,19,
20,21,23 17:5,6,22,
23,24 18:1,2,22
19:7,9,13,14 20:8,
14,15,24 21:1,2,6,9,
10,11,22 22:1,4,5,6,
13,19,24 23:5,6,7,8,
9,13,14,17 24:1,2,5,
9,11,16 25:16,18,
19,20 26:10,12,14,
18,20,21 27:5,20
28:6,9,10,11,13,16
29:10,12,13,21,24
30:1,2,3,9,10,15,17,
18 31:2,6,7,9,13,20,
21,22 32:6,12,19
33:5,13,14,18,23,24
34:1,2,16,22,24
35:8,13,14,15,20
36:12,16 37:4,5,6,7,
12,14 38:8,10,12,
14,15,18,19,24
39:4,5,7,8,12,13,14,
17,21,24 40:6,12,
14,15,17,19,23,24
41:7,8,15,20,21,22
42:3,4,5,20 43:12,
16,18,21,22 44:1,2,
3,5,10,15,18,23
45:5,11,12,13,16,17
46:2,3,16,20,21
47:1,2,3,5,6,7,10,
11,12,15,18,20,21,
22,23 48:4,5,7,10,
11,16,17,18,20
49:6,7,8,11,12,14,
15,22,23 50:2,6,6,9,
11,12,13,14,16,19,
20 51:3,12,13 52:1,
2,16,18,20 53:8,9,
14,15,17,18,24
54:4,12,14,15 55:9,
18,21,23 56:2,3,4,6,
8,11,12,14,15,17,
18,21 57:1,12,13,
19,23 58:1,2,3,4
59:3,4,5,6

their 5:18 24:4
28:16 32:24 33:14
38:24 39:9 40:9
46:15 48:2 53:1,3
55:17

---

**them** 5:3,4,16,17 8:11 9:21 11:7,8 19:11 20:4 22:20 29:5 30:9 33:16 35:24 37:17 40:10, 12 44:21,23 48:1,5, 6,9 50:17 51:12,23, 24 52:14 57:17,18

**themselves** 5:3

**then** 7:7,12 8:6,19 10:17 11:22 13:2,6 17:5 20:18 21:2,3 22:1 23:23 24:15 27:5 28:18,24 30:24 31:14,15 34:23,24 35:23 37:6 42:5 45:13 49:16 51:2 52:8

**theoretical** 7:21 46:19

**theory** 7:16

**there** 6:14,15 7:7 9:5,6,20 10:19 14:19 18:20,21 19:9 20:20 21:12,19,20 22:19 24:3,15,22 25:3 27:1,14 28:12, 13 30:10 31:12,18 34:6,13 36:6,13,18, 20 37:24 38:12 39:7,22,24 40:2,3, 10 42:8,19,22 43:1, 9 44:6,13,17 45:19 46:17 47:6 48:5 49:21,22 50:5,17 51:8,16 55:1,3,13 56:7 57:8,9,16 58:10

**there's** 8:8 10:10,18 11:14 15:12,14 16:3 17:7 21:23 22:20 23:19 24:7 29:18 31:4,18 34:14,15 36:18 40:24 42:24 44:10 50:5 53:22 55:8

**these** 5:10,13,16 7:14 8:20 9:3,7 11:6 15:3,9 20:5,8 22:5 23:11 24:23 25:8, 17,18 27:23,24 28:13 29:5 30:7 31:19 32:3,4 33:7 34:3 37:9,14,15,16

38:5,21 40:23 43:4, 21,23,24 44:15,18 45:3,4,8,23 46:4 47:6,16 48:23 49:5, 9 51:5 52:16,24 53:11 54:13,15,18, 19 55:14,18 56:10

**they** 5:3,8,10,17,19 6:22 7:1 8:14,21 9:6,20 11:9,10,11 12:10,14,24 14:24 15:1 17:19 18:2,6, 24 19:2,7,8,9 21:3 22:24 23:3,5,6,7 25:16 26:2,4,5,12, 14,20 29:4,17,22 31:10,21 33:2,3,4,5, 13 34:4,17,23 36:19,21,24 37:4,5, 6,21,23 39:9,15,18 40:3,4,6,24 41:1,3, 4,7,18,24 42:1,8,9, 11,12,13 43:1,2,3,6, 13,15,18,19,21,22 44:8,15,22 46:11,14 47:14,15 48:1,19,22 49:13,23 50:2,22 51:22 52:2,3,4,5,10, 15,16,19,20,24 53:2,3,6,7,8,13,19, 21 54:12 55:9,17 56:3,8,14 57:17,18 58:10

**They'll** 50:8

**they're** 5:15 6:5,17 8:21 9:20 10:24 14:19 20:4,13 22:18 29:14 30:6 32:5 33:6 34:23 35:2 36:10,11 39:19,20, 22 40:13,18 41:5 43:12,13 46:16 47:8,10,24 48:1,3, 20,21 49:9 50:17 51:9,10 57:22

**they've** 14:20 34:12 54:15 56:4,6

**thing** 5:7 8:12,23 9:19 12:21 14:13 15:23 16:4 25:16,21 28:17 33:13 40:14, 16 42:3 44:1 46:20 47:17,19 48:6 54:12

**things** 19:5 25:18 27:23,24 35:24 38:5,21 41:5 43:17, 23 48:20

**think** 6:16,17 11:8,9 12:18 13:16 17:24 20:17 23:5,6,7 28:14 32:20 33:4 36:9,15 42:24 46:5 51:3,5

**thinking** 18:6 30:19 36:8

**this** 5:9,11,18 6:1,2, 3,4,5,11,12,16,18, 20 7:4,9,21,23 8:1, 2,3,4,6,23 9:12 10:4,6,12,14,23 11:1,5,15,18,23 12:4,17 13:6,21 14:7,8,12,20,22 15:1,5 16:4,5,6,15 17:7 18:5,6,12,13, 15 19:3,18 21:11,17 22:6,7,8,9,10,12,16, 23 23:3,14,17,21 24:1,5 25:1 27:8,15, 24 28:8,9,10,13,15, 17 29:7,8,9,10,19, 20,22,23 30:14 31:4,11,14 32:2,3,4, 6,19 33:7,8,9,10,22, 23 34:4,5,6,8 35:2, 12,13,18,22 36:3,4, 5,19 37:3 38:14,18 39:2,20,22,23,24 40:1,7,15,17,23 42:2,6,7,23 43:6,8, 20 44:9 45:1,4,12, 15,23 46:11,14,15, 20,22 47:3,19,22,23 48:10 49:5,15,21, 23,24 50:1,12,18,19 51:2,3,4,12,15 52:17,19 53:10,13, 15,16,22 54:7,8,10, 14,17 55:6,8,13,14, 17 56:2,9,11,23 57:10 58:1,2,8 59:9

**THOMPSON** 59:14

**those** 5:23 6:16 12:7,20 13:5,7 18:24 21:22 23:17 24:6,7 25:6 29:24 39:3,4 41:11,12

48:20 55:16

**though** 7:16 43:19 50:10

**thought** 30:15 40:22 53:7

**thousand** 48:15

**Thousands** 21:15

**threaten** 34:19 49:18

**three** 26:10 38:2,3

**through** 18:7 29:8 36:7 39:24 51:12 57:12

**tickets** 16:16

**till** 33:9

**tilted** 54:9

**time** 5:16 6:13,16 13:18 15:18 24:16 25:23 27:20 28:20, 21 29:10,11,13 32:9,10 34:5 36:3 37:12 43:15,16 52:2 57:13 58:11

**times** 40:10

**Tinkertoy** 31:16

**to** 5:3,7,16,20 6:3, 20,23 7:12,13 8:4,7, 8,9,14,15,16 9:8,20, 21,22 10:23 11:1,23 12:7,21 13:4,5,10, 17 14:9,24 15:7,17 16:4 17:1,10,17,19 18:2,3,5,7,11 19:14, 18,20,22,24 20:14, 23,24 21:5,22 22:2, 6,22 23:4,17,22,24 24:4,16,21,22 25:5, 12,18,20,22,24 26:12,14,17 27:11, 13,14,19,21,24 28:17,18 29:6,7,9, 14,15,17,20,21,22 30:6,15,24 31:7,19, 22 32:2,4,7,8,10,15, 18,23 33:6,7,8,9,10, 22 34:2,11,18,21 35:2,22 36:4,20,24 37:5,12,13 38:13, 18,23,24 39:5,20,23 40:6,8,9,12,13,16, 17,18,20 41:4 42:7 43:5,16,19,20

44:11,17 46:8,10, 14,22 47:2,5,7,12, 15,17 48:7,9,10,14, 22 49:1,4,13,20,21, 22,23 50:1,2,4,5,7, 8,9,12,13 51:4,5,9, 10,11 52:4,12,13, 17,18,19,20,24 53:2,9,11,18 54:1,2, 3,4,7,9,17 56:1,5,6, 9,13,22,23 57:5,7, 13,14,17,19,22,24 58:9 59:6

**today** 29:11 36:9 47:4 49:6

**together** 30:9

**told** 24:24 40:17 48:19

**too** 6:16 8:1,24 10:23 16:19 20:10 27:10,11 31:23 33:8 35:6 41:8 42:2,14, 22 47:3 52:16 53:16

**took** 7:1 17:5 27:4 33:9 48:16 52:9

**tool** 51:4

**top** 13:6

**total** 24:1 45:14

**totals** 56:6

**track** 33:5

**tracking** 27:19

**traditional** 43:11 51:23

**traditionally** 53:14

**traffickers** 49:10

**trained** 6:24

**transcribed** 59:5

**TRANSCRIBER'S** 59:1

**transcript** 59:4

**tried** 53:6

**trillion** 28:22

**truck** 44:23 52:13

**true** 59:4

**Trump** 25:5 26:5 33:16 52:1 53:23 56:5

**truth** 40:6

**try** 20:24 35:2 39:20 56:12 57:17

**trying** 30:24

**turn** 8:12,13 28:16
37:13

**turned** 11:6,19 12:1

**turnout** 14:15 53:1

**Turns** 55:13

**TV** 49:7

**TVS** 37:7

**Twitter** 48:16

**two** 12:20 20:4
23:11 24:6,7,9,11
38:1,3,5,10,21 39:3,
4 48:21 51:22

---

**U**

**U.s** 44:15

**U.S.** 38:19

**under** 20:14,24 21:2
33:3 36:16 43:16

**underneath** 16:22

**understand** 5:7 18:5

**union** 54:13

**United** 15:20 30:1
50:19 58:2

**unnatural** 20:12

**until** 19:1

**up** 5:1 11:23 19:3
22:1,2,7 26:6 27:4,
16 29:7 30:4 31:1
37:1 39:20 43:3,5
45:1 46:23 49:3,18
51:4,14,24 54:15
55:2 56:22 57:8,19,
21,24

**upon** 16:23 22:2
56:21,23

**us** 8:21 23:13 31:5
34:3 40:3 48:24
55:6

**use** 5:16 12:21,22
13:1,5 17:23 19:11
26:20 34:11 38:24
39:13 56:3,12

**used** 44:15 49:22

**using** 13:13 19:10
28:15 34:23 40:18
41:5

**usually** 5:19,23

---

**V**

**vaccine** 34:24 35:8
48:17 49:15

**valid** 8:15

**validated** 47:13

**Venezuela** 33:24

**very** 36:9 41:17
42:22 53:22 54:8

**virus** 36:20

**volunteers** 7:1

**vote** 5:19,22 8:13
22:6 23:22 24:4
27:1 28:16,18
33:15,16 34:7 43:14
45:19

**voted** 6:7,9,13 7:6
14:3 15:10 21:12
22:3 34:7 42:15,21
43:3,10,24 46:7
53:10,14

**voter** 7:3,8 10:13
11:6 37:20

**voters** 8:10 11:7
20:18 22:2 28:14
40:24

**votes** 6:5,6 8:11 12:2
27:1,3,5 43:13
52:13 56:21

**voting** 5:18 36:18

---

**W**

**wait** 7:8 24:8,11
39:3 41:21,22

**walk** 42:3

**want** 5:20 11:22
15:7 16:14 18:1,5,
11 19:22 20:23,24
21:5 22:22 24:22
26:16 29:6,7,8,22
32:2 33:7,8 36:19
37:12 40:6 43:21,22
47:2 49:1,4 53:8

**wanted** 8:8,9 36:24
53:11

**wants** 46:22

**was** 6:13,20 7:7
9:14,16 12:4 13:10,
21 14:2,24 16:1
18:20,22,23 21:16

23:14,16 24:8,10,
15,19 25:8 26:18
27:1,2,16 29:11,23
30:16,17,18,19,23,
24 33:23 34:13
36:18,20,21 37:20
38:22 39:2,5 40:17,
19,22 42:2 43:9,15,
17 45:10,15 47:15
49:6,10,12,23
51:16,24 52:10,17
53:16,23,24 55:20
56:4,5,7 57:8,9 58:2

**wasn't** 24:9 35:7
39:16 52:1 53:10

**watched** 18:12
40:11

**watching** 9:15 19:11
20:3 30:17,18 31:7

**way** 5:7 8:14,15,24
17:7 21:14 24:5
27:16 31:21 33:3
36:12 37:6 44:10
51:3,12 54:17 56:11

**we** 6:18,23 7:1,2,20
8:20 9:3,8,11 11:15
12:21,22 19:9,10,
16,17 25:5,7 26:10,
20 27:4 28:6 29:12,
15,20,21 30:3,6,7,8,
9 31:12 32:11
33:10,11,17,21 34:7
35:17,18,20,21,22
36:2,3,4,15,17,22
37:16 39:23 40:4
41:18 42:23 43:2
44:1,2,4,10,20,22,
24 45:1 46:23,24
47:4,8,19,20 48:24
49:17 50:3,6,10
51:4,5,12 52:14,15,
17,21 53:3,5,17
54:18

**we'd** 7:2 35:23

**we'll** 32:21 40:2

**we're** 26:11,17
29:12 31:9,14,15,16
34:4,9,18,19 35:11,
23,24 36:6 39:5
47:5 48:6 49:21
50:8,9 51:10 57:11,
12,17

**we've** 15:3 30:8 33:7

40:13 44:2,3 53:16,
17

**week** 52:12,15,18

**weeks** 29:13 48:21,
22

**welcome** 58:12

**well** 6:2 7:12 8:10
16:12 21:15,20
23:10 28:5,19 29:22
32:5,11 33:2 35:6
41:16 42:13 44:13,
22 45:3 46:15 48:2
50:3 51:24 52:2,16
54:6,13 55:8 56:9,
22

**went** 6:18,23 15:24
20:16,20 21:3
24:14,15,24 25:3
29:8 35:12 36:7
42:8 43:3 44:16,17
46:4

**were** 6:18,22 7:9
9:4,5,6 12:14 16:19
18:4,6 19:10 26:5
29:24 33:2,4,5
35:20 37:21,23
38:15 42:15 43:19
45:8 49:13 50:11
51:23 52:3,5 53:21,
23 55:16 56:6

**what** 5:4,8 7:3 8:19,
21 9:12,20,21,22,23
11:15 12:10 13:19
14:18,19 16:22 17:1
18:24 19:6,7 20:8
21:20 22:8,12 23:20
24:15,16,19 25:7,19
26:10 27:4 29:8
32:11 33:7,10,17
34:7,12,16 35:9,10
37:3,16 38:6,7,15
40:24 41:5,14 44:4,
5 45:8 46:11,21
47:13 48:3,19,24
49:2,10,12,19
50:10,14 51:4 52:3,
9,20 53:5,10,11,13,
18,23 54:1,18,24
55:11 57:4,11 58:1,
11

**what's** 6:9 20:20
21:18 30:20 35:9
48:1,12 50:14 54:10

**whatever** 19:3 39:22
40:4 55:20

**when** 6:18 7:9 9:12,
20 10:23 13:3 18:12
24:24 25:16,17
26:20 28:5 29:7
30:14,17,22 31:12
32:6,18 41:5,6 42:3
43:10,13 44:7,11
47:11,20,22 48:1
49:1,16,17,22 50:5
52:2 54:19 56:11
57:5

**where** 8:21 9:3
10:18 27:11,13,24
28:3 31:4 37:4,17
40:4 43:6 48:8
53:23 54:9

**WHEREOF** 59:8

**whether** 8:15 53:21

**which** 6:4 14:4,15
30:3 31:21 34:9,10
43:4 56:2 57:12

**while** 6:6

**whistleblowers** 9:4

**who** 5:21 8:11 9:17
11:6 14:24 43:14
45:15 46:7,22
48:22,23 53:22 54:2

**who's** 24:5

**whoever** 56:8

**whole** 6:24 19:21
29:13 31:7 52:15

**why** 5:19,20 6:1
13:12 24:23 26:9,17
32:1,8 36:19,20
43:20 47:18 48:12
53:2 55:6,11 56:22
57:5,6

**wide** 31:6 36:5 40:8

**wiggles** 12:8

**Wikileaks** 31:16

**will** 31:16 32:20
33:22 44:16 53:22

**win** 8:9 14:24 52:17

**wins** 32:4 33:16 54:7

**Wisconsin** 30:5
33:3,6 51:6,7,8,9,
12,13,18,21,22
52:7,10 57:16

**Wisconsin's** 51:13

**with** 11:3 12:4 19:3,
22 26:5 27:4 29:4,
16 31:13,19 33:3,10
34:3,10,19 35:11,
12,18 43:8 48:20
49:15,16 50:22 51:6
52:12 53:7 54:13
56:14,15

**within** 33:4 56:7

**without** 17:1

**WITNESS** 59:8

**witnessed** 53:4

**won** 25:5,10,11

**won't** 32:19

**wonder** 32:2

**word** 5:6 29:21
31:13 34:22

**words** 13:1 14:9
16:8 56:1,20

**work** 6:18 9:1,16
16:7 30:21 33:10
37:9 44:3

**worked** 9:5 18:13
19:23 36:21,22

**worker** 37:9

**working** 30:23 31:1
33:2

**works** 16:5,8,9 17:6

**world** 18:1 29:13
30:15 31:7,9 34:2
35:15 36:12 47:22
50:14,16 58:3

**worried** 30:12,13
50:17

**worst** 52:18

**would** 5:20,21 7:2
14:16 28:17,21
32:11,23 33:11,13,
17,19,21 34:14
35:22 36:16,17
40:21 44:16 55:11

**would've** 33:20

**wouldn't** 23:3

**wow** 9:17 16:24 19:7
25:2 28:8 41:23
44:9 58:8

**write** 52:23

**wrong** 27:17,18

---

**Y**

**yeah** 9:23 10:21
11:21 17:2 18:16,19
19:15,24 20:12,17
21:4 22:12 23:2,23
24:7 26:8 28:2 32:8,
14 35:9 36:17 38:5
43:18 44:22 45:6,16
47:9 50:21 51:20
52:11

**year** 13:20 14:9,10
22:8 23:23 24:16,19
42:10

**years** 10:10 22:1
39:5,16 40:16 42:9

**Yep** 7:11 10:8 15:13

**yes** 6:8,21 9:14
10:16 11:17 12:6
13:9,12,22 14:4,21,
23 15:2,15 16:20
17:18 18:9 19:12,20
21:13 22:15 24:18
25:9,15,22 26:2,15
27:7,22 29:15 36:23
37:22 38:20,22
41:10,13,20 42:17
43:7 44:20 46:13
52:6 55:5 56:16

**yet** 32:17 42:11
49:14 52:1

**York** 52:14

**you** 5:3,4,7,12,16,
20,21,22 6:3,4 7:7,
9,12,22 8:1,4,6,7,9,
16,20,21 9:16,17,23
10:1,5,13 11:3,9,16,
18,24 12:7,12,16,18
13:1,2,3,7,16,17,18
14:11,14,18,19
15:4,8 16:6,7,13,14,
15,18,24 17:4,6,23,
24 18:1,3,4,6,9,12,
20 19:6,8,20,22
20:3,13,17,23 21:1,
5,15,24 22:1,16,18,
19,24 23:3,18,19,22
24:2,4,5,9,12,13,14,
15,16,23,24 25:3,
17,18,19,22,24 26:9
27:2,3,4,5,11,13,15,
23,24 28:1,3,6,7,10,
13,14,15,17,18

**with** 29:5,6,7,9,11,17,18,
22 30:5,7,12,14,21
31:8,12,19,20,21
32:1,2,3,5,6,8,10,
11,13,15,18,20
33:8,9,16,20,22
34:10,18,19,20,22,
23,24 35:2,3,6,18,
21 36:1,3,4,6,7,12,
18,21,24 37:1,2,3,5,
6,8,9,11,14 38:7,15,
21 39:7,9,12,13,18,
19,22,23 40:7,8,9,
10,11 41:6,14 42:3,
4,8,12,22 43:2,14,
17 44:11,16,17,24
45:4,13,16,20,23,24
46:7,8,11,17 47:10,
11,12,17,18,19,22,
23 48:2,3,4,6,14,16,
17,21 49:1,2,4,5,8,
16,17,18,19,20,23,
24 50:2,4,6,9,14,16,
17,18,19,22 51:2,3,
9,11,13 52:3,8,11,
12,15,19,23 53:5,6,
8,9,10,11,15,16,18,
24 54:1,2,3,4,6,14,
16,17,19 55:1,4,19
56:5,10 57:5,7,8,9,
10,11,16,23 58:6,
10,13

**you'd** 27:16 40:10
44:18

**You'll** 34:11 50:10

**you're** 5:20,22 9:12,
17,19 13:4,15,19
14:19 17:1 18:5
19:2 20:18,19,21
21:21 23:8 24:14,22
25:2 29:10,19 34:17
35:10 36:9,11,15
37:9,11,13 40:9
42:9 43:10,22,23,24
45:23 47:21 48:3,4
50:1,4 51:4,8,9,13
53:14 54:3,11 55:19
57:5,15,20 58:1,12

**you've** 5:10 8:24
15:20 18:15,17
30:4,5 37:10 46:6
54:4 55:21 58:11

**your** 7:16 9:16
14:18 18:7 20:8

**with** 23:22 26:18,19 29:8
30:12,15,21 31:13
33:10 34:20 35:3,4
36:10 37:2,7 38:18
40:8 44:3 49:21
52:23 54:5,20
57:16,18 58:6,11

**yourself** 13:8 37:13
52:24

**Youtube** 35:3 48:21

---

**Z**

**zero** 17:10

**Zuckerberg** 37:16,
24 48:23 49:2