# Exhibit 4

**Screenshot A**



Exhibit 4, *Scientific Proof* (4/3/2021) at 00:01.

**Screenshot B**



Exhibit 4, *Scientific Proof* (4/3/2021) at 01:39.

**Screenshot C**



Exhibit 4, *Scientific Proof* (4/3/2021) at 04:05.

**Screenshot D**



Exhibit 4, *Scientific Proof* (4/3/2021) at 18:01.