# Exhibit 5

TRANSCRIPT OF THE AUDIO RECORDING OF:


Absolute Interference: The Sequal to

Absolute Proof with New Evidence

Foreign and Domestic Enemies Used Computers to

Hack the 2020 Election


April 2020


Michael J. Lindell


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          GENERAL MICHAEL FLYNN:  Well what we always had is we

2    always had pressure from foreign influences, foreign

3    interference from different countries. Back in the beginning

4    of this country it was Great Britain and, and France. It's

5    just migrated to countries like China, Russia, Iran,

6    Venezuela, North Korea. And these are all countries that have

7    had some play in our election processes for the last, probably

8    the for the last decade. We've, we've migrated from people

9    going in and voting by hand, by raising their hands, to paper

10   ballots. Now we're into the 21st century, and we have these

11   machines. And these machines, what we do know, one of the

12   things that we do know for certain, is that the machines are

13   connected to the internet. Our FBI and CISA, the cyber arm of

14   the Department of Homeland Security, yeah, they gave out these

15   alerts, and they said, hey, Iran is interfering in our

16   election process. The machines are not supposed to be

17   connected to the internet. They're supposed to be free of the

18   internet. Well, if it's connected to the internet, that means

19   that anybody in any country, and I can name some of the

20   countries, so we know China, we know Iran, we know Spain had

21   something to do with it. We know Serbia, we, were, we've had

22   Italy come up, we've had Germany come up.

23          DR. DOUGLAS G. FRANK:  You can't have a million

24   people sitting at computers controlling this, you have to have

1  some algorithm, some set of steps that can computers can run

2  automatically to control it. That's what I figured out.

3          MIKE LINDELL:  It's impossible to have this same

4  glitch - -

5          DR. DOUGLAS G. FRANK:  Every time.

6          MIKE LINDELL:  In every single county. And so far,

7  it's been every single county you've done in the United

8  States.

9          DR. DOUGLAS G. FRANK:  So far.

10          MIKE LINDELL:  The same thing, the same machines, the

11  same attack, the same people, the same corruption that went

12  on, the same crime against humanity was all, crossed all those

13  states.

14          DR. DOUGLAS G. FRANK:  So for me to get 1.000 and I'm

15  a physicist, that ain't natural buddy.

16          MIKE LINDELL:  Right so it couldn't be done by

17  humans.

18          DR. DOUGLAS G. FRANK:  No, no, it's not.

19          MIKE LINDELL:  100% impossible, had to be machines.

20          DR. DOUGLAS G. FRANK:  Yes.

21          MIKE LINDELL:  And they had to be online.

22          DR. DOUGLAS G. FRANK:  Constantly online.

23          MIKE LINDELL:  Constantly online, everybody. No way

24  could you ever do that humanly, to make all of them exactly

1   increase the same percentage.

2           DR. DOUGLAS G. FRANK:  When I've shown this other

3   people they've said, well, gee, how could people do that? And

4   I say - -

5           MIKE LINDELL:  They can't, it has to be machines - -

6           DR. DOUGLAS G. FRANK:  Has to be.

7           MIKE LINDELL:  And it rhymes with Dominion, and it

8   rhymes with Smartmatic and ES&S, all these machines that were

9   used out there cannot be done by humans and you have to have

10  access before, during and after.

11          DR. DOUGLAS G. FRANK:  This is too extensive. It

12  could not be done by humans. It has to be done by computers,

13  the roomful of computers somewhere, that's connected to the

14  internet, preparing, monitoring, controlling, cleaning up the

15  mess afterwards. And you have to have each step and it could

16  not be humans.

17          MIKE LINDELL:  So it was a, it was a well-thought-out

18  plan.

19          GENERAL THOMAS MCINERNEY:  We had the most massive

20  cyber warfare attack, Mike, in history on our electoral

21  system.

22          COLONEL PHIL WALDRON:  This is cyber warfare. This is

23  the Chinese doctrine of unrestricted warfare and it goes all

24  the way back to the writings of Sun Tzu. The, the acme, or the

1  pinnacle of war is to win without fighting.

2       GENERAL MICHAEL FLYNN:  I mean, we just can't not

3  allow this type of activity to occur with machines that we

4  know are, they're connected to the internet when they're not

5  supposed to be. We have IP addresses, Internet Protocol

6  addresses, that are high, electronic highways going back into

7  these countries and we can see the activity, we can actually

8  see the electronic activity. And believe me, folks, if you're

9  paying attention and you watch some of the, some of the data

10 that Mike Lindell was talking about putting out there, take a

11 look at it. I mean, this is not made-up stuff. This is real

12 stuff. And it's gonna, and it proves that we had foreign

13 interference in our election.

14       ANNOUNCER:  WVW Broadcast Network is pleased to

15 present the Mike Lindell docu-movie, Absolute Interference.

16 Scientific and National Intelligence proof that enemies,

17 foreign and domestic, used computers to hack the 2020

18 election. The Mike Lindell docu-movie Absolute Proof was seen

19 by 70 million in the first four days and 150 million in the

20 first four weeks. Mike Lindell has absolute proof that the

21 largest cyber crime in world history occurred through absolute

22 interference. And now, here is your host, Mike Lindell.

23       MIKE LINDELL:  Hello everyone, the last time I was in

24 this studio we were filming Absolute Proof. I want to give you

1   an update on that. It has now been seen by over 150 million

2   people around the world. And when that launched, I wanted to

3   bring you up to date on that, when we, all the way up to

4   February 5th all the way up to the 4th, I give everyone all

5   the media, my phone number, my direct phone number, not using

6   any PR firm, I like to talk to them direct. And these are all

7   your media, from the, from CNN's to your Fox's, to the New

8   York Times, The Washington Post, all of them, USA Today, ABC,

9   NBC, CBS, they all had my direct number. Well up until the

10  fourth, every single day from morning 'till night they called

11  up, hey, Mike, you know, you lost your Twitter, you lost your,

12  My Pillow's Twitter, they're boycotting you, they're, your

13  retailers are leaving. All these things and, and I kept

14  telling them, you know what, and the reason they're doing that

15  is because I have proof, 100% proof that our country was

16  attacked by China, by communism coming in, this foreign

17  interference to our elections, through the machines, Dominion,

18  Smartmatic, ES&S, all of them. So every day they're mocking me

19  in the news, they're mocking me on late night TV, Jimmy

20  Kimmel, he was great at, you know, making fun of the evidence,

21  you know, it's conspiracy, conspiracy, Mike Lindell is nuts,

22  all these things. Well, I kept telling, on February 5th, we're

23  going to launch, we're going to show you all the evidence in

24  this, in this documentary called Absolute Proof. I told all

1    the media that. Well, here's what came. On February 5th, when

2    I left this studio that morning and this launched at 9am on

3    February 5th, here's what happened. First of all, crickets.

4    No, no media called me, they didn't call, they didn't write,

5    nothing. But here's what did happen. This started, it opened

6    up, Vimeo took it down, YouTube took it down, this is within

7    the first couple hours. 50,000 people a minute were watching

8    it, they're coming to see this evidence. 50,000 people a

9    minute, then it goes up on Facebook. And what does Facebook

10   do? They put a sign over it, it says contains nudity and

11   profanity. They did this big attack on this evidence. And none

12   of them, none of them out there said, oh, this, you know, this

13   isn't true, or this isn't true. They just completely didn't

14   show it. They didn't talk about it. But we all seen it. Every

15   one of you out there seen it. What we're doing tonight, we're

16   gonna, we have another two hour documentary here and this is

17   going to show so far, what we've did, we validated what you've

18   seen before, the cyber attack, the IP addresses, the IDs of

19   the computers. But tonight, I, for the first time, I'm going

20   to see stuff that I've heard is the most amazing evidence to

21   add on to what we already have, the 100% proof times two. It's

22   going to be a great, great, great two hours, and I can't wait

23   to get started.

24            Hello, everyone. Well know we have General Mike

1  Flynn, a hero in our country. And another divine appointment,

2  where I actually met him in January for the first time. And

3  you know, as you all know, I got my evidence, I got the first

4  piece of evidence, that new evidence on January 9th, where I

5  went all in against these machines, and this foreign takeover

6  and everything we had in Absolute Proof. And now here on this

7  one, I wanted the General to come in because he knows a lot

8  more and it started a lot earlier for you. And thanks for

9  being here.

10       GENERAL MICHAEL FLYNN:  Yeah, well, Mike, you know,

11  thanks for having me. And Absolute Proof or Absolute Truth was

12  an unbelievable show that, that came up and at the right time.

13  And what I would just offer on foreign interference, foreign

14  interference in our, in U.S. elections goes all the way back

15  to the founding of this country. And without belaboring all

16  the history of it, One of the things that we learned right

17  after the, the three november election, we had this individual

18  who was participated in the Venezuela election and this is

19  where the, the Dominion machines first popped up.

20       MIKE LINDELL:  That was with Smartmatic right, kind

21  of, birth of the, the birth of the machines everybody.

22       GENERAL MICHAEL FLYNN:  Smartmatic and Dominion,

23  that's right. So you know, and we'll talk about the different

24  machines that are used, Dominion, Hart is another one, ES&S is

1  another one, but these machines that we have applied to our,

2  our election system in our country. So what we have is we have

3  this individual and we knew all this before you even, before

4  we, we met, before we started to talk about all this, we're

5  following, not just the foreign side of it, but how are they

6  working with people inside of our own system too, inside of

7  the election process in the various counties.

8      MIKE LINDELL:  So they, so over, the cheating over

9  the decades and centuries, that's gone in our elections. It

10  just graduated now to where it's high tech.

11      GENERAL MICHAEL FLYNN:  So it's high tech. So what we

12  always had was we always had pressure from foreign influences,

13  foreign interference from different countries. Back in the

14  beginning of this country was Great Britain and and France.

15  It's just migrated to countries like China, Russia, Iran,

16  Venezuela, North Korea, and these are all countries that have

17  had some play in our election processes for the last, probably

18  for the last decade. We've migrated from people going in and

19  voting by hand, by raising their hands, to paper ballots, now

20  we're into the 21st century and we have these machines.

21      SUSAN LOFGREN:  This inspired Braun and the

22  organizers of this year's DEF CON hacking conference to

23  collect over 30 pieces of voting-related equipment, including

24  voting machines and a mock elections office and tell a group

1  of hackers to try any means necessary to break into and

2  reverse engineer them. And it didn't take long. Several were

3  compromised within the first hour and a half.

4      JAKE BROWN:  So if you're a voter in America, we're

5  likely hacking the machine that you vote on. There's a few

6  dozen of these machines and also electronic poll books. In

7  some states people check in on an electronic device as opposed

8  to a paper book.

9      SUSAN LOFGREN:  Do you think that nation states, real

10  criminals have, already have an idea some of the

11  vulnerabilities that are being discovered today?

12      SPEAKER 35:  Absolutely. It's all documented, it's in

13  public documents. It's, it's not hiding anywhere, you can go

14  actually the Secretary of State websites, and download and

15  learn hundreds and hundreds of vulnerabilities.

16      SUSAN LOFGREN:  By the end of the weekend, all of the

17  available machines had been hacked successfully.

18          Do you believe that right now we are in a

19  position where the 2020 election will be hacked?

20      JAKE BROWN:  Oh, without question. I mean, the 2020

21  election will be hacked, no matter what we do, even if we're

22  more successful than I even think we could be in securing our

23  elections.

24      GENERAL MICHAEL FLYNN:  And these machines, what we

1  do know, one of the things that we do know for certain is that

2  the machines are connected to the internet. And most people,

3  most people in this country, when you go in to vote, you're in

4  fact, I believe everything that we discovered, none of those

5  machines are supposed to be connected to the internet, none of

6  them. You're supposed to go in, take your piece of paper, put

7  it in there, you know, you vote, and it's counted. And it's,

8  and it's a legitimate, free, fair and transparent count. And

9  what we've learned is that because they're connected to the

10  internet, we have all these paths, these electronic pathways,

11  or these electronic roads that lead from that machine where

12  that individual voted, where a US citizen voted, and it goes

13  back in through these IP addresses. And all an IP address is,

14  it's a, it's like a roadway, it's an electronic highway, and

15  it goes back into another country. It goes back into, we know,

16  because the FBI and, and the, and the cyber arm of the

17  Department of Homeland Security, CISA, which, which some

18  people learned about during the post-election process. They

19  basically gave alerts out on the, I think it was the 28th of

20  October, prior to the election, and on the election day, the

21  third of November, and they alerted us that Iran was, was

22  interfering in our elections. On those two days alone. One was

23  a couple of days prior, and one was on the day of the

24  election. So our FBI and CISA, the cyber arm of the Department

 1  of Homeland Security. Yeah, they gave out these alerts. And

 2  they said, hey, Iran is interfering in our election process.

 3          MIKE LINDELL:  Because they can see the cyber attack?

 4          GENERAL MICHAEL FLYNN:  Yeah, they can see the the

 5  actual, you know, the actual digital fingerprint or digital

 6  footprint if you will.

 7          MIKE LINDELL:  It's that cyber, it's that spyware

 8  we've talked in Absolute Proof.

 9          GENERAL MICHAEL FLYNN:  Exactly.

10          MIKE LINDELL:  And then one of the things too, and

11  then, and then we found out in Absolute Proof like 60% of the

12  attacks came from China, the IP addresses.

13          GENERAL MICHAEL FLYNN:  So, so when you start to talk

14  about the foreign interference, now what you have to

15  understand is, who are these groups of countries that are

16  working together to interfere in our elections? They do not do

17  it one off, like Iran is not on its own doing it, Russia is

18  not on its own doing it, Venezuela is not on its own, and

19  neither is China. The big, the big sort of gorilla in the room

20  is China.

21          DR. DOUGLAS G. FRANK:  Many have concerns about

22  voting systems with remote access software. And I think we

23  want to make sure that companies no longer sell voting

24  machines that have network capabilities. We need to also to

1  understand supply chains. In December 2019, a study released

2  by Interos, a supply chain monitoring company, showed that one

3  fifth, or 20% of the components in a popular voting machine

4  came from China-based companies. Furthermore, close to two

5  thirds, or actually 59% of suppliers within that machine's

6  supply chain had locations in either China or Russia.

7          GENERAL MICHAEL FLYNN:  China is clearly, I mean

8  everything that we've learned about the ownership of some of

9  these machines, some of these companies to, to how they're

10 actually operating inside of this country. And then all of the

11 things that we've learned about cyber warfare and information

12 warfare over the last couple of decades, particularly as it

13 relates to China, the theft of various databases, and

14 everything that we represent in our digital life, pretty much

15 the Chinese have stolen that information. Now you take it to

16 the elections, you take it to the elections, and you look at

17 the machinery that we are using in our election process,

18 which, you know, I don't know how we are going to go forward

19 as a nation and continue to use these machines, knowing that

20 what we just went through was really a false election. It was

21 a false election. And when, when, and I know that some of the

22 states that we looked at some of the contracts that we looked

23 at, the machines are not supposed to be connected to the

24 internet. They're supposed to be free of the internet. Well,

1  if it's connected to the internet, that means that anybody in

2  any country and I can name some of the countries, so we know

3  China, we know Iran, we know Spain had something to do with

4  it, we know Serbia, we, were, we've had Italy come up, we've

5  had Germany come up. I mean, so these are just, and of course

6  Russia

7        SPEAKER 30:  Many of the states of these United

8  States still use outdated, easy-to-hack voting machines.

9        J. ALEX HALDERMAN:  In every single case where a U.S.

10  voting machine has been analyzed by, by competent security

11  researchers, they have found vulnerabilities that would let

12  someone inject malicious software and change election data.

13  Every single case.

14        SPEAKER 30:  That's Professor J. Alex Halderman from

15  the University of Michigan. He's one of the world's leading

16  specialists in voting systems. He's helped Congress draft

17  legislation on how to beef up election security. But if the

18  machines aren't actually online when you vote, there's no way

19  to hack them, right?

20        J. ALEX HALDERMAN:  This is something that you hear

21  all the time in the U.S. from election officials.

22  Unfortunately, it's not actually true. Those election

23  management system workstations sometimes are connected to the

24  internet, or their, or the data that's programmed into them

1   passes through an internet-connected system. So we're just one

2   or two hops away from an online attacker. I think we need to

3   worry very much in 2020, about not only Russia, but Iran,

4   China and North Korea and other countries that have

5   sophisticated cybersecurity offensive capabilities.

6          GENERAL MICHAEL FLYNN:  Most people won't see it in

7   the regular media in this country, but New Hampshire as an

8   example.

9          MIKE LINDELL:  Yeah.

10         GENERAL MICHAEL FLYNN:  So New Hampshire, one of the

11  things that they learned up in New Hampshire is that in a

12  particular, in one particular district, I guess, or certainly

13  at one of the counties up there, all of the machines started

14  the day with 300 votes already in the algorithm or already in

15  the machine countered for, for Joe Biden. 300 votes already

16  before anybody even turned the thing on. So when they turned

17  them on, 300 votes. We know that in New Hampshire right now

18  that's being investigated, and I and I appreciate the people

19  of New Hampshire doing that. In, I think it's district 20 or

20  22, Claudia Tenney out of New York. Well, she didn't concede

21  her race and I think that they did three canvassings, she

22  continued to win each canvassing, and lo and behold, in her

23  election runoff, in her election race where she won, and now

24  she's a, she's a Congresswoman from New York. Her problem

 1  there was also the machines and the machines not operating

 2  properly, and to disadvantage her. And now the, the defense

 3  against her, the people that are attacking her are saying,

 4  well, it's, you know the machines are the ones that gave you

 5  the race. So you can't have your cake and eat it too. We know,

 6  we know from other, other information that we have that in

 7  other states, and this information is going to come out, in

 8  other states with these algorithms. And even the word

 9  algorithm, you know, it's too many syllables for most people

10  to understand. But essentially what it is, it's a way to

11  manipulate the data in one of these computers, one of these

12  phones or one of these machines that they use, basically, you

13  can set the machines for a certain amount of, amount of votes

14  already, so when they come in at six o'clock in the morning,

15  or seven o'clock in the morning on the third of November, and

16  they turn the machine on, it automatically has a number that,

17  that is for the for the guy that they want to win. And in this

18  case, we know of one particular state where we're looking at

19  it and we think that the, that the machines were all set at

20  35,000, Mike, 35,000 - -

21        MIKE LINDELL:  It is, yes, yeah. We won't name those

22  states but Arizona.

23        GENERAL MICHAEL FLYNN:  Yeah, but they're gonna, it's

24  gonna come out.

1        MIKE LINDELL:  And it's gonna come out. And this is

2   all, and that's just another way that, to cheat with these

3   machines.

4        GENERAL MICHAEL FLYNN:  Right.

5        MIKE LINDELL:  There's actually four ways, maybe even

6   more we don't know about, but these are all the online ways.

7   And you know, we were talking earlier, if y'all, if you watch

8   the movie, and someone said, Mike, you got to watch the movie

9   Kill Chain. So I watched this movie, and I'm going, what? It

10  was like a year ago, it came out on HBO, and my own Senator,

11  Amy Klobuchar, Democrat, she's in the movie saying we should

12  never have these machines.

13       AMY KLOBUCHAR:  We're very concerned because there's

14  only three companies, you could easily hack into them. It

15  makes it seem like all these states are doing different

16  things. But in fact, three companies are controlling this.

17       SPEAKER 43:  We don't know anything about how they

18  organize themselves and how their software works. Because it's

19  all proprietary.

20       MICHAEL DANIEL:  The degree to which the voting

21  machine companies will say we got this. That's almost always a

22  warning sign for anybody in the cybersecurity business because

23  unless they are really, truly skilled and have been doing

24  cybersecurity as their main business for a long time, they

1  usually don't got this.

2      JAKE BROWN:  Unlike Microsoft, who is actually very

3  transparent about their security issues, and they have hackers

4  routinely come in and hack them, and then they make their

5  vulnerabilities public information, in most cases, the voting

6  machine vendors are the opposite of that.

7      JAKE STAUFFER:  What I have found, especially in the

8  voting system arena, is that security is not really taken very

9  seriously.

10     SPEAKER 34:  We hosted a testing plan with the

11 California Secretary of State's office, saying we were going

12 to do X, Y, and Z. And they approved that plan. And so we

13 started that plan of testing. And what we found is, just it's

14 staggering. There were multiple vulnerabilities that could

15 allow an attacker to get the highest level of privilege or the

16 highest level of, of rights, and then gain remote access into

17 the system and do what you'd want to do, whether it's changing

18 the election or shut the system down. And when ES&S discovered

19 that we were not using their testing plans, so they were

20 appalled. When we used our own testing plan and found these

21 vulnerabilities, they pretty much told us that they had their

22 own team and that they were not interested. The fact that we

23 have vendors that say you cannot look at our code is the first

24 problem. In 2014, we evaluated Dominion's Democracy Suite, we

1   found a number of vulnerabilities. The same thing that, with

2   ES&S, we found multiple operating system patches missing. And

3   essentially what that means is the attacker can inject code

4   into that system, execute that with the possibility of

5   receiving some sort of control. If I can get on that system,

6   if I can get access to the data, database, and if I can change

7   the elections, change a, an election for a city, for, for a

8   county, for a state, however. How can a vendor sell a voting

9   system with this many vulnerabilities? And I just, I can't

10  find a straight answer.

11          GENERAL MICHAEL FLYNN:  Amy Klobuchar is in there,

12  Senator Blumenthal, I think is the other senator in there. And

13  if you watch Kill Chain, which is before this happened, over a

14  year ago, before the, the three November election, these

15  Democratic senators are talking about the machines and how

16  corrupt they are, and that we shouldn't count on these

17  machines to actually function properly during our federal

18  elections.

19          SPEAKER 35:  Voting is our capability to have a

20  peaceful transfer of power. If you don't have that, the

21  alternatives are revolutions.

22          SPEAKER 36:  We call them voting machines, but

23  they're nothing more than obsolete computers.

24          SPEAKER 37:  2002 is when they put them in service. A

1  commonly used argument, they are never connected to internet.

2          MR. HICKS:  No voting machines are connected to the

3  internet.

4          JAMES COMEY:  Not connected to the internet.

5          MICHAEL HAAS:  Not connected to the internet and

6  therefore cannot be attacked.

7          SPEAKER 41:  Oh, it wants to go to internet. That's

8  very nice.

9          KIRSTJEN NIELSEN:  In 2016, we know that Russian

10  actors targeted state election systems.

11          SPEAKER 43:  When people say no votes were changed,

12  it misses the point.

13          SPEAKER 44:  Imagine you go in and flip the digits of

14  everybody's address.

15          SPEAKER 45:  When you prevent people from casting a

16  ballot, you've hacked an election.

17          SPEAKER 46:  We may be buying the world's best 20th

18  century military when the battlefront is election security.

19          SPEAKER 47:  I had full access, I could have changed

20  any vote.

21          SPEAKER 48:  It's called a kill chain. Weaponization.

22  Parallelisation. When the governments cannot take action,

23  that's when they will finish the target.

24          SPEAKER 49:  How confident are you that the 2018

1  midterm elections are going to be legitimate?

2       AMY KLOBUCHAR:  I'm very concerned that you could

3  have a hack that finally went through. You have 21 states that

4  were hacked into, they didn't find out about it for a year.

5  And that's one of the reasons that we want to pass our bill so

6  that there's now a requirement that they tell the individual

7  Secretary of States immediately so they can protect

8  themselves.

9       GENERAL MICHAEL FLYNN:  So they were concerned. And

10  they were saying it because, and the reason, the reason why

11  Kill Chain was even done was because of all of the noise about

12  Russian interference in the 2016 election. So as they looked

13  at this, and they looked at foreign interference, which is

14  rampant. Foreign interference has happened in our country for

15  decades, as I mentioned, and it's been going on forever, we

16  are now just in a much more sophisticated means by which they

17  can interfere. And that's what these machines, and so we can't

18  count on them, that's what they are arguing about.

19       MIKE LINDELL:  And that's what they, they're already

20  concerned about. So here we have, we have Democrats concerned

21  a year ago, they were concerned that it would happen to them.

22       GENERAL MICHAEL FLYNN:  In the 2020 election.

23       MIKE LINDELL:  And here's what, here's what I want to

24  say. Right now, it doesn't matter if you're a Democrat or a

1   Republican, these machines and this attack by China and other

2   countries on our country, this is everybody's concern. If we

3   don't, if this doesn't get changed, now, it's over.

4         GENERAL MICHAEL FLYNN:  We are at a transition point

5   in this country where we're sitting here after this third of

6   november election and here we are, you know, in March of 2021,

7   and we're facing this sort of divergence for our nation.

8   Either we're going to continue down the path of being a

9   constitutional republic, or we're going to continue down the,

10  toward this path of being a Marxist, socialist country. And,

11  and I think that what we have to do, Mike, is we have to

12  really resolve this 3rd of November.

13        MIKE LINDELL:  Right, we'll see, and what we're gonna

14  do, just so everybody knows, and the next six weeks, we're

15  pushing out, just like this documentary you're watching right

16  now, we're gonna dump this out. The new social media platform

17  I have of to plight, right now our constitutional rights are

18  just getting, our civil right. Number one, the First

19  Amendment, the right to free speech, that's the first thing

20  they've done is taken that away from all of us. Nobody's

21  hearing about well, we're gonna do an evidence dump, just dump

22  it all out there. I believe this is going to get, when it gets

23  to the Supreme Court, they're gonna look at it this time

24  because everybody, they all probably watched all this stuff

1  over and over again. And they'll, I'm giving them every reason

2  they can't say no.

3       GENERAL MICHAEL FLYNN:  I mean, we're kidding

4  ourselves on, on, on these machines in our, in our election

5  process. And for anybody in this country that stands here and

6  tells you, oh, this is all a conspiracy theory. How many times

7  have we heard the United States government say we've been

8  cyber-hacked by the Chinese or by the North Koreans or by

9  Russia? I mean, we have big, you know, the the big U.S.

10  intelligence community with their intelligence community

11  assessments, the Senate Select Committee on Intelligence, the

12  House Select Committee on Intelligence, the, the reports that

13  they've come out, year in and year out about hacking, and

14  about foreign interference in our elections. We have reports

15  in 2017 2018, 2019, in the summer of 2020, that led us to what

16  we know to be true, which is we know foreign interference is

17  going to occur in our elections. And so knowing all that, Kill

18  Chain, as you mentioned, you had the Democrats come out and

19  are all worried about the machines in the, in the, in the year

20  leading up to the 2020 election. And now all of a sudden, when

21  we find out that the machines actually corrupted our, our

22  election outcome in a, in a massive way, everybody goes, oh,

23  wait a second, there's nothing to see here.

24       MIKE LINDELL:  Because we never get it in a certain

1  party.

2          GENERAL MICHAEL FLYNN:  Right.

3          MIKE LINDELL:  Right but you know what, here's what I

4  say, I want to say it again. The miracle, I think it's a

5  miracle where we're at right now, when we say we almost missed

6  this, you, you have the first miracle that they out, broke the

7  algorithms at night, because if they hadn't broke the machine

8  algorithms, and Donald Trump getting more votes than they ever

9  expected, we would have all went to bed at 3:00 AM. Every

10  state would have turned in their number. We'd have said,

11  better luck next time.

12          GENERAL MICHAEL FLYNN:  Right.

13          MIKE LINDELL:  You know, so instead, we opened, you

14  know, we got to this point, with all these machines, November

15  3rd passed, December 14th passed, January 6th passed, January

16  20 passed, March 4th passed. But you know what, I looked at it

17  as a good thing, you know why? Every single person in this

18  country, my friends that are Democrats, they're going, what is

19  this? This is socialism that came in and communism. This isn't

20  what they voted for as being a Democrat, a traditional

21  Democrat. And I believe and you know I believe this, we've

22  talked - -

23          GENERAL MICHAEL FLYNN:  Yeah.

24          MIKE LINDELL:  I believe when this manifests out,

1  it's going to be the greatest uniting of this country. I don't

2  care what party, I don't care what people, and we're going to

3  get back to a time. Another thing that that's come out of this

4  is all the corruption has bubbled to the surface. Whether

5  you're a Republican, the crooked Republicans like, and Brian

6  Kemp, and those people, Brad Raffensperger, all these guys

7  that bubbled up, senators and Republicans and Democrats, all

8  these people. And now, this is what I see, I was never into

9  politics. I didn't know anything about politics. And all of a

10  sudden now that I've been submersed in it for four years and

11  seeing all these, meeting all these people, what I found out

12  is most of the politicians either have a political agenda, or

13  a personal agenda, or a party agenda, I mean, it's all - -

14        GENERAL MICHAEL FLYNN:  Or they're compromised.

15        MIKE LINDELL:  Or they're compromise, that was my

16  next thing, or they're, or blackmailed somehow. So you have

17  that and there were very few people that I found, one being

18  Donald Trump, that, where he actually was for the people.

19  You're making decisions and ignoring all this noise and

20  saying, here's the problem, here's a solution. But what will

21  it manifest to to help the people? We're supposed to be a

22  government for the people. And that's what we know, we talked

23  about it, we start picking politicians going forward, they

24  better have an agenda to help the people.

1          GENERAL MICHAEL FLYNN:  Yeah I mean they have to be,

2     our country, you know, it was built on individual liberties,

3     the Constitution is about individual freedoms and choices. I

4     mean, that's what it's about. It's not about collectivism,

5     it's not about state control. So we kid ourselves in this

6     country and, and I think that this whole Kill Chain, and we've

7     talked about that a few times in this, in this show, because

8     people need to go and watch it, to understand why we are

9     making this argument now because this has been going on for a

10    while. The Democrats, and you're looking at a guy who stood

11    with Donald Trump going into the campaign in 2016 as a

12    Democrat, grew up as a lifelong Democrat. And I've

13    subsequently changed because, because it's never been about,

14    as Mike talks about getting into politics, it's never been

15    about politics. It's been about the country and serving this

16    country the best that we can. And what I would say is that we

17    are doing our country a disservice if we don't get this thing

18    corrected. And we don't take a hard look at what happened on

19    the third of November. If we don't do that, folks. We are not

20    going to have the country that we believe we should have,

21    which is a constitutional republic, built on individual

22    liberties, we're going to end up with a Marxist, socialist

23    country. And all of us are going to wake up one of these days

24    and we're going to be living in a, in a police state.

1          MIKE LINDELL:  Absolutely. And it's, you know, in

2    Venezuela, when we went back, when it started in Venezuela,

3    didn't they flip that country in two years, right?

4          GENERAL MICHAEL FLYNN:  Right so that, what we, what

5    I learned, almost right after the election, when we started to

6    really go, okay, wait a second, what happened and we started

7    to talk about how the machines really were impacting, as well

8    as some of the other aspects of what was done, really from the

9    fourth through the seventh of November. We this, this issue of

10   Venezuela came up and we had the opportunity to, to, to get

11   some feedback from one of the individuals who was in Venezuela

12   at the time, who was working with, with the Chavez government.

13   And it actually caused, they were able to take the, these

14   machines that they had in Venezuela at the time to basically

15   ensure that that Chavez won the election and then subsequently

16   down the road Maduro. So, so it was almost like the machinery

17   was being tested, if you will, in another country to kind of

18   get a sense of can you actually do this and to work for them.

19   And one of the things and, and I don't know if you can show it

20   on this show, but certainly everybody needs to read Justice

21   Clarence Thomas's dissenting opinion that he wrote because his

22   dissenting opinion, because of all of these cases that bubbled

23   up to the U.S. Supreme Court, nobody looked at the evidence,

24   no, no judge, other than other than one brave judge that I'm

1    aware of up in, up in Michigan, that looked at the actual

2    evidence, even up to the U.S. Supreme Court. So Justice

3    Thomas's dissent, dissenting opinion, which is, which is a

4    very historic read, he essentially says, we are going to lose

5    confidence in one of the most precious institutions in our

6    country, which is our ability to conduct an election. And so

7    that alone should scare every American citizen, because if you

8    have somebody that looks at it like that, because he's, he's

9    looking at the issues in play across the country, because he's

10   smart enough to do that. And he's really one of the only brave

11   ones up there at the Supreme Court level to, to actually look

12   at the system in place and say, wow, we got a problem. None of

13   them looked at the evidence, and they didn't, they didn't

14   bother to do that and that's a shame. So now what we have to

15   do is we've got to get all this information out there.

16   Everything that we know, all the things that I've talked about

17   from, from what we know Venezuela did and what we learned from

18   Venezuela, what we know Iran did. Iran was interfering in our

19   elections a couple of days prior, and then the day of the

20   election. We know from our own intelligence assessments, we

21   know from our, from our congressional inspections and

22   investigations that they've done, we have had massive foreign

23   interference in our elections for the last, you know, for the

24   last 10 years, certainly for the last four years. And they

1  were all griping about it in 2016 yet, nobody wants to talk

2  about it right now.

3       MIKE LINDELL:  When Brad Raffensperger and the

4  President were on the phone. I can't believe that, the logic

5  where we're all live, we've all been living in the Twilight

6  Zone, this call, where the President says, hey, you know, and

7  I don't know about these exact numbers, but you have 8,000

8  dead people that voted, 22,000 non-residents, 8,000 minors,

9  10,000, you know, people voted, double-voted, or whatever it

10  was, he's got all these silos, he goes, we only lost by

11  11,730. Can you give us two of the columns, and we win? And,

12  if you remember what Brad, Brad said, he goes, well, those are

13  the wrong numbers. And the President said, well, where are the

14  right numbers? He said to his person, he said, where did we

15  get these numbers? He said to his person, his person said,

16  sir, we got them from the Secretary of State's office.

17       GENERAL MICHAEL FLYNN:  Exactly. Off their website.

18       MIKE LINDELL:  Off their website, and then the

19  president said, well, when are we getting, when are you going

20  to give us the right numbers? And he didn't answer and the

21  other person said we've been trying to get them for two

22  months. When you finally get Brad Raffensperger,

23  Raffensperger, or whatever his name is, you get him on, up

24  there on, if I got him in a courtroom, I'd say, well, what

1    were the real numbers, Brad? You know, why wouldn't you give

2    the President of the United States the real numbers? I want, I

3    just want no one out there living in fear anymore, because

4    that's what they want. They want us to all live in fear, the

5    socialism, communism coming in.

6            GENERAL MICHAEL FLYNN:  Big time, big time.

7            MIKE LINDELL:  Keep the fear up. Don't live in fear.

8    We're in the greatest, I said before, these are the greatest

9    times ever in history, where we're part of a thing, like you

10   just said, those two paths we can go, well, you know what - -

11           GENERAL MICHAEL FLYNN:  One is we continue on to be a

12   constitutional republic or another is we're going to go the

13   way of the wolves here and we're going to be a socialist,

14   Marxist country- -

15           MIKE LINDELL:  And I believe, I believe we're going

16   to be taking the right path and we, it's going to be the

17   greatest revival ever. I use Proverbs 3:5-6, "Trust in the

18   Lord with all your heart, lean not on your own understandings,

19   in all ways acknowledge Him and He will guide your paths." And

20   we're going down the right path and it's gonna, it's going to

21   open up and and it's going to be the greatest uniting ever. I

22   really believe that.

23           GENERAL MICHAEL FLYNN:  I think that at the end of

24   this, as we go through this discovery of truth, which is

1    really all we want, that the American public are going to

2    realize just how great this country is, again. You know, when

3    people start to say that there's an awakening going on,

4    there's an awakening with, with, as Mike, you know, highlights

5    his faith and the faith that we have in our system and in each

6    other, what we need to have is we need to have faith in the

7    institutions of our countries, particularly our federal

8    government. That faith in the in the institutions of our

9    country has broken down. And it's broken down primarily

10   because of this election, and we cannot have this in this

11   country. So in order for us to renew that faith, the faith

12   that we have in, in, in God Almighty, and the faith that we

13   have in the United States of America, as a great country, as

14   the greatest country on the planet in the history of the

15   world, we have to allow the truth to come out. And trust me,

16   folks, the truth is going to come out. And, and I will say

17   that, and I forget the particular date that he said it, but he

18   gave a great statement, and that was President Donald J. Trump

19   while he was still in office, he made a statement, he said,

20   essentially, if it was a fair game, I'll be the first one to

21   say I got it, you know, I worked hard to, to win and I

22   obviously didn't win. But this wasn't a fair game, it was not

23   a fair game. And, and the evolution of our election system

24   with this machinery that exists in every single state, paid

1  for by U.S. taxpayers. And, and, and now they're telling us

2  that we can't look inside of these things that because it's

3  somebody's, it's a proprietary software? Baloney. That, no way

4  in the world. This doesn't belong to Dominion, it doesn't

5  belong to ES&S, it doesn't belong to Hart, it belongs to the

6  American citizenry of those particular states. Because guess

7  what, folks, you're paying for it and federal dollars pay for

8  it in this Voting Act stuff I think they put out, it's

9  somewhere between three and five hundred million dollars

10  spread around the states to pay for some of these election

11  processes and systems, principally these machines.

12       DAVID JEFFERSON:  I was the chief technical adviser

13  to the Secretary of State of the largest state in the United

14  States and I was not allowed to look at the software running

15  in Diebold or any other vendors' voting systems. To this day,

16  I have not been allowed to look at that software.

17       SPEAKER 52:  Software like this is installed in more

18  than 30 states. If someone tampers with it, or it just

19  malfunctions, then the wrong people can win elections. If that

20  happens, hundreds of representatives, judges and other

21  officials may hold offices they are not elected to. Democrat

22  or Republican, it affects us all.

23       DAVID DILL:  Suppose we didn't have any computers at

24  all. And when you went to vote, the voting booth was separated

1   by a curtain and there was a guy behind the curtain who would

2   write down your votes. So you just dictate them, he writes

3   them down and when you're done, you leave without being able

4   to look at the ballot. Most people in their right mind would

5   not trust this process, the guy behind the curtain could be

6   incompetent, he could hear your votes wrong and record them

7   improperly. Or it could be that he doesn't like your political

8   affiliation, would prefer to see your votes cast for someone

9   else. In an electronic voting machine, you don't have a little

10  guy inside the machine taking dictation but you have lots of

11  people who are involved in writing the software and lots of

12  people who could have touched the software before it went into

13  that machine. If one of those people put something malicious

14  in the software, and it's distributed to all the machines,

15  then that one person could be responsible for the change of

16  possibly tens of thousands of votes, maybe even hundreds of

17  thousands across the country. That's a very dangerous

18  situation.

19          SPEAKER 54:  You know, I began looking into these

20  voting machines. And one reason I was so curious is because

21  it's a secret how they work. The companies that make them keep

22  it a secret, none of the computer scientists felt they could

23  even look at the code because the code was supposed to be a

24  secret. The certification labs that examine it, keep their

1  process a secret of what they do. And even the election

2  officials who buy the equipment are prohibited by their

3  contract from ever looking and seeing how it works.

4      MIKE LINDELL:  Now we have with us Dr. Douglas G.

5  Frank, and I want to tell a little bit of a introduction here.

6  I met a gal that actually ran for congress in Pennsylvania.

7  And she got completely cheated out of her race. She was in the

8  lead, the machines did their, did their flip. And she checked

9  in, and she went precinct by precinct. Actually, I got to

10 become good friends with her and then I find out just before

11 we were doing this documentary, that she had also reached out

12 to other people to get help. And you were one of them.

13 Actually, the main one, I think, that, that is dug into this

14 and what's your background, doctor?

15      DR. DOUGLAS G. FRANK:  I have a PhD in surface

16 electrochemistry. It's a, it's a fancy name, but it basically

17 means I like to study surfaces. And in my field, usually there

18 are lots of data coming in and you have to model it. So give

19 me lots of data and have to make models, that sounds like an

20 election to me.

21      MIKE LINDELL:  Right, right. Absolutely.

22      DR. DOUGLAS G. FRANK:  So she asked me to look at her

23 results.

24      MIKE LINDELL:  So you would know deviations, and you

1  would know, the numbers, you know and - -

2          DR. DOUGLAS G. FRANK:  Absolutely.

3          MIKE LINDELL:  I deal with a lot of that too daily in

4  my business too where you see these, see these spikes or

5  whatever, and you wonder how did it happen? Has to have a

6  different input to get a different output, right?

7          DR. DOUGLAS G. FRANK:  That's right.

8          MIKE LINDELL:  And, and so you, well, why don't we

9  dig into what you did then?

10          DR. DOUGLAS G. FRANK:  Sure.

11          MIKE LINDELL:  So she reached out to you and said,

12  hey, can you help me because she - -

13          DR. DOUGLAS G. FRANK:  Yes and I immediately saw some

14  problems. And I began investigating those problems in her

15  data. It's sort of like a physicist trying to figure out a

16  phenomenon. And I started studying those data. And after a

17  while, I uncovered the algorithm that's being used to control

18  how many registrations there are in a county, and how many

19  ballots there are in a county. And it's surprising, and I

20  figured that out in her County, and there's a fascinating

21  correlation with the national census. They're using the

22  national census to regulate that. But anyway, you can get the

23  census county by county, but I analyzed her county - -

24          MIKE LINDELL:  I want, before you, before we get

1   started on that. What you found, I want everybody to know,

2   this could only have been done through the internet or through

3   machines, is that correct?

4           DR. DOUGLAS G. FRANK:  No question.

5           MIKE LINDELL:  You could not have done this by hand

6   or this had to be done through a machine being online, or

7   being a hack coming in.

8           DR. DOUGLAS G. FRANK:  Absolutely and there are

9   stages to it, you have to prepare ahead of time, you have to

10  have access during and you have to have access afterwards.

11          MIKE LINDELL:  Did everybody hear that? All three,

12  access before, during, and after?

13          DR. DOUGLAS G. FRANK:  Yes, correct. And by the way,

14  in Pennsylvania, we proved each of those. You could see we

15  have forensic evidence. In other words, this isn't just some

16  scientists geek having fun in his laboratory, hypothesizing

17  something, we actually went in - -

18          MIKE LINDELL:  You have absolute proof.

19          DR. DOUGLAS G. FRANK:  Yes, we do.

20          MIKE LINDELL:  So you knocked on doors?

21          DR. DOUGLAS G. FRANK:  1600 doors we knocked on and -

22  -

23          MIKE LINDELL:  To see if the people were actually

24  existed.

1          DR. DOUGLAS G. FRANK:  And they don't.

2          MIKE LINDELL:  Then they don't exist.

3          DR. DOUGLAS G. FRANK:  Right. And so, and then the

4    question is - -

5          MIKE LINDELL:  By the way, everyone, I'm hearing this

6    for the first time too, the first time, we've never talked

7    about this. I want everyone to know that. And the reason I

8    want to do this is because I'm going to have the same

9    questions you would all have out there. I just heard that

10   this, there's going to be an amazing presentation. Why don't

11   we get right into it?

12         DR. DOUGLAS G. FRANK:  When I use the word algorithm,

13   a simple way to understand that is it's just like a recipe.

14   It's a set of steps, a set of measurements, two teaspoons,

15   whatever. But it's not just numbers, it's also got some steps

16   involved. And so that's, that's what I figured, I figured how

17   are they doing this? So the first thing you need to understand

18   is that every county in the, in the United States has what

19   they call a registration database. It's got the names, it's

20   got the, when they were registered, when they were born. And

21   it's also got their entire voter history. So you can in this,

22   you know, like, for example, this last column is, is November

23   3rd election. So everybody who voted in the November 3rd

24   election has a little X here, okay? But you notice a lot of

1  people didn't vote. Look, here's a person, in fact, they

2  should be on the rolls legally. But there they are, boom, they

3  voted. And here's one, never voted at all. So they're on the

4  rolls, though. So the first thing you do, think of it like a

5  credit line, you need to fill up the registration so you have

6  more registrations than you need. Then you fill in the ballots

7  to get the outcome that you want. And all you have to do is

8  control one number and you can control the whole election,

9  just decide - -

10       MIKE LINDELL:  So these are people that were, that

11  were registered or never registered?

12       DR. DOUGLAS G. FRANK:  Right, right now, these are

13  all registered. The, the thing about it is, is how do you know

14  if they're real? There's only one way to know, you have to go

15  knock on the door and say - -

16       MIKE LINDELL:  And that's what you guys did.

17       DR. DOUGLAS G. FRANK:  We did do that.

18       MIKE LINDELL:  And they didn't exist.

19       DR. DOUGLAS G. FRANK:  We predicted, out of the 1,600

20  doors we knocked on, we predicted we would find 30% of the

21  houses would have at least one phantom voter. Phantom voter is

22  like, you knock on the doors and it says on the list that John

23  Smith lives there. And you have a ballot from John Smith,

24  right, you have Max, but no John Smith lives there.

1          MIKE LINDELL:  Right. So they're using people that

2    don't exist, but they're registering them to use for their

3    algorithms in the machine.

4          DR. DOUGLAS G. FRANK:  Exactly. Because yeah, because

5    if you think about it, after the election, what if the

6    election is challenged, somebody is going to count ballots.

7    You better have registrations and you better have ballots.

8          MIKE LINDELL:  That they match up.

9          DR. DOUGLAS G. FRANK:  Yes. So you have to control

10   it. But the thing about it is, the country is big. You can't

11   have a million people sitting in computers controlling this.

12   So you have to have some algorithm, some set of steps that

13   can, computers can run automatically to control it. That's

14   what I figured out. How could I do that? Well, I knew who's

15   registered and I knew where the ballots were, what had to

16   happen in between? So it's sort of like, it's like a

17   translation, kind of like the wind talkers in World War II.

18   You know, they translated it into Navajo, then the Navajo

19   would, and then on the other side, the, they would translate

20   it back into English to get the commands. So, I needed to

21   figure out that language in between to get from population or

22   registrations to the ballot. So, so that's what I figured out.

23   So this is, this is Hamilton County, Ohio. And you notice

24   across the bottom here, you've got age. Okay? And then this is

1   how many people in each of those count, of each age. These are

2   real data by the way, you can download this right from the

3   United States Census. You don't even have to do anything

4   nefarious.

5          MIKE LINDELL:  Right. So these are all registered

6   voters.

7          DR. DOUGLAS G. FRANK:  This, no, this one is just

8   population.

9          MIKE LINDELL:  Oh, that's just the population, just

10  the population.

11         DR. DOUGLAS G. FRANK:  Yeah, you have 12,000 people -

12  -

13         MIKE LINDELL:  Okay, I got you, I got you.

14         DR. DOUGLAS G. FRANK:  And you'll notice that, you

15  got the millennials and the baby boomers and then people

16  passing away.

17         MIKE LINDELL:  Okay, yep. All right.

18         DR. DOUGLAS G. FRANK:  And that's just the United

19  States Census. So as it turns out, the black curve are the

20  number of people who are registered in Hamilton County. It

21  looks a lot like the population.

22         MIKE LINDELL:  It's exactly the population.

23         DR. DOUGLAS G. FRANK:  So the look on your face is

24  exactly the right response.

1          MIKE LINDELL:  Right, like, how could that be?

2          DR. DOUGLAS G. FRANK:  How can that be?

3          MIKE LINDELL:  It's Impossible.

4          DR. DOUGLAS G. FRANK:  Just everybody is registered.

5          MIKE LINDELL:  Everybody's registered.

6          DR. DOUGLAS G. FRANK:  So I've told this to several

7    political analysts and experts. And when I showed it, they're

8    like, wait a minute, that can't be. Most of the time, it's 70,

9    80%. How can you, county after county I have seen this.

10          MIKE LINDELL:  County after County. Now let me

11    interject right there. This is Ohio. I want everybody to know

12    that these machines, this stuff went across the country, every

13    state. You know, and they say, well, how can that be? Ohio was

14    like, 7, 8% that - -

15          DR. DOUGLAS G. FRANK:  Trump.

16          MIKE LINDELL:  - - That Trump won by.

17          DR. DOUGLAS G. FRANK:  Donald Trump, yeah.

18          MIKE LINDELL:  He actually won by 15, or 16%. This is

19    what we have in the first Absolute Proof, where we show you

20    the attack on our country and the algorithms we showed there.

21    Now, I want everyone to know, this is completely separate from

22    that. This is, what we have over here, that we showed you in

23    the first documentary, completely separate. What you have done

24    is validated what we told him in the first Absolute Proof.

1          DR. DOUGLAS G. FRANK:  And as a scientist, I love

2    that because it's a control. This is the first time I've ever

3    spoken like - -

4          MIKE LINDELL:  That we, that we've ever even spoken

5    about this. I'm surprised, this is amazing. Well, so why would

6    they do, why would they register everybody?

7          DR. DOUGLAS G. FRANK:  Well, because, think of it

8    like a credit line. The more people you have registered, the

9    more balance you can put in wherever you need them.

10         MIKE LINDELL:  Right. Right. Right.

11         DR. DOUGLAS G. FRANK:  In fact, speaking of ballot -

12   -

13         MIKE LINDELL:  Okay, that was the first red flag that

14   they match.

15         DR. DOUGLAS G. FRANK:  Exactly. There's something,

16   everything here, none of this is theoretical. This is all real

17   data.

18         MIKE LINDELL:  This is all this is all absolute facts

19   and proof.

20         DR. DOUGLAS G. FRANK:  Yes and the exciting thing to

21   me about it is that anybody can do this. You can go right now

22   online Secretary of State webpage in Ohio, which is why I

23   picked Ohio, you can't do it in some states, and you can

24   download these - -

1          MIKE LINDELL:  Where are all the crooked Secretary of

2  State's or you can't do them in those states, right?

3          DR. DOUGLAS G. FRANK:  That's right.

4          MIKE LINDELL:  Right. We can't do it in Georgia, we

5  get that.

6          DR. DOUGLAS G. FRANK:  I've done several states

7  already. And there are several states ongoing. I've already

8  shown this in Florida, Pennsylvania, Colorado, and Ohio.

9          MIKE LINDELL:  And they're all identical.

10          DR. DOUGLAS G. FRANK:  Everywhere.

11          MIKE LINDELL:  Every single state that you've been in

12  - -

13          DR. DOUGLAS G. FRANK:  Is using the same algorithm.

14          MIKE LINDELL:  The same algorithms with the machines.

15          DR. DOUGLAS G. FRANK:  Yes. The blue curve is the

16  population. And that's just downloaded from the census. The

17  black curve are the number of people that are registered,

18  that's just downloaded from the downloadable database and the

19  red curve are the number of ballots.

20          MIKE LINDELL:  Now are these the ballots of people

21  that voted, that actually, but that they're saying voted?

22          DR. DOUGLAS G. FRANK:  Well stated. It's who they say

23  voted. Yes.

24          MIKE LINDELL:  Now I can see this right now. I hope

1  everybody notices it. There is no way in mathematical history

2  that the same, that the, that the curve would be like that,

3  that the same amount of people 20 years old voted,

4  proportionate to the population, the same amount of 30

5  year-olds, same amount of 50 year-olds, same amount of 80

6  year-olds, same amount of 90 year olds, right?

7          DR. DOUGLAS G. FRANK:  Absolutely.

8          MIKE LINDELL:  That's a deviation of all time. It's

9  impossible.

10          DR. DOUGLAS G. FRANK:  And you ain't seen nothing

11  yet.

12          MIKE LINDELL:  Wow.

13          DR. DOUGLAS G. FRANK:  Just look, just look at the

14  shape. Look at how the details are mirrored. I mean, the shape

15  of the registration is mirrored in the ballot - -

16          MIKE LINDELL:  It's exactly. This is, this is - -

17          DR. DOUGLAS G. FRANK:  I'll make it obvious.

18          MIKE LINDELL:  Wow. Okay, everybody look at this.

19  This is what, it didn't matter what, who you voted for, what

20  you did. They, they did it for you, this attack on our

21  country, by foreign interference, foreign actors coming in,

22  and with domestic actors, too, because it had to be

23  pre-programmed, right?

24          DR. DOUGLAS G. FRANK:  Yep.

1      MIKE LINDELL:  These, they had to be, remember they

2  had to be, it had to be planned, they had to be online, and

3  then they had to be online afterwards.

4      DR. DOUGLAS G. FRANK:  Before, during and after.

5      MIKE LINDELL:  Before, during and after. And this is

6  100% proof that this happened. And this is Ohio, but you're,

7  every place you're checking.

8      DR. DOUGLAS G. FRANK:  I did all 88 counties in Ohio

9  perfectly. I can predict every one of them.

10      MIKE LINDELL:  All 88 counties in Ohio.

11      DR. DOUGLAS G. FRANK:  Yeah, yeah. And you would

12  think, and honestly, when I was working in Pennsylvania, I was

13  bragging about Ohio. Yeah, you guys have all these problems in

14  Pennsylvania. And so one of the people there said, well have

15  you run any other states and I hadn't even thought about it. I

16  was so busy digging up all the corruption here. So I went over

17  to Ohio and I was all ready to be all proud about it. And

18  suddenly - -

19      MIKE LINDELL:  You're going, what?

20      DR. DOUGLAS G. FRANK:  What?

21      MIKE LINDELL:  Well, it's just like, it's just like

22  Texas, you know, they didn't, they were all proud they didn't

23  use the Dominion machines. Well, we have, we have 100% proof

24  it was all in Texas with the other machine, the ES&S, or

1  Smartmatic, whatever they had.

2          DR. DOUGLAS G. FRANK:  Yes.

3          MIKE LINDELL:  So what, this is why, you, everyone

4  out there, when I say to you all, what we showed in Absolute

5  Proof, in the first one, the actual vote totals were almost 80

6  million for Donald Trump and for Biden it was a little over 66

7  million. Those are real, how can these numbers flip so much?

8  You see this is just Ohio. And all 88 counties having that

9  algorithm?

10         DR. DOUGLAS G. FRANK:  Yes.

11         MIKE LINDELL:  You know, this is, it's, it was done

12  every single state.

13         DR. DOUGLAS G. FRANK:  Every state

14         MIKE LINDELL:  And this is what we have over here

15  with the spyware, we're, we've all told you in Absolute Proof,

16  the first one. Well we're going to show some, you know, some

17  of that in this, in this documentary, too. But I just, this

18  is, this absolutely validates the attack of the algorithms and

19  this, flipping through. So they, I can't even believe this.

20         DR. DOUGLAS G. FRANK:  Well and this is, and all I

21  did here was just take this black curve and multiply it by one

22  number, 86%.

23         MIKE LINDELL:  86%. So when is, now what is that

24  telling everybody?

1          DR. DOUGLAS G. FRANK:  One simple number does that

2     but what if you wanted it to fit everywhere? Why not multiply

3     by 86% here and something else here? Well, already, well that

4     was red flag number two, the fact that there's such a good

5     appearance. That, that what if I allowed you to have different

6     percentages for each age? Then the 86% works here, but it

7     doesn't work here. But what if I have a number for each one?

8     Okay, I can do that. You need a different proportion for every

9     age - -

10         MIKE LINDELL:  Proportion for every age, right. So

11    you could put, they could put that in too.

12         DR. DOUGLAS G. FRANK:  When you do put in a

13    proportion for every age, then you can predict it much better.

14    Now I left a little bit of an error here on purpose and you'll

15    see why in a minute. Because the proportions I'm using are the

16    same ones I use in every county in the entire state. In other

17    words, one set of numbers right works, every county - -

18         MIKE LINDELL:  Every single county. Now this is, it

19    could only be done with machines that are online.

20         DR. DOUGLAS G. FRANK:  Has to be.

21         MIKE LINDELL:  Now, now, I'm gonna ask you this

22    because you not knowing what we've had, and did you watch

23    Absolute Proof?

24         DR. DOUGLAS G. FRANK:  Of course.

1          MIKE LINDELL:  Okay. The stuff that you've seen at

2    the end with all the attacks from, with this spyware, now

3    those, those, now those, what they use there, that system,

4    okay, now it's, because you don't know how this happened. You

5    just know, it's, it was, it couldn't be done by, by - -

6          DR. DOUGLAS G. FRANK:  It could not be done by

7    people.

8          MIKE LINDELL:  By people, it could not be done by

9    people.

10          DR. DOUGLAS G. FRANK:  No.

11          MIKE LINDELL:  So what is validated? It could not be

12   done by people. But we also know who did it, where it came

13   from, where the hacks came from, how they got in, did they

14   break the firewall, did they did they, were they, were they

15   allowed access, you know. And it's amazing, you haven't found,

16   you didn't find one, one county in Ohio or when, I mean you

17   checked every one.

18          DR. DOUGLAS G. FRANK:  And, and there's more to that,

19   too. So I was watching Absolute Proof and the first three

20   fourths of it are so, was just stuff I'd already kind of heard

21   in the news following what's going on. But when you got to the

22   last fourth, I was on the edge of my seat - -

23          MIKE LINDELL:  With all the actual attacks.

24          DR. DOUGLAS G. FRANK:  And the graphics were great.

1   But that, but I'm a numbers guy. The graphics are cool but you

2   know what, I was looking at your log, 3,000 pages of logs. And

3   I noticed in the last column, every one of those things, it's

4   like, take this many ballots away, take that many ballots

5   away, take that many ballots away. And I'm thinking I know

6   exactly, I know exactly what is going on right there. So I

7   felt like, okay, you're providing all the access, and I, but

8   wha,t but what does it, what does it do once it's in? I can

9   tell you what it's doing when it's in. So the two marry.

10          MIKE LINDELL:  Perfect.

11          DR. DOUGLAS G. FRANK:  And so the whole time I'm

12   thinking, I got to talk to Mike, I got to talk to Mike.

13   Because I got what, exactly the other half of the story.

14          MIKE LINDELL:  And then, and then everyone realized

15   this, and we have this divine connection between the gal that

16   I had met and the gal you had met and that's how you ended up

17   here.

18          DR. DOUGLAS G. FRANK:  Yeah.

19          MIKE LINDELL:  And I want to tell you this is, we've

20   found out since you watched that, you know, you've seen all

21   those IP addresses - -

22          DR. DOUGLAS G. FRANK:  Yeah, absolutely.

23          MIKE LINDELL:  Now we've went across the country and

24   validated, you know, and validated, does the, is this computer

1  exist at this IP address? So we validated that. I mean, this

2  is since, since Absolute Proof, and it's, and then now to have

3  100% evidence that it happened everywhere. You know, they just

4  marry each other, it's perfect.

5      DR. DOUGLAS G. FRANK:  What I like what you did is

6  you, you, you have the log, but then you went on the ground,

7  boots on the ground and confirmed.

8      MIKE LINDELL:  And confirmed it and that's what we

9  did. And there's, what you're seeing there, that was just a

10  sampling. We have the whole United States, we have hundreds of

11  thousands, actually millions of, millions of pages of cyber

12  footprints, of these all attacks. And then we have, we convert

13  them into the actual IP address, cyber footprint, who

14  attacked, who did it, what time they did it, what computer

15  came out of China to do it and what, what county attacked

16  here, what computer went into the IP of the computer, the ID

17  of the computer. Now what I'm going to be doing, just so

18  everybody knows, is taking the data from that and then we're

19  going to take this now and go, wow, you're identical.

20      DR. DOUGLAS G. FRANK:  Yes.

21      MIKE LINDELL:  You know, I mean, this is, in all

22  these states that think that this wasn't, you know, that they

23  weren't, you know, the five swing states or six swing states.

24  It was everybody. So what, so what that confirmed, like I

1   said, I always wonder like, states like Ohio and Iowa and

2   Florida, which you won by, you know, 5 to 8%. They were double

3   that.

4           DR. DOUGLAS G. FRANK:  Easy.

5           MIKE LINDELL:  They were easily double that. And

6   everyone says, well, why did they take those states too? Well,

7   because if they took everything, obviously you'd have an

8   investigation right away. We were just a blessing, a miracle,

9   that on election night, they under-predict, they

10  under-predicted by about 12 to 14 million votes that President

11  Trump was going to get because of everyone out voting and

12  getting it, you know this great president, that he had

13  fulfilled all his promises and everything else. So they didn't

14  expect that. And that's what broke those algorithms and you'll

15  see it in Absolute Proof. Well, they broke it, because why?

16  They were running out of railroad track, they were running out

17  of race.

18          DR. DOUGLAS G. FRANK:  That's why they had to stop it

19  in certain places.

20          MIKE LINDELL:  That's why they had to stop it in the

21  middle of the night, and everybody knows that story. And by

22  the way, I want to tell them one more time, those, everyone

23  thought that was mail-in votes, those big spikes. No, that was

24  a million votes came in the day before, the morning of the

1  third. I know that was, there was a big trick going, well,

2  what do we do now? What do we do now? That's why it took

3  Arizona a week to figure some out, Pennsylvania a week, you

4  know, all these things. Michigan, they just went all, boom

5  let's just put in a hundred and some thousands votes for

6  Biden, just pop them in there, you know. But this, this

7  attack, you know, I don't care if you're a Democrat or a

8  Republican. It doesn't matter. This is, what did you think

9  when you seen this, as just a citizen of our country going,

10  it's over, right? Elections are done forever.

11       DR. DOUGLAS G. FRANK:  Well, I'm a scientist. And so

12  the first thing I had was elation. Woo-hoo! I solved the

13  problem. Eureka. Then after that, I felt violated. I felt our

14  country has been violated.

15       MIKE LINDELL:  Right. This is coming out now. We have

16  states coming out over like Wisconsin now and New Hampshire.

17  And all these things are coming up, where they're, it's just

18  gonna validate this massive crime against humanity, crime

19  against the United States, and crime against all people, I

20  don't care what political side you're on. Do you know that

21  they, there was a movie, Kill Chain, came out a year ago, and

22  the Democrats were, they're gonna we cannot use machines,

23  because they have these algorithms, you know.

24       DR. DOUGLAS G. FRANK:  And they're afraid it's gonna

1   be used against them.

2           MIKE LINDELL:  They were afraid, against them. You

3   know, just because you're, just because you're a, a Democrat

4   out there and this happened to be this time, you think it's on

5   your side? This isn't the Democratic Party, this is communism

6   and socialism that came into our country now. And everybody,

7   this is what I'm saying, I actually, what's going on right

8   now, even my Democrat friends are going, wow, this is, you

9   know, this is not what we voted for. This is an attack on our

10  First Amendment rights. Are they, what do they do when

11  communism and socialism come in? You take away the First

12  Amendment, you take away free speech, suppress that, cancel

13  culture, cancel people out and then, and then you start just

14  going, going out there and saying, here's, this is one voice,

15  and that's their voice. And, and it's all control, you know?

16  So this is, it's exciting. I've told before I said, it's

17  exciting, what you just said, then you have peace. But there's

18  also an excitement. It would be different - -

19          DR. DOUGLAS G. FRANK:  Yes, I agree.

20          MIKE LINDELL:  You know, at least we know that we

21  have all the evidence now. So what is done with that? You

22  know, I said, what, over the next five or six weeks, we're

23  going to do an evidence dump of just, of the country and the

24  world, so they can see everything before we get this to the

1    Supreme Court. Because by the way, everyone, no one has seen

2    this evidence, no one out there. This wasn't, this wasn't

3    available on, you know, in November, it wasn't available in

4    December, this is all new. That, it was, and yours was even

5    brand new, brand new, this is brand new, and validates what I

6    found, and brought to me on January 9th, and from then on,

7    it's been just, and you're finding it all over the country.

8    This is the miracle that if we would have, if, if everyone

9    would have done their job and with the dead people and like I

10   said in the first Absolute movie, and the, the non-residents

11   that voted. You can take all the swing states and Donald Trump

12   won them anyway, even with those - -

13            DR. DOUGLAS G. FRANK:  Oh, easy.

14            MIKE LINDELL:  I call it organic, organic cheating.

15   But then we wouldn't be where we're at now to catch these

16   machines. And if we, if we didn't do this, if this didn't

17   happen, it's over. Once you say there's never, why even have

18   another election, right?

19            DR. DOUGLAS G. FRANK:  Oh no, the whole thing is an

20   illusion.

21            MIKE LINDELL:  It's an illusion. If, if you, if you,

22   I mean, did that scare you, the going, wow, we're never going

23   to have a fair election again in history?

24            DR. DOUGLAS G. FRANK:  And well, what's the first

1    thing that happens with the new administration HB1. What does

2    that do? It basically registers everybody, you're giving them

3    an infinite credit line.

4          MIKE LINDELL:  Yeah, you're done. It's over. And

5    that's why the whole world is watching. I've had calls from

6    other countries like you wouldn't believe going, you know,

7    we're praying that you guys can, you know, get this exposed,

8    get the truth exposed, because they're next. You know, this

9    all started back in Venezuela when they took that country in a

10   couple years, with Smartmatic started back then. And, you

11   know, these machines have been, you know, it's a tool, anyone

12   can win any election. Well, I want to win this one, you know,

13   they asked me, would you run? I said I wouldn't run for a dog

14   catcher right now, because somebody else would pick the

15   winner. Just so everybody knows, we've been, we've, have

16   everyone out there, have all these different groups now on the

17   ground in all these states, and, you know, just came up, I

18   just seen it yesterday with Wisconsin, they're gonna, you

19   know, all these places now, they're going to open up stuff for

20   auditing. Wisconsin, Georgia, New Hampshire, all these, all

21   these deviations. Now, they're going to finally open up so we

22   can look at it. And then we're going to have you, I'm going to

23   have you, Dr. Frank, out there, you know, using this

24   algorithms because there's just, now we can validate three,

1  four different ways and validate that this was the biggest

2  attack ever. They've been one of the biggest crimes, I think,

3  committed in world history.

4        DR. DOUGLAS G. FRANK:  Another word for algorithm is

5  model. The cool thing about having a model is you can predict

6  the way things should be. Well, if it deviates from there,

7  why?

8        MIKE LINDELL:  Yeah, right.

9        DR. DOUGLAS G. FRANK:  Those are the mistakes and

10 we've got a lot of those. And I could take you right to the

11 door, I can take you right to the address of the person we

12 need to knock on their door. Which is so fun about, that's

13 what's fun about these algorithms.

14       MIKE LINDELL:  Yeah, you can, it's a validation,

15 validation, validation.

16       DR. DOUGLAS G. FRANK:  Absolutely. Yes.

17       MIKE LINDELL:  And I want everyone you know, when you

18 talk about algorithms too it's like, like I've said before,

19 you know, I look at what my company, I look at everyday, all I

20 do is look for the deviations. What, you know, if one station

21 does 10 times more than it was supposed to, something's wrong.

22 You know, or, you know, it had to have a different input to

23 get out the output. Now, over here, I might have, I might

24 have, let's say a station did 20,000, normally it does 2,000,

1   that individual station you can look into, find out, you know,

2   was the commercial different? Did it rain that day? Whatever,

3   something changed it. But when, but if all of a sudden one

4   day, all My Pillow, outlets were all that, the same, and the

5   same, the same exact percentage? I'm going, okay, something

6   happened here. And it wouldn't be that they really did that

7   money, it would be something that changed in the, in my

8   computers that had to do that. Because you could not, no way,

9   could you ever do that humanly to make all of them exactly

10  increase the same percentage.

11          DR. DOUGLAS G. FRANK:  When I've shown this other

12  people they've said, well, gee, how could people do that? And

13  I say you couldn't, you couldn't.

14          MIKE LINDELL:  You can't, it has to be machines --

15          DR. DOUGLAS G. FRANK:  It has to be, has to be.

16          MIKE LINDELL:  -- and it rhymes with Dominion, and it

17  rhymes with Smartmatic and ES&S, all these machines that were

18  used out there. And, and it can be, and it can be, once again,

19  I just want to say one more time, cannot be done by humans and

20  you have to have access before, during, and after.

21          DR. DOUGLAS G. FRANK:  This is too extensive. It

22  could not be done by humans. It has to be done by computers.

23  I'm imagining a roomful of computers somewhere, that's

24  connected to the internet, preparing, monitoring, controlling,

1  cleaning up the mess afterwards. And you have to have each

2  step and it could not be humans.

3        MIKE LINDELL:  So it was, it was a well-thought-out

4  plan.

5        DR. DOUGLAS G. FRANK:  I don't think it started this

6  year. I think it's been going at least since 2008.

7        MIKE LINDELL:  Yeah, right. And they, and you're

8  exactly right too, we've got, that's what we have over here.

9        DR. DOUGLAS G. FRANK:  You have evidence.

10        MIKE LINDELL:  Yeah we have all the evidence, where

11  it came from.

12        DR. DOUGLAS G. FRANK:  As a scientist, it's fun when

13  you come up with conclusions, and they match evidence and this

14  what's happening for me today.

15        MIKE LINDELL:  So what do we have here?

16        DR. DOUGLAS G. FRANK:  Just a particular random

17  precinct in Ohio. And what it is, is you got age across the

18  bottom, just like before, and number of people have each age.

19  And so you notice this is how many people are registered, the

20  blue curve, and then this is how many ballots there are. So

21  let's say you need to inject a bunch of ballots into the

22  election, you need a few more ballots for Biden, okay, where

23  do you get them? You come here and you say, oh, we haven't

24  filled this one up yet. So now you just go back to the data

 1  rolls, you find out who hasn't voted and you - -

 2          MIKE LINDELL:  Right and you find, and you also would

 3  have to know that they, now, what I asked you off-camera was -

 4  -

 5          Yeah, everyone should understand this. We all

 6  heard stories of people out there that got to, went to the

 7  precinct and they said, well, you've already voted. And they

 8  go, no, I haven't. Because that means they had already took

 9  their vote - -

10          DR. DOUGLAS G. FRANK:  Yes.

11          MIKE LINDELL:  And used it. They might not have ever

12  voted before so, and they didn't expect them to vote, but in

13  this election, they did vote or they wanted to vote. So these,

14  these things, it set off all these, you know, deviations. I

15  mean, I'm sure in any other election, they're going, you don't

16  get there and say you've already voted. I mean, but everybody,

17  how did they mix it up? They're going oh, it's because we have

18  mail-in votings and they're just confusing, you know, and we

19  had the China virus and all this stuff going on. So they're

20  all using that to try and disguise. Once these deviations

21  started popping up, someone's got to come up with an excuse.

22  Because I mean, they, they didn't think of, they did not plan

23  on Donald Trump getting 80 million votes. That's the whole

24  thing right there.

1          DR. DOUGLAS G. FRANK:  I think he got more than that.

2          MIKE LINDELL:  Well, we, we've actually looked at the

3    spyware that these guys had and we've come up with right

4    around 80 million. I would bet when you did this all across

5    the country, by the time you're done doing every state, I'll

6    bet it would be identical. And they only predicted 67 to 68

7    million. That's 12 million more votes. And the only way to get

8    that is throughout the whole country, which is exactly what

9    they did.

10          DR. DOUGLAS G. FRANK:  People ask me, well, gee, Dr.

11    Frank, if, if, why, if Trump won in Ohio, and they could have

12    manipulated it, why didn't they make Trump win? And the answer

13    is, there just aren't enough bodies left in Ohio to assign. So

14    they still have to manipulate it, though, because they've been

15    doing it for years. And if they suddenly stopped that would

16    stand out, that's one red flag. Another thing is, this is how

17    they do all the down-ballot stuff, because - -

18          MIKE LINDELL:  Did you hear that, everybody? We're

19    talking, talking about the down-ballot stuff. John James in

20    Michigan. You know, who really won?

21          DR. DOUGLAS G. FRANK:  How can you have a situation

22    where, for example, in Ohio, where Trump is winning by this

23    massive, yet you lose conservative judges? How? You come down

24    here, you say, hey, and those are usually smaller races, you

1  only need a few extra hundred ballots to win those. So you

2  know, and this, this was Butler County, they've got 280

3  precincts. You only need a couple hundred ballots. Can you

4  find two, can you find two ballots in this one? Yeah, you can

5  find two in - -

6       MIKE LINDELL:  Yes, you can, right. So you can,

7  everything, and I want everyone to realize that. This isn't,

8  this is that, this crime against our nation and humanity and

9  the world. They, when they go for everything, it wasn't just

10 the top ticket, they worried because once the algorithms

11 broke, now they had, that had to be their number one concern.

12 We got to make sure that Donald Trump doesn't win, even though

13 we're losing a lot of these other ones. A lot of these

14 congressmen got through because they, they didn't have enough

15 track left to do their cheat.

16       DR. DOUGLAS G. FRANK:  Exactly.

17       MIKE LINDELL:  There wasn't enough people left in all

18 these states to cheat and especially in place where these

19 congressmen were, they, because how did they even, I think it

20 was like, I don't know how many, 15 to 17 of them won and you

21 lose the presidential race. It's impossible.

22       DR. DOUGLAS G. FRANK:  Not likely.

23       MIKE LINDELL:  You know, not, absolute. That's what

24 this is about. So if this wouldn't have happened, if we

1   wouldn't have that, this great president where these

2   algorithms broke because of everybody got out and voted, if

3   that wouldn't have happened, I mean, it's over . At three

4   o'clock in the morning, we, all the states would have been

5   done turn-in. And we'd all went to bed, better luck next time.

6   And there wouldn't be a next time because now, this is what,

7   this was the big, this was the big takeover in history,

8   starting here and the world, you know. And their big test was

9   Venezuela. They did the two years, boom and it's done. And

10  you'll sit, you take over the world, you never have, and

11  that's down tickets, tha'ts everything. And you could disguise

12  it. We all know all the, all the corrupt Republicans that

13  popped their head up, you know, Brian Kemp, Brad

14  Raffensperger. I mean all these Republicans, a lot of

15  secretaries of state, governors like Doug Ducey, you know,

16  these guys popped their heads up, and a lot of senators. And

17  you know, you're showing that they could have, they could have

18  just manipulated back and forth, whoever they wanted to win

19  between them. But in reality, it's a new thing coming in, the

20  socialism and communism. And these guys that have, what I've

21  learned in politics, when you get a mix, how could this happen

22  to our country? With all these bad actors here, though, is how

23  it can happen. Because what I've learned in, in politics, and

24  I didn't know a thing about them, I was an ex-addict, that

1   they have, it seems like there's three things, they either

2   have a political agenda for their party, and not worried about

3   the people, or they have a personal agenda, that's really a

4   big one, or maybe they're getting compromised, blackmailed,

5   who knows, you know. But there's, it seems to be that there's

6   very few of them that I've seen, you know, our president, we

7   had Donald Trump, you know, it happened to him, where they

8   have it where the things they're doing are for the people,

9   it's supposed to be for the people. And you have a problem,

10  solution and what does it manifest to help all people. I don't

11  care what party you're in or what people you know, or what

12  race, whatever, it's for all of us. And that's where this will

13  all be fixed. I really believe that, because this exposed, not

14  only this, the machine, the fraud, the election steal. But it

15  also, a fraud, a lot of the corruption, about corruption,

16  people that don't, laws that should be changed that don't do

17  their job. The constitution that wasn't followed every,

18  anywhere. It was not fallowed anywhere. And I want everyone to

19  know, well, why didn't this evidence get looked at, or it did

20  get looked at? No, this is all brand new. This is new right

21  now today. We're in March. You know, this is, this just come

22  out now to me, you know. And all this stuff, they didn't have

23  this back then. So anyone that says, oh, it's all been looked

24  at, the judges looked at, there was a safe they looked at.

1   Absolutely not true. And we, all of you out there, I want you

2   to share this. I want you to get it out everywhere. You get

3   this out everywhere, because we're going to keep dumping

4   evidence. And we're going to have you back. Dr. Frank, as you

5   do state by state by state.

6           DR. DOUGLAS G. FRANK:  Absolutely.

7           MIKE LINDELL:  And this is amazing. But thanks for

8   coming and being a part of this, this is exciting.

9           DR. DOUGLAS G. FRANK:  My pleasure.

10          MIKE LINDELL:  God bless you.

11              Well, everyone, we have great breaking news

12  here. Since we were filming a couple weeks ago, this

13  documentary, John has went out, and we, with all these other

14  questions we had, and he has done a great investigation. And

15  John, what do you have for us right now today?

16          JOHN:  Yeah, Mike, I was actually watching the

17  November 3rd election and I was sick to my stomach. I was

18  watching the vote dump at 4:00 AM in the morning, I watched

19  the videos on live television of the vote totals flipping in

20  front of everybody. The mainstream media was so overly-quick

21  to call the election in Biden's favor. From there, I decided

22  to see for myself, I kept on turning over stones and I found

23  multiple pieces of evidence that prove to me that this was

24  actually a well-orchestrated vote theft. A poll manager

1  contacted me on January 3rd, 2021, and basically conveyed to

2  me that they were very uncomfortable with this phone that they

3  had. Now this phone is a model forty forty-four zero flip

4  phone. Now what was interesting about this particular phone is

5  that it is a 4g Wi-Fi hotspot. After further digging on this

6  device, we bought it and we, I was asked to go back and obtain

7  more evidence from poll managers and poll workers. Seeing the

8  device I was very concerned and I actually bought a copy

9  myself to try to figure out who exactly manufactured. The

10  phone manufacturer appears to be AT&T but it was in fact

11  outsourced to Alcatel. Alcatel was for the cellular world, is

12  expected to be a European company. But back in 2005 TCL bought

13  the Alcatel name out, out of a joint venture. TCL is actually

14  the true manufacturer slash parent company of Alcatel. The

15  operating system on the phone is KaiOS. It was made in Hong

16  Kong, and TCL is one of the largest shareholders and Google

17  invested at least 22 million dollars with this. So you may ask

18  who is TCL? TCL is headquartered in China, founded as a

19  state-owned enterprise. Mike, you might ask yourself, is TCL

20  trustworthy? Multiple warnings over TCL devices and TCL TV's

21  in government buildings. They've had multiple security

22  scandals, such as their weather forecast app, including major

23  portions of spyware, and multiple backdoors into networks via

24  their devices. From here, I decided that I was going to try to

1  do my best to catch them in the act. I went and collected

2  parts and built a Raspberry Pi Zero W in order to install

3  Kismet, a Linux operating system, to try to capture Wi-Fi in

4  the air. The device that I worked on, actually is able to,

5  like a camera, record all Wi-Fi signals in its vicinity. So it

6  records anything that's transmitted over Wi-Fi, in it's

7  immediate vicinity. Now what we found with the Raspberry Pi

8  Zeros, is we found hidden SSID's and questionable MAC

9  addresses. So this is important? We found them, not in one,

10  but six different precincts in three different counties in

11  Georgia. Cobb, Gwinnett, and Fulton on the January 5th runoff.

12  The phones were connected to the internet via the TCL flip

13  phones. Mike, you know the first Absolute Proof, you know

14  where we had the wide area networks. Well, now here's the

15  other half of the LAN, the local area networks, at the

16  precinct levels. We found that at the precinct levels, they

17  were connected to the internet and TCL was one of the IP

18  addresses that we traced back to China during the steal. In

19  fact, Mike, TCL accessed over 150 election servers in 14

20  different states, including multiple Secretary of State

21  networks, according to my data that I collected and other

22  corroborating sources.

23          MIKE LINDELL:  So what you're saying, John, this

24  actually even shows more evidence of a state-owned company,

1  right out of China, attacking us directly, through the

2  Secretaries of State, their computers, the machines using

3  these cell phones that were owned by China as internet

4  devices.

5       JOHN:  Mike, what we're saying is, we have verified

6  connection to the polling pads with China by this TCL flip

7  phone. We also have the absolute proof of interference by the

8  fact that we have transmissions that go back to this Chinese

9  state-owned company, TCL. We have the absolute proof of their

10  incursion, their illegal incursion into 150 election servers

11  in 14 different states, including multiple secretary of state

12  offices. China chose Biden, not the American people.

13       MIKE LINDELL:  So you have China, you have the TCL

14  company, you have the machines, your Dominions, your

15  Smartmatics. You have these, you have cell phones that went on

16  to the internet owned by the Chinese company, TCL.

17       JOHN:  Yes, sir. What I'm saying is, we have multiple

18  sources that are recording this at the exact same time showing

19  matching MAC addresses and matching IP addresses, or devices

20  communicating with this TCL company in China.

21       MIKE LINDELL:  Well, now we're going to welcome back

22  two guests that were on Absolute Proof. General McInerney and

23  Colonel Phil Waldron. And we all remember during that, the

24  last third of Absolute Proof that had all of these IP

1  addresses, ID's of computers, who attacked, what country it

2  came from. And we put this out there, was evidence that had

3  never been seen before, and proved an attack on our country,

4  mostly by China. I want everyone out there to know, none of

5  the mainstream media, none of them, you know, said, refuted

6  everything, they just went completely silent on us. They

7  didn't say that, that the evidence was wrong or didn't refute

8  it or anything. But I did hear from people going, well have

9  you validated these ID's and these IP addresses and stuff? Is

10  there news on that?

11       COLONEL PHIL WALDRON:  Yes, our team started

12  basically doing an independent verification of the, the IP

13  addresses, and looking at, focusing on, you know, the

14  battleground states and those areas that seemed to have the

15  biggest impact. That's, that's the piece that our team, our

16  white hat hackers have started working on, at least to confirm

17  the IP addresses and the, both the U.S. and the foreign IP

18  addresses for the most part, in areas where the, the attacks

19  or the interventions were successful. Those have been

20  verified.

21       MIKE LINDELL:  You said that you even checked some

22  overseas?

23       COLONEL PHIL WALDRON:  Correct. And the point that

24  you jsut made on independent, multi-party validation is

1   really, really critical, using, using different tools, using

2   different suites in software. So that's, that's going to be

3   really critical that all of that information folds in together

4   and there's multiple validations for the, for the foreign

5   interference.

6        MIKE LINDELL:  Right. And that's what we're going to

7   show in, in five, six weeks, as we dump all the evidence to

8   the public and show the world all the evidence. When, by the

9   time it gets to the door of the Supreme Court and we put this

10  case there, all nine of them are going to say, wow. General

11  McInerney, what happened to our country on January, or on

12  November 3rd?

13       GENERAL THOMAS MCINERNEY:  Well, we had the most

14  massive cyber warfare attack, Mike, in history, on our

15  electorial system. There's never been anything of that

16  magnitude. We have precise examples and evidence for the

17  Supreme Court and any other court in the whole world. It is

18  very precise. And it shows the magnitude, led by the Chinese

19  Communist Party as a foreign entity.

20       MIKE LINDELL:  And these machines now, allowing for

21  this foreign interference. We went all the way back to

22  Venezuela when the machines first came in. And it took only

23  two years for them to completely take Venezuela. I think it's

24  all getting shown to everyone that what communism and

1  socialism is like now with their cancel culture, taking away

2  our free speech and all this taking away our freedoms. What an

3  easy way to do it, like you said with, you know, introducing a

4  virus, a pandemic that's going to keep everybody, take our

5  freedoms away and, and once again, put fear into everybody.

6  They have a world agenda, don't they?

7      GENERAL THOMAS MCINERNEY:  Absolutely. It's a global

8  agenda. They demonstrated what they did to the global economy

9  and then specifically the leader in national security in the

10  world, with the United States, and look who they put in. And

11  as you said, socialism is the front door to communism. And

12  Venezuela's seen it, they're using the same model, Mike, and

13  it's your leadership that has enabled us to put Absolute Proof

14  together and get Brannon Howse and Mary Fanning and all these

15  people, Colonel Phil, to show the American people what has

16  happened to them. And they've got to take their country back.

17      MIKE LINDELL:  What we're gonna do is we're, we've

18  got this new social media platform because obviously they've

19  been taken every, all the influence in the country off,

20  they're suppressing their speech. But this new platform called

21  Frank is gonna, everyone's gonna come on there, all the

22  influencers, and they're going to be able to talk about

23  Dominion and Smartmatic and communism coming into our country

24  and talk about the vaccine.

1            COLONEL PHIL WALDRON:  Something that General

2    McInerney said was very, very important, that, that the

3    viewers can go look up. This is the Chinese doctrine of

4    unrestricted warfare. And this goes back to the writings of

5    Sun Tzu and Mao Zedong in the Communist Revolution. So these

6    doctrines are, are there. They're there for people to look at,

7    they can go to, probably to Barnes and Noble, and buy Mao's On

8    Guerrilla Warfare, which is a very good primer on what, what

9    happened to the China, as the communist revolution took place.

10   This is cyber warfare. This is the Chinese doctrine of

11   unrestricted warfare. And it goes all the way back to the

12   writings of Sun Tzu, the, the Acme, or the pinnacle of a war

13   is to win without fighting. And they've done that, they've,

14   they've won their island-building campaign, they won't have to

15   fire a shot, they probably won Taiwan, they'll be unrestricted

16   operating through the Panama Canal Zone down through Central

17   South America, the Caribbean, Africa, Afghanistan, the ring

18   road project. They plan in hundreds of years in strategy. One

19   of the thing that you mentioned, the news and the FBI, and all

20   these other folks said that, well, we never saw anything. It's

21   because they weren't looking. They didn't know where to look.

22   Just like General McInerney said, this was an unprecedented

23   cyber warfare attack. You have to understand that our

24   intelligence community works on national intelligence

1  priorities. And they work generally on band one and two. In

2  the counterterrorism, we've got, you know, targets, priority

3  targets that, that we look at, and those lower levels don't

4  get looked at.

5        MIKE LINDELL:  That's so bizarre, because we talked

6  about in this documentary, we talked about a movie, Kill

7  Chain, that was last year, and even the Democrats in that, my

8  own senator from Minnesota, Amy Klobuchar, talked about if

9  these machines are used, we are vulnerable for an attack by

10  foreign country to take our, you know, interfere with our

11  election. And so with all that, I mean, they made a movie

12  about it. How come our intelligence teams would not at least

13  be looking for that. Isn't that strange?

14        GENERAL THOMAS MCINERNEY:  Let me interject here,

15  you're being very kind to them. There is no way that our Cyber

16  Command and NSA could have ever missed the amount of cyber

17  warfare that went on in the early hours of 4 November, there's

18  no way they could miss it. Now, I think we have a cancer

19  there, that part of the military, and that part of the

20  intelligence community, like the FBI missing it, DHS missing

21  it, there is no way that they could miss it. And that's

22  extremely important, I think, Mike, for why Absolute Proof is

23  such a paramount, of paramount importance to the nation, that

24  this information get out to the American people.

1          MIKE LINDELL:  Right. Well, and we are, we're gonna

2  put all the information out there. And we're gonna just pour

3  it out there. And we're gonna keep doing these all the way up

4  to the Supreme Court. I want to do it. Well, even if you're, I

5  don't care if you're a Democrat, Republican who you are, by

6  the time this gets to the Supreme Court, even those nine will

7  have watched this and watched over and over again and seen all

8  the evidence going, wow, this is the biggest cyber attack,

9  like the general says, in history. And then, General, I don't

10  know what they do from there, but obviously, you can never

11  have machines ever again. I want to thank both of you again.

12  And is there anything else either you would want to add before

13  we go?

14          GENERAL THOMAS MCINERNEY:  I'd just like to say,

15  Mike, that this nation has never been here before. And every

16  American, every American, as you're pointing out, this is

17  their Normandy battlefield. This is their Iwo Jima. This is

18  the Mount Suribachi. We've never been here before, but we're

19  presenting, you are presenting the evidence to show that this

20  election was stolen with the aid of a foreign power that is

21  bent on global domination.

22          MIKE LINDELL:  Thank you. Thank you.

23          COLONEL PHIL WALDRON:  Mike, the American people are

24  waking up. I know, we had a conference call earlier this week

1  with the Secretary of State in New Hampshire. Brilliant,

2  brilliant gentleman, knows more about election history and

3  election law than anyone that we've ever, we've come in

4  contact with since last August. There's folks in Florida, in

5  Washington, in Georgia, Louisiana, there are, people are

6  becoming involved, and they're finally waking up and

7  understanding what happened, and trying to do their best to

8  prevent it from happening again.

9       MIKE LINDELL:  That's awesome. That gives everybody

10  out there great hope. Thanks, Colonel. Thank you, General. And

11  God bless you both, and we can't, look for, we'll look forward

12  to you seeing again in the next report.

13       COLONEL PHIL WALDRON:  Thank you, Mike

14       GENERAL THOMAS MCINERNEY:  God bless you, Mike.

15       MIKE LINDELL:  Thank you.

16       GENERAL MICHAEL FLYNN:  Now one of the things that I

17  think for the American people is the, this, this awakening,

18  but paying attention to the local things that are happening in

19  your communities, you have to do this. I mean, you absolutely,

20  you cannot, you know, and the way I would say it is, like a

21  gentleman talked to me the other day in the state of Florida,

22  at this, at this one particular event, he says, I watched what

23  happened and now I am, I'm getting off my couch, and I'm going

24  to get involved in my community because I can't have this

1    happen to us, with my children and my grandchildren going

2    forward in this country. If there's one thing that I sit here,

3    and why I'm sitting here with with Mike Lindell, today, one,

4    because we met and we found a common effort that we wanted to

5    get behind, which is this fighting against this incredibly

6    corrupt election system and process that we have with this

7    machinery. We have to stop this, we have to get to another

8    place and we have to bring our communities together in a much

9    greater way to be able to, to basically coordinate and, and to

10   keep an eye on the kinds of things that we need to do for our

11   election system. So get involved, get out there at the local

12   level, our Constitution gives us those individual rights and

13   individual liberties. I don't care about the cancel culture, I

14   don't care about the censorship, the American people are going

15   to work through this, we're going to fight through this. And

16   we're going to overcome this problem. Because we now know, we

17   now know what happened in our election. And folks, more and

18   more information is going to come out in the future. And I'm

19   talking about in the very near future, as Mike talks about

20   with dumping all this information out there. Pay attention to

21   it, get smart about it, and use it in your own arguments, in

22   your own debates in your communities, to be able to say never

23   again, will we allow this to happen. And we should not.

24           MIKE LINDELL:  And you know I've been getting emails

1  from all over the country, people have already started that in

2  their communities and the, one of the common things is they're

3  going, they're going approaching their, their county election

4  boards and stuff and going, when, do we have machines, they're

5  going yeah, when, they're going, when did we get them? 2019,

6  2020? I mean, they're all going, they're all just like, they

7  came in, like this big invasion. And they're going, why do we

8  have them? We don't want them, you know. So you get down to

9  that level, because we had, we had Dr. Frank on earlier. And

10  you know, these, they'll, down to the little, even the school

11  board elections.

12        GENERAL MICHAEL FLYNN:  That's right.

13        MIKE LINDELL:  All these things, they can do anything

14  with that. This isn't just talking about a presidential

15  election, all the down-tickets and stuff, all these

16  down-tickets, right down to your own community. You know, you

17  got a machine to go, and somebody could just, you know, you

18  have, you have, micro, micro things down there, all the way up

19  to the macro, the presidential election. And you take

20  everything in between. This isn't about just one election.,

21  this is about everything. It's about everything we have.

22        GENERAL MICHAEL FLYNN:  I mean, you know, when you

23  think about it ,and Mike talked about, you know, rocks and

24  glass and bottles or whatever broken things inside of his

1  pillows, somebody would go hey, you know, this is a bad

2  pillow, he'd open it up and look at and go, yeah, you're

3  right, we'll will fix it.

4         MIKE LINDELL:  Right.

5         GENERAL MICHAEL FLYNN:  Every, every mom that goes to

6  every store picks up, you know, the milk carton or the cereal

7  box, or, you know, the, the thing of butter, and they look at

8  the ingredients inside. And we don't the, these companies,

9  these, these machine-owning companies, they don't want to list

10  the ingredients inside because they don't want us to know

11  what's inside of these machines. So it's just like buying a

12  piece of food at the supermarket for every mother out there.

13  That, you know, what we want is, I want as an American

14  citizen, I want to know what's inside of that thing that is

15  going to elect the next president of the United States, or the

16  next member of the school board that's going to make policy

17  for the education of my children. I want to know the

18  ingredients in every single box that I'm about to use to make

19  a massive decision about my country or about my community. And

20  it's that simple.

21         MIKE LINDELL:  Yeah, that's a great analogy. I mean,

22  and we ask ourselves across our country and across the world,

23  why, if there's nothing to hide, why can't you see what's

24  inside the box?

1          GENERAL MICHAEL FLYNN:  Just let us see it. Just let

2    us see it. That's it. I mean, Dominion, Hart, ES&S, I don't

3    care what the name is, if we're using these electronic

4    machines to vote for president or dog catcher, I want to make

5    sure that when I, when I vote, when I slip that piece of

6    paper, or however it is that I do it at my local office, my

7    local precinct, I want to make sure that it counts. So back to

8    and I, you know, as I, as I look at the audience, you know, I

9    really hope that Senator Amy Klobuchar, Senator Dick

10   Blumenthal, watch this show, because if they do, what they

11   need to reflect on is what they said during the documentary

12   Kill Chain, which they said the machines are bad. We have to

13   be careful of the machines. I mean, go back and look at what

14   you said, Klobuchar, Senator Klobuchar and Senator Blumenthal

15   and others who were on that show about the, the way the

16   machines are manipulated, the way that they're used against,

17   in their case, you know, their party, right. So now all of a

18   sudden, we had the, the table's turned, and it's nothing to

19   see here, folks. Don't worry about it. You know, these people

20   are conspiracy theorists, they're lying to you, you know,

21   they're sore losers. No, no, if this thing was a free and fair

22   election, and, and as transparent as it's supposed to be, we

23   wouldn't be sitting here today talking to the American people

24   about this. These, this election was manipulated both

1   internally and by, by foreign interference. The foreign

2   interference is real. I mean, if you, if you just believe what

3   the, what the intelligence community just reported, which is

4   very hard to believe these days, but they just reported that

5   foreign interference did occur in our election. So okay,

6   let's, let's see how it occurred because we do not want to

7   have to have this happen again. I don't want it happening at

8   the state level for election of a governor, or election of a,

9   of a county board of supervisors. And I definitely, I

10  certainly don't want it happen again at the presidential

11  elect, presidential level. And we just can't not allow this

12  type of activity to occur with machines that we know are,

13  they're connected to the internet when they're not supposed to

14  be, we have IP addresses, Internet Protocol addresses that are

15  high, electronic highways going back into these countries, and

16  we can see the activity, we can actually see the electronic

17  activity. And believe me, folks, if you're paying attention,

18  and you watch some of the, some of the data that, that Mike

19  Lindell was talking about putting out there, take a look at

20  it. I mean, this is not made up stuff, this is real stuff. And

21  it's going to, and it proves that we had foreign interference

22  in our election.

23          MIKE LINDELL:  And now, you know, we even went one

24  step further, we went and we checked the IP address, dresses,

1  and the IDs of the computers. And guess what, they're a

2  perfect match. Identical. It's just, it's amazing. But yeah,

3  and we're gonna keep making these documentaries, and we're

4  gonna keep pouring evidence out. General Flynn, I can't thank

5  you enough for what you've done for our country. And for, you

6  know, you look up patriot in the dictionary, and remember when

7  dictionaries were out there? But there you are, there's a

8  picture of you.

9        GENERAL MICHAEL FLYNN:  Thank you, Mike.

10        MIKE LINDELL:  And you know, we owe a, you know - -

11        GENERAL MICHAEL FLYNN:  This is an important - -

12        MIKE LINDELL:  This is the most important thing in

13  our lifetimes you know.

14        GENERAL MICHAEL FLYNN:  It really is. If there's

15  anything I've done in my life, to you know, in service to this

16  country, in uniform overseas, and I love our military, I love

17  our veterans community, I would just tell you that, if I

18  fought for anything, as I've reflected back on what happened

19  on the third of November, and what I know to be true, this is

20  probably the most important endeavor in my life. And it's

21  really not for me, it's not for Donald J. Trump, it's really

22  for my children, and my, especially my grandchildren going

23  forward, because I want this country to continue to be a

24  country of life, liberty, and the pursuit of happiness, a

1  constitutional republic. It is an experiment in democracy but

2  that's okay. And we have to continue to protect our individual

3  liberties and our individual rights to breathe the fresh air

4  of liberty. We need to have a free and fair election process.

5  And right now, the American people across the board, I don't

6  care what party persuasion you have, or you're apart of,

7  nobody trusts our election system right now. No one.

8        MIKE LINDELL:  Well, thanks for coming, General.

9             So now the moment we've all been waiting for.

10 When we came out with Absolute Proof on February 5th, up to

11 that point, the mainstream media, they called me all day long,

12 every day and bad-mouthed me and said, you know, there's no

13 evidence, there's no evidence. I said, you wait until February

14 5th. February 5th came out, 9:00 AM, we launched Absolute

15 Proof, by the way, seen by 150 million people. And the

16 mainstream media, everybody went silent. Everyone. Social

17 media took it down. They just blocked it everywhere. No one

18 said, they, nobody discredited it. But I would say, you got a

19 few people out there that said well, Mike, you should validate

20 that. You know what I said, you know, that's really good idea.

21 Let's validate this 100% proof of evidence of this cyber

22 attack by China on the US and these vote flips. So on February

23 21st, I went out and retained one of the best cyber security

24 and digital forensic experts ever. And we have him blacked out

1  for a very good reason. He is going to be one of the experts

2  witnesses of many we have once we get this to the Supreme

3  Court. So everybody, you're going to now hear about his

4  amazing credentials.

5          JOHN:  So I've been, you know, in cyber security and

6  advanced threats for the better part of 15 years. IT, you

7  know, longer than that. I've been around computers a long

8  time.

9          MIKE LINDELL:  Right. So you've been working with the

10  government and the private sector.

11          JOHN:  Yeah.

12          MIKE LINDELL:  Okay.

13          JOHN:  Both, you know, companies, personal and

14  government.

15          MIKE LINDELL:  Right. And with the, with this, this

16  what we have here on the screen, this is their certificates

17  that we have, this is the highest standard in cybersecurity,

18  that there is correct?

19          JOHN:  Yeah in terms of qualifications.

20          MIKE LINDELL:  Right, can you show it, I want

21  everyone to really see these qualifications they're amazing.

22  Okay, so if we go here, so which part of these do you, were

23  you specialize in?

24          JOHN:  Probably the first four, okay, for defense,

1  offensive operations, DFIR, which is digital forensic and

2  incident response and cloud security.

3        MIKE LINDELL:  Okay. If we go to the next page here,

4  I want everybody to see this. This here, this is protect and

5  defend when you talk about government, right? This is your

6  wheelhouse right here, cyber defense analysis, everybody. Is

7  this correct?

8        JOHN:  Cybersecurity, defense, infrastructure

9  support, incident response, vulnerability assessment and

10  management. And essentially, that kind of goes both ways in

11  this chart. So analyze the threat analysis, exploitation

12  analysis, all source analysis targets, and language analysis.

13        MIKE LINDELL:  Right. So what I had you look into was

14  in, directly in your wheelhouse, correct?

15        JOHN:  Correct.

16        MIKE LINDELL:  So I wanted you all to see these

17  amazing credentials. And now what I had him look at was,

18  starting with the raw data, all the way to the end, basically

19  do what he does for the government and for the private sector,

20  being one of the best there is. So can you take us from the

21  raw data, and by the way, you're gonna see something you

22  didn't see in Absolute Proof right now. This is the computer,

23  why don't you explain what this is here?

24        JOHN:  I mean, really, it's just the encrypted data.

1  So you have to take it from this form in, in hex and convert

2  it into, you know, human-readable.

3        MIKE LINDELL:  Right. Now, now, this is just one

4  piece. There's, there's a lot, right?

5        JOHN:  Yeah, this is, there's, there's millions of

6  rows.

7        MIKE LINDELL:  Millions of rows for the, just for the

8  election.

9        JOHN:  Just for the election.

10        MIKE LINDELL:  Just for the election. Everyone hear

11  that. So this is what, what you start with. Now, could this

12  be, I want everyone to be clear on this, could this be taken

13  from any other, can anyone duplicate these millions of rows or

14  whatever, that was the first thing you had to validate?

15        JOHN:  Because, yeah, so each segment has its own

16  unique signature. And so that's what we look for. And, you

17  know, starting there, you preserve, you know, the original

18  copy, to maintain the, you know, chain of custody of that, so

19  that it's admissible. And so I work off a copy, just like any

20  other, we use a write block so, you know, nothing ever touches

21  their, you know, the source stuff.

22        MIKE LINDELL:  Right. So to explain that to everyone

23  out there. This is, when you've seen this for the first time,

24  when this is the first, when you've seen this, you, what did

1  you, when you right away, you, you knew you were looking at

2  something that was real, and you've seen it before, this kind

3  of data, but you knew there was a lot of it?

4         JOHN:  Yeah. So, you know, when I first look, there's

5  more to this, you know, this picture or image, you know,

6  there's more rows there, but essentially, the position of this

7  shot was, you know, millions and millions and millions of rows

8  in so I knew I was dealing with a lot of data.

9         MIKE LINDELL:  And that would be like a big, a big

10  computer?

11        JOHN:  A big computer.

12        MIKE LINDELL:  A mega computer. So what he's saying

13  is he's this just this, this, what we pulled here, this, this

14  little picture is, there's millions of rows just from the

15  election, correct?

16        JOHN:  Yeah.

17        MIKE LINDELL:  Okay. I want everybody to know that.

18  So then what did you do when you started doing your job as a

19  cyber expert forensic? By the way, I want to ask one more

20  thing. So what you're saying is, these can't be going in and

21  be changed, correct? They're like an imprint that - -

22        JOHN:  Yeah so that, you know, there's signatures and

23  you know, you can look at the actual, you know, the drive of

24  that data, look at the metadata, you can see when it was

1  created when it was, you know, changed, essentially. And so

2  that would be, you know, the period just before the election,

3  and, you know, days after, right.

4       MIKE LINDELL:  But, but nobody could go back in and

5  change any of them. It's a cyber footprint that's locked in

6  time is that - -

7       JOHN:  That's correct. It's 100% locked in time,

8  because you're capturing a packet as it is being transferred,

9  right? So you can't go back and - -

10      MIKE LINDELL:  - - And change it. You can't recreate

11 it.

12      JOHN:  There's a timestamp, there's a signature,

13 there's, you know, a lot of different identifying, you know,

14 identifiers within that that are just, you know, impossible to

15 kind of recreate.

16      MIKE LINDELL:  So in your expert opinion, 100% this

17 could not be changed in any way, shape, or form?

18      JOHN:  No. And, you know, the data that I worked off

19 of is a copy. So, you know, that'll never, that source data

20 will never be altered, in any way it's preserved in its

21 natural - -

22      MIKE LINDELL:  Right, what he means by that,

23 preserved. So when this does get to the Supreme Court, it's

24 locked in, 100%, what do you call it, the chain of custody?

1 And not the it's, and now, if, with what you're about to show

2 us, what this would be 100% evidence in that, that this

3 happened on election night, this China attack and these flips?

4      JOHN:  Yeah. I mean, it's, it's pretty, it's pretty

5 impressive. It's wild. I've been doing this a long time. And I

6 have not quite encountered something this - -

7      MIKE LINDELL:  Of this magnitude.

8      JOHN:  Of this magnitude. Not just as it relates to

9 everybody, but just the amount of data that you need to

10 unencrypt, to, you know, process.

11      MIKE LINDELL:  So with that raw data, now I'm going

12 to show you, when we've seen in Absolute Proof, all those

13 lines going back and forth, each one of them was an individual

14 attack. And now we're going to show you again, so if you

15 didn't watch Absolute Proof, go ahead and show us what we have

16 here. What do we have on the screen?

17      JOHN:  So right here, when you see green, that is a

18 successful intrusion, meaning they flipped votes. Red is

19 unsuccessful in terms of flipping votes, but it can be

20 reconnaissance or, you know, passive recon, just looking at

21 the different machines to see what the totals are.

22      MIKE LINDELL:  So, so, so the green, try say that

23 again, the green attacks here, as we're watching, those were

24 actually attacks that flipped votes from, from Trump to Biden,

1  correct?

2        JOHN:  From Trump to Biden.

3        MIKE LINDELL:  And the red one, the red lines are

4  all, they're like checking on it. Okay, does everyone get

5  that? They're checking to see what the tallies are and then

6  they're, and then the green ones are actually when it goes

7  over, this computer says, hey, I'm going to flip some, because

8  it's keeping it this certain, this certain percentage,

9  correct?

10        JOHN:  So the red dot, doesn't necessarily mean,

11  well, it's unsuccessful in terms of flipping votes, but it

12  serves a purpose because it identifies which votes to flip.

13        MIKE LINDELL:  Right. So it comes back, gives an

14  identifier, then it'll send a green one over that gets

15  through, flip the votes, and it's keeping these, in your

16  expertise, is keeping this so that the person that's set to

17  win the election by a certain percentage. That's all it's

18  doing is keeping that. Now, now, before we get any further.

19  Now, I talked to you before we got on here, it happened in

20  every state, correct?

21        JOHN:  Yeah as you can see.

22        MIKE LINDELL:  And even Alaska and Hawaii, right?

23        JOHN:  As you can see, there, that pretty much - -

24        MIKE LINDELL:  Look at this. Okay.

1          JOHN:  The entire United States.

2          MIKE LINDELL:  The entire United States. But what I

3    had him do, I said, I want you to do, show us just like 19

4    attacks, just on five states, Arizona, Michigan, Pennsylvania,

5    Wisconsin, and Georgia. Okay, and what did we find here? Oh,

6    and by the way now, what you're gonna see, these, each one of

7    these is an attack and you have a graph here that's going to

8    show us what they, what that means, right? So when you're

9    seeing all those lines, everybody though, that's each one's an

10   individual attack. And when you take that, that kind of, I

11   call it the jibberish that came off of the machine that

12   there's millions of those lines that we can't read. And they

13   converted, each one of these is a converted attack that we're

14   going to read across. This is what you've seen in the first

15   Absolute Proof that Mary read and each one that went across,

16   but not you've expanded on that. This, he, what I've had him

17   do here is validate every single, every single thing from IP

18   address to IDs. And he's gonna explain each one as we go

19   across. What happened?

20         JOHN:  Yeah. So each, each line will essentially

21   represent one of the lines in the map. Right? So if you go

22   horizontally across, that's, that's one line in the map. We

23   have 19 there.

24         MIKE LINDELL:  Yeah, there's, so there's 19 of them

1  here. One nineteen attacks, and they all came from China. All

2  came from China. Now I want to show over here, we'll go line

3  by line. Let's talk about the date and the timestamp. Okay.

4  And by the way, I asked, I asked him before we started, so

5  obviously, they're not going by third, fourth, fifth, because

6  they're, on what you were saying something to me.

7        JOHN:  Yes. They, so when you're looking at this,

8  it's UTC time, which is the Universal Time, and it's, military

9  would be Zulu time. And so, essentially, you have that UTC,

10  you back it up to you know, each day.

11        MIKE LINDELL:  Right, I gotcha.

12        JOHN:  It'll be ahead, you know, six hours from the

13  east coast, you know, going back towards the west.

14        MIKE LINDELL:  Right. Right. So the source, this, we

15  go through, what is the source?

16        JOHN:  The source is the source IP of the attack, so,

17  you know, the bad guy.

18        MIKE LINDELL:  The bad guy. Now, this IP. Now, this

19  is the, and then you have the latitude, longitude, latitude

20  and longitude. So this is the source. So this should be in

21  China, correct?

22        JOHN:  Correct.

23        MIKE LINDELL:  And you validated every longitude,

24  latitude, and basically, the building where the attack came

 1  from, correct?

 2          JOHN:  There's a couple more that are outside of

 3  China, but controlled - -

 4          MIKE LINDELL:  By China.

 5          JOHN:  Yeah.

 6          MIKE LINDELL:  Okay, so if you tell us here, so this

 7  would be the source, the IP address that you validated,

 8  correct?

 9          JOHN:  Correct, yeah.

10          MIKE LINDELL:  The longitude, latitude, the building

11  where it's at?

12          JOHN:  Correct.

13          MIKE LINDELL:  And then here's the province, city,

14  country, I think everybody gets that, China, where it came

15  from.

16          JOHN:  So the source was in your original film,

17  right? So where it says Beijing, you know, Baidu Netcom

18  Science and you take, you know. So what that is is the actual

19  network is Beijing Baidu Netcom Science - -

20          MIKE LINDELL:  That's right here.

21          JOHN:  Yeah so I grabbed what that, that network,

22  actual registration is. And so there's the full, full written

23  network, which is Beijing Baidu Netcom Science and Technology

24  Co., Limited - -

1      MIKE LINDELL:  And so what does this mean, it came

2  right out of here from that building, that IP address, and,

3  and I mean - -

4      JOHN:  So the raw data, you know, is being converted

5  from Chinese too.

6      MIKE LINDELL:  You had to convert it from Chinese

7  into that.

8      JOHN:  So the output for, you know, the original

9  source data, you know, is coming in here, right?

10      MIKE LINDELL:  Right.

11      JOHN:  And so I looked, and grabbed, you know, the

12  actual meaning in English to, you know, go side-by-side with

13  what was the output to validate it.

14      MIKE LINDELL:  Right. Wow. Okay, then you get over

15  here. What's this? What network name? What does that mean, a

16  network registration?

17      JOHN:  So when you're going through, you know, their,

18  their ghost IPs, or, you know, essentially phantom IPs that

19  are out there. No longer in use or, you know, being used as

20  adversarially, as bot, you know, bot networks, or, you know,

21  just different things. I wanted to validate, is it current, is

22  it registered, is it in use? And - -

23      MIKE LINDELL:  So you went above and beyond the call

24  of duty here on this one?

1          JOHN:  Yeah. Cuz, I mean, this, this is a lot of

2    information. But you know, you want to make sure it's right.

3          MIKE LINDELL:  And everyone, it took a long time to

4    get these 19, correct?

5          JOHN:  Yes.

6          MIKE LINDELL:  And so now, what is this network name?

7    How is this different from the network and the other network

8    name of the network registration? The network code, what does

9    all three of those mean? We're still on the attacker, correct?

10         JOHN:  We're still on the attacker. So you know,

11   it's, it's different fields in the registry.

12         MIKE LINDELL:  Cyber guys know this stuff.

13         JOHN:  Yeah, it's, I mean, if you register your

14   network, you know, that network name could be a DBA.

15         MIKE LINDELL:  Okay, I gotcha. Okay, so now as we

16   move on, now this is all the attacker, correct?

17         JOHN:  Yeah.

18         MIKE LINDELL:  From here, this is the attacker. And

19   what was the commonality in everyone, was China, correct?

20         JOHN:  It was.

21         MIKE LINDELL:  China, every single one, these, of

22   just these 19 attacks of, by the way, I think you told me

23   before we had 200, 2,995 counties were attacked.

24         JOHN:  Yeah. That is essentially the attack surface,

1  is what we would call it. And so - -

2      MIKE LINDELL:  In all 50 states, okay, so we, this is

3  just a sample we have here of 19 of the 2,995 counties that

4  were attacked, but 19, just 19 of the flips, correct? Okay, so

5  now this is the target here. So what does that mean, this is

6  the IP address of the, of the - -

7      JOHN:  Of the target machine, you know, where it is,

8  latitude, longitude, you know, state, entry point would be the

9  owner and what the network registration is here in the US,

10  network code. In some cases, almost always we'll get into

11  they're, they're registered to that county. So, most of the

12  intrusions look like they're at the county level, but - -

13      MIKE LINDELL:  Right. Now, I want to ask you this.

14  So, the only way any of this could happen is if the machines

15  were online, correct?

16      JOHN:  Yeah, you wouldn't, you wouldn't see this

17  otherwise.

18      MIKE LINDELL:  Right. Right. So what we have here

19  then, the target is the attacking, with the IP of the actual

20  computer.

21      JOHN:  Yeah. So - -

22      MIKE LINDELL:  Or the machine.

23      JOHN:  Just right there, you wouldn't have an IP if

24  it wasn't - -

1        MIKE LINDELL:  If it wasn't online.

2        JOHN:  Yeah if it wasn't connected to the internet.

3        MIKE LINDELL:  Right, right. Then you have the

4   longitude, latitude, that would be the actual building it

5   happened at. The state, Michigan, entry point or, Delta

6   County. So that's just the county level. The network

7   registration, so you have the actual, now would these guys be

8   guilty of anything? That's just the registration.

9        JOHN:  No but, you know, when you look at that

10  registration, and the domain, it goes back to Delta County.

11  So, you know, they might say, oh, that's [inaudible] network.

12  It's actually the domain is registered as Delta County. Okay -

13  -

14        MIKE LINDELL:  I gotcha. And then the network code,

15  what would that mean?

16        JOHN:  That's essentially just the codified - -

17        MIKE LINDELL:  Intrusion. Now, this is if they

18  either, tell us what intrusion means here.

19        JOHN:  So it could have used credentials implanted in

20  the firewall if there was one present, or essentially both.

21  The star is just carrying, carrying over from the one above

22  it.

23        MIKE LINDELL:  Oh, I get it, okay. Okay. Now, this

24  just means they got in and flipped votes, correct? Yes?

1        JOHN:  Yes.

2        MIKE LINDELL:  Okay. Now, here, what we want to show,

3   this is really important, I want to show everyone. So Trump

4   down 3,215, you go all the way down here, this one here, it

5   goes all the way through these, Trump down 2,400, 24,311. Now,

6   and those there, those are timestamped, you can't change them,

7   cyber flips, that you have validated 100%.

8        JOHN:  Yeah. It is captured in the, in the data. And,

9   you know, there's, you're collecting information, and

10  preserving it. In it's state at the time.

11       MIKE LINDELL:  So what we have here, what you can see

12  here, Trump down thirty two fifteen all the way down, all

13  these, this, this is votes that were flipped from Trump to

14  Biden, correct?

15       JOHN:  Correct.

16       MIKE LINDELL:  And then, like here, 24,311 votes

17  flipped, and that was in Michigan. Okay. Remember, Michigan

18  had that big spike and all these things too? Well, so all of

19  these you have validated, they're like timestamped in the

20  computer. Is that correct?

21       JOHN:  Yeah. So in that file, you know, you can look

22  at that data and see if there's been any, you know, anybody's

23  messed with it, any sort of, anything done to it, and, you

24  know, it's essentially as, as it was.

1          MIKE LINDELL:  So you're 100% that these are,

2   everything on here is 100% accurate, correct?

3          JOHN:  As the data was collected. You know, we were

4   seeing votes go down, you know, during the election, which was

5   weird. You know, just for, for me, I pick up on stuff like

6   that. Wait, if you're adding, you know, it's building block it

7   should never go back. So, you know, looking at this - -

8          MIKE LINDELL:  It makes sense to you now.

9          JOHN:  Makes sense. It's not just Trump going down,

10   it's Biden going up so these numbers are actually doubled.

11          MIKE LINDELL:  They're actually doubled. Let's go to

12   that. Let's look what happened. So now with just these 19

13   attacks, everybody, just 19 in those five states, let's see

14   what happened. So 518,617 votes were switched from Trump to

15   Biden, in just those 19 intrusions. Okay. And now you have

16   here, what do you, what, explain what's going on here?

17          JOHN:  So this matches up to the, the number above,

18   the 518 617. And it's just broken out - -

19          MIKE LINDELL:  By state. Okay by state. So now these

20   were all, these were all flips. So they actually are double

21   then.

22          JOHN:  They're double.

23          MIKE LINDELL:  And then what does that do?

24          JOHN:  So, if Trump goes down, Biden goes up,

1   essentially it has to - -

2          MIKE LINDELL:  Does everyone understand that? This

3   flip here, that, that you're taking 47 away and adding 47 to

4   the other guy. So let's go the next video here. So everyone, I

5   can do this part. This is exciting. Okay, so out of those 19

6   flips, that came from China over to these five states, just 19

7   of literally - -

8          JOHN:  Thousands.

9          MIKE LINDELL:  Okay, here's what it did. Here's

10  Pennsylvania, Georgia, Arizona, Michigan, and Wisconsin.

11  Here's what they told us that Biden won by each state. Now

12  remember, what those 19 attacks you just seen, the absolute

13  interference of our election by China. Here is the switches

14  and here is what Donald Trump actually won each one of those

15  states by just with 19 of the flips. And actually these

16  numbers are going to be a lot more, I just wanted to show you

17  one little attack. So now we have absolute proof of absolute

18  interference by China to stretch our election and we have

19  proven it with one of the government's own cyber experts, one

20  of the best in his field, certified, validated every single

21  thing that we've had in Absolute Proof. And we showed

22  Democrats earlier in this film that said, you know what these

23  machines cannot be used because then a foreign country can

24  attack us and flip our election. They said this, but now you

1   got to see this, just the other day, like a week or so go,

2   Adam Schiff and Chris Krebs said this.

3          SPEAKER 55:  Guys, good to see you this morning. Can

4   you be more specific on China, I think people understand that

5   China broadly is a threat. And I know this is what you'll be

6   picking through at the hearing today. But if you're an

7   American sitting, watching this show right now, what is the

8   most immediate threat that China poses?

9          ADAM SCHIFF:  Well, probably what would strike people

10  most in the living room right now is that China has one of the

11  most capable cyber hacking and cyber espionage capabilities.

12  So China may be in the process of stealing your private data,

13  they may have already stolen your private data. If you're a

14  business owner or business leader, they may have stolen your

15  corporate trade secrets, they may have been hacking into

16  government agencies to steal defense plans. So this is, you

17  know, how China's actions influence people's lives every day,

18  it's affecting our economic competitiveness. They don't need

19  to do the same kind of research and development we do if they

20  can simply steal it from our innovators.

21         SPEAKER 55:  Chris, you looked down the barrel of

22  these threats in your job inside the government. How did you

23  assess them at the time and how different do you suspect they

24  are right now in terms of China?

1      CHRIS KREBS:  So I think the best characterization of

2  the Chinese threat, it was, was posed by Rob Joyce, who's now

3  the National Security Agency's cybersecurity directorate

4  leader, and this was at a conference a couple years ago out in

5  San Francisco. And he said Russia is like a hurricane, China

6  is like climate change. So Russia is much more disruptive in

7  the current moment. But China is much more subtle, much more

8  patient, it's almost a rope-a-dope, they kind of lull you to

9  sleep, you don't see it, they use their soft power very

10  effectively. And even at the local level they influence

11  politics, not just here in the halls of Washington, which they

12  do, but also in our local communities. So they're, they're

13  much more deliberate, they have a longer term strategy, as

14  opposed to the Russians who are trying to make an impact

15  today.

16      SPEAKER 55:  So Chris, what does that mean when you

17  say that China influences on the local level? So if I'm

18  sitting in my town somewhere in America, China is putting its

19  thumb on the scale somehow, what do you mean by that?

20      CHRIS KREBS:  Absolutely. So they, they influence

21  local races. If you think about some of the Confucius

22  institutes that have been established across our country at

23  colleges and universities, it's an attempt to influence and to

24  say, hey, you know what, Hong Kong is part of China long term,

1   it's, it's not, and it, you know, same goes for Taiwan. The

2   Uyghur issue, not a big deal, this is us, you know,

3   demonstrating our own sovereignty. So they just try to shape

4   the narrative locally, to their benefit.

5           MIKE LINDELL:  So we can all agree, whether you're a

6   Democrat or Republican, doesn't matter, that China attacked

7   our country with their cyber technology, and we are in the

8   middle of the biggest national security threat ever. So now

9   we've all seen more evidence in Absolute Proof times two. And

10  in just six weeks since we launched Absolute Proof. Look what

11  has happened to our country, you have our First Amendment

12  rights of free speech just attacked, cancel culture running

13  rampant, you have new, news stations afraid to tell the news

14  because they're afraid of getting sued. People, I have friends

15  of mine have lost their podcasts, the free speech has just

16  been absolutely taken away from us. Well, I'm going to tell

17  you all now what's coming. What we're going to do, we have

18  launched, we've worked for years on a new social media called

19  Frank, it's launching in 10 to 14 days, by the time you see

20  this, it should already be launched, hopefully. But it's going

21  to be launched, and what it is, it's like a YouTube and a

22  Twitter combined. And this is going to be, it's going to be

23  the most safe, secure place that will be able to take millions

24  of millions of people, of voices, and you're going to be able

1   to speak out and talk about the election fraud, you're going

2   to be able to say the word Dominion, you're going to be able

3   to say the word Smartmatic, you'll be able to talk about the

4   vaccine, or talk about the borders or talk about what's

5   happening to our country. And what we all need to do, what all

6   you need to do right now is spread the word, you know, take

7   this, take this documentary and get it out far and wide. Tell

8   everyone about it and get it, you know, you've all seen

9   Absolute Proof, tell them they need to see Absolute Proof

10  times two. And what we're going to do for the next six weeks,

11  four to six weeks, we're just going to dump evidence, what

12  you've seen here tonight is just a small portion of what we

13  have, every day, we're going to just pour the evidence out for

14  the, for everyone in the world to see. Everyone, whether

15  you're a Democrat or Republican, by the time we get to this,

16  to the Supreme Court, which will be four to six weeks from

17  now, when that gets there, they're, all nine of them are going

18  to go, they're already going to know, the case will have

19  already been over, going everyone, even if you're Democrat,

20  Republican, this was an attack. They're all going to know,

21  this was an attack on everybody. This was an attack by the

22  Communist Party coming into our country foreign entities

23  starting with China, that, that stoled our election, attacked

24  through these machines. And everyone's already going to know

1  that and this, when this gets to the Supreme Court, they're

2  going to welcome it with open arms and go, wow, nine zero,

3  this was an attack, and then what are we going to do about it?

4  And this is going to be, I really believe that when we get

5  through this, if everybody plays their part and just spreads

6  the word, spreads the evidence, show everybody what really

7  happened, educate everybody on what's going on. We are shown,

8  right now people are seeing that socialism isn't just having a

9  cup of coffee and socializing. We've all seen that now. We've

10  seen what can happen in just 14 months to a country, to the

11  United States. What happened from January and February of 2020

12  until now, we have been flipped upside down, a thing we've

13  never felt before, our freedoms are being taken away. But when

14  we man, when this all manifests out and we get through this, I

15  do believe that we will be, once again, there'll be the

16  greatest uniting ever of a country and it'll end up being the

17  greatest revival in history. President Ronald Reagan famously

18  said, if we lose freedom here, there is no place to escape to.

19  This is the last stand on earth. And President Reagan was

20  absolutely right. Please share this information with everyone

21  you know. God bless you and God bless America.

22

23

24

1                TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8         IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 26th day of October, 2021.

10

11

12         _____

13                JAMES LONERGAN

14

15

16

17

18

19

20

21

22

23

24            THOMPSON COURT REPORTERS INC.

**1**

**1,600** 38:19
**10** 28:24 56:21
  101:19
**10,000** 29:9
**100%** 45:6,23 50:3
  81:21 86:7,16,24
  87:2 96:7 97:1,2
**11,730** 29:11
**12** 51:10 60:7
**12,000** 40:11
**14** 51:10 66:19
  67:11 101:19
  103:10
**15** 41:18 61:20 82:6
**150** 66:19 67:10
  81:15
**16%** 41:18
**1600** 36:21
**17** 61:20
**19** 89:3,23,24 93:4,
  22 94:3,4 97:12,13,
  15 98:5,6,12,15

**2**

**2,000** 56:24
**2,400** 96:5
**2,995** 93:23 94:3
**20** 44:3
**20,000** 56:24
**200** 93:23
**2005** 65:12
**2008** 58:6
**2016** 29:1
**2019** 76:5
**2020** 76:6 103:11
**2021** 65:1 104:9
**21st** 81:23
**22** 65:17
**22,000** 29:8
**24,311** 96:5,16
**26th** 104:9
**280** 61:2

**3**

**3,000** 49:2
**3,215** 96:4
**30** 32:18 44:4
**30%** 38:20
**3:5-6** 30:17
**3rd** 37:23 64:17
  65:1 69:12

**4**

**4** 72:17
**47** 98:3
**4:00** 64:18
**4g** 65:5

**5**

**5** 51:2
**50** 44:5 94:2
**518** 97:18
**518,617** 97:14
**52** 32:17
**54** 33:19
**55** 99:3,21 100:16
**5th** 66:11 81:10,14

**6**

**617** 97:18
**66** 46:6
**67** 60:6
**68** 60:6

**7**

**7** 41:14
**70** 41:8

**8**

**8%** 41:14 51:2
**8,000** 29:7,8
**80** 44:5 46:5 59:23
  60:4
**80%** 41:9
**86%** 46:22,23 47:3,

**6**

**88** 45:8,10 46:8

**9**

**90** 44:6
**9:00** 81:14
**9th** 54:6

**A**

**ability** 28:6 104:6
**able** 27:13 33:3 66:4
  70:22 75:9,22
  101:23,24 102:2,3
**about** 27:7 28:16
  29:1,2,7 37:7 38:13
  39:5,10 42:5,21
  45:13,15,17 51:10
  56:5,12,13,18 60:19
  61:24 62:24 63:2,15
  65:4 70:22,24 72:6,
  8,12 74:2 75:13,14,
  19,21 76:14,20,21,
  23 77:18,19 78:15,
  19,24 79:19 82:3
  83:5 87:1 90:3
  100:21 102:1,3,4,8
  103:3
**above** 92:23 95:21
  97:17
**absolute** 36:18
  41:19,24 42:18
  46:4,15 47:23 48:19
  50:2 51:15 54:10
  61:23 66:13 67:7,9,
  22,24 70:13 72:22
  81:10,14 83:22
  87:12,15 89:15
  98:12,17,21 101:9,
  10 102:9
**absolutely** 27:1
  34:21 35:2 36:8
  44:7 46:18 49:22
  56:16 64:1,6 70:7
  74:19 100:20
  101:16 103:20
**access** 36:10,12
  48:15 49:7 57:20
**accessed** 66:19
**according** 66:21
**accurate** 97:2 104:4

**acknowledge** 30:19
**Acme** 71:12
**across** 28:9 33:17
  39:24 41:12 49:23
  58:17 60:4 77:22
  81:5 89:14,15,19,22
  100:22
**act** 32:8 66:1
**actions** 99:17
**activity** 79:12,16,17
**actors** 44:21,22
  62:22
**actual** 28:1 46:5
  48:23 50:13 85:23
  91:18,22 92:12
  94:19 95:4,7
**actually** 27:13,18
  28:11 34:6,9,13
  36:17,23 41:18
  43:21 50:11 53:7
  60:2 64:16,24 65:8,
  13 66:4,24 79:16
  87:24 88:6 95:12
  97:10,11,20 98:14,
  15
**Adam** 99:2,9
**add** 73:12
**adding** 97:6 98:3
**address** 50:1,13
  56:11 79:24 89:18
  91:7 92:2 94:6
**addresses** 49:21
  66:9,18 67:19 68:1,
  9,13,17,18 79:14
**administration** 55:1
**admissible** 84:19
**advanced** 82:6
**adversarially** 92:20
**adviser** 32:12
**affecting** 99:18
**affects** 32:22
**affiliation** 33:8
**Afghanistan** 71:17
**afraid** 52:24 53:2
  101:13,14
**Africa** 71:17
**after** 27:5 35:16
  36:12 39:5 41:9,10
  45:4,5 52:13 57:20
  65:5 86:3

**afterwards** 36:10
  45:3 58:1
**again** 31:2 54:23
  57:18 70:5 73:7,11
  74:8,12 75:23 79:7,
  10 87:14,23 103:15
**against** 52:18,19
  53:1,2 61:8 75:5
  78:16
**age** 39:24 40:1 47:6,
  9,10,13 58:17,18
**agencies** 99:16
**Agency's** 100:3
**agenda** 63:2,3 70:6,
  8
**ago** 52:21 64:12
  100:4
**agree** 53:19 101:5
**ahead** 36:9 87:15
  90:12
**aid** 73:20
**ain't** 44:10
**air** 66:4 81:3
**Alaska** 88:22
**Alcatel** 65:11,13,14
**algorithm** 35:17
  37:12 39:12 43:13
  46:9 56:4
**algorithms** 39:3
  41:20 43:14 46:18
  51:14 52:23 55:24
  56:13,18 61:10 62:2
**all** 27:22 28:16 29:1,
  5,10 30:4,18,19
  31:1 32:22,24 33:14
  36:11 37:9 38:3,7,
  13 40:5,17 42:16,18
  43:1,9 44:8 45:8,10,
  13,16,17,22,24
  46:4,8,15,20 48:2,
  23 49:7,20 50:12,21
  51:13 52:4,17,19
  53:15,21 54:4,7,11
  55:9,16,17,19,20
  56:19 57:3,4,9,17
  58:10 59:5,14,19,20
  60:4,17 61:17 62:4,
  5,12,14,22 63:10,
  12,13,20,22,23
  64:1,13 66:5 67:23,
  24 69:3,7,8,10,21,
  24 70:2,14,19,21

71:11,19 72:11
73:2,3,7 75:20 76:1,
6,13,15,18 78:17
81:9,11 83:12,16,18
87:12 88:4,17 89:9
90:1 93:9,16 94:2
96:4,5,12,18 97:20
101:5,9,17 102:5,8,
17,20 103:9,14

**allow** 31:15 75:23
79:11

**allowed** 32:14,16
47:5 48:15

**allowing** 69:20

**Almighty** 31:12

**almost** 27:5,16 46:5
94:10 100:8

**alone** 28:7

**already** 43:7 47:3
48:20 59:7,8,16
76:1 99:13 101:20
102:18,19,24

**also** 34:11 37:15,21
48:12 53:18 59:2
63:15 67:7 100:12

**altered** 86:20

**always** 51:1 94:10

**am** 64:18 74:23
81:14

**amazing** 37:10 42:5
48:15 64:7 80:2
82:4,21 83:17

**Amendment** 53:10,
12 101:11

**America** 31:13
71:17 100:18
103:21

**American** 28:7 31:1
32:6 67:12 70:15
72:24 73:16,23
74:17 75:14 77:13
78:23 81:5 99:7

**amount** 44:3,4,5,6
72:16 87:9

**Amy** 72:8 78:9

**an** 28:6 31:3,4 33:9
34:19 37:10 47:14
51:7 53:9,18,23
54:19,21 55:3 59:21
62:24 68:3,12 70:2
71:22 72:9 75:10
77:13 80:11 81:1

85:21 87:13 88:13
89:7,9 94:23 99:6
100:14,23 102:20,
21 103:3

**analogy** 77:21

**analysis** 83:6,11,12

**analysts** 41:7

**analyze** 83:11

**analyzed** 35:23

**and** 27:1,6,10,13,15,
18,19 28:6,10,12,
13,14,17,19,21,24
29:3,6,11,13,18,20
30:13,15,16,19,20,
21 31:5,9,10,12,15,
16,17,18,21,23
32:1,7,9,11,14,20,
24 33:1,3,6,11,14,
20 34:1,3,5,7,8,9,
10,12,14,17,18,19,
24 35:1,5,8,11,13,
14,16,18,19,20
36:8,10,12,13,21
37:1,3,7,16,20 38:3,
7,8,15,16,18,22,23
39:7,15,19,23,24
40:14,15,18 41:7,
13,20 42:1,19,20,23
43:7,8,9,16,18
44:10,22 45:2,4,5,6,
11,12,14,15,17
46:6,8,14,18,20,21
47:3,14,22 48:15,
18,19,24 49:2,5,7,
11,14,15,16,19,23,
24 50:2,7,8,9,12,15,
18,19 51:1,5,11,13,
14,21 52:5,11,16,
17,19,21,24 53:4,6,
11,13,14,15,23
54:4,5,6,7,9,10,11,
16,24 55:4,10,17,22
56:1,9,10,17 57:4,6,
12,16,17,18,19,20
58:1,2,7,13,17,18,
19,20,23 59:1,2,7,
11,12,16,18,19,20
60:3,6,7,11,12,15,
24 61:2,7,8,18,20
62:2,5,6,8,9,10,11,
16,18,20,23 63:2,9,
10,12,18,22 64:1,4,
7,8,13,14,17,22
65:1,6,7,8,16,20,23

66:1,2,8,11,17,21
67:19,22,23 68:2,3,
9,13,14,17,23 69:4,
6,8,9,16,17,18,20,
22,24 70:2,5,9,10,
11,12,14,16,22,23,
24 71:4,5,7,11,13,
19 72:1,3,7,11,16,
19,21 73:1,2,3,7,9,
12,15 74:2,6,7,10,
11,20,23 75:1,3,4,6,
8,9,12,15,17,18,21,
23,24 76:2,4,7,9,15,
17,19,23,24 77:2,7,
8,19,22 78:8,13,14,
15,18,21,22 79:1,9,
11,15,17,18,20,21,
23,24 80:1,3,5,6,10,
16,19,20,22,24
81:2,3,4,5,12,15,22,
23,24 82:5,10,13,15
83:1,2,4,9,10,12,17,
19,21 84:1,16,19
85:2,7,9,20,22 86:1,
3,4,9,10,18 87:1,3,
5,13,14,15 88:3,5,6,
15,22 89:5,6,7,10,
12,15,18 90:1,3,4,8,
9,19,20,23,24
91:13,18,22,23
92:1,2,3,11,22,23
93:3,6,7,18 94:1,9
95:10,14,24 96:6,8,
9,16,17,18,22,23
97:15,18,23 98:3,
10,14,15,18,21,24
99:2,5,11,19,23
100:4,5,10,23
101:1,7,9,21,22,24
102:1,5,7,8,10,24
103:1,2,3,4,5,9,11,
14,16,19,21 104:4,6

**another** 27:17 30:12
54:18 56:4 60:16
75:7

**answer** 29:20 60:12

**any** 32:15,23 45:15
55:12 59:15 69:17
84:13,19 86:5,17,20
88:18 94:14 96:22,
23

**anybody** 42:21

**anybody's** 96:22

**anymore** 30:3

**anyone** 55:11 63:23
74:3 84:13

**anything** 40:3 66:6
68:8 69:15 71:20
73:12 76:13 80:15,
18 95:8 96:23

**anyway** 35:22 54:12

**anywhere** 63:18

**apart** 81:6

**app** 65:22

**appearance** 47:5

**appears** 65:10

**approaching** 76:3

**are** 28:4 29:12,13,19
30:8 31:1 32:21
33:11 34:2,18
35:18,19 36:8 37:17
38:2,10,12 40:1,5,
19,20 43:1,7,17,19,
20 44:14 46:7
47:15,19 48:20 49:1
52:10,17 53:8,10
56:9 58:19,20 60:24
63:8 67:18 69:10
71:6 72:9 73:1,5,19,
23 74:5,18 75:14
78:12,16,20 79:12,
14 80:7 86:14 87:21
88:3,5,6 91:2 92:19
96:6 97:1,10,20
98:16 99:24 100:14
101:7 102:17 103:3,
7,8,13 104:4

**area** 66:14,15

**areas** 68:14,18

**aren't** 60:13

**arguments** 75:21

**Arizona** 52:3 89:4
98:10

**arms** 103:2

**around** 32:10 60:4
82:7

**as** 27:7,8 30:24 31:4,
13 40:19 42:1 52:9
58:12 64:4 65:18,22
67:3 69:7,19 70:11
71:9 73:16 75:19
77:13 78:8,22 80:18
85:18 86:8 87:8,23
88:21,23 89:18
92:19,20 93:15

95:12 96:24 97:3
100:13

**ask** 47:21 60:10
65:17,19 77:22
85:19 94:13

**asked** 34:22 55:13
59:3 65:6 90:4

**aspects** 27:8

**assess** 99:23

**assessment** 83:9

**assessments** 28:20

**assign** 60:13

**at** 27:12,14,23 28:1,
8,9,11,12,13 30:23
32:14,16,23 33:4,23
34:22 38:3,21
44:13,14,18 48:1
49:2 50:1,5 52:30
54:15 55:22 56:19
58:6 60:2 62:3
63:19,20,24 64:18
65:17 66:15,16
67:18 68:13,16 71:6
72:3,4,12 74:22
75:11 77:2,7,12
78:6,8,13 79:7,10,
19 83:17 85:1,23,24
87:20 88:24 90:7
91:11 94:12 95:5,9
96:10,22 97:7 99:6,
23 100:4,10,22

**AT&T** 65:10

**attack** 41:20 44:20
46:18 52:7 53:9
56:2 68:3 69:14
71:23 72:9 73:8
81:22 87:3,14 89:7,
10,13 90:16,24
93:24 98:17,24
102:20,21 103:3

**attacked** 50:14,15
68:1 93:23 94:4
101:6,12 102:23

**attacker** 93:9,10,16,
18

**attacking** 67:1
94:19

**attacks** 48:2,23
50:12 68:18 87:23,
24 89:4 90:1 93:22
97:13 98:12

**attempt** 100:23

**attention** 74:18 75:20 79:17

**audience** 78:8

**auditing** 55:20

**August** 74:4

**automatically** 39:13

**available** 54:3

**awakening** 31:3,4 74:17

**aware** 28:1

**away** 40:16 49:4,5 51:8 53:11,12 70:1, 2,5 85:1 98:3 101:16 103:13

**awesome** 74:9

**B**

**baby** 40:15

**back** 27:2 39:20 55:9,10 58:24 62:18 63:23 64:4 65:6,12 66:18 67:8,21 69:21 70:16 71:4,11 78:7, 13 79:15 80:18 86:4,9 87:13 88:13 90:10,13 95:10 97:7

**backdoors** 65:23

**background** 34:14

**bad** 62:22 77:1 78:12 90:17,18

**bad-mouthed** 81:12

**Baidu** 91:17,19,23

**balance** 42:9

**ballot** 33:4 38:23 39:22 42:11 44:15

**ballots** 35:19 38:6 39:6,7,15 43:19,20 49:4,5 58:20,21,22 61:1,3,4

**Baloney** 32:3

**band** 72:1

**Barnes** 71:7

**barrel** 99:21

**basically** 27:14 34:16 55:2 65:1 68:12 75:9 83:18 90:24

**battlefield** 73:17

**battleground** 68:14

**be** 30:11,13,16,21 31:20 33:5,7,15,23 36:6 37:10 38:2 41:1,2,8,13 44:2,22 45:1,2,3,17 47:19, 20 48:5,6,8,11 50:17 53:1,4,18 54:15 56:6 57:6,7, 14,15,18,19,22 58:2 60:6 61:11 62:6 63:5,9,13,16 65:10, 12 69:2 70:22 71:15 72:13 75:9,22 78:13,22,23 79:14 80:19,23 82:1 84:12 85:9,20,21 86:2,17, 20 87:2,19 90:9,12, 20 91:7 93:14 94:8 95:4,7 98:16,23 99:4,5,12 101:20, 21,22,23,24 102:2, 3,16 103:4,15

**because** 27:21,22 28:7,8,9 30:3 31:10 32:2,6 33:20,23 35:12 37:8 39:4 42:2,7 44:22 47:15, 22 48:4 49:13 51:7, 11,15 52:23 53:3 54:1 55:8,14,24 57:8 59:8,17,22 60:14,17 61:10,14, 19 62:2,6,23 63:13 64:3 70:18 71:21 72:5 74:24 75:4,16 76:9 77:10 78:10 79:6 80:23 84:15 86:8 88:7,12 90:5 98:23 101:14

**become** 34:10

**becoming** 74:6

**bed** 62:5

**been** 29:5,21 32:16 36:2 43:11 52:14 54:7 55:11,15 56:2 58:6 60:14 62:4 63:23 68:3,19 69:15 70:19 73:15,18 75:24 81:9 82:5,7,9 87:5 96:22 99:15 100:22 101:16 102:19 103:12

**before** 30:8 33:12 34:10 35:24 36:12 45:4,5 51:24 53:16, 24 56:18 57:20 58:18 59:12 68:3 73:12,15,18 85:2 86:2 88:18,19 90:4 93:23 103:13

**began** 33:19 35:14

**behind** 33:1,5 75:5

**Beijing** 91:17,19,23

**being** 27:17 33:3 35:17 36:6,7 64:8 72:15 83:20 86:8 92:4,19 103:13,16

**believe** 29:4 30:15, 22 46:19 55:6 63:13 79:2,4,17 103:4,15

**belong** 32:4,5

**belongs** 32:5

**benefit** 101:4

**bent** 73:21

**best** 66:1 74:7 81:23 83:20 98:20 100:1 104:6

**bet** 60:4,6

**better** 39:7 47:13 62:5 82:6

**between** 32:9 39:16, 21 49:15 62:19 76:20

**beyond** 92:23

**Biden** 46:6 52:6 58:22 67:12 87:24 88:2 96:14 97:10, 15,24 98:11

**Biden's** 64:21

**big** 30:6 39:10 51:23 52:1 62:7,8 63:4 76:7 85:9,11 96:18 101:2

**biggest** 56:1,2 68:15 73:8 101:8

**bit** 34:5 47:14

**bizarre** 72:5

**black** 40:19 43:17 46:21

**blacked** 81:24

**blackmailed** 63:4

**bless** 64:10 74:11,14

103:21

**blessing** 51:8

**block** 84:20 97:6

**blocked** 81:17

**blue** 43:15 58:20

**Blumenthal** 78:10, 14

**board** 76:11 77:16 79:9 81:5

**boards** 76:4

**bodies** 60:13

**boom** 38:2 52:4 62:9

**boomers** 40:15

**booth** 32:24

**boots** 50:7

**borders** 102:4

**born** 37:20

**bot** 92:20

**both** 68:17 73:11 74:11 78:24 82:13 83:10 95:20

**bother** 28:14

**bottles** 76:24

**bottom** 39:24 58:18

**bought** 65:6,8,12

**box** 77:7,18,24

**Brad** 29:3,12,22 30:1 62:13

**bragging** 45:13

**brand** 54:5 63:20

**Brannon** 70:14

**brave** 27:24 28:10

**break** 48:14

**breaking** 64:11

**breathe** 81:3

**Brian** 62:13

**brilliant** 74:1,2

**bring** 75:8

**broadly** 99:5

**broke** 51:14,15 61:11 62:2

**broken** 31:9 76:24 97:18

**brought** 54:6

**bubbled** 27:22

**building** 90:24 91:10 92:2 95:4

97:6

**buildings** 65:21

**built** 66:2

**bunch** 58:21

**business** 35:4 99:14

**busy** 45:16

**but** 27:20 29:7 31:17,22 33:10 34:16 35:22,23 37:15,24 38:2,24 39:2,10 43:21 45:6 46:17 47:2,6,7 48:12,21 49:1,7,8 50:6 52:6 53:17 54:15 57:3 59:12,16 62:19 63:5,14 64:7 65:10,12 66:10 68:8 70:20 73:10,18 74:18 79:4 80:2,7 81:1,18 85:3,6 86:4 87:9,19 88:11 89:2, 16 91:3 93:2 94:4, 12 95:9 98:24 99:6 100:7,12 101:20 103:13

**Butler** 61:2

**butter** 77:7

**buy** 34:2 71:7

**buying** 77:11

**by** 29:10 32:1 33:1 34:2,9 35:23 36:5, 13 37:5 40:2 41:16, 18 44:21 46:21 47:3 48:5,6,8,12 51:2,10, 21 54:1 57:19,22 60:5,22 64:5 67:3,6, 7,16 68:4 69:8,18 72:9 73:5 79:1 81:15,23 83:21 85:19 86:22 88:17 89:6 90:3,4,5 91:4 93:22 97:19 98:11, 13,15,18 100:2,19 101:19 102:15,21

**C**

**call** 29:6 37:19 54:14 64:21 73:24 86:24 89:11 92:23 94:1

**called** 70:20 81:11 101:18

**calls** 55:5

**came** 27:10 48:12,13
50:15 51:24 52:21
53:6 55:17 58:11
68:2 69:22 76:7
81:10,14 89:11
90:1,2,24 91:14
92:1 98:6

**camera** 66:5

**campaign** 71:14

**can** 27:18,19 29:11
30:10 32:19 35:12,
22 37:21 38:8 39:13
40:2 41:2,9,13 42:9,
21,23 43:24 45:9
46:7 47:8,13 49:8
53:24 54:11 55:7,
12,22,24 56:5,11,14
57:1,18 60:21 61:3,
4,6 62:23 71:3,7
73:10 76:13 79:16
82:20 83:20 84:13
85:23,24 87:19
88:21,23 96:11,21
98:5,23 99:3,20
101:5 103:10

**can't** 29:4 32:2
39:10 41:8 42:23
43:2,4 46:19 57:14
74:11,24 77:23
79:11 80:4 85:20
86:9,10 89:12 96:6

**Canal** 71:16

**cancel** 53:12,13 70:1
75:13 101:12

**cancer** 72:18

**cannot** 31:10 52:22
57:19 74:20 98:23

**capabilities** 99:11

**capable** 99:11

**capture** 66:3

**captured** 96:8

**capturing** 86:8

**care** 52:7,20 63:11
73:5 75:13,14 78:3
81:6

**careful** 78:13

**Caribbean** 71:17

**carrying** 95:21

**carton** 77:6

**case** 69:10 78:17

102:18

**cases** 27:22 94:10

**cast** 33:8

**catch** 54:15 66:1

**catcher** 55:14 78:4

**caused** 27:13

**cell** 67:3,15

**cellular** 65:11

**censorship** 75:14

**census** 35:21,22,23
40:3,19 43:16

**Central** 71:16

**cereal** 77:6

**certain** 51:19 88:8,
17

**certainly** 27:20
28:24 79:10

**CERTIFICATE**
104:1

**certificates** 82:16

**certification** 33:24

**certified** 98:20

**certify** 104:3

**chain** 52:21 72:7
78:12 84:18 86:24

**challenged** 39:6

**change** 33:15 86:5,
10 96:6 100:6

**changed** 57:3,7
63:16 85:21 86:1,17

**characterization**
100:1

**chart** 83:11

**Chavez** 27:12,15

**cheat** 61:15,18

**cheated** 34:7

**cheating** 54:14

**checked** 34:8 48:17
68:21 79:24

**checking** 45:7 88:4,
5

**chief** 32:12

**children** 75:1 77:17
80:22

**China** 50:15 59:19
65:18 66:18 67:1,3,
6,12,13,20 68:4
71:9 81:22 87:3

90:1,2,21 91:3,4,14
93:19,21 98:6,13,18
99:4,5,8,10,12,24
100:5,7,17,18,24
101:6 102:23

**China's** 99:17

**Chinese** 67:8,16
69:18 71:3,10 92:5,
6 100:2

**chose** 67:12

**Chris** 99:2,21 100:1,
16,20

**citizen** 28:7 52:9
77:14

**citizenry** 32:6

**city** 91:13

**Clarence** 27:21

**cleaning** 58:1

**clear** 84:12

**climate** 100:6

**cloud** 83:2

**Co** 91:24

**coast** 90:13

**Cobb** 66:11

**code** 33:23 93:8
94:10 95:14

**codified** 95:16

**coffee** 103:9

**collected** 66:1,21
97:3

**collecting** 96:9

**colleges** 100:23

**Colonel** 67:23
68:11,23 70:15 71:1
73:23 74:10,13

**Colorado** 43:8

**column** 37:22 49:3

**columns** 29:11

**combined** 101:22

**come** 31:15,16 53:11
58:13,23 59:21
60:3,23 63:21 70:21
72:12 74:3 75:18

**comes** 88:13

**coming** 30:5 34:18
36:7 44:21 52:15,
16,17 62:19 64:8
70:23 81:8 92:9
101:17 102:22

**Command** 72:16

**commands** 39:20

**commercial** 57:2

**committed** 56:3

**common** 75:4 76:2

**commonality** 93:19

**communicating**
67:20

**communism** 30:5
53:5,11 62:20 69:24
70:11,23

**communist** 69:19
71:5,9 102:22

**communities** 74:19
75:8,22 76:2 100:12

**community** 71:24
72:20 74:24 76:16
77:19 79:3 80:17

**companies** 33:21
77:8,9 82:13

**company** 56:19
65:12,14 66:24
67:9,14,16,20

**competitiveness**
99:18

**complete** 104:4

**completely** 34:7
41:21,23 68:6 69:23

**compromised** 63:4

**computer** 33:22
49:24 50:14,16,17
83:22 85:10,11,12
88:7 94:20 96:20

**computers** 32:23
39:11,13 57:8,22,23
67:2 68:1 80:1 82:7

**concern** 61:11

**concerned** 65:8

**conclusions** 58:13

**conduct** 28:6

**conference** 73:24
100:4

**confidence** 28:5

**confirm** 68:16

**confirmed** 50:7,8,24

**Confucius** 100:21

**confusing** 59:18

**congress** 34:6

**Command** 72:16

**congressional** 28:21

**congressmen** 61:14,
19

**connected** 57:24
66:12,17 79:13 95:2

**connection** 49:15
67:6

**conservative** 60:23

**conspiracy** 78:20

**constitution** 63:17
75:12

**constitutional** 30:12
81:1

**contact** 74:4

**contacted** 65:1

**continue** 30:11
80:23 81:2

**contract** 34:3

**control** 35:17 38:8
39:9,13 42:2 53:15

**controlled** 91:3

**controlling** 39:11
57:24

**convert** 50:12 84:1
92:6

**converted** 89:13
92:4

**conveyed** 65:1

**cool** 49:1 56:5

**coordinate** 75:9

**copy** 65:8 84:18,19
86:19 104:5

**corporate** 99:15

**correct** 36:3,13
68:23 82:18 83:7,
14,15 85:15,21 86:7
88:1,9,20 90:21,22
91:1,8,9,12 93:4,9,
16,19 94:4,15 95:24
96:14,15,20 97:2

**correlation** 35:21

**corroborating** 66:22

**corrupt** 62:12 75:6

**corruption** 45:16
63:15

**couch** 74:23

**could** 33:5,6,7,12,
15,22 36:2,5,14
39:14 41:1 47:11,19

48:6,8,11 56:10
57:8,9,12,22 58:2
60:11 62:11,17,21
72:16,18,21 76:17
84:11,12 86:4,17
93:14 94:14 95:19
**couldn't** 48:5 57:13
**count** 39:6 40:1
**counterterrorism** 72:2
**counties** 45:8,10 46:8 66:10 93:23 94:3
**countries** 31:7 55:6 79:15
**country** 27:3,17 28:6,9 31:2,9,11,13, 14 33:17 39:10 41:12,20 44:21 49:23 52:9,14 53:6, 23 54:7 55:9 60:5,8 62:22 68:1,3 69:11 70:16,19,23 72:10 75:2 76:1 77:19,22 80:5,16,23,24 91:14 98:23 100:22 101:7, 11 102:5,22 103:10, 16
**country-** 30:14
**counts** 78:7
**county** 35:18,19,20, 23 37:18 39:23 40:20 41:9,10 47:16,17,18 48:16 50:15 61:2 76:3 79:9 94:11,12 95:6, 10,12
**couple** 28:19 55:10 61:3 64:12 91:2 100:4
**course** 47:24
**court** 27:23 28:2,11 54:1 69:9,17 73:4,6 82:3 86:23 102:16 103:1 104:24
**courtroom** 29:24
**created** 86:1
**credentials** 82:4 83:17 95:19
**credit** 38:5 42:8 55:3

**crime** 52:18,19 61:8
**crimes** 56:2
**critical** 69:1,3
**crooked** 43:1
**culture** 53:13 70:1 75:13 101:12
**cup** 103:9
**curious** 33:20
**current** 92:21 100:7
**curtain** 33:1,5
**curve** 40:19 43:15, 17,19 44:2 46:21 58:20
**custody** 84:18 86:24
**Cuz** 93:1
**cyber** 50:11,13 69:14 71:10,23 72:15,16 73:8 81:21,23 82:5 83:6 85:19 86:5 93:12 96:7 98:19 99:11 101:7
**cybersecurity** 82:17 83:8 100:3

---

**D**

**daily** 35:3
**dangerous** 33:17
**data** 34:18,19 35:15, 16 40:2 42:17 50:18 58:24 66:21 79:18 83:18,21,24 85:3,8, 24 86:18,19 87:9,11 92:4,9 96:8,22 97:3 99:12,13
**database** 37:19 43:18
**date** 31:17 90:3
**DAVID** 32:12,23
**day** 28:19 32:15 51:24 57:2,4 74:21 81:11,12 90:10 99:1,17 102:13 104:9
**days** 28:19 79:4 86:3 101:19
**DBA** 93:14
**dead** 29:8 54:9
**deal** 35:3 101:2

**dealing** 85:8
**debates** 75:22
**December** 54:4
**decide** 38:9
**decided** 64:21 65:24
**decision** 77:19
**defend** 73:5
**defense** 82:24 83:6,8 99:16
**definitely** 79:9
**deliberate** 100:13
**Delta** 95:5,10,12
**democracy** 81:1
**Democrat** 32:1 52:7 53:3,8 73:5 101:6 102:15,19
**Democratic** 53:5
**Democrats** 52:22 72:7 98:22
**demonstrated** 70:8
**demonstrating** 101:3
**details** 44:14
**development** 99:19
**deviates** 56:6
**deviation** 44:8
**deviations** 34:24 55:21 56:20 59:14, 20
**device** 65:6,8 66:4
**devices** 65:20,24 67:4,19
**DFIR** 83:1
**DHS** 72:20
**Dick** 78:9
**dictate** 33:2
**dictation** 33:10
**dictionaries** 80:7
**dictionary** 80:6
**did** 28:17,18 29:14 34:8 35:5,9 36:11 38:16,17 44:20 45:8 46:21 47:22 48:12, 13,14 50:5,9,14 51:6 52:8 54:22 56:24 57:2,6 59:13, 17,22 60:4,9,18 61:19 62:9 63:19 68:8 70:8 76:5 79:5

84:24 85:18 89:5 98:9 99:22
**didn't** 27:3 28:13 29:20 31:22 32:23 38:1,18 44:19 45:22 48:16 51:13 54:16 59:12,22 60:12 61:14 62:24 63:19, 22 68:7 71:21 83:22 87:15
**Diebold** 32:15
**different** 35:6 47:5,8 53:18 55:16 56:1,22 57:2 66:10,20 67:11 69:1,2 86:13 87:21 92:21 93:7,11 99:23
**dig** 35:9
**digging** 45:16 65:5
**digital** 81:24 83:1
**DILL** 32:23
**directly** 67:1 83:14
**directorate** 100:3
**discovery** 30:24
**discredited** 81:18
**disguise** 59:20 62:11
**disruptive** 100:6
**dissent** 28:3
**dissenting** 27:21,22 28:3
**distributed** 33:14
**divine** 49:15
**do** 27:18 28:10,14, 15 34:1 36:19 37:8 38:4,7,13,17 39:14 40:3 42:6,21,23 43:2,4 47:8,12 49:8 50:15 52:2,20 53:10,23 54:16 55:2 56:20 57:8,9,12 58:15,23 60:17 61:15 63:16 64:5,15 66:1 70:3,17 73:4, 10 74:7,19 75:10 76:4,7,13 78:6,10 79:6 82:22 83:19 85:18 86:24 87:16 89:3,17 97:16,23 98:5 99:19,23 100:12,19 101:17 102:5,6,10 103:3,15
**doctor** 34:14

**doctrine** 71:3,10
**doctrines** 71:6
**documentaries** 80:3
**documentary** 34:11 41:23 46:17 64:13 72:6 78:11 102:7
**does** 47:1 49:8,24 55:1 56:21,24 63:10 83:19 86:23 88:4 92:1,15 93:8 94:5 97:23 98:2 100:16
**doesn't** 32:4,5 33:7 47:7 52:8 61:12 88:10 101:6
**dog** 55:13 78:4
**doing** 34:11 37:17 49:9 50:17 60:5,15 63:8 68:12 73:3 85:18 87:5 88:18
**dollars** 32:7,9 65:17
**domain** 95:10,12
**domestic** 44:22
**domination** 73:21
**Dominion** 32:4 45:23 57:16 70:23 78:2 102:2
**Dominions** 67:14
**don't** 27:19 29:7 30:7 33:9 35:8 37:1, 2,10 39:2 40:3 48:4 52:7,20 58:5 59:15 61:20 63:10,16 70:6 72:3 73:5,9 75:13, 14 76:8 77:8,9,10 78:2,19 79:7,10 81:5 83:23 99:18 100:9
**Donald** 31:18 41:17 46:6 54:11 59:23 61:12 63:7 80:21 98:14
**done** 27:8 28:22 33:3 36:2,5,6 41:23 43:6 46:11 47:19 48:5,6,8,12 52:10 53:21 54:9 55:4 57:19,22 60:5 62:5, 9 64:14 71:13 80:5, 15 96:23
**door** 38:15 56:11,12 69:9 70:11

doors 36:20,21 38:20,22

dot 88:10

double 51:2,5 97:20,22

double-voted 29:9

doubled 97:10,11

Doug 62:15

Douglas 34:4,15,22 35:2,7,10,13 36:4,8,13,19,21 37:1,3,12 38:12,17,19 39:4,9 40:7,11,14,18,23 41:2,4,6,15,17 42:1,7,11,15,20 43:3,6,10,13,15,22 44:7,10,13,17,24 45:4,8,11,20 46:2,10,13,20 47:1,12,20,24 48:6,10,18,24 49:11,18,22 50:5,20 51:4,18 52:11,24 53:19 54:13,19,24 56:4,9,16 57:11,15,21 58:5,9,12,16 59:10 60:1,10,21 61:16,22 64:6,9

down 27:16 30:20 31:9 33:2,3 60:23 62:11 71:16 76:8,10,16,18 81:17 96:4,5,12 97:4,9,24 99:21 103:12

down-ballot 60:17,19

down-tickets 76:15,16

download 40:2 42:24

downloadable 43:18

downloaded 43:16,18

Dr 34:4,15,22 35:2,7,10,13 36:4,8,13,19,21 37:1,3,12 38:12,17,19 39:4 40:7,11,14,18,23 41:2,4,6,15,17 42:1,7,11,15,20 43:3,6,10,13,15,22 44:7,10,13,17,24 45:4,8,11,20 46:2,10,13,20 47:1,12,20,24 48:6,

10,18,24 49:11,18,22 50:5,20 51:4,18 52:11,24 53:19 54:13,19,24 56:4,9,16 57:11,15,21 58:5,9,12,16 59:10 60:1,10,21 61:16,22 64:4,6,9 76:9

dresses 79:24

drive 85:23

Ducey 62:15

dug 34:13

dump 53:23 64:18 69:7 102:11

dumping 64:3 75:20

duplicate 84:13

during 36:10,12 45:4,5 57:20 66:18 67:23 78:11 97:4

duty 92:24

---

**E**

each 31:5 36:14 40:1 47:6,7 50:4 58:1,18 84:15 87:13 89:6,9,13,15,18,20 90:10 98:11,14

earlier 73:24 76:9 98:22

early 72:17

earth 103:19

easily 51:5

east 90:13

easy 51:4 54:13 70:3

economic 99:18

economy 70:8

edge 48:22

educate 103:7

education 77:17

effectively 100:10

effort 75:4

either 63:1 73:12 95:18

elation 52:12

elect 77:15 79:11

elected 32:21

election 27:5,15

28:6,20 31:10,23 32:10 34:1,20 37:23,24 38:8 39:5,6 51:9 54:18,23 55:12 58:22 59:13,15 63:14 64:17,21 66:19 67:10 72:11 73:20 74:2,3 75:6,11,17 76:3,15,19,20 78:22,24 79:5,8,22 81:4,7 84:8,9,10 85:15 86:2 87:3 88:17 97:4 98:13,18,24 102:1,23

elections 28:19,23 32:19 52:10 76:11

electorial 69:15

electrochemistry 34:16

electronic 33:9 78:3 79:15,16 104:5

else 33:9 47:3 51:13 55:14 73:12

emails 75:24

enabled 70:13

encountered 87:6

encrypted 83:24

end 30:23 48:2 83:18 103:16

endeavor 80:20

ended 49:16

English 39:20 92:12

enough 28:10 60:13 61:14,17 80:5

ensure 27:15

enterprise 65:19

entire 37:21 47:16 89:1,2

entities 102:22

entity 69:19

entry 94:8 95:5

equipment 34:2

error 47:14

ES&S 32:5 45:24 57:17 78:2

escape 103:18

especially 61:18 80:22

espionage 99:11

essentially 28:4 31:20 83:10 85:6 86:1 89:20 90:9 92:18 93:24 95:16,20 96:24 98:1

established 100:22

Eureka 52:13

European 65:12

even 28:2 33:16,23 34:1 40:3 42:4 45:15 46:19 53:8 54:4,12,17 61:12,19 66:24 68:21 72:7 73:4,6 76:10 79:23 88:22 100:10 102:19

event 74:22

ever 30:9,17,21 34:3 42:2,4 56:2 57:9 59:11 72:16 73:11 74:3 81:24 84:20 101:8 103:16

every 28:7 31:24 37:18 41:12 43:11 45:7,9 46:12,13 47:8,10,13,16,17,18 48:17 49:3 60:5 63:17 70:19 73:15,16 77:5,6,12,18 81:12 88:20 89:17 90:23 93:21 98:20 99:17 102:13

everybody 27:20 36:1,11 37:23 41:4,11 42:6 44:1,18 46:24 50:18,24 51:21 53:6 55:2,15 59:16 60:18 62:2 64:20 70:4,5 74:9 81:16 82:3 83:4,6 85:17 87:9 89:9 91:14 97:13 102:21 103:5,6,7

Everybody's 41:5

everyday 56:19

everyone 37:5,7 41:21 46:3 49:14 51:6,11,22 54:1,8 55:16 56:17 59:5 61:7 63:18 64:11 68:4 69:24 81:16 82:21 84:10,12,22 88:4 93:3,19 96:3

98:2,4 102:8,14,19 103:20

everyone's 70:21 102:24

everything 28:16 42:16 51:7,13 53:24 61:7,9 62:11 68:6 76:20,21 97:2

everywhere 43:10 47:2 50:3 64:2,3 81:17

evidence 27:23 28:2,13 36:15 50:3 53:21,23 54:2 58:9,10,13 63:19 64:4,23 65:7 66:24 68:2,7 69:7,8,16 73:8,19 80:4 81:13,21 87:2 101:9 102:11,13 103:6

evolution 31:23

ex-addict 62:24

exact 29:7 57:5 67:18

exactly 29:17 39:4 40:22,24 42:15 44:16 49:6,13 57:9 58:8 60:8 61:16 65:9

examine 33:24

example 37:22 60:22

examples 69:16

excitement 53:18

exciting 42:20 53:16,17 64:8 98:5

excuse 59:21

exist 37:2 38:18 39:2 50:1

existed 36:24

exists 31:24

expanded 89:16

expect 51:14 59:12

expected 65:12

experiment 81:1

expert 85:19 86:16

expertise 88:16

experts 41:7 81:24 82:1 98:19

**explain** 83:23 84:22
89:18 97:16

**exploitation** 83:11

**exposed** 55:7,8
63:13

**extensive** 57:21

**extra** 61:1

**extremely** 72:22

**eye** 75:10

## F

**face** 40:23

**fact** 38:1 42:11 47:4
65:10 66:19 67:8

**facts** 42:18

**fair** 31:20,22,23
54:23 78:21 81:4

**faith** 31:5,6,8,11,12

**fallowed** 63:18

**famously** 103:17

**fancy** 34:16

**Fanning** 70:14

**far** 102:7

**fascinating** 35:20

**favor** 64:21

**FBI** 71:19 72:20

**fear** 30:3,4,7 70:5

**February** 81:10,13,
14,22 103:11

**federal** 31:7 32:7

**feedback** 27:11

**felt** 33:22 49:7 52:13
103:13

**few** 58:22 61:1 63:6
81:19

**field** 34:17 98:20

**fields** 93:11

**fifteen** 96:12

**fifth** 90:5

**fight** 75:15

**fighting** 71:13 75:5

**figure** 35:15 39:21
52:3 65:9

**figured** 35:20 37:16
39:14,22

**file** 96:21

**fill** 38:5,6

**filled** 58:24

**film** 91:16 98:22

**filming** 64:12

**finally** 29:22 55:21
74:6

**find** 34:10 38:20
48:16 57:1 59:1,2
61:4,5 89:5

**finding** 54:7

**fire** 71:15

**firewall** 48:14 95:20

**first** 31:20 37:6,17
38:4 41:19,23,24
42:2,13 46:5,16
48:19 52:12 53:10,
11 54:10,24 66:13
69:22 82:24 84:14,
23,24 85:4 89:14
101:11

**fit** 47:2

**five** 32:9 50:23
53:22 69:7 89:4
97:13 98:6

**fix** 77:3

**fixed** 63:13

**flag** 42:13 47:4
60:16

**flip** 27:3 34:8 46:7
65:3 66:12 67:6
88:7,12,15 98:3,24

**flipped** 87:18,24
95:24 96:13,17
103:12

**flipping** 46:19 64:19
87:19 88:11

**flips** 81:22 87:3 94:4
96:7 97:20 98:6,15

**Florida** 43:8 51:2
74:4,21

**Flynn** 27:4 29:17
30:6,11,23 74:16
76:12,22 77:5 78:1
80:4,9,11,14

**focusing** 68:13

**folds** 69:3

**folks** 31:16 32:7
71:20 74:4 75:17
78:19 79:17

**followed** 63:17

**following** 48:21

**food** 77:12

**footprint** 50:13 86:5

**footprints** 50:12

**for** 27:18 28:23,24
29:21 31:11 32:1,7,
10 33:8,15 34:6
37:6,22 39:2 44:19,
20 46:6 47:6,7,8,10,
13 52:5 53:9 55:13,
19 56:4,20 58:14,22
60:15,22 61:9 63:2,
8,9,12 64:7,15,22
65:11 68:18 69:4,
16,20,23 71:6 72:9,
13,22 74:11,17
75:10 77:12,17 78:4
79:8 80:5,18,21,22
81:8,9 82:1,6,24
83:19 84:7,9,10,16,
23 92:8 97:5 101:1,
18 102:10,13,14

**forecast** 65:22

**foregoing** 104:3

**foreign** 28:22 44:21
68:17 69:4,19,21
72:10 73:20 79:1,5,
21 98:23 102:22

**forensic** 36:15 81:24
83:1 85:19

**forever** 52:10

**forget** 31:17

**form** 84:1 86:17

**forth** 62:18 87:13

**forty** 65:3

**forty-four** 65:3

**forward** 74:11 75:2
80:23

**fought** 80:18

**found** 36:1 48:15
49:20 54:6 64:22
66:7,8,9,16 75:4

**founded** 65:18

**four** 28:24 56:1
82:24 102:11,16

**fourth** 27:9 48:22
90:5

**fourths** 48:20

**Francisco** 100:5

**Frank** 34:5,15,22
35:2,7,10,13 36:4,8,

13,19,21 37:1,3,12
38:12,17,19 39:4,9
40:7,11,14,18,23
41:2,4,6,15,17 42:1,
7,11,15,20 43:3,6,
10,13,15,22 44:7,
10,13,17,24 45:4,8,
11,20 46:2,10,13,20
47:1,12,20,24 48:6,
10,18,24 49:11,18,
22 50:5,20 51:4,18
52:11,24 53:19
54:13,19,24 55:23
56:4,9,16 57:11,15,
21 58:5,9,12,16
59:10 60:1,10,11,21
61:16,22 64:4,6,9
70:21 76:9 101:19

**fraud** 63:14,15
102:1

**free** 53:12 70:2
78:21 81:4 101:12,
15

**freedom** 103:18

**freedoms** 70:2,5
103:13

**fresh** 81:3

**friends** 34:10 53:8
101:14

**from** 27:8,11 28:17,
20,21 29:16 34:3
38:23 39:21 40:2
41:21 43:16,18
48:2,13 50:18 54:6
55:5 56:6 58:11
64:21 65:7,24 68:2,
8 72:8 73:10 74:8
76:1 83:20 84:1,13
85:14 87:24 88:2
89:17 90:1,2,12
91:1,15 92:2,5,6
93:7,18 95:21 96:13
97:14 98:6 99:20
101:16 102:16
103:11 104:5

**front** 64:20 70:11

**fulfilled** 51:13

**full** 91:22

**Fulton** 66:11

**fun** 36:16 56:12,13
58:12

**further** 65:5 79:24
88:18

**future** 75:18,19

## G

**gal** 34:6 49:15,16

**game** 31:20,22,23

**gave** 31:18

**gee** 57:12 60:10

**geek** 36:16

**general** 27:4 29:17
30:6,11,23 67:22
69:10,13 70:7 71:1,
22 72:14 73:9,14
74:10,14,16 76:12,
22 77:5 78:1 80:4,9,
11,14 81:8

**generally** 72:1

**gentleman** 74:2,21

**Georgia** 43:4 55:20
66:11 74:5 89:5
98:10

**get** 27:10,18 29:15,
21,22,23 34:12
35:6,22,24 37:11
38:7 39:20,21 43:5
51:11 53:24 55:7,8
56:23 58:23 59:16
60:7 62:21 63:19,20
64:2 70:14 72:4,24
74:24 75:5,7,11,21
76:5,8 82:2 86:23
88:4,18 92:14 93:4
94:10 95:23 102:7,
8,15 103:4,14

**get all** 28:15

**gets** 69:9 73:6 88:14
91:14 102:17 103:1

**getting** 29:19 51:12
59:23 63:4 69:24
74:23 75:24 101:14

**ghost** 92:18

**give** 29:11,20 30:1
34:18

**gives** 74:9 75:12
88:13

**giving** 55:2

**glass** 76:24

**global** 70:7,8 73:21

**go** 27:6 30:10,12,24
38:14 42:21 50:19
58:24 59:8 61:9

65:6 67:8 71:3,7
73:13 76:17 77:1,2
78:13 82:22 83:3
86:4,9 87:15 89:18,
21 90:2,15 92:12
96:4 97:4,7,11 98:4
99:1 102:18 103:2

**God** 31:12 64:10
74:11,14 103:21

**goes** 29:10,12 71:4,
11 77:5 83:10 88:6
95:10 96:5 97:24
101:1

**going** 28:4 29:19
30:12,13,15,16,20,
21 31:1,3,16 37:8,
10 39:6 45:19 46:16
48:21 49:6 50:17,19
51:11 52:1,9 53:7,8,
14,23 54:22 55:6,
19,21,22 57:5 58:6
59:15,17,19 64:3,4
65:24 67:21 68:8
69:2,6,10 70:4,22
73:8 74:23 75:1,14,
15,16,18 76:3,4,5,6,
7 77:15,16 79:15,21
80:22 82:1,3 85:20
87:11,13,14 88:7
89:7,14 90:5,13
92:17 97:9,10,16
98:16 101:16,17,20,
22,24 102:1,2,10,
11,13,17,18,19,20,
24 103:2,3,4,7

**gonna** 30:20 47:21
52:18,22,24 55:18
70:17,21 73:1,2,3
80:3,4 83:21 89:6,
18

**good** 34:10 47:4
71:8 81:20 82:1
99:3

**Google** 65:16

**got** 28:12,15 29:10,
16,24 31:21 34:7,9
37:15,19,20,21
39:24 40:13,15
48:13,21 49:12,13
56:10 58:8,17 59:6,
21 60:1 61:2,12,14
62:2 70:16,18 72:2
76:17 81:18 88:19
95:24 99:1

**gotcha** 90:11 93:15
95:14

**government** 27:12
31:8 65:21 82:10,14
83:5,19 99:16,22

**government's** 98:19

**governor** 79:8

**governors** 62:15

**grabbed** 91:21
92:11

**grandchildren** 75:1
80:22

**graph** 89:7

**graphics** 48:24 49:1

**great** 31:2,13,18
48:24 51:12 62:1
64:11,14 74:10
77:21

**greater** 75:9

**greatest** 30:8,17,21
31:14 103:16,17

**green** 87:17,22,23
88:6,14

**griping** 29:1

**ground** 50:6,7 55:17

**groups** 55:16

**Guerrilla** 71:8

**guess** 32:6 80:1

**guests** 67:22

**guide** 30:19

**guilty** 95:8

**guy** 33:1,5,10 49:1
90:17,18 98:4

**guys** 38:16 45:13
55:7 60:3 62:16,20
93:12 95:7 99:3

**Gwinnett** 66:11

---

**H**

**hack** 36:7

**hackers** 68:16

**hacking** 99:11,15

**hacks** 48:13

**had** 27:10,14 28:22
34:11 36:6 39:15
44:22 45:1,2,3 46:1
47:22 49:16 51:12,
18,20 52:12 55:5

56:22 57:8 59:8,19
60:3 61:11 63:7
64:14 65:3,21 66:14
67:24 68:2 69:13
73:24 76:9 78:18
79:21 83:13,17
84:14 89:3,16 92:6
93:23 96:18 98:21

**hadn't** 45:15

**half** 49:13 66:15

**halls** 100:11

**Hamilton** 39:23
40:20

**Hampshire** 52:16
55:20 74:1

**hand** 36:5 104:8

**happen** 35:5 39:16
54:17 62:21,23
75:1,23 79:7,10
94:14 103:10

**happened** 27:6 45:6
48:4 50:3 53:4 57:6
61:24 62:3 63:7
69:11 70:16 71:9
74:7,23 75:17 80:18
87:3 88:19 89:19
95:5 97:12,14
101:11 103:7,11

**happening** 58:14
74:8,18 79:7 102:5

**happens** 32:20 55:1

**happiness** 80:24

**hard** 31:21 79:4

**Hart** 32:5 78:2

**has** 31:9 35:5 37:18,
24 47:20 52:14 54:1
57:14,15,22 64:13,
14 70:13,15 73:15
84:15 98:1 99:10
101:11,15

**hasn't** 59:1

**hat** 68:16

**have** 28:8,14,22
29:7 31:5,6,10,12,
13,15 32:16,23
33:9,10,12 34:4,15,
18,19 35:5 36:2,5,9,
10,15,18 37:8,9
38:5,7,14,21,23,24
39:7,9,11,12 40:3,
11 41:9,19,22,23
42:8 45:13,14,23

46:14 47:5,7 49:15
50:2,6,10,12 51:7
52:15,23 53:17,21
54:8,9,17,23 55:11,
15,16,22,23 56:22,
23,24 57:20 58:1,8,
9,10,15,18 59:3,11,
17 60:1,11,14,21
61:14,24 62:1,3,4,
10,17,20 63:1,2,3,8,
9,22 64:4,11,15
67:5,7,8,9,13,14,15,
17 68:8,14,16,19
69:16 70:6 71:14,23
72:16,18 73:7,11
74:19,24 75:6,7,8
76:1,4,8,18,21
78:12 79:7,14 81:2,
4,6,24 82:2,16,17
84:1 87:6,15,16
89:7,23 90:9,19
94:3,18,23 95:3,7,
19 96:7,11,19 97:15
98:17,18 99:13,14,
15 100:13,22
101:11,13,14,15,17
102:13,18 103:12
104:8

**haven't** 48:15 58:23
59:8

**having** 36:16 46:8
56:5 103:8

**Hawaii** 88:22

**HB1** 55:1

**he** 27:21 28:4 29:10,
12,14,15,20 30:19
31:17,19 33:2,6,7
41:18 51:12 60:1
64:14 74:22 82:1
83:19 86:22 89:16
100:5

**he'd** 77:2

**he's** 28:8,9,10 29:10
85:12,13 89:18

**head** 62:13

**headquartered**
65:18

**heads** 62:16

**hear** 33:6 36:11
60:18 68:8 82:3
84:10

**heard** 37:9 48:20
59:6

**hearing** 37:5 99:6

**heart** 30:18

**help** 34:12 35:12
63:10

**her** 34:7,10,22
35:14,20,23

**here** 30:13 34:5
37:24 39:24 41:22
42:16 45:16 46:14,
21 47:3,6,7,14
49:17 50:16 56:23
60:24 62:8,22 64:12
65:24 72:14 73:15,
18 75:2,3 78:19,23
82:16,22 83:3,4,6,
23 85:13 87:16,17,
23 88:19 89:5,7,17
90:1,2 91:6,20 92:2,
9,15,24 93:18 94:3,
5,9,18 95:18 96:2,4,
11,12,16 97:2,16
98:3,4,13,14 100:11
102:12 103:18

**here's** 38:1,3 53:14
66:14 91:13 98:9,11

**hereby** 104:3

**hereunto** 104:8

**hex** 84:1

**hey** 29:6 35:12
60:24 77:1 88:7
100:24

**hidden** 66:8

**hide** 77:23

**high** 79:15

**highest** 82:17

**highlights** 31:4

**highways** 79:15

**him** 29:23,24 30:19
41:24 63:7 81:24
83:17 89:3,16 90:4

**his** 27:21 29:14,15,
23 31:5 36:16 51:13
76:24 82:3 98:20

**historic** 28:4

**history** 30:9 31:14
37:21 44:1 54:23
56:3 62:7 69:14
73:9 74:2 103:17

**hold** 32:21

honestly 45:12
Hong 65:15 100:24
hope 43:24 74:10
78:9
hopefully 101:20
horizontally 89:22
hotspot 65:5
hours 72:17 90:12
houses 38:21
how 27:7 31:2 33:21
34:3 35:5,18 37:16
38:13 39:14 40:1
41:1,2,9,13 44:14
46:7 48:4,13 49:16
57:12 58:19,20
59:17 60:16,21,23
61:19,20 62:21,22
72:12 79:6 93:7
99:17,22,23
however 78:6
Howse 70:14
human-readable
84:2
humanity 52:18
61:8
humanly 57:9
humans 57:19,22
58:2
hundred 32:9 52:5
61:1,3
hundreds 32:20
33:16 50:10 71:18
hurricane 100:5
hypothesizing 36:16

I

I'D 29:24 48:20
73:14
I'LL 31:20 44:17
60:5
I'M 27:24 37:5,8
42:5 47:15,21 49:1,
5,11 50:17 52:11
53:7 55:22 57:5,23
59:15 67:17 74:23
75:3,18 77:18 87:11
88:7 100:17 101:16
I'VE 28:16 41:6
42:2 43:6,7 53:16
55:5 56:18 57:11

62:20,23 63:6 75:24
80:15,18 82:5,7
87:5 89:16
ID 50:16
ID's 68:1,9
idea 81:20
identical 43:9 50:19
60:6 80:2
identifier 88:14
identifiers 86:14
identifies 88:12
identifying 86:13
IDS 80:1 89:18
if 27:17,19 28:7
29:12,24 31:20
32:18,19 33:13
36:23 38:14 39:5
47:2,5,7 51:7 52:7
54:8,16,21 56:6,20
57:3 60:11,15 61:24
62:2 72:8 73:4,5
75:2 77:23 78:3,10,
21 79:2,17 80:14,17
82:22 83:3 87:1,14
89:21 91:6 93:13
94:14,23 95:1,2,17,
20 96:22 97:6,24
99:6,13,19 100:17,
21 102:19 103:5,18
II 39:17
illegal 67:10
illusion 54:20,21
image 85:5
imagining 57:23
immediate 66:7
99:8
immediately 35:13
impact 68:15 100:14
impacting 27:7
implanted 95:19
importance 72:23
important 66:9 71:2
72:22 80:11,12,20
96:3
impossible 41:3
44:9 61:21 86:14
impressive 87:5
imprint 85:21
improperly 33:7

in 27:1,2,3,11,14,17
28:1,5,9,12,18,23
29:1,5,24 30:3,4,5,
7,8,9,17,19 31:5,6,
8,10,11,12,13,14,
19,24 32:4,8,13,15,
17 33:4,9,11,14
34:6,7,9,15,17,18
35:3,14,18,19,20
36:7,14,15,16,17
37:18,21,23 38:1,6
39:3,11,16,17,21
40:1,20 41:19,22,24
42:9,11,22,23 43:2,
4,8,11 44:1,15,21
45:8,10,12,13,24
46:4,5,15,17 47:11,
12,15,16 48:13,16,
21 49:3,8,9 50:21
51:15,19,20,24
52:5,6 53:11 54:3,
10,23 55:9,17 56:3
57:7 58:17 59:12,15
60:11,13,19,22
61:4,5,17,18 62:4,7,
19,21,23 63:11,21
64:18,19,21 65:10,
12,15,18,21 66:1,2,
3,5,6,9,10,18,19
67:11,20 68:18
69:2,3,7,14,17,22
70:9,10,19 71:5,18
72:1,6,7,17 73:9
74:1,3,4,5,12,18,21,
24 75:2,8,17,18,19,
21,22 76:1,7,20
77:18 78:17 79:5,22
80:6,12,15,16,20
81:1 82:5,17,19,23
83:10,14,22 84:1
85:8,20 86:4,5,7,16,
17,20,24 87:2,12,19
88:11,15,19 89:14,
21,22 90:20 91:16
92:9,12,19,22
93:11,19 94:2,9,10
95:19,24 96:8,10,
17,19,21 97:13,15
98:20,21,22 99:10,
12,22,24 100:4,6,
11,12,18 101:7,9,
10,19 102:14
103:10,17 104:8
inaudible 95:11

INC 104:24
incident 83:2,9
including 65:22
66:20 67:11
incompetent 33:6
increase 57:10
incredibly 75:5
incursion 67:10
independent 68:12,
24
individual 57:1
75:12,13 81:2,3
87:13 89:10
individuals 27:11
infinite 55:3
influence 70:19
99:17 100:10,20,23
influencers 70:22
influences 100:17
information 28:15
69:3 72:24 73:2
75:18,20 93:2 96:9
103:20
infrastructure 83:8
ingredients 77:8,10,
18
inject 58:21
innovators 99:20
input 35:6 56:22
inside 32:2 33:10
76:24 77:8,10,11,
14,24 99:22
inspections 28:21
install 66:2
installed 32:17
institutes 100:22
institutions 28:5
31:7,8
intelligence 28:20
71:24 72:12,20 79:3
interesting 65:4
interfere 72:10
interference 28:23
44:21 67:7 69:5,21
79:1,2,5,21 98:13,
18
interfering 28:18
interject 41:11
72:14

internally 79:1
internet 36:2 57:24
66:12,17 67:3,16
79:13,14 95:2
interventions 68:19
into 33:12,19 34:13
35:9 37:11 39:18,20
50:13,16 53:6 57:1
58:21 65:23 67:10
70:5,23 79:15 83:13
84:2 92:7 94:10
99:15 102:22
introducing 70:3
introduction 34:5
intrusion 87:18
95:17,18
intrusions 94:12
97:15
invasion 76:7
invested 65:17
investigating 35:14
investigation 51:8
64:14
investigations 28:22
involved 33:11
37:16 74:6,24 75:11
Iowa 51:1
IP 49:21 50:1,13,16
66:17 67:19,24
68:9,12,17 79:14,24
89:17 90:16,18 91:7
92:2 94:6,19,23
IPS 92:18
Iran 28:18
is 28:3,6,15 29:23
30:11,12,24 31:2,6,
16 32:17 33:20
34:13 36:3 37:4,8,
13,18,22 38:7,13,21
39:6,10,23,24 40:7,
23 41:4,11,18,21,
22,24 42:2,5,16,18,
21,22 43:13,15
44:1,15,16,19 45:5,
6 46:3,8,11,14,18,
20,23 47:18 48:11
49:6,19,24 50:2,5,
18,21 52:8,15 53:5,
7,8,9,14,16,21 54:4,
5,8,19 55:5 56:4,5,
12,20 57:21 58:17,
19,20 60:8,13,16,22

61:8,24 62:6,22
63:20,21 64:7,8
65:3,4,5,11,13,15,
16,18,19 66:4,8,9
67:5,17 68:9,24
69:17 70:1,11,17,21
71:3,8,10,13 72:15,
21,22 73:8,12,16,
17,20 74:17,20
75:5,18 76:2,21
77:1,13,14 78:3,6,
11 79:2,3,20 80:11,
12,14,19 81:1 82:1,
16,17,18 83:1,4,5,6,
20,22,23 84:3,5,11,
23,24 85:13,14,20
86:6,8,19 87:17,18
88:16,18 89:7,13,
14,17 90:8,15,16,
19,20 91:18,19,22,
23 92:4,9,21,22
93:1,6,7,16,18,24
94:1,2,5,7,9,14,19
95:12,17,21 96:3,8,
13,20 97:2 98:5,13,
14 99:5,7,10,16
100:5,6,7,18,24
101:2,21,22 102:6,
12 103:4,18,19

**island-building**
71:14

**isn't** 36:15 53:5 61:7
72:13 76:14,20
103:8

**issue** 27:9 101:2

**issues** 28:9

**it** 27:2,13,16,19 28:8
29:1,2,9 31:17,20,
21,22 32:4,5,7,8,18,
22 33:7,12,22,24
34:3,16,18 35:5
36:9 37:11 38:4,13,
22 39:5,10,13,18,20
40:19,20 41:7 42:7,
21,23 43:4 44:1,17,
19,20,22 45:2,15,
17,24 46:6,11,21
47:2,6,13,18 48:5,6,
8,11,12,20 49:8
50:3,8,14,15,24
51:12,15,18,20
52:2,8 53:18 54:3,4,
7,14 55:2,18,22
56:6,21,22,24 57:2,

3,6,7,14,15,16,18,
21,22 58:2,3,5,11,
17 59:11,14,17
60:6,12,14,15 61:9,
19 62:12,23 63:1,5,
7,8,10,14,18,19
64:2 65:5,6,10,15
66:5 68:1,8 69:9,17,
18,22 70:3,12 71:11
72:12,18,20,21
73:3,4 74:8,20
75:21 76:23 77:2,3
78:1,2,6,7,19 79:6,
7,10,20,21 80:14
81:1,17,18 82:6,20
84:1,2 85:2,3,24
86:1,8,10,11,24
87:8,19 88:4,6,8,11,
12,13,19 89:11
90:10 91:14,17
92:1,6,13,21,22
93:3,20 94:1,7,24
95:1,2,4,10,19,22,
23 96:4,8,10,23,24
97:6,8 98:1,9,19
99:20 100:2,9
101:1,20,21 102:7,8
103:2,3

**it'll** 88:14 90:12
103:16

**it's** 27:1 30:16,20,21
31:9 32:2,3,8 33:14,
21 34:16 35:15,19
37:13,14,15,19,21
39:16 40:22 41:3,8
42:2 43:22 44:8,16
45:21 46:11 48:4,5,
15 49:3,8,9 50:2,4
52:10,17,24 53:4,
15,16 54:7,17,21
55:4,11 56:14,18
58:6,12 59:17 61:21
62:3,9,19 63:9,12,
23 66:6 69:23 70:7,
13 71:20 76:21
77:11,20 78:18,22
79:21 80:2,20,21
83:24 84:19 86:5,7,
20,23 87:1,4,5 88:8,
11,15,17 90:8 91:11
93:2,11,13 95:12
96:10,24 97:6,9,10,
18 99:18 100:8,23
101:1,19,20,21,22

**its** 66:5 84:15 86:20
100:18

**Iwo** 73:17

---

**J**

**James** 60:19 104:13

**January** 54:6 65:1
66:11 69:11 103:11

**JEFFERSON** 32:12

**jibberish** 89:11

**Jima** 73:17

**job** 54:9 63:17 85:18
99:22

**John** 38:22,23,24
60:19 64:13,15,16
66:23 67:5,17 82:5,
11,13,19,24 83:8,
15,24 84:5,9,15
85:4,11,16,22 86:7,
12,18 87:4,8,17
88:2,10,21,23 89:1,
20 90:7,12,16,22
91:2,5,9,12,16,21
92:4,8,11,17 93:1,5,
10,13,17,20,24
94:7,16,21,23 95:2,
9,16,19 96:1,8,15,
21 97:3,9,17,22,24
98:8

**joint** 65:13

**Joyce** 100:2

**jsut** 68:24

**judge** 27:24

**judges** 32:20 60:23
63:24

**just** 30:3,10 31:2
32:18 33:2 34:10
36:15 37:9,13,15
38:9 40:7,9,18 41:4
43:16,18 44:13
45:21 46:8,17,21
48:5,20 50:3,9,17
51:8 52:4,5,6,9,17
53:3,13,17,23 54:7
55:15,17,18,24
57:19 58:16,18,24
59:18 60:13 61:9
62:18 63:21 68:6
71:22 73:2,14 76:6,
14,17,20 77:11 78:1
79:2,3,4,11 80:2,17

81:17 83:24 84:3,7,
9,10,19 85:13,14
86:2,14 87:8,9,20
89:3,4 92:21 93:22
94:3,4,23 95:6,8,16,
21,24 97:5,9,12,13,
15,18 98:6,12,15,16
99:1 100:11 101:3,
10,12,15 102:11,12,
13 103:5,8,10

**Justice** 27:20 28:2

---

**K**

**Kaios** 65:15

**keep** 30:7 33:21,24
64:3 70:4 73:3
75:10 80:3,4

**keeping** 88:8,15,16,
18

**Kemp** 62:13

**kept** 64:22

**Kill** 52:21 72:6
78:12

**kind** 27:17 39:17
48:20 72:15 83:10
85:2 86:15 89:10
99:19 100:8

**kinds** 75:10

**Kismet** 66:3

**Klobuchar** 72:8
78:9,14

**knew** 39:14,15 85:1,
3,8

**knock** 38:15,22
56:12

**knocked** 36:20,21
38:20

**know** 27:1,19 28:16,
17,18,20,21,23
29:6,7,9 30:1,10
31:2,4,21 33:19
34:24 35:1 36:1
37:7,22 38:13,14
39:18 41:11,13,21
45:22 46:11,16
48:4,5,12,15 49:2,5,
6,20,24 50:3,21,22,
23 51:2,12 52:1,4,6,
7,20,23 53:3,9,15,
20,22 54:3 55:6,7,8,
11,12,17,19,23

56:17,19,20,22 57:1
59:3,14,18 60:20
61:2,20,23 62:8,12,
13,15,17,24 63:5,6,
7,11,19,21,22 66:13
68:4,5,13 70:3
71:21 72:2,10
73:10,24 74:20
75:16,17,24 76:8,
10,16,17,22,23
77:1,6,7,10,13,14,
17 78:8,17,19,20
79:12,23 80:6,10,
13,15,19 81:12,20
82:5,7,13 84:2,17,
18,20,21 85:4,5,7,
17,22,23 86:1,2,3,
13,14,18,19 87:10,
20 90:10,12,13,17
91:17,18 92:4,8,9,
11,12,17,18,19,20
93:2,10,12,14 94:7,
8 95:9,11 96:9,21,
22,24 97:3,4,5,6,7
98:22 99:5,17
100:24 101:1,2
102:6,8,18,20,24
103:21

**knowing** 47:22

**knowledge** 104:6

**knows** 50:18 51:21
55:15 63:5 74:2

**Kong** 65:16 100:24

**Krebs** 99:2 100:1,20

---

**L**

**laboratory** 36:16

**labs** 33:24

**LAN** 66:15

**language** 39:21
83:12

**largest** 32:13 65:16

**last** 28:23,24 37:22
48:22 49:3 67:24
72:7 74:4 103:19

**latitude** 90:19,24
91:10 94:8 95:4

**launched** 81:14
101:10,18,20,21

**launching** 101:19

**law** 74:3

laws 63:16
lead 34:8
leader 70:9 99:14
100:4
leadership 70:13
lean 30:18
learned 27:5 28:17
62:21,23
least 38:21 53:20
58:6 65:17 68:16
72:12
leave 33:3
led 69:18
left 47:14 60:13
61:15,17
legally 38:2
let 41:10 72:14 78:1
let's 52:5 56:24
58:21 79:6 81:21
90:3 97:11,12,13
98:4
level 28:11 75:12
76:9 79:8,11 94:12
95:6 100:10,17
levels 66:16 72:3
liberties 75:13 81:3
liberty 80:24 81:4
life 80:15,20,24
lifetimes 80:13
like 27:16 28:8 30:9
32:17 33:7 34:17,19
35:15 37:13,22
38:4,22 39:16,17
40:21 41:1,8,14
42:3,8 44:2 45:21
49:4,7 50:5,24 51:1
52:16 54:9 55:6
56:18 58:18 61:20
62:15 63:1 66:5
70:1,3 71:22 72:20
73:9,14 74:20 76:6,
7 77:11 84:19 85:9,
21 88:4 89:3 94:12
96:16,19 97:5 99:1
100:5,6 101:21
likely 61:22
Limited 91:24
Lindell 27:1 29:3,18
30:7,15 34:4,21,24
35:3,8,11,24 36:5,
11,18,20,23 37:2,5

38:10,16,18 39:1,8
40:5,9,13,17,22
41:1,3,5,10,16,18
42:4,10,13,18 43:1,
4,9,11,14,20,24
44:8,12,16,18 45:1,
5,10,19,21 46:3,11,
14,23 47:10,18,21
48:1,8,11,23 49:10,
14,19,23 50:8,21
51:5,20 52:15 53:2,
20 54:14,21 55:4
56:8,14,17 57:14,16
58:3,7,10,15 59:2,
11 60:2,18 61:6,17,
23 64:7,10 66:23
67:13,21 68:21
69:6,20 70:17 72:5
73:1,22 74:9,15
75:3,24 76:13 77:4,
21 79:19,23 80:10,
12 81:8 82:9,12,15,
20 83:3,13,16 84:3,
7,10,22 85:9,12,17
86:4,10,16,22 87:7,
11,22 88:3,13,22,24
89:2,24 90:11,14,
18,23 91:4,6,10,13,
20 92:1,6,10,14,23
93:3,6,12,15,18,21
94:2,13,18,22 95:1,
3,14,17,23 96:2,11,
16 97:1,8,11,19,23
98:2,9 101:5
line 38:5 42:8 55:3
89:20,22 90:2,3
lines 87:13 88:3
89:9,12,21
Linux 66:3
list 38:22 77:9
literally 98:7
little 33:9 34:5 37:24
46:6 47:14 76:10
85:14 98:17
live 29:5 30:4,7
64:19
lives 38:23,24 99:17
living 29:5 30:3
99:10
local 66:15 74:18
75:11 78:6,7
100:10,12,17,21

locally 101:4
locked 86:5,7,24
log 49:2 50:6
logic 29:4
logs 49:2
LONERGAN
104:13
long 81:11 82:7 87:5
93:3 100:24
longer 82:7 92:19
100:13
longitude 90:19,20,
23 91:10 94:8 95:4
look 28:11 32:2,14,
16 33:4,23 34:22
38:1 40:23 44:13,
14,18 55:22 56:19,
20 57:1 70:10 71:3,
6,21 72:3 74:4 11
77:2,7 78:8,13
79:19 80:6 83:13,17
84:16 85:4,23,24
88:24 94:12 95:9
96:21 97:12 101:10
looked 27:23 28:1,
13 60:2 63:19,20,
23,24 72:4 92:11
99:21
looking 28:9 33:19
34:3 49:2 68:13
71:21 72:13 85:1
87:20 90:7 97:7
looks 28:8 40:21
Lord 30:18
lose 28:4 60:23
61:21 103:18
losers 78:21
losing 61:13
lost 29:10 101:15
lot 35:3 37:24 40:21
56:10 61:13 62:14,
16 63:15 84:4 85:3,
8 86:13 93:1 98:16
lots 33:10,11 34:18,
19
Louisiana 74:5
love 42:1 80:16
lower 72:3
luck 62:5
lull 100:8

lying 78:20

## M

MAC 66:8 67:19
machine 33:9,10,13
36:6 39:3 45:24
63:14 76:17 89:11
94:7,22
machine-owning
77:9
machinery 27:16
31:24 75:7
machines 27:7,14
32:11 33:14,20 34:8
36:3 41:12 43:14
45:23 47:19 52:22
54:16 55:11 57:14,
17 67:2,14 69:20,22
72:9 73:11 76:4
77:11 78:4,12,13,16
79:12 87:21 94:14
98:23 102:24
macro 76:19
made 31:19 65:15
68:24 72:11 79:20
Maduro 27:16
magnitude 69:16,18
87:7,8
mail-in 51:23 59:18
main 34:13
mainstream 64:20
68:5 81:11,16
maintain 84:18
major 65:22
make 33:21 34:19
44:17 57:9 60:12
61:12 77:16,18
78:4,7 93:2 100:14
makes 97:8,9
making 80:3
malfunctions 32:19
malicious 33:13
man 103:14
management 83:10
manager 64:24
managers 65:7
manifest 63:10
manifests 103:14

manipulate 60:14
manipulated 60:12
62:18 78:16,24
manufactured 65:9
manufacturer
65:10,14
many 35:18 40:1
49:4,5 58:19,20
61:20 82:2
Mao 71:5
Mao's 71:7
map 89:21,22
March 63:21
marry 49:9 50:4
Marxist 30:14
Mary 70:14 89:15
massive 28:22 52:18
60:23 69:14 77:19
match 39:8 42:14
58:13 80:2
matches 97:17
matching 67:19
mathematical 44:1
matter 44:19 52:8
101:6
Max 38:24
may 32:21 65:17
99:12,13,14,15
maybe 33:16 63:4
Mcinerney 67:22
69:11,13 70:7 71:2,
22 72:14 73:14
74:14
me 31:15 34:19,20,
22 35:12 41:10
42:21 54:6 55:13
58:14 60:10 63:22
64:23 65:1,2 72:14
74:21 79:17 80:21
81:11,12 90:6 93:22
97:5
mean 44:14 48:16
50:1,21 54:22
59:15,16,22 62:3,14
72:11 74:19 76:6,22
77:21 78:2,13 79:2,
20 83:24 87:4 88:10
92:1,3,15 93:1,9,13
94:5 95:15 100:16,
19

**meaning** 87:18
92:12
**means** 34:17 59:8
86:22 89:8 95:18,24
**measurements**
37:14
**media** 64:20 68:5
70:18 81:11,16,17
101:18
**mega** 85:12
**member** 77:16
**mentioned** 71:19
**mess** 58:1
**messed** 96:23
**met** 34:6 49:16 75:4
**metadata** 85:24
**MICHAEL** 27:4
29:17 30:6,11,23
74:16 76:12,22 77:5
78:1 80:9,11,14
**Michigan** 28:1 52:4
60:20 89:4 95:5
96:17 98:10
**micro** 76:18
**middle** 51:21 101:8
**might** 56:23 59:11
65:19 95:11
**Mike** 27:1 29:3,18
30:7,15 31:4 34:4,
21,24 35:3,8,11,24
36:5,11,18,20,23
37:2,5 38:10,16,18
39:1,8 40:5,9,13,17,
22 41:1,3,5,10,16,
18 42:4,10,13,18
43:1,4,9,11,14,20,
24 44:8,12,16,18
45:1,5,10,19,21
46:3,11,14,23
47:10,18,21 48:1,8,
11,23 49:10,12,14,
19,23 50:8,21 51:5,
20 52:15 53:2,20
54:14,21 55:4 56:8,
14,17 57:14,16
58:3,7,10,15 59:2,
11 60:2,18 61:6,17,
23 64:7,10,16 65:19
66:13,19,23 67:5,
13,21 68:21 69:6,
14,20 70:12,17
72:5,22 73:1,15,22,

23 74:9,13,14,15
75:3,19,24 76:13,23
77:4,21 79:18,23
80:9,10,12 81:8,19
82:9,12,15,20 83:3,
13,16 84:3,7,10,22
85:9,12,17 86:4,10,
16,22 87:7,11,22
88:3,13,22,24 89:2,
24 90:11,14,18,23
91:4,6,10,13,20
92:1,6,10,14,23
93:3,6,12,15,18,21
94:2,13,18,22 95:1,
3,14,17,23 96:2,11,
16 97:1,8,11,19,23
98:2,9 101:5
**military** 72:19 80:16
90:8
**milk** 77:6
**millennials** 40:15
**million** 32:9 39:11
46:6,7 51:10,24
59:23 60:4,7 65:17
81:15
**millions** 50:11 84:5,
7,13 85:7,14 89:12
101:23,24
**mind** 33:4
**mine** 101:15
**Minnesota** 72:8
**minors** 29:8
**minute** 41:8 47:15
**miracle** 51:8 54:8
**mirrored** 44:14,15
**miss** 72:18,21
**missed** 72:16
**missing** 72:20
**mistakes** 56:9
**mix** 59:17 62:21
**model** 14:18 56:5
65:3 70:12
**models** 34:19
**mom** 77:5
**moment** 81:9 100:7
**money** 57:7
**monitoring** 57:24
**months** 29:22
103:10

**more** 32:17 38:6
42:8,9 48:18 51:22
56:21 57:19 58:22
60:1,7 65:7 66:24
74:2 75:17,18 85:5,
6,19 91:2 98:16
99:4 100:6,7,13
101:9
**morning** 51:24 62:4
64:18 99:3
**most** 28:5 33:4 41:8
68:18 69:13 80:12,
20 94:11 99:8,10,11
101:23
**mostly** 68:4
**mother** 77:12
**Mount** 73:18
**move** 93:16
**movie** 52:21 54:10
72:6,11
**much** 46:7 47:13
75:8 88:23 100:6,7,
13
**multi-party** 68:24
**multiple** 64:23
65:20,21,23 66:20
67:11,17 69:4
**multiply** 46:21 47:2
**my** 34:17 35:4 48:22
53:8 56:19 57:4,7
64:9,17 66:1,21
72:7 74:23,24 75:1
77:17,19 78:6
80:15,20,22 100:18
104:8
**myself** 64:22 65:9

---

**N**

**name** 29:23 34:16
65:13 78:3 92:15
93:6,8,14
**names** 37:19
**narrative** 101:4
**nation** 61:8 72:23
73:15
**national** 35:21,22
70:9 71:24 100:3
101:8
**natural** 86:21
**Navajo** 39:18

**near** 75:19
**necessarily** 88:10
**need** 31:6 37:17
38:5,6 42:9 47:8
56:12 58:21,22
61:1,3 75:10 78:11
81:4 87:9 99:18
102:5,6,9
**needed** 39:20
**needs** 27:20
**nefarious** 40:4
**Netcom** 91:17,19,23
**network** 91:19,21,
23 92:15,16 93:6,7,
8,14 94:9,10 95:6,
11,14
**networks** 65:23
66:14,15,21 92:20
**never** 37:6 38:3,11
54:17,22 62:10 68:3
69:15 71:20 73:10,
15,18 75:22 86:19,
20 97:7 103:13
**new** 52:16 54:4,5
55:1,20 62:19 63:20
70:18,20 74:1
101:13,18
**news** 48:21 64:11
68:10 71:19 101:13
**next** 53:22 55:8
62:5,6 74:12 77:15,
16 83:3 98:4 102:10
**night** 51:9,21 87:3
**nine** 69:10 73:6
102:17 103:2
**nineteen** 90:1
**no** 27:24 30:3 32:3
36:4 38:24 40:7
44:1 48:10 51:23
54:1,2,19 57:8 59:8
63:20 72:15,18,21
78:21 81:7,12,13,17
86:18 92:19 95:9
103:18
**Noble** 71:7
**nobody** 27:23 29:1
81:7,18 86:4
**non-residents** 29:8
54:10
**none** 28:12 33:22
42:16 68:4,5

**normally** 56:24
**Normandy** 73:17
**not** 30:18 31:22
32:14,16,21 33:5
36:5 37:15 47:2,22
48:6,8,11 53:9 57:8,
22 58:2 59:11,22
61:22,23 63:2,13,18
64:1 66:9 67:12
72:12 75:23 79:6,
11,13,20 80:21
86:17 87:1,6,8
89:16 90:5 97:9
100:11 101:1,2
**nothing** 44:10 77:23
78:18 84:20
**notice** 37:24 39:23
40:14 58:19
**noticed** 49:3
**notices** 44:1
**November** 27:9
37:22,23 54:3 64:17
69:12 72:17 80:19
**now** 28:14 29:2 32:1
34:4 38:12 41:10,21
42:21 43:20,24
46:23 47:14,18,21
48:2,3,4 49:23 50:2,
17,19 52:2,15,16
53:6,8,21 54:15
55:14,16,19,21,24
56:23 58:24 59:3
61:11 62:6 63:21,22
64:15 65:3,4 66:7,
14 67:21 69:20 70:1
72:18 74:16,23
75:16,17 78:17
79:23 81:5,7,9 82:3
83:17,22 84:3,11
87:1,11,14 88:18,19
89:6 90:2,18 93:6,
15,16 94:5,13 95:7,
17,23 96:2,5 97:8,
12,15,19 98:11,17,
24 99:7,10,24 100:2
101:8,17 102:6,17
103:8,9,12
**NSA** 72:16
**number** 38:8 40:20
43:17,19 46:22
47:1,4,7 58:18
61:11 97:17

**numbers** 29:7,13, 14,15,20 30:1,2 35:1 37:15 46:7 47:17 49:1 97:10 98:16

**O**

**o'clock** 62:4
**obtain** 65:6
**obvious** 44:17
**obviously** 31:22 51:7 70:18 73:10 90:5
**occur** 79:5,12
**occurred** 79:6
**October** 104:9
**of** 27:8,9,11,17,18, 19,22 28:1,5,10,12, 19 29:11,16 30:2,9, 13,23,24 31:7,8,10, 13,14,23 32:2,6,10, 13,20 33:10,11,13, 15,16,22 34:1,5,7, 12,18,19 35:3,15 36:9,14 37:14,24 38:4,19,20 39:12, 16,17 40:1,20 41:8 42:7,11,16,22 43:1, 17,19,20 44:3,4,5,6, 8,15 45:9,14 46:17, 18 47:14,17,24 48:20,22 49:2,3,13 50:10,11,12,15,16, 17 51:11,16,17,21, 24 52:9 53:23 56:2, 10,11 57:3,9,23 58:18,21 59:6,22 61:13,20 62:2,14, 15,16 63:6,12,15 64:1,8,19,20,23 65:13,14,16,23 66:15,17,20,24 67:1,2,7,9,11,24 68:1,4,5,12 69:3,9, 10,15 71:3,4,10,12, 18,19 72:16,17,19, 23 73:11,20 74:1, 16,21 75:10 76:2,24 77:7,11,12,14,15, 16,17 78:5,13,17 79:8,9,12,18 80:1,8, 19,24 81:4,6,21,23 82:1,2,6,19,22

83:10,20 84:5,7,13, 18 85:3,6,7,8,14,23 86:5,13,15,19,24 87:7,8,9,13,19 88:11 89:6,10,11, 12,13,21,24 90:16 91:2 92:2,24 93:1,8, 9,21,22 94:3,4,6,7, 11,14,19 95:8 96:18,23 98:5,7,13, 14,15,17,19,20 99:10,12,19,21,24 100:1,8,11,21,24 101:8,12,14,15,24 102:12,17 103:9,11, 16 104:4,5,6,9

**off** 29:17,18 59:14 70:19 74:23 84:19 86:18 89:11
**off-camera** 59:3
**offensive** 83:1
**office** 29:16 31:19 78:6
**offices** 32:21 67:12
**officials** 32:21 34:2
**oh** 40:9 54:13,19 58:23 59:17 63:23 89:5 95:11,23
**Ohio** 39:23 41:11,13 42:22,23 43:8 45:6, 8,10,13,17 46:8 48:16 51:1 58:17 60:11,13,22
**okay** 27:6 37:24 39:24 40:13,17 42:13 44:18 47:8 48:1,4 49:7 57:5 58:22 79:5 81:2 82:12,22,24 83:3 85:17 88:4,24 89:5 90:3 91:6 92:14 93:15 94:2,4 95:12, 23 96:2,17 97:15,19 98:5,9
**old** 44:3
**olds** 44:6
**on** 27:20 29:4,23,24 30:11,18 31:3,14 36:1,20,21 38:2,3, 15,20,22 39:19 40:23 41:20 44:20 47:14 48:21,22 49:6 50:6,7 51:9 52:20

53:4,7,9 54:3,6 55:16 56:12 59:19, 23 64:19,22 65:1,5, 15 66:4,11 67:15,22 68:3,6,10,13,16,24 69:11,14 70:21 71:7,8,24 72:1,17 73:21 75:10 76:9 78:11,15 80:18,19 81:10,22 82:16 84:12 87:3,16 88:4, 19 89:4,16 90:6 92:24 93:9,10,16 97:2,5,16 99:4 100:17,19 101:18 102:21 103:7,19 104:8
**once** 49:8 54:17 57:18 59:20 61:10 70:5 82:2 103:15
**one** 27:11,19,24 28:5,10 30:3,11 31:20 33:13,15,20 34:12,13 38:3,8,14, 21 40:7 45:9,14 46:5,16,21 47:1,7, 17 48:16,17 49:3 51:22 53:14 54:1,2 55:12 56:2,20 57:3, 19 58:24 60:16 61:4,11 63:4 65:16 66:9,17 71:18 72:1 74:16,22 75:2,3 76:2,20 79:23 81:7, 17,23 82:1 83:20 84:3 85:19 87:13 88:3,14 89:6,13,15, 18,21,22 90:1 92:24 93:21 95:20,21 96:4 98:14,17,19 99:10
**one's** 89:9
**ones** 28:11 47:16 61:13 88:6
**ongoing** 43:7
**online** 36:6 42:22 45:2,3 47:19 94:15 95:1
**only** 28:10 29:10 36:2 38:14 47:19 60:6,7 61:1,3 63:14 69:22 94:14
**open** 30:21 55:19,21 77:2 103:2

**operating** 65:15 66:3 71:16
**operations** 83:1
**opinion** 27:21,22 28:3 86:16
**opportunity** 27:10
**opposed** 100:14
**or** 29:9,23 30:12 32:15,18,22 33:7 35:4 36:2,6 38:11 39:21 41:18 43:2 45:24 48:16 50:23 52:7 53:22 56:22 59:13 63:3,4,11,19 67:19 68:7,8,19 69:11 71:12 76:24 77:6,7,15,19 78:4,6 79:8 81:6 84:13 85:5 86:17 87:20 92:18,19,20 94:22 95:5,20 99:1,14 101:6 102:4,15
**order** 31:11 66:2
**organic** 54:14
**original** 84:17 91:16 92:8
**other** 27:8,24 29:21 31:6 32:15,20 34:12 36:15 39:19 45:15, 24 47:16 49:13 50:4 55:6 57:11 59:15 61:13 64:13 66:15, 21 69:17 71:20 74:21 84:13,20 93:7 98:4 99:1
**others** 78:15
**otherwise** 94:17
**our** 28:5,6,18,20,21, 23 31:5,7,8,23 41:20 44:20 52:9,13 53:6,9 61:8 62:22 63:6 68:3,11,15 69:11,14 70:2,4,23 71:23 72:10,12,15 75:8,10,12,17 77:22 79:5,22 80:5,13,16, 17 81:2,3,7 98:13, 18,24 99:18,20 100:12,22 101:3,7, 11 102:5,22,23 103:13 104:6
**ourselves** 77:22

**out** 28:15 30:3 31:15,16 32:8 34:7, 10,11 35:11,15,20 37:9 38:19 39:14, 21,22 40:19 46:4 49:20 50:15 51:11, 16 52:3,15,16,21 53:4,13,14 54:2 55:16,23 56:23 57:1,18 59:1,6 60:16 62:2 63:22 64:1,2,3,13 65:9,13 67:1 68:2,4 72:24 73:2,3,16 74:10 75:11,18,20 77:12 79:19 80:4,7 81:10, 14,19,23,24 84:23 92:2,19 97:18 98:5 100:4 102:1,7,13 103:14
**outcome** 38:7
**outlets** 57:4
**output** 35:6 56:23 92:8,13
**outside** 91:2
**outsourced** 65:11
**over** 41:22 45:16 46:6,14 52:10,16 53:22 54:7,17 55:4 56:23 58:8 62:3,10 64:22 65:20 66:6,19 73:7 76:1 88:7,14 90:2 92:14 95:21 98:6 102:19
**overcome** 75:16
**overly-quick** 64:20
**overseas** 68:22 80:16
**owe** 80:10
**own** 28:20 30:18 72:8 75:21,22 76:16 84:15 98:19 101:3
**owned** 67:3,16
**owner** 94:9 99:14

**P**

**packet** 86:8
**pads** 67:6
**page** 83:3
**pages** 49:2 50:11 104:3

**paid** 31:24

**Panama** 71:16

**pandemic** 70:4

**paper** 78:6

**paramount** 72:23

**parent** 65:14

**part** 30:9 64:8 68:18
72:19 82:6,22 98:5
100:24 103:5

**particular** 31:17
32:6 58:16 65:4
74:22

**particularly** 31:7

**parts** 66:2

**party** 53:5 63:2,11
69:19 78:17 81:6
102:22

**passing** 40:16

**passive** 87:20

**path** 30:16,20

**paths** 30:10,19

**patient** 100:8

**patriot** 80:6

**pay** 32:7,10 75:20

**paying** 32:7 74:18
79:17

**peace** 53:17

**Pennsylvania** 34:6
36:14 43:8 45:12,14
52:3 89:4 98:10

**people** 29:8,9 31:3
32:19 33:4,11,12,13
34:12 36:23 38:1,10
39:1,11 40:1,11,15,
20 42:8 43:17,20
44:3 45:14 48:7,8,9,
12 52:19 53:13 54:9
57:12 58:18,19 59:6
60:10 61:17 63:3,8,
9,10,11,16 67:12
68:8 70:15 71:6
72:24 73:23 74:5,17
75:14 76:1 78:19,23
81:5,15,19 99:4,9
101:14,24 103:8

**people's** 99:17

**percentage** 57:5,10
88:8,17

**percentages** 47:6

**perfect** 49:10 50:4
80:2

**perfectly** 45:9

**period** 86:2

**person** 29:14,15,21
33:15 38:1 56:11
88:16

**personal** 63:3 82:13

**persuasion** 81:6

**phantom** 38:21
92:18

**Phd** 34:15

**phenomenon** 35:16

**Phil** 67:23 68:11,23
70:15 71:1 73:23
74:13

**phone** 29:4 65:2,3,4,
10,15 67:7

**phones** 66:12,13
67:3,15

**physicist** 35:15

**Pi** 66:2,7

**pick** 55:14 97:5

**picked** 42:23

**picking** 99:6

**picks** 77:6

**picture** 80:8 85:5,14

**piece** 68:15 77:12
78:5 84:4

**pieces** 64:23

**pillow** 57:4 77:2

**pillows** 77:1

**pinnacle** 71:12

**place** 28:12 45:7
61:18 71:9 75:8
101:23 103:18

**places** 51:19 55:19

**plan** 58:4 59:22
71:18

**planet** 31:14

**planned** 45:2

**plans** 99:16

**platform** 70:18,20

**play** 28:9

**plays** 103:5

**Please** 103:20

**pleasure** 64:9

**podcasts** 101:15

**point** 68:23 81:11
94:8 95:5

**pointing** 73:16

**policy** 77:16

**political** 33:7 41:7
52:20 63:2

**politics** 62:21,23
100:11

**poll** 64:24 65:7

**polling** 67:6

**pop** 52:6

**popped** 62:13,16

**popping** 59:21

**population** 39:21
40:8,9,10,21,22
43:16 44:4

**portion** 102:12

**portions** 65:23

**posed** 100:2

**poses** 99:8

**position** 85:6

**possibly** 33:16

**pour** 73:2 102:13

**pouring** 80:4

**power** 73:20 100:9

**praying** 55:7

**pre-programmed**
44:23

**precinct** 34:9 58:17
59:7 66:16 78:7

**precincts** 61:3 66:10

**precious** 28:5

**precise** 69:16,18

**predict** 45:9 47:13
56:5

**predicted** 38:19,20
60:6

**prefer** 33:8

**prepare** 36:9

**preparing** 57:24

**present** 95:20

**presentation** 37:10

**presenting** 73:19

**preserve** 84:17

**preserved** 86:20,23

**preserving** 96:10

**president** 29:4,6,13,
19 30:2 31:18
51:10,12 62:1 63:6
77:15 78:4 103:17,
19

**presidential** 61:21
76:14,19 79:10,11

**pretty** 87:4 88:23

**prevent** 74:8

**primarily** 31:9

**primer** 71:8

**principally** 32:11

**prior** 28:19

**priorities** 72:1

**priority** 72:2

**private** 82:10 83:19
99:12,13

**probably** 71:7,15
80:20 82:24 99:9

**problem** 28:12
52:13 63:9 75:16

**problems** 35:14
45:13

**proceedings** 104:5

**process** 33:5 34:1
75:6 81:4 87:10
99:12

**processes** 32:11

**prohibited** 34:2

**project** 71:18

**promises** 51:13

**proof** 36:18 41:19,
24 42:19 45:6,23
46:5,15 47:23 48:19
50:2 51:15 66:13
67:7,9,22,24 70:13
72:22 81:10,15,21
83:22 87:12,15
89:15 98:17,21
101:9,10 102:9

**proportion** 47:8,10,
13

**proportionate** 44:4

**proportions** 47:15

**proprietary** 32:3

**protect** 81:2 83:4

**Protocol** 79:14

**proud** 45:17,22

**prove** 64:23

**proved** 36:14 68:3

**proven** 68:19

**Proverbs** 30:17

**proves** 79:21

**providing** 49:7

**province** 91:13

**public** 31:1 69:8

**pulled** 85:13

**purpose** 47:14 88:12

**pursuit** 80:24

**put** 32:8 33:13 42:9
47:11,12 52:5 68:2
69:9 70:5,10,13
73:2

**putting** 79:19
100:18

---

**Q**

**qualifications**
82:19,21

**question** 36:4 37:4

**questionable** 66:8

**questions** 37:9
64:14

**quite** 87:6

---

**R**

**race** 34:7 51:17
61:21 63:12

**races** 60:24 100:21

**Raffensperger** 29:3,
22,23 62:14

**railroad** 51:16

**rain** 57:2

**rampant** 101:13

**ran** 34:6

**random** 58:16

**Raspberry** 66:2,7

**raw** 83:18,21 87:11
92:4

**reached** 34:11 35:11

**read** 27:20 28:4
89:12,14,15

**ready** 45:17

**Reagan** 103:17,19

**real** 30:1,2 38:14
40:2 42:16 46:7

79:2,20 85:2

**reality** 62:19

**realize** 31:2 61:7

**realized** 49:14

**really** 27:6,7,8 28:10 30:22 31:1 57:6 60:20 63:3,13 69:1, 3 78:9 80:14,21 81:20 82:21 83:24 96:3 103:4,6

**reason** 33:20 37:7 82:1

**recipe** 37:13

**recon** 87:20

**reconnaissance** 87:20

**record** 33:6 66:5

**recording** 67:18 104:6

**records** 66:6

**recreate** 86:10,15

**red** 42:13 43:19 47:4 60:16 87:18 88:3,10

**reflect** 78:11

**reflected** 80:18

**refute** 68:7

**refuted** 68:5

**register** 42:6 93:13

**registered** 37:20 38:11,13 39:15 40:5,20 41:4,5 42:8 43:17 58:19 92:22 94:11 95:12

**registering** 39:2

**registers** 55:2

**registration** 37:19 38:5 44:15 91:22 92:16 93:8 94:9 95:7,8,10

**registrations** 35:18 38:6 39:7,22

**registry** 93:11

**regulate** 35:22

**relates** 87:8

**remember** 29:12 45:1 67:23 80:6 96:17 98:12

**renew** 31:11

**report** 74:12

**reported** 79:3,4

**REPORTERS** 104:24

**represent** 89:21

**representatives** 32:20

**republic** 30:12 81:1

**Republican** 32:22 52:8 73:5 101:6 102:15,20

**Republicans** 62:12, 14

**research** 99:19

**response** 40:24 83:2, 9

**responsible** 33:15

**results** 34:23

**retained** 81:23

**revival** 30:17 103:17

**revolution** 71:5,9

**rhymes** 57:16,17

**right** 27:3,4,5 29:2, 14,20 30:16,20 33:4 34:21 35:6,7 37:3, 11 38:12,24 39:1 40:2,5,17,24 41:1, 11 42:10,21 43:2,3, 4,24 44:6,23 47:10, 17 49:6 51:8 52:10, 15 53:7 54:18 55:14 56:8,10,11 58:7,8 59:2,24 60:3 61:6 63:20 64:15 67:1 69:6 73:1 76:12,16 77:3,4 78:17 81:5,7 82:9,15,20 83:5,6, 13,22 84:3,4,22 85:1 86:3,9,22 87:17 88:13,22 89:8,21 90:11,14 91:17,20 92:2,9,10, 14 93:2 94:13,18,23 95:3 99:7,10,24 102:6 103:8,20

**rights** 53:10 75:12 81:3 101:12

**ring** 71:17

**road** 27:16 71:18

**Rob** 100:2

**rocks** 76:23

**rolls** 38:2,4 59:1

**Ronald** 103:17

**room** 99:10

**roomful** 57:23

**rope-a-dope** 100:8

**rows** 84:6,7,13 85:6, 7,14

**run** 39:13 45:15 55:13

**running** 32:14 51:16 101:12

**runoff** 66:11

**Russia** 100:5,6

**Russians** 100:14

---

**S**

**safe** 63:24 101:23

**said** 29:12,13,14,15, 19,21 30:8,10 31:17,19 35:11 45:14 51:1 53:16, 17,22 54:10 55:13 56:18 57:12 59:7 68:5,21 70:3,11 71:2,20,22 78:11, 12,14 81:12,13,18, 19,20 89:3 98:22,24 99:2 100:5 103:18

**same** 37:8 43:13,14 44:2,3,4,5,6 47:16 57:4,5,10 67:18 70:12 99:19 101:1

**sample** 94:3

**sampling** 50:10

**San** 100:5

**saw** 35:13 71:20

**say** 28:12 29:24 31:3,16,21 38:15 41:13 43:22 46:4 54:17 56:24 57:13, 19 58:21,23 59:16 60:24 68:7 69:10 73:14 74:20 75:22 81:18 87:22 95:11 100:17,24 102:2,3

**saying** 43:21 53:7,14 66:23 67:5,17 85:12,20 90:6

**says** 28:4 29:6 38:22 51:6 63:23 73:9

**74:22 88:7 91:17**

**scale** 100:19

**scandals** 65:22

**scare** 28:7 54:22

**Schiff** 99:2,9

**school** 76:10 77:16

**Science** 91:18,19,23

**scientist** 42:1 52:11 58:12

**scientists** 33:22 36:16

**screen** 82:16 87:16

**seat** 48:22

**second** 27:6

**secret** 33:21,22,24 34:1

**secretaries** 62:15 67:2

**secretary** 29:16 32:13 42:22 43:1 66:20 67:11 74:1

**secrets** 99:15

**sector** 82:10 83:19

**secure** 101:23

**security** 65:21 70:9 81:23 82:5 83:2 100:3 101:8

**see** 33:8 35:4 36:14, 23 43:24 46:8 47:15 51:15 53:24 64:22 77:23 78:1,2,19 79:6,16 82:21 83:4, 16,21,22 85:24 87:17,21 88:5,21,23 89:6 94:16 96:11,22 97:13 99:1,3 100:9 101:19 102:9,14

**seeing** 34:3 50:9 65:7 74:12 89:9 97:4 103:8

**seemed** 68:14

**seems** 63:1,5

**seen** 41:9 44:10 48:1 49:20 52:9 54:1 55:18 63:6 68:3 70:12 73:7 81:15 84:23,24 85:2 87:12 89:14 98:12 101:9 102:8,12 103:9,10

**segment** 84:15

**senator** 72:8 78:9,14

**senators** 62:16

**send** 88:14

**sense** 27:18 97:8,9

**separate** 41:21,23

**separated** 32:24

**servers** 66:19 67:10

**serves** 88:12

**service** 80:15

**set** 37:14 39:12 47:17 59:14 88:16 104:8

**seventh** 27:9

**several** 41:6 43:6,7

**shame** 28:14

**shape** 44:14 86:17 101:3

**share** 64:2 103:20

**shareholders** 65:16

**she** 34:7,8,9,11,22 35:11,12

**shot** 71:15 85:7

**should** 28:7 38:2 56:6 59:5 63:16 75:23 81:19 90:20 97:7 101:20

**show** 27:19,20 41:19 46:16 69:7,8 70:15 73:19 78:10,15 82:20 87:1,12,14,15 89:3,8 90:2 96:2,3 98:16 99:7 103:6

**showed** 41:7,20,22 46:4 98:21

**showing** 62:17 67:18

**shown** 43:8 57:11 69:24 103:7

**shows** 66:24 69:18

**sick** 64:17

**side** 39:19 52:20 53:5

**side-by-side** 92:12

**signals** 66:5

**signature** 84:16 86:12

**signatures** 85:22

**silent** 68:6 81:16

**silos** 29:10

**simple** 37:13 47:1
77:20

**simply** 99:20

**since** 49:20 50:2
58:6 64:12 74:4
101:10

**single** 31:24 43:11
46:12 47:18 77:18
89:17 93:21 98:20

**sir** 29:16 67:17

**sit** 62:10 75:2

**sitting** 39:11 75:3
78:23 99:7 100:18

**situation** 33:18
60:21

**six** 50:23 53:22
66:10 69:7 90:12
101:10 102:10,11,
16

**slash** 65:14

**sleep** 100:9

**slip** 78:5

**small** 102:12

**smaller** 60:24

**smart** 28:10 75:21

**Smartmatic** 46:1
55:10 57:17 70:23
102:3

**Smartmatics** 67:15

**Smith** 38:23,24

**so** 27:4,16 28:2,6,14
31:11 33:2,20
34:18,22,24 35:8,11
36:20 37:3,16,17,
21,23 38:3,4,5,10
39:1,9,12,16,20,22,
23 40:5,19,23 41:6
42:5 45:14,16 46:3,
7,19,23 47:10
48:11,19,20 49:6,9,
11 50:1,17,24 51:13
52:11 53:16,21,24
55:15,21 56:12
58:3,15,19,20,24
59:12,13,19 60:13
61:1,6,24 63:23
64:20 65:17 66:5,9,
23 67:13 69:2 71:5
72:5,11 75:11 76:8
77:11 78:7,17 79:5

81:9,22 82:3,5,9,22
83:11,13,16,20
84:1,11,15,16,18,
19,20,22 85:4,8,12,
18,20,22 86:1,9,16,
19,23 87:11,14,17,
22 88:10,13,16
89:8,20,21,24 90:4,
7,9,14,16,20 91:6,
16,17,18,21,22
92:1,4,8,11,17,23
93:6,10,15 94:1,2,4,
5,11,14,18,21 95:6,
7,11,19 96:3,11,18,
21 97:1,7,10,12,14,
17,19,20,24 98:4,5,
17 99:1,12,16
100:1,6,12,16,17,20
101:3,5,8

**social** 70:18 81:16
101:18

**socialism** 30:5 53:6,
11 62:20 70:1,11
103:8

**socialist** 30:13

**socializing** 103:9

**soft** 100:9

**software** 32:3,14,16,
17 33:11,12,14 69:2

**solution** 63:10

**solved** 52:12

**some** 27:8,11 32:10
35:13 36:15 37:15
39:12 42:23 46:16
52:3,5 68:21 79:18
88:7 94:10 100:21

**somebody** 28:8 39:6
55:14 76:17 77:1

**somebody's** 32:3

**somehow** 100:19

**someone** 32:18 33:8

**someone's** 59:21

**something** 33:13
36:17 42:15 47:3
57:3,5,7 71:1 83:21
85:2 87:6 90:6

**something's** 56:21

**somewhere** 32:9
57:23 100:18

**sore** 78:21

**sort** 35:15 39:16

96:23

**sound** 104:6

**sounds** 34:19

**source** 83:12 84:21
86:19 90:14,15,16,
20 91:7,16 92:9

**sources** 66:22 67:18

**South** 71:17

**sovereignty** 101:3

**speak** 102:1

**SPEAKER** 32:17
33:19 99:3,21
100:16

**speaking** 42:11

**specialize** 82:23

**specific** 99:4

**specifically** 70:9

**speech** 53:12 70:2,
20 101:12,15

**spike** 96:18

**spikes** 35:4 51:23

**spoken** 42:3,4

**spread** 32:10 102:6

**spreads** 103:5,6

**spyware** 46:15 48:2
60:3 65:23

**SSID's** 66:8

**stages** 36:9

**stand** 60:16 103:19

**standard** 82:17

**star** 95:21

**start** 31:3 53:13
84:11

**started** 27:2,5,6
35:16 36:1 55:9,10
58:5 59:21 68:11,16
76:1 85:18 90:4

**starting** 62:8 83:18
84:17 102:23

**state** 31:24 32:13
41:13 42:22 43:11
46:12,13 47:16 60:5
62:15 64:5 66:20
67:2,11 74:1,21
79:8 88:20 94:8
95:5 96:10 97:19
98:11

**State's** 29:16 43:2

**state-owned** 65:19
66:24 67:9

**stated** 43:22

**statement** 31:18,19

**states** 30:2 31:13
32:6,10,14,18 37:18
40:3,19 42:23 43:2,
6,7 45:15 50:10,22,
23 51:1,6 52:16,19
54:11 55:17 61:18
62:4 66:20 67:11
68:14 70:10 77:15
89:1,2,4 94:2 97:13
98:6,15 103:11

**station** 56:20,24
57:1

**stations** 101:13

**steal** 63:14 66:18
99:16,20

**stealing** 99:12

**step** 58:2 79:24

**steps** 37:14,15 39:12

**still** 31:19 60:14
93:9,10

**stoled** 102:23

**stolen** 73:20 99:13,
14

**stomach** 64:17

**stones** 64:22

**stop** 51:18,20 75:7

**stopped** 60:15

**store** 77:6

**stories** 59:6

**story** 49:13 51:21

**strange** 72:13

**strategy** 71:18
100:13

**stretch** 98:18

**strike** 99:9

**study** 34:17

**studying** 35:16

**stuff** 32:8 41:12
48:1,20 55:19 59:19
60:17,19 63:22 68:9
76:4,15 79:20 84:21
93:12 97:5

**subsequently** 27:15

**subtle** 100:7

**successful** 68:19

87:18

**such** 47:4 65:22
72:23

**sudden** 57:3 78:18

**suddenly** 45:18
60:15

**sued** 101:14

**suites** 69:2

**Sun** 71:5,12

**supermarket** 77:12

**supervisors** 79:9

**support** 83:9

**Suppose** 32:23

**supposed** 33:23
56:21 63:9 78:22
79:13

**suppress** 53:12

**suppressing** 70:20

**Supreme** 27:23
28:2,11 54:1 69:9,
17 73:4,6 82:2
86:23 102:16 103:1

**sure** 35:10 59:15
61:12 78:5,7 93:2

**surface** 34:15 93:24

**surfaces** 34:17

**Suribachi** 73:18

**surprised** 42:5

**surprising** 35:19

**suspect** 99:23

**swing** 50:23 54:11

**switched** 97:14

**switches** 98:13

**system** 28:12 31:5,
23 48:3 65:15 66:3
69:15 75:6,11 81:7

**systems** 32:11,15

---

**T**

**table's** 78:18

**Taiwan** 71:15 101:1

**take** 27:13 46:21
49:4,5 50:19 51:6
53:11,12 54:11
56:10,11 62:10
69:23 70:4,16 72:10
76:19 79:19 83:20
84:1 89:10 91:18

101:23 102:6,7

**taken** 70:19 84:12
101:16 103:13

**takeover** 62:7

**taking** 30:16 33:10
50:18 70:1,2 98:3

**talk** 27:7 29:1 49:12
56:18 70:22,24 83:5
90:3 102:1,3,4

**talked** 28:16 37:6
72:5,6,8 74:21
76:23 88:19

**talkers** 39:17

**talking** 60:19 75:19
76:14 78:23 79:19

**talks** 75:19

**tallies** 88:5

**tampers** 32:18

**target** 94:5,7,19

**targets** 72:2,3 83:12

**taxpayers** 32:1

**TCL** 65:12,13,16,
18,19,20 66:12,17,
19 67:6,9,13,16,20

**team** 68:11,15

**teams** 72:12

**teaspoons** 37:14

**technical** 32:12

**technology** 91:23
101:7

**television** 64:19

**tell** 34:5 49:9,19
51:22 80:17 91:6
95:18 101:13,16
102:7,9

**telling** 32:1 46:24

**tens** 33:16

**term** 100:13,24

**terms** 82:19 87:19
88:11 99:24

**test** 62:8

**tested** 27:17

**Texas** 45:22,24

**tha'ts** 62:11

**than** 27:24 32:18
38:6 56:21 60:1
74:3 82:7

**thank** 73:11,22
74:10,13,15 80:4,9

**thanks** 64:7 74:10
81:8

**that** 27:3,4,14,15,21,
22,24 28:1,7,8,10,
14,16,22 29:4,8
30:22,23 31:1,3,5,8,
11,12,17,18,24
32:2,3,16,19 33:7,
13,15,21,24 34:6,
11,13,19 35:3,20,22
36:1,3,11 37:7,9,13,
18 38:7,10,17,22
39:1,8,12,14,21
40:14 41:1,2,8,12,
13,14,16,22 42:2,4,
13,21 43:5,11,17,21
44:2,3 45:6 46:8,17,
23 47:1,3,4,5,8,11,
19 48:1,3,18 49:1,4,
5,15,20 50:1,3,9,18,
22,24 51:3,5,9,10,
12,14,21,23 52:1,
13,20 53:6,12,20,21
54:4,8,11,22 55:1,2,
7,9 56:1 57:1,2,4,6,
7,8,9,12,17 59:3,6,
8,20 60:1,3,8,15,18
61:7,8,11,12 62:1,3,
12,17,20,24 63:5,6,
13,16,17,23 64:23
65:2,5,24 66:4,16,
18,21 67:3,8,15,18,
22,23,24 68:2,7,10,
14,15,21,23 69:3,
15,24 70:13 71:1,2,
13,19,20,23 72:3,7,
11,13,15,17,19,21,
23 73:15,19,20
74:3,9,16,18 75:2,4,
6,10 76:1,9,14 77:5,
13,14,18,20 78:5,6,
7,9,15,16 79:4,12,
14,18,21 80:17
81:11,19,20 82:7,
17,18 83:10 84:11,
14,18,19,22 85:2,9,
17,21,22,24 86:2,6,
14,18,19,22 87:2,9,
11,17,22,24 88:5,
14,16,18,23 89:8,
10,11,12,13,15,16
90:9 91:2,7,14,18,
21 92:2,7,15,18
93:14,24 94:3,5,11
95:4,9,15 96:7,13,

17,18,20,21,22
97:1,6,12,23 98:2,3,
6,11,21,22 99:4,8,
10 100:16,17,19,22
101:6,23 102:17,23
103:1,4,8,9,15
104:3

**that'll** 86:19

**that's** 28:14 30:4
33:17 35:7,17 37:16
38:16 39:13,22
40:9,18 43:3,16,18
44:8 49:16 50:8
51:14,18,20 52:2
53:15 55:5 56:12
57:23 58:8 59:23
60:7,16 61:23 62:11
63:3,12 66:6 68:15
69:2,6 70:4 72:5,21
74:9 76:12 77:16,21
78:2 81:2,20 84:16
86:5,7 88:16,17
89:7,9,22 91:20
95:6,8,11,16

**the** 27:5,7,8,9,10,11,
12,13,14,15,16,19,
23 28:1,2,5,9,10,11,
12,13,16,19,23,24
29:3,4,5,6,11,13,16,
18,20 30:1,2,4,7,8,
12,13,16,17,20,21,
23 31:1,5,6,8,11,12,
13,14,15,16,17,20,
23 32:4,5,10,12,13,
14,19,24 33:1,4,5,
10,11,12,14,15,17,
21,22,23,24 34:1,2,
7,8,13 35:1,17,21,
22 36:2,13,23 37:3,
5,6,7,8,12,17,18,19,
20,23 38:2,3,4,5,6,
7,8,13,15,19,20,22
39:3,5,10,15,17,18,
19,20,22,24 40:2,9,
10,15,18,19,21,22,
23,24 41:8,12,19,
20,23,24 42:2,8,13,
20 43:1,13,14,15,
16,17,18,19,20
44:2,3,4,13,14,15
45:14,16,23,24
46:5,15,16,18 47:4,
6,15,16 48:1,2,13,
14,19,21,22,23,24
49:1,3,7,9,11,13,15,

16,23,24 50:6,7,10,
13,16,17,18,23
51:20,21,22,24
52:12,19,22 53:5,
11,21,22,23,24
54:1,7,8,9,10,11,19,
22,24 55:1,5,8,14,
16 56:1,2,5,6,9,10,
11,20,23 57:2,4,5,7,
10,24 58:1,10,17,
19,21,24 59:6,19,23
60:2,5,7,8,12,17,19
61:9,10,21 62:4,7,8,
9,10,12,19 63:3,8,9,
14,15,17,24 64:16,
18,19,20,21 65:7,9,
11,13,14,15,16
66:1,4,7,11,12,13,
14,15,16,17,18
67:1,2,6,7,9,12,13,
14,16,18,23 68:5,7,
12,13,14,15,17,18,
19,23 69:4,7,8,9,13,
16,17,18,21,22
70:8,9,10,11,12,15,
19,21,24 71:2,3,4,5,
9,10,11,12,16,17,19
72:2,7,16,17,19,20,
23,24 73:2,3,4,6,8,
9,18,19,20,23 74:1,
12,16,17,18,20,21
75:10,11,13,14,18,
19 76:1,2,10,15,18,
19 77:6,7,8,10,12,
15,16,17,22,24
78:3,8,11,12,13,15,
16,18,23 79:1,3,8,
10,13,16,18,24
80:1,6,12,19,20,24
81:3,5,9,11,15,22,
23 82:1,2,6,9,10,15,
16,17,24 83:3,11,
18,19,20,21,22,24
84:7,9,10,14,17,18,
21,23,24 85:6,14,
19,23,24 86:2,18,
23,24 87:1,9,16,21,
22,23 88:3,5,6,10,
15,16,17 89:1,2,6,
11,14,21,22 90:3,4,
8,12,13,14,15,16,
17,18,19,20,24
91:7,10,13,16,18,22
92:4,8,11,13,23
93:7,8,9,10,11,16,

16,23,24 50:6,7,10,
13,16,17,18,23
51:20,21,22,24
52:12,19,22 53:5,
11,21,22,23,24
54:1,7,8,9,10,11,19,
22,24 55:1,5,8,14,
16 56:1,2,5,6,9,10,
11,20,23 57:2,4,5,7,
10,24 58:1,10,17,
19,21,24 59:6,19,23
60:2,5,7,8,12,17,19
61:9,10,21 62:4,7,8,
9,10,12,19 63:3,8,9,
14,15,17,24 64:16,
18,19,20,21 65:7,9,
11,13,14,15,16
66:1,4,7,11,12,13,
14,15,16,17,18
67:1,2,6,7,9,12,13,
14,16,18,23 68:5,7,
12,13,14,15,17,18,
19,23 69:4,7,8,9,13,
16,17,18,21,22
70:8,9,10,11,12,15,
19,21,24 71:2,3,4,5,
9,10,11,12,16,17,19
72:2,7,16,17,19,20,
23,24 73:2,3,4,6,8,
9,18,19,20,23 74:1,
12,16,17,18,20,21
75:10,11,13,14,18,
19 76:1,2,10,15,18,
19 77:6,7,8,10,12,
15,16,17,22,24
78:3,8,11,12,13,15,
16,18,23 79:1,3,8,
10,13,16,18,24
80:1,6,12,19,20,24
81:3,5,9,11,15,22,
23 82:1,2,6,9,10,15,
16,17,24 83:3,11,
18,19,20,21,22,24
84:7,9,10,14,17,18,
21,23,24 85:6,14,
19,23,24 86:2,18,
23,24 87:1,9,16,21,
22,23 88:3,5,6,10,
15,16,17 89:1,2,6,
11,14,21,22 90:3,4,
8,12,13,14,15,16,
17,18,19,20,24
91:7,10,13,16,18,22
92:4,8,11,13,23
93:7,8,9,10,11,16,

18,19,22,24 94:3,4,
5,6,7,8,9,11,12,14,
19,22 95:2,3,4,5,6,
7,8,10,12,14,16,20,
21 96:4,5,8,10,12,
19 97:3,4,17,18
98:4,12,13,15,19,20
99:1,6,7,10,12,19,
21,22,23 100:1,2,3,
7,10,11,14,17,19,21
101:1,4,7,8,13,15,
19,23 102:1,2,3,4,6,
16,19 103:1,6,10,15,
16,19 104:3,4,5,6

**theft** 64:24

**their** 29:17,18 33:4,
24 34:2,8 37:21
39:2 53:15 54:9
56:12 59:9 61:11,15
62:8,13,16 63:2,17
65:22,24 67:2,9,10
70:1,16,20 71:14
73:17 74:7 76:2,3
78:17 82:16 84:21
92:17,18 100:9
101:4,7,15 103:5

**them** 27:18 28:13
29:16,21 33:2,3,6,
21 34:12 39:2 42:9
43:2 45:9 50:13
51:22 52:6 53:1,2
54:12 55:2 57:9
58:23 59:12 61:20
62:19,24 63:6 66:1,
9 68:5 69:10,23
70:16 72:15 76:5,8
86:5 87:13 89:24
96:6 99:23 102:9,17

**then** 27:15 28:19
29:18 32:19 33:15
34:10 35:9 37:2,3
38:6 39:18,19,24
40:15 45:3 47:6,13
49:14 50:2,6,12,18
52:13 53:13,17
54:6,15 55:10,22
58:20 63:23 70:9
73:9 85:18 88:5,6,
14 90:19 91:13
92:14 94:19 95:3,14
96:16 97:21,23
98:23 103:3

**theoretical** 42:16

theorists 78:20

there 28:11,15 29:24
30:3 33:1 34:17
35:18,19 36:8 37:9
38:2,23,24 41:11,20
43:7 44:1 45:14
46:4 48:3 49:6 50:9
52:1,6,21 53:4,14
54:2 55:16,23 56:6
57:18 58:20 59:6,
16,24 60:13 61:17
62:6 63:24 64:1,21
68:2,4,10 69:10
70:21 71:6 72:15,
19,21 73:2,3,10,12
74:5,10 75:11,20
76:18 77:12 79:19
80:7 81:19 82:18
83:20 84:17,23
85:3,6 88:23 89:23
92:19 94:23 95:20
96:6 102:17 103:18

there'll 103:15

there's 31:3,4 35:20
37:10 38:14 42:15
47:4 48:18 50:9
53:17 54:17 55:24
63:1,5 69:4,15
72:17 74:4 75:2
77:23 80:7,14
81:12,13 84:4,5
85:4,6,14,22 86:12,
13 89:12,24 91:2,22
96:9,22

these 27:13,22 29:7,
10,15 30:8 32:2,10,
11 33:19 35:4
38:10,12 40:1,5
41:12 42:24 43:20
45:1,13 46:7 50:12,
22 52:4,17,23 54:15
55:11,16,17,19,20,
21 56:13 57:17
59:13,14,20 60:3
61:13,18 62:1,14,
16,20,22 64:13
67:3,15,24 68:9
69:20 70:14 71:5,20
72:9 73:3 76:10,13,
15 77:8,9,11 78:3,
19,24 79:4,15 80:3
81:22 82:21,22
83:16 84:13 85:20
87:3 88:15 89:6,7,

13 93:4,21,22 95:7
96:5,13,18,19 97:1,
10,12,19,20 98:6,
15,22 99:22 102:24

they 27:3,13,14
28:13,24 30:4 32:8,
21 33:21,22 34:1
37:1,2,17,19,20
38:1,2,18 39:8,18,
19 41:13 42:6,14
43:22 44:20 45:1,2,
3,22 46:1,19 47:11
48:3,13,14 50:3,14,
22 51:2,5,6,7,9,13,
15,16,18,20 52:4,
21,23 53:2,10,24
55:9,13 57:6 58:7,
13 59:3,7,8,11,12,
13,17,22 60:6,9,11,
12,14,15,17 61:9,
10,11,14,19 62:9,
17,18 63:1,3,7,22,
24 65:2 66:16 68:6
70:6,8,10 71:7,14,
15,18,21 72:1,11,
18,21 73:10 76:6,13
77:7,9,10 78:10,11,
12 79:4 81:11,17,18
87:18 89:8,12 90:1,
7 95:11,17,24 97:20
98:11,24 99:13,14,
15,18,19,23 100:8,
9,10,11,13,20 101:3
102:9

they'll 71:15 76:10

they're 32:1 35:21
38:3,14 39:1,2 41:7
43:9,21 52:17,22,24
55:8,18,19,21
59:15,17,18,19
63:4,8 70:12,20,22
71:6 74:6 76:2,3,4,
5,6,7 78:16,20,21
79:13 80:1 82:21
85:21 88:4,5,6 90:5,
6 94:11,12 96:19
97:11,22 100:12
101:14 102:17,18,
20 103:1

they've 28:22 56:2
57:12 60:14 61:2
65:21 70:16,18
71:13,14

thing 30:9 37:17

38:4,13 39:10 42:20
52:12 54:19 55:1
56:5 59:24 60:16
62:19,24 71:19 75:2
77:7,14 78:21 80:12
84:14 85:20 89:17
98:21 103:12

things 27:19 28:16
32:2 49:3 52:4,17
56:6 59:14 63:1,8
74:16,18 75:10
76:2,13,18,24 92:21
96:18

think 30:23 32:8
34:13 38:4 39:5
42:7 45:12 50:22
52:8 53:4 56:2 58:5,
6 59:22 60:1 61:19
69:23 72:18,22
74:17 76:23 91:14
93:22 99:4 100:1,21

thinking 49:5,12

third 52:1 67:24
80:19 90:5

thirty 96:12

this 27:9,18,20
28:15 29:6 30:24
31:2,10,22,24 32:4,
8,15,17 33:5 34:11,
13 36:2,5,6,15 37:5,
7,8,10,17,21,22
39:11,23,24 40:2,7
41:6,9,11,12,18,21,
22 42:2,5,16,18,21
43:8,24 44:16,18,
19,20 45:5,6 46:3,8,
11,14,17,18,19,20,
21 47:18,21 48:2,4
49:4,15,19,24 50:1,
19,21,22 51:12
52:6,8,9,15,18 53:4,
5,7,8,9,14,16,24
54:2,4,5,8,16 55:7,
8,12,23 56:1 57:11,
21 58:5,13,19,20,24
59:5,13,19 60:4,16,
22 61:2,4,7,8,24
62:1,6,7,21 63:12,
13,14,19,20,21,22,
23 64:2,3,7,8,12,23
65:2,3,4,5,17 66:9,
23 67:6,8,18,20
68:2 69:9,21 70:2,
18,20 71:3,4,10,22

72:6,24 73:6,7,8,15,
16,17,19,24 74:17,
19,22,24 75:2,5,6,7,
15,16,20,23 76:7,
14,20,21 77:1
78:10,21,24 79:7,
11,20 80:11,12,15,
19,23 81:21 82:2,
15,16,17 83:4,5,7,
11,22,23 84:1,3,5,
11,12,23,24 85:2,5,
6,13 86:16,23 87:2,
3,5,6,7,8 88:7,8,16,
24 89:14,16 90:7,
14,18,20 91:6 92:1,
15,24 93:1,6,7,12,
16,18 94:2,5,13,14,
16 95:17,23 96:3,4,
13 97:7,17 98:2,5,
22,24 99:1,2,3,5,7,
16 100:4 101:2,20,
22 102:7,15,20,21
103:1,3,4,5,14,19,
20 104:9

THOMAS 69:13
70:7 72:14 73:14
74:14

Thomas's 27:21
28:3

THOMPSON
104:24

those 29:12 30:10
32:6 33:13 35:14,16
36:14 40:1 43:2
46:7 48:3 49:3,21
51:6,14,22,23 54:12
56:9,10 60:24 61:1
68:14,19 72:3 73:6
75:12 87:12,23
89:9,12 93:9 96:6
97:13,15 98:5,12,14

though 38:4 60:14
61:12 62:22 89:9

thought 45:15 51:23

thousands 33:16,17
50:11 52:5 98:8

threat 83:11 99:5,8
100:2 101:8

threats 82:6 99:22

three 32:9 36:11
48:19 55:24 62:3
63:1 66:10 93:9

through 27:9 30:24
36:2,6 46:19 61:14
67:1 71:16 75:15
88:15 90:15 92:17
96:5 99:6 102:24
103:5,14

throughout 60:8

thumb 100:19

ticket 61:10

tickets 62:11

time 27:12,14 30:6
36:9 37:6 41:8 42:2
44:8 49:11 50:14
51:22 53:4 57:19
60:5 62:5,6 67:18
69:9 73:6 82:8
84:23 86:6,7 87:5
90:8,9 93:3 96:10
99:23 101:19
102:15

times 30:9 56:21
101:9 102:10

timestamp 86:12
90:3

timestamped 96:6,
19

to 27:5,7,10,13,14,
17,18,20,23 28:2,4,
6,10,11,14,15 29:1,
14,15,20,21 30:4,
11,12,13,16,20,21
31:1,3,6,11,15,16,
20,21 32:4,5,10,13,
14,15,16,21,24
33:4,8,14,23 34:5,9,
12,17,18,19,20,22
35:5,6,11,15,17,22
36:1,6,9,10,23 37:7,
8,10,13,17 38:5,7,
14 39:2,6,9,12,13,
15,20,21,22 40:3
41:6,11,21 42:20
44:4,22 45:1,2,3,17
46:4,16 47:2,5,20
48:18,21 49:12,19
50:2,15,17,19 51:2,
10,11,18,20,22 52:3
53:4,23,24 54:6,15,
23 55:12,19,21,22
56:10,11,12,21,22
57:8,9,14,15,19,20,
22,24 58:1,21,24
59:3,6,12,13,20,21

60:6,7,13,14 61:1,7, 11,12,15,18,20 62:5,18,22 63:5,7,9, 10,18,22 64:2,3,4, 17,21,22,23 65:1,6, 9,10,11,12,24 66:1, 2,3,4,12,17,18,21 67:6,8,16,21 68:4, 14,16 69:2,6,7,9,10, 11,21,23,24 70:3,4, 8,11,13,15,16,22 71:4,6,7,9,11,13,14, 21,23 72:10,15,23, 24 73:4,6,11,12,14, 19 74:7,12,18,19, 21,24 75:1,4,7,8,9, 10,15,16,18,20,22, 23 76:8,10,16,17,19 77:5,9,10,14,15,16, 17,18,23 78:4,7,11, 12,18,20,22,23 79:4,6,7,12,13,21 80:15,19,23 81:2,3, 4,10 82:1,2,3,21 83:3,4,16,18 84:1, 12,14,18,22 85:5, 17,19 86:14,23 87:1,8,9,10,12,14, 21,24 88:2,5,7,12, 16,19 89:3,7,14,18 90:2,6,10 92:6,12, 13,21 93:2,3 94:11, 13 95:2,10 96:2,3, 13,23 97:8,11,14,17 98:1,3,6,16,18 99:1, 3,16,19 100:8,14,23 101:3,4,11,13,16, 17,19,21,22,23,24 102:1,2,3,5,6,9,10, 11,13,14,15,16,18, 20,24 103:1,2,3,4, 10,18 104:6

**today** 58:14 63:21 64:15 75:3 78:23 99:6 100:15

**together** 69:3 70:14 75:8

**told** 41:6,24 46:15 53:16 93:22 98:11

**tonight** 102:12

**too** 35:3,4 37:6 44:22 46:17 47:11 48:19 51:6 56:18 57:21 58:8 92:5

96:18

**took** 51:7 52:2 55:9 59:8 69:22 71:9 81:17 93:3

**tool** 55:11

**tools** 69:1

**top** 61:10

**totals** 46:5 64:19 87:21

**touched** 33:12

**touches** 84:20

**towards** 90:13

**town** 100:18

**traced** 66:18

**track** 51:16 61:15

**trade** 99:15

**transcribed** 104:5

**TRANSCRIBER'S** 104:1

**transcript** 104:4

**transferred** 86:8

**translate** 39:19

**translated** 39:18

**translation** 39:17

**transmissions** 67:8

**transmitted** 66:6

**transparent** 78:22

**trick** 52:1

**true** 64:1 65:14 80:19 104:4

**Trump** 31:18 41:15, 16,17 46:6 51:11 54:11 59:23 60:11, 12,22 61:12 63:7 80:21 87:24 88:2 96:3,5,12,13 97:9, 14,24 98:14

**trust** 30:17 31:15 33:5

**trusts** 81:7

**trustworthy** 65:20

**truth** 30:24 31:15,16 55:8

**try** 59:20 65:9,24 66:3 87:22 101:3

**trying** 29:21 35:15 74:7 100:14

**turn-in** 62:5

**turned** 78:18

**turning** 64:22

**turns** 40:19

**TV's** 65:20

**Twilight** 29:5

**Twitter** 101:22

**two** 27:3 29:11,21 30:10 37:14 47:4 49:9 61:4,5 62:9 67:22 69:23 72:1 96:12 101:9 102:10

**type** 79:12

**Tzu** 71:5,12

---

**U**

**U.S.** 27:23 28:2 32:1 68:17

**uncomfortable** 65:2

**uncovered** 35:17

**under-predict** 51:9

**under-predicted** 51:10

**understand** 37:13, 17 59:5 71:23 98:2 99:4

**understanding** 74:7

**understandings** 30:18

**unencrypt** 87:10

**uniform** 80:16

**unique** 84:16

**United** 30:2 31:13 32:13 37:18 40:3,18 50:10 52:19 70:10 77:15 89:1,2 103:11

**uniting** 30:21 103:16

**Universal** 90:8

**universities** 100:23

**unprecedented** 71:22

**unrestricted** 71:4, 11,15

**unsuccessful** 87:19 88:11

**until** 81:13 103:12

**up** 27:10,23 28:1,2, 11 29:23 30:7,21

38:5 39:8 45:16 49:16 52:17 55:17, 19,21 58:1,13,24 59:17,21 60:3 62:13,16 71:3 73:3, 24 74:6 76:18 77:2, 6 79:20 80:6 81:10 90:10 97:5,10,17,24 103:16

**upside** 103:12

**us** 29:11,20 30:4 31:11 32:1,22 34:4 63:12 64:15 67:1 68:6 70:13 75:1,12 77:10 78:1,2 81:22 83:20 87:2,15 89:3, 8 91:6 94:9 95:18 98:11,24 101:2,16

**use** 30:17 37:12 39:2 45:23 47:16 48:3 52:22 75:21 77:18 84:20 92:19,22 100:9

**used** 35:17 53:1 57:18 59:11 72:9 78:16 92:19 95:19 98:23

**using** 35:21 39:1 43:13 47:15 55:23 59:20 67:2 69:1 70:12 78:3

**usually** 34:17 60:24

**UTC** 90:8,9

**Uyghur** 101:2

---

**V**

**vaccine** 70:24 102:4

**validate** 52:18 55:24 56:1 81:19,21 84:14 89:17 92:13,21

**validated** 41:24 48:11 49:24 50:1 68:9 90:23 91:7 96:7,19 98:20

**validates** 46:18 54:5

**validation** 56:14,15 68:24

**validations** 69:4

**vendors'** 32:15

**Venezuela** 27:2,10, 11,14 28:17,18 55:9

62:9 69:22,23

**Venezuela's** 70:12

**venture** 65:13

**verification** 68:12

**verified** 67:5 68:20

**very** 28:4 33:17 63:6 65:2,8 69:18 71:2,8 72:15 75:19 79:4 82:1 100:9

**veterans** 80:17

**via** 65:23 66:12

**vicinity** 66:5,7

**video** 98:4

**videos** 64:19

**viewers** 71:3

**violated** 52:13,14

**virus** 59:19 70:4

**voice** 53:14,15

**voices** 101:24

**vote** 32:24 38:1 46:5 59:9,12,13 64:18, 19,24 78:4,5 81:22

**voted** 29:8,9 37:23 38:3 43:21,23 44:3, 19 53:9 54:11 59:1, 7,12,16 62:2

**voter** 37:21 38:21

**voters** 40:6

**votes** 33:2,6,8,16 51:10,23,24 52:5 59:23 60:7 87:18, 19,24 88:11,12,15 95:24 96:13,16 97:4,14

**voting** 32:8,15,24 33:9,20 51:11

**votings** 59:18

**vulnerability** 83:9

**vulnerable** 72:9

---

**W**

**wait** 27:6 41:8 81:13 97:6

**waiting** 81:9

**waking** 73:24 74:6

**Waldron** 67:23 68:11,23 71:1 73:23 74:13

**want** 30:2,3,4 31:1
34:5 35:24 36:1
37:7,8 38:7 41:11,
21 49:19 51:22
55:12 56:17 57:19
61:7 63:18 64:1,2
68:4 73:4,11,12
76:8 77:9,10,13,14,
17 78:4,7 79:6,7,10
80:23 82:20 83:4
84:12 85:17,19 89:3
90:2 93:2 94:13
96:2,3
**wanted** 47:2 59:13
62:18 75:4 83:16
92:21 98:16
**wants** 29:1
**war** 39:17 71:12
**warfare** 69:14 71:4,
8,10,11,23 72:17
**warnings** 65:20
**was** 27:8,11,12,16,
17 28:18 29:10
31:18,19,20,22
32:12,14,24 33:1,
20,23 34:7 41:13
42:13 45:12,16,17,
24 46:6,11,21 47:4
48:5,19,20,22 49:2
50:9,24 51:11,23
52:1,12,21 54:4
56:1,21 57:2 58:3
59:3 61:2,20 62:7,8,
24 63:18,24 64:16,
17,20,23 65:4,6,8,
10,11,15,24 66:17
68:2,7 71:2,22 72:7
73:20 78:21,24
79:19 83:13,17
84:14 85:2,3,7,8,24
86:1 87:13 91:16
92:13 93:19,20
95:20 96:17,24
97:3,4 100:2,4
102:20,21 103:3,19
**Washington** 74:5
100:11
**wasn't** 31:22 50:22
54:2,3 61:9,17
63:17 94:24 95:1,2
**watch** 47:22 78:10
79:18 87:15
**watched** 49:20

64:18 73:7 74:22
**watching** 48:19 55:5
64:16,18 87:23 99:7
**way** 30:13 32:3
36:13 37:5,13 38:14
40:2 44:1 51:22
54:1 56:6 57:8 60:7
69:21 70:3 71:11
72:15,18,21 73:3
74:20 75:9 76:18
78:15,16 81:15
83:18,21 85:19
86:17,20 89:6 90:4
93:22 94:14 96:4,5,
12
**ways** 30:19 56:1
83:10
**we** 27:2,4,5,6,9,10
28:4,12,14,16,17,
18,20,22 29:10,11,
14,16,19 30:10,11,
16,24 31:1,5,6,10,
12,15 32:2,23 34:4,
11 35:8,24 36:14,
17,19,21 37:11
38:17,19,20 41:19,
20,22,24 42:4 43:4
45:23 46:4,14 48:12
49:15 50:1,8,10,12
51:8 52:2,15,22
53:9,20,24 54:8,15,
16 55:21,24 56:11
58:8,10,15,23 59:5,
17,18 60:2 61:12,24
62:4,12 63:6 64:1,
11,12,13,14 65:6
66:7,8,9,14,16,18
67:5,7,8,9,17,23
68:2 69:7,9,13,16,
21 71:20 72:3,5,6,9,
18 73:1,13,24 74:11
75:4,6,7,8,10,16,23
76:4,5,7,8,9,21
77:8,13,22 78:12,
18,22 79:6,11,12,
14,16,21,23,24
80:10 81:2,4,10,14,
24 82:2,16,17,22
83:3 84:16,20 85:13
87:15,16 88:18,19
89:5,12,18,22 90:4,
14 93:15,23 94:1,2,
3,18 96:2,11 97:3
98:17,18,21 99:19

101:5,7,10,17
102:5,12,15 103:3,
4,7,12,14,15,18
**we'd** 62:5
**we'll** 74:11 77:3
90:2 94:10
**we're** 29:5 30:8,9,
12,13,15,20 46:15,
16 50:18 53:22
54:15,22 55:7,22
60:18 61:13 63:21
64:3,4 67:5,21 69:6
70:17 73:1,2,3,18
75:15,16 78:3 80:3
87:14,23 89:13
93:9,10 101:17
102:10,11,13
**we've** 28:15 29:5,21
37:6 42:4 46:15
47:22 49:19,23
55:15 56:10 58:8
60:2,3 70:17 72:2
73:18 74:3 81:9
87:12 98:21 101:9,
18 103:9,12
**weather** 65:22
**webpage** 42:22
**website** 29:17,18
**week** 52:3 73:24
99:1
**weeks** 53:22 64:12
69:7 101:10 102:10,
11,16
**weird** 97:5
**welcome** 67:21
103:2
**well** 27:7 29:12,13,
19,24 30:10 35:8
39:14 41:13 42:5,7
43:22 45:14,21,23
46:16,20 47:3 51:6,
15 52:1,11 54:24
55:12 56:6 57:12
59:7 60:2,10 63:19
64:11 66:14 67:21
68:8 69:13 71:20
73:1,4 81:8,19
88:11 96:18 99:9
101:16
**well-orchestrated**
64:24
**well-thought-out**

58:3
**went** 27:2 32:24
33:12 34:9 36:17
41:12 45:16 49:23
50:6,16 52:4 59:6
62:5 64:13 66:1
67:15 68:6 69:21
72:17 79:23,24
81:16,23 89:15
92:23
**were** 27:7,13 29:1,4
30:1 34:11,12 36:23
37:20 38:10,11
39:15 45:22 46:5
48:14,24 51:2,5,8,
16 52:22 53:2 57:4,
17 61:19 64:12 65:2
66:12,17 67:3,22
68:19 78:15 80:7
82:22 85:1 87:23
90:6 93:23 94:4,15
96:13 97:3,14,20
**weren't** 50:23 71:21
**west** 90:13
**wha,t** 49:8
**what** 27:4,6,8 28:14,
17,18 29:12,24
30:4,10 31:6 32:7
34:1 35:9 36:1
37:16,18 38:16
39:5,14,15,22
41:19,22,23,24
44:19 45:19,20
46:3,4,14,23 47:2,5,
7,22 48:3,11 49:2,6,
8,9,13 50:5,8,9,14,
15,16,17,24 51:14
52:2,8,20 53:7,9,10,
17,21,22 54:5 55:1
56:19,20 58:8,15,17
59:3 60:8 61:23
62:6,20,23 63:10,11
64:15 65:4 66:7,23
67:5,17 68:1 69:6,
11,24 70:2,8,15,17
71:8 73:10 74:7,22
75:17 77:13 78:3,
10,11,13 79:2,3
80:1,5,18,19 81:6,
20 82:16 83:13,17,
19,23 84:11,16,24
85:12,13,18,20
86:22,24 87:1,2,15,
16,21 88:5 89:2,5,6,

8,14,16,19 90:6,15
91:18,21 92:1,13,15
93:6,8,19 94:1,5,9,
18 95:15,18 96:2,11
97:12,14,16,23
98:9,11,11,14,22
99:5,7,9 100:16,19,
24 101:10,17,21
102:5,10,11,12
103:3,6,10,11
**what's** 34:14 48:21
53:7 54:24 56:13
58:14 77:11,14,23
92:15 97:16 101:17
102:4 103:7
**whatever** 29:9,23
35:5 37:15 46:1
57:2 63:12 76:24
84:14
**wheelhouse** 83:6,14
**when** 27:2,5 29:3,
19,22 31:2 32:24
33:3 37:12,20 41:7
45:12 46:4,23 47:12
48:16,21 49:9 52:9
53:10 55:9 56:17
57:3,11 58:12 60:4
61:9 62:21 69:8,22
76:4,5,22 78:5
79:13 80:6 81:10
83:5 84:23,24 85:1,
4,18,24 86:1,23
87:12,17 88:6 89:8,
10 90:7 92:17 95:9
100:16 102:17
103:1,4,13,14
**where** 29:5,6,13,14
30:9 35:4 39:15
41:19 43:1 48:12,13
52:17 54:15 58:10,
22 60:22 61:18 62:1
63:7,8,12 66:14
68:18 71:21 90:24
91:11,14,17 94:7
**WHEREOF** 104:8
**wherever** 42:9
**whether** 101:5
102:14
**which** 28:3,6 30:24
42:22 51:2 56:12
60:8 71:8 75:5
78:12 79:3 82:22
83:1 88:12 90:8

91:23 97:4 100:11
102:16

**while** 31:19 35:17

**white** 68:16

**who** 27:11,12 33:1,
11,12 34:2 37:23
40:20 43:22 44:19
48:12 50:13,14 59:1
60:20 63:5 65:9,18
68:1 70:10 73:5
78:15 100:14

**who's** 39:14 100:2

**whoever** 62:18

**whole** 38:8 49:11
50:10 54:19 55:5
59:23 60:8 69:17

**why** 30:1 35:8 37:10
42:5,6,22 46:3 47:2,
15 51:6,15,18,20
52:2 54:17 55:5
56:7 60:11,12 63:19
72:22 75:3 76:7
77:23 83:23

**Wi-fi** 65:5 66:3,5,6

**wide** 66:14 102:7

**wild** 87:5

**will** 27:17 30:19
31:16 63:12 73:6
75:23 77:3 86:20
89:20 101:23
102:16,18 103:15

**win** 29:11 31:21,22
32:19 55:12 60:12
61:1,12 62:18 71:13
88:17

**wind** 39:17

**winner** 55:15

**winning** 60:22

**Wisconsin** 52:16
55:18,20 89:5 98:10

**with** 27:12 30:18
31:4,24 32:18 34:4,
10 35:3,21 43:14
44:22 45:24 46:15
47:19 48:2,23 53:21
54:9,12 55:1,10,18
57:16,17 58:13
59:21 60:3 62:22
64:13 65:2,17 66:7
67:6,20 70:1,3,10
72:10,11 73:20
74:1,4 75:1,3,6,20

76:14 79:12 81:10
82:9,15 83:18 84:11
85:8 87:1,11 92:12
94:19 96:23 97:12
98:15,19 101:7
102:23 103:2,20

**within** 86:14

**without** 33:3 71:13

**WITNESS** 104:8

**witnesses** 82:2

**wolves** 30:13

**won** 27:15 41:16,18
51:2 54:12 60:11,20
61:20 71:14,15
98:11,14

**won't** 71:14

**wonder** 35:5 51:1

**Woo-hoo** 52:12

**word** 37:12 56:4
102:2,3,6 103:6

**words** 36:15 47:17

**work** 27:18 33:21
47:7 72:1 75:15
84:19

**worked** 31:21 66:4
86:18 101:18

**workers** 65:7

**working** 27:12
45:12 68:16 82:9

**works** 34:3 47:6,17
71:24

**world** 31:15 32:4
39:17 53:24 55:5
56:3 61:9 62:8,10
65:11 69:8,17 70:6,
10 77:22 102:14

**worried** 61:10 63:2

**worry** 78:19

**would** 33:1,4,8
34:24 35:1 37:9
38:20,21 39:19
42:5,6 44:2 45:11
53:18 54:8,9 55:13,
14 57:7 59:2 60:4,6,
15 62:4 72:12 73:12
74:20 77:1 80:17
81:18 85:9 86:2
87:2 90:9 91:7 94:1,
8 95:4,7,15 99:9

**wouldn't** 30:1 54:15
55:6,13 57:6 61:24

62:1,3,6 78:23
94:16,23

**wow** 28:12 44:12,18
50:19 53:8 54:22
69:10 73:8 92:14
103:2

**write** 33:2 84:20

**writes** 33:2

**writing** 33:11

**writings** 71:4,12

**written** 91:22

**wrong** 29:13 32:19
33:6 56:21 68:7

**wrote** 27:21

---

### Y

**yeah** 39:4 40:11
41:17 45:11,13
49:18,22 55:4 56:8,
14 58:7,10 59:5
61:4 64:16 76:5
77:2,21 80:2 82:11,
19 84:5,15 85:4,16,
22 87:4 88:21
89:20,24 91:5,9,21
93:1,13,17,24
94:16,21 95:2 96:8,
21

**year** 44:6 52:21 58:6
72:7

**year-olds** 44:5,6

**years** 27:3 28:24
44:3 55:10 60:15
62:9 69:23 71:18
82:6 100:4 101:18

**yep** 40:17 44:24

**Yes** 35:13 36:13,19
39:9 42:20 43:15,23
46:2,10 50:20 53:19
56:16 59:10 61:6
67:17 68:11 90:7
93:5 95:24 96:1

**yesterday** 55:18

**yet** 29:1 44:11 58:24
60:23

**you** 27:1,17,18,19
28:7,23 29:6,7,9,11,
12,19,22,23 30:1,9,
10 31:2,4,21 32:24
33:2,3,9,10,19
34:12,18,24 35:1,4,

5,8,9,11,12,22,24
36:1,5,9,10,14,18,
20 37:9,17,21,22,24
38:4,5,6,7,8,13,14,
16,22,23,24 39:5,7,
9,10,12,18,23 40:2,
3,11,13,14 41:9,13,
19,22,23 42:8,9,21,
23 43:2 44:10,19,20
45:11,13,15,22
46:3,4,8,11,15,16
47:2,5,8,11,12,13,
21,22 48:4,15,16,21
49:1,9,16,19,20,24
50:3,5,6,21,22,23
51:2,12 52:3,6,7,8,
9,20,23 53:2,4,8,11,
12,13,15,17,20,21
54:3,11,17,21,22
55:6,7,8,10,11,12,
13,17,18,22,23
56:5,10,11,14,17,
19,20,22 57:1,8,9,
13,14,20 58:1,9,13,
17,19,21,22,23,24
59:1,2,3,4,15,18
60:4,18,20,21,23,24
61:1,3,4,6,20,23
62:8,10,11,13,15,
17,21 63:5,6,7,9,11,
21,22 64:1,2,4,10,
15 65:17,19 66:13
67:13,14,15 68:5,9,
13,21,24 70:3,11
71:19,23 72:2,10
73:5,10,11,12,19,22
74:10,11,12,13,14,
15,19,20 75:24
76:8,10,16,17,18,
19,22,23 77:1,6,7,
13,23 78:8,14,17,
19,20 79:2,18,23
80:5,6,7,8,9,10,13,
15,17 81:6,12,13,
18,19,20 82:5,6,13,
20,22,23 83:5,13,
16,20,21,23 84:1,2,
11,14,16,17,18,20,
21,24 85:1,3,4,5,7,
18,22,23,24 86:1,2,
3,9,10,13,14,18,19,
24 87:9,10,12,14,
17,20 88:19,21,23
89:3,7,10,21 90:6,9,
10,12,13,17,19,23

91:6,7,17,18 92:4,6,
8,9,11,12,14,17,18,
19,20,23 93:2,10,
13,14,22 94:7,8,13,
16,23 95:3,7,9,11
96:4,6,7,9,11,19,21,
22,23 97:3,4,5,6,7,
8,15,16 98:12,16,
22,24 99:3,4,16,21,
22,23 100:8,9,16,
19,21,24 101:1,2,
11,13,17,19 102:6,8
103:21

**you'd** 51:7

**you'll** 40:14 47:14
51:14 62:10 99:5
102:3

**you're** 32:7 33:3
45:6,7,19 49:7 50:9,
19 52:7,20 53:3
54:7 55:2,4 58:7
60:5 62:17 63:11
66:23 72:15 73:4,5,
16 77:2 79:17 81:6
82:3 83:21 85:20
86:8 87:1 89:6,8
90:7 92:17 96:9
97:1,6 98:3 99:6,13
101:5,24 102:1,2,
15,19

**you've** 39:24 43:11
48:1 49:20 59:7,16
80:5 82:9 84:23,24
85:2 89:14,16
102:8,12

**your** 30:18,19 33:2,
6,7,8 34:14 40:23
49:2 53:5 67:14
70:13 74:19 75:21,
22 76:16 83:5,14
85:18 86:16 88:15
91:16 93:13 99:12,
13,14,22

**yours** 54:4

**yourself** 65:19

**Youtube** 101:21

---

### Z

**Zedong** 71:5

**zero** 65:3 66:2 103:2

**Zeros** 66:8

**Zone** 29:6 71:16
**Zulu** 90:9