# Exhibit 8

**Screenshot A**



Exhibit 8, *Absolutely 9-0* (6/5/2021) at 00:05.

**Screenshot B**



Exhibit 8, *Absolutely 9-0* (6/5/2021) at 00:34.

**Screenshot C**



Exhibit 8, *Absolutely 9-0* (6/5/2021) at 02:04.

**Screenshot D**



Exhibit 8, *Absolutely 9-0* (6/5/2021) at 03:19.

**Screenshot E**

| DATE | SOURCE | LAT | LONG | PROVINCE | CITY | COUNTRY |
|------|--------|-----|------|----------|------|---------|
| 11/3/20 22:49 | 180.76.4.109 | 39.9042 | 116.407 | BEIJING | BEIJING | CHINA |
| 11/5/20 5:02 | 202.46.63.102 | 22.5414 | 114.123 | GUANGDONG | SHENZHEN | CHINA |
| 11/4/20 11:49 | 202.112.126.88 | 39.9696 | 116.319 | Haidian | Beijing | CHINA |
| 11/5/20 17:18 | 180.76.6.62 | 39.9042 | 116.407 | BEIJING | BEIJING | CHINA |
| 11/5/20 5:09 | 36.250.242.65 | 31.0549 | 121.3493 | Shanghai | Shanghai | CHINA |
| 11/4/20 6:42 | 121.169.194.16 | 37.4331 | 127.1375 | Gyeonggi-do | Seongnam-si | S. KOREA |
| 11/3/20 20:47 | 202.46.50.140 | 22.5414 | 114.123 | GUANGDONG | SHENZHEN | CHINA |
| 11/4/20 0:29 | 220.181.108.155 | 39.9042 | 116.407 | BEIJING | BEIJING | CHINA |
| 11/4/20 22:06 | 183.12.143.105 | 22.5333 | 114.1333 | Shenzhen | Guangdong | CHINA |
| 11/5/20 16:44 | 178.137.5.18 | 49.982 | 36.2566 | Kharkivska Oblast | Kharkiv | UKRAINE |
| 11/5/20 10:05 | 112.25.14.21 | 31.299 | 120.585 | Jiangsu | Suzhou | CHINA |
| 11/5/20 4:59 | 124.240.187.80 | 39.9042 | 116.407 | BEIJING | BEIJING | CHINA |
| 11/4/20 4:54 | 123.125.71.96 | 39.9906 | 116.2887 | Haidian | Beijing | CHINA |
| 11/4/20 23:03 | 180.76.5.142 | 39.9042 | 116.407 | Beijing | Beijing | CHINA |
| 11/4/20 20:32 | 220.225.11.77 | 22.5602 | 88.3698 | Kolkata | West Bengal | INDIA |
| 11/4/20 3:27 | 77.237.73.3 | 35.6892 | 51.389 | TEHRAN | TEHRAN | IRAN |
| 11/3/20 23:04 | 182.68.255.4 | 28.4167 | 77.306 | HARYANA | FARIDABAD | INDIA |
| 11/4/20 17:17 | 177.1.64.170 | -16.6391 | -49.2622 | Goias | Goi√¢nia | BRAZIL |
| 11/4/20 1:50 | 5.9.223.248 | 49.4542 | 11.0775 | Bavaria | Nurnberg | GERMANY |
| 11/4/20 5:38 | 82.9.64.214 | 54.5746 | -1.927 | Middlesbrough | England | UK |

Exhibit 8, *Absolutely 9-0* (6/5/2021) at 10:01.

**Screenshot F**

|        | PA        | GA        | AZ        | MI        | WI        |
|--------|-----------|-----------|-----------|-----------|-----------|
| Biden  | 3,458,229 | 2,473,633 | 1,672,143 | 2,804,040 | 1,630,673 |
| Trump  | 3,377,674 | 2,461,854 | 1,661,686 | 2,649,852 | 1,610,065 |
| Diff   | 80,555    | 11,779    | 10,457    | 154,188   | 20,608    |
|        |           |           |           |           |           |
| Switch | 188,078   | 47,233    | 47,372    | 202,657   | 70,524    |
|        |           |           |           |           |           |
| Trump  | 107,523   | 35,454    | 36,915    | 48,469    | 49,916    |

Exhibit 8, *Absolutely 9-0* (6/5/2021) at 18:08.