# Exhibit 13

Screenshot A



Exhibit 13, *Real America* (2/8/2021) at 00:51.

Screenshot B



Exhibit 13, *Real America* (2/8/2021) at 01:46.

Screenshot C



Exhibit 13, *Real America* (2/8/2021) at 01:55.