# Exhibit 15

Screenshot A



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 00:01.

**Screenshot B**



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 00:28.

Screenshot C



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 07:27.

**Screenshot D**



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 44:47.

Screenshot E



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 1:03:51.

Screenshot F



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 1:22:06.

Screenshot G



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 2:11:45.

Screenshot H



Exhibit 15, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 2:54:30.