# Exhibit 18

TRANSCRIPT OF THE AUDIO RECORDING OF:

Bannon's War Room

March 26, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        STEVE BANNON:  I want to go back to Mike Lindell. So

2   Mike, I just want to put in perspective for our audience. You

3   made this film, Absolute Proof, it came out in February and it

4   caused a huge, you know, huge blow up. The media, who was all

5   excited about every one of your moves, every one of your

6   steps--total crickets, right? All of a sudden, you stop seeing

7   any articles about this, you and Dominion finally got into

8   this legal situation, right? Where they've sued you. You've

9   now come out and instead of either backing down or working out

10  some deal with Dominion, or working at some compromise, or

11  saying you're sorry, you've now tripled down. You've made

12  another film called Absolute Interference. For our audience,

13  when will you, are you going to--when are you going to release

14  this next movie, Absolute Interference?

15       MIKE LINDELL:  Well, the one, the one part--the one

16  guest was so good that I made an hour short just about him,

17  we're gonna release that later in the week, you can see that

18  on Lindell TV dot com. Then, and then the following week,

19  we'll release out Absolute Interference and that could--so it

20  could be later in the week, we haven't set the exact date on

21  that yet. I kind of want to line that up with my launch of my

22  new social media platform, which will be Frank. But this,

23  this, when you watch this, and all of you have seen Absolute

24  Proof, you know, we're just going to keep dropping more and

1  more. It's going to be to the point that the only announcement
2  I'll be able to make is, "hey, if you work for Dominion, and
3  you are part of this crime against humanity, turn yourself in,
4  save yourself some jail time." That's all I can say, I mean, I
5  don't know what else to say to these people.
6          STEVE BANNON:  Just to make sure we're as specific as
7  possible, in this film, Absolute Interference, are you saying
8  you have whistleblowers that are actually employees or
9  contractors from Dominion, that are going to be on screen--
10         MIKE LINDELL:  Yes.
11         STEVE BANNON:  --giving evidence, giving evidence
12 that would support your contentions in this lawsuit with
13 Dominion? These are Dominion employees or Dominion
14 contractors?
15         MIKE LINDELL:  Now these, these are whistleblowers,
16 and I can't say if they work for Dominion or not, but we have
17 them in disguise. They're very--they run, they have to run
18 around with bodyguards and protection. One of them has been
19 threatened many times, and then he had to go undercover
20 because they knew he had too much information. The other guy
21 was, like I told you, he actually uncovered that the internet
22 in Georgia with this cell phone thing that they did in the
23 Georgia runoff so, but that's just a couple. When we talk
24 about this film, Steve, we have people coming out there,

1  they're coming to me. We have--in a day, we probably get one

2  hundred emails, or one hundred people reaching out going,

3  "hey, I've got this information, I've got this information."

4  And, as you see, it's coming up all over the place. You've got

5  Wisconsin now that they're gonna look at, Maricopa

6  County, Arizona, and Georgia, and New Hampshire. I mean, you

7  can--the truth will be told, I've been telling everybody that

8  all along--that truth is here, it's going to all be told,

9  there's only one truth. And when that comes out--and what

10 we're doing, just so everybody knows, the plan with the new

11 platform, Frank, and everybody out there, we're going to push

12 out these videos, but not just that, we're going to dump

13 evidence every day for six weeks. Just about make Wikileaks

14 look like a tinker toy, we're just going to keep dumping,

15 dumping, dumping, so that everyone in the country and the

16 world, even if you're a Democrat or Republican, you should be

17 very concerned when you see all this. That this was an attack

18 by China, by foreign interference, and the Communism and

19 Socialism coming into our country. Now when this gets to the

20 Supreme Court, I've said it before, they're gonna look at it

21 and they're gonna say, wow. They won't even have to look at--

22          STEVE BANNON:  Hang on, slow down, slow down. Let's,

23 I just want to make sure--when you say you're getting hundreds

24 of emails, and they're whistleblowers, and I'm not looking to

1  expose anybody, but are these whistleblowers of the one

2  hundred emails, you're getting a day? Are they the guys in the

3  film? Are they whistleblowers from some organization? Are they

4  calling themselves whistleblowers? Or are they employees,

5  former employees, or contractors with Dominion or any of the

6  voting system companies?

7       MIKE LINDELL:  I will say this, yes to both. There

8  are some, and I will not say if there was any in the film that

9  were. They're, you know, yeah, we're gonna have everything, we

10 have everything. By the time, you know, and this, Steve,

11 realize this is all my stuff that we want to bring before the

12 Supreme Court, you know, the attack on our country, by the

13 time Dominion--

14      STEVE BANNON:  But how are you gonna--hang on, hang

15 on a second. I know, but hang on a second, what's your--how do

16 you anticipate--the Supreme Court has adamantly ruled they

17 don't want to be involved in any of this. That they have said,

18 "it is not our deal, it doesn't rise to the evidentiary

19 level," or however they said it. They don't want to do this,

20 they didn't want to do it in the height of it. What is it that

21 you have that's different than what people have seen, that's

22 going to give you any standing in a Court to even get into the

23 Court--Federal Court System much less get to the Supreme

24 Court?

1        MIKE LINDELL:  Well, what we have is what I've had
2   all along since from January ninth on. Remember, nobody had
3   this; Sidney Powell, Rudy, none of these guys had this. None
4   of this evidence was presented to any Court anywhere and and
5   this so, this is all--this is the attack from foreign
6   interference and it's, you know, every--this is using the
7   machines. You know, everything they were bringing up before,
8   you know, they were going, it was all there was a, you know,
9   dead people voting and non-residents voting. I mean, he
10  should, Donald Trump should have been put back in just for
11  that alone. All these non-residents support all the cheating,
12  I call that organic cheating, what I'm calling here is what
13  they--what foreign countries, like China, came in and attacked
14  our country using these machines; Dominion, Smartmatic, ESNF,
15  all these machines. I want to ask everybody something here,
16  you know, you say, "well, and the Supreme Court didn't look."
17  They've never seen this before, so they can't turn down
18  something they've never seen. This is the evidence, this is
19  the smoking gun evidence. But I want to, I want to ask
20  everybody out there this, you know, ask yourself if My
21  Pillow--if everybody out there said there were rocks and
22  knives in My Pillows, you know what I would do? Being, maybe,
23  a smart business owner is dispense it. Hey, guys, everybody
24  come and look, there's no knives or rocks, hello? Okay

1  instead, Dominion, when they have been asked to look at these

2  machines, the first case was January--or November night that's

3  the first person they sued. One of their employees sued, one

4  of their officers sued a person in Colorado. And, from that

5  point on--

6        STEVE BANNON:  Yeah, the guy in Colorado, yup.

7        MIKE LINDELL:  --There's over two hundred threats and

8  lawsuits from Dominion, Smartmatic, and the other machine

9  people. Now, why wouldn't they have just made it easier on

10 themselves and say, "hey, guys, look inside our machines, we

11 have nothing to hide?" I mean, this isn't even--Mike, a five

12 year old could figure out they're hiding something, but here

13 we have everything they're hiding, so what they do, Steve is

14 this. Well, on February fifth, all the mainstream media,

15 nobody said it was bad evidence. They just didn't, they just

16 didn't show it.

17       STEVE BANNON:  Okay.

18       MIKE LINDELL:  You know, you still have your

19 YouTube's going--

20       STEVE BANNON:  Yep.

21       MIKE LINDELL:  --and Google

22       STEVE BANNON:  Yep.

23       MIKE LINDELL:  --and all these places, Mark

24 Zuckerberg's putting up signs saying, "contains nudity or

1  profanity." They just can't hide, you can't hide it anymore.

2          STEVE BANNON:   Okay, hang on, hang on for a second.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1              TRANSCRIBER'S CERTIFICATE

 2

 3   I hereby certify that the foregoing pages

 4   are a true, accurate, and complete transcript of the

 5   proceedings transcribed from a copy of the electronic

 6   sound recording to the best of our knowledge and ability.

 7

 8         IN WITNESS WHEREOF, I have hereunto set my hand on

 9              this 4th day of October, 2021.

10

11

12                     [signature: James Lonergan]

13                     _____
                       James Lonergan
                       Production Manager
14                     Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.
```

```
                              -
--and  7:21,23
--giving  3:11
--there's  7:7

                              A
able  3:2
about  2:5,7,16 3:24 4:13
Absolute  2:3,12,14,19,23 3:7
actually  3:8,21
adamantly  5:16
against  3:3
all  2:4,6,23 3:4 4:4,8,17 5:11 6:2,8,11,15 7:14,23
all--this  6:5
alone  6:11
along  6:2
along--that  4:8
an  2:16 4:17
and  2:3,7,9,18,19,23,24 3:2,16,18,19 4:4,6,9,11,15,18,21,24 5:8,10 6:4,6,9,13,16,21,24 7:4,7,8,10
announcement  3:1
another  2:12
anticipate--the  5:16
any  2:7 5:5,8,17,22 6:4
anybody  5:1
anymore  8:1
anywhere  6:4
are  2:13 3:3,7,8,9,13,15 5:1,2,3,4,8,14
Arizona  4:6
around  3:18
articles  2:7
as  3:6 4:4
ask  6:15,19,20
asked  7:1
at  2:10 4:5,20 7:1

at--  4:21
attack  4:17 5:12 6:5
attacked  6:13
audience  2:2,12

                              B
back  2:1 6:10
backing  2:9
bad  7:15
BANNON  2:1 3:6,11 4:22 5:14 7:6,17,20,22 8:2
be  2:20,22 3:1,2,9 4:7,8,16 5:17
because  3:20
been  3:18 4:7 6:10 7:1
before  4:20 5:11 6:7,17
Being  6:22
blow  2:4
bodyguards  3:18
both  5:7
bring  5:11
bringing  6:7
business  6:23
but  2:22 3:16,23 4:12 5:1,14,15 6:19 7:12
by  4:18 5:10,12

                              C
call  6:12
called  2:12
calling  5:4 6:12
came  2:3 6:13
can  2:17 3:4
can't  3:16 6:17 8:1
can--the  4:7
case  7:2
caused  2:4
cell  3:22
cheating  6:11,12
China  4:18 6:13
Colorado  7:4,6
com  2:18

come  2:9 6:24
comes  4:9
coming  3:24 4:1,4,19
Communism  4:18
companies  5:6
compromise  2:10
concerned  4:17
contains  7:24
contentions  3:12
contractors  3:9,14 5:5
could  2:20 7:12
could--so  2:19
countries  6:13
country  4:15,19 5:12 6:14
County  4:6
couple  3:23
Court  4:20 5:12,16,22,23,24 6:4,16
Court--federal  5:23
crickets  2:6
crime  3:3

                              D
date  2:20
day  4:1,13 5:2
dead  6:9
deal  2:10 5:18
Democrat  4:16
did  3:22
didn't  5:20 6:16 7:15,16
different  5:21
disguise  3:17
dispense  6:23
do  5:15,19,20 6:22 7:13
doesn't  5:18
doing  4:10
Dominion  2:7,10 3:2,9,13,16 5:5 6:14 7:1,8
Dominion--  5:13
don't  3:5 5:17,19

Donald  6:10
dot  2:18
down  2:9,11 4:22 6:17
dropping  2:24
dump  4:12
dumping  4:14,15

                              E
easier  7:9
either  2:9
else  3:5
emails  4:2,24 5:2
employees  3:8,13 5:4,5 7:3
ESNF  6:14
even  4:16,21 5:22
even--mike  7:11
every  2:5 4:13
every--this  6:6
everybody  4:7,10,11 6:15,20,21,23
everyone  4:15
everything  5:9,10 6:7 7:13
evidence  3:11 4:13 6:4,18,19 7:15
evidentiary  5:18
exact  2:20
excited  2:5
expose  5:1

                              F
February  2:3 7:14
fifth  7:14
figure  7:12
film  2:3,12 3:7,24 5:3,8
finally  2:7
first  7:2,3
five  7:11
following  2:18
for  2:2,12 3:2,16 4:13 6:10 8:2
foreign  4:18 6:5,13
former  5:5

Frank  2:22 4:11
from  3:9 5:3 6:2,5 7:4,8

                              G
Georgia  3:22,23 4:6
get  4:1 5:22,23
gets  4:19
getting  4:23 5:2
give  5:22
giving  3:11
go  2:1 3:19
going  2:13,24 3:1,9 4:2,8,11,12,14 5:22 6:8
going--  7:19
gonna  2:17 4:5,20,21 5:9
gonna--hang  5:14
good  2:16
Google  7:21
got  2:7 4:3,4
guest  2:16
gun  6:19
guy  3:20 7:6
guys  5:2 6:3,23 7:10

                              H
had  3:19,20 6:1,2,3
Hampshire  4:6
hang  4:22 5:14,15 8:2
has  3:18 5:16
have  2:23 3:8,16,17,24 4:21 5:9,10,17,21 6:1,10 7:1,9,11,13,18
have--in  4:1
haven't  2:20
he  3:19,20,21 6:9
height  5:20
hello  6:24
here  4:8 6:12,15 7:12
hey  3:2 4:3 6:23 7:10
```

**hide** 7:11 8:1
**hiding** 7:12,13
**him** 2:16
**hour** 2:16
**how** 5:14
**however** 5:19
**huge** 2:4
**humanity** 3:3
**hundred** 4:2 5:2 7:7
**hundreds** 4:23

### I

**I'LL** 3:2
**I'M** 4:24 6:12
**I'VE** 4:3,7,20 6:1
**if** 3:2,16 4:16 5:8 6:20
**in** 2:2,3,17,20 3:3,7, 12,17,22 4:15 5:2,8, 17,20,22 6:10,13,22 7:4,6
**information** 3:20 4:3
**inside** 7:10
**instead** 2:9 7:1
**interference** 2:12, 14,19 3:7 4:18 6:6
**internet** 3:21
**into** 2:7 4:19 5:22
**involved** 5:17
**is** 3:2 4:8 5:11,18,20 6:1,5,6,12,18,23 7:13
**isn't** 7:11
**it** 2:3,19 4:20 5:18, 19,20 6:8,23 7:9,15, 16 8:1
**it's** 3:1 4:4,8 6:6

### J

**jail** 3:4
**January** 6:2
**January--or** 7:2
**just** 2:2,16,24 3:6,23 4:10,12,13,14,23 6:10 7:9,15 8:1

### K

**keep** 2:24 4:14
**kind** 2:21
**knew** 3:20
**knives** 6:22,24
**know** 2:4,24 3:5 5:9, 10,12,15 6:6,7,8,16, 20,22 7:18
**knows** 4:10

### L

**later** 2:17,20
**launch** 2:21
**lawsuit** 3:12
**lawsuits** 7:8
**legal** 2:8
**less** 5:23
**Let's** 4:22
**level** 5:19
**like** 3:21 4:14 6:13
**Lindell** 2:1,15,18 3:10,15 5:7 6:1 7:7, 18,21,23
**line** 2:21
**look** 4:5,14,20,21 6:16,24 7:1,10
**looking** 4:24

### M

**machine** 7:8
**machines** 6:7,14,15 7:2,10
**made** 2:3,11,16 7:9
**mainstream** 7:14
**make** 3:2,6 4:13,23
**many** 3:19
**Maricopa** 4:5
**Mark** 7:23
**maybe** 6:22
**me** 4:1
**mean** 3:4 4:6 6:9 7:11
**media** 2:4,22 7:14
**Mike** 2:1,2,15 3:10, 15 5:7 6:1 7:7,18, 21,23
**more** 2:24 3:1
**moves** 2:5
**movie** 2:14
**much** 3:20 5:23
**my** 2:21 5:11 6:20, 22

### N

**never** 6:17,18
**new** 2:22 4:6,10
**next** 2:14
**night** 7:2
**ninth** 6:2
**no** 6:24
**nobody** 6:2 7:15
**non-residents** 6:9, 11
**none** 6:3
**not** 3:16 4:12,24 5:8, 18
**nothing** 7:11
**November** 7:2
**now** 2:9,11 3:15 4:5, 19 7:9
**nudity** 7:24

### O

**of** 2:5,6,9,21,23 3:3, 18 4:24 5:1,5,17,20 6:3,4 7:3,4
**officers** 7:4
**Okay** 6:24 7:17 8:2
**old** 7:12
**on** 2:18,20 3:9 4:22 5:12,14,15 6:2 7:9, 14 8:2
**on--** 7:5
**one** 2:5,15 3:18 4:1, 2,9 5:1 7:3
**only** 3:1 4:9
**or** 2:9,10 3:8,13,16 4:2,16 5:4,5,19 6:24 7:24
**organic** 6:12
**organization** 5:3
**other** 3:20 7:8
**our** 2:2,12 4:19 5:12,18 6:14 7:10
**out** 2:3,9,19 3:24 4:2,11,12 6:20,21 7:12
**out--and** 4:9
**over** 4:4 7:7
**owner** 6:23

### P

**part** 3:3
**part--the** 2:15
**people** 3:5,24 4:2 5:21 6:9 7:9
**person** 7:3,4
**perspective** 2:2
**phone** 3:22
**Pillow--if** 6:21
**Pillows** 6:22
**place** 4:4
**places** 7:23
**plan** 4:10
**platform** 2:22 4:11
**point** 3:1 7:5
**possible** 3:7
**Powell** 6:3
**presented** 6:4
**probably** 4:1
**profanity** 8:1
**Proof** 2:3,24
**protection** 3:18
**push** 4:11
**put** 2:2 6:10
**putting** 7:24

### R

**reaching** 4:2
**realize** 5:11
**release** 2:13,17,19
**Remember** 6:2
**Republican** 4:16
**right** 2:6,8
**rise** 5:18
**rocks** 6:21,24
**Rudy** 6:3
**ruled** 5:16
**run** 3:17
**runoff** 3:23

### S

**said** 4:20 5:17,19 6:21 7:15
**save** 3:4
**say** 3:4,5,16 4:21,23 5:7,8 6:16 7:10
**saying** 2:11 3:7 7:24
**screen--** 3:9
**second** 5:15 8:2
**see** 2:17 4:4,17
**seeing** 2:6
**seen** 2:23 5:21 6:17, 18
**set** 2:20
**short** 2:16
**should** 4:16 6:10
**show** 7:16
**Sidney** 6:3
**signs** 7:24
**since** 6:2
**situation** 2:8
**six** 4:13
**slow** 4:22
**smart** 6:23
**Smartmatic** 6:14 7:8
**smoking** 6:19
**so** 2:1,16 3:23 4:10, 15 6:5,17 7:13
**social** 2:22
**Socialism** 4:19
**some** 2:10 3:4 5:3,8
**something** 6:15,18 7:12
**sorry** 2:11
**specific** 3:6
**standing** 5:22
**steps--total** 2:6
**Steve** 2:1 3:6,11,24 4:22 5:10,14 7:6,13, 17,20,22 8:2

21,23

still 7:18
stop 2:6
stuff 5:11
sudden 2:6
sued 2:8 7:3,4
support 3:12 6:11
Supreme 4:20 5:12, 16,23 6:16
sure 3:6
sure--when 4:23
system 5:6,23

### T

talk 3:23
telling 4:7
than 5:21
that 2:16,17,19,21 3:1,8,9,12,21,22 4:5,7,9,12,15,17 5:8,11,17,20 6:11, 12 7:4
that's 3:4,23 5:21 7:2
the 2:4,15,17,18,20 3:1,20,21,22 4:4,10, 15,18,19 5:1,2,5,8, 10,11,12,18,20,22, 23 6:5,6,11,16,18, 19 7:2,3,6,8,14
their 7:3,4
them 3:17,18
themselves 5:4 7:10
then 2:18 3:19
there 3:24 4:11 5:7, 8 6:8,20,21
there's 4:9 6:24
these 3:5,13,15 4:12 5:1 6:3,11,14,15 7:1,23
they 3:16,17,20,22 4:21 5:2,3,4,16,17, 19,20 6:7,8,17 7:1, 3,9,13,15 8:1
they're 3:17 4:1,5, 20,21,24 5:9 7:12, 13
they've 2:8 6:17,18
they--what 6:13

thing 3:22
this 2:3,7,8,14,22,23 3:3,7,12,22,24 4:3, 17,19 5:7,10,11,17, 19 6:3,4,5,17,18,20 7:11,14
threatened 3:19
threats 7:7
time 3:4 5:10,13
times 3:19
tinker 4:14
to 2:1,2,13,21,24 3:1,2,5,6,9,17,19 4:1,8,11,12,14,19, 21,23,24 5:7,11,17, 18,19,20,22,23 6:4, 15,19 7:1,11
to--when 2:13
told 3:21 4:7,8
too 3:20
toy 4:14
tripled 2:11
Trump 6:10
truth 4:7,8,9
turn 3:3 6:17
TV 2:18
two 7:7

### U

uncovered 3:21
undercover 3:19
up 2:4,21 4:4 6:7 7:24
using 6:6,14

### V

very 4:17
very--they 3:17
videos 4:12
voting 5:6 6:9

### W

want 2:1,2,21 4:23 5:11,17,19,20 6:15, 19
was 2:4,16 3:21 4:17 5:8 6:4,8 7:2,15

watch 2:23
we 2:20 3:16,23,24 4:1 5:9,11 6:1 7:10, 13
we'll 2:19
we're 2:17,24 3:6 4:10,11,12,14 5:9
week 2:17,18,20
weeks 4:13
well 2:15 6:1,16 7:14
were 5:9 6:7,8,21
what 3:5 4:9 5:20,21 6:1,12,22 7:13
what's 5:15
when 2:13,23 3:23 4:9,17,19 7:1
Where 2:8
which 2:22
whistleblowers 3:8, 15 4:24 5:1,3,4
who 2:4
why 7:9
Wikileaks 4:13
will 2:13,22 4:7 5:7, 8
Wisconsin 4:5
with 2:10,21 3:12, 18,22 4:10 5:5
won't 4:21
work 3:2,16
working 2:9,10
world 4:16
would 3:12 6:22
wouldn't 7:9
wow 4:21

### Y

yeah 5:9 7:6
year 7:12
Yep 7:20,22
yes 3:10 5:7
yet 2:21
you 2:2,4,6,7,8,13, 17,23,24 3:2,3,7,8, 21 4:4,6,16,17,23 5:9,10,12,14,16,21, 22 6:6,7,8,16,20,22

7:18 8:1
you're 2:11 4:16,23 5:2
you've 2:8,11 4:4
your 2:5 3:12 7:18
your--how 5:15
yourself 3:3,4 6:20
Youtube's 7:19
yup 7:6

### Z

Zuckerberg's 7:24