# Exhibit 23

Screenshot A



Exhibit 23, *Indivisible with John Stubbins,* (4/1/2021) at 07:11.

**Screenshot B**



Exhibit 23, *Indivisible with John Stubbins,* (4/1/2021) at 10:25.

Screenshot C



Exhibit 23, *Indivisible with John Stubbins,* (4/1/2021) at 20:51.

**Screenshot D**



Exhibit 23, *Indivisible with John Stubbins,* (4/1/2021) at 36:11.

Screenshot E



Exhibit 23, *Indivisible with John Stubbins,* (4/1/2021) at 54:12.