# Exhibit 25

**Screenshot A**



Exhibit 25, *USA Watchdog,* (4/8/2021) at 01:15.

**Screenshot B**



Exhibit 25, *USA Watchdog,* (4/8/2021) at 24:13.