# Exhibit 28

TRANSCRIPT OF THE AUDIO RECORDING OF:

Bannon's War Room

May 3, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1    MIKE LINDELL:  Well, yeah, you've got to fix that
2  part too. Yeah, I agree with them there, but I will say this:
3  Texas was not immune to the, to the machines. They had ES&S
4  machines and there was fifty seven thousand votes flipped in
5  Dallas before noon on November third. All this was going to be
6  brought on too, it wasn't--Texas still had machines, all the
7  machines are the same. They're all--you've got your ES&S, your
8  Hart, your Diebold, your Dominion, and your mothership
9  Smartmatic. So, I agree with him you know, to get all--we've
10 got to fight at every level, we've got to you know. When the
11 machines are gone, we do have to have no mail-in voting. We
12 have to have one person, one vote, and we'll get to a
13 great--when we, when we come out of this, it's going to be an
14 amazing thing that we put into place, and it's going to be
15 the--then it will actually be the fairest elections in world
16 history.
17
18
19
20
21
22
23
24

|    |    |
|----|----|
| 1  | TRANSCRIBER'S CERTIFICATE |
| 2  |    |
| 3  | I hereby certify that the foregoing pages |
| 4  | are a true, accurate, and complete transcript of the |
| 5  | proceedings transcribed from a copy of the electronic |
| 6  | sound recording to the best of our knowledge and ability. |
| 7  |    |
| 8  | IN WITNESS WHEREOF, I have hereunto set my hand on |
| 9  | this 30th day of September, 2021. |
| 10 |    |
| 11 |    |
| 12 | _____ |
| 13 | James Lonergan |
|    | Production Manager |
| 14 | Thompson Court Reporters, Inc. |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 | THOMPSON COURT REPORTERS INC. |