# Exhibit 31

Screenshot A



Exhibit 31, *War Room,* (5/8/2021) at 00:47.

Screenshot B



Exhibit 31, *War Room,* (5/8/2021) at 01:27.

**Screenshot C**



Exhibit 31, *War Room,* (5/8/2021) at 09:53. .