# Exhibit 32

TRANSCRIPT OF THE AUDIO RECORDING OF:

Mike Lindell's Cyber Symposium I

August 10-12, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          MIKE LINDELL:  I gotta go around with a bodyguard for
2    who knows how long and I don't like bodyguards. I'd like to be
3    my, I like to have the American freedom to drive around, to do
4    what I want, to not worry to be able to take pictures with
5    people. This morning I had a guy come up to my window, and I
6    couldn't I said, no, I can't. Not because I fear, because of
7    what happened. And he goes like this and he's got a badge. I
8    don't know if it's real or not. And you've got to realize I've
9    been in all walks of life, I've had guns to my head, swords to
10   my throat, back when I was in addiction. I've had you know,
11   I've had that but this is, so I don't have any fear like that.
12   But I have fear that all of you just just that they can crush
13   us. I have fear for our country at that my fear is that every
14   I only have fear of the Lord but I don't I'm not fearing for
15   myself, whatever. But all of you you have to take fear out of
16   this now, this is what they're trying to do. What they're
17   trying to do last night attacking that, that guy's family. So
18   what is that doing? Here's where it starts. So you got when
19   this thing started OAN and Newsmax. They get they get sued. So
20   what does that do? All the other journalists, even if they
21   would talk instead of just hammering and bashing and being
22   part of this narrative, like you see Dr. Shiva put up there,
23   all the people behind this and is this is enemies of our
24   country. But no matter what party. And they did that to put

1  fear into any other journalists that might want to say
2  something, or any other news outlets, you know, they've been
3  doing it to OAN for since the beginning. Newsmax has went this
4  way and that way because he's in fear. They're in fear. But now
5  I actually talked to Newsmax and and I said, you know,
6  they're all in you know, they don't you know they realize now
7  we're in a fight for our lives here for our country for our
8  American dream. And, and then you got these things here. So
9  they start taking it down in and out, they're trying to
10 discredit you just heard, you just heard Colonel Phil Waldron,
11 these guys, I couldn't believe it, I'm going, I'm going what?
12 So they sticks, it's called some poison pill in so that
13 everybody's dealt would have been ruined. So you they take
14 your computers or whatever it is, I didn't even understand it
15 all I go what. We've got Antifa things are people that have
16 infiltrated, they're telling me this morning, and I'm going
17 and you know what I would have said, no, the shows we're gonna
18 keep going, and what we're doing, but after what happened to
19 me last night, I'm going, I don't want I don't want that, you
20 know. I want to be we want to be safe here. So if there are,
21 if I'm doing and I'm giving that data to him, like you said,
22 here, you guys can take it, we're just going to put it under
23 that Protection Act for our country. And, and that's it when
24 we leave here. But I will tell you this, this, the the main

1  thing here is, is the eye opener to our country, every single

2  state represented in here, you need to go back. And you need

3  to go back and say, You know what, we have had an evil that

4  has come in. And in this day and age, if you get a hack, and

5  in a cyber hack, gas line, or even our power grid, or even,

6  you know, credit cards, whatever, you know, you can you can

7  get through it's a huge money thing. It costs money. But you

8  know what, you if you take an election with a cyber with a

9  cyber attack, it's over, because now you have everything, and

10 you're never getting it back. I talked to him a couple of

11 months ago, two people in Venezuela where it happened to them.

12 And they've been praying for 20 years or 15 or 20 years that

13 something would happen out there because they've been down

14 there saying, you know, hey, this happened to us our country's

15 gone and it was a few short years in a blink of an eye. And he

16 said wait, nobody listens, nobody listens to us. They don't

17 believe us. Well you can see the power is out there that

18 block us from even hearing them. I talked to one girl that

19 she's not even allowed to leave the country see she hides out

20 they've said you can stay with your family here. But if you

21 leave you're done in any way you know they're tracking her.

22            These are the things I've heard since I've

23 gotten into this. It's like being in the biggest spy movie

24 I've ever been in in my life. And I've been in everything you

1  can imagine I've had when I was 20-some years old I I owed
2  money, the mafia for sports betting. They come to my house and
3  I'm hiding in the car, they leave a note pay by tonight or
4  things are going to be very physical. Well, I paid them. But I
5  said so I've been down this track with evil. And I've been in
6  Mexico where they were cutting my head off and I sit in and I
7  you know God protected me and God's protecting our country. I
8  will tell you like Kendra prayed there. God is protecting us
9  as our nation. He's had his hand in all this. This is the
10 beginning here. This day. This day, this symposium will start,
11 will light the spark for every single state and every single
12 person in our country to realize what happened here and we
13 count on the journalists. If you're out there. If you're the
14 CNNs or MSNBC if you're The Daily Beast if you're the Business
15 Insider now is the not the day to do your hit jobs and make
16 fun for for whatever it is, sensationalism or whatever you're
17 doing it for, now is the day you report the truth. You need to
18 report the truth. You need to report the truth. It starts with
19 that. Alan, Duke or Martin, if you're out there, now is the
20 day that you need to report the truth. Don't put those fake
21 fact checker checks on this stuff all the work that you've
22 seen here with Dr. Frank, Dr. Shiva, and all the other ones
23 that flew in here, they're not getting paid. They flew in
24 here, you heard Dr. Shiva's story of how he got down to the

1  bottom of this and he's been attacked. [Inaudible] these people are
2  some of the smartest IQs in America. They didn't just come out
3  of nowhere you know they can make fun of me like Jimmy Kimmel
4  who's this pillow guy that came out of nowhere. The only
5  reason I'm up here is because I had God gave me a platform for
6  a voice for such a time as this. These guys I represent all of
7  you, all of you. That says this is what my platform. These
8  other guys he put us all together, everyone you've seen on
9  this stage. Even Phil Waldron there that was there there's he
10 was the one guy I had met before. And different people all of
11 a sudden I you know I'd be out there and it would take it'll
12 be the movie beyond belief. But every person I met in November
13 December it was like this person would come into my life, just
14 divinely, this person and I meet thousands upon thousands of
15 people all the time. But it's like you would say okay, is this
16 gonna be important this is going to be important this is going
17 to be important. And all these guys have been their heroes
18 what they've done. You have and then you had you know you
19 can't discredit them. How does the media discredit a Dr.
20 Frank or Dr. Shiva? Or the people that have been up here? They
21 do they just mathematics alone and you look at that, look at
22 that look at Dr. Frank, so he figures out mathematics what you
23 can go to your own voter rolls registration. You can get them
24 from your secretary of state's office. Everybody was doing

1  that before that wanted to, you check it in there it is.
2  Mathematically you just we were attacked. We were attacked by
3  a computer it could only be done by computer. But what did
4  they do? The secretary of states they won't let you get it
5  now. Now just think about that they won't let you get it. Do
6  we ask them why we asked you why if you're a secretary of state
7  out there of any state I don't care what party why? Why Brad
8  Raffensperger will you not give when you not, you know, hold
9  stuff back? It doesn't make sense to us. We're all Americans,
10 we're all people, this was one nation under God. I don't get
11 it. I'm sitting here so perplexed. I've been here I'm going
12 you think this thing and I've watched the last few days I
13 think there's other stuff going on too. I think this person
14 has been a trusted that I've trusted for a long time, all of a
15 sudden going I don't know anymore. Over here I don't know
16 anymore. And I've had to live in this space my whole life
17 where I've been in bad places I've been everywhere from no
18 forks to four forks and everywhere in between.
19            And, and, but it's just everybody out there. One
20 of the one of the greatest things of Donald Trump when I met
21 him was it was so so common sense, it was common sense. He
22 just okay here's a problem here's a solution. But he had a
23 gift and no one is going to manifest who to help all people.
24 We haven't had that in politics for a long time. Where you

1  make a decision and it's supposed to be we were elected for
2  the people. For the people. And it doesn't make sense to me I
3  start you know getting get with all politicians on both sides
4  I was thrown into this. This ex-crack addict thrown into this
5  mix with people that I I used to be afraid to see somebody
6  with a tie on. It would be it was insecurities like I have
7  this you know wound of inside that oh he's you know I'm not as
8  good as him and I you know I'm running around in a T-shirt. Now I
9  wear ties all the time because I you know it's, it's the thing
10 to do. But I'm still that same person that back then but what
11 I learned I didn't change. I started looking at all these
12 politicians going what what agendas that you know what I don't
13 get it. Why would you want to do this on both sides. And I
14 looked at people I could read them and go, you know, they
15 don't have the people's back. And then it was all even in
16 campaigns how much money we can raise. You know, right now in
17 Minnesota they got a hit piece on me, the DFL I couldn't find
18 the essay on my phone. You just got to trust me. And they're
19 reading it and saying bad things about me for this symposium
20 and say and say that that and then at the end it says send
21 money to the DFL. You know that we're going to do election
22 integrity. I know what it was. It said Republicans in
23 Minnesota have tried to to take away our good elections and my
24 take away you know, you know make them worse. You know to

1  expand on the election to suppress the election. It's the

2  opposite what I've seen is everything you say is flipped on

3  its head. It's like it's like a cheater that cheats on you and

4  they accuse you of cheating and it's them. It doesn't you

5  know, and I and I looked at that and I'm going okay this is

6  why we're here today is that I didn't think you know when when

7  I put the Platform Frank Speech out there dot com. When I did

8  that, you know, it came out and it was supposed to be you

9  know, this social media, everybody talking. And one of the

10 things when we launched that, that part, they just went in

11 there and attacked like you never seen before. They made fun

12 of me on TV like Jimmy Kimmel, oh there's attack there's

13 attacked, like I'm making it up. No, there were millions

14 millions of the bots whatever they are, I don't know that I'm

15 not a tech guy. But one of the things that kept going on there

16 was the stream. So they took everything down but that voice

17 kept going out that one page on there kept going out. And you

18 look back at that divine connection there that went out in a

19 that frank. We did a two day called in a Frankathan. And we

20 went out and out and I wanted to get the voice out there.

21 Well, you know what came out of that Jimmy Kimmel watched 19

22 hours of that he says. And I ended up on his show what did

23 that do? It got the voice out there even though you guys all

24 say Oh, he attacked him attacked. And I'm going to say another

1  that he said in the middle of that commercial everybody needs
2  to know this. He was torn in the middle of that we got to the
3  halfway point and I said I said you know Jimmy, we need to all
4  people need to talk about people and both sides were divided
5  we're not a racist country. And I said look at they tried to
6  attack you last summer. Jimmy had done blackface in the 90s
7  and he looked at me and he said Mike he said the difference is
8  I did something bad all you did was back a man you believe in.
9  And now you think about that we've just by talking there we
10 were you know getting, then he had an agenda that came from
11 his ABC who knows that they didn't I don't know who gives the
12 orders. I don't know if Zucker gives the orders on CNN I don't
13 know where they come from. But but he had this agenda he had
14 to go through each hit on there write down, you all watched
15 it one after another. And I could just feel him being torn,
16 that he wanted to keep you know that I could get through this
17 without destroying me. And I just kept giving the answers. One
18 other thing I'll tell you everybody it's a lot easy to go in
19 for me to go on that media, all media, because you know what,
20 if you tell the truth, it doesn't matter.
21              And and when we got done with we got done with
22 that show, and you know, this is COVID all they're all doing
23 that this bump thing or whatever. He shook my hand. And he's
24 you know, he basically wished me well, nobody's seen that on

1  TV. Now, he probably didn't want me to tell you that because
2  they got a schtick. They got to do it right. It's all this schtick.
3  So there's another thing I'm going to reach out to all the TV
4  out there, the Hollywood the late night talk show hosts the
5  late you know, you know what you're doing to our country. If
6  you're going to get there, why don't you talk about really
7  happened during the day instead of, you know, snark mocking it
8  or doing it ways. You know, this goes all over Saturday Night
9  Live, what do they do, you know, you know, it's hack. And make
10 fun of stuff that well, this isn't a time to make fun of
11 anything, everybody, this is our country. This is our country.
12 And I am so they can't take away that all 50 states are
13 represented here. And the words is going to go back to every
14 single state and this is not going to go down and be
15 forgotten. It cannot be forgotten. Because it's over. The one
16 thing we get out of here and everyone's gonna say well Mike,
17 you know, when are they going to pull the election down? How
18 do I know? How do I know that it's in God's hands? I don't
19 know. I'm just doing everyday what I believe God's telling me
20 I should do when I pray. Thats it. And and I will say though
21 we have a bigger chance of whatever we're doing by every state
22 and you go in, you know, these machines, these computers got
23 to go because it only takes one attack there. You could get
24 attacked on a gas line. You could have another attack over

1  here with our all our credit cards. You could have com- big

2  companies attacked, you could ever meet, you know, oh,

3  anything attack, but if you attack an election, you only got

4  to get through once. And that's it. You control it forever.

5  You control the country. And they'll put in there oh, they're

6  bringing it back to Venezuela. Venezuela is where the machine

7  started. Smartmatic started in Venezuela. I got a whole big

8  I've spent millions of dollars investigating this. They're

9  built to take they're built as a tool to take countries. If,

10 and why do you think you know you had Eduardo here from from

11 Brazil? The same thing it's an identical mirror to what

12 happened here. And they seen that. I talked to them way back

13 in January and he said they showed me what was happening in

14 their country. I was going to go over there. They had media

15 that attacks them. They had machines there too. And you know

16 what? I got a call from them. I was scheduled to go there for

17 three weeks to help their country. I had stuff I was going to

18 do speaking, I do evan-, evangelical, speaking at big churches

19 in the Amazon, they were gonna bring me down there.

20

21

22

23

24

1                 TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8          IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 30th day of September, 2021.

10

11

12                    _____

13                    James Lonergan
                      Production Manager
14                    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

**1**

**19** 9:21

**2**

**2021** 13:9

**3**

**30th** 13:9

**5**

**50** 11:12

**9**

**90s** 10:6

**A**

ABC  10:11
ability  13:6
about  7:5 8:19 10:4,9 11:6
accurate  13:4
accuse  9:4
addict  8:4
afraid  8:5
after  10:15
agenda  10:10,13
agendas  8:12
all  6:6,7,8,10,15,17 7:9,10,14,23 8:3,9,11,15 9:23 10:3,8,14,19,22 11:2,3,8,12 12:1
alone  6:21
am  11:12
Amazon  12:19
America  6:2
Americans  7:9
an  10:10 12:3,11
and  6:1,10,11,14,17,18,21 7:12,16,18,19,23 8:1,2,8,13,14,15,18,19,20,23 9:3,4,5,8,9,11,17,19,20,22,24 10:3,4,5,7,9,15,17,21,22,23 11:9,12,13,14,16,20,22 12:4,5,10,12,13,15 13:4,6
another  9:24 10:15 11:3,24
answers  10:17
any  7:7
anymore  7:15,16
anything  11:11 12:3
are  6:1 9:14 11:12,17 13:4
around  8:8
as  6:6 8:7,8 12:9
ask  7:6
asked  7:6
at  6:21,22 8:11,14,20 9:5,18 10:5,7 12:18
attack  9:12 10:6 11:23,24 12:3
attacked  6:1 7:2 9:11,13,24 11:24 12:2
attacks  12:15
away  8:23,24 11:12

**B**

back  7:9 8:10,15 9:18 10:8 11:13 12:6,12
bad  7:17 8:19 10:8
basically  10:24
be  6:11,12,16,17 7:3 8:1,5,6 9:8 11:14,15
because  6:5 8:9 10:19 11:1,15,23
been  6:1,17,20 7:11,14,17
before  6:10 7:1 9:11
being  10:15
belief  6:12
believe  10:8 11:19
best  13:6
between  7:18
beyond  6:12
big  12:1,7,18
bigger  11:21
blackface  10:6
both  8:3,13 10:4
bots  9:14
bottom  6:1
Brad  7:7
Brazil  12:11
bring  12:19
bringing  12:6
built  12:9
bump  10:23
but  6:12,15 7:3,19,22 8:10 9:15,16 10:13 12:3
by  7:2,3 10:9 11:21

**C**

call  12:16
called  9:19
came  6:4 9:8,21 10:10
campaigns  8:16
can  6:3,23 8:16
can't  6:19 11:12
cannot  11:15
cards  12:1
care  7:7
CERTIFICATE  13:1
certify  13:3
chance  11:21
change  8:11
cheater  9:3
cheating  9:4
cheats  9:3
check  7:1
churches  12:18
CNN  10:12
com  9:7
com-  12:1
come  6:2,13 10:13
commercial  10:1
common  7:21
companies  12:2
complete  13:4
computer  7:3
computers  11:22
connection  9:18
control  12:4,5
copy  13:5
could  7:3 8:14 10:15,16 11:23,24 12:1,2
couldn't  8:17
countries  12:9
country  10:5 11:5,11 12:5,14,17
Court  13:14,24
COVID  10:22
credit  12:1

**D**

day  9:19 11:7 13:9
days  7:12
December  6:13
decision  8:1
destroying  10:17
DFL  8:17,21
did  7:3 9:7,19,22 10:8
didn't  6:2 8:11 9:6 10:11 11:1
difference  10:7
different  6:10
discredit  6:19
divided  10:4
divine  9:18
divinely  6:14
do  6:21 7:4,5 8:10,13,21 9:23 11:2,9,18,20 12:10,18
does  6:19
doesn't  7:9 8:2 9:4 10:20
doing  6:24 10:22 11:5,8,19,21
dollars  12:8
don't  7:7,10,15 8:12,15 9:14 10:11,12 11:6,18
Donald  7:20
done  6:18 7:3 10:6,21
dot  9:7
down  9:16 10:14 11:14,17 12:19
Dr  6:19,20,22
during  11:7

**E**

each  10:14
easy  10:18
Eduardo  12:10
elected  8:1
election  8:21 9:1 11:17 12:3
elections  8:23
electronic  13:5
end  8:20
ended  9:22
essay  8:18
evan-  12:18
evangelical  12:18
even  6:9 8:15 9:23
ever  12:2
every  6:12 11:13,21
everybody  6:24 7:19 9:9 10:1,18 11:11
everyday  11:19
everyone  6:8
everyone's  11:16
everything  9:2,16
everywhere  7:17,18
ex-crack  8:4
expand  9:1

**F**

feel  10:15
few  7:12
figures  6:22
find  8:17
flipped  9:2
for  6:5,6 7:14,24 8:1,2,19 10:19 12:16
foregoing  13:3
forever  12:4
forgotten  11:15

forks  7:18
four  7:18
frank  6:20,22 9:7,19
Frankathan  9:19
from  6:24 7:17
  10:10,13 12:10,16
  13:5
fun  6:3 9:11 11:10

          G

gas  11:24
gave  6:5
get  6:23 7:4,5,10
  8:3,13 9:20 10:16
  11:6,16,23 12:4
getting  8:3 10:10
gift  7:23
give  7:8
gives  10:11,12
giving  10:17
go  6:23 8:14 10:14,
  18,19 11:13,14,22,
  23 12:14,16
God  6:5 7:10
God's  11:18,19
goes  11:8
going  6:16 7:11,13,
  15,23 8:12,21 9:5,
  15,17,24 11:3,6,13,
  14,17 12:14,17
gonna  6:16 11:16
  12:19
good  8:8,23
got  8:17,18 9:23
  10:2,21 11:2,22
  12:3,7,16
greatest  7:20
guy  6:4,10 9:15
guys  6:6,8,17 9:23

          H

hack  11:9
had  6:5,10,18 7:16,
  22,24 10:6,10,13
  12:10,14,15,17
halfway  10:3
hand  10:23 13:8

hands  11:18
happened  11:7
  12:12
happening  12:13
has  7:14
have  6:17,18,20 8:6,
  15,23 11:21,24 12:1
  13:8
haven't  7:24
he  6:8,9,22 7:21,22
  9:22,24 10:1,2,7,10,
  13,16,23,24 11:1
  12:13
he's  6:1 8:7 10:23
head  9:3
help  7:23 12:17
here  6:5,20 7:11,15
  9:6 11:13,16 12:1,
  10,12
here's  7:22
hereby  13:3
hereunto  13:8
heroes  6:17
him  7:21 8:8 9:24
  10:15
his  9:22 10:11
hit  8:17 10:14
hold  7:8
Hollywood  11:4
hosts  11:4
hours  9:22
how  6:19 8:16
  11:17,18

          I

I'D  6:11
I'LL  10:18
I'M  6:5 7:11 8:7,8,
  10 9:5,13,14,24
  11:3,19
I'VE  7:11,12,14,16,
  17 9:2 12:8
identical  12:11
if  7:6 10:12,20 11:5
  12:3,9
important  6:16,17
in  6:2,12 7:1,16,17,
  18,24 8:8,15,16,22

9:10,18,19 10:1,2,6,
  8,18 11:18,22 12:5,
  7,13,19 13:8
Inaudible  6:1
Inc  13:14,24
insecurities  8:6
inside  8:7
instead  11:7
integrity  8:22
into  6:13 8:4
investigating  12:8
IQS  6:2
is  6:5,7,15,16 7:1,23
  9:2,5,6 10:7,22
  11:11,13,14 12:6
isn't  11:10
it  6:11,13 7:1,3,4,5,
  9,11,21 8:2,6,13,15,
  19,20,22 9:4,8,13,
  23 10:15,20 11:2,7,
  8,15,20,23 12:4,6
it'll  6:11
it's  6:15 7:19 8:1,9
  9:1,3,4 10:18 11:2,
  9,15,18 12:11
its  9:3

          J

James  13:13
January  12:13
Jimmy  6:3 9:12,21
  10:3,6
just  6:2,13,21 7:2,5,
  19,22 8:18 9:10
  10:9,15,17 11:19

          K

keep  10:16
kept  9:15,17 10:17
Kimmel  6:3 9:12,21
know  6:3,11,18 7:8,
  15 8:3,7,8,9,12,14,
  16,21,22,24 9:5,6,8,
  9,14,21 10:2,3,10,
  11,12,13,16,19,22,
  24 11:5,7,8,9,17,18,
  19,22 12:2,10,15
knowledge  13:6

knows  10:11

          L

last  7:12 10:6
late  11:4,5
launched  9:10
learned  8:11
let  7:4,5
life  6:13 7:16
like  6:3,13,15 8:6
  9:3,11,12,13
line  11:24
live  7:16 11:9
Lonergan  13:13
long  7:14,24
look  6:21,22 9:18
  10:5
looked  8:14 9:5 10:7
looking  8:11
lot  10:18

          M

machine  12:6
machines  11:22
  12:15
made  9:11
make  6:3 7:9 8:1,2,
  24 11:9,10
making  9:13
man  10:8
Manager  13:13
manifest  7:23
Mathematically  7:2
mathematics  6:21,
  22
matter  10:20
me  6:3,5 8:2,17,18,
  19 9:12 10:7,17,19,
  24 11:1,19 12:13,19
media  6:19 9:9
  10:19 12:14
meet  6:14 12:2
met  6:10,12 7:20
middle  10:1,2
Mike  10:7 11:16
millions  9:13,14

12:8
Minnesota  8:17,23
mirror  12:11
mix  8:5
mocking  11:7
money  8:16,21
movie  6:12
much  8:16
my  6:7,13 7:16 8:18,
  23 10:23 13:8

          N

nation  7:10
need  10:3,4
needs  10:1
never  9:11
night  11:4,8
no  7:17,23 9:13
nobody's  10:24
not  7:8 8:7 9:15 10:5
  11:14
November  6:12
now  7:5 8:8,16 10:9
  11:1
nowhere  6:3,4

          O

of  6:1,2,3,4,6,7,10,
  14,24 7:4,6,7,14,20
  8:7 9:4,9,12,14,15,
  21,22 10:1,2 11:7,
  10,16,21 12:8 13:4,
  5,6,9
office  6:24
oh  8:7 9:12,24 12:2,
  5
okay  6:15 7:22 9:5
on  6:8 7:13 8:3,6,13,
  17,18 9:1,2,3,12,15,
  17,22 10:12,14,19,
  24 11:24 13:8
once  12:4
one  6:10 7:10,19,20,
  23 9:9,15,17 10:15,
  17 11:15,23
only  6:4 7:3 11:23
  12:3

**opposite** 9:2
**or** 6:20 10:23 11:8
**orders** 10:12
**other** 6:8 7:13 10:18
**our** 8:23 11:5,11 12:1 13:6
**out** 6:2,4,11,22 7:7, 19 9:7,8,17,18,20, 21,23 11:3,4,16
**over** 7:15 11:8,15,24 12:14
**own** 6:23

---

**P**

**page** 9:17
**pages** 13:3
**part** 9:10
**party** 7:7
**people** 6:1,10,15,20 7:10,23 8:2,5,14 10:4
**people's** 8:15
**perplexed** 7:11
**person** 6:12,13,14 7:13 8:10
**Phil** 6:9
**phone** 8:18
**piece** 8:17
**pillow** 6:4
**places** 7:17
**platform** 6:5,7 9:7
**point** 10:3
**politicians** 8:3,12
**politics** 7:24
**pray** 11:20
**probably** 11:1
**problem** 7:22
**proceedings** 13:5
**Production** 13:13
**pull** 11:17
**put** 6:8 9:7 12:5

---

**R**

**racist** 10:5
**Raffensperger** 7:8
**raise** 8:16

**reach** 11:3
**read** 8:14
**reading** 8:19
**really** 11:6
**reason** 6:5
**recording** 13:6
**registration** 6:23
**Reporters** 13:14,24
**represent** 6:6
**represented** 11:13
**Republicans** 8:22
**right** 8:16 11:2
**rolls** 6:23
**running** 8:8

---

**S**

**said** 8:22 10:1,3,5,7 12:13
**same** 8:10 12:11
**Saturday** 11:8
**say** 6:15 8:20 9:2,24 11:16,20
**saying** 8:19
**says** 6:7 8:20 9:22
**scheduled** 12:16
**schtick** 11:2
**secretary** 6:24 7:4,6
**see** 8:5
**seen** 6:8 9:2,11 10:24 12:12
**send** 8:20
**sense** 7:9,21 8:2
**September** 13:9
**set** 13:8
**Shiva** 6:20
**shook** 10:23
**should** 11:20
**show** 9:22 10:22 11:4
**showed** 12:13
**sides** 8:3,13 10:4
**single** 11:14
**sitting** 7:11
**smartest** 6:2
**Smartmatic** 12:7
**snark** 11:7

**so** 6:22 7:11,21 9:16 11:3,12
**social** 9:9
**solution** 7:22
**some** 6:2
**somebody** 8:5
**something** 10:8
**sound** 13:6
**space** 7:16
**speaking** 12:18
**Speech** 9:7
**spent** 12:8
**stage** 6:9
**start** 8:3
**started** 8:11 12:7
**state** 7:6,7 11:14,21
**state's** 6:24
**states** 7:4 11:12
**still** 8:10
**stream** 9:16
**stuff** 7:9,13 11:10 12:17
**such** 6:6
**sudden** 6:11 7:15
**summer** 10:6
**supposed** 8:1 9:8
**suppress** 9:1
**symposium** 8:19

---

**T**

**T-SHIRT** 8:8
**take** 6:11 8:23,24 11:12 12:9
**takes** 11:23
**talk** 10:4 11:4,6
**talked** 12:12
**talking** 9:9 10:9
**tech** 9:15
**tell** 10:18,20 11:1
**telling** 11:19
**that** 6:4,7,9,20,21,22 7:1,5,14,24 8:5,7, 10,12,20,21 9:3,5,6, 8,10,14,15,16,17, 18,19,21,22,23 10:1,2,9,10,11,16, 19,22,23,24 11:1,

10,12,18 12:12,15 13:3
**that's** 12:4
**Thats** 11:20
**the** 6:2,4,10,12,15, 19,20 7:4,12,20 8:2, 9,15,17,18,20,21 9:1,7,9,14,15,16,20, 23 10:1,2,6,7,11,12, 17,20 11:3,4,7,13, 15,17 12:5,6,11,19 13:3,4,5,6
**their** 6:17 12:14,17
**them** 6:19,23 7:6 8:14,24 9:4 12:12, 15,16
**then** 6:18 8:10,15,20 10:10
**there** 6:9,11 7:1,7,19 9:7,11,13,15,17,18, 20,23 10:9,14 11:4, 6,23 12:5,14,15,16, 19
**there's** 6:9 7:13 9:12 11:3
**these** 6:1,6,7,17 8:11 11:22
**they** 6:2,3,20,21 7:4, 5 8:14,17 9:4,10,11, 14,16 10:5,11,13 11:2,9,12,17 12:12, 13,14,15,19
**they'll** 12:5
**they're** 8:18 10:22 12:5,8,9
**they've** 6:18
**thing** 7:12 8:9 10:18,23 11:3,16 12:11
**things** 7:20 8:19 9:10,15
**think** 7:5,12,13 9:6 10:9 12:10
**this** 6:1,4,6,7,9,13, 14,15,16 7:10,12, 13,16 8:4,7,13,19 9:5,9 10:2,13,16,22, 23 11:2,8,10,11,14 12:8 13:9
**Thompson** 13:14,24
**though** 9:23 11:20

**thousands** 6:14
**three** 12:17
**through** 10:14,16 12:4
**thrown** 8:4
**tie** 8:6
**ties** 8:9
**time** 6:6,15 7:14,24 8:9 11:10
**to** 6:16,17,23 7:1,9, 16,18,23 8:1,2,5,10, 13,18,21,23,24 9:1, 8,20,24 10:2,3,4,5, 14,16,18,19 11:1,2, 3,5,6,10,13,14,17, 23 12:4,6,9,11,12, 14,16,17 13:6
**today** 9:6
**together** 6:8
**too** 7:13 12:15
**took** 9:16
**tool** 12:9
**torn** 10:2,15
**transcribed** 13:5
**TRANSCRIBER'S** 13:1
**transcript** 13:4
**tried** 8:23 10:5
**true** 13:4
**Trump** 7:20
**trust** 8:18
**trusted** 7:14
**truth** 10:20
**TV** 9:12 11:1,3
**two** 9:19

---

**U**

**under** 7:10
**up** 6:5,20 9:13,22
**upon** 6:14
**us** 6:8 7:9
**used** 8:5

---

**V**

**Venezuela** 12:6,7
**voice** 6:6 9:16,20,23

**voter** 6:23

---

**W**

**Waldron** 6:9
**want** 8:13 11:1
**wanted** 7:1 9:20 10:16
**was** 6:9,10,13,24 7:10,21 8:4,6,15,22 9:8,16 10:2,8 12:13, 14,16,17
**watched** 7:12 9:21 10:14
**way** 12:12
**ways** 11:8
**we** 7:2,6,24 8:1,16 9:10,19 10:2,3,9,21 11:16,21
**we're** 7:9,10 8:21 9:6 10:5 11:21
**we've** 10:9
**wear** 8:9
**weeks** 12:17
**well** 9:21 10:24 11:10,16
**went** 9:10,18,20
**were** 7:2 8:1 9:13 10:4,10 12:19
**what** 6:7,18,22 7:3,7 8:10,12,22 9:2,21, 22 10:19 11:5,9,19 12:11,13,16
**whatever** 9:14 10:23 11:21
**when** 7:8,20 9:6,7, 10 10:21 11:17,20
**where** 7:17,24 10:13 12:6
**WHEREOF** 13:8
**who** 7:23 10:11
**who's** 6:4
**whole** 7:16 12:7
**why** 7:6,7 8:13 9:6 11:6 12:10
**will** 7:8 11:20
**wished** 10:24
**with** 8:3,5,6 10:21 12:1

**without** 10:17
**WITNESS** 13:8
**won't** 7:4,5
**words** 11:13
**worse** 8:24
**would** 6:11,13,15 8:6,13
**wound** 8:7
**write** 10:14

---

**Y**

**you** 6:3,7,11,15,18, 21,22,23 7:1,2,4,5, 6,8,12,24 8:3,7,8,9, 12,13,14,16,18,21, 24 9:2,3,4,6,8,11, 17,21,23 10:3,6,8,9, 10,14,16,18,19,20, 22,24 11:1,5,6,7,8, 9,17,22,23,24 12:1, 2,3,4,5,10,15
**you're** 7:6 11:5,6
**you've** 6:8
**your** 6:23,24

---

**Z**

**Zucker** 10:12