# Exhibit 33

**Screenshot A**



Exhibit 33, *Cyber Symposium,* (8/10–12/2021) at 00:08.

**Screenshot B**



Exhibit 33, *Cyber Symposium,* (8/10–12/2021) at 03:30.

**Screenshot C**



Exhibit 33, *Cyber Symposium,* (8/10–12/2021) at 04:58.

**Screenshot D**



Exhibit 33, *Cyber Symposium,* (8/10–12/2021) at 05:34.