# Exhibit 34

TRANSCRIPT OF THE AUDIO RECORDING OF:


Mike Lindell's Cyber Symposium - II

August 10-12, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          PHIL WALDRON:  After the 2018 midterm elections an

2    investigation was launched to delve into irregularities in the

3    US election results. Detailed logs documented entries into the

4    tabulation system for the election itself, and the team saw

5    many anomalies in areas of extreme concern. Then in November

6    2020, multiple groups of concerned Americans came together

7    because they all observed something incredible in the 2020

8    general elections. The groups united to launch a full scale

9    investigation, led by former members of the US intelligence

10   community, the Department of Defense, NASA, the US National

11   Laboratories, private investigations and cybersecurity

12   companies and legal firms from around the country. The

13   discoveries gained through intense forensic research left

14   everyone involved deeply concerned about the future of our

15   nation and our world. While the US media will undoubtedly

16   discredit this information as far right conspiracy theory, the

17   fact is the people involved in this investigation represent

18   all colors, all creeds, and all political parties. To ignore

19   this message is to surrender to a government takeover that

20   will gravely affect the lives of every man, woman and child of

21   every nation. If there ever was an authentic, non-partisan

22   issue, this is it.

23          In 1970, Henry Kissinger said who controls the

24   food supply controls the people, who controls the energy can

1  control whole continents, who controls money can control the

2  world. This concept is critical to understanding the thinking

3  of those who seek to cripple and control America. To achieve

4  their goal. They've got to disrupt families, divide races,

5  destroy small businesses, dismantle the middle class and

6  distort the American dream of owning land, a home, and

7  everything necessary for the pursuit of happiness and

8  sovereignty. In collusion with our foreign adversaries, these

9  treasonous few are working hard to tear down the last standing

10  wall between them and their agenda of global domination. That

11  wall is you, the American people. By focusing on specific

12  election system vulnerabilities, our investigation confirmed

13  that the entire US election system is under the total control

14  of private equity firms and foreign money. UBS Securities LLC

15  New York and UBS Securities Company Limited Beijing injected

16  hundreds of millions of dollars into Staple Street Capital,

17  the current owner of Dominion Voting. UBS currently holds the

18  intellectual property of Dominion as their equity collateral.

19  Up until December 2020, UBS Security LLC New York listed three

20  senior Communist Chinese party members as being on the boards

21  of both UBS Securities LLC New York and UBS Securities Limited

22  Beijing. The company's owned 75% by the Chinese government.

23  Scytl, the parent company of Clarity Elections located in

24  Madrid, Spain, a data management and early election night

1  reporting company, went bankrupt in May of 2020, and was

2  subsequently purchased in a closed private equity deal by an

3  Irish company called Paragon. The election sites for numerous

4  counties in the US go to a Clarity elections web address. The

5  counties don't own or control their voting data. And the

6  positions of president, secretary, treasurer, and CEO are all

7  occupied by one man, Jonathan Brill. Brill also happens to be

8  a part of Scytl senior management team and has run campaigns

9  for Democratic Party candidates. Our investigation also

10  revealed that contrary to the current political narrative, the

11  election systems and their equipment were connected to the

12  internet, making them infinitely hackable.

13          UNIDENTIFIED SPEAKER A:  Voting machines themselves

14  are not connected to the internet.

15          UNIDENTIFIED SPEAKER B:  No voting machines are

16  connected to the internet.

17          UNIDENTIFIED SPEAKER C:  The devices are not

18  connected to the internet.

19          UNIDENTIFIED SPEAKER D:  They do not connect to the

20  internet.

21          UNIDENTIFIED SPEAKER E:  Those things are not

22  connected to the Internet.

23          UNIDENTIFIED SPEAKER F:  The Department of Homeland

24  Security says the 2020 election was the most secure in

1   American history.

2          UNIDENTIFIED SPEAKER G:  The 2020 election was the

3   most secure and US history.

4          PHIL WALDRON:  That's what they say now. But just a

5   short while ago, the political narrative was very different.

6          UNIDENTIFIED SPEAKER H:  In 2018, electronic voting

7   machines in Georgia and Texas deleted votes for certain

8   candidates, or switched votes from one candidate to another.

9          UNIDENTIFIED SPEAKER I:  We brought in folks who

10  before our eyes hacked election machines.

11         UNIDENTIFIED SPEAKER J:  Workers were able to easily

12  hack into an electronic voting machine. It was possible to

13  switch votes.

14         UNIDENTIFIED SPEAKER K:  Even hackers with limited

15  prior knowledge, tools and resources are able to breach voting

16  machines in a matter of minutes.

17         UNIDENTIFIED SPEAKER L:  Remote access software,

18  which would make a machine like that, you know, a magnet for

19  fraudsters and hackers.

20         UNIDENTIFIED SPEAKER M:  Unfortunately, Dominion has

21  recently been thrust into the national spotlight as part of a

22  dangerous and reckless disinformation campaign aimed at sowing

23  doubt and confusion over the 2020 presidential election.

24  First, there were no switched or deleted votes involving

1   Dominion machines. Dominion is not, and has never been a front

2   for communists. The company also does not have any ties to

3   China whatsoever, including no ties, including investment, or

4   source code transfer. Let me be clear voting systems are by

5   design, meant to be used as closed systems that are not

6   networked. Meaning they are not connected to the internet.

7           UNIDENTIFIED SPEAKER N:  Sounds like some of these

8   machines are showing the tabulators can and are connected the

9   internet.

10          UNIDENTIFIED SPEAKER M:  Throughout you're going to

11  particularly where a vote is cast on Election Day, those

12  machines tend to and should not be connected to the internet,

13  certainly as a best practice,

14          UNIDENTIFIED SPEAKER N:  But some have the capability

15  don't they?

16          UNIDENTIFIED SPEAKER M:  Some may have modems that

17  are typically disabled, but in certain states, I believe in

18  Wisconsin, some are temporarily activated to transmit transmit

19  some counts, but

20          UNIDENTIFIED SPEAKER N:  But those tabulators are

21  connected on Election Day because that's how they transmit the

22  data to the counties and also into the unofficial --

23          UNIDENTIFIED SPEAKER M:  In some cases yes, sir.

24          UNIDENTIFIED SPEAKER N:  Yeah, that's okay. Yeah.

1          PHIL WALDRON:  Through forensic analysis of election

2   management system computers in Antrim County, Michigan,

3   affidavits from numerous election officials in Georgia as well

4   as the operator's manual for Dominion's Democracy Suite 5.5,

5   our teams have gathered indisputable evidence that the entire

6   system can indeed be connected, hacked and manipulated. And in

7   fact, it was. Here's what triggered this investigation back in

8   2018. This is the Allied Security Operations Group primary

9   finding in the 2018 governor's race, where a direct flip of 560

10  votes was made from Matt Bevin to Andy Beshear. So that was

11  exactly 560 votes was deducted from Matt Bevin. 560 votes were

12  added to Andy Beshear. This race was decided by a little over

13  5,000 votes. So this one switch represented about 25% of the

14  margin of the vote.

15          UNIDENTIFIED SPEAKER P:  Andy Beshear is declaring

16  VIKTORy because he is the leading candidate over a Republican

17  incumbent governor in a state Matt Bevin won by 10 points four

18  years ago in the state Donald Trump won by a ton.

19          PHIL WALDRON:  Here's an example of election

20  anomalies that took place in 2020.

21          UNIDENTIFIED SPEAKER Q:  So now we would take the

22  ballots and we would scan them. It's going to feed these

23  ballots through the scanner. So what we're gonna do is we're

24  gonna take and we're gonna overvote.

1          UNIDENTIFIED SPEAKER R:  What do you mean by

2    overvote?

3          UNIDENTIFIED SPEAKER Q:  Overvote is when if there is

4    multiple people in a section where it says only vote for one.

5          UNIDENTIFIED SPEAKER R:  So you're scanning the same

6    ballots twice? It's already been scanned once.

7          UNIDENTIFIED SPEAKER Q:  I've already scanned them

8    once.

9          UNIDENTIFIED SPEAKER R:  Yeah, so you're scanning the

10   same --

11         UNIDENTIFIED SPEAKER Q:  Same ballots twice.

12              It just accepted every one of them. Every one of

13   them went through the system. There it is. The fifth batch.

14         UNIDENTIFIED SPEAKER R:  Okay.

15         UNIDENTIFIED SPEAKER Q:  It's pending adjudication. I

16   think I want to vote for Biden. Let's let Biden win this one.

17   And complete.

18         UNIDENTIFIED SPEAKER R:  So you made a vote for

19   someone where someone did not vote?

20         UNIDENTIFIED SPEAKER Q:  I did didn't I?

21         UNIDENTIFIED SPEAKER R:  And you're the election

22   supervisor?

23         UNIDENTIFIED SPEAKER Q:  I'm the election supervisor.

24   I am the person that sits and does the adjudication.

1        UNIDENTIFIED SPEAKER R:  All right board I want you

2   all to step outside.

3        PHIL WALDRON:  Initiated by a court order, the

4   Michigan investigation team obtained forensic access to a DS 200

5   tabulator. The machine that counts the votes. A Telit 4g

6   wireless chip manufactured in Taiwan was discovered embedded

7   into the motherboard. The voting machine tapes clearly

8   indicate modem engagement and transmission of election data.

9   Some of the anomalies that we noticed in the 2020 general

10  elections that five key states all stopped counting at a

11  certain time in these key battleground states. These were all

12  where the software Dominion machines, ES&S machines were used

13  the the Smartmatic, the Gems software, so when the vote

14  stopped counting, and this has been noted in other countries

15  as well. President Trump was significantly ahead when

16  reporting and counting resumed was a massive spike occurred

17  that that favored Joe Biden. The next major observation the

18  teams made was that there were significant financial

19  transactions from private and nonprofit organizations that had

20  a severe impact on the 2020 general election. As revealed in a

21  Time magazine article in February of 2021, individuals and

22  organizations have been plotting to fortify the election since

23  at least 2015.

24        UNIDENTIFIED SPEAKER S:  This is the inside story of

1  the conspiracy to save the 2020 election, but it's massively

2  important for the country to understand that it didn't happen

3  accidentally. Democracy is not self executing. There was a

4  conspiracy unfolding behind the scenes, one that both

5  curtailed the protests and coordinated the resistance from

6  CEOs. Both surprises were the result of an informal alliance

7  between left wing activists and business titans. They got

8  states to change voting systems and laws and helped secure

9  hundreds of millions in public and private funding. That's why

10  the participants want the secret history of the 2020 election

11  told. Even though it sounds like a paranoid fever dream, a

12  well-funded cabal of powerful people ranging across industries

13  and ideologies, working together behind the scenes to

14  influence perceptions, change rules and laws, steer media

15  coverage and control the flow of information. They were not

16  rigging the election, they were fortifying it.

17          PHIL WALDRON:  This network influence diagram really

18  shows the interrelationship of money, people and influence and

19  control between key players and key organizations. Now there

20  were over 200 nonprofits that we found in this network that

21  are all connected. What's even more troubling is that all of

22  those 200 organizations have received substantial funding from

23  a single source.

24          UNIDENTIFIED SPEAKER T:  Of all the financial titans

1   and philanthropists of the 20th century. None are more complex

2   or mysterious than George Soros.

3           UNIDENTIFIED SPEAKER U:  Europe, Hungarian Jew, who

4   escaped the Holocaust, by posing as a Christian --

5           UNIDENTIFIED SPEAKER V:  Right.

6           UNIDENTIFIED SPEAKER T:  And you watched lots of

7   people get shipped off to the death camps.

8           UNIDENTIFIED SPEAKER V:  Right. And I would say that

9   that's when my character was made.

10          UNIDENTIFIED SPEAKER T:  My understanding is is that

11  you went out with this protector of yours.

12          UNIDENTIFIED SPEAKER V:  Yes.

13          UNIDENTIFIED SPEAKER U:  Went out in fact, and helped

14  in the confiscation of property from the Jews.

15          UNIDENTIFIED SPEAKER V:  That's right.

16          UNIDENTIFIED SPEAKER U:  I mean, that's that sounds

17  like an experience that would send lots of people to the

18  psychiatric couch for many, many years. Was it difficult?

19          UNIDENTIFIED SPEAKER V:  Not, not at all. Not at all.

20          UNIDENTIFIED SPEAKER T:  Like Carnegie, JP Morgan and

21  the Rockefellers, he amassed billions through ruthless

22  business decisions, only to turn around and give away most of

23  his fortune to advance his own personal philosophy.

24          UNIDENTIFIED SPEAKER V:  I am basically there to to

1  make money, I cannot and do not look at the social

2  consequences of what I do.

3          UNIDENTIFIED SPEAKER U:  Do you believe in God?

4          UNIDENTIFIED SPEAKER V:  No.

5          PHIL WALDRON:  This is not the first time that Mr.

6  Soros has been implicated in a plot to destroy a nation. His

7  cover organizations have been banned from several countries

8  for doing exactly what they're currently doing to America. The

9  Philippines, Russia, Turkey, Poland, Pakistan, as well as

10 Soros' own homeland of Hungary have learned the hard way the

11 true intentions of this ruthless multi billionaire.

12         VIKTOR ORBAN:  [Hungarian]

13 [Hungarian]

14 [Hungarian]

15 [Hungarian]

16         UNIDENTIFIED SPEAKER Y:  The growing emergency

17 unfolding at the southern border.

18               Thousands of Central American migrants are

19 vowing to continue their march to the US borders.

20         UNIDENTIFIED SPEAKER Z:  The number of migrants

21 surged in recent weeks, alarming officials who are strapped

22 for resources.

23         UNIDENTIFIED SPEAKER AA:  And overwhelmingly elected

24 with George Soros' money, and they're a major cause of the

1  violence we're seeing. Because they keep putting the violent

2  criminals back on the street.

3          UNIDENTIFIED SPEAKER BB:  I'm not sure we need to

4  bring George Soros into this. I was gonna say you could get

5  the last word, speaker.

6          UNIDENTIFIED SPEAKER AA:  He paid for it. Why can't

7  we discuss the fact that millions of dollars,

8          UNIDENTIFIED SPEAKER CC:  No he didn't I agree with

9  Melissa, George Soros doesn't need to be a part of this

10 conversation.

11         UNIDENTIFIED SPEAKER AA:  Okay. So it's verboten.

12         UNIDENTIFIED SPEAKER BB:  All right, we're good.

13 Okay, we're gonna move on.

14         PHIL WALDRON:  It was in 2006 when Soros said the

15 main obstacle to a stable and just world is the United States.

16 Translated into truth, that sentence would read the main

17 obstacle to destabilizing the world is the United States.

18 While Soros is often accused of unfounded conspiracies that

19 should not detour from the heinous crimes against humanity

20 that he's actually guilty of. Many of those crimes he keeps

21 hidden in plain sight. According to a white paper called U.S.

22 programs 2015 to 2018 strategy. Soros' Open Society Foundation

23 began funding radical operations in Arizona and Georgia in

24 2015, with the goal of subverting the 2020 presidential

1 | elections. Through massive campaign contributions and

2 | nonprofit funding, Soros owns and controls countless public

3 | officials, university professors, teachers unions, mayors,

4 | district attorneys, judges, congressmen, senators, secretaries

5 | of state, sheriffs, governors, and electronic voting machine

6 | companies around the world. In 2010 George Soros shocked even

7 | his most devout loyalists, when he declared that China has a

8 | better functioning government than the United States. While

9 | the Chinese people should be considered friends and allies,

10 | the Chinese Communist Party is anything but. The CCP has been

11 | plotting to takeover the United States for the better part of

12 | this last century. Their unconventional warfare principles are

13 | barely recognizable to the US population.

14 |      UNIDENTIFIED SPEAKER DD:  And America's top

15 | intelligence official even went so far as to say, and I quote, If

16 | I could communicate one thing to the American people from this

17 | unique vantage point it is that the People's Republic of China

18 | poses the greatest threat to democracy and freedom worldwide

19 | since World War Two.

20 |      PHIL WALDRON:  While we were sleeping their poisonous

21 | seeds planted long ago have taken root and are now in full

22 | bloom within US soil. The Chinese government and their

23 | operatives are buying up the United States at an alarming

24 | rate. Through cover organizations and individuals, they're

1  purchasing American farms and businesses, in mass volume. In

2  addition, the CCP has co-opted the US entertainment industry.

3  Chinese firms own several major US entertainment companies,

4  and control more than 8000 American theater screens. Hollywood

5  movie scripts are often reviewed and censored if they pose any

6  threat to the image of the Chinese Communist Party. And many

7  professional sports teams and players are controlled in great

8  part by the CCP.

9        UNIDENTIFIED SPEAKER EE:  The pandemic sped up a trend

10  that was already years in the making. And it's brought about

11  another change. The Chinese government's growing influence

12  over the content of these films. That has people worried

13  including members of Congress, as they point to a growing list

14  of examples of Hollywood seemingly bending to China's will.

15        UNIDENTIFIED SPEAKER FF:  Now here's a case in point,

16  if you're a Hollywood actor, whatever you do, don't call

17  Taiwan a country. Here's WWE star John Cena apologizing for

18  doing just that.

19        JOHN CENA:  [Chinese]

20        UNIDENTIFIED SPEAKER GG:  And that's the fear now

21  because you're now making movies for 16 year olds and China.

22  And that's it.

23        UNIDENTIFIED SPEAKER HH:  LeBron James taking on

24  Houston Rockets General Manager, Daryl Morey, whose tweets

1  supporting protests in Hong Kong set off a firestorm between

2  the country and the league.

3        UNIDENTIFIED SPEAKER II:  China announcing this

4  morning they're pulling NBA games from their airwaves.

5        LEBRON JAMES:  I don't want to get into a feud with

6  Darryl, but I believe he wasn't educated on on the situation

7  at hand. Just be careful what we what we tweet and we say.

8        UNIDENTIFIED SPEAKER JJ:  Why would the NBA take $500

9  million plus from a country that is engaging in ethnic

10 cleansing?

11       UNIDENTIFIED SPEAKER KK:  They are a customer of

12 ours. And guess what, Megan, I'm okay with doing business with

13 China.

14       UNIDENTIFIED SPEAKER LL:  But one of the stark

15 realities of this past year is the clear and present threat

16 that China represents to the United States of America and to

17 the daily lives of Americans. And it's not just about

18 exporting a pandemic. China has also potentially compromised

19 Joe Biden's family.

20       UNIDENTIFIED SPEAKER MM:  Joe Biden, while he was

21 Vice President took billions of dollars in bribes from the

22 Chinese government in the form of payments to his son Hunter's

23 businesses. In exchange, Biden was soft on Chinese military

24 and economic aggression.

1          JOE BIDEN:  This is the reason why I've held the view

2    for so many years and continue to hold the view that a rising

3    China is a positive development. They're not bad folks, folks.

4    But guess what? They're not a competition for us. Yeah, I

5    think that the biggest competitor is China.

6          UNIDENTIFIED SPEAKER NN:  Joe Biden had a bit to say

7    today, suggesting that China wants to own America by 2035.

8          UNIDENTIFIED SPEAKER OO:  They literally have a

9    stated goal of toppling America as the world's superpower. How

10   on earth could Joe Biden with a straight face negotiate with a

11   government who's put billions of dollars into his family's

12   businesses?

13         UNIDENTIFIED SPEAKER PP:  And finally, new rule

14   you're not going to win the battle for the 21st century if you

15   are a silly people. And Americans are a silly people. Half the

16   country is having a never ending woke competition deciding

17   whether Mr. Potatohead has a [beep]. We are a silly people.

18   You know, who doesn't care that there's a stereotype of a

19   Chinese man in a Dr. Seuss book? China. You think China's

20   doing that? Letting political correctness get in the way of

21   nurturing their best and brightest? You think Chinese colleges

22   are offering courses in the philosophy of Star Trek, the

23   sociology of Seinfeld, and surviving the coming zombie

24   apocalypse? Those are real, and so is China and they are

1   eating our lunch.

2          JOE BIDEN:  China is going to eat our lunch? Come on,

3   man. Last night, I was, I was on the phone for two straight

4   hours with Xi Jinping. And but, you know, they're gonna, we

5   don't get moving, they're gonna eat our lunch.

6                But he called to congratulate we had a two hour

7   discussion. He's deadly earnest about becoming the most

8   significant, consequential nation in the world.

9          PHIL WALDRON:  China is currently making big moves to

10  gain control of US port facility operations, and already

11  controls the Panama Canal. They're building 5g networks

12  throughout Europe and the west, which can be used to feed

13  personal information and sensitive data directly to the

14  Chinese Communist Party. The Chinese government uses

15  commercial software and apps to spy on US citizens and extract

16  their private information.

17         UNIDENTIFIED SPEAKER QQ:  The CCP doesn't ask them

18  for information. They don't need to. They have access to the

19  information.

20         UNIDENTIFIED SPEAKER RR:  It seems to be a great

21  disconnect. I mean, the American people at least the kids who

22  are on TikTok have no concern know what we're talking about

23  here.

24         UNIDENTIFIED SPEAKER QQ:  Their ignorance of the

1  threat does nothing to diminish it.

2       PHIL WALDRON:  It's estimated that at least 80% of

3  American adults have had their private information harvested

4  by China. Big Pharma has exported the vast majority of their

5  production to China. Currently, 97% of antibiotics in the US

6  come from China. 30% of personal protective equipment, such as

7  face masks, come from China. 80% of US imports of rare earth

8  minerals come from China, which are vital for smartphones,

9  electric cars, defense and other technologies. In 2017, the US

10  produced zero rare earth minerals. China, on the other hand,

11  accounted for more than 80% of the world's supply. In lockstep

12  with the Mexican drug cartels, 97% of fentanyl, one of the

13  most addictive and deadly drugs is smuggled into the US from

14  China. People's Liberation Army hackers are executing

15  unconstrained penetration, surveillance, theft, and offensive

16  cyber attacks on US businesses, critical infrastructure,

17  intelligence apparatus, and yes, even the US election system.

18  To ignore this message is to surrender to a government

19  takeover that will gravely affect the lives of every man,

20  woman and child of every class, culture and nation. Our goal

21  is to reach and revive the heart of humanity. While there's

22  still time. This is your wake up call.

23       JOE BIDEN:  We have put together I think the most

24  extensive and inclusive, voter fraud organization in the

1    history of American politics.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8          IN WITNESS WHEREOF, I have hereunto set my hand on

9                this 30th day of September, 2021.

10

11

12          _____

13          James Lonergan
            Production Manager
14          Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

**$**

$500  16:8

**1**

10  7:17
16  15:21
1970  2:23

**2**

200  9:4 10:20,22
2006  13:14
2010  14:6
2015  9:23 13:22,24
2017  19:9
2018  2:1 5:6 7:8,9
  13:22
2020  2:6,7 3:19 4:1,
  24 5:2,23 7:20 9:9,
  20 10:1,10 13:24
2021  9:21
2035  17:7
20th  11:1
21st  17:14
25%  7:13

**3**

30%  19:6

**4**

4g  9:5

**5**

5,000  7:13
5.5  7:4
560  7:9,11
5g  18:11

**7**

75%  3:22

**8**

80%  19:2,7,11
8000  15:4

**9**

97%  19:5,12

**A**

AA  12:23 13:6,11
able  5:11,15
about  2:14 7:13
  15:10 16:17 18:7,22
accepted  8:12
access  5:17 9:4
  18:18
accidentally  10:3
According  13:21
accounted  19:11
accused  13:18
achieve  3:3
across  10:12
activated  6:18
activists  10:7
actor  15:16
actually  13:20
added  7:12
addictive  19:13
addition  15:2
address  4:4
adjudication  8:15,
  24
adults  19:3
advance  11:23
adversaries  3:8
affect  2:20 19:19
affidavits  7:3
After  2:1
against  13:19
agenda  3:10
aggression  16:24
ago  5:5 7:18 14:21
agree  13:8
ahead  9:15

aimed  5:22
airwaves  16:4
alarming  12:21
  14:23
all  2:7,18 4:6 9:1,2,
  10,11 10:21,24
  11:19 13:12
alliance  10:6
Allied  7:8
allies  14:9
already  8:6,7 15:10
  18:10
also  4:7,9 6:2,22
  16:18
am  8:24 11:24
amassed  11:21
America  3:3 12:8
  16:16 17:7,9
America's  14:14
American  3:6,11 5:1
  12:18 14:16 15:1,4
  18:21 19:3 20:1
Americans  2:6
  16:17 17:15
an  2:1,21 4:2 5:12
  7:19 10:6 11:17
  14:23
analysis  7:1
and  2:4,11,12,15,18,
  20 3:3,5,6,7,10,14,
  15,21,24 4:1,5,6,8,
  11 5:3,7,15,19,22,
  23 6:1,8,12,22 7:6,
  22,24 8:17,21,24
  9:8,14,16,19,21
  10:5,7,8,9,13,14,15,
  18,19 11:1,6,8,13,
  20,22 12:1,23,24
  13:15,23 14:1,2,5,9,
  14,15,18,21,22,24
  15:1,4,5,6,7,10,20,
  21,22 16:2,7,12,15,
  16,17,24 17:2,13,
  15,21,23,24 18:4,
  10,12,13,15 19:9,
  13,15,17,20,21,24
Andy  7:10,12,15
announcing  16:3
anomalies  2:5 7:20
  9:9

another  5:8 15:11
antibiotics  19:5
Antrim  7:2
any  6:2 15:5
anything  14:10
apocalypse  17:24
apologizing  15:17
apparatus  19:17
apps  18:15
are  3:9 4:6,14,15,17,
  21 5:15 6:4,5,6,8,
  17,18,20 10:21 11:1
  12:18,21 14:12,21,
  23 15:5,7 16:11
  17:15,17,22,24
  18:22 19:8,14
areas  2:5
Arizona  13:23
Army  19:14
around  2:12 11:22
  14:6
article  9:21
as  2:16 3:18,20 5:21
  6:5,13 7:3,4 9:15,20
  11:4 12:9 14:15
  15:13 17:9 19:6
ask  18:17
at  5:22 9:10,23
  11:19 12:1,17 14:23
  16:7 18:21 19:2
attacks  19:16
attorneys  14:4
authentic  2:21
away  11:22

**B**

back  7:7 13:2
bad  17:3
ballots  7:22,23 8:6,
  11
bankrupt  4:1
banned  12:7
barely  14:13
basically  11:24
batch  8:13
battle  17:14
battleground  9:11

BB  13:3,12
be  4:7 6:4,5,12 7:6
  13:9 14:9 16:7
  18:12,20
because  2:7 6:21
  7:16 13:1 15:21
becoming  18:7
been  5:21 6:1 8:6
  9:14,22 12:6,7
  14:10
beep  17:17
before  5:10
began  13:23
behind  10:4,13
Beijing  3:15,22
being  3:20
believe  6:17 12:3
  16:6
bending  15:14
Beshear  7:10,12,15
best  6:13 17:21
better  14:8,11
between  3:10 10:7,
  19 16:1
Bevin  7:10,11,17
Biden  8:16 9:17
  16:20,23 17:1,6,10
  18:2 19:23
Biden's  16:19
big  18:9 19:4
biggest  17:5
billionaire  12:11
billions  11:21 16:21
  17:11
bit  17:6
bloom  14:22
board  9:1
boards  3:20
book  17:19
border  12:17
borders  12:19
both  3:21 10:4,6
breach  5:15
bribes  16:21
brightest  17:21
Brill  4:7
bring  13:4

**brought** 5:9 15:10
**building** 18:11
**business** 10:7 11:22
16:12
**businesses** 3:5 15:1
16:23 17:12 19:16
**but** 5:4 6:14,17,19,
20 10:1 14:10 16:6,
14 17:4 18:4,6
**buying** 14:23
**by** 2:9 3:11,22 4:2,7
6:4 7:12,17,18 8:1
9:3 11:4 15:8 17:7
19:4

———————

**C**

**cabal** 10:12
**call** 15:16 19:22
**called** 4:3 13:21
18:6
**came** 2:6
**campaign** 5:22 14:1
**campaigns** 4:8
**camps** 11:7
**can** 2:24 3:1 6:8 7:6
18:12
**can't** 13:6
**Canal** 18:11
**candidate** 5:8 7:16
**candidates** 4:9 5:8
**cannot** 12:1
**capability** 6:14
**Capital** 3:16
**care** 17:18
**careful** 16:7
**Carnegie** 11:20
**cars** 19:9
**cartels** 19:12
**case** 15:15
**cases** 6:23
**cast** 6:11
**cause** 12:24
**CC** 13:8
**CCP** 14:10 15:2,8
18:17
**Cena** 15:17,19
**censored** 15:5

**Central** 12:18
**century** 11:1 14:12
17:14
**CEO** 4:6
**CEOS** 10:6
**certain** 5:7 6:17
9:11
**certainly** 6:13
**change** 10:8,14
15:11
**character** 11:9
**child** 2:20 19:20
**China** 6:3 14:7,17
15:21 16:3,13,16,18
17:3,5,7,19,24 18:2,
9 19:4,5,6,7,8,10,14
**China's** 15:14 17:19
**Chinese** 3:20,22
14:9,10,22 15:3,6,
11,19 16:22,23
17:19,21 18:14
**chip** 9:6
**Christian** 11:4
**citizens** 18:15
**Clarity** 3:23 4:4
**class** 3:5 19:20
**cleansing** 16:10
**clear** 6:4 16:15
**clearly** 9:7
**closed** 4:2 6:5
**co-opted** 15:2
**code** 6:4
**collateral** 3:18
**colleges** 17:21
**collusion** 3:8
**colors** 2:18
**come** 18:2 19:6,7,8
**coming** 17:23
**commercial** 18:15
**communicate** 14:16
**Communist** 3:20
14:10 15:6 18:14
**communists** 6:2
**community** 2:10
**companies** 2:12
14:6 15:3
**company** 3:15,23
4:1,3 6:2

**company's** 3:22
**competition** 17:4,16
**competitor** 17:5
**complete** 8:17
**complex** 11:1
**compromised** 16:18
**computers** 7:2
**concept** 3:2
**concern** 2:5 18:22
**concerned** 2:6,14
**confirmed** 3:12
**confiscation** 11:14
**confusion** 5:23
**congratulate** 18:6
**Congress** 15:13
**congressmen** 14:4
**connect** 4:19
**connected** 4:11,14,
16,18,22 6:6,8,12,
21 7:6 10:21
**consequences** 12:2
**consequential** 18:8
**considered** 14:9
**conspiracies** 13:18
**conspiracy** 2:16
10:1,4
**content** 15:12
**continents** 3:1
**continue** 12:19 17:2
**contrary** 4:10
**contributions** 14:1
**control** 3:1,3,13 4:5
10:15,19 15:4 18:10
**controlled** 15:7
**controls** 2:23,24 3:1
14:2 18:11
**conversation** 13:10
**coordinated** 10:5
**correctness** 17:20
**couch** 11:18
**could** 13:4 14:16
17:10
**counties** 4:4,5 6:22
**counting** 9:10,14,16
**countless** 14:2
**countries** 9:14 12:7

**country** 2:12 10:2
15:17 16:2,9 17:16
**counts** 6:19 9:5
**County** 7:2
**courses** 17:22
**court** 9:3
**cover** 12:7 14:24
**coverage** 10:15
**creeds** 2:18
**crimes** 13:19,20
**criminals** 13:2
**cripple** 3:3
**critical** 3:2 19:16
**culture** 19:20
**current** 3:17 4:10
**currently** 3:17 12:8
18:9 19:5
**curtailed** 10:5
**customer** 16:11
**cyber** 19:16
**cybersecurity** 2:11

———————

**D**

**daily** 16:17
**dangerous** 5:22
**Darryl** 16:6
**Daryl** 15:24
**data** 3:24 4:5 6:22
9:8 18:13
**Day** 6:11,21
**DD** 14:14
**deadly** 18:7 19:13
**deal** 4:2
**death** 11:7
**December** 3:19
**decided** 7:12
**deciding** 17:16
**decisions** 11:22
**declared** 14:7
**declaring** 7:15
**deducted** 7:11
**deeply** 2:14
**defense** 2:10 19:9
**deleted** 5:7,24
**delve** 2:2

**democracy** 7:4 10:3
14:18
**Democratic** 4:9
**Department** 2:10
4:23
**design** 6:5
**destabilizing** 13:17
**destroy** 3:5 12:6
**Detailed** 2:3
**detour** 13:19
**development** 17:3
**devices** 4:17
**devout** 14:7
**diagram** 10:17
**did** 8:19,20
**didn't** 8:20 10:2
13:8
**different** 5:5
**difficult** 11:18
**diminish** 19:1
**direct** 7:9
**directly** 18:13
**disabled** 6:17
**disconnect** 18:21
**discovered** 9:6
**discoveries** 2:13
**discredit** 2:16
**discuss** 13:7
**discussion** 18:7
**disinformation** 5:22
**dismantle** 3:5
**disrupt** 3:4
**distort** 3:6
**district** 14:4
**divide** 3:4
**do** 4:19 7:23 8:1
12:1,2,3 15:16
**documented** 2:3
**does** 6:2 8:24 19:1
**doesn't** 13:9 17:18
18:17
**doing** 12:8 15:18
16:12 17:20
**dollars** 3:16 13:7
16:21 17:11
**domination** 3:10
**Dominion** 3:17,18

5:20 6:1 9:12
**Dominion's** 7:4
**don't** 4:5 6:15 15:16 16:5 18:5,18
**Donald** 7:18
**doubt** 5:23
**down** 3:9
**Dr** 17:19
**dream** 3:6 10:11
**drug** 19:12
**drugs** 19:13
**DS** 9:4

**E**

**early** 3:24
**earnest** 18:7
**earth** 17:10 19:7,10
**easily** 5:11
**eat** 18:2,5
**eating** 18:1
**economic** 16:24
**educated** 16:6
**EE** 15:9
**elected** 12:23
**election** 2:3,4 3:12, 13,24 4:3,11,24 5:2, 10,23 6:11,21 7:1,3, 19 8:21,23 9:8,20, 22 10:1,10,16 19:17
**elections** 2:1,8 3:23 4:4 9:10 14:1
**electric** 19:9
**electronic** 5:6,12 14:5
**embedded** 9:6
**emergency** 12:16
**ending** 17:16
**energy** 2:24
**engagement** 9:8
**engaging** 16:9
**entertainment** 15:2, 3
**entire** 3:13 7:5
**entries** 2:3
**equipment** 4:11 19:6

**equity** 3:14,18 4:2
**ES&S** 9:12
**escaped** 11:4
**estimated** 19:2
**ethnic** 16:9
**Europe** 11:3 18:12
**even** 5:14 10:11,21 14:6,15 19:17
**ever** 2:21
**every** 2:20,21 8:12 19:19,20
**everyone** 2:14
**everything** 3:7
**evidence** 7:5
**exactly** 7:11 12:8
**example** 7:19
**examples** 15:14
**exchange** 16:23
**executing** 10:3 19:14
**experience** 11:17
**exported** 19:4
**exporting** 16:18
**extensive** 19:24
**extract** 18:15
**extreme** 2:5
**eyes** 5:10

**F**

**face** 17:10 19:7
**facility** 18:10
**fact** 2:17 7:7 11:13 13:7
**families** 3:4
**family** 16:19
**family's** 17:11
**far** 2:16 14:15
**farms** 15:1
**favored** 9:17
**fear** 15:20
**February** 9:21
**feed** 7:22 18:12
**fentanyl** 19:12
**feud** 16:5
**fever** 10:11
**few** 3:9

**FF** 15:15
**fifth** 8:13
**films** 15:12
**finally** 17:13
**financial** 9:18 10:24
**finding** 7:9
**firestorm** 16:1
**firms** 2:12 3:14 15:3
**first** 5:24 12:5
**five** 9:10
**flip** 7:9
**flow** 10:15
**focusing** 3:11
**folks** 5:9 17:3
**food** 2:24
**for** 2:4 3:7 4:3,9 5:7, 18 6:2 7:4 8:4,16,18 10:2 11:18 12:8,22 13:6 14:11 15:17,21 17:2,4,14 18:3,18 19:8,11
**foreign** 3:8,14
**forensic** 2:13 7:1 9:4
**form** 16:22
**former** 2:9
**fortify** 9:22
**fortifying** 10:16
**fortune** 11:23
**found** 10:20
**Foundation** 13:22
**four** 7:17
**fraud** 19:24
**fraudsters** 5:19
**freedom** 14:18
**friends** 14:9
**from** 2:12 5:8 7:3, 10,11 9:19 10:5,22 11:14 12:7 13:19 14:16 16:4,9,21 19:6,7,8,13
**front** 6:1
**full** 2:8 14:21
**functioning** 14:8
**funding** 10:9,22 13:23 14:2
**future** 2:14

**G**

**gain** 18:10
**gained** 2:13
**games** 16:4
**gathered** 7:5
**Gems** 9:13
**general** 2:8 9:9,20 15:24
**George** 11:2 12:24 13:4,9 14:6
**Georgia** 5:7 7:3 13:23
**get** 11:7 13:4 16:5 17:20 18:5
**GG** 15:20
**give** 11:22
**global** 3:10
**go** 4:4
**goal** 3:4 13:24 17:9 19:20
**God** 12:3
**going** 6:10 7:22 17:14 18:2
**gonna** 7:23,24 13:4, 13 18:4,5
**good** 13:12
**got** 3:4 10:7
**government** 2:19 3:22 14:8,22 16:22 17:11 18:14 19:18
**government's** 15:11
**governor** 7:17
**governor's** 7:9
**governors** 14:5
**gravely** 2:20 19:19
**great** 15:7 18:20
**greatest** 14:18
**Group** 7:8
**groups** 2:6,8
**growing** 12:16 15:11,13
**guess** 16:12 17:4
**guilty** 13:20

**H**

**hack** 5:12

**hackable** 4:12
**hacked** 5:10 7:6
**hackers** 5:14,19 19:14
**had** 9:19 17:6 18:6 19:3
**Half** 17:15
**hand** 16:7 19:10
**happen** 10:2
**happens** 4:7
**happiness** 3:7
**hard** 3:9 12:10
**harvested** 19:3
**has** 4:8 5:20 6:1 9:14 12:6 14:7,10 15:2,12 16:18 17:17 19:4
**have** 6:2,14,16 7:5 9:22 10:22 12:7,10 14:21 17:8 18:18,22 19:3,23
**having** 17:16
**he** 7:16 11:21 13:6, 8,20 14:7 16:6,20 18:6
**he's** 13:20 18:7
**heart** 19:21
**heinous** 13:19
**held** 17:1
**helped** 10:8 11:13
**Henry** 2:23
**here** 18:23
**here's** 7:7,19 15:15, 17
**HH** 15:23
**hidden** 13:21
**his** 11:23 12:6 14:7 16:22 17:11
**history** 5:1,3 10:10 20:1
**hold** 17:2
**holds** 3:17
**Hollywood** 15:4,14, 16
**Holocaust** 11:4
**home** 3:6
**homeland** 4:23 12:10

Hong 16:1
hour 18:6
hours 18:4
Houston 15:24
how 6:21 17:9
humanity 13:19
  19:21
hundreds 3:16 10:9
Hungarian 11:3
  12:12,13,14,15
Hungary 12:10
Hunter's 16:22

**I**

I'M 8:23 13:3 16:12
I'VE 8:7 17:1
ideologies 10:13
if 2:21 8:3 14:15
  15:5,16 17:14
ignorance 18:24
ignore 2:18 19:18
II 16:3
image 15:6
impact 9:20
implicated 12:6
important 10:2
imports 19:7
in 2:2,5,7,17,23 3:8,
  23 4:1,2,4,24 5:6,7,
  9,16 6:17,23 7:2,3,
  6,7,9,17,18,20 8:4
  9:6,9,11,14,20,21
  10:9,20 11:13,14
  12:3,6,21 13:14,21,
  23 14:6,21 15:1,7,
  10,15 16:1,9,21,22,
  23 17:19,20,22 18:8
  19:5,9,11,24
including 6:3 15:13
inclusive 19:24
incredible 2:7
incumbent 7:17
indeed 7:6
indicate 9:8
indisputable 7:5
individuals 9:21
  14:24

industries 10:12
industry 15:2
infinitely 4:12
influence 10:14,17,
  18 15:11
informal 10:6
information 2:16
  10:15 18:13,16,18,
  19 19:3
infrastructure
  19:16
Initiated 9:3
injected 3:15
inside 9:24
intellectual 3:18
intelligence 2:9
  14:15 19:17
intense 2:13
intentions 12:11
internet 4:12,14,16,
  18,20,22 6:6,9,12
interrelationship
  10:18
into 2:2,3 3:16 5:12,
  21 6:22 9:7 13:4,16
  16:5 17:11 19:13
investigation 2:2,9,
  17 3:12 4:9 7:7 9:4
investigations 2:11
investment 6:3
involved 2:14,17
involving 5:24
Irish 4:3
irregularities 2:2
is 2:17,19,22 3:2,11,
  13 6:1,11 7:8,15,16,
  23 8:3,13 9:24 10:3,
  21 11:10 12:5
  13:15,17,18 14:10,
  17 16:9,15 17:1,3,5,
  16,24 18:2,9 19:13,
  18,21,22
issue 2:22
it 2:22 5:12 7:7 8:4,
  12,13 10:2,11,16
  11:18 13:6,14 14:17
  15:22 18:20 19:1
it's 7:22 8:6,15 10:1
  13:11 15:10 16:17
  19:2

itself 2:4

**J**

James 15:23 16:5
Jew 11:3
Jews 11:14
Jinping 18:4
JJ 16:8
Joe 9:17 16:19,20
  17:1,6,10 18:2
  19:23
John 15:17,19
Jonathan 4:7
JP 11:20
judges 14:4
just 5:4 8:12 13:15
  15:18 16:7,17

**K**

keep 13:1
keeps 13:20
key 9:10,11 10:19
kids 18:21
Kissinger 2:23
KK 16:11
know 5:18 17:18
  18:4,22
knowledge 5:15
Kong 16:1

**L**

Laboratories 2:11
land 3:6
last 3:9 13:5 14:12
  18:3
launch 2:8
launched 2:2
laws 10:8,14
leading 7:16
league 16:2
learned 12:10
least 9:23 18:21 19:2
Lebron 15:23 16:5
led 2:9
left 2:13 10:7

legal 2:12
let 6:4 8:16
Let's 8:16
Letting 17:20
Liberation 19:14
like 5:18 6:7 10:11
  11:17,20
limited 3:15,21 5:14
list 15:13
listed 3:19
literally 17:8
little 7:12
lives 2:20 16:17
  19:19
LL 16:14
LLC 3:14,19,21
located 3:23
lockstep 19:11
logs 2:3
long 14:21
look 12:1
lots 11:6,17
loyalists 14:7
lunch 18:1,2,5

**M**

machine 5:12,18
  9:5,7 14:5
machines 4:13,15
  5:7,10,16 6:1,8,12
  9:12
made 7:10 8:18 9:18
  11:9
Madrid 3:24
magazine 9:21
magnet 5:18
main 13:15,16
major 9:17 12:24
  15:3
majority 19:4
make 5:18 12:1
making 4:12 15:10,
  21 18:9
man 2:20 4:7 17:19
  18:3 19:19
management 3:24
  4:8 7:2

Manager 15:24
manipulated 7:6
manual 7:4
manufactured 9:6
many 2:5 11:18
  13:20 15:6 17:2
march 12:19
margin 7:14
masks 19:7
mass 15:1
massive 9:16 14:1
massively 10:1
Matt 7:10,11,17
matter 5:16
may 4:1 6:16
mayors 14:3
me 6:4
mean 8:1 11:16
  18:21
Meaning 6:6
meant 6:5
media 2:15 10:14
Megan 16:12
Melissa 13:9
members 2:9 3:20
  15:13
message 2:19 19:18
Mexican 19:12
Michigan 7:2 9:4
middle 3:5
midterm 2:1
migrants 12:18,20
military 16:23
million 16:9
millions 3:16 10:9
  13:7
minerals 19:8,10
minutes 5:16
MM 16:20
modem 9:8
modems 6:16
money 3:1,14 10:18
  12:1,24
more 10:21 11:1
  15:4 19:11
Morey 15:24

**Morgan** 11:20
**morning** 16:4
**most** 4:24 5:3 11:22
  14:7 18:7 19:13,23
**motherboard** 9:7
**move** 13:13
**moves** 18:9
**movie** 15:5
**movies** 15:21
**moving** 18:5
**Mr** 12:5 17:17
**multi** 12:11
**multiple** 2:6 8:4
**my** 11:9,10
**mysterious** 11:2

#### N

**narrative** 4:10 5:5
**NASA** 2:10
**nation** 2:15,21 12:6
  18:8 19:20
**national** 2:10 5:21
**NBA** 16:4,8
**necessary** 3:7
**need** 13:3,9 18:18
**negotiate** 17:10
**network** 10:17,20
**networked** 6:6
**networks** 18:11
**never** 6:1 17:16
**new** 3:15,19,21
  17:13
**next** 9:17
**night** 3:24 18:3
**NN** 17:6
**no** 4:15 5:24 6:3
  12:4 13:8 18:22
**non-partisan** 2:21
**None** 11:1
**nonprofit** 9:19 14:2
**nonprofits** 10:20
**not** 4:14,17,19,21
  6:1,2,5,6,12 8:19
  10:3,15 11:19 12:1,
  5 13:3,19 16:17
  17:3,4,14

**noted** 9:14
**nothing** 19:1
**noticed** 9:9
**November** 2:5
**now** 5:4 7:21 10:19
  14:21 15:15,20,21
**number** 12:20
**numerous** 4:3 7:3
**nurturing** 17:21

#### O

**observation** 9:17
**observed** 2:7
**obstacle** 13:15,17
**obtained** 9:4
**occupied** 4:7
**occurred** 9:16
**of** 2:5,6,9,10,14,20
  3:3,6,7,10,14,16,17,
  18,21,23 4:1,6,8,23
  5:16,21 6:7 7:1,9,
  13,14,19 8:12 9:8,9,
  21,24 10:6,9,10,12,
  15,18,21,24 11:1,6,
  11,14,17,22 12:2,
  10,11,18,20,24
  13:7,9,18,20,24
  14:5,11,17 15:6,12,
  13,14 16:11,14,15,
  16,17,21,22 17:9,
  11,18,20,22,23
  18:10,24 19:2,4,5,6,
  7,11,12,19,20,21
  20:1
**off** 11:7 16:1
**offensive** 19:15
**offering** 17:22
**official** 14:15
**officials** 7:3 12:21
  14:3
**often** 13:18 15:5
**okay** 6:24 8:14
  13:11,13 16:12
**olds** 15:21
**on** 3:11,20 6:11,21
  9:20 13:2,13 15:23
  16:6,23 17:10 18:2,
  3,15,22 19:10,16
**once** 8:6,8

**one** 4:7 5:8 7:13 8:4,
  12,16 10:4 14:16
  16:14 19:12
**only** 8:4 11:22
**OO** 17:8
**Open** 13:22
**operations** 7:8
  13:23 18:10
**operatives** 14:23
**operator's** 7:4
**or** 4:5 5:8,24 6:3
  11:2
**ORBAN** 12:12
**order** 9:3
**organization** 19:24
**organizations** 9:19,
  22 10:19,22 12:7
  14:24
**other** 9:14 19:9,10
**our** 2:14,15 3:8,12
  4:9 5:10 7:5 18:1,2,
  5 19:20
**ours** 16:12
**out** 11:11,13
**outside** 9:2
**over** 5:23 7:12,16
  10:20 15:12
**overvote** 7:24 8:2,3
**overwhelmingly**
  12:23
**own** 4:5 11:23 12:10
  15:3 17:7
**owned** 3:22
**owner** 3:17
**owning** 3:6
**owns** 14:2

#### P

**paid** 13:6
**Pakistan** 12:9
**Panama** 18:11
**pandemic** 15:9
  16:18
**paper** 13:21
**Paragon** 4:3
**paranoid** 10:11
**parent** 3:23

**part** 4:8 5:21 13:9
  14:11 15:8
**participants** 10:10
**particularly** 6:11
**parties** 2:18
**party** 3:20 4:9 14:10
  15:6 18:14
**past** 16:15
**payments** 16:22
**pending** 8:15
**penetration** 19:15
**people** 2:17,24 3:11
  8:4 10:12,18 11:7,
  17 14:9,16 15:12
  17:15,17 18:21
**People's** 14:17
  19:14
**perceptions** 10:14
**person** 8:24
**personal** 11:23
  18:13 19:6
**Pharma** 19:4
**PHIL** 2:1 5:4 7:1,19
  9:3 10:17 12:5
  13:14 14:20 18:9
  19:2
**philanthropists** 11:1
**Philippines** 12:9
**philosophy** 11:23
  17:22
**phone** 18:3
**place** 7:20
**plain** 13:21
**planted** 14:21
**players** 10:19 15:7
**plot** 12:6
**plotting** 9:22 14:11
**plus** 16:9
**point** 14:17 15:13,15
**points** 7:17
**poisonous** 14:20
**Poland** 12:9
**political** 2:18 4:10
  5:5 17:20
**politics** 20:1
**population** 14:13
**port** 18:10

**pose** 15:5
**poses** 14:18
**posing** 11:4
**positions** 4:6
**positive** 17:3
**possible** 5:12
**Potatohead** 17:17
**potentially** 16:18
**powerful** 10:12
**PP** 17:13
**practice** 6:13
**present** 16:15
**president** 4:6 9:15
  16:21
**presidential** 5:23
  13:24
**primary** 7:8
**principles** 14:12
**prior** 5:15
**private** 2:11 3:14
  4:2 9:19 10:9 18:16
  19:13
**produced** 19:10
**production** 19:5
**professional** 15:7
**professors** 14:3
**programs** 13:22
**property** 3:18 11:14
**protective** 19:6
**protector** 11:11
**protests** 10:5 16:1
**psychiatric** 11:18
**public** 10:9 14:2
**pulling** 16:4
**purchased** 4:2
**purchasing** 15:1
**pursuit** 3:7
**put** 17:11 19:23
**putting** 13:1

#### Q

**QQ** 18:17,24
**quote** 14:15

**R**

race 7:9,12
races 3:4
radical 13:23
ranging 10:12
rare 19:7,10
rate 14:24
reach 19:21
read 13:16
real 17:24
realities 16:15
really 10:17
reason 17:1
received 10:22
recent 12:21
recently 5:21
reckless 5:22
recognizable 14:13
Remote 5:17
reporting 4:1 9:16
represent 2:17
represented 7:13
represents 16:16
Republic 14:17
Republican 7:16
research 2:13
resistance 10:5
resources 5:15
    12:22
result 10:6
results 2:3
resumed 9:16
revealed 4:10 9:20
reviewed 15:5
revive 19:21
rigging 10:16
right 2:16 9:1 11:5,
    8,15 13:12
rising 17:2
Rockefellers 11:21
Rockets 15:24
root 14:21
RR 18:20
rule 17:13

rules 10:14
run 4:8
Russia 12:9
ruthless 11:21 12:11

**S**

said 2:23 13:14
same 8:5,10,11
save 10:1
saw 2:4
say 5:4 11:8 13:4
    14:15 16:7 17:6
says 4:24 8:4
scale 2:8
scan 7:22
scanned 8:6,7
scanner 7:23
scanning 8:5,9
scenes 10:4,13
screens 15:4
scripts 15:5
Scytl 3:23 4:8
secret 10:10
secretaries 14:4
secretary 4:6
section 8:4
secure 4:24 5:3 10:8
Securities 3:14,15,
    21
Security 3:19 4:24
    7:8
seeds 14:21
seeing 13:1
seek 3:3
seemingly 15:14
seems 18:20
Seinfeld 17:23
self 10:3
senators 14:4
send 11:17
senior 3:20 4:8
sensitive 18:13
sentence 13:16
set 16:1
Seuss 17:19

several 12:7 15:3
severe 9:20
sheriffs 14:5
shipped 11:7
shocked 14:6
short 5:5
should 6:12 13:19
    14:9
showing 6:8
shows 10:18
sight 13:21
significant 9:18 18:8
significantly 9:15
silly 17:15,17
since 9:22 14:19
single 10:23
sir 6:23
sites 4:3
sits 8:24
situation 16:6
sleeping 14:20
small 3:5
Smartmatic 9:13
smartphones 19:8
smuggled 19:13
so 7:10,13,21,23 8:5,
    9,18 9:13 13:11
    14:15 17:2,24
social 12:1
Society 13:22
sociology 17:23
soft 16:23
software 5:17 9:12,
    13 18:15
soil 14:22
some 6:7,14,16,18,
    19,23 9:9
someone 8:19
something 2:7
son 16:22
Soros 11:2 12:6
    13:4,9,14,18 14:2,6
Soros' 12:10,24
    13:22
sounds 6:7 10:11
    11:16
source 6:4 10:23

southern 12:17
sovereignty 3:8
sowing 5:22
Spain 3:24
speaker 4:13,15,17,
    19,21,23 5:2,6,9,11,
    14,17,20 6:7,10,14,
    16,20,23,24 7:15,21
    8:1,3,5,7,9,11,14,
    15,18,20,21,23 9:1,
    24 10:24 11:3,5,6,8,
    10,12,13,15,16,19,
    20,24 12:3,4,16,20,
    23 13:3,5,6,8,11,12
    14:14 15:9,15,20,23
    16:3,8,11,14,20
    17:6,8,13 18:17,20,
    24
specific 3:11
sped 15:9
spike 9:16
sports 15:7
spotlight 5:21
spy 18:15
stable 13:15
standing 3:9
Staple 3:16
star 15:17 17:22
stark 16:14
state 7:17,18 14:5
stated 17:9
states 6:17 9:10,11
    10:8 13:15,17 14:8,
    11,23 16:16
steer 10:14
step 9:2
stereotype 17:18
still 19:22
stopped 9:10,14
story 9:24
straight 17:10 18:3
strapped 12:21
strategy 13:22
street 3:16 13:2
subsequently 4:2
substantial 10:22
subverting 13:24
such 19:6

suggesting 17:7
Suite 7:4
superpower 17:9
supervisor 8:22,23
supply 2:24 19:11
supporting 16:1
sure 13:3
surged 12:21
surprises 10:6
surrender 2:19
    19:18
surveillance 19:15
surviving 17:23
switch 5:13 7:13
switched 5:8,24
system 2:4 3:12,13
    7:2,6 8:13 19:17
systems 4:11 6:4,5
    10:8

**T**

tabulation 2:4
tabulator 9:5
tabulators 6:8,20
Taiwan 9:6 15:17
take 7:21,24 16:8
taken 14:21
takeover 2:19 14:11
    19:19
taking 15:23
talking 18:22
tapes 9:7
teachers 14:3
team 2:4 4:8 9:4
teams 7:5 9:18 15:7
tear 3:9
technologies 19:9
Telit 9:5
temporarily 6:18
tend 6:12
Texas 5:7
than 11:2 14:8 15:4
    19:11
that 2:19 3:10,13
    4:10 5:18 6:5,16
    7:5,10,20 8:24 9:5,
    9,10,17,18,19 10:2,

4,20,21 11:8,10,16,
17 12:5 13:7,16,18,
20 14:7,17 15:10,
12,18 16:9,16 17:2,
5,7,18,20 19:2,19

**that's** 5:4 6:21,24
10:9 11:9,15,16
15:20,22

**the** 2:1,2,3,4,7,8,9,
10,12,14,15,16,17,
20,23,24 3:1,2,5,6,
7,9,11,13,17,20,22,
23 4:3,4,5,10,11,14,
16,17,18,19,22,23,
24 5:2,5,21,23 6:2,
6,8,12,14,21,22 7:4,
5,8,9,13,14,16,18,
21,23 8:5,9,13,21,
23,24 9:3,5,7,9,12,
13,17,20,22,24
10:1,2,4,5,6,10,13,
15,16,18,24 11:1,4,
7,14,17,21 12:1,5,8,
10,16,17,19,20,24
13:1,2,5,7,14,15,16,
17,19,24 14:6,8,9,
10,11,13,16,17,18,
22,23 15:2,6,8,9,10,
11,12,20 16:2,6,8,
14,15,16,17,21,22
17:1,2,5,9,14,15,20,
22,23 18:3,7,8,11,
12,13,14,17,18,21,
24 19:4,5,9,10,11,
12,13,17,19,21,23,
24

**theater** 15:4

**theft** 19:15

**their** 3:4,10,18 4:5,
11 12:19 14:12,20,
22 16:4 17:21
18:16,24 19:3,4

**them** 3:10 4:12 7:22
8:7,12,13 18:17

**themselves** 4:13

**Then** 2:5

**theory** 2:16

**there** 2:21 5:24 8:3,
13 9:18 10:3,19
11:24

**there's** 17:18 19:21

**these** 3:8 6:7 7:22
9:11 15:12

**they** 2:7 4:19 5:4
6:6,15,21 10:7,15,
16 13:1 15:5,13
16:11 17:8,24 18:18

**they're** 12:8,24
14:24 16:4 17:3,4
18:4,5,11

**They've** 3:4

**thing** 14:16

**things** 4:21

**think** 8:16 17:5,19,
21 19:23

**thinking** 3:2

**this** 2:16,17,19,22
3:2 7:7,8,12,13 8:16
9:14,24 10:17,20
11:11 12:5,11 13:4,
9 14:12,16 16:3,15
17:1 19:18,22

**those** 3:3 4:21 6:11,
20 10:22 13:20
17:24

**though** 10:11

**Thousands** 12:18

**threat** 14:18 15:6
16:15 19:1

**three** 3:19

**through** 2:13 7:1,23
8:13 11:21 14:1,24

**throughout** 6:10
18:12

**thrust** 5:21

**ties** 6:2,3

**Tiktok** 18:22

**time** 9:11,21 12:5
19:22

**titans** 10:7,24

**to** 2:2,8,18,19 3:2,3,
4,9 4:4,7,10,11,14,
16,18,19,22 5:8,11,
12,15 6:2,5,6,10,12,
18,22 7:10,12,22
8:16 9:2,4,22 10:1,
2,8,13 11:7,17,22,
23,24 12:6,8,19
13:3,9,15,17,21,22
14:11,13,15,16,18
15:6,13,14 16:5,16,
22 17:2,6,7,14 18:2,
6,9,12,13,15,18,20
19:1,5,18,21

**today** 17:7

**together** 2:6 10:13
19:23

**told** 10:11

**ton** 7:18

**took** 7:20 16:21

**tools** 5:15

**top** 14:14

**toppling** 17:9

**total** 3:13

**transactions** 9:19

**transfer** 6:4

**Translated** 13:16

**transmission** 9:8

**transmit** 6:18,21

**treasonous** 3:9

**treasurer** 4:6

**Trek** 17:22

**trend** 15:9

**triggered** 7:7

**troubling** 10:21

**true** 12:11

**Trump** 7:18 9:15

**truth** 13:16

**Turkey** 12:9

**turn** 11:22

**tweet** 16:7

**tweets** 15:24

**twice** 8:6,11

**two** 14:19 18:3,6

**typically** 6:17

---

## U

**U.S.** 13:21

**UBS** 3:14,15,17,19,
21

**unconstrained**
19:15

**unconventional**
14:12

**under** 3:13

**understand** 10:2

**understanding** 3:2
11:10

**undoubtedly** 2:15

**unfolding** 10:4

12:17

**Unfortunately** 5:20

**unfounded** 13:18

**UNIDENTIFIED**
4:13,15,17,19,21,23
5:2,6,9,11,14,17,20
6:7,10,14,16,20,23,
24 7:15,21 8:1,3,5,
7,9,11,14,15,18,20,
21,23 9:1,24 10:24
11:3,5,6,8,10,12,13,
15,16,19,20,24
12:3,4,16,20,23
13:3,6,8,11,12
14:14 15:9,15,20,23
16:3,8,11,14,20
17:6,8,13 18:17,20,
24

**unions** 14:3

**unique** 14:17

**united** 2:8 13:15,17
14:8,11,23 16:16

**university** 14:3

**unofficial** 6:22

**until** 3:19

**up** 3:19 14:23 15:9
19:22

**us** 2:3,9,10,15 3:13
4:4 5:3 12:19 14:13,
22 15:2,3 17:4
18:10,15 19:5,7,9,
13,16,17

**used** 6:5 9:12 18:12

**uses** 18:14

---

## V

**vantage** 14:17

**vast** 19:4

**verboten** 13:11

**very** 5:5

**Vice** 16:21

**view** 17:1,2

**VIKTOR** 12:12

**VIKTORY** 7:16

**violence** 13:1

**violent** 13:1

**vital** 19:8

**volume** 15:1

**vote** 6:11 7:14 8:4,
16,18,19 9:13

**voter** 19:24

**votes** 5:7,8,13,24
7:10,11,13 9:5

**voting** 3:17 4:5,13,
15 5:6,12,15 6:4 9:7
10:8 14:5

**vowing** 12:19

**vulnerabilities** 3:12

---

## W

**wake** 19:22

**WALDRON** 2:1 5:4
7:1,19 9:3 10:17
12:5 13:14 14:20
18:9 19:2

**wall** 3:10,11

**want** 8:16 9:1 10:10
16:5

**wants** 17:7

**War** 14:19

**warfare** 14:12

**was** 2:2,21 4:1,24
5:2,5,12 7:7,10,11,
12 9:6,15,16,18
10:3 11:9,18 13:4,
14 15:10 16:20,23
18:3

**wasn't** 16:6

**watched** 11:6

**way** 12:10 17:20

**we** 5:9 7:21,22 9:9
10:20 13:3,7 14:20
16:7 17:17 18:4,6
19:23

**we're** 7:23,24 13:1,
12,13 18:22

**web** 4:4

**weeks** 12:21

**well** 7:3 9:15 12:9

**well-funded** 10:12

**went** 4:1 8:13 11:11,
13 14:15

**were** 4:11 5:11,24
7:11 9:11,12,18
10:6,15,16,20 14:20

**west** 18:12

**what**  5:4 7:7,23 8:1 12:2,8 16:7,12 17:4 18:22
**What's**  10:21
**whatever**  15:16
**whatsoever**  6:3
**when**  8:3 9:13,15 11:9 13:14 14:7
**where**  6:11 7:9 8:4, 19 9:12
**whether**  17:17
**which**  5:18 18:12 19:8
**while**  2:15 5:5 13:18 14:8,20 16:20 19:21
**white**  13:21
**who**  2:23,24 3:1,3 5:9 11:3 12:21 17:18 18:21
**who's**  17:11
**whole**  3:1
**whose**  15:24
**why**  10:9 13:6 16:8 17:1
**will**  2:15,20 15:14 19:19
**win**  8:16 17:14
**wing**  10:7
**wireless**  9:6
**Wisconsin**  6:18
**with**  3:8 5:14 11:11 12:24 13:8,24 16:5, 12 17:10 18:4 19:12
**within**  14:22
**woke**  17:16
**woman**  2:20 19:20
**won**  7:17,18
**word**  13:5
**Workers**  5:11
**working**  3:9 10:13
**world**  2:15 3:2 13:15,17 14:6,19 18:8
**world's**  17:9 19:11
**worldwide**  14:18
**worried**  15:12
**would**  5:18 7:21,22 11:8,17 13:16 16:8

**WWE**  15:17

---
**X**
---

**Xi**  18:4

---
**Y**
---

**Yeah**  6:24 8:9 17:4
**year**  15:21 16:15
**years**  7:18 11:18 15:10 17:2
**yes**  6:23 11:12 19:17
**York**  3:15,19,21
**you**  3:11 5:18 8:1,18 9:1 11:6,11 12:3 13:4 15:16 17:14, 18,19,21 18:4
**you're**  6:10 8:5,9,21 15:16,21 17:14
**your**  19:22
**yours**  11:11

---
**Z**
---

**zero**  19:10
**zombie**  17:23