# Exhibit 35

**Screenshot A**



Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 00:06.

**Screenshot B**



# Study finds Chinese Hardware Powers U.S. Voting Machine

December 16, 2019 12:37 | by Paul Roberts

A new study by the firm Interos found that many hardware components in a popular touchscreen voting machine used in the U.S. originate in China or Russia.

Efforts by the federal government and campaigns to keep state sponsored hackers from Russia and China out of U.S. elections may have overlooked a one major source of vulnerability: the hardware and software 'guts' of voting machines.

Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 04:59.

**Screenshot C**



Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 06:56.

**Screenshot D**



Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 08:36.

**Screenshot E**



That's why the participants want the secret history of the 2020 election told, even though it sounds like a paranoid fever dream—a well-funded cabal of powerful people, ranging across industries and ideologies, working together behind the scenes to influence perceptions, change rules and laws, steer media coverage and control the flow of information. They were not rigging the election; they were fortifying it. And they believe the public needs to understand the system's fragility in order to ensure that democracy in America endures.

## HE ARCHITECT

Exhibit 35, *Cyber Symposium,* (8/10–12/2021) at 10:42.