# Exhibit 37

**Screenshot A**



Exhibit 37, *Cyber Symposium,* (8/10–12/2021) at 01:17.

**Screenshot B**



Exhibit 37, *Cyber Symposium,* (8/10–12/2021) at 02:15.

**Screenshot C**



Exhibit 37, *Cyber Symposium,* (8/10–12/2021) at 02:58.