# Exhibit 39



AP20:091

FOR IMMEDIATE RELEASE
October 1, 2020
CONTACT:
SOS Press Office
(916) 653-6575

# Los Angeles County
# VSAP 2.1 Voting System Certified

**SACRAMENTO, CA –** Secretary of State Alex Padilla conditionally certified Los Angeles County's Voting Solutions for All People (VSAP) 2.1 system today. VSAP is the first and only publicly owned and designed voting system certified for use in the United States.

**Click here to view the VSAP 2.1 certification document.**

**Click here for the Executive Summary.**

"LA County's VSAP system is a historic milestone in election administration," said Secretary of State Alex Padilla. "Not only is it the first publicly owned system in the United States, the public design and testing process for VSAP was one of the lengthiest and most inclusive ever conducted for voting technology. I applaud the input of the community advisory committee to make sure this is a system that is accessible to one of the most diverse counties in the nation."

"VSAP allows LA County to provide citizens more choices for how, when, and where they can vote. VSAP is critical for modern services, including early voting, same day voter registration, and allowing voters to use any vote center in the county."

"Since the first VSAP system was certified in January, my staff has been in constant contact with LA County about improvements for this new version. Our testing team has been hard at work for months to verify changes and certify the 2.1 system."

"This fall voters do not have to choose between their health and their right to vote. Every active registered voter will be mailed a paper ballot that they can hand mark from the comfort and safety of their home. For those voters who do need to vote in-person, VSAP will provide an accessible, secure voting experience."

**California Voting System Standards and Certification Process**
Before being authorized for use by any county in California, every voting system must go through the state testing and certification process. The California Voting System Standards (CVSS) exceed the Voluntary Voting Systems Guidelines recommended by the U. S. Elections Assistance Commission and are considered the most rigorous in the country.

As part of the CVSS, every system goes through:
- Functional testing,

- Source code review,
- Accessibility and volume testing, and
- Red team security testing that involves experts trying to "break into" the voting system.

For more information on the CVSS process: https://votingsystems.cdn.sos.ca.gov/cert-and-approval/review-testing-overview.pdf

**Improvements from VSAP 2.0**
Several improvements to VSAP 2.1 that address conditions of the first conditional certification of VSAP 2.0:

- Paper jamming was improved from a rate of .096% to 0.0002% due to replacement gears and programmatic changes to VSAP 2.1. These changes were reviewed and verified. This paper jamming rate of only 0.0002% meets the state requirement that ballot handling issues occur in less than 0.002% of cases.
- A gray background was added to the "More" button to draw voters' eyes and alert them that they have more candidates to view before making their selection. Additionally, voters must click the "More" button before proceeding to the next contest.

Several security measures that were conditions of the original VSAP certification have been verified:

- Secretary of State approved locks and/or tamper evident seals to enhance security and detect tampering—including USB port covers, the ballot marking devices, and county computer workstations—were implemented and verified.
- Passwords and secure access to the VSAP environment were limited to employees on an as-needed basis only.

**Addressing Issues from 2020 Primary Election**
"I also recognize that technology is only as effective as it's deployment and use," Padilla said. "After Angelenos experienced long lines at some vote centers during the Primary Election, I called for the county to mail every voter a ballot and address logistical issues with the deployment of vote centers."

"Every active, registered voter will be mailed a ballot for this election. I have also made resources from my office available to assist LA County in implementing recommendations identified by my office and verified in the third-party review of the March Primary. Additionally, we hired expert consultants to help Los Angeles with the expansion of vote-by-mail and vote center implementation."

"The COVID-19 Pandemic is creating immense challenges for elections officials. Many traditional voting locations and poll workers are not available this year. Public health guidelines demand that vote centers be reconfigured for voter safety. While I believe implementing the recommendations identified by the third-party review will create a better process for LA County voters, COVID-19 increases the likelihood of lines on Election Day. I am encouraging voters to cast their ballots early this fall," Padilla added.

**Source Code**
A condition of VSAP 2.1's certification is that LA County, in collaboration with the Secretary of State's office, provide a plan to make the source code for the system available and open to the public in a manner that is safe and secure for all voters. This plan is due October 1, 2021.

As a State Senator, Secretary Padilla authored SB 360 (2013) to authorize "open source" voting systems where the source code is made publicly available.

###

