# Exhibit 55

← Tweet



**Governor Tom Wolf** ✓
@GovernorTomWolf

Allegations of fraud and illegal activity have been repeatedly debunked. Pennsylvania had a free, fair, and secure election.

These attacks against the core values of Americans are intended to undermine our democracy, and we must reject them.



**The Times Called Officials in Every State: No Evidence of Voter Fraud**
The president and his allies have baselessly claimed that rampant voter fraud stole victory from him. Officials contacted by The Times said that there were no …
🔗 nytimes.com

11:14 PM · Nov 12, 2020 · TweetDeck

**683** Retweets   **873** Quote Tweets   **3.9K** Likes

**Metro Jethro** @criley · Nov 13, 2020
Replying to @GovernorTomWolf
Do you think we're blind?
💬 1     🔁     ♡ 24     ⬆️



**Good Ole Ricky** @ricky_ole · Nov 13, 2020
Replying to @GovernorTomWolf
We should not sweep things under the rug. The election is being disputed. Let's hear it out.

By stifling this, you appear to be hiding something. That's not what anybody should want.
💬 1     🔁 2     ♡ 29     ⬆️

---

**Relevant people**



Governor … ✓
@GovernorTo…   [Follow]
Pennsylvania governor, York native, husband/dad/granddad, former business owner. Fighting for better schools, jobs, and government. 🥪 =sandwich

**What's happening**

Weather · 5 hours ago
**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**
Trending with
#SnowStorm2021



**#FreeDiGiornoPi**
Here's your chance to win free DiGiorno Pizza on Sunday!
↗ Promoted by DiGiorno

Gaming · Trending
**Windows 98**
3,518 Tweets

Politics · Trending
**Vindictive**
6,125 Tweets



COVID-19 · LIVE
**COVID-19: News and updates for Illinois**

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More…
© 2021 Twitter, Inc.



Document title: (20) Governor Tom Wolf on Twitter: &quot;Allegations of fraud and illegal activity have been repeatedly debunked. Pennsylvania had a free, fair, and secur…
Capture URL: https://twitter.com/GovernorTomWolf/status/1327026907884478469
Capture timestamp (UTC): Mon, 01 Feb 2021 22:45:15 GMT
Page 1 of 36