# Exhibit 57

**2020 Election Cycle / Voting Equipment**

| County | System Type | Manufacturer | Maintenance | Model | Firmware Type | Software Type |
|---|---|---|---|---|---|---|
| Apache | Central Count - Digital Scan<br>Accessible Voting Device<br>Central Count - Digital Scan | ES&S | ES&S | DS450<br>ExpressVote (BMD)<br>DS850 | 3.1.1.0<br>1.5.2.1<br>3.1.1.0 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Cochise | Digital Scan<br>Accessible Voting Device<br>Central Count - Digital Scan<br>Central Count - Digital Scan | ES&S | ES&S | DS200<br>Express Vote (BMD)<br>DS450<br>DS850 | 2.17.4.0<br>1.5.2.1<br>3.1.1.0<br>3.1.1.0 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Coconino | Digital Scan<br>Accessible Voting Device<br>Central Count - Digital Scan | ES&S | ES&S | DS200<br>ExpressVote (BMD)<br>DS450 | 2.17.4.0<br>2.4.5.1<br>3.1.1.0 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Gila | Central Count - Digital Scan<br>Accessible Voting Device | ES&S | ES&S | DS850<br>ExpressVote (BMD) | 3.1.1.0<br>2.4.5.0 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Graham | Digital Scan<br>Accessible Voting Device<br>Central Count - Digital Scan | ES&S | ES&S | DS200<br>ExpressVote (BMD)<br>DS850 | 2.17.4.0<br>1.5.2.1<br>3.1.1.0 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Greenlee | Digital Scan<br>Accessible Voting Device<br>Central Count - Digital Scan | ES&S | ES&S | DS200<br>ExpressVote (BMD)<br>DS450 | 2.17.4.0<br>1.5.2.1<br>3.1.1.0 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| La Paz | Central Count - Digital Scan<br>Accessible Voting Device | ES&S | ES&S | DS450 (DS200-Backup)<br>ExpressVote (BMD) | 3.1.1.0<br>1.5.2.1 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Maricopa | Digital Scan<br>Accessible Ballot Marking Device<br>Ballot Marking Device Printer<br>Central Count - Digital Scan<br>Central Count - Digital Scan | Dominion<br>Dominion<br>Hp<br>InoTech<br>Cannon | Dominion | ImageCast Precinct 2<br>ImageCast X Marking Device<br>Hp LaserJet Pro M402dne<br>Interscan HiPro 821<br>ICC Cannon DR-G1130 | v5.5.1.8<br>v5.5.13.2<br>Unmodified COTS<br>Unmodified COTS<br>Unmodified COTS | Democracy Suite<br>Democracy Suite<br>Democracy Suite<br>Democracy Suite<br>Democracy Suite |
| Mohave | Central Count - Digital Scan<br>Accessible Voting Device | ES&S | ES&S | DS850<br>Express Vote (BMD) | 3.1.1.0<br>1.5.2.1 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Navajo | Central Count - Digital Scan<br>Central County - Digital Scan<br>Accessible Voting Device | ES&S | ES&S | DS850<br>DS450<br>Express Vote (BMD) | 3.1.1.0<br>3.1.1.0<br>1.5.2.1 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Pima | Central Count - Digital Scan<br>Accessible Voting Device<br>Accessible Voting Device | ES&S | ES&S | DS850<br>ExpressVote (BMD)<br>ExpressVote (BMD) | 3.1.1.0<br>2.4.5.1<br>1.5.2.1 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Pinal | Central Count - Digital Scan<br>Accessible Voting Device | ES&S | ES&S | DS850<br>AutoMARK | 2.10.0.0<br>1.8.6.0 | ElectionWare 5.2.0.0<br>ElectionWare 5.2.0.0 |
| Santa Cruz | Digital Scan<br>Accessible Voting Device<br>Central Count - Digital Scan | ES&S | ES&S | DS200<br>ExpressVote (BMD)<br>DS450 | 2.17.4.0<br>1.5.2.1<br>3.1.1.0 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |
| Yavapai | Central Count - Digital Scan<br>Accessible Voting Device<br>Optical Scan (For Backup Only) | Unisyn | Unisyn | OVCS<br>OVI-VC<br>OVO | 2.80<br>2.1<br>2.1 | OpenElect 2.1<br>OpenElect 2.1<br>OpenElect 2.1 |
| Yuma | Digital Scan<br>Accessible Voting Device<br>Central Count - Digital Scan | ES&S | ES&S | DS200<br>ExpressVote (BMD)<br>DS450 | 2.17.4.0<br>1.5.2.1<br>3.1.1.0 | ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0<br>ElectionWare 6.0.4.0 |