# Exhibit 62

VIEW THE VIEW ILLUSTRATIVE GENERAL BLOCK IN GENERAL VOTING SYSTEM DOCUMENT HERE.
CASE 3:20-cv-01163-MMB-BJHMT-ARTB 46-03 Filed 04/07/23 Page 2 of 3

INFORMATION ON HOW TO BEST OBTAIN SERVICES FROM THE SECRETARY OF STATE'S OFFICE DURING THE COVID-19 SITUATION CAN BE FOUND HERE.



Document title: Nevada Secretary of State : Voting System
Capture URL: https://www.nvsos.gov/sos/elections/election-resources/voting-system
Capture timestamp (UTC): Mon, 01 Feb 2021 19:36:30 GMT

# Voting System

## Nevada Voting System Approval Process

Under Nevada law, a voting system and any modification to a voting system must be approved by the Secretary of State before it can be used in any election (NRS 293B.105). In addition, a voting system must meet or exceed Federal standards for voting systems before such system can be approved for use in Nevada.

-Application for State Certification of Voting System (MS Word)
-Nevada Revised Statutes: Chapter 293B - Mechanical Voting Systems
-Nevada Administrative Code: Chapter 293B - Mechanical Voting Systems

## Mechanical Voting Systems Approved for Use in Nevada

The following system are currently approved for use:

Dominion Voting Systems
-WinEDS 3.1.012 Election Definition System (March 27, 2006)
-WinEDS 4.0.175 Election Definition System (November 6, 2014)
-Democracy Suite 4.14-D with WinEDS 4.0.175 Integration System (September 9, 2015)
-Democracy Suite 5.4 (February 6, 2018)
-Democracy Suite 5.4-F (November 2, 2018)
-Democracy Suite 5.12 (March 11, 2020)

Election Systems & Software
-EVS 5.2.1.0 (November 1, 2016)
-EVS 5.2.2.0 (August 28, 2017)
-EVS 5.4.0.0 (August 28, 2017)
-EVS 6.1.0.0 (February 6, 2020)

Federally Certified Voting Systems and Resources
-EAC List of Certified Voting Systems
-NASED List of Qualified Voting Systems

## Equipment Currently In Use by Jurisdiction

Updated: November 2020

| Vendor | Model | Version | Purpose | Jurisdiction |
|---|---|---|---|---|
| Dominion Voting Systems | Democracy Suite | 5.12 | -Election Day (ICX)<br>-Early Voting (ICX)<br>-Absent Ballots (ICC)<br>-Mailing Precinct (ICC)<br>-ADA (ICX) | 16 Jurisdictions:<br>Churchill, Clark, Douglas, Elko, Esmeralda, Eureka, Humboldt, Lander, Lincoln, Lyon, Mineral, Nye, Pershing, Storey, Washoe and White Pine Counties<br>(all except Carson City) |
| Election Systems & Software | EVS | 6.1.0.0 | -Election Day (ExpressVote-BMD, DS200)<br>-Early Voting (ExpressVote-BMD, DS200)<br>-Absent Ballots (DS450)<br>-Mailing Precinct (DS450)<br>-ADA (ExpressVote-BMD) | 1 Jurisdiction:<br>Carson City |

## Demonstration

Get to know the voting terminal, click this link for a video demonstration: ***Coming soon***

© 2021 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Document title: Nevada Secretary of State : Voting System
Capture URL: https://www.nvsos.gov/sos/elections/election-resources/voting-system
Capture timestamp (UTC): Mon, 01 Feb 2021 19:36:30 GMT

