# Exhibit 63

 
# Governor Sisolak issues statement on President Trump's comments on the election

LAS VEGAS, NV - November 05, 2020

Today, Nevada Governor Steve Sisolak issued the following statement in response to President Donald Trump's message to the American people on the election.

"President Trump's comments to the American people tonight on the election were misleading, dangerous, and - most concerningly - false.

It was clear that the intent of his message was to undermine the public's confidence in the integrity of our election processes and system, which in turn undermines one of the core pillars of our democracy.

Nevada is widely recognized as being a leader in election administration, and I continue to have the utmost confidence in the abilities of Nevada's local election officials and Secretary of State Barbara Cegavske to accurately count every eligible vote cast in the Silver State.

Our election administration officials are required to keep counting under state law and that is exactly what they'll do until every vote is counted. Despite national pressure, our election officials and public servants continue to prioritize accuracy and fairness in this process. That should make all Nevadans proud.

I ask all Nevadans to support our election workers, trust this process and respect the results when they are certified as final."

###

**Contact**

Meghin Delaney
Communications Director
press@gov.nv.gov

## Executive

Governor

Lt. Governor

Secretary of State

Attorney General

State Treasurer

State Controller

## Legislature

Legislature Website

NELIS

Legislature Meetings

Find Your Legislator

Nevada State Senate

Nevada State Assembly

## Alerts

exactly what they'll do until every vote is counted. Despite national pressure, our election officials and public servants continue to prioritize accuracy and fairness in this process. That should make all Nevadans proud.

I ask all Nevadans to support our election workers, trust this process and respect the results when they are certified as final."

###

