# Exhibit 64

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | vs | FACTS |
|---|---|---|



**MYTH #1**

The Secretary of State is not interested in investigating fraud because we have only a half of a person assigned to investigate.



**FACT #1**

We do investigate valid voter fraud complaints. Along with state and local law enforcement, we have a team of experienced criminal investigators available to our Elections Division.



**MYTH #2**

The Secretary of State has been presented with evidence of wide-spread fraud.



**FACT #2**

While we are pursuing action in a number of isolated cases, we have yet to see any evidence of wide-spread fraud.



**MYTH #3**

Evidence of wrongdoing has been provided to the Secretary of State, but it is being ignored.



**FACT #3**

All Elections Integrity Violation Reports (EIVRs) and all accusations with legitimate evidence are investigated. Hearsay, unfounded accusations, and anonymous declarations are not evidence and will not be investigated.

1

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | vs | FACTS |
|---|---|---|

### MYTH #4
No evidence was examined during any hearing that questioned the integrity of the election in Nevada.

### FACT #4
Four separate cases were heard by Nevada judges including the NV Supreme Court. After examining records presented, each case was discounted due to a lack of evidence.

https://assets.documentcloud.org/documents/20420186/order-granting-motion-to-dismiss-statement-of-contest-1.pdf, p.9-12.

### MYTH #5
Non-citizens were able to register and vote in Nevada.

### FACT #5
It is a felony for non-citizens to register to vote or cast a ballot in Nevada. Any individuals who are found to have voted illegally will be prosecuted. (As of 12/18/20 we have not been presented with evidence of non-citizens voting in the 2020 election.)

### MYTH #6
The Secretary of State acted independently to enact Same-Day Voter Registration and the associated delays in results reporting.

### FACT #6
In 2019, the Legislature passed Assembly Bill 345 which allowed for registration at a polling place during early voting and on election day. It also required the counties to allow for signature cure of absentee/mail ballots and changed the deadline to return an absentee/mail ballot from *received* by 7:00 pm on Election Day to *postmarked* by Election Day.

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | vs | FACTS |
|---|---|---|
| **MYTH #7**<br>The Secretary of State made the decision to mail ballots to all active registered voters in Nevada for the general election. | | **FACT #7**<br>Assembly Bill 4, which created an "affected election," was passed during the 32nd Special Session of the Legislature last summer. An affected election calls for all active registered voters to automatically be sent a mail ballot when a declaration of emergency is in effect. We adamantly opposed this legislation, yet is was signed by the Governor. |
| **MYTH #8**<br>The Secretary of State did not oppose the practice of ballot harvesting. | | **FACT #8**<br>We submitted an Emergency Regulation to the Governor requesting a provision that would require anyone returning 10 or more ballots to register with our office. **Ultimately that request was denied.** The ballot harvesting component of AB 4 is in place regardless of an affected election. |
| **MYTH #9**<br>Votes are sent to be counted outside of the country. | | **FACT #9**<br>Nevada has 17 counties. Votes are only counted in the county in which they were cast in Nevada. |

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | FACTS |
|---|---|
| **MYTH #10**  Dominion voting machines used in the 2020 election switched votes. | **FACT #10**  All voting machines undergo extensive pre-election and post-election examinations to ensure they function as expected. The NV Gaming Control Board tests and certifies our systems. The post-election audits and recounts conducted in Nevada confirmed that the machines accurately tabulated the votes cast. |
| **MYTH #11**  Only the 2020 General Election will involve mailing a ballot to all active registered voters. | **FACT #11**  Under AB 4, an affected election would occur whenever there is a declaration of emergency in effect on March 1 (for a primary election) or July 1 (for a general election) of any year. Until the current declaration of emergency is lifted, all elections will be considered "affected elections" and will include the distribution of mail-in ballots to all active registered voters. |

The Secretary of State has a sworn duty to uphold the election laws of Nevada as enacted by the Legislature and signed by the Governor.

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | vs | FACTS |
|---|---|---|
| **MYTH #12** <br> If requested, the Nevada SOS will provide Voter Privately Identifiable Information (PII). | | **FACT #12** <br> No, the Nevada SOS only provides information that is already a matter of public record according to the Nevada Public Records Act (NRS 239). |
| **MYTH #13** <br> The Nevada SOS sent private voter information to the Pakistani government. | | **FACT #13** <br> No PII was sent. An individual from 'True the Vote' requested a Bulk Data Download from the Nevada SOS website. During the request process, the individual manually added a foreign email address to the "CC" line of the request. The automated program then sent the information as requested. The SOS IT staff has confirmed there have been no hacks or other reasons this could have occurred. This incident has been referred to appropriate law enforcement. |
| **MYTH #14** <br> The Nevada SOS has been hacked. | | **FACT #14** <br> No hack has been detected by any of our many passive and active cybersecurity sensors. Over the last six years, intense cybersecurity efforts have been implemented to ensure the safety and security of all Nevada SOS IT systems. These efforts included coordinating with federal and state agencies to ensure redundancy and to maximize the effects of our efforts to protect Voter data. As a result, no SOS IT systems have been compromised. |