# Exhibit 67



INTERNET ARCHIVE
WayBackMachine
https://www.smartmatic...
69 captures
13 May 2020 - 29 Jan 2021

HOME (/WEB/20201127014647/HTTPS://WWW.SMARTMATIC.COM/US/)  >  SMARTMATIC FACT-CHECKED
(/WEB/20201127014647/HTTPS://WWW.SMARTMATIC.COM/US/SMARTMATIC-FACT-CHECKED/)

# Smartmatic Fact-checked

Following the 2020 US election, misinformation and unfounded conspiracy theories have exploded across social media and other online outlets. **Do not be conned by it.** Check anything you read online with credible sources before you believe it or repost it.

## Smartmatic's Credibility is Our Most Important Asset

We know that to be credible and trusted partners to governments and election officials we need to be transparent and forthright. Here are the facts about our company and our history. No spin. No polish.

- Smartmatic's software was developed by our own engineers to do three things: accurately process votes, keep them secure and facilitate audits. That's it. There is no other agenda. Our technology has been proven in audited elections for almost 20 years.
- Smartmatic election technologies and services have been authenticated by independent third-party validators, including the US Election Assistance Commission, the State of California, PriceWaterhouseCoopers and SLI Global. They have also been validated by world-renowned institutions such as the Carter Center (https://web.archive.org/web/20201127014647/https://www.cartercenter.org/), the United Nations (https://web.archive.org/web/20201127014647/https://www.un.org/en/), the Organization of American States (https://web.archive.org/web/20201127014647/https://www.oas.org/en/about/gsa.asp), and the European Union (https://web.archive.org/web/20201127014647/https://eeas.europa.eu/topics/election-observation-missions-eueoms/49661/eu-and-election-observation_en).
- Smartmatic has no ties to governments or political parties. Governments are clients with whom we do business – just like every other commercial entity – but we do not have any alliances, relationships or "deals" with any politician, political organization or government. Smartmatic's founders and employees adhere to a strict ethics code that, among other things, prohibits them from making political donations.
- Two of the founders, Antonio Mugica and Roger Piñate, run the company as CEO and President, respectively. The majority of company shares are held by the Mugica and Piñate families. The remaining shares (less than 20%) are held by employees and angel investors.
- George Soros is not one of those angel investors mentioned above. Mr. Soros has no ownership interest in Smartmatic. He's not on the Board, nor is he employed by Smartmatic. He never has been. That's been proven (https://web.archive.org/web/20201127014647/https://www.politifact.com/factchecks/2016/oct/31/sean-duffy/wisconsin-congressman-fuels-soros-voting-machine-r/) time and again.
- The founders of Smartmatic were born in Venezuela. The company, however, was founded in Boca Raton, Florida in 2000 and still maintains its US base (https://web.archive.org/web/20201127014647/https://www.google.com/maps/place/Smartmatic+Corporation/@26.4013177,-80.1111407,17z/data=!3m1!4b1!480.108952?hl=en) there. Tesla, Procter & Gamble, Kohl's, TJ Maxx, Houzz.com, Google and many other American companies (https://web.archive.org/web/20201127014647/https://www.brookings.edu/blog/the-avenue/2017/12/04/almost-half-of-fortune-500-companies-were-founded-by-american-immigrants-or-their-children/) were founded by people born outside the US. A US company is still a US company, regardless of where its founders or shareholders happened to be born.
- There are no ties between Dominion Voting Systems and Smartmatic – plain and simple. No ownership ties, no software leasing (https://web.archive.org/web/20201127014647/https://leadstories.com/hoax-alert/2020/11/fact-check-dominion-and-smartmatic-have-not-closed-up-shop-and-executives-are-not-on-the-run.html), no business at all between them. In 2009, (that's more than a decade ago) Smartmatic licensed scanning machines from Dominion for use in The Philippines for a Smartmatic election project. Our one contract with Dominion was short-lived and ended in a lawsuit. That was the first and last time that Smartmatic and Dominion tried to do business together.
- Smartmatic has only owned one election company in the US, Sequoia Voting systems. Smartmatic sold (https://web.archive.org/web/20201127014647/https://factcheck.thedispatch.com/p/does-dominion-voting-systems-have) the company in 2007 to Sequoia's management team. More than three years later Sequoia was bought by Dominion Voting Systems. Smartmatic had no part in Sequoia's acquisition by Dominion.
- Smartmatic technology was used only in Los Angeles County, California (https://web.archive.org/web/20201127014647/https://www.smartmatic.com/us/case-studies/article/los-angeles-county-voting-solutions-for-all-people/) in the 2020 election. The system we provided to LA County does not count, tabulate or store votes.
- The company has not closed any offices since the 2020 US election and all our employees are safe and sound, and still hard at work. Many are working from home because there's a global pandemic and we care about them.
- Smartmatic does not have any operations in Venezuela. We did election projects in Venezuela from 2004 to 2017, and Smartmatic's equipment, software and people all performed successfully every time. In 2017, our technology helped prove that the government was reporting false turnout numbers – so we blew the whistle on them (https://web.archive.org/web/20201127014647/https://www.reuters.com/article/us-venezuela-politics-vote-smartmatic/venezuelan-election-turnout-figures-manipulated-by-one-million-votes-election-company-idUSKBN1AI1KZ) – and stopped doing business there.

## Statement from the Department of Homeland Security

This statement from the Department of Homeland Security's Cybersecurity & Infrastructure Security Agency (CISA), which oversees U.S. election security, provides expert assessment of the 2020 US election from a cybersecurity standpoint. "There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised." (https://web.archive.org/web/20201127014647/https://www.cisa.gov/news/2020/11/12/joint-statement-elections-infrastructure-government-coordinating-council-election)

## Fact Checks About Smartmatic by Third-Party Sources

Here are some credible sources that are doing their own, independent fact checking. Read what they have to say.

**Reuters News Services Nov. 20**



**Associated Press Nov. 19**

Trump legal team's batch of false vote claims (https://web.archive.org/web/20201127014647/https://apnews.com/article/fact-check-trump-legal-team-false-claims-5abd64917ef8be9e9e2078180973e8b3)

**Associated Press Nov. 17**

Smartmatic does not own Dominion Voting Systems (https://web.archive.org/web/20201127014647/https://apnews.com/article/fact-checking-afs:Content:9740535009)

**CATO Institute Nov. 20**

Voting Machine Conspiracy Theories Harm U.S. Cybersecurity (https://web.archive.org/web/20201127014647/https://www.cato.org/blog/voting-machine-conspiracy-theories-harm-us-cybersecurity)

**PolitiFact Nov. 19**

Trump lawyer falsely claims voting technology companies were created for changing election results (https://web.archive.org/web/20201127014647/https://www.politifact.com/factchecks/2020/nov/19/sidney-powell/trump-lawyer-falsely-claims-voting-technology-comp/)

## Resources for Fact Checking

Rumor vs. Reality (https://web.archive.org/web/20201127014647/https://www.cisa.gov/rumorcontrol) Cybersecurity & Infrastructure Security Agency's Q&A document with links

www.factcheck.org/tag/2020-election (https://web.archive.org/web/20201127014647/https://www.factcheck.org/tag/2020-election)  A nonpartisan, nonprofit consumer advocate for voters by the Annenberg Public Policy Center

www.politifact.com/2020 (https://web.archive.org/web/20201127014647/https://www.politifact.com/2020)  A nonpartisan fact-checking website owned by the Poynter Institute, a nonprofit school for journalists

https://apnews.com/hub/election-2020 (https://web.archive.org/web/20201127014647/https://apnews.com/hub/election-2020) Associated Press' election fact check site

www.reuters.com/fact-check (https://web.archive.org/web/20201127014647/https://www.reuters.com/fact-check) Reuters News Service fact check site



(HTTPS://WEB.ARCHIVE.ORG/WEB/20201127014647/HTTPS://WWW.FACEBOOK.COM/SMARTMATICTECHNOLOGY)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20201127014647/HTTPS://WWW.TWITTER.COM/SMARTMATIC)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20201127014647/HTTPS://WWW.LINKEDIN.COM/COMPANY/SMARTMATIC)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20201127014647/HTTPS://WWW.YOUTUBE.COM/USER/SMARTMATICGROUP)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20201127014647/HTTPS://WWW.INSTAGRAM.COM/SMARTMATICTECHNOLOGY/)

ENGLISH (/WEB/20201127014647/HTTPS://WWW.SMARTMATIC.COM/SMARTMATIC-FACTCHECKED/)
ESPAÑOL (/WEB/20201127014647/HTTPS://WWW.SMARTMATIC.COM/ES/SMARTMATIC-FACTCHECKED/)
FRANÇAIS (/WEB/20201127014647/HTTPS://WWW.SMARTMATIC.COM/FR/SMARTMATIC-FACTCHECKED/)
PORTUGUÊS (/WEB/20201127014647/HTTPS://WWW.SMARTMATIC.COM/PT/SMARTMATIC-FACTCHECKED/)

© 2020 Smartmatic
Sitemap (/web/20201127014647/https://www.smartmatic.com/us/sitemap/)
Terms of use (/web/20201127014647/https://www.smartmatic.com/us/terms-of-use/)
Cookie policy (/web/20201127014647/https://www.smartmatic.com/us/cookie-policy/)
Privacy policy (/web/20201127014647/https://www.smartmatic.com/us/privacy-policy/)
Modern Slavery Act Statement (https://web.archive.org/web/20201127014647/https://www.smartmatic.com/uploads/Slavery_and_Human_Trafficking_Statement_-_Smartmatic_and_SGO.pdf)

