# Exhibit 69

https://www.dominionvoting.com/about/    Go    SEP **NOV** DEC
◀ **01** ▶
2019 **2020** 2021

**183 captures**
23 Sep 2020 - 30 Jan 2021

About this capture



☰ Menu

# THE DOMINION DIFFERENCE - WE DELIVER!

Founded in 2003, Dominion Voting Systems is a leading supplier of election technology across the U.S., Canada and globally.

https://www.dominionvoting.com/about/ Go SEP **NOV** DEC
◀ **01** ▶
183 captures 2019 **2020** 2021
23 Sep 2020 - 30 Jan 2021 ▼ About this capture



## OUR PEOPLE

Dominion is driven by our commitment to superior customer service. With decades of collective industry-leading experience in training, support and implementation, our team of professionals strives for delivery excellence to meet today's election challenges in system implementation and project management. We aim to provide transparency and accountability in all that we do – on every level, for every election.

JOIN THE DOMINION TEAM

COMMERCIAL OFF-THE-SHELF HARDWARE

Merging best-in-class COTS (Commercial "Off-The-Shelf") hardware with state of the art election software

## OUR TECHNOLOGY

We are constantly investing in the development of technology that continues to set our products apart from the competition. Dominion's core technology focuses on the two key aspects of the electoral process - accuracy and transparency, while remaining nimble enough to meet the needs of any-sized election.

EXPLORE DOMINION PRODUCTS



## OUR SERVICES

Recognized by Deloitte as one of the fastest-growing tech firms in North America, Dominion provides the highest level of election support services available. From initial project implementation through election set-up, ballot layout, multiple language audio, machine set-up and system testing, we deliver. We also provide testing, Election Day support, training, preventative maintenance, project management and ongoing election consulting.

CUSTOMER SERVICE



## OUR PARTNERSHIPS

We believe that by listening to our customers and putting them first we build relationships that are strengthened by trust and bonded by loyalty.  Working together we build voting solutions that are efficient, scalable, flexible, transparent and sustainable.  We are determined and committed to meet our customer's every challenge.  This is who we are.  This is the "Power of Partnership."

VIEW CUSTOMER FOOTPRINT

Continual certification efforts with 13 EAC certified versions and 26 State Certifications

## OUR INNOVATION

Continual certification efforts and complete commitment to customer satisfaction drives Dominion's innovation goals. Our latest updates and certifications deploy quickly to meet the challenges of complex election scenarios. We are always ready to create the tools needed to administer successful, transparent and secure elections.

## ARE YOU READY TO EXPERIENCE THE DOMINION DIFFERENCE IN YOUR NEXT ELECTION?

With company locations positioned across four U.S. time zones, we are able to support our vibrant and growing customer base!




https://www.dominionvoting.com/about/ Go
SEP **NOV** DEC
◀ **01** ▶
2019 **2020** 2021
183 captures
23 Sep 2020 - 30 Jan 2021
About this capture





Dominion is the ONLY provider in the market with fully flexible and scalable election technology that can be customized for any jurisdiction.

REQUEST INFO



Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

## PRODUCTS

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

COMBINATION VOTING AND TABULATION
ImageCast® Precinct
ImageCast® Evolution

Optional Solutions

## ABOUT

Dominion Difference
Dominion Secure
Careers

## INFO

Customer Support

1-866-654-VOTE (8683)



CANADA: Toronto, ON

Privacy Policy   Terms of Use   Site Map

Copyright © 2020 Dominion Voting Systems Corp.
All Rights Reserved.

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.