# Exhibit 73

1/31/2021
Election 2020: Setting the Record Straight - Dominion Voting Systems

CASE 0:22-cv-00098-JMB-JFD   Doc. 125-74   Filed 04/07/23   Page 2 of 9

https://www.dominionvoting.com/   Go   OCT **NOV** DEC ◀ **22** ▶  2019 **2020** 2021

2,095 captures
15 Nov 2006 - 29 Jan 2021

About this capture



☰ Menu

Updated: November 21, 2020

## SETTING THE RECORD STRAIGHT: FACTS & RUMORS

# DOMINION VOTING SYSTEMS CATEGORICALLY DENIES FALSE ASSERTIONS ABOUT VOTE SWITCHING AND SOFTWARE ISSUES WITH OUR VOTING SYSTEMS.

According to a *Joint Statement* by the federal government agency that oversees U.S. election security, the Department of Homeland Security's Cybersecurity & Infrastructure Security Agency (CISA): "There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised."  The government & private sector councils that support this mission called the 2020 election "*the most secure in American history*."

## 1) DOMINION IS NOT SHUTTERING ITS OFFICES.  EMPLOYEES HAVE BEEN ENCOURAGED TO WORK REMOTELY AND PROTECT THEIR SOCIAL MEDIA PROFILES DUE TO PERSISTENT HARASSMENT AND THREATS AGAINST PERSONAL SAFETY.

https://www.dominionvoting.com/    Go    OCT  NOV  DEC
                                          ◀ 22 ▶
2,095 captures                            2019 2020 2021
15 Nov 2006 - 29 Jan 2021                 ▼ About this capture

- ✓ [ABC News](#) has reported on these security concerns, saying that after *"two weeks of false fraud claims,"* this is the latest sign that *"freewheeling online rhetoric has real-world consequences."*

- ✓ Dominion team members are working around the clock to address issues with law enforcement and take every measure we can to ensure the safety of our employees.

## 2) VOTE DELETION/SWITCHING ASSERTIONS ARE COMPLETELY FALSE.

**An unsubstantiated claim about the deletion of 2.7 million pro-Trump votes that was posted on the Internet and spread on social media has been taken down and debunked by independent [fact-checkers](#).**

- ✓ Edison Research (ER) has refuted any claims that company data suggests any voting irregularities, including vote switching. Edison Research President Larry Rosin told [The Dispatch Fact Check](#), *"Edison Research created no such report and we are not aware of any voter fraud."*

- ✓ Claims that 941,000 votes for President Trump in Pennsylvania were deleted are impossible.  The fourteen counties using Dominion systems collectively produced 1.3 million votes, representing a voter turnout of 76%.  Fifty-two percent of those votes went to President Trump, amounting to 676,000 votes processed for the President in Pennsylvania using company systems.

- ✓ Dominion **does not** have the ability review votes in real time as they are submitted.

- ✓ The U.S. Department of Homeland Security's cybersecurity division has confirmed that it is [not possible](#) for a bad actor to change election results without detection.

- ✓ Dominion doesn't even operate in some of the contested districts, including Philadelphia, Milwaukee, and Dane County,

# 3) ASSERTIONS OF "SUPERCOMPUTER" ELECTION FRAUD CONSPIRACIES ARE 100% FALSE.

**The Cybersecurity and Infrastructure Security Agency (CISA) has debunked claims** about the existence of a secret CIA program for vote fraud called Hammer and Scorecard.

- All U.S. voting systems must provide assurance that they work accurately and reliably as intended under federal U.S. EAC and state certifications and testing requirements. Election safeguards - from testing and certification of voting systems, to canvassing and auditing - prevent malicious actors from tampering with vote counts and ensure final vote tallies are accurate. Read more from CISA.

- There have been no "raids" of Dominion servers by the U.S. military or otherwise, and Dominion does not have servers in Germany. CISA has refuted this claim on Twitter, and the U.S. Army has also confirmed to the Associated Press that it's false.

# 4) THERE WERE NO DOMINION SOFTWARE GLITCHES AND BALLOTS WERE ACCURATELY TABULATED. THE RESULTS ARE 100% AUDITABLE.

**No credible reports or evidence of any software issues exist. Vote counts are conducted by county and state election officials, not by Dominion. Our systems support tabulation by those officials alone. Human errors related to reporting tabulated results have arisen in a few counties, including some using Dominion equipment, but appropriate procedural actions have been taken by the county to address these errors were made prior to the canvass process.**

- The Michigan Secretary of State's office offers a Fact Check Page which debunks false or erroneous claims about voting in Detroit, as well as a user-error incident in Antrim County.

https://www.dominionvoting.com/  Go  OCT NOV DEC ◀ 22 ▶ 2019 2020 2021
2,095 captures
15 Nov 2006 - 29 Jan 2021
About this capture

*assure Georgia voters that every legal vote was cast and accurately counted."*

- Dominion's systems are not responsible for 2,631 uncounted ballots discovered in  Floyd County, Georgia during the statewide recount.  The Secretary of State's office has  cited clerical error and lack of following proper procedures as the cause.

- Votes are not processed outside the United States.  Votes are counted and reported by county and state election officials - not by Dominion, or any other election technology company.  Assertions that votes are counted in Germany are completely false, as has been fact-checked by the  Associated Press.

## 5) DOMINION EMPLOYEES DO NOT HAVE ACCESS TO THE BALLOT ADJUDICATION SYSTEM, NOR DO THEY OPERATE IT.

**The canvass process exists to allow election officials to validate and count ballots that were unable to be counted on Election Day because they needed additional adjudication. Dominion employees do not have access to this adjudication system, nor do they operate it.**

- Access to any adjudication system resides with the election authority using it.  The system is controlled through secure and verifiable user accounts, and all the voter intent adjustments are securely logged in the system and then recorded in the digital image of the ballot.

- All states require bipartisan/multi-person teams in order to adjudicate ballots in accordance with the law.

## 6) DOMINION IS A NONPARTISAN U.S. COMPANY BASED IN DENVER, CO.

**Dominion has no company ownership relationships with the Pelosi family, Feinstein family, Clinton Global Initiative, Smartmatic, Scytl, or any ties to Venezuela or Cuba.**

https://www.dominionvoting.com/ [Go] OCT **NOV** DEC ◀ **22** ▶ 2019 **2020** 2021

2,095 captures
15 Nov 2006 - 29 Jan 2021

▼ About this capture

- The Associated Press has verified that Dominion has no ties to Venezuela.

- As reported by the Associated Press, *"Dominion made a one-time philanthropic commitment at a Clinton Global Initiative meeting in 2014, but the Clinton Foundation has no stake or involvement in Dominion's operations, the nonprofit confirmed."* The meeting included bipartisan attendees focused on international democracy-building.

## 7) DOMINION IS NOT, AND HAS NEVER BEEN, OWNED BY SMARTMATIC.

**Dominion is an entirely *separate company* and a *fierce competitor* to Smartmatic.**

- Dominion and Smartmatic do not collaborate in any way and have no affiliate relationships or financial ties.

- Dominion does not use Smartmatic software.

- The only associations the companies have ever had were:
  - In 2009, Smartmatic licensed Dominion machines for use in the Philippines. The contract ended in a lawsuit.
  - In 2010, Dominion purchased certain assets from Sequoia, a private U.S. Company. Smartmatic, a previous owner of Sequoia, pursued legal actions against Dominion.

## 8) NO UNAUTHORIZED OR LAST-MINUTE SOFTWARE UPDATES OCCURRED.

**Claims about software updates being done the night before Election Day are 100% false. Our voting systems are designed and certified by the U.S. government to be closed and do not rely on network connectivity.**

- Both Spalding County and the Georgia Secretary of State have verified that a) this type of unauthorized update is impossible,

https://www.dominionvoting.com/    Go    OCT **NOV** DEC ◀ **22** ▶ 2019 **2020** 2021

2,095 captures
15 Nov 2006 - 29 Jan 2021

▼ About this capture

- Georgia Voting System Implementation Manager Gabe Sterling has affirmed in his daily press briefing on November 9 that "nothing was done to the [PollPad] system after [October 31]," when voter files were updated as part of normal procedure.

## 9) MISINFORMATION IS AN ATTACK ON OUR DOMINION CUSTOMERS: LOCAL ELECTION OFFICIALS AND SECRETARIES OF STATE.

Erroneous claims that precincts in Michigan had more votes recorded than actual voters point to an affidavit that has several glaring errors. The counties cited are in Minnesota, not Michigan, and the affidavit's claims regarding over-votes are not verified with any data from previous Minnesota elections or the Secretary of State. This claim has no basis in truth.

These dedicated public servants - not Dominion - run our elections and many have reaffirmed the integrity of the elections. Recent statements from election officials include:

*MICHIGAN*

- The Michigan Secretary of State's office debunked false claims about the election in the state, stating absentee ballot counting was transparent and accurate and that an isolated user error in Antrim County did not affect election results.

- A spokesperson for the Michigan Secretary of State stated, *"We have not seen any evidence of fraud or foul play in the actual administration of the election. What we have seen is that it was smooth, transparent, secure and accurate."*

*GEORGIA*

https://www.dominionvoting.com/   Go   OCT **NOV** DEC
◀ **22** ▶
2,095 captures                         2019 **2020** 2021
15 Nov 2006 - 29 Jan 2021                                    ▼ About this capture

ballot voting system accurately counted and reported results."

ARIZONA

✓ The Chairman of the Maricopa County Board of Supervisors released a letter on November 17 noting, *"The evidence overwhelmingly shows the system used in Maricopa County is accurate and provided voters with a reliable election... The Dominion tabulation equipment met mandatory requirements during logic and accuracy testing before the Presidential Preference Election, the Primary Election and the General Election. And after each of these 2020 elections, the hand count audit showed the machines generated an accurate count."*

## 10) THERE ARE NO ISSUES WITH THE USE OF SHARPIE PENS.

**Election officials provide writing instruments that are approved for marking ballots to all in-person voters using hand-marked paper ballots. Dominion Voting Systems machines can read all of these instruments, including Sharpies.**

✓ The DHS Cybersecurity and Infrastructure Security Agency, *"if a ballot has issues that impacts its ability to be scanned, it can be hand counted."* The Maricopa County Board of Supervisors assured voters that *"sharpies do not invalidate ballots."* Dominion has stated that *"Sharpie pens are safe and reliable to use on ballots, and recommended due to their quick-drying ink."*



**PRODUCTS**

across the U.S., Canada and globally.

ImageCast® X

**CENTRAL TABULATION**

ImageCast® Central

**COMBINATION VOTING AND TABULATION**

ImageCast® Precinct

ImageCast® Evolution

Optional Solutions

## ABOUT

Dominion Difference

Dominion Secure

Careers

## INFO

Customer Support

1-866-654-VOTE (8683)

Contact Us

U.S.: Denver, CO

CANADA: Toronto, ON

Privacy Policy      Terms of Use      Site Map

Copyright © 2020 Dominion Voting Systems Corp.
All Rights Reserved.

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.