# Exhibit 76



= Menu

Updated: December 3, 2020 (12:00PM ET)
SETTING THE RECORD STRAIGHT: FACTS & RUMORS

# DOMINION VOTING SYSTEMS HAS BEEN THE TARGET OF ELECTION DISINFORMATION SEEKING TO UNDERMINE CONFIDENCE IN THE INTEGRITY OF THE 2020 ELECTION. HERE ARE THE FACTS:

- Dominion is a private American company that provides voting systems in 28 states, including "red" and "blue" jurisdictions. Since its founding in 2003, Dominion has supported tens of thousands of elections in non-partisan fashion.

- All Dominion systems are capable of producing paper records and are 100% auditable, with testing, reviews, audits, and recounts subject to oversight and verification by all political parties.

- All 2020 election audits and recounts using Dominion technology have validated the accuracy and reliability of results, confirming the integrity of election outcomes.

- Baseless claims about the integrity of the system or the accuracy of the results have been dismissed by election authorities, subject matter experts and third-party fact-checkers.

- Malicious and misleading false claims about Dominion have resulted in dangerous levels of threats and harassment against the company and its employees, as well as election officials.

STATEMENT FROM DOMINION ON SIDNEY POWELL CHARGES (Nov 26, 2020)

# HOW DO WE KNOW THAT DOMINION VOTING SYSTEMS ARE ACCURATE AND SECURE?

All U.S. voting systems must provide assurance that they work accurately and reliably as intended under federal and state certification and testing requirements. In addition to multiple layers of testing and certification, as well as chain of custody controls, all Dominion systems use paper ballots or paper records for auditing. An unsubstantiated claim about the deletion of 2.7 million pro-Trump votes that was posted to the Internet and spread online has been taken down and debunked by fact-checkers.

The U.S. Department of Justice has found no evidence of widespread voter fraud. The U.S. Department of Homeland Security's Cybersecurity and Infrastructure Security Agency (CISA) confirmed the 2020 election was "the most secure in American history," adding, "There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised."

# IS THERE ANY EVIDENCE OF DOMINION SYSTEMS VOTE SWITCHING OR SOFTWARE ERRORS?

https://www.dominionvoting.com/election2020-setting-the-record-straight/ Go
139 captures
12 Nov 2020 - 26 Jan 2021
NOV DEC JAN
2019 2020 2021


About this capture

## IS THERE ANY EVIDENCE OF DOMINION SYSTEMS VOTE SWITCHING OR SOFTWARE ERRORS?

No, all baseless claims have been debunked by election officials, subject matter experts and third-party fact checkers. No evidence whatsoever has been offered to support claims that there was a systemic problem with vote-counting machines. A hand recount of all paper ballots in the State of Georgia completed on November 19 verified that machine vote totals were reliable and accurate. Certified results in Arizona, Georgia, Florida, Michigan, Nevada, Ohio, Pennsylvania and Michigan plus other states all validate the accuracy of official tallies.

## IS THERE AN ALGORITHM THAT CAN SECRETLY REAPPORTION "FRACTIONS" OF VOTES?

No, Dominion systems do not support fractional or "weighted" voting.

## WHO OWNS DOMINION VOTING SYSTEMS?

Dominion Voting Systems is a non-partisan American company that makes electronic voting systems. No foreign national directly or indirectly owns or controls the company. As verified by the Associated Press, Dominion began as a Canadian company and was later incorporated in the United States. One of the company's founders, John Poulos, serves as CEO. Dominion and other voting system manufacturers submit extensive company disclosures to federal and state authorities as terms of product testing and system certification. The company has no ownership ties whatsoever to USB, or the governments of China, Cuba, or Venezuela.

## DOES DOMINION HAVE TIES TO SMARTMATIC, OR USE SMARTMATIC SOFTWARE?

No. Dominion and Smartmatic are two separate companies that make electronic voting systems. Dominion does not use or license Smartmatic software. Smartmatic has also refuted such claims. Dominion did NOT acquire Smartmatic and/or its software from Sequoia.

## IS DOMINION AFFILIATED WITH - OR OWNED BY - ANY POLITICAL FIGURES OR POLITICAL PARTIES?

No, Dominion has no ties or company ownership relationships with the Pelosi family, Feinstein family, Clinton family, George Soros, or any ties to the governments of China, Venezuela or Cuba. The company works with all U.S. political parties, and our customer base and government outreach practices support this non-partisan approach. Given the high headline risk and the public visibility of elections, it would be difficult to thrive as a business without maintaining reliable technology and high standards as an industry provider.

## DOES DOMINION HAVE SERVERS IN GERMANY WHERE VOTES GET COUNTED?

No, all votes are counted in the U.S. by local election officials – not by Dominion. Voting systems are, by design, meant to be used as closed systems that are not networked (meaning not connected to the Internet). It is technologically impossible to "see" votes being counted in real time and/or to "flip" them.

The Cybersecurity and Infrastructure Security Agency (CISA) has debunked claims about the existence of a secret CIA program for vote fraud called Hammer and Scorecard, and the U.S. Army has refuted claims of secret military "raids.

time and/or to "flip" them.

The Cybersecurity and Infrastructure Security Agency (CISA) has debunked claims about the existence of a secret CIA program for vote fraud called Hammer and Scorecard, and the U.S. Army has refuted claims of secret military "raids."

## WHAT HAPPENED WITH TEXAS CERTIFICATION OF DOMINION SYSTEMS?

Dominion systems are certified in 28 states. While the company disagrees with the decision and rationale offered by the State of Texas for not certifying our system, we recognize there are different standards for different states. The Dominion system has successfully undergone U.S. federal government certification. Importantly, no other review of this system has ever identified concerns about the system being inefficient or insecure.

## WHAT HAPPENED WITH ANTRIM COUNTY, MICHIGAN'S ELECTION RESULTS?

The issue with election results reporting in Antrim County was due to user-error. The Michigan Secretary of State's office has provided a technical explanation with the facts about what happened.

## CAN DOMINION EMPLOYEES SWITCH VOTES DURING BALLOT ADJUDICATION?

No, the canvass process exists to allow election officials to validate and count ballots that were unable to be counted on Election Day because they needed additional adjudication. Dominion employees do not have access to this adjudication system, nor do they operate it. All states require bipartisan/multi-person teams in order to adjudicate ballots in accordance with the law.

## IS IT OKAY TO USE SHARPIE PENS FOR VOTING?

Yes. Sharpie pens are safe and reliable to use on ballots. Election officials provide writing instruments approved for all in-person voters using hand-marked paper ballots. Dominion machines can read all these instruments, including Sharpies. The Maricopa County Board of Supervisors assures that "Sharpies do not invalidate ballots."



https://www.dominionvoting.com/election2020-setting-the-record-straight/ Go NOV DEC JAN
139 captures
12 Nov 2020 - 26 Jan 2021
2019 2020 2021
CASE 0:22-cv-00098-JMB-JFD   Doc. 125-77   Filed 04/07/23   Page 5 of 5
About this capture

insecure.

## WHAT HAPPENED WITH ANTRIM COUNTY, MICHIGAN'S ELECTION RESULTS?

The issue with election results reporting in Antrim County was due to user-error. The Michigan Secretary of State's office has provided a technical explanation with the facts about what happened.

## CAN DOMINION EMPLOYEES SWITCH VOTES DURING BALLOT ADJUDICATION?

No, the canvass process exists to allow election officials to validate and count ballots that were unable to be counted on Election Day because they needed additional adjudication. Dominion employees do not have access to this adjudication system, nor do they operate it. All states require bipartisan/multi-person teams in order to adjudicate ballots in accordance with the law.

## IS IT OKAY TO USE SHARPIE PENS FOR VOTING?

Yes. Sharpie pens are safe and reliable to use on ballots. Election officials provide writing instruments approved for all in-person voters using hand-marked paper ballots. Dominion machines can read all these instruments, including Sharpies. The Maricopa County Board of Supervisors assures that "Sharpies do not invalidate ballots."



**PRODUCTS**

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

COMBINATION VOTING AND TABULATION
ImageCast® Precinct
ImageCast® Evolution

Optional Solutions

**ABOUT**

Dominion Difference
Dominion Secure
Careers

**INFO**

Customer Support

1-866-654-VOTE (8683)

Contact Us

U.S.: Denver, CO
CANADA: Toronto, ON

Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

Copyright © 2020 Dominion Voting Systems Corp. All Rights Reserved.   Privacy Policy | Terms of Use | Site Map