# Exhibit 100



🇺🇸 An official website of the United States government    Here's how you know ⌄

EMAIL US   CONTACT   SITE MAP



**Archived Content**

In an effort to keep CISA.gov current, the archive contains outdated information that may not reflect current policy or programs.

# STATEMENT FROM CISA DIRECTOR KREBS FOLLOWING FINAL DAY OF VOTING

Original release date: November 04, 2020 | Last revised: January 21, 2021

WASHINGTON – Following the final day of voting, Director of the Cybersecurity and Infrastructure Security Agency, Christopher Krebs, issued the following statement:

"Over the last four years, the Cybersecurity and Infrastructure Security Agency (CISA) has been a part of a whole-of-nation effort to ensure American voters decide American elections. Importantly, after millions of Americans voted, we have no evidence any foreign adversary was capable of preventing Americans from voting or changing vote tallies.

"We are only here because of the hard work of state and local election officials and private sector partners who have focused efforts on enhancing the security and resilience of elections. The United States government supported these partners throughout the election, bringing the full range of capabilities to bear in securing systems and pushing back against malicious actors seeking to disrupt our process and interfere in our election. CISA will continue to support our state and local partners as they move toward their certification deadlines and the official outcome of the 2020 election.

"We will remain vigilant for any attempts by foreign actors to target or disrupt the ongoing vote counting and final certification of results. The American people are the last line of defense against foreign influence efforts and we encourage continued patience in the coming days and weeks. Keep calm, continue to look to your state and local election officials for trusted information on election results and visit CISA.gov/rumorcontrol for facts on election security."

#Protect2020

###

**Keywords:** Cybersecurity, Election security

TLP:WHITE

TLP:WHITE

**Last Published Date:** January 21, 2021


TLP:WHITE

TLP:WHITE