# Exhibit 109

**Screenshot A**



Exhibit 109, OANN *Newsroom with Pearson Sharp,* (5/3/2021) at 0:33.

**Screenshot B**



Exhibit 109, OANN *Newsroom with Pearson Sharp,* (5/3/2021) at 02:14.

**Screenshot C**



Exhibit 109, OANN *Newsroom with Pearson Sharp,* (5/3/2021) at 13:29.