# Exhibit 118



Maps | Visualizations | Equipment Search

The Verifier — Search — November 2020

Search Equipment

All States

All Equipment

Smartmatic/Los Angeles County

All Models

2020

Display

Reset

Search Results

- Hand marked paper ballots, with BMDs for accessibility
- Hand marked paper ballots, with DREs with VVPAT for accessibility
- Hand marked paper ballots, with DREs without VVPAT for accessibility
- Ballot Marking Devices for all voters
- Hybrid BMD/Tabulator
- DREs with VVPAT for all voters
- DREs without VVPAT for all voters
- Counties Without Selected Systems

**Search parameters:** / Smartmatic/FLos/0Angeles/0County /

EXCEL (/api/api_sandbox.php?advanced&state_fips=0&equip_type=&make=Smartmatic%2F|
CSV (/api/api_sandbox.php?advanced&state_fips=0&equip_type=&make=Smartmatic%2F|
JSON (/api/api_sandbox.php?advanced&state_fips=0&equip_type=&make=Smartmatic%2F|

## Search Results - page 1 of 1

| State | Jurisdiction | Type of Equipment | Make | Model | VVPAT | Precincts |
|---|---|---|---|---|---|---|
| California | Los Angeles County | Ballot Marking Device | Smartmatic/Los Angeles County | VSAP Ballot Marking Device | N/A | 4164 |
| California | Los Angeles County | Remote Ballot Marking System: Client-Side | Smartmatic/Los Angeles County | VSAP Interactive Sample Ballot | N/A | 4164 |
| California | Los Angeles County | Batch-Fed Optical Scanner | Smartmatic/Los Angeles County | VSAP Tally | N/A | 4164 |

## About Voting Equipment

### Hand Marked Paper Ballots

Paper ballots marked by hand create a tangible, tamper-evident and auditable record of voter selections. Jurisdictions in which most voters mark their votes by hand offer BMDs or DREs to provide accessibility for voters with disabilities. While some smaller jurisdictions count paper ballots by hand, most are counted initially with optical scanners, though they can also be counted manually in a post-election audit or recount. Paper ballots, whether marked by hand or through the use of an assistive device, should be carefully reviewed by the voter before casting.

Learn More About Paper Ballots

(https://verifiedvoting.org/votingequipment/)

### Ballot Marking Devices (BMDs) and Systems

A ballot marking device (BMD) or system allows for the electronic presentation of a ballot, electronic selection of valid contest options, and the production of a human-readable paper ballot, but does not make any other lasting record of the voter's selections. BMDs were developed in response to the federal requirement in the Help America Vote Act of 2002 that all polling places must provide a means for voters with disabilities to vote privately and independently. Some BMDs mark pre-printed ballots, while others print summaries of voter selections, often with those selections encoded in barcodes or QR codes. Beginning in 2016, some jurisdictions began providing BMDs for use by all polling place voters, a model that first became widespread in 2020.

### Direct Recording Electronic (DRE) Systems

A direct recording electronic (DRE) voting system is a vote-capture device that allows for the electronic presentation of a ballot, electronic selection of valid contest options, and the electronic storage of voter selections as individual records. DREs use one of three user interfaces—pushbutton, touchscreen, or dial—to allow voters to record their selections directly into computer memory. Some DREs can be equipped with Voter Verified Paper Audit Trail (VVPAT) printers that allow the voter to confirm their selections on an independent paper record before recording their votes into computer memory. This paper record is preserved and, depending on state election codes, counted in the event of a post-election audit or recount.

Learn More About BMDs (https://verifiedvoting.org/votingequipment/#bmd)

Learn More About DREs (https://verifiedvoting.org/votingequipment/#dre)

**For Questions, Corrections & Updates**

**Contact verifier@verifiedvoting.org** (mailto:verifier@verifiedvoting.org)

Verified Voting and the Verifier project are grateful for the support of Carla Itzkowich, in honor of her father, Moises Itzkowich.

1735 Market St., Suite A435
Philadelphia, PA 19103
760-804-VOTE(8683) (tel:7608038683)
info@verifiedvoting.org (mailto:info@verifiedvoting.org)

Board Portal (mailto:info@verifiedvoting.org?subject=Requesting+access+to+the+Verified+Voting+Board+Portal)

(https://verifiedvoting.org/about/) (https://verifiedvoting.org/team/)
(https://verifiedvoting.org/contact/)
(https://verifiedvoting.org/legal/)
(https://app.etapestry.com/onlineforms/VerifiedVotingFoundatio/hbOyq6B_I3q7-ow680Nz0TzQA)
(https://verifiedvoting.org/about/careers/)

(https://verifiedvoting.org/issues/)
(https://verifiedvoting.org/votingequipment/)
(https://verifiedvoting.org/audits/)
(https://verifiedvoting.org/paperrecords/)
(https://verifiedvoting.org/internetvoting/)
(https://verifiedvoting.org/electionsecurity/)

(https://verifiedvoting.org/tools/)
(https://verifiedvoting.org/verifier/)
(https://verifiedvoting.org/equipmentdb/)
(https://verifiedvoting.org/auditlaws/)
(https://verifiedvoting.org/votevisualizer/)

(https://verifiedvoting.org/resources/)
(https://verifiedvoting.org/publications/)
(/resources/#press)
(https://verifiedvoting.org/videos/)
(https://verifiedvoting.org/getinvolved/)
(https://verifiedvoting.org/getinvolved/checkyourreg/)
(https://thevotingnews.com/)

(https://verifiedvoting.org/donate/)
(https://verifiedvoting.org/next/)