# Exhibit 127

INSIDER

US MARKETS OPEN
In the news
▼ Dow Jones +0.51%   ▼ Nasdaq +1.23%   ▼ S&P 500 +0.84%   ▼ TSLA +0.78%   ▼ FB +1.21%   ▼ BABA +0.43%

The New York Times — Journalism without limits. $4.25 $1 a week. Special offer. Cancel or pause anytime. SUBSCRIBE NOW

HOME > POLITICS

# All major battleground states in the 2020 election officially certify their results, cementing Biden's victory in the presidential race

Grace Panetta   Nov 30, 2020, 9:55 PM



Demonstrators in midtown Manhattan on November 4 demanded that every vote be counted before a state was "called" for a candidate.   Erik McGregor/LightRocket via Getty Images

- All the key battleground states in the 2020 presidential election have now certified their election results, cementing President-elect Joe Biden's victory over President Donald Trump.
- The six battlegrounds of Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin certified their results for Biden as of November 30.
- The canvassing and certification came under a national spotlight because of the efforts from Trump and his allies to challenge the election results in court and spread baseless claims of widespread voter fraud.
- Visit Business Insider's homepage for more stories.

Get a daily selection of our top stories based on your reading preferences.

Email address      SIGN UP

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

INSIDER
Join as a student today for only $29
SUBSCRIBE NOW

Document title: 6 Key Battleground States Finalize Election Results for Joe Biden
Capture URL: https://www.businessinsider.com/6-key-battleground-states-finalize-election-results-for-joe-biden-2020-11
Capture timestamp (UTC): Thu, 28 Oct 2021 18:22:14 GMT
Page 1 of 5

   

All the key battleground states in the 2020 presidential race have now certified their election results, cementing President-elect Joe Biden's victory over President Donald Trump.

Biden won the Electoral College with 306 electoral votes, compared with 232 for Trump. The former vice president flipped five states that Trump won in 2016: the "blue wall" states of Michigan, Pennsylvania, and Wisconsin; Arizona, which a Democratic presidential candidate had not carried since 1996; and Georgia, which a Democratic presidential candidate hadn't won since 1992.

After all the votes come in, election officials thoroughly canvass the votes cast before elected officials can be seated.

During the canvassing process, local election officials process and adjudicate provisional ballots and, in many states, late-arriving domestic mail ballots and absentee ballots from overseas and military voters. In some states, the canvassing process can also include mandatory audits or recounts. Once every vote is properly accounted for, officials then certify the results.

In most elections, the canvassing and certification process doesn't receive much public attention or scrutiny. But in 2020, the actions and decisions of local officials and canvassing boards were thrust into the national spotlight because of the efforts from Trump and his allies to challenge the election results in court and spread unfounded claims of widespread voter fraud, as well as election irregularities in the states that the president lost.

unfounded claims of widespread voter fraud, as well as election irregularities in the states that the president lost.

Georgia certified its election results on November 20 after completing a statewide risk-limiting audit, the first of its kind in the South, in which election workers recounted by hand over 5 million ballots that confirmed Biden's narrow victory over Trump. After certification, the Trump campaign also requested a machine recount, which is expected to finish up this week.

Michigan's Board of State Canvassers then certified the state's results for Biden on November 23 after hearing nearly three hours of public comment. One day later, the two battleground states of Pennsylvania and Nevada also certified their statewide presidential results.

Arizona's governor certified the state's election results on Monday as Trump allies including Rudy Giuliani held a press conference where they continued to push unfounded claims of fraud and malfeasance in the election.







The chairwoman of the Wisconsin Election Commission on Monday confirmed Biden as the winner of the state's 10 Electoral College votes, and Gov. Tony Evers officially certified the results that evening. The Trump campaign requested recounts in Milwaukee and Dane counties, both of which affirmed Biden's victory in the state and netted Biden 87 votes.

The battleground states that Trump won, including Florida, Iowa, Ohio, and North Carolina, have also formally certified their results.

**Read more:** Joe Biden is hiring about 4,000 political staffers to work in the White House and federal agencies. Here's how you can boost your chances getting a job in the new administration, according to 3 experts.

Trump and his allies lost over two dozen lawsuits they filed to halt vote counting, get certain ballots disqualified, and delay certification of election results in the battleground states that Trump lost, according to Insider's Jacob Shamsian and Sonam Sheth.



Then the Trump campaign and the president's allies pivoted to attempting to compel state and local officials to delay certifying the results of the election. While many states allow campaigns to request recounts after certification, it's much harder for campaigns to legally challenge election results after states have certified those results.

The next step in the process of Biden taking over the presidency is for the entire slate of presidential electors to meet and cast their votes in every state and the District of Columbia on December 14.

**NOW WATCH: The rise and fall of supersonic air travel, which one company is trying to bring back in 2029**



More:  2020 election   President Donald Trump

**TOP STORIES**                                    Promoted Links



Hasbro CEO Brian Goldner dies at 58, days after taking medical leave

Taboola Feed









