# Exhibit 130

The Washington Times
America's Newspaper

Subscribe Sign In

News - Policy - Commentary - Sports - Special Reports - Events - Podcasts - Games -

FRONT PAGE
GEORGE GERBO

**Listen to the Front Page Podcast**
Get Thursday's top stories in less than 5 minutes

POLITICALLY UNSTABLE

**Biden caught with his rusty drawbridges down**
Charlie Hurt is Politically Unstable

HISTORY AS IT HAPPENS

**NEW EPISODE: Ian Kershaw on German reunification**
From distant dream to stunning success

TRENDING: CHINA | DEPARTMENT OF JUSTICE | WHITE HOUSE | GLENN YOUNGKIN | MERRICK GARLAND | NATIONAL SCHOOL BOARD ASSOCIATION | NEW YORK | NEW YORK CITY | SUPREME COURT | WASHINGTON

powered by
INSTICATOR

MAGNANNI

feedback

HOME \ NEWS \ NATIONAL

# Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo

Follow Us
Search
SIGN UP FOR OUR DAILY NEWSLETTERS
enter address...
Submit
Manage Newsletters
FRONT PAGE PODCAST
THE WASHINGTON TIMES FRONT PAGE
October 28, 2021

*In this March 30, 2020 file photo, My Pillow CEO Mike Lindell speaks about the coronavirus in the Rose Garden of the White House in Washington. (AP Photo/Alex Brandon)* more >

00:00:00

By Andrew Blake - *The Washington Times - Saturday, February 6, 2021*

My Pillow CEO Michael J. Lindell faced resistance from several major digital platforms following the release Friday of a film he made about purported fraud in the 2020 U.S. presidential election.

YouTube and Vimeo removed copies of the film, "Absolute Proof," from their platforms, and Facebook applied labels to posts Mr. Lindell made about his movie warning users about its contents.

The two-hour-long film, which could easily be found elsewhere Saturday, consists of Mr. Lindell rehashing several conspiracy theories about the election that he has been amplifying since it ended.

feedback

**TOP STORIES**

Former porn stars recall industry abuses, struggles

White House: Federal vaccine rule on big companies will be finalized 'soon'

Details of China info war revealed

**Liberal reporter asks McAuliffe a truly am question**

**Trump ally Dan Bongino says radio show off-air amid vaccine fight**

**Virginia and New Jersey turn ugly for the Democrats**

YouTube pulled the video for violating its rules, but not before it had been viewed on the platform at least 16,000 times, according to a cached version of the page where it appeared.

"Per our presidential election integrity policy, we remove content uploaded after the safe harbor deadline that advances false claims that widespread fraud, errors or glitches changed the outcome of the 2020 U.S. presidential election," YouTube spokesperson Alex Joseph told The Washington Times. "We removed this video and its reuploads

CASE 0:22-cv-00098-JMB-JFD Doc. 125-131 Filed 04/07/23 Page 4 of 11

uploaded after the safe harbor deadline that advances false claims that widespread fraud, errors or glitches changed the outcome of the 2020 U.S. presidential election," YouTube spokesperson Alex Joseph told The Washington Times. "We removed this video and its reuploads in accordance with this policy."

'No SALT, no dice': Moderate Dems revolt after Biden axes blue state tax cut

Rival service Vimeo removed a copy of the film as well, "for violating Vimeo's policies on posting content that claims that the 2020 presidential election was fraudulent or stolen or otherwise illegitimate," the company said in a statement it shared with The Times.

Facebook has allowed Mr. Lindell to share links on its social network and Instagram referring users to other sites where they can watch his film. However, it has placed those posts behind warning labels that say that independent fact-checkers have found the film contains false information and that claims made in the movie have "no basis in fact."

Mr. Lindell, an unwavering supporter of former President Donald Trump, was best known prior to the recent election as the

Virginia and New Jersey turn ugly for the Democrats

One in four students OK with violence to stop free speech on campuses

'No SALT, no dice': Moderate Dems revolt after Biden axes blue state tax cut

Big Change Leaves Drivers Fuming
Learn More

feedback

SPONSORED CONTENT

News Policy Commentary Sports Special Reports Events Podcasts Games Subscribe Sign In
CASE 0:22-cv-00098-JMB-JFD Doc. 125-131 Filed 04/07/23 Page 5 of 11

information and that claims made in the movie have "no basis in fact."

Mr. Lindell, an unwavering supporter of former President Donald Trump, was best known prior to the recent election as the mustachioed face and founder of the successful My Pillow bedding company.

But after pushing claims of voter fraud and repeatedly disputing President Biden's victory, Mr. Lindell has most recently gained notoriety for spreading related bogus claims and misinformation.

Indeed, Twitter banned Mr. Lindell last month after he repeatedly violated its rules prohibiting election misinformation, effectively denying him that platform as a means for promoting his movie.

Mr. Lindell, 59, offered little in response when asked to comment Saturday about being unable to share his film on services like YouTube and Vimeo.

"Watch this video and stay focused," Mr. Lindell told The Times in an email, along with a link to his personal site where the movie can still be viewed online. He declined to comment further.

Offline, One America News Network, an unabashedly pro-Trump network better known as "OAN," has been airing Mr. Lindell's movie on cable TV preceded by a disclaimer saying that he paid for the air-time.

Leaders of federal law enforcement and cybersecurity agencies during the Trump administration said they have found no evidence of any widespread fraud in the 2020 election. Mr. Trump's campaign and his allies filed scores of lawsuits arguing to the contrary, but none succeeded in court.

SPONSORED CONTENT

Doctor: "Doing This Every Morning Can Snap Back Sagging Skin (No Creams Needed)"

Lunches
in a box?
ez cater

feedback

Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 4 of 10

News Policy Commentary Sports Special Reports Events Podcasts Games Subscribe Sign In
CASE 0:22-cv-00098-JMB-JFD Doc. 125-131 Filed 04/07/23 Page 6 of 11

widespread fraud in the 2020 election. Mr. Trump's campaign and his allies filed scores of lawsuits arguing to the contrary, but none succeeded in court.

SIGN UP FOR DAILY NEWSLETTERS

Email Address Submit Manage Newsletters

Copyright © 2021 The Washington Times, LLC. Click here for reprint permission.

Please read our comment policy before commenting.

CROCTOBER
Join The Celebration!
crocs
SHOP NOW

Progressive Leasing
Convenient, flexible lease-to-own purchase options.
Apply Now

AROUND THE WEB

44 Gifts for the Grumpy Elf in Your Life

Worst Way To Retire: Just Avoid These 5 Blunders

Trump Supporter: My Free Pocket Watch

Bone on Bone Knee Pain? Try This, Says Top Doc

Doctor: This Cbd-ri Gummy Offers Bett Relief Than Hemp Oil

This Revolutionary Portable Heater for Under $50 is Selling out in the Us

Chicago: New CBD Treatment is 5x More Effective and It's Delicious

One Key Detail on Archie's Birth Certificate Was Erased

feedback

Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 5 of 10





Chicago: New CBD Treatment is 5x More Effective and It's Delicious

One Key Detail on Archie's Birth Certificate Was Erased

Be the first to react to this post!

Love! LOL Whoa

Shrug Sob Grrr

Active on Page: 1

Leave a comment

Comments Log In

Join the conversation

Help

By posting you agree to our Terms of Use

Walmart Cameras Caught These Pics

QUESTION OF THE DAY

Is the supply chain crunch causing you concern now about holiday gift buying?

- YES, I'M PLANNING AHEAD
- SOMEWHAT, I'M KEEPING MY EYE ON IT
- NO, I'M NOT WORRIED

VOTE View results

feedback

## Popular in the community

**Even some Democrats holding their nose at the party's new plan for 'billionaire's tax' - Washington Times**

37 Comments

**Kyrsten Sinema protesters disrupt wedding in Bisbee, Arizona - Washington Times**

Walmart Cameras Caught These Pics

 News Policy Commentary Sports Special Reports Events Podcasts Games Subscribe Sign In

Times

37 Comments

Kyrsten Sinema protesters disrupt wedding in Bisbee, Arizona - Washington Times

33 Comments

Load more articles

SimpliSafe
Meet the New SimpliSafe Wireless
Outdoor Security Camera

SLIDE INTO A
CLASSIC
crocs
SHOP NOW

Walmart Cameras Caught These Pics

STORY TOPICS

ENTERTAINMENT_CULTURE
TECHNOLOGY_INTERNET
POLITICS
MICHAEL J. LINDELL
VIMEO

Click to Hide

SPONSORED STORIES

Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 7 of 10



News Policy Commentary Sports Special Reports Events Podcasts Games Subscribe Sign In
Click to Hide

SPONSORED STORIES

If Your Dog Eats Dry Food, Do This Every Day
ultimatedogfoodguide.com

HERE'S TO BEER, WINE AND LIQUOR DELIVERED IN UNDER 60
Shop Now

Here's to drinks delivered in under 60 minutes.
Drizly

New Senior Apartments Coming to...
Senior Living | Search Ads

Recommended by Outbrain

## TOP STORIES

Biden uses gesture liberals denounce as white supremacist

EXCLUSIVE: Youngkin jumps into lead in Va. governor's race, new poll shows: 'This is anyone's race'

Biden administration expands no-go zones where ICE can't arrest illegal immigrants

EXCLUSIVE: House Republicans launch probe into White House, school board group 'collusion'

Trump to attend World Series Game 4 in Atlanta this weekend

Cotton to Garland: 'Thank God you are not on the Supreme Court'

feedback

Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 8 of 10




 News Policy Commentary Sports Special Reports Events Podcasts Games Subscribe Sign In

Atlanta this weekend

Cotton to Garland: 'Thank God you are not on the Supreme Court'

McAuliffe's diss of parents is a disqualifier

'Howdy': Nick Sandmann reminds Brian Stelter why conservatives distrust media

Brett Favre repays $600,000 in welfare money, auditor says

Biden drops expanding Medicare to cover dental, vision from budget bill

Senior Army flight surgeon warns pilots could die in mid-flight from vaccine side effects

DeSantis takes on Biden over COVID-19 limits ... and wins

feedback

nerdwallet
FIND A CARD
Easily compare 2021's best cards.
What would you do with up to 5% cash back?

Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 9 of 10


News Policy Commentary Sports Special Reports Events Podcasts Games Subscribe Sign In

effects

DeSantis takes on Biden over COVID-19 limits ... and wins

nerdwallet
FIND A CARD
Easily compare 2021's best cards.
What would you do with up to 5% cash back?

feedback

NEWSLETTERS

- Breaking News
- Tammy Bruce
- Daily
- Jennifer Harper
- Weekly
- Bill Gertz
- Today's Opinion
- Front Page Podcast
- Charles Hurt

Email Address Submit
Terms of Use / Privacy Policy / Manage Newsletters

FIND US ON FACEBOOK
The Washington Times
Opinion
Local
Sports

FIND US ON TWITTER
The Washington Times
Opinion
Local
Sports

Subscribe | Classifieds | E-edition | Customer Service | Careers | Terms | Privacy | RSS | Advertise | FAQ | About | Contact

All site contents © Copyright 2021 The Washington Times, LLC
3600 New York Avenue NE | Washington, DC 20002 | 202-636-3000

Document title: Mike Lindell, My Pillow CEO, has conspiratorial pro-Trump film yanked from YouTube, Vimeo - Washington Times
Capture URL: https://www.washingtontimes.com/news/2021/feb/6/mike-lindell-my-pillow-ceo-has-conspiratorial-pro-/
Capture timestamp (UTC): Thu, 28 Oct 2021 18:41:02 GMT
Page 10 of 10