# Exhibit 140


Sell everywhere that matters online. GoDaddy — Start for Free

   The Biden Presidency  Facts First  California Recall   LIVE TV  Edition   

AMERICA'S CHOICE 2018

# How Mike Lindell, the MyPillow guy, became a midterm messenger

 By Betsy Klein, CNN
Updated 11:34 AM EST, Sun November 4, 2018



01:24 - Source: CNN

My Pillow CEO campaigns for Trump

**MORE FROM CNN**

 Olivia Rodrigo says Biden gave her a shoehorn and some M&Ms when she…

 National Weather Service urges New Yorkers to "take it slow" today if…



**Columbia, Missouri (CNN)** — President Donald Trump isn't getting much sleep, and neither is Mike Lindell. But with days to go before the midterm elections, don't blame their pillows.

Lindell, the mustachioed "MyPillow" inventor and infomercial star, is doing his part ahead of next Tuesday, hitting the road in support of conservative candidates and popping up at many a Trump rally across the country. Lindell, one of just a few "celebrity" endorsers, gave Trump his seal of approval early and remains a key supporter.

Document title: How Mike Lindell, the MyPillow guy, became a midterm messenger | CNN Politics
Capture URL: https://www.cnn.com/2018/11/03/politics/donald-trump-mike-lindell-mypillow-midterms/index.html
Capture timestamp (UTC): Thu, 28 Oct 2021 18:47:04 GMT
Page 1 of 13

hitting the road in support of conservative candidates and popping up at many a Trump rally across the country. Lindell, one of just a few "celebrity" endorsers, gave Trump his seal of approval early and remains a key supporter.

Though Lindell might not be a household name, his MyPillow certainly is, and he's a recognizable guy, his high-energy infomercials having been on television more than 7 million times.



Lindell, an evangelical Christian and former crack cocaine addict who has been sober 10 years this January, has forged an unlikely path to the political arena, one that literally came about as the result of two dreams.



**RELATED ARTICLE**
Trump slams 'crazy, lunatic' constitutional amendment in midterm endgame

The first, in 2004, when Lindell dreamed of inventing the perfect pillow. He developed and patented his foam pillow, pitching it from a mall kiosk to fairs, home shows and expos, and, ultimately, on unscripted, nationally televised infomercials. After his first infomercial aired in 2011, Lindell's Minnesota-based company grew from 5 employees to 500 in 40 days.

The second dream, in 2015, came shortly before Trump declared his candidacy.





Christiane Amanpour reacts to 'shocking' claim from daughter of ex-...



Veteran NFL official Carl Madsen dies on way home from Chiefs-Titan...



Minnesota-based company grew from 5 employees to 500 in 40 days.

The second dream, in 2015, came shortly before Trump declared his candidacy.

"I actually had a dream that I would meet Donald Trump in an office, and then all of a sudden he ran for president," Lindell recalled in an interview with CNN this week. "I didn't know why and then he came down that (escalator), he's running for president."

A year later, he had a private meeting with the then-Republican nominee in his Trump Tower office. The two talked about Made in America – his pillows are made in the USA – and inner city initiatives.

## 'I just believed in Donald Trump'


Alex Brandon/AP

That meeting sealed the deal.

"I just believed in Donald Trump so much after that meeting with him ... He has a heart that cares. And maybe people don't see that out there when he's on TV and stuff, because he's such a fighter and wants to win and wants to help this country so bad and help people," Lindell said.

Lindell endorsed Trump, appearing in the "spin room" at two general election debates and speaking at a Minnesota rally days before the election. He's been an



White Diamond 14k Yellow Gold Quad Ring 2.00ctw
Jewelry Television


Historic Figures Who Lived Long Enough To Be Photographed
ItsTheVibe


Women's Dark Slate Hyperactive Training Shorts
GovX





and wants to help this country so bad and help people, Lindell said.

Lindell endorsed Trump, appearing in the "spin room" at two general election debates and speaking at a Minnesota rally days before the election. He's been an invited guest to multiple White House events since Trump took office and spent time with Trump at Mar-a-Lago during Easter weekend when he was a guest of another club member.



Sign up for **CNN What Matters Newsletter**

Every day we summarize What Matters and your inbox.

<table><tr><td>Sign Me Up</td><td>No Thanks</td></tr></table>

By subscribing you agree to our privacy policy.

For Trump, a MyPillow owner, the feeling is mutual.

"They went out and bought their own pillows," Lindell said, adding that Trump told him he recently "went out and bought some more pillows."

Trump has said he and the first lady both sleep on MyPillows.

"You ever see this guy with the pillows on Fox? MyPillow guy, Mike Lindell, where is Mike? He is the greatest," Trump said at a June North Dakota rally. "First of all, he does make a great product, great pillows. I actually use them. He's been a supporter from Day 1."

"I had no idea he was going to do that, I didn't even know he knew I was there," Lindell said, laughing.

## An education

Lindell admits he was "very uneducated" when it came to politics before Trump entered the arena.

"I had to learn what a liberal was, what a conservative was. I didn't know anything about politics. I'm not

You Will Thank Yourself With 5x Cash Back Rewards

Pay No Interest Until 2023 with a Better Credit Card

The Best Credit Cards for People with Excellent Credit

Don't Ignore These Valuable Cash Sign Up Bonuses

The Brilliant Way to Pay Off $10,000 in Credit Card Debt

**CONTENT BY LENDINGTREE**

Shave Years Off Your Mortgage Payments

Experts Are Urging Americans to Refinance

Crush Your Debt: Refinance to a 15 yr Fixed

Don't Wait, Get Your Personalized Refinance Rates Now

Can you refinance with $0 out of pocket?

## An education

Lindell admits he was "very uneducated" when it came to politics before Trump entered the arena.

"I had to learn what a liberal was, what a conservative was. I didn't know anything about politics. I'm not kidding. I was an addict, I was a crackhead. I didn't get into politics and I didn't realize how important they were," he said.

Two years later, the entrepreneur has endorsed a slate of candidates, ranging from Minnesota Republican gubernatorial candidate Jeff Johnson to Virginia Republican Senate candidate Corey Stewart.

"The reason I hope that the Republicans hold the house is so (Trump) gets the backing he needs to finish all the promises that he's made," he said.

In the last two weeks alone, Lindell has criss-crossed the country, attending Trump rallies, visiting the White House for an opioid bill signing, appearing at political fundraisers, speaking to millennials at an evangelism event, attending an event with Lara Trump, whom he considers a friend, and talking pillows on QVC. On Friday, Lindell traveled to the Florida Panhandle to hand out 10,000 pillows to hurricane victims.

He's been to a cadre of Trump rallies: Rochester, Minnesota; Fargo, North Dakota; Houston, Texas, and Thursday in Columbia, Missouri. He pays for his own transportation and lodging. He spoke on stage before the President in Rochester, but mostly, he just roams around with his VIP badge, talking to supporters.

In the lead-up to Trump rallies, loud music blaring and an atmosphere much like a rock concert, Lindell holds court. Attendees form a line, clamoring to get a photo with the "MyPillow Guy."

Here in Columbia, a volunteer held the crowd back as he greeted red-hatted fans, receiving line-style.

Karin Housley, who is running for Democrat Al Franken's Senate seat in Minnesota, is one candidate benefitting

Crush Your Debt: Refinance to a 15 yr Fixed

Don't Wait, Get Your Personalized Refinance Rates Now

Can you refinance with $0 out of pocket?

How To Reduce Your Monthly House Payment

**Paid Links**

Average Retirement Savings by Age

How To Clean Up Clutter

Ford F-150 Pickup Truck Prices

Top 5 Stocks to Buy Now

Trendy Clothes for Older Women

Here in Columbia, a volunteer held the crowd back as he greeted red-hatted fans, receiving line-style.

Karin Housley, who is running for Democrat Al Franken's Senate seat in Minnesota, is one candidate benefitting from Lindell's star power.

Last week, Lindell lent his name ("Mike Lindell – My Pillow" in the "from" line) to a fundraising email on Housley's behalf: "Friend – you may know me from inventing MyPillow, but that's not why I am emailing you today. I want to tell you about Karin Housley and why her United States Senate race is critical to Minnesota and the rest of our country."

A spokesperson for Housley praised Lindell for using his platform to "stand up for the issues that are important to him and many Minnesotans."

"He has spoken on Karin's behalf a number of times and we really appreciate all he's doing to help out our campaign," Housley spokesman Jake Schneider told CNN.

So why should voters listen to the "MyPillow guy" when they head to the polls on Tuesday?

"Because they trust me. I do my due diligence," he said. "When I put my credibility behind someone, or anything – even if it's a product," he said. "To me, it has to help people. I would ruin my credibility if I put my stamp of approval of anything I didn't do my due diligence on."

## The "MyPillow guy"

While some companies have faced backlash for supporting Trump, Lindell says the pillow business hasn't been affected by his politics – in fact, it's growing.

"It's been very good for business, but I just do what I'm supposed to do, what God's called me to do. And I really – I'm not going to back down," he said.

growing.

"It's been very good for business, but I just do what I'm supposed to do, what God's called me to do. And I really – I'm not going to back down," he said.

When many advertisers pulled their ads from Fox News' Ingraham Angle after a tweet host Laura Ingraham posted mocking Parkland shooting survivor David Hogg, Lindell stood by her.

"You wanna boycott me, that's fine, but I'm not changing my advertising. I'm going to do what I'm gonna do, and I believe in (Trump)," he said. "I've stuck by my beliefs, I'm not going to change. And every day, my business – they say, 'What's your busiest day?' and I say, 'It's the day we're sitting in.' I'm not kidding. We just keep getting busier and busier."

Being known as the "MyPillow Guy" doesn't bother him "at all," Lindell said, noting that about half of the people he meets know his actual name. (Although when I asked one lady, who was showing off her selfie, what she thought of Mike Lindell, she asked, "Who?")

"Absolutely, that doesn't bother me, that's my platform," he said. But he hopes to use that platform to evangelize and help others struggling with addiction.

Lindell is open about his crack cocaine addiction, bringing it up unprompted multiple times. He's currently developing the Lindell Recovery Network, a resource for those seeking faith-based addiction treatment that will roll out early next year.

After Election Day, it's Lindell's hope that he can work with politicians he is helping to elect to ease regulations in the addiction treatment arena.

"I want to get these people help," he said.

As to whether he'd consider entering the political arena himself, Lindell isn't ruling it out.

"Right now, no, but if God wanted me to do it, if I got it in prayer, I would do it tomorrow," he said.

As to whether he'd consider entering the political arena himself, Lindell isn't ruling it out.

"Right now, no, but if God wanted me to do it, if I got it in prayer, I would do it tomorrow," he said.

"Put it this way, nothing would scare me. I've watched what God's done in my life and nothing would surprise me," he added, remarking aloud that he is "an ex-crack addict who's sitting with the President of the United States."

PAID CONTENT 



**Before you renew Amazon Prime, read this**
Sponsored: Capital One Shopping



**People in Chicago are Loving Martha Stewart's Meal Kit**
Sponsored: Martha Stewart & Marley Spo...

     



**How to buy Apple devices without paying Apple prices**
Sponsored: Capital One ...



**[Pics] If You Have This Coin, You Can Retire**
Sponsored: ItsTheVibe



**[Gallery] The AT&T Girl, This Is Her In Real Life**
Sponsored: Definition

  



**Health**

How to best burn calories while walking



**Entertainment**

Channing Tatum weighs in on Dave Chappelle controversy



**Entertainment**

Here's a first look at 'The Munsters' reboot cast



**U.S.**

Vehicle of family that went missing 20 years ago...



**CNN**

Stealthing is still flying dangerously under the radar



Most Affordable Camper Vans
Sponsored: Camper Vans Warehouse



Nobody Has Scored 14/15 On This Classic Mascot Quiz
Sponsored: Bon Voyaged



Anyone With Type 2 Diabetes Should Watch This!
Sponsored: healthgoodtop



You Probably Heard About Machine Washable Rugs....
Sponsored: Ruggable



Wacky Signs Stores Put Up In Illinois
Sponsored: http://betterb...





Document title: How Mike Lindell, the MyPillow guy, became a midterm messenger | CNN Politics
Capture URL: https://www.cnn.com/2018/11/03/politics/donald-trump-mike-lindell-mypillow-midterms/index.html
Capture timestamp (UTC): Thu, 28 Oct 2021 18:47:04 GMT                                                                                    Page 9 of 13















**Illinois Drivers With No DUIs Getting a Pay Day On...**
Sponsored: Best5AutoIns...

**If You Get A 7/10 On This Basic Science Quiz Your IQ Is 145**
Sponsored: QuizGriz

**Rapper Nelly's Crumbling $600K Mansion**
Sponsored: Investing.com




Entertainment
**Peter Scolari, 'Bosom Buddies' and 'Newhart' star, has died**

Politics
**US has few good options if China seizes islands close to Taiwan, war game concludes**





CNN
**Australian police search for 4-year-old girl missing fro...**

U.S.
**Human remains in Iowa positively identified as missi...**

U.S. Videos
**Charlottesville organizers left behind an...**




**Diabetics: This Simple Method Keeps Blood Sugar In Control. (It's Genius!)**
Sponsored: newhealthylife.club

**Historical wild west photos- discretion advised**
Sponsored: Bon Voyaged







(It's Genius!)
Sponsored: newhealthylife.club


Sponsored: Bon Voyaged


[Pics] Decades Later Plane Found, But They Looked...
Sponsored: Equity Mirror

Kirkland Products That Are Actually Big Brands In...
Sponsored: Money Wise

Science Says: Kibble Can Have These 3 Negative...
Sponsored: ultimatecath...


Health
New CDC data shows the risk of dying from Covid-19 is 11 times higher for unvaccinated adults...


Politics
Did Ivanka Trump and Jared Kushner crash John McCain's funeral or not?


CNN
Sitting Bull's great-grandson identified using new DNA...


CNN
Remains and personal items were previously...

Entertainment
Megan Thee Stallion debuts her 'Hellraiser'...


[Pics] Goodbye ALDI!? Every Single Store Closing in 2021
Sponsored: Housediver


If You're Going To Buy An Air Fryer, Read This
Sponsored: Capital One Shopping













