# Exhibit 144



Tweet

Search Twitter

**Mike Lindell**
@realMikeLindell

I am going on Jimmy Kimmel tonight!
I know I will be attacked but we have to get rid of the voting machines and I am willing to be humiliated to help get the word out and save our country!

11:02 PM · Jan 31, 2023 · **1.4M** Views

**7,635** Retweets **636** Quote Tweets **45.7K** Likes

**Jerrod Sessler for Congress '24** 🇺🇸 @Sessler · Jan 31
Replying to @realMikeLindell
Thank you Mike! You will do great! Keep fighting!
10 4 208 15.3K

Show replies

**Don Palmer** @VotingGuy · Feb 1
Replying to @realMikeLindell
The voting machines have never been more accurate, secure, resilient from fraud. A new generation of voting machines are right around the corner. Humans make many errors in counting and may even commit crimes when they put personal interest above democracy. That's the bottom line
94 4 74 10.6K

**Mr. Coffeefe** ☕ @MAGARIFFIC2 · Feb 1
Replying to @VotingGuy and @realMikeLindell
I certainly hope you land in jail for your hand in this 🤷‍♂️
1 33

**Jonathan Goldman** @akjakalope · Feb 1

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell**
@realMikeLindell
Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





Tweet

Search Twitter

**Jonathan Goldman** @akjakalope · Feb 1
Replying to @realMikeLindell
I can't wait until you go from being a rich crackhead back to being a broke crackhead
25 · 51 · 4,058

**Cognizant** @achanel561 · Feb 1
Replying to @akjakalope and @realMikeLindell
Cruel
1 · 142

**SReed** @stevereederiowa · Jan 31
Replying to @realMikeLindell
Your courage has no bounds. Kimmel has no class whatsoever. There is a reason why Gutfeld has been decimating Colbert and Kimmel in the ratings. The Left does not get it.
97 · 37 · 876 · 22.7K

Show replies

**Lucky Molly** @molly1995_b · Jan 31
Replying to @realMikeLindell
OMG. You'll never get rid of voting machines that are perfectly safe. Find yourself a good shrink, which is really what you need. Not trying to attack you.
257 · 6 · 191 · 15.4K

**Mindy Robinson** 🇺🇸 @iheartmindy · Feb 1
Replying to @molly1995_b and @realMikeLindell
Even top level Democrats and mainstream news channels complained voting machines were riggable, because they are...right up until the ridiculous results of the 2020 election that they wanted.
34 · 45 · 408 · 21.3K

Show replies

**Brian Perras** @bperras12 · Feb 1
Replying to @realMikeLindell
I agree with you! Thank you Mike, for your sacrifice to our Republic.
5 · 2 · 44 · 9,429

Show replies

**Dan Sewell** @dansewell · Feb 1
Replying to @realMikeLindell
Think your @JimmyKimmelLive visit will be remembered for only one kind of machine: the claw
6 · 3,183

**Susan "Today, Merrick. Today" Bagw...** @SweetieWalk... · Feb 2
Replying to @realMikeLindell and @jenvanlaar
You're a clown act.
1 · 1 · 400

**mary gibson** @outtabe · Jan 31
Replying to @realMikeLindell
Thanks Mike !
1 · 6 · 3,275

**Laurence /Hex Banker** @LTMiller7 · Jan 31

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

**Laurence /Hex Banker** @LTMiller7 · Jan 31
Replying to @realMikeLindell
God bless you!
2 · 433

**KEVIN WALKER** @KevinWalker1263 · Jan 31
Replying to @realMikeLindell
Don't let him take charge of the convo cause he wants to make you look like a fool! Be strong Mike and take the lead!
33 · 1 · 241 · 4,673

Show replies

**Grammie4Truth** @gollysue4truth · Jan 31
Replying to @realMikeLindell
Praying for you Mike. I can't stand to watch Jimmy Kimmel, but I will watch you. God bless and be strong.🙏

1 John 3:13
"Marvel not, my brethren, if the world hate you."
7 · 11 · 246 · 10.8K

Show replies

**Richard** @Richard83547647 · Jan 31
Replying to @realMikeLindell
You should buy Bed & Bath and rename it MyStore.
8 · 2 · 203 · 2,597

Show replies

**🇺🇸❤️Vanessa❤️🇺🇸** @VanessaL1776 · Jan 31
Replying to @realMikeLindell
We're with you @realMikeLindell
2 · 14 · 2,855

Show replies

**Dion De Lesia** @DionDeLesia · Jan 31
Replying to @realMikeLindell
Cool! Good luck!
1 · 550

**Gail King** @gekpharmd · Jan 31
Replying to @realMikeLindell
We pray for you! ✝️
2 · 1,549

👤 @ch98877 · Jan 31
Replying to @realMikeLindell
Why should we get rid of electronic voting machines?
33 · 2 · 12 · 1,911

Show replies

**Pastor Jason Perry** @PastorSEALCop · Jan 31
Replying to @realMikeLindell
GOD Bless you Brother!
2 · 625

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Tweet

Search Twitter

625 · 2

**🇺🇸🍩 JULIE DONUTS 🍩🇺🇸** @JulieSnark · Jan 31
Replying to @realMikeLindell
AMERICA LOVES YOU MIKE!!!!!! 💥Boom 🇺🇸🇺🇸🇺🇸🇺🇸
1 · 3 · 58

**ɗíąղҽ FąɾӀҽվ Cook** @FarleyCook · Jan 31
Replying to @realMikeLindell
Good thing you're willing ...
524

**Ana Gladstone** @gladstonelady · Jan 31
Replying to @realMikeLindell
Thank you 🙏 for all you do
1 · 10 · 2,577

**Joey M.** @JoeyFromPhilly · Jan 31
Replying to @realMikeLindell
Jimmy is NOT a sane or stable individual. You should be careful hanging around someone like him.
6 · 5 · 256 · 3,571

Show replies

**Gus Ruiz** @lotussutra22 · Jan 31
Replying to @realMikeLindell
Fearless Warrior brought to you Faith!
4 · 437

**Q** @SCarlsgaard · Jan 31
Replying to @realMikeLindell
God bless you🌎🇺🇸❤️🙏
1 · 7 · 3,103

**Apfelmus** @1apfelmus · Jan 31
Replying to @realMikeLindell
You are a patriot! Thank you!
2 · 1,724

**Janet Milko** @janetT4724 · Jan 31
Replying to @realMikeLindell
❤️❤️❤️🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸GOD BLESS MIKE 😎👍🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸
9

**Jenn Cheng** @THATJennCheng · Jan 31
Replying to @realMikeLindell
Good luck. @jimmykimmel is neither a funny man nor a gracious host & should be thankful for the attention your appearance will get his show. He won't be though.

At the end of the day, you'll have done something good.
He will still be a struggling comedian w/ a failing show.
51 · 16 · 370 · 11.4K

**Dirty Mop Head** @DevilDog121784 · Feb 1
Replying to @THATJennCheng @realMikeLindell and @jimmykimmel
Perfectly stated !!
1 · 751

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up











Tweet

Search Twitter

1 · 751

**Jenni Conley** @reinjenjenni · Jan 31

Replying to @realMikeLindell

You have Right on your side, Jimmy Snivel got nothing.
Commence the triggering of the left ❤️

4 · 1 · 30 · 752

Show replies

**Sally** @DogRescueSC14 · Jan 31

Replying to @realMikeLindell

Mike, you have put everything on the line for this country and you have gotten nothing. I love you for what you have sacrificed and thank you for doing all this for the America we both love!

8

**Wallybonkers™** @WhtTheActualFuk · Jan 31

Replying to @realMikeLindell

Dear Lord Mike. Good luck! Make sure you have you come backs locked and loaded!

4 · 363

**Stafford Long** @StaffordLong · Jan 31

Replying to @realMikeLindell

Be sure you take a shower after you leave that left wing cesspool. I recommend drying off with a #MyPillow towel!

1 · 22 · 377

Show replies

**Pepehu Kekbar** 🐸 @PKekbar · Jan 31

Replying to @realMikeLindell

Give 'em Heaven, Mike!

32

**Donna DeVos** @donna_devos · Jan 31

Replying to @realMikeLindell

No, Mike do it with humor and a quick whip! A real man is never affraid to speak up for the truth! Go Mike!

25 · 2,488

**Alex Stein #99** @alexstein99 · Jan 31

Replying to @realMikeLindell

Just go on there and be yourself! You got this!

22 · 40 · 1,697 · 32.5K

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell **Follow**

Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

#

22 40 1,697 32.5K

Show replies

Audsauce @Audjuice9989 · Jan 31
Replying to @realMikeLindell
You'll be alright Mike!
4 1 96 3,773

ItsLorysStory @LorysStory · Jan 31
Replying to @realMikeLindell
I'm sad he will help give him any ratings
3 2 20 2,713

Show replies

Michael @MDSJR4 · Jan 31
Replying to @realMikeLindell
High as a kite 😅

The following media includes potentially sensitive content.
Change settings
View

2 9 152

Show replies

Karen Earl @KarenEa67825845 · Jan 31
Replying to @realMikeLindell
God bless you Mike! ❤️👉🇦🇺
402

Elsa Kitty @JesusReigns2030 · Jan 31
Replying to @realMikeLindell
Stand strong Mike! We are with you no matter Evil Kimmel.
1 28 747

Russ Koenig @RussKoenig5 · Jan 31
Replying to @realMikeLindell
🙏🙏🙏
👁❤️🐘
844

Donna Rae Lands @LadyDonnaLands · Jan 31
Replying to @realMikeLindell
Good luck. Do your best.
2 1,797

JD @jstndoyle · Jan 31
Replying to @realMikeLindell
Mike fights for us!!
1 846

Zina Wilson @ZinaWilson3 · Jan 31
Replying to @realMikeLindell
God bless you! He may attack you, but it's awfully nice of you to agree to go on, you know, he's grasping at straws to keep his job. Having you on may boost his ratings & save him for one more day. Just start talking & don't stop to give him a chance to ask any attacking question
2 3 35 1,656

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

Mike Lindell @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

2 3 35 1,656

**Hummingbirder™** @jimsilpeg · Feb 1
Replying to @realMikeLindell
Just hand him a MyPillow and say four little words: "Bed, Bath, and Beyond."

2 2 9 596

**PractiKel** @escapefromNYnow · Feb 1
Replying to @realMikeLindell
Aw. We ❤️ u. You're going back after his rude behavior? Bigger than I could be. I know it's all about getting the word out tho!

3 41

**Grace Chong** @gc22gc · Feb 1
Replying to @realMikeLindell
Mypillow 2.0!!!

2 2 88 3,527

**Wolfmanmos** @Snuffawupalous · Feb 1
Replying to @realMikeLindell
Whoever dwells in the shelter of the Most High will rest in the shadow of the Almighty. I will say of the Lord, "He is my refuge and my fortress, my God, in whom I trust."

**Psalm 91**

1 Whoever dwells in the shelter of the Most High
will rest in the shadow of the Almighty.
2 I will say of the Lord, "He is my refuge and my fortress,
my God, in whom I trust."

3 Surely he will save you
from the fowler's snare
and from the deadly pestilence.
4 He will cover you with his feathers,
and under his wings you will find refuge;
his faithfulness will be your shield and rampart.
5 You will not fear the terror of night,
nor the arrow that flies by day,
6 nor the pestilence that stalks in the darkness,
nor the plague that destroys at midday.
7 A thousand may fall at your side,
ten thousand at your right hand,
but it will not come near you.
8 You will only observe with your eyes
and see the punishment of the wicked.

9 If you say, "The Lord is my refuge,"
and you make the Most High your dwelling,
10 no harm will overtake you,
no disaster will come near your tent.
11 For he will command his angels concerning you
to guard you in all your ways;
12 they will lift you up in their hands,
so that you will not strike your foot against a stone.
13 You will tread on the lion and the cobra;
you will trample the great lion and the serpent.

14 "Because he loves me," says the Lord, "I will rescue him;
I will protect him, for he acknowledges my name.
15 He will call on me, and I will answer him;
I will be with him in trouble,
I will deliver him and honor him.
16 With long life I will satisfy him
and show him my salvation."

4 36 1,662

**~ Scott ~** @cyberwalkers · Feb 1
Replying to @realMikeLindell
👍

2 927

**Lou Nicosia** @lounicosia57 · Feb 1
Replying to @realMikeLindell
You're going on Kimmel to sell pillows.

1 14 170

**Sherrye Richardson** @SherryeRichard1 · Feb 1

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell
Follow
Inventor and CEO of MyPillow Evangelist Author "What Are the Odds?"

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

**Sherrye Richardson** @SherryeRichard1 · Feb 1
Replying to @lounicosia57 and @realMikeLindell
😁😂

9

**Barry Hull** @PilotJudgment · Feb 1
Replying to @realMikeLindell
Don't get trapped with gotcha questions. Smile politely and speak your mind.

2 4 275

Show replies

**FebruaryKel** @KelFebruary216 · Feb 1
Replying to @realMikeLindell
You are a really good person. #Godspeed

3 360

**Doug Golde** @golde_doug · Feb 1
Replying to @realMikeLindell
I'd be ok with machines that scan and retain a paper ballot. Speed of counting with ability to audit or full recount.

1 1 644

**MoneyPenny700** @MoneyPenny700 · Feb 1
Replying to @realMikeLindell
Good luck and God bless !

85

**Donavon Lee** 👮🚓🚔🚨 @donlee1971 · Feb 1
Replying to @realMikeLindell
Go get'em Mike!

14 500

**amy** @doodles4love · Feb 1
Replying to @realMikeLindell
God be with you❤️

1 823

**Tiffany** 💎 @tjb123_tiffany · Feb 1
Replying to @realMikeLindell and @deplorabletbs40
Be sure to remind him about his tanking ratings!

9 1 188 2,383

**Old School** @CHiPs1988 · Feb 1
Replying to @tjb123_tiffany @realMikeLindell and @deplorabletbs40
Exactly!!

7

**Desert Lagoon** @DesertLagoon · Feb 1
Replying to @realMikeLindell
Some states have digital voting machines written into the law that they MUST be used. Very nefarious and a big problem! @realMikeLindell

10 407

**derrell** @derrelltj34 · Feb 1
Replying to @realMikeLindell
Appreciate your persistence Mike! Keep the faith!

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Replying to @realMikeLindell
Appreciate your persistence Mike! Keep the faith!
2 414

**hop_hof_it** @hop_hof_it · Feb 1
Replying to @realMikeLindell
Please dont go on mike. Just please. Its not going to go the way you think
507

**@Markle Ω** @Mr_Webcast · Feb 1
Replying to @realMikeLindell
Kimmel is mocking you.
You and #MAGA don't get it
You don't upset us - you don't own us
We laugh at you
Maybe even pity you
1 49 372
Show replies

**Nicholas Petersen** @NickPetersen7 · Feb 1
Replying to @realMikeLindell
I LOVE you man! Go Lindell, may Mi-cha-El be with you
1,596

**Spence Rogers** @SpenceRogers · Feb 1
Replying to @realMikeLindell
We love you, Mike. Great slippers by the way. Wearing them now. Very comfortable.
2 41 579
Show replies

**Buckle_Up** @Tahdahling · Feb 1
Replying to @realMikeLindell
🙏
185

**Realwierda** @realwierda · Feb 1
Replying to @realMikeLindell
Patriot
475

**Ray Ray** @rayrayld · Feb 1
Replying to @realMikeLindell and @Jules31415
I still won't watch Kimmel though
1 12 2,476

**I Hate The Media©™** 🇺🇸 @ihatethemedia · Feb 1
Replying to @realMikeLindell and @Sticklizard3
Give him a pillow and some slipper so he'll feel guilty.
1 14 223

**M.J.McLaughlin** 🇺🇸 @mjm277 · Feb 1
Replying to @realMikeLindell
You would have better viewer reach, if you went on @greggutfeld
- I've never watched a single episode of Kimmel🤣
2 3 64 3,683
Show replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up







Tweet

Search Twitter

2 · 3 · 64 · 3,683

Show replies

**Julia** 🇺🇸 @Jules31415 · Feb 1
Replying to @realMikeLindell @jimmykimmel

19 · 27 · 338 · 6,838

**♠Audsauce♠** @Audjuice9989 · Feb 1
Replying to @Jules31415 @realMikeLindell and @jimmykimmel

20 · 884

**Margery Mahr** 🎗🇺🇸 @MargeryMahr · Feb 1
Replying to @realMikeLindell
America will be routing for you, sir.

DVRd the @JimmyKimmelLive show tonight to watch @realMikeLindell get the word out about America's stolen elections.

5 · 2 · 11 · 761

**Margery Mahr** 🎗🇺🇸 @MargeryMahr · Feb 2
Replying to @MargeryMahr @realMikeLindell and @JimmyKimmelLive
* rooting

14

**Blend America** 🇺🇸 @blendamerica · Feb 1
Replying to @realMikeLindell
You got this! 🇺🇸

192

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell — Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

You got this! 🇺🇸

192

**Aimless** @Flightless223 · Feb 1
Replying to @realMikeLindell
Going on Kimmel seems like a mistake

141

**Taylor Man's Lures** @taylormanslures · Feb 1
Replying to @realMikeLindell
We love you, Mike! Thank you for all you're trying to do. USA!

3 891

**Diane Hardwick** @DianeHardwick · Feb 1
Replying to @realMikeLindell and @gatewaypundit
I'm so proud of you Mike. I know that in your life you've been through Hell. Anything Kimmel et al dish out is a cake walk. Blessings.

1 30

**x ohh** @godsrebirth369 · Feb 1
Replying to @realMikeLindell
Thank you 🙏 keep speaking up and using your platform for #JUSTICE !

4 254

**LadyNic17** @LadyNic17 · Feb 1
Replying to @realMikeLindell
Just take a deep breath, center yourself and remember your message. He will try to rattle you and be condescending. You are a kind and genuinely sweet man with good intentions. Put him on the hot seat. Ask him why he doesn't want to protect elections from fraud?

3 4 53 1,177

Show replies

**CheezitTheHealthCop** @OfficerCheezit · Feb 1
Replying to @realMikeLindell
Well... I hope you are properly prepared

452

**Kathleen Winchell 🇺🇸🇺🇸🇺🇸❤️🤍💙UL...** @KathleenWi... · Feb 1
Replying to @realMikeLindell
I love Mike !

6 475

**Kathleen Winchell 🇺🇸🇺🇸🇺🇸❤️🤍💙UL...** @KathleenWi... · Feb 1
Replying to @realMikeLindell
I am praying for you Mike! 🙏🙏🙏

1 14 1,160

**Robert S** @Walkingman08 · Feb 1
Replying to @realMikeLindell
Fkem Mike

1 30

**Anthony Speziale 🇺🇸🏔️🍊** @A86Spez · Feb 1
Replying to @realMikeLindell
God bless you, sir! Anyone with a voice should be talking about election fraud.

4 7 508

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

fraud.

💬 4          ↻          ♡ 7          📊 508          ⬆️

Show replies

**Diane** ✓ @littlemom55 · Feb 1
Replying to @realMikeLindell
Your voice is much appreciated. God bless you.

💬          ↻          ♡ 3          📊 258          ⬆️

**Cindy A Martin** ✓ @eve1753cm · Feb 1
Replying to @realMikeLindell and @PolitlcalLinz
Thank you Mike ❤️🇺🇸

💬 1          ↻          ♡ 1          📊 957          ⬆️

**D'Shaun Maddeauxn X** ✓ 🇩🇪 @1withdirt · Feb 1
Replying to @realMikeLindell
Oh my.  Applaud the effort.

💬          ↻          📊 778          ⬆️

**Glenis Batley** ✓ @GlenisThaMenace · Feb 1
Replying to @realMikeLindell
I love you and thank you, Mike Lindell!

💬          ↻          📊 1,185          ⬆️

**Michael Cleere** ✓ @mikecleere · Feb 1
Replying to @realMikeLindell
So you'd degrade yourself before you'd get a life saving vaccine?

Well......Good-luck Buddy, I'll be watching ya!

💬 4          ↻ 1          ♡ 32          📊 488          ⬆️

Show replies

**VIOLET** ✓ @violetssmith · Feb 1
Replying to @realMikeLindell
🙏🙏🙏🙏

💬          ↻          ♡          📊 347          ⬆️

**Howie Levit** ✓ @HowieLevit · Feb 1
Replying to @realMikeLindell

businessinsider.com
Trump once said only 'the mob' uses the Fifth Amendment. Now he's...
"If you're innocent, why are you taking the Fifth Amendment?" he
asked in 2018.

💬          ↻          ♡          📊 5          ⬆️

**New to Twitter?**

Sign up now to get your own personalized timeline!

G   Sign up with Google

   Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

**Relevant people**

Mike Lindell ✓
@realMikeLindell          Follow

Inventor and CEO of MyPillow 🇺🇸
Evangelist 🙏 Author "What Are the
Odds?" 📖

**What's happening**

UEFA Europa League · 48 minutes ago
Manchester United vs FC
Barcelona

Video games · Trending
Mortal Kombat 12
1,357 Tweets

Sports · Trending
Xavi
105K Tweets

Sports · Trending
De Jong
1,292 Tweets

Trending in United States
Sabitzer
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



Tweet

5

**Sol** @Solmemes1 · Feb 1
Replying to @realMikeLindell and @Sticklizard3
Love ya Mike!
3 1 50 1,633

Show replies

**ItsLorysStory** @LorysStory · Feb 1
Replying to @realMikeLindell
Oh Mike, this is not gonna be good.
18

**James William** @BigTimeJames86 · Feb 1
Replying to @realMikeLindell
👏
1 526

**jen at the beach** @jenmishkin · Feb 1
Replying to @realMikeLindell
You were GREAT!!!
4

**Scary Election Denier** 🇺🇸 @nomandatesco · Feb 1
Replying to @realMikeLindell
We love you Mike ‼️ show that 🤡what a real hero looks like ! ‼️💯🙏❤️
1 8 159

**Doug Dunbar** 🇺🇸 @DougieColorado · Feb 1
Replying to @realMikeLindell and @NnPnemck
💯❤️🇺🇸!!!
795

**Dasha** @dasha_dagmar · Feb 1
Replying to @realMikeLindell
God bless 🙏
23

**Brian O'Shea** @BrianOSheaSPI · Feb 1
Replying to @realMikeLindell
Doesn't matter, @jimmykimmel probably got his 2 mrna shots/4 boosters...if we are right (and I'm very sure we are, as is the insurance industry) he's got about 1 more season left, maybe less...God forbid...or not
7 1 17 2,016

Show replies

**Jack Hopkins** @thejackhopkins · Feb 1
Replying to @realMikeLindell
Why do you have a sword pin on your lapel?
2 26 484

Show replies

**Ruby Tumbleweeds Badger** @RubyVonBadger · Feb 1
Replying to @realMikeLindell
there is MAGA AND THEN SUPER MAGA! Mike is Super MAGA!
2 23

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up







Tweet

there is MAGA AND THEN SUPER MAGA! Mike is Super MAGA!

2 · 23

**Anne Campbell** @cinnamonpatriot · Feb 1
Replying to @realMikeLindell
Kudos sir!

13

**George** @BehizyTweets · Feb 1
Replying to @realMikeLindell
God bless you Mike

1 · 2 · 103 · 2,586

Show replies

**Anti-politician** @willhulett · Feb 1
Replying to @realMikeLindell
You are a saint!!!

161

**Sharkman690** @Sharkman690 · Feb 1
Replying to @realMikeLindell
Agreed

287

**Theresa Simms** @tsimmsva · Feb 1
Replying to @realMikeLindell and @Julie4TruthLove
You are such a better person than Jimmy Kimmel. Kimmel is a 💩💩

23 · 265

**Soft Parade** @bill_krajeski · Feb 1
Replying to @realMikeLindell
Not watching that garbage show. Won't give it ratings

3

**Al Mancini** @Anthraxx187 · Feb 1
Replying to @realMikeLindell and @Cap2472
God bless you Mike.

74

**Classical Liberal Arts Academy** @wcmclaa · Feb 1
Replying to @realMikeLindell
This guy is only interested in selling his pillows.

15

**Charlie Lowry** @charlieLowry62 · Feb 1
Replying to @realMikeLindell
America needs voting reform

2 · 47

**Dan** @DanPDS_ · Feb 1
Replying to @realMikeLindell
When you get there, chuck the bird to him for me.

126

**Andrew Mullican** @MullicanDesigns · Feb 1
Replying to @realMikeLindell and @Jules31415
God speed I agree Mike hopefully they will listen it is common sense they should

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell — Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Replying to @realMikeLindell and @Jules31415

God speed I agree Mike hopefully they will listen it is common sense they should.

52

**Frank Scavo** @FrankScavo4 · Feb 1

Replying to @realMikeLindell

Amen Mike!! Give em hell..and the truthful hurt!!

64

**Sir Robbie** @robs_yer_uncle · Feb 1

Replying to @realMikeLindell

We all know Lindell is not a serious person, he belongs on late-night comedy shows.

youtube.com
Sam Harris demolishes Christianity
Sam Harris decimates the arguments of Divine Command Theory and Christian doctrine based ...

2 33

**AvocadoBob** @AvocadoBob1 · Feb 1

Replying to @realMikeLindell

"With great sleep comes great wisdom. Wisdom of the ages." - Anonymous

1 72

**Vickie ❤️ Fisher** @VickieLFisherME · Feb 1

Replying to @realMikeLindell

Great Job Mike!!! With You ALWAYS.

1 115

**Luis H Ball** @ball1_ball · Feb 1

Replying to @realMikeLindell

Its a mistake. He has rehearsed every word you'll hear out him tonight. He's discussed them with writers and producers, etc. you'll be there counting on your wits. It will not go well for you.

27

**NiKKi** @NikkiCush · Feb 1

Replying to @realMikeLindell

You did great Mike!! Handled Kimmel like a pro!!❤️👏

1 15

**Erica** @EricaDLAN · Feb 1

Replying to @realMikeLindell

Putting everything on the line is what most people won't do.

1

**Khage Daminal** @DaminalKhage · Feb 1

Replying to @realMikeLindell

Courageous American

8

**Deplorable Native American** @lisa_native · Feb 1

Replying to @realMikeLindell

This will be epic

1 8

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow

Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

This will be epic

💬        🔁        🤍 1        📊 8        ⬆️

**Ulises G** ✓ @UlisesBawi · Feb 1
Replying to @realMikeLindell
I gotta admit this is brave

💬        🔁        🤍        📊 222        ⬆️

**Steve Christie** ✓ @rschristie71 · Feb 1
Replying to @realMikeLindell and @Bpeters1558
I back you 100%

💬        🔁        🤍 6        📊 37        ⬆️

**spacewench** ✓ @spacewench1 · Feb 1
Replying to @realMikeLindell
Good luck!

💬        🔁        🤍        📊 9        ⬆️

**quincyp** ✓ @follywatch · Feb 1
Replying to @realMikeLindell
God bless you and your efforts Sir! ✌️ 🙏

💬        🔁        🤍        📊 82        ⬆️

**Paul D.** ✓ @PaulDagostino12 · Feb 1
Replying to @realMikeLindell
Thank you Mike for all you do. You are a true Patriot.

💬        🔁        🤍        📊 89        ⬆️

**Mike Atkinson** ✓ @coffeemikeatkin · Feb 1
Replying to @realMikeLindell
This guy is:

OFF THE WALL,
BAT-LOOP, CRAZY
COWBOY WAY

▶️ GIF ALT

💬 1        🔁        🤍 6        📊 124        ⬆️

**Banana Republican** ✓ @KirkManIsHere · Feb 1
Replying to @realMikeLindell
Where can I watch 🍿

💬        🔁        🤍        📊 5        ⬆️

**Sam Tomlinson–Let's Go Brandon!** 🟠✓ @samtomlinsongti · Feb 1
Replying to @realMikeLindell
Go Mike go!

**New to Twitter?**

Sign up now to get your own personalized timeline!

G    Sign up with Google

    Sign up with Apple

    Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Lindell** ✓
@realMikeLindell                [Follow]
Inventor and CEO of MyPillow 🇺🇸
Evangelist 🙏 Author "What Are the Odds?" 📖

**What's happening**

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads Info    More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

[Log in]    [Sign up]







Tweet

Go Mike go!

5

**Stephen Flurry** @StephenFlurry · Feb 1
Replying to @realMikeLindell
Courage

1 · 83

**Mallorie Steele** @ItsSoHardNotTo · Feb 1
Replying to @realMikeLindell
I love you Mike. But I wouldn't watch an episode of Jimmy Kimmel, if my life depended on it. The less propaganda in my life, the better.
And, as you already know, he's going to twist your words, and talk over anything you try to say anyway. 🤦‍♀️

3 · 16

**Linda S** @lindilu8 · Feb 1
Replying to @realMikeLindell and @Real_Charlene_C
Thank you for all that you do.

58

**Sherrye Richardson** @SherryeRichard1 · Feb 1
Replying to @realMikeLindell
Mike, pick another cause.
Nobody is hand counting votes in 2024.

4 · 34

**higherconnections** @higherconnecti3 · Feb 2
Replying to @realMikeLindell

28

**David Patterson** @DavidPa15643517 · Feb 2
Replying to @realMikeLindell
Good Luck to you

75

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell **Follow**
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

75

**Rhapsody Dax** @RhapsodyDax · Feb 2
Replying to @realMikeLindell
You have won the airways this week for sure. Great job sir 👏👏👏🏆
3

**Spaghetti Head Lady** @Esha51961 · Feb 2
Replying to @realMikeLindell
Go Mike !!!! 🇺🇸🇺🇸🇺🇸🇺🇸
1 1 12

**Al Kesten ❤️-attack survivor** @kesten_al · Feb 2
Replying to @Esha51961 and @realMikeLindell
Can't stand his commercials though
2 18

Show replies

**Paradigm Shift** @timsandz · Feb 2
Replying to @realMikeLindell
Enjoy the fun! After you lose that 1.3 billion dollar defamation lawsuit this year, the real withdrawals are going to set in.
1 8

**Rick Dreibelbis** @RickDreibelbis · Feb 2
Replying to @realMikeLindell
Absolutely! You can't outvote #DominionVotingSystems and their (or others) machines!!
41

**SamBoni** @STiSam · Feb 2
Replying to @realMikeLindell
Good man
1

**melissa 🙈🙉🙊** @my3monkees · Feb 3
Replying to @realMikeLindell and @LeporeGina
God is with you, faithful servant. You are an amazing man.
8 129

**MWCryptoCarpenter** @MidwestCrypto89 · Jan 31
Replying to @realMikeLindell
I stand with you pillow man! #lunc
1 6 1,463

**Colema63.eth** @colema63eth · Jan 31
Replying to @realMikeLindell
Thank you Mike for walking through the fire so that you can bring more attention to this! Cannot let it get out of control!
2 5 80 2,480

**Ron Bissell** @ronbissel · Jan 31
Replying to @realMikeLindell and @deegrose
Be prepared for every worst question. Jimmy used to earn money by having girls jump on trampolines.
5 37 909

**Scott Grady** @DaRefScottGrady · Jan 31
Replying to @realMikeLindell

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

**Scott Grady** @DaRefScottGrady · Jan 31
Replying to @realMikeLindell
No, Mike. You won't be "attacked." You'll be embarrassed and it'll be by you.
4 27 934

**Rebecca Horn** @Becksinthehouse · Jan 31
Replying to @realMikeLindell
Ask him why he is on Epstein's list
10 10 196 3,151

**Robyn O'Donnell** @RobynDODonnell · Jan 31
Replying to @realMikeLindell
Mike has nothing to fear and the machines are horrendous. We never had elections that were so catastrophic until they started to switch to these machines. Those of us old enough remember when elections were fair.
3 5 72 1,004

**No Republicans** @DenverPolitical · Jan 31
Replying to @realMikeLindell
Hint- lay off the cocaine before going on TV
2 1 20 368

**Jennifer Atkins** @Jennifer1015619 · Jan 31
Replying to @realMikeLindell
God bless you Mike! In the name of Jesus we ask for protection for you & your staff & family and for supernatural favor in all you seek to do, open the ears & hearts of all who hear Mike's message tonight, thank you Lord for hearing our prayers, we love you Lord & we love Mike!
2 16 861

**SAMUEL SALDANA** @samuelsaldana · Jan 31
Replying to @realMikeLindell
I had a hint, that this man is really #JFKjr!
1 5 167

**GrouchyCrypto** @GrouchyCrypto · Jan 31
Replying to @realMikeLindell
GL on Jimmy 🍎
1,191

**Hard R CafeTM** @DetroitKid69 · Feb 1
Replying to @realMikeLindell
The world doesn't deserve this man.

Stay away from grifters Mike, keep up the fight! Best night of sleep ever!
5 16 1,793

**SouthSac homie** @southsouthsac · Feb 1
Replying to @realMikeLindell
Only 1 thing will fix the situation now.
It's too late. Trump needed to call in the Army on 11/3 as the coup was happening. Instead he deferred to lawyers & double agents
Mike. You're too nice.
These people are evil and couldn't care less about any legitimate proof you offer up.
2 1 8 217

**Suzanna** @Sssuzannaaaa · Feb 1

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



**New to Twitter?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Mike Lindell ✔
@MikeLindell

Follow

Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

**What's happening**

UEFA Europa League · 48 minutes ago
Manchester United vs FC Barcelona

Video games · Trending
Mortal Kombat 12
1,357 Tweets

Sports · Trending
Xavi
105K Tweets

Sports · Trending
De Jong
1,292 Tweets

Trending in United States
Sabitzer
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Tweet

🚴🚴 🐾🐾Ventura🐾 🐾🇺🇸🇺🇸 @bikergal1958 · Feb 1
Replying to @realMikeLindell
You may be "humiliated" by him and the left but God is on your side and nothing can or ever will separate you from His love. Be strong in the Lord and in the power of His might.
8 6 58 1,936

Timothy Cobb @Timothy11284050 · Feb 1
Replying to @realMikeLindell and @JessieJaneDuff
God bless you going into the lions den Mike.
2 3 424

Doug Billings @DougBillings · Feb 1
Replying to @realMikeLindell
We stand with you, Mike.
Believe it.
2 16 761

🇺🇸Reed Turner🇺🇸 @crt39437 · Feb 1
Replying to @realMikeLindell and @LoveAmerica777
Truly a patriot and admired by more people than you know! Thanks for speaking the mind of so many that cannot be heard!
4 4 21 828

Diane💙 @Di2765 · Feb 1
Replying to @realMikeLindell
No you'll take negative attention over no attention Mr Pathetic
1 2 36

Alexandra @AlexandraIdaho · Feb 1
Replying to @realMikeLindell
Hallelujah! Tis the electronic voting machine tabulators. I saw them switch votes on election night 2020 before my very eyes.
3 3 148

61 is just a number. @15LBVB24 · Feb 1
Replying to @realMikeLindell and @Jules31415
God bless, Mike. Put on His full armour!!
1 5 110

Shirley Tingle @Tingle4Shirley · Feb 1
Replying to @realMikeLindell and @rtrumpetter
I applaud your bravery.
1 6 103

Frances Mudrovic @franmudm · Feb 1
Replying to @realMikeLindell and @JRobFromMN
God bless you
1 2 150

Holy Moly 🤠 @AdenRollins · Feb 1
Replying to @realMikeLindell
God is on the side of Truth
3 216

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

Mike Lindell @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

**Jeff** @wingsfaninvsted · Feb 1
Replying to @realMikeLindell
U. S. Representatives who requested a Pardon from former president Donald Trump.

👉 Marjorie Taylor Greene
👉 Jim Jordan
👉 Lauren Boebert
👉 Scott Perry
👉 Paul Gosart
👉 Andy Biggs
👉 Matt Gaetz
👉 Mo Brooks
👉 Louie Gohmert

3 · 5 · 341

**💙NancyRae💙🐝** @NancyRae624 · Feb 1
Replying to @realMikeLindell

1 · 7 · 98

**David Yoffee** @DYoffee · Feb 1
Replying to @realMikeLindell
The only reason Trump won in 2016 was because the voting machines in Michigan, Wisconsin and Pennsylvania were rigged in favor of Trump, Republicans will never win another Presidential election if we use paper ballots only

1 · 5 · 79

**LiraLoudmouth** @LiraLoudmouth · Feb 1
Replying to @realMikeLindell
Not attacked. Mocked. And then it will be all over social media tomorrow morning, where you'll be mocked again. Anyway, have fun!

1 · 81 · 1,195

**freethinker** @tsieber2 · Feb 1
Replying to @realMikeLindell
Years. You have had years to show your proof of a stolen election. You have had dozens of opportunities. Just stop

1 · 36 · 350

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell **Follow**
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up 



have had dozens of opportunities. Just stop

💬 1   🔁   ♡ 36   📊 350   📤

**freethinker** @tsieber2 · Feb 1
Replying to @realMikeLindell
Jesus! What is wrong with you Mike supporters? He has had years and
"reveals" but literally has not provided any proof of voter fraud. What is
wrong with you people.

💬 4   🔁 2   ♡ 98   📊 826   📤

**FREE AMERICA UNITED** @frankiblac · Feb 1
Replying to @realMikeLindell
No retweet button

> 🎙 **Mike Lindell** ✓ @realMikeLindell · 5h
> I am going on Jimmy Kimmel tonight!
> I know I will be attacked but we have to get
> rid of the voting machines and I am willing
> to be humiliated to help get the word out
> and save our country!
>
> 0:18
>
> 💬 83   ♡ 2,339   📊 52.3K   📤
>
> **Sebastian Gorka DrG** ✓ @SebGor... · 4h
> Can one of your team explain why Twitter

💬 2   🔁   ♡   📊 14   📤

**Salò my baby, Salò my honey, Salò my ragti...** @a_art_gre... · Feb 1
Replying to @realMikeLindell

💬 1   🔁   ♡ 1   📊 33   📤

**StevenRecupero1776** @SRecupero1776 · Feb 1
Replying to @realMikeLindell

MIKE'S DONE MORE

## New to Twitter?

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

### Relevant people

**Mike Lindell** ✓   **Follow**
@realMikeLindell
Inventor and CEO of MyPillow 🇺🇸
Evangelist 🙏 Author "What Are the
Odds?" 📖

### What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC
Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up









Tweet

Search Twitter

2 · 15

**Susan Smith** @susiesmith8531 · Feb 1
Replying to @realMikeLindell
I'll be watching God Bless you Mike the Lord will be with you I'm glad you're going on 👍 and yes we need one day, ID, paper ballots again!!
3 · 43

**Lisa Schrey** @LSchrey · Feb 1
Replying to @realMikeLindell
Stay strong and true. Love you Mike!!

**Russ Reed**🇺🇸 @RussRee88885960 · Feb 1
Replying to @realMikeLindell
Hope you do good
1

**Russ Reed**🇺🇸 @RussRee88885960 · Feb 1
Replying to @realMikeLindell
You are so right.

**CDog 1577** @corey_diamond13 · Feb 1
Replying to @realMikeLindell
God bless Mike. Prayers for you 🙏
3

**Susan Smith** @susiesmith8531 · Feb 1
Replying to @realMikeLindell
Watching now!
2

**Cynthia** @SomedaySooon · Feb 1
Replying to @realMikeLindell
🙏🙏🙏🙏
2

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

🙏🏻🙏🏻🙏🏻🙏🏻

2

**Quiet Beers** @OGquietbeers · Feb 1
Replying to @realMikeLindell
let's keep the machines and get rid of fascists!

2

**debrick** 🍊 @mydebrick · Feb 1
Replying to @realMikeLindell and @PatrickByrne
You are a great Patriot and man of God. I love you my Brother in Christ! 🙏🏻❤️🤍💙🇺🇸

11

**Tracy M** @trace4fl · Feb 1
Replying to @realMikeLindell
I agree, its been proven. Fraction Magic, Check the tabulating software! blackboxvoting.org

4

**WJ Collins** @WalterJCollins1 · Feb 1
Replying to @realMikeLindell
So what would people vote on Mike? Pad and paper? Or do you prefer that Americans don't vote? I get that's what Republicans want because they can't win any other way but to gerrymander and suppress the vote.

2 1 11 194

**odracir** @alb_9272 · Feb 1
Replying to @realMikeLindell
I really appreciate your courage, Sir!!!

6

**RS9** 🇺🇸🇺🇦🇺🇸 @RespectablePen9 · Feb 1
Replying to @realMikeLindell

1 8

**Savage** 🇨🇦🍁✝️❤️🙏❤️💃 @Savage16May · Feb 1
Replying to @realMikeLindell and @MaryMadi3333
Your a brave man knowingly going on national television when you have the whole mainstream media against you and will try & shred you to pieces 😩 Good luck your going to need it 🙏

2 17 274

**🇺🇸SLACK-JAWED YOKEL🇺🇸** @sandy4409 · Feb 1
Replying to @realMikeLindell
Love you Mike! Please just walk away from Kimmel.

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell
Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

Replying to @realMikeLindell
Love you Mike! Please just walk away from Kimmel.
4 · 65

InTrumpWeTrust @God_USA_Trump · Feb 1
Replying to @realMikeLindell
We love you, Mike!
33

Shall @CwmShall · Feb 1
Replying to @realMikeLindell and @Jacquelinn1969
You're taking 'My welcome mat' on Kimmel's trash gallery. That ought to help.
1 · 21

Charles Millard ☮ @CharlesPMillard · Feb 1
Replying to @realMikeLindell
I'll watch that. It's always fun seeing a right winger make a fool out of himself on national TV.
1 · 71

Cobradog Trumble @bwanabubba · Feb 1
Replying to @realMikeLindell
👍💪🇺🇸
1

Giana @Jimmygisa10 · Feb 1
Replying to @realMikeLindell
Good luck Mike! God bless you!🙏❤️🇺🇸
2

Shawn Welch @Rockwood4321 · Feb 1
Replying to @realMikeLindell
Go brother
2

Jonathan Gordon @Jonatha87496233 · Feb 1
Replying to @realMikeLindell
Your the best I appreciate it I wish more people would
10

*ROGER SIMAS* 🇨🇦🇵🇹 @SimasRealEstate · Feb 1
Replying to @realMikeLindell

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

Mike Lindell @realMikeLindell Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
Manchester United vs FC Barcelona

Video games · Trending
Mortal Kombat 12
1,357 Tweets

Sports · Trending
Xavi
105K Tweets

Sports · Trending
De Jong
1,292 Tweets

Trending in United States
Sabitzer
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

2

**Pugmom** @mupumomu · Feb 1
Replying to @realMikeLindell
No weapon formed against you will prosper! Isaiah 54:17

**momommax3** @justamomomma · Feb 1
Replying to @realMikeLindell
Love you Mike!

2

**🍊Anon Jordan 🇺🇸 🆓 1️⃣7️⃣7️⃣6️⃣** @stonkel_jordan · Feb 1
Replying to @realMikeLindell
Interesting

18

**A Republic If...** @TheShadowHeDo · Feb 1
Replying to @realMikeLindell
Put as much effort into ending mail in voting.

Just now ·

Two times in its history, the Mail Cover program at usps was suspended. The 2020 and the 2022 elections.

The program photographs the outside of every mail including ballots and signatures on envelopes.

Mail in voting is the primary tool to steal elections. As ballots trickle in over voting month...the criminals know exactly the vote count in advance, and thus how many votes need to be stolen.

In Maricopa 2.8 million are on the mail voting list who are mailed ballots. - 4.8 MILLION ballots were printed. So, if they don't like how the ballot comes in they can forge one they like, and use your mailed envelope.

179000 dead/inactive for over a decade, voters were reactivated during mail in voting month. Most removed after voting month...

🤔

1 9

**Mel Gordon** @MelissaOakley18 · Feb 1
Replying to @realMikeLindell
God Bless you Mike! I know you're annoited and appointed after reading your book!

11

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell **Follow**
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Tweet

Search Twitter

11

**Alex** @soladeogloria5 · Feb 1

Replying to @realMikeLindell

My pillow is miserable and hurts my neck and the store bought at vanished overnight , can I have a refund please cuz no one answers

41

**Carl Barry** @carlbwood · Feb 1

Replying to @realMikeLindell

Imagine going into Caesar's area once already, armed with only a smile and a prayer, and surviving.

Now imagine going back.

Whatever happens, this man is a warrior.

3 39

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell Follow

Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago

**Manchester United vs FC Barcelona**

Video games · Trending

**Mortal Kombat 12**

1,357 Tweets

Sports · Trending

**Xavi**

105K Tweets

Sports · Trending

**De Jong**

1,292 Tweets

Trending in United States

**Sabitzer**

13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





Tweet

Search Twitter

**Carl Barry** @carlbwood · Feb 1
Replying to @realMikeLindell
Imagine going into Caesar's area once already, armed with only a smile and a prayer, and surviving.

Now imagine going back.

Whatever happens, this man is a warrior.

3 · 39

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mike Lindell** @realMikeLindell — Follow
Inventor and CEO of MyPillow 🇺🇸 Evangelist 🙏 Author "What Are the Odds?" 📖

## What's happening

UEFA Europa League · 48 minutes ago
**Manchester United vs FC Barcelona**

Video games · Trending
**Mortal Kombat 12**
1,357 Tweets

Sports · Trending
**Xavi**
105K Tweets

Sports · Trending
**De Jong**
1,292 Tweets

Trending in United States
**Sabitzer**
13.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up