IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-WMW-JFD |

**[PROPOSED] ORDER ON JOINT MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER**

This matter comes before the Court on Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic"), and Defendants Michael J. Lindell and My Pillow, Inc. (collectively, "Defendants"; Smartmatic and Defendants are collectively the "Parties") Joint Motion to Amend the Pretrial Scheduling Order (ECF No. 128). Having reviewed the Motion, and for good cause shown, it is hereby **ORDERED** that the Joint Motion is **GRANTED** and that the Pretrial Scheduling Order is amended as follows:

1. Fact discovery.

    a. Non-dispositive motions and supporting documents which relate to fact discovery or related matters shall be filed and served on or before **August 25, 2023**.

    b. All fact discovery shall be completed by **August 25, 2023**.

2. Expert discovery.

a. By **September 22, 2023**, the Parties shall identify and disclose any expert who may testify at trial regarding issues on which the party has the burden of persuasion.

b. The initial expert written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before **September 22, 2023**.

c. Any rebuttal expert's written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before **October 20, 2023**.

**SO ORDERED.**

Dated: _____           _____

JOHN F. DOCHERTY
United States Magistrate Judge