# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 22-cv-00098 (WMW/JFD)

**Case Title:** SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED v. MICHAEL J. LINDELL and MY PILLOW, INC.

### Affidavit of Movant

I, William E. Manske, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Laura A. Seferian, an attorney admitted to practice and currently in good standing in the District of Columbia, but not admitted to the bar of this court, who will be counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

 X  I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

___ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: s/ William E. Manske          Date: May 31, 2023

MN Attorney License #: 0392348

1

**Affidavit of Proposed Admittee**

I, Laura A. Seferian, am currently a member in good standing of the District of Columbia, Bar No.: 1655461, Illinois Supreme Court, Bar No.: 6330414, and Supreme Court of Virginia, Bar No.: 92510, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _____   Date: __May 31, 2023_____

Typed Name: Laura A. Seferian

Attorney License Number: _92510 issued by the State of Virginia; 6330414 issued by the State of Illinois; and 1655461 issued by the District of Columbia.

Federal Bar Number (if you have one): _____

Law Firm Name: _Benesch, Friedlander, Coplan & Aronoff LLP___

Law Firm Address: _71 South Wacker Drive, Suite 1600_____

_____Chicago, IL 60606_____

Main phone: _312.212.4949_____   Direct line: _312.624.6423___

E-mail address: lseferian@beneschlaw.com_____

2