# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned attorney, Abraham S. Kaplan, hereby appears as counsel for Defendants Michael J. Lindell and My Pillow, Inc. in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall also be served upon the undersigned.

DATED: June 29, 2023        **PARKER DANIELS KIBORT LLC**

By */s/ Abraham S. Kaplan*
Abraham S. Kaplan (MN Bar No. 399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
kaplan@parkerdk.com

**ATTORNEYS FOR DEFENDANTS**