# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## NOTICE OF APPEARANCE

TO:   The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned attorney, Nathaniel R. Greene, hereby appears as counsel for Defendants Michael J. Lindell and My Pillow, Inc. in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall also be served upon the undersigned.

DATED: July 5, 2023           **PARKER DANIELS KIBORT LLC**

　　　　　　　　　　　　　　　　By _/s/ Nathaniel R. Greene_
　　　　　　　　　　　　　　　　　Nathaniel R. Greene (Bar No. 0390251)
　　　　　　　　　　　　　　　　　888 Colwell Building
　　　　　　　　　　　　　　　　　123 N. Third Street
　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　Telephone: (612) 355-4100
　　　　　　　　　　　　　　　　　Facsimile: (612) 355-4101
　　　　　　　　　　　　　　　　　greene@parkerdk.com

　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**