IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                Defendants. | Case No. 22-cv-0098-WMW-JFD |

**PLAINTIFFS' NOTICE OF MOTION ON SECOND MOTION TO COMPEL**

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on July 25, 2023 at 1:00 p.m., in Courtroom 6A before the Honorable Magistrate Judge John F. Docherty of the above-referenced United States District Court, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited will bring their Second Motion to Compel.

Dated: July 10, 2023                Respectfully submitted,

                                      /s/ *Michael E. Bloom*

                                      Christopher K. Larus
                                         Minnesota Bar No. 0226828
                                         CLarus@robinskaplan.com
                                    William E. Manske
                                         Minnesota Bar No. 0392348
                                         WManske@robinskaplan.com
                                    Emily J. Tremblay

>Minnesota Bar No. 0395003
>ETremblay@robinskaplan.com
>
>**ROBINS KAPLAN LLP**
>800 LaSalle Avenue, Suite 2800
>Minneapolis, MN 55402
>Telephone: (612) 349-8500
>
>J. Erik Connolly (admitted *pro hac vice)*
>    EConnolly@beneschlaw.com
>Illinois ARDC No. 6269558
>Nicole E. Wrigley (admitted *pro hac vice)*
>    NWrigley@beneschlaw.com
>Illinois ARDC No. 6278749
>Michael E. Bloom (admitted *pro hac vice*)
>    MBloom@beneschlaw.com
>Illinois ARDC No. 6302422
>Laura A. Seferian (admitted *pro hac vice*)
>    LSeferian@beneschlaw.com
>Illinois ARDC No. 6330414
>Julie M. Loftus (admitted *pro hac vice*)
>    JLoftus@beneschlaw.com
>Illinois ARDC No. 6332174
>
>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>71 South Wacker Drive, Suite 1600
>Chicago, IL 60606
>Telephone: (312) 212-4949
>
>Alyssa A. Moscarino (admitted *pro hac vice*)
>    AMoscarino@beneschlaw.com
>Ohio Bar No. 93847
>James R. Bedell (admitted *pro hac vice*)
>    JBedell@beneschlaw.com
>Ohio Bar No. 97921
>
>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>200 Public Square, Suite 2300
>Cleveland, OH 44114
>Telephone: (216) 363-4500
>
>*Attorneys for the Plaintiffs*