# EXHIBIT E

**Platform:** Native Messages     **Timezone:** UTC+0000

- **B** Boss  +1 (952) 567-1770
- Darren Lindell  +1 (952) 406-2558
- Device owner
- **ML** Mike Lindell  +1 (952) 923-0663

2021/01/20

Device owner
I am sure they are
I don't think anyone would bad mouth ole Mike
We should have Pete interview 😂
03:00:23 am

Sent an attachment
Title: IMG_1682.jpeg
Type: image/jpeg
03:35:37 am

Darren Lindell
David boyd. Wow lol
03:36:47 am

Device owner
These people are evil and will stop at nothing!!!
03:42:11 am

I think I should tell david to talk to them ...what do you think ?
03:42:43 am

Darren Lindell
If you think he'll say good things I don't see the problem. I don't know what David Boyd exit was like here
03:45:39 am
👍 1  Device owner

Device owner
We just passed 4M!!!!!
Praise the Lord !!!!!
04:33:36 am

Darren Lindell
Can we have Dick hire more people to make premium ticks? We are now oversold on King White.
03:22:22 pm

Device owner
Yes
03:24:39 pm

Darren Lindell
👍
03:25:33 pm

DEF082645.000001

Yo! I know you're super busy but Jess and I are starting the wedding planning process and had some deposits we need to put down. Is it possible to get some of our wedding budget? Thanks!

Almost 10k orders already today 😬
04:39:37 pm

Device owner

No I am a little short of cash 😅
04:47:27 pm

Darren Lindell

Lolol yea been a slow few days. 🙃

38,000 orders yesterday. Shattered every record
04:48:23 pm

Device owner

4.6 million
04:48:47 pm

Who said being crazy in the news isn't good 😀
04:49:04 pm

Darren Lindell

Yes it's been wild lol.

On a sidenote are we doing 10 day quarantines or 14 for people that test positive? Junior is wanting to comeback to work.
05:02:35 pm

Hey Todd said you weren't told about this. Ben let you know yesterday and I text you as well. Ben is looking for a replacement company.

Sent an attachment
Title: image000000.png
Type: image/png
06:28:00 pm

We probably should talk about extending shipping windows….at this pace of orders even with OT and new hires it's gonna be a real struggle to meet are current 7 to 10 day window
07:07:43 pm

Device owner

Change the website now
07:35:14 pm

2021/01/21

Darren Lindell

Do you know why Andy would think this? Andy Winced sent this to me, why would he think they want to know about Jessica and I.

I text him back and he's not responding...

Sent an attachment
Title: image000000.png
Type: image/png
02:50:11 am

DEF082645.000002