# EXHIBIT F

mlicloud@mypillow.com

> I disagree ...
> I am getting every outlet calling me for comment
>
> Here is my comment to one
>
> What a shame!
> We need to melt down the voting machines and turn them into prison bars!
> Jack Dorsey should be first in line for prison !
> 10:31:40 pm

Steve Bannon

> LMAO
> 10:33:24 pm

> Perfect
> 10:33:36 pm

mlicloud@mypillow.com

> I am having a blast with the media today
> 10:34:15 pm

Steve Bannon

> Of course
> 10:34:33 pm

mlicloud@mypillow.com

> Fox made comments ... lol
> 10:35:38 pm

2022/05/02

mlicloud@mypillow.com

> Your sales were over 10k today ??
> 01:25:36 am

> Sales are up today for mypillow today over 15percent
> Who said "twitter bans" were not good....?😄
> 01:28:40 am

DEF084420.000143