# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Smartmatic USA Corp., et. al,
                Plaintiff(s),

vs.                                                   Case No. 22-cv-00098-WMW-JFD

Michael J. Lindell, et al.,
                Defendant(s).

**MEET-AND-CONFER STATEMENT**

I, James R. Bedell, representing the Plaintiffs, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Abraham Kaplan

    On: May 24, 2023

    Discussing the following motion: Plaintiffs' Second Motion to Compel

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

      X  Do **not** agree on the resolution of any part of the motion.

      ☐  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this 10th day of July, 2023.

      Signature of Party    <u>/s/ *James R. Bedell*</u>

      Mailing Address    200 Public Square, Suite 2300

                                   Cleveland, OH 44114

      Telephone Number    (216) 363-4500

<u>Note</u>:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).