# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                Defendants. | Case No. 22-cv-0098-WMW-JFD |

## [PROPOSED] ORDER

Having considered Plaintiff's Second Motion to Compel (ECF No. 140) it is hereby ORDERED that the motion is GRANTED.

Defendants must produce documents responsive to Request for Production Nos. 30, 31, 32, and 33 of Smartmatic's Third Set of Requests for Production Directed to Defendants Michael J. Lindell and My Pillow, Inc.

**SO ORDERED** this ___ day of _____, 2023.

 

_____
JOHN F. DOCHERTY
United States Magistrate Judge