IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC.'S
SECOND MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 37(a), Defendants Michael J. Lindell and My Pillow, Inc. ("Defendants") move this Court for a second order compelling Plaintiffs' responses to initial disclosures and certain of Defendants' discovery requests. The reasons for this motion are set forth in Defendants' Memorandum of Law and supporting papers.

1

DATED: July 11, 2023 **PARKER DANIELS KIBORT LLC**

By */s/ Abraham S. Kaplan*
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*