## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP., SMARTMATIC
INTERNATIONAL HOLDING B.V. and SGO
CORPORATION LIMITED,

Case No. 22-cv-00098- WMW-JFD

                Plaintiffs,

                v.

MICHAEL J. LINDELL and MY PILLOW, INC.,

                Defendants.

## NOTICE OF HEARING ON DEFENDANT MICHAEL J. LINDELL
## AND MY PILLOW, INC'S SECOND MOTION TO COMPEL

**TO:**   **ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE** that on July 25, 2023, at 1:00 p.m., before the

Honorable John F. Docherty, Magistrate Judge for the United States District Court for the

District of Minnesota, located at 342 Federal Building, 316 North Robert Street, Saint Paul,

Minnesota 55101, in Courtroom 6A, Defendants Michael J. Lindell and My Pillow, Inc.

will move the Court for a second order compelling Plaintiffs' responses to initial

disclosures and certain of Defendants' discovery requests.

DATED: July 11, 2023                    **PARKER DANIELS KIBORT LLC**

By */s/ Abraham S. Kaplan*
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*