IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**DEFENDANTS' MEET AND CONFER STATEMENT**

I, Abraham S. Kaplan, am one of the attorneys representing Defendants in the above-captioned matter. On May 9, 2023, Matthew Eslick and Lori Johnson of our office met and conferred with counsel for the Plaintiffs concerning the matters raised in Defendants' Second Motion to Compel. On June 26, 2023, Lori Johnson again met and conferred with counsel for the Plaintiffs regarding the same issues. Counsel for the parties were unable to resolve the issues, necessitating this Motion.

DATED: July 11, 2023                    **PARKER DANIELS KIBORT LLC**

By <u>*/s/ Abraham S. Kaplan*</u>
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*