IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Abraham S. Kaplan, hereby certify that Defendants Michael J. Lindell and My Pillow, Inc.'s Memorandum of Law in Support of Defendants' Second Motion to Compel complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 4,903 words, exclusive of the caption, table of contents and signature block.

DATED: July 11, 2023  **PARKER DANIELS KIBORT LLC**

By */s/ Abraham S. Kaplan*
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*