IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

### DECLARATION OF ABRAHAM S. KAPLAN

I, Abraham S. Kaplan, being first duly sworn, state as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and am one of the attorneys representing Defendants in the above-referenced case. As such, I have personal knowledge of the dates, events, and facts stated below.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' Answers to Defendants' Third Set of Interrogatories.

3. Attached as Exhibit B is a true and correct copy of Plaintiffs' Rule 26 Initial Disclosures.

4. Attached as Exhibit C is a true and correct copy of Defendants' First Set of Interrogatories to Plaintiffs dated November 4, 2022.

5. Attached as Exhibit D is a true and correct copy of Plaintiffs' Answers to Defendants First Set of Interrogatories dated December 5, 2022.

1

6. Attached as Exhibit E is a true and correct copy of Attorney Kaplan's letter to Attorneys Bloom and Loftus dated April 12, 2023.

7. Attached as Exhibit F is a true and correct copy of Attorney Bloom's response letter to Attorney Kaplan dated April 21, 2023.

8. Attached as Exhibit G is a true and correct copy of Attorney Eslick's letter to Attorneys Bloom and Loftus dated April 26, 2023.

9. Attached as Exhibit H is a true and correct copy of Attorney Bloom's response letter to Attorney Eslick dated May 5, 2023.

10. Attached as Exhibit I is a true and correct copy of Plaintiffs' Third Supplemental Answers to Interrogatories dated June 14, 2023.

11. Attached as Exhibit J is a true and correct copy of Attorney Johnson's letter to Attorneys Bloom and Loftus dated June 16, 2023.

12. Attached as Exhibit K is a true and correct copy of Attorney Bloom's response letter to Attorney Johnson dated June 21, 2023.

13. Attached hereto as Exhibit L is a true and correct copy of an email string among counsel for the parties beginning on April 19, 2023, and concluding on April 26, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2023, in Hennepin County, Minnesota.

                                        */s/ Abraham S. Kaplan*
                                        Abraham S. Kaplan