IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC'S SECOND MOTION TO COMPEL**

The parties appeared before this Court on July 25, 2023, on Defendants Michael J. Lindell and My Pillow, Inc.'s ("Defendants") Second Motion to Compel. The Court, after hearing the parties' arguments and reviewing the legal memoranda, declarations, exhibits, and all other related papers, HEREBY GRANTS Defendants' Second Motion to Compel and orders Smartmatic to do the following, within two weeks of the date of this order:

1. Supplement its initial disclosures and provide a computation for each category of claimed damages in accordance with Rule 26(a)(1)(A)(iii);

2. Supplement its answer to Interrogatory No. 20, with a substantive response, based on the information currently available to Smartmatic; and

3. Supplement its answers to Interrogatory Nos. 1, 5, 6, 7, 8, 9, 10, 11, 14, 15, 17, and 18, with substantive responses, based on the information currently available to Smartmatic.

SO ORDERED.

BY THE COURT:

Dated: _____

_____
The Honorable John F. Docherty
Magistrate Judge for the United States
District Court for the District of
Minnesota