# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>    Defendants. | Case No. 22-cv-0098-WMW-JFD |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, Michael E. Bloom, certify that Smartmatic's Opposition to Defendants' Second Motion to Compel contains 5,537 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h). This word count was obtained by a function in Microsoft Word Office 365.

Dated: July 18, 2023

Respectfully submitted,

/s/ *Michael E. Bloom*

Michael E. Bloom (admitted pro hac vice)
   MBloom@beneschlaw.com
Illinois ARDC No. 6302422
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
*Attorneys for the Plaintiffs*