# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                              Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                              Defendants. | Case No. 22-cv-0098-WMW-JFD |

## **PLAINTIFFS' MOTION TO REDACT JULY 25, 2023 HEARING TRANSCRIPT**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), by and through their undersigned counsel, hereby move this Court to seal the transcript of the Court's July 25, 2023 motions hearing [ECF No. 162] and to file publicly a copy containing the redactions indicated by yellow highlighting in Sealed Exhibit 1 to the Declaration of Michael E. Bloom filed with this motion.

This motion is based upon the accompanying memorandum of law, the supporting Declaration of Michael E. Bloom, and all of the files, records, and proceedings herein.

1

Dated: August 23, 2023                    Respectfully submitted,

/s/ *Michael E. Bloom*

Christopher K. Larus
   Minnesota Bar No. 0226828
   CLarus@robinskaplan.com
William E. Manske
   Minnesota Bar No. 0392348
   WManske@robinskaplan.com
Emily J. Tremblay
   Minnesota Bar No. 0395003
   ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Michael E. Bloom (admitted *pro hac vice*)
   MBloom@beneschlaw.com
Illinois ARDC No. 6302422
Laura A. Seferian (admitted *pro hac vice*)
   LSeferian@beneschlaw.com
Illinois ARDC No. 6330414
Julie M. Loftus (admitted *pro hac vice*)
   JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

        Alyssa A. Moscarino (admitted *pro hac vice*)
           AMoscarino@beneschlaw.com
        Ohio Bar No. 93847
        James R. Bedell (admitted *pro hac vice*)
           JBedell@beneschlaw.com
        Ohio Bar No. 97921
        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
        127 Public Square, Suite 4900
        Cleveland, OH 44114
        Telephone: (216) 363-4500

        *Attorneys for the Plaintiffs*