IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-WMW-JFD |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, Michael E. Bloom, certify that the Memorandum in Support of Plaintiffs' Motion to Redact July 25, 2023 Hearing Transcript contains 477 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h). This word count was obtained by a function in Microsoft Word Office 365.

Dated: August 23, 2023

Respectfully submitted,

/s/ *Michael E. Bloom*

Michael E. Bloom (admitted pro hac vice)
  MBloom@beneschlaw.com
Illinois ARDC No. 6302422
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
*Attorneys for the Plaintiffs*