IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                    Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                    Defendants. | Case No. 22-cv-0098-WMW-JFD |

### DECLARATION OF MICHAEL E. BLOOM IN SUPPORT OF SMARTMATIC'S MOTION TO REDACT JULY 25, 2023 HEARING TRANSCRIPT

I, Michael E. Bloom, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am a partner at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

3. Attached as Exhibit 1 is a true and correct copy of the transcript of the Court's July 25, 2023 motions hearing [ECF No. 162], in which I have highlighted in yellow the matter that Smartmatic's motion seeks to redact.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Michael E. Bloom

Executed on August 23, 2023.