IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC.'S
MOTION FOR PARTIAL RECONSIDERATION OF THE
COURT'S AUGUST 1, 2023 ORDER**

Pursuant to Local Rule 7.1(j), Defendants Michael J. Lindell and My Pillow, Inc. ("Defendants") move this Court for an order granting partial reconsideration of the Court's August 1, 2023 Order regarding Defendants' First Motion to Compel. The reasons for this motion are set forth in Defendants' Memorandum of Law and supporting papers.

1

DATED: August 25, 2023     **PARKER DANIELS KIBORT LLC**

By */s/ Abraham S. Kaplan*
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*