## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED, | Case No. 22-cv-00098- WMW-JFD |
| Plaintiffs, | |
| v. | |
| MICHAEL J. LINDELL and MY PILLOW, INC., | |
| Defendants. | |

**NOTICE OF HEARING ON DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC.'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S AUGUST 1, 2023 ORDER**

**TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE** that on September 15, 2023, at 10:00 a.m., before the

Honorable John F. Docherty, Magistrate Judge for the United States District Court for the

District of Minnesota, located at 342 Federal Building, 316 North Robert Street, Saint Paul,

Minnesota 55101, in Courtroom 6A, Defendants Michael J. Lindell and My Pillow, Inc.

will move the Court for an order granting partial reconsideration of the Court's August 1,

2023 Order regarding Defendants' First Motion to Compel.

DATED: August 25, 2023                                    **PARKER DANIELS KIBORT LLC**

By */s/ Abraham S. Kaplan*
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*