IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                      Plaintiffs,<br><br>              v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                      Defendants. | Case No. 22-cv-0098-WMW-JFD |

## **PLAINTIFFS' MOTION TO EXTEND OPPOSITION DEADLINE**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), by and through their undersigned counsel, hereby move this Court for an order extending Smartmatic's deadline to respond to Defendants' Motion for Partial Reconsideration [Doc. 176] by seven days and to adjourn the currently scheduled hearing. The reasons for this motion are set forth in Smartmatic's Memorandum In Support of Plaintiffs' Motion to Extend Opposition Deadline.

Dated: September 5, 2023                      Respectfully submitted,

                                                          /s/ *Michael E. Bloom*

1

    Christopher K. Larus
       Minnesota Bar No. 0226828
       CLarus@robinskaplan.com
    William E. Manske
       Minnesota Bar No. 0392348
       WManske@robinskaplan.com
    Emily J. Tremblay
       Minnesota Bar No. 0395003
       ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

    J. Erik Connolly (admitted *pro hac vice)*
       EConnolly@beneschlaw.com
    Illinois ARDC No. 6269558
    Nicole E. Wrigley (admitted *pro hac vice)*
       NWrigley@beneschlaw.com
    Illinois ARDC No. 6278749
    Michael E. Bloom (admitted *pro hac vice*)
       MBloom@beneschlaw.com
    Illinois ARDC No. 6302422
    Laura A. Seferian (admitted *pro hac vice*)
       LSeferian@beneschlaw.com
    Illinois ARDC No. 6330414
    Julie M. Loftus (admitted *pro hac vice*)
       JLoftus@beneschlaw.com
    Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

    Alyssa A. Moscarino (admitted *pro hac vice*)
       AMoscarino@beneschlaw.com
    Ohio Bar No. 93847
    James R. Bedell (admitted *pro hac vice*)
       JBedell@beneschlaw.com
    Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN &**

        **ARONOFF LLP**
        127 Public Square, Suite 4900
        Cleveland, OH 44114
        Telephone: (216) 363-4500

        *Attorneys for the Plaintiffs*