# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Lori Johnson |
| **To:** | Bloom, Michael; Andrew Parker |
| **Cc:** | Joe Pull; Abraham S. Kaplan; Roxanne A. Russell; Jill Thorvig; Frey, Timothy; Ward, Jamie; Loftus, Julie; Manske, William E. |
| **Subject:** | RE: Smartmatic v. Lindell, et al., Case No. 22-cv-00098 - Proposed Order |
| **Date:** | Tuesday, September 5, 2023 12:50:25 PM |
| **Attachments:** | image005.png<br>image002.png<br>image003.png |

Mike,

Defendants do not agree to a 7-day extension. As noted in our papers, Defendants' expert will need to inspect Smartmatic's software and BMD. With the expert deadline quickly approaching, we cannot afford the delay of another week.

Lori

LORI A. JOHNSON
ATTORNEY

SHE/HER/HERS

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS  MN 55401

www.parkerdk.com

612 355 4100

*This is a confidential communication from Parker Daniels Kibort LLC to the intended recipient. If you received this communication by mistake, please delete it and notify the sender immediately.*

**From:** Bloom, Michael <MBloom@beneschlaw.com>
**Sent:** Sunday, September 3, 2023 8:48 PM
**To:** Andrew Parker <Parker@parkerdk.com>
**Cc:** Lori Johnson <Johnson@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; Abraham S. Kaplan <Kaplan@parkerdk.com>; Roxanne A. Russell <Russell@parkerdk.com>; Jill Thorvig <Thorvig@parkerdk.com>; Frey, Timothy <TFrey@beneschlaw.com>; Ward, Jamie <JWard@beneschlaw.com>; Loftus, Julie <JLoftus@beneschlaw.com>; Manske, William E. <WManske@RobinsKaplan.com>
**Subject:** FW: Smartmatic v. Lindell, et al., Case No. 22-cv-00098 - Proposed Order

Hi Andrew,

On Tuesday, we plan to ask the Court for an additional 7 days to respond to Defendants' motion so can verify Defendants' assertions regarding LA County and prepare any necessary declarations. We will also request that the Court commensurately move the hearing date that Defendants scheduled. Please let me know if Defendants will stipulate to this relief or if Smartmatic will need to file a motion.

Thanks,

Mike



Michael E. Bloom
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.212.4946 | MBloom@beneschlaw.com

> www.beneschlaw.com
> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Jill Thorvig <Thorvig@parkerdk.com>
**Sent:** Friday, September 1, 2023 11:41 PM
**To:** docherty_chambers@mnd.uscourts.gov
**Cc:** Ward, Jamie <JWard@beneschlaw.com>; Delaney, Steven <SDelaney@beneschlaw.com>; Andrew Parker <Parker@parkerdk.com>; Carlson, Kevin <KCarlson@beneschlaw.com>; Loftus, Julie <JLoftus@beneschlaw.com>; Bloom, Michael <MBloom@beneschlaw.com>; Lori Johnson <Johnson@parkerdk.com>; Abraham S. Kaplan <Kaplan@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; Nate Greene <Greene@parkerdk.com>; Amanda Oliver <Oliver@parkerdk.com>; Roxanne A. Russell <Russell@parkerdk.com>
**Subject:** Smartmatic v. Lindell, et al., Case No. 22-cv-00098 - Proposed Order

Honorable Judge Docherty,

Attached with respect to the above-referenced matter, please find a Microsoft Word version of the Proposed Order Granting Defendants' Motion for Partial Reconsideration, e-filed as Docket No. 181.

**PARKER | DANIELS | KIBORT**
JILL L. THORVIG
LEGAL ADMINISTRATIVE ASSISTANT

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS  MN 55401

www.parkerdk.com

*This is a confidential communication from Parker Daniels Kibort LLC to the intended recipient. If you received this communication by mistake, please delete it and notify the sender immediately.*