UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Smartmatic USA Corp., et. al,
                Plaintiff(s),

vs.                                                             Case No. 22-cv-00098-WMW-JFD

Michael J. Lindell, et al.,
                Defendant(s).

**MEET-AND-CONFER STATEMENT**

I, Michael E. Bloom, representing the Plaintiffs, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Lori Johnson

    On: September 5, 2023

    Discussing the following motion: Plaintiffs' Motion to Extend Opposition Deadline

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

        X   Do **not** agree on the resolution of any part of the motion.

        ☐   Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this 5th day of September, 2023.

| | |
|---|---|
| Signature of Party | /s/ Michael E. Bloom |
| Mailing Address | 71 S. Wacker Dr., Suite 1600 |
| | Chicago, IL 60606 |
| Telephone Number | (312) 212-4949 |

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).