# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-WMW-JFD |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Extend Opposition Deadline (ECF No. __) it is hereby ORDERED that the motion is GRANTED.

Plaintiffs have until September 15, 2023 to respond to Defendants' Motion for Partial Reconsideration. The hearing set for September 15, 2023 is ADJOURNED to October ____, 2023 at _____.

**SO ORDERED** this ___ day of _____, 2023.

                   _____
                   JOHN F. DOCHERTY
                   United States Magistrate Judge