# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## NOTICE OF HEARING ON DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC'S THIRD MOTION TO COMPEL

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on October 11 2023, at 2:00 p.m., before the Honorable John F. Docherty, Magistrate Judge for the United States District Court for the District of Minnesota, located at 342 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, in Courtroom 6A, Defendants Michael J. Lindell and My Pillow, Inc. will move the Court for a third order compelling Plaintiffs' responses to Defendants' discovery requests.

DATED: September 15, 2023     **PARKER DANIELS KIBORT LLC**

By <u>*/s/ Abraham S. Kaplan*</u>
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*