## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP., SMARTMATIC
INTERNATIONAL HOLDING B.V. and SGO
CORPORATION LIMITED,

                              Plaintiffs,

v.                                                          Case No. 22-cv-00098- WMW-JFD

MICHAEL J. LINDELL and MY PILLOW, INC.,

                              Defendants.

## NOTICE OF APPEARANCE

TO:    The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

        **PLEASE TAKE NOTICE** that the undersigned attorney, Cody J. Blades, hereby

appears as counsel for Defendants Michael J. Lindell and My Pillow, Inc. in the above-

captioned action.  All notices given or required to be given in this case and all papers filed

in this case shall also be served upon the undersigned.

DATED: September 15, 2023          **PARKER DANIELS KIBORT LLC**

                                    By */s/ Cody J. Blades*
                                       Cody J. Blades (MN Bar No. 0396341)
                                       888 Colwell Building
                                       123 N. Third Street
                                       Minneapolis, MN 55401
                                       Telephone: (612) 355-4100
                                       Facsimile: (612) 355-4101
                                       blades@parkerdk.com

                                    **ATTORNEYS FOR DEFENDANTS**