# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

### NOTICE OF HEARING ON DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC.'S MOTION TO AMEND SECOND AMENDED SCHEDULING ORDER

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on October 11, 2023, at 3:00 p.m., before the Honorable John F. Docherty, Magistrate Judge for the United States District Court for the District of Minnesota, located at 342 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, in Courtroom 6A, Defendants Michael J. Lindell and My Pillow, Inc. will move the Court for an order modifying the Second Amended Pretrial Scheduling Order (Dkt. 168) dated August 15, 2023.

| | |
|---|---|
| DATED: September 21, 2023 | **PARKER DANIELS KIBORT LLC** |
| | By */s/ Abraham S. Kaplan* |
| | Andrew D. Parker (#195042) |
| | Joseph A. Pull (#0386968) |
| | Abraham S. Kaplan (#399507) |
| | Nathaniel R. Greene (#390251) |
| | Cody J. Blades (#0396341) |
| | 888 Colwell Building |
| | 123 N. Third Street |
| | Minneapolis, MN 55401 |
| | Telephone: (612) 355-4100 |
| | Facsimile: (612) 355-4101 |
| | parker@parkerdk.com |
| | pull@parkerdk.com |
| | kaplan@parkerdk.com |
| | greene@parkerdk.com |
| | blades@parkerdk.com |
| | |
| | *ATTORNEYS FOR DEFENDANTS* |