# EXHIBIT I

# **EXHIBIT 11**

**From:** Loftus, Julie
**To:** Bill Mohrman
**Cc:** Bloom, Michael; Rogers, Brooke; Andrew Parker; Joe Pull; Roxanne A. Russell
**Subject:** RE: Lindell - Fanning Deposition
**Date:** Tuesday, August 1, 2023 1:53:39 PM
**Attachments:** 2023.08.01 Amended Notice of Deposition - Mary Fanning.pdf
image561882.jpg

Bill,

We are sorry to hear about Ms. Fanning's injuries.

As you are aware, your client must be deposed by **August 25, 2023**. To the extent Ms. Fanning is medically capable of testifying, she will need to give deposition testimony before that date. I am attaching an amended notice of deposition for **August 17, 2023**. I am calling you to discuss.

Best,
Julie

Julie Loftus
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Bill Mohrman <mohrman@mklaw.com>
**Sent:** Tuesday, August 1, 2023 12:33 PM
**To:** Loftus, Julie <JLoftus@beneschlaw.com>
**Cc:** Bloom, Michael <MBloom@beneschlaw.com>; Rogers, Brooke <BRogers@beneschlaw.com>; Andrew Parker <parker@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; Roxanne A. Russell <Russell@parkerdk.com>
**Subject:** RE: Lindell - Fanning Deposition

Everyone:

   Mary Fanning had an accident on Sunday which resulted in her being admitted to a hospital yesterday. Ms. Fanning was diagnosed with a concussion and other injuries. She will not be able to be deposed on Friday. I will keep you updated on when she will be well enough to attend a deposition. Bill.

William F. Mohrman
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100


EXHIBIT NO. 394
8-29-23  JS.

Minneapolis, MN. 55402
Telephone - 612-465-0928
Facsimile - 612-341-1076

mohrman@mklaw.com
www.mklaw.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Thank you for your cooperation.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-WMW-JFD |

## PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF MARY FANNING

TO: ALL COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, by and through their undersigned attorneys, and under the Federal Rules of Civil Procedure, will take the deposition of the following individual, to be recorded by both videography and stenographic means, at the following time and place listed below.

| Deponent | Place of Deposition | Date and Time |
|---|---|---|
| Mary Fanning | Lake Geneva, WI<br>Location details TBD | August 17, 2023<br>at 9:00 a.m. CST |

23053313 v1

/s/ *Julie M. Loftus*
Christopher K. Larus
   Minnesota Bar No. 0226828
   CLarus@robinskaplan.com
William E. Manske
   Minnesota Bar No. 0392348
   WManske@robinskaplan.com
Emily J. Tremblay
   Minnesota Bar No. 0395003
   ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice*)
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice*)
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Michael E. Bloom (admitted *pro hac vice*)
   MBloom@beneschlaw.com
Illinois ARDC No. 6302422
Julie M. Loftus (admitted *pro hac vice*)
   JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorneys for the Plaintiffs*

2

23053313 v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2023 a true and correct copy of the foregoing deposition notice was served via email to the following attorneys of record:

**PARKER DANIELS KIBORT LLC**
Andrew D. Parker
Ryan Malone
Joseph A. Pull
Abraham S. Kaplan
Nathaniel Greene
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
parker@parkerdk.com
pull@parkerdk.com
malone@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com

**LEWIN & LEWIN**
Nathan Lewin
888 17th Street NW
4th Floor
Washington, D.C. 20006
nat@lewinlewin.com

/s/Julie M. Loftus
Julie M. Loftus

23053313 v1

3