# EXHIBIT J

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MICHAEL E. BLOOM<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>71 S. Wacker Drive, Suite 1600   CHICAGO, IL 60606 | |
| TELEPHONE NO.: (312) 212-4946 \| FAX NO.   \| E-MAIL ADDRESS *(Optional):* mbloom@beneschlaw.com | |
| ATTORNEY FOR *(Name):*  Plaintiff: SMARTMATIC USA CORP., ET AL | |

**UNITED STATED DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , MN
BRANCH NAME:

Hearing Date:         Room:
Hearing Time:         Dept:

PLAINTIFF:  SMARTMATIC USA CORP., ET AL
DEFENDANT: MICHAEL J. LINDELL AND MY PILLOW, INC.

CASE NUMBER:
**22-CV-0098-WMW-JFD**

# PROOF OF SERVICE

Ref. No. or File No.:
**6004639**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**NOTICE OF SUBPOENA; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; PROTECTIVE ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION; FIRST SUPPLEMENTAL COMPLAINT AND DEMAND FOR JURY TRIAL;**

PARTY SERVED:   **CONAN HAYES**

DATE & TIME OF DELIVERY:   **7/21/2023**
**12:38 PM**

ADDRESS, CITY, AND STATE:   **2169 Highgate Rd**
**Westlake Village, CA 91361**

PHYSICAL DESCRIPTION:
**Age: 46         Weight: 180         Hair:
Sex: Male       Height: 5'9          Race: CAUCASIAN**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service:
  County: Los Angeles
  Registration No.: 2019302904
  County: Los Angeles
  VERITEXT
  633 EAST COLONIAL DRIVE
  ORLANDO, FL 32803
  (800) 275-7991
  Ref: 6004639

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  July 24, 2023.

Signature: _____
GIULIA LEWERS

**PROOF OF SERVICE**

Order#: 205556/General