# EXHIBIT K

Page 1

1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF MINNESOTA
3

4

5    _____
                             )
6    SMARTMATIC USA CORP.,    )
     SMARTMATIC INTERNATIONAL )
7    HOLDING B.V., and SGO    )
     CORPORATION LIMITED,,    )
8                             ) Case No.
             Plaintiff,       ) 22-cv-0098-WMW-JFD
9                             )
        vs.                   )
10                            )
     MICHAEL J. LINDELL and   )
11   MY PILLOW, INC.          )
                              )
12           Defendants.      )
     _____)
13

14

15

16      STATEMENT OF NON APPEARANCE non-appearance of:
17                      CONAN HAYES
18                 Los Angeles, California
19                Friday, August 18, 2023
20                       Volume I
21

22   Reported by:
     LORI M. BARKLEY
23   CSR No. 6426
24   Job No. MW 6057245
25   PAGES 1 - 12

Page 2

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MINNESOTA
 3
 4

     _____
 5                             )
     SMARTMATIC USA CORP.,     )
 6   SMARTMATIC INTERNATIONAL )
     HOLDING B.V., and SGO     )
 7   CORPORATION LIMITED,,     )
                               ) Case No.
 8          Plaintiff,         ) 22-cv-0098-WMW-JFD
                               )
 9      vs.                    )
                               )
10   MICHAEL J. LINDELL and    )
     MY PILLOW, INC.           )
11                             )
             Defendants.       )
12   _____)
13
14          Videotaped Statement of counsel re:
15   Non-appearance of Conan Hayes, taken at 707 Wilshire
16   Blvd., Suite 3500, Los Angeles, California, beginning at
17   10:21 a.m. and ending at 10:36 a.m. on Friday, August
18   18, 2023 before LORI M. BARKLEY, Certified Shorthand
19   Reporter No. 6426.
20
21
22
23
24
25
```

Page 3

1    APPEARANCES:

2

3    BENESCH LAW

4    BY:     Timothy M. Frey

5            Maura Levine-Patton (Via Zoom)

6    Attorneys at Law

7    71 South Wacker Drive, Suite 1600

8    Chicago, IL 60606

9    312-624-6365

10   Tfrey@beneschlaw.com

11   Mlevine-patton@beneschlaw.com

12

13   PARKER DANIELS KIBORT LLC

14   BY:  Abraham S. Kaplan (via Zoom)

15   Attorney at Law

16   888 Colwell Building

17   123 North Third Street

18   Minneapolis, Minnesota 55401

19   612-355-4100

20   Kaplan@parkerdk.com

21

22   Videographer:  Julio Pena

23

24

25

Page 4

1                         I N D E X
2
3
4                         EXHIBITS
5    NUMBER               DESCRIPTION               PAGE
6
     Exhibit 326    Subpoena for Documents and        6
7                   Testimony
8    Exhibit 327    Proof of Service                  6
9    Exhibit 328    Levin-Patton E-Mail to Hayes,     7
                    August 4, 2023
10
     Exhibit 329    Check and Documents Served on     8
11                  Hayes on August 11, 2023
12   Exhibit 330    Proof of Service From August      8
                    11th, 2023
13
     Exhibit 331    E-Mail Exchange Between Hayes     11
14                  and Frey, August 18, 2023
15
16
17
18
19
20
21
22
23
24
25

                                                              Page 5

1          Los Angeles, California; Friday, August 18, 203

2                          10:21 a.m.

3

4

5          VIDEO OPERATOR:  Good morning.  We are on the

6     record at 10:21 a.m. on August 17, 2023.

7               Please note that microphones are sensitive and

8     may pick up whispering and private conversations.  Audio

9     and video recording will continue to take place unless

10    all parties agree to go off the record.

11              This is the video-recorded deposition of Conan

12    Hayes taken by counsel for plaintiff in the matter of

13    Smartmatic USA Corp., et al., versus Michael Lindell and

14    MyPillow.

15              My name is Julio Pena from Veritext, and I am

16    the videographer.  The court reporter is Lori Barkley

17    from Veritext.

18              I am not related any party in this action, nor

19    am I financially interested in the outcome.

20              If there are any objections to proceeding,

21    please state them at the time of your appearance,

22    beginning with the noticing attorney.

23              MR. FREY:  This is Tim Frey on behalf of

24    plaintiffs.

25              MS. LEVINE-PATTON:  Maura Levine-Patton on

Page 6

1    behalf of plaintiff.

2              MR. KAPLAN:   Abraham Kaplan on behalf of

3    defendants.

4              MR. FREY:   I'll proceed, thank you.

5              Mr. Conan James Hayes has not appeared today at

6    his deposition.

7              Mr. Hayes was served with a subpoena to produce

8    documents and a subpoena to testify at a deposition in a

9    civil action.

10             The subpoena is being entered as Exhibit 326.

11             (Exhibit 326 was marked for identification by

12   the court reporter and is attached hereto.)

13             MR. FREY:   The subpoena for documents has a

14   return date of August 7th, 2023, and a deposition date

15   of August 18th, 2023; that is today.

16             The subpoena for documents and the subpoena for

17   deposition was served on Mr. Hayes on July 21st, 2023.

18             The proof of service is being entered as Exhibit

19   327.

20             (Exhibit 327 was marked for identification by

21   the court reporter and is attached hereto.)

22             MR. FREY:   The proof of service states that Mr.

23   Hayes was personally served as his home address of 2169

24   Highgate Road, Westlake Village, California 91361, on

25   July 21st, 2003 at 12:38 p.m.

1          Mr. Hayes was served at that time with a notice

2    of subpoena to produce documents and a subpoena to

3    testify at a deposition in a civil action.

4          On August 4th, 2023, Smartmatic attorney Maura

5    Levine-Patton e-mailed Mr. Hayes at cjh@Criptext.com in

6    order to confirm that the August 18th, 2023 date would

7    work in his schedule.

8          This e-mail will be entered as Exhibit 328.

9          (Exhibit 328 was marked for identification by

10   the court reporter and is attached hereto.)

11        MR. FREY:  In the e-mail, Ms. Levine-Patton told

12   Mr. Hayes that per the attached subpoena for documents

13   and deposition and the attached proof of service, Mr.

14   Hayes' document production was due on August 7th, 2023.

15        Ms. Levine-Patton also noted in the e-mail that

16   Mr. Hayes was due to be deposed on August 18th, 2023 per

17   the subpoena.

18        Mr. Hayes did not respond to the e-mail.

19        The subpoena to serve documents state that --

20   states that Mr. Hayes was required to produce documents

21   on August 7th, 2023.  Mr. Hayes did not produce any

22   documents in response to his subpoena.

23        On August 8th, 2003, counsel Levine-Patton

24   e-mailed Mr. Hayes again.  This is on the same e-mail

25   chain reflected in Exhibit 328.

Page 8

1          Ms. Levine-Patton told Mr. Hayes that his

2    document production was deficient, and that per the

3    deposition subpoena, his deposition would be held on

4    August 18th, 2023 at 10 a.m.

5          Mr. Hayes did not respond to this e-mail, and

6    Ms. Levin-Patton did not receive a bounce back

7    non-delivery notification to that e-mail.

8          On August 11th, 2023, Mr. Hayes was served at

9    his home address with a check for $94 and a packet of

10   documents.

11         This will be entered as Exhibit 329.

12         (Exhibit 329 was marked for identification by

13   the court reporter and is attached hereto.)

14         MR. FREY:  The documents Mr. Hayes was served

15   with his check included an affidavit of

16   Ms. Levine-Patton regarding the witness fee check

17   pursuant to 20 USC 1821B and a copy of his initial

18   subpoena for deposition testimony and the proof of

19   service from his initial deposition subpoena.

20         There is also a proof of service from August

21   11th, 2023, showing that Mr. Hayes was served at

22   a.m. at his home and was given affidavit, exhibits and

23   witness fees of $94.

24         This will be entered as Exhibit 330.

25         (Exhibit 330 was marked for identification by

1  the court reporter and is attached hereto.)

2       MR. FREY:  Yesterday, on August 17th, at

3  approximately 11:30 a.m. Pacific time, Mr. Hayes

4  contacted Smartmatic attorney Michael Bloom via

5  telephone.

6       Mr. Hayes informed Mr. Bloom that he would not

7  be able to appear at his deposition today.  And he did

8  not intend to.

9       I then contacted Mr. Hayes and we spoke at

10  approximately 3:50 p.m. Pacific time.  I informed Mr.

11  Hayes that we had attempted to contact him on several

12  occasions to confirm the date for his deposition, and

13  that there was an enforceable for his attendance today,

14  and that we intended to go forward in accordance with

15  the subpoena.

16       Late last night, Mr. Hayes again e-mailed to

17  state that he was not available and would not appear.

18       First thing this morning, I wrote back informing

19  him that we would proceed to open a deposition as

20  required by the subpoena, and as I had told him on the

21  phone.

22       The time is now 10:27 a.m. Pacific time.

23       Mr. Hayes has not appeared.  I am therefore

24  suspending this deposition at this time.

25       MR. KAPLAN:  Are we still on the record?

Page 10

1              MR. FREY:  Yes, we are.

2              MR. KAPLAN:  Are you putting in your e-mail as

3      an exhibit back and forth with Mr. Hayes?

4              MR. FREY:  I did not have the opportunity to

5      print that off.  But in a motion to compel compliance,

6      that will be an exhibit.

7              MR. KAPLAN:  Okay.

8              THE REPORTER:  Okay to go off the record?

9              MR. FREY:  Counsel, would you like --

10             MR. KAPLAN:  I think it would be appropriate to

11     put it in the record.  Create it as an exhibit.

12             MR. FREY:  Counsel, let's go off the record

13     briefly, we will get that printed and we will put it on

14     the record.

15             VIDEO OPERATOR:  The time is 10:28.  And we're

16     going off the record.

17

18             (Recess taken.)

19

20             VIDEO OPERATOR:  The time is 10:35.  And we're

21     back on the record.

22             MR. FREY:  Good morning, the time is now 10:35.

23             We have printed out a copy of the e-mail

24     exchange with Mr. Hayes this morning.  Mr. Hayes wrote

25     to me and my colleague Michael Bloom last night at 10:14

Page 11

1    p.m.

2              I wrote back this morning at 7:26 a.m. to Mr.

3    Hayes copying Mr. Bloom and Mr. Kaplan.  This will be

4    entered as Exhibit 331.

5              (Exhibit 331 was marked for identification by

6    the court reporter and is attached hereto.)

7              MR. FREY:  The time is now 10:36 and Mr. Hayes

8    has still not appeared.  So again, I'm going to suspend

9    this deposition, pending Mr. Hayes' compliance.

10             VIDEO OPERATOR:  The time is 10:36.  And we're

11   going off the record.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 12

1    STATE OF CALIFORNIA          ) ss.

2    COUNTY OF LOS ANGELES        )

3

4           I, Lori M. Barkley, CSR No. 6426, do hereby

5    certify:

6           That the foregoing proceedings were taken before

7    me at the time and place therein set forth and were

8    recorded stenographically by me, and were thereafter

9    transcribed under my direction and supervision, and that

10   the foregoing pages contain a full, true and accurate

11   record of all proceedings to the best of my skill and

12   ability.

13          I further certify that I am neither counsel for

14   any party to said action, nor am I related to any party

15   to said action, nor am I in any way interested in the

16   outcome thereof.

17          IN WITNESS WHEREOF, I have subscribed my name

18   this 18th day of August, 2023.

19

20   _____

21          LORI M. BARKLEY, CSR No. 6426

22

23

24

25

**[0098 - available]**                                             Page 1

| **0** |
|---|
| **0098**   1:8 2:8 |

| **1** |
|---|
| **1**   1:25 |
| **10**   8:4 |
| **10:21**   2:17 5:2 |
| 5:6 |
| **10:27**   9:22 |
| **10:28**   10:15 |
| **10:35**   10:20,22 |
| **10:36**   2:17 11:7 |
| 11:10 |
| **11**   4:11,13 |
| **11:30**   9:3 |
| **11th**   4:12 8:8 |
| 8:21 |
| **12**   1:25 |
| **123**   3:17 |
| **12:38**   6:25 |
| **1600**   3:7 |
| **17**   5:6 |
| **17th**   9:2 |
| **18**   1:19 2:18 |
| 4:14 5:1 |
| **1821b**   8:17 |
| **18th**   6:15 7:6 |
| 7:16 8:4 12:18 |

| **2** |
|---|
| **20**   8:17 |
| **2003**   6:25 7:23 |
| **2023**   1:19 2:18 |
| 4:9,11,12,14 |
| 5:6 6:14,15,17 |
| 7:4,6,14,16,21 |

8:4,8,21 12:18
**203**   5:1
**2169**   6:23
**21st**   6:17,25
**22**   1:8 2:8

| **3** |
|---|
| **312-624-6365** |
| 3:9 |
| **326**   4:6 6:10,11 |
| **327**   4:8 6:19,20 |
| **328**   4:9 7:8,9 |
| 7:25 |
| **329**   4:10 8:11 |
| 8:12 |
| **330**   4:12 8:24 |
| 8:25 |
| **331**   4:13 11:4,5 |
| **3500**   2:16 |
| **3:50**   9:10 |

| **4** |
|---|
| **4**   4:9 |
| **4th**   7:4 |

| **5** |
|---|
| **55401**   3:18 |

| **6** |
|---|
| **6**   4:6,8 |
| **6057245**   1:24 |
| **60606**   3:8 |
| **612-355-4100** |
| 3:19 |
| **6426**   1:23 2:19 |
| 12:4,21 |
| **6966**   12:19 |

| **7** |
|---|
| **7**   4:9 |
| **707**   2:15 |
| **71**   3:7 |
| **7:26**   11:2 |
| **7th**   6:14 7:14 |
| 7:21 |

| **8** |
|---|
| **8**   4:10,12 |
| **888**   3:16 |
| **8th**   7:23 |

| **9** |
|---|
| **91361**   6:24 |
| **94**   8:9,23 |

| **a** |
|---|
| **a.m.**   2:17,17 |
| 5:2,6 8:4,22 |
| 9:3,22 11:2 |
| **ability**   12:12 |
| **able**   9:7 |
| **abraham**   3:14 |
| 6:2 |
| **accordance** |
| 9:14 |
| **accurate**   12:10 |
| **action**   5:18 6:9 |
| 7:3 12:14,15 |
| **address**   6:23 |
| 8:9 |
| **affidavit**   8:15 |
| 8:22 |
| **agree**   5:10 |
| **al**   5:13 |

**angeles**   1:18
2:16 5:1 12:2
**appear**   9:7,17
**appearance**
1:16,16 2:15
5:21
**appearances**
3:1
**appeared**   6:5
9:23 11:8
**appropriate**
10:10
**approximately**
9:3,10
**attached**   6:12
6:21 7:10,12
7:13 8:13 9:1
11:6
**attempted**   9:11
**attendance**
9:13
**attorney**   3:15
5:22 7:4 9:4
**attorneys**   3:6
**audio**   5:8
**august**   1:19
2:17 4:9,11,12
4:14 5:1,6 6:14
6:15 7:4,6,14
7:16,21,23 8:4
8:8,20 9:2
12:18
**available**   9:17

[b.v. - full]                                                                      Page 2

**b**

**b.v.**  1:7 2:6
**back**  8:6 9:18
  10:3,21 11:2
**barkley**  1:22
  2:18 5:16 12:4
  12:21
**beginning**  2:16
  5:22
**behalf**  5:23 6:1
  6:2
**benesch**  3:3
**beneschlaw.c...**
  3:10,11
**best**  12:11
**bloom**  9:4,6
  10:25 11:3
**blvd**  2:16
**bounce**  8:6
**briefly**  10:13
**building**  3:16

**c**

**california**  1:18
  2:16 5:1 6:24
  12:1
**case**  1:8 2:7
**certified**  2:18
**certify**  12:5,13
**chain**  7:25
**check**  4:10 8:9
  8:15,16
**chicago**  3:8
**civil**  6:9 7:3
**cjh**  7:5

**colleague**  10:25
**colwell**  3:16
**compel**  10:5
**compliance**
  10:5 11:9
**conan**  1:17
  2:15 5:11 6:5
**confirm**  7:6
  9:12
**contact**  9:11
**contacted**  9:4,9
**contain**  12:10
**continue**  5:9
**conversations**
  5:8
**copy**  8:17
  10:23
**copying**  11:3
**corp**  1:6 2:5
  5:13
**corporation**
  1:7 2:7
**counsel**  2:14
  5:12 7:23 10:9
  10:12 12:13
**county**  12:2
**court**  1:1 2:1
  5:16 6:12,21
  7:10 8:13 9:1
  11:6
**create**  10:11
**criptext.com**
  7:5
**csr**  1:23 12:4
  12:21

**cv**  1:8 2:8

**d**

**d**  4:1
**daniels**  3:13
**date**  6:14,14
  7:6 9:12
**day**  12:18
**defendants**
  1:12 2:11 6:3
**deficient**  8:2
**delivery**  8:7
**deposed**  7:16
**deposition**  5:11
  6:6,8,14,17 7:3
  7:13 8:3,3,18
  8:19 9:7,12,19
  9:24 11:9
**description**  4:5
**direction**  12:9
**district**  1:1,2
  2:1,2
**document**  7:14
  8:2
**documents**  4:6
  4:10 6:8,13,16
  7:2,12,19,20,22
  8:10,14
**drive**  3:7
**due**  7:14,16

**e**

**e**  4:1,9,13 7:5,8
  7:11,15,18,24
  7:24 8:5,7 9:16
  10:2,23

**enforceable**
  9:13
**entered**  6:10,18
  7:8 8:11,24
  11:4
**et**  5:13
**exchange**  4:13
  10:24
**exhibit**  4:6,8,9
  4:10,12,13
  6:10,11,18,20
  7:8,9,25 8:11
  8:12,24,25
  10:3,6,11 11:4
  11:5
**exhibits**  4:4
  8:22

**f**

**fee**  8:16
**fees**  8:23
**financially**  5:19
**first**  9:18
**foregoing**  12:6
  12:10
**forth**  10:3 12:7
**forward**  9:14
**frey**  3:4 4:14
  5:23,23 6:4,13
  6:22 7:11 8:14
  9:2 10:1,4,9,12
  10:22 11:7
**friday**  1:19
  2:17 5:1
**full**  12:10

**[further - pacific]** Page 3

| | |
|---|---|
| **further** 12:13 | |

**g**

**given** 8:22
**go** 5:10 9:14
  10:8,12
**going** 10:16
  11:8,11
**good** 5:5 10:22

**h**

**hayes** 1:17 2:15
  4:9,11,13 5:12
  6:5,7,17,23 7:1
  7:5,12,14,16,18
  7:20,21,24 8:1
  8:5,8,14,21 9:3
  9:6,9,11,16,23
  10:3,24,24
  11:3,7,9
**held** 8:3
**hereto** 6:12,21
  7:10 8:13 9:1
  11:6
**highgate** 6:24
**holding** 1:7 2:6
**home** 6:23 8:9
  8:22

**i**

**identification**
  6:11,20 7:9
  8:12,25 11:5
**il** 3:8
**included** 8:15
**informed** 9:6
  9:10

**informing** 9:18
**initial** 8:17,19
**intend** 9:8
**intended** 9:14
**interested** 5:19
  12:15
**international**
  1:6 2:6

**j**

**j** 1:10 2:10
**james** 6:5
**jfd** 1:8 2:8
**job** 1:24
**julio** 3:22 5:15
**july** 6:17,25

**k**

**kaplan** 3:14,20
  6:2,2 9:25 10:2
  10:7,10 11:3
**kibort** 3:13

**l**

**late** 9:16
**law** 3:3,6,15
**levin** 4:9 8:6
**levine** 3:5 5:25
  5:25 7:5,11,15
  7:23 8:1,16
**limited** 1:7 2:7
**lindell** 1:10
  2:10 5:13
**llc** 3:13
**lori** 1:22 2:18
  5:16 12:4,21

**los** 1:18 2:16
  5:1 12:2

**m**

**m** 1:22 2:18 3:4
  12:4,21
**mail** 4:9,13 7:8
  7:11,15,18,24
  8:5,7 10:2,23
**mailed** 7:5,24
  9:16
**marked** 6:11
  6:20 7:9 8:12
  8:25 11:5
**matter** 5:12
**maura** 3:5 5:25
  7:4
**michael** 1:10
  2:10 5:13 9:4
  10:25
**microphones**
  5:7
**minneapolis**
  3:18
**minnesota** 1:2
  2:2 3:18
**mlevine** 3:11
**morning** 5:5
  9:18 10:22,24
  11:2
**motion** 10:5
**mw** 1:24
**mypillow** 5:14

**n**

**n** 4:1
**name** 5:15
  12:17
**neither** 12:13
**night** 9:16
  10:25
**non** 1:16,16
  2:15 8:7
**north** 3:17
**note** 5:7
**noted** 7:15
**notice** 7:1
**noticing** 5:22
**notification** 8:7
**number** 4:5

**o**

**objections** 5:20
**occasions** 9:12
**okay** 10:7,8
**open** 9:19
**operator** 5:5
  10:15,20 11:10
**opportunity**
  10:4
**order** 7:6
**outcome** 5:19
  12:16

**p**

**p.m.** 6:25 9:10
  11:1
**pacific** 9:3,10
  9:22

**packet** 8:9
**page** 4:5
**pages** 1:25
  12:10
**parker** 3:13
**parkerdk.com**
  3:20
**parties** 5:10
**party** 5:18
  12:14,14
**patton** 3:5,11
  4:9 5:25,25 7:5
  7:11,15,23 8:1
  8:6,16
**pena** 3:22 5:15
**pending** 11:9
**personally** 6:23
**phone** 9:21
**pick** 5:8
**pillow** 1:11
  2:10
**place** 5:9 12:7
**plaintiff** 1:8 2:8
  5:12 6:1
**plaintiffs** 5:24
**please** 5:7,21
**print** 10:5
**printed** 10:13
  10:23
**private** 5:8
**proceed** 6:4
  9:19
**proceeding**
  5:20

**proceedings**
  12:6,11
**produce** 6:7 7:2
  7:20,21
**production**
  7:14 8:2
**proof** 4:8,12
  6:18,22 7:13
  8:18,20
**pursuant** 8:17
**put** 10:11,13
**putting** 10:2

**r**

**receive** 8:6
**recess** 10:18
**record** 5:6,10
  9:25 10:8,11
  10:12,14,16,21
  11:11 12:11
**recorded** 5:11
  12:8
**recording** 5:9
**reflected** 7:25
**regarding** 8:16
**related** 5:18
  12:14
**reported** 1:22
**reporter** 2:19
  5:16 6:12,21
  7:10 8:13 9:1
  10:8 11:6
**required** 7:20
  9:20
**respond** 7:18
  8:5

**response** 7:22
**return** 6:14
**road** 6:24

**s**

**s** 3:14
**schedule** 7:7
**sensitive** 5:7
**serve** 7:19
**served** 4:10 6:7
  6:17,23 7:1 8:8
  8:14,21
**service** 4:8,12
  6:18,22 7:13
  8:19,20
**set** 12:7
**several** 9:11
**sgo** 1:7 2:6
**shorthand** 2:18
**showing** 8:21
**signature** 12:19
**skill** 12:11
**smartmatic** 1:6
  1:6 2:5,6 5:13
  7:4 9:4
**south** 3:7
**spoke** 9:9
**ss** 12:1
**state** 5:21 7:19
  9:17 12:1
**statement** 1:16
  2:14
**states** 1:1 2:1
  6:22 7:20
**stenographic...**
  12:8

**street** 3:17
**subpoena** 4:6
  6:7,8,10,13,16
  6:16 7:2,2,12
  7:17,19,22 8:3
  8:18,19 9:15
  9:20
**subscribed**
  12:17
**suite** 2:16 3:7
**supervision**
  12:9
**suspend** 11:8
**suspending**
  9:24

**t**

**take** 5:9
**taken** 2:15 5:12
  10:18 12:6
**telephone** 9:5
**testify** 6:8 7:3
**testimony** 4:7
  8:18
**tfrey** 3:10
**thank** 6:4
**thereof** 12:16
**thing** 9:18
**think** 10:10
**third** 3:17
**tim** 5:23
**time** 5:21 7:1
  9:3,10,22,22,24
  10:15,20,22
  11:7,10 12:7

**[timothy - zoom]**                                                      Page 5

| | |
|---|---|
| **timothy** 3:4 | **wmw** 1:8 2:8 |
| **today** 6:5,15 9:7,13 | **work** 7:7 |
| **told** 7:11 8:1 9:20 | **wrote** 9:18 10:24 11:2 |
| **transcribed** 12:9 | **x** |
| **true** 12:10 | **x** 4:1 |
| **u** | **y** |
| **under** 12:9 | **yesterday** 9:2 |
| **united** 1:1 2:1 | **z** |
| **usa** 1:6 2:5 5:13 | **zoom** 3:5,14 |
| **usc** 8:17 | |
| **v** | |
| **veritext** 5:15,17 | |
| **versus** 5:13 | |
| **video** 5:5,9,11 10:15,20 11:10 | |
| **videographer** 3:22 5:16 | |
| **videotaped** 2:14 | |
| **village** 6:24 | |
| **volume** 1:20 | |
| **vs** 1:9 2:9 | |
| **w** | |
| **wacker** 3:7 | |
| **way** 12:15 | |
| **westlake** 6:24 | |
| **whereof** 12:17 | |
| **whispering** 5:8 | |
| **wilshire** 2:15 | |
| **witness** 8:16,23 12:17 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.