# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Smartmatic USA Corp., et. al,
    Plaintiff(s),

vs.                   Case No. 22-cv-00098-WMW-JFD

Michael J. Lindell, et al.,
    Defendant(s).

## **MEET-AND-CONFER STATEMENT**

I, James R. Bedell, representing the Plaintiffs, hereby certify that:

I met and conferred with the opposing party by:

  Meeting with: Andrew Parker and Abraham Kaplan

  On: September 12, 13, and 14, 2023

  Discussing the following motion: Plaintiffs' Motion for Leave to Complete Limited Third-Party Discovery After the Fact Discovery Deadline

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

    X Do **not** agree on the resolution of any part of the motion.

    ☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

2

Signed this 27th day of September, 2023.

| | |
|---|---|
| Signature of Party | /s/ *James R. Bedell* |
| Mailing Address | 127 Public Square, Suite 4900 |
| | Cleveland, OH 44114 |
| Telephone Number | (216) 363-4500 |

<u>Note</u>:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).