IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-WMW-JFD |

## [PROPOSED] ORDER

Having considered Plaintiff's Motion for Leave to Complete Limited Third-Party Discovery After the Fact Discovery Deadline (ECF No. __) it is hereby ORDERED that the motion is GRANTED.

The Second Amended Pretrial Scheduling Order is modified such that Smartmatic may take third-party discovery from Mary Fanning and Conan Hayes after the October 20, 2023, deadline to complete fact discovery, if necessary.

**SO ORDERED** this ___ day of _____, 2023.

                _____
                JOHN F. DOCHERTY
                United States Magistrate Judge