# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC.'S THIRD MOTION TO COMPEL AND MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 37(a), Defendants Michael J. Lindell and My Pillow, Inc. ("Defendants") move this Court for a third order compelling Plaintiffs' responses to initial disclosures and certain of Defendants' discovery requests. Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.3, Defendants move this Court for an order amending the scheduling order. The reasons for these motions are set forth in Defendants' Memorandum of Law and supporting papers.

1

DATED: September 27, 2023　　　　**PARKER DANIELS KIBORT LLC**

By */s/ Abraham S. Kaplan*
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
Christopher C. Grecian (#387693)
Cody J. Blades (#0396341)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com
grecian@parkerdk.com
blades@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*