**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>               Plaintiffs,<br><br>        v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>               Defendants. | Case No. 22-cv-00098- WMW-JFD |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Abraham S. Kaplan, hereby certify that Defendants Michael J. Lindell and My Pillow, Inc.'s Memorandum of Law in Support of Defendants' Third Motion to Compel and in Support of Defendants' Motion to Amend the Scheduling Order complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 5,181 words, exclusive of the caption, table of contents and signature block.

CASE 0:22-cv-00098-JMB-JFD   Doc. 213   Filed 09/28/23   Page 2 of 2

DATED: September 27, 2023                    **PARKER DANIELS KIBORT LLC**

                                             By */s/ Abraham S. Kaplan*
                                             Andrew D. Parker (#195042)
                                             Joseph A. Pull (#0386968)
                                             Abraham S. Kaplan (#399507)
                                             Nathaniel R. Greene (#390251)
                                             Christopher C. Grecian (#387693)
                                             Cody J. Blades (#0396341)
                                             888 Colwell Building
                                             123 N. Third Street
                                             Minneapolis, MN 55401
                                             Telephone: (612) 355-4100
                                             parker@parkerdk.com
                                             pull@parkerdk.com
                                             kaplan@parkerdk.com
                                             greene@parkerdk.com
                                             grecian@parkerdk.com
                                             blades@parkerdk.com


                                             *ATTORNEYS FOR DEFENDANTS*

2