**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>           Plaintiffs,<br><br>           v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>           Defendants. | Case No. 22-cv-00098- WMW-JFD |

**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL J. LINDELL AND MY PILLOW, INC'S THIRD MOTION TO COMPEL AND MOTION TO AMEND SCHEDULING ORDER**

The parties appeared before this Court on October 11, 2023, on Defendants Michael J. Lindell and My Pillow, Inc.'s ("Defendants") Third Motion to Compel. The Court, after hearing the parties' arguments and reviewing the legal memoranda, declarations, exhibits, and all other related papers, HEREBY GRANTS Defendants' Third Motion to Compel and orders Plaintiffs to do the following, within two weeks of the date of this order:

1. Supplement their Rule 26(a)(1) initial disclosures to provide a computation for each category of damages claimed in this case;

2. Produce all damages computation documents as required under Rule 26(a)(1)(A)(iii);

3. Supplement their answer to Interrogatory No. 20, with a substantive response, based on the information currently available to Plaintiffs;

4.  Supplement their answer to Interrogatory Nos. 13, 16, 25, 31, 32, 33, 34, and 36, with a substantive response, based on the information currently available to Plaintiffs; and

5.  Supplement their responses to Document Request Nos. 3, 4, 9, 14, 20, and 21 to produce all relevant, responsive documents and tangible things.

The Court, after hearing the parties' arguments and reviewing the legal memoranda, declarations, exhibits, and all other related papers, HEREBY GRANTS Defendants' Motion to Modify the Scheduling Order extending all order deadlines by sixty (60) days. The Court will issue a new Scheduling Order to that effect.


SO ORDERED.


BY THE COURT:


Dated: _____          _____
                                     The Honorable John F. Docherty
                                     Magistrate Judge for the United States
                                     District Court for the District of
                                     Minnesota