IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 22-cv-00098- WMW-JFD<br><br>**STATEMENT INSTEAD OF REDACTION** |
|---|---|

The following exhibits to the Declaration of Abraham S. Kaplan (ECF No. 215) submitted in support of Defendants' Third Motion to Compel and Amend Scheduling Order have been filed under seal in accordance with Local Rule 5.6(d) as follows:

-

| ECF No. | Exhibit | Description of Document | Reason for Filing Document Under Seal |
|---|---|---|---|
| 215-1 | F | Multiple versions of Appendix A | Produced in Discovery– Entire Document is labelled Attorneys' Eyes Only – Highly Confidential |
| 215-2 | M | September 22, 2023 Hearing Transcript | Per L.R. 80.1, no part of the transcript is yet to be made publicly available on CM/ECF |

DATED: September 28, 2023        **PARKER DANIELS KIBORT LLC**

By <u>*/s/ Abraham S. Kaplan*</u>
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
Abraham S. Kaplan (#399507)
Nathaniel R. Greene (#390251)
Christopher C. Grecian (#387693)
Cody J. Blades (#0396341)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
greene@parkerdk.com
grecian@parkerdk.com
blades@parkerdk.com

*ATTORNEYS FOR DEFENDANTS*