# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Smartmatic USA Corp., et al.

               Plaintiff(s)          Case No: 22-cv-00098-WMW-JFD

v.

Michael J. Lindell, et al.

               Defendant(s)

The undersigned James R. Bedell hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☐ I intend to request redaction of personal identifiers located within the transcript of _____, filed on _____ to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☑ I will not be requesting redaction as no redaction is required.

Dated: 10/2/23         /s/ James R. Bedell