IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Abraham S. Kaplan, hereby certify that Defendants Michael J. Lindell and My Pillow, Inc.'s Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Complete Limited Third-Party Discovery after the Fact Discovery Deadline complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 1,954 words, exclusive of the caption, table of contents and signature block.

DATED: October 4, 2023.                    **PARKER DANIELS KIBORT LLC**

                                                      By */s/ Abraham S. Kaplan*
                                                           Andrew D. Parker (MN Bar No. 195042)
                                                           Joseph Pull (MN Bar No. 386968)
                                                           Abraham Kaplan (MN Bar No. 399507)
                                                           Christopher Grecian (MN Bar No. 387693)
                                                           Cody Blades (MN Bar No. 396341)
                                                           Ryan Malone (MN Bar No. 395795)
                                                           Nathaniel Greene (MN Bar No. 390251)
                                                           888 Colwell Building
                                                           123 N. Third Street
                                                           Minneapolis, MN 55401
                                                           Telephone: (612) 355-4100
                                                           parker@parkerdk.com
                                                           pull@parkerdk.com
                                                           kaplan@parkerdk.com
                                                           grecian@parkerdk.com
                                                           blades@parkerdk.com
                                                           malone@parkerdk.com
                                                           greene@parkerdk.com

                                                      **ATTORNEYS FOR DEFENDANTS**