IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## DECLARATION OF ABRAHAM S. KAPLAN

I, Abraham S. Kaplan, being first duly sworn, state as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and am one of the attorneys representing Defendants in the above-referenced case. As such, I have personal knowledge of the dates, events, and facts stated below.

2. Attached as Exhibit 1 is a true and correct copy of an email dated September 17, 2023, regarding the parties' meet and confer discussions.

3. Attached as Exhibit 2 is a true and correct copy of an email dated August 8, 2023, regarding Plaintiffs' withholding of Los Angeles County related documents and communications.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiffs' Supplemental Responses to Defendant My Pillow, Inc.'s First Set of Requests for Production of Documents and Things dated August 21, 2023.

1

5. Attached as Exhibit 4 is a true and correct copy of an email dated September 12, 2023 regarding Plaintiffs' amended 30b(6) designations the night before Roger Pinate Jr.'s 30(b)(6) deposition.

6. Attached as Exhibit 5 is a true and correct copy of an email dated September 13, 2023, regarding Plaintiffs' cancelation of Pedro Mugica's (President of Smartmatic) deposition.

7. Attached as Exhibit 6 is a true and correct copy of an email dated September 24, 2023 regarding Plaintiffs' amended 30b(6) designations two days before Antonio Mugica's 30(b)(6) deposition.

8. Attached as Exhibit 7 is a true and correct copy of an email dated September 26, 2023, regarding Plaintiffs' additional pending document productions.

9. Attached as Exhibit 8 is a true and correct copy of an email dated September 27, 2023 regarding Plaintiffs' cancellation of the October 3, 2023, deposition of Robert Cook.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2023, in Hennepin County, Minnesota.

                                                 */s/ Abraham S. Kaplan*
                                                 Abraham S. Kaplan