# EXHIBIT B

# PARKER | DANIELS | KIBORT

May 5, 2023

**<u>VIA E-MAIL</u>**
Michael Bloom
Julie Loftus
Benesch Friedlander Coplan & Aronoff, LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
MBloom@beneschlaw.com
JLoftus@beneschlaw.com

   Re: *Smartmatic USA Corp. et al. v. Lindell et al.*
      Case No. 22-cv-98 (WMW/JFD) (D. Minn.).

Counsel:

I am writing to follow up on my letter dated April 26, 2023, that identified a series of deficiencies in Smartmatic's discovery responses. That letter requested a response by May 3, 2023. To date we have not received a response of any kind.

Be advised that this afternoon we will be seeking the earliest possible hearing date with the Court for a Motion to Compel proper responses.

      Sincerely,

      */s/ Matthew R. Eslick*

      Matthew R. Eslick

ANDREW D. PARKER
CHRISTOPHER M. DANIELS
JESSE H. KIBORT
LORI A. JOHNSON
ELIZABETH S. WRIGHT
ALEC J. BECK
JOSEPH A. PULL
MATTHEW R. ESLICK
RYAN P. MALONE
JORDON C. GREENLEE
ABRAHAM S. KAPLAN
GREGORY N. ARENSON
REGINALD W. SNELL

FREDERICK C. BROWN
 OF COUNSEL

888 Colwell Building
123 Third Street North
Minneapolis, MN 55401

parkerdk.com

Tel: 612.355.4100
Fax: 612.355.4101