# EXHIBIT E

| Code | 1/2017 Count | 1/2017 Amt | 2/2017 Count | 2/2017 Amt | 3/2017 Count | 3/2017 Amt | 4/2017 Count | 4/2017 Amt | 5/2017 Count | 5/2017 Amt | 6/2017 Count | 6/2017 Amt | 7/2017 Count | 7/2017 Amt | 8/2017 Count | 8/2017 Amt | 9/2017 Count | 9/2017 Amt | 10/2017 Count | 10/2017 Amt | 11/2017 Count | 11/2017 Amt | 12/2017 Count | 12/2017 Amt | 1/2018 Count | 1/2018 Amt | 2/2018 Count | 2/2018 Amt | 3/2018 Count | 3/2018 Amt | 4/2018 Count | 4/2018 Amt | 5/2018 Count | 5/2018 Amt | 6/2018 Count | 6/2018 Amt | 7/2018 Count | 7/2018 Amt | 8/2018 Count | 8/2018 Amt | 9/2018 Count | 9/2018 Amt | 10/2018 Count | 10/2018 Amt | 11/2018 Count | 11/2018 Amt | 12/2018 Count | 12/2018 Amt | 1/2019 Count | 1/2019 Amt | 2/2019 Count | 2/2019 Amt | 3/2019 Count | 3/2019 Amt | 4/2019 Count | 4/2019 Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ware | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| WAROOM | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren14 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren17 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren19 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren23 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren27 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren41 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren6 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren9 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Warrior | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warriors | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| WARROOM | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warroom | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warroom1 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warsaw17 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warsaw19 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warsaw22 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warsaw27 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| was | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 109.98 | 0 | $ - | 1 | $ 55.99 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Wash | 0 | $ - | 1 | $ 105.98 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 105.98 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| wash4 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| washington | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| washington17 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| washington19 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| wasj | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 89.98 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Watch 4 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 109.99 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| watch3 | 1 | $ 55.99 | 1 | $ 101.97 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ 55.99 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| watch4 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 42 | $ 5,098.76 | 15 | $ 1,696.60 | 10 | $ 799.81 | 7 | $ 729.34 | 8 | $ 774.29 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| waterbury17 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |

DEF11325172
CONFIDENTIAL

| Code | 4/2019 Amt | 4/2019 Count | 5/2019 Amt | 5/2019 Count | 5/2019 Amt | 5/2019 Count | 6/2019 Amt | 6/2019 Count | 6/2019 Amt | 6/2019 Count | 7/2019 Amt | 7/2019 Count | 7/2019 Amt | 7/2019 Count | 8/2019 Amt | 8/2019 Count | 8/2019 Amt | 8/2019 Count | 9/2019 Amt | 9/2019 Count | 9/2019 Amt | 9/2019 Count | 10/2019 Amt | 10/2019 Count | 10/2019 Amt | 10/2019 Count | 11/2019 Amt | 11/2019 Count | 11/2019 Amt | 11/2019 Count | 12/2019 Amt | 12/2019 Count | 12/2019 Amt | 12/2019 Count | 1/2020 Amt | 1/2020 Count | 1/2020 Amt | 1/2020 Count | 2/2020 Amt | 2/2020 Count | 2/2020 Amt | 2/2020 Count | 3/2020 Amt | 3/2020 Count | 3/2020 Amt | 3/2020 Count | 4/2020 Amt | 4/2020 Count | 4/2020 Amt | 4/2020 Count | 5/2020 Amt | 5/2020 Count | 5/2020 Amt | 5/2020 Count | 6/2020 Amt | 6/2020 Count | 6/2020 Amt | 6/2020 Count | 7/2020 Amt | 7/2020 Count | 7/2020 Amt | 7/2020 Count | 8/2020 Amt | 8/2020 Count | 8/2020 Amt | 8/2020 Count | 9/2020 Amt | 9/2020 Count | 9/2020 Amt | 9/2020 Count | 10/2020 Amt | 10/2020 Count | 10/2020 Amt | 10/2020 Count | 11/2020 Amt | 11/2020 Count | 11/2020 Amt | 11/2020 Count | 12/2020 Amt | 12/2020 Count | 12/2020 Amt | 12/2020 Count | 1/2021 Amt | 1/2021 Count | 1/2021 Amt | 1/2021 Count | 2/2021 Amt | 2/2021 Count | 2/2021 Amt | 2/2021 Count | 3/2021 Amt | 3/2021 Count | 3/2021 Amt | 3/2021 Count | 4/2021 Amt | 4/2021 Count | 4/2021 Amt | 4/2021 Count | 5/2021 Amt | 5/2021 Count | 5/2021 Amt | 5/2021 Count | 6/2021 Amt | 6/2021 Count | 6/2021 Amt | 6/2021 Count | 7/2021 Amt | 7/2021 Count | 7/2021 Amt | 7/2021 Count | 8/2021 Amt | 8/2021 Count | 8/2021 Amt | 8/2021 Count | 9/2021 Amt | 9/2021 Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ware | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| WAROOM | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warren14 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warren17 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warren19 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warren23 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warren27 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warren41 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warren6 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warren9 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| Warrior | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warriors | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| WARROM | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| **warroom** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** | **$-** | **0** |
| warroom1 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warsaw17 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warsaw19 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warsaw22 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| warsaw27 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| was | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| Wash | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| wash4 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| washington | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| washington17 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| washington19 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| wasj | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| Watch 4 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| watch3 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| watch4 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |
| waterbury17 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 | $- | 0 |

DEF11325172
CONFIDENTIAL

| Code | 9/2021 Amt | 10/2021 Count | 10/2021 Amt | 11/2021 Count | 11/2021 Amt | 12/2021 Count | 12/2021 Amt | 1/2022 Count | 1/2022 Amt | 2/2022 Count | 2/2022 Amt | 3/2022 Count | 3/2022 Amt | 4/2022 Count | 4/2022 Amt | 5/2022 Count | 5/2022 Amt | 6/2022 Count | 6/2022 Amt | 7/2022 Count | 7/2022 Amt | 8/2022 Count | 8/2022 Amt | 9/2022 Count | 9/2022 Amt | 10/2022 Count | 10/2022 Amt | 11/2022 Count | 11/2022 Amt | 12/2022 Count | 12/2022 Amt | 1/2023 Count | 1/2023 Amt | 2/2023 Count | 2/2023 Amt | 3/2023 Count | 3/2023 Amt | 4/2023 Count | 4/2023 Amt | 5/2023 Count | 5/2023 Amt | 6/2023 Count | 6/2023 Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ware | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 111.92 | 0 | $ - | 0 | $ - | 0 | $ - |
| WAROOM | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren14 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren17 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren19 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren23 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren27 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren41 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren6 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warren9 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Warrior | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warriors | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| WARROM | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warroom | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 4242 | $ 440,453.67 | 4324 | $ 567,609.37 | 10566 | $ 1,121,339.16 | 5598 | $ 694,262.88 | 4474 | $ 556,276.41 | 5056 | $ 570,224.00 |
| warroom1 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warsaw17 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warsaw19 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warsaw22 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| warsaw27 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| was | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Wash | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| wash4 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| washington | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| washington17 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| washington19 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| wasj | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Watch 4 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| watch3 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| watch4 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| waterbury17 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |

DEF11325172
CONFIDENTIAL