# EXHIBIT F

## Page 1

```
1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MINNESOTA
2   -----------------------------------------------
3   SMARTMATIC USA CORP.,
    SMARTMATIC INTERNATIONAL
4   HOLDING B.V., AND SGO CORPORATION
    LIMITED,
5
             Plaintiffs,
6      vs.              Case No. 22-cv-0098-WMW-JFD
7   MICHAEL J. LINDELL and
    MY PILLOW, INC.,
8
             Defendants.
9
10  _____
11
12
13
             Video Deposition of
14
               DAWN H. CURTIS
15
         Tuesday, September 12, 2023
16
               8:57 a.m.
17
18
19
20
21
22
23
24
    Reporter:  Barbara J. Carey, RPR
25  Job Number:  J10261228
```

## Page 2

```
1   APPEARANCES:
2
3   ATTORNEY FOR PLAINTIFF SMARTMATIC USA CORP., SMARTMATIC
    INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED:
4
         Julie M. Loftus, Esq.
5        Nicole E. Wrigley, Esq.
         BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
6        71 South Wacker Drive, Suite 1600
         Chicago, IL 60606
7        Telephone: (312) 212-4949
         nwrigley@beneschlaw.com
8        jloftus@beneschlaw.com
9
    ATTORNEY FOR DEFENDANT MICHAEL J. LINDELL AND MYPILLOW,
10  INC.
11       Amanda K. Oliver, Esq.
         PARKER DANIELS KIBORT
12       888 Colwell Building
         123 North Third Street
13       Minneapolis, Minnesota 55401
         Telephone:  (612) 355-4100
14       oliver@parkerdk.com
15
16  ALSO PRESENT:
17       Robert Buchman, Videographer
18
19
20
21
22
23
24
25
```

## Page 3

```
1              I N D E X
2   EXAMINATION OF DAWN H. CURTIS:
3     By Ms. Wrigley - Page 12
      By Ms. Oliver - Page 345
4
5   EXHIBITS MARKED:
6   Number             Description          Page
7   Exh. 405 .................................. 45
8             Printout from MyPillow Website
              (7 pages)
9   Exh. 406 .................................. 52
10            Printout from MyPillow Website
              (41 pages)
11  Exh. 407 .................................. 58
12            Printout from MyPillow Website
              (24 pages)
13  Exh. 408 ...........CONFIDENTIAL/AEO............. 90
              P&L Statement
14            Bates DEF030740.000001, et al.
15
    Exh. 409 ...........CONFIDENTIAL/AEO........... 96
16            MyPillow, Inc., Sales By Customer
              Summary
17            Bates DEF030750.000001, et al.
18  Exh. 410 .................................. 99
19            Text Messages
              Bates DEF080781.000001, et al.
20  Exh. 411 .................................. 133
21            Video of the Absolute Proof
              Documentary
22  Exh. 412 .................................. 142
23            2/5/21 Email String Re:  Quick
              Question - Mike's Video - May I
              Announce on air?
24
                              (Continued...)
25
```

## Page 4

```
1           I N D E X (Continued)
2
3   EXHIBITS:
4   NUMBER/DESCRIPTION                        PAGE
5   Exh. 413 ................................. 146
6             2/5/21 Email String Re: Vimeo
              Absolute Proof 2hr Documentary
              Bates DEF022482.000001
7
8   Exh. 414 ................................. 149
              2/5/21 Email String Re: Mike's
9             Documentary on Election Fraud
              Bates DEF016737, et al.
10  Exh. 415 ................................. 151
11            2/5/21 Email String Re: Mike's
              Documentary on Election Fraud
              Bates DEF019495.000001
12
13  Exh. 416 ................................. 154
              2/5/21 Email String Re: Mike's
14            Documentary on Election Fraud
              Bates DEF068429.000001, et al.
15  Exh. 417 ................................. 157
16            2/5/21 Email String Re: Mike's
              Documentary on Election Fraud
              Bates DEF025299.000001
17
18  Exh. 418 ................................. 159
              2/5/21 Email String Re: Mike Lindell
19            Absolute Proof Documentary
              Bates DEF018146.000001, et al.
20  Exh. 419 ................................. 161
              2/5/21 Email String Re: Mike's
21            Documentary on Election Fraud
              Bates DEF022390.000001
22
23  Exh. 420 ................................. 162
              2/5/21 Email String Re: Mike's
24            Documentary on Election Fraud
              Bates DEF016635.000001
25                            (Continued...)
```



DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
241–244

Page 241

1    approximately 1 minute, 45 seconds.
2                 (Whereupon, Exhibit 441 was marked.)
3                 (Video Played:
4                 STEVE BANNON:  "I want to go back to
5    Mike Lindell.
6                 So Mike, I just want to put into perspective
7    for our audience.  You made this film, Absolute Proof,
8    came out in February, caused a huge -- you know, huge
9    blowup.  The media, who was all excited about every one of
10   your moves, every one of your steps.  Total crickets;
11   right?  All of a sudden, you stopped seeing any articles
12   about this.
13                You and Dominion finally got into this legal
14   situation, right, where they sued you.  You've now come
15   out, and instead of either backing down or working out
16   some deal with Dominion or working out some compromise or
17   saying you're sorry, you've now tripled down.  You've made
18   another film called Absolute Interference.
19                For our audience, when are you -- when are you
20   going to release this next movie Absolute Interference?
21   MIKE LINDELL:  Well, the one part, the one
22   guest was so good that I made an hour show just about him.
23   We're going to release that later in the week.  You can
24   see that on lindell-tv.com.  Then -- and then, the
25   following week, we'll release out Absolute Interference,

Page 242

1    and that -- that could be later in the week.  We haven't
2    set the exact date on that yet.  I kind of want to line
3    that up with my launching my new social media platform
4    which will be Frank.
5                But this -- when you watch this -- and all of
6    you have seen Absolute Proof -- you know, we're just going
7    to keep dropping more and more.  It's going to be to the
8    point that the only announcement I'll be able to make is,
9    'Hey, if you work for Dominion and you were part of this
10   crime against humanity, turn yourself in, save yourselves
11   some jail time.'  That's all I can say.  I mean, I don't
12   know what else to say to these people.
13                STEVE BANNON:  Just to make sure we're as
14   specific as possible, in this film Absolute Interference,
15   are you saying you have whistleblower --" (Video stopped.)
16   BY MS. WRIGLEY:
17   Q.  Ms. Curtis, had you seen this video or
18   appearance by Mr. Lindell on Steve Bannon's War Room
19   podcast?
20   A.  No.
21   Q.  Would you have been aware of his appearance in
22   March of 2021?
23   A.  No.
24   Q.  Are you familiar with Absolute Interference?
25   A.  I know it's another video he did.

Page 243

1    Q.  And in the appearance or the video,
2    Mr. Lindell mentioned wanting to release
3    Absolute Interference in connection with his social media
4    platform Frank.
5    Did you remember hearing that?
6    A.  I know of social media, yeah, Frank.
7    Q.  Are you familiar with Frank?
8    A.  Somewhat, yes.
9    Q.  What is Frank?
10   A.  FrankSpeech.
11   Q.  Were you aware at the time, in March of 2021,
12   whether Mr. Lindell was appearing on various media outlets
13   to promote or discuss his Absolute Proof series related to
14   election fraud?
15   A.  I don't recall that.
16   Q.  Do you know if any media outlets were running
17   advertisements at the same time for MyPillow products?
18   A.  I don't recall that, either.
19   Q.  Do you know whether Mr. Lindell was using his
20   appearance to help sell MyPillow products at the time?
21   A.  I don't recall that, either.
22   Q.  Around this time, in March of 2021, would
23   Steve Bannon of War Room been promoting or using any
24   promotional codes to help sell MyPillow products?
25   A.  Once again, I don't know when War Room

Page 244

1    started.
2    Q.  Okay.  Let's go to back to Exhibit 437, which
3    is one of your texts.  I'm going to ask you to turn to
4    page 57.
5    Are you there?
6    A.  I am.
7    Q.  The text on these pages are on the date
8    March 26th, 2021, which I'll represent was the date of the
9    appearance and the video we just saw from Mr. Lindell
10   being on Steve Bannon's War Room.
11   Do you see that you text Mr. Lindell on that
12   date at 12:09 p.m.?
13   A.  I do see that, yes.
14   Q.  And the first text that you list -- or the
15   first, sort of, advertiser that you list there is War Room
16   with $69,200.
17   Do you see that?
18   A.  I do.
19   Q.  What does that $69,200 represent?
20   A.  The sales brought in using promo code WARROOM.
21   Q.  Okay.  And if you look, I guess, to the
22   page before March 25th, do you see that there were also
23   sales for War Room on the prior day?
24   A.  Yes.
25   Q.  Okay.  And then, actually, if you go to the



DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
245–248

Page 245

1 next page, page 58, you text a report of sales for the
2 promo codes used by these entities on March 29th, and
3 War Room's listed there as well; correct?
4     A.  Correct.
5     Q.  And on March 29th, 2001, the amount for
6 War Room is $536,800.
7         Do you see that?
8     A.  I do, yes.
9     Q.  You also note, "Week prior, $316 -- $316,100."
10        Do you see that?
11    A.  Yes.
12    Q.  And what does that $536,800 represent?
13    A.  A week of sales.
14    Q.  And then, for a week of sales of MyPillow
15 products on -- for War Room?
16    A.  Yes.
17    Q.  And then, if you look at page 59, do you see,
18 on March 30th, in your report, War Room's, again, at the
19 top with 31 -- a little over $31,000?
20    A.  Yes.
21    Q.  And that's the daily sales?
22    A.  Yes.
23    Q.  And then, if you look at your report in the
24 text from March 31st, 2021, there's a daily sales of --
25 for War Room, $28,300.

Page 246

1         Do you see that?
2     A.  I do.
3     Q.  And then, if you go to page 60, do you see
4 there's a text from you to Mr. Lindell on April 1st, 2021,
5 and again, War Room is at the top?
6     A.  Yes.
7     Q.  War Room is $34,700.
8         Do you see that?
9     A.  Yes.
10    Q.  And on these few days from March 26th through
11 April 1st, War Room is at the top of the amount of radio,
12 podcast, influencers selling MyPillow products; correct?
13    A.  He is.
14    Q.  And then, if you go to page 62, you report
15 additional numbers, and War Room is at the top for
16 March -- strike that, for April 2nd, 2021 with daily sales
17 of $33,400.
18        Do you see that?
19    A.  Yes.
20    Q.  And then, when you go down to the next text on
21 that same page, page 62 for April 5th, 2021, War Room's
22 got over $200,000 sales for the week; correct?
23    A.  Correct.
24    Q.  Okay.  And do you know around this time
25 whether either Mike Lindell or Steve Bannon was promoting

Page 247

1 the Absolute Proof series on War Room?
2     A.  I have no idea.
3     Q.  Okay.  And then, do you know whether those
4 were sort of typical numbers, either on a weekly or a
5 daily basis, in terms of MyPillow sales for Steve Bannon's
6 War Room?
7     A.  Whenever Mike is on promoting MyPillow
8 products, those -- yes.
9     Q.  Okay.  And is the same thing true for some of
10 the other radio, media, influencers when Mike Lindell
11 appears, do sales typically increase?
12    A.  Because he's talking about the MyPillow
13 products, they tend to have a larger spot run rather than
14 their 60-second spot.
15    Q.  And what about when he's on talking about his
16 Absolute Proof election fraud documentaries?
17    A.  I don't see a spike in sales at all.
18    Q.  Okay.  What about of this one that was on
19 March 26th, 2021 on War Room?
20    A.  I don't know.  I'd have to look back at text
21 messages and look at the numbers.
22    Q.  Okay.  I want to show you another video.  This
23 one is from the Eric Metaxas Radio Show.  This is going to
24 be marked Exhibit 442.  The video is over 40 minutes long,
25 and again, my colleague's going to put the video in.  This

Page 248

1 is from April 30th, 2021, just a few days after the one we
2 saw from Mr. Bannon.  It's got an appearance by
3 Mike Lindell, and she's going to play from the start until
4 about the 2-minute mark.
5         MS. OLIVER:  I believe that says
6 March 30th.
7         MS. WRIGLEY:  Oh, March 30th.  Thank
8 you.
9         (Whereupon, Exhibit 442 was marked.)
10        (Video Played:
11        ERIC METAXAS:  "Folks, welcome back.  I have
12 our friend Mike Lindell of mypillow.com, famed of
13 mystore.com.  Famed.  Here he is.
14        Mike, you look like you're in an airport
15 closet.
16        MIKE LINDELL:  I am.
17        ERIC METAXAS:  I only know that because you
18 told me.
19        Listen, you're all over the place.  You're
20 doing tremendous things.  We're going to talk to you about
21 everything, but what's the most important thing right now?
22 What is happening in your life?
23        MIKE LINDELL:  Well, right now we just
24 finished -- there's three things.  They're all -- they're
25 all equally important.  The first one is we're coming out

