# EXHIBIT I



Michael E. Bloom
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial:  312.212.4946
mbloom@beneschlaw.com

August 15, 2023

**Via Email**

Andrew Parker
Parker Daniels Kibort LLC
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
parker@pdk.com

Re:   *Smartmatic USA Corp. et al. v. Michael J. Lindell, et al*., Case No. 22-cv-0098-WMW-JFD

Dear Mr. Parker:

I write concerning the Lindell Election Summit (the "Summit") scheduled to take place on August 16-17, 2023, at the University Plaza Hotel and Convention Center in Springfield, Missouri. The website for the Summit, lindellevent.com, provides that the Summit will also be streamed live on FrankSpeech.com.  Mr. Lindell provides in a statement on lindellevent.com that he and others "successfully proved fraud in the 2020 and 2022 elections," and he now intends to publish his "perfect plan" to "immediately secure our election platforms" at the Summit.

Mr. Lindell has been falsely accusing Smartmatic of "rigging" the 2020 U.S. Presidential election in favor of President Biden for well over two years at this point.  Given the premise of the Summit, it appears that Mr. Lindell intends to continue his disinformation campaign at the Summit. Of course, as Mr. Lindell is well-aware, there is no evidence that Smartmatic, Dominion, any other voting machine provider, or any other person, entity, or nation, rigged the 2020 election in favor of President Biden.  Please be advised that, if Mr. Lindell nevertheless publishes more falsehoods about Smartmatic at the Summit, Smartmatic will immediately seek leave from the Court to supplement its complaint with Mr. Lindell's latest defamatory statements and hold him accountable for any resulting damages.

Sincerely,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*Michael Bloom*

Michael E. Bloom