# EXHIBIT L

("Los Angeles" OR "LA County" OR Logan) W/25 (Venezuela OR Chavez)
("Los Angeles" OR "LA County") W/15 (comment* OR survey* OR perform*)
("Los Angeles" OR "LA County") W/15 audit*
("Los Angeles" OR LA) W/20 (concern* OR critic* OR feedback)

(Los Angeles OR Condado de LA) W/20 (coment* OR opin* OR observa* OR encuesta* OR estudi* OR inspeccion* OR inspección OR realiz* OR desarroll* OR realiz* OR cumpli* OR ejecuta* OR actua* OR ejerc*)
(Los Angeles OR Condado de LA) W/20 audit*

(Los Angeles OR VSAP) W/15 (inquietud* OR preocup* OR concerniente* OR critic* OR comentarios)
(vot* OR elec*) W/10 (inaccurate)
(vot* OR elec*) W/10 (lack* W/3 transparen*)
(vot* OR elec*) W/10 (rig OR rigg*)
(vot* OR elec*) W/10 flaw*
(vot* OR elec*) W/10 irregular*
(vot* OR elec*) W/10 vulnerab*
(vot* OR election) W/10 fraud*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 (reputation OR brand*)
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 concern*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 risk*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (fear* OR scare*)
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (losing)
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (scandal* OR controvers*)
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (taint* OR toxic*)
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (uncertain* OR worr*)
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 alleg*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 claims*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 delay*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 fraud*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 harm*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 indefinite*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 justif*

(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 lost
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 reevaluat*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 rumor*
(client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 suspend*
(client* or customer* or contact*) W/10 (interest OR interested)
(client* or customer* or contact*) W/15 ("long term" OR "long-term")
(client* or customer* or contact*) W/15 expir*
(client* or customer* or contact*) W/15 terminat*
(client* or customer* or contact*) W/20 (retain* OR retention)
(client* or customer* or contact*) W/20 lost
(client* or customer* or contact*) W/25 renew*
(client* or customer*) W/10 (contract* OR bid*)
(client* or customer*) W/10 (interest OR interested)
(client* or customer*) W/10 (request* OR solicit*)
(client* or customer*) W/10 opportunit*
(client* or customer*) W/15 (extend* OR extension)
(client* or customer*) W/15 cancel*
(concern* OR problem* OR vulnerab* OR defect* OR fail*) w/7 security
(contract* OR bid* OR propos* OR RFP OR RFI) W/15 background
(contract* OR bid* OR propos* OR RFP OR RFI) W/17 history*
(contract* OR bid* OR propos* OR RFP OR RFI) W/25 diligence*
(contract* OR bid* OR RFP OR RFI) w/10 (voting OR election*)
(contract* W/15 (renew* OR exten*)) AND (lost* OR lose OR declin* OR reject*)
(forecast* OR future OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/25 profit*
(forecast* OR future OR expec* OR predict* OR anticipat* OR projection OR projected OR pipeline*) W/20 sales

(forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 (business OR biz)
(forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 client*

(forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 contract*

(forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 opportunit*
(forecast* OR future* OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/20 revenue*
(forecast* OR future* OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/25 earnings
(forecast* OR future* OR expec* OR predict* OR anticipat* OR projection OR projected OR pipeline*) W/15 customer*
(government OR city OR county OR state OR country) w/10 opportunit*
"Board Meeting" AND (revenue OR profit* OR financ*)
"Carter Center"

"Income Statement"
"Jorge Rodriguez" OR "Rodriguez, Jorge" OR "jorge.rodriguez"
"National Electoral Council"
"post bid review"
"Sociedad de Capital de Riesgo"

("@state.gov" OR (("United States" OR "US" OR "U.S." OR "USA" OR "U.S.A." OR America*) W/10 (embassy OR ambassador OR Brownfield)) W/50 (meet* OR present* OR Chavez OR recall OR Venezuela* OR elec*))

("Confidential Information Memorandum" OR "CIM" OR "offering document") AND (Smartmatic OR Smart-Matic OR SMMT OR SGO OR Airlabs OR Folio OR Mugica OR Pinate OR Malloch* OR Soros)
("Foreign Investment" OR Congress OR "Cybersecurity and Infrastructure Security Agency" OR CISA OR "House of Representatives") W/20 (investigat* OR inquir*  OR integrity* OR secur* OR transparen* OR reliab* OR flaw* OR irregularit* OR vulnerab*)
("Foreign Investment" OR Congress OR "Cybersecurity and Infrastructure Security Agency" OR CISA OR "House of Representatives") W/20 (question* OR look* OR watch*)

("request for information" OR "request for pro*" OR RFI OR RFP OR RFT OR RFQ) W/50 (Georgia OR GA)
(("European Union" OR "EU" OR "E.U.") W/20 report) AND (recall OR Venezuela OR Chavez)
((2020 W/25 elec*) OR alleg* OR claim* OR libel* OR slander* OR lies OR misrepresent* OR fals*) W/50 (fraud* OR steal OR stole* OR manipulat* OR cheat* OR rig OR rigg* OR backlash)
((report* OR summar*) W/10 (presented OR presentation)) AND (gov* OR client OR city OR county OR country OR contact OR fund OR customer)
((report* OR summar*) W/10 call) AND (gov* OR client OR city OR county OR country OR contact OR fund OR customer)
((report* OR summar*) W/10 meeting) AND (gov* OR client OR city OR county OR country OR contact OR fund OR customer)
((Venezuala OR VE) W/25 (technol* OR software OR "intellectual property" OR "IP" OR equipm* OR machine* OR program* OR code*  OR service*)) W/50 (vot* OR elec* OR recall)
(2021 OR FY21 OR 2022 OR FY22) W/10 (sales* OR sell* OR grow* OR demand*)
(2021 OR FY21 OR 2022 OR FY22) W/50 (revenue* OR profit* OR earnings)
(Adan W/5 Chavez) OR (Adan W/5 frias)
(Airlabs OR Folio) w/15 ("financial condition" OR "financial performance" OR (*health* w/3 financ*) OR (strong w/3 financ*) OR (poor w/3 financ*) OR forecast* OR income* OR interim* OR investors OR investment* OR loan OR loss* OR profit* OR growth OR revenue*)
(Airlabs OR Folio) w/15 ("enterprise value" OR EV OR valuation OR valued OR shares OR stock* OR equity OR "balance sheet*" OR debt* OR (finance* w/10 audit*) OR budget* OR capital OR cash OR "financial statement*")
(big OR huge OR miss* OR lost OR waste*) w/3 opportun*
(campaign* OR allegation* OR libel* OR slander* OR lies OR misrepresent* OR fals*) W/50 (revenue* OR sales* OR sell* OR effect* OR affect* OR impact*)
(CANTV OR "Can TV" OR "Compania Anonima Nacional Telefonos de Venezuela") W/50 (recall OR elec* OR SBC OR Yanes OR Armando)
(Carter) W/50 (Smartmatic OR audit OR meeting OR donat* OR invest* OR Venezuela OR Chavez OR Maduro OR Europe*)
(case stud* OR (internal w/10 audit) OR penetration OR "pen test" OR (security w/10  test*)) W/20 (Venezuela OR elec* OR software OR tech* OR system* OR machin*)

(deal* OR offer* OR letter* OR LOI OR memo* OR MOU) W/15 (valuation* OR PE OR "private equity" OR venture OR VC OR financing OR loan OR series OR funding)

(Dominion OR DVS) AND (bid OR market OR "US" OR "United States" OR "U.S." OR machin* OR lease OR assign* OR IP OR "intellectual property" OR compet* OR Venezuela OR Philippine* OR leas* OR contract OR litig* OR lawsuit OR case OR lawyer* OR Edge* OR renew* OR better OR cost OR proposal)
(edelman OR *@edelman.com) AND (reputation OR brand* OR perce* OR image OR Venezuela OR Chavez OR fraud)
(GSC OR "Global Sales Conference") W/10 survey
(Henry W/5 Silva) OR (Rangel W/5 Silva)
(litigat* OR lawsuit OR suit OR claim* OR defen* or allegation* OR libel* OR slander*) AND ((fund* OR front* OR cover*) W/25 (expense* OR costs*))
(market OR "market share") W/10 (compet* OR landscape OR industry OR opportun* OR "ES&S" OR Dominion OR "U.S." OR "United States")
(number OR valu* OR worth OR earn*) W/10 ("shares" OR "stock*" OR "equity")
(Omar OR Montilla) W/25 (Board OR seat OR director OR recall)
(pitch*) W/20 (financing OR loan*)
(plan* OR goal* OR profit* OR revenue* OR market OR customer*) W/20 milestone*

(plan* OR goal* OR vision OR strateg*) W/15 (expan* or grow* OR "new market*" OR "new country")
(product OR development OR planning OR operation* OR business* OR opportunit* OR revenue OR loss* OR income OR profit* OR expan*) w/10 budget*

(projected OR projection OR "project to" OR forecast OR pipeline) W/25 (revenue* OR profit* OR earnings)
(projected OR projection OR "project to" OR forecast OR pipeline*) W/10 (sales* OR sell* OR grow* OR demand*)
(public OR customer* OR media OR consult* OR client* OR government*) w/10 (image)
(public OR customer* OR media OR consult* OR client* OR government*) w/15 (perception OR perceive* OR reputation OR brand)
(SBC OR Consortium) AND (Venezuala OR VE) AND (vot* OR elec*)
(Sequoia OR SVS) AND (Smartmatic OR Blaine OR Chicago OR "United States" OR "US" OR "U.S." OR divest* OR acqui* OR "intellectual property" OR "IP" OR Venezuela* OR "Cook County" OR market OR Edge* OR software OR litigation OR lawsuit OR case OR bid OR machin* OR dominion OR "Sale and Security" OR sale OR divest* OR sold)
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR "SGO" OR "SMMT" OR "SMT" OR we OR "the company") W/15 ("Enterprise Value" OR "EV" OR valuation OR valued)
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR Airlabs OR Folio OR our OR we OR "the company") W/25 ("Discounted Cash Flow" OR DCF)
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10  "balance sheet*"
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10  debt*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 ("financial statement*" OR "financial condition" OR "financial performance" OR (*health* w/3 financ*) OR (strong w/3 financ*) OR (poor w/3 financ*))
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 (financ* W/10 audit*)

(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 (investors OR investment*)
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 cash
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 revenue*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 capital
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 income*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 interim*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 loan*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 loss*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 profit*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/20 forecast*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic*" OR SMMT* OR SMT* OR SGO) W/20 fraud*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic*" OR SMMT* OR SMT* OR SGO) W/20 hack*
(Smartmatic* OR "Smart-matic*" OR "Smart Matic*" OR SMMT* OR SMT* OR SGO) W/25 (inaccur* OR cheat* OR misconduct* OR negligen* OR steal* OR tamper*)
(software* OR equipment OR machin*) W/10 (security OR flaw* OR irregularit* OR vulnerab*)
(valued OR valuation) W/25 ("private equity" OR PE OR VC OR venture OR series)

(venture* OR "PE" OR "private equity" OR (series w/5 (A OR B OR C OR funding))) W/25 (deal*OR offer* OR diligence* OR background OR history* OR research* OR "letter of intent" OR LOI OR memo* OR MOU)
(venture* OR "PE" OR "private equity") w/25 (invest* OR pitch* OR deal OR valu*)
*.gob.ve*
*@cartercenter.org
*@dominionvoting.com
*@sequoiavote.com
*oas.gov*
agreement* W/20 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture)
Ambassador W/5 Alvarez
Bartiromo
Bernardo W/5 Alvarez
Bizta

CANTV OR "Can TV" OR "Compania Anonima Nacional Telefonos de Venezuela" w/25 (Mugica OR Pinate)
CFIUS
Chavez AND (recall OR connect* OR relationship OR friend*)
Chavez W/50 (admin* OR gov* OR elec* OR contract* OR deal OR meet* OR call* OR "us" OR "smartmatic" OR money OR win OR won OR result OR outcome OR victory OR claim OR allege*)
Coomer

defam* OR disparag*
Diego W/5 Molero
Diosdado W/5 Cabello
Dobbs
docum* W/20 (financing OR loan*)
Dominion AND (sequoia OR SVS)
Edelman OR *@edelman.com
FBN
financ* W/10 (audit* OR investig*)
financ* W/15 inquiry
FNN
FONCREI AND (loan OR recall OR Venezuela* OR Chavez OR Montilla OR Omar OR invest* OR payment OR stake OR board)
Fox OR "*@fox.com"
Giuliani
Hugo W/3 Chavez
invest* W/25 ("private equity" OR PE OR VC OR venture OR series)
Jaua
Maduro AND (admin* OR gov* OR elec* OR contract* OR deal OR meet* OR call* OR "us" OR "smartmatic" OR money OR win OR won OR result OR outcome OR victory OR turnout OR connect* OR relationship OR friend* OR claim OR allege*)
Majzoub OR Mazoud OR Zumeta
Maloney OR Paulson OR "John Snow"
Maria W/3 (Gabriela OR Chavez)
memo* W/20 (financing OR loan*)
memo* W/20 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture)
Murdoch
Omar W/5 Montilla
PBR
Pirro
pitch* W/20 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture)
pitch* W/50 (financing OR loan*)
pitch* W/50 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture)
Politico* W/30 ("Los Angeles" OR "LA" OR "L.A." OR Venezuela)
Poulos
Powell
present* W/10 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture)
present* W/20 (financing OR loan*)
project* W/5 (revenue OR profit OR loss OR growth)
prospectus AND (valu* OR deal OR financ* OR loan)
Rafael W/2 Ramirez
reputation* W/10 (bad OR negative OR false OR harm* OR hurt* OR attack* OR  Venezuela* OR concern* OR problem* OR PR OR fix OR improv*)
revenue W/10 (up OR down OR high* OR low* OR good OR bad OR poor OR increas* OR decreas* OR improv* OR declin* OR slow*)
Riesgo W/50 (loan OR recall OR Venezuela* OR Chavez OR Montilla OR Omar OR invest* OR payment OR stake OR board)

Rosa W/5 (Virginia OR Chavez)
Rudy
SBC
SCR AND (loan OR recall OR Venezuela* OR Chavez OR Montilla OR Omar OR invest* OR payment OR stake OR board)
Soros OR "Soros, George"
submit* W/5 bid
treasury AND (investigation OR Sequoia OR Venezuela OR Chavez AND secretary)
Trump
UNEPAD
Venezuela W/50 (rig OR rigg*)
Venezuela W/50 alleg*
Venezuela W/50 fraud
Venezuela W/50 recall
Venezuela W/50 tamper*
Venezuela* w/10 recall
Venezuela* w/25 (reputation OR perceiv* OR percep* OR associat* OR connection* OR false OR true OR truth OR ties)
wikileaks
wikileaks AND (embassy OR venezuela OR brownfield OR Chavez OR recall)
Wladimir W/5 Serrano
(empresa* OR compañía* OR compania OR capital privado OR capital privado OR CP) W/12 (invers* OR invert* OR discurso* OR trat* OR trato* OR negoci* OR valor*)

(prever* OR prev* OR previs* OR pronostic* OR pronóst* OR pronost OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyec* OR canal* OR fuent*) W/15 oportunidad*
(prever* OR prevé OR preve OR previs* OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyec* OR canal* OR fuent*) W/10 (empresa OR negocio* OR compañía* OR compania OR negocios)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nosotros OR la compañía* OR compania) W/5 VE
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/10 (ingreso* OR renta*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/10 balance*
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/13 (pérdida* OR perd*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/15 (financ* W/15 audit*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/25 (prever* OR previs*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/9 capital
present* W/10 (financia* OR préstamo* OR prestamo OR crédito* OR credito*)

present* W/7 (financ* OR dar fondos OR proveer fondos OR fondo* OR capital OR dinero OR plata OR capital* OR invers* OR invert* OR capital privado OR capital de riesgo OR empresa OR compañía OR compania)

((contrat* OR convenio OR pacto*) W/20 (renov* OR exten*)) AND (pérdid* OR falta* OR falla* OR fracaso* OR ausencia* OR perd* OR declin* OR rechaz* OR rechaz* OR declin*)

((elec* OR votac* W/3 2020) OR aleg* OR reclam* OR demand* revindic* OR injur* OR difam* OR calumni* OR mentiras OR engañ* OR engan* OR falsifica* OR desfigur* OR fals*) W/10 (fraud* OR defraud* OR rob* OR hurt* OR falsific* OR engañ* OR engan* OR tim* OR estaf* OR trapacea* OR trampa* OR manipul* OR amañ* OR aman* OR protesta violenta OR reacción violenta OR reaccion violenta)

((inform* OR report OR resum* OR articulo* OR relato* OR noticia*) W/15 (convoc* OR llam*)) W/25 (gob* OR cliente* OR comprador* OR consumidor OR ciudad OR condado OR país OR contact* OR financ* OR fondo* OR fondo* OR dar fondos OR proveer fondos OR consumidor* OR cliente OR comprador)
((inform* OR report OR resum* OR articulo* OR relato* OR noticia*) W/15 (reunión OR reunion OR encuentro OR confluencia)) AND (gob* OR cliente* OR comprador* OR consumidor OR ciudad OR condado OR país OR pais OR Estado OR nación OR nacion OR contacto OR financ* OR fondo* OR dar fondos OR proveer fondos OR consumidor* OR cliente OR comprador)
((inform* OR report OR resum* OR articulo* OR relato* OR noticia*) W/5 (present*)) W/15 (gob* OR cliente OR ciudad OR condado OR país OR pais OR contacto OR financ* OR fondo* OR fondo* OR dar fondos OR proveer fondos OR consumidor* OR cliente OR comprador)
((Venezuela OR VE) W/20 (tecnol* OR software OR propiedad intelectual OR PI OR equip* OR disposit* OR aparat* OR máquin* OR maquin* OR programa* OR código* OR codigo OR servicio*)) W/20 (votac* OR elec* OR revoca* OR recordar OR retirar OR reclamar OR retirada)
(*state.gov OR ((Estados Unidos OR EE. UU. OR EE.UU. OR EUA OR América* OR America OR American* OR Estadounidense*) W/15 (embajada OR embajador OR Brownfield))) W/55 (reun* OR present* OR Chavez OR revocat OR Venezuela* OR elecc* OR votac*)
(2021 OR AF21 OR 2022 OR AF22) W/10 (ingreso* OR renta* OR entradas* OR ganancia*)
(2021 OR AF21 OR 2022 OR AF22) W/8 (venta* OR vend* OR crec* OR desarroll* OR aument* OR expandir* OR demand*)
(acuerd* OR convenio* OR pacto* OR contrato*) W/8 (financ* OR dar fondos OR proveer fondos OR fondo* OR capital OR dinero OR plata OR capital* OR invers* OR invert* OR capital privado OR capital de riesgo OR empresa)
(Airlabs OR Folio) W/20 (valor de empresa OR valor de la empresa OR VE OR valuac* OR valorad* OR acciones OR títulos OR valor* OR acci* OR capital OR balance* OR deuda* OR endeudamiento* OR (financiac* W/15 (audit* OR revis*)) OR presupuesto* OR capital OR dinero OR plata OR efectivo OR en especie OR estado financiero*)
(Board OR junta) W/8 (reunion OR reunión OR meet*)

(capital privado OR capital privado OR (serie W/7 (A OR B OR C OR financia*))) W/10 (trat* OR tratar* OR negoci* OR ofrec* OR ofert* OR diligencia* OR informaci* OR trasfondo OR antecedentes OR histor* OR investig* OR averig* OR búsqued* OR busqued* OR indag* OR carta de invenciones OR carta de intenciones OR CDI OR memo* OR memorando de entendimiento OR MDE)
(Carter) W/55 (Smartmatic OR audit* OR reunión OR reunion OR encuentro OR confluencia OR dona* OR invers* OR invert* OR invest* OR Venezuela OR Chavez OR Maduro OR Europa*)
(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador OR contact*) W/12 (reten* OR mantenimiento* OR conserva*)
(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador OR contact*) W/20 (largo plazo OR plazo largo)

(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador OR contact*) W/20 (venc* OR termina*)
(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador OR contact*) W/20 (vencim* OR caduc* OR expir* OR espir*)
(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador OR contact*) W/25 (pérdid* OR perdid*)
(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador OR contact*) W/30 renov*
(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador) W/10 (solicit* OR requer*)
(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador) W/15 (interés OR interes*)

(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador) W/15 oportunidad*
(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador) W/20 (extend* OR extensi*)

(cliente* OR comprador* OR consumidor* OR consumidor* OR cliente OR comprador) W/20 cancel*

(cliente* OR comprador* OR consumidor* OR consumidor* OR contact*) W/10 (interés OR interes*)
(cliente* OR comprador* OR consumidor* OR consumidor*) W/5 (contrat* OR convenio OR pacto OR ofert* OR licitac*)
(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/15 (perdedor* OR pérdid* OR perd*)
(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/15 (retras* OR demora* OR tard* OR retard*)
(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (aleg* OR reclam*)
(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (fraud* OR defrauda*)

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (incertidumbr* OR inciert* OR preocup* OR inquiet*)
(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (justif* OR negar de culpa OR aline* OR vindic*)

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (manch* OR mancill* OR contamin* OR tóxic* OR toxic* OR efecto* secundario*)

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (miedo* OR temor* OR teme* OR temo* OR asusta* OR susto* OR aterroriz*)

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (pérdid* OR perdid*)

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 reclam*

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 reevalu*

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 rumor*

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 suspend*

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asociad* OR ofert* OR licitac*) W/12 (reputación OR reputacion OR renombre OR prestigio OR reconocimiento OR marca OR distintivo OR señal OR senal)

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR convenio OR pacto OR negocio* OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/5 (perjud* OR perjuic* OR dañ*)

(cliente* OR comprador* OR consumidor* OR contact* OR contrat* OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR particip* OR compromet* OR incula se* OR incula* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (indefini* OR imprecise* OR indetermina*)

(cliente* OR comprador* OR consumidor* OR contacto* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/25 (escándal* OR escandal* OR vergüenza OR verguenza OR controvers*)

(cliente* OR comprador* OR consumidor* OR contacto* OR contrat* OR convenio OR pacto OR empresa OR negocio* OR compañía* OR compania OR MSA OR AMS OR contrat* OR particip* OR compromet* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/20 (inquietud* OR preocup* OR concerniente*)

(cliente* OR contacto* OR contrat* OR acuerdo OR convenio OR pacto OR empresa OR negocio* OR MSA OR AMS OR contrat* OR involucr* OR particip* OR compromet* OR compromiso* OR conect* OR vincul* OR enlaz* OR asoci* OR socied* OR socio* OR ofert* OR licitac*) W/7 (riesgo* OR peligro* OR ariesg*)

(contrat* OR convenio OR pacto OR ofert* OR licitac* OR propuest* OR propon* OR Solicitud de propuesta OR Solicitud de información OR Solicitud de informacion ) W/7 (información OR informacion OR RFP OR RFI)

(contrat* OR convenio OR pacto OR ofert* OR licitac* OR propuest* OR propon* OR Solicitud de propuesta OR Solicitud de información OR Solicitud de informacion OR RFP OR RFI) W/17 historia*

(contrat* OR convenio OR pacto OR ofert* OR licitac* OR propuest* OR propon* OR Solicitud de propuesta OR Solicitud de información OR Solicitud de informacion OR RFP OR RFI) W/30 (diligencia* OR proceso* diligente*)
(contrat* OR convenio OR pacto OR ofert* OR licitac* OR Solicitud de propuesta OR Solicitud de información OR Solicitud de informacion OR RFP OR RFI) W/7 (votaci* OR elecci*)
(discurso*) W/25 (financia* OR préstamo* OR prestamo OR prestamo OR crédito* OR credito*)
(edelman OR *edelman.com) AND (reputación OR reputacion OR reputacion OR marca* OR porcent* OR percib* OR percep* OR imagen* OR imágen* OR imagen OR Venezuela OR Chavez OR fraude OR engaño OR engano OR defraudación OR defraudacion OR estafa)
(empresa* OR compañía* OR compania OR capital privado OR capital privado OR CP) W/12 (invers* OR invert* OR discurso* OR trat* OR trato* OR negoci* OR valor*)
(enviar* OR enví* OR envi* OR entreg* OR present*) W/7 (ofert* OR licit*)
(gobierno OR ciudad OR condado OR estado OR país OR pais) W/15 oportunidad*
(grande OR fuerte OR importante OR enorme OR inmenso OR falta* OR pérdida* OR perdida OR falla* OR fracas* OR ausencia* OR desperdic* OR perdida*) W/5 oportunidad*
(GSC OR Global Sales Conference) W/15 (encuesta OR estudio)

(ingreso* OR renta) W/12 (arriba OR abajo OR alto* OR bajo* OR buena* OR bueno* OR mala* OR malo* OR deficiente OR pobre OR mala OR mediocre OR aument* OR agreg* OR increment* OR reduc* OR baj* OR dismin* OR mejor* OR desarroll* OR progres* OR declin* OR rechaz* OR lento* OR reduc* OR ralent*)
(inquietud* OR preocup* OR concerniente* OR problema* OR vulnerab* OR debilidad* OR fragilidad* OR defecto* OR anomalía* OR anomalia* OR lesión* OR lesion OR imperfección* OR imperfeccion OR fall* OR fracas*) W/5 (seguridad OR fianza)
(invers* OR invert*) W/30 (capital privado OR capital privado OR CP OR capital de riesgo OR empresa OR compañía* OR compania OR serie)

(inversión extranjera OR inversion extranjera OR investidura* OR Congreso OR Agencia de Seguridad de Infraestructura de Ciberseguridad OR CISA OR Cámara de Representantes OR Camara de Representantes) W/25 (investig* OR indag* OR integrid* OR segur* OR transparen* OR claro OR clara OR honest* OR confiab* OR falla* OR error* OR defecto* OR irregularidad* OR vulnerab* OR debilidad* OR fragilidad*)
(litig* OR pleito* OR demanda* OR acción OR accion* OR querella* OR demanda OR pleito OR reclam* OR defen* OR alegato* OR acusac* OR alegac* OR injur* OR difam* OR calumni*) AND ((fondo* OR frente OR portada OR cubierta* OR cubr* OR portad*) W/30 (gasto* OR costos*))
(memo OR memos OR memorandum OR memorándum) W/15 (financ* OR dar fondos OR proveer fondos OR fondo* OR capital OR dinero OR plata OR capital* OR invers* OR invert* OR capital privado OR capital de riesgo OR empresa OR compañía OR compania)

(mercado OR comercio OR participación en el mercado OR participacion en el mercado OR cuota de mercado) W/10 (compet* OR *compit* OR panorama OR horizonte OR expectativas OR industria OR sector comercial OR oportunidad* OR ES&S OR Dominion OR Dominio OR EE. UU. OR EE.UU. OR EUA OR Estados Unidos)
(Omar OR Montilla) W/30 (Junta OR asiento OR director OR revocat)
(plan* OR programa OR proyecto OR objetivo* OR ganancia* OR ingreso* OR renta* OR mercado OR comercio OR consumidor* OR cliente OR comprador) W/15 (hito* OR meta*)
(plan* OR programa* OR proyecto OR objetivo* OR meta* OR finalidad* OR visión OR vision OR estrateg*) W/20 (expan* OR crec* OR nuevo mercado OR nuevo país OR nuevo pais)

(prever* OR prev* OR previs* OR pronostic* OR pronóst* OR pronost OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyec* OR canal* OR fuent*) W/15 oportunidad*
(prever* OR prev* OR previs* OR pronostic* OR pronóst* OR pronost OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyectado* OR previsto* OR planificado OR proyecci* OR canal* OR fuent*) W/15 (ingreso* OR renta*)
(prever* OR prevé OR preve OR preve OR previs* OR pronostic* OR pronóst* OR pronost OR pronost* OR predec* OR predi* OR futuro OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyectado* OR proyect* OR proyecci* OR canal* OR fuent*) W/7 (ganan* OR lucr* OR benefic* OR ganar*)
(prever* OR prevé OR preve OR previs* OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyec* OR canal* OR fuent*) W/10 (empresa OR negocio* OR compañía* OR compania OR negocios)
(prever* OR prevé OR preve OR previs* OR pronostic* OR pronóst* OR pronost OR predec* OR predi* OR futuro OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyecci* OR proyectado* OR previsto* OR planificado OR canal* OR fuent*) W/20 ventas
(prever* OR prevé OR preve OR previs* OR pronostic* OR pronóst* OR pronost OR predec* OR predi* OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR adelant* OR proyec* OR canal* OR fuent*) W/10 cliente*
(prever* OR prevé OR preve OR previs* OR pronostic* OR pronóst* OR pronost OR predec* OR predi* OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyec* OR canal* OR fuent*) W/7 contrat*

(prever* OR prevé OR preve OR previs* OR pronostic* OR pronóst* OR pronost OR predec* OR predi* OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyecci* OR proyectado* OR previsto* OR planificado OR canal* OR fuent*) W/20 consumidor*

(prever* OR prevé OR preve OR previs* OR pronostic* OR pronóst* OR pronost OR predec* OR predi* OR futuro* OR expect* OR esper* OR predij* OR predic* OR anticipa* OR prev* OR adelant* OR proyectado* OR previsto* OR planificado OR proyecci* OR canal* OR fuent*) W/30 (ganancias OR ingresos OR salarios OR sueldos OR ganos)

(producto OR desarrollo OR pronóst* OR pronost OR planificación OR planificacion OR preparación OR preparacion OR programación OR programacion OR organización OR organizacion OR operaci* OR empresa* OR negocio* OR compañía* OR compania OR oportunidad* OR ingresos OR renta OR pérdida* OR perd* OR pierd* OR ingresos* OR renta* OR salario* OR ganancia* OR beneficio* OR expan*) W/7 presupuesto*
(prospecto* OR folleto*) AND (valor* OR precio* OR trat* OR trato* OR negoci* OR finan* OR préstamo* OR prestamo OR crédito* OR credito*)
(proyectado* OR previsto* OR planificado OR proyecci* OR proyecto para OR proyectar para OR prever* OR prev* OR previs* OR canal* OR fuent*) W/15 (ventas* OR vend*)
(proyectado* OR previsto* OR planificado OR proyecci* OR proyecto para OR proyectar para OR prever* OR prev* OR previs* OR canal* OR fuent*) W/30 (ingreso* OR renta* OR ganancia* OR ganancias OR ingresos OR salarios OR sueldos)

(públic* OR públic* OR general* OR consumidor* OR medio* OR consult* OR inquirir OR preguntar OR cliente* OR gobierno* OR administración OR administracion OR presidencia) W/20 (percepci* OR percibir* OR percib* OR reputación OR reputacion OR marca OR distintivo OR señal OR senal)

(público OR publico OR consumidor* OR medio OR consult* OR inquirir OR preguntar OR cliente* OR gobierno* OR administración OR administracion OR presidencia) W/15 (imagen* OR imágen* OR imagen)
(reunión de la junta OR reunión del consejo OR reunion de la junta OR reunion del consejo) AND (ingreso* OR renta* OR entrada* OR dinero* OR ganancia* OR benefici* OR financa*)
(SBC OR Consorcio) AND (Venezuela OR VE) AND (votac* OR elecc* OR elecc* OR votac*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR Airlabs OR Folio OR nuestr* OR nosotros OR la compañía* OR compania) W/25 (FCD OR DCF)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nosotros OR la compañía* OR compania) W/15 (valuac* OR valorad*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nosotros OR la compañía* OR compania) W/5 VE
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/10 (ingreso* OR renta*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/10 balance*
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/13 (pérdida* OR perd*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/15 (efectivo OR en especie)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/15 (estado financiero* OR condición financiera OR condicion financiera OR desempeño financiero OR desempeno financiero OR rendimiento financiero OR (salud W/5 finan*) OR ((fuerte OR sólida OR solida) W/5 finan*) OR ((deficiente OR pobre OR mala OR mediocre) W/5 finan*))
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/15 (financ* W/15 audit*)

(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/15 (inversionistas OR inversi*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/15 deuda*
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/20 ganancia*
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/20 ingresos*
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/20 préstamo*
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/20 provisional*
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/25 (prever* OR previs*)
(Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR nuestr* OR nosotros OR la compañía* OR compania OR la empresa OR el negocio) W/9 capital

(Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/10 (fraud* OR defrauda*)

(Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/25 (pirate* OR hacke*)
(tesorería OR hacienda OR fondos públicos OR fondos publicos) AND (investigación OR indagac* OR averigua* OR Secuoya OR Venezuela OR Chavez) AND secretar*

(tratam* OR tratar* OR negoci* OR ofrec* OR ofert* OR carta* OR misiva* OR carta de intencion* OR CDI OR memo* OR memorando de entendimiento OR MDE) W/5 (valuac* OR capital privado OR capital de riesgo OR financia* OR préstamo* OR prestamo OR prestamo OR crédito* OR credito*)
(valorad* OR valuac*) W/30 (capital privado OR capital privado OR capital de riesgo OR empresa OR compañía* OR compania OR serie)
(votac* OR elecc* OR elecc* OR votac*) W/15 (manipul* OR amañ* OR aman*)
(votac* OR elecc* OR elecc* OR votac*) W/15 falla*
(votac* OR elecc*) W/15 ((falta* OR escasez* OR ausencia* OR sin) W/5 transparen*)
(votac* OR elecc*) W/15 (inexacto OR impreciso OR incorrecto OR erróneo OR erroneo)
(votac* OR elecc*) W/15 (irregular* OR anomal*)
(votac* OR elecc*) W/15 (vulnerab* OR debilidad* OR fragilidad*)
(votac* OR elecci*) W/15 (fraud* OR defrauda*)
Bernardo W/7 Alvarez
Chavez AND (revocat OR conect* OR vincul* OR enlaz* OR relaci* OR vínculo* OR vinculo* OR amistad* OR amigo* OR compañero* OR companero* OR conocido*)
Consejo Nacional Electoral
difam* OR denigr*

discurso* W/25 (financ* OR dar fondos OR proveer fondos OR fondo* OR capital OR dinero OR plata OR capital* OR invers* OR invert* OR capital privado OR capital de riesgo OR empresa OR compañía OR compania)

discurso* W/55 (financ* OR dar fondos OR proveer fondos OR fondo* OR capital OR dinero OR plata OR capital* OR invers* OR invert* OR capital privado OR capital de riesgo OR empresa OR compañía OR compania)
discurso* W/55 (financia* OR préstamo* OR prestamo OR crédito* OR credito*)

Embajador W/7 Alvarez
financ* W/20 indag*
FONCREI AND (préstamo* OR prestamo OR crédito* OR credito OR revocat OR Venezuela* OR Chavez OR Montilla OR Omar OR invers* OR invert* OR pago OR interés OR interes OR inversión OR inversion OR junta OR consejo)
memo* W/25 (financia* OR préstamo* OR prestamo OR crédito* OR credito*)
present* W/10 (financia* OR préstamo* OR prestamo OR crédito* OR credito*)

present* W/7 (financ* OR dar fondos OR proveer fondos OR fondo* OR capital OR dinero OR plata OR capital* OR invers* OR invert* OR capital privado OR capital de riesgo OR empresa OR compañía OR compania)
proyec* W/7 (ingreso* OR renta* OR entradas* OR dinero* OR ganancia* OR beneficio* OR pérdida* OR perd* OR crecimiento* OR aument* OR increment*)

reputaci* W/15 (mala OR malo OR negativo OR negativa OR falso* OR fraud* OR daño* OR perjuic* OR herir OR hier* OR hace daño OR hacen daño OR dañ* OR hace dano OR hacen dano OR dan*)

Riesgo W/55 (préstamo* prestamo OR crédito* OR credito OR revocat OR Venezuela* OR Chavez OR Montilla OR Omar OR invers* OR invert* OR pago OR interés interes OR inversion OR inversión OR junta OR consejo)

SCR AND (préstamo* OR prestamo OR crédito* OR credito OR revocat OR Venezuela* OR Chavez OR Montilla OR Omar OR invers* OR invert* OR pago OR retribución OR retribucion OR recompensa OR desembolso OR interés OR interes OR inversión OR inversion OR junta OR consejo)
Sociedad de Capital de Riesgo
Venezuela W/55 (aleg* OR argumen*)
Venezuela W/55 (manipul* OR amañ* OR aman*)
Venezuela W/55 falsific*
Venezuela W/55 fraud*
Venezuela W/55 revocat*
Venezuela* W/15 revocat*
Venezuela* W/25 (reputación OR reputacion OR percib* OR percep* OR asoci* OR socied* OR socio* OR conexion* OR relacion OR vínculo* OR vinculo* OR falso* OR fraud* OR cierto* OR verdad* OR verdadero* OR real OR verdad* OR hecho real OR lazos OR vínculos OR vinculos)
wikileaks AND (embajada OR venezuela OR brownfield OR Chavez OR revocat)