IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Andrew D. Parker, hereby certify that the Memorandum of Law in Support of Motion to Withdraw as Counsel of Record for Defendants' complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 1,666 words, exclusive of the caption and signature block.

DATED: October 5, 2023.	**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
Joseph Pull (MN Bar No. 386968)
Abraham Kaplan (MN Bar No. 399507)
Christopher Grecian (MN Bar No. 387693)
Cody Blades (MN Bar No. 396341)
Ryan Malone (MN Bar No. 395795)
Nathaniel Greene (MN Bar No. 390251)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
grecian@parkerdk.com
blades@parkerdk.com
malone@parkerdk.com
greene@parkerdk.com

**LEWIN & LEWIN, LLP**

By */s/ Nathan Lewin*
Nathan Lewin (D.C. Bar No. 38299)
888 17th Street NW
Fourth Floor
Washington, DC 20006
Telephone: (202) 828-1000
nat@lewinlewin.com