IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time to be determined, before the Honorable John F. Docherty, United States Magistrate Judge for the District of Minnesota, at the United States District Courthouse, located at 316 N. Robert Street, St. Paul, MN 55101, Courtroom 6A, Andrew Parker, Joseph Pull, Abraham Kaplan, Christopher Grecian, Cody Blades, Ryan Malone, Nathaniel Greene, and the law firm of Parker Daniels Kibort LLC will move the Court pursuant to Local Rule 83.7(c) and Minnesota Rule of Professional Conduct 1.16(b)(5)-(6) to withdraw as counsel of record for Defendants in the above-captioned matter.  Nathan Lewin and the law firm of Lewin & Lewin, LLP, join the Motion with respect to their representation of My Pillow, Inc.

                                      Respectfully submitted,

DATED: October 5, 2023.                    **PARKER DANIELS KIBORT LLC**

                                      By */s/ Andrew D. Parker*
                                            Andrew D. Parker (MN Bar No. 195042)
                                            Joseph Pull (MN Bar No. 386968)
                                            Abraham Kaplan (MN Bar No. 399507)
                                            Christopher Grecian (MN Bar No. 387693)
                                            Cody Blades (MN Bar No. 396341)
                                            Ryan Malone (MN Bar No. 395795)
                                            Nathaniel Greene (MN Bar No. 390251)
                                            888 Colwell Building
                                            123 N. Third Street
                                            Minneapolis, MN 55401
                                            Telephone: (612) 355-4100
                                            parker@parkerdk.com
                                            pull@parkerdk.com
                                            kaplan@parkerdk.com
                                            grecian@parkerdk.com
                                            blades@parkerdk.com
                                            malone@parkerdk.com
                                            greene@parkerdk.com

                                      **LEWIN & LEWIN, LLP**

                                      By */s/ Nathan Lewin*
                                            Nathan Lewin (D.C. Bar No. 38299)
                                            888 17th Street NW
                                            Fourth Floor
                                            Washington, DC 20006
                                            Telephone: (202) 828-1000
                                            nat@lewinlewin.com