IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF
COUNSEL OF RECORD FOR DEFENDANTS**

Before this Court is Parker Daniels Kibort LLC's Motion to Withdraw as Counsel of Record for Michael J. Lindell and My Pillow, Inc., and Lewin & Lewin, LLP's joinder in the Motion with respect to its representation of My Pillow, Inc.

The Court, after reviewing the memoranda, declaration, and all other related papers, finds that the moving parties have shown good cause exists for withdrawal and withdrawal is presumptively appropriate.

Accordingly, Parker Daniels Kibort LLC's and Lewin & Lewin, LLP's Motion to Withdraw as Counsel is hereby GRANTED.

SO ORDERED:

Dated:_____          _____
                                John F. Docherty
                                United States Magistrate Judge