# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on October 11, 2023, at 2:00 p.m., before the Honorable John F. Docherty, Magistrate Judge for the United States District Court for the District of Minnesota, located at 342 Federal Building, 316 North Robert Street, Saint Paul, Minnesota 55101, in Courtroom 6A, Andrew Parker, Joseph Pull, Abraham Kaplan, Christopher Grecian, Cody Blades, Ryan Malone, Nathaniel Greene, and the law firm of Parker Daniels Kibort LLC will move the Court pursuant to Local Rule 83.7(c) and Minnesota Rule of Professional Conduct 1.16(b)(5)-(6) to withdraw as counsel of record for Defendants in the above-captioned matter. Nathan Lewin and the law firm of Lewin & Lewin, LLP, join the Motion with respect to their representation of My Pillow, Inc.

                                                Respectfully submitted,

DATED: October 10, 2023.            **PARKER DANIELS KIBORT LLC**

                                              By */s/ Andrew D. Parker*
                                                  Andrew D. Parker (MN Bar No. 195042)
                                                  Joseph Pull (MN Bar No. 386968)
                                                  Abraham Kaplan (MN Bar No. 399507)
                                                  Christopher Grecian (MN Bar No. 387693)
                                                  Cody Blades (MN Bar No. 396341)
                                                  Ryan Malone (MN Bar No. 395795)
                                                  Nathaniel Greene (MN Bar No. 390251)
                                                  888 Colwell Building
                                                  123 N. Third Street
                                                  Minneapolis, MN 55401
                                                  Telephone: (612) 355-4100
                                                  parker@parkerdk.com
                                                  pull@parkerdk.com
                                                  kaplan@parkerdk.com
                                                  grecian@parkerdk.com
                                                  blades@parkerdk.com
                                                  malone@parkerdk.com
                                                  greene@parkerdk.com

                                            **LEWIN & LEWIN, LLP**

                                            By */s/ Nathan Lewin*
                                                  Nathan Lewin (D.C. Bar No. 38299)
                                                  888 17th Street NW
                                                  Fourth Floor
                                                  Washington, DC 20006
                                                  Telephone: (202) 828-1000
                                                  nat@lewinlewin.com