**Loftus, Julie**

| | |
|---|---|
| **From:** | FrankSpeech <no-reply@frankspeech.com> |
| **Sent:** | Thursday, October 5, 2023 6:30 PM |
| **To:** | Loftus, Julie |
| **Subject:** | Under Attack: |



Hello from Mike Lindell,

THIS IS UNPRECEDENTED! THE FIGHT IS FAR FROM OVER AND YET…

Our Lawyers went to a federal Judge to drop our cases because we are no longer able to pay them!

We are out of money. We can't borrow, we have no more grace period or line of credit! The FakeNews is gloating right now believing we are finished!

  OUR ONLY HOPE IS YOU!

This morning I got on Steve Bannon's WarRoom to get out in front of what I knew would be the biggest attack on MyPillow yet. This wildly unprecedented move for our legal team to drop MyPillow and our federal lawsuits is certainly not what our attorneys wanted to do, but our legal resources have been exhausted. Watch here



**You all know how much pressure my company, MyPillow, has been under.**

**\*cancelled by all big box stores**

**\*tremendous attacks by media,**

**\*five new audits by the IRS,**

**\*and American Express cut our credit line by nearly $1 million...**

Right now, I am out of resources, but I'm not giving up hope!

This incredible group of courageous attorneys have paid the ultimate price along with me. Lawfare, like we have never seen before, is being used to silence us. They want to drain us of our economic resources and demoralize our efforts so we will stop working to secure our election platforms. As I said on WarRoom, "We will never quit fighting to secure our elections!"

### *I KNOW YOU WILL COME THROUGH!*

Smartmatic claimed that I spoke out against election fraud to advance my company sales and profit from these claims! Wow, what a joke! We have lost hundreds of millions of dollars and now, to stay in this fight for our elections, we need your immediate help.

WE ARE AT THE MOST CRITICAL POINT WE HAVE EVER BEEN. So close to victory and also at the mercy of the resources we desperately need.

Every freedom loving person is being asked to link arms with us NOW!

Our team has created The Plan- that plan is in play already across the country. We have the greatest army of grassroots in our Cause of America organization.

Our Election Crime Bureau sits waiting to address any criminal or suspicious activities in our upcoming November elections. And finally, the FrankSpeech platform was created as a place of truth, where we could discuss and share information that is meaningful, accurate and necessary to save our country.

**All of these tools are up and running now.**

Our team is focused on moving the dial to save our elections.  The portable wifi detection equipment, called the Wireless Monitoring Device (WMD), will detect when election equipment goes online. We must have an infusion of $200,000 immediately to pay for and distribute these devices to county election clerks for the upcoming November elections. Each device costs $600.

*We will put the WMD's directly into the hands of Election Clerks across the country so they can immediately detect if Electronic Election Voting Machines are accessing the Internet in direct violation of many state constitutions. But remember, they lied to us and said no electronic voting machines are ever online.*

This is an URGENT request!  Elections are taking place on NOVEMBER 7th--in just 5 WEEKS. Once the tools prove that the Electronic Election Voting Machines are accessing the Internet, it will make our case that we have to return to Paper ballot, hand count elections!

**WE HAVE NO TIME TO WASTE!**
**This is why I am turning to you again for help.**

Our election work is critical.  **Your CONTRIBUTION to support our work is critical.**

The future of our country is in question today.  God has given us grace, solutions, and a platform to speak from. Now we must stay the course and finish The Plan.

**Please let me hear from you today.**

**CONTRIBUTE $24 >>**

**CONTRIBUTE $47 >>**

**CONTRIBUTE $75 >>**

**CONTRIBUTE $100 >>**

**CONTRIBUTE $250 >>**

**CONTRIBUTE OTHER AMOUNT >>**

God Bless,

*Mike Lindell*
*The Lindell Offense Fund*

---

FrankSpeech, Collierville, TN 38017, USA

View web version

You're receiving this email because you signed up to receive updates from FrankSpeech.
If you'd prefer not to receive updates, you can unsubscribe.