IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>                      Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                      Defendants. | Case No. 22-cv-00098- WMW-JFD |

### DECLARATION OF ABRAHAM S. KAPLAN

I, Abraham S. Kaplan, being first duly sworn, state as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and I am one of the attorneys who has previously represented Defendants in the above-referenced case. I have personal knowledge of the dates, events, and facts stated below. I make this Declaration pursuant to the Court's Order of October 16, 2023 (Doc. 238).

2. On October 20, 2023, a copy of the Court's Order (Doc. 238) and Second Amended Scheduling Order (Doc. 168) were sent via e-mail and U.S. mail to Defendants Michael J. Lindell and My Pillow, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2023, in Hennepin County, Minnesota.

                                                                         */s/ Abraham S. Kaplan*
                                                                         Abraham S. Kaplan