IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC., | Case No. 22-cv-00098-WMW-JFD |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, Matthew J. Langley, formerly associated with Benesch, Friedlander, Coplan & Aronoff LLP, hereby withdraws as counsel for Plaintiffs in the above-captioned matter. We respectfully request that this Court and all parties remove him from their list of counsel.

Christopher K. Larus, Emily J. Tremblay, and William E. Manske are members of the Minnesota Bar and will continue to represent Plaintiffs. In addition, J. Erik Connolly, Nicole Wrigley, Timothy M. Frey, Jamie Ward, John W. Beig, Jr., Michael J. Montgomery, Michael E. Bloom, Maura Levine-Patton, Laura Seferian, Julie Loftus, Alyssa A. Moscarino and James R. Bedell of Benesch, Friedlander, Coplan & Aronoff LLP will remain as *pro hac vice* counsel of record for Plaintiffs.

October 30, 2023

Respectfully submitted,

*s/ Timothy M. Frey*

Christopher K. Larus
    Minnesota Bar No. 0226828
    CLarus@robinskaplan.com
William E. Manske

        Minnesota Bar No. 0392348
        WManske@robinskaplan.com
Emily J. Tremblay
        Minnesota Bar No. 0395003
        ETremblay@robinskaplan.com

**ROBINS KAPLAN LLP**
800 LaSalle Avenue,
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice*)
        EConnolly@beneschlaw.com
        Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice*)
        NWrigley@beneschlaw.com
        Illinois ARDC No. 6278749
Timothy M. Frey
        TFrey@beneschlaw.com
        Illinois ARDC No. 6303335
Michael E. Bloom (admitted *pro hac vice*)
        MBloom@beneschlaw.com
        Illinois ARDC No. 6302422
Laura A. Seferian (admitted *pro hac vice*)
        LSeferian@beneschlaw.com
        Illinois ARDC No. 6330414
Julie M. Loftus (admitted *pro hac vice*)
        JLoftus@beneschlaw.com
        Illinois ARDC No. 6332174

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

Alyssa A. Moscarino (admitted pro hac vice)
        AMoscarino@beneschlaw.com
        Ohio Bar No. 93847

James R. Bedell (admitted pro hac vice)
        JBedell@beneschlaw.com
        Ohio Bar No. 97921

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2023, I electronically filed the foregoing document with the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Timothy M. Frey*