UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>          Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL, AND MY PILLOW, INC.,<br><br>          Defendants. | Case No. 22-CV-98 (WMW/JFD)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Douglas G. Wardlow and Jeremiah D. Pilon shall appear as counsel for Defendants Michael J. Lindell and My Pillow, Inc. in this case.

Dated: November 10, 2023

*/s/ Douglas G. Wardlow*
Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

*Counsel for Defendants*