IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-WMW-JFD |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, James R. Bedell, certify that the Memorandum in Support of Plaintiffs' Unopposed Motion to Redact October 11, 2023 Hearing Transcript contains 480 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h). This word count was obtained by a function in Microsoft Word Office 365.

Dated: November 20, 2023

Respectfully submitted,

/s/ *James R. Bedell*
James R. Bedell (admitted pro hac vice)
 JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.4500

*Attorney for the Plaintiffs*