IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br>                    Plaintiffs, <br>         v. <br><br> MICHAEL J. LINDELL and MY PILLOW, INC., <br><br>                    Defendants. | Case No. 22-cv-0098-WMW-JFD |

### PLAINTIFFS' STATEMENT INSTEAD OF REDACTED DOCUMENT

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") state that Exhibit 1 to the Declaration of James R. Bedell in Support of Plaintiffs' Unopposed Motion to Redact October 11, 2023 Hearing Transcript has been filed under seal because it is an unredacted copy of the hearing transcript that is subject to Smartmatic's motion. Per L.R. 80.1, no part of the transcript is yet to be made publicly available on CM/ECF. In addition, Smartmatic's motion asks the Court to order that the unredacted transcript be sealed and that only a redacted version be filed publicly at the appropriate time.

Dated: November 20, 2023            Respectfully submitted,

                                    /s/ *James R. Bedell*

1

Christopher K. Larus
   Minnesota Bar No. 0226828
   CLarus@robinskaplan.com
William E. Manske
   Minnesota Bar No. 0392348
   WManske@robinskaplan.com
Emily J. Tremblay
   Minnesota Bar No. 0395003
   ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Michael E. Bloom (admitted *pro hac vice*)
   MBloom@beneschlaw.com
Illinois ARDC No. 6302422
Julie M. Loftus (admitted *pro hac vice*)
   JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
   JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*