# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                Defendants. | Case No. 22-cv-0098-WMW-JFD |

## [PROPOSED] ORDER

Having considered Plaintiffs' Unopposed Motion to Redact October 11, 2023 Hearing Transcript (ECF No. 249) it is hereby ORDERED that:

1. Plaintiffs' Unopposed Motion to Redact October 11, 2023 Hearing Transcript is GRANTED.

2. The unredacted transcript of the October 11, 2023 motions hearing is SEALED.

3. Exhibit 1 to the Declaration of James R. Bedell shall remain SEALED, and the parties are relieved of the requirements of L.R. 5.6(d)(2) as to that exhibit.

4. At the time prescribed by L.R. 80.1, the court reporter shall file publicly a copy of the transcript containing the redactions indicated in Exhibit 1 to the Declaration of James R. Bedell.

2

**SO ORDERED** this ___ day of _____, 2023.

                                                              _____
                                                              JOHN F. DOCHERTY
                                                              United States Magistrate Judge