UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**STATEMENT OF REDACTION**

SMARTMATIC USA CORP., et al.

      Plaintiffs                        Case No:  22-cv-00098-WMW-JFD

v.

MICHAEL J. LINDELL, et al.

      Defendants

In accordance with Local Rule 5.5, I have reviewed the transcript of October 11, 2023 Civil Motions Hearing (Doc. 243), filed on October 30, 2023 in the above-captioned matter; filed a timely Notice of Intent to Request Redaction; and located personal identifiers (PIs) or other information in the transcript that must be redacted under Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

I hereby request the court reporter to redact the following PIs or other information in the transcript.

| Description of PI to be Redacted | Page and Line Number of PI to be Redacted | Redacted PI to Read As (e.g. XXX-XX-1234) |
|---|---|---|
| Confidential Information | Page 16, Lines 13–15 | Full redaction |
| Confidential Information | Page 16, Lines 17–18 | Full redaction |
| Confidential Information | Page 16, Line 20 | Full redaction |
| Confidential Information | Page 16, Lines 23–25 | Full redaction |
| Confidential Information | Page 17, Lines 1–3 | Full redaction |
| Confidential Information | Page 17, Lines 6–7 | Full redaction |

| Confidential Information | Page 18, Lines 6–7 | Full redaction |
|---|---|---|
| Confidential Information | Page 18, Lines 19–23 | Full redaction |

I understand that the redacted version of the transcript will be filed within 31 days of the date that the original transcript was filed but that the court reporter will not provide me a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be made available to the public on PACER.

Dated:  November 27, 2023

/s/ James R. Bedell
JAMES R. BEDELL (admitted *pro hac vice*)
Ohio Bar No. 97921
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
jbedell@beneschlaw.com
(216) 363-4500

*Attorney for Plaintiffs*