IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-0098-WMW-JFD |

## NOTICE OF WITHDRAWAL

TO:　　The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that attorney Michael E. Bloom (admitted *pro hac vice*) (IL Bar No. 6302422), hereby withdraws as counsel of record herein for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, pursuant to Local Rule 83.7. All other counsel of record for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited remain.

Dated: April 15, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael E. Bloom*
　　　　　　　　　　　　　　　　　　　　　Michael E. Bloom (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　Illinois ARDC No. 6302422
　　　　　　　　　　　　　　　　　　　　　**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive, Suite 1600
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 212-4949
　　　　　　　　　　　　　　　　　　　　　mbloom@beneschlaw.com

1

*Attorney for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*