# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered the Parties' Joint Motion to Extend Discovery Deadlines (ECF No. __) it is hereby ORDERED that the motion is GRANTED.

The deadline to complete fact discovery, rebuttal expert reports, and non-dispositive motions related to fact discovery is extended from June 11, 2024 to July 9, 2024. Furthermore, the deadline to complete expert discovery and non-dispositive motions related to expert discovery is extended from July 23, 2024 to August 20, 2024.

**SO ORDERED** this ___ day of _____, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. DOCHERTY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

24497752 v1