# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, Julie M. Loftus, certify that the Memorandum in Support of Plaintiffs' Motion to Show Cause contains 2,539 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h). This word count was obtained by a function in Microsoft Word Office 365.

Dated: June 7, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Julie M. Loftus*
　　　　　　　　　　　　　　　　　Julie M. Loftus (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　JLoftus@beneschlaw.com
　　　　　　　　　　　　　　　　　Illinois ARDC No. 6332174
　　　　　　　　　　　　　　　　　**BENESCH, FRIEDLANDER, COPLAN**
　　　　　　　　　　　　　　　　　**& ARONOFF LLP**
　　　　　　　　　　　　　　　　　71 South Wacker Drive, Suite 1600
　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　Telephone: (312) 212-4949

　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*