# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Plaintiff's Motion to Show Cause (ECF No. 274) it is hereby ORDERED that the motion is GRANTED.

The Court certifies the underlying facts in Plaintiffs' motion, and Defendants are ordered to appear in front of Judge Bryan and show cause as to why they should not be held in contempt for violating this Court's prior discovery orders.

**SO ORDERED** this ___ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN F. DOCHERTY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge