# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | **ORDER**<br><br>Case No. 22-cv-0098-JMB-JFD |

This matter is before the Court upon the parties' Joint Motion to Extend Discovery Deadlines (Dkt. No. 272). For the reasons set forth in the joint motion, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. The deadline to complete fact discovery, rebuttal expert reports, and non-dispositive motions related to fact discovery is extended from June 11, 2024 to July 9, 2024. Furthermore, the deadline to complete expert discovery and non-dispositive motions related to expert discovery is extended from July 23, 2024 to August 20, 2024. All other deadlines remain unchanged.

Dated: June 10, 2024

                *s/ John F. Docherty*
                JOHN F. DOCHERTY
                United States Magistrate Judge