IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., et al,<br><br>                                Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                                Defendants. | Case No. 0:22-cv-00098-WMW-JFD |

## OPPOSITION TO SMARTMATIC'S MOTION TO SHOW CAUSE

Plaintiffs' motion is a familiar maneuver in this case and should be denied. Mr. Lindell and My Pillow have complied with the Court's orders and Plaintiffs' latest discovery complaints lack merit and serve to harass Mr. Lindell.

Plaintiffs claim that Mr. Lindell and My Pillow, Inc. 1) "failed to disclose information they were ordered to provide"; 2) "have not identified any reason why they cannot fully comply with the Court's order"; and 3) have not "agreed to disclose the discovery information by a certain date." As a result, Plaintiffs say, they were "left with no option but to move the Court for an order to show cause . . . ." Ps' Motion at 2. The claims are easily addressed.

**I.     RFPs Nos. 30 and 32 have been and will be satisfied.**

Concerning request No. 30, Mr. Lindell turned over his taxes for 2019-2021. Plaintiffs demanded tax returns for 2022-2023. Mr. Lindell explained through counsel and directly under oath at his deposition taken on June 11, 2024 that his tax returns for

1

2022 and 2023 were not finished. He is in the middle of an IRS audit. While Plaintiffs acknowledge the ongoing audit by the IRS, they nevertheless demand communications surrounding that audit. Without waiving any objection to a tax return privilege or to Plaintiffs' intrusion into the audit, Mr. Lindell provided all documents in his accountant's possession. There are only a few pages, but they are sufficient to show the existence of the audit. Those documents have been turned over.

Plaintiffs' newest claim is that they are left without any documentation related to Lindell's current financial condition. They claim to lack a "complete picture" without specifying what documents they need. While they do not *yet* have the 2022-2023 tax returns, their expert apparently felt comfortable enough to opine that My Pillow benefited from Mr. Lindell's opinions. Additionally, Plaintiffs have Mr. Lindell's 2019-2021 tax returns, his sworn testimony about the condition of his company, financial records of loans, company financials, and a promise to provide the 2022-2023 returns. *Apart from the fact that Plaintiffs have refused to turn over their own financial records as requested by Lindell,* Plaintiffs' claim is vague.

They are unable to specify what additional documents they are requesting to determine the "complete picture" or what that even means. Without more, it seems that Plaintiffs' true intent is to interfere with the IRS audit. That tactic is unreasonable, unfair, and overly burdensome. Mr. Lindell objects to this intrusion.

Mr. Lindell has stated numerous times and on numerous occasions that as soon as his 2022 and 2023 tax returns are completed, he will turn them over *immediately.* At this time, Mr. Lindell anticipates the returns being completed by September 1, 2024. He will

turn them over as soon as they are filed. Thus, Request Nos. 30 and 32 will not just be substantially complete but wholly satisfied.

## II. Viewership metrics records were not kept.

Plaintiffs engage in the very "gamesmanship" they ascribe to Mr. Lindell and My Pillow Inc. Plaintiffs say, disingenuously, that Mr. Lindell and My Pillow agreed to turn over the metrics data. Respectfully, this assertion lacks candor. Mr. Lindell never said that he had metrics data. (For its part, My Pillow, Inc. does not have metrics data because it does not use viewership data and that is not part of its business.) However, Plaintiffs did receive metrics data from FrankSpeech TV. *See* Exhibit A, Response to Smartmatic Subpoena. This they omit from the motion to show cause.

Nevertheless, the undersigned conducted an independent search, repeating what Mr. Lindell's prior counsel performed. The response today is the same that was given to Plaintiffs on December 5, 2022, January 11, 2023, and now in June of 2024. There is no such data in Mr. Lindell's possession. As Plaintiffs acknowledge in their motion, Mr. Lindell gave a thorough explanation of why the viewership metrics were not kept. This should have ended the inquiry.

## III. Other than attorney client privileged communications and work product materials, Michael Lindell and My Pillow, Inc. are not withholding documents subject to objections

Unlike Plaintiffs, My Pillow, Inc. and Mr. Lindell and My Pillow, Inc. is not withholding documents subject to "general objections" or specific objections.

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion to show cause should be denied.

Respectfully submitted,

Dated: June 14, 2024                            **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND
MICHAEL LINDELL

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on June 14, 2024, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By */s/ Christopher I. Kachouroff*

**PARKER | DANIELS | KIBORT**

June 16, 2023

**VIA EMAIL**
Michael E. Bloom
Benesch Friedlander Coplan & Aronoff, LLP
Suite 1600
71 South Wacker Drive
Chicago, IL 60606-4637
mbloom@beneschlaw.com

    RE:    Subpoena to FrankSpeech LLC
               *Smartmatic USA Corp., et al., v . Lindell, et al.*
               District of Minnesota Civil Action No. 22-cv-0098

Counsel:

Enclosed with respect to the above-reference matter, please find documents responsive to the subpoena *duces tecum* to FrankSpeech LLC ("FrankSpeech") bates-labeled FS000001-000004. The enclosed responsive documents were generated using the Google Analytics program in response to subpoena request #5. In response to subpoena request #5, FrankSpeech is also generating a Google Analytics report for the "Cyber Symposium", as defined in the subpoena, and will produce once complete.

                            Sincerely,

                            *Abraham S. Kaplan*

                            Abraham S. Kaplan

ASK/jlt
Encls.



DEFENDANT'S EXHIBIT A

ANDREW D. PARKER
CHRISTOPHER M. DANIELS
JESSE H. KIBORT
LORI A. JOHNSON
ELIZABETH S. WRIGHT
ALEC J. BECK
JOSEPH A. PULL
MATTHEW R. ESLICK
RYAN P. MALONE
JORDON C. GREENLEE
ABRAHAM S. KAPLAN
ALEX A. HERMAN
GREGORY N. ARENSON
REGINALD W. SNELL

FREDERICK C. BROWN
  OF COUNSEL

888 Colwell Building
123 Third Street North
Minneapolis, MN 55401

parkerdk.com

Tel: 612.355.4100
Fax: 612.355.4101

# Pages

All Users
100.00% Pageviews

Apr 1, 2021 - Jun 11, 2023

**Explorer**



Pageviews

This data was filtered using an **advanced filter**.

| | Page | Pageviews ↓ | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|---|---|---|---|---|---|---|---|
| | | 32,729<br>% of Total:<br>0.02%<br>(133,747,971) | 25,512<br>% of Total:<br>0.04%<br>(72,186,315) | 00:02:49<br>Avg for View:<br>00:02:04<br>(36.31%) | 8,123<br>% of Total:<br>0.02%<br>(48,633,550) | 51.17%<br>Avg for View:<br>34.25%<br>(49.38%) | 48.48%<br>Avg for View:<br>36.36%<br>(33.32%) | $0.00<br>% of Total:<br>0.00%<br>($0.00) |
| 1. | /tv/video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used | 21,855<br>(66.78%) | 19,048<br>(74.66%) | 00:03:33 | 5,480<br>(67.46%) | 62.52% | 54.00% | $0.00<br>(0.00%) |
| 2. | /video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used | 9,762<br>(29.83%) | 5,662<br>(22.19%) | 00:01:46 | 2,147<br>(26.43%) | 22.20% | 37.11% | $0.00<br>(0.00%) |
| 3. | /tv/video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used.html | 138<br>(0.42%) | 112<br>(0.44%) | 00:02:31 | 15<br>(0.18%) | 33.33% | 37.68% | $0.00<br>(0.00%) |
| 4. | /tv/video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used?frank_pass=true | 119<br>(0.36%) | 109<br>(0.43%) | 00:03:33 | 89<br>(1.10%) | 52.81% | 52.94% | $0.00<br>(0.00%) |
| 5. | /tv/video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used?__cf_chl_jschl_tk__=3204ce2649b3aa42f068dfd99153b3aba07e13d4-1620930515-0-AX4eSFwJAWgxyPD6NVl0rqP2dkMKaHOiISSQ2BKrrb1dhqV_FGYnLl5-hivj44_RAmsM9-QuiUGk5jscbgrmP6mc52WgSCdasNSpNgtMtikAxO7NCHUgr0up4fIsPgX_IrXW_3IuhV6hcBIlfFtQ7llVHkwdPYx17nVN3dGmr9ZaVHBvxfUOoE9Gxg812l1uigyKUjDpKgtGjA_IdRGBwP_T4XOq75E7rn_ue-cwSjNzsPEZKNTCtCAR0QIQibNCBAXp1B9vvk619-TN0-N4vZZEFovp7l-dO42bB854Q9PzNqJ4WqIO5mJNn3U8Kdgqm-cDYaLMQOd-OkAkIGxztgDwXv2ccUnOuhfB3u5dHYcJi96dfMN6j13MyQPOtxivxoKTvNkZv2TvRMGoC09wntlSGh2L7V3bf9NOlXJWP2wt5lNvMW7Bufy60y0gRiN0JZTjUkU1KqPL3cM54PddoN1rE85dP-d7gwnI-m46dcdQEY7z9JdAVdx9d-JHHfQlz7FvkHBy0f5q38LuUS28KnQ | 49<br>(0.15%) | 49<br>(0.19%) | 00:00:00 | 49<br>(0.60%) | 100.00% | 100.00% | $0.00<br>(0.00%) |
| 6. | /?destination=/tv/video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used | 34<br>(0.10%) | 27<br>(0.11%) | 00:00:02 | 27<br>(0.33%) | 33.33% | 76.47% | $0.00<br>(0.00%) |
| 7. | /user/login?destination=/video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used | 20<br>(0.06%) | 9<br>(0.04%) | 00:00:21 | 1<br>(0.01%) | 0.00% | 15.00% | $0.00<br>(0.00%) |
| 8. | /video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used?frank_pass=true | 20<br>(0.06%) | 18<br>(0.07%) | 00:00:08 | 18<br>(0.22%) | 77.78% | 85.00% | $0.00<br>(0.00%) |
| 9. | /video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used?fbclid=IwAR1Ax9jlGlgjk2q7R9yiloXj7bdALcCYM9maoVtyDQK9GisgJt0y8U12IuM | 16<br>(0.05%) | 1<br>(0.00%) | 00:00:10 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 10. | /tv/video/absolute-interference-sequel-absolute-proof-new-evidence-foreign-and-domestic-enemies-used?__cf_chl_jschl_tk__=e94e298eb063cbf64f9d38fcc1c27a159c808d6f-1622229115-0-AR-BLXpUtSZ2CFLU9z3wnbHtx82tvZysunkIGVu4iHYt2r_ZnMahrGgMmEpd__Oh1XiKnXINH13cMhELrzzkcaBkK-DiQ3Eb1K0A_DEOZdskwWhjDMgfwrjqev3LP5X6KClQVpllVzt8k3NkIGcOUj-7frxjisxj6xAN2oe6XNyHlVrCzdySvoBBqhsv_JFokUH8Xjdvqr9wvxTR1zs4AywUe3ZwflFk8wS1FTkk74frDfa12kZ41L8sedl1EH4-6wQuMbxcynX9sr7W5zR5dk2o6DGiacPbtC2gzJ_bmKST4Yg0sg53s6ygNGk5JkedFWNmqM3nLDYtsRcNF2E_WJoPiy95QL7r2Ln6WguBUhcZrvXihNh3w_30hqIsPwxXMD7T92NU6zWkIrZzcM2tXDhZ9M5x_gByh26MtPUXB_9fnWWEcOAsz6M3kdlhtLESXsZjLZ2uVz5rAvb2fiNXP9N1_dvOrPE0efKOn5_DsHJTw_BKWh_Sro86g47f56bP-WPmfaBty51Zmqu4H1PDLqs | 13<br>(0.04%) | 13<br>(0.05%) | 00:00:47 | 13<br>(0.16%) | 92.31% | 92.31% | $0.00<br>(0.00%) |

Rows 1 - 10 of 447

© 2023 Google

FS000001

# Pages

○ All Users
100.00% Pageviews

Apr 1, 2021 - Jun 11, 2023

**Explorer**



● Pageviews

⚠ This data was filtered using an **advanced filter**.

| | Page | Pageviews ↓ | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|---|---|---|---|---|---|---|---|
| | | 683,363<br>% of Total:<br>0.51%<br>(133,747,971) | 523,938<br>% of Total:<br>0.73%<br>(72,186,315) | 00:02:50<br>Avg for View:<br>00:02:04<br>(36.95%) | 384,647<br>% of Total:<br>0.79%<br>(48,633,550) | 40.30%<br>Avg for View:<br>34.25%<br>(17.64%) | 39.32%<br>Avg for View:<br>36.36%<br>(8.12%) | $0.00<br>% of Total:<br>0.00%<br>($0.00) |
| 1. | /tv/video/mike-lindell-presents-absolutely-9-0 | 548,281<br>(80.23%) | 427,808<br>(81.65%) | 00:03:08 | 309,132<br>(80.37%) | 42.78% | 40.94% | $0.00<br>(0.00%) |
| 2. | /video/mike-lindell-presents-absolutely-9-0 | 80,396<br>(11.76%) | 50,101<br>(9.56%) | 00:01:15 | 43,026<br>(11.19%) | 25.54% | 29.39% | $0.00<br>(0.00%) |
| 3. | /tv/video/mike-lindell-presents-absolutely-9-0.html | 13,538<br>(1.98%) | 10,813<br>(2.06%) | 00:04:51 | 1,834<br>(0.48%) | 52.70% | 38.20% | $0.00<br>(0.00%) |
| 4. | /tv/video/mike-lindell-presents-absolutely-9-0?frank_pass=true | 11,308<br>(1.65%) | 10,295<br>(1.96%) | 00:02:14 | 8,093<br>(2.10%) | 39.95% | 39.29% | $0.00<br>(0.00%) |
| 5. | /?destination=/tv/video/mike-lindell-presents-absolutely-9-0 | 5,704<br>(0.83%) | 3,457<br>(0.66%) | 00:02:22 | 3,366<br>(0.88%) | 26.05% | 48.91% | $0.00<br>(0.00%) |
| 6. | /video/mike-lindell-presents-absolutely-9-0?msclkid=2a7a22f81fb11c05bac343c4ff86c18c | 1,075<br>(0.16%) | 502<br>(0.10%) | 00:00:07 | 492<br>(0.13%) | 0.00% | 0.93% | $0.00<br>(0.00%) |
| 7. | /video/mike-lindell-presents-absolutely-9-0?frank_pass=true | 369<br>(0.05%) | 235<br>(0.04%) | 00:00:33 | 224<br>(0.06%) | 25.89% | 39.30% | $0.00<br>(0.00%) |
| 8. | /tv/video/mike-lindell-presents-absolutely-9-0?view=mail | 338<br>(0.05%) | 286<br>(0.05%) | 00:03:35 | 265<br>(0.07%) | 67.17% | 65.68% | $0.00<br>(0.00%) |
| 9. | /video/mike-lindell-presents-absolutely-9-0?__cf_chl_jschl_tk__=c2529798853a26356a41c0cb3d2247dadaa73155-1622759108-0-AU571uQ0CJwe6XIsCbtq0hF4BSQz_avKNsWMSjoRGKXBBpQ2BSe_ZzTtqL4B7X4ag1XBIXEWaV2qg3sZEaY0c6fTsuPFWk0cFfY66LRP1BkTrPhdzzCPmf-B6rNcqYUORV7hMudQkMJ2WS1B7UhGfUL5VZlu0VHJdP8IRIMD0GI7PAI8riRv3wMcCU8kSTLJXYOOc2nTS6JCFOEZKnz91PxmFWFWygLvqjxyrHeARtRSDFcYGGxUihevPzI_nQau8eANTK9-Zimi9RxwNgG47itpcHgL1J6BEQwY7ecPg2KWToZ5F82X8b0ri3ZtNX5_k6If9CLADijoTQlJwCXvi1-6d_7aTnjJloTtS1XOpSG1bfXchiuE45K4M7Gk33kg4V8XF0Sj1joG25x79Om2793lSEq0AgOP_FUfUsv99LH_TbdCtJ0787sleZ3MBgC2YlRGCl_NtVwN-X2cxRvP0j8 | 317<br>(0.05%) | 145<br>(0.03%) | 00:00:06 | 143<br>(0.04%) | 0.00% | 3.47% | $0.00<br>(0.00%) |
| 10. | /video/mike-lindell-presents-absolutely-9-0?msclkid=2cce9cffd21b1425b4adfdc4a75bbb93 | 275<br>(0.04%) | 180<br>(0.03%) | 00:00:21 | 179<br>(0.05%) | 0.56% | 3.64% | $0.00<br>(0.00%) |

Rows 1 - 10 of 17798

© 2023 Google



# Analytics — FrankSpeech (UA) — All Web Site Data

Go to report

## Pages

○ All Users
100.00% Pageviews

Apr 1, 2021 - Jun 11, 2023

**Explorer**

Pageviews chart (2022–2023)

⚠ This data was filtered using an **advanced filter**.

| # | Page | Pageviews | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|------|-----------|------------------|-------------------|-----------|-------------|--------|------------|
|   |      | 37,394<br>% of Total: 0.03%<br>(133,747,971) | 26,893<br>% of Total: 0.04%<br>(72,186,315) | 00:02:21<br>Avg for View: 00:02:04 (14.03%) | 8,363<br>% of Total: 0.02%<br>(48,633,550) | 37.03%<br>Avg for View: 34.25% (8.10%) | 44.43%<br>Avg for View: 36.36% (22.20%) | $0.00<br>% of Total: 0.00% ($0.00) |
| 1. | /tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic | 32,563 (87.08%) | 24,383 (90.67%) | 00:02:32 | 6,283 (75.13%) | 46.03% | 44.70% | $0.00 (0.00%) |
| 2. | /tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic.html | 247 (0.66%) | 224 (0.83%) | 00:02:40 | 17 (0.20%) | 60.00% | 48.58% | $0.00 (0.00%) |
| 3. | /tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic?frank_pass=true | 107 (0.29%) | 99 (0.37%) | 00:03:30 | 84 (1.00%) | 53.57% | 56.07% | $0.00 (0.00%) |
| 4. | /tv/user/login?destination=/tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic | 96 (0.26%) | 74 (0.28%) | 00:01:22 | 1 (0.01%) | 0.00% | 30.21% | $0.00 (0.00%) |
| 5. | /tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic?trk_msg=BCDI6DOHJ294V1JE64NFFN25C0&trk_contact=TFK9AIIHHLU67EJO4JV10IKPVK&trk_sid=36T8QMHAU0LSA74J6IA877JL54&trk_link=N4KFFV94G7C433SSJ17MEC69E8 | 60 (0.16%) | 26 (0.10%) | 00:00:44 | 26 (0.31%) | 0.00% | 41.67% | $0.00 (0.00%) |
| 6. | /?destination=/tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic | 40 (0.11%) | 31 (0.12%) | 00:00:03 | 31 (0.37%) | 58.06% | 77.50% | $0.00 (0.00%) |
| 7. | /404.html?page=/tv/user/login?destination=/tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic&from=https://frankspeech.com/tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic | 40 (0.11%) | 29 (0.11%) | 00:00:03 | 5 (0.06%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 8. | /tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic?trk_msg=RLIJKPDDJGN4NDO5TP25VVR850&trk_contact=FKIU0TJSJ426ROKFDFRVJSTLJ4&trk_sid=CLFDP7LKK68G9E8SR5BN3BIORS&trk_link=DKVRK96H4RR4P5POV12QPI55GO | 38 (0.10%) | 9 (0.03%) | 00:00:39 | 9 (0.11%) | 0.00% | 23.68% | $0.00 (0.00%) |
| 9. | /tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic?trk_msg=RLIJKPDDJGN4NDO5TP25VVR850&trk_contact=4UQ5K20IJGOB69NL43HU1JDT9G&trk_sid=DO1TU1JH7QEJUJ9O6LG849LGU0&trk_link=DKVRK96H4RR4P5POV12QPI55GO | 30 (0.08%) | 11 (0.04%) | 00:01:37 | 11 (0.13%) | 0.00% | 36.67% | $0.00 (0.00%) |
| 10. | /tv/video/absolute-proof-exposing-election-fraud-and-theft-america-enemies-foreign-and-domestic?trk_msg=RLIJKPDDJGN4NDO5TP25VVR850&trk_contact=NKKAN8FTJDRKUTPOKU32U4AUKS&trk_sid=VIBLSVDNKDCOJU07O2BQ2C6Q8G&trk_link=DKVRK96H4RR4P5POV12QPI55GO | 25 (0.07%) | 12 (0.04%) | 00:00:05 | 12 (0.14%) | 0.00% | 48.00% | $0.00 (0.00%) |

Rows 1 - 10 of 1494

© 2023 Google

# Pages

**All Users**
100.00% Pageviews

*Apr 1, 2021 - Jun 11, 2023*

## Explorer



● Pageviews

This data was filtered using an **advanced filter**.

| Page | | Pageviews ↓ | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|---|---|---|---|---|---|---|---|
| | | **379,965**<br>% of Total: 0.28% (133,747,971) | **278,461**<br>% of Total: 0.39% (72,186,315) | **00:03:06**<br>Avg for View: 00:02:04 (49.96%) | **83,274**<br>% of Total: 0.17% (48,633,550) | **44.58%**<br>Avg for View: 34.25% (30.15%) | **45.66%**<br>Avg for View: 36.36% (25.57%) | **$0.00**<br>% of Total: 0.00% ($0.00) |
| 1. | /tv/video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was | **283,597** (74.64%) | 227,695 (81.77%) | 00:03:44 | 52,451 (62.99%) | 58.51% | 47.44% | $0.00 (0.00%) |
| 2. | /video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was | **79,751** (20.99%) | 38,947 (13.99%) | 00:01:25 | 21,002 (25.22%) | 8.80% | 38.14% | $0.00 (0.00%) |
| 3. | /tv/video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was?frank_pass=true | **1,727** (0.45%) | 1,552 (0.56%) | 00:04:22 | 1,301 (1.56%) | 64.20% | 65.49% | $0.00 (0.00%) |
| 4. | /user/login?destination=/video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was | **788** (0.21%) | 306 (0.11%) | 00:00:25 | 65 (0.08%) | 3.12% | 16.12% | $0.00 (0.00%) |
| 5. | /?destination=/tv/video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was | **318** (0.08%) | 217 (0.08%) | 00:01:05 | 209 (0.25%) | 44.98% | 59.75% | $0.00 (0.00%) |
| 6. | /tv/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was.html | **223** (0.06%) | 162 (0.06%) | 00:01:58 | 40 (0.05%) | 57.14% | 44.84% | $0.00 (0.00%) |
| 7. | /user/register?destination=/video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was | **70** (0.02%) | 16 (0.01%) | 00:01:06 | 0 (0.00%) | 0.00% | 1.43% | $0.00 (0.00%) |
| 8. | /video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was?trk_msg=1N986R155SH4T84GNI2PTH94U4&trk_contact=H0VGC5B6ND806Q2M39TU2JLA0S&trk_sid=QKTQCTUUKB7LUHKJBHDS1D2480&trk_link=BDJTG7RRE3IKR8LQ695BA3MDIO | **64** (0.02%) | 27 (0.01%) | 00:02:24 | 27 (0.03%) | 0.00% | 39.06% | $0.00 (0.00%) |
| 9. | /video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was?trk_msg=8QROTMILJMOK3EUR0D0QMBKVUG&trk_contact=SBA1JK97BLB92HFG2UTCNKO4A4&trk_sid=BV9QLE5CRU35MO0BBCNUKUN3DG&trk_link=FFIBSI013JS495372D9LKAPQH8 | **58** (0.02%) | 23 (0.01%) | 00:01:28 | 23 (0.03%) | 0.00% | 36.21% | $0.00 (0.00%) |
| 10. | /video/scientific-proof-internationally-renowned-physicist-absolutely-proves-2020-election-was?trk_msg=8QROTMILJMOK3EUR0D | **54** (0.01%) | 26 (0.01%) | 00:00:03 | 25 (0.03%) | 0.00% | 46.30% | $0.00 (0.00%) |

Rows 1 - 10 of 8282

© 2023 Google