IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE EXPERT WITNESS

Defendants move for leave to substitute their expert, Mr. Donald A. Gorowsky, for Mr. Robert Bowse. concerning the damages claims of Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, resulting from the alleged defamation by Defendants Michael J. Lindell and My Pillow.

Mr. Gorowsky is unable to continue in this matter and has represented that he is unable to continue because of his current case load and will not be able to perform additional work in this matter. This event is beyond the control of Defendants' counsel and the granting of this motion will not prejudice Plaintiffs as expert depositions have not yet been taken and the new expert will be adopting the same opinions as Mr. Gorowsky. Defense counsel has conferred with Plaintiffs' counsel who do not oppose the granting of this motion provided that the new expert adopts Mr. Gorowsky's original expert report dated September 22, 2023 and does not render any new opinions.

The new expert, Mr. Bowse, has examined the same documents that Mr. Gorowsky has reviewed and will adopt the opinions of Donald A. Gorowsky. Mr. Bowse will not render new opinions.

Respectfully submitted,

Dated: June 27, 2024

**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND MICHAEL LINDELL

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on June 27, 2024, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By */s/ Christopher I. Kachouroff*