IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE EXPERT WITNESS**

Upon consideration of Defendants' Unopposed Motion for Leave to Substitute Expert filed on DATE,

IT IS HEREBY ORDERED that Defendants Unopposed Motion for Leave to Substitute Expert Witness is GRANTED.

Defendants' new expert, Robert Bowse, is substituted for Defendants' previous expert, Donald Gorowsky. By agreement of the Parties, Mr. Bowse will adopt the opinions of Mr. Gorowsky as stated in his expert report of September 22, 2023 and will not render new opinions.

Dated: DATE                                             _____

JOHN F. DOCHERTY
United States District Judge