UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　Defendants. | Case No. 22-cv-00098- JMB-JFD |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE EXPERT WITNESS

Upon consideration of Defendants' Unopposed Motion for Leave to Substitute Expert filed on June 27, 2024,

**IT IS HEREBY ORDERED** that Defendants Unopposed Motion for Leave to Substitute Expert Witness is **GRANTED**. Defendants' new expert, Robert Bowse, is substituted for Defendants' previous expert, Donald Gorowsky. By agreement of the Parties, Mr. Bowse will adopt the opinions of Mr. Gorowsky as stated in his expert report of September 22, 2023 and will not render new opinions.

Dated: June 28, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge