# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## PLAINTIFFS' NOTICE OF MOTION ON THIRD MOTION TO COMPEL

TO:　ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on August 20, 2024 at 2:00 p.m., in Courtroom 6A before the Honorable Magistrate Judge John F. Docherty of the above-referenced United States District Court, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited will bring their Third Motion to Compel.

Dated: July 9, 2024　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *Timothy M. Frey*

　　　　　　　　　　　　　　　Christopher K. Larus
　　　　　　　　　　　　　　　　 Minnesota Bar No. 0226828
　　　　　　　　　　　　　　　　 CLarus@robinskaplan.com
　　　　　　　　　　　　　　　William E. Manske
　　　　　　　　　　　　　　　　 Minnesota Bar No. 0392348
　　　　　　　　　　　　　　　　 WManske@robinskaplan.com
　　　　　　　　　　　　　　　Emily J. Tremblay

    Minnesota Bar No. 0395003
    ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
    EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
    NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
    TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
    JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
    JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*