# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, Timothy M. Frey, certify that the Memorandum in Support of Plaintiffs' Third Motion to Compel contains 4,370 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h). This word count was obtained by a function in Microsoft Word Office 365.

Dated: July 9, 2024    Respectfully submitted,

              /s/ *Timothy M. Frey*
              Timothy M. Frey (admitted *pro hac vice*)
                TFrey@beneschlaw.com
              Illinois ARDC No. 6303335
              **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
              71 South Wacker Drive, Suite 1600
              Chicago, IL 60606
              Telephone: (312) 212-4949

              *Attorney for the Plaintiffs*