# **<u>EXHIBIT N</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | Case No. 22-cv-0098-WMW-JFD |
| Plaintiffs, | |
| v. | |
| MICHAEL J. LINDELL and MY PILLOW, INC., | |
| Defendants. | |

### PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION DIRECTED AT DEFENDANTS MICHAEL J. LINDELL AND MY PILLOW, INC.

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited (collectively, "Smartmatic"), by and through their attorneys, Benesch, Friedlander, Coplan & Aronoff LLP, propound the following requests for admission pursuant to Fed. R. Civ. P. 30 and 26.  Failure to respond to these Requests within thirty days will result in the Requests being deemed admitted.  *See* Fed. R. Civ. P. 36(a)(3).

### DEFINITIONS

1.      "And" and "or" shall mean "and/or" and shall be construed both conjunctively and disjunctively, and each shall include the other wherever such dual construction will serve to bring within the scope of this Request any answer which would otherwise not be brought within its scope.

2.      "Any" and "all" shall mean "any and all."

3.      "Communications" shall mean the recording, conveyance, exchange, or transmittal of information (in the form of facts, ideas, inquiries or otherwise) of any kind by or with any person

1

or entity for any purpose by any written, verbal, or electronic means or method, including, without limitation, notes, complaints, diaries, journals, datebooks, reports, calendars, telephone messages, letters, email messages, cell phone text messages (SMS messages and MMS messages), voicemail messages, internal messaging system communications, social media communications or posting on sites including but not limited to Facebook, Twitter, Instagram, Rumble, Reddit, Gab, or Parler (including any direct messages), website postings, internet chat-room postings, lists, correspondence, drawings, designs, telegrams, manuals, summaries or records of personal conversations, logs, minutes or records of meetings, minutes of any other type, transcripts of oral testimony or statements, affidavits, or summaries of investigations. For avoidance of doubt, the term "Communications" includes internal communications and communications with third parties.

4.      "Documents" shall mean documents in its broadest sense and shall mean and include all written, printed, typed, recorded, or graphic data or matter of every kind and description, both originals and copies, and all attachments and appendices thereto. The terms "Document" and "Documents" shall include, without limitation, all agreements, contracts, correspondence, letters, telegrams, telexes, messages, e-mail, memoranda, records, reports, books, summaries or other records of telephone conversations or interviews, summaries or other records of personal conversations, minutes or summaries or other records of meetings and conferences, summaries or other records of negotiations, diaries, diary entries, calendars, appointment books, visitor records, time records, instructions, work assignments, forecasts, statistical data, statistical statements, worksheets, work papers, drafts, graphs, maps, charts, tables, analytical records, consultants' reports, appraisals, notes, marginal notations, notebooks, statements, lists, recommendations, files, printouts, compilations, tabulations, confirmations, analyses, studies, surveys, transcripts of hearings, transcripts of testimony, microfilm, microfiche, articles, speeches, tape or disk

2

recordings, sound recordings, video recordings, film, tape, photographs, data compilations from which information can be obtained (including but not limited to matter used in data processing), and any other printed, written, handwritten, typewritten, recorded, stenographic, computer-generated, computer-stored, or electronically stored matter, however and by whomever produced, prepared, reproduced, disseminated or made.

5.      "Electronically Stored Information" or "ESI" shall mean all electronically stored information in its broadest sense and shall mean and include, but is not limited to: (a) information or data that is generated, received, processed, and recorded by computers and other electronic devices, including metadata; (b) internal or external web sites; (c) output resulting from the use of any software program, including, without limitation, word processing Documents, spreadsheets, database files, charts, graphs and outlines, electronic mail, instant messages, bulletin board programs, operating systems, source code, PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside and regardless of whether said electronic data exists in an active file, a deleted file, or file fragment; (d) activity listings of electronic mail receipts and/or transmittals; and (e) any and all items stored on computer memories, hard disks, floppy disks, CD-ROM or other discs, flash or jump drives, online cloud storage, magnetic tape, microfiche, or on any other media for digital data storage or transmittal, such as, but not limited to, a personal digital assistant, hand-held wireless device, and file folder tabs, or containers and labels appended to, or relating to, any physical storage device associated with each original or copy of all documents requested herein.

6.      "FRANKSPEECH" shall mean the Delaware corporation FrankSpeech Inc., and its past or present subsidiaries, affiliates, attorneys, agents, representatives, officers, directors, employees, or other persons acting on its behalf, including any regional affiliates or contributors,

3

whether paid or unpaid, and including all radio and television appearances made by persons acting as spokespersons for FRANKSPEECH.

7.      "Including" shall mean "including, but not limited to."

8.      "LINDELL" shall mean Defendant Michael J. Lindell and his past or present attorneys, agents, representatives, employees, or other persons acting on his behalf, whether paid or unpaid, and including all radio and television appearances made by persons acting as spokespersons for LINDELL.

9.      "Meeting" shall mean any type of meeting, including those held in-person, via telephone, online, or via another medium.

10.     "MYPILLOW" shall mean Defendant My Pillow Inc. and its past or present subsidiaries, affiliates, attorneys, agents, representatives, officers, directors, employees, or other persons acting on its behalf, including any regional affiliates or contributors, whether paid or unpaid, and including all radio and television appearances made by persons acting as spokespersons for MYPILLOW.

11.     "Person(s)" refers to all natural persons and all forms of business organizations, including corporations, partnerships, limited partnerships, unincorporated associations, trusts, governmental bodies, and/or all other identifiable entities.

12.     "Regarding" shall mean referring to, discussing, describing, evidencing, concerning, comprising, constituting, referencing, reflecting, supporting, or relating to in any manner.

13.     "Relate to" or "relating to" shall mean consisting of, referring to, reflecting, or being in any way legally, logically, or factually connected with the matter discussed.

14.     "SMARTMATIC" shall mean Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation, and their past or present subsidiaries, affiliates, attorneys, agents, representatives, officers, directors, employees, or other persons acting on its behalf, including any regional affiliates or contributors, whether paid or unpaid, and including all radio and television appearances made by persons acting as spokespersons for SMARTMATIC.

15.     "State" shall mean to state specifically and in detail.

## REQUESTS FOR ADMISSION

**REQUEST NO. 51.**  Admit that Exhibit 1 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 52.**  Admit that Exhibit 3 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 53.**  Admit that Exhibit 5 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 54.**  Admit that Exhibit 7 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 55.**  Admit that Exhibit 9 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 56.**  Admit that Exhibit 11 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 57.**  Admit that Exhibit 12 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 58.**  Admit that Exhibit 14 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 59.**  Admit that Exhibit 16 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 60.**  Admit that Exhibit 18 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 61.**  Admit that Exhibit 20 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 62.**  Admit that Exhibit 22 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 63.**  Admit that Exhibit 24 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 64.**  Admit that Exhibit 26 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 65.**  Admit that Exhibit 28 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 66.**  Admit that Exhibit 30 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 67.**  Admit that Exhibit 32 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 68.**  Admit that Exhibit 34 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 69.**  Admit that Exhibit 36 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 70.**  Admit that Exhibit 143 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 71.**  Admit that Exhibit 145 to the First Supplemental Complaint is an authentic transcript of the subject video pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 72.**  Admit that DEF017621 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 73.**  Admit that DEF013624–26 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 74.**  Admit that DEF055601–02 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 75.**  Admit that Deposition Exhibit 156 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 76.**  Admit that Deposition Exhibit 167 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 77.**  Admit that DEF023750 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 78.**  Admit that DEF026770–73 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 79.** Admit that DEF003597–99 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 80.** Admit that DEF026402–03 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 81.** Admit that DEF016824 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 82.** Admit that Deposition Exhibit 315 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 83.** Admit that Deposition Exhibit 325 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 84.** Admit that Deposition Exhibit 350 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 85.** Admit that Deposition Exhibit 352 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 86.** Admit that Deposition Exhibit 356 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 87.** Admit that Deposition Exhibit 359 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 88.** Admit that Deposition Exhibit 374 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 89.** Admit that DEF001050 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 90.** Admit that DEF001583 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 91.**  Admit that DEF002794 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 92.**  Admit that DEF003518–19 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 93.**  Admit that DEF003781–82 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 94.**  Admit that DEF003785 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 95.**  Admit that DEF007677 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 96.**  Admit that DEF009359–61 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 97.**  Admit that DEF009623–24 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 98.**  Admit that DEF009694–96 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 99.**  Admit that DEF013183–84 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 100.** Admit that DEF018474 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 101.** Admit that DEF026112–13 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 102.** Admit that DEF026120–21 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 103.** Admit that DEF026497–97 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 104.** Admit that DEF026596–97 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 105.** Admit that DEF026783–84 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 106.** Admit that DEF027018 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 107.** Admit that DEF027098–99 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 108.** Admit that DEF029266 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 109.** Admit that DEF052891–92 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 110.** Admit that DEF120753 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 111.** Admit that DEF030870 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 112.** Admit that DEF030871 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 113.** Admit that DEF031636 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 114.** Admit that DEF055581 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 115.** Admit that DEF055602 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 116.** Admit that DEF032382–84 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 117.** Admit that DEF040945 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 118.** Admit that DEF041088–89 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 119.** Admit that DEF060598–604 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 120.** Admit that DEF060649–51 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 121.** Admit that DEF065822–23 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 122.** Admit that DEF089419 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 123.** Admit that DEF095305 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 124.** Admit that DEF10956267–333 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 125.** Admit that DEF11142301–05 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 126.** Admit that DEF11270978 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 127.** Admit that DEF11270979–88 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 128.** Admit that DEF11270989–1069 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 129.** Admit that DEF11306610 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 130.** Admit that DEF11312573–74 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 131.** Admit that DEF11312584–88 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 132.** Admit that DEF080801 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 133.** Admit that DEF080781 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 134.** Admit that DEF03486 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 135.** Admit that DEF034388 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 136.** Admit that DEF034389 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 137.** Admit that DEF034391 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 138.** Admit that DEF034393 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 139.** Admit that DEF034394 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 140.** Admit that DEF034396 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 141.** Admit that DEF034397 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 142.** Admit that DEF034398 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 143.** Admit that DEF034399 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 144.** Admit that DEF034400 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 145.** Admit that DEF034404 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 146.** Admit that DEF034405 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 147.** Admit that DEF034406 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 148.** Admit that DEF034408 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 149.** Admit that DEF034409 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 150.** Admit that DEF034410 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 151.** Admit that DEF034411 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 152.** Admit that DEF034412 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 153.** Admit that DEF034414 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 154.** Admit that DEF034415 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 155.** Admit that DEF034416 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 156.** Admit that DEF034417 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 157.** Admit that DEF034418 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 158.** Admit that DEF034425 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 159.** Admit that DEF034426 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 160.** Admit that DEF034427 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 161.** Admit that DEF034429 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 162.** Admit that DEF034431 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 163.** Admit that DEF034432 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 164.** Admit that DEF034438 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 165.** Admit that DEF034439 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 166.** Admit that DEF034440 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 167.** Admit that DEF113122592–94 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 168.** Admit that DEF11312606 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 169.** Admit that DEF11312607–08 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 170.** Admit that DEF11312612–13 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 171.** Admit that DEF026638–39 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 172.** Admit that DEF019282 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 173.** Admit that DEF021320 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 174.** Admit that DEF021825 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 175.** Admit that DEF001324 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 176.** Admit that DEF022482 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 177.** Admit that DEF016737 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 178.** Admit that DEF006566 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 179.** Admit that DEF068429 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 180.** Admit that DEF020883 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 181.** Admit that DEF0015551–52 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 182.** Admit that DEF016633 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 183.** Admit that DEF015184 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 184.** Admit that DEF019435 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 185.** Admit that DEF076802 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 186.** Admit that DEF077390 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 187.** Admit that DEF077392 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 188.** Admit that DEF077425 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 189.** Admit that DEF077521 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 190.** Admit that DEF076992 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 191.** Admit that DEF077645 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 192.** Admit that DEF014960 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 193.** Admit that DEF017504 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 194.** Admit that DEF078966 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 195.** Admit that DEF014021 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 196.** Admit that DEF001205 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 197.** Admit that DEF078018 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 198.** Admit that DEF101865 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 199.** Admit that DEF077734 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 200.** Admit that DEF076702 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 201.** Admit that DEF078019 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 202.** Admit that DEF077735 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 203.** Admit that DEF077082 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 204.** Admit that DEF081933 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 205.** Admit that DEF11311888 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 206.** Admit that DEF078963 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 207.** Admit that DEF018412–13 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 208.** Admit that DEF121959 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 209.** Admit that DEF122361 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 210.** Admit that DEF078399 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 211.** Admit that DEF014307–08 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 212.** Admit that DEF025202 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 213.** Admit that DEF025203 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 214.** Admit that DEF016634 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 215.** Admit that DEF018055 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 216.** Admit that DEF016635 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 217.** Admit that DEF022390 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 218.** Admit that DEF018146 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 219.** Admit that DEF025299 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 220.** Admit that DEF010425 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 221.** Admit that DEF001068–69 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 222.** Admit that DEF010156–57 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 223.** Admit that DEF004727–28 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 224.** Admit that DEF030859–61 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 225.** Admit that DEF026688–89 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 226.** Admit that DEF009346 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 227.** Admit that DEF121020 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 228.** Admit that DEF121016 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 229.** Admit that DEF121017 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 230.** Admit that DEF121021 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 231.** Admit that DEF121022 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 232.** Admit that DEF121023 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 233.** Admit that DEF121024 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 234.** Admit that DEF121031 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 235.** Admit that DEF121034–39 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 236.** Admit that DEF121041–43 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 237.** Admit that DEF121046–47 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 238.** Admit that DEF121026 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 239.** Admit that DEF121052 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 240.** Admit that DEF121060 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 241.** Admit that DEF11298601 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 242.** Admit that DEF121062 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 243.** Admit that DEF121018 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 244.** Admit that DEF121019 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 245.** Admit that DEF121020 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 246.** Admit that DEF121064 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 247.** Admit that DEF082284 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 248.** Admit that DEF082285 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 249.** Admit that DEF082286 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 250.** Admit that DEF082288 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 251.** Admit that DEF082293 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 252.** Admit that DEF082297 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 253.** Admit that DEF082300 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 254.** Admit that DEF082290 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 255.** Admit that DEF082302 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 256.** Admit that DEF002362 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 257.** Admit that DEF018559 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 258.** Admit that DEF018559 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 259.** Admit that DEF017531 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 260.** Admit that DEF017531 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 261.** Admit that DEF017172 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 262.** Admit that DEF017172 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 263.** Admit that DEF003045 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 264.** Admit that DEF003045 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 265.** Admit that DEF030770 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 266.** Admit that DEF030770 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 267.** Admit that DEF024068 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 268.** Admit that DEF024068 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 269.** Admit that DEF020399 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 270.** Admit that DEF020399 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 271.** Admit that DEF076706 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 272.** Admit that DEF076706 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 273.** Admit that DEF061459–60 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 274.** Admit that DEF061459–60 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 275.** Admit that DEF076909 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 276.** Admit that DEF076909 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 277.** Admit that DEF023583 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 278.** Admit that DEF023583 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 279.** Admit that DEF023282 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 280.** Admit that DEF023282 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 281.** Admit that DEF015836–37 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 282.** Admit that DEF015836–37 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 283.** Admit that DEF030452 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 284.** Admit that DEF030452 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 285.** Admit that DEF019679 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 286.** Admit that DEF019679 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 287.** Admit that DEF009147 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 288.** Admit that DEF009147 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 289.** Admit that DEF015395 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 290.** Admit that DEF015395 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 291.** Admit that DEF013560–61 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 292.** Admit that DEF013560–61 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 293.** Admit that DEF032234–35 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 294.** Admit that DEF032234–35 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 295.** Admit that DEF041862–64 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 296.** Admit that DEF041862–64 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 297.** Admit that DEF009586 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 298.** Admit that DEF009586 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 299.** Admit that DEF026135 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 300.** Admit that DEF026135 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 301.** Admit that DEF003644–46 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 302.** Admit that DEF003644–46 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 303.** Admit that DEF019963 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 304.** Admit that DEF019963 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 305.** Admit that DEF026793 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 306.** Admit that DEF026793 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 307.** Admit that DEF030424 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 308.** Admit that DEF030424 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 309.** Admit that DEF009665 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 310.** Admit that DEF009665 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 311.** Admit that DEF020354 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 312.** Admit that DEF020354 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 313.** Admit that DEF006838 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 314.** Admit that DEF006838 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 315.** Admit that DEF027379 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 316.** Admit that DEF027379 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 317.** Admit that DEF078353 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 318.** Admit that DEF078353 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 319.** Admit that DEF045607–09 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 320.** Admit that DEF045607–09 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 321.** Admit that DEF005526 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 322.** Admit that DEF005526 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 323.** Admit that DEF065118 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 324.** Admit that DEF065118 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 325.** Admit that DEF001193 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 326.** Admit that DEF001193 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 327.** Admit that DEF060440 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 328.** Admit that DEF060440 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 329.** Admit that DEF009407 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 330.** Admit that DEF009407 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 331.** Admit that DEF009483 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 332.** Admit that DEF009483 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 333.** Admit that DEF017561–62 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 334.** Admit that DEF017561–62 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 335.** Admit that DEF001169 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 336.** Admit that DEF001169 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 337.** Admit that DEF122396 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 338.** Admit that DEF122396 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 339.** Admit that DEF122180 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 340.** Admit that DEF122180 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 341.** Admit that DEF020575 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 342.** Admit that DEF020575 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 343.** Admit that DEF122093–94 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 344.** Admit that DEF122093–94 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 345.** Admit that DEF121914–15 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 346.** Admit that DEF121914–15 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 347.** Admit that DEF121909 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 348.** Admit that DEF121909 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 349.** Admit that DEF019799 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 350.** Admit that DEF019799 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 351.** Admit that DEF122348 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 352.** Admit that DEF122348 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 353.** Admit that DEF122291 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 354.** Admit that DEF122291 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 355.** Admit that DEF122069–70 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 356.** Admit that DEF122069–70 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 357.** Admit that DEF122031 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 358.** Admit that DEF122031 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 359.** Admit that DEF122132 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 360.** Admit that DEF122132 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 361.** Admit that DEF013750–51 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 362.** Admit that DEF013750–51 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 363.** Admit that DEF019135 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 364.** Admit that DEF019135 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 365.** Admit that DEF122066 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 366.** Admit that DEF122066 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 367.** Admit that DEF009588–89 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 368.** Admit that DEF009588–89 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 369.** Admit that DEF122163–64 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 370.** Admit that DEF122163–64 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 371.** Admit that DEF122414 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 372.** Admit that DEF122414 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 373.** Admit that DEF027329 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 374.** Admit that DEF027329 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 375.** Admit that DEF122401 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 376.** Admit that DEF122401 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 377.** Admit that DEF122363 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 378.** Admit that DEF122363 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 379.** Admit that DEF122194 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 380.** Admit that DEF122194 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 381.** Admit that DEF006902–03 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 382.** Admit that DEF006902–03 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 383.** Admit that DEF122331 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 384.** Admit that DEF122331 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 385.** Admit that DEF122354 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 386.** Admit that DEF122354 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 387.** Admit that DEF122358 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 388.** Admit that DEF122358 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 389.** Admit that DEF122131 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 390.** Admit that DEF122131 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 391.** Admit that DEF001552 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 392.** Admit that DEF001552 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 393.** Admit that DEF000083–84 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 394.** Admit that DEF000083–84 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 395.** Admit that DEF009370–71 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 396.** Admit that DEF009370–71 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 397.** Admit that DEF009913–14 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 398.** Admit that DEF009913–14 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 399.** Admit that DEF024663 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 400.** Admit that DEF024663 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 401.** Admit that DEF122290 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 402.** Admit that DEF122290 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 403.** Admit that DEF122298 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 404.** Admit that DEF122298 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 405.** Admit that DEF122161 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 406.** Admit that DEF122161 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 407.** Admit that DEF030754 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 408.** Admit that DEF030754 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 409.** Admit that DEF043826 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 410.** Admit that DEF043826 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 411.** Admit that DEF030740 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 412.** Admit that DEF030740 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 413.** Admit that DEF030742 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 414.** Admit that DEF030742 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 415.** Admit that DEF030744 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 416.** Admit that DEF030744 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 417.** Admit that DEF030746 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 418.** Admit that DEF030746 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 419.** Admit that DEF030748 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 420.** Admit that DEF030748 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 421.** Admit that DEF030750–51 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 422.** Admit that DEF030750–51 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 423.** Admit that DEF046710 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 424.** Admit that DEF046710 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 425.** Admit that DEF015836–37 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 426.** Admit that DEF015836–37 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 427.** Admit that DEF122127–30 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 428.** Admit that DEF122127–30 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 429.** Admit that DEF015183 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 430.** Admit that DEF015183 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 431.** Admit that DEF056067 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 432.** Admit that DEF056067 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 433.** Admit that DEF023077 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 434.** Admit that DEF023077 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 435.** Admit that DEF122107–08 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 436.** Admit that DEF122107–08 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 437.** Admit that DEF006817 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 438.** Admit that DEF006817 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 439.** Admit that DEF006200 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 440.** Admit that DEF006200 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 441.** Admit that DEF017285 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 442.** Admit that DEF017285 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 443.** Admit that DEF019053 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 444.** Admit that DEF019053 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 445.** Admit that DEF10380725–26 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 446.** Admit that DEF10380725–26 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 447.** Admit that DEF032916–18 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 448.** Admit that DEF032916–18 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 449.** Admit that DEF025449 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 450.** Admit that DEF025449 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 451.** Admit that DEF018301–02 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 452.** Admit that DEF018301–02 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 453.** Admit that DEF11309943–44 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 454.** Admit that DEF11309943–44 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 455.** Admit that DEF062367–68 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 456.** Admit that DEF062367–68 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 457.** Admit that DEF030186 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 458.** Admit that DEF030186 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 459.** Admit that DEF001605 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 460.** Admit that DEF001605 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 461.** Admit that DEF10963121–22 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 462.** Admit that DEF10963121–22 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 463.** Admit that DEF11271157–59 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 464.** Admit that DEF11271157–59 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 465.** Admit that DEF11273862–64 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 466.** Admit that DEF11273862–64 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 467.** Admit that DEF009708 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 468.** Admit that DEF009708 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 469.** Admit that DEF030537 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 470.** Admit that DEF030537 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 471.** Admit that DEF10661003 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 472.** Admit that DEF10661003 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 473.** Admit that DEF019495 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 474.** Admit that DEF019495 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 475.** Admit that DEF006165–66 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 476.** Admit that DEF006165–66 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 477.** Admit that DEF030240–42 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 478.** Admit that DEF030240–42 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 479.** Admit that DEF024937–38 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 480.** Admit that DEF024937–38 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 481.** Admit that DEF11298552 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 482.** Admit that DEF11298552 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 483.** Admit that DEF11298795 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 484.** Admit that DEF11298795 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 485.** Admit that DEF11270798 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 486.** Admit that DEF11270798 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 487.** Admit that DEF016660 is an authentic document pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 488.** Admit that DEF016660 is a true and accurate copy of a document prepared by MYPILLOW in the normal course of business.

**RESPONSE:**

**REQUEST NO. 489.** Admit that DEF080238 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 490.** Admit that DEF034862 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 491.** Admit that DEF084277 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 492.** Admit that DEF121258 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 493.** Admit that DEF035037 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 494.** Admit that DEF036135 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 495.** Admit that DEF047364 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 496.** Admit that DEF035892 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 497.** Admit that DEF082569 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 498.** Admit that DEF080803 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 499.** Admit that DEF048048 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 500.** Admit that DEF121173 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 501.** Admit that DEF121511 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 502.** Admit that DEF121428 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 503.** Admit that DEF047983 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 504.** Admit that DEF083005 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 505.** Admit that DEF079931 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 506.** Admit that DEF036085 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 507.** Admit that DEF121397 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 508.** Admit that DEF035985 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 509.** Admit that DEF079783 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 510.** Admit that DEF079307 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 511.** Admit that DEF080496 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 512.** Admit that DEF122515 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 513.** Admit that DEF048692 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 514.** Admit that DEF081036 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 515.** Admit that DEF121693 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 516.** Admit that DEF048844 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 517.** Admit that DEF034498 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 518.** Admit that DEF034782–83 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 519.** Admit that DEF035077–78 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 520.** Admit that DEF035088–92 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 521.** Admit that DEF035558–59 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 522.** Admit that DEF079189 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 523.** Admit that DEF079768 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 524.** Admit that DEF081806 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 525.** Admit that DEF084415 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 526.** Admit that DEF121183 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 527.** Admit that DEF121316 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 528.** Admit that DEF121342 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 529.** Admit that DEF121347 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 530.** Admit that DEF121422 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 531.** Admit that DEF121696 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 532.** Admit that DEF121795 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 533.** Admit that DEF049003 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 534.** Admit that DEF047408 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 535.** Admit that DEF079051 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 536.** Admit that DEF121391 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 537.** Admit that DEF034856 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 538.** Admit that DEF084420 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 539.** Admit that DEF080781 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 540.** Admit that DEF084678 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 541.** Admit that DEF034826 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 542.** Admit that DEF035638 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 543.** Admit that DEF035623 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 544.** Admit that DEF080333 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 545.** Admit that DEF080512 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 546.** Admit that DEF083940 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 547.** Admit that DEF081073 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 548.** Admit that DEF081585 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 549.** Admit that DEF080996 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 550.** Admit that DEF121794 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 551.** Admit that DEF121518 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 552.** Admit that DEF034789 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 553.** Admit that DEF035470 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 554.** Admit that DEF034749 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 555.** Admit that DEF034384 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 556.** Admit that DEF082645 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 557.** Admit that DEF121015 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 558.** Admit that DEF082281 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

**REQUEST NO. 559.** Admit that DEF082481 is an authentic copy of the subject communication pursuant to Federal Rule of Evidence 901 and/or 902.

**RESPONSE:**

Respectfully submitted,

Date: September 20, 2023

*/s/ Michael E. Bloom*
Michael E. Bloom

Christopher K. Larus
   Minnesota Bar No. 0226828
   CLarus@robinskaplan.com
William E. Manske
   Minnesota Bar No. 0392348
   WManske@robinskaplan.com
Emily J. Tremblay
   Minnesota Bar No. 0395003
   ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

J. Erik Connolly (admitted *pro hac vice*)
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice*)
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Michael E. Bloom (admitted *pro hac vice*)
   MBloom@beneschlaw.com
Illinois ARDC No. 6302422
Julie M. Loftus (admitted *pro hac vice*)
   JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
    JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs Smartmatic
USA Corp., Smartmatic International
Holding B.V., and SGO Corporation
Limited*

91

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 20, 2023, copies of the foregoing **Plaintiffs' Second Set of Requests for Admission Directed at Defendant Michael J. Lindell and My Pillow, Inc.** were sent via email to all attorneys of record:

**PARKER DANIELS KIBORT LCC**
Andrew D. Parker
Lori Johnson
Ryan Malone
Joe Pull
Cody Blades
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
parker@parkerdk.com
johnson@parkerdk.com
malone@parkerdk.com
pull@parkerdk.com
blades@parkerdk.com

*Attorneys for Defendants*

/s/ *Michael E. Bloom*
Michael E. Bloom