# **<u>EXHIBIT Q</u>**



Christopher J. Letkewicz
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6333
Fax: 312.767.9192
cletkewicz@beneschlaw.com

May 16, 2024

**VIA EMAIL**
ATTN: Attorneys of Record

    Re:    *Smartmatic USA Corp., et al. v. Michael J. Lindell et al;* Case No. 22-cv-0098-WMW-JFD

Dear Counsel:

Enclosed with this letter please find Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited's production volume SMARTMATIC-LINDELLVOL018 bearing Bates numbers SMARTMATIC-LINDELL05222861 - SMARTMATIC-LINDELL05438819 and a separate May 16, 2024 production bearing Bates numbers SMARTMATIC-LINDELL05438820 - SMARTMATIC-LINDELL05438836. Please note that this production includes documents that Plaintiffs have designated as "Confidential" or "Highly Confidential-Attorney's Eyes Only" pursuant to the Stipulation and Order for the Production and Exchange of Confidential Information in this case.

Please let us know if you have any difficulty accessing the production.

    Sincerely,

    BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP

    /s/*Christopher J. Letkewicz*

    Christopher J. Letkewicz

CJL

Enclosure