# **EXHIBIT T**

```
 1  J11353479 eb

 2

 3          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MINNESOTA
 4

 5  SMARTMATIC USA CORP.,     *
    SMARTMATIC                *
 6  INTERNATIONAL HOLDING     *
    B.V., AND SGO             *
 7  CORPORATION LIMITED       *
                              *
 8  VS.                       *  CASE NO. 22-cv-0098-WMW-JFD
                              *
 9  MICHAEL J. LINDELL        *
    AND MY PILLOW, INC.       *
10

11

12

13

14       VIDEOTAPED DEPOSITION OF MICHAEL JAMES LINDELL

15

16

17

18
    Date                        Edith A. Boggs, CSR
19

20

21  6-11-2024                   HOUSTON, TEXAS

22

23

24

25
```



8           DEPOSITION OF MICHAEL JAMES LINDELL

11     DEPOSITION AND ANSWERS of MICHAEL JAMES LINDELL,
12  taken before Edith A. Boggs, a certified shorthand
13  reporter in Harris County for the State of Texas, taken
14  at the Four Seasons Hotel, 1300 Lamar, Houston, Texas,
15  on the 11th day of June, 2024, between the hours of 9:00
16  a.m. and 5:56 p.m.



```
 1          A P P E A R A N C E S

 2

 3
     ATTORNEYS FOR PLAINTIFFS:
 4
         Benesch Friedlander Coplan & Aronoff
 5       71 South Wacker Drive, Suite 1600
         Chicago, Illinois  60606
 6

 7       By:  Nicole Wrigley, Esq.
         and Julie Loftus, Esq.
 8

 9
     ATTORNEY FOR DEFENDANTS:
10
         McSweeney Cynkar & Kachouroff, PLLC
11       13649 Office Place, Suite 101
         Woodbridge, Virginia  22192
12
         By:  Christopher Kachouroff, Esq.
13

14
     ALSO PRESENT:
15
         Ms. Avery Suarez, Videographer
16

17
     REPORTED BY:
18
         Ms. Edith A. Boggs
19

20

21

22

23

24

25
```



|    |                                                              |         |
|----|--------------------------------------------------------------|---------|
| 1  | PROCEEDINGS                                                  | 08:56AM |
| 2  | THE VIDEOGRAPHER: Good morning. We are                       | 08:56AM |
| 3  | now on the record. Today's date is June 11th, 2024, and      | 09:00AM |
| 4  | the current time is 9:00 a.m. This begins the                | 09:00AM |
| 5  | videotaped deposition of Mike Lindell.                       | 09:00AM |
| 6  | Counsel, will you please introduce                           | 09:00AM |
| 7  | yourselves, and the witness will be sworn.                   | 09:00AM |
| 8  | MS. WRIGLEY: Yes. Nicole Wrigley for the                     | 09:00AM |
| 9  | Smartmatic plaintiffs.                                       | 09:00AM |
| 10 | MS. LOFTUS: Julie Loftus also for the                        | 09:01AM |
| 11 | Smartmatic plaintiffs.                                       | 09:01AM |
| 12 | MR. KACHOUROFF: Chris Kachouroff for                         | 09:01AM |
| 13 | the -- counsel for both Mr. Lindell and MyPillow.            | 09:01AM |
| 14 | THE WITNESS: Michael James Lindell.                          | 09:01AM |
| 15 | MICHAEL JAMES LINDELL                                        | 09:01AM |
| 16 | was called as a witness and, being first duly sworn by       | 09:01AM |
| 17 | the notary, testified as follows:                            | 09:01AM |
| 18 | EXAMINATION                                                  | 09:01AM |
| 19 | Q.  (BY MS. WRIGLEY) Good morning. Please state              | 09:01AM |
| 20 | and spell your full name for the record.                     | 09:01AM |
| 21 | A.  Michael James Lindell, M-I-C-H-A-E-L,                    | 09:01AM |
| 22 | J-A-M-E-S, L-I-N-D-E-L-L.                                    | 09:01AM |
| 23 | Q.  What is your home address, Mr. Lindell?                  | 09:01AM |
| 24 | A.  I don't know.  I just got a new place last               | 09:01AM |
| 25 | year.  You can use 1550 Audubon Road, Chaska, Minnesota      | 09:01AM |



| | | |
|---|---|---|
| 1 | Minnesota, millions of dollars worth, I think, and with | 10:06AM |
| 2 | my picture on them, and said, "Do you want this guy | 10:06AM |
| 3 | being your governor, another Trump-like person?" | 10:06AM |
| 4 | And that's what your answer is referring | 10:07AM |
| 5 | to, that I'm referring to, they're very afraid.  I go -- | 10:07AM |
| 6 | I wasn't even going to run then, and they were afraid | 10:07AM |
| 7 | that I -- because I hadn't said anything.  I was focused | 10:07AM |
| 8 | on getting rid of the electronic voting machines and | 10:07AM |
| 9 | going to paper ballots by that time, as you know. | 10:07AM |
| 10 |     Q.  Did you -- in 2021, did you have any | 10:07AM |
| 11 | discussions with Steve Bannon about potentially running | 10:07AM |
| 12 | for governor -- | 10:07AM |
| 13 |     A.  No. | 10:07AM |
| 14 |     Q.  -- in Minnesota? | 10:07AM |
| 15 |     A.  No. | 10:07AM |
| 16 |     Q.  Not a single conversation? | 10:07AM |
| 17 |     A.  Not that I'm aware of.  I -- that was the | 10:07AM |
| 18 | furthest thing from my mind.  I was all about getting | 10:07AM |
| 19 | rid of electronic voting machines and going to paper | 10:07AM |
| 20 | ballots and counting.  That was my whole focus 18 hours | 10:07AM |
| 21 | a day for the next three years. | 10:07AM |
| 22 |     Q.  Now, Mr. Bannon responded to you and said, "Of | 10:07AM |
| 23 | course.  Petrified." | 10:07AM |
| 24 |     A.  Yeah. | 10:07AM |
| 25 |     Q.  And then he said, "I would hold off on governor | 10:07AM |

