## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Smartmatic USA Corp., et. al,
                Plaintiff(s),

vs.                                                        Case No. 22-cv-00098-JMB-JFD

Michael J. Lindell, et al.,
                Defendant(s).

### MEET-AND-CONFER STATEMENT

I, Julie M. Loftus, representing the Plaintiffs, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Christopher Kachouroff

    On: January 4, 2024, January 18, 2024, April 15, 2024, May 13, 2024, June 3, 2024, as well as through many emails and letters exchanged before, between, and after these dates

    Discussing the following motion: Plaintiffs' Third Motion to Compel

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

       X  Do **not** agree on the resolution of any part of the motion.

       ☐  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this 9th day of July, 2024.

|  |  |
|---|---|
| Signature of Party | */s/ Julie M. Loftus* |
| Mailing Address | 71 South Wacker Drive, Suite 1600 |
|  | Chicago, IL 60606 |
| Telephone Number | (312) 212-4949 |

<u>Note</u>:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).