# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br>　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Plaintiff's Third Motion to Compel (ECF No. __) it is hereby ORDERED that the motion is GRANTED.

Defendants must fully and completely respond to Interrogatory Nos. 4, 14, 20, and 23;

Defendants must also supplement their production to Request for Production No. 26;

Defendants' objections to Smartmatic's Fifth Set of Requests for Production are waived, and Defendants must produce documents responsive to them;

Defendants objections to Smartmatic's Fourth Set of Interrogatories are waived, and Defendants must provide responses to them; and

Smartmatic's First and Second Sets of Requests for Admission are deemed admitted.

**SO ORDERED** this ___ day of _____, 2024.

                                                              _____
JOHN F. DOCHERTY
United States Magistrate Judge