## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP.,<br>SMARTMATIC INTERNATIONAL<br>HOLDING B.V., and SGO<br>CORPORATION LIMITED,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MICHAEL J. LINDELL and MY<br>PILLOW, INC.,<br><br>                    Defendants. | Case No. 22-cv-0098-JMB-JFD |

### [PROPOSED] ORDER

Having considered Plaintiff's Third Motion to Compel (ECF No. 292) it is hereby ORDERED that the motion is GRANTED.

Defendants must fully and completely respond to Interrogatory Nos. 4, 14, 20, and 23;

Defendants must also supplement their production to Request for Production No. 26;

Defendants' objections to Smartmatic's Fifth Set of Requests for Production are waived, and Defendants must produce documents responsive to them;

Defendants objections to Smartmatic's Fourth Set of Interrogatories are waived, and Defendants must provide responses to them; and

Smartmatic's First and Second Sets of Requests for Admission are deemed admitted.

**SO ORDERED** this ___ day of _____, 2024.

_____
JOHN F. DOCHERTY
United States Magistrate Judge