# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Plaintiff's Motion for Leave to Modify Scheduling Order to Allow Limited Depositions After Close of Fact Discovery (ECF No. 290) it is hereby ORDERED that the motion is GRANTED.

Smartmatic may take the depositions of MyPillow, Inc.'s corporate representative, Lindell Management, LLC's corporate representative, and Conan Hayes after the fact-discovery deadline.

**SO ORDERED** this ___ day of _____, 2024.

_____
JOHN F. DOCHERTY
United States Magistrate Judge