# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>  Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>  Defendants. | Case No. 22-cv-0098-JMB-JFD |

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| Exhibit A | April 24, 2024 Email from J. Loftus to C. Kachouroff |
| Exhibit B | May 31, 2024 Email from C. Kachouroff to T. Frey |
| Exhibit C | June 24, 2024 Email from J. Loftus to C. Kachouroff |
| Exhibit D | June 24, 2024 Email from C. Kachouroff to J. Loftus |
| Exhibit E | June 27, 2024 Email from J. Lotus to C. Kachouroff |
| Exhibit F | July 2, 2024 Email from J. Loftus to C. Kachouroff enclosing Notices of Deposition to MyPillow, Inc. and Lindell Management, LLC |
| Exhibit G | July 8, 2024 Email from C. Kachouroff to J. Loftus |

1

| Exhibit H | July 8, 2024 Email from T. Frey to C. Kachouroff |
| --- | --- |
| Exhibit I | July 9, 2024 Email from C. Kachouroff to T. Frey |
| Exhibit J | Defendants' Supplemental Answers and Objections to Plaintiffs' Third Set of Interrogatories |
| Exhibit K | Smartmatic's Notice of Motion and Motion to Compel Compliance with Subpoenas of Nonparty Conan James Hayes |
| Exhibit L | June 26, 2024 Email from J. Loftus to C. Kachouroff |

Dated: July 11, 2024                    Respectfully submitted,

/s/ *Timothy M. Frey*

Christopher K. Larus
   Minnesota Bar No. 0226828
   CLarus@robinskaplan.com
William E. Manske
   Minnesota Bar No. 0392348
   WManske@robinskaplan.com
Emily J. Tremblay
   Minnesota Bar No. 0395003
   ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)

TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*