# EXHIBIT L

| | |
|---|---|
| **From:** | Loftus, Julie |
| **To:** | Chris Kachouroff |
| **Cc:** | Frey, Timothy; Bedell, James |
| **Subject:** | RE: Conan Hayes Deposition |
| **Date:** | Wednesday, June 26, 2024 7:15:42 PM |
| **Attachments:** | image001.jpg |
| | image748221.jpg |

Chris,

Are you or one of your partners available to depose Mr. Hayes the week of July 22 through 26? Please let me know as soon as possible.

Julie Loftus
(she/her/hers)
Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Chris Kachouroff <chris@mck-lawyers.com>
**Sent:** Friday, June 21, 2024 12:27 PM
**To:** Loftus, Julie <JLoftus@beneschlaw.com>
**Cc:** Frey, Timothy <TFrey@beneschlaw.com>
**Subject:** Re: Conan Hayes Deposition

They cannot either.

On Fri, Jun 21, 2024 at 1:26 PM Loftus, Julie <JLoftus@beneschlaw.com> wrote:

You had said you would see if one of your partners could cover it—any news on that front?

Julie Loftus
(she/her/hers)
Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Chris Kachouroff <chris@mck-lawyers.com>
**Sent:** Friday, June 21, 2024 12:24 PM
**To:** Loftus, Julie <JLoftus@beneschlaw.com>
**Cc:** Frey, Timothy <TFrey@beneschlaw.com>
**Subject:** Re: Conan Hayes Deposition

I cannot. As I explained, I will be in depositions next week.

On Fri, Jun 21, 2024 at 1:20 PM Loftus, Julie <[JLoftus@beneschlaw.com](mailto:JLoftus@beneschlaw.com)> wrote:

> Chris,
>
> Following up on the Hayes deposition on June 26 or 27.
>
> Julie
>
> | | Julie Loftus |
> |---|---|
> | | (she/her/hers) |
> | | Managing Associate \| Litigation |
> | | Benesch Friedlander Coplan & Aronoff LLP |
> | | t: [312.624.6341](tel:3126246341) \| [JLoftus@beneschlaw.com](mailto:JLoftus@beneschlaw.com) |
> | | [www.beneschlaw.com](http://www.beneschlaw.com) |
> | | 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637 |
> | | [Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice](http://www.beneschlaw.com/confidentialitynotice) |
>
> **From:** Frey, Timothy <[TFrey@beneschlaw.com](mailto:TFrey@beneschlaw.com)>
> **Sent:** Tuesday, June 18, 2024 10:16 PM
> **To:** Chris Kachouroff <[chris@mck-lawyers.com](mailto:chris@mck-lawyers.com)>
> **Cc:** Loftus, Julie <[JLoftus@beneschlaw.com](mailto:JLoftus@beneschlaw.com)>
> **Subject:** RE: Conan Hayes Deposition
>
> Thanks, Chris.
>
> | | Timothy M. Frey |
> |---|---|
> | | Partner \| Litigation |
> | | Benesch Friedlander Coplan & Aronoff LLP |
> | [vCard](#) [Bio](#) | t: [312.624.6365](tel:3126246365) \| [TFrey@beneschlaw.com](mailto:TFrey@beneschlaw.com) |
> | | [www.beneschlaw.com](http://www.beneschlaw.com) |
> | | 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637 |
> | | [Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice](http://www.beneschlaw.com/confidentialitynotice) |
>
> **From:** Chris Kachouroff <[chris@mck-lawyers.com](mailto:chris@mck-lawyers.com)>
> **Sent:** Tuesday, June 18, 2024 10:14 PM
> **To:** Frey, Timothy <[TFrey@beneschlaw.com](mailto:TFrey@beneschlaw.com)>
> **Cc:** Loftus, Julie <[JLoftus@beneschlaw.com](mailto:JLoftus@beneschlaw.com)>
> **Subject:** Re: Conan Hayes Deposition
>
> I cannot. I am in Dominion depos back to back from 26-28 June. Let me find out if one of my partners can cover this.
>
> On Tue, Jun 18, 2024 at 10:48 PM Frey, Timothy <[TFrey@beneschlaw.com](mailto:TFrey@beneschlaw.com)> wrote:
>
>> Chris,

Do you have any availability on June 26 or June 27 for a remote deposition of Conan Hayes?  We have heard back from him regarding his availability and those are the days he has offered.

Please let us know.

Thanks,

Tim

Timothy M. Frey
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6365 | TFrey@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

vCard Bio

--

--

CHRISTOPHER I. KACHOUROFF, ESQ.
Tel: 703.621.3300
Cell: 703.853.0160
Web: www.mck-lawyers.com

--

--

CHRISTOPHER I. KACHOUROFF, ESQ.
Tel: 703.621.3300
Cell: 703.853.0160
Web: www.mck-lawyers.com

--

--

CHRISTOPHER I. KACHOUROFF, ESQ.
Tel: 703.621.3300
Cell: 703.853.0160
Web: www.mck-lawyers.com

Inline image 1