IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

**DEFENDANTS' NOTICE OF CONFLICT IN SCHEDULING AND REQUEST FOR STATUS CONFERENCE**

Plaintiffs recently filed another motion to modify the scheduling order which they unilaterally scheduled for August 2, 2024. In the interests of economy, resources, and conflicts in scheduling, there is no practical reason why the motion set for August 2 cannot be moved and heard on the previously scheduled hearing date of August 20, 2024.

Plaintiffs claim that August 2 was chosen because they were "ordered" to call the Court and select a hearing date. They chose not to include Defendants in this call or consider Defendants' schedule and claimed they could not agree to August 20. Mr. Lindell and My Pillow, Inc. give notice that they have a conflict with the unilaterally selected date of August 2, 2024 because the undersigned has prior commitments and the firm's other partners are on vacation during that time.

If the Court is unwilling to change the August 2, 2024 date to the previously scheduled August 20, we respectfully request a telephonic status conference to schedule.

1

DATED: July 13, 2024.    **MCSWEENY, CYNKAR & KACHOUROFF PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
 (703) 621-3300
chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
 (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

**ATTORNEYS FOR MY PILLOW, INC. AND MICHAEL LINDELL**

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on July 13, 2024, electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By */s/ Christopher I. Kachouroff*