IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**<u>OBJECTION TO COURT'S ORDER TO SHOW CAUSE
AND REQUEST FOR STATUS CONFERENCE</u>**

This Court granted an order to show cause on July 18th, 2024 at Dkt. 308. Respectfully, the Court's order is not clear as to how Mr. Lindell and My Pillow, Inc. are in violation of the court's order. First, Defendants have provided documents in their possession for 2022 and 2023. It is unclear what "responsive documents" Plaintiffs are referring to and the Court's order appears to presume that Defendants know what those documents might be. Defendants do not have responsive documents for the 2022–2023 time frame because that period is not under audit and so no documents were compiled for 2022-2023 as they were for the audit. The only other documents that are required to be turned over under Defendants' understanding were the 2022 – 2023 tax returns.

Because of the lack of clarity, Lindell and My Pillow, Inc. have no further ability to comply with this Court's order and so are unclear about what further things need to be produced. To that end, Defendants respectfully request a status conference or a written

order to clarify what other relevant and responsive documents need to be produced which have not already been produced.

DATED: July 18, 2024.              **MCSWEENY, CYNKAR & KACHOUROFF PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
 (703) 621-3300
chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
 (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

**ATTORNEYS FOR MY PILLOW, INC. AND MICHAEL LINDELL**

*Admitted *Pro Hac Vice*