# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

**PLAINTIFFS' NOTICE OF MOTION ON MOTION FOR LEAVE TO MODIFY SCHEDULING ORDER TO ALLOW LIMITED DEPOSITIONS AFTER CLOSE OF FACT DISCOVERY**

**TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE** that on August 9, 2024 at 10:00 a.m., via remote video conference before the Honorable Magistrate Judge John F. Docherty of the above-referenced United States District Court, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited will bring their Motion for Leave to Modify Scheduling Order to Allow Limited Depositions After Close of Fact Discovery. Pursuant to the Court's direction, the parties conferred and are both available via remote means on August 9, 2024 at 10:00 a.m. (*See* ECF No. 307.)

Dated: July 23, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Timothy M. Frey*

>Christopher K. Larus
>   Minnesota Bar No. 0226828
>   CLarus@robinskaplan.com
>William E. Manske
>   Minnesota Bar No. 0392348
>   WManske@robinskaplan.com
>Emily J. Tremblay
>   Minnesota Bar No. 0395003
>   ETremblay@robinskaplan.com
>**ROBINS KAPLAN LLP**
>800 LaSalle Avenue, Suite 2800
>Minneapolis, MN 55402
>Telephone: (612) 349-8500
>
>J. Erik Connolly (admitted *pro hac vice)*
>   EConnolly@beneschlaw.com
>Illinois ARDC No. 6269558
>Nicole E. Wrigley (admitted *pro hac vice)*
>   NWrigley@beneschlaw.com
>Illinois ARDC No. 6278749
>Timothy M. Frey (admitted *pro hac vice*)
>   TFrey@beneschlaw.com
>Illinois ARDC No. 6303335
>Julie M. Loftus (admitted *pro hac vice*)
>   JLoftus@beneschlaw.com
>Illinois ARDC No. 6332174
>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>71 South Wacker Drive, Suite 1600
>Chicago, IL 60606
>Telephone: (312) 212-4949
>
>James R. Bedell (admitted *pro hac vice*)
>   JBedell@beneschlaw.com
>Ohio Bar No. 97921
>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>127 Public Square, Suite 4900
>Cleveland, OH 44114
>Telephone: (216) 363-4500
>
>*Attorneys for the Plaintiffs*

2