IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

**DEFENDANTS' STATEMENT INSTEAD OF REDACTIONS**

Concerning the filing at Dkt. 314, Exhibit 1 should have been filed under seal and the entire exhibit is designated Confidential-Attorneys' Eyes Only.

DATED: July 25, 2024.　　　**MCSWEENY, CYNKAR & KACHOUROFF PLLC**

　　　　　　　　　　　　　　By */s/ Christopher I. Kachouroff*
　　　　　　　　　　　　　　Christopher I. Kachouroff* (Bar No. 44216)
　　　　　　　　　　　　　　13649 Office Place, Suite 101
　　　　　　　　　　　　　　Woodbridge, Virginia 22192
　　　　　　　　　　　　　　 (703) 621-3300
　　　　　　　　　　　　　　chris@mck-lawyers.com

　　　　　　　　　　　　　　Douglas G. Wardlow (MN Bar #339544)
　　　　　　　　　　　　　　Jeremiah D. Pilon (MN Bar #392825)
　　　　　　　　　　　　　　1550 Audubon Rd.
　　　　　　　　　　　　　　Chaska, MN 55318
　　　　　　　　　　　　　　 (952) 826-8658
　　　　　　　　　　　　　　doug@mypillow.com
　　　　　　　　　　　　　　jpilon@mypillow.com

　　　　　　　　　　　　　　**ATTORNEYS FOR MY PILLOW, INC. AND MICHAEL LINDELL**

　　　　　　　　　　　　　　*Admitted *Pro Hac Vice*