IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

**DECLARATION OF TIMOTHY M. FREY IN SUPPORT OF SMARTMATIC'S MOTION FOR LEAVE TO FILE REPLY**

I, Timothy M. Frey, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

  1.  I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

  2.  I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

  3.  Attached as Exhibit A is a true and correct copy of a July 31, 2024 email from Chistopher Kachouroff to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 

_____
Timothy M. Frey

Executed on August 1, 2024