IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**DEFENDANTS' MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 37(a), Defendants Michael J. Lindell and My Pillow, Inc. ("Defendants") move this Court for a third order compelling Plaintiffs' responses to initial disclosures and certain of Defendants' discovery requests. The reasons for these motions are set forth in Defendants' Memorandum of Law and supporting papers.

DATED: August 5, 2024.    McSweeny, Cynkar & Kachouroff PLLC

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
 (703) 621-3300
chris@mck-lawyers.com

        Douglas G. Wardlow (MN Bar #339544)
        Jeremiah D. Pilon (MN Bar #392825)
        1550 Audubon Rd.
        Chaska, MN 55318
        (952) 826-8658
        doug@mypillow.com
        jpilon@mypillow.com

        **ATTORNEYS FOR MY PILLOW, INC. AND MICHAEL LINDELL**

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on July 31, 2024, electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

        By */s/ Christopher I. Kachouroff*