# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Smartmatic USA Corp., et al.

                Plaintiff(s)           Case No: 22-cv-00098-JMB-JFD

v.

Michael J. Lindell, et al.

                Defendant(s)

The undersigned James R. Bedell hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☐ I intend to request redaction of personal identifiers located within the transcript of _____, filed on _____ to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☑ I will not be requesting redaction as no redaction is required.

Dated: 8/9/24      /s/ James R. Bedell