IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

**DEFENDANTS' MEET-AND-CONFER STATEMENT**

I, Chris Kachouroff, representing Defendants, hereby certify that I met and conferred with the opposing party by speaking with Timothy Frey by telephone on August 6 and August 7, 2024. As a result of the meet-and-confer, Plaintiffs do not oppose the filing of Defendants' Motion for Leave to File their Motion to Compel. Plaintiffs do, however, oppose the relief sought because they believe that the deadline passed on July 9, 2024.

DATED: August 9, 2024.           **MCSWEENY, CYNKAR & KACHOUROFF PLLC**

                                 By */s/ Christopher I. Kachouroff*
                                 Christopher I. Kachouroff* (Bar No. 44216)
                                 13649 Office Place, Suite 101
                                 Woodbridge, Virginia 22192
                                  (703) 621-3300
                                 chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
 (952) 826-8658
doug@mypillow.com

**ATTORNEYS FOR MY PILLOW, INC. AND MICHAEL LINDELL**
*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on August 9, 2024, electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By */s/ Christopher I. Kachouroff*