IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,

Plaintiffs,

v.

MICHAEL J. LINDELL and MY PILLOW, INC.,

Defendants.

Case No. 22-cv-00098- WMW-JFD

**[Proposed] ORDER**

This matter having come before the Court on Defendants' Motion for Leave to File Motion to Compel, and having considered the arguments of the parties, it is

ORDERED that Defendants' Motion for Leave to File Motion to Compel is GRANTED, and that argument on Defendants' Motion to Compel will be heard at the hearing scheduled for August 29, 2024.

Dated: This ____ day of August, 2024.

BY THE COURT

_____
John F. Docherty
United States Magistrate Judge