# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098- WMW-JFD |

## DEFENDANTS' NOTICE OF MOTION

THE PARTIES AND THE CLERK WILL PLEASE TAKE NOTICE that on August 29, 2024 at 2:00 p.m., by Zoom conference, before the Honorable Magistrate Judge John F. Docherty of the above-referenced United States District Court, Defendants will bring their Motion for Leave to File Motion to Compel.

DATED: August 13, 2024.   **MCSWEENY, CYNKAR & KACHOUROFF PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
 (703) 621-3300
chris@mck-lawyers.com

        Douglas G. Wardlow (MN Bar #339544)
        Jeremiah D. Pilon (MN Bar #392825)
        1550 Audubon Rd.
        Chaska, MN 55318
         (952) 826-8658
        doug@mypillow.com

        **ATTORNEYS FOR MY PILLOW, INC. AND MICHAEL LINDELL**
        *Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

 I certify that on August 13, 2024, electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

        By */s/ Christopher I. Kachouroff*