# EXHIBIT A

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF MINNESOTA
3
4
   SMARTMATIC USA CORP.;         )
5  SMARTMATIC INTERNATIONAL      )
   HOLDING B.V.; and SGO         )
6  CORPORATION LIMITED,          )
                                 )No. 22-cv-00098-WMW-JFD
7           Plaintiffs,          )
                                 )
8        vs                      )
                                 )
9  MICHAEL J. LINDELL and        )
   MY PILLOW, INC.,              )
10                               )
            Defendants.          )
11
12
13          The videotaped deposition of
14                 ANTONIO MUGICA
15                   30(b)(6)
16  called for examination pursuant to notice and
17  pursuant to the Federal Rules of Civil Procedure for
18  the United States District Courts, taken before
19  JO ANN LOSOYA, Certified Shorthand Reporter within
20  and for the County of Cook and State of Illinois, at
21  71 South Wacker Drive, Chicago, Illinois, on
22  September 27, 2023 commencing at 10:11 a.m. CT.
23
24
25

```
 1   PRESENT:
 2
 3        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
          J. ERIK CONNOLLY
 4        JAMIE N. WARD
          71 South Wacker Drive
 5        Chicago, Illinois 60606
          econnolly@beneschlaw.com
 6        jward@beneschlaw.com
               Appeared on behalf of the Plaintiffs;
 7
 8        PARKER DANIELS KIBORT LLC
          NATHANIEL R. GREENE
 9        CODY BLADES
          123 North 3rd Street
10        Suite 888, Colwell Building
          Minneapolis, Minnesota 55401
11        greene@parkerdk.com
          blades@parkerdk.com
12             Appeared on behalf of the Defendants.
13
     ALSO PRESENT:
14
          Colin Flannery, In-House Counsel, Smartmatic
15
16
17
18   VIDEOGRAPHER: KEVIN DUNCAN
19   STENOGRAPHICALLY REPORTED BY:
     JO ANN LOSOYA, CSR, RPR, CRR
20   CSR LICENSE:  084-002437
21
22
23
24
25
```

Page 3

|   | EXAMINATION | | |
|---|---|---|---|
| Witness | | Page | Line |
| ANTONIO MUGICA  30(b)(6) | | | |
| By Mr. Greene | | 7 | 12 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

```
 1                    INDEX OF EXHIBITS
 2    EXHIBIT              DESCRIPTION                PAGE
 3    Exhibit 486    Spreadsheet,                       25
 4                   SMARTMATIC-LINDELL04905291
 5    Exhibit 487    Spreadsheet, Itemization of        27
 6                   Smartmatic Lost Profits
 7                   (Business Line)
 8    Exhibit 488    Spreadsheet                        29
 9    Exhibit 489    Spreadsheet                        30
10    Exhibit 490    Spreadsheet with notes             31
11    Exhibit 491    Email chain,                       93
12                   SMARTMATIC-LINDELL00079200
13    Exhibit 492    Email,                            137
14                   SMARTMATIC-LINDELL00219255
15    Exhibit 493    First Supplemental                151
16                   Complaint
17    Exhibit 494    Handwritten notes                 178
18    Exhibit 495    Email string,                     182
19                   SMARTMATIC-LINDELL049016313
20    Exhibit 496    CRM entry,                        184
21                   SMARTMATIC-LINDELL02287672
22    Exhibit 497    Email,                            192
23                   SMARTMATIC-LINDELL03175526
24    Exhibit 498    WhatsApp message thread,          213
25                   SMARTMATIC-LINDELL04857132
```

| | | | |
|---|---|---|---|
| 1 | Exhibit 499 | SMARTMATIC-LINDELL04857136 | 214 |
| 2 | Exhibit 500 | Email, | 224 |
| 3 | | SMARTMATIC-LINDELL03443694 | |
| 4 | Exhibit 501 | Email, | 233 |
| 5 | | SMARTMATIC-LINDELL01743361 | |
| 6 | Exhibit 502 | CRM entry, | 235 |
| 7 | | SMARTMATIC-LINDELL02268951 | |
| 8 | Exhibit 503 | Email, | 242 |
| 9 | | SMARTMATIC-LINDELL00174954 | |

Page 6

1              THE VIDEOGRAPHER:  Good morning.  We are
2     going on the video record at 10:11 a.m. on
3     September 27, 2023.
4              Here begins the 30(b)(6)
5     video-recorded deposition of Smartmatic USA
6     Corporation testimony provided by Antonio Mugica in
7     the case matter of Smartmatic USA Corporation et
8     al., versus Michael J. Lindell et al., filed in the
9     District Court for the District of Minnesota,
10    bearing case number 22-cv-00098-WMV-JFD.
11             Today's deposition is being held at
12    71 South Wacker Drive Chicago, Illinois.
13             My name is Kevin Duncan and I am a
14    certified legal video specialist representing
15    Veritext Legal Solutions.  The court reporter today
16    is Ms. JoAnn Losoya from Veritext Legal Solutions.
17             Counsel, will you please identify
18    yourselves for the record starting with the noticing
19    party.
20             MR. GREENE:  Nathaniel Greene on behalf
21    of defendants.
22             MS. BLADES:  Cody Blades on behalf of the
23    defendants.
24             MR. CONNOLLY:  Erik Connolly on behalf of
25    Smartmatic.

Page 7

1              MS. WARD:  Jamie Ward on behalf of
2     Smartmatic.
3              THE VIDEOGRAPHER:  Thank you, counsel.
4                  Will the court reporter please
5     administer the oath.
6                       (Witness sworn at 10:13 a.m.)
7     WHEREUPON:
8                       ANTONIO MUGICA,
9     called as a witness herein, having been first duly
10    sworn, was examined and testified as follows:
11                   E X A M I N A T I O N
12    BY MR. GREENE:
13         Q.    Good morning, Mr. Mugica.
14         A.    Good morning.
15         Q.    I know we introduced ourselves earlier
16    but my name is Nathaniel Greene.  I'm the attorney
17    representing the defendants, Michael Lindell and
18    My Pillow, in this case.
19         A.    Nice to meet to you.
20         Q.    Nice to meet you, too.
21               I'm going to go over some ground
22    rules with you here in a second.  I'm going to make
23    a record as I mentioned previously before we started
24    beforehand, Mr. Connolly may have something to state
25    in response, and then we'll kind of kick things off.

Page 16

1    the same way you're deposing me today, right.
2         Q.   So were you deposed in your individual
3    capacity or as a representative of Smartmatic or
4    SGO?
5         A.   I actually don't remember.  We would have
6    to ask the lawyers at that time.  Yeah.
7         Q.   Okay.  Same question for the ES&S
8    lawsuit, do you recall?
9         A.   No.  It would be the same answer.
10        Q.   Okay.  All right.  So let's talk about
11   the topics for which you have been designated under
12   Rule 30(b)(6) to testify on behalf of Smartmatic.
13        A.   Very good.
14        Q.   So you understand that you have been
15   designated to testify as to several topics in this
16   case in response to the Defendant's 30(b)(6)
17   deposition notice.  Do you understand that?
18        A.   Yes, I do understand that.
19        Q.   So I'm just going to walk through the
20   topics quickly with you and just make sure that my
21   understanding of what you have been designated on is
22   the same as yours.
23        A.   Okay.
24        Q.   So you have been designated to discuss
25   plaintiff's corporate structure including the

Page 17

1 relationship between the three plaintiffs in this
2 case, and the executives and officers of the
3 plaintiffs from January 1, 2016, to the present.  Is
4 that your understanding?
5       A.    Yeah, I'm okay with that.
6       Q.    Okay.  Okay.  With regard to Topic 2,
7 knowledge concerning plaintiff's ownership, so the
8 ownership of the three companies, from January 1,
9 2016, to the present, including shareholders and
10 that sort of thing.  Is that your understanding as
11 well?
12      A.    Yes, that's my understanding.
13      Q.    Okay.  With regard to Topic 3, knowledge
14 concerning any prior or current relationships,
15 investments, or loans between plaintiffs and two
16 organizations, the National Electoral Council of
17 Venezuela and the Sociedad de Capital de Riesgo.
18      A.    Sure.
19      Q.    Is that your understanding as well?
20      A.    Yes.
21      Q.    Okay.  Did I pronounce that correctly by
22 the way?
23      A.    Yeah.
24      Q.    Okay.  Close enough?
25      A.    That was good.

Page 18

1  Q. My wife is from Mexico so my Spanish is
2  not very good, but I'm working on it.
3           You have also been designated with
4  regard to Topic No. 8, which is knowledge concerning
5  the evidentiary and financial basis for the -- some
6  of the allegations in plaintiff's complaint,
7  specifically Paragraph 358 to 365, or -- I'm sorry,
8  I'm getting ahead of myself -- regarding the
9  allegation of Paragraph 365 regarding the loss of
10 business valuation of Smartmatic.  Is that your
11 understanding?
12 A. I mean I cannot see Paragraph 355, but if
13 the topic is loss of business valuation, I'm okay
14 with answering that.
15 Q. Okay. Okay. You have also been
16 designated with regard to Topic 9, which is
17 knowledge concerning any commercial connection
18 between plaintiffs and other voting machine
19 companies, including Dominion, ES&S, Hart, or
20 InterCivic.  Are you prepared to talk about that as
21 well?
22 A. Yes.
23 Q. Okay. You've also been designated with
24 regard to Topic 10, which is knowledge concerning
25 any and all valuation of plaintiffs from January 1,

Page 19

1   2016, to the present, so similar to Topic 8
2   regarding business valuation, including any loss in
3   value to plaintiff's business lines.  Are you
4   prepared to talk about that as well?
5       A.   Yes, I am.
6       Q.   Okay.  Two more and then we'll be
7   through.
8            You have also been designated with
9   regard to Topic 13, which is knowledge concerning
10  the evidentiary and financial basis for alleged
11  damages incurred by plaintiffs as described in
12  your -- in the first supplemental complaint,
13  Paragraphs 358 to 365, and we'll talk about those
14  specifically, but basically with regard to the
15  damages that plaintiffs are claiming in this
16  complaint, is that --
17      A.   I'm okay with discussing damages, yes.
18      Q.   Okay.  And then finally you have been
19  designated with regard to Topic 29, which is fairly
20  lengthy and I won't read the whole thing for the
21  record.  But basically it is dealing with the
22  damages that plaintiffs are claiming in this
23  lawsuit, including some of the information that's
24  been provided previously in discovery about specific
25  damages, specific opportunities that have been lost

Page 20

1   or claimed to have been lost.  Is that something
2   that you're prepared to testify to?
3       A.   I am prepared to testify.
4       Q.   Okay.  Okay.  I appreciate that.  With
5   regard to the topics that you have been designated
6   on, why were you designated for those topics?
7            MR. CONNOLLY:  In answering that
8   question, I will instruct you to exclude any
9   information or conversations you have had with
10  counsel.
11           MR. GREENE:  I'll rephrase.
12  BY MR. GREENE:
13      Q.   Excluding any confirmations or, excuse
14  me, conversations that you have had with attorneys
15  in this case, why were you designated for these
16  topics?
17           MR. CONNOLLY:  If you can answer.
18           THE WITNESS:  I'm sorry?
19           MR. CONNOLLY:  If you can answer, go
20  ahead.
21  BY THE WITNESS:
22      A.   Because I have the knowledge.
23      Q.   Okay.  Who designated you to speak on
24  behalf of plaintiffs on these topics?
25           MR. CONNOLLY:  If you can answer that