# EXHIBIT B

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF MINNESOTA
 3    ------------------------------------X
      SMARTMATIC USA CORP.,
 4    INTERNATIONAL HOLDING B.V. and
      SGO CORPORATION LIMITED,
 5
                    Plaintiffs,
 6
 7                     vs.
 8
      MICHAEL J. LINDELL and MY PILLOW, INC.,
 9
                    Defendants.
10    ------------------------------------X
      Case no. 22-cv-00090-WMW-JFD
11
12
13            VIDEOTAPED DEPOSITION
14                    OF
15        ROGER ALEJANDRO PINATE MARTINEZ
16         WEDNESDAY, SEPTEMBER 13, 2023
17                HELD REMOTELY
18
19
20
21
22
23    Reported by:
      CANDIDA BORRIELLO
24    JOB NO. 6099322
25
```

Page 2

1    DATE:  SEPTEMBER 13, 2023
2    TIME:  9:21 a.m. (Eastern Time)
3
4
5    Deposition of ROGER ALEJANDRO PINATE
6    MARTINEZ, held at Thompson Reporters,
7    521 5th Avenue, New York, New York 10175,
8    before Candida Borriello, Court Reporter
9    and Notary Public of the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1   A P P E A R A N C E S:
 2
 3   BENESCH LAW
     Attorneys for Plaintiffs
 4        71 South Wacker Drive
          Suite 1600
 5        Chicago, Illinois 60606
     BY:  ERIK CONNOLLY, ESQ.
 6        JAMIE WARD, ESQ.
     EMAIL:econnolly@beneschlaw.com
 7        jward@beneschlaw.com
 8
 9
     PARKER DANIELS KIBORT, LLC
10   Attorneys for Defendants
          123 North 3rd Street
11        Suite 888
          Minneapolis, Minnesota 55401
12   BY:  JOSEPH PULL, ESQ.
     EMAIL:pull@parkerdk.com
13
14
15   ALSO PRESENT:
16        PAUL BAKER, Videographer
17        LAUREANO SUAREZ, Spanish Interpreter
18        COLIN FLANNERY, Esq.
          Smartmatic In-House Counsel
19
20
21
22
23
24
25
```

Page 4

1       THE VIDEOGRAPHER:  Good
2  morning.  We are going on the record
3  at 9:21 a.m. Eastern Daylight Time on
4  Wednesday, September 13, 2023.
5       Please note that the
6  microphones are sensitive and may
7  pick up whispering and private
8  conversations.
9       This is media unit 1, case
10 caption Smartmatic USA Corporation,
11 et al.  versus Lindell, et al.
12      This deposition is being held
13 at 521 Fifth Avenue, New York, New
14 York.
15      Will the witness please state
16 their full name for the record.
17      THE WITNESS:  My name is Roger
18 Alejandro Pinate Martinez.
19      THE COURT REPORTER:  I didn't
20 even understand the first name.
21      THE WITNESS:  Roger.
22      THE COURT REPORTER:  Royer?
23      THE WITNESS:  Roger, R-O-G-E-R.
24      HE COURT REPORTER:  Roger.
25 Last name.

Page 5

1            THE WITNESS:  Pinate,
2     P-I-N-A-T-E.
3            THE COURT REPORTER:  Thank you.
4            THE WITNESS:  When I was asked
5     on the record, the English is not my
6     primarily language, it is not my
7     mother language.  So, for
8     clarification to be patient with me,
9     sometime I need to rephrase and
10    support from the interpreter.
11           Thank you.
12           THE COURT REPORTER:  I'm sorry.
13    This is going to be an issue.  For
14    me, the accent is thick.  I don't
15    know about anybody else, maybe
16    because you're familiar with the
17    accent, but I'm struggling and we
18    didn't start yet.
19           THE VIDEOGRAPHER:  Let's --
20    should we go off the record?
21           MR. PULL:  Yes, let's go off
22    the record.
23           THE VIDEOGRAPHER:  The time is
24    9:22 a.m.
25           (Off the record.)

Page 6

1        THE VIDEOGRAPHER:  The time is
2    9:24 a.m.  We are back on the record.
3        May I please have an
4    introduction from counsel beginning
5    with the noticing attorney?
6        MR. PULL:  I'm Joseph Pull of
7    Parker, Daniels, Kibort representing
8    the defendants.
9        MR. CONNOLLY:  Erik Connolly on
10   behalf of Smartmatic.
11       MS. WARD:  Jamie Ward on behalf
12   of Smartmatic.
13       MR. FLANNERY:  Colin Flannery,
14   general counsel of Smartmatic.
15       THE VIDEOGRAPHER:  Will the
16   court reporter please swear in the
17   interpreter.
18  L A U R E A N O   S U A R E Z, a Spanish
19  interpreter, solemnly swore to translate the
20  following questions from English to Spanish and
21  answers from Spanish to English:
22  R O G E R   A L E J A N D R O   P I N A T E
23  M A R T I N E Z,
24     called as a witness, having been
25     duly sworn by a Notary Public,

```
 1      was examined and testified as
 2      follows:
 3              MR. PULL:  Can you identify
 4      yourself for the record?
 5              THE INTERPRETER:  Sure.  Last
 6      name is Suarez, S-U-A-R-E-Z, first
 7      name is Laureano, L-A-U-R-E-A-N-O.
 8      I'm a certified interpreter in the
 9      State of New York.
10              MR. PULL:  Thank you, sir.
11      Before I begin the questions, I'd
12      like to put on the record that at
13      approximately 9:00 p.m. Central Time
14      last night, which was 10:00 p.m.
15      Eastern Time here in New York, the
16      defendants received a communication
17      from plaintiffs substantially
18      modifying the plaintiff's position on
19      the 30(b)(6) topics.
20              As a result of that change, we
21      are not willing to move forward with
22      the 30(b)(6) deposition at this time.
23      We need time to digest that change
24      and make adjustments accordingly and
25      we will be asking plaintiffs to
```

Pinate - Confidential

Page 8

```
 1          reschedule the 30(b)(6) portion of
 2          this deposition.
 3                  MR. CONNOLLY:  This is Erik
 4          Connolly.
 5                  The plaintiff did not make any
 6          substantial changes to the real
 7          30(b)(6) topics.  We actually
 8          identified the individuals
 9          specifically who would be covering
10          the topics from the list already
11          provided.  We will oppose any
12          rescheduling of the rule of 30(b)(6).
13                  MR. PULL:  Thank you, Counsel.
14          We will proceed then with Mr.
15          Pinate's deposition in his personal
16          capacity today.  So, that is where
17          I'm going to begin.
18                  (This deposition is not being
19          interpreted unless otherwise noted on
20          the record.)
21    EXAMINATION BY
22    MR. PULL:
23          Q.   Mr. Pinate, am I pronouncing
24    that right?
25          A.   That's correct, sir.
```