# EXHIBIT G

| | |
|---|---|
| From: | Chris Kachouroff |
| To: | Loftus, Julie; Frey, Timothy; Bedell, James |
| Subject: | 30(b)6 topics |
| Date: | Monday, July 8, 2024 1:49:33 PM |
| Attachments: | image.png |

Julie,

I had two days open up this week and got Lindell's calendar. I know this is short notice but can you all do the 30(b)6 depos this week on the 11th and 12th?

For our 30(b)6 depos, I will want to go over the following topics:

4, 5, 7 -12, 14 - 22, 26, 29, 32 (Bautista indictment)

I will also want to go over Smartmatic's Responses to Discovery and the allegations in the complaint. And last, I do want to examine the designees on the OAN settlement agreement and related communications.

I understand you will be objecting to #32 and to disclosure of the actual settlement agreement and related communications. These will be matters raised in the August 20 hearing.

To the extent that any of the topics reference international harm which I understand you all to have jettisoned, you may exclude that from preparation.

Sincerely,

Chris Kachouroff


--
--

**CHRISTOPHER I. KACHOUROFF, ESQ.**
Tel: 703.621.3300
Cell: 703.853.0160
Web: www.mck-lawyers.com

Inline image 1

