# EXHIBIT H

| | |
|---|---|
| **From:** | Frey, Timothy |
| **To:** | Chris Kachouroff |
| **Cc:** | Bedell, James; Loftus, Julie |
| **Subject:** | RE: Smartmatic et. al. v. Michael J. Lindell, Case No. 22-cv-0098-WMW-JFD - Smartmatic"s Responses to Defendants" Fifth Set of RFPs |
| **Date:** | Tuesday, July 9, 2024 7:54:48 PM |

Chris,

Below please find the Bates Identifiers for the documents referred to in Smartmatic's Responses to RFP Nos. 48 and 49:

**RFP No. 48**:
SMARTMATIC-LINDELL04701161
SMARTMATIC-LINDELL04701160
SMARTMATIC-LINDELL04701155
SMARTMATIC-LINDELL04701157
SMARTMATIC-LINDELL04701159
SMARTMATIC-LINDELL04701165
SMARTMATIC-LINDELL04701166
SMARTMATIC-LINDELL04701163
SMARTMATIC-LINDELL04701162
SMARTMATIC-LINDELL04701164
SMARTMATIC-LINDELL04701167
SMARTMATIC-LINDELL04701168
SMARTMATIC-LINDELL01550174
SMARTMATIC-LINDELL01550208
SMARTMATIC-LINDELL01550245
SMARTMATIC-LINDELL01550315
SMARTMATIC-LINDELL01550279
SMARTMATIC-LINDELL01550351
SMARTMATIC-LINDELL01550389
SMARTMATIC-LINDELL01550426
SMARTMATIC-LINDELL01550518
SMARTMATIC-LINDELL01550464
SMARTMATIC-LINDELL01550555
SMARTMATIC-LINDELL01550596
SMARTMATIC-LINDELL01550638
SMARTMATIC-LINDELL01550681
SMARTMATIC-LINDELL01550726
SMARTMATIC-LINDELL01550770
SMARTMATIC-LINDELL01550817
SMARTMATIC-LINDELL01550908
SMARTMATIC-LINDELL01549750
SMARTMATIC-LINDELL01549701
SMARTMATIC-LINDELL01549648
SMARTMATIC-LINDELL01549986
SMARTMATIC-LINDELL01550071
SMARTMATIC-LINDELL01550028
SMARTMATIC-LINDELL01549845
SMARTMATIC-LINDELL01549941

SMARTMATIC-LINDELL01549891
SMARTMATIC-LINDELL01549782
SMARTMATIC-LINDELL01550114
SMARTMATIC-LINDELL02244888
SMARTMATIC-LINDELL02244884
SMARTMATIC-LINDELL02244880
SMARTMATIC-LINDELL02244908
SMARTMATIC-LINDELL02244892
SMARTMATIC-LINDELL02244896
SMARTMATIC-LINDELL02244900
SMARTMATIC-LINDELL02244904

**RFP No. 49**
SMARTMATIC-LINDELL04495260
SMARTMATIC-LINDELL04291674
SMARTMATIC-LINDELL04630902
SMARTMATIC-LINDELL02297568

Tim



vCard Bio

Timothy M. Frey
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6365 | TFrey@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Frey, Timothy <TFrey@beneschlaw.com>
**Sent:** Friday, June 7, 2024 5:25 PM
**To:** Chris Kachouroff <chris@mck-lawyers.com>; doug@mypillow.com; jeremiah@pilonlawfirm.com
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Wrigley, Nicole <NWrigley@beneschlaw.com>; Ward, Jamie <JWard@beneschlaw.com>; Loftus, Julie <JLoftus@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>
**Subject:** Smartmatic et. al. v. Michael J. Lindell, Case No. 22-cv-0098-WMW-JFD - Smartmatic's Responses to Defendants' Fifth Set of RFPs

Counsel:

Attached please find Smartmatic's Responses to Defendants' Fifth Set of Requests for Production.

Thank you,

Tim

Timothy M. Frey
Partner | Litigation



vCard Bio

Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6365 | TFrey@beneschlaw.com

www.beneschlaw.com

71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice