# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                    Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                    Defendants. | Case No. 22-cv-0098-JMB-JFD |

## PLAINTIFFS' NOTICE OF MOTION ON FOURTH MOTION TO COMPEL

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on September 12, 2024 at 10:00 a.m., via Zoom before the Honorable Magistrate Judge John F. Docherty of the above-referenced United States District Court, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited will bring their Fourth Motion to Compel.

Dated: August 20, 2024                Respectfully submitted,

                                       /s/ *James R. Bedell*

                                       Christopher K. Larus
                                          Minnesota Bar No. 0226828
                                          CLarus@robinskaplan.com
                                       William E. Manske
                                          Minnesota Bar No. 0392348
                                          WManske@robinskaplan.com
                                       Emily J. Tremblay

> Minnesota Bar No. 0395003
> ETremblay@robinskaplan.com
> **ROBINS KAPLAN LLP**
> 800 LaSalle Avenue, Suite 2800
> Minneapolis, MN 55402
> Telephone: (612) 349-8500
>
> J. Erik Connolly (admitted *pro hac vice)*
>     EConnolly@beneschlaw.com
> Illinois ARDC No. 6269558
> Nicole E. Wrigley (admitted *pro hac vice)*
>     NWrigley@beneschlaw.com
> Illinois ARDC No. 6278749
> Timothy M. Frey (admitted *pro hac vice*)
>     TFrey@beneschlaw.com
> Illinois ARDC No. 6303335
> Julie M. Loftus (admitted *pro hac vice*)
>     JLoftus@beneschlaw.com
> Illinois ARDC No. 6332174
> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
> 71 South Wacker Drive, Suite 1600
> Chicago, IL 60606
> Telephone: (312) 212-4949
>
> James R. Bedell (admitted *pro hac vice*)
>     JBedell@beneschlaw.com
> Ohio Bar No. 97921
> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
> 127 Public Square, Suite 4900
> Cleveland, OH 44114
> Telephone: (216) 363-4500
>
> *Attorneys for the Plaintiffs*