IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, James R. Bedell, certify that the Memorandum in Support of Smartmatic's Fourth Motion to Compel contains 2,035 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h). This word count was obtained by a function in Microsoft Word Office 365.

Dated: August 20, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *James R. Bedell*
　　　　　　　　　　　　　　　　　　James R. Bedell (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　JBedell@beneschlaw.com
　　　　　　　　　　　　　　　　　　Ohio Bar No. 97921
　　　　　　　　　　　　　　　　　　**BENESCH, FRIEDLANDER, COPLAN**
　　　**& ARONOFF LLP**
　　　　　　　　　　　　　　　　　　127 Public Square, Suite 4900
　　　　　　　　　　　　　　　　　　Cleveland, OH 44114
　　　　　　　　　　　　　　　　　　Telephone: (216) 363-4500

　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*