## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. LINDELL and MY PILLOW, INC., <br><br> Defendants. | Case No. 22-cv-0098-JMB-JFD |

### DECLARATION OF JAMES R. BEDELL IN SUPPORT OF SMARTMATIC'S FOURTH MOTION TO COMPEL

I, James R. Bedell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein.  These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2.      I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

3.      Attached as Exhibit 1 is a true and correct copy of the Expert Report of Peter Kent.

4.      Attached as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Peter Kent.

5.      Attached as Exhibit 3 is a true and correct copy of the Expert Declaration of Benjamin R. Cotton.

6.      Attached as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Benjamin R. Cotton.

7.      Attached as Exhibit 5 is a true and correct copy of a letter from Maura Levine-Patton to Andrew Parker, dated October 3, 2023.

8.      As of the date of this declaration, Smartmatic has not received the non-public reliance materials in conjunction with the Kent or Cotton reports.

9.      Attached as Exhibit 6 is a true and correct copy of an email correspondence between counsel for Smartmatic and counsel for Defendants, dated August 8–16, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
James R. Bedell

Executed on August 20, 2024.