# EXHIBIT 2

Page 1

```
1         IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF MINNESOTA
3  Civil Action No. 22-cv-0098-WMW-JFD
4  SMARTMATIC USA CORP.,         )
   SMARTMATIC INTERNATIONAL      )
5  HOLDINGS B.V., and SGO        )
   CORPORATION LIMITED,          )
6                                )
             PlaintiffIs,        )
7                                )
   vs.                           )
8                                )
   MICHAEL J. LINDELL and MY     )
9  PILLOW, INC.,                 )
                                 )
10           Defendants.         )
11 -----------------------------------------------
12
13       REMOTE DEPOSITION OF PETER KENT taken
14 Wednesday, August 7, 2024, pursuant to Rule 30 of
15 the Federal Rules of Civil Procedure beginning at
16 9:32 a.m. Central Time, via videoconference,
17 Denver, Colorado, before Patricia Vigil-Ladner, a
18 Registered Professional Reporter and Notary Public
19 for the State of Colorado.
20
21
22
23
24
25
```

Page 2

```
1              REMOTE APPEARANCES
2
3
4  ON BEHALF OF THE PLAINTIFFS:
5       MAURA T. LEVINE-PATTON, ESQ.
        Benesch, Friedlander, Coplan & Aronoff LLP
6       71 South Wacker Drive, Suite 1600
        Chicago, Illinois  60606
7       312-624-6368
        mlevine-patton@beneschlaw.com
8
        MEGHAN GOLDEN, ESQ.
9       Benesch, Friedlander, Coplan & Aronoff LLP
        71 South Wacker Drive, Suite 1600
10      Chicago, Illinois 60606
        312-624-6378
11      mgolden@beneschlaw.com
12
   ON BEHALF OF THE DEFENDANTS:
13
        CHRISTOPHER I. KACHOUROFF, ESQ.
14      McSweeney Cynkar & Kachouroff, PLLC
        13649 Office Place, Suite 101
15      Woodbridge, Virginia  22192
        703-621-3300
16      chris@mck-lawyers.com
17
18 ALSO PRESENT:
19      Don Savoy, videographer
20
21
22
23
24
25
```

Page 3

```
1              INDEX OF EXAMINATION
   EXAMINATION                                PAGE
2  August 7, 2024
3
4  PETER KENT
5  EXAMINATION BY MS. LEVINE-PATTON             6
```

Page 4

```
1              INDEX OF EXHIBITS
2  FOR IDENTIFICATION                      REFERENCE
3  EXHIBIT 692   KENT REPORT                   22
4  EXHIBIT 693   TWITTER DOCUMENTS - 30 PGS.   30
5  EXHIBIT 694   BERGER REBUTTAL REPORT        55
6  EXHIBIT 695   ARTICLE 12/3/2021             67
7  EXHIBIT 696   ARTICLE 8/3/2017              93
8  EXHIBIT 697   DOCUMENT DATED 12/24/2019     98
9  EXHIBIT 698   ARTICLE 5/2/2019             103
10 EXHIBIT 699   TWITTER PROFILE              106
11 EXHIBIT 700   KENT TWITTER PROFILE         107
12 EXHIBIT 701   TWEET POST - 1 PG.           113
13 EXHIBIT 702   JUDGE'S ORDER                116
14 EXHIBIT 703   DRIPS HOLDINGS ORDER         119
15 EXHIBIT 704   OPAL LABS ORDER              120
```



Page 33

1  Exhibit 693 is outside of that time period,
2  correct?
3    A.   Sorry.  What -- outside that time period.
4  It's within that.  Oh, 2021.  When is this?  2023,
5  yes, it's outside.
6    Q.   How was your review of this specific
7  exhibit relevant to your analysis in this case?
8    A.   Well, it clearly wasn't.
9    Q.   You do not list any court file documents in
10 Exhibit B; is that right?
11   A.   I -- I don't know.
12   Q.   Please take a chance to look it over, and
13 let me know if you see any court file documents in
14 Exhibit B.
15   A.   What do you mean by court file?  You say
16 court file or court filed?
17   Q.   I'm sorry.  Yeah, that was a bad question.
18 I wasn't clear.  I mean, documents, motions,
19 memorandums of law filed by the attorneys in this
20 matter.
21   A.   Well, I have the complaints.  Does that
22 count as one?
23   Q.   Sure.  Outside of the complaint.
24   A.   And the exhibits to the complaint and the
25 first supplemental complaint, so.  Well, we have

Page 34

1  various complaints.  Smartmatic being news media,
2  BPAL.  We have all those.
3    Q.   Did you review defendant's memorandum of
4  law in support of its motion to dismiss the
5  complaint in this case?
6    A.   I don't know.  Is it in here?
7    Q.   I'll represent to you it's not in this
8  list.
9    A.   Then I --
10   Q.   Would you have reviewed it outside of this
11 list?
12   A.   No.  I doubt very much I would have seen
13 it.
14   Q.   Did you ask to review that?
15   A.   I wouldn't have known it existed.
16   Q.   Did you review Smartmatic's opposition to
17 defendant's memorandum of law to dismiss this case?
18   A.   If it's not in that list, then, no.
19   Q.   You also don't list any Bates-stamped
20 documents.  Do you understand what Bates-stamped
21 documents are?
22   A.   I do.
23   Q.   Do you list any in Exhibit B?
24   A.   I don't see any.
25   Q.   Did you review any documents that

Page 35

1  Smartmatic produced in this case when rendering
2  your opinions?
3    A.   I don't know.  Are any of these documents
4  on this list provided by Smartmatic?  If not, then
5  I didn't.
6    Q.   Why not?
7    A.   Why?
8    Q.   Yes, sir.
9    A.   I'm asking you why.  It's a rhetorical
10 question.  I don't understand what relevance it
11 would have been to the task I was sent.
12   Q.   Did you review any documents that the
13 defendants produced in this case when rendering
14 your opinions?
15   A.   Say again, did I review?
16   Q.   Any documents that the defendants produced
17 in this case when rendering your opinions in this
18 case?
19   A.   Well, again, I had available to me the
20 documents in this exhibit.  Exhibit B here.  If --
21 if you're after a document that's not on that list,
22 then I would say, no.
23   Q.   Now, I'm still on page 46.  The second to
24 last split before the break in the page reads
25 2023-09-21-TGP.

Page 36

1    Do you see that?
2    A.   I do.
3    Q.   Do you recall what document that refers to?
4    A.   No, I don't.
5    Q.   The second half of this page lists several
6  Excel documents; is that correct?
7    A.   There are a number, yes.
8    Q.   Are these Excel documents also from Parkers
9  Daniel to you?
10   A.   No, I believe these are documents I
11 actually created.  These are documents from Infegy,
12 which is the tool I used for analysis.
13   Q.   And did you produce those documents when
14 you produced your report in this -- when you served
15 your report in this case?
16   A.   I did.  Well, I provided the documents to
17 Parker Daniels, and they, I assume, provided them
18 to you guys, but that's out of my hands.
19   Q.   Were all of these Excel documents from
20 Infegy?
21   A.   Well, not all of them.  I mean, for
22 instance, the second one is from BuzzSumo.  A lot
23 of them are from Infegy.  I don't recall where the
24 Bipar Share comes from, but it's probably defined
25 within my report somewhere.



Page 37

1    The rest -- apart from those two, the rest
2 are Infegy documents or Infegy reports.
3    Q.  Just to be clear, this list of Excel
4 documents is not publicly available; is that right?
5    A.  No, these are spreadsheets that I created
6 and I provided.
7    Q.  I'd like to look at page 47 of Exhibit B.
8 The heading at the top is Google Analytics Metrics.
9 Do you see that?
10    A.  I do.
11    Q.  Each of the documents listed here are PDFs,
12 or it appears that way; is that fair?
13    A.  Yes.
14    Q.  Do you recall how you went about collecting
15 these PDFs?
16    A.  I didn't collect these.  I was given these.
17    Q.  Who were you given these by?
18    A.  Well, by the attorneys.
19    Q.  Do you know if all of these are dated
20 during your assignment period from November 20
21 through February 4, 2021?
22    A.  Were they created?  I don't know the
23 question that you're asking me.  Were they created?
24 I'm sorry?
25    Q.  Dated.  Do you know if all of these

Page 38

1 documents were dated during your assignment period?
2    A.  By dated I'm not sure what you mean.  I
3 could look at a date on the file, but are you
4 asking -- do you really want to know when they were
5 created or?
6    Q.  I'm just wondering if any of these
7 documents are outside of your assignment period, if
8 you can recall?
9    A.  If -- if the data within them relates to a
10 period outside of my assignment period?
11    Q.  Yes.
12    A.  I'd have to go back and look at them, but I
13 believe these are -- well, that's -- that's a good
14 question.  I don't know.  I'd have to go look at
15 the date range shown within the reports.
16    Q.  And again, you didn't gather any of these
17 Google analytic metric documents yourself; is that
18 right?
19    A.  Correct.
20    Q.  Did you review any academic literature in
21 preparing your report in this case?
22    A.  I don't believe so unless I cite it in the
23 report.  I don't recall doing that.
24    Q.  Did you review all of the documents cited
25 in Professor Berger's rebuttal report?

Page 39

1    A.  No.
2    Q.  Why not?
3    A.  I was not given that task.
4    Q.  Have you considered any additional documents
5 since you signed your report in this case other
6 than Dr. Berger's rebuttal report?
7    A.  Yeah, I was going to say his report.  No.
8    Q.  Okay.  I'd like to turn to what's been labeled
9 as page 49 of your report.  This is your CV.  Do
10 you see that?
11    A.  I do.
12    Q.  Did you draft this?
13    A.  I did.  And, in fact, I noticed yesterday
14 this seems to be out of order.  That was supposed
15 to be Exhibit A, but evidently when I put it in I
16 dropped it in the wrong position.  But, yes, I did
17 draft it.
18    Q.  Does this contain a full and accurate
19 description of your expertise and your experience?
20    A.  I would say accurate.  I wouldn't say full.
21    Q.  What is it missing?
22    A.  Well, I mean, I've done numerous things
23 over the past 40 years, I guess.  I've been
24 involved in social media.  It's hard to cover
25 everything in a resume.

Page 40

1    Q.  How did you curate what to add and what to
2 not add to the CV?
3    A.  I don't really know.  When I sat down to
4 write it, I wrote things I thought would be
5 appropriate.
6    Q.  Appropriate for this case?
7    A.  No, this is more of a general CV.  I didn't
8 write this specifically for this case.
9    Q.  Now, this doesn't list your educational
10 background; is that right?
11    A.  No, it doesn't.
12    Q.  Did you attend a college or university?
13    A.  I did.
14    Q.  Where?
15    A.  The University of Sheffield in Northern
16 England.
17    Q.  When did you graduate?
18    A.  1978.
19    Q.  And what was your degree in?
20    A.  Geography and geology.  And I would note,
21 of course, there was no social media in 1978.
22    Q.  Did you attend any schooling after
23 undergraduate -- your undergraduate or university
24 degree?
25    A.  I did, the school of life.

