# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Plaintiffs' Fourth Motion to Compel (ECF No. __), it is hereby ORDERED that the motion is GRANTED.

1.　Defendants must produce all materials considered or relied upon by their experts, Peter Kent and Benjamin R. Cotton.

2.　Failure to produce such documents will result in Defendants being precluded from relying on any expert opinions supported by those undisclosed materials for purposes of summary judgment or trial.

**SO ORDERED** this ___ day of _____, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. DOCHERTY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge