IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>  v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

**JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Plaintiffs Smartmatic USA Corporation, Smartmatic International Holding B.V. and SGO Corporation Limited ("Smartmatic" or "Plaintiffs") and Defendants Michael J. Lindell and My Pillow, Inc. ("MyPillow" and, collectively with Smartmatic, the "Parties") hereby stipulate to, and respectfully request the Court enter an order confirming, the following:

- The dispositive motion deadline (including motions for summary judgment and *Daubert* motions) be extended from September 23, 2024, to November 13, 2024, with responses to any such motion be due December 4, 2024, and any replies due December 18, 2024.

- No additional fact or expert discovery, except: (1) 30(b)(6) testimony from MyPillow Inc. and Lindell Management LLC, if necessary, on the topics specifically held open on the record; (2) discovery already compelled by the Court; and (3) discovery currently subject to a pending motion to compel.

1

- No adjustment to the trial-ready date.

Good cause exists to support the requested scheduling order amendments. The Court has ordered the production of additional information from Defendants, and has specifically ordered the Parties to meet and confer regarding modification of the schedule to allow time for Defendants to comply. (Dkt. 350, 353.) Defendants have indicated that the production of this information requires additional time to complete. The Parties do not request any other modification of the Third Amended Trial Notice and Final Pretrial Order at this time.

Dated: September 4, 2024                         Respectfully submitted,

/s/ Timothy M. Frey
Christopher K. Larus
   Minnesota Bar No. 0226828
   CLarus@robinskaplan.com
William E. Manske
   Minnesota Bar No. 0392348
   WManske@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
   TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
   JLoftus@beneschlaw.com
Illinois ARDC No. 6332174

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
  JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*

/s/ Christopher I. Kachouroff

Christopher I. Kachouroff
  Chris@mck-lawyers.com
VA 44216
**MCSWEENEY, CYNKAR & KACHOUROFF PLLC**
13649 Office Place, Suite 101
Woodbridge, VA 22192

*Attorney for Defendants*