IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered the Parties Joint Stipulation to Extend Dispositive Motion Deadline (ECF No. 360) it is hereby ORDERED that the motion is GRANTED.

The dispositive motion deadline, including motions for summary judgment and *Daubert* motions, is extended from September 23, 2024 to November 13, 2024. Responses to any such motion are due December 4, 2024. Replies in support of such motions are due December 18. 2024.

No additional fact or expert discovery may be taken, other than 30(b)(6) testimony from MyPillow, Inc. and Lindell Management LLC, if necessary, on the topics specifically held open on the record, discovery already compelled by the Court, and discovery currently subject to a pending motion to compel.

No other adjustments to the Third Amended Trial Notice and Final Pretrial Order, including the trial-ready date, are necessary.

**SO ORDERED** this ___ day of _____, 2024.

_____
JOHN F. DOCHERTY
United States Magistrate Judge