UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**STATEMENT OF REDACTION**

SMARTMATIC USA CORP., et al.

    Plaintiffs                                      Case No:  22-cv-00098-JMB-JFD

v.

MICHAEL J. LINDELL, et al.

    Defendants

In accordance with Local Rule 5.5, I have reviewed the transcript of August 20, 2024 Civil Motions Hearing (Doc. 353), filed on August 23, 2024 in the above-captioned matter; filed a timely Notice of Intent to Request Redaction; and located personal identifiers (PIs) or other information in the transcript that must be redacted under Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

I hereby request the court reporter to redact the following PIs or other information in the transcript.

| Description of PI to be Redacted | Page and Line Number of PI to be Redacted | Redacted PI to Read As (e.g. XXX-XX-1234) |
|---|---|---|
| Information designated by Defendants as Confidential | Page 41, Lines 16–25 | Full redaction |
| Information designated by Defendants as Confidential | Page 42, Line 1 | Full redaction |

I understand that the redacted version of the transcript will be filed within 31 days of the date that the original transcript was filed but that the court reporter will not provide me a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be made available to the public on PACER.

Dated:  September 6, 2024

/s/ James R. Bedell
JAMES R. BEDELL (admitted *pro hac vice*)
Ohio Bar No. 97921
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
jbedell@beneschlaw.com
(216) 363-4500

*Attorney for Plaintiffs*