# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                Plaintiffs,<br>    v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                Defendants. | **ORDER ON STIPULATION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>Case No. 22-cv-0098-JMB-JFD |

This matter is before the Court on the Parties Joint Stipulation to Extend Dispositive Motion Deadline (Dkt. No. 360). The Court has reviewed the Joint Stipulation and finds it sets forth good cause for the relief requested. Accordingly,

**IT IS HEREBY ORDERED THAT:** The dispositive motion deadline, including motions for summary judgment and *Daubert* motions, is extended from September 23, 2024 to November 13, 2024. Responses to any dispositive motions are due December 4, 2024. Replies in support of dispositive motions are due December 18, 2024.

No additional fact or expert discovery may be taken, other than 30(b)(6) testimony from MyPillow, Inc. and Lindell Management LLC, if necessary, on the topics specifically held open on the record, as well as discovery already compelled by the Court, and discovery currently subject to a pending motion to compel should the Court grant such motion.

No other adjustments to the Third Amended Pretrial Scheduling Order (Dkt. No. 267), including the trial-ready date, are made.

Dated: September 9, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge