# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Smartmatic USA Corp., et. al,
                Plaintiff(s),

vs.                                                         Case No. 22-cv-00098-JMB-JFD

Michael J. Lindell, et al.,
                Defendant(s).

## **MEET-AND-CONFER STATEMENT**

I, James R. Bedell, representing the Plaintiffs, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Christopher Kachouroff

    On: September 10, 2024

    Discussing the following motion: Plaintiffs' Motion to Redact August 20, 2024 Transcript

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

    ☐  Do **not** agree on the resolution of any part of the motion.

    X  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order: Redaction of the October 11 Hearing Transcript as indicated in Sealed Exhibit 1 to the Declaration of James R. Bedell.

Signed this 11th day of September, 2024.

|  |  |
|---|---|
| Signature of Party | /s/ James R. Bedell |
| Mailing Address | 127 Public Square, Suite 4900 |
|  | Cleveland, OH 44114 |
| Telephone Number | (216) 363-4500 |

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).