# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST
REDACTION OR NOTICE THAT
NO REDACTION IS REQUIRED**

Smartmatic USA Corp., et al.

Plaintiff(s)          Case No:  22-cv-00098-JMB-JFD

v.

Michael J. Lindell, et al.

Defendant(s)

The undersigned  James R. Bedell                    hereby notifies the Court, court
reporter/transcriber, and counsel that in accordance with the procedure set forth in Local
Rule 5.5, Redaction of Transcripts that,

☐ I intend to request redaction of personal identifiers located within the transcript of

_____ , filed on
to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☑ I will not be requesting redaction as no redaction is required.

Dated: 9/20/24          /s/ James R. Bedell
                        _____