IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>          Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>          Defendants. | Case No. 22-cv-0098-JMB-JFD |

**PLAINTIFFS' MOTION FOR CONTEMPT**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), by and through their undersigned counsel, hereby move this Court for an order finding Defendants Michael J. Lindell and My Pillow, Inc. in contempt for violating this Court's prior discovery orders. The reasons for this motion are set forth in Smartmatic's Memorandum of Law In Support of Plaintiffs' Motion for Contempt and accompanying exhibits.

Dated: September 23, 2024          Respectfully submitted,

                                                /s/ *Timothy M. Frey*
                                                Christopher K. Larus
                                                   Minnesota Bar No. 0226828
                                                   CLarus@robinskaplan.com
                                              William E. Manske
                                                   Minnesota Bar No. 0392348

>WManske@robinskaplan.com
>Emily J. Tremblay
>   Minnesota Bar No. 0395003
>   ETremblay@robinskaplan.com
>**ROBINS KAPLAN LLP**
>800 LaSalle Avenue, Suite 2800
>Minneapolis, MN 55402
>Telephone: (612) 349-8500
>
>J. Erik Connolly (admitted *pro hac vice)*
>   EConnolly@beneschlaw.com
>Illinois ARDC No. 6269558
>Nicole E. Wrigley (admitted *pro hac vice)*
>   NWrigley@beneschlaw.com
>Illinois ARDC No. 6278749
>Timothy M. Frey (admitted *pro hac vice*)
>   TFrey@beneschlaw.com
>Illinois ARDC No. 6303335
>Julie M. Loftus (admitted *pro hac vice*)
>   JLoftus@beneschlaw.com
>Illinois ARDC No. 6332174
>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>71 South Wacker Drive, Suite 1600
>Chicago, IL 60606
>Telephone: (312) 212-4949
>
>James R. Bedell (admitted *pro hac vice*)
>   JBedell@beneschlaw.com
>Ohio Bar No. 97921
>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>127 Public Square, Suite 4900
>Cleveland, OH 44114
>Telephone: (216) 363-4500
>
>*Attorneys for the Plaintiffs*