# EXHIBIT A-1

```
 1   J11353479 eb

 2

 3         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MINNESOTA
 4

 5   SMARTMATIC USA CORP.,   *
     SMARTMATIC               *
 6   INTERNATIONAL HOLDING    *
     B.V., AND SGO            *
 7   CORPORATION LIMITED      *
                              *
 8   VS.                      * CASE NO. 22-cv-0098-WMW-JFD
                              *
 9   MICHAEL J. LINDELL       *
     AND MY PILLOW, INC.      *
10

11

12

13

14      VIDEOTAPED DEPOSITION OF MICHAEL JAMES LINDELL

15

16

17

18
     Date                    Edith A. Boggs, CSR
19

20

21   6-11-2024               HOUSTON, TEXAS

22

23

24

25
```



1

2

3

4

5

6

7

8            DEPOSITION OF MICHAEL JAMES LINDELL

9

10

11      DEPOSITION AND ANSWERS of MICHAEL JAMES LINDELL,

12  taken before Edith A. Boggs, a certified shorthand

13  reporter in Harris County for the State of Texas, taken

14  at the Four Seasons Hotel, 1300 Lamar, Houston, Texas,

15  on the 11th day of June, 2024, between the hours of 9:00

16  a.m. and 5:56 p.m.

17

18

19

20

21

22

23

24

25



MICHAEL J. LINDELL                                  June 11, 2024
SMARTMATIC USA vs LINDELL                                        3

```
 1          A P P E A R A N C E S

 2


 3

     ATTORNEYS FOR PLAINTIFFS:
 4
           Benesch Friedlander Coplan & Aronoff
 5         71 South Wacker Drive, Suite 1600
           Chicago, Illinois  60606
 6

 7         By:  Nicole Wrigley, Esq.
           and Julie Loftus, Esq.
 8

 9

     ATTORNEY FOR DEFENDANTS:
10
           McSweeney Cynkar & Kachouroff, PLLC
11         13649 Office Place, Suite 101
           Woodbridge, Virginia  22192
12
           By:  Christopher Kachouroff, Esq.
13

14

     ALSO PRESENT:
15
           Ms. Avery Suarez, Videographer
16

17

     REPORTED BY:
18
           Ms. Edith A. Boggs
19

20

21

22

23

24

25
```



```
 1                    EXAMINATION INDEX

 2

 3      QUESTIONS BY                              PAGE

 4
        Ms. Wrigley                               9
 5

 6

 7                  INDEX OF EXHIBITS

 8

 9  NO.           PAGE FIRST      DESCRIPTION
                  REFERENCED
10
    Exhibit 432   152             Flash drive - War Room
11                                2-5-21

12  Exhibit 435   185             Flash drive - OANN Dan Ball
                                  2-8-21
13
    Exhibit 582   304             Post by Chris Krebs
14
    Exhibit 586   15              Messages between Jim Furlong
15                                and Mike Lindell

16  Exhibit 587   33              "Exhibit 140" - CNN article
                                  - How Mike Lindell, the
17                                MyPillow guy, became a
                                  midterm messenger
18
    Exhibit 588   41              Messages between Mike
19                                Lindell and Scott Baio

20  Exhibit 589   47              Messages between Mike
                                  Lindell and Paul Ess
21
    Exhibit 590   55              Messages between Kim
22                                Rasmussen and Mike Lindell

23  Exhibit 591   60              Messages between Corey
                                  Lewandowski and Mike Lindell
24
    Exhibit 592   64              Messages between Mary and
25                                Mike Lindell
```



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                        5

| 1 | Exhibit 593 | 67 | Messages between Katelyn Gamlin, Michelle Media and Mike Lindell |
| 3 | Exhibit 594 | 70 | Messages between Mike Lindell and Steve Bannon |
| 4 | Exhibit 595 | 102 | "Exhibit 2" - "Absolute Proof" screenshots |
| 6 | Exhibit 596 | 126 | Flash drive - "Absolute Proof" Clip 1 |
| 7 | Exhibit 597 | 135 | MyPillow CEO released a movie pushing election fraud conspiracies, YouTube and Vimeo took it down |
| 10 | Exhibit 598 | 171 | Flash drive - War Room 2-6-21 Clip 1 |
| 11 | Exhibit 599 | 173 | Flash drive - War Room 2-6-21 Clip 3 |
| 13 | Exhibit 600 | 182 | Disclaimer |
| 14 | Exhibit 601 | 201 | Flash drive - AS&C of "Absolute Proof" Hour 1 Clip 1 |
| 16 | Exhibit 602 | 202 | Flash drive - AS&C of "Absolute Proof" Hour 1 Clip 2 |
| 18 | Exhibit 603 | 205 | Flash drive - AS&C of "Absolute Proof" Hour 2 Clip 1 |
| 20 | Exhibit 604 | 210 | Series of E-mails, starting with an E-mail dated 2-18-21 from Katelyn Gamlin |
| 22 | Exhibit 605 | 214 | Series of E-mails, starting with an E-mail dated 2-19-21 from Chris Deluge |
| 24 | Exhibit 606 | 218 | Messages between Alexa Wall Street Journal and Mike Lindell |



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                        6

| | | | |
|---|---|---|---|
| Exhibit 607 | 234 | | "Exhibit 4" - "Scientific Proof" screenshots |
| Exhibit 608 | 234 | | Flash drive - "Scientific Proof" Clip 1 |
| Exhibit 609 | 234 | | Flash drive - "Scientific Proof" Clip 2 |
| Exhibit 610 | 234 | | Flash drive - "Scientific Proof" Clip 3 |
| Exhibit 611 | 234 | | "Exhibit 6" - "Absolute Interference" screenshots |
| Exhibit 612 | 242 | | Flash drive - "Absolute Interference" Clip 1 |
| Exhibit 613 | 242 | | Flash drive - "Absolute Interference" Clip 2 |
| Exhibit 614 | 242 | | Flash drive - "Absolute Interference" Clip 5 |
| Exhibit 615 | 246 | | Flash drive - War Room 3-26-21 Clip 1 |
| Exhibit 616 | 246 | | Flash drive - War Room 3-26-21 Clip 2 |
| Exhibit 617 | 271 | | "Exhibit 8" - Absolutely 9-0 screenshots |
| Exhibit 618 | 273 | | Flash drive - Absolutely 9-0 Clip 1 |
| Exhibit 619 | 276 | | Cyber Symposium news alert |
| Exhibit 620 | 279 | | Flash drive - Cyber Symposium Clip 1 |
| Exhibit 621 | 285 | | Event: Accepted:  Discussion with Brent from Canada re Smartmatic |
| Exhibit 622 | 291 | | "Exhibit 101" - The Times Called Officials in Every State:  No Evidence of Voter Fraud |



| 1 | Exhibit 623 | 298 | "Exhibit 110" - Fired Director of U.S. Cyber Agency Chris Krebs Explains Why President Trump's Claims of Election Interference are False |
| 4 | Exhibit 624 | 309 | "Exhibit 111" - Disputing Trump, Barr says no widespread election fraud |
| 6 | Exhibit 625 | 315 | "Exhibit 72" - Dominion Voting Systems Categorically Denies False Assertions About Vote Switching and Software Issues With Our Voting Systems |
| 10 | Exhibit 626 | 322 | "Exhibit 66" - Smartmatic Fact-checked |
| 11 | Exhibit 627 | 331 | E-mail dated 12-23-20 from Ise Tiapula, with attachment |
| 13 | Exhibit 628 | 340 | E-mail dated 1-9-21 from Michael Lindell to Mike Lindell, with attachment |
| 15 | Exhibit 629 | 347 | E-mail dated 3-27-21 from Michael Lindell to Mike Lindell, with attachment |
| 17 | Exhibit 630 | 349 | E-mail dated 2-5-21 from Michael Lindell to Mike Lindell, with attachment |
| 19 | Exhibit 631 | 370 | Series of E-mails, starting with an E-mail dated 1-1-21 from Scott Hennen |
| 21 | Exhibit 632 | 383 | Series of E-mails, starting with an E-mail dated 1-2-21 from Scott Hennen |
| 23 | Exhibit 633 | 388 | "Exhibit 115" - Cybersecurity & Infrastructure Security Agency, #Proctect2020 Rumor vs. Reality |



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
8

| 1 | Exhibit 634 | 396 | "Exhibit 105" - Cybersecurity & Infrastructure Security Agency, Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating Executive Committees |
| 6 | Exhibit 635 | 400 | "Exhibit 51" - Secretary of State Jocelyn Benson - Michigan's election was secure and fair, and the results are accurate |
| 9 | Exhibit 636 | 408 | Messages between Kim Rasmussen and Mike Lindell |
| 11 | Exhibit 637 | 412 | Business Insider - MyPillow CEO Mike Lindell is releasing a 3-hour movie he made over the past 5 days pushing a baseless election claim involving China |
| 14 | Exhibit 638 | 433 | Messages between Mike Lindell and Scott Baio |
| 16 | Exhibit 639 | 443 | E-mail dated 1-10-21 from Mary Fanning, Key Points |
| 17 | NO EXHIBIT 640 | | |
| 18 | Exhibit 641 | 445 | Messages between Darren Lindell and Mike Lindell |



| | | |
|---|---|---|
| 1 | PROCEEDINGS | 08:56AM |
| 2 | THE VIDEOGRAPHER:  Good morning.  We are | 08:56AM |
| 3 | now on the record.  Today's date is June 11th, 2024, and | 09:00AM |
| 4 | the current time is 9:00 a.m.  This begins the | 09:00AM |
| 5 | videotaped deposition of Mike Lindell. | 09:00AM |
| 6 | Counsel, will you please introduce | 09:00AM |
| 7 | yourselves, and the witness will be sworn. | 09:00AM |
| 8 | MS. WRIGLEY:  Yes.  Nicole Wrigley for the | 09:00AM |
| 9 | Smartmatic plaintiffs. | 09:00AM |
| 10 | MS. LOFTUS:  Julie Loftus also for the | 09:01AM |
| 11 | Smartmatic plaintiffs. | 09:01AM |
| 12 | MR. KACHOUROFF:  Chris Kachouroff for | 09:01AM |
| 13 | the -- counsel for both Mr. Lindell and MyPillow. | 09:01AM |
| 14 | THE WITNESS:  Michael James Lindell. | 09:01AM |
| 15 | MICHAEL JAMES LINDELL | 09:01AM |
| 16 | was called as a witness and, being first duly sworn by | 09:01AM |
| 17 | the notary, testified as follows: | 09:01AM |
| 18 | EXAMINATION | 09:01AM |
| 19 | Q.  (BY MS. WRIGLEY)  Good morning.  Please state | 09:01AM |
| 20 | and spell your full name for the record. | 09:01AM |
| 21 | A.  Michael James Lindell, M-I-C-H-A-E-L, | 09:01AM |
| 22 | J-A-M-E-S, L-I-N-D-E-L-L. | 09:01AM |
| 23 | Q.  What is your home address, Mr. Lindell? | 09:01AM |
| 24 | A.  I don't know.  I just got a new place last | 09:01AM |
| 25 | year.  You can use 1550 Audubon Road, Chaska, Minnesota | 09:01AM |



```
 1   55318.                                                   09:01AM
 2      Q.  Do you have any other residences besides the     09:01AM
 3   one you just identified?                                09:01AM
 4      A.  No.  That's my corporate office.  My residence   09:01AM
 5   I have is my only residence in Texas.                   09:01AM
 6      Q.  And where in Texas is that residence?            09:01AM
 7      A.  It's in Lufkin, Texas.                           09:01AM
 8      Q.  Are you --                                       09:01AM
 9      A.  I don't know the physical address.               09:01AM
10      Q.  Are you currently residing in Texas,             09:01AM
11   Mr. Lindell?                                            09:02AM
12      A.  Yes.  And I'm not -- I'd rather even not put     09:02AM
13   that address on public record because, as you know, you 09:02AM
14   guys leak stuff out of depositions, and I don't want    09:02AM
15   people knocking on my door.                             09:02AM
16          MS. WRIGLEY:  I'm going to move to strike        09:02AM
17   as nonresponsive everything after "yes."                09:02AM
18      Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you            09:02AM
19   understand that you're providing testimony today under  09:02AM
20   oath?                                                   09:02AM
21      A.  Yes.                                             09:02AM
22      Q.  Do you understand that you have to tell the      09:02AM
23   truth no matter what?                                   09:02AM
24      A.  Yes.                                             09:02AM
25      Q.  Do you understand your testimony is being        09:02AM
```



| | |
|---|---|
| 1  recorded by a court reporter here? | 09:02AM |
| 2      A.  Yes. | 09:02AM |
| 3      Q.  Do you understand your testimony is being | 09:02AM |
| 4  videotaped today? | 09:02AM |
| 5      A.  Yes. | 09:02AM |
| 6      Q.  Do you understand your testimony can be shown | 09:02AM |
| 7  to a jury in this case? | 09:02AM |
| 8      A.  Yes. | 09:02AM |
| 9      Q.  Do you understand -- | 09:02AM |
| 10          MR. KACHOUROFF:  I'm going to object.  This | 09:02AM |
| 11  wasn't designated for trial.  If this is a trial | 09:02AM |
| 12  deposition, I'll be doing a lot of objecting. | 09:02AM |
| 13          MS. WRIGLEY:  Since it's a federal case, | 09:02AM |
| 14  there is no discovery or evidence depositions, it's | 09:02AM |
| 15  just -- | 09:02AM |
| 16          MR. KACHOUROFF:  Actually, Rule 30 and | 09:02AM |
| 17  Rule 45 talks about it. | 09:02AM |
| 18          MS. WRIGLEY:  What rule are you citing to? | 09:02AM |
| 19          MR. KACHOUROFF:  Rule 30 and Rule 45 of | 09:02AM |
| 20  the -- | 09:02AM |
| 21          MS. WRIGLEY:  Yes. | 09:02AM |
| 22          MR. KACHOUROFF:  -- Federal Rules of Civil | 09:03AM |
| 23  Procedure. | 09:03AM |
| 24          MS. WRIGLEY:  Yes, indeed, but there is no | 09:03AM |
| 25  distinction between a discovery or a trial deposition. | 09:03AM |



| | | |
|---|---|---|
| 1 | MR. KACHOUROFF:  Okay.  Well, I'll be | 09:03AM |
| 2 | making a lot of objections then. | 09:03AM |
| 3 | MS. WRIGLEY:  That's fine.  That's fine. | 09:03AM |
| 4 | Q.  (BY MS. WRIGLEY)  Okay.  Do you understand that | 09:03AM |
| 5 | your testimony can be shown to a jury in this case, | 09:03AM |
| 6 | Mr. Lindell? | 09:03AM |
| 7 | A.  Yes. | 09:03AM |
| 8 | Q.  Do you understand your testimony can be shown | 09:03AM |
| 9 | to the judge in this case? | 09:03AM |
| 10 | A.  Yes. | 09:03AM |
| 11 | Q.  Do you know of any reason that would prevent | 09:03AM |
| 12 | you from providing accurate testimony here today? | 09:03AM |
| 13 | A.  No. | 09:03AM |
| 14 | Q.  Before we get started, I want to go over some | 09:03AM |
| 15 | rules and protocols on the record for this deposition. | 09:03AM |
| 16 | You have been deposed a number of times, correct? | 09:03AM |
| 17 | A.  Yes. | 09:03AM |
| 18 | Q.  How many times, sir? | 09:03AM |
| 19 | A.  I don't know.  Two, three.  I have no idea. | 09:03AM |
| 20 | Q.  When was the last time you were deposed? | 09:03AM |
| 21 | A.  A year ago. | 09:03AM |
| 22 | Q.  In what case? | 09:03AM |
| 23 | A.  In the Eric Coomer. | 09:03AM |
| 24 | Q.  And you've not been deposed since then, sir? | 09:03AM |
| 25 | A.  Huh-uh. | 09:03AM |



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                        13

| | | |
|---|---|---|
| 1 | Q.  Okay. | 09:03AM |
| 2 | A.  No. | 09:03AM |
| 3 | Q.  Since you've been deposed, you may be familiar | 09:03AM |
| 4 | with these, but I'll go over them just in case, a few | 09:03AM |
| 5 | ground rules. | 09:03AM |
| 6 | We have a court reporter to my right here | 09:03AM |
| 7 | taking down my questions and your answers, and so it's | 09:03AM |
| 8 | really important that we avoid talking over each other | 09:03AM |
| 9 | or interrupting.  It's bound to happen.  We're human | 09:04AM |
| 10 | beings.  But it makes her job much easier and it will | 09:04AM |
| 11 | make the transcript accurate if we can just try to avoid | 09:04AM |
| 12 | talking over each other.  Is that fair? | 09:04AM |
| 13 | A.  You have a big advantage because I lost my | 09:04AM |
| 14 | voice. | 09:04AM |
| 15 | Q.  Okay. | 09:04AM |
| 16 | A.  You must have prayed for that. | 09:04AM |
| 17 | Q.  And do you agree, sir? | 09:04AM |
| 18 | A.  Uh-huh.  Yes. | 09:04AM |
| 19 | Q.  Okay.  Do you understand that all of your | 09:04AM |
| 20 | answers have to be verbal today as opposed to nodding | 09:04AM |
| 21 | your head? | 09:04AM |
| 22 | A.  Yes. | 09:04AM |
| 23 | Q.  During my examination, your counsel, who he -- | 09:04AM |
| 24 | which he's just referenced, may object to one of my | 09:04AM |
| 25 | questions. | 09:04AM |



1        A.  Right.                                         09:04AM

2        Q.  Do you understand you are required to answer my   09:04AM

3    question after your counsel objects unless he instructs   09:04AM

4    you not to answer?                                     09:04AM

5        A.  Yes.                                           09:04AM

6        Q.  Similar with us interrupting each other, if    09:04AM

7    your counsel objects, I'll just ask if you give him a   09:04AM

8    minute for him to object, put it on the record before   09:04AM

9    you begin answering, so we can avoid crosstalk.  Is that   09:04AM

10   fair?                                                  09:04AM

11       A.  Yes.                                           09:04AM

12       Q.  If I ask you a question and you don't          09:04AM

13   understand it, just let me know.  Otherwise, I'll assume   09:04AM

14   you understood the question and were able to answer.  Is   09:04AM

15   that fair?                                             09:05AM

16       A.  Yes.                                           09:05AM

17       Q.  And if at any point in time -- we talked about   09:05AM

18   this earlier -- you need to take a break, just let me   09:05AM

19   know.  I'd just ask if there's a question pending, you   09:05AM

20   answer the question, and we can break if you need a    09:05AM

21   minute off the record.  Is that fair?                  09:05AM

22       A.  Yes.                                           09:05AM

23       Q.  Mr. Lindell, have you ever considered running   09:05AM

24   for political office?                                  09:05AM

25       A.  Yes.                                           09:05AM



1        Q.  Which political office have you considered        09:05AM
2    running for?                                              09:05AM
3        A.  It must have been 2000 and -- it was the          09:05AM
4    governor of Minnesota, and it was just a -- I was         09:05AM
5    pondering it.                                             09:05AM
6        Q.  In 2019, were you considering a run for           09:05AM
7    political office such as the governor of Minnesota?       09:05AM
8        A.  No, it was 2020 -- after 2020.  It was right      09:05AM
9    before the election, I thought maybe the next one, I      09:05AM
10   would run for governor.                                   09:05AM
11       Q.  So in 2020, you were considering potentially      09:05AM
12   making a run to be the governor of Minnesota?             09:05AM
13       A.  As I mentioned.                                   09:05AM
14       Q.  Have you ever considered running for president    09:05AM
15   of the United States, sir?                                09:06AM
16       A.  No.                                               09:06AM
17       Q.  I'm going to show you the first exhibit or        09:06AM
18   document today.  Bear with me.  There's a process.        09:06AM
19               (Exhibit 586 marked.)                         09:06AM
20       Q.  (BY MS. WRIGLEY)  Mr. Lindell, I'm handing to     09:06AM
21   you what's been marked as Exhibit 586.                    09:06AM
22               Just for the record, this is an excerpt       09:06AM
23   from a text chain that was produced by defendants in      09:06AM
24   this case.  The Bates number for the full text chain is  09:06AM
25   DEF 121483.  This particular text chain as produced was   09:06AM



MICHAEL J. LINDELL                              June 11, 2024
SMARTMATIC USA vs LINDELL                              16

| | | |
|---|---|---|
| 1 | 149 pages.  Just so it's clear for the record, this is | 09:06AM |
| 2 | an excerpt of selected pages only. | 09:06AM |
| 3 |      If you look at the bottom right-hand corner | 09:06AM |
| 4 | on the first page, sir -- | 09:07AM |
| 5 | A.  Yeah. | 09:07AM |
| 6 | Q.  -- you can see after the decimal point, it says | 09:07AM |
| 7 | Page 1. | 09:07AM |
| 8 | A.  Uh-huh. | 09:07AM |
| 9 | Q.  And then if you flip to the other pages, that | 09:07AM |
| 10 | number after the decimal point will indicate what | 09:07AM |
| 11 | pages -- | 09:07AM |
| 12 | A.  I got it. | 09:07AM |
| 13 | Q.  -- were excerpted from the document. | 09:07AM |
| 14 | A.  I got it. | 09:07AM |
| 15 | Q.  Okay. | 09:07AM |
| 16 | MR. KACHOUROFF:  I'm going to have an | 09:07AM |
| 17 | objection to completeness. | 09:07AM |
| 18 | MS. WRIGLEY:  That's fine.  Thank you. | 09:07AM |
| 19 | Q.  (BY MS. WRIGLEY)  At the top, do you see there | 09:07AM |
| 20 | are a number of names written with respect to this text | 09:07AM |
| 21 | message? | 09:07AM |
| 22 | A.  Yes. | 09:07AM |
| 23 | Q.  One of those names is yourself, correct? | 09:07AM |
| 24 | A.  Jim Furlong and Mike Lindell. | 09:07AM |
| 25 | Q.  Do you recognize that to be yourself and your | 09:07AM |



| | | |
|---|---|---|
| 1 | phone number? | 09:07AM |
| 2 | A.   That's correct. | 09:07AM |
| 3 | Q.   Okay.  And who is Jim Furlong? | 09:07AM |
| 4 | A.   Jim Furlong, he's been with me a long time. | 09:07AM |
| 5 | He's on the board of MyPillow.  He's a friend of mine. | 09:07AM |
| 6 | We go back to 20-some years. | 09:07AM |
| 7 | Q.   At one point, Mr. Furlong was a member of | 09:07AM |
| 8 | MyPillow's board of directors? | 09:07AM |
| 9 | A.   Yeah. | 09:07AM |
| 10 | Q.   During what period of time? | 09:07AM |
| 11 | A.   I don't know.  Maybe 2011 or '12 to present. | 09:07AM |
| 12 | Q.   And Mr. Furlong is a friend of yours, sir? | 09:08AM |
| 13 | A.   He -- became friends.  We -- I met him when | 09:08AM |
| 14 | he -- I started MyPillow, and we were professional card | 09:08AM |
| 15 | counters before that.  I met him the year 2000. | 09:08AM |
| 16 | Q.   I'm going to direct your attention to some | 09:08AM |
| 17 | information in this text chain between you and | 09:08AM |
| 18 | Mr. Furlong. | 09:08AM |
| 19 | A.   Correct. | 09:08AM |
| 20 | Q.   If you go back to Page 11, do you see there's a | 09:08AM |
| 21 | date in the middle of the top? | 09:08AM |
| 22 | A.   Yes. | 09:08AM |
| 23 | Q.   January 19, 2016, correct? | 09:08AM |
| 24 | A.   That's correct. | 09:08AM |
| 25 | Q.   Do you see that on the left are messages from | 09:08AM |



1    Mr. Furlong?                                              09:08AM

2        A.   Yes.                                            09:08AM

3        Q.   And then do you see on the right, those are     09:08AM

4    messages from yourself?                                  09:08AM

5        A.   Yes.                                            09:08AM

6        Q.   On that date, Mr. Furlong says, "Call me when   09:08AM

7    you can."  Do you see that?                              09:08AM

8        A.   Yes.                                            09:08AM

9        Q.   And you responded, "If I run with Trump...can   09:08AM

10   we count on your vote?"  Correct?                        09:08AM

11       A.   That's correct.                                 09:08AM

12       Q.   Okay.                                           09:08AM

13       A.   I said that because Jim Furlong is a raging     09:08AM

14   left Democratic, and him and I argued over Bush and      09:08AM

15   stuff all the time.  So that was very much sarcasm.      09:09AM

16       Q.   You were trying to antagonize Mr. Furlong?      09:09AM

17       A.   Yes.                                            09:09AM

18       Q.   And he responded the next day on January 20th,  09:09AM

19   2016, correct?                                           09:09AM

20       A.   What's that?                                    09:09AM

21       Q.   He responded the next day to your text?         09:09AM

22       A.   Yeah.  Yeah.                                    09:09AM

23       Q.   And Mr. Furlong says, "Yes, you can, maybe,"    09:09AM

24   right?                                                   09:09AM

25       A.   Right.                                          09:09AM



1        Q.  And then he says, "Red alert," right?              09:09AM

2        A.  "Red alert" is a different text.                   09:09AM

3        Q.  Yes.  On the next day?                             09:09AM

4        A.  Right.  Yeah, "red alert" has --                   09:09AM

5        Q.  Okay.                                              09:09AM

6        A.  -- nothing to do with that.                        09:09AM

7        Q.  Nothing --                                         09:09AM

8        A.  We were talking about Costco.  We were talking     09:09AM

9    about Costco.  This is stuff in between in our text,       09:09AM

10   sarcasm.                                                   09:09AM

11       Q.  Okay.                                              09:09AM

12       A.  Believe me, Jim Furlong would never vote for       09:09AM

13   me.                                                        09:09AM

14       Q.  I'm going to direct your attention to another      09:09AM

15   portion of this text, sir.  If you could go to Page 13,    09:09AM

16   please.                                                    09:09AM

17       A.  Okay.                                              09:09AM

18       Q.  And actually, if you look on -- I'll have you      09:09AM

19   go to 12 instead.  There's a date at the bottom that       09:09AM

20   will identify the date from this text chain.               09:09AM

21           Do you see it's February 6, 2016, at the           09:10AM

22   bottom of Page 12?                                         09:10AM

23           MR. KACHOUROFF:  You're on 13, Mike.               09:10AM

24       A.  Okay.                                              09:10AM

25       Q.  (BY MS. WRIGLEY)  Do you see at the bottom of      09:10AM



| | | |
|---|---|---|
| 1 | Page 12, it's February 6, 2016? | 09:10AM |
| 2 |     A.  Uh-huh. | 09:10AM |
| 3 |     Q.  And then if you go to Page 13, do you see it is | 09:10AM |
| 4 | a continuation of a text from yourself back to | 09:10AM |
| 5 | Mr. Furlong? | 09:10AM |
| 6 |     A.  Right. | 09:10AM |
| 7 |     Q.  And in that text, you sent him some | 09:10AM |
| 8 | attachments.  You say, "Morgan Freeman...I'm going to | 09:10AM |
| 9 | meet Ben Carson right now.  I get to go to meet and | 09:10AM |
| 10 | visit George Bush in Dallas.  This is surreal."  Do you | 09:10AM |
| 11 | see that? | 09:10AM |
| 12 |     A.  Yes. | 09:10AM |
| 13 |     Q.  Mr. Furlong responds, correct? | 09:10AM |
| 14 |     A.  Yeah. | 09:10AM |
| 15 |     Q.  He says, "I was thinking he is known for being | 09:10AM |
| 16 | quiet, and you're not, so you could be his running mate. | 09:10AM |
| 17 | Not that I would vote for you, though!!"  Do you see | 09:10AM |
| 18 | that? | 09:10AM |
| 19 |     A.  Right. | 09:10AM |
| 20 |     Q.  You responded, "Right," Mr. Lindell? | 09:10AM |
| 21 |     A.  Yeah. | 09:10AM |
| 22 |     Q.  You say, "Now, that's a great idea!" | 09:10AM |
| 23 |     A.  Yeah.  Right. | 09:11AM |
| 24 |     Q.  "I'm getting together with Trump in three | 09:11AM |
| 25 | weeks...I think you would rather have two no filter loud | 09:11AM |



1    voices."  Do you see that?                                09:11AM

2         A.  Yeah.                                            09:11AM

3         Q.  You also said, "Trump/Lindell 2016."  Do you     09:11AM

4    see that?                                                 09:11AM

5         A.  Yeah.                                            09:11AM

6         Q.  And Mr. Furlong responds, correct?               09:11AM

7         A.  Right.                                           09:11AM

8         Q.  And then in response to Mr. Furlong's comment,   09:11AM

9    you say, "LOL," right?                                    09:11AM

10        A.  Right.  He said, "That would be an F'ing          09:11AM

11   disaster, but entertaining."  You see how we banter back  09:11AM

12   and forth.                                                09:11AM

13        Q.  Indeed.                                          09:11AM

14        A.  You could go all the way back to George Bush.     09:11AM

15   And I didn't know anything about politics, but this is    09:11AM

16   just him and I -- when you do your deposition with him,   09:11AM

17   he'll fill you in.                                        09:11AM

18        Q.  Were -- did you have a relationship with former  09:11AM

19   President Trump in 2016, sir?                             09:11AM

20        A.  No.  I met him on August 15, 2016.  I've never    09:11AM

21   watched The Apprentice, didn't know who he was.  I had    09:11AM

22   heard his name, obviously.                                09:11AM

23             Met him in a meeting on August 15, 2016.        09:11AM

24   Walked into his office.  It was just him and I.  He       09:11AM

25   wanted -- he had asked me to meet him, and his questions  09:11AM



```
 1  were, "How is it manufacturing MyPillow here in the        09:12AM
 2  USA?"  That's what the meeting was about.                   09:12AM
 3              And then he said -- he -- I said -- he          09:12AM
 4  said, "Whatever you do, don't tell them you were a crack    09:12AM
 5  addict."                                                    09:12AM
 6              And I said -- you know, I said, "I used to      09:12AM
 7  be a crack addict."  And I kind of looked at him, and I     09:12AM
 8  said, "But I'm going to have the Lindell Recovery           09:12AM
 9  Network and help addicts all over the country."             09:12AM
10              And he said, "I'm going to shut the             09:12AM
11  wall" -- "shut down the border and stop the drugs           09:12AM
12  pouring in."  And it was just a -- he just wanted my        09:12AM
13  opinion as a businessman.                                   09:12AM
14              And walked out of there about 40 minutes        09:12AM
15  later.  He had no other agenda.  Went and talked to his     09:12AM
16  employees and everything.                                   09:12AM
17              I said, "Wow, I've never voted in my life,"     09:12AM
18  because I didn't know a filibuster from a milibuster.  I    09:12AM
19  didn't know a Democrat from a Republican, and I knew        09:12AM
20  nothing.                                                    09:12AM
21              And anyway, he -- I went and talked to his      09:12AM
22  employees, and all his employees said, "Great man, great    09:12AM
23  boss."  And this guy was validating what I had just         09:12AM
24  seen, because it was kind of surreal that he would even     09:12AM
25  want my opinion from Minnesota for the manufacture, but     09:12AM
```



```
 1  any idea he had sounded good.                              09:13AM

 2              And I got back to Minnesota, and that's        09:13AM

 3  where Jim Furlong would come in.  I went to a board        09:13AM

 4  meeting, and I said -- you know, I said, "I'm going to     09:13AM

 5  do a press release and tell the people I met Donald        09:13AM

 6  Trump."                                                    09:13AM

 7              And half the people -- or not half the         09:13AM

 8  people, but one other guy in the room, the -- our -- Joe   09:13AM

 9  Springer, at the time, he said, "If you do that, you're    09:13AM

10  going to lose half our business."                          09:13AM

11              I said, "Why?"                                 09:13AM

12              I said, "That doesn't make sense to me."       09:13AM

13              Obviously, media started, and I could walk     09:13AM

14  across the street and there's CBS, CNN, FOX, everyone.     09:13AM

15  How many more employees are you going to hire?  How are    09:13AM

16  you helping people with addiction?  And I did -- went      09:13AM

17  ahead and did the press release, and the media attacked    09:13AM

18  me like I've never been attacked before at that time.      09:13AM

19              And at that time, it was devastating.  They    09:13AM

20  were going to call me a drug dealer, and I had never       09:13AM

21  dealt a drug in my life.  I tried to rid Minneapolis of    09:13AM

22  drugs by doing them all.                                   09:13AM

23              And so there was a -- when I did that, it      09:14AM

24  was like -- then I just -- I'm going what is with this,    09:14AM

25  you know.  Because my opinion, I met the guy, I did my     09:14AM
```



MICHAEL J. LINDELL                                          June 11, 2024
SMARTMATIC USA vs LINDELL                                              24

```
 1  due diligence, and I'm getting attacked.  And this media    09:14AM
 2  I broke bread with.  I knew all the reporters,              09:14AM
 3  everything, and --                                          09:14AM
 4           MR. KACHOUROFF:  Mike, hold on.                    09:14AM
 5           What was the question?  I forgot the               09:14AM
 6  question.                                                   09:14AM
 7           THE WITNESS:  Did I meet Donald Trump.             09:14AM
 8           MR. KACHOUROFF:  Yeah.                             09:14AM
 9           THE WITNESS:  When did I meet him.  Did            09:14AM
10  I --                                                        09:14AM
11           MR. KACHOUROFF:  If she wants to know more,        09:14AM
12  she'll ask you more.                                        09:14AM
13           THE WITNESS:  Well, I'm telling her more.          09:14AM
14  I mean, I'm going to tell her more.                         09:14AM
15           MR. KACHOUROFF:  I know.  I got it.  I got         09:14AM
16  it.                                                         09:14AM
17      Q.  (BY MS. WRIGLEY)  I'm going to ask you -- let       09:14AM
18  me ask you --                                               09:14AM
19           MR. KACHOUROFF:  Believe me, she'll ask           09:14AM
20  you.                                                        09:14AM
21      Q.  (BY MS. WRIGLEY)  I'll ask my follow-up             09:14AM
22  question, Mr. Lindell.                                      09:14AM
23           Have you been a supporter of former               09:14AM
24  President Trump since 2016?                                 09:14AM
25      A.  Since I -- that's where I was getting to, to       09:14AM
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  pre -- answer your question.                              09:14AM

 2             When I got out of that office, I thought,     09:14AM

 3  you know, I don't know much about politics.  I had never 09:14AM

 4  voted.  I said this guy will be great if he does what he 09:14AM

 5  says.  And then I went all in.                           09:14AM

 6             And when I say -- by "all in," I went to      09:14AM

 7  this -- the second and third debate by myself, and they  09:14AM

 8  put me in the spin room, because I was a pretty          09:14AM

 9  nationally known figure then.                            09:14AM

10             And I remember MSNBC or FOX, both of them,    09:15AM

11  asked me, you know, "Why are you supporting him?"        09:15AM

12             And I just said, "You know what?  I met       09:15AM

13  him, and I think he'll be great because he's a           09:15AM

14  businessman," and that I had done my due diligence.      09:15AM

15  So...                                                    09:15AM

16      Q.   So, Mr. Lindell, you've been all in on former   09:15AM

17  President Trump since 2016, correct?                     09:15AM

18      A.   Uh-huh.                                         09:15AM

19      Q.   And you've been a supporter of President Trump  09:15AM

20  since 2016?                                              09:15AM

21      A.   That's -- since the day I met him.              09:15AM

22      Q.   And you were --                                 09:15AM

23      A.   Well, after I did my due diligence, correct.    09:15AM

24      Q.   And you were a supporter of former President    09:15AM

25  Trump in connection with the 2020 election, right?       09:15AM
```



| | | |
|---|---|---|
| 1 | A.  Yes. | 09:15AM |
| 2 | Q.  Okay.  And you've attended debates that | 09:15AM |
| 3 | President Trump has had in the -- | 09:15AM |
| 4 | (Crosstalk.) | 09:15AM |
| 5 | MR. KACHOUROFF:  I'm going to object to all | 09:15AM |
| 6 | this as relevance -- on the grounds of relevance. | 09:15AM |
| 7 | A.  Yes, I've attended two debates. | 09:15AM |
| 8 | Q.  (BY MS. WRIGLEY)  And you've attended a number | 09:15AM |
| 9 | of political rallies with former President Trump, | 09:15AM |
| 10 | correct? | 09:15AM |
| 11 | A.  That sounds -- yeah. | 09:15AM |
| 12 | Q.  Okay.  How many? | 09:15AM |
| 13 | A.  I don't know.  Over a hundred. | 09:15AM |
| 14 | Q.  Do you continue to attend political rallies for | 09:15AM |
| 15 | former President Trump? | 09:15AM |
| 16 | A.  What's that? | 09:15AM |
| 17 | Q.  Do you continue to attend political rallies for | 09:15AM |
| 18 | former President Trump? | 09:15AM |
| 19 | A.  Do I continue to?  I went to, I think, two this | 09:15AM |
| 20 | year. | 09:16AM |
| 21 | Q.  Have you donated money to the Trump campaign? | 09:16AM |
| 22 | A.  No.  Well, I take that back.  25,000, I | 09:16AM |
| 23 | believe.  I don't know if it was to the campaign.  It | 09:16AM |
| 24 | was to -- that was about a month ago to speak -- it was | 09:16AM |
| 25 | a speaking thing.  It was more for that -- whatever that | 09:16AM |



1  organization.  It was the Minnesota something.  It was a        09:16AM
2  Lincoln dinner thing, I think.                                  09:16AM
3       Q.  And, in fact, in connection with the 2020             09:16AM
4  presidential election, former President Trump made you          09:16AM
5  head of his campaign in Minnesota, correct?                     09:16AM
6       A.  It was like an honorary co-chair thing.  I            09:16AM
7  didn't do anything but just talk publicly.                      09:16AM
8       Q.  Can I have you go back to the exhibit that            09:16AM
9  we're looking at, sir, Exhibit 586, and I'm going to            09:16AM
10 have you turn to Page -- give me two seconds to get my          09:16AM
11 place -- Page 32.  Just let me know when you're there.          09:17AM
12      A.  I see that.                                            09:17AM
13      Q.  Do you see at the top the date is July 24,             09:17AM
14 2016?                                                            09:17AM
15      A.  Yeah.                                                  09:17AM
16      Q.  Mr. Furlong says, "I'm watching you.  You do           09:17AM
17 look presidential.  You should run."  Do you see that?          09:17AM
18      A.  Yeah.                                                  09:17AM
19      Q.  And you sent him a number of attachments in            09:17AM
20 response with the comment, "It would not surprise me if         09:17AM
21 I ended up running some day...nothing surprises me any          09:17AM
22 more."  Do you see that?                                         09:17AM
23      A.  Yeah.                                                  09:17AM
24      Q.  I'm going to ask you about another part of this        09:17AM
25 exhibit, Page 42, sir.  Do you see on Page 42, the date         09:17AM



| | | |
|---|---|---|
| 1 | at the -- | 09:17AM |
| 2 | A.  Yeah. | 09:17AM |
| 3 | Q.  -- top is September 30, 2016? | 09:17AM |
| 4 | A.  Yeah. | 09:17AM |
| 5 | Q.  And then on the right, your messages below the | 09:17AM |
| 6 | attachments, do you see you mention, "I had dinner with | 09:17AM |
| 7 | the Trumps, and we talked MyPillow LOL."  Do you see | 09:17AM |
| 8 | that? | 09:17AM |
| 9 | A.  Yeah. | 09:17AM |
| 10 | Q.  Mr. Furlong responded, "Nice," correct? | 09:17AM |
| 11 | A.  Right. | 09:17AM |
| 12 | Q.  You responded, "Donald talked me up for five | 09:17AM |
| 13 | minutes.  He was arguing with his wife over which pillow | 09:17AM |
| 14 | to get.  I sided with her LOL."  Do you see that? | 09:18AM |
| 15 | A.  Right. | 09:18AM |
| 16 | Q.  And did you have the opportunity to have dinner | 09:18AM |
| 17 | with former President Trump and his wife in 2016? | 09:18AM |
| 18 | A.  No.  No.  It was a dinner, and afterwards, I | 09:18AM |
| 19 | talked to them.  That's when I first met her. | 09:18AM |
| 20 | Q.  Okay. | 09:18AM |
| 21 | A.  It was a five-minute conversation.  So the | 09:18AM |
| 22 | dinner was probably 50 people in the room.  We were not | 09:18AM |
| 23 | at their table.  I got to talk to them for five minutes | 09:18AM |
| 24 | afterwards, just them two and myself as we -- as they -- | 09:18AM |
| 25 | everybody had left. | 09:18AM |



1      Q.   Can I have you turn to Page 60, sir.  At the        09:18AM

2   bottom, do you see that date for the last message is       09:18AM

3   July 18, 2017?  Are you with me?                           09:18AM

4      A.   Yeah.                                               09:18AM

5      Q.   Mr. Furlong states, "Is anything that goes on      09:18AM

6   today going to be broadcast on any channel, and what       09:18AM

7   show did you say was going to air this week?  I want to    09:19AM

8   tell the agents."  Do you see that?                        09:19AM

9      A.   Yeah.                                               09:19AM

10      Q.   Let me ask you this:  At this point in time in    09:19AM

11   July of 2017, did Mr. Furlong have responsibilities for    09:19AM

12   MyPillow at all?                                           09:19AM

13      A.   Yeah.  He was running -- running our home shows   09:19AM

14   and fairs.  We have a whole other wing of our business.    09:19AM

15   There's probably 90 -- 90 people that never go home.       09:19AM

16   They go show to show.  It's a very complex business        09:19AM

17   with -- we don't have it any more because they cancelled   09:19AM

18   us, but -- well, we do in some respect.  State fairs,      09:19AM

19   Costco.  We go -- go there and do a three-day show, a      09:19AM

20   four-day show.                                             09:19AM

21           Somebody's asking there, is that they're --       09:19AM

22   I would do a lot of speaking.  Not anything political,     09:19AM

23   but it would be -- if I was going to be speaking on --     09:19AM

24   back then, it was all about MyPillow and addiction, you    09:19AM

25   know.  I do speaking at a lot of churches.                 09:19AM



1        So if he was -- if there were going to be          09:19AM

2  broadcasts or something with MyPillow, any special --     09:19AM

3  anything we were doing -- I did like so many appearances   09:20AM

4  on podcasts.  That's what I did.  That was a big part of   09:20AM

5  our business.  You would do a podcast -- or Sean Hannity   09:20AM

6  or CNN, whatever I would be on, they would want to know    09:20AM

7  because we would get -- we were talking about the          09:20AM

8  pillow.  We would get great sales, and these people,       09:20AM

9  they wanted the agents to be aware of it.                  09:20AM

10       Q.  If you go to the next page on Page 61, do you    09:20AM

11  see that you responded, "Sorry, I just saw this"?  Do     09:20AM

12  you see that?                                              09:20AM

13       A.  Uh-huh.                                          09:20AM

14       Q.  Is that a yes?  I'm sorry, Mr. Lindell.          09:20AM

15       A.  What's that?                                     09:20AM

16       Q.  Was that a yes?                                  09:20AM

17       A.  It was a yes.                                    09:20AM

18       Q.  And then Mr. Furlong responded, "You'd be a      09:20AM

19  good boy in the White House."  Do you see that?           09:20AM

20       A.  Yes.                                             09:20AM

21       Q.  You respond, "I'm now going on Fox & Friends     09:20AM

22  tomorrow," correct?                                       09:20AM

23       A.  Yes.                                             09:20AM

24       Q.  And the next day, July 19, 2017, Mr. Furlong     09:20AM

25  texted you, "Wow.  Your Trump's right-hand man."  Do you  09:20AM



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                    31

| | | |
|---|---|---|
| 1 | see that? | 09:20AM |
| 2 | A.  Yes. | 09:20AM |
| 3 | Q.  And then you included a link to a C-SPAN | 09:20AM |
| 4 | article that has the title, "President holds roundtable | 09:21AM |
| 5 | Made America Agenda." | 09:21AM |
| 6 | A.  Right.  That was national.  There was eight, | 09:21AM |
| 7 | nine, ten businesses invited to the White House for Made | 09:21AM |
| 8 | in America. | 09:21AM |
| 9 | Q.  If you go to the next page on 62, it's a | 09:21AM |
| 10 | continuation of that text chain on the 19th of | 09:21AM |
| 11 | July 2017.  Do you see that in the middle of the | 09:21AM |
| 12 | attachments you wrote to Mr. Furlong, "Everyone in the | 09:21AM |
| 13 | White House wanted my picture.  So surreal"?  Do you see | 09:21AM |
| 14 | that? | 09:21AM |
| 15 | A.  That's correct. | 09:21AM |
| 16 | Q.  And then if you go to the next page, on | 09:21AM |
| 17 | Page 63, do you see after the attachments Mr. Furlong | 09:21AM |
| 18 | responded, "Cool pics and nice suit"?  Do you see that? | 09:21AM |
| 19 | A.  Yeah. | 09:21AM |
| 20 | Q.  And then the next day, you message him back on | 09:21AM |
| 21 | July 20th, 2017, correct? | 09:21AM |
| 22 | A.  Uh-huh. | 09:21AM |
| 23 | Q.  And you say, "People at the White House asked | 09:21AM |
| 24 | me if I would consider running for president in 2024. | 09:21AM |
| 25 | At least four people asked me that."  Do you see that? | 09:21AM |



| | |
|---|---|
| 1 | A.  Correct. | 09:21AM |
| 2 | Q.  And were you, in fact, asked during a visit at | 09:21AM |
| 3 | the White House in 2017 about potentially running for | 09:21AM |
| 4 | president in 2024? | 09:22AM |
| 5 | A.  These were the little kids that run around that | 09:22AM |
| 6 | give -- guide you through the thing.  They're interns. | 09:22AM |
| 7 | They were the ones saying, "You should run in 2024." | 09:22AM |
| 8 | Q.  If you go to the very last page of this | 09:22AM |
| 9 | exhibit, Page 93, I'm going to ask you about one last | 09:22AM |
| 10 | one.  Do you see the date at the top is June 30th, 2018? | 09:22AM |
| 11 | Do you see that? | 09:22AM |
| 12 | A.  Yeah. | 09:22AM |
| 13 | Q.  And that's about a year later, correct, from | 09:22AM |
| 14 | the messages we just saw? | 09:22AM |
| 15 | A.  Yeah. | 09:22AM |
| 16 | Q.  And then you write to Mr. Furlong, "Tell the | 09:22AM |
| 17 | vendors it's going to be great again."  You send an | 09:22AM |
| 18 | attachment.  And you write, "I think I'm going to run in | 09:22AM |
| 19 | 2024."  Do you see that? | 09:22AM |
| 20 | A.  Yeah. | 09:22AM |
| 21 | Q.  And Mr. Furlong responded, correct? | 09:22AM |
| 22 | A.  Just a crying face, yes.  Once again, our | 09:22AM |
| 23 | kidding back and forth.  He's got a little crying face | 09:22AM |
| 24 | at me. | 09:22AM |
| 25 | Q.  You can put that aside, and I'm going to show | 09:22AM |



| | | |
|---|---|---|
| 1 | you another document, sir. | 09:22AM |
| 2 |     A.  What's that? | 09:23AM |
| 3 |     Q.  You can put that one to the side.  I'm going to | 09:23AM |
| 4 | mark and show you another document. | 09:23AM |
| 5 |           MR. KACHOUROFF:  What did you mark this one | 09:23AM |
| 6 | as?  I'm sorry. | 09:23AM |
| 7 |           MS. WRIGLEY:  This one, 586. | 09:23AM |
| 8 |           MR. KACHOUROFF:  I'm sorry. | 09:23AM |
| 9 |           MS. WRIGLEY:  No.  No.  That's okay. | 09:23AM |
| 10 |           MR. KACHOUROFF:  I don't want to get them | 09:23AM |
| 11 | mixed up. | 09:23AM |
| 12 |           MS. WRIGLEY:  I'm going to mark the next | 09:23AM |
| 13 | one as 587.  Thank you. | 09:23AM |
| 14 |           (Exhibit 587 marked.) | 09:23AM |
| 15 |     Q.  (BY MS. WRIGLEY)  Mr. Lindell, I'm going to | 09:23AM |
| 16 | hand you what's been marked as Exhibit 587. | 09:23AM |
| 17 |           And, sir, just for the record, I saw you | 09:23AM |
| 18 | looking at your phone.  You're not recording or | 09:23AM |
| 19 | anything, are you? | 09:23AM |
| 20 |     A.  No.  Do you want me to? | 09:23AM |
| 21 |     Q.  No. | 09:23AM |
| 22 |     A.  Okay. | 09:23AM |
| 23 |     Q.  We have an official video, and you can get a | 09:23AM |
| 24 | copy of it, so -- | 09:23AM |
| 25 |     A.  Yeah -- but the FBI.  Can you hear that, FBI? | 09:23AM |



```
 1  Yeah.  I've got to turn you off.                        09:23AM

 2       Q.  No.  No.  I just don't know that -- to do my   09:23AM

 3  job --                                                  09:23AM

 4       A.  Well, you know, the FBI listens to everything I 09:23AM

 5  do, so it's just -- but I'll do it.                     09:23AM

 6       Q.  It listens to everyone --                      09:23AM

 7       A.  They might take a -- maybe they're taking the  09:23AM

 8  day off today.                                          09:24AM

 9       Q.  Listens to everything everyone does, not just  09:24AM

10  you, I'm sure.                                          09:24AM

11           Mr. Lindell, I've handed to you what's been    09:24AM

12  marked as 587.  Just for the record, this is a news     09:24AM

13  article from CNN that's been printed up.                09:24AM

14       A.  Yeah.                                          09:24AM

15       Q.  Just for the record, it has an Exhibit No. 140 09:24AM

16  on the cover sheet.  That's because this is a news      09:24AM

17  article that was attached to the complaint in this case.09:24AM

18       A.  Yeah.                                          09:24AM

19       Q.  I'm going to have you turn to the second page  09:24AM

20  of this exhibit.                                        09:24AM

21       A.  Yep.                                           09:24AM

22       Q.  This is a CNN news article.  And just so you   09:24AM

23  understand the information on here, at the bottom        09:24AM

24  left-hand corner, it's always a capture sticker.  It    09:24AM

25  identifies exactly where on the Internet this article   09:24AM
```



| | | |
|---|---|---|
| 1 | was pulled from and exactly the date it was pulled from. | 09:24AM |
| 2 | A.  Yep. | 09:24AM |
| 3 | Q.  And sometimes in order for all of the | 09:24AM |
| 4 | information, when it gets printed up from the Internet | 09:24AM |
| 5 | to get captured, sometimes the information repeats from | 09:24AM |
| 6 | one page to another -- | 09:24AM |
| 7 | A.  I understand. | 09:24AM |
| 8 | Q.  -- but I'll represent that it's all in here. | 09:24AM |
| 9 | A.  Right. | 09:24AM |
| 10 | Q.  Do you see this article from CNN Politics | 09:24AM |
| 11 | titled, "How Mike Lindell, the MyPillow guy, became a | 09:24AM |
| 12 | midterm messenger"? | 09:25AM |
| 13 | A.  Yes. | 09:25AM |
| 14 | Q.  Are you familiar with this article, sir? | 09:25AM |
| 15 | A.  I've seen that picture a million times.  That | 09:25AM |
| 16 | was that summit we went to.  That's the one you just | 09:25AM |
| 17 | talked about a little bit ago. | 09:25AM |
| 18 | Q.  The date of the article is November 4th, 2018. | 09:25AM |
| 19 | Do you see that? | 09:25AM |
| 20 | A.  Yes. | 09:25AM |
| 21 | Q.  The article starts, "President Donald Trump | 09:25AM |
| 22 | isn't get much sleep, and neither is Mike Lindell.  But | 09:25AM |
| 23 | with days to go before the midterm elections, don't | 09:25AM |
| 24 | blame their pillows.  Lindell, the mustachioed MyPillow | 09:25AM |
| 25 | inventor and infomercial star, is doing his part ahead | 09:25AM |



| | |
|---|---|
| 1  of next Tuesday, hitting the road in support of | 09:25AM |
| 2  conservative candidates and popping up at many a Trump | 09:25AM |
| 3  rally across the country.  Lindell, one of just a few | 09:25AM |
| 4  celebrity endorsers, gave Trump his seal of approval | 09:25AM |
| 5  early and remains a key supporter."  Do you see that? | 09:25AM |
| 6       A.  Yes. | 09:25AM |
| 7            MR. KACHOUROFF:  This is all hearsay, and | 09:25AM |
| 8  I'm objecting on the grounds of relevance, just so you | 09:25AM |
| 9  know. | 09:25AM |
| 10      Q.  (BY MS. WRIGLEY)  And in November of 2018, were | 09:25AM |
| 11 you hitting the road in support of conservative | 09:25AM |
| 12 candidates at Trump rallies across the country? | 09:25AM |
| 13      A.  I didn't do many then, I don't believe.  I | 09:25AM |
| 14 don't -- I don't remember -- if I did a rally, I would | 09:26AM |
| 15 go there, sometimes speak, sometimes not.  I -- I'm | 09:26AM |
| 16 guessing I wasn't doing much speaking at the rallies. | 09:26AM |
| 17 But I did go his rallies.  I enjoyed going to the | 09:26AM |
| 18 rallies, yeah. | 09:26AM |
| 19      Q.  In November -- | 09:26AM |
| 20      A.  Did I endorse any people back then?  I don't | 09:26AM |
| 21 think so.  I don't endorse too many people. | 09:26AM |
| 22      Q.  In November of 2018, had you endorsed former | 09:26AM |
| 23 President Trump? | 09:26AM |
| 24      A.  What's that? | 09:26AM |
| 25      Q.  In November of 2018, had you endorsed former | 09:26AM |



| | | |
|---|---|---|
| 1 | President Trump? | 09:26AM |
| 2 | A.  He wasn't running then. | 09:26AM |
| 3 | Q.  Understood. | 09:26AM |
| 4 | A.  Is that a trick question?  I was -- | 09:26AM |
| 5 | I endorsed -- | 09:26AM |
| 6 | Q.  Were you a supporter then? | 09:26AM |
| 7 | A.  I endorsed a guy from Minnesota.  That's where | 09:26AM |
| 8 | I got involved, Doug Wardlow.  He's also my attorney | 09:26AM |
| 9 | now.  He was running for Attorney General of Minnesota. | 09:26AM |
| 10 | That's where I was really -- I really got involved on. | 09:26AM |
| 11 | He was one of the candidates I endorsed then.  There may | 09:26AM |
| 12 | have been one or two others, but that's -- Jason Lewis, | 09:26AM |
| 13 | I think, from Minnesota.  I was kind of concentrating on | 09:26AM |
| 14 | Minnesota candidates.  By then, I realized politics were | 09:27AM |
| 15 | kind of important.  Before I just started, I was smoking | 09:27AM |
| 16 | crack. | 09:27AM |
| 17 | Q.  I'm going to have you skip ahead to the sixth | 09:27AM |
| 18 | page of this document, and it's a section titled, "The | 09:27AM |
| 19 | MyPillow Guy." | 09:27AM |
| 20 | A.  Yeah. | 09:27AM |
| 21 | Q.  Do you see at the bottom there's a heading, | 09:27AM |
| 22 | "The MyPillow Guy"?  Are you with me? | 09:27AM |
| 23 | A.  Yep. | 09:27AM |
| 24 | Q.  It states, "While some companies have faced | 09:27AM |
| 25 | backlash for supporting Trump, Lindell says the pillow | 09:27AM |



1  business hasn't been affected by his politics.  In fact,    09:27AM

2  it's growing.  'It's been very good for business, but I    09:27AM

3  just do what I'm supposed to do, what God's called me to    09:27AM

4  do, and I really -- I'm not going to back down.'"    09:27AM

5              Do you see that?    09:27AM

6      A.  Yes.    09:27AM

7      Q.  Around this time of the article, November 2018,    09:27AM

8  was it good for MyPillow's business to support Trump?    09:27AM

9      A.  We had gotten through -- let me backtrack a    09:27AM

10  little.  When that attack came in '16 when I did a press    09:27AM

11  release, the Better Business Bureau came out and lowered    09:27AM

12  MyPillow's rating from an A Plus to an F.  It was all    09:28AM

13  political, hundred percent political.  I was up for    09:28AM

14  their Torch Award, I was the media's darling, and I was    09:28AM

15  their highest rated company in history for that corrupt    09:28AM

16  organization.  And they took an A Plus to an F.    09:28AM

17              They did a press release on January 2nd,    09:28AM

18  2017.  At that time, Costco was going to drop us, FOX    09:28AM

19  dropped us, and it was a big fight with the Better    09:28AM

20  Business Bureau, which is still an F.    09:28AM

21              That hurt us substantially then, but by the    09:28AM

22  time as we absorbed that first impact, I guess that it    09:28AM

23  was -- we were back to normal business as usual where    09:28AM

24  MyPillow was at a steady uphill climb.  It hadn't hurt    09:28AM

25  us being -- because I got political on one -- when --    09:28AM



1  you know, why should it, you know.                          09:28AM

2      Q.  I'm going to have you jump ahead to Page 7,         09:28AM

3  sir --                                                      09:28AM

4      A.  Uh-huh.                                             09:28AM

5      Q.  -- and ask you about something at the very          09:28AM

6  bottom, and just let me know when you are there.  Like     09:28AM

7  where -- do you see where you say, "I want to get these     09:28AM

8  people help, he said"?  Do you see that section?           09:28AM

9      A.  What's that?                                        09:29AM

10     Q.  Third paragraph from the bottom.                    09:29AM

11         MR. KACHOUROFF:  Nicole, I'm going to -- if         09:29AM

12 you're going to -- I'm not trying to be obstructive --      09:29AM

13         MS. WRIGLEY:  No.  No.  That's fine.                09:29AM

14         MR. KACHOUROFF:  -- but let him read the            09:29AM

15 whole -- that whole section, not the whole article.        09:29AM

16         MS. WRIGLEY:  Yeah.  Yeah.  That's fine.            09:29AM

17         MR. KACHOUROFF:  My -- my --                        09:29AM

18         MS. WRIGLEY:  I'm actually going to ask him         09:29AM

19 after that part of it, onto the next page.                  09:29AM

20         MR. KACHOUROFF:  Can you give him that              09:29AM

21 whole section to read so it's at least in some context     09:29AM

22 for him?                                                    09:29AM

23         MS. WRIGLEY:  Yeah.                                 09:29AM

24     Q.  (BY MS. WRIGLEY)  So, Mr. Lindell, I'm going to     09:29AM

25 ask you about the last two paragraphs on Page 7 and then    09:29AM



1  the information going onto Page 8.                          09:29AM

2     A.  Okay.                                                09:29AM

3     Q.  And then you can take a look at it, review it,       09:29AM

4  and let me know when you're ready.                          09:29AM

5     A.  Yeah.  If you start up above, I'm reading here,      09:29AM

6  it says -- this is the time that everybody was pulling      09:29AM

7  their ads from Fox News.  So with MyPillow not leaving,     09:29AM

8  at least we were -- but it did hurt us money-wise,          09:29AM

9  because they went to other parts of Fox, and then the       09:29AM

10 price of the ads went up.  They want to boycott me.         09:29AM

11 That's fine.                                                09:29AM

12         So you're asking me about the "Lindell is           09:29AM

13 open about his crack cocaine addiction" or what?            09:29AM

14    Q.  Do you see at the bottom where it says, "As to       09:30AM

15 whether he'd consider entering the political arena          09:30AM

16 himself, Lindell isn't ruling it out"?  Do you see that?    09:30AM

17    A.  Yeah, I don't -- it doesn't have a quote by it.      09:30AM

18 I don't know -- I see it there.                             09:30AM

19    Q.  And below there it says, "Right now, no, but if      09:30AM

20 God wanted me to do it, if I got it in prayer, I would      09:30AM

21 do it tomorrow."                                            09:30AM

22    A.  That's right.  I pray about everything I do.         09:30AM

23    Q.  Do you recall being asked by CNN or any other        09:30AM

24 media in 2018 whether you would consider entering the       09:30AM

25 political arena?                                            09:30AM



 1      A.  I have no idea.  I was interviewed thousands of        09:30AM
 2 times a week.  Yeah.                                            09:30AM
 3      Q.  In --                                                  09:30AM
 4      A.  Hundreds for sure.  I don't want to say any            09:30AM
 5 fake news there.  Hundreds.                                     09:30AM
 6      Q.  In 2018, is it fair to say that you had not            09:30AM
 7 ruled out a run for political office in the future?             09:30AM
 8      A.  Like I just said, the answer's right there.  I         09:30AM
 9 do what God has me do.  I pray about everything I do.           09:30AM
10 I'm very proactive in prayer.                                   09:30AM
11      Q.  Okay.  You can put that one to the side.               09:30AM
12          I'll probably -- I'm going to show you                 09:30AM
13 another document, sir.  This one will be 588.                   09:30AM
14          (Exhibit 588 marked.)                                  09:31AM
15      Q.  (BY MS. WRIGLEY)  I'm going to hand to you             09:31AM
16 what's been marked Exhibit 588.  And I'll represent for         09:31AM
17 the record that this is a text chain that was produced          09:31AM
18 as DEF 047408 between yourself and an individual, Scott         09:31AM
19 Baio.                                                           09:31AM
20          The full text chain, just for the record,             09:31AM
21 is actually 92 pages.  It's long.  That's why we didn't         09:31AM
22 print the whole thing up.  And I've excerpted, and if           09:31AM
23 you look at the page numbers with the decimal points,           09:31AM
24 the first page, and then Page 15 and 16 of that document        09:31AM
25 produced.                                                       09:31AM



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                        42

| | | |
|---|---|---|
| 1 | A.  Yeah.  Yes. | 09:31AM |
| 2 | Q.  Okay.  Mr. Lindell, do you see at the top on | 09:31AM |
| 3 | the first page this text chain starts May 9th, 2018? | 09:32AM |
| 4 | A.  That's correct. | 09:32AM |
| 5 | Q.  And do you recognize that phone number at the | 09:32AM |
| 6 | top under your name? | 09:32AM |
| 7 | A.  Yes. | 09:32AM |
| 8 | Q.  Is that your phone number? | 09:32AM |
| 9 | A.  Yes. | 09:32AM |
| 10 | Q.  And then there's a Scott Baio.  Do you see | 09:32AM |
| 11 | that? | 09:32AM |
| 12 | A.  That's correct. | 09:32AM |
| 13 | Q.  And who is Mr. Baio? | 09:32AM |
| 14 | A.  He's -- he played Chachi on Happy Days.  You | 09:32AM |
| 15 | might have watched. | 09:32AM |
| 16 | Q.  I did. | 09:32AM |
| 17 | A.  Yeah. | 09:32AM |
| 18 | Q.  Charles in Charge, maybe? | 09:32AM |
| 19 | MR. KACHOUROFF:  That's why she's asking | 09:32AM |
| 20 | the questions. | 09:32AM |
| 21 | MS. WRIGLEY:  I'm more of an '80's baby. | 09:32AM |
| 22 | A.  Yeah, that's Scott Baio. | 09:32AM |
| 23 | Q.  (BY MS. WRIGLEY)  And he's an actor or former | 09:32AM |
| 24 | actor? | 09:32AM |
| 25 | A.  Yes. | 09:32AM |



| | | |
|---|---|---|
| 1 | Q.  Okay.  And are you friends with Mr. Baio? | 09:32AM |
| 2 | A.  Now I am.  I don't know if I was back then.  I | 09:32AM |
| 3 | had just met him.  I don't know if this is -- what year | 09:32AM |
| 4 | this is. | 09:32AM |
| 5 | Q.  I'm going to ask you about something on the | 09:32AM |
| 6 | next page, which is Page 15 of this produced text chain. | 09:32AM |
| 7 | And do you see at the bottom of Page 15, there's a date | 09:32AM |
| 8 | in the middle, January 24th, 2020? | 09:32AM |
| 9 | A.  Yeah. | 09:32AM |
| 10 | Q.  Okay.  And then if you look above there -- | 09:33AM |
| 11 | sorry.  At the very top, do you see there's a date, | 09:33AM |
| 12 | January 17, 2020?  Sorry.  I'm directing you back to the | 09:33AM |
| 13 | top on Page 13.  Are you with me? | 09:33AM |
| 14 | A.  Yes. | 09:33AM |
| 15 | Q.  Okay.  On January 17, 2020, Mr. Baio texted | 09:33AM |
| 16 | you, "Brilliant cover.  Thanks for the books."  Do you | 09:33AM |
| 17 | see that? | 09:33AM |
| 18 | A.  Yeah. | 09:33AM |
| 19 | Q.  You responded with a thumbs up and said, "Hey, | 09:33AM |
| 20 | Scott, I'm going on Fox Business News in five minutes." | 09:33AM |
| 21 | Do you see that? | 09:33AM |
| 22 | A.  Correct. | 09:33AM |
| 23 | Q.  Then Mr. Baio responds, "Okay.  Got it on. | 09:33AM |
| 24 | Good stuff.  Run for something...governor."  Do you see | 09:33AM |
| 25 | that? | 09:33AM |



| | |
|---|---|
| 1 | A. Yes. | 09:33AM |

1    A.  Yes.                                           09:33AM

2    Q.  And do you recall in early 2020, Mr. Baio     09:33AM

3  texting you about running for governor?             09:33AM

4    A.  No.  This is -- I mean, he put that -- he had 09:33AM

5  just read my book.  When my book came out, I said -- if  09:33AM

6  you'd read my book, you'd find there's a lot of divine   09:33AM

7  things that happened.                                09:33AM

8            So he said, "Run for governor."           09:34AM

9            And I said, "I think governor," and that's 09:34AM

10  when -- "and then 2024, look at something bigger."  09:34AM

11    Q.  You responded to Mr. Baio in this text chain, 09:34AM

12  correct?                                            09:34AM

13    A.  Yeah.                                         09:34AM

14    Q.  And you said, "I think governor, and then 2024, 09:34AM

15  look at something bigger."  Do you see that?        09:34AM

16    A.  Yes.                                          09:34AM

17    Q.  He responded on January 24, 2020, "Lou Dobbs?" 09:34AM

18  Do you see that?                                    09:34AM

19    A.  Yes.                                          09:34AM

20    Q.  And then you responded, "Yes, I was on there 09:34AM

21  tonight."  Do you see that?                         09:34AM

22    A.  Yes.                                          09:34AM

23    Q.  And Mr. Dobbs, at this point in time, had a  09:34AM

24  show on Fox News, correct?                          09:34AM

25    A.  On Fox Business News.                         09:34AM



1      Q.  Called Lou Dobbs Tonight, right?                    09:34AM

2      A.  Yes.                                                09:34AM

3      Q.  I'm going to have you turn to the next page,        09:34AM

4  Page 16.  Do you see at the bottom in the middle there's    09:34AM

5  a date February 1st, 2020?                                  09:34AM

6      A.  Uh-huh.                                             09:34AM

7      Q.  And Mr. Baio texted you, "You around over the       09:34AM

8  weekend?"  Do you see that?                                 09:34AM

9      A.  Yes.                                                09:34AM

10     Q.  And you responded, "In Mar-a-Lago," correct?        09:34AM

11     A.  Yes.                                                09:34AM

12     Q.  And what's Mar-a-Lago?                              09:34AM

13     A.  Mar-a-Lago is where the president lives --          09:35AM

14     Q.  And Mr. Baio --                                     09:35AM

15     A.  -- our real president.  Let me say our real         09:35AM

16  president.                                                 09:35AM

17     Q.  Okay.  Are you referring to where former            09:35AM

18  President Trump lives?                                     09:35AM

19     A.  I call him the real president.  But yes, that's     09:35AM

20  correct.                                                   09:35AM

21     Q.  Okay.  Mr. Baio responded "Nice," correct?          09:35AM

22     A.  Yes.                                                09:35AM

23     Q.  And then you responded, "The president made me      09:35AM

24  his MN campaign director," correct?                        09:35AM

25     A.  Right.                                              09:35AM



MICHAEL J. LINDELL                                          June 11, 2024
SMARTMATIC USA vs LINDELL                                              46

| | | |
|---|---|---|
| 1 | Q.  And at this point in time, were you made -- did | 09:35AM |
| 2 | President Trump make you the campaign director in | 09:35AM |
| 3 | Minnesota? | 09:35AM |
| 4 |     A.  No.  It was an honorary co-director. | 09:35AM |
| 5 |     Q.  What were your responsibilities in that | 09:35AM |
| 6 | position? | 09:35AM |
| 7 |     A.  There wasn't any.  Whatever I wanted to do. | 09:35AM |
| 8 | There's no directives whatsoever.  100 percent, not one | 09:35AM |
| 9 | directive. | 09:35AM |
| 10 |     Q.  What was the -- what was the purpose of your | 09:35AM |
| 11 | role? | 09:35AM |
| 12 |     A.  I had no idea.  I went around like a surrogate | 09:35AM |
| 13 | in Minnesota.  I was -- I lived in Minnesota.  I went | 09:35AM |
| 14 | around when -- at that time, I did -- I spoke at the | 09:35AM |
| 15 | rallies when he came there.  I was pushing for Doug | 09:35AM |
| 16 | Wardlow.  Went around with Jason Lewis.  You know, that | 09:35AM |
| 17 | was about it. | 09:36AM |
| 18 |     Q.  At that point in time, were you engaging in | 09:36AM |
| 19 | activities to support President Trump's run for office | 09:36AM |
| 20 | in 2020? | 09:36AM |
| 21 |     A.  What now? | 09:36AM |
| 22 |     Q.  At that point in time, were you engaging in | 09:36AM |
| 23 | activities to support President Trump's run for office | 09:36AM |
| 24 | in -- | 09:36AM |
| 25 |     A.  What's the date on this thing?  This is '18? | 09:36AM |



1      Q.  Yes.  The one that we've just looked at was          09:36AM
2  February 2020.                                               09:36AM
3      A.  But that doesn't make sense if you have a            09:36AM
4  campaign director over here.  So it was the 2020            09:36AM
5  campaign director or 2018?                                   09:36AM
6      Q.  This was -- this text message is from 2020.         09:36AM
7      A.  Okay.  Well, then I guess it just carried over       09:36AM
8  to 2020.                                                     09:36AM
9      Q.  You can put that aside.  I'm going to show you       09:36AM
10  another document, sir.                                      09:36AM
11     A.  Okay.                                                09:36AM
12              (Exhibit 589 marked.)                           09:36AM
13     Q.  (BY MS. WRIGLEY)  This is 589, sir.  I'll            09:36AM
14  represent for the record this is a text chain produced      09:37AM
15  between yourself and Paul Ess.  The Bates number for the    09:37AM
16  document produced is DEF 047403.  Like the rest one,        09:37AM
17  this one is long.  It's over -- it's about 45 pages, so     09:37AM
18  I just have excerpts, and the excerpts are Page 24          09:37AM
19  through Page 30.                                            09:37AM
20              And then the -- the black on the first          09:37AM
21  page, sir, I'll just represent that is the way it was       09:37AM
22  produced to us, with the assumption by the attorneys        09:37AM
23  that this has been redacted by defense counsel for some     09:37AM
24  reason.                                                     09:37AM
25     A.  Okay.                                                09:37AM



| | | |
|---|---|---|
| 1 | Q.  Because they don't believe the information is | 09:37AM |
| 2 | discoverable is my sense. | 09:37AM |
| 3 |          Who is Paul Ess? | 09:37AM |
| 4 | A.  He's a -- he was a shareholder at that time in | 09:38AM |
| 5 | MyPillow.  He had stock.  It's an employee-owned | 09:38AM |
| 6 | company. | 09:38AM |
| 7 | Q.  And when you say "at that time," what period of | 09:38AM |
| 8 | time, sir? | 09:38AM |
| 9 | A.  I think he sold his stock, I don't know, in | 09:38AM |
| 10 | 2020, 2021, maybe.  I don't know. | 09:38AM |
| 11 | Q.  Was he ever a member of the board? | 09:38AM |
| 12 | A.  No. | 09:38AM |
| 13 | Q.  He was a shareholder of MyPillow, though? | 09:38AM |
| 14 | A.  Yes. | 09:38AM |
| 15 | Q.  And how many -- what was the percentage of | 09:38AM |
| 16 | shareholder of -- | 09:38AM |
| 17 | A.  I have no idea.  4 or 5 percent.  Who knows. | 09:38AM |
| 18 | Q.  And is Mr. Ess a friend of yours, sir? | 09:38AM |
| 19 | A.  Yeah, I would consider him a friend. | 09:38AM |
| 20 | Q.  And how do you know him? | 09:38AM |
| 21 | A.  I knew him -- I had met him -- he's from my | 09:38AM |
| 22 | area.  I guess I had met him years earlier.  Lost touch | 09:38AM |
| 23 | with him.  I met him -- he used to be -- frequent one of | 09:38AM |
| 24 | my restaurants -- or my restaurant I acquired that I had | 09:38AM |
| 25 | I think in the '90s.  I think he -- he was dating a | 09:38AM |



| | |
|---|---|
| 1 | friend of mine's daughter. | 09:38AM |
| 2 | Q. Okay. Sir, I'm going to ask you about a text | 09:39AM |
| 3 | chain that starts with you and Mr. Ess on Page 24. And | 09:39AM |
| 4 | if you look at the bottom, it's the second page of the | 09:39AM |
| 5 | document, there's a date May 19th, 2020. Do you see | 09:39AM |
| 6 | that? | 09:39AM |
| 7 | A. Yeah. | 09:39AM |
| 8 | Q. And do you see Mr. Ess sends you a text about | 09:39AM |
| 9 | something he watched on last Saturday's SNL? Do you see | 09:39AM |
| 10 | that? | 09:39AM |
| 11 | A. Right. | 09:39AM |
| 12 | Q. And this was an SNL where Alec Baldwin called | 09:39AM |
| 13 | in as Trump and mentioned your name. Do you see that? | 09:39AM |
| 14 | A. Yeah. | 09:39AM |
| 15 | Q. Okay. And then if you look -- if you go to 25, | 09:39AM |
| 16 | do you see that you responded? | 09:39AM |
| 17 | A. Yeah. | 09:39AM |
| 18 | Q. You say -- | 09:39AM |
| 19 | A. "Was it tonight?" | 09:39AM |
| 20 | Q. -- "No one told me. How are you watching it?" | 09:39AM |
| 21 | Do you see that? | 09:39AM |
| 22 | A. Right. | 09:39AM |
| 23 | Q. And then Mr. Ess responds that he recorded | 09:39AM |
| 24 | it -- | 09:40AM |
| 25 | A. Right. | 09:40AM |



1    Q.  -- and was watching it now.  Do you see that?        09:40AM

2    A.  Right.                                                09:40AM

3    Q.  Now, I'm going to -- this same date continues        09:40AM

4  with text back and forth, but I want to have you skip a     09:40AM

5  couple pages to Page 27.  It's all on the same date.        09:40AM

6  Just let me know when you're there.                         09:40AM

7    A.  Uh-huh.                                               09:40AM

8    Q.  Do you see -- if you look a little bit below          09:40AM

9  the middle in the right, you text Mr. Ess saying, "The      09:40AM

10 president and I will play this first before we announce      09:40AM

11 it.  Paul, we've been giving it to hundreds under the        09:40AM

12 radar.  It will change history, and I for sure should        09:40AM

13 win president in 2024.  Thumbs up."  Do you see that?        09:40AM

14   A.  Uh-huh.                                               09:40AM

15   Q.  Okay.  Do you know what this is in reference to       09:40AM

16 in terms of like playing this first before it's             09:40AM

17 announced?                                                  09:40AM

18   A.  I bought -- I put in $10 million into a guy           09:40AM

19 that reached out to me.  After I spoke at the Rose          09:40AM

20 Garden, he reached out -- it was before the China virus      09:41AM

21 shut everything down, and this guy approached me with        09:41AM

22 the cure to the virus, which is like an Ivermectin or a      09:41AM

23 hydroxychloroquine.  It was called "cerativire."  I had     09:41AM

24 it validated with doctors, including Ben Carson, and it      09:41AM

25 was a supplement so I could distribute to the country        09:41AM

