# EXHIBIT A-2

| | | |
|---|---|---|
| 1 | right away. | 09:41AM |
| 2 | I bought $10 million worth, and -- to give | 09:41AM |
| 3 | away and to save the country, and met with the | 09:41AM |
| 4 | president.  And then we had arranged with the FDA.  The | 09:41AM |
| 5 | FDA shut it down. | 09:41AM |
| 6 | And so to this day, I'm still sitting on | 09:41AM |
| 7 | it.  It all got expired.  Tried to get it to the | 09:41AM |
| 8 | Philippines when they wouldn't let it here.  Tried to | 09:41AM |
| 9 | get it to Brazil, Israel. | 09:41AM |
| 10 | And so that's where I'm sitting now, with a | 09:41AM |
| 11 | $6 million debt to the IRS because they wouldn't let me | 09:41AM |
| 12 | use that deduction back then because it all got | 09:42AM |
| 13 | outdated.  So that's what that refers to. | 09:42AM |
| 14 | The president couldn't do anything.  He was | 09:42AM |
| 15 | trying to get a -- at that time to get a -- what's it | 09:42AM |
| 16 | called, something so we could bring it to the -- to | 09:42AM |
| 17 | the -- he had done that right to -- right to try, but we | 09:42AM |
| 18 | tried -- he had to get it through the FDA, through -- I | 09:42AM |
| 19 | forget the guy's name -- Hahn -- Hahn's his last name, | 09:42AM |
| 20 | head of the FDA, and they stopped it and wanted to make | 09:42AM |
| 21 | it a -- a drug rather than a -- or a supplement, which | 09:42AM |
| 22 | it already was, and it would have opened up everything. | 09:42AM |
| 23 | And so MyPillow stayed open.  Everybody | 09:42AM |
| 24 | took it.  We never got sick.  And it would have saved | 09:42AM |
| 25 | the country.  It would have saved a lot of lives.  So it | 09:42AM |



1  was pretty sad.  The FDA basically shut it down.    09:42AM

2      Q.  And when you say "virus," you're referring to   09:42AM

3  COVID, correct?    09:42AM

4      A.  What's that?    09:42AM

5      Q.  When you say "virus," you're referring to    09:42AM

6  COVID, correct?    09:42AM

7      A.  Yeah.  The China virus, yeah.    09:42AM

8      Q.  And when you had referred to the president,    09:42AM

9  you're referring to Trump, correct?    09:42AM

10      A.  What's that?    09:42AM

11      Q.  When you said "the president," you were    09:42AM

12  referring to Trump, correct?    09:43AM

13      A.  Yeah, our real president.  That's correct.    09:43AM

14      Q.  Okay.  And you did indicate to Mr. Ess that you   09:43AM

15  thought that that was going to change history and that   09:43AM

16  you would for sure win president in 2024, correct?    09:43AM

17      A.  Yeah.  Once again, sarcasm here.  You've got to   09:43AM

18  talk to these liberals.    09:43AM

19      Q.  And Mr. Ess responded to you, you see that at   09:43AM

20  the bottom, "Wow.  I never would have guessed you would   09:43AM

21  find it.  Thought a pharmaceutical would develop it."   09:43AM

22  Do you see that?    09:43AM

23      A.  That's correct.  Right.    09:43AM

24      Q.  And if you go to the next page you said, "A guy   09:43AM

25  brought it to me in Easter Sunday.  God told him to only   09:43AM



```
 1   trust Mike Lindell."  This is a message from you,           09:43AM

 2   correct?                                                    09:43AM

 3       A.  Yes.                                                09:43AM

 4       Q.  And you said, "I met with the president and        09:43AM

 5   vice president for an hour alone, and we have been          09:43AM

 6   getting it ready ever since.  Ben Carson and I myself       09:43AM

 7   have done a lot to get this ready."  Do you see that?       09:43AM

 8       A.  Correct.                                            09:43AM

 9       Q.  Mr. Ess responds, correct?                         09:43AM

10       A.  "He should win in a bigger landslide than I        09:43AM

11   anticipated."                                               09:43AM

12       Q.  And did you understand that he was referring to    09:43AM

13   Trump?                                                      09:44AM

14       A.  No.                                                09:44AM

15       Q.  You responded to Mr. Ess, correct?                 09:44AM

16       A.  Yeah.                                               09:44AM

17       Q.  You said, "He will crush it.  Then I am running    09:44AM

18   for MN governor in 2022 and president in 2024.  Crazy.     09:44AM

19   Who would have thought.  Did you get my book yet?"  Do      09:44AM

20   you see that?                                               09:44AM

21       A.  Yes.                                                09:44AM

22       Q.  When you say, "He will crush it," who are you      09:44AM

23   referring to?                                               09:44AM

24       A.  The president, our real president.                 09:44AM

25       Q.  And then -- and Trump, correct?                    09:44AM
```



1      A.  Yes.                                              09:44AM

2      Q.  And then at that point in time, were you         09:44AM

3  considering running for governor?                        09:44AM

4      A.  No.  Once again, that's sarcasm with a friend    09:44AM

5  of mine.  You have to know Paul.  You have -- you see,   09:44AM

6  he's not focused on a fortune could be made on a         09:44AM

7  vaccine.                                                 09:44AM

8      Q.  Now --                                           09:44AM

9      A.  He's not responding to me by saying I'm going    09:44AM

10  to be president, I'll tell you that.                    09:44AM

11     Q.  Now, if you turn to Page 29, the next page,      09:44AM

12  Mr. Ess is texting you at the top.  Do you see that?    09:44AM

13     A.  Uh-huh.                                          09:44AM

14     Q.  And at the bottom of his text, the one at the    09:44AM

15  top, he says, "You told me you were going to run for    09:45AM

16  president after Trump that October night in Shakopee."  09:45AM

17  Is that how you say it?                                 09:45AM

18     A.  Yeah.                                            09:45AM

19     Q.  "Didn't think you were running for governor      09:45AM

20  until a few months ago.  Good luck with all that.  You  09:45AM

21  got my vote..."  Do you see that?                       09:45AM

22     A.  Right.                                           09:45AM

23     Q.  And you responded, correct?                      09:45AM

24     A.  Yeah.                                            09:45AM

25     Q.  Mr. Lindell, you stated, "The governor was an    09:45AM



1   add-on because I can't stand the crap in MN."  And          09:45AM

2   that's Minnesota, correct?                                  09:45AM

3       A.   Right.                                             09:45AM

4       Q.   And Mr. Ess responds, "Good for you," correct?     09:45AM

5       A.   Right.                                             09:45AM

6       Q.   And then you responded with a picture of you       09:45AM

7   and Trump in the Oval Office?                               09:45AM

8       A.   Right.                                             09:45AM

9       Q.   And he responded, "... I don't want to lose        09:45AM

10  your trust by asking you first.  Can I tell anyone about    09:45AM

11  this, the pills?  If not, trust me, i won't tell a          09:45AM

12  soul."  Do you see that?                                    09:45AM

13      A.   Yes.                                               09:45AM

14      Q.   And Mr. Ess is asking you about the medication     09:45AM

15  that you were talking about?                                09:45AM

16      A.   It was a supplement.                               09:45AM

17      Q.   The supplement?                                    09:45AM

18      A.   Yeah.  It kept him from getting it, too.           09:45AM

19      Q.   Okay.  That's all I have for that one, sir.        09:46AM

20  You can put it aside.                                       09:46AM

21           I'm going to show you another text.  This          09:46AM

22  one will be Exhibit 590.                                    09:46AM

23           (Exhibit 590 marked.)                              09:46AM

24      Q.   (BY MS. WRIGLEY)  Here you go.  Once again, for    09:46AM

25  the record, this is a text message chain that's much       09:46AM



```
 1  longer.  This one was around 125 pages.  It was produced   09:46AM

 2  as DEF 034862.  This is an excerpt of Page 1 and Page 20   09:46AM

 3  of that document.                                          09:46AM

 4           Looking at the top, sir, do you see this is       09:46AM

 5  a text chain between yourself and Kim Rasmussen?           09:46AM

 6      A.   Yeah.                                             09:46AM

 7      Q.   Who is Ms. Rasmussen?                             09:46AM

 8      A.   She's worked with MyPillow since 2010.  She       09:46AM

 9  doesn't any more.                                          09:46AM

10      Q.   When did she stop working for MyPillow?           09:46AM

11      A.   I don't know.  It was probably 2019, 2020,        09:46AM

12  somewhere in there.                                        09:47AM

13      Q.   What was her position at MyPillow, sir?           09:47AM

14      A.   What's that?                                      09:47AM

15      Q.   What was her position at MyPillow?                09:47AM

16      A.   She did bookkeeping, worked in bookkeeping.       09:47AM

17      Q.   Was Ms. Rasmussen ever a member of MyPillow's     09:47AM

18  board?                                                     09:47AM

19      A.   Yes.                                              09:47AM

20      Q.   During what period of time?                       09:47AM

21      A.   What?                                             09:47AM

22      Q.   During what period of time?                       09:47AM

23      A.   I don't know.  Probably -- I think -- yeah,       09:47AM

24  2000 -- I don't know.  '12 to '18, maybe.  I don't know.   09:47AM

25  I don't know the exact dates.                              09:47AM
```



1      Q.  Was Ms. Rasmussen ever a shareholder of            09:47AM

2   MyPillow?                                                 09:47AM

3      A.  She still is.                                      09:47AM

4      Q.  And what percentage of shares does she own of      09:47AM

5   MyPillow?                                                 09:47AM

6      A.  I don't know.  It's an employee-owned company.     09:47AM

7   2 percent, 1 percent.  I have no idea.  She had more at   09:47AM

8   one time, but when she left -- you have to -- there's an  09:47AM

9   employee agreement when they come in.  So if you don't    09:47AM

10  stay, you wouldn't get those shares.  It's like a work    09:47AM

11  agreement where you get shares as you work.  So she -- I  09:47AM

12  don't know what she ended up with.                        09:48AM

13     Q.  Mr. Lindell, are you the majority shareholder      09:48AM

14  of MyPillow?                                              09:48AM

15     A.  Yes.                                               09:48AM

16     Q.  And in 2020 and 2021, were you the majority        09:48AM

17  shareholder of MyPillow?                                  09:48AM

18     A.  Yes.                                               09:48AM

19     Q.  Currently, what is your percentage of ownership    09:48AM

20  of MyPillow?                                              09:48AM

21     A.  It's probably a little over 50 percent.            09:48AM

22     Q.  And --                                             09:48AM

23     A.  I think they put a bylaw in there when it was      09:48AM

24  below 50 percent, the board put a bylaw and said that I   09:48AM

25  can't go below 50, at least right now.  It has to be      09:48AM



1  voted on by the board, so...                                  09:48AM

2      Q.  In 2020, what percentage of shares of MyPillow        09:48AM

3  did you own?                                                  09:48AM

4      A.  Probably 50 and a half percent or 51.                 09:48AM

5      Q.  How about 2021?                                       09:48AM

6      A.  Same thing.                                           09:48AM

7      Q.  2022?                                                 09:48AM

8      A.  Same thing.                                           09:48AM

9      Q.  So have you owned somewhere around 50 to              09:48AM

10  50.5 percent of MyPillow shares from 2020 through            09:48AM

11  present?                                                     09:48AM

12     A.  Correct.                                              09:48AM

13     Q.  Okay.  And who is the second -- let me just ask       09:48AM

14  you this:  Who owns the second most amount of shares of      09:48AM

15  MyPillow?                                                    09:48AM

16     A.  No idea.  It would be some of the employees.  I       09:49AM

17  have absolutely no idea.  Probably ten of them, anywhere     09:49AM

18  from 3 to 5 percent.  After that, it's -- it could be 50     09:49AM

19  to 100 of them own different amounts.                        09:49AM

20     Q.  Going back to Exhibit 590, the text between --        09:49AM

21     A.  You mean you guys didn't study all the people         09:49AM

22  you're going to hurt or trying to hurt?                      09:49AM

23          MS. WRIGLEY:  I'm going to move to strike.           09:49AM

24  It's nonresponsive.                                          09:49AM

25     Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you see this        09:49AM



1  is -- Exhibit 590 is a text between yourself and Kim      09:49AM

2  Rasmussen?                                                09:49AM

3      A.  Yeah.                                             09:49AM

4      Q.  Do you see this starts on March 30th, 2020?  Do   09:49AM

5  you see that?                                             09:49AM

6      A.  Uh-huh.  Right.                                   09:49AM

7      Q.  Okay.  I'm going to ask you about something on    09:49AM

8  Page 20, which is the second page of 590.  Do you see in  09:49AM

9  the middle of the page there's a date, June 10th, 2020?   09:49AM

10     A.  Yes.                                              09:49AM

11     Q.  Ms. Rasmussen -- Rasmussen texts you, "How was    09:49AM

12 your meeting with Trump?"  Do you see that?               09:50AM

13     A.  Yes.                                              09:50AM

14     Q.  And you responded, sir, correct?                  09:50AM

15     A.  Yes.                                              09:50AM

16     Q.  You say, "It was awesome.  Met for two and a      09:50AM

17 half hours.  He and Pence encouraged me to run for        09:50AM

18 governor, too.  The president read my book and wouldn't   09:50AM

19 stop talking about it...LOL."  Do you see that?           09:50AM

20     A.  Right.                                            09:50AM

21     Q.  In June of 2020, were you being encouraged by     09:50AM

22 former President Trump to run for governor of Minnesota?  09:50AM

23     A.  No.  That meeting there, that particular          09:50AM

24 meeting was all his media people.  He had me there to     09:50AM

25 critique their ads.  So the -- Pence was in the room and  09:50AM



 1  all these ad people, and as we were doing ads, they          09:50AM

 2  had -- they had a -- they -- a commercial made for          09:50AM

 3  Minnesota, and it showed all the burning in Minnesota       09:50AM

 4  where they burned up Minneapolis.                           09:50AM

 5          And the president came in.  He had read my          09:50AM

 6  book.  And then Pence said -- I think made the comment,     09:50AM

 7  "Well, you should run for governor of Minnesota.  Look      09:50AM

 8  what's happening there, the horrific streets burning up     09:51AM

 9  because of the riots."  That's what this comment was        09:51AM

10  about.  The two and a half hours wasn't just me and         09:51AM

11  Pence.  It was all media people for these commercials.      09:51AM

12      Q.  Okay.  And --                                       09:51AM

13      A.  That's when that governor thing got brought up.     09:51AM

14      Q.  And you mentioned it in the text message to Kim     09:51AM

15  Rasmussen?                                                  09:51AM

16      A.  Yes.                                                09:51AM

17      Q.  I'm done with that document, sir.  I'll show        09:51AM

18  you another one.  This will be 591.                         09:51AM

19          (Exhibit 591 marked.)                               09:51AM

20      Q.  (BY MS. WRIGLEY)  This is 591.  For the record,     09:51AM

21  this is a text chain between Mr. Lindell and Corey          09:51AM

22  Lewandowski, produced as DEF 036030.  This one, like the    09:51AM

23  rest of them, is long.  It's 54 pages.  This particular     09:51AM

24  DEF exhibit includes only Page 1, Page 6 and Page 7.        09:52AM

25      A.  Uh-huh.                                             09:52AM



1    Q.  Do you see at the top, sir, this text chain          09:52AM

2  starts on June 28, 2020?                                   09:52AM

3    A.  Correct.                                             09:52AM

4    Q.  It's between yourself and Corey Lewandowski,         09:52AM

5  correct?                                                   09:52AM

6    A.  Correct.                                             09:52AM

7    Q.  Who is Mr. Lewandowski?                              09:52AM

8    A.  He worked for the president.  He was doing           09:52AM

9  campaign stuff in Minnesota, I think, and South Dakota.    09:52AM

10    Q.  He worked for President Trump?                       09:52AM

11    A.  Worked for President Donald Trump, yes --            09:52AM

12    Q.  Okay.                                                09:52AM

13    A.  -- as far as I know.                                 09:52AM

14    Q.  Okay.  And then I think you said South -- you        09:52AM

15  said Minnesota?                                            09:52AM

16    A.  I don't know what this -- he was -- I know I've      09:52AM

17  seen him in Minnesota.  He was there.  South Dakota.  He   09:52AM

18  was all over back then.                                    09:52AM

19    Q.  I'm going to direct your attention to the           09:52AM

20  second page of this document, which is the Page 6 of the   09:52AM

21  produced document.  Do you see at the top there's a date   09:52AM

22  October 17, 2020?                                          09:52AM

23    A.  Okay.                                                09:52AM

24    Q.  You write to him, "Great job on Hannity.            09:52AM

25  Thanks for bringing up Minnesota.  You are correct, we     09:53AM



1  will win MN!"  Do you see that?                    09:53AM

2      A.  Uh-huh.                                    09:53AM

3      Q.  He responded to you, correct?             09:53AM

4      A.  Where he said, "I want to win it so bad.  Don't    09:53AM

5  let the boss give up on it."                       09:53AM

6      Q.  Yes.  Do you see that, sir?                09:53AM

7      A.  Yeah.                                      09:53AM

8      Q.  And did you understand the reference to "the    09:53AM

9  boss" to be President Trump?                        09:53AM

10     A.  Yeah.  He calls him "the boss," yeah.      09:53AM

11     Q.  And then you responded by including a Breitbart    09:53AM

12  article with the title, "MyPillow's Mike Lindell    09:53AM

13  predicts Trump Minnesota victory, first-time GOP top    09:53AM

14  ticket state since 1972."  Do you see that?        09:53AM

15     A.  Correct.                                   09:53AM

16     Q.  And then there's a picture of you and a    09:53AM

17  Breitbart symbol at the bottom, correct?           09:53AM

18     A.  Yeah.  I don't know where you got the picture,    09:53AM

19  but yes.                                           09:53AM

20     Q.  Okay.  And then if you go to the next page,    09:53AM

21  Page 7, Mr. Lewandowski responds, "Boom.  Agree,"    09:53AM

22  correct?                                           09:53AM

23     A.  Yeah.                                      09:53AM

24     Q.  And then you responded to him, correct?    09:53AM

25     A.  Yeah.                                      09:53AM



1     Q.  Mr. Lindell, you wrote, "I think I texted          09:53AM

2  everyone in the campaign complaining about not running    09:54AM

3  this ad" --                                               09:54AM

4     A.  Right.                                             09:54AM

5     Q.  -- "we made for MN this last two weeks..."         09:54AM

6     A.  Yes.                                               09:54AM

7     Q.  "They finally gave in and are running it like      09:54AM

8  crazy.  I guess it pays to complain."                     09:54AM

9     A.  Yeah.                                              09:54AM

10     Q.  Do you see that?                                  09:54AM

11          And then you sent an attachment, correct?        09:54AM

12     A.  Yes.                                              09:54AM

13     Q.  And then you also said, "They were ready to       09:54AM

14  give up...I could feel it by their crickets every time I 09:54AM

15  asked when they were starting.  We are going to win      09:54AM

16  Minnesota!!!!"  Correct?                                 09:54AM

17     A.  Yeah.                                             09:54AM

18     Q.  Mr. Lewandowski responds, "We need to win.  He    09:54AM

19  wants to win MN."  Do you see that?                      09:54AM

20     A.  Yes.                                              09:54AM

21     Q.  You responded, correct, sir?                      09:54AM

22     A.  Yes.                                              09:54AM

23     Q.  You said, "We win, I'm all in on governor."       09:54AM

24     A.  That's correct.  That's what I told you earlier   09:54AM

25  in this deposition.  That's when I really was            09:54AM



1  considering it, right towards the end of 2020.                    09:54AM

2      Q.  So towards the end of 2020, you were seriously            09:54AM

3  considering running for Minnesota, correct?                       09:54AM

4      A.  No.  That's when I was really considering.                09:54AM

5  Before, it was all chatter.  It became very real then --          09:54AM

6  by then.  The stuff, especially after the riots, when I           09:55AM

7  watched my city get destroyed where I grew up on those            09:55AM

8  streets.                                                          09:55AM

9      Q.  Around this time in October of 2020, were you             09:55AM

10 considering whether to announce your run for governor of          09:55AM

11 Minnesota after the 2020 presidential election?                   09:55AM

12     A.  Yes.  Yeah, it was sometime -- it wasn't up               09:55AM

13 until 2022.                                                        09:55AM

14     Q.  Okay.  I'm going to hand you another document,            09:55AM

15 sir.  This one will be 592.                                       09:55AM

16             (Exhibit 592 marked.)                                 09:55AM

17     Q.  (BY MS. WRIGLEY)  For the record, this is a               09:55AM

18 document produced DEF 082786.  Once again, it's a text            09:55AM

19 chain.  This one is between Mike Lindell and Mary.  It's          09:56AM

20 a long one.  This chain has Pages 1, 106 through 110              09:56AM

21 included.  And then for the record, the black on the top          09:56AM

22 is the way in which it was produced by defense counsel            09:56AM

23 to us.                                                            09:56AM

24             Mr. Lindell, looking at the top, do you see           09:56AM

25 this is a text between yourself and somebody named Mary?          09:56AM



1      A.  Uh-huh.                                        09:56AM

2      Q.  Who is Mary?                                   09:56AM

3      A.  Cousin, first cousin.                          09:56AM

4      Q.  What's her last name?                          09:56AM

5      A.  Glasnapp.  Glasnapp.  Glasnapp.                09:56AM

6      Q.  Will you spell it for the record?              09:56AM

7      A.  I don't know.  G-L-A-S-N-A-P-P.                09:56AM

8      Q.  Thank, you sir.  I'm going to have you skip    09:56AM

9  ahead.                                                 09:56AM

10          MR. KACHOUROFF:  What page?                   09:57AM

11          MS. WRIGLEY:  Yeah.                           09:57AM

12      Q.  (BY MS. WRIGLEY)  So if you look on Page 106, 09:57AM

13  the second page of the exhibit, do you see at the top 09:57AM

14  the date is October 28, 2020?  Do you see that?       09:57AM

15      A.  Yes.                                          09:57AM

16      Q.  And that's a few days before the presidential 09:57AM

17  election in 2020, correct?                            09:57AM

18      A.  Right.                                        09:57AM

19      Q.  Mary says, "How was Bemidji"?                 09:57AM

20      A.  Yeah.                                          09:57AM

21      Q.  "Was there a big crowd?"  Do you see that?    09:57AM

22      A.  Yes.                                          09:57AM

23      Q.  You respond, "Yes.  I spoke in Wisconsin      09:57AM

24  today," and then there was an image.  Do you see that? 09:57AM

25      A.  Yes.                                          09:57AM



1      Q.  And do you recall what this speech in Wisconsin        09:57AM
2  was around this time?                                          09:57AM
3      A.  Just rallies.                                          09:57AM
4      Q.  Rallies for Trump?                                     09:57AM
5      A.  I don't know.  I do some myself.  I do -- I            09:57AM
6  would speak.  That looks like a Trump rally, no?               09:57AM
7      Q.  If you look at Page 107, do you think -- do you        09:57AM
8  see there's another attachment that has a picture image        09:57AM
9  of Trump at a podium?                                          09:57AM
10     A.  Yeah.  I don't know if it was the same one or          09:58AM
11 not, but if it was, it was a rally in Wisconsin.               09:58AM
12     Q.  And if you look at Page 108, do you see there's        09:58AM
13 another picture of you at what appears to be rally?            09:58AM
14     A.  Uh-huh.                                                09:58AM
15     Q.  Mary responds on that page, "Good.  Keep raking        09:58AM
16 in the voters."  Do you see that?                              09:58AM
17     A.  Uh-huh.  Yes.                                          09:58AM
18     Q.  And then if you go to the next page, Page 109,         09:58AM
19 do you see there's an image of you and President Trump         09:58AM
20 in the Oval Office at the White House?  And Mary               09:58AM
21 responds, "Nice"?                                              09:58AM
22     A.  Yeah.                                                  09:58AM
23     Q.  If you go to Page 110, this is on the same             09:58AM
24 date, do you see that -- below a picture of you and            09:58AM
25 President Trump, you write to Mary, "Tell Mark I am            09:58AM



1  running for governor in 2022, possible president in          09:58AM

2  2024.  The president and I are going to announce me          09:58AM

3  running right after the election, thumbs up"?  Do you        09:58AM

4  see that?                                                    09:58AM

5      A.  Yes.                                                 09:58AM

6      Q.  You say, "Seven days...keep praying."  Do you        09:58AM

7  see that?                                                    09:58AM

8      A.  Yes.                                                 09:58AM

9      Q.  And at this point in time, you were considering      09:58AM

10  running for governor in 2022?                               09:58AM

11      A.  Uh-huh.  A hundred percent.                         09:58AM

12      Q.  A hundred per- --                                   09:58AM

13      A.  At that time, I was very serious of running for     09:58AM

14  governor.                                                   09:59AM

15      Q.  And were you considering a possible run for         09:59AM

16  president in 2024?                                          09:59AM

17      A.  I know I put it on there, but I wasn't -- it        09:59AM

18  was -- it wasn't on my mind, it was all about governor.     09:59AM

19  This was all after the riots, after that all happened,      09:59AM

20  and I thought that I could do something to maybe fix        09:59AM

21  this in Minnesota.                                          09:59AM

22      Q.  Okay.  You can put that aside, and I'm going to     09:59AM

23  show you another document, sir.                             09:59AM

24          (Exhibit 593 marked.)                               09:59AM

25      Q.  (BY MS. WRIGLEY)  This is 593.  For the record,     09:59AM



 1  this was produced DEF 083932.  It's a text chain between    09:59AM

 2  Mike Lindell and Michelle Media, Katelyn Gamlin.  The       09:59AM

 3  first page was produced with redaction.  This is part of    09:59AM

 4  a longer text chain.  This particular Exhibit 593 only      09:59AM

 5  includes Page 1, 19 and 20 from that document.              09:59AM

 6             Mr. Lindell, do you see this is, at the          10:00AM

 7  top, a text message between yourself, Michelle Media and    10:00AM

 8  Katelyn Gamlin?                                             10:00AM

 9      A.  Correct.                                            10:00AM

10      Q.  Who is Katelyn Gamlin?                              10:00AM

11      A.  She was -- she was my executive assistant.         10:00AM

12      Q.  Was she your executive assistant in 2020?          10:00AM

13      A.  I think so.  Probably.                             10:00AM

14      Q.  2021?                                              10:00AM

15      A.  Yes.                                                10:00AM

16      Q.  And how long has Ms. Gamlin been working as        10:00AM

17  your executive assistant?                                   10:00AM

18      A.  I don't know.  Since maybe 2020, 2019,             10:00AM

19  somewhere in there.                                         10:00AM

20      Q.  Is she still your executive --                     10:00AM

21      A.  Yes.                                                10:00AM

22      Q.  -- assistant today?                                10:00AM

23      A.  Yes.                                                10:00AM

24      Q.  Michelle Media, do you know who that is?           10:00AM

25      A.  Yeah.  She's a -- she does -- she's a PR.  At      10:00AM



1   one time, she -- she was my -- we hired her firm to be a   10:00AM

2   PR firm back with MyPillow when I do media appearances.   10:00AM

3   I actually -- they actually got rid of her after -- I   10:01AM

4   think it was sometime in '18 or '19.  I just didn't feel   10:01AM

5   I needed the cost.  But that's what that is.  It's a   10:01AM

6   media reporter.   10:01AM

7      Q.  If you go to the second page, which is Page 19   10:01AM

8   of this produced document, do you see a date at the   10:01AM

9   bottom November 6, 2020?   10:01AM

10      A.  Uh-huh.   10:01AM

11      Q.  And do you see Michelle Media texts, "Hi, Mike.   10:01AM

12   A Fox Business reporter reached out asking about whether   10:01AM

13   you are running for governor in 2022.  What are you   10:01AM

14   currently saying about that?  No decision until after   10:01AM

15   the presidential election?"  Do you see that?   10:01AM

16      A.  Yeah.   10:01AM

17      Q.  And you responded, "Correct"?   10:01AM

18      A.  That's right.   10:01AM

19      Q.  And was that correct at the time?   10:01AM

20      A.  Yeah.   10:01AM

21      Q.  This is in November of 2020?   10:01AM

22      A.  Yeah.   10:01AM

23      Q.  After the presidential election in November of   10:02AM

24   2020, were you fielding inquiries from the media about   10:02AM

25   whether you were going to run for governor of Minnesota?   10:02AM



1        A.   After the election?                                  10:02AM

2        Q.   Yes, sir.                                            10:02AM

3        A.   No.  My focus was far away from -- my focus was     10:02AM

4   on one thing, looking at states and seeing why people          10:02AM

5   voted in states that didn't live there.  That was my           10:02AM

6   number one thing every day from the day of the -- the          10:02AM

7   day of -- from November 4th on.  I never gave Minnesota        10:02AM

8   governor one thought after that day.                           10:02AM

9        Q.   Okay.  I'm going to mark another document, sir.      10:02AM

10            (Exhibit 594 marked.)                                10:02AM

11       Q.   (BY MS. WRIGLEY)  This is 594.  Once again,          10:02AM

12  this is a text chain.  This one was produced DEF 081585.       10:02AM

13  This one produced was particularly long, 272 pages.            10:03AM

14  This is -- just includes a number of excerpts for pages,       10:03AM

15  Pages 1 and 28 through --                                      10:03AM

16       A.   Yeah.                                                10:03AM

17       Q.   -- 38, sir.                                          10:03AM

18            Do you see at the top this is a text chain           10:03AM

19  between yourself and Steve Bannon?                             10:03AM

20       A.   Correct.                                             10:03AM

21       Q.   Who is Steve Bannon, sir?                            10:03AM

22       A.   He's -- he's a host on War Room.  He was the        10:03AM

23  president's -- our real president's advisor I think in         10:03AM

24  '16.                                                           10:03AM

25       Q.   Did Mr. Bannon help to get President Trump           10:03AM



1  first elected to the White House?                    10:03AM

2      A.  I have no idea.  I -- I didn't know Bannon    10:03AM

3  until 2021.                                           10:03AM

4      Q.  Mr. Bannon has a podcast called War Room,     10:03AM

5  correct?                                              10:04AM

6      A.  That's correct.                               10:04AM

7      Q.  Do you see that this text chain starts on     10:04AM

8  February 18, 2021?                                    10:04AM

9      A.  Correct.                                      10:04AM

10     Q.  I'm going to jump ahead and ask you about     10:04AM

11 something that is on -- let me just walk you through it.  10:04AM

12          I'm going to start with the second page,     10:04AM

13 Page 28, of the document.  Do you see in the middle of  10:04AM

14 the page there's the date March 15, 2021?             10:04AM

15     A.  Okay.                                         10:04AM

16     Q.  Mr. Bannon writes to you, "I just read the    10:04AM

17 article.  Don't think it's all" -- "it's bad at all."  10:04AM

18 Do you see that?                                       10:04AM

19     A.  Yeah.                                          10:04AM

20     Q.  Mr. Lindell, you responded, "It's all the lies  10:04AM

21 and stuff they left out.  This article got more        10:04AM

22 complaints from people I know than all of the ones this  10:04AM

23 year out together."  Do you see that?                  10:04AM

24     A.  Yes.                                           10:04AM

25     Q.  Mr. Bannon responds to you, "Let's go through,  10:04AM



 1  but they have some great stuff in there about the          10:04AM

 2  employees and how you run the company."  Do you see        10:04AM

 3  this?                                                      10:04AM

 4       A.  Yes.                                              10:04AM

 5       Q.  And then if you go to the next page, you          10:04AM

 6  responded, "No, they actually minimized that too and       10:05AM

 7  lied."  Do you see that?                                   10:05AM

 8       A.  Yes.                                              10:05AM

 9       Q.  Mr. Bannon responded, "For a super progressive    10:05AM

10  paper, it's not that bad."                                 10:05AM

11       A.  Yes.                                              10:05AM

12       Q.  "You come off as a decent guy to those who work   10:05AM

13  for you.  We can pump up."  Do you see that?               10:05AM

14       A.  Yes.                                              10:05AM

15       Q.  What was he referring to with the reference,      10:05AM

16  "We can pump up"?                                          10:05AM

17       A.  I -- I don't know the article -- I don't know     10:05AM

18  the article he's referring to.  He's probably -- he's      10:05AM

19  pumping up MyPillow because MyPillow at that time was      10:05AM

20  getting cancelled by every single box store in the         10:05AM

21  country.  We were losing hundreds of millions of           10:05AM

22  dollars, we lost in a three-week period, and he was        10:05AM

23  trying to help at that time coming on and saying -- you    10:05AM

24  know, help my employees, and that's what he's talking      10:05AM

25  about, pump up the company, that we're -- you know,        10:05AM



1  they're destroying our company, that -- that -- for no          10:05AM
2  reason, you know.                                               10:05AM
3       Q.  Now, if you go down in text, you see in this           10:05AM
4  text chain between you and Mr. Bannon, at the bottom you        10:05AM
5  say, "I can explain why this one upset me more than all         10:05AM
6  the others put together and how the left does it well."         10:06AM
7  Do you see that?                                                10:06AM
8       A.  Uh-huh.                                                10:06AM
9       Q.  And Mr. Bannon responds, "Okay."  Do you see           10:06AM
10 that?                                                           10:06AM
11      A.  Uh-huh.                                                10:06AM
12      Q.  Now, on the next page, he responds -- I'm on           10:06AM
13 Page 30 of this produced exhibit -- "They are obsessed          10:06AM
14 with you running for governor."  Do you see that?               10:06AM
15      A.  Yes.                                                   10:06AM
16      Q.  You responded, correct?                                10:06AM
17      A.  Yes.  There -- that was the time -- Governor           10:06AM
18 Walz in Minnesota, after we had went around many times          10:06AM
19 with him, I had masks that I made for the country, and          10:06AM
20 there's a whole thing of me and the governor of                 10:06AM
21 Minnesota going back and forth battling all the time.           10:06AM
22 He would not accept the free masks.  And this was after         10:06AM
23 the election.  Things like that.                                10:06AM
24           But what he did in that -- what Bannon's              10:06AM
25 referring to here, he sent out flyers all over                  10:06AM



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
74

| | | |
|---|---|---|
| 1 | Minnesota, millions of dollars worth, I think, and with | 10:06AM |
| 2 | my picture on them, and said, "Do you want this guy | 10:06AM |
| 3 | being your governor, another Trump-like person?" | 10:06AM |
| 4 | And that's what your answer is referring | 10:07AM |
| 5 | to, that I'm referring to, they're very afraid.  I go -- | 10:07AM |
| 6 | I wasn't even going to run then, and they were afraid | 10:07AM |
| 7 | that I -- because I hadn't said anything.  I was focused | 10:07AM |
| 8 | on getting rid of the electronic voting machines and | 10:07AM |
| 9 | going to paper ballots by that time, as you know. | 10:07AM |
| 10 | Q.  Did you -- in 2021, did you have any | 10:07AM |
| 11 | discussions with Steve Bannon about potentially running | 10:07AM |
| 12 | for governor -- | 10:07AM |
| 13 | A.  No. | 10:07AM |
| 14 | Q.  -- in Minnesota? | 10:07AM |
| 15 | A.  No. | 10:07AM |
| 16 | Q.  Not a single conversation? | 10:07AM |
| 17 | A.  Not that I'm aware of.  I -- that was the | 10:07AM |
| 18 | furthest thing from my mind.  I was all about getting | 10:07AM |
| 19 | rid of electronic voting machines and going to paper | 10:07AM |
| 20 | ballots and counting.  That was my whole focus 18 hours | 10:07AM |
| 21 | a day for the next three years. | 10:07AM |
| 22 | Q.  Now, Mr. Bannon responded to you and said, "Of | 10:07AM |
| 23 | course.  Petrified." | 10:07AM |
| 24 | A.  Yeah. | 10:07AM |
| 25 | Q.  And then he said, "I would hold off on governor | 10:07AM |



1  and run for president if Trump doesn't run in '24."  Do          10:07AM

2  you see that?                                                    10:07AM

3      A.  Yeah.                                                    10:07AM

4      Q.  Did Mr. Bannon talk to you about running for            10:07AM

5  president --                                                     10:07AM

6      A.  No.                                                      10:07AM

7      Q.  -- in 2021?                                              10:07AM

8      A.  No.  No.                                                 10:07AM

9      Q.  Never?                                                   10:07AM

10     A.  No, not that I know of.  That was -- I just met          10:07AM

11  the guy around this time.                                       10:07AM

12     Q.  Now, if you go to Page 31, at the top, do you            10:07AM

13  see it's an image?  And is that the --                          10:08AM

14     A.  Uh-huh.                                                  10:08AM

15     Q.  -- ad that you were referring to when you                10:08AM

16  testified a few minutes ago?                                    10:08AM

17     A.  Hey, there's -- you guys found the flyer I just          10:08AM

18  told you about.  See.  Huh, it's all true.  Wow.  You           10:08AM

19  found that for me.  I was looking for that.  That's             10:08AM

20  exactly the flyer he sent out all over Minnesota.               10:08AM

21     Q.  Mr. Bannon responded to you sending that                 10:08AM

22  attachment.  Do you see that?                                   10:08AM

23     A.  Yeah.                                                    10:08AM

24     Q.  Mr. Bannon, Steve Bannon says, "This is great.           10:08AM

25  First, it's a great photo, power photo, and you can             10:08AM



1    smell the fear."                                         10:08AM

2         A.  Right.                                          10:08AM

3         Q.  Do you see that?                                10:08AM

4         A.  Yeah.                                           10:08AM

5         Q.  And, Mr. Lindell, you responded, "We can play  10:08AM

6    that up, smiley face.  I'm landing soon."               10:08AM

7         A.  Right.                                          10:08AM

8         Q.  Do you see that?                                10:08AM

9         A.  Yeah.                                           10:08AM

10        Q.  And then if you go to the next page, do you see 10:08AM

11   that Mr. Bannon says, "K.  I'm up working.  Call when    10:08AM

12   free"?  Do you see that?                                 10:08AM

13        A.  Yeah.                                           10:08AM

14        Q.  You responded, Mr. Lindell, "Did I tell you I   10:08AM

15   hired Alan Dershowitz, too," correct?                    10:08AM

16        A.  Right.                                          10:08AM

17        Q.  Mr. Bannon responds, "Yes, that's" --          10:08AM

18        A.  And for the record, can I say Alan Dershowitz   10:09AM

19   still owes me money, and he's a bad guy?                 10:09AM

20             Go ahead.                                      10:09AM

21        Q.  And Mr. Bannon responded, "Yes, that's huge.    10:09AM

22   And he interviewed and they didn't print a word."  Do    10:09AM

23   you see that?                                            10:09AM

24        A.  Yeah.                                           10:09AM

25        Q.  Mr. Lindell, you responded, "I think I have 12  10:09AM



 1  lawyers now and hired the biggest investigators to find          10:09AM

 2  all the troll and bot groups and who hired them."                10:09AM

 3      A.  Correct.                                                 10:09AM

 4      Q.  Do you see that?                                        10:09AM

 5      A.  Yeah.                                                    10:09AM

 6      Q.  Mr. Bannon says, "Brilliant.  We have to be            10:09AM

 7  getting all this on film, like a reality TV so we can           10:09AM

 8  make a documentary film."  Do you see that?                     10:09AM

 9      A.  Yes.                                                    10:09AM

10      Q.  And you responded, Mr. Lindell?                         10:09AM

11      A.  "For sure.  Remind me to tell about Swin."              10:09AM

12      Q.  And who's Swin?                                         10:09AM

13      A.  Swin is a reporter for The Daily Beast.  He now        10:09AM

14  works for the Rolling Stone magazine.  He doesn't like          10:09AM

15  to say he's still with The Daily Beast.                         10:09AM

16          But of all the reporters that attacked me             10:09AM

17  every day for three days, I became kind of weird friends        10:09AM

18  with Asawin, Swin was one of them.  He would bash me            10:09AM

19  every day in articles, but at least he would -- he would        10:10AM

20  let me say my voice of what I had to say, and people            10:10AM

21  would read through the bashing.                                 10:10AM

22      Q.  Now, Mr. Bannon had referred to a documentary          10:10AM

23  film.  Do you know what that was a reference to?                10:10AM

24      A.  I had no idea.                                          10:10AM

25      Q.  Now, if you go to Page 33, at the top,                 10:10AM



1   Mr. Bannon says, "The different teams would be          10:10AM

2   fascinating, plus a film crew on you."  Do you see that?  10:10AM

3       A.  Yeah.                                           10:10AM

4       Q.  You responded, "He heard us on your            10:10AM

5   show...LOL."  Do you see that?                          10:10AM

6       A.  Yeah.                                           10:10AM

7       Q.  And is that a reference to the reporter, Swin?  10:10AM

8       A.  Sure.  Yeah.                                    10:10AM

9       Q.  Okay.  Mr. Bannon responded, "LOL," correct?   10:10AM

10      A.  Yes.                                            10:10AM

11      Q.  And then you and Mr. Bannon go back and forth  10:10AM

12  about the Swin report, correct?                         10:10AM

13      A.  Yeah.  He -- everybody knows Swin.              10:10AM

14      Q.  And Mr. Bannon thought Swin was whiney?         10:10AM

15      A.  What's that?  Yeah, he is whiney.               10:10AM

16      Q.  He was very whiney?                             10:10AM

17      A.  Yeah.                                           10:10AM

18      Q.  Now, if you go to the next page, do you see     10:10AM

19  that Mr. Bannon starts off, "LOL!!"?  Do you see that?  10:10AM

20      A.  Yeah.                                           10:10AM

21      Q.  And, Mr. Lindell, you responded, "Frank means  10:10AM

22  free, forthright and sincere speech."                   10:10AM

23      A.  That's right.                                   10:10AM

24      Q.  Do you see that?                                10:11AM

25      A.  Yes.                                            10:11AM



MICHAEL J. LINDELL                                      June 11, 2024
SMARTMATIC USA vs LINDELL                                          79

1      Q.  And is that an image for "Frank, the voice of          10:11AM

2   free speech"?                                                 10:11AM

3      A.  Yeah.  We were trying to -- this is when I             10:11AM

4   first wanted to get the company -- this goes to when I        10:11AM

5   came out with the show, the "Absolute Proof" on              10:11AM

6   February 5, 2021, the media went completely silent on me    10:11AM

7   for about 16 days, and that scared me that I would never     10:11AM

8   be able to get the word out about the machine companies     10:11AM

9   and what I had found and what had been brought to me.        10:11AM

10          And so I had to come up with my own media            10:11AM

11  platform, and I first got the name VOCL, V-O-C-L, and        10:11AM

12  they stopped that.  They, of course, had stopped it.        10:11AM

13  They attacked me.                                            10:11AM

14          And so then we went and got -- the name             10:11AM

15  "Frank" was available and FrankSpeech.  That was one of     10:11AM

16  our first original logos.                                    10:11AM

17     Q.  And you discussed the name for that platform          10:11AM

18  with Steve Bannon?                                           10:11AM

19     A.  What's that?                                          10:11AM

20     Q.  You discussed the name for that platform with         10:11AM

21  Steve Bannon?                                                10:11AM

22     A.  No.  This is the text.  I didn't call up Steve        10:11AM

23  Bannon.  I didn't know Steve Bannon very well then.  I       10:11AM

24  had just met him in February.  I had probably told him I     10:12AM

25  was going to have a new platform, but then it was            10:12AM



 1  just a -- it was just a -- I think FrankSpeech started      10:12AM

 2  in, I want to say, March or April of 2021.                  10:12AM

 3      Q.  Mr. Bannon responded here saying, "It's a power     10:12AM

 4  name.  Let me be, quote, frank, end quote."                 10:12AM

 5      A.  Yeah.  He was asking my opinion about the name.     10:12AM

 6  I didn't -- probably didn't even tell him about the         10:12AM

 7  platform.                                                   10:12AM

 8      Q.  He continued in the text, "Frank, the power of      10:12AM

 9  free speech."                                               10:12AM

10      A.  Right.                                              10:12AM

11      Q.  "Frank, the impact by free speech.  Frank, the     10:12AM

12  platform for speech" -- "free speech."                      10:12AM

13      A.  Right.                                              10:12AM

14      Q.  Do you see that?                                    10:12AM

15      A.  I was -- the name did -- I mean, it was weird       10:12AM

16  to me because, quite frankly, I was speaking frankly --     10:12AM

17      Q.  Right.                                              10:12AM

18      A.  -- but we had to come up with something.            10:12AM

19      Q.  In 2021, did you discuss building out a media       10:12AM

20  platform to help launch your political career with Steve    10:12AM

21  Bannon in preparation for future run for office?            10:12AM

22      A.  No.  Absolutely not.                                10:12AM

23      Q.  In 2021, did Steve Bannon communicate with you      10:12AM

24  at all about building your political apparatus?             10:12AM

25      A.  What political apparatus?  No.  That was --         10:13AM



 1  absolutely not.  I was not focused on any run for office          10:13AM

 2  after the 2020 election.  It was not my focus.  It was a          10:13AM

 3  hundred percent to get rid of the electronic voting              10:13AM

 4  machines in our elections, hundred percent, 18 hours a           10:13AM

 5  day nonstop.                                                     10:13AM

 6      Q.  In 2021, did Steve Bannon present you with any           10:13AM

 7  sort of a plan to run for political office?                      10:13AM

 8      A.  No.  No.  No.                                            10:13AM

 9      Q.  Have you communicated -- have you continued to           10:13AM

10  communicate regularly with Steve Bannon from 2021 up            10:13AM

11  through the present?                                             10:13AM

12      A.  Yeah.  I go on his show and podcast just like I          10:13AM

13  do 400 prior to these elections, prior to '16.  He has          10:13AM

14  the same business format we've used since 2011 -- or            10:13AM

15  2010 on -- I do it on War Room now.  I'm on there               10:13AM

16  probably twice a day on one of -- he has four shows.  I         10:13AM

17  do it at least on one or twice where I do MyPillow.             10:14AM

18      Q.  I want to have you skip forward a little bit            10:14AM

19  and go to Page 37, sir.                                         10:14AM

20          MR. KACHOUROFF:  Still on Exhibit 594?                  10:14AM

21          MS. WRIGLEY:  Yes.                                      10:14AM

22      Q.  (BY MS. WRIGLEY)  And actually, if you go to           10:14AM

23  36, because that's the page that has the date, do you          10:14AM

24  see the date in the middle of the page is March 16,            10:14AM

25  2021?  Are you there on Page 36, sir?                          10:14AM



| | | |
|---|---|---|
| 1 | A.   What's that?  Yes. | 10:14AM |
| 2 | Q.   On Page 36, do you see the date is -- | 10:14AM |
| 3 | A.   36? | 10:15AM |
| 4 | Q.   Yes.  March 16, 2021? | 10:15AM |
| 5 | A.   Yep. | 10:15AM |
| 6 | Q.   Mr. Bannon texted you, "Saw you called and | 10:15AM |
| 7 | called you back."  Do you see that? | 10:15AM |
| 8 | A.   Yeah. | 10:15AM |
| 9 | Q.   And it's at 1:00 a.m., I think.  Do you see | 10:15AM |
| 10 | that? | 10:15AM |
| 11 | A.   Yep. | 10:15AM |
| 12 | Q.   And you respond, "All good," correct? | 10:15AM |
| 13 | A.   Yep. | 10:15AM |
| 14 | Q.   Mr. Bannon responds, "You knocked it out of the | 10:15AM |
| 15 | park today.  I got so into the interview that I forgot | 10:15AM |
| 16 | to read the MyPillow spots." | 10:15AM |
| 17 | A.   Right. | 10:15AM |
| 18 | Q.   Do you see that? | 10:15AM |
| 19 | A.   Yeah. | 10:15AM |
| 20 | Q.   And would that have been referring to an | 10:15AM |
| 21 | interview that you did on Steve Bannon's show? | 10:15AM |
| 22 | A.   Yeah.  There was two things going on with | 10:15AM |
| 23 | Bannon.  Just like any other show, except for Fox and | 10:15AM |
| 24 | NewsMax, because of lawfare, they would not have me on, | 10:15AM |
| 25 | or sale of media.  So when I would go on there and talk | 10:15AM |



1  about the election platforms and -- and then also, he        10:15AM

2  also had some MyPillow ads that I had to do.  And what        10:15AM

3  he did there, he did the interview so long that the           10:15AM

4  whole spot was missed for MyPillow.  So...                    10:15AM

5      Q.  Now, you responded, "LOL," correct?                   10:15AM

6      A.  Yeah.                                                 10:16AM

7      Q.  37, you also said, "You did one.  Sales were          10:16AM

8  lower though...around 45K.  It was a good show.  Swin         10:16AM

9  has become a big fan of your show, Emoji."                    10:16AM

10     A.  Uh-huh.                                               10:16AM

11     Q.  "He texts me questions whenever I am off the          10:16AM

12 air now...LOL."                                               10:16AM

13     A.  Right.                                                10:16AM

14     Q.  Do you see that?                                      10:16AM

15     A.  Yep.                                                  10:16AM

16     Q.  Mr. Bannon responds, "LOL.  Slippers are             10:16AM

17 amazing," correct?                                            10:16AM

18     A.  Yes.                                                  10:16AM

19     Q.  You responded with a thumbs up, correct?             10:16AM

20     A.  Yes.                                                  10:16AM

21     Q.  Mr. Bannon then responds, "We also need to talk      10:16AM

22 later.  You can't run for governor.  You work your tail      10:16AM

23 off to help take back the House in '22.  You have to          10:16AM

24 wait till 2024 and see if President Trump runs for            10:16AM

25 reelection - if he chooses not to, then you run for the       10:16AM



1   presidency."  Do you see that?                          10:16AM

2       A.  Yeah.                                           10:16AM

3       Q.  And then if you go to the next page,            10:16AM

4   Mr. Lindell, you responded, correct?  Do you see that?  10:16AM

5       A.  Yes.                                            10:16AM

6       Q.  Mr. Lindell, you texted, "I have thought of     10:16AM

7   that, and also, if he is reinstated on August, like I   10:16AM

8   believe he will be, then 2024 looks very real, thumbs   10:17AM

9   up."  Do you see that?                                  10:17AM

10      A.  Right.                                          10:17AM

11      Q.  Mr. Bannon responds, "Mike, I'm very serious    10:17AM

12  about this.  Let's set aside time" -- "let's set some   10:17AM

13  time aside to get a plan.  This is God's work."  Do you 10:17AM

14  see that?                                               10:17AM

15      A.  Yeah.                                           10:17AM

16      Q.  And, Mr. Lindell, you said, "I am too...I just  10:17AM

17  never wanted to say anything yet."                      10:17AM

18      A.  Yeah.                                           10:17AM

19      Q.  Do you see that?                                10:17AM

20      A.  Yeah.                                           10:17AM

21      Q.  Mr. Bannon says, "You cannot mention this to    10:17AM

22  anyone.  Only focus on '22, why we run the tables, all  10:17AM

23  the while building your political apparatus."  Do you   10:17AM

24  see that?                                               10:17AM

25      A.  Yes.                                            10:17AM



1        Q.  And, Mr. Lindell, you responded, "Believe me, I          10:17AM

2   haven't...huge amount of people tell me to do just that           10:17AM

3   all the time," correct?                                           10:17AM

4        A.  Yes.  Yes.                                                10:17AM

5        Q.  Now, you understand that Mr. Bannon is a strong          10:17AM

6   supporter of President Trump?                                     10:17AM

7        A.  Yeah.  He's -- and he's got -- he's very                 10:17AM

8   opinionated of what his strategy for the whole country            10:18AM

9   is, believe me.                                                   10:18AM

10        Q.  And you've continued to communicate with                10:18AM

11   Mr. Bannon and appear on his show regularly through 2021         10:18AM

12   through the present, correct?                                    10:18AM

13        A.  Yeah.  Mostly for -- 95 percent for MyPillow            10:18AM

14   ads.  He's an advertiser just like everybody else.              10:18AM

15        Q.  Are you aware that Mr. Bannon was convicted on         10:18AM

16   a contempt charge for refusing to comply with a subpoena         10:18AM

17   for the January 6th Committee?                                   10:18AM

18        A.  Yeah.  And I didn't get to come to that.  They         10:18AM

19   wouldn't -- I tried to get to come to that to show all          10:18AM

20   the evidence, but they wouldn't let me come.  It was            10:18AM

21   disgusting.                                                      10:18AM

22        Q.  There was a trial over -- Mr. Bannon had a             10:18AM

23   trial over that contempt charge, correct?                       10:18AM

24        A.  What's that?                                            10:18AM

25        Q.  Mr. Bannon had a trial over that contempt             10:18AM



 1  charge, correct?                                        10:18AM

 2       A.  Yeah.  I wasn't familiar with it back then.  I  10:18AM

 3  know -- I know he's just got in the news today that     10:18AM

 4  he's -- that they say he should really have to do some  10:18AM

 5  jail time.  Is that what you're talking about?          10:18AM

 6       Q.  And do you understand what the charges were    10:18AM

 7  against Mr. Bannon?                                      10:18AM

 8       A.  No.  I didn't follow it.                        10:18AM

 9       Q.  Okay.  Do you understand that there was a jury  10:18AM

10  trial?                                                   10:19AM

11       A.  I didn't follow it.                             10:19AM

12       Q.  Okay.                                           10:19AM

13       A.  I have no idea.                                 10:19AM

14       Q.  Does MyPillow have an agreement with Steve      10:19AM

15  Bannon to split revenue based on a percentage from any  10:19AM

16  sales of MyPillow products that use a promo code that he 10:19AM

17  gives out on his War Room podcast?                       10:19AM

18       A.  Yes, that and 500 other pro -- 500 other at     10:19AM

19  least, going all the way back to 2010.  Includes radio,  10:19AM

20  all TV, print, everything.                               10:19AM

21       Q.  What's the revenue split in terms of that       10:19AM

22  agreement with Mr. Bannon?                               10:19AM

23       A.  I don't know.  I don't know the exact           10:19AM

24  agreement.  There's different ones with different        10:19AM

25  podcasters.                                              10:19AM



1    Q.  Does he have one of the highest revenue splits?    10:19AM

2    A.  No.  It's all the same across the board.    10:19AM

3  Nobody is favored.    10:19AM

4    Q.  Okay.  But he does -- in terms of sales of    10:19AM

5  MyPillow products that use a promo code that he gives    10:19AM

6  out on his War Room podcast, some of those proceeds go    10:19AM

7  to MyPillow and some of those proceeds go to Mr. Bannon,    10:19AM

8  correct?    10:19AM

9    A.  You pay for ads, that's correct.  You have to    10:19AM

10  pay this ad company to -- you pay for -- it's -- what we    10:20AM

11  have at MyPillow, it's been the same since 2010.  Back    10:20AM

12  in 2010 when we got into radio, the first one, I    10:20AM

13  believe, was sale of media where people -- you paid for    10:20AM

14  your ads.    10:20AM

15         And I said, well, you know, what -- if you    10:20AM

16  have all these impressions, why don't we do a rev share?    10:20AM

17  I would -- first said, if you have all these people,    10:20AM

18  let's do a rev share, then I have no risk.  And we    10:20AM

19  changed the whole industry from iHeartMedia, Salem    10:20AM

20  Media, Cumulus.  All of them -- most of all of them now    10:20AM

21  are on rev shares, instead of buying the ads directly.    10:20AM

22         There's still a few direct ones, like, I    10:20AM

23  don't know, Glenn Beck maybe, Hannity.  Back then,    10:20AM

24  Hannity started in '15, that you still paid -- paid out,    10:20AM

25  just paid directly for the ads.    10:20AM



1        Q.  Is Steve Bannon one of MyPillow's best               10:20AM

2    advertisers?                                                 10:20AM

3        A.  I wouldn't say that.  They're all the same, you      10:20AM

4    know.                                                        10:20AM

5        Q.  Is he one of the highest performing advertisers      10:20AM

6    in terms of sales of MyPillow products?                      10:20AM

7        A.  He's in the upper third, I would say.  You           10:20AM

8    know, it depends if you're talking -- if you're talking      10:20AM

9    TV, no, then he's not.  If you're talking -- in the TV,      10:21AM

10   he'd be one of the lowest ones.  If you're talking           10:21AM

11   podcasters, he'd be one of the highest ones.  He's kind      10:21AM

12   of a mix.  Steve's kind of a mix.  Just Real America's       10:21AM

13   Voice, that's on TV.  With TV, he would be one of the --     10:21AM

14   probably the lower ones.  But podcast, he'd be one of        10:21AM

15   the highest.                                                 10:21AM

16       Q.  Okay.  So he would be one of the top                 10:21AM

17   advertisers in terms of sales of MyPillow products in        10:21AM

18   the podcast world?                                           10:21AM

19       A.  In the podcast world.  There's about four that       10:21AM

20   are equal probably.                                          10:21AM

21       Q.  Now, in terms of TV, who are the top                 10:21AM

22   advertisers for MyPillow products?                           10:21AM

23       A.  It was Fox News, NewsMax.  Until their ratings       10:21AM

24   went down, CNN was almost tied with Fox.  And MSNBC,         10:21AM

25   ABC, CBS, all of them, all the broadcasts, ABC, CBS,         10:21AM



1  NBC.  But now since that -- with the shift -- because          10:22AM

2  it's all about what we pay.  We don't advertise -- if          10:22AM

3  he -- here's the way our ads work.  If -- for every            10:22AM

4  spot, it's tracked by a promo code or a phone number.          10:22AM

5  Let's say it's CNN.  At 3:00 o'clock in the morning, if        10:22AM

6  it costs $1,000, you better break even or a make little        10:22AM

7  bit or we never run it again.  So it's all about what          10:22AM

8  you pay and what you get back.                                 10:22AM

9            Let's say you had to live on that exact ad.          10:22AM

10  What happened was after -- after the -- when the China        10:22AM

11  virus came in, finally, CNN's ads were down in price,         10:22AM

12  and MSNBC, they came down in price, so we were able to        10:22AM

13  advertise on there again.  It's all about what you pay        10:22AM

14  and what you get back.                                        10:22AM

15            So when you see a lot of MyPillow ads, that         10:22AM

16  means we're either breaking even or making money on that      10:22AM

17  particular ad.  So it all --                                  10:22AM

18      Q.  Let me ask --                                         10:22AM

19      A.  -- changes is what I'm saying.  It depends what       10:22AM

20  the stations charge.                                          10:22AM

21      Q.  Let me ask you this:  In terms of Fox News,           10:22AM

22  that's a TV advertisement, correct?                           10:23AM

23      A.  Yeah.                                                 10:23AM

24      Q.  Is there a revenue split agreement with Fox           10:23AM

25  News or do you pay for spots?                                 10:23AM



| | | |
|---|---|---|
| 1 | A.  You pay for spots.  Like I said, each | 10:23AM |
| 2 | individual spot, and if that doesn't make us money, we | 10:23AM |
| 3 | lower it. | 10:23AM |
| 4 | Now, there is negotiation that goes on.  I | 10:23AM |
| 5 | have an ad company do that.  They'll negotiate with them | 10:23AM |
| 6 | and say, "Hey, we can't buy the ad at that price."  It's | 10:23AM |
| 7 | kind of indirect.  We're not going to buy an ad just to | 10:23AM |
| 8 | advertise to brand.  We don't brand MyPillow.  I've | 10:23AM |
| 9 | never branded in my life.  I can't afford to brand. | 10:23AM |
| 10 | Q.  Okay.  So Fox News is a TV spot? | 10:23AM |
| 11 | A.  Yeah.  There's a lot of share -- revenue | 10:23AM |
| 12 | shares.  It's called direct in the TV part, too, and | 10:23AM |
| 13 | that's more of a guaranteed sale. | 10:23AM |
| 14 | Q.  So putting aside the revenue shares, and I -- I | 10:23AM |
| 15 | want to ask about paid TV spots.  Is Fox News a paid TV | 10:23AM |
| 16 | spot? | 10:23AM |
| 17 | A.  Fox News is, yes. | 10:23AM |
| 18 | Q.  Is NewsMax? | 10:23AM |
| 19 | A.  Yes. | 10:23AM |
| 20 | Q.  Is CNN? | 10:23AM |
| 21 | A.  Yes. | 10:23AM |
| 22 | Q.  Is MSNBC? | 10:23AM |
| 23 | A.  Yes. | 10:23AM |
| 24 | Q.  Is NBC? | 10:23AM |
| 25 | A.  Some of them aren't.  Some of them -- some of | 10:23AM |



1  the -- and when you get into the NBCs and CBSs and that,    10:23AM

2  some of them are on rev shares.                             10:23AM

3      Q.  Okay.                                               10:24AM

4      A.  It's different.  They call it something else.       10:24AM

5  They call it guaranteed media.  In other words, they do     10:24AM

6  the ads and they get a percentage of sales.  It's kind      10:24AM

7  of the same thing.  It's like -- they -- they'll run it     10:24AM

8  and -- they can run it -- well, they consider it as a       10:24AM

9  rev share base.  They can run as many spots as they want    10:24AM

10 because they don't have -- they get a percentage of         10:24AM

11 every sale.  So it is a rev share.  They just name it       10:24AM

12 something else.  I can't -- I forget what it's called       10:24AM

13 right now.                                                  10:24AM

14     Q.  In terms of the paid TV specs, do you -- for        10:24AM

15 MyPillow, is that considered an advertising cost?           10:24AM

16     A.  Yeah.                                               10:24AM

17     Q.  And then in terms of the revenue splits for         10:24AM

18 MyPillow, is that considered an advertising cost?           10:24AM

19     A.  Absolutely.  They're identical.                     10:24AM

20     Q.  Okay.  And then let's just say for 2023, how --     10:24AM

21 approximately how much did advertising cost MyPillow for    10:24AM

22 that year?                                                  10:24AM

23     A.  2020 -- I have no idea.  It's our advertising       10:24AM

24 cost.  Like I say, we don't brand, so if -- in 2023 -- I    10:24AM

25 know we lost millions of dollars in 2022.  It was -- you    10:24AM



1  know, I don't know.  It's usually -- I'd have to see        10:25AM

2  the -- I'd have to check the number.                        10:25AM

3      Q.  In 2023, would MyPillow have spent on               10:25AM

4  advertising over a hundred million dollars, sir?            10:25AM

5      A.  I have no idea.                                     10:25AM

6      Q.  You do not know what the cost of advertising        10:25AM

7  was for your company in 2023?                               10:25AM

8      A.  You don't -- you can't -- you don't buy it like     10:25AM

9  that.  You don't have it in fourth quarter, we're going     10:25AM

10 to spend this much on advertising.                          10:25AM

11          It all changes depending on the footprint          10:25AM

12 that's out there.  So if you have -- if the -- for          10:25AM

13 example, right when -- when the -- when our biggest         10:25AM

14 object came in history, it was the spring of 2020, right    10:25AM

15 before the China virus.  When that happened, when           10:25AM

16 everybody was put into quarantine, two things happened      10:25AM

17 there.  Radio went way down.  Radio collapsed because       10:25AM

18 people were not in their cars any more.  We cancelled a     10:25AM

19 lot -- or we got a furlough, basically.  I called up the    10:25AM

20 T- -- the radio stations and said, "Hey, I don't want to    10:26AM

21 buy your ads right now.  I want to take a break.  Let       10:26AM

22 other people that don't know what's going to happen to      10:26AM

23 buy your ads."                                              10:26AM

24          And even on the rev shares, I said, "You           10:26AM

25 guys should not run this stuff.  No one is going to be      10:26AM



1  listening to the radio."                                      10:26AM

2              TV, what happened there, it did a flip.  In       10:26AM

3  the history of TV -- it was MyPillow's perfect storm.         10:26AM

4  All TV prices came down because people were afraid to         10:26AM

5  advertise on TV.  MyPillow was on CNN, MSNBC, Fox, all        10:26AM

6  over the place, and -- and people were buying direct          10:26AM

7  sales.  So that was when we -- we went up fourfold as a       10:26AM

8  company when that happened, three -- three to fourfold.       10:26AM

9  It was our biggest increase ever, and that was in May         10:26AM

10 of -- or April of 2020, right when that happened.             10:26AM

11             So we made perfect moves then to drop our         10:26AM

12 radio and add to TV.  And when you add to TV, you just        10:26AM

13 didn't advertise to got the brand out there.  For             10:26AM

14 example, you could buy -- I could buy in CNN in prime         10:26AM

15 time on Anderson Cooper -- that's when my book came out,      10:27AM

16 too.  I could buy an ad there where maybe you paid 10         10:27AM

17 grand for a one-minute spot before the virus, and now it     10:27AM

18 had dropped down to like $4,000.                              10:27AM

19             Well, if you broke even -- your break even       10:27AM

20 would be about 5,500 because of product cost.  So you         10:27AM

21 would buy -- and we just bought whatever we could            10:27AM

22 because every one of them was a moneymaker then.             10:27AM

23             But now as -- and before that, CNN had           10:27AM

24 charged -- was charging too much for their ads, and it       10:27AM

25 got to be hard with the election of '16 and stuff.  And      10:27AM



1  especially MSNBC and Rachel Maddow, her ads were          10:27AM

2  30-something thousand dollars for a one-minute spot.       10:27AM

3  Now, branders would buy that for impressions.  Their --    10:27AM

4  you would be insane to buy that.  The ads too -- cost      10:27AM

5  too much.  So that's where MyPillow, it changes with       10:27AM

6  the -- with the -- whatever the footprint is out there.    10:27AM

7          For example, there would be a week where we        10:27AM

8  would spend one -- during that week, we could spend        10:27AM

9  probably 2 million a week in 2020, easy, and then you      10:28AM

10  would take back 2 to $5 million -- or 4 to $5 million     10:28AM

11  because you're doing more than a double.  It was a        10:28AM

12  perfect time in history when that happened.               10:28AM

13          So when you ask me about '23, it -- a lot         10:28AM

14  of things come into play.  How much are on the ads on,    10:28AM

15  for instance, FOX or on NewsMax or MSN, whatever it is,   10:28AM

16  ABC.  If their ads are too high, you also have to have    10:28AM

17  the creative work.                                        10:28AM

18          So in -- right now, I only have one thing         10:28AM

19  that works right now, and that's multi-products, having   10:28AM

20  four different products on the same ad.  If -- you might  10:28AM

21  have seen the $25 extravaganza.  So that has to make its  10:28AM

22  number.                                                   10:28AM

23          And as it fatigues -- there's a fatigue           10:28AM

24  factor.  As it fatigues -- you've got to realize,         10:28AM

25  there's no one in the world that's used this model.       10:28AM



1  I -- when I came on -- advert -- infomercials and          10:28AM

2  commercials do not work on the front end.  They're too     10:28AM

3  big.  You're advertising to brand to go into the box       10:29AM

4  stores.                                                    10:29AM

5           Back when I came one in 2011 and did my           10:29AM

6  first infomercial, we based it on, hey, I'm going to       10:29AM

7  make it on the front end.  And so you have to have a       10:29AM

8  product that has a wide filter.  Everybody uses a          10:29AM

9  pillow.  And you have to get the ads at the right price.   10:29AM

10          So, you know, if you don't -- there's been        10:29AM

11 times where we had very little presence on TV.  And like   10:29AM

12 in '23, you know, there was probably less advertising      10:29AM

13 because it was more expensive, more expensive at the       10:29AM

14 time.  It just depends.                                    10:29AM

15          So when you asked me that --                      10:29AM

16     Q.  So let me see if I can ask a --                    10:29AM

17     A.  It changes every week is what I'm saying, every    10:29AM

18 single week.                                               10:29AM

19     Q.  -- follow-up question on 2023.                     10:29AM

20          You would know, though, at the end of any         10:29AM

21 year, like 2023, at some point, the company would have     10:29AM

22 financial records that identified a number for             10:29AM

23 advertising costs, correct?                                10:29AM

24     A.  Yeah.  Yeah.  Yeah.                                10:29AM

25     Q.  Okay.                                              10:29AM



| | |
|---|---|
| 1    A.  Right. | 10:29AM |
| 2    Q.  And that would be the same for every year for | 10:29AM |
| 3  MyPillow as a business, correct? | 10:29AM |
| 4    A.  Yeah.  And it's different every year, depending | 10:29AM |
| 5  on what happened that year, the footprint of that year. | 10:29AM |
| 6    Q.  And based on your knowledge of the company, has | 10:30AM |
| 7  there ever been a year where MyPillow, in terms of | 10:30AM |
| 8  advertising costs, those costs have exceeded a hundred | 10:30AM |
| 9  million dollars, sir? | 10:30AM |
| 10    A.  I don't know.  It could have maybe in 2020, | 10:30AM |
| 11  because that was -- with the China virus, it was like, | 10:30AM |
| 12  oh, we could have bought at least probably a hundred | 10:30AM |
| 13  million then.  That would be the only year, I would | 10:30AM |
| 14  think. | 10:30AM |
| 15    Q.  Now, is it fair to say that you know how to | 10:30AM |
| 16  sell the products of MyPillow? | 10:30AM |
| 17    A.  Okay.  Yeah. | 10:30AM |
| 18    Q.  You know how to sell them very well, correct, | 10:30AM |
| 19  sir? | 10:30AM |
| 20    A.  I guess, yeah.  I invented it, so I ... | 10:30AM |
| 21    Q.  Okay.  You're a good -- do you consider | 10:30AM |
| 22  yourself to be a good businessman? | 10:30AM |
| 23    A.  A what? | 10:30AM |
| 24    Q.  A good businessman? | 10:30AM |
| 25    A.  Right.  Yes. | 10:30AM |



1    Q.  Okay.  And do you consider yourself to be very      10:30AM

2    attuned to what works and what doesn't work in terms of    10:30AM

3    advertising?                                                 10:30AM

4    A.  Yes.                                                    10:30AM

5    Q.  And do you pay attention to what works in terms    10:30AM

6    of advertising for selling the MyPillow products on a    10:30AM

7    day-to-day basis?                                          10:30AM

8    A.  That what?                                              10:30AM

9    Q.  Do you pay attention to what works in terms of    10:30AM

10   advertising for selling the MyPillow products on a        10:30AM

11   day-to-day basis?                                          10:30AM

12   A.  I try to -- in my chart, I look at every single    10:31AM

13   data to every promo code that's out there and say --      10:31AM

14   let's say that Fox News -- like last night, Fox News ran   10:31AM

15   a spot, it cost $13,000, and you can buy two during that  10:31AM

16   hour.  This is a perfect example.  You buy two during     10:31AM

17   that hour.  Well, the numbers were coming in and it       10:31AM

18   didn't match up to what it would -- we should have had    10:31AM

19   at that moment and time.                                   10:31AM

20        So I had -- that was one of my things this    10:31AM

21   morning, I had to check to make sure two ran, and I was   10:31AM

22   right, only one ran.                                       10:31AM

23        It's just deviations in numbers.  I -- you    10:31AM

24   know.  So if you see a number, if you see a success out   10:31AM

25   there, you want to duplicate that.  If you see a          10:31AM



1  failure, you fix it and you fix what happened.  And this | 10:31AM

2  could be a preemption.  Something could have happened. | 10:31AM

3  A host -- you know, let's say it's a -- I don't know. | 10:31AM

4            So and so does a read.  Let's say it's a | 10:31AM

5  guy named -- this just happened the other day.  It was | 10:31AM

6  Tim Pool, and his -- this number went way up.  Well, | 10:32AM

7  that had to happen for a reason, and it's -- it was a -- | 10:32AM

8  it was me that had did the read that day.  If somebody | 10:32AM

9  else would have looked at it instead of him doing the | 10:32AM

10 read or -- it's just a deviation. | 10:32AM

11           So let's say it's -- let's say Hannity did | 10:32AM

12 really good on his read that he does.  If he did really | 10:32AM

13 good, we would pull it because we know what the numbers | 10:32AM

14 should be, just like in an election.  Something's wrong. | 10:32AM

15 So you look it up, and it can be good or bad.  That's a | 10:32AM

16 good day.  You get the read and find out what he said. | 10:32AM

17           Maybe he said something like, hey, my mom | 10:32AM

18 got the pillow and it helped her, whatever.  And | 10:32AM

19 whatever that is that he said, then you would let | 10:32AM

20 other -- you might let other podcasters know and you | 10:32AM

21 want to duplicate it.  If you -- we tried different | 10:32AM

22 products, different offers, if one does good, then we | 10:32AM

23 duplicate it. | 10:32AM

24    Q.  So, sir, you pay very close attention to how | 10:32AM

25 well advertising for MyPillow products are doing on a | 10:32AM



| | |
|---|---|
| 1 | day-to-day basis? | 10:30AM |
| 2 | A.  You have to.  You have to because if it | 10:32AM |
| 3 | fatigues below that break even, you have to either get | 10:32AM |
| 4 | the ad cheaper, change the offer or change the product | 10:33AM |
| 5 | or drop it altogether.  There's no other way.  What if | 10:33AM |
| 6 | you only had to live on that spot and that moment in | 10:33AM |
| 7 | time? | 10:33AM |
| 8 | MS. WRIGLEY:  Let's go off the record and | 10:33AM |
| 9 | take a break. | 10:33AM |
| 10 | THE VIDEOGRAPHER:  Okay.  We're going off | 10:33AM |
| 11 | the record at 10:33. | 10:33AM |
| 12 | (Short recess.) | 10:33AM |
| 13 | THE VIDEOGRAPHER:  And we're back on record | 11:06AM |
| 14 | at 11:08. | 11:08AM |
| 15 | Q.  (BY MS. WRIGLEY)  Mr. Lindell, you published a | 11:08AM |
| 16 | number of documentaries about election fraud in 2021 and | 11:08AM |
| 17 | 2022, correct? | 11:08AM |
| 18 | A.  Yes. | 11:08AM |
| 19 | Q.  The series is called the "Absolute Proof" | 11:08AM |
| 20 | series, correct? | 11:08AM |
| 21 | A.  Well, one's called "Absolute Proof"; one's | 11:08AM |
| 22 | called "Scientific Proof"; one's called "Absolute | 11:08AM |
| 23 | Interference." | 11:08AM |
| 24 | Q.  And in those, the documentaries you just | 11:08AM |
| 25 | mentioned, in a number of places you had indicated or | 11:08AM |



1  your guess indicated that there was a hundred percent      11:08AM

2  proof that voting machines had been involved in            11:08AM

3  interfering with the 2020 presidential election,           11:08AM

4  correct?                                                   11:08AM

5     A.  I probably said that.  I -- the evidence I got      11:08AM

6  on January 9th, yes.                                       11:08AM

7     Q.  And in those documentaries, you stated that you     11:08AM

8  had a hundred percent proof that Smartmatic machines       11:08AM

9  were involved in interfering with the 2020 presidential    11:09AM

10  election?                                                  11:09AM

11     A.  I believe -- I'd have to rewatch all the           11:09AM

12  videos.  I believe that got brought up in "Scientific     11:09AM

13  Proof" when Dr. Doug Frank came in and he said all        11:09AM

14  machines.  He says, yes, Smartmatic, Dominion, it         11:09AM

15  doesn't matter.  I think that's the first time that       11:09AM

16  might have been mentioned, but I don't know.  I'd have    11:09AM

17  to rewatch them.                                          11:09AM

18     Q.  Okay.  Now, the first documentary on election      11:09AM

19  fraud was "Absolute Proof" --                             11:09AM

20     A.  Uh-huh --                                          11:09AM

21     Q.  -- that was put out on February 5th, 2021?         11:09AM

22     A.  That's correct.  9:00 a.m.                         11:09AM

23     Q.  And did you intend for Smartmatic to be named      11:09AM

24  or identified as part of the election fraud in "Absolute  11:09AM

25  Proof"?                                                   11:09AM

