# EXHIBIT A-3

1        A.   When -- in "Absolute Proof," what led up to        11:09AM

2   that was two generals and a colonel told me that they        11:09AM

3   validated all my evidence and said, yes, it's all true.      11:09AM

4   General McInerney, General -- or Colonel Phil Waldron.        11:09AM

5   And I had never met these guys before.  And then later       11:10AM

6   on, I guess, General Flynn.                                   11:10AM

7             So when we did that, this was all about            11:10AM

8   Dennis Montgomery's Hammer Scorecard and working with        11:10AM

9   the CIA.                                                      11:10AM

10            And I'd have to have backtrack, but I had          11:10AM

11  met with -- the first time I heard about it was             11:10AM

12  January 9th from Mary Fanning, and I had never met her      11:10AM

13  before, and it was like, pff, it was like it answered      11:10AM

14  all my questions I had of why people voted that didn't     11:10AM

15  live in those states or didn't live in the counties and    11:10AM

16  they voted anyway across our whole country.                11:10AM

17       Q.   And, sir, did you intend in connection with       11:10AM

18  "Absolute Proof" from February 5th, 2021 for Smartmatic    11:10AM

19  to be identified --                                         11:10AM

20       A.   I don't even know if they were identified after   11:10AM

21  we watched the movies.  It was all computers, all          11:10AM

22  machines, all voting machine companies, all these          11:10AM

23  companies, and I didn't -- I don't know if we focused on   11:10AM

24  any names.  I would say we've got to get rid of these      11:10AM

25  electronic voting machines.                                 11:11AM



1        Q.  Let me show you an exhibit.  This one has been      11:11AM

2   marked Exhibit 595.                                          11:11AM

3               (Exhibit 595 marked.)                            11:11AM

4        Q.  (BY MS. WRIGLEY)  It was previously included as     11:11AM

5   an exhibit to the complaint.  That's why it says             11:11AM

6   "Exhibit 2."                                                 11:11AM

7               And I'll represent for the record that this      11:11AM

8   is a series of screenshots --                                11:11AM

9        A.  Uh-huh.                                             11:11AM

10       Q.  -- from "Absolute Proof" --                         11:11AM

11       A.  Right.                                              11:11AM

12       Q.  -- that were taken and included as exhibits to      11:11AM

13  the complaint.                                               11:11AM

14       A.  Yep.                                                11:11AM

15       Q.  The screenshots are labeled with sort of           11:11AM

16  letters, and at the bottom, they're identified with the      11:11AM

17  time during which this particular screenshot appears.        11:11AM

18       A.  Yep.                                                11:11AM

19       Q.  And I'll walk through these with you.               11:11AM

20       A.  Okay.                                               11:11AM

21       Q.  If you can turn to the second page.  Do you see     11:11AM

22  screenshot A, sir?                                           11:11AM

23       A.  Uh-huh.                                             11:11AM

24       Q.  Do you recognize that as being an image from       11:11AM

25  the "Absolute Proof" documentary?                            11:11AM



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                      103

```
 1      A.  Yes.                                          11:11AM

 2      Q.  And is that yourself, sir?                    11:11AM

 3      A.  Yes.                                          11:11AM

 4      Q.  Who are you here -- who are you in this image 11:11AM

 5  with?                                                 11:11AM

 6      A.  That is Scott -- Colonel Phil Waldron, who    11:11AM

 7  worked for the government with cyber.                 11:11AM

 8      Q.  And Colonel Waldron appeared and talked about 11:11AM

 9  election fraud for the 2020 election in "Absolute     11:12AM

10  Proof," correct?                                      11:12AM

11      A.  He appeared to talk about -- yeah.  When you  11:12AM

12  say "election fraud," about the machine companies or the 11:12AM

13  machines.  The -- he was -- I believe he worked for the 11:12AM

14  government.  He was a cyber expert.  I had not met him 11:12AM

15  before.                                               11:12AM

16      Q.  You had not met him before he came on "Absolute 11:12AM

17  Proof"?                                               11:12AM

18      A.  None of these guys I had ever met before.  And 11:12AM

19  this was all done live.  I didn't -- and we           11:12AM

20  didn't practice.  It was like, pow.  This was -- this 11:12AM

21  was as live as it got.                                11:12AM

22      Q.  Okay.  Now, if you go to the next page,       11:12AM

23  screenshot B, do you recognize this to be an image from 11:12AM

24  "Absolute Proof"?                                     11:12AM

25      A.  Yes.                                          11:12AM
```



1      Q.  And who is the gentleman sitting across --         11:12AM

2      A.  Shiva.  I don't know his full name.  Dr. Shiva.    11:12AM

3  I believe he's from Massachusetts.  He's a -- I can't      11:12AM

4  even remember his credentials, but it's -- he's a          11:12AM

5  massive 190 IQ, and he had -- he brought up the machines   11:12AM

6  as something that they had problems with in his            11:12AM

7  election, I believe.  I'm trying to think back, but        11:12AM

8  yeah.                                                      11:13AM

9      Q.  Now, if you could turn the page to screenshot      11:13AM

10  C, do you recognize this image from "Absolute Proof"?     11:13AM

11     A.  Dr. Colbeck.                                        11:13AM

12     Q.  And you're sitting there with Mr. Colbeck?          11:13AM

13     A.  Uh-huh.                                             11:13AM

14     Q.  And who's Mr. Colbeck?                              11:13AM

15     A.  He's a rocket scientist.  He was -- he worked       11:13AM

16  for -- a literal rocket scientist, and he -- from         11:13AM

17  Michigan.  He actually works for me now.                  11:13AM

18     Q.  Had you met him before he appeared on "Absolute     11:13AM

19  Proof"?                                                   11:13AM

20     A.  No.  None of these guys.  Never met them before     11:13AM

21  in my life.                                               11:13AM

22     Q.  And then you had not met Colonel Waldron before     11:13AM

23  he appeared in "Absolute Proof"?                          11:13AM

24     A.  No.                                                 11:13AM

25     Q.  If you look at screenshot D on the next page,       11:13AM



1  do you recognize that image from "Absolute Proof"?          11:13AM

2      A.  That is -- what's his name -- Matt DePerno.         11:13AM

3      Q.  And who is Mr. DePerno?                             11:13AM

4      A.  At that time, he was a little lawyer from           11:13AM

5  Michigan, and he was -- it was all over the news about      11:13AM

6  Antrim County, Michigan, and he was the lawyer involved     11:13AM

7  there that -- that then they flipped the election there     11:13AM

8  in Antrim County.  They did a big investigation, and FBI    11:13AM

9  came in.  They didn't press charges against -- they         11:14AM

10  deleted all the files.  But this is all the stuff he       11:14AM

11  brought I heard for the first time.  But he was a          11:14AM

12  lawyer, just a hometown lawyer at the time, I guess.       11:14AM

13     Q.  Now, if you flip the page, do you recognize         11:14AM

14  this image from "Absolute Proof"?                          11:14AM

15     A.  Yes.                                                11:14AM

16     Q.  And this indicates, "On the phone with Mary         11:14AM

17  Fanning, national intelligent researcher and author."      11:14AM

18  Do you see that?                                           11:14AM

19     A.  Correct.                                            11:14AM

20     Q.  And who is Mary Fanning, sir?                       11:14AM

21     A.  She -- I got a call on January 9th, 2021.  I        11:14AM

22  was very frustrated after two months of looking at every   11:14AM

23  county and state in this country and finding thousands     11:14AM

24  of voters that voted -- like in my home state of           11:14AM

25  Minnesota, that voted in a state they didn't live there,   11:14AM



1    or Nevada or Wisconsin.  You name a state.  And I bought          11:14AM

2    all the voter rolls.  I got the voter rolls.                     11:14AM

3              So this came right from the Secretary of               11:14AM

4    State.  So I'm going people are generally good people.           11:14AM

5    I just couldn't see people going, hey, 5,000, let's jump         11:14AM

6    into Wisconsin and vote for Biden.  I mean, people are           11:15AM

7    gen -- aren't going to do that.  It didn't make sense.           11:15AM

8              I looked at numbers for two months, my own             11:15AM

9    numbers, and when Mary called with a guy named Brannon           11:15AM

10   Howse -- and Brannon Howse, the only reason I answered           11:15AM

11   the phone that day, he spell -- I spelled his name               11:15AM

12   H-O-U-S-E, and his real last name is H-O-W-S-E.  So I            11:15AM

13   thought it was somebody about my house.  I didn't -- you         11:15AM

14   know, it was put in my phone, and I guess I had been on          11:15AM

15   his podcast at some time one time, so he had my phone            11:15AM

16   number.                                                          11:15AM

17             And he had -- and Mary Fanning had talked              11:15AM

18   him into calling me, and he says, "You don't know me,           11:15AM

19   but you were on my podcast once.  You really need to             11:15AM

20   listen to this lady, if you could."                             11:15AM

21             And I said, "Sure."                                    11:15AM

22             She talked for 15 minutes straight without             11:15AM

23   me saying a word, and my mouth dropped.                          11:15AM

24             I said -- and she said she -- she told me              11:15AM

25   all about this Dennis Montgomery, worked for the                 11:15AM



1   government, the CIA, talked about all the -- how the              11:15AM

2   machines -- the electronic voting machines.  I go, wow.           11:15AM

3   That explains everything to me to -- explains all the             11:16AM

4   deviations I've seen across our country.                          11:16AM

5           So Mary Fanning -- and she was -- I've                    11:16AM

6   never met her.  She's pretty secretive about her --               11:16AM

7   well, I guess, about coming out in public.  I've never            11:16AM

8   met her.  And that was the only date.                             11:16AM

9           And then from there on, she -- somehow I                  11:16AM

10  got introduced then to Dennis Montgomery by phone, and            11:16AM

11  then I went through this validating his stuff and -- but          11:16AM

12  everything she told me that day was validated.  He                11:16AM

13  really did work for the CIA.  So everything made sense.           11:16AM

14  Things I could validate that day, it explained it.  It            11:16AM

15  was a perfect fit.                                                11:16AM

16          And then Mary -- oh, the next time I was                  11:16AM

17  with Mary -- or not with her, but when she did -- when            11:16AM

18  we did "Absolute Proof," I don't know for sure, but I             11:16AM

19  think she was the one that gathered up all these people           11:16AM

20  that came there.  I don't know -- I'm pretty sure it was          11:16AM

21  her.                                                              11:16AM

22      Q.  So let me ask some follow-up questions on that.           11:16AM

23  You had a call with Brannon Howse and Mary Fanning on             11:16AM

24  January 9, 2021, correct?                                         11:16AM

25      A.  Yes.                                                      11:17AM



1    Q.  And that was -- during that call, if I                11:17AM

2  understand your testimony, they provided you with proof     11:17AM

3  about election fraud from the 2020 election?                11:17AM

4    A.  That -- this was already up on the Internet.          11:17AM

5  They told me to look.  It was something -- I think she      11:17AM

6  has her own website or podcast or something, and you see    11:17AM

7  these little things going back and forth, and that was      11:17AM

8  already up on, I believe, Twitter.  It was all over the     11:17AM

9  media.  And they hadn't covered it up yet, I don't          11:17AM

10  think.                                                     11:17AM

11    Q.  So she point -- Mary Fanning pointed you to          11:17AM

12  something that she had published online?                   11:17AM

13    A.  I think so.                                          11:17AM

14    Q.  Okay.                                                11:17AM

15    A.  I mean, it was at -- but it was more listening       11:17AM

16  to what she had to say, and I'm writing stuff down.  I'm   11:17AM

17  going nobody can make this up.  This is bizarre.           11:17AM

18          But it was the perfect fit for what I had          11:17AM

19  spent two months trying to explain how, you know, for      11:17AM

20  example, Nevada has 8,000 people voted in Nevada that      11:17AM

21  didn't live there.  It didn't make sense.  And now it      11:17AM

22  made sense that just their names were used by computers,   11:17AM

23  and that was the -- and she had the answer.  The -- she    11:17AM

24  had the answer.  It all made sense.                        11:18AM

25          And she said this guy Dennis Montgomery --         11:18AM



1  she went deep into Dennis Montgomery.  She had dates          11:18AM

2  when he worked for the CIA, all these things, and this        11:18AM

3  thing called Hammer Scorecard.                                11:18AM

4            And then when Mary put these guys together,         11:18AM

5  then I -- that -- I -- from that point on, it was             11:18AM

6  validating, validating with -- you know, after I talked       11:18AM

7  to Dennis and stuff and so...                                 11:18AM

8      Q.  So I just want to -- let me ask you a                 11:18AM

9  follow-up.  Mary Fanning gave you information about the       11:18AM

10 2020 election that she had obtained from Dennis               11:18AM

11 Montgomery?                                                   11:18AM

12     A.  I didn't know where she had obtained it at that       11:18AM

13 time.  She said Dennis Montgomery, and she went deep          11:18AM

14 into the Dennis Montgomery and Hammer -- this thing           11:18AM

15 called Hammer Scorecard.                                      11:18AM

16     Q.  And during that call on January 9th, she went         11:18AM

17 deep into the proof or the evidence she had being            11:18AM

18 related to Hammer and Scorecard?                              11:18AM

19     A.  She mentioned Hammer Scorecard.  I didn't know        11:18AM

20 what it was.                                                  11:18AM

21     Q.  Now, had you met Brannon Howse before --             11:18AM

22     A.  No.                                                   11:18AM

23     Q.  -- that call on the 9th?                             11:18AM

24     A.  No.                                                   11:19AM

25     Q.  Had you met Mary Fanning before the call on          11:19AM



1  January 9th?                                          11:19AM

2      A.  No.                                           11:19AM

3      Q.  Did you have any information about Mary       11:19AM

4  Fanning's background during that call on January 9th?   11:19AM

5      A.  Yes.  Brannon Howse, I had been on his podcast   11:19AM

6  or his show on WVW.  So I was on there.  And I think   11:19AM

7  Mary might have been a guest on there.  That part, I    11:19AM

8  don't know.  I -- you know, because I was on so many    11:19AM

9  stations in those two months, and I didn't remember at   11:19AM

10  the time.                                             11:19AM

11          But Brannon Howse, he -- he brought me       11:19AM

12  back, said here -- and he explained who Mary was to me   11:19AM

13  on the phone.  She's a journalist, she's a, whatever,   11:19AM

14  investigator, blah, blah, blah.                       11:19AM

15     Q.  Now, did you have an understanding on         11:19AM

16  January 9th whether Mary Fanning had any background in   11:19AM

17  elections?                                            11:19AM

18     A.  Yeah, I didn't care about the elections.  I    11:19AM

19  wanted to know what she had.  She had these things,    11:19AM

20  these pictures and these things that -- I think it was   11:19AM

21  six pages of -- of flips and stuff, and -- and I said --   11:19AM

22  that's when I said, "Well, I want to do more."        11:19AM

23          I was -- I always want to do more due        11:20AM

24  diligence, and that's when I said, "Well, can I meet" --   11:20AM

25  I got done and my mouth was open, and, wow, if this is   11:20AM



 1  true, every -- it explains everything that -- I had          11:20AM

 2  spent days and hours, every day going people are good        11:20AM

 3  people, they would not go into another county and commit     11:20AM

 4  a crime and --                                               11:20AM

 5      Q.  So let me go back to my question.  Did you have      11:20AM

 6  an understanding on January 9th whether Mary Fanning had     11:20AM

 7  any background with regard to elections?                     11:20AM

 8      A.  She -- I didn't know who Mary Fanning was, so        11:20AM

 9  I -- but then she was telling me this, so I had to go        11:20AM

10  verify what she was telling me.                              11:20AM

11      Q.  Did you have any understanding of whether Mary       11:20AM

12  Fanning had any background in technology or                  11:20AM

13  cybersecurity?                                               11:20AM

14      A.  It sure sounded like she did.                        11:20AM

15      Q.  Okay.                                                11:20AM

16      A.  I -- very much so.                                   11:20AM

17      Q.  Ms. Fanning identified for you, in connection       11:20AM

18  with this -- this proof, a gentleman named Dennis           11:20AM

19  Montgomery?                                                  11:20AM

20      A.  Yeah.  And I don't even know if she said Dennis      11:20AM

21  Montgomery on the phone.  I can't remember that.  She        11:20AM

22  might have said "person."  I don't know.                     11:20AM

23          But shortly after that, I was introduced by         11:20AM

24  phone to Dennis, and I went out and validated all those     11:20AM

25  dates that Mary had told me, and we actually had her --      11:21AM



1   I made another recording of hers.  We made her do a --    11:21AM

2   "Can you say the same thing you said to me?"  She did a    11:21AM

3   15-minute recording, which I have, which -- very    11:21AM

4   detailed of dates of Dennis Montgomery's time in    11:21AM

5   courtrooms and everything else.  So those -- that's what    11:21AM

6   I went and validated.    11:21AM

7         Q.  So then subsequent to the January 9th, 2021    11:21AM

8   call, you had a conversation with Dennis Montgomery?    11:21AM

9         A.  After that?    11:21AM

10        Q.  Yes.    11:21AM

11        A.  Yeah, sometime after that.    11:21AM

12        Q.  Was that call with Mr. Montgomery before    11:21AM

13  "Absolute Proof" on February 5th, 2021?    11:21AM

14        A.  Before "Absolute Proof."    11:21AM

15        Q.  Okay.  Now, I think you mentioned you did some    11:21AM

16  validation work with respect to Dennis Montgomery,    11:21AM

17  correct?    11:21AM

18        A.  A ton, yeah.    11:21AM

19        Q.  What validation work did you do during that    11:21AM

20  period of time between January 9, 2021 and February 5th,    11:21AM

21  2021 of Dennis Montgomery's work, sir?    11:21AM

22        A.  Yeah.  We had -- checking out her stories that    11:21AM

23  he worked for the CIA and all these things, and -- and    11:22AM

24  checking out Hammer -- you know, Hammer Scorecard.    11:22AM

25  There was things you could find on the Internet.  It was    11:22AM



```
 1   mentioned actually quite a bit on Twitter and the        11:22AM

 2   Internet.                                                 11:22AM

 3            I believe at that time, even Sidney Powell       11:22AM

 4   had put out stuff related to a -- I don't know if she     11:22AM

 5   called it a Kraken.  I can't remember when it was on the  11:22AM

 6   Internet.  But you could find stuff all over the place    11:22AM

 7   on that.                                                  11:22AM

 8            But specifically for me, as I -- Dennis, on      11:22AM

 9   the phone, we -- my fiance, or my wife now, at the time,  11:22AM

10   we -- we talked to him on the phone for probably two      11:22AM

11   hours, and I'm asking him questions and going back.       11:22AM

12            And then he said -- you could find stuff         11:22AM

13   where he was in court with the -- his testimony with the  11:22AM

14   FBI and up in -- and the CIA.                             11:22AM

15            Then we also had a tape where Sean Hannity       11:22AM

16   and Sara Carter and -- I'm trying to -- Sara Carter and   11:22AM

17   I think it was Solomon.  I can't remember his first       11:22AM

18   name.  This was on FOX, and I believe it was in 2017.     11:23AM

19   You can find the tape.  And had filmed that, and watched  11:23AM

20   that, and it was, wow.                                    11:23AM

21            They had done an investigation, Dennis           11:23AM

22   Montgomery.  And Sean Hannity says, "This is the          11:23AM

23   most" -- "biggest discovery," he called it, it could be   11:23AM

24   in history.  And -- and they were going to have him back  11:23AM

25   on.  Now, whether they ever did, I think that got shot    11:23AM
```



1  down because FOX got -- you know, I don't know why it          11:23AM

2  got shot down.                                                 11:23AM

3          But that video in 2017, it just validated             11:23AM

4  everything about Dennis Montgomery.  Sara Carter's on          11:23AM

5  there going, "Here's what we found.  We did our               11:23AM

6  investigation, we interviewed him, we looked at all his        11:23AM

7  stuff for Hammer Scorecard."                                   11:23AM

8      Q.  So let me --                                           11:23AM

9      A.  And Sean said that they -- they said if you            11:23AM

10  stacked the papers -- this was on that show on FOX -- if      11:23AM

11  you stacked his -- because Hammer Scorecard pulls             11:23AM

12  information, and one can pull information, break into          11:23AM

13  anything -- break into any computer, pull it, and then        11:23AM

14  do whatever it wants.                                         11:23AM

15          And they said -- Sean Hannity's quote on             11:24AM

16  there -- or Sara Carter's was, "There's enough stuff          11:24AM

17  here to go" -- "if you stack papers, it would go halfway      11:24AM

18  to the sun."  It was a crazy quote that they said.            11:24AM

19      Q.  So, Mr. Lindell, let me follow up and break           11:24AM

20  that down a little bit.                                       11:24AM

21          In doing this validation work between                11:24AM

22  January 9th and February 5th on Dennis Montgomery, you        11:24AM

23  checked his story out on the Internet; is that correct?       11:24AM

24      A.  That and other -- and I had other people to --        11:24AM

25  I don't know what time I had -- I had --                      11:24AM



1    Q.   Yeah, just focus on that period of time, sir.        11:24AM

2    A.   Till January 5th?                                    11:24AM

3    Q.   Yes.                                                 11:24AM

4    A.   Talked to, I think, cyber guys at the time; one      11:24AM

5  being Todd Sanders, Conan Hayes.  I know they had --        11:24AM

6  because they had already looked into his stuff, I found     11:24AM

7  out, and that was through Patrick Byrnes [sic], I           11:24AM

8  believe.  I believe Patrick Byrnes, they had already        11:24AM

9  found out -- I found out about these two guys.              11:25AM

10          So between the 9th and the movie, those two        11:25AM

11  cyber guys had worked at -- I believe they worked for      11:25AM

12  Patrick Byrnes.  I don't know that for a fact, but they    11:25AM

13  came and said -- and they validated, validated,           11:25AM

14  validated, and he said, yes, it's all --                   11:25AM

15          MR. KACHOUROFF:  Mike, if you don't recall         11:25AM

16  between a -- what she's talking about that time period,    11:25AM

17  don't guess.                                               11:25AM

18          THE WITNESS:  Yeah.                                11:25AM

19          MR. KACHOUROFF:  Just -- you need to tell          11:25AM

20  her, "I don't remember."                                   11:25AM

21    A.   Yeah, I don't know the exact, so I don't know       11:25AM

22  if that was between there or not.  I believe it was.       11:25AM

23          But my biggest validation came the week           11:25AM

24  of when we were bringing these people in and talking.      11:25AM

25  General McInerney, I don't know if I had talked to him,    11:25AM



1  but this guy worked with -- many of these people worked        11:25AM

2  directly with Dennis Montgomery.  One of them's name was        11:25AM

3  Bill Binney.                                                     11:25AM

4          There was a gal that brought stuff to me --             11:25AM

5     Q.  (BY MS. WRIGLEY)  So, Mr. Lindell, let me               11:25AM

6  just -- I want to move this --                                  11:25AM

7          (Crosstalk.)                                            11:25AM

8     A.  Well, this was another gal.                             11:25AM

9     Q.  (BY MS. WRIGLEY)  I --                                  11:25AM

10    A.  This was definitely during that time period.           11:25AM

11 Her name was Tomi Collins.  She -- her -- Tomi Collins.         11:25AM

12 She brought evidence to me that was a -- it was Dennis's        11:26AM

13 evidence.  Same evidence.  And she said that Bill Binney        11:26AM

14 had worked on it.  And I said, well, yeah, he -- well,          11:26AM

15 he validated that he had worked on it with Dennis              11:26AM

16 Montgomery.  Bill Binney worked for the government, too.        11:26AM

17    Q.  Mr. Lindell, I'd just ask that you slow down a          11:26AM

18 little bit for the court reporter.                             11:26AM

19    A.  Yes.  Okay.                                             11:26AM

20    Q.  So let me just focus on the time period --             11:26AM

21    A.  This was definitely between -- Bill Binney              11:26AM

22 was -- he worked in the government.  He was a cyber guy.        11:26AM

23 He worked with the government directly with Dennis             11:26AM

24 Montgomery.  That was part of my validation with Tomi          11:26AM

25 Collins.                                                       11:26AM



MICHAEL J. LINDELL                                                June 11, 2024
SMARTMATIC USA vs LINDELL                                                    117

1        Q.   During that --                                      11:26AM

2        A.   That was on January 15th, by the way.               11:26AM

3        Q.   During that time period from the 9th to the         11:26AM

4   5th -- just focus on my questions --                          11:26AM

5        A.   Yeah.                                                11:26AM

6        Q.   -- you looked up information about Dennis            11:26AM

7   Montgomery online; is that correct?                           11:26AM

8        A.   No.  I did more than that.                           11:26AM

9        Q.   Did you -- well, I'm just -- you did that.  It       11:26AM

10  includes that, right?                                         11:26AM

11       A.   Yeah, I looked onto Twitter just to see those       11:26AM

12  pages of Mary Fanning.                                        11:26AM

13       Q.   Okay.  And then you also watched a program from     11:26AM

14  Hannity that was on FOX from 2017 --                          11:26AM

15       A.   Right.  And I reached out to --                      11:26AM

16       Q.   -- is that correct?                                 11:26AM

17       A.   Yeah.  Yes.                                          11:26AM

18       Q.   Okay.  And --                                        11:26AM

19       A.   And I talked to Tomi Collins --                     11:26AM

20       Q.   Okay.                                                11:26AM

21       A.   -- who was with Bill Binney, who worked             11:27AM

22  directly with Dennis Montgomery.  That was on January         11:27AM

23  14th.                                                          11:27AM

24       Q.   Okay.  So on the --                                  11:27AM

25       A.   So that's --                                         11:27AM



1    Q.  -- 14th, you talked with Tomi Collins and Bill    11:27AM

2  Binney?                                                  11:27AM

3    A.  I didn't talk personally to Bill Binney.  She      11:27AM

4  had all the same stuff.  She brought it, and I go, "Wow, 11:27AM

5  that's the same stuff."                                  11:27AM

6          And then -- and she said, "Yes, this guy         11:27AM

7  worked" --                                               11:27AM

8    Q.  And who is Bill Binney?                             11:27AM

9    A.  He -- he's a cyber guy that worked with the        11:27AM

10 government directly with -- on Hammer Scorecard.         11:27AM

11   Q.  And who connected you with Bill Binney?  Sorry.    11:27AM

12   A.  Tomi Collins.                                      11:27AM

13   Q.  Okay.  And who is Tomi Collins?                    11:27AM

14   A.  Tomi Collins was a gal that got connected with,    11:27AM

15 with a pastor friend of mine.  At that time said this    11:27AM

16 gal knows -- could -- she knows stuff that happened with 11:27AM

17 the machines and the computers.                          11:27AM

18          So I reached out to her, and I had never        11:27AM

19 met her, and she said, "I have this evidence, and it     11:27AM

20 was" -- "it's called Hammer Scorecard."                  11:27AM

21          Wow, let me just say that.  And she -- she      11:27AM

22 thought everything came from Bill Binney.  They just     11:27AM

23 happened to both work on it at the same time.            11:27AM

24   Q.  How did you get connected with Tomi Collins?       11:27AM

25   A.  By a pastor friend of mine.                        11:27AM



1   Q.  Who?                                                      11:27AM

2   A.  A pastor friend.                                          11:27AM

3   Q.  What is his name, sir?                                    11:27AM

4   A.  Romero Pena.                                              11:27AM

5   Q.  Okay.                                                     11:27AM

6   A.  He's a Hispanic pastor, and he -- he introduced          11:28AM

7   us, I guess.                                                  11:28AM

8   Q.  And did you understand that in connection with           11:28AM

9   the evidence about the 2020 election from January 9th to     11:28AM

10  February 5th, the information from Dennis Montgomery,         11:28AM

11  that related to Hammer and Scorecard?                         11:28AM

12  A.  That what?                                                11:28AM

13  Q.  Related to Hammer and Scorecard?                          11:28AM

14  A.  That what related?  I'm not -- I'm                        11:28AM

15  not under- --                                                 11:28AM

16  Q.  The information you got from the call on                  11:28AM

17  January 9th from Brannon Howse and Mary Fanning.             11:28AM

18  A.  No.  She planted the seeds and said -- what she          11:28AM

19  did on January 9th, all it did was confirm to me that        11:28AM

20  people are generally good people.  Hun -- millions of        11:28AM

21  people did mar -- not march into other states.  I            11:28AM

22  already have that evidence.  I went and got voter rolls.     11:28AM

23  I went and got stuff from the states.                        11:28AM

24          You had all these people that don't live             11:28AM

25  there -- and pick the state of Texas.  All these people      11:28AM



1  that don't live in Texas voted, and their names were     11:28AM

2  used.  And I'm going, this doesn't make sense.  People    11:28AM

3  are not going to, this many people, throw the election.   11:28AM

4  Because I went back to other elections.  I spent two      11:28AM

5  months digging into actual names, people that were        11:28AM

6  deceased.                                                 11:28AM

7          For example, in Alabama, 4,620 people voted       11:29AM

8  that were over 110 years old.  And I brought that to      11:29AM

9  their Secretary of State later on and said, "John, look   11:29AM

10 at your state here."                                      11:29AM

11          And he goes, "Well, Mike, we live pretty         11:29AM

12 good here in Alabama."                                    11:29AM

13          Now, I dig into numbers.  I'm a numbers          11:29AM

14 guy.  I took calculus in 9th grade.  If numbers don't     11:29AM

15 make sense -- and this didn't make sense because of       11:29AM

16 human behavior.  You can't have hundreds of thousands,    11:29AM

17 millions of people going, "Hey, let's go commit a         11:29AM

18 crime."                                                   11:29AM

19          It didn't happen in other elections where        11:29AM

20 you -- thousands of people march into Wisconsin and vote  11:29AM

21 or march into Maine and vote or Hawaii.  So it had to be  11:29AM

22 computers, but I didn't have the answer till when she     11:29AM

23 said it on January 9th.  I go, "Wow."  It was like --     11:29AM

24 for me, it was like a concept.  This is amazing.  It      11:29AM

25 fits like a glove.                                        11:29AM



| | | |
|---|---|---|
| 1 | So I -- then I reached out to cyber guys. | 11:29AM |
| 2 | THE COURT REPORTER:  Please slow down. | 11:29AM |
| 3 | THE WITNESS:  Yeah. | 11:29AM |
| 4 | A.  I reached out to cyber guys.  I get -- first, I | 11:29AM |
| 5 | went online right away. | 11:29AM |
| 6 | MR. KACHOUROFF:  Mike, slow down just a | 11:29AM |
| 7 | little.  She can't get it -- | 11:29AM |
| 8 | A.  I reached out to cyber guys, and then | 11:29AM |
| 9 | evidence -- people were bringing me -- like this, Tomi | 11:30AM |
| 10 | Collins, that was an immediate validation.  And then | 11:30AM |
| 11 | talking to Dennis and talking to Mary, and then validate | 11:30AM |
| 12 | he did work for the CIA.  He sent me stuff, too, that | 11:30AM |
| 13 | said, "Here, here's my" -- | 11:30AM |
| 14 | MR. KACHOUROFF:  Mike, you've got to slow | 11:30AM |
| 15 | down.  She cannot keep up. | 11:30AM |
| 16 | THE WITNESS:  Yeah. | 11:30AM |
| 17 | Q.  (BY MS. WRIGLEY)  Wait.  Mr. Lindell, I want to | 11:30AM |
| 18 | focus you back on exhibit -- an exhibit that we marked. | 11:30AM |
| 19 | MS. WRIGLEY:  What did I mark this as? | 11:30AM |
| 20 | MR. KACHOUROFF:  595. | 11:30AM |
| 21 | MS. WRIGLEY:  595. | 11:30AM |
| 22 | MR. KACHOUROFF:  That's Exhibit 2? | 11:30AM |
| 23 | MS. WRIGLEY:  Yes. | 11:30AM |
| 24 | Q.  (BY MS. WRIGLEY)  But I'm on -- I'm still on | 11:30AM |
| 25 | the page with the -- that mentions on the phone with | 11:30AM |



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                        122

| | | |
|---|---|---|
| 1 | Mary Fanning. | 11:30AM |
| 2 |     A.  Uh-huh. | 11:30AM |
| 3 |     Q.  You ended up having Mary Fanning on "Absolute | 11:30AM |
| 4 | Proof," correct? | 11:30AM |
| 5 |     A.  I -- I did.  That was -- Brannon -- this all | 11:30AM |
| 6 | came together -- let me tell you how the "Absolute | 11:30AM |
| 7 | Proof" came together. | 11:30AM |
| 8 |     Q.  Well, sir, let me just focus on the question. | 11:30AM |
| 9 |     A.  She was -- | 11:30AM |
| 10 |     Q.  Ms. Fanning does appear up here on the -- | 11:30AM |
| 11 |         (Crosstalk.) | 11:30AM |
| 12 |     A.  She was -- she was hired to -- she was hired by | 11:30AM |
| 13 | me.  I actually paid her.  I didn't hire to do it.  I | 11:30AM |
| 14 | paid her out of the goodness of my heart after she | 11:30AM |
| 15 | produced -- helped produce. | 11:30AM |
| 16 |     Q.  (BY MS. WRIGLEY)  Okay.  So let me back up. | 11:31AM |
| 17 |         "Absolute Proof" was produced by Brannon | 11:31AM |
| 18 | Howse, Mary Fanning and yourself, correct? | 11:31AM |
| 19 |     A.  Right. | 11:31AM |
| 20 |     Q.  And you paid Ms. Fanning for the work she did | 11:31AM |
| 21 | in helping to create "Absolute Proof" after you -- | 11:31AM |
| 22 |     A.  After the fact.  There was no contract. | 11:31AM |
| 23 |     Q.  -- after you -- | 11:31AM |
| 24 |     A.  I did it out of the goodness of my heart. | 11:31AM |
| 25 |     Q.  And -- | 11:31AM |



1        A.  Here you go.  It took time.                    11:31AM

2        Q.  And you paid Brannon Howse for his work on     11:31AM

3   "Absolute Proof," too, correct?                         11:31AM

4        A.  Yes.                                            11:31AM

5        Q.  Now, in connection with "Absolute Proof," Mary 11:31AM

6   Fanning appeared in a conversation or a discussion with 11:31AM

7   you at the end of "Absolute Proof," correct?            11:31AM

8        A.  She couldn't have.  She wasn't there.          11:31AM

9        Q.  She -- she came on by phone, right?            11:31AM

10       A.  I don't know.  I'd have to rewatch it.          11:31AM

11       Q.  Okay.                                           11:31AM

12       A.  Yeah, but she was -- she narrated -- I think    11:31AM

13  she narrated the -- the --                              11:31AM

14       Q.  Okay.  So if you look at screenshot E --        11:31AM

15       A.  She explained it.                               11:31AM

16       Q.  -- in this exhibit, do you remember this image  11:31AM

17  from "Absolute Proof"?                                  11:31AM

18       A.  No, but I'm sure it's there.                    11:31AM

19       Q.  Do you remember Mary Fanning being on "Absolute 11:31AM

20  Proof" with you, sir?                                   11:31AM

21       A.  Uh-huh.                                         11:31AM

22       Q.  And if you flip to the next page, do you see    11:31AM

23  screenshot F?                                           11:31AM

24       A.  Yes.                                            11:31AM

25       Q.  And again, this is a portion.  Do you remember  11:31AM



1   putting information like this up on "Absolute Proof"?          11:31AM

2        A.  Yes.                                                  11:31AM

3        Q.  And is this information that you got from Mary        11:31AM

4   Fanning?                                                       11:32AM

5        A.  This -- they put it all up.  This is -- she          11:32AM

6   produced it.                                                   11:32AM

7        Q.  Okay.                                                 11:32AM

8        A.  So, yeah, this would have been put up on the         11:32AM

9   screen.                                                        11:32AM

10       Q.  And Mary Fanning explained how this was proof        11:32AM

11  that votes were changed in the 2020 presidential              11:32AM

12  election, correct?                                            11:32AM

13       A.  Correct.                                             11:32AM

14       Q.  And then if you go to the next screenshot,          11:32AM

15  screenshot G, do you recognize that image in "Absolute        11:32AM

16  Proof," sir?                                                  11:32AM

17       A.  Yes.                                                 11:32AM

18       Q.  And is that you sitting there?                       11:32AM

19       A.  Uh-huh.                                              11:32AM

20       Q.  And then there's some images of some arched         11:32AM

21  lines going from --                                           11:32AM

22       A.  Right.                                               11:32AM

23       Q.  -- country to country --                            11:32AM

24       A.  Yep.                                                 11:32AM

25       Q.  -- on the screen behind you.  Do you see that?      11:32AM



| | | |
|---|---|---|
| 1 | A.  Right. | 11:32AM |
| 2 | Q.  And do you remember discussing those images or | 11:32AM |
| 3 | that video with Ms. Fanning during Absolute Proof? | 11:32AM |
| 4 | A.  Yes. | 11:32AM |
| 5 | Q.  Okay.  And was that presented as additional | 11:32AM |
| 6 | evidence that votes were changed in the 2020 election? | 11:32AM |
| 7 | A.  I think it was more focused on China about | 11:32AM |
| 8 | hacking into our election.  That was my thing.  I | 11:32AM |
| 9 | believed, you know, that China, which knowledge had been | 11:32AM |
| 10 | completely validated, that they did hack in.  So... | 11:32AM |
| 11 | Q.  Okay. | 11:32AM |
| 12 | A.  But they -- yeah.  This -- I was very focused | 11:32AM |
| 13 | on the China.  If you go back there, it was mostly on | 11:32AM |
| 14 | China. | 11:33AM |
| 15 | Q.  Okay.  Sir, at this point in time, I had | 11:33AM |
| 16 | mentioned before we came back on from the break that I'd | 11:33AM |
| 17 | being playing a video. | 11:33AM |
| 18 | For the record, I'm going to play -- I'm | 11:33AM |
| 19 | not going to play the entire "Absolute Proof."  It's | 11:33AM |
| 20 | long, as I'm sure you remember, sir, but just a clip. | 11:33AM |
| 21 | This clip has a conversation that you're | 11:33AM |
| 22 | having with Phil Waldron at the time. | 11:33AM |
| 23 | A.  Okay. | 11:33AM |
| 24 | Q.  So my colleague is going to come around.  We're | 11:33AM |
| 25 | going to stop the record, we'll come back on, she'll | 11:33AM |



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                        126

1  play it, we'll watch a clip of it.  Again, it's not         11:33AM

2  entirely "Absolute Proof," and then I'll ask you some       11:33AM

3  questions about it.                                          11:33AM

4       A.   That's fine.  That's fine.                         11:33AM

5       Q.   Okay.                                              11:33AM

6            MS. WRIGLEY:  Let's go off the record.             11:33AM

7            THE VIDEOGRAPHER:  And we're going off the         11:33AM

8  record at 11:33.                                             11:33AM

9            (Short recess.)                                    11:33AM

10           THE VIDEOGRAPHER:  And we're back on record        11:34AM

11 at 11:34.                                                    11:34AM

12           MS. WRIGLEY:  Just for the record, I'm             11:34AM

13 going to be playing a clip from "Absolute Proof."  This     11:34AM

14 appears around minute -- or 19:37, and it plays for a       11:34AM

15 couple minutes until minute 22:56.                          11:35AM

16           This is being marked as Exhibit 596.              11:35AM

17           (Exhibit 596 marked.)                             11:35AM

18           MS. WRIGLEY:  Go ahead and play.                  11:35AM

19           (Clip of "Absolute Proof.")                       11:35AM

20           COL WALDRON:  Say it again.                       11:35AM

21           MR. LINDELL:  This is an attack by other          11:35AM

22 countries of foreign -- of foreign countries is what       11:35AM

23 you're saying then?                                          11:35AM

24           COL WALDRON:  I -- I believe from what I've       11:35AM

25 seen and the -- the witnesses that I have talked to that   11:35AM



1  this is a coup, that it definitely involved elements          11:35AM

2  inside our own country and inside our own federal            11:35AM

3  government.  Definitely -- definitely part of a coup         11:35AM

4  that was aided and abetted by a foreign threat, nation        11:35AM

5  state -- appeared in the nation state.                        11:35AM

6          MR. LINDELL:  Right.  Do you believe this            11:35AM

7  attack from other countries could not have happened          11:35AM

8  without people here domestic, people domestic traitors,      11:35AM

9  basically?                                                    11:35AM

10         COL WALDRON:  Yeah, I believe that.  Again,          11:35AM

11 we have affidavits of CIA and State Department personnel      11:35AM

12 out of the Italian embassy participating in this coup.       11:36AM

13 We have a name, e-mail and phone number of a senior DOJ      11:36AM

14 official from a -- from a U.S. attorney that said that       11:36AM

15 this individual was shutting down any DOJ or FBI             11:36AM

16 investigation into any election -- any election-related     11:36AM

17 investigation, and shutting -- trying to shut down          11:36AM

18 judicial cases, court cases.  So from inside our own        11:36AM

19 DOJ, people were shutting down active investigations.       11:36AM

20 You wonder why, you know, Mr. Barr didn't find or see       11:36AM

21 any evidence of widespread election fraud is because the    11:36AM

22 FBI never did anything, other than impede investigations    11:36AM

23 into election fraud.  The FBI went to question the truck    11:36AM

24 drivers who delivered ballots and created affidavits.       11:36AM

25 They were harassing, you know, the Americans, you know,     11:36AM



1  patriotic Americans who were whistle blowers --            11:37AM

2              MR. LINDELL:  Right.                            11:37AM

3              COL WALDRON:  -- and prosecuting them.          11:37AM

4              Mike, you mentioned something earlier is        11:37AM

5  the machines, the ES&S and Dominion machines.  If you      11:37AM

6  look at, you know, military finding factors, there are     11:37AM

7  critical capabilities.  The capability is what you have    11:37AM

8  to have to execute your mission or the enemy has to have   11:37AM

9  to execute its mission successfully.                       11:37AM

10             So critical capability for any of this to       11:37AM

11 happen are the inherent vulnerabilities that were built    11:37AM

12 into the ES&S and Dominion software, which is -- you       11:37AM

13 know, again, we've proven through our work that this is    11:37AM

14 all related directly back to the soft -- Smartmatic.       11:37AM

15 Smartmatic -- SGO Smartmatic software core.                11:37AM

16             MR. LINDELL:  Wow.                              11:37AM

17             COL WALDRON:  And they definitely had           11:37AM

18 financial gains to -- to -- financial reasons, based on    11:37AM

19 some of the other investments that they've made.           11:37AM

20 Especially, they -- you know, looking down the road, if    11:37AM

21 they make billions and billions of dollars, the board of   11:37AM

22 SGO Smartmatic, because they own a -- an air               11:37AM

23 purification company.  So just think about it.  If you     11:38AM

24 could get to pick an administration that is favorable to   11:38AM

25 your company, say if they pass the Green New Deal and      11:38AM



1  you're going to make billions and billions of dollars          11:38AM

2  off of government-mandated air purification systems in          11:38AM

3  public buildings and apartment buildings and industrial          11:38AM

4  complexes, you know, you would spend quite a bit of          11:38AM

5  money on the front side to make sure the election was --          11:38AM

6            (End of video clip.)          11:38AM

7            THE WITNESS:  There you have it.          11:38AM

8      Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you recognize          11:38AM

9  that clip as being part of your "Absolute Proof"          11:38AM

10  documentary?          11:38AM

11      A.  Yes.          11:38AM

12      Q.  And in that clip that -- Colonel Phil Waldron          11:38AM

13  appeared?          11:38AM

14      A.  Uh-huh.          11:38AM

15      Q.  I think he was one of the individuals that you          11:38AM

16  mentioned earlier --          11:38AM

17      A.  Uh-huh.          11:38AM

18      Q.  -- as well?          11:38AM

19            And did you hear that he identified SGO or          11:38AM

20  Smartmatic software as being part of the coup that he          11:38AM

21  was talking about?          11:38AM

22      A.  Uh-huh.          11:38AM

23      Q.  And did you know that he would be identifying          11:38AM

24  Smartmatic before Absolute Proof was taped?          11:39AM

25      A.  I didn't even know him.  This was the first          11:39AM



1  time I met him, right there, just like you watched him.  | 11:39AM

2      Q.  Okay.  Did you object or say anything when made  | 11:39AM

3  SGO or Smartmatic in the --  | 11:39AM

4      A.  No.  He's a Colonel that works for the  | 11:39AM

5  government.  I trusted him.  | 11:39AM

6      Q.  Okay.  So you didn't do anything to stop or  | 11:39AM

7  correct him from identifying Smartmatic in "Absolute  | 11:39AM

8  Proof"?  | 11:39AM

9      A.  As far as what?  Because Smartmatic?  What are  | 11:39AM

10  you saying?  You're saying it's not true?  I don't  | 11:39AM

11  understand what you're asking.  | 11:39AM

12      Q.  Did you do anything to prevent or stop Colonel  | 11:39AM

13  Phil Waldron from identifying Smartmatic --  | 11:39AM

14      A.  I was listening to a government official --  | 11:39AM

15          THE COURT REPORTER:  I can only take one at  | 11:39AM

16  a time.  | 11:39AM

17          THE WITNESS:  Yeah.  | 11:39AM

18      A.  I was listening to a government Colonel telling  | 11:39AM

19  me -- who worked for the government in that space,  | 11:39AM

20  telling me what he believed to be facts.  | 11:39AM

21      Q.  (BY MS. WRIGLEY)  Did you watch "Absolute  | 11:39AM

22  Proof" after the whole thing was taped?  | 11:39AM

23      A.  No.  I don't -- I had to do it -- well, I kind  | 11:39AM

24  of did because I had -- I went on OAN, and I had to  | 11:40AM

25  watch it and comment in between the following day.  | 11:40AM



1      Q.   Okay.  You arranged for Absolute Proof to be        11:40AM

2   aired on OAN?                                               11:40AM

3      A.   That's correct.                                     11:40AM

4      Q.   Okay.  And OAN, that's One America News             11:40AM

5   Network, correct?                                           11:40AM

6      A.   Uh-huh.                                             11:40AM

7      Q.   And you arranged for the "Absolute Proof"           11:40AM

8   documentary to be posted to social media platforms as      11:40AM

9   well?                                                       11:40AM

10      A.   We tried everything, and we put -- the first       11:40AM

11   thing we put it up on was Vimeo.  They took it down in     11:40AM

12   three minutes.  We put it up on YouTube, and they made     11:40AM

13   it 40 minutes to take it down.  Then we put it up, I       11:40AM

14   think, Rumble.  The stream -- they kept destroying the     11:40AM

15   streams, whatever, or taking it down because they didn't   11:40AM

16   want it out there.  It's censored.                         11:40AM

17      Q.   Now, after this was taped, including the           11:40AM

18   segment with Mr. Waldron, you knew that the information    11:40AM

19   identifying Smartmatic would be published on OAN when      11:40AM

20   you arranged for it to be aired, correct?                  11:40AM

21      A.   When it was in there, yes.                         11:40AM

22      Q.   Okay.  And that's the same for when it got         11:40AM

23   posted to social media?                                    11:41AM

24      A.   What's that?                                       11:41AM

25      Q.   Is it the same for when it got posted to social    11:41AM



1  media?                                                    11:41AM

2     A.  Yeah.                                              11:41AM

3     Q.  Okay.  You knew that Smartmatic would be          11:41AM

4  identified as being part of the coup?                    11:41AM

5     A.  One of the machine companies in the country       11:41AM

6  that had been long identified, yes.                      11:41AM

7     Q.  Okay.                                              11:41AM

8     A.  Smartmatic, yes, ES&S, Dominion, we all know      11:41AM

9  who the machine companies are.                           11:41AM

10    Q.  And at that point in time, did you have any       11:41AM

11 evidence that Smartmatic was part of rigging the 2020    11:41AM

12 election?                                                11:41AM

13    A.  Evidence that they were?  I had all kinds of      11:41AM

14 evidence that I had heard before Mary Fanning about      11:41AM

15 Smartmatic.  That was all over the news with Sidney      11:41AM

16 Powell.                                                  11:41AM

17         I had an investigator that we had hired --       11:41AM

18 well, I guess maybe that was after the fact.  But there  11:41AM

19 was -- that was all over the news about Smartmatic going 11:41AM

20 back to Venezuela.  You see that stuff.  It was all over 11:41AM

21 social media.  It was there every night.  Dominion and   11:41AM

22 Smartmatic, those were the two companies that were       11:41AM

23 mostly talked about.                                     11:41AM

24    Q.  And the information that you had with respect      11:41AM

25 to Smartmatic being involved in rigging the 2020         11:41AM



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                      133

 1  election was information from Sidney Powell in the news?      11:41AM

 2          MR. KACHOUROFF:  Objection.  That's not              11:42AM

 3  what he said on the record.                                   11:42AM

 4      A.  No.  No, that's --                                    11:42AM

 5          MR. KACHOUROFF:  Hold on, hold on.                    11:42AM

 6          Objection to form and objection to the word           11:42AM

 7  "rigging."  What do you mean by -- it's vague.                11:42AM

 8      A.  Yeah.  What do --                                     11:42AM

 9      Q.  (BY MS. WRIGLEY)  Do you understand the               11:42AM

10  question, Mr. Lindell?                                        11:42AM

11      A.  This was just stuff I heard.  I had not               11:42AM

12  validated any of my stuff yet until I got Dennis              11:42AM

13  Montgomery's information, and then it was all machine         11:42AM

14  companies, any of the computers.                              11:42AM

15      Q.  Okay.  Including Smartmatic, correct?                 11:42AM

16      A.  Including Smartmatic.                                 11:42AM

17      Q.  Yes.                                                  11:42AM

18      A.  Do you want to know what I've got now on              11:42AM

19  Smartmatic, or are we going to get to that?  I mean,          11:42AM

20  it's over.                                                    11:42AM

21      Q.  Mr. Lindell, let me ask you about posting             11:42AM

22  "Absolute Proof" to social media.  Did you put it up on       11:42AM

23  YouTube?                                                      11:42AM

24      A.  I didn't do -- I didn't do anything as far            11:42AM

25  as -- yeah, I guess we put it up on YouTube.  I don't         11:42AM



1  remember who was putting it up.  We were just looking          11:42AM

2  for a stream that would hold because people -- it was on       11:42AM

3  YouTube, and they took it down I think in 45 minutes.          11:42AM

4      Q.   Did you put it up on Facebook?                        11:42AM

5      A.   What?                                                 11:42AM

6      Q.   You put it on Facebook, "Absolute Proof"?             11:42AM

7      A.   It got shut down in like two seconds there, if        11:42AM

8  it went on Facebook.  I mean, we didn't -- we only            11:42AM

9  posted a live stream coming from my michaeljlindell.com.      11:42AM

10 That's where it was posted.  And you have to -- you have      11:43AM

11 to have a streaming platform to put it on to post from        11:43AM

12 there.                                                         11:43AM

13         I didn't post it anywhere else.  I posted             11:43AM

14 it right there so people could get it and do their own        11:43AM

15 thing.                                                         11:43AM

16         So it's like -- it was Michael -- I think             11:43AM

17 it was michaeljlindell.com.  So you have to have a            11:43AM

18 streaming thing there.  So it's a -- you know, it's a         11:43AM

19 box.  People come there to watch it.  So you have             11:43AM

20 different platforms that are behind it like YouTube           11:43AM

21 Vimeo, Rumble.                                                 11:43AM

22         Rumble couldn't handle it.  It couldn't              11:43AM

23 handle the traffic, so it broke.  The other ones, we          11:43AM

24 think they took it down on purpose.  We didn't break          11:43AM

25 YouTube.  They just took it down.  Vimeo took it down in      11:43AM



```
 1   three minutes.                                        11:43AM

 2              (Exhibit 597 marked.)                      11:43AM

 3       Q.  (BY MS. WRIGLEY)  So let me hand to you       11:43AM

 4   Exhibit 597, sir.  This is a -- for the record, it's a  11:43AM

 5   news article.                                         11:43AM

 6       A.  Uh-huh.                                       11:43AM

 7       Q.  It's a Mashable article with the heading,     11:43AM

 8   "MyPillow CEO released a movie pushing election fraud  11:44AM

 9   conspiracies, YouTube and Vimeo took it down.  The film  11:44AM

10   is called "Absolutely Proof."  It provides zero proof of  11:44AM

11   election fraud."                                      11:44AM

12       A.  Who wrote -- who wrote this?                  11:44AM

13              MR. KACHOUROFF:  What's the -- did we get  11:44AM

14   the exhibit number on this?                           11:44AM

15       A.  Who's Matt Binder?  Where did this come from?  11:44AM

16   Anybody could write this.                             11:44AM

17       Q.  (BY MS. WRIGLEY)  Give me one second, Mr.     11:44AM

18   Lindell.  For the record --                           11:44AM

19              MR. KACHOUROFF:  Let me ask her one        11:44AM

20   question.                                             11:44AM

21              MS. WRIGLEY:  The exhibit number is 597.   11:44AM

22       Q.  (BY MS. WRIGLEY)  This is from Mashable.  Are  11:44AM

23   you familiar with Mashable?                           11:44AM

24       A.  No.  Nobody's heard of it.  Nobody.           11:44AM

25       Q.  Do you see at the top -- that's okay.  I'll   11:44AM
```



1  walk you through it, sir.                                11:44AM

2            The date is February 5th, 2021.  Do you see   11:44AM

3  under the heading, sir?  I'm going to turn to the first  11:44AM

4  page -- actually, the second page after your image.      11:44AM

5            Do you see where it's -- this article          11:44AM

6  states, "Fresh off of receiving multiple Twitter bans,  11:44AM

7  MyPillow CEO Mike Lindell is now testing the limits of   11:44AM

8  other online platforms.  On Friday, Lindell released a   11:44AM

9  new documentary titled "Absolute Proof" which claims to  11:45AM

10  lay out, well, absolute proof of massive fraud in the   11:45AM

11  2020 U.S. presidential election"?  Do you see that?     11:45AM

12     A.  Yeah.                                            11:45AM

13     Q.  And you did, in fact, release a documentary     11:45AM

14  called "Absolute Proof," correct?                       11:45AM

15     A.  Yes.  Yes.                                       11:45AM

16     Q.  And that documentary, in fact, claims to lay    11:45AM

17  out absolute proof of massive fraud in the 2020 U.S.    11:45AM

18  presidential election, correct?                         11:45AM

19     A.  Correct.                                         11:45AM

20     Q.  If you go down in the article, it says, "To be  11:45AM

21  clear, Lindell's film absolutely does not lay out proof 11:45AM

22  of massive fraud in the 2020 election.  Instead, it     11:45AM

23  rehashes the same tired lies and conspiracy theories of 11:45AM

24  President Trump and his high profile supporters, such as 11:45AM

25  Rudy Giuliani and Sidney Powell, have pushed for months 11:45AM



1    in their very unsuccessful legal challenges."  Do you          11:45AM
2    see that paragraph?                                            11:45AM
3        A.   Yeah.  Very subjective.  I -- who is --               11:45AM
4             MR. KACHOUROFF:  Hold on.  Let her ask the           11:45AM
5    question about that.                                           11:45AM
6             THE WITNESS:  Yes.                                    11:45AM
7             MR. KACHOUROFF:  Objection, hearsay.                  11:45AM
8        Q.   (BY MS. WRIGLEY)  Okay.  I take it you disagree       11:45AM
9    with that paragraph, sir?                                      11:45AM
10            MR. KACHOUROFF:  Objection to relevance.              11:45AM
11   Why -- how is that even calculated to lead to                  11:45AM
12   discoverable information?                                      11:45AM
13       A.   I mean, that's just an opinion.  Of course I         11:45AM
14   didn't agree with it.                                          11:46AM
15       Q.   (BY MS. WRIGLEY)  Okay.  Now, if you look at         11:46AM
16   the bottom paragraph of this page, do you see where it         11:46AM
17   says, "The MyPillow CEO originally uploaded the film to        11:46AM
18   Vimeo and embedded the video player on his official            11:46AM
19   website.  Around an hour after the film was made public,       11:46AM
20   Vimeo removed "Absolute Proof" from its platform."  Do         11:46AM
21   you see that?                                                  11:46AM
22       A.   Uh-huh.                                               11:46AM
23       Q.   And was the video uploaded to Vimeo and then         11:46AM
24   subsequently removed?                                          11:46AM
25       A.   And it what?                                          11:46AM



1       Q.  Was the "Absolute Proof" video uploaded to          11:46AM

2   Vimeo and then subsequently removed?                        11:46AM

3       A.  Yes.                                                 11:46AM

4       Q.  And do you understand why?                          11:46AM

5       A.  I don't know why.  Either they didn't               11:46AM

6   like the --                                                 11:46AM

7            MR. KACHOUROFF:  No.  No.  That's all you          11:46AM

8   have to answer.                                             11:46AM

9       A.  Yeah, I don't know.  I don't know.                  11:46AM

10      Q.  (BY MS. WRIGLEY)  Now, if you go to the next        11:46AM

11  page, do you see where there's an image of "Absolute        11:46AM

12  Proof" and then a black box where it says, "Sorry, this     11:46AM

13  video does not exist"?                                      11:46AM

14      A.  Yes.                                                11:46AM

15      Q.  And below that image it says, "A screenshot of      11:46AM

16  Lindell's website after Vimeo removed his "Absolute         11:46AM

17  Proof" video."  Do you see that?                            11:46AM

18      A.  Yes.                                                11:46AM

19      Q.  Do you recall seeing this on your website after     11:46AM

20  Vimeo took it down?                                         11:47AM

21      A.  I was probably busy, but I've seen a lot of         11:47AM

22  stuff that would be down, and then we -- the tech guys      11:47AM

23  were putting it up.  But you're just pulling a streaming    11:47AM

24  company.  It's not like you put it up there.  You have      11:47AM

25  to have it a streaming company, so...                       11:47AM



| | |
|---|---|
| 1    Q.  Now, below that, the article continues, "The | 11:47AM |
| 2   video in question has been removed for violating our | 11:47AM |
| 3   policies relating to the spread of misleading claims | 11:47AM |
| 4   about the 2020 presidential election and its aftermath, | 11:47AM |
| 5   explained Vimeo in a statement provided to Mashable." | 11:47AM |
| 6        "There is no place on the Vimeo platform | 11:47AM |
| 7   for content that does or can cause harm of any kind." | 11:47AM |
| 8   Do you see that? | 11:47AM |
| 9    A.  Uh-huh. | 11:47AM |
| 10   Q.  Did you have any understanding of whether | 11:47AM |
| 11   Vimeo -- | 11:47AM |
| 12       MR. KACHOUROFF:  Objection, because he said | 11:47AM |
| 13   he didn't -- | 11:47AM |
| 14       MS. WRIGLEY:  Hold on.  Hold on.  I haven't | 11:47AM |
| 15   finished my question. | 11:47AM |
| 16       MR. KACHOUROFF:  I have an objection to | 11:47AM |
| 17   this whole line of inquiries, first. | 11:47AM |
| 18       MS. WRIGLEY:  That's fine.  You can object. | 11:47AM |
| 19   Just let me get my question out. | 11:47AM |
| 20    A.  I can't answer -- | 11:47AM |
| 21       MR. KACHOUROFF:  What was your question? | 11:47AM |
| 22    Q.  (BY MS. WRIGLEY)  Do you have any understanding | 11:47AM |
| 23   of whether Vimeo took the "Absolute Proof" video down | 11:47AM |
| 24   for violating its policies relating to the spread of | 11:47AM |
| 25   misleading claims about the 2020 presidential election? | 11:47AM |



| | | |
|---|---|---|
| 1 | MR. KACHOUROFF:  Objection. | 11:48AM |
| 2 | A.  I -- | 11:48AM |
| 3 | MR. KACHOUROFF:  Hold on, Mike. | 11:48AM |
| 4 | THE WITNESS:  Yeah. | 11:48AM |
| 5 | MR. KACHOUROFF:  Objection.  Not only | 11:48AM |
| 6 | hearsay and relevance, but he testified that he never | 11:48AM |
| 7 | saw this article, and you're quoting things out of the | 11:48AM |
| 8 | article as though it's a -- you can't ask him questions | 11:48AM |
| 9 | about what the article says if he's never seen it | 11:48AM |
| 10 | before.  That's not asking him about facts.  If you want | 11:48AM |
| 11 | to ask questions about what Vimeo took down -- | 11:48AM |
| 12 | MS. WRIGLEY:  My question stands.  You | 11:48AM |
| 13 | don't object -- | 11:48AM |
| 14 | MR. KACHOUROFF:  No.  Then don't answer, | 11:48AM |
| 15 | Mike.  Don't answer that question. | 11:48AM |
| 16 | MS. WRIGLEY:  I'm going to -- are you -- | 11:48AM |
| 17 | MR. KACHOUROFF:  I'm going to direct him | 11:48AM |
| 18 | not to answer because you're not -- all you have to do | 11:48AM |
| 19 | is rephrase the question and say, "Hey, did Vimeo take | 11:48AM |
| 20 | the video down?"  He's already testified that it has. | 11:48AM |
| 21 | Q.  (BY MS. WRIGLEY)  Mr. Lindell, are you going to | 11:48AM |
| 22 | follow your counsel's instruction? | 11:48AM |
| 23 | A.  Well, here's what I want to say:  Vimeo, | 11:48AM |
| 24 | Rumble, all these were -- Rumble, when they took it | 11:48AM |
| 25 | down, we didn't change -- we asked them what was | 11:48AM |



1   happening, and they said too many people came and broke          11:48AM

2   it.  I have no idea if they took it down for their                11:48AM

3   policy or if it was broken.  We kept switching to a               11:48AM

4   stream that would hold.  That was the main thing back             11:48AM

5   then.  It wasn't that it violated some policy at Vimeo.           11:48AM

6   That was my understanding at the time.                            11:48AM

7             We just kept putting up stream after                    11:48AM

8   stream, every stream that was out there, and we know for          11:48AM

9   sure because we got ahold of Rumble and said, you know,           11:48AM

10  "Did something happen?"                                           11:49AM

11            They go, "Yeah, you broke it.  Too many                 11:49AM

12  people."                                                          11:49AM

13     Q.  In February of 2021, did you have an                       11:49AM

14  understanding of whether Vimeo took your "Absolute                11:49AM

15  Proof" documentary down for violating any of its                  11:49AM

16  policies?                                                         11:49AM

17     A.  No.  I just knew they took it down.                        11:49AM

18     Q.  Okay.                                                      11:49AM

19     A.  We did not know exactly why.                               11:49AM

20     Q.  Let me ask you about YouTube.  Did you have an             11:49AM

21  understanding whether "Absolute Proof" was removed from           11:49AM

22  YouTube for violating any policies related to                     11:49AM

23  presidential election and tampering?                              11:49AM

24     A.  No, because it was up on YouTube for quite a               11:49AM

25  long time, and we thought maybe too many people came              11:49AM



1  there, too.  That was my understanding at the time, we      11:49AM
2  kept breaking, breaking.  I know -- I know now that they     11:49AM
3  took it down for censor.  Because later on, I put up         11:49AM
4  on my own stuff about -- I did a speech in a church          11:49AM
5  about Jesus, and Vimeo took down our whole website one       11:49AM
6  time.  This was late 2020, I believe, or late 2021.          11:49AM
7  Late 2021.  They said we don't ever want anything up         11:49AM
8  there about Jesus or whatever again to mix with              11:49AM
9  MyPillow.                                                    11:49AM
10         So that was something I learned about                11:50AM
11  Vimeo, and this was in a speech I did in church about       11:50AM
12  addiction and Jesus Christ.  And they took it down for      11:50AM
13  that.  So then I assumed, well, if they did that, I         11:50AM
14  guarantee you back then they took this down because they    11:50AM
15  had a hidden agenda.                                        11:50AM
16     Q.  Can you go to the next page of the exhibit,          11:50AM
17  Mr. Lindell.  Do you see where it says, "However, the       11:50AM
18  misspelling in the title of the film was eventually         11:50AM
19  corrected.  A few hours later, Lindell's film was also      11:50AM
20  removed by YouTube.  In a statement to Mashable, the        11:50AM
21  Google-owned platform said, 'Per our presidential          11:50AM
22  election integrity policy, we remove content uploaded       11:50AM
23  after the safe harbor deadline that advances false          11:50AM
24  claims that widespread fraud, errors or glitches changed    11:50AM
25  the outcome of the 2020 U.S. presidential election.  We     11:50AM



1  removed this video in accordance with this policy.'"  Do    11:50AM

2  you see that, sir?                                           11:50AM

3       A.  Yep.                                                11:50AM

4       Q.  Okay.  Were you aware in February of 2021 that     11:50AM

5  YouTube removed Absolute Proof because it advanced false     11:50AM

6  claims about fraud in the 2020 presidential election?        11:51AM

7       A.  No.  No.  Same as Vimeo.                            11:51AM

8       Q.  Okay.  What about for Twitter?  Did Twitter         11:51AM

9  take down the Absolute Proof documentary?                    11:51AM

10       A.  Twitter, I was banned before that, as you know.    11:51AM

11       Q.  Okay.                                              11:51AM

12       A.  Twitter, I was banned because I used              11:51AM

13  MyPillow's -- if you remember, the NewsMax guy took off     11:51AM

14  his microphone right on air.  Because they wouldn't let     11:51AM

15  me say why I was banned.  And they wouldn't let me          11:51AM

16  say -- "Oh, you're getting cancelled, you're cancelled,"    11:51AM

17  but none of the TV stations would let me say why are you    11:51AM

18  getting cancelled.                                          11:51AM

19       Q.  Mr. Lindell, was the "Absolute Proof"             11:51AM

20  documentary put up on Gab?                                  11:51AM

21       A.  I didn't put up anything but MyPillow.com.  You    11:51AM

22  understand that, right?                                     11:51AM

23       Q.  Uh-huh.  I do.                                     11:51AM

24       A.  I put it on MyPillow, michaeljlindell.com.         11:51AM

25  That's where I put it.  If other people came there and      11:51AM



MICHAEL J. LINDELL                                      June 11, 2024
SMARTMATIC USA vs LINDELL                                        144

1  took it and put it on Gab, that's their business.          11:51AM

2      Q.  Did you do anything to post the Absolute Proof     11:51AM

3  documentary on Gab?                                         11:51AM

4      A.  No.  I put it on michaeljlindell.com.  I don't      11:51AM

5  know.  I'd to have with look back.  I don't know if I       11:52AM

6  even had a Gab account back then.                           11:52AM

7      Q.  Did you do anything to put the "Absolute Proof"     11:52AM

8  documentary on Rumble?                                      11:52AM

9      A.  No.                                                 11:52AM

10     Q.  Did you do anything to put the "Absolute Proof"     11:52AM

11 documentary on GETTR?                                       11:52AM

12     A.  I didn't do anything.  They were doing it --        11:52AM

13 the tech guys were doing that to keep the stream            11:52AM

14 running.                                                    11:52AM

15     Q.  Okay.  Can you flip to a page that's got an         11:52AM

16 image in the middle that says "Timothy Burke"?  Are you     11:52AM

17 there, sir?  Right above there, do you see where it         11:52AM

18 says, "Lindell also paid for"?  Are you with me?            11:52AM

19     A.  "The video has found a home on right wing           11:52AM

20 platforms like Gab, CloutHub."  I didn't have CloutHub      11:52AM

21 account.                                                    11:52AM

22             MR. KACHOUROFF:  Hold on.  She can't --         11:52AM

23             THE WITNESS:  Okay.                             11:52AM

24             MR. KACHOUROFF:  Take your time.                11:52AM

25             THE WITNESS:  No, I'm just reading it.          11:52AM



| | |
|---|---|
| 1    Q.  (BY MS. WRIGLEY)  Sir, do you see where it | 11:52AM |
| 2  says, "Lindell also paid for multiple hours long | 11:52AM |
| 3  advertising spots on the conservative cable channel One | 11:52AM |
| 4  America News Network, OANN, according to the network, | 11:52AM |
| 5  where the film will be played in full throughout the | 11:52AM |
| 6  day"? | 11:53AM |
| 7    A.  Okay.  Let's go back to the first thing.  If | 11:53AM |
| 8  you read this here, "Throughout the day, third | 11:53AM |
| 9  parties have consistently" -- | 11:53AM |
| 10        MR. KACHOUROFF:  All right, Mike.  Mike, | 11:53AM |
| 11  let her ask the question. | 11:53AM |
| 12        THE WITNESS:  But that was the first | 11:53AM |
| 13  question.  She asked if I put it on CloutHub.  It says | 11:53AM |
| 14  right here -- | 11:53AM |
| 15        MR. KACHOUROFF:  But this is -- this is -- | 11:53AM |
| 16        THE WITNESS:  -- third parties -- | 11:53AM |
| 17        MR. KACHOUROFF:  I got it, Mike.  Mike, let | 11:53AM |
| 18  her ask the questions.  Answer her questions. | 11:53AM |
| 19    A.  The other question -- what's -- your question | 11:53AM |
| 20  about advertising spots, that's not true.  But go ahead. | 11:53AM |
| 21    Q.  (BY MS. WRIGLEY)  Okay.  Well, let me -- let me | 11:53AM |
| 22  just focus your attention so I have a clear record, | 11:53AM |
| 23  Mr. Lindell. | 11:53AM |
| 24        Do you see where this article states, | 11:53AM |
| 25  "Lindell also paid for multiple hours long advertising | 11:53AM |



 1  spots on the conservative cable channel One America News        11:53AM
 2  Network, OANN, according to the network, where the film         11:53AM
 3  will be played in full throughout the day"?  Do you see         11:53AM
 4  that?                                                           11:53AM
 5      A.  Yeah.                                                   11:53AM
 6      Q.  Okay.  Did you pay for "Absolute Proof" to be           11:53AM
 7  played on One America News Network?                             11:53AM
 8      A.  I believe they charged me to play it, yes.             11:53AM
 9      Q.  And how many times did it play on One America           11:53AM
10  News?                                                           11:53AM
11      A.  I have no idea.  I think it was once, and               11:53AM
12  I was -- it was like a watch it, and then I would               11:54AM
13  interviewed in between.  I think it was one day.  I flew        11:54AM
14  out there for one day.                                          11:54AM
15      Q.  Okay.  And did you understand that OAN would            11:54AM
16  broadcast a disclaimer in connection with playing              11:54AM
17  "Absolute Proof" documentary?                                   11:54AM
18      A.  No, I did not.  That was a complete surprise.          11:54AM
19      Q.  When did you find out that OAN would be putting         11:54AM
20  up a disclaimer in connection with --                           11:54AM
21      A.  After I watched it.  After it was on.  And              11:54AM
22  people go, "Why did they put that up for?"                      11:54AM
23          I go, "I have no idea."                                 11:54AM
24      Q.  You have seen -- you did see the disclaimer,            11:54AM
25  though, after it aired on OAN?                                  11:54AM



1    A.  After it aired, yeah.  And people called me and    11:54AM

2  said, "Why is that there?"                               11:54AM

3         I said, "I have no idea."                          11:54AM

4    Q.  In February of 2021, did you want to do media      11:54AM

5  interviews or appearances and discuss voting machines,   11:54AM

6  including Smartmatic voting machines?                    11:54AM

7    A.  On which day?                                       11:54AM

8    Q.  In February of 2021.                                11:54AM

9    A.  After February 5th?                                 11:54AM

10   Q.  Uh-huh.                                             11:54AM

11   A.  Not one media outlet called me for almost          11:54AM

12 15 days, and to the point where I had to ask Dominion's  11:54AM

13 company to sue me because no one -- no -- the media went 11:55AM

14 completely silent on me, and I could not get the word    11:55AM

15 out our country has to get rid of these electronic       11:55AM

16 voting machines.  I could not get the word out.  It      11:55AM

17 wasn't about the 2020 election any more.  This was about 11:55AM

18 saving our country.  And the media went silent on me for 11:55AM

19 at least 12 days.                                        11:55AM

20        Finally, I had to call back Swin.  And I          11:55AM

21 called up Swin from The Daily Beast.  I said, "Swin," I  11:55AM

22 said, "Why don't you be a real journalist and go tell    11:55AM

23 Dominion to sue me."                                     11:55AM

24        All the evidence I had, I wanted them to          11:55AM

25 sue me so we could show them the -- show the world the   11:55AM



1  evidence, because the media wasn't even attacking me.          11:55AM

2  It wasn't even talking about it.  It was silence.  And         11:55AM

3  it was like everything -- it was the only article I            11:55AM

4  received on "Absolute Proof," by the way.                      11:55AM

5           The media went silent.  They didn't call me           11:55AM

6  up and say, "Hey, your thing is false."  No.  They went        11:55AM

7  silent.                                                        11:55AM

8           So that -- two things happened.  When I               11:55AM

9  told Swin, I said, "Go tell Dominion to sue me; be a           11:55AM

10  real journalist," he goes, "Okay, I will."                    11:55AM

11           THE COURT REPORTER:  Slow down, please.              11:55AM

12           THE WITNESS:  Okay.                                  11:55AM

13    A.  He says, "Okay, I will."                                11:55AM

14           So he went over and said -- to Dominion.             11:55AM

15  He called me back.  He said, "Yep, Dominion's going to        11:55AM

16  sue you."                                                     11:56AM

17           And I said, "Okay."  I said, "Why don't you          11:56AM

18  write an article about it," so he did.                        11:56AM

19           Three days later, Dominion still had not             11:56AM

20  sued me.  So I called up Swin, and I said, "Swin, why         11:56AM

21  don't you go tell them chop, chop.  You're going to be        11:56AM

22  known as fake news."                                          11:56AM

23           And Swin, he goes, "Okay, I'll go tell               11:56AM

24  them."                                                        11:56AM

25           And they did, they sued me then.  So then            11:56AM



1  we were able to take all the evidence and give it to          11:56AM

2  Dominion.  And I thought it would end then; it would be       11:56AM

3  over.                                                         11:56AM

4         And then that's the -- that's kind of the             11:56AM

5  birth of FrankSpeech, because I go, wow, if they want to      11:56AM

6  silence me about talking about securing our elections,        11:56AM

7  they're just not going to attack me any more or not talk      11:56AM

8  to me or not slander me or not go after MyPillow, which       11:56AM

9  by that time we had already lost about $150 million in        11:56AM

10 less than a month per year, just (oral noise).                11:56AM

11         And then I went on Jimmy Kimmel --                    11:56AM

12     Q.  Sir, let me ask a question.                           11:56AM

13     A.  Yeah.                                                 11:56AM

14     Q.  You said by that time you had lost money.  By         11:56AM

15 what time?  By February 5th, 2021, you had lost that          11:56AM

16 money?                                                        11:56AM

17     A.  Yeah, because all the box stores had been             11:56AM

18 cancelling all the way through January and into February      11:57AM

19 to the tune of two a day, and these were -- they were --      11:57AM

20 we were their number one selling product of all time,         11:57AM

21 and it was like every, every, every day, two more, two        11:57AM

22 more, two more.  It started with H-E-B.                       11:57AM

23         And these were bots and trolls attacking             11:57AM

24 them.  And I told their CEOs and CMOs, I said, "You           11:57AM

25 guys, these aren't the real people."                          11:57AM



1          I said, "They're" -- I said, "These are          11:57AM
2     attack groups."                                        11:57AM
3          And some were saying, "Well, can you just         11:57AM
4     be quiet about this?"                                  11:57AM
5          You know, and I said, "No.  We're" -- "we         11:57AM
6     have to have secure our elections."                    11:57AM
7          This is -- and we lost in a three-week            11:57AM
8     period, it's about $150 million just that year.  But   11:57AM
9     every year since, we can't get any of them back.       11:57AM
10      Q.  And prior to February 5th, 2021 and sort of      11:57AM
11    talking about the attacks, were you identifying or     11:57AM
12    mentioning Smartmatic in connection with --            11:57AM
13      A.  Was I what?                                      11:57AM
14      Q.  Were you identifying or mentioning Smartmatic    11:57AM
15    in those discussions prior to January and --           11:57AM
16      A.  No.  I said all voting machines.  I said we got  11:57AM
17    to get rid of the electronic machines.                 11:57AM
18          If you remember, when I was on Jimmy             11:58AM
19    Kimmel, Jimmy Kimmel asked me, he said, "Mike, if your 11:58AM
20    Don" -- "if your friend Donald Trump had been selected 11:58AM
21    like you say Biden was, would you still be sounding the 11:58AM
22    alarm?"                                                11:58AM
23          I said, "Absolutely."                            11:58AM
24          The Washington Post and Politico came back       11:58AM
25    to Minnesota.  They questioned people all around my    11:58AM

