# EXHIBIT A-5

```
 1      Q.  Go ahead.                                         12:46PM

 2      A.  A cast vote record is the one thing we can get    12:46PM

 3  under the Freedom of Information Act, and I got           12:46PM

 4  one-third of the United States before they deleted stuff  12:46PM

 5  on September 3rd of 2022.                                 12:46PM

 6             I reached out to every county.  But LA         12:46PM

 7  County, I really wanted bad because that was your only    12:46PM

 8  county, and we got that for both 2020 and 2022, and it    12:46PM

 9  was the biggest deep dive you've ever seen.  And we also  12:46PM

10  have China tied into that, too, so --                     12:46PM

11      Q.  Okay.  Okay, sir.                                  12:46PM

12      A.  -- it's very...                                    12:46PM

13             MS. WRIGLEY:  I'm just going to move to         12:46PM

14  strike as nonresponsive.                                  12:46PM

15             THE WITNESS:  Yeah.                             12:46PM

16      Q.  (BY MS. WRIGLEY)  I'm going to show you a         12:46PM

17  couple more clips related to "Absolute Proof" playing on  12:46PM

18  OAN.  These are clips from what I believe is              12:46PM

19  February 11th where you appeared with Steve Bannon        12:46PM

20  talking about a screening of "Absolute Proof."            12:46PM

21             I've got two clips.  One of them is going      12:46PM

22  to be marked as Exhibit 601.                              12:46PM

23             (Exhibit 601 marked.)                          12:46PM

24      Q.  (BY MS. WRIGLEY)  I'm going to have my            12:46PM

25  colleague play 601.  And then Julie -- after it's over,   12:46PM
```



1   I'll have her play the second clip.  It's from the same          12:46PM

2   appearance, it's just a different clip.  They're both a          12:46PM

3   couple minutes.  And that will be marked Exhibit 602.            12:47PM

4            (Exhibit 602 marked.)                                   12:47PM

5            (Clip of Steve Bannon and Mike Lindell.)                12:47PM

6            STEVE BANNON:  To start this film off, what             12:47PM

7   people want to know, are you going to back down one              12:47PM

8   inch --                                                          12:47PM

9            MR. LINDELL:  Never.  Absolutely never.                 12:47PM

10  This isn't about --                                              12:47PM

11       Q.  (BY MS. WRIGLEY)  Mr. Lindell --                        12:47PM

12           (Clip continues.)                                       12:47PM

13           MR. LINDELL:  -- I don't care if you're a               12:47PM

14  Democrat or Republican.  This was an attack on our               12:47PM

15  country.  These Dominion machines and Smartmatic, these         12:47PM

16  machines that were -- that are -- that were the -- that         12:47PM

17  were the tools of this attack, and we will never have           12:47PM

18  another fair election if we don't -- if we don't stop           12:47PM

19  them.  So I will never back down.                               12:47PM

20           (Clip ends.)                                            12:47PM

21       Q.  (BY MS. WRIGLEY)  Okay.  Before we play the             12:47PM

22  second clip, Mr. Lindell, I would just ask during this          12:47PM

23  deposition -- I know you were on your phone texting, but        12:47PM

24  that's -- unfortunately for you, it's not allowed.  I           12:47PM

25  can't have you communicate while you're on the record --        12:47PM



MICHAEL J. LINDELL                                         June 11, 2024
SMARTMATIC USA vs LINDELL                                              203

| 1 | A.  No, I know. | 12:47PM |
| 2 | Q.  -- and testifying with anyone.  Particularly, I | 12:47PM |
| 3 | don't know who you're texting with or communicating, | 12:47PM |
| 4 | but if -- | 12:47PM |
| 5 | (Crosstalk.) | 12:47PM |
| 6 | A.  It's my company you've tried to destroy, so | 12:47PM |
| 7 | it's okay. | 12:47PM |
| 8 | Q.  (BY MS. WRIGLEY)  Okay.  But if you need to | 12:47PM |
| 9 | take a break at any point in time, we can take a break, | 12:47PM |
| 10 | but I can't have you communicating -- | 12:48PM |
| 11 | A.  Okay. | 12:48PM |
| 12 | Q.  -- with somebody outside of this room when | 12:48PM |
| 13 | we're on the record, sir. | 12:48PM |
| 14 | A.  Yeah. | 12:48PM |
| 15 | Q.  Do you understand? | 12:48PM |
| 16 | A.  Yeah, I got it. | 12:48PM |
| 17 | Q.  Okay.  You didn't -- I'm sorry.  You didn't | 12:48PM |
| 18 | look at me, and I just would ask for a little respect -- | 12:48PM |
| 19 | A.  Yeah, I got it. | 12:48PM |
| 20 | Q.  -- a little bit of respect, okay?  You | 12:48PM |
| 21 | understand? | 12:48PM |
| 22 | A.  Yeah. | 12:48PM |
| 23 | Q.  Okay.  Were you able to watch the clip, sir? | 12:48PM |
| 24 | A.  Yeah.  Yeah, I see the clip. | 12:48PM |
| 25 | Q.  Okay.  I'm going to play a second clip.  This | 12:48PM |



1  is Exhibit 602.                                      12:48PM

2     A.  Okay.                                          12:48PM

3           (Clip of Steve Bannon and Mike Lindell.)    12:48PM

4           STEVE BANNON:  What would you tell the      12:48PM

5  audience?  And then how are you going to back up these  12:48PM

6  assertions by Colonel Waldron, the cyber warfare expert?  12:48PM

7           MR. LINDELL:  Well, I'll tell you, if       12:48PM

8  you're caught cheating in a poker game, what do you do?  12:48PM

9  Of course, you start lying.  And they're all liars   12:48PM

10 there.  They're lying.  They're boldface lying.      12:48PM

11          I mean, the easier part about it not going  12:48PM

12 online, if you're Dominion or Smartmatic, I mean, that's  12:48PM

13 been proven ten times over.  So if you lie a little bit,  12:48PM

14 usually you're lying a lot.  And this is all going to  12:48PM

15 come out.                                             12:48PM

16          When you asked me about that other guy,     12:48PM

17 we -- you know, that remains to be seen.  Is he -- does  12:48PM

18 he really -- is he really that naive that he doesn't  12:49PM

19 know what happened, or is he lying?  And then you know  12:49PM

20 what?  What do you lie for?  You usually lie to cover  12:49PM

21 something up.                                         12:49PM

22          You know, I went out here with everything I  12:49PM

23 have, because I'm a hundred percent, 100 percent that we  12:49PM

24 have all the proof.  That's why it's called "Absolute  12:49PM

25 Proof."                                               12:49PM



| | | |
|---|---|---|
| 1 | (Clip ends.) | 12:49PM |
| 2 | Q.  (BY MS. WRIGLEY)  Okay.  Mr. Lindell, I have | 12:49PM |
| 3 | one more clip.  This is the third clip from the | 12:49PM |
| 4 | screening with Mr. Bannon. | 12:49PM |
| 5 | MS. WRIGLEY:  Before I do that, that one | 12:49PM |
| 6 | will be marked -- | 12:49PM |
| 7 | MS. LOFTUS:  603. | 12:49PM |
| 8 | MS. WRIGLEY:  -- 603. | 12:49PM |
| 9 | (Exhibit 603 marked.) | 12:49PM |
| 10 | Q.  (BY MS. WRIGLEY)  Do you recognize you on that | 12:49PM |
| 11 | video, sir? | 12:49PM |
| 12 | A.  (Witness indicated by nodding his head | 12:49PM |
| 13 | affirmatively.) | 12:49PM |
| 14 | Q.  I'm sorry.  You have to give an oral response. | 12:49PM |
| 15 | A.  Yes.  Yes.  I recognize the tie. | 12:49PM |
| 16 | Q.  One more -- one more clip, sir. | 12:49PM |
| 17 | A.  I lost that one. | 12:49PM |
| 18 | MS. WRIGLEY:  Go ahead. | 12:49PM |
| 19 | (Clip of Steve Bannon and Mike Lindell.) | 12:49PM |
| 20 | MR. LINDELL:  And I -- my -- part of my due | 12:49PM |
| 21 | diligence -- that's been all this week.  I -- I want to | 12:49PM |
| 22 | go back to where this all started in Venezuela.  It all | 12:49PM |
| 23 | started in Venezuela with Smartmatic, not Dominion and | 12:49PM |
| 24 | the other one.  It was with Smartmatic.  And I have -- | 12:50PM |
| 25 | we're going to have the gal -- all this gal -- I'll | 12:50PM |



1  put all -- that evidence, I will put up on my            12:50PM

2  michaeljlindell.com website.                             12:50PM

3              (Clip ends.)                                  12:50PM

4      Q.  (BY MS. WRIGLEY)  Okay.  Do you recall doing      12:50PM

5  appearances or discussions with Mr. Bannon at OAN in     12:50PM

6  connection with "Absolute Proof" being screened on that  12:50PM

7  network?                                                 12:50PM

8      A.  Yeah --                                          12:50PM

9      Q.  Okay.                                            12:50PM

10     A.  -- from what I recall.  It's three years ago,    12:50PM

11 but yeah.                                                12:50PM

12     Q.  And you recognize that you're --                 12:50PM

13     A.  Yeah.  Yeah.                                     12:50PM

14     Q.  You recognize you're in those clips with         12:50PM

15 Mr. Bannon?                                              12:50PM

16     A.  Yeah.  Yeah.                                     12:50PM

17     Q.  And in those clips, you are specifically         12:50PM

18 mentioning Smartmatic machines being part of an attack   12:50PM

19 on the country in connection with the 2020 election,     12:50PM

20 correct?                                                 12:50PM

21     A.  It's right there.  I talked about Venezuela,     12:50PM

22 and we have a separate investigation on that, so...      12:50PM

23     Q.  Okay.  But you -- you did mention Smartmatic in  12:50PM

24 connection with the 2020 election?                       12:50PM

25     A.  Yeah.  Yeah.  Yeah, I mentioned Smartmatic.      12:50PM



1  Absolutely.                                          12:50PM

2      Q.  Okay.  And you mentioned Smartmatic, along with  12:50PM

3  Dominion, being boldface lying about its machines not --  12:50PM

4      A.  A hundred percent saying they're not on the  12:50PM

5  Internet, yes.                                         12:50PM

6      Q.  Okay.  And you mentioned that's been a lie on  12:50PM

7  this appearance with Mr. Bannon, correct?              12:50PM

8      A.  And he's -- yeah, still lying.                12:51PM

9      Q.  And in this appearance promoting "Absolute  12:51PM

10  Proof" with Mr. Bannon, you were tying Smartmatic to  12:51PM

11  election fraud in connection with the 2020 election,  12:51PM

12  right?                                                12:51PM

13      A.  Basically, what I said there, it all started in  12:51PM

14  Venezuela with Smartmatic.  By that time, I had also  12:51PM

15  started a whole other investigation.  That's what I  12:51PM

16  teased there.                                         12:51PM

17      Q.  Yep.  And you're -- you're -- specifically  12:51PM

18  mentioned Venezuela in there, correct?                12:51PM

19      A.  Yep.                                          12:51PM

20      Q.  Okay.  And in the months after you taped  12:51PM

21  "Absolute Proof" in 2021, did you give additional media  12:51PM

22  appearances in order to specifically talk about  12:51PM

23  Smartmatic in connection with election fraud?          12:51PM

24      A.  Nobody would -- nobody would have me on because  12:51PM

25  you guys scared them off.                              12:51PM



1      Q.   Okay.   Now, you had mentioned that in one of      12:51PM

2    those clips that it all started in Venezuela with        12:51PM

3    Smartmatic, correct?                                     12:51PM

4      A.   I said that we had evidence now that it did.      12:51PM

5    We -- I hired a company, it was like, I don't know, a    12:51PM

6    couple hundred thousand dollars, and they did a deep     12:51PM

7    dive into the genesis of all of this, and Smartmatic --  12:51PM

8    and there was also some -- there was also work that kind 12:52PM

9    of validated what Sidney Powell had been putting out     12:52PM

10   that I had heard.                                        12:52PM

11           But I wanted to find my own due diligence,       12:52PM

12   and we did our own, and it goes back to Venezuela.   I   12:52PM

13   actually talked to people in Venezuela.   The underground 12:52PM

14   there had them on crying and saying, you know, to -- and 12:52PM

15   telling us what had happened in Venezuela with their     12:52PM

16   country being taken over by the machines.                12:52PM

17     Q.   Are you aware that Smartmatic blew the whistle    12:52PM

18   on the government of Venezuela years before the 2020     12:52PM

19   election, sir?                                           12:52PM

20     A.   Was what?                                         12:52PM

21     Q.   Are you aware --                                  12:52PM

22           MR. KACHOUROFF:   Objection, assumes facts       12:52PM

23   not in evidence.                                         12:52PM

24     Q.   (BY MS. WRIGLEY)   Are you aware that Smartmatic  12:52PM

25   blew the whistle on the government of Venezuela a number 12:52PM



1  of years prior to 2020?                                    12:52PM

2      A.  I'm -- I don't know, but -- I'm not aware of       12:52PM

3  that, but I'm sure you had a hidden agenda there, too.     12:52PM

4      Q.  And whenever you bring up or in the past when      12:52PM

5  you've brought up Smartmatic in connection with            12:52PM

6  Venezuela, are you mentioning Venezuela for any            12:52PM

7  particular reason, sir?                                    12:52PM

8      A.  Because of many -- because there's about -- I      12:53PM

9  don't know how many countries now have been taken by the   12:53PM

10 voting machines, and the last one being Brazil, which is   12:53PM

11 a good friend of mine, President Bolsonaro.                12:53PM

12          Argentina, one judge made a ruling last           12:53PM

13 year to get rid of the machines, and they had a fair and   12:53PM

14 free election.                                             12:53PM

15          I met a guy named Clint Curtis.  He's a           12:53PM

16 Democrat.  He set the first algorithms in all your         12:53PM

17 machines to steal elections.  It's very public.            12:53PM

18          The Netherlands said how do -- what do we         12:53PM

19 do now that you put these in there?                        12:53PM

20          THE COURT REPORTER:  Will you slow down,          12:53PM

21 please.                                                    12:53PM

22      A.  He said what did you do now that the              12:53PM

23 Netherlands -- the Netherlands asked him, what do we do    12:53PM

24 now that you set this way to cheat with these machines?    12:53PM

25          And the Netherlands said -- he said there's       12:53PM



1  nothing you can do.  In five months, the Netherlands          12:53PM

2  switched over to paper ballots hand counted.  His name        12:53PM

3  is Clint Curtis.  He's been very vocal.  He's a               12:53PM

4  Democrat.  But the Republicans used it against him, and       12:53PM

5  so he blew the whistle on them like in 2005, 2006.            12:53PM

6      Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you have a          12:53PM

7  vendetta against Smartmatic?                                  12:53PM

8      A.  No.  All machines, they got to go.  We've got         12:54PM

9  to save our country.  I want the American dream.  I have      12:54PM

10 lived the American dream, from going from a crack addict      12:54PM

11 to where I'm at now with all these employees and stuff,       12:54PM

12 and that's all I want.                                        12:54PM

13         I want the -- there's no vendetta.  I want            12:54PM

14 all computers gone in our elections, that's it.  You          12:54PM

15 could call it ES&S, Smartmatic, Hart, Diebold, it            12:54PM

16 doesn't matter.                                               12:54PM

17     Q.  I'm going to hand -- I've handed to you what's        12:54PM

18 been marked as Exhibit 604, sir.                              12:54PM

19         (Exhibit 604 marked.)                                 12:54PM

20     Q.  (BY MS. WRIGLEY)  I'll represent you're not in        12:54PM

21 this E-mail, but it is produced by the defendants, and        12:54PM

22 it's from the MyPillow E-mail account.  This is DEF           12:54PM

23 026318.                                                       12:54PM

24         And I'll walk you through this document.              12:54PM

25 Do you see at the bottom, the first E-mail in this chain      12:54PM



1   is from a Mona Bagsby --                                  12:54PM

2        A.   Uh-huh.                                         12:54PM

3        Q.   -- at Main Street Media?                        12:54PM

4        A.   Right.                                          12:54PM

5        Q.   Do you know Main Street Media?                  12:54PM

6        A.   Never heard of them.                            12:54PM

7        Q.   Have you heard of Main Street Media Tennessee?  12:54PM

8        A.   Never heard of them.                            12:54PM

9        Q.   So you see that Mona Bagsby E-mailed Dawn       12:54PM

10  Curtis on February 17th, 2021?                            12:55PM

11       A.   Right.                                          12:55PM

12       Q.   The subject was Main Street Media TN, Main      12:55PM

13  Street Today with Devon O'Day Show.  Do you see that?     12:55PM

14       A.   Yeah.                                           12:55PM

15       Q.   Okay.  In that E-mail, Mona writes, "Hi, Don.   12:55PM

16  I sure miss working with you.  I would love to have       12:55PM

17  Mr. Mike Lindell on our show."                            12:55PM

18       A.   Right.                                          12:55PM

19       Q.   "I don't have his personal assistant's info.   12:55PM

20  It was on my computer at WSM.  Could you possibly put me  12:55PM

21  in touch?  I have him in my phone with his cell phone,    12:55PM

22  but I respect his privacy and would rather go through     12:55PM

23  the correct channels.  If you could help me with that, I  12:55PM

24  would really appreciate it."  Do you see that?            12:55PM

25       A.   Yeah.                                           12:55PM



1    Q.   And then do you see at the top that a response          12:55PM

2   comes from Katelyn Gamlin?                                    12:55PM

3    A.   Uh-huh.                                                 12:55PM

4    Q.   And she's your executive assistant?                     12:55PM

5    A.   Yeah.                                                   12:55PM

6    Q.   And in 2021, was Katelyn Gamlin scheduling              12:55PM

7   media appearances for you, Mike Lindell?                      12:55PM

8    A.   She was screening them.                                 12:55PM

9    Q.   I'm sorry.  What?                                       12:55PM

10    A.   She screened this one, yes.                            12:55PM

11    Q.   Okay.  And she responded to Mona saying, "Thank        12:55PM

12   you for the time to reach out.  My name is Katelyn, and      12:55PM

13   I'm Mike Lindell's scheduler.  Unfortunately, at this        12:56PM

14   time we are not scheduling any additional interviews         12:56PM

15   unless the topic can be on Dominion and Smartmatic           12:56PM

16   machines.  If that is not a topic available for              12:56PM

17   discussion, we are not able to accept at this time."  Do     12:56PM

18   you see that?                                                12:56PM

19    A.   Uh-huh.                                                12:56PM

20    Q.   Do you know whether you did an appearance with         12:56PM

21   Main Street Media in 2021?                                   12:56PM

22    A.   I don't know, but I will say this, the point           12:56PM

23   was that was -- that goes right in with every media we       12:56PM

24   went on, they're going, oh, you're getting cancelled,        12:56PM

25   you're getting cancelled, but I couldn't tell them why.      12:56PM



1  So I'm going to save time.  If I can't bring up the          12:56PM

2  machine companies and say here's why we're getting           12:56PM

3  cancelled, we want paper ballots hand counted, if I          12:56PM

4  couldn't do that, I'm not going to waste my time with        12:56PM

5  this media, whoever this was in Tennessee.                   12:56PM

6      Q.  Okay.                                                 12:56PM

7      A.  That's what this is screening.                        12:56PM

8      Q.  In 2021, were you not doing media appearances        12:56PM

9  unless you could talk about Smartmatic?                       12:56PM

10     A.  No, that's not true.  I was doing all kinds of       12:56PM

11 media appearance as -- they wanted me on -- Fox Sports       12:56PM

12 cancelled you, Mike.  This cancelled you.  I would take      12:56PM

13 anything I could, but I wanted to say why I was getting      12:57PM

14 cancelled.                                                    12:57PM

15     Q.  You wanted to identify --                            12:57PM

16     A.  Because I wanted to get rid of the machine          12:57PM

17 companies.  Had nothing to do with Smartmatic or             12:57PM

18 Dominion.  You could include ES&S in there.  You guys        12:57PM

19 are just the biggest names out there because you sued        12:57PM

20 everybody.                                                    12:57PM

21             MR. KACHOUROFF:  Nicole, was that 604?           12:57PM

22             MS. WRIGLEY:  That was 604, yes.  I'm about      12:57PM

23 to mark 605.                                                  12:57PM

24             MR. KACHOUROFF:  Okay.                           12:57PM

25             MS. WRIGLEY:  And then maybe one more, and       12:57PM



```
 1  we'll take a break for lunch.                          12:57PM

 2              (Exhibit 605 marked.)                      12:57PM

 3      Q.  (BY MS. WRIGLEY)  I'm going to hand to you     12:57PM

 4  Exhibit 605 --                                         12:57PM

 5              MR. KACHOUROFF:  Thank you.                12:57PM

 6      Q.  (BY MS. WRIGLEY)  -- Bates stamped DEF 009706. 12:57PM

 7  Two pages.  I'm going to start you at the back of this 12:57PM

 8  document because the E-mail -- the first E-mail in the 12:57PM

 9  chain is at the back.  Can you go to the second page,  12:57PM

10  sir?                                                   12:57PM

11      A.  Yep.                                           12:57PM

12      Q.  Do you see that there's a -- in the middle,    12:58PM

13  there's an E-mail on February 18th, 2021 from a        12:58PM

14  chris@humorusmathematicians, and it's a Chris Deluge,  12:58PM

15  cofounder and editor in chief?                         12:58PM

16      A.  Uh-huh.  Yes.                                  12:58PM

17      Q.  He writes, "Hello there.  I would like to see  12:58PM

18  if I can get some info.  We're doing a podcast         12:58PM

19  appearance by Mike Lindell.  We have millions of       12:58PM

20  followers on our website.  I would love to give Mike an 12:58PM

21  open platform with no censorship to discuss the election 12:58PM

22  fraud evidence, as we see how much this truth is being 12:58PM

23  censored.  Please let me know whenever you can regarding 12:58PM

24  what it would take to make something like this happen." 12:58PM

25  Do you see that?                                       12:58PM
```



1        A.  Yeah.                                              12:58PM

2        Q.  And then if you go to first page, do you see       12:58PM

3   that KG, Katelyn Gamlin, responds to Chris?  It's at the    12:58PM

4   very bottom.  It's on February 19th.  Do you see that,      12:58PM

5   sir?                                                        12:58PM

6        A.  Yes.                                               12:58PM

7        Q.  She writes, "Hello, Chris.  Thanks for taking      12:58PM

8   the time to reach out.  Before I'm able to look into        12:58PM

9   Mike's calendar, can you please provide a little more       12:59PM

10  information on your show, such as your show's reach,         12:59PM

11  guests you've had on, length of interview, open dates,      12:59PM

12  times, if it's audio, video, all the topics you'd           12:59PM

13  interested in and if the topic of Smartmatic or Dominion    12:59PM

14  and Smartmatic machines are able to be discussed."  Do      12:59PM

15  you see that?                                               12:59PM

16       A.  Right.                                             12:59PM

17       Q.  And then do you see that there's a response by     12:59PM

18  Chris?                                                      12:59PM

19       A.  Yes.                                               12:59PM

20       Q.  And he says, "Hey KG.  For starters, we very       12:59PM

21  specifically want to talk about Dominion and Smartmatic.    12:59PM

22  Nothing will be off the table.  We just want to give        12:59PM

23  Mike another platform."  Do you see that?                   12:59PM

24       A.  Yes.                                               12:59PM

25       Q.  Do you recall whether or not you appeared on       12:59PM



1  this podcast?                                              12:59PM

2       A.   Absolutely no idea.                              12:59PM

3       Q.   Okay.  Do you recall appearing on podcasts and  12:59PM

4  talking about Smartmatic and election fraud in February   12:59PM

5  of 2021, sir?                                              12:59PM

6       A.   If I could get on anything I could get on and   12:59PM

7  they would let me talk about why I was getting cancelled   12:59PM

8  and to save our country to get rid of these machines,      12:59PM

9  hundred percent.                                           01:00PM

10      Q.   Okay.                                            01:00PM

11      A.   But after February 5th, very few would have me  01:00PM

12 on.  That's why I had to create FrankSpeech.               01:00PM

13      Q.   In February of 2021, you wanted to get on --    01:00PM

14 wanted to get in the news or be with media talking about   01:00PM

15 Smartmatic machines, correct?                              01:00PM

16      A.   No.  I wanted to get on the news to get rid --  01:00PM

17 to talk about their elections, to get rid of all machine   01:00PM

18 companies.  You just happen to be one of them.             01:00PM

19      Q.   Smartmatic does?                                 01:00PM

20      A.   Yeah, absolutely.                                01:00PM

21      Q.   Okay.  Now, in 2021, did you talk to any        01:00PM

22 election officials about not using Smartmatic voting       01:00PM

23 machines?                                                  01:00PM

24      A.   Say that again.                                  01:00PM

25      Q.   In 2021, did you talk to any election officials 01:00PM



1   about not using Smartmatic voting machines?                01:00PM

2       A.   What do you mean by that?                         01:00PM

3       Q.   Did you talk to any election officials anywhere  01:00PM

4   in the country and the world and said don't use           01:00PM

5   Smartmatic voting machines?                                01:00PM

6       A.   I think I was very vocal.  You can't keep going   01:00PM

7   to election officials.  Which election officials was      01:00PM

8   I -- was going to go to?  Biden?  I mean, I wasn't going   01:00PM

9   to go into D.C., I'll tell you that, when he banned        01:01PM

10  MyPillow from coming in there and bringing reserves that   01:01PM

11  were laying in a garage on the ground with no pillows,     01:01PM

12  our armed forces, and I couldn't bring a MyPillow truck    01:01PM

13  in there because he wouldn't let me bring them free        01:01PM

14  pillows.                                                   01:01PM

15           So no, I did not talk to our government           01:01PM

16  officials at that time.                                    01:01PM

17      Q.   Have you ever talked to any election officials    01:01PM

18  about not using Smartmatic voting machines, ever?          01:01PM

19      A.   Oh, about all voting machines.  I don't bring     01:01PM

20  up specific Smartmatic.  I've included ES&S.  Now that     01:01PM

21  I've learned we have Hart, ES&S, all of these machines.    01:01PM

22  It's one big blob.  They're all together.                  01:01PM

23      Q.   Okay.                                             01:01PM

24      A.   It happened in every county, in every state.     01:01PM

25  It wasn't just LA County.                                  01:01PM



1     Q.  Do you understand whether any of these -- that          01:01PM

2  whether or not these voting companies, ES&S, Hart              01:01PM

3  InterCivic, Dominion, Smartmatic, whether they're all         01:01PM

4  separate companies or whether they're the same, sir?          01:01PM

5     A.  No, they're all separate, but they're all tied         01:01PM

6  together through the Internet, because they're all            01:01PM

7  online.                                                        01:01PM

8     Q.  Okay.                                                   01:01PM

9     A.  And I've got cast vote records for all of them.        01:01PM

10  So you're all guilty.                                         01:01PM

11     Q.  Okay.                                                  01:02PM

12     A.  Guilty.                                                01:02PM

13     Q.  One more document.  Sir, I'm going to hand you         01:02PM

14  what's been marked as Exhibit 606.  Okay?                     01:02PM

15          (Exhibit 606 marked.)                                 01:02PM

16     A.  Okay.                                                  01:02PM

17     Q.  (BY MS. WRIGLEY)  For the record, this is DEF          01:02PM

18  083580.  This is part of a larger text chain.  This one      01:02PM

19  is an excerpt, Pages 1 and 35, and it's a text chain         01:02PM

20  between Mike Lindell and Alexa, Wall Street Journal.          01:02PM

21          Sir, are you -- can you look at the top for           01:02PM

22  me, please.                                                   01:02PM

23     A.  Uh-huh.                                                01:02PM

24     Q.  Do you see this is a text chain between               01:02PM

25  yourself and Alexa at The Wall Street Journal?               01:02PM



MICHAEL J. LINDELL                                          June 11, 2024
SMARTMATIC USA vs LINDELL                                            219

```
 1      A.  Uh-huh.                                        01:03PM

 2      Q.  Do you see at the top it starts February 26,   01:03PM

 3  2021?                                                  01:03PM

 4      A.  Uh-huh.                                        01:03PM

 5      Q.  Do you know an Alexa at The Wall Street        01:03PM

 6  Journal?                                               01:03PM

 7      A.  I know she's on my phone.  I have every --     01:03PM

 8  every journalist is on my phone in the whole country.  01:03PM

 9      Q.  Okay.  You like to talk to journalists, don't  01:03PM

10  you, Mr. Lindell?                                      01:03PM

11      A.  Huh?                                           01:03PM

12      Q.  You like to talk to journalists?              01:03PM

13      A.  Do I like to talk to them?                    01:03PM

14      Q.  Yes.                                           01:03PM

15      A.  I like to try and save our country, and I'll   01:03PM

16  sit there and talk to them and tell them every         01:03PM

17  conversation is to get rid of these machines and go to 01:03PM

18  paper ballots hand counted.                           01:03PM

19          You can ask every journalist in this           01:03PM

20  country that makes -- they're all on the Left because  01:03PM

21  the Right ones, once again, they're afraid to talk     01:03PM

22  because of lawfare.                                    01:03PM

23      Q.  Putting aside election fraud, do you like to be 01:03PM

24  in the news, Mr.  Lindell?                             01:03PM

25      A.  Huh?                                           01:03PM
```



1      Q.   Do you like to be in the news?                    01:03PM

2      A.   Do I like to be in the news?  Only to try and     01:03PM

3  save our country.                                          01:03PM

4      Q.   Okay.                                             01:03PM

5      A.   My voice, if you suppress that --                 01:03PM

6      Q.   And prior to the 2020 election --                 01:03PM

7      A.   If you read my book, you know I was very much      01:03PM

8  afraid of public speaking, if you've read my book, and I   01:03PM

9  think you should.                                          01:03PM

10      Q.   Mr. Lindell, let me ask you this:  Prior to      01:03PM

11  2020, did you like to be in the news, sir?                01:03PM

12      A.   Prior to 2020, the only thing I was in the       01:03PM

13  news -- not prior to 2020.  You're going to have to go    01:04PM

14  back when I first went on TV with MyPillow if you want    01:04PM

15  me to take you back to the transition.  I was petrified   01:04PM

16  to talk in front of any crowds.                          01:04PM

17           I could do commercials for MyPillow.             01:04PM

18  Because when I have a compassion or passion for           01:04PM

19  something, when I believe in something, I don't stop.  I  01:04PM

20  can talk your ear off.  But when I -- if something --     01:04PM

21  just smalltalk or talking, no.  No.                       01:04PM

22      Q.   In 2021, how many media appearances do you       01:04PM

23  think you did?                                            01:04PM

24      A.   I have no idea.  Not as -- probably not as many  01:04PM

25  as 2020, because 2020 when I was banned from talking.     01:04PM



1      Q.  Why do you have all these journalists' numbers        01:04PM
2  in your phone?                                               01:04PM
3      A.  What's that?                                         01:04PM
4      Q.  Why do you have all these numbers in your            01:04PM
5  phone?                                                       01:04PM
6      A.  Because they attack me every single day or           01:04PM
7  almost weekly to do stories.  They do it for their           01:04PM
8  glamour stories, that Mike Lindell, this conspiracy.         01:04PM
9  Mike Lindell's losing MyPillow.  Mike Lindell just lost      01:04PM
10  another hundred million.  Will he ever shut up?  Mike       01:04PM
11  Lindell, you know.  The Wall Street Journal, they're        01:04PM
12  all -- what I do now is I make them read my book, and       01:04PM
13  then they're torn, like when I was on Jimmy Kimmel.         01:04PM
14          But I will do whatever it takes to get the          01:05PM
15  word out to save our country, and that's it.  And this      01:05PM
16  has nothing to do with Republican or Democrat.  It has      01:05PM
17  to do with get rid of computers in our election, period.    01:05PM
18          Why do you think I'm being attacked now?            01:05PM
19  It's not over the 2020 election.  It's because I came       01:05PM
20  out with a plan last August to secure our elections.        01:05PM
21  I -- we're going county by county to get rid of these --    01:05PM
22          THE COURT REPORTER:  Slow down, please.             01:05PM
23      A.  We're going county by county to get rid of          01:05PM
24  these voting machines.  We've got over 250 committed to     01:05PM
25  go to paper ballots hand counted.                           01:05PM



| | | |
|---|---|---|
| 1 | Q.  (BY MS. WRIGLEY)  You personally are going | 01:05PM |
| 2 | county by county, sir? | 01:05PM |
| 3 | A.  My team.  I have over 300,000 people in all 50 | 01:05PM |
| 4 | states. | 01:05PM |
| 5 | Q.  Now, if you can look at Exhibit 606, please. | 01:05PM |
| 6 | A.  Uh-huh. | 01:05PM |
| 7 | Q.  This chain starts on February 16, 2021.  Do you | 01:05PM |
| 8 | see that? | 01:05PM |
| 9 | A.  Uh-huh. | 01:05PM |
| 10 | Q.  And Alexa from The Wall Street Journal texts | 01:05PM |
| 11 | you.  "Hi, Mike.  It's Alexa Corse from The Wall Street | 01:05PM |
| 12 | Journal." | 01:05PM |
| 13 | A.  Yeah. | 01:05PM |
| 14 | Q.  "I'm sorry we didn't connect last week.  Do you | 01:05PM |
| 15 | have ten minutes to chat on the phone today about voting | 01:05PM |
| 16 | machines?"  Do you see that? | 01:06PM |
| 17 | A.  Uh-huh. | 01:06PM |
| 18 | Q.  And then on the 22nd of February, 2021, she | 01:06PM |
| 19 | texts you.  "Hi, Mike.  I just E-mailed you Dominion's | 01:06PM |
| 20 | lawsuit."  Do you see that? | 01:06PM |
| 21 | A.  Uh-huh. | 01:06PM |
| 22 | Q.  And you said "Thanks," correct?  Do you see | 01:06PM |
| 23 | that? | 01:06PM |
| 24 | A.  Yes. | 01:06PM |
| 25 | Q.  She responds, "Hi, Mike.  Can you send the list | 01:06PM |



1  of retailers who dropped MyPillow?"  Do you see that?          01:06PM

2       A.  Yes.                                                 01:06PM

3       Q.  And then you say, "Yes," correct?                    01:06PM

4       A.  Uh-huh.  Yes.                                        01:06PM

5       Q.  And so she's asking for information from you,        01:06PM

6  and you're providing it, correct?                             01:06PM

7       A.  That's correct.                                      01:06PM

8       Q.  And this is The Wall Street Journal, right?          01:06PM

9       A.  Right.                                               01:06PM

10      Q.  Okay.  Then she says, "Thank you.  I will            01:06PM

11  affirm message about that."  Do you see that?                01:06PM

12      A.  Yes.                                                 01:06PM

13      Q.  And she seems pretty friendly in this text to        01:06PM

14  you, correct?                                                01:06PM

15      A.  They all -- they all act that way.                   01:06PM

16      Q.  Okay.  And then do you see that she also says,       01:06PM

17  "Hi, Mike.  It's Alexa from WSJ.  Have you been served       01:06PM

18  with the Dominion lawsuit yet?"  Do you see that?            01:06PM

19      A.  Yep.  Yes.                                           01:06PM

20      Q.  And it continues on the next page.  This is          01:06PM

21  January 18, 2022.                                            01:06PM

22      A.  Yeah.                                                01:06PM

23      Q.  "Hi, Mike.  It's Alexa Corse from The Wall           01:06PM

24  Street Journal.  Do you have a comment on Smartmatic         01:06PM

25  suing you today?"  Do you see that?                          01:06PM



| | | |
|---|---|---|
| 1 | A.  Yeah. | 01:07PM |
| 2 | Q.  And you wrote her back, correct? | 01:07PM |
| 3 | A.  Yes. | 01:07PM |
| 4 | Q.  And you wrote, "It's a great day for America!" | 01:07PM |
| 5 | A.  That's correct. | 01:07PM |
| 6 | Q.  And you were glad Smartmatic sued you, correct? | 01:07PM |
| 7 | A.  What's that? | 01:07PM |
| 8 | Q.  You were glad that Smartmatic sued you? | 01:07PM |
| 9 | A.  Both of you, because we could finally get the | 01:07PM |
| 10 | evidence, the terabytes in your hands, which you have in | 01:07PM |
| 11 | your hands.  You've had them for a long time now. | 01:07PM |
| 12 | Q.  And, Mr. Lindell, you essentially provoked | 01:07PM |
| 13 | Smartmatic into suing you, correct? | 01:07PM |
| 14 | A.  Provoked what? | 01:07PM |
| 15 | Q.  You essentially provoked Smartmatic into suing | 01:07PM |
| 16 | you, correct? | 01:07PM |
| 17 | A.  No.  No, that's not true at all. | 01:07PM |
| 18 | Q.  What -- | 01:07PM |
| 19 | A.  Because remember, my lawyer sued them first. | 01:07PM |
| 20 | Smartmatic tried to hide, like all the machine | 01:07PM |
| 21 | companies, of all the corruption of their machines being | 01:07PM |
| 22 | online, and I want to save our country.  I care about | 01:07PM |
| 23 | America and I care about my children and grandchildren. | 01:07PM |
| 24 | That's all I care about is saving our country. | 01:07PM |
| 25 | And I'm sorry you work for a company that | 01:07PM |



1  has electronic voting machines.  Nothing against you          01:07PM

2  personally.  You're just doing your job.  You picked a        01:07PM

3  bad company to work for.                                      01:07PM

4      Q.  Mr. --                                                01:07PM

5      A.  But the reason I say it's a great day for             01:08PM

6  America, because finally we could get exposed and get         01:08PM

7  exposes.  But we learned so much in the last three            01:08PM

8  years.  We were able to get the cast vote records from        01:08PM

9  LA County.  We were able to find out China directly           01:08PM

10 involved with LA County.  So many things now that we          01:08PM

11 have on you guys, I don't even know why we're here, but       01:08PM

12 that's okay.  We go through the process.                      01:08PM

13     Q.  Mr. Lindell, you came out with "Absolute Proof"       01:08PM

14 in -- on February 5th --                                      01:08PM

15     A.  Yeah.                                                 01:08PM

16     Q.  -- 2021, correct?                                     01:08PM

17     A.  Right.                                                01:08PM

18     Q.  And Smartmatic hadn't sued you by that time,          01:08PM

19 right?                                                        01:08PM

20     A.  That's correct.                                       01:08PM

21     Q.  And you mentioned Smartmatic in that                  01:08PM

22 documentary, correct?                                         01:08PM

23     A.  Yeah.                                                 01:08PM

24     Q.  And you did a number of documentaries in the          01:08PM

25 months after "Absolute Proof" where you, again,              01:08PM



1  mentioned Smartmatic in connection with election fraud,      01:08PM

2  correct?                                                      01:08PM

3      A.   Uh-huh.                                              01:08PM

4      Q.   And Smartmatic had not sued you in those            01:08PM

5  months, correct?                                              01:08PM

6      A.   You know, I watched the movie Kill Chain.           01:08PM

7  Okay?                                                         01:08PM

8      Q.   Mr. Lindell --                                      01:08PM

9      A.   I watched the movie Kill Chain -- let me            01:08PM

10 finish.  You say that.                                        01:08PM

11           And in Kill Chain, my own senator, Amy             01:08PM

12 Klobuchar, she's a Democrat, and Kamala Harris, the Vice      01:08PM

13 President, they all mention in there, hey, these four         01:08PM

14 companies control all our elections, and they said,          01:08PM

15 we've got to stop this.  And they name Smartmatic, Hart,      01:09PM

16 Dominion and one other one.                                   01:09PM

17           And Amy Klobuchar, you guys didn't sue her.        01:09PM

18 Was that provoking you?  She was -- her freedom of            01:09PM

19 speech.  It's the movie Kill Chain.  I watched it.  I'm       01:09PM

20 going, wow, even the Democrats want these machine             01:09PM

21 companies gone.  You guys -- was that provoking you?          01:09PM

22 No.  That was their concern because of these machines.        01:09PM

23 She -- you just happen to be one of the brands.  That's       01:09PM

24 it.                                                           01:09PM

25           MS. WRIGLEY:  Mr. Lindell, I'm going to             01:09PM



1   move to strike as nonresponsive.                            01:09PM

2        Q.  (BY MS. WRIGLEY)  Let me ask you this:  When       01:09PM

3   "Absolute Proof" came out, had Smartmatic sued you at       01:09PM

4   that point in time?                                         01:09PM

5        A.  No.  You just sued Fox News.                       01:09PM

6        Q.  Okay.  And when you put out "Absolute              01:09PM

7   Interference," had Smartmatic sued you at that point in     01:09PM

8   time, sir?                                                  01:09PM

9        A.  No.                                                01:09PM

10       Q.  Okay.  When you put out "Scientific Proof," had    01:09PM

11  Smartmatic sued you at that point in time?                  01:09PM

12       A.  Nope.  They waited a year.                         01:09PM

13       Q.  Okay.  And you mentioned Smartmatic being          01:09PM

14  involved in the 2020 election in both "Scientific Proof"    01:09PM

15  and "Absolute Interference," correct?                       01:09PM

16       A.  I don't know.  I haven't seen Scientific Proof.    01:09PM

17  I think that was Doug Frank, and he's a scientist.          01:09PM

18       Q.  Now, you also did a Cyber Symposium in August     01:09PM

19  of 2021, correct?                                           01:10PM

20       A.  That's correct.                                    01:10PM

21       Q.  And that was over the course of one or             01:10PM

22  two days, correct?                                          01:10PM

23       A.  Three days.                                        01:10PM

24       Q.  Three days.  And you mentioned Smartmatic in       01:10PM

25  connection with that Cyber Symposium?                       01:10PM



1      A.   I don't know if I did.  I mentioned all          01:10PM

2  machines there, every state.                              01:10PM

3      Q.   And had Smartmatic sued you at that point, sir?  01:10PM

4      A.   No.                                              01:10PM

5      Q.   And in promoting "Absolute Interference," you    01:10PM

6  talked to Steve Bannon and you talked to Dan Ball on One  01:10PM

7  America News, and you basically said that you wanted      01:10PM

8  Smartmatic to sue you, correct?                           01:10PM

9      A.   Yeah, so we could get the evidence out there     01:10PM

10 because --                                                01:10PM

11     Q.   And you wanted Dominion to sue you, correct?     01:10PM

12     A.   So we could get the evidence, correct.           01:10PM

13     Q.   And at that time point in time, Smartmatic had   01:10PM

14 not sued you, correct?                                    01:10PM

15     A.   That's correct.                                  01:10PM

16     Q.   And then later that year, at the end of 2021,    01:10PM

17 you, yourself sued Smartmatic, correct?                   01:10PM

18     A.   No.  That was early in '21, but the lawyers      01:10PM

19 sued Smartmatic.                                          01:10PM

20     Q.   Smartmatic or Dominion, sir?                     01:10PM

21     A.   Smartmatic and Do- -- no, just -- I don't know.  01:10PM

22 Both, I guess --                                          01:10PM

23     Q.   And --                                           01:10PM

24     A.   -- after Dominion had sued me.                   01:10PM

25     Q.   Your claims against Dominion were dismissed by   01:10PM



1  a federal judge, correct?                                    01:10PM

2      A.  Yes, on the second day of the Cyber Symposium.       01:10PM

3  Very suspicious.                                             01:10PM

4      Q.  And you find that dismissal suspicious,              01:10PM

5  correct?                                                     01:11PM

6      A.  Yeah, very suspicious.                               01:11PM

7      Q.  Okay.  And you think that there's a federal          01:11PM

8  judge in the District of Columbia involved in protecting     01:11PM

9  Smartmatic, right?                                           01:11PM

10     A.  Here's my statement to that:  I find it very         01:11PM

11 strange that Smartmatic would not have opened up their       01:11PM

12 machines for the world and say, hey, we don't have           01:11PM

13 nothing to hide.                                             01:11PM

14          And then they sue, not Mike Lindell, but            01:11PM

15 they sue MyPillow a year later, that it was some             01:11PM

16 elaborate scheme for their CEO to make money using promo     01:11PM

17 codes, when we -- at that point, we had lost $300            01:11PM

18 million, and we were in disarray.  And I'm a pretty good     01:11PM

19 marketer.  You said it earlier in the -- I think you're     01:11PM

20 a pretty good marketer.  I think I'd quit doing              01:11PM

21 something like that if I didn't believe what I was           01:11PM

22 doing.  It doesn't matter if we don't have a country.       01:11PM

23 You know, that's the whole point.                            01:11PM

24     Q.  Mr. Lindell, I want to ask you a couple of           01:11PM

25 questions about Smartmatic.  Who's the CEO of               01:11PM



```
 1   Smartmatic?                                              01:11PM

 2        A.  I don't know right now.  I have all that data.  01:11PM

 3   I don't have it right now in front of me.                01:11PM

 4        Q.  Okay.  How many employees does Smartmatic have  01:11PM

 5   in the United States?                                    01:11PM

 6        A.  I don't know currently.                         01:11PM

 7        Q.  Okay.                                           01:11PM

 8        A.  Don't know -- do you know how many I have?  I   01:11PM

 9   don't know how many you have.                            01:11PM

10        Q.  I do now how many you have, sir.                01:11PM

11             But I want to ask you about Smartmatic.        01:12PM

12   Are you aware that Smartmatic employs people who work in 01:12PM

13   the United States, sir?                                  01:12PM

14        A.  I know they've got a lot overseas, too, but    01:12PM

15   yeah, they've got some, I suppose, in the United States. 01:12PM

16        Q.  Okay.  Okay.  And do you know where Smartmatic  01:12PM

17   has offices in the United States?                        01:12PM

18        A.  I think I know where a couple are, but I don't  01:12PM

19   know now.                                                01:12PM

20        Q.  Have you ever been to one of the offices of     01:12PM

21   Smartmatic?                                              01:12PM

22        A.  No.                                             01:12PM

23        Q.  Okay.  Have you ever talked to an employee of   01:12PM

24   Smartmatic, sir?                                         01:12PM

25        A.  Yes.                                            01:12PM
```



1      Q.  Who?                                                  01:12PM

2      A.  I'm not naming his name.  It's a whistleblower.      01:12PM

3      Q.  It's a whistleblower.  What's his name, sir?         01:12PM

4      A.  I'm not naming your name -- a name -- a name.        01:12PM

5   I don't know it right now.  I can't even remember.          01:12PM

6      Q.  When did he work for Smartmatic?                      01:12PM

7      A.  Huh?                                                  01:12PM

8      Q.  When did he work for Smartmatic?                      01:12PM

9      A.  I think in 2020.                                      01:12PM

10      Q.  What did he do?                                       01:12PM

11      A.  I don't know.  I don't know right now.               01:12PM

12      Q.  How do you know he worked for Smartmatic?            01:12PM

13      A.  I don't know that either.                            01:12PM

14      Q.  Okay.                                                01:12PM

15      A.  You asked me if I knew an employee.  He said he     01:12PM

16   was.                                                        01:12PM

17      Q.  How many countries does Smartmatic provide          01:12PM

18   election technology or services for in the world, sir?     01:12PM

19      A.  I don't know that.  I know that it's very           01:12PM

20   corrupt in the Philippines.  I'm friends with a lot of     01:12PM

21   people in the Philippines, senators and stuff, and I       01:12PM

22   know they got into all kinds of trouble with the           01:12PM

23   corruption.  I know there's a big lawsuit against them     01:13PM

24   going on in Florida right now for all the stuff they've    01:13PM

25   done overseas.  I don't know the details on it.  I heard   01:13PM



1  it's going to break everything open, and all this goes     01:13PM

2  away, too.                                                  01:13PM

3          MS. WRIGLEY:  Okay.  I'm going to move to          01:13PM

4  strike as nonresponsive.                                    01:13PM

5      Q.  (BY MS. WRIGLEY)  How many countries do you        01:13PM

6  know, one way or the other, Smartmatic provides election   01:13PM

7  technology and services in the world?                       01:13PM

8      A.  I don't know that, their current footprint.        01:13PM

9      Q.  Okay.  How long has Smartmatic been in             01:13PM

10 business, sir?                                              01:13PM

11     A.  I believe since around the year 2000.              01:13PM

12     Q.  Around the year 2000.  And how do you know         01:13PM

13 that?                                                       01:13PM

14     A.  Huh?                                                01:13PM

15     Q.  How do you know that?                              01:13PM

16     A.  From the research this guy did that we paid a      01:13PM

17 quarter million dollars to do massive research and deep    01:13PM

18 dive into the genesis of Smartmatic.  We have little       01:13PM

19 charts of all the people that -- this corrupt guy over     01:13PM

20 here, this guy and this guy over here and this guy.        01:13PM

21 It -- this was a massive report we got.                    01:13PM

22     Q.  And who did you pay that -- who did you pay to     01:13PM

23 do that report on Smartmatic, sir?                          01:13PM

24     A.  I'd have to get the name from my lawyer.           01:13PM

25 That's -- I had a different lawyer then.  We -- he hired   01:13PM



1  them at that time, this whole company.  I don't know --    01:14PM

2  I don't remember his name.                                 01:14PM

3       Q.  Now, if you can look back to Exhibit 606, at      01:14PM

4  the end of this text that you're having with The Wall      01:14PM

5  Street Journal, do you see at the end you texted her and   01:14PM

6  said, "I am so happy they finally sued me...now we can     01:14PM

7  add them to the evidence and depose them"?                 01:14PM

8       A.  That's right.                                     01:14PM

9       Q.  "Now, if ES&S voting machines would hurry up      01:14PM

10 and sue...we would have the most" -- "we would have most   01:14PM

11 of the corrupt machine companies."  Do you see that?       01:14PM

12      A.  That's correct.                                   01:14PM

13      Q.  Okay.  Do you recall being on Pete Santilli's     01:14PM

14 show to talk about Smartmatic in 2021?                     01:14PM

15      A.  I have no idea.  I just -- no idea.               01:14PM

16      Q.  Do you know who Pete San- --                      01:14PM

17      A.  I know who Pete Santilli is.                      01:14PM

18      Q.  Did you appear on Pete Santilli's show?           01:14PM

19      A.  I don't know.                                     01:14PM

20      Q.  Did you appear on Mr. Santilli's show in 2021?    01:14PM

21      A.  I don't know.                                     01:14PM

22      Q.  Did you appear on that show and talk about        01:14PM

23 Smartmatic in 2021?                                        01:14PM

24      A.  I don't know.                                     01:14PM

25           MS. WRIGLEY:  Okay.  We're going to take a       01:14PM



```
 1  break for lunch.                                      01:15PM

 2              THE WITNESS:  Okay.                        01:15PM

 3              THE VIDEOGRAPHER:  And we're going off the 01:15PM

 4  record at 1:15.                                       01:15PM

 5              (Lunch recess.)                            01:44PM

 6              (Exhibits 607-610 marked.)                 01:44PM

 7              THE VIDEOGRAPHER:  And we're back on the   01:44PM

 8  record at 1:45.                                       01:45PM

 9     Q.  (BY MS. WRIGLEY)  Mr. Lindell, I'm going to     01:45PM

10  hand you Exhibit 611.                                 01:45PM

11              (Exhibit 611 marked.)                      01:45PM

12     A.  Okay.                                           01:45PM

13     Q.  (BY MS. WRIGLEY)  For the record, this was      01:45PM

14  marked as an exhibit to the complaint, and it contains 01:45PM

15  screenshots from "Absolute Interference."             01:45PM

16              And actually, before I ask you some        01:45PM

17  questions about this, do you recall putting out a      01:45PM

18  documentary movie called "Absolute Interference"?      01:45PM

19     A.  Yes.                                            01:45PM

20     Q.  And when did you release "Absolute              01:45PM

21  Interference"?                                         01:45PM

22     A.  I think around the end of April '21.            01:45PM

23     Q.  Okay.  April of '21?                            01:45PM

24     A.  April of '21.                                   01:45PM

25     Q.  Okay.  Looking at Exhibit 611, it's got a       01:45PM
```



1  number of screenshots from that, and I want to walk        01:46PM

2  through some of them with you, Mr. Lindell.                 01:46PM

3      A.  Uh-huh.                                             01:46PM

4      Q.  Do you see screenshot A, which is the first        01:46PM

5  page in, and it says, "Mike Lindell presents 'Absolute      01:46PM

6  Interference'"?  Do you see that image?                     01:46PM

7      A.  Yep.                                                01:46PM

8      Q.  Do you recognize that as an image that appeared    01:46PM

9  in connection with your "Absolute Interference"            01:46PM

10 documentary?                                                01:46PM

11     A.  The "Absolute Proof" [sic] one, right?  If I       01:46PM

12 had a chance, I do, yes.                                    01:46PM

13     Q.  And the subtitles here states, "The sequel to     01:46PM

14 'Absolute Proof' with new evidence foreign and domestic    01:46PM

15 enemies used computers to hack the 2020 election."  Do     01:46PM

16 you see that?                                               01:46PM

17     A.  Yes.                                                01:46PM

18     Q.  And was that the subtitle for "Absolute           01:46PM

19 Interference"?                                              01:46PM

20     A.  Yes.  Yes.                                          01:46PM

21     Q.  And "Absolute Interference" has as the subject    01:46PM

22 matter "Hacking the 2020 Election," correct?               01:46PM

23     A.  Yes.                                                01:46PM

24     Q.  Now, if I go to screenshot B, do you see where    01:46PM

25 it says "A hundred percent cyber attack"?                  01:46PM



1     A.  Uh-huh.                                        01:46PM

2     Q.  Do you recognize that as being part of the    01:46PM

3  "Absolute Interference" documentary?                 01:46PM

4     A.  I don't know.  If you say so.  I don't know.   01:46PM

5     Q.  Okay.  Let's go to screenshot C, see if you   01:47PM

6  recognize this image.                                 01:47PM

7     A.  Yeah, I recognize that.                        01:47PM

8     Q.  Okay.  And that's yourself, correct?          01:47PM

9     A.  Yes.                                           01:47PM

10     Q.  And you were one of the presenters of "Absolute  01:47PM

11  Interference"?                                        01:47PM

12     A.  I was the host.                               01:47PM

13     Q.  You were the host.  Okay.                     01:47PM

14          And if you turn to the next page,            01:47PM

15  screenshot D, do you see that you appear on that     01:47PM

16  screenshot?                                           01:47PM

17     A.  With General Flynn, yes.                      01:47PM

18     Q.  And the individual on screenshot D is General 01:47PM

19  Michael Flynn?                                        01:47PM

20     A.  That's correct.                               01:47PM

21     Q.  Okay.  And did you do a discussion with General 01:47PM

22  Michael Flynn in "Absolute Interference"?            01:47PM

23     A.  I don't know.  I'd have to watch it.  I guess. 01:47PM

24     Q.  Okay.                                          01:47PM

25     A.  He was in the show.                           01:47PM



1       Q.  He appeared -- General Michael Flynn appeared          01:47PM

2   on "Absolute Interference"?                                    01:47PM

3       A.  Uh-huh.                                                 01:47PM

4       Q.  Okay.  Now, let me have you flip a few                 01:47PM

5   screenshots back, and I'm going to take you to                 01:47PM

6   screenshot G and ask you about what appears there.  And        01:47PM

7   let me know when you're there.                                 01:47PM

8       A.  Which one?                                             01:47PM

9       Q.  G.  Like the --                                        01:48PM

10      A.  G like --                                              01:48PM

11      Q.  Yeah.                                                  01:48PM

12      A.  Okay.  Yep.  After Doug Frank.                         01:48PM

13      Q.  Do you see yourself on the screenshot?                 01:48PM

14      A.  Yes.                                                   01:48PM

15      Q.  And there's a gentleman with you here, correct?        01:48PM

16      A.  Yep.                                                   01:48PM

17      Q.  Who is this gentleman?                                 01:48PM

18      A.  That's Dr. Douglas Frank.                              01:48PM

19      Q.  Okay.  And Dr. Douglas Frank appeared on              01:48PM

20  "Absolute Interference," correct?                              01:48PM

21      A.  Correct.                                               01:48PM

22      Q.  And Dr. Douglas Frank presented with you about        01:48PM

23  evidence he contended show that there was fraud in the         01:48PM

24  2020 presidential election, correct?                           01:48PM

25      A.  Hundred percent, yes.                                  01:48PM



1      Q.   Okay.  And let me have you flip back to          01:48PM

2  screenshot J.                                             01:48PM

3      A.   Screenshot J.                                    01:48PM

4      Q.   Do you recognize this image from "Absolute       01:48PM

5  Interference"?                                            01:48PM

6      A.   Right here, this thing?                          01:48PM

7      Q.   Yes.                                             01:48PM

8      A.   Yes.                                             01:48PM

9      Q.   And do you see where it says, "On the phone      01:48PM

10 with confidential informant number 3"?  Do you see that? 01:48PM

11     A.   Yes.                                             01:49PM

12     Q.   Who was this confidential informant number 3?    01:49PM

13     A.   You know, I don't know.  It could have been      01:49PM

14 Conan Hayes.  I don't know.                               01:49PM

15     Q.   Did you know who it was at the time --           01:49PM

16     A.   Yes.  Yes.                                       01:49PM

17     Q.   -- that this appeared on the phone?              01:49PM

18     A.   Yes.                                             01:49PM

19     Q.   Okay.                                            01:49PM

20     A.   My guess is Conan Hayes, but I don't know.  I    01:49PM

21 can't -- I'm not going to say if I'm 98 percent sure.     01:49PM

22     Q.   Okay.  And why was it number 3?  Was there any   01:49PM

23 significance to identifying him as confidential           01:49PM

24 informant number 3?                                       01:49PM

25     A.   I didn't put that on there.  I don't know.       01:49PM



 1  Like I said, these were all picked by -- probably by          01:49PM

 2  Mary Fanning, all the guests, again.  I have -- some of       01:49PM

 3  them I've never met these people, most of them.               01:49PM

 4              Dr. Frank -- just so you know, Dr. Frank,          01:49PM

 5  first time I met him, when this was filmed, it was so         01:49PM

 6  intriguing and so like answers to everything, because he      01:49PM

 7  had found an algorithm from another direction, that I         01:49PM

 8  stopped the presses, and that's when we did "Scientific       01:49PM

 9  Proof," the same day it was filmed, a completely              01:49PM

10  one-hour segment.                                             01:49PM

11      Q.   Now, if you go to screenshot K --                    01:49PM

12      A.   Uh-huh.                                              01:49PM

13      Q.   -- do you recognize this from "Absolute             01:50PM

14  Interference"?                                                01:50PM

15      A.   Who?                                                 01:50PM

16      Q.   Do you recognize the image from screenshot K?       01:50PM

17      A.   I do, but I don't see the guy's picture.            01:50PM

18      Q.   Okay.  Did you have a sit-down with an              01:50PM

19  individual whose face was blurred out in "Absolute           01:50PM

20  Interference"?                                                01:50PM

21      A.   I don't know.  I didn't know it was blurred         01:50PM

22  out.  This is the first time I've seen this.                 01:50PM

23      Q.   Do you know who this individual is?                 01:50PM

24      A.   No, I don't.                                        01:50PM

25      Q.   Did you know at the time?                           01:50PM



1    A.   I -- I didn't know his name.  I -- you know, I     01:50PM

2  remember there were a lot of people there.  I still      01:50PM

3  don't know their name, because there was a lot of people 01:50PM

4  brought in from other states, and these were all         01:50PM

5  different people.  I don't -- I have no idea that guy's   01:50PM

6  name or who he was.                                       01:50PM

7    Q.   Okay.  Now, if I could have you turn back to       01:50PM

8  the very -- actually, back to the screenshot we looked    01:50PM

9  at that had the confidential informant number 3,          01:50PM

10 screenshot J.                                             01:50PM

11   A.   Yeah.  Number what?                                01:50PM

12   Q.   J.                                                 01:50PM

13   A.   Oh, J.  I'm sorry.  Yeah.                           01:50PM

14   Q.   Do you see the image at the bottom right-hand      01:50PM

15 corner where it has sort of the cover shot of Absolute    01:51PM

16 Interference with the maps?                               01:51PM

17   A.   This here?                                         01:51PM

18   Q.   Yeah.                                              01:51PM

19   A.   Yes, I see it.                                     01:51PM

20   Q.   And then do you see at the bottom it says,         01:51PM

21 "Executive producers, Mike Lindell, Brannon Howse and     01:51PM

22 Mary Fanning"?                                            01:51PM

23   A.   Correct.                                           01:51PM

24   Q.   And were those the executive producers of          01:51PM

25 "Absolute Interference"?                                  01:51PM



1    A.  Were they?  Yeah, same people as "Absolute      01:51PM

2  Proof."                                               01:51PM

3    Q.  Okay.  So you produced "Absolute Interference"  01:51PM

4  with Brannon Howse and Mary Fanning?                  01:51PM

5    A.  All I did was host.  I had no idea what I was    01:51PM

6  going to say.  Brannon did all the filming and        01:51PM

7  production, and Mary Fanning provided the content, all 01:51PM

8  the guests.                                           01:51PM

9    Q.  Before this was released, "Absolute             01:51PM

10  Interference," did you intend for Smartmatic to be named 01:51PM

11  as part of an election fraud conspiracy?             01:51PM

12    A.  I didn't know what was going to be said by      01:51PM

13  these guys.  I had no clue, absolutely no clue.       01:51PM

14    Q.  You didn't have any clue what any of these      01:51PM

15  individuals were going to say before Absolute         01:51PM

16  Interference?                                         01:51PM

17    A.  No.  Absolutely none.  They said we're bringing 01:51PM

18  in a hole other crew group and they're getting more   01:52PM

19  witnesses, more evidence.  Dr. Doug Frank was the most 01:52PM

20  amazing because he got all his evidence right from the 01:52PM

21  counties and the states.                             01:52PM

22    Q.  Well, let's -- I'm going to play a couple clips 01:52PM

23  from "Absolute Interference."                         01:52PM

24    A.  Okay.                                          01:52PM

25    Q.  It's a little bit long.  So this is clips just  01:52PM



| | | |
|---|---|---|
| 1 | like -- | 01:52PM |
| 2 |     A.  Okay. | 01:52PM |
| 3 |     Q.  -- the rest of them.  My colleague's going to | 01:52PM |
| 4 | come around. | 01:52PM |
| 5 |           The first one is going to be marked | 01:52PM |
| 6 | Exhibit 612. | 01:52PM |
| 7 |     A.  Okay. | 01:52PM |
| 8 |     Q.  The second one will be 613, and then the third | 01:52PM |
| 9 | one will be 614. | 01:52PM |
| 10 |           (Exhibits 612-614 marked.) | 01:52PM |
| 11 |           MR. KACHOUROFF:  In the future, you can | 01:52PM |
| 12 | just do one.  It doesn't need to be -- | 01:52PM |
| 13 |           (Clip from "Absolute Interference.") | 01:52PM |
| 14 |           MR. LINDELL:  And it rhymes with Dominion | 01:52PM |
| 15 | and it rhymes with Smartmatic and ES&S.  All these | 01:52PM |
| 16 | machines that were used out there cannot be done by | 01:52PM |
| 17 | humans.  And you have to have access, before, during and | 01:52PM |
| 18 | after. | 01:52PM |
| 19 |           (Clip ends.) | 01:52PM |
| 20 |     Q.  (BY MS. WRIGLEY)  That was clip 1, Mr. Lindell. | 01:52PM |
| 21 |           Before I have my colleague play 613, do you | 01:52PM |
| 22 | recognize yourself on that clip? | 01:52PM |
| 23 |     A.  Uh-huh. | 01:52PM |
| 24 |     Q.  And did you identify Smartmatic? | 01:52PM |
| 25 |     A.  Did I what? | 01:53PM |



1    Q.  Did you identify Smartmatic in that?                 01:53PM

2    A.  Yeah, ES&S and Dominion.  I wasn't prejudiced.       01:53PM

3  It was all, yeah.                                          01:53PM

4    Q.  Okay.  But you did mention the name Smartmatic?      01:53PM

5    A.  Oh, yeah.  Absolutely.                               01:53PM

6    Q.  Okay.  All right.  Let's look at 613.                01:53PM

7         (Clip from "Absolute Interference.")                01:53PM

8         MR. LINDELL:  All these things that -- and          01:53PM

9  I kept telling them, you know what?  The -- and the        01:53PM

10 reason they're doing that is because I have proof, a       01:53PM

11 hundred percent proof that our country was attacked by     01:53PM

12 China, by communism coming in, this foreign interference   01:53PM

13 to our elections through the machines, Dominion,           01:53PM

14 Smartmatic, ES&S, all of them.                             01:53PM

15        (Clip ends.)                                        01:53PM

16   Q.  (BY MS. WRIGLEY)  And, Mr. Lindell, do you           01:53PM

17 recognize yourself in that video?                          01:53PM

18   A.  Oh, yeah.                                            01:53PM

19   Q.  That was from "Absolute Interference," correct?      01:53PM

20   A.  Yeah.                                                01:53PM

21   Q.  And you intended to specifically reference           01:53PM

22 Smartmatic in connection with --                           01:53PM

23   A.  No.  No.  I was all inclusive.  I was not            01:53PM

24 prejudiced against Smartmatic.  I included ES&S and        01:53PM

25 Dominion.  I did forget Hart.                              01:53PM



1    Q.  But you did mention Smartmatic, correct?        01:53PM

2    A.  Absolutely.                                     01:53PM

3    Q.  Okay.  Let's look at 614.                       01:54PM

4            (Clip from "Absolute Interference.")        01:54PM

5            MR. LINDELL:  You know, this all started    01:54PM

6    back in Venezuela when they took that country in a  01:54PM

7    couple years when Smartmatic started back then, and, you  01:54PM

8    know, these machines have been -- you know, it's a tool.  01:54PM

9    Anyone can, you know, win any election.  Well, I want to  01:54PM

10   win this one.  You know, they asked me, would you run?  01:54PM

11   I said, I wouldn't run for a dogcatcher right now    01:54PM

12   because somebody else could pick the winner.        01:54PM

13           (Clip ends.)                                01:54PM

14   Q.  (BY MS. WRIGLEY)  Mr. Lindell --                01:54PM

15   A.  That's when I decided not to run for governor.  01:54PM

16   Q.  Mr. Lindell, looking at that clip marked 614,   01:54PM

17   did you recognize yourself in that video clip from  01:54PM

18   "Absolute Interference"?                            01:54PM

19   A.  Uh-huh.                                         01:54PM

20   Q.  And you -- I'm sorry.  You have to --           01:54PM

21   A.  That's when I decided not to run for governor,  01:54PM

22   not that moment.  But I decided way before that, because  01:54PM

23   if machines were involved, what's the sense?        01:54PM

24   Q.  But that was you in the clip, correct?          01:54PM

25   A.  Oh, absolutely.                                 01:54PM



1      Q.  And you specifically named Smartmatic in that        01:54PM

2   one, correct?                                               01:54PM

3      A.  I didn't hear if I said Smartmatic at the            01:54PM

4   beginning.  But if I did, I did, yes.  Yes.  I'll say       01:54PM

5   yes.                                                        01:54PM

6      Q.  Okay.  Now, in connection with making "Absolute      01:54PM

7   Interference," did you do media appearances to discuss      01:54PM

8   or promote that documentary?                                01:55PM

9      A.  I don't think so.  I don't know.  They               01:55PM

10   wouldn't -- you got to realize nobody would have me on,    01:55PM

11   and the only -- the only ones were attack media that       01:55PM

12   would have me on, unless it was Bannon, but the -- you     01:55PM

13   know.                                                       01:55PM

14      Q.  Did you appear with Steve Bannon on his             01:55PM

15   podcast --                                                  01:55PM

16      A.  I --                                                 01:55PM

17      Q.  -- War Room to discuss "Absolute Interference"?     01:55PM

18      A.  I don't know.  If FrankSpeech was done by then,     01:55PM

19   I did, because I just went on -- I think this was done     01:55PM

20   and I already had FrankSpeech, so I didn't need anybody    01:55PM

21   else.                                                       01:55PM

22             I think I did a three-day marathon,              01:55PM

23   actually.  In fact, I think -- I know I did, because       01:55PM

24   when this got completed, Alan Duke is a Facebook fact      01:55PM

25   checker on lead stories, and him and I went back and       01:55PM



1  forth.  And he actually put up false information over it    01:55PM

2  when it was released, within 20 minutes, and he couldn't    01:55PM

3  have even watched it.  So I was very upset with him.        01:55PM

4          By the way, we gave Alan Duke all the               01:55PM

5  evidence, and they validated it, and then he said,          01:55PM

6  well -- he says, I -- Mike, I can't go public with it       01:56PM

7  because we only say if something's false, not if it's       01:56PM

8  true.                                                       01:56PM

9     Q.   I'm going to show you a clip from an appearance     01:56PM

10  on Bannon's War Room.                                      01:56PM

11          MS. WRIGLEY:  For the record, I'm going to         01:56PM

12  mark this first clip as 615.  The second clip will be      01:56PM

13  616.                                                       01:56PM

14          (Exhibits 615-616 marked.)                         01:56PM

15     Q.   (BY MS. WRIGLEY)  For the record, my               01:56PM

16  understanding is is this is from a March 26, 2021          01:56PM

17  appearance on War Room.                                    01:56PM

18          We'll watch these two clips, and then I'll         01:56PM

19  ask you questions.                                         01:56PM

20          MR. KACHOUROFF:  615 and 616?                      01:56PM

21          MS. WRIGLEY:  Yes.                                 01:56PM

22          (Clip of Steve Bannon and Mike Lindell.)          01:56PM

23          STEVE BANNON:  I want to go back to Mike           01:56PM

24  Lindell.  So, Mike, I just want to put this in            01:56PM

25  perspective for our audience.                              01:56PM



1      You made this film, "Absolute Proof."  Came          01:56PM
2  out in February, caused a huge -- you know, a huge        01:56PM
3  blowup.  The media, who was all excited about every one   01:56PM
4  of your movies, everyone except Total Cryptics, right,    01:56PM
5  all of a sudden stopped seeing any articles about this.   01:56PM
6      You and Dominion finally got into this               01:56PM
7  legal situation, right, where they sued you.  You've now  01:57PM
8  come out, and instead of either backing down or working   01:57PM
9  out some deal with Dominion or working out some           01:57PM
10 compromise or saying you're sorry, you've now tripled     01:57PM
11 down, you've made another film called "Absolute           01:57PM
12 Interference."                                            01:57PM
13     For our audience, why were you -- are you            01:57PM
14 going to -- when are you going to release this next       01:57PM
15 movie, "Absolute Interference"?                           01:57PM
16     MR. LINDELL:  Well, the one -- the one              01:57PM
17 part -- the one guest was so good that I made an hour      01:57PM
18 show, and we're going to release that later in the week.  01:57PM
19 You can see that on LindellTV.com.                        01:57PM
20     Then -- and then the following week, we'll          01:57PM
21 release out "Absolute Interference," and that could --    01:57PM
22 so it could be later in the week.  We haven't set the     01:57PM
23 exact date on that yet.                                   01:57PM
24     I kind of want to line that up with my --           01:57PM
25 launching my new social media platform, which will be     01:57PM



| | |
|---|---|
| 1 | Frank.  But this -- when you watch this -- and all of | 01:57PM |
| 2 | you've see "Absolute Proof," you know, we're just going | 01:57PM |
| 3 | to keep dropping more and more. | 01:58PM |
| 4 | It's going to be to the point that the only | 01:58PM |
| 5 | announcement I'll be able to make is, hey, if you work | 01:58PM |
| 6 | for Dominion and you were part of this crime against | 01:58PM |
| 7 | humanity, turn yourself in, save yourself some jail | 01:58PM |
| 8 | time.  That's all I can say.  I mean, I don't know what | 01:58PM |
| 9 | else to say to these people. | 01:58PM |
| 10 | (Clip ends.) | 01:58PM |
| 11 | Q.  (BY MS. WRIGLEY)  We'll look at the next clip, | 01:58PM |
| 12 | 616, from the same War Room podcast. | 01:58PM |
| 13 | A.  Let it be known, I didn't say Smartmatic there. | 01:58PM |
| 14 | Did you catch that?  Just for kicks. | 01:58PM |
| 15 | (Clip of Steve Bannon and Mike Lindell.) | 01:58PM |
| 16 | MR. LINDELL:  Everything you were bringing | 01:58PM |
| 17 | up before, you know, when you were going, oh, there was, | 01:58PM |
| 18 | you know, dead people voting and there was nonresidents | 01:58PM |
| 19 | voting, I mean, you should -- Donald Trump should have | 01:58PM |
| 20 | been put back in just for that alone.  All these | 01:58PM |
| 21 | nonresidents that voted, all the cheating.  I call that | 01:58PM |
| 22 | organic cheating. | 01:58PM |
| 23 | What I'm calling here is what they -- what | 01:58PM |
| 24 | foreign countries like China came in and attacked our | 01:58PM |
| 25 | country using these machines, Dominion, Smartmatic, | 01:58PM |



1   ES&S, all these machines.                                01:58PM

2           Now, I want to ask everybody something           01:59PM

3   here.  You know, you say, well, can the Supreme Court -- 01:59PM

4   well, look.  They've never seen this before, so they     01:59PM

5   can't turn down something they never seen.  This is the  01:59PM

6   evidence -- this is the smoking gun evidence.            01:59PM

7           But I wanted -- I want to put a -- ask           01:59PM

8   everybody out there this:  You know, ask yourself if     01:59PM

9   MyPillow -- if everybody out there said there were rocks 01:59PM

10  and knives in MyPillow's, you know what I would do,      01:59PM

11  being a -- maybe a smart kind of business owner and      01:59PM

12  businessman, I'd say, hey, guys, everybody come and      01:59PM

13  look.  There's no knives or rocks.  Hello.  Okay?       01:59PM

14          Instead, Dominion, when they have been          01:59PM

15  asked to look at these machines, the first case was     01:59PM

16  Jan -- November 9th.  That's the first person they sued. 01:59PM

17  One of their employees sued then.  One of their officers 01:59PM

18  sued a person in Colorado.  And from that point on,     01:59PM

19  there's --                                              01:59PM

20          STEVE BANNON:  We're going to run out of        01:59PM

21  time.                                                   01:59PM

22          MR. LINDELL:  -- there's over 200 threats       01:59PM

23  and lawsuits from Dominion, Smartmatic and the other    01:59PM

24  machine people.                                         01:59PM

25          Now, why wouldn't they have just made it        02:00PM



 1  easier and say, hey, guys, look inside the machine.          02:00PM
 2  There's nothing to hide.                                     02:00PM
 3               (Clip ends.)                                     02:00PM
 4       Q.   (BY MS. WRIGLEY)  Now, looking at that             02:00PM
 5  Exhibit 616, Mr. Lindell, did you recognize yourself?        02:00PM
 6       A.   Oh, yeah.                                           02:00PM
 7       Q.   And that was you on -- with Mr. Steve Bannon,       02:00PM
 8  correct?                                                      02:00PM
 9       A.   Yeah.  Yeah.                                        02:00PM
10       Q.   And in that one, you specifically mentioned         02:00PM
11  Smartmatic, right?                                            02:00PM
12       A.   Right.  Right.  Right.                              02:00PM
13       Q.   And you had said Smartmatic, along with             02:00PM
14  Dominion and ES&S, were involved in trying to --              02:00PM
15       A.   Right.  Why didn't they just show their cards,      02:00PM
16  right?  Exactly.  I said, why wouldn't they just show --      02:00PM
17  show us their side.  Tell them, hey, show it if there's       02:00PM
18  nothing to hide.  These are government companies.             02:00PM
19  They're not private companies.  They work for us.             02:00PM
20       Q.   And you had indicated Smartmatic was involved       02:00PM
21  in a crime or attack against the country?                     02:00PM
22       A.   They were -- they were -- yes.  And Smartmatic,     02:00PM
23  all the machine companies, yes.  This is what happened,       02:00PM
24  show us the data.                                             02:00PM
25       Q.   And you were discussing on this appearance with     02:00PM

