# **EXHIBIT B**

| | |
|---|---|
| **From:** | Loftus, Julie |
| **Sent:** | Monday, July 29, 2024 12:45 PM |
| **To:** | Chris Kachouroff |
| **Cc:** | Frey, Timothy; Bedell, James |
| **Subject:** | RE: Activity in Case 0:22-cv-00098-JMB-JFD Smartmatic USA Corp. et al v. Lindell et al Order on Motion for Order to Show Cause |

Chris:

It is difficult to tell exactly what you are proposing from this one screenshot. We are looking for the following:
- Tracked pageviews
- Unique pageviews
- Average time on page
- Entrances
- Bounce rate
- Exit percent.

These data points were all represented in FrankSpeech's metrics production, attached as Exhibit A to Defendants' opposition to Smartmatic's motion to show cause. We are looking for the same, but for michaeljlindell.com. We seek these data points between February 1, 2021 and August 31, 2021.



Julie Loftus
(she/her/hers)
Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Chris Kachouroff <chris@mck-lawyers.com>
**Sent:** Tuesday, July 23, 2024 10:28 AM
**To:** Loftus, Julie <JLoftus@beneschlaw.com>
**Cc:** Frey, Timothy <TFrey@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>
**Subject:** Re: Activity in Case 0:22-cv-00098-JMB-JFD Smartmatic USA Corp. et al v. Lindell et al Order on Motion for Order to Show Cause

Julie,

Is this what you wanted? If so, I'll PDF it and bate stamp it.

1



On Mon, Jul 22, 2024 at 10:24 AM Loftus, Julie <JLoftus@beneschlaw.com> wrote:

Chris,

The documents we are seeking are the same documents we identified in our motion to compel briefing, motion to show cause briefing, and at the motion to show cause hearing: analytics data for michaeljlindell.com and documents related to Mr. Lindell's financial data for the years 2022 and 2023.

On the analytics data, you represented at the hearing that the data sought is available through Google Analytics, and anyone can access it. That anyone can access this data was a—we assume inadvertent—misstatement. The account owner is the only person who may access Google Analytics data. Smartmatic has long sought the production of this data, which is responsive to Smartmatic's Interrogatory No. 15.

On the financial data, we discussed at the hearing that tax returns have a base set of documents on which they are prepared—e.g., W2, 1099, K-1. Regardless of whether his accountant has completed his 2022 or 2023 tax returns, Mr. Lindell has those base documents yet still refuses to produce them. Additionally, items Mr. Lindell produced for other years, e.g., bank statements, are responsive to Smartmatic's request. Nothing produced the week following the motion to show cause hearing were documents from 2022 to 2023. Thus, a material deficiency in Defendants' production remains. *See* ECF No. 286 (Plaintiffs' Notice Regarding Defendants' Compliance).

I'll give you a call to contact Judge Bryan's chambers re: briefing and schedule.



Julie Loftus
(she/her/hers)

2

> Managing Associate | Litigation
> Benesch Friedlander Coplan & Aronoff LLP
>
> t: 312.624.6341 | JLoftus@beneschlaw.com
> www.beneschlaw.com
> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Chris Kachouroff <chris@mck-lawyers.com>
**Sent:** Friday, July 19, 2024 5:25 PM
**To:** Loftus, Julie <JLoftus@beneschlaw.com>
**Cc:** Frey, Timothy <TFrey@beneschlaw.com>
**Subject:** Re: Activity in Case 0:22-cv-00098-JMB-JFD Smartmatic USA Corp. et al v. Lindell et al Order on Motion for Order to Show Cause

I'm available and will be appealing the show cause order. In the meantime what do you contend is missing from our production because I have no idea?

Sent from my iPhone

> On Jul 19, 2024, at 1:20 PM, Loftus, Julie <JLoftus@beneschlaw.com> wrote:
>
> Chris:
>
> With the understanding that this issue is now before Judge Bryan, we would like to call Judge Bryan's chambers on Monday morning to inquire about what Judge Bryan will want to see from the parties in terms of briefing and scheduling the hearing. Please advise as to your availability to call Judge Bryan's chambers.
>
> Best,
>
> Julie

> Julie Loftus
> (she/her/hers)
> Managing Associate | Litigation
> Benesch Friedlander Coplan & Aronoff LLP
>
> t: 312.624.6341 | JLoftus@beneschlaw.com
> www.beneschlaw.com
> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** ecf-notice@mnd.uscourts.gov <ecf-notice@mnd.uscourts.gov>
**Sent:** Thursday, July 18, 2024 1:41 PM
**To:** mndecfnotifications@mnd.uscourts.gov
**Subject:** Activity in Case 0:22-cv-00098-JMB-JFD Smartmatic USA Corp. et al v. Lindell et al Order on Motion for Order to Show Cause

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### U.S. District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 7/18/2024 at 1:41 PM CDT and filed on 7/18/2024

**Case Name:** Smartmatic USA Corp. et al v. Lindell et al
**Case Number:** 0:22-cv-00098-JMB-JFD
**Filer:**
**Document Number:** 308

**Docket Text:**
**ORDER granting [274] Motion for Order to Show Cause. Signed by Magistrate Judge John F. Docherty on 7/18/2024. (ALM)**

4

**0:22-cv-00098-JMB-JFD Notice has been electronically mailed to:**

Alyssa A Moscarino    amoscarino@beneschlaw.com

Bruce R. Braun    bbraun@sidley.com

Christopher Kachouroff    chris@mck-lawyers.com

Christopher K Larus    clarus@robinskaplan.com, CourtMail@RobinsKaplan.com, npierick@robinskaplan.com

Douglas G Wardlow    doug@mypillow.com, dwardlowlaw@gmail.com, jpilon@mypillow.com

Emily Jean Tremblay    etremblay@robinskaplan.com

James Richard Bedell    jbedell@beneschlaw.com, Docket2@beneschlaw.com

Jamie Ward    jward@beneschlaw.com, docket2@beneschlaw.com

Jeremiah David Pilon    jeremiah@pilonlawfirm.com

Joel Erik Connolly    econnolly@beneschlaw.com, docket@beneschlaw.com, nwertheimer@beneschlaw.com, rfelix@beneschlaw.com

John W Breig , Jr    jbreig@beneschlaw.com

Julie Loftus    JLoftus@beneschlaw.com

Laura Seferian    lseferian@beneschlaw.com, Docket2@beneschlaw.com, RHernandez@beneschlaw.com

Maura Levine-Patton    mlevine-patton@beneschlaw.com, docket@beneschlaw.com

Michael J. Montgomery    mmontgomery@beneschlaw.com

Nicole Wrigley    nwrigley@beneschlaw.com, docket@beneschlaw.com, rfelix@beneschlaw.com

Ronald S. Betman    rbetman@beneschlaw.com

Timothy M Frey    tfrey@beneschlaw.com

William E. Manske    WManske@RobinsKaplan.com, bryan@robinskaplan.com, CourtMail@RobinsKaplan.com

**0:22-cv-00098-JMB-JFD Notice has been delivered by other means to:**

5

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=7/18/2024] [FileNumber=9322447-0
] [c40099774ca83f1976e7ea478e78e5f8e365648c4ce7ae8aad477c6410ae9a6ba7b
724d4784b7994246d482c082d637eb29c7e053c08dcef9772780c47fd3e3f]]

--

--

**CHRISTOPHER I. KACHOUROFF, ESQ.**
Tel: 703.621.3300
Cell: 703.853.0160
Web: www.mck-lawyers.com

6