# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Smartmatic USA Corp., et. al,
        Plaintiff(s),

vs.                                                                                          Case No. 22-cv-00098-JMB-JFD

Michael J. Lindell, et al.,
        Defendant(s).

## MEET-AND-CONFER STATEMENT

I, Timothy M. Frey, representing the Plaintiffs, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Christopher Kachouroff

    On: August 20, 2024

    Discussing the following motion: Plaintiffs' Motion for Contempt

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

        X  Do **not** agree on the resolution of any part of the motion.

        ☐  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this 23rd day of September, 2024.

    Signature of Party     _/s/ Timothy M. Frey_

    Mailing Address      71 South Wacker Drive, Suite 1600

                                   Chicago, IL 60606

    Telephone Number  (312) 212-4949

<u>Note</u>:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).