# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Contempt (ECF 377), it is hereby ORDERED that the motion is GRANTED.

The Court finds Defendants Michael J. Lindell and My Pillow, Inc. in contempt of the Court's prior discovery orders (ECF Nos. 160, 239).

**SO ORDERED** this ___ day of _____, 2024.

　

_____
JOHN F. DOCHERTY
United States Magistrate Judge