# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Smartmatic USA Corp., et al.,

**LR 7.1(f)  & LR 72.2(d)**
**CERTIFICATE OF COMPLIANCE**

Plaintiff(s)

v.                                      Case Number:  22-cv-0098-WMW-JFD

Michael J. Lindell and My Pillow, Inc.

Defendant(s)

---

I, Christopher I. Kachouroff              *[name of filer]*, certify that the

☐ Memorandum titled: Defendants Opposition to Plaintiffs' Motion for Contempt
complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☑ Used the following word processing program and version: Microsoft Word 365
and that this word processing program has been applied specifically to include all text,
including headings, footnotes, and quotations in the following word count.

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: 1115

Date: Sept. 30, 2024

s/ C.Kachouroff

*Name* Christopher I. Kachouroff

*Address 1* McSweeney, Cynkar & Kachouroff PLLC
*Address 2* 13649 Office Place, Suite 101
Woodbridge, Virginia 22192
*Phone* 703.621.3300
*Email* chris@mck-lawyers.com
*Bar ID* 44216