

# McSweeney Cynkar & Kachouroff, PLLC
TRIAL & APPELLATE LAWYERS

Robert J. Cynkar
(703) 621-3300
rcynkar@mck-lawyers.com

Great Falls Office
10506 Milkweed Drive
Great Falls, Virginia 22066

October 25, 2024

The Honorable Jeffrey M. Bryan
U.S. District Judge
District of Minnesota
316 N. Robert Street
St. Paul, Minnesota 55101

Re: *Smartmatic USA Corp. v. Lindell*, Case No. 22-cv-00098-JMD-JFD
Plaintiffs' Request for Increased Words

Dear Judge Bryan,

Smartmatic has moved to increase the word limit for its summary judgment supporting and reply memoranda to no more than 40,000 words, collectively. While we initially advised Smartmatic that Defendants opposed this request, upon further consideration, we do not oppose this request as long as Defendants have the benefit of the same word limit as Smartmatic.

Sincerely,

MCSWEENEY, CYNKAR, &
KACHOUROFF PLLC

Robert J. Cynkar