## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, J. Erik Connolly, certify that the Memorandum in Support of Plaintiffs' Motion for Summary Judgment contains 12,969 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h) and with this Court's Order (ECF No. 387). This word count was obtained by a function in Microsoft Word Office 365.

Dated: November 13, 2024                Respectfully submitted,

/s/ *J. Erik Connolly*
J. Erik Connolly (admitted *pro hac vice*)
    EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorney for the Plaintiffs*