# YES, IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

## DECLARATION OF TIMOTHY M. FREY IN SUPPORT OF SMARTMATIC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Timothy M. Frey, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

3. Attached to Smartmatic's Memorandum of Law in Support of Its Motion for Summary Judgment are true and correct copies of the exhibits listed in the below Index.

The exhibits listed in the Index are exhibits cites in Smartmatic's Memorandum of Law in Support of Its Motion for Summary Judgment.

4. Native versions of video files shall be provided to the Court, as indicated in the Index.

**INDEX OF EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | June 11, 2024 Deposition of Michael J. Lindell |
| 2 | Declaration of Antonio A. Mugica |
| 3 | Nov. 19, 2020 New York Times, *Giuliani makes accusations of fraud that the Trump team has failed to support in court.* |
| 4 | Dec. 20, 2020 New York Times, *The 'Red Slime' Lawsuit That Could Sink Right-Wing Media* |
| 5 | December 10, 2020 retraction demand from Smartmatic to Fox News Network |
| 6 | *Smartmatic v. Fox* Complaint, Index No. 151136/2021 (Sup. Ct. N.Y.) |
| 7 | January 25, 2021 Buzzfeed News, *How "The Women For America First" Bus Tour Led To The Capitol Coup Attempt* |
| 8 | Defendant Michael J. Lindell's Original Answer, Counterclaims, And Third-Party Complaint, *U.S. Dominion, Inc., et al. v. MyPillow Inc., et al.*, Case No. 1:21-cv-00445-CJN (D.D.C.) |
| 8(a) | Memorandum Opinion on Dominion's Motion to Dismiss, Smartmatic's Motion to Dismiss, and Smartmatic's Motion for Rule 11 Sanctions, *U.S. Dominion, Inc., et al. v. MyPillow Inc., et al.*, Case No. 1:21-cv-00445-CJN (D.D.C.) |
| 8(b) | Docket, *U.S. Dominion, Inc., et al. v. MyPillow Inc., et al.*, Case No. 1:21-cv-00445-CJN (D.D.C.) |
| 9 | February 5, 2021 *Absolute Proof* documentary<br>Video of full broadcast (provided to the Court in native form) |
| 10 | April 3, 2021 *Scientific Proof* documentary<br>Video of full broadcast (provided to the Court in native form) |
| 11 | April 22, 2021 *Absolute Interference* documentary<br>Video of full broadcast (provided to the Court in native form) |
| 12 | June 5, 2021 *Absolutely 9-0* documentary<br>Video of full broadcast (provided to the Court in native form) |
| 13 | February 6, 2021 *War Room* podcast video<br>Video of full podcast appearance (provided to the Court in native |

| Exhibit No. | Description |
|---|---|
|  | form) |
| 14 | March 26, 2021 *War Room* podcast video<br>Video of full podcast appearance (provided to the Court in native form) |
| 15 | April 9, 2021 *War Room* podcast video<br>Video of full podcast appearance (provided to the Court in native form) |
| 16 | May 3, 2021 *War Room* podcast video<br>Video of full podcast appearance (provided to the Court in native form) |
| 17 | May 8, 2021 *War Room* podcast video<br>Video of full podcast appearance (provided to the Court in native form) |
| 18 | February 8, 2021 *Real America with Dan Ball* broadcast<br>Video of full TV appearance (provided to the Court in native form) |
| 19(a) | February 11, 2021 *A Screening and Conversation of* Absolute Proof documentary screening, Part 1<br>Section of full broadcast (provided to the Court in native form) |
| 19(b) | February 11, 2021 *A Screening and Conversation of* Absolute Proof documentary screening, Part 2<br>Section of full broadcast (provided to the Court in native form) |
| 19(c) | February 11, 2021 *A Screening and Conversation of* Absolute Proof documentary screening, Part 3<br>Section of full broadcast (provided to the Court in native form) |
| 20 | February 24, 2021 *The Pete Santilli Show* podcast video<br>Video of full podcast appearance (provided to the Court in native form) |
| 21 | March 30, 2021 *Eric Metaxas Radio Show* podcast video<br>Video of full broadcast (provided to the Court in native form) |
| 22 | April 1, 2021 *Indivisible with John Stubbins* podcast video<br>Video of full podcast appearance (provided to the Court in native form) |
| 23 | April 8, 2021 *USA Watchdog with Greg Hunter* podcast video<br>Video of full podcast appearance (provided to the Court in native form) |
| 24 | May 3, 2021 *OANN Newsroom with Pearson Sharp* broadcast<br>Video of full TV appearance (provided to the Court in native form) |
| 25(a) | August 10–12, 2021 Mike Lindell's Cyber Symposium livestream video capture, First Segment<br>Video clip of defamatory segment (provided to the Court in native form) |

| Exhibit No. | Description |
|---|---|
| 25(b) | August 10–12, 2021 Mike Lindell's Cyber Symposium livestream video capture, Second Segment<br>Video clip of defamatory segment (provided to the Court in native form) |
| 25(c) | August 10–12, 2021 Mike Lindell's Cyber Symposium livestream video capture, Third Segment<br>Video clip of defamatory segment (provided to the Court in native form) |
| 26 | Reasoned Decision and Final Award, American Arbitration Association Commercial Arbitration Tribunal, Case No. 01-21-0017-1862, *Zeidman v. Lindell Management, LLC* |
| 27 | Aug. 21, 2022 Springfield News-Leader, *Majorie Taylor Greene speaks, and other takeaways from Mike Lindell's Springfield event* |
| 28 | Aug. 17, 2022 The Daily Beast, *Mike Lindell's Wacky New Way to Fight Vote Fraud Might Get You Arrested* |
| 29 | February 5, 2021 *Absolute Proof* documentary<br>Certified transcript |
| 30 | Declaration of Dr. Jonah Berger |
| 31 | September 12, 2023 Deposition of Dawn H. Curtis |
| 32 | June 18, 2024 Deposition of Darren M. Lindell |
| 33 | February 6, 2021 *War Room* podcast video<br>Certified transcript |
| 34 | February 8, 2021 *Real America with Dan Ball* broadcast<br>Certified transcript |
| 35 | February 11, 2021 *A Screening and Conversation of* Absolute Proof documentary screening<br>Certified transcript |
| 36 | February 24, 2021 *The Pete Santilli Show* podcast video<br>Certified transcript |
| 37 | March 26, 2021 *War Room* podcast video<br>Certified transcript |
| 38 | March 30, 2021 *Eric Metaxas Radio Show* podcast video<br>Certified transcript |
| 39 | April 1, 2021 *Indivisible with John Stubbins* podcast video<br>Certified transcript |
| 40 | April 3, 2021 *Scientific Proof* documentary<br>Certified transcript |
| 41 | April 8, 2021 *USA Watchdog with Greg Hunter* podcast video<br>Certified transcript |
| 42 | April 9, 2021 *War Room* podcast video<br>Certified transcript |

| Exhibit No. | Description |
|---|---|
| 43 | April 22, 2021 *Absolute Interference* documentary<br>Certified transcript |
| 44 | May 3, 2021 *War Room* podcast video<br>Certified transcript |
| 45 | May 3, 2021 *OANN Newsroom with Pearson Sharp* broadcast<br>Certified transcript |
| 46 | May 8, 2021 *War Room* podcast video<br>Certified transcript |
| 47 | June 5, 2021 *Absolutely 9-0* documentary<br>Certified transcript |
| 48 | August 10–12, 2021 Mike Lindell's Cyber Symposium livestream video capture, First Segment<br>Certified transcript |
| 49 | August 10–12, 2021 Mike Lindell's Cyber Symposium livestream video capture, Second Segment<br>Certified transcript |
| 50 | August 10–12, 2021 Mike Lindell's Cyber Symposium livestream video capture, Third Segment<br>Certified transcript |
| 51 | FrankSpeech.com, Cyber Symposium Web Stream |
| 52 | January 4, 2023 *Updates On The Smartmatic Lawsuit and The Cast Vote Records*, Frankspeech.com<br>Certified transcript |
| 53 | Declaration of Tammy Patrick |
| 54 | Declaration of Dr. Alan T. Sherman |
| 55 | Deposition Exhibit 623 November 30, 2020 CBS News, *Fired Director of U.S. Cyber Agency Chris Krebs Explains Why President Trump's Claims of Election Interference Are False* |
| 56 | Deposition Exhibit 624, December 1, 2020 Associated Press, *Disputing Trump, Barr says no widespread election fraud* |
| 57 | Deposition Exhibit 630, DEF004727–28, February 4–5, 2021 Correspondence Between Michael J. Lindell and Counsel for Dominion<br>Documents produced by Defendants |
| 58 | July 14, 2023 Deposition of Jessica J. Maskovich |
| 59 | [Omitted] |
| 60 | August 27, 2024 Fed. R. Civ. P. 30(b)(6) Deposition of Michael J. Lindell |
| 61 | Deposition Exhibit 641, DEF082645.000056–36, Text Message Exchange between Mike Lindell and Darren Lindell<br>Document produced by Defendants |

| Exhibit No. | Description |
|---|---|
| 62 | August 24, 2023 Deposition of Todd L. Carter |
| 63 | Excerpt from Deposition Exhibit 437, DEF034384.000084, Text Message Exchange Between Mike Lindell and Dawn Curtis Document produced by Defendants |
| 64 | Defendants' Reply to Plaintiffs' First Set of Requests for Admission |
| 65 | ECF No. 52, Order on Motion to Dismiss |
| 66 | ECF No. 20, Memorandum of Points and Authorities in Support of Defendant Michael J. Lindell's Motion to Dismiss |
| 67 | Los Angeles County Final Official Canvass Election Returns, November 3, 2020 General Election |
| 68 | California Secretary of State, *Supplement to the Statement of Vote November 3, 2020: General Election Statewide Summary by County for President*, Nov. 3, 2020, https://elections.cdn.sos.ca.gov/sov/2020-general/ssov/pres-summary-by-county.pdf |
| 69 | MIT Technology Review, *US election official: Trump's misinformation is dangerous and lacks any credibility*, November 13, 2020, https://www.technologyreview.com/2020/11/12/1012115/senior-us-election-official-trumps-misinformation-is-insulting/ |
| 70 | Blaze, Matt, et al, *Scientists Say No Credible Evidence of Computer Fraud in the 2020 Election Outcome, But Policymakers Must Work with Experts to Improve Confidence*, November 16, 2020, https://www.cs.utexas.edu/~hovav/dist/election-statement.pdf |
| 71 | Excerpt from H. Rept. No. 117-663, *Final Report of the Select Committee to Investigate the January 6th Attack on the United States Capitol*, December 22, 2022, https://www.govinfo.gov/app/details/GPO-J6-REPORT |
| 72 | Nov. 16, 2020 Smartmatic press release, *Smartmatic Fact-checked* |
| 73 | SMARTMATIC-LINDELL00017735 Document produced by Smartmatic |
| 74 | SMARTMATIC-LINDELL00018425 Document produced by Smartmatic |
| 75 | SMARTMATIC-LINDELL00018530 Document produced by Smartmatic |
| 76 | SMARTMATIC-LINDELL04945532 Document produced by Smartmatic |
| 77 | SMARTMATIC-LINDELL04945596 Document produced by Smartmatic |
| 78 | Defendant My Pillow, Inc's Fourth Supplemental Answers and Objections to Plaintiffs' Second Set of Interrogatories |
| 79 | June 19, 2024 Deposition of James M. Furlong |

| Exhibit No. | Description |
|---|---|
| 80 | Deposition Exhibit 96, DEF036085.000037–38, Text Message Exchange between Mike Lindell and Jessica Maskovich<br>Document produced by Defendants |
| 81 | Deposition Exhibit 21, DEF026793, February 28, 2021 Email Exchange between mediainquiry@mypillow.com and Kim Rasmussen<br>Document produced by Defendants |
| 82 | DEF009449, July 30, 2021 Email Exchange Between Brad Carlon and Bob Sohns<br>Document produced by Defendants |
| 83 | Deposition Exhibit 666, DEF1127863, October 5, 2021 MyPillow Board Meeting Minutes<br>Document produced by Defendants |
| 84 | [Omitted] |
| 85 | DEF116721, February 10, 2021 Email Exchange Between Todd Carter, Darren Lindell, and Jessica Maskovich<br>Document produced by Defendants |
| 86 | Deposition Exhibit 562, National Intelligence Council, Declassified *Report on Foreign Threats to the 2020 US Federal Elections* |
| 87 | Deposition Exhibit 347, DEF03186, July 14, 2021 Email Exchange Between Janet Lynn, Kurt Olsen, Todd Carter, and Mike Lindell<br>Document produced by Defendants |
| 88 | DEF002434, January 18, 2021 Email Exchange Between Mike Lindell and Bob Roepke<br>Document produced by Defendants |
| 89 | Deposition Exhibit 412, DEF006566, February 5, 2021 Email Exchange Between Dawn Curtis and Beth Schoeneberg<br>Document produced by Defendants |
| 90 | Deposition Exhibit 100, DEF015183, February 5, 2021 Email from Dawn Curtis to Liz Willis<br>Document produced by Defendants |
| 91 | Deposition Exhibit 427, DEF015184, February 5, 2021 Email from Dawn Curtis to lee@lifechangingradio.com<br>Document produced by Defendants |
| 92 | Deposition Exhibit 428, DEF016633, February 5, 2021 Email from Dawn Curtis to shilohtc@gmail.com<br>Document produced by Defendants |
| 93 | Deposition Exhibit 422, DEF016634, February 5, 2021 Email from Dawn Curtis to Mike Pooler<br>Document produced by Defendants |
| 94 | Deposition Exhibit 420, DEF016635, February 5, 2021 Email from |

| Exhibit No. | Description |
|---|---|
|  | Dawn Curtis to Woody Zimmerman<br>Document produced by Defendants |
| 95 | Deposition Exhibit 414, DEF016737, February 5, 2021 Email from Dawn Curtis to Kip Kuroski<br>Document produced by Defendants |
| 96 | Deposition Exhibit 421, DEF018055, February 5, 2021 Email from Dawn Curtis to Annie Marie Delgado<br>Document produced by Defendants |
| 97 | Deposition Exhibit 418, DEF018146, February 5, 2021 Email Exchange Between Dawn Curtis and Kathleen Bensi<br>Document produced by Defendants |
| 98 | Deposition Exhibit 426, DEF019435, February 5, 2021 Email from Dawn Curtis to Patrick Coffin<br>Document produced by Defendants |
| 99 | Deposition Exhibit 415, DEF019495, February 5, 2021 Email Exchange Between Dawn Curtis and Nick Brino<br>Document produced by Defendants |
| 100 | [Omitted] |
| 101 | Deposition Exhibit 424, DEF020883, February 5, 2021 Email from Dawn Curtis to aaronimholteradio@gmail.com<br>Document produced by Defendants |
| 102 | Deposition Exhibit 419, DEF022390, February 5, 2021 Email from Dawn Curtis to Caleb Svendsen<br>Document produced by Defendants |
| 103 | Deposition Exhibit 413, DEF022482, February 5, 2021 Email Exchange Between Jerry Schesso and Dawn Curtis<br>Document produced by Defendants |
| 104 | Deposition Exhibit 425, DEF025202, February 5, 2021 Email from Dawn Curtis to Sara Carter<br>Document produced by Defendants |
| 105 | Deposition Exhibit 423, DEF025203, February 5, 2021 Email from Dawn Curtis to Mark Anthony<br>Document produced by Defendants |
| 106 | Deposition Exhibit 417, DEF025299, February 5, 2021 Email Exchange Between Dawn Curtis and shilohtc@gmail.com<br>Document produced by Defendants |
| 107 | Deposition Exhibit 443, DEF014307, March 31, 2021 Email from Dawn Curtis to Steve Dubbels<br>Document produced by Defendants |
| 108 | Deposition Exhibit 445, DEF030240, March 31, 2021 Email Exchange Between Dawn Curtis and Mark Blattterfein |

| Exhibit No. | Description |
|---|---|
| | Document produced by Defendants |
| 109 | [Omitted] |
| 110 | Deposition Exhibit 102, DEF023077, July 30, 2021 Email Exchange Between Dawn Curtis and InfoWars<br>Document produced by Defendants |
| 111 | Deposition Exhibit 451, DEF017531, April 21, 2021 Email Exchange Between Katelyn Gamlin, Dawn Curtis, and Pete Santilli<br>Document produced by Defendants |
| 112 | Deposition Exhibit 97, DEF015836, November 16, 2021 Email Exchange Between Darren Lindell, Jazmin Kampen, David Grapentine, Alex Ullmann, and David Lawrence<br>Document produced by Defendants |
| 113 | February 5, 2021 *Absolute Proof* documentary<br>Video clip (provided to the Court in native form) |
| 114 | February 6, 2021 *War Room* podcast video<br>Video clip (provided to the Court in native form) |
| 115 | February 8, 2021 *Real America with Dan Ball* broadcast<br>Video clip (provided to the Court in native form) |
| 116 | February 11, 2021 *A Screening and Conversation of* Absolute Proof documentary screening<br>Video clip (provided to the Court in native form) |
| 117 | February 24, 2021 *The Pete Santilli Show* podcast video<br>Video clip (provided to the Court in native form) |
| 118 | March 30, 2021 *Eric Metaxas Radio Show* podcast video<br>Video clip (provided to the Court in native form) |
| 119 | April 1, 2021 *Indivisible with John Stubbins* podcast video<br>Video clip (provided to the Court in native form) |
| 120 | April 8, 2021 *USA Watchdog with Greg Hunter* podcast video<br>Video clip (provided to the Court in native form) |
| 121 | April 22, 2021 *Absolute Interference* documentary<br>Video clip (provided to the Court in native form) |
| 122 | May 3, 2021 *OANN Newsroom with Pearson Sharp* broadcast<br>Video clip (provided to the Court in native form) |
| 123 | May 8, 2021 *War Room* podcast video<br>Video clip (provided to the Court in native form) |
| 124 | August 10–12, 2021 Mike Lindell's Cyber Symposium livestream video capture<br>Video clip from Exhibit 25(a) (provided to the Court in native form) |
| 125 | March 30, 2021 *Eric Metaxas Radio Show* podcast video<br>Video clip (provided to the Court in native form) |
| 126 | April 1, 2021 *Indivisible with John Stubbins* podcast video |

| Exhibit No. | Description |
|---|---|
| | Video clip (provided to the Court in native form) |
| 127 | April 8, 2021 *USA Watchdog with Greg Hunter* podcast video |
| | Video clip (provided to the Court in native form) |
| 128 | January 4, 2023 *Updates On The Smartmatic Lawsuit and The Cast Vote Records*, Frankspeech.com |
| | Video clip of defamatory segment (provided to the Court in native form) |
| 129 | Deposition Exhibit 660, SMARTMATIC-LINDELL00000006, SMARTMATIC-LINDELL00000031, SMARTMATIC-LINDELL00000060, MyPillow Warehouse Inspection Photos |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Timothy M. Frey

Executed on November 13, 2024