# Exhibit 1

**Page 1**

```
1  J11353479 eb
2
3       IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MINNESOTA
4
5  SMARTMATIC USA CORP.,   *
   SMARTMATIC              *
6  INTERNATIONAL HOLDING   *
   B.V., AND SGO           *
7  CORPORATION LIMITED     *
                           *
8  VS.                     * CASE NO. 22-cv-0098-WMW-JFD
                           *
9  MICHAEL J. LINDELL      *
   AND MY PILLOW, INC.     *
10
11
12
13
14    VIDEOTAPED DEPOSITION OF MICHAEL JAMES LINDELL
15
16
17
18
   Date              Edith A. Boggs, CSR
19
20
21  6-11-2024          HOUSTON, TEXAS
22
23
24
25
```

**Page 2**

```
1
2
3
4
5
6
7
8       DEPOSITION OF MICHAEL JAMES LINDELL
9
10
11      DEPOSITION AND ANSWERS of MICHAEL JAMES LINDELL,
12  taken before Edith A. Boggs, a certified shorthand
13  reporter in Harris County for the State of Texas, taken
14  at the Four Seasons Hotel, 1300 Lamar, Houston, Texas,
15  on the 11th day of June, 2024, between the hours of 9:00
16  a.m. and 5:56 p.m.
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1       A P P E A R A N C E S
2
3
   ATTORNEYS FOR PLAINTIFFS:
4
       Benesch Friedlander Coplan & Aronoff
5      71 South Wacker Drive, Suite 1600
       Chicago, Illinois  60606
6
7      By:  Nicole Wrigley, Esq.
       and Julie Loftus, Esq.
8
9
   ATTORNEY FOR DEFENDANTS:
10
       McSweeney Cynkar & Kachouroff, PLLC
11     13649 Office Place, Suite 101
       Woodbridge, Virginia  22192
12
       By:  Christopher Kachouroff, Esq.
13
14
   ALSO PRESENT:
15
       Ms. Avery Suarez, Videographer
16
17
   REPORTED BY:
18
       Ms. Edith A. Boggs
19
20
21
22
23
24
25
```

**Page 4**

```
1           EXAMINATION INDEX
2
3   QUESTIONS BY                        PAGE
4
    Ms. Wrigley                          9
5
6
7           INDEX OF EXHIBITS
8
9  NO.         PAGE FIRST   DESCRIPTION
               REFERENCED
10
   Exhibit 432   152        Flash drive - War Room
11                          2-5-21
12  Exhibit 435   185        Flash drive - OANN Dan Ball
                            2-8-21
13
   Exhibit 582   304        Post by Chris Krebs
14
   Exhibit 586   15         Messages between Jim Furlong
15                          and Mike Lindell
16  Exhibit 587   33         *Exhibit 140* - CNN article
                            - How Mike Lindell, the
17                          MyPillow guy, became a
                            midterm messenger
18
   Exhibit 588   41         Messages between Mike
19                          Lindell and Scott Baio
20  Exhibit 589   47         Messages between Mike
                            Lindell and Paul Ess
21
   Exhibit 590   55         Messages between Kim
22                          Rasmussen and Mike Lindell
23  Exhibit 591   60         Messages between Corey
                            Lewandowski and Mike Lindell
24
   Exhibit 592   64         Messages between Mary and
25                          Mike Lindell
```



## Page 5

| 1 | Exhibit 593 | 67 | Messages between Katelyn Gamlin, Michelle Media and Mike Lindell |
| 2 | | | |
| 3 | Exhibit 594 | 70 | Messages between Mike Lindell and Steve Bannon |
| 4 | | | |
| 5 | Exhibit 595 | 102 | *Exhibit 2* - *Absolute Proof* screenshots |
| 6 | Exhibit 596 | 126 | Flash drive - *Absolute Proof* Clip 1 |
| 7 | | | |
| 8 | Exhibit 597 | 135 | MyPillow CEO released a movie pushing election fraud conspiracies, YouTube and Vimeo took it down |
| 9 | | | |
| 10 | Exhibit 598 | 171 | Flash drive - War Room 2-6-21 Clip 1 |
| 11 | | | |
| 12 | Exhibit 599 | 173 | Flash drive - War Room 2-6-21 Clip 3 |
| 13 | Exhibit 600 | 182 | Disclaimer |
| 14 | Exhibit 601 | 201 | Flash drive - AS&C of *Absolute Proof* Hour 1 Clip 1 |
| 15 | | | |
| 16 | Exhibit 602 | 202 | Flash drive - AS&C of *Absolute Proof* Hour 1 Clip 2 |
| 17 | | | |
| 18 | Exhibit 603 | 205 | Flash drive - AS&C of *Absolute Proof* Hour 2 Clip 1 |
| 19 | | | |
| 20 | Exhibit 604 | 210 | Series of E-mails, starting with an E-mail dated 2-18-21 from Katelyn Gamlin |
| 21 | | | |
| 22 | Exhibit 605 | 214 | Series of E-mails, starting with an E-mail dated 2-19-21 from Chris Deluge |
| 23 | | | |
| 24 | Exhibit 606 | 218 | Messages between Alexa Wall Street Journal and Mike Lindell |
| 25 | | | |

## Page 6

| 1 | Exhibit 607 | 234 | *Exhibit 4* - *Scientific Proof* screenshots |
| 2 | | | |
| 3 | Exhibit 608 | 234 | Flash drive - *Scientific Proof* Clip 1 |
| 4 | Exhibit 609 | 234 | Flash drive - *Scientific Proof* Clip 2 |
| 5 | | | |
| 6 | Exhibit 610 | 234 | Flash drive - *Scientific Proof* Clip 3 |
| 7 | Exhibit 611 | 234 | *Exhibit 6* - *Absolute Interference* screenshots |
| 8 | | | |
| 9 | Exhibit 612 | 242 | Flash drive - *Absolute Interference* Clip 1 |
| 10 | Exhibit 613 | 242 | Flash drive - *Absolute Interference* Clip 2 |
| 11 | | | |
| 12 | Exhibit 614 | 242 | Flash drive - *Absolute Interference* Clip 5 |
| 13 | Exhibit 615 | 246 | Flash drive - War Room 3-26-21 Clip 1 |
| 14 | | | |
| 15 | Exhibit 616 | 246 | Flash drive - War Room 3-26-21 Clip 2 |
| 16 | Exhibit 617 | 271 | *Exhibit 8* - Absolutely 9-0 screenshots |
| 17 | | | |
| 18 | Exhibit 618 | 273 | Flash drive - Absolutely 9-0 Clip 1 |
| 19 | Exhibit 619 | 276 | Cyber Symposium news alert |
| 20 | Exhibit 620 | 279 | Flash drive - Cyber Symposium Clip 1 |
| 21 | | | |
| 22 | Exhibit 621 | 285 | Event: Accepted: Discussion with Brent from Canada re Smartmatic |
| 23 | | | |
| 24 | Exhibit 622 | 291 | *Exhibit 101* - The Times Called Officials in Every State: No Evidence of Voter Fraud |
| 25 | | | |

## Page 7

| 1 | Exhibit 623 | 298 | *Exhibit 110* - Fired Director of U.S. Cyber Agency Chris Krebs Explains Why President Trump's Claims of Election Interference are False |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | Exhibit 624 | 309 | *Exhibit 111* - Disputing Trump, Barr says no widespread election fraud |
| 6 | | | |
| 7 | Exhibit 625 | 315 | *Exhibit 72* - Dominion Voting Systems Categorically Denies False Assertions About Vote Switching and Software Issues With Our Voting Systems |
| 8 | | | |
| 9 | | | |
| 10 | Exhibit 626 | 322 | *Exhibit 66* - Smartmatic Fact-checked |
| 11 | | | |
| 12 | Exhibit 627 | 331 | E-mail dated 12-23-20 from Ise Tiapula, with attachment |
| 13 | Exhibit 628 | 340 | E-mail dated 1-9-21 from Michael Lindell to Mike Lindell, with attachment |
| 14 | | | |
| 15 | Exhibit 629 | 347 | E-mail dated 3-27-21 from Michael Lindell to Mike Lindell, with attachment |
| 16 | | | |
| 17 | Exhibit 630 | 349 | E-mail dated 2-5-21 from Michael Lindell to Mike Lindell, with attachment |
| 18 | | | |
| 19 | Exhibit 631 | 370 | Series of E-mails, starting with an E-mail dated 1-1-21 from Scott Hennen |
| 20 | | | |
| 21 | Exhibit 632 | 383 | Series of E-mails, starting with an E-mail dated 1-2-21 from Scott Hennen |
| 22 | | | |
| 23 | Exhibit 633 | 388 | *Exhibit 115* - Cybersecurity & Infrastructure Security Agency, #Proctect2020 Rumor vs. Reality |
| 24 | | | |
| 25 | | | |

## Page 8

| 1 | Exhibit 634 | 396 | *Exhibit 105* - Cybersecurity & Infrastructure Security Agency, Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating Executive Committees |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | Exhibit 635 | 400 | *Exhibit 51* - Secretary of State Jocelyn Benson - Michigan's election was secure and fair, and the results are accurate |
| 8 | | | |
| 9 | | | |
| 10 | Exhibit 636 | 408 | Messages between Kim Rasmussen and Mike Lindell |
| 11 | Exhibit 637 | 412 | Business Insider - MyPillow CEO Mike Lindell is releasing a 3-hour movie he made over the past 5 days pushing a baseless election claim involving China |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | Exhibit 638 | 433 | Messages between Mike Lindell and Scott Baio |
| 16 | Exhibit 639 | 443 | E-mail dated 1-10-21 from Mary Fanning, Key Points |
| 17 | | | |
| 18 | NO EXHIBIT 640 |  | |
| 19 | Exhibit 641 | 445 | Messages between Darren Lindell and Mike Lindell |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |



Page 9

1  PROCEEDINGS
2      THE VIDEOGRAPHER:  Good morning.  We are
3  now on the record.  Today's date is June 11th, 2024, and
4  the current time is 9:00 a.m.  This begins the
5  videotaped deposition of Mike Lindell.
6      Counsel, will you please introduce
7  yourselves, and the witness will be sworn.
8      MS. WRIGLEY:  Yes.  Nicole Wrigley for the
9  Smartmatic plaintiffs.
10     MS. LOFTUS:  Julie Loftus also for the
11 Smartmatic plaintiffs.
12     MR. KACHOUROFF:  Chris Kachouroff for
13 the -- counsel for both Mr. Lindell and MyPillow.
14     THE WITNESS:  Michael James Lindell.
15     MICHAEL JAMES LINDELL
16 was called as a witness and, being first duly sworn by
17 the notary, testified as follows:
18     EXAMINATION
19     Q.  (BY MS. WRIGLEY)  Good morning.  Please state
20 and spell your full name for the record.
21     A.  Michael James Lindell, M-I-C-H-A-E-L,
22 J-A-M-E-S, L-I-N-D-E-L-L.
23     Q.  What is your home address, Mr. Lindell?
24     A.  I don't know.  I just got a new place last
25 year.  You can use 1550 Audubon Road, Chaska, Minnesota

Page 10

1  55318.
2      Q.  Do you have any other residences besides the
3  one you just identified?
4      A.  No.  That's my corporate office.  My residence
5  I have is my only residence in Texas.
6      Q.  And where in Texas is that residence?
7      A.  It's in Lufkin, Texas.
8      Q.  Are you --
9      A.  I don't know the physical address.
10     Q.  Are you currently residing in Texas,
11 Mr. Lindell?
12     A.  Yes.  And I'm not -- I'd rather even not put
13 that address on public record because, as you know, you
14 guys leak stuff out of depositions, and I don't want
15 people knocking on my door.
16     MS. WRIGLEY:  I'm going to move to strike
17 as nonresponsive everything after "yes."
18     Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you
19 understand that you're providing testimony today under
20 oath?
21     A.  Yes.
22     Q.  Do you understand that you have to tell the
23 truth no matter what?
24     A.  Yes.
25     Q.  Do you understand your testimony is being

Page 11

1  recorded by a court reporter here?
2      A.  Yes.
3      Q.  Do you understand your testimony is being
4  videotaped today?
5      A.  Yes.
6      Q.  Do you understand your testimony can be shown
7  to a jury in this case?
8      A.  Yes.
9      Q.  Do you understand --
10     MR. KACHOUROFF:  I'm going to object.  This
11 wasn't designated for trial.  If this is a trial
12 deposition, I'll be doing a lot of objecting.
13     MS. WRIGLEY:  Since it's a federal case,
14 there is no discovery or evidence depositions, it's
15 just --
16     MR. KACHOUROFF:  Actually, Rule 30 and
17 Rule 45 talks about it.
18     MS. WRIGLEY:  What rule are you citing to?
19     MR. KACHOUROFF:  Rule 30 and Rule 45 of
20 the --
21     MS. WRIGLEY:  Yes.
22     MR. KACHOUROFF:  -- Federal Rules of Civil
23 Procedure.
24     MS. WRIGLEY:  Yes, indeed, but there is no
25 distinction between a discovery or a trial deposition.

Page 12

1      MR. KACHOUROFF:  Okay.  Well, I'll be
2  making a lot of objections then.
3      MS. WRIGLEY:  That's fine.  That's fine.
4      Q.  (BY MS. WRIGLEY)  Okay.  Do you understand that
5  your testimony can be shown to a jury in this case,
6  Mr. Lindell?
7      A.  Yes.
8      Q.  Do you understand your testimony can be shown
9  to the judge in this case?
10     A.  Yes.
11     Q.  Do you know of any reason that would prevent
12 you from providing accurate testimony here today?
13     A.  No.
14     Q.  Before we get started, I want to go over some
15 rules and protocols on the record for this deposition.
16 You have been deposed a number of times, correct?
17     A.  Yes.
18     Q.  How many times, sir?
19     A.  I don't know.  Two, three.  I have no idea.
20     Q.  When was the last time you were deposed?
21     A.  A year ago.
22     Q.  In what case?
23     A.  In the Eric Coomer.
24     Q.  And you've not been deposed since then, sir?
25     A.  Huh-uh.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
13–16

Page 13

1    Q.  Okay.

2    A.  No.

3    Q.  Since you've been deposed, you may be familiar
4  with these, but I'll go over them just in case, a few
5  ground rules.

6        We have a court reporter to my right here
7  taking down my questions and your answers, and so it's
8  really important that we avoid talking over each other
9  or interrupting.  It's bound to happen.  We're human
10  beings.  But it makes her job much easier and it will
11  make the transcript accurate if we can just try to avoid
12  talking over each other.  Is that fair?

13    A.  You have a big advantage because I lost my
14  voice.

15    Q.  Okay.

16    A.  You must have prayed for that.

17    Q.  And do you agree, sir?

18    A.  Uh-huh.  Yes.

19    Q.  Okay.  Do you understand that all of your
20  answers have to be verbal today as opposed to nodding
21  your head?

22    A.  Yes.

23    Q.  During my examination, your counsel, who he --
24  which he's just referenced, may object to one of my
25  questions.

Page 14

1    A.  Right.

2    Q.  Do you understand you are required to answer my
3  question after your counsel objects unless he instructs
4  you not to answer?

5    A.  Yes.

6    Q.  Similar with us interrupting each other, if
7  your counsel objects, I'll just ask if you give him a
8  minute for him to object, put it on the record before
9  you begin answering, so we can avoid crosstalk.  Is that
10  fair?

11    A.  Yes.

12    Q.  If I ask you a question and you don't
13  understand it, just let me know.  Otherwise, I'll assume
14  you understood the question and were able to answer.  Is
15  that fair?

16    A.  Yes.

17    Q.  And if at any point in time -- we talked about
18  this earlier -- you need to take a break, just let me
19  know.  I'd just ask if there's a question pending, you
20  answer the question, and we can break if you need a
21  minute off the record.  Is that fair?

22    A.  Yes.

23    Q.  Mr. Lindell, have you ever considered running
24  for political office?

25    A.  Yes.

Page 15

1    Q.  Which political office have you considered
2  running for?

3    A.  It must have been 2000 and -- it was the
4  governor of Minnesota, and it was just a -- I was
5  pondering it.

6    Q.  In 2019, were you considering a run for
7  political office such as the governor of Minnesota?

8    A.  No, it was 2020 -- after 2020.  It was right
9  before the election, I thought maybe the next one, I
10  would run for governor.

11    Q.  So in 2020, you were considering potentially
12  making a run to be the governor of Minnesota?

13    A.  As I mentioned.

14    Q.  Have you ever considered running for president
15  of the United States, sir?

16    A.  No.

17    Q.  I'm going to show you the first exhibit or
18  document today.  Bear with me.  There's a process.

19        (Exhibit 586 marked.)

20    Q.  (BY MS. WRIGLEY)  Mr. Lindell, I'm handing to
21  you what's been marked as Exhibit 586.

22        Just for the record, this is an excerpt
23  from a text chain that was produced by defendants in
24  this case.  The Bates number for the full text chain is
25  DEF 121483.  This particular text chain as produced was

Page 16

1  149 pages.  Just so it's clear for the record, this is
2  an excerpt of selected pages only.

3        If you look at the bottom right-hand corner
4  on the first page, sir --

5    A.  Yeah.

6    Q.  -- you can see after the decimal point, it says
7  Page 1.

8    A.  Uh-huh.

9    Q.  And then if you flip to the other pages, that
10  number after the decimal point will indicate what
11  pages --

12    A.  I got it.

13    Q.  -- were excerpted from the document.

14    A.  I got it.

15    Q.  Okay.

16        MR. KACHOUROFF:  I'm going to have an
17  objection to completeness.

18        MS. WRIGLEY:  That's fine.  Thank you.

19    Q.  (BY MS. WRIGLEY)  At the top, do you see there
20  are a number of names written with respect to this text
21  message?

22    A.  Yes.

23    Q.  One of those names is yourself, correct?

24    A.  Jim Furlong and Mike Lindell.

25    Q.  Do you recognize that to be yourself and your



Page 17

1 phone number?

2    A. That's correct.

3    Q. Okay. And who is Jim Furlong?

4    A. Jim Furlong, he's been with me a long time.
5 He's on the board of MyPillow. He's a friend of mine.
6 We go back to 20-some years.

7    Q. At one point, Mr. Furlong was a member of
8 MyPillow's board of directors?

9    A. Yeah.

10    Q. During what period of time?

11    A. I don't know. Maybe 2011 or '12 to present.

12    Q. And Mr. Furlong is a friend of yours, sir?

13    A. He -- became friends. We -- I met him when
14 he -- I started MyPillow, and we were professional card
15 counters before that. I met him the year 2000.

16    Q. I'm going to direct your attention to some
17 information in this text chain between you and
18 Mr. Furlong.

19    A. Correct.

20    Q. If you go back to Page 11, do you see there's a
21 date in the middle of the top?

22    A. Yes.

23    Q. January 19, 2016, correct?

24    A. That's correct.

25    Q. Do you see that on the left are messages from

Page 18

1 Mr. Furlong?

2    A. Yes.

3    Q. And then do you see on the right, those are
4 messages from yourself?

5    A. Yes.

6    Q. On that date, Mr. Furlong says, "Call me when
7 you can." Do you see that?

8    A. Yes.

9    Q. And you responded, "If I run with Trump...can
10 we count on your vote?" Correct?

11    A. That's correct.

12    Q. Okay.

13    A. I said that because Jim Furlong is a raging
14 left Democratic, and him and I argued over Bush and
15 stuff all the time. So that was very much sarcasm.

16    Q. You were trying to antagonize Mr. Furlong?

17    A. Yes.

18    Q. And he responded the next day on January 20th,
19 2016, correct?

20    A. What's that?

21    Q. He responded the next day to your text?

22    A. Yeah. Yeah.

23    Q. And Mr. Furlong says, "Yes, you can, maybe,"
24 right?

25    A. Right.

Page 19

1    Q. And then he says, "Red alert," right?

2    A. "Red alert" is a different text.

3    Q. Yes. On the next day?

4    A. Right. Yeah, "red alert" has --

5    Q. Okay.

6    A. -- nothing to do with that.

7    Q. Nothing --

8    A. We were talking about Costco. We were talking
9 about Costco. This is stuff in between in our text,
10 sarcasm.

11    Q. Okay.

12    A. Believe me, Jim Furlong would never vote for
13 me.

14    Q. I'm going to direct your attention to another
15 portion of this text, sir. If you could go to Page 13,
16 please.

17    A. Okay.

18    Q. And actually, if you look on -- I'll have you
19 go to 12 instead. There's a date at the bottom that
20 will identify the date from this text chain.

21       Do you see it's February 6, 2016, at the
22 bottom of Page 12?

23       MR. KACHOUROFF: You're on 13, Mike.

24    A. Okay.

25    Q. (BY MS. WRIGLEY) Do you see at the bottom of

Page 20

1 Page 12, it's February 6, 2016?

2    A. Uh-huh.

3    Q. And then if you go to Page 13, do you see it is
4 a continuation of a text from yourself back to
5 Mr. Furlong?

6    A. Right.

7    Q. And in that text, you sent him some
8 attachments. You say, "Morgan Freeman...I'm going to
9 meet Ben Carson right now. I get to go to meet and
10 visit George Bush in Dallas. This is surreal." Do you
11 see that?

12    A. Yes.

13    Q. Mr. Furlong responds, correct?

14    A. Yeah.

15    Q. He says, "I was thinking he is known for being
16 quiet, and you're not, so you could be his running mate.
17 Not that I would vote for you, though!!" Do you see
18 that?

19    A. Right.

20    Q. You responded, "Right," Mr. Lindell?

21    A. Yeah.

22    Q. You say, "Now, that's a great idea!"

23    A. Yeah. Right.

24    Q. "I'm getting together with Trump in three
25 weeks...I think you would rather have two no filter loud



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                                   21–24

Page 21

1 voices." Do you see that?
2    A. Yeah.
3    Q. You also said, "Trump/Lindell 2016." Do you
4 see that?
5    A. Yeah.
6    Q. And Mr. Furlong responds, correct?
7    A. Right.
8    Q. And then in response to Mr. Furlong's comment,
9 you say, "LOL," right?
10    A. Right. He said, "That would be an F'ing
11 disaster, but entertaining." You see how we banter back
12 and forth.
13    Q. Indeed.
14    A. You could go all the way back to George Bush.
15 And I didn't know anything about politics, but this is
16 just him and I -- when you do your deposition with him,
17 he'll fill you in.
18    Q. Were -- did you have a relationship with former
19 President Trump in 2016, sir?
20    A. No. I met him on August 15, 2016. I've never
21 watched The Apprentice, didn't know who he was. I had
22 heard his name, obviously.
23       Met him in a meeting on August 15, 2016.
24 Walked into his office. It was just him and I. He
25 wanted -- he had asked me to meet him, and his questions

Page 22

1 were, "How is it manufacturing MyPillow here in the
2 USA?" That's what the meeting was about.
3       And then he said -- he -- I said -- he
4 said, "Whatever you do, don't tell them you were a crack
5 addict."
6       And I said -- you know, I said, "I used to
7 be a crack addict." And I kind of looked at him, and I
8 said, "But I'm going to have the Lindell Recovery
9 Network and help addicts all over the country."
10       And he said, "I'm going to shut the
11 wall" -- "shut down the border and stop the drugs
12 pouring in." And it was just a -- he just wanted my
13 opinion as a businessman.
14       And walked out of there about 40 minutes
15 later. He had no other agenda. Went and talked to his
16 employees and everything.
17       I said, "Wow, I've never voted in my life,"
18 because I didn't know a filibuster from a milibuster. I
19 didn't know a Democrat from a Republican, and I knew
20 nothing.
21       And anyway, he -- I went and talked to his
22 employees, and all his employees said, "Great man, great
23 boss." And this guy was validating what I had just
24 seen, because it was kind of surreal that he would even
25 want my opinion from Minnesota for the manufacture, but

Page 23

1 any idea he had sounded good.
2       And I got back to Minnesota, and that's
3 where Jim Furlong would come in. I went to a board
4 meeting, and I said -- you know, I said, "I'm going to
5 do a press release and tell the people I met Donald
6 Trump."
7       And half the people -- or not half the
8 people, but one other guy in the room, the -- our -- Joe
9 Springer, at the time, he said, "If you do that, you're
10 going to lose half our business."
11       I said, "Why?"
12       I said, "That doesn't make sense to me."
13       Obviously, media started, and I could walk
14 across the street and there's CBS, CNN, FOX, everyone.
15 How many more employees are you going to hire? How are
16 you helping people with addiction? And I did -- went
17 ahead and did the press release, and the media attacked
18 me like I've never been attacked before at that time.
19       And at that time, it was devastating. They
20 were going to call me a drug dealer, and I had never
21 dealt a drug in my life. I tried to rid Minneapolis of
22 drugs by doing them all.
23       And so there was a -- when I did that, it
24 was like -- then I just -- I'm going what is with this,
25 you know. Because my opinion, I met the guy, I did my

Page 24

1 due diligence, and I'm getting attacked. And this media
2 I broke bread with. I knew all the reporters,
3 everything, and --
4       MR. KACHOUROFF: Mike, hold on.
5       What was the question? I forgot the
6 question.
7       THE WITNESS: Did I meet Donald Trump.
8       MR. KACHOUROFF: Yeah.
9       THE WITNESS: When did I meet him. Did
10 I --
11       MR. KACHOUROFF: If she wants to know more,
12 she'll ask you more.
13       THE WITNESS: Well, I'm telling her more.
14 I mean, I'm going to tell her more.
15       MR. KACHOUROFF: I know. I got it. I got
16 it.
17    Q. (BY MS. WRIGLEY) I'm going to ask you -- let
18 me ask you --
19       MR. KACHOUROFF: Believe me, she'll ask
20 you.
21    Q. (BY MS. WRIGLEY) I'll ask my follow-up
22 question, Mr. Lindell.
23       Have you been a supporter of former
24 President Trump since 2016?
25    A. Since I -- that's where I was getting to, to



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
25–28

Page 25

1 pre -- answer your question.
2       When I got out of that office, I thought,
3 you know, I don't know much about politics. I had never
4 voted. I said this guy will be great if he does what he
5 says. And then I went all in.
6       And when I say -- by "all in," I went to
7 this -- the second and third debate by myself, and they
8 put me in the spin room, because I was a pretty
9 nationally known figure then.
10       And I remember MSNBC or FOX, both of them,
11 asked me, you know, "Why are you supporting him?"
12       And I just said, "You know what? I met
13 him, and I think he'll be great because he's a
14 businessman," and that I had done my due diligence.
15 So...
16    Q. So, Mr. Lindell, you've been all in on former
17 President Trump since 2016, correct?
18    A. Uh-huh.
19    Q. And you've been a supporter of President Trump
20 since 2016?
21    A. That's -- since the day I met him.
22    Q. And you were --
23    A. Well, after I did my due diligence, correct.
24    Q. And you were a supporter of former President
25 Trump in connection with the 2020 election, right?

Page 26

1    A. Yes.
2    Q. Okay. And you've attended debates that
3 President Trump has had in the --
4       (Crosstalk.)
5       MR. KACHOUROFF: I'm going to object to all
6 this as relevance -- as on the grounds of relevance.
7    A. Yes, I've attended two debates.
8    Q. (BY MS. WRIGLEY) And you've attended a number
9 of political rallies with former President Trump,
10 correct?
11    A. That sounds -- yeah.
12    Q. Okay. How many?
13    A. I don't know. Over a hundred.
14    Q. Do you continue to attend political rallies for
15 former President Trump?
16    A. What's that?
17    Q. Do you continue to attend political rallies for
18 former President Trump?
19    A. Do I continue to? I went to, I think, two this
20 year.
21    Q. Have you donated money to the Trump campaign?
22    A. No. Well, I take that back. 25,000, I
23 believe. I don't know if it was to the campaign. It
24 was to -- that was about a month ago to speak -- it was
25 a speaking thing. It was more for that -- whatever that

Page 27

1 organization. It was the Minnesota something. It was a
2 Lincoln dinner thing, I think.
3    Q. And, in fact, in connection with the 2020
4 presidential election, former President Trump made you
5 head of his campaign in Minnesota, correct?
6    A. It was like an honorary co-chair thing. I
7 didn't do anything but just talk publicly.
8    Q. Can I have you go back to the exhibit that
9 we're looking at, sir, Exhibit 586, and I'm going to
10 have you turn to Page -- give me two seconds to get my
11 place -- Page 32. Just let me know when you're there.
12    A. I see that.
13    Q. Do you see at the top the date is July 24,
14 2016?
15    A. Yeah.
16    Q. Mr. Furlong says, "I'm watching you. You do
17 look presidential. You should run." Do you see that?
18    A. Yeah.
19    Q. And you sent him a number of attachments in
20 response with the comment, "It would not surprise me if
21 I ended up running some day...nothing surprises me any
22 more." Do you see that?
23    A. Yeah.
24    Q. I'm going to ask you about another part of this
25 exhibit, Page 42, sir. Do you see on Page 42, the date

Page 28

1 at the --
2    A. Yeah.
3    Q. -- top is September 30, 2016?
4    A. Yeah.
5    Q. And then on the right, your messages below the
6 attachments, do you see you mention, "I had dinner with
7 the Trumps, and we talked MyPillow LOL." Do you see
8 that?
9    A. Yeah.
10    Q. Mr. Furlong responded, "Nice," correct?
11    A. Right.
12    Q. You responded, "Donald talked me up for five
13 minutes. He was arguing with his wife over which pillow
14 to get. I sided with her LOL." Do you see that?
15    A. Right.
16    Q. And did you have the opportunity to have dinner
17 with former President Trump and his wife in 2016?
18    A. No. No. It was a dinner, and afterwards, I
19 talked to them. That's when I first met her.
20    Q. Okay.
21    A. It was a five-minute conversation. So the
22 dinner was probably 50 people in the room. We were not
23 at their table. I got to talk to them for five minutes
24 afterwards, just them two and myself as we -- as they --
25 everybody had left.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
29–32

Page 29

1    Q. Can I have you turn to Page 60, sir. At the
2 bottom, do you see that date for the last message is
3 July 18, 2017? Are you with me?
4    A. Yeah.
5    Q. Mr. Furlong states, "Is anything that goes on
6 today going to be broadcast on any channel, and what
7 show did you say was going to air this week? I want to
8 tell the agents." Do you see that?
9    A. Yeah.
10    Q. Let me ask you this: At this point in time in
11 July of 2017, did Mr. Furlong have responsibilities for
12 MyPillow at all?
13    A. Yeah. He was running -- running our home shows
14 and fairs. We have a whole other wing of our business.
15 There's probably 90 -- 90 people that never go home.
16 They go show to show. It's a very complex business
17 with -- we don't have it any more because they cancelled
18 us, but -- well, we do in some respect. State fairs,
19 Costco. We go -- go there and do a three-day show, a
20 four-day show.
21        Somebody's asking there, is that they're --
22 I would do a lot of speaking. Not anything political,
23 but it would be -- if I was going to be speaking on --
24 back then, it was all about MyPillow and addiction, you
25 know. I do speaking at a lot of churches.

Page 30

1        So if he was -- if there were going to be
2 broadcasts or something with MyPillow, any special --
3 anything we were doing -- I did like so many appearances
4 on podcasts. That's what I did. That was a big part of
5 our business. You would do a podcast -- or Sean Hannity
6 or CNN, whatever I would be on, they would want to know
7 because we would get -- we were talking about the
8 pillow. We would get great sales, and these people,
9 they wanted the agents to be aware of it.
10    Q. If you go to the next page on Page 61, do you
11 see that you responded, "Sorry, I just saw this"? Do
12 you see that?
13    A. Uh-huh.
14    Q. Is that a yes? I'm sorry, Mr. Lindell.
15    A. What's that?
16    Q. Was that a yes?
17    A. It was a yes.
18    Q. And then Mr. Furlong responded, "You'd be a
19 good boy in the White House." Do you see that?
20    A. Yes.
21    Q. You respond, "I'm now going on Fox & Friends
22 tomorrow," correct?
23    A. Yes.
24    Q. And the next day, July 19, 2017, Mr. Furlong
25 texted you, "Wow. Your Trump's right-hand man." Do you

Page 31

1 see that?
2    A. Yes.
3    Q. And then you included a link to a C-SPAN
4 article that has the title, "President holds roundtable
5 Made America Agenda."
6    A. Right. That was national. There was eight,
7 nine, ten businesses invited to the White House for Made
8 in America.
9    Q. If you go to the next page on 62, it's a
10 continuation of that text chain on the 19th of
11 July 2017. Do you see that in the middle of the
12 attachments you wrote to Mr. Furlong, "Everyone in the
13 White House wanted my picture. So surreal"? Do you see
14 that?
15    A. That's correct.
16    Q. And then if you go to the next page, on
17 Page 63, do you see after the attachments Mr. Furlong
18 responded, "Cool pics and nice suit"? Do you see that?
19    A. Yeah.
20    Q. And then the next day, you message him back on
21 July 20th, 2017, correct?
22    A. Uh-huh.
23    Q. And you say, "People at the White House asked
24 me if I would consider running for president in 2024.
25 At least four people asked me that." Do you see that?

Page 32

1    A. Correct.
2    Q. And were you, in fact, asked during a visit at
3 the White House in 2017 about potentially running for
4 president in 2024?
5    A. These were the little kids that run around that
6 give -- guide you through the thing. They're interns.
7 They were the ones saying, "You should run in 2024."
8    Q. If you go to the very last page of this
9 exhibit, Page 93, I'm going to ask you about one last
10 one. Do you see the date at the top is June 30th, 2018?
11 Do you see that?
12    A. Yeah.
13    Q. And that's about a year later, correct, from
14 the messages we just saw?
15    A. Yeah.
16    Q. And then you write to Mr. Furlong, "Tell the
17 vendors it's going to be great again." You send an
18 attachment. And you write, "I think I'm going to run in
19 2024." Do you see that?
20    A. Yeah.
21    Q. And Mr. Furlong responded, correct?
22    A. Just a crying face, yes. Once again, our
23 kidding back and forth. He's got a little crying face
24 at me.
25    Q. You can put that aside, and I'm going to show



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
33—36

Page 33

1  you another document, sir.
2     A.  What's that?
3     Q.  You can put that one to the side.  I'm going to
4  mark and show you another document.
5        MR. KACHOUROFF:  What did you mark this one
6  as?  I'm sorry.
7        MS. WRIGLEY:  This one, 586.
8        MR. KACHOUROFF:  I'm sorry.
9        MS. WRIGLEY:  No.  No.  That's okay.
10       MR. KACHOUROFF:  I don't want to get them
11 mixed up.
12       MS. WRIGLEY:  I'm going to mark the next
13 one as 587.  Thank you.
14       (Exhibit 587 marked.)
15    Q.  (BY MS. WRIGLEY)  Mr. Lindell, I'm going to
16 hand you what's been marked as Exhibit 587.
17       And, sir, just for the record, I saw you
18 looking at your phone.  You're not recording or
19 anything, are you?
20    A.  No.  Do you want me to?
21    Q.  No.
22    A.  Okay.
23    Q.  We have an official video, and you can get a
24 copy of it, so --
25    A.  Yeah -- but the FBI.  Can you hear that, FBI?

Page 34

1  Yeah.  I've got to turn you off.
2     Q.  No.  No.  I just don't know that -- to do my
3  job --
4     A.  Well, you know, the FBI listens to everything I
5  do, so it's just -- but I'll do it.
6     Q.  It listens to everyone --
7     A.  They might take a -- maybe they're taking the
8  day off today.
9     Q.  Listens to everything everyone does, not just
10 you, I'm sure.
11       Mr. Lindell, I've handed to you what's been
12 marked as 587.  Just for the record, this is a news
13 article from CNN that's been printed up.
14    A.  Yeah.
15    Q.  Just for the record, it has an Exhibit No. 140
16 on the cover sheet.  That's because this is a news
17 article that was attached to the complaint in this case.
18    A.  Yeah.
19    Q.  I'm going to have you turn to the second page
20 of this exhibit.
21    A.  Yep.
22    Q.  This is a CNN news article.  And just so you
23 understand the information on here, at the bottom
24 left-hand corner, it's always a capture sticker.  It
25 identifies exactly where on the Internet this article

Page 35

1  was pulled from and exactly the date it was pulled from.
2     A.  Yep.
3     Q.  And sometimes in order for all of the
4  information, when it gets printed up from the Internet
5  to get captured, sometimes the information repeats from
6  one page to another --
7     A.  I understand.
8     Q.  -- but I'll represent that it's all in here.
9     A.  Right.
10    Q.  Do you see this article from CNN Politics
11 titled, "How Mike Lindell, the MyPillow guy, became a
12 midterm messenger"?
13    A.  Yes.
14    Q.  Are you familiar with this article, sir?
15    A.  I've seen that picture a million times.  That
16 was that summit we went to.  That's the one you just
17 talked about a little bit ago.
18    Q.  The date of the article is November 4th, 2018.
19 Do you see that?
20    A.  Yes.
21    Q.  The article starts, "President Donald Trump
22 isn't get much sleep, and neither is Mike Lindell.  But
23 with days to go before the midterm elections, don't
24 blame their pillows.  Lindell, the mustachioed MyPillow
25 inventor and infomercial star, is doing his part ahead

Page 36

1  of next Tuesday, hitting the road in support of
2  conservative candidates and popping up at many a Trump
3  rally across the country.  Lindell, one of just a few
4  celebrity endorsers, gave Trump his seal of approval
5  early and remains a key supporter."  Do you see that?
6     A.  Yes.
7        MR. KACHOUROFF:  This is all hearsay, and
8  I'm objecting on the grounds of relevance, just so you
9  know.
10    Q.  (BY MS. WRIGLEY)  And in November of 2018, were
11 you hitting the road in support of conservative
12 candidates at Trump rallies across the country?
13    A.  I didn't do many then, I don't believe.  I
14 don't -- I don't remember -- if I did a rally, I would
15 go there, sometimes speak, sometimes not.  I -- I'm
16 guessing I wasn't doing much speaking at the rallies.
17 But I did go his rallies.  I enjoyed going to the
18 rallies, yeah.
19    Q.  In November --
20    A.  Did I endorse any people back then?  I don't
21 think so.  I don't endorse too many people.
22    Q.  In November of 2018, had you endorsed former
23 President Trump?
24    A.  What's that?
25    Q.  In November of 2018, had you endorsed former



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
37—40

Page 37

1 President Trump?

2    A. He wasn't running then.

3    Q. Understood.

4    A. Is that a trick question? I was --

5 I endorsed --

6    Q. Were you a supporter then?

7    A. I endorsed a guy from Minnesota. That's where

8 I got involved, Doug Wardlow. He's also my attorney

9 now. He was running for Attorney General of Minnesota.

10 That's where I was really -- I really got involved on.

11 He was one of the candidates I endorsed then. There may

12 have been one or two others, but that's -- Jason Lewis,

13 I think, from Minnesota. I was kind of concentrating on

14 Minnesota candidates. By then, I realized politics were

15 kind of important. Before I just started, I was smoking

16 crack.

17    Q. I'm going to have you skip ahead to the sixth

18 page of this document, and it's a section titled, "The

19 MyPillow Guy."

20    A. Yeah.

21    Q. Do you see at the bottom there's a heading,

22 "The MyPillow Guy"? Are you with me?

23    A. Yep.

24    Q. It states, "While some companies have faced

25 backlash for supporting Trump, Lindell says the pillow

Page 38

1 business hasn't been affected by his politics. In fact,

2 it's growing. 'It's been very good for business, but I

3 just do what I'm supposed to do, what God's called me to

4 do, and I really -- I'm not going to back down.'"

5        Do you see that?

6    A. Yes.

7    Q. Around this time of the article, November 2018,

8 was it good for MyPillow's business to support Trump?

9    A. We had gotten through -- let me rephrase a

10 little. When that attack came in '16 when I did a press

11 release, the Better Business Bureau came out and lowered

12 MyPillow's rating from an A Plus to an F. It was all

13 political, hundred percent political. I was up for

14 their Torch Award, I was the media's darling, and I was

15 their highest rated company in history for that corrupt

16 organization. And they took an A Plus to an F.

17        They did a press release on January 2nd,

18 2017. At that time, Costco was going to drop us, FOX

19 dropped us, and it was a big fight with the Better

20 Business Bureau, which is still an F.

21        That hurt us substantially then, but by the

22 time as we absorbed that first impact, I guess that it

23 was -- we were back to normal business as usual where

24 MyPillow was at a steady uphill climb. It hadn't hurt

25 us being -- because I got political on one -- when --

Page 39

1 you know, why should it, you know.

2    Q. I'm going to have you jump ahead to Page 7,

3 sir --

4    A. Uh-huh.

5    Q. -- and ask you about something at the very

6 bottom, and just let me know when you are there. Like

7 where -- do you see where you say, "I want to get these

8 people help, he said"? Do you see that section?

9    A. What's that?

10    Q. Third paragraph from the bottom.

11        MR. KACHOUROFF: Nicole, I'm going to -- if

12 you're going to -- I'm not trying to be obstructive --

13        MS. WRIGLEY: No. No. That's fine.

14        MR. KACHOUROFF: -- but let him read the

15 whole -- that whole section, not the whole article.

16        MS. WRIGLEY: Yeah. Yeah. That's fine.

17        MR. KACHOUROFF: My -- my --

18        MS. WRIGLEY: I'm actually going to ask him

19 after that part of it, onto the next page.

20        MR. KACHOUROFF: Can you give him that

21 whole section to read so it's at least in some context

22 for him?

23        MS. WRIGLEY: Yeah.

24    Q. (BY MS. WRIGLEY) So, Mr. Lindell, I'm going to

25 ask you about the last two paragraphs on Page 7 and then

Page 40

1 the information going onto Page 8.

2    A. Okay.

3    Q. And then you can take a look at it, review it,

4 and let me know when you're ready.

5    A. Yeah. If you start up above, I'm reading here,

6 it says -- this is the time that everybody was pulling

7 their ads from Fox News. So with MyPillow not leaving,

8 at least we were -- but it did hurt us money-wise,

9 because they went to other parts of Fox, and then the

10 price of the ads went up. They want to boycott me.

11 That's fine.

12        So you're asking me about the "Lindell is

13 open about his crack cocaine addiction" or what?

14    Q. Do you see at the bottom where it says, "As to

15 whether he'd consider entering the political arena

16 himself, Lindell isn't ruling it out"? Do you see that?

17    A. Yeah, I don't -- it doesn't have a quote by it.

18 I don't know -- I see it there.

19    Q. And below there it says, "Right now, no, but if

20 God wanted me to do it, if I got it in prayer, I would

21 do it tomorrow."

22    A. That's right. I pray about everything I do.

23    Q. Do you recall being asked by CNN or any other

24 media in 2018 whether you would consider entering the

25 political arena?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
41—44

Page 41

1    A.  I have no idea.  I was interviewed thousands of
2  times a week.  Yeah.
3    Q.  In --
4    A.  Hundreds for sure.  I don't want to say any
5  fake news there.  Hundreds.
6    Q.  In 2018, is it fair to say that you had not
7  ruled out a run for political office in the future?
8    A.  Like I just said, the answer's right there.  I
9  do what God has me do.  I pray about everything I do.
10  I'm very proactive in prayer.
11    Q.  Okay.  You can put that one to the side.
12    I'll probably -- I'm going to show you
13  another document, sir.  This one will be 588.
14    (Exhibit 588 marked.)
15    Q.  (BY MS. WRIGLEY)  I'm going to hand to you
16  what's been marked Exhibit 588.  And I'll represent for
17  the record that this is a text chain that was produced
18  as DEF 047408 between yourself and an individual, Scott
19  Baio.
20    The full text chain, just for the record,
21  is actually 92 pages.  It's long.  That's why we didn't
22  print the whole thing up.  And I've excerpted, and if
23  you look at the page numbers with the decimal points,
24  the first page, and then Page 15 and 16 of that document
25  produced.

Page 42

1    A.  Yeah.  Yes.
2    Q.  Okay.  Mr. Lindell, do you see at the top on
3  the first page this text chain starts May 9th, 2018?
4    A.  That's correct.
5    Q.  And do you recognize that phone number at the
6  top under your name?
7    A.  Yes.
8    Q.  Is that your phone number?
9    A.  Yes.
10    Q.  And then there's a Scott Baio.  Do you see
11  that?
12    A.  That's correct.
13    Q.  And who is Mr. Baio?
14    A.  He's -- he played Chachi on Happy Days.  You
15  might have watched.
16    Q.  I did.
17    A.  Yeah.
18    Q.  Charles in Charge, maybe?
19    MR. KACHOUROFF:  That's why she's asking
20  the questions.
21    MS. WRIGLEY:  I'm more of an '80's baby.
22    A.  Yeah, that's Scott Baio.
23    Q.  (BY MS. WRIGLEY)  And he's an actor or former
24  actor?
25    A.  Yes.

Page 43

1    Q.  Okay.  And are you friends with Mr. Baio?
2    A.  Now I am.  I don't know if I was back then.  I
3  had just met him.  I don't know if this is -- what year
4  this is.
5    Q.  I'm going to ask you about something on the
6  next page, which is Page 15 of this produced text chain.
7  And do you see at the bottom of Page 15, there's a date
8  in the middle, January 24th, 2020?
9    A.  Yeah.
10    Q.  Okay.  And then if you look above there --
11  sorry.  At the very top, do you see there's a date,
12  January 17, 2020?  Sorry.  I'm directing you back to the
13  top on Page 13.  Are you with me?
14    A.  Yes.
15    Q.  Okay.  On January 17, 2020, Mr. Baio texted
16  you, "Brilliant cover.  Thanks for the books."  Do you
17  see that?
18    A.  Yeah.
19    Q.  You responded with a thumbs up and said, "Hey,
20  Scott, I'm going on Fox Business News in five minutes."
21  Do you see that?
22    A.  Correct.
23    Q.  Then Mr. Baio responds, "Okay.  Got it on.
24  Good stuff.  Run for something...governor."  Do you see
25  that?

Page 44

1    A.  Yes.
2    Q.  And do you recall in early 2020, Mr. Baio
3  texting you about running for governor?
4    A.  No.  This is -- I mean, he put that -- he had
5  just read my book.  When my book came out, I said -- if
6  you'd read my book, you'd find there's a lot of divine
7  things that happened.
8    So he said, "Run for governor."
9    And I said, "I think governor," and that's
10  when -- "and then 2024, look at something bigger."
11    Q.  You responded to Mr. Baio in this text chain,
12  correct?
13    A.  Yeah.
14    Q.  And you said, "I think governor, and then 2024,
15  look at something bigger."  Do you see that?
16    A.  Yes.
17    Q.  He responded on January 24, 2020, "Lou Dobbs?"
18  Do you see that?
19    A.  Yes.
20    Q.  And then you responded, "Yes, I was on there
21  tonight."  Do you see that?
22    A.  Yes.
23    Q.  And Mr. Dobbs, at this point in time, had a
24  show on Fox News, correct?
25    A.  On Fox Business News.



Page 45

1    Q. Called Lou Dobbs Tonight, right?
2    A. Yes.
3    Q. I'm going to have you turn to the next page,
4 Page 16. Do you see at the bottom in the middle there's
5 a date February 1st, 2020?
6    A. Uh-huh.
7    Q. And Mr. Baio texted you, "You around over the
8 weekend?" Do you see that?
9    A. Yes.
10    Q. And you responded, "In Mar-a-Lago," correct?
11    A. Yes.
12    Q. And what's Mar-a-Lago?
13    A. Mar-a-Lago is where the president lives --
14    Q. And Mr. Baio --
15    A. -- our real president. Let me say our real
16 president.
17    Q. Okay. Are you referring to where former
18 President Trump lives?
19    A. I call him the real president. But yes, that's
20 correct.
21    Q. Okay. Mr. Baio responded "Nice," correct?
22    A. Yes.
23    Q. And then you responded, "The president made me
24 his MN campaign director," correct?
25    A. Right.

Page 46

1    Q. And at this point in time, were you made -- did
2 President Trump make you the campaign director in
3 Minnesota?
4    A. No. It was an honorary co-director.
5    Q. What were your responsibilities in that
6 position?
7    A. There wasn't any. Whatever I wanted to do.
8 There's no directives whatsoever. 100 percent, not one
9 directive.
10    Q. What was the -- what was the purpose of your
11 role?
12    A. I had no idea. I went around like a surrogate
13 in Minnesota. I was -- I lived in Minnesota. I went
14 around when -- at that time, I did -- I spoke at the
15 rallies when he came there. I was pushing for Doug
16 Wardlow. Went around with Jason Lewis. You know, that
17 was about it.
18    Q. At that point in time, were you engaging in
19 activities to support President Trump's run for office
20 in 2020?
21    A. What now?
22    Q. At that point in time, were you engaging in
23 activities to support President Trump's run for office
24 in --
25    A. What's the date on this thing? This is '18?

Page 47

1    Q. Yes. The one that we've just looked at was
2 February 2020.
3    A. But that doesn't make sense if you have a
4 campaign director over here. So it was the 2020
5 campaign director or 2018?
6    Q. This was -- this text message is from 2020.
7    A. Okay. Well, then I guess it just carried over
8 to 2020.
9    Q. You can put that aside. I'm going to show you
10 another document, sir.
11    A. Okay.
12        (Exhibit 589 marked.)
13    Q. (BY MS. WRIGLEY) This is 589, sir. I'll
14 represent for the record this is a text chain produced
15 between yourself and Paul Ess. The Bates number for the
16 document produced is DEF 047403. Like the rest one,
17 this one is long. It's over -- it's about 45 pages, so
18 I just have excerpts, and the excerpts are Page 24
19 through Page 30.
20        And then the -- the black on the first
21 page, sir, I'll just represent that is the way it was
22 produced to us, with the assumption by the attorneys
23 that this has been redacted by defense counsel for some
24 reason.
25    A. Okay.

Page 48

1    Q. Because they don't believe the information is
2 discoverable is my sense.
3        Who is Paul Ess?
4    A. He's a -- he was a shareholder at that time in
5 MyPillow. He had stock. It's an employee-owned
6 company.
7    Q. And when you say "at that time," what period of
8 time, sir?
9    A. I think he sold his stock, I don't know, in
10 2020, 2021, maybe. I don't know.
11    Q. Was he ever a member of the board?
12    A. No.
13    Q. He was a shareholder of MyPillow, though?
14    A. Yes.
15    Q. And how many -- what was the percentage of
16 shareholder of --
17    A. I have no idea. 4 or 5 percent. Who knows.
18    Q. And is Mr. Ess a friend of yours, sir?
19    A. Yeah, I would consider him a friend.
20    Q. And how do you know him?
21    A. I knew him -- I had met him -- he's from my
22 area. I guess I had met him years earlier. Lost touch
23 with him. I met him -- he used to be -- frequent one of
24 my restaurants -- or my restaurant I acquired that I had
25 I think in the '90s. I think he -- he was dating a



MICHAEL J. LINDELL                                        June 11, 2024
SMARTMATIC USA vs LINDELL                                  49–52

Page 49

1 friend of mine's daughter.

2    Q. Okay. Sir, I'm going to ask you about a text
3 chain that starts with you and Mr. Ess on Page 24. And
4 if you look at the bottom, it's the second page of the
5 document, there's a date May 19th, 2020. Do you see
6 that?

7    A. Yeah.

8    Q. And do you see Mr. Ess sends you a text about
9 something he watched on last Saturday's SNL? Do you see
10 that?

11    A. Right.

12    Q. And this was an SNL where Alec Baldwin called
13 in as Trump and mentioned your name. Do you see that?

14    A. Yeah.

15    Q. Okay. And then if you look -- if you go to 25,
16 do you see that you responded?

17    A. Yeah.

18    Q. You say --

19    A. "Was it tonight?"

20    Q. -- "No one told me. How are you watching it?"
21 Do you see that?

22    A. Right.

23    Q. And then Mr. Ess responds that he recorded
24 it --

25    A. Right.

Page 50

1    Q. -- and was watching it now. Do you see that?

2    A. Right.

3    Q. Now, I'm going to -- this same date continues
4 with text back and forth, but I want to have you skip a
5 couple pages to Page 27. It's all on the same date.
6 Just let me know when you're there.

7    A. Uh-huh.

8    Q. Do you see -- if you look a little bit below
9 the middle in the right, you text Mr. Ess saying, "The
10 president and I will play this first before we announce
11 it. Paul, we've been giving it to hundreds under the
12 radar. It will change history, and I for sure should
13 win president in 2024. Thumbs up." Do you see that?

14    A. Uh-huh.

15    Q. Okay. Do you know what this is in reference to
16 in terms of like playing this first before it's
17 announced?

18    A. I bought -- I put in $10 million into a guy
19 that reached out to me. After I spoke at the Rose
20 Garden, he reached out -- it was before the China virus
21 shut everything down, and this guy approached me with
22 the cure to the virus, which is like an Ivermectin or a
23 hydroxychloroquine. It was called "cerativire." I had
24 it validated with doctors, including Ben Carson, and it
25 was a supplement so I could distribute to the country

Page 51

1 right away.

2      I bought $10 million worth, and -- to give
3 away and to save the country, and met with the
4 president. And then we had arranged with the FDA. The
5 FDA shut it down.

6      And so to this day, I'm still sitting on
7 it. It all got expired. Tried to get it to the
8 Philippines when they wouldn't let it here. Tried to
9 get it to Brazil, Israel.

10      And so that's where I'm sitting now, with a
11 $6 million debt to the IRS because they wouldn't let me
12 use that deduction back then because it all got
13 outdated. So that's what that refers to.

14      The president couldn't do anything. He was
15 trying to get a -- at that time to get a -- what's it
16 called, something so we could bring it to the -- to
17 the -- he had done that right to -- right to try, but we
18 tried -- he had to get it through the FDA, through -- I
19 forget the guy's name -- Hahn -- Hahn's his last name,
20 head of the FDA, and they stopped it and wanted to make
21 it a -- a drug rather than a -- or a supplement, which
22 it already was, and it would have opened up everything.

23      And so MyPillow stayed open. Everybody
24 took it. We never got sick. And it would have saved
25 the country. It would have saved a lot of lives. So it

Page 52

1 was pretty sad. The FDA basically shut it down.

2    Q. And when you say "virus," you're referring to
3 COVID, correct?

4    A. What's that?

5    Q. When you say "virus," you're referring to
6 COVID, correct?

7    A. Yeah. The China virus, yeah.

8    Q. And when you had referred to the president,
9 you're referring to Trump, correct?

10    A. What's that?

11    Q. When you said "the president," you were
12 referring to Trump, correct?

13    A. Yeah, our real president. That's correct.

14    Q. Okay. And you did indicate to Mr. Ess that you
15 thought that that was going to change history and that
16 you would for sure win president in 2024, correct?

17    A. Yeah. Once again, sarcasm here. You've got to
18 talk to these liberals.

19    Q. And Mr. Ess responded to you, you see that at
20 the bottom, "Wow. I never would have guessed you would
21 find it. Thought a pharmaceutical would develop it."
22 Do you see that?

23    A. That's correct. Right.

24    Q. And if you go to the next page you said, "A guy
25 brought it to me in Easter Sunday. God told him to only



MICHAEL J. LINDELL                                       June 11, 2024
SMARTMATIC USA vs LINDELL                                      53—56

Page 53

1 trust Mike Lindell."  This is a message from you,
2 correct?
3    A.  Yes.
4    Q.  And you said, "I met with the president and
5 vice president for an hour alone, and we have been
6 getting it ready ever since.  Ben Carson and I myself
7 have done a lot to get this ready."  Do you see that?
8    A.  Correct.
9    Q.  Mr. Ess responds, correct?
10    A.  "He should win in a bigger landslide than I
11 anticipated."
12    Q.  And did you understand that he was referring to
13 Trump?
14    A.  No.
15    Q.  You responded to Mr. Ess, correct?
16    A.  Yeah.
17    Q.  You said, "He will crush it.  Then I am running
18 for MN governor in 2022 and president in 2024.  Crazy.
19 Who would have thought.  Did you get my book yet?"  Do
20 you see that?
21    A.  Yes.
22    Q.  When you say, "He will crush it," who are you
23 referring to?
24    A.  The president, our real president.
25    Q.  And then -- and Trump, correct?

Page 54

1    A.  Yes.
2    Q.  And then at that point in time, were you
3 considering running for governor?
4    A.  No.  Once again, that's sarcasm with a friend
5 of mine.  You have to know Paul.  You have -- you see,
6 he's not focused on a fortune could be made on a
7 vaccine.
8    Q.  Now --
9    A.  He's not responding to me by saying I'm going
10 to be president, I'll tell you that.
11    Q.  Now, if you turn to Page 29, the next page,
12 Mr. Ess is texting you at the top.  Do you see that?
13    A.  Uh-huh.
14    Q.  And at the bottom of his text, the one at the
15 top, he says, "You told me you were going to run for
16 president after Trump that October night in Shakopee."
17 Is that how you say it?
18    A.  Yeah.
19    Q.  "Didn't think you were running for governor
20 until a few months ago.  Good luck with all that.  You
21 got my vote..."  Do you see that?
22    A.  Right.
23    Q.  And you responded, correct?
24    A.  Yeah.
25    Q.  Mr. Lindell, you stated, "The governor was an

Page 55

1 add-on because I can't stand the crap in MN."  And
2 that's Minnesota, correct?
3    A.  Right.
4    Q.  And Mr. Ess responds, "Good for you," correct?
5    A.  Right.
6    Q.  And then you responded with a picture of you
7 and Trump in the Oval Office?
8    A.  Right.
9    Q.  And he responded, "... I don't want to lose
10 your trust by asking you first.  Can I tell anyone about
11 this, the pills?  If not, trust me, i won't tell a
12 soul."  Do you see that?
13    A.  Yes.
14    Q.  And Mr. Ess is asking you about the medication
15 that you were talking about?
16    A.  It was a supplement.
17    Q.  The supplement?
18    A.  Yeah.  It kept him from getting it, too.
19    Q.  Okay.  That's all I have for that one, sir.
20 You can put it aside.
21        I'm going to show you another text.  This
22 one will be Exhibit 590.
23        (Exhibit 590 marked.)
24    Q.  (BY MS. WRIGLEY)  Here you go.  Once again, for
25 the record, this is a text message chain that's much

Page 56

1 longer.  This one was around 125 pages.  It was produced
2 as DEF 034862.  This is an excerpt of Page 1 and Page 20
3 of that document.
4        Looking at the top, sir, do you see this is
5 a text chain between yourself and Kim Rasmussen?
6    A.  Yeah.
7    Q.  Who is Ms. Rasmussen?
8    A.  She's worked with MyPillow since 2010.  She
9 doesn't any more.
10    Q.  When did she stop working for MyPillow?
11    A.  I don't know.  It was probably 2019, 2020,
12 somewhere in there.
13    Q.  What was her position at MyPillow, sir?
14    A.  What's that?
15    Q.  What was her position at MyPillow?
16    A.  She did bookkeeping, worked in bookkeeping.
17    Q.  Was Ms. Rasmussen ever a member of MyPillow's
18 board?
19    A.  Yes.
20    Q.  During what period of time?
21    A.  What?
22    Q.  During what period of time?
23    A.  I don't know.  Probably -- I think -- yeah,
24 2000 -- I don't know.  '12 to '18, maybe.  I don't know.
25 I don't know the exact dates.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
57—60

Page 57

1    Q. Was Ms. Rasmussen ever a shareholder of
2 MyPillow?
3    A. She still is.
4    Q. And what percentage of shares does she own of
5 MyPillow?
6    A. I don't know. It's an employee-owned company.
7 2 percent, 1 percent. I have no idea. She had more at
8 one time, but when she left -- you have to -- there's an
9 employee agreement when they come in. So if you don't
10 stay, you wouldn't get those shares. It's like a work
11 agreement where you get shares as you work. So she -- I
12 don't know what she ended up with.
13    Q. Mr. Lindell, are you the majority shareholder
14 of MyPillow?
15    A. Yes.
16    Q. And in 2020 and 2021, were you the majority
17 shareholder of MyPillow?
18    A. Yes.
19    Q. Currently, what is your percentage of ownership
20 of MyPillow?
21    A. It's probably a little over 50 percent.
22    Q. And --
23    A. I think they put a bylaw in there when it was
24 below 50 percent, the board put a bylaw and said that I
25 can't go below 50, at least right now. It has to be

Page 58

1 voted on by the board, so...
2    Q. In 2020, what percentage of shares of MyPillow
3 did you own?
4    A. Probably 50 and a half percent or 51.
5    Q. How about 2021?
6    A. Same thing.
7    Q. 2022?
8    A. Same thing.
9    Q. So have you owned somewhere around 50 to
10 50.5 percent of MyPillow shares from 2020 through
11 present?
12    A. Correct.
13    Q. Okay. And who is the second -- let me just ask
14 you this: Who owns the second most amount of shares of
15 MyPillow?
16    A. No idea. It would be some of the employees. I
17 have absolutely no idea. Probably ten of them, anywhere
18 from 3 to 5 percent. After that, it's -- it could be 50
19 to 100 of them own different amounts.
20    Q. Going back to Exhibit 590, the text between --
21    A. You mean you guys didn't study all the people
22 you're going to hurt or trying to hurt?
23        MS. WRIGLEY: I'm going to move to strike.
24 It's nonresponsive.
25    Q. (BY MS. WRIGLEY) Mr. Lindell, do you see this

Page 59

1 is -- Exhibit 590 is a text between yourself and Kim
2 Rasmussen?
3    A. Yeah.
4    Q. Do you see this starts on March 30th, 2020? Do
5 you see that?
6    A. Uh-huh. Right.
7    Q. Okay. I'm going to ask you about something on
8 Page 20, which is the second page of 590. Do you see in
9 the middle of the page there's a date, June 10th, 2020?
10    A. Yes.
11    Q. Ms. Rasmussen -- Rasmussen texts you, "How was
12 your meeting with Trump?" Do you see that?
13    A. Yes.
14    Q. And you responded, sir, correct?
15    A. Yes.
16    Q. You say, "It was awesome. Met for two and a
17 half hours. He and Pence encouraged me to run for
18 governor, too. The president read my book and wouldn't
19 stop talking about it...LOL." Do you see that?
20    A. Right.
21    Q. In June of 2020, were you being encouraged by
22 former President Trump to run for governor of Minnesota?
23    A. No. That meeting there, that particular
24 meeting was all his media people. He had me there to
25 critique their ads. So the -- Pence was in the room and

Page 60

1 all these ad people, and as we were doing ads, they
2 had -- they had a -- they -- a commercial made for
3 Minnesota, and it showed all the burning in Minnesota
4 where they burned up Minneapolis.
5        And the president came in. He had read my
6 book. And then Pence said -- I think made the comment,
7 "Well, you should run for governor of Minnesota. Look
8 what's happening there, the horrific streets burning up
9 because of the riots." That's what this comment was
10 about. The two and a half hours wasn't just me and
11 Pence. It was all media people for these commercials.
12    Q. Okay. And --
13    A. That's when that governor thing got brought up.
14    Q. And you mentioned it in the text message to Kim
15 Rasmussen?
16    A. Yes.
17    Q. I'm done with that document, sir. I'll show
18 you another one. This will be 591.
19        (Exhibit 591 marked.)
20    Q. (BY MS. WRIGLEY) This is 591. For the record,
21 this is a text chain between Mr. Lindell and Corey
22 Lewandowski, produced as DEF 036030. This one, like the
23 rest of them, is long. It's 54 pages. This particular
24 DEF exhibit includes only Page 1, Page 6 and Page 7.
25    A. Uh-huh.



MICHAEL J. LINDELL                                    June 11, 2024
SMARTMATIC USA vs LINDELL                             61–64

Page 61

1    Q.  Do you see at the top, sir, this text chain
2  starts on June 28, 2020?
3    A.  Correct.
4    Q.  It's between yourself and Corey Lewandowski,
5  correct?
6    A.  Correct.
7    Q.  Who is Mr. Lewandowski?
8    A.  He worked for the president.  He was doing
9  campaign stuff in Minnesota, I think, and South Dakota.
10    Q.  He worked for President Trump?
11    A.  Worked for President Donald Trump, yes --
12    Q.  Okay.
13    A.  -- as far as I know.
14    Q.  Okay.  And then I think you said South -- you
15  said Minnesota?
16    A.  I don't know what this -- he was -- I know I've
17  seen him in Minnesota.  He was there.  South Dakota.  He
18  was all over back then.
19    Q.  I'm going to direct your attention to the
20  second page of this document, which is the Page 6 of the
21  produced document.  Do you see at the top there's a date
22  October 17, 2020?
23    A.  Okay.
24    Q.  You write to him, "Great job on Hannity.
25  Thanks for bringing up Minnesota.  You are correct, we

Page 62

1  will win MN!"  Do you see that?
2    A.  Uh-huh.
3    Q.  He responded to you, correct?
4    A.  Where he said, "I want to win it so bad.  Don't
5  let the boss give up on it."
6    Q.  Yes.  Do you see that, sir?
7    A.  Yeah.
8    Q.  And did you understand the reference to "the
9  boss" to be President Trump?
10    A.  Yeah.  He calls him "the boss," yeah.
11    Q.  And then you responded by including a Breitbart
12  article with the title, "MyPillow's Mike Lindell
13  predicts Trump Minnesota victory, first-time GOP top
14  ticket state since 1972."  Do you see that?
15    A.  Correct.
16    Q.  And then there's a picture of you and a
17  Breitbart symbol at the bottom, correct?
18    A.  Yeah.  I don't know where you got the picture,
19  but yes.
20    Q.  Okay.  And then if you go to the next page,
21  Page 7, Mr. Lewandowski responds, "Boom.  Agree,"
22  correct?
23    A.  Yeah.
24    Q.  And then you responded to him, correct?
25    A.  Yeah.

Page 63

1    Q.  Mr. Lindell, you wrote, "I think I texted
2  everyone in the campaign complaining about not running
3  this ad" --
4    A.  Right.
5    Q.  -- "we made for MN this last two weeks..."
6    A.  Yes.
7    Q.  "They finally gave in and are running it like
8  crazy.  I guess it pays to complain."
9    A.  Yeah.
10    Q.  Do you see that?
11        And then you sent an attachment, correct?
12    A.  Yes.
13    Q.  And then you also said, "They were ready to
14  give up...I could feel it by their crickets every time I
15  asked when they were starting.  We are going to win
16  Minnesota!!!!"  Correct?
17    A.  Yeah.
18    Q.  Mr. Lewandowski responds, "We need to win.  He
19  wants to win MN."  Do you see that?
20    A.  Yes.
21    Q.  You responded, correct, sir?
22    A.  Yes.
23    Q.  You said, "We win, I'm all in on governor."
24    A.  That's correct.  That's what I told you earlier
25  in this deposition.  That's when I really was

Page 64

1  considering it, right towards the end of 2020.
2    Q.  So towards the end of 2020, you were seriously
3  considering running for Minnesota, correct?
4    A.  No.  That's when I was really considering.
5  Before, it was all chatter.  It became very real then --
6  by then.  The stuff, especially after the riots, when I
7  watched my city get destroyed where I grew up on those
8  streets.
9    Q.  Around this time in October of 2020, were you
10  considering whether to announce your run for governor of
11  Minnesota after the 2020 presidential election?
12    A.  Yes.  Yeah, it was sometime -- it wasn't up
13  until 2022.
14    Q.  Okay.  I'm going to hand you another document,
15  sir.  This one will be 592.
16        (Exhibit 592 marked.)
17    Q.  (BY MS. WRIGLEY)  For the record, this is a
18  document produced DEF 082786.  Once again, it's a text
19  chain.  This one is between Mike Lindell and Mary.  It's
20  a long one.  This chain has Pages 1, 106 through 110
21  included.  And then for the record, the black on the top
22  is the way in which it was produced by defense counsel
23  to us.
24        Mr. Lindell, looking at the top, do you see
25  this is a text between yourself and somebody named Mary?



Page 65

1    A. Uh-huh.
2    Q. Who is Mary?
3    A. Cousin, first cousin.
4    Q. What's her last name?
5    A. Glasnapp. Glasnapp. Glasnapp.
6    Q. Will you spell it for the record?
7    A. I don't know. G-L-A-S-N-A-P-P.
8    Q. Thank, you sir. I'm going to have you skip
9 ahead.
10       MR. KACHOUROFF: What page?
11       MS. WRIGLEY: Yeah.
12    Q. (BY MS. WRIGLEY) So if you look on Page 106,
13 the second page of the exhibit, do you see at the top
14 the date is October 28, 2020? Do you see that?
15    A. Yes.
16    Q. And that's a few days before the presidential
17 election in 2020, correct?
18    A. Right.
19    Q. Mary says, "How was Bemidji"?
20    A. Yeah.
21    Q. "Was there a big crowd?" Do you see that?
22    A. Yes.
23    Q. You respond, "Yes. I spoke in Wisconsin
24 today," and then there was an image. Do you see that?
25    A. Yes.

Page 66

1    Q. And do you recall what this speech in Wisconsin
2 was around this time?
3    A. Just rallies.
4    Q. Rallies for Trump?
5    A. I don't know. I do some myself. I do -- I
6 would speak. That looks like a Trump rally, no?
7    Q. If you look at Page 107, do you think -- do you
8 see there's another attachment that has a picture image
9 of Trump at a podium?
10    A. Yeah. I don't know if it was the same one or
11 not, but if it was, it was a rally in Wisconsin.
12    Q. And if you look at Page 108, do you see there's
13 another picture of you at what appears to be rally?
14    A. Uh-huh.
15    Q. Mary responds on that page, "Good. Keep raking
16 in the voters." Do you see that?
17    A. Uh-huh. Yes.
18    Q. And then if you go to the next page, Page 109,
19 do you see there's an image of you and President Trump
20 in the Oval Office at the White House? And Mary
21 responds, "Nice"?
22    A. Yeah.
23    Q. If you go to Page 110, this is on the same
24 date, do you see that -- below a picture of you and
25 President Trump, you write to Mary, "Tell Mark I am

Page 67

1 running for governor in 2022, possible president in
2 2024. The president and I are going to announce me
3 running right after the election, thumbs up"? Do you
4 see that?
5    A. Yes.
6    Q. You say, "Seven days...keep praying." Do you
7 see that?
8    A. Yes.
9    Q. And at this point in time, you were considering
10 running for governor in 2022?
11    A. Uh-huh. A hundred percent.
12    Q. A hundred per- --
13    A. At that time, I was very serious of running for
14 governor.
15    Q. And were you considering a possible run for
16 president in 2024?
17    A. I know I put it on there, but I wasn't -- it
18 was -- it wasn't on my mind, it was all about governor.
19 This was all after the riots, after that all happened,
20 and I thought that I could do something to maybe fix
21 this in Minnesota.
22    Q. Okay. You can put that aside, and I'm going to
23 show you another document, sir.
24       (Exhibit 593 marked.)
25    Q. (BY MS. WRIGLEY) This is 593. For the record,

Page 68

1 this was produced DEF 083932. It's a text chain between
2 Mike Lindell and Michelle Media, Katelyn Gamlin. The
3 first page was produced with redaction. This is part of
4 a longer text chain. This particular Exhibit 593 only
5 includes Page 1, 19 and 20 from that document.
6       Mr. Lindell, do you see this is, at the
7 top, a text message between yourself, Michelle Media and
8 Katelyn Gamlin?
9    A. Correct.
10    Q. Who is Katelyn Gamlin?
11    A. She was -- she was my executive assistant.
12    Q. Was she your executive assistant in 2020?
13    A. I think so. Probably.
14    Q. 2021?
15    A. Yes.
16    Q. And how long has Ms. Gamlin been working as
17 your executive assistant?
18    A. I don't know. Since maybe 2020, 2019,
19 somewhere in there.
20    Q. Is she still your executive --
21    A. Yes.
22    Q. -- assistant today?
23    A. Yes.
24    Q. Michelle Media, do you know who that is?
25    A. Yeah. She's a -- she does -- she's a PR. At



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
69–72

Page 69

1  one time, she -- she was my -- we hired her firm to be a
2  PR firm back with MyPillow when I do media appearances.
3  I actually -- they actually got rid of her after -- I
4  think it was sometime in '18 or '19. I just didn't feel
5  I needed the cost. But that's what that is. It's a
6  media reporter.
7      Q. If you go to the second page, which is Page 19
8  of this produced document, do you see a date at the
9  bottom November 6, 2020?
10     A. Uh-huh.
11     Q. And do you see Michelle Media texts, "Hi, Mike.
12  A Fox Business reporter reached out asking about whether
13  you are running for governor in 2022. What are you
14  currently saying about that? No decision until after
15  the presidential election?" Do you see that?
16     A. Yeah.
17     Q. And you responded, "Correct"?
18     A. That's right.
19     Q. And was that correct at the time?
20     A. Yeah.
21     Q. This is in November of 2020?
22     A. Yeah.
23     Q. After the presidential election in November of
24  2020, were you fielding inquiries from the media about
25  whether you were going to run for governor of Minnesota?

Page 70

1      A. After the election?
2      Q. Yes, sir.
3      A. No. My focus was far away from -- my focus was
4  on one thing, looking at states and seeing why people
5  voted in states that didn't live there. That was my
6  number one thing every day from the day of the -- the
7  day of -- from November 4th on. I never gave Minnesota
8  governor one thought after that day.
9      Q. Okay. I'm going to mark another document, sir.
10         (Exhibit 594 marked.)
11     Q. (BY MS. WRIGLEY) This is 594. Once again,
12  this is a text chain. This one was produced DEF 081585.
13  This one produced was particularly long, 272 pages.
14  This is -- just includes a number of excerpts for pages,
15  Pages 1 and 28 through --
16     A. Yeah.
17     Q. -- 38, sir.
18         Do you see at the top this is a text chain
19  between yourself and Steve Bannon?
20     A. Correct.
21     Q. Who is Steve Bannon, sir?
22     A. He's -- he's a host on War Room. He was the
23  president's -- our real president's advisor I think in
24  '16.
25     Q. Did Mr. Bannon help to get President Trump

Page 71

1  first elected to the White House?
2      A. I have no idea. I -- I didn't know Bannon
3  until 2021.
4      Q. Mr. Bannon has a podcast called War Room,
5  correct?
6      A. That's correct.
7      Q. Do you see that this text chain starts on
8  February 18, 2021?
9      A. Correct.
10     Q. I'm going to jump ahead and ask you about
11  something that is on -- let me just walk you through it.
12         I'm going to start with the second page,
13  Page 28, of the document. Do you see in the middle of
14  the page there's the date March 15, 2021?
15     A. Okay.
16     Q. Mr. Bannon writes to you, "I just read the
17  article. Don't think it's all" -- "it's bad at all."
18  Do you see that?
19     A. Yeah.
20     Q. Mr. Lindell, you responded, "It's all the lies
21  and stuff they left out. This article got more
22  complaints from people I know than all of the ones this
23  year out together." Do you see that?
24     A. Yes.
25     Q. Mr. Bannon responds to you, "Let's go through,

Page 72

1  but they have some great stuff in there about the
2  employees and how you run the company." Do you see
3  this?
4      A. Yes.
5      Q. And then if you go to the next page, you
6  responded, "No, they actually minimized that too and
7  lied." Do you see that?
8      A. Yes.
9      Q. Mr. Bannon responded, "For a super progressive
10  paper, it's not that bad."
11     A. Yes.
12     Q. "You come off as a decent guy to those who work
13  for you. We can pump up." Do you see that?
14     A. Yes.
15     Q. What was he referring to with the reference,
16  "We can pump up"?
17     A. I -- I don't know the article -- I don't know
18  the article he's referring to. He's probably -- he's
19  pumping up MyPillow because MyPillow at that time was
20  getting cancelled by every single box store in the
21  country. We were losing hundreds of millions of
22  dollars, we lost in a three-week period, and he was
23  trying to help at that time coming on and saying -- you
24  know, help my employees, and that's what he's talking
25  about, pump up the company, that we're -- you know,



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
73–76

Page 73

1  they're destroying our company, that -- that -- for no
2  reason, you know.
3      Q.  Now, if you go down in text, you see in this
4  text chain between you and Mr. Bannon, at the bottom you
5  say, "I can explain why this one upset me more than all
6  the others put together and how the left does it well."
7  Do you see that?
8      A.  Uh-huh.
9      Q.  And Mr. Bannon responds, "Okay."  Do you see
10  that?
11      A.  Uh-huh.
12      Q.  Now, on the next page, he responds -- I'm on
13  Page 30 of this produced exhibit -- "They are obsessed
14  with you running for governor."  Do you see that?
15      A.  Yes.
16      Q.  You responded, correct?
17      A.  Yes.  There -- that was the time -- Governor
18  Walz in Minnesota, after we had went around many times
19  with him, I had masks that I made for the country, and
20  there's a whole thing of me and the governor of
21  Minnesota going back and forth battling all the time.
22  He would not accept the free masks.  And this was after
23  the election.  Things like that.
24          But what he did in that -- what Bannon's
25  referring to here, he sent out flyers all over

Page 74

1  Minnesota, millions of dollars worth, I think, and with
2  my picture on them, and said, "Do you want this guy
3  being your governor, another Trump-like person?"
4          And that's what your answer is referring
5  to, that I'm referring to, they're very afraid.  I go --
6  I wasn't even going to run then, and they were afraid
7  that I -- because I hadn't said anything.  I was focused
8  on getting rid of the electronic voting machines and
9  going to paper ballots by that time, as you know.
10      Q.  Did you -- in 2021, did you have any
11  discussions with Steve Bannon about potentially running
12  for governor --
13      A.  No.
14      Q.  -- in Minnesota?
15      A.  No.
16      Q.  Not a single conversation?
17      A.  Not that I'm aware of.  I -- that was the
18  furthest thing from my mind.  I was all about getting
19  rid of electronic voting machines and going to paper
20  ballots and counting.  That was my whole focus 18 hours
21  a day for the next three years.
22      Q.  Now, Mr. Bannon responded to you and said, "Of
23  course.  Petrified."
24      A.  Yeah.
25      Q.  And then he said, "I would hold off on governor

Page 75

1  and run for president if Trump doesn't run in '24."  Do
2  you see that?
3      A.  Yeah.
4      Q.  Did Mr. Bannon talk to you about running for
5  president --
6      A.  No.
7      Q.  -- in 2021?
8      A.  No.  No.
9      Q.  Never?
10      A.  No, not that I know of.  That was -- I just met
11  the guy around this time.
12      Q.  Now, if you go to Page 31, at the top, do you
13  see it's an image?  And is that the --
14      A.  Uh-huh.
15      Q.  -- ad that you were referring to when you
16  testified a few minutes ago?
17      A.  Hey, there's -- you guys found the flyer I just
18  told you about.  See.  Huh, it's all true.  Wow.  You
19  found that for me.  I was looking for that.  That's
20  exactly the flyer he sent out all over Minnesota.
21      Q.  Mr. Bannon responded to you sending that
22  attachment.  Do you see that?
23      A.  Yeah.
24      Q.  Mr. Bannon, Steve Bannon says, "This is great.
25  First, it's a great photo, power photo, and you can

Page 76

1  smell the fear."
2      A.  Right.
3      Q.  Do you see that?
4      A.  Yeah.
5      Q.  And, Mr. Lindell, you responded, "We can play
6  that up, smiley face.  I'm landing soon."
7      A.  Right.
8      Q.  Do you see that?
9      A.  Yeah.
10      Q.  And then if you go to the next page, do you see
11  that Mr. Bannon says, "K.  I'm up working.  Call when
12  free"?  Do you see that?
13      A.  Yeah.
14      Q.  You responded, Mr. Lindell, "Did I tell you I
15  hired Alan Dershowitz, too," correct?
16      A.  Right.
17      Q.  Mr. Bannon responds, "Yes, that's" --
18      A.  And for the record, can I say Alan Dershowitz
19  still owes me money, and he's a bad guy?
20          Go ahead.
21      Q.  And Mr. Bannon responded, "Yes, that's huge.
22  And he interviewed and they didn't print a word."  Do
23  you see that?
24      A.  Yeah.
25      Q.  Mr. Lindell, you responded, "I think I have 12



Page 77

1 lawyers now and hired the biggest investigators to find
2 all the troll and bot groups and who hired them."
3    A. Correct.
4    Q. Do you see that?
5    A. Yeah.
6    Q. Mr. Bannon says, "Brilliant.  We have to be
7 getting all this on film, like a reality TV so we can
8 make a documentary film."  Do you see that?
9    A. Yes.
10    Q. And you responded, Mr. Lindell?
11    A. "For sure.  Remind me to tell about Swin."
12    Q. And who's Swin?
13    A. Swin is a reporter for The Daily Beast.  He now
14 works for the Rolling Stone magazine.  He doesn't like
15 to say he's still with The Daily Beast.
16          But of all the reporters that attacked me
17 every day for three days, I became kind of weird friends
18 with Asawin, Swin was one of them.  He would bash me
19 every day in articles, but at least he would -- he would
20 let me say my voice of what I had to say, and people
21 would read through the bashing.
22    Q. Now, Mr. Bannon had referred to a documentary
23 film.  Do you know what that was a reference to?
24    A. I had no idea.
25    Q. Now, if you go to Page 33, at the top,

Page 78

1 Mr. Bannon says, "The different teams would be
2 fascinating, plus a film crew on you."  Do you see that?
3    A. Yeah.
4    Q. You responded, "He heard us on your
5 show...LOL."  Do you see that?
6    A. Yeah.
7    Q. And is that a reference to the reporter, Swin?
8    A. Sure.  Yeah.
9    Q. Okay.  Mr. Bannon responded, "LOL," correct?
10    A. Yes.
11    Q. And then you and Mr. Bannon go back and forth
12 about the Swin report, correct?
13    A. Yeah.  He -- everybody knows Swin.
14    Q. And Mr. Bannon thought Swin was whiney?
15    A. What's that?  Yeah, he is whiney.
16    Q. He was very whiney?
17    A. Yeah.
18    Q. Now, if you go to the next page, do you see
19 that Mr. Bannon starts off, "LOL!!"?  Do you see that?
20    A. Yeah.
21    Q. And, Mr. Lindell, you responded, "Frank means
22 free, forthright and sincere speech."
23    A. That's right.
24    Q. Do you see that?
25    A. Yes.

Page 79

1    Q. And is that an image for "Frank, the voice of
2 free speech"?
3    A. Yeah.  We were trying to -- this is when I
4 first wanted to get the company -- this goes to when I
5 came out with the show, the "Absolute Proof" on
6 February 5, 2021, the media went completely silent on me
7 for about 16 days, and that scared me that I would never
8 be able to get the word out about the machine companies
9 and what I had found and what had been brought to me.
10          And so I had to come up with my own media
11 platform, and I first got the name VOCL, V-O-C-L, and
12 they stopped that.  They, of course, had stopped it.
13 They attacked me.
14          And so then we went and got -- the name
15 "Frank" was available and FrankSpeech.  That was one of
16 our first original logos.
17    Q. And you discussed the name for that platform
18 with Steve Bannon?
19    A. What's that?
20    Q. You discussed the name for that platform with
21 Steve Bannon?
22    A. No.  This is the text.  I didn't call up Steve
23 Bannon.  I didn't know Steve Bannon very well then.  I
24 had just met him in February.  I had probably told him I
25 was going to have a new platform, but then it was

Page 80

1 just a -- it was just a -- I think FrankSpeech started
2 in, I want to say, March or April of 2021.
3    Q. Mr. Bannon responded here saying, "It's a power
4 name.  Let me be, quote, frank, end quote."
5    A. Yeah.  He was asking my opinion about the name.
6 I didn't -- probably didn't even tell him about the
7 platform.
8    Q. He continued in the text, "Frank, the power of
9 free speech."
10    A. Right.
11    Q. "Frank, the impact by free speech.  Frank, the
12 platform for speech" -- "free speech."
13    A. Right.
14    Q. Do you see that?
15    A. I was -- the name did -- I mean, it was weird
16 to me because, quite frankly, I was speaking frankly --
17    Q. Right.
18    A. -- but we had to come up with something.
19    Q. In 2021, did you discuss building out a media
20 platform to help launch your political career with Steve
21 Bannon in preparation for future run for office?
22    A. No.  Absolutely not.
23    Q. In 2021, did Steve Bannon communicate with you
24 at all about building your political apparatus?
25    A. What political apparatus?  No.  That was --



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
81–84

Page 81

1 absolutely not. I was not focused on any run for office
2 after the 2020 election. It was not my focus. It was a
3 hundred percent to get rid of the electronic voting
4 machines in our elections, hundred percent, 18 hours a
5 day nonstop.
6    Q. In 2021, did Steve Bannon present you with any
7 sort of a plan to run for political office?
8    A. No. No. No.
9    Q. Have you communicated -- have you continued to
10 communicate regularly with Steve Bannon from 2021 up
11 through the present?
12    A. Yeah. I go on his show and podcast just like I
13 do 400 prior to these elections, prior to '16. He has
14 the same business format we've used since 2011 -- or
15 2010 on -- I do it on War Room now. I'm on there
16 probably twice a day on one of -- he has four shows. I
17 do it at least on one or twice where I do MyPillow.
18    Q. I want to have you skip forward a little bit
19 and go to Page 37, sir.
20       MR. KACHOUROFF: Still on Exhibit 594?
21       MS. WRIGLEY: Yes.
22    Q. (BY MS. WRIGLEY) And actually, if you go to
23 36, because that's the page that has the date, do you
24 see the date in the middle of the page is March 16,
25 2021? Are you there on Page 36, sir?

Page 82

1    A. What's that? Yes.
2    Q. On Page 36, do you see the date is --
3    A. 36?
4    Q. Yes. March 16, 2021?
5    A. Yep.
6    Q. Mr. Bannon texted you, "Saw you called and
7 called you back." Do you see that?
8    A. Yeah.
9    Q. And it's at 1:00 a.m., I think. Do you see
10 that?
11    A. Yep.
12    Q. And you respond, "All good," correct?
13    A. Yep.
14    Q. Mr. Bannon responds, "You knocked it out of the
15 park today. I got so into the interview that I forgot
16 to read the MyPillow spots."
17    A. Right.
18    Q. Do you see that?
19    A. Yeah.
20    Q. And would that have been referring to an
21 interview that you did on Steve Bannon's show?
22    A. Yeah. There was two things going on with
23 Bannon. Just like any other show, except for Fox and
24 NewsMax, because of lawfare, they would not have me on,
25 or sale of media. So when I would go on there and talk

Page 83

1 about the election platforms and -- and then also, he
2 also had some MyPillow ads that I had to do. And what
3 he did there, he did the interview so long that the
4 whole spot was missed for MyPillow. So...
5    Q. Now, you responded, "LOL," correct?
6    A. Yeah.
7    Q. 37, you also said, "You did one. Sales were
8 lower though...around 45K. It was a good show. Swin
9 has become a big fan of your show, Emoji."
10    A. Uh-huh.
11    Q. "He texts me questions whenever I am off the
12 air now...LOL."
13    A. Right.
14    Q. Do you see that?
15    A. Yep.
16    Q. Mr. Bannon responds, "LOL. Slippers are
17 amazing," correct?
18    A. Yes.
19    Q. You responded with a thumbs up, correct?
20    A. Yes.
21    Q. Mr. Bannon then responds, "We also need to talk
22 later. You can't run for governor. You work your tail
23 off to help take back the House in '22. You have to
24 wait till 2024 and see if President Trump runs for
25 reelection - if he chooses not to, then you run for the

Page 84

1 presidency." Do you see that?
2    A. Yeah.
3    Q. And then if you go to the next page,
4 Mr. Lindell, you responded, correct? Do you see that?
5    A. Yes.
6    Q. Mr. Lindell, you texted, "I have thought of
7 that, and also, if he is reinstated on August, like I
8 believe he will be, then 2024 looks very real, thumbs
9 up." Do you see that?
10    A. Right.
11    Q. Mr. Bannon responds, "Mike, I'm very serious
12 about this. Let's set aside time" -- "let's set some
13 time aside to get a plan. This is God's work." Do you
14 see that?
15    A. Yeah.
16    Q. And, Mr. Lindell, you said, "I am too...I just
17 never wanted to say anything yet."
18    A. Yeah.
19    Q. Do you see that?
20    A. Yeah.
21    Q. Mr. Bannon says, "You cannot mention this to
22 anyone. Only focus on '22, why we run the tables, all
23 the while building your political apparatus." Do you
24 see that?
25    A. Yes.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
85–88

Page 85

1    Q.  And, Mr. Lindell, you responded, "Believe me, I
2 haven't...huge amount of people tell me to go just that
3 all the time," correct?
4    A.  Yes.  Yes.
5    Q.  Now, you understand that Mr. Bannon is a strong
6 supporter of President Trump?
7    A.  Yeah.  He's -- and he's got -- he's very
8 opinionated of what his strategy for the whole country
9 is, believe me.
10    Q.  And you've continued to communicate with
11 Mr. Bannon and appear on his show regularly through 2021
12 through the present, correct?
13    A.  Yeah.  Mostly for -- 95 percent for MyPillow
14 ads.  He's an advertiser just like everybody else.
15    Q.  Are you aware that Mr. Bannon was convicted on
16 a contempt charge for refusing to comply with a subpoena
17 for the January 6th Committee?
18    A.  Yeah.  And I didn't get to come to that.  They
19 wouldn't -- I tried to get to come to that to show all
20 the evidence, but they wouldn't let me come.  It was
21 disgusting.
22    Q.  There was a trial over -- Mr. Bannon had a
23 trial over that contempt charge, correct?
24    A.  What's that?
25    Q.  Mr. Bannon had a trial over that contempt

Page 86

1 charge, correct?
2    A.  Yeah.  I wasn't familiar with it back then.  I
3 know -- I know he's just got in the news today that
4 he's -- that they say he should really have to do some
5 jail time.  Is that what you're talking about?
6    Q.  And do you understand what the charges were
7 against Mr. Bannon?
8    A.  No.  I didn't follow it.
9    Q.  Okay.  Do you understand that there was a jury
10 trial?
11    A.  I didn't follow it.
12    Q.  Okay.
13    A.  I have no idea.
14    Q.  Does MyPillow have an agreement with Steve
15 Bannon to split revenue based on a percentage from any
16 sales of MyPillow products that use a promo code that he
17 gives out on his War Room podcast?
18    A.  Yes, that and 500 other pro -- 500 other at
19 least, going all the way back to 2010.  Includes radio,
20 all TV, print, everything.
21    Q.  What's the revenue split in terms of that
22 agreement with Mr. Bannon?
23    A.  I don't know.  I don't know the exact
24 agreement.  There's different ones with different
25 podcasters.

Page 87

1    Q.  Does he have one of the highest revenue splits?
2    A.  No.  It's all the same across the board.
3 Nobody is favored.
4    Q.  Okay.  But he does -- in terms of sales of
5 MyPillow products that use a promo code that he gives
6 out on his War Room podcast, some of those proceeds go
7 to MyPillow and some of those proceeds go to Mr. Bannon,
8 correct?
9    A.  You pay for ads, that's correct.  You have to
10 pay this ad company to -- you pay for -- it's -- what we
11 have at MyPillow, it's been the same since 2010.  Back
12 in 2010 when we got into radio, the first one, I
13 believe, was sale of media where people -- you paid for
14 your ads.
15            And I said, well, you know, what -- if you
16 have all these impressions, why don't we do a rev share?
17 I would -- first said, if you have all these people,
18 let's do a rev share, then I have no risk.  And we
19 changed the whole industry from iHeartMedia, Salem
20 Media, Cumulus.  All of them -- most of all of them now
21 are on rev shares, instead of buying the ads directly.
22            There's still a few direct ones, like, I
23 don't know, Glenn Beck maybe, Hannity.  Back then,
24 Hannity started in '15, that you still paid -- paid out,
25 just paid directly for the ads.

Page 88

1    Q.  Is Steve Bannon one of MyPillow's best
2 advertisers?
3    A.  I wouldn't say that.  They're all the same, you
4 know.
5    Q.  Is he one of the highest performing advertisers
6 in terms of sales of MyPillow products?
7    A.  He's in the upper third, I would say.  You
8 know, it depends if you're talking -- if you're talking
9 TV, no, then he's not.  If you're talking -- in the TV,
10 he'd be one of the lowest ones.  If you're talking
11 podcasters, he'd be one of the highest ones.  He's kind
12 of a mix.  Steve's kind of a mix.  Just Real America's
13 Voice, that's on TV.  With TV, he would be one of the --
14 probably the lower ones.  But podcast, he'd be one of
15 the highest.
16    Q.  Okay.  So he would be one of the top
17 advertisers in terms of sales of MyPillow products in
18 the podcast world?
19    A.  In the podcast world.  There's about four that
20 are equal probably.
21    Q.  Now, in terms of TV, who are the top
22 advertisers for MyPillow products?
23    A.  It was Fox News, NewsMax.  Until their ratings
24 went down, CNN was almost tied with Fox.  And MSNBC,
25 ABC, CBS, all of them, all the broadcasts, ABC, CBS,



Page 89

1 NBC. But now since that -- with the shift -- because
2 it's all about what we pay. We don't advertise -- if
3 he -- here's the way our ads work. If -- for every
4 spot, it's tracked by a promo code or a phone number.
5 Let's say it's CNN. At 3:00 o'clock in the morning, if
6 it costs $1,000, you better break even or a make little
7 bit or we never run it again. So it's all about what
8 you pay and what you get back.
9         Let's say you had to live on that exact ad.
10 What happened was after -- after the -- when the China
11 virus came in, finally, CNN's ads were down in price,
12 and MSNBC, they came down in price, so we were able to
13 advertise on there again. It's all about what you pay
14 and what you get back.
15        So when you see a lot of MyPillow ads, that
16 means we're either breaking even or making money on that
17 particular ad. So it all --
18     Q. Let me ask --
19     A. -- changes is what I'm saying. It depends what
20 the stations charge.
21     Q. Let me ask you this: In terms of Fox News,
22 that's a TV advertisement, correct?
23     A. Yeah.
24     Q. Is there a revenue split agreement with Fox
25 News or do you pay for spots?

Page 90

1     A. You pay for spots. Like I said, each
2 individual spot, and if that doesn't make us money, we
3 lower it.
4        Now, there is negotiation that goes on. I
5 have an ad company do that. They'll negotiate with them
6 and say, "Hey, we can't buy the ad at that price." It's
7 kind of indirect. We're not going to buy an ad just to
8 advertise to brand. We don't brand MyPillow. I've
9 never branded in my life. I can't afford to brand.
10    Q. Okay. So Fox News is a TV spot?
11    A. Yeah. There's a lot of share -- revenue
12 shares. It's called direct in the TV part, too, and
13 that's more of a guaranteed sale.
14    Q. So putting aside the revenue shares, and I -- I
15 want to ask about paid TV spots. Is Fox News a paid TV
16 spot?
17    A. Fox News is, yes.
18    Q. Is NewsMax?
19    A. Yes.
20    Q. Is CNN?
21    A. Yes.
22    Q. Is MSNBC?
23    A. Yes.
24    Q. Is NBC?
25    A. Some of them aren't. Some of them -- some of

Page 91

1 the -- and when you get into the NBCs and CBSs and that,
2 some of them are on rev shares.
3    Q. Okay.
4    A. It's different. They call it something else.
5 They call it guaranteed media. In other words, they do
6 the ads and they get a percentage of sales. It's kind
7 of the same thing. It's like -- they -- they'll run it
8 and -- they can run it -- well, they consider it as a
9 rev share base. They can run as many spots as they want
10 because they don't have -- they get a percentage of
11 every sale. So it is a rev share. They just name it
12 something else. I can't -- I forget what it's called
13 right now.
14    Q. In terms of the paid TV specs, do you -- for
15 MyPillow, is that considered an advertising cost?
16    A. Yeah.
17    Q. And then in terms of the revenue splits for
18 MyPillow, is that considered an advertising cost?
19    A. Absolutely. They're identical.
20    Q. Okay. And then let's just say for 2023, how --
21 approximately how much did advertising cost MyPillow for
22 that year?
23    A. 2020 -- I have no idea. It's our advertising
24 cost. Like I say, we don't brand, so if -- in 2023 -- I
25 know we lost millions of dollars in 2022. It was -- you

Page 92

1 know, I don't know. It's usually -- I'd have to see
2 the -- I'd have to check the number.
3    Q. In 2023, would MyPillow have spent on
4 advertising over a hundred million dollars, sir?
5    A. I have no idea.
6    Q. You do not know what the cost of advertising
7 was for your company in 2023?
8    A. You don't -- you can't -- you don't buy it like
9 that. You don't have it in fourth quarter, we're going
10 to spend this much on advertising.
11       It all changes depending on the footprint
12 that's out there. So if you have -- if the -- for
13 example, right when -- when the -- when our biggest
14 object came in history, it was the spring of 2020, right
15 before the China virus. When that happened, when
16 everybody was put into quarantine, two things happened
17 there. Radio went way down. Radio collapsed because
18 people were not in their cars any more. We cancelled a
19 lot -- or we got a furlough, basically. I called up the
20 T- -- the radio stations and said, "Hey, I don't want to
21 buy your ads right now. I want to take a break. Let
22 other people that don't know what's going to happen to
23 buy your ads."
24       And even on the rev shares, I said, "You
25 guys should not run this stuff. No one is going to be



Page 93

1  listening to the radio."
2          TV, what happened there, it did a flip.  In
3  the history of TV -- it was MyPillow's perfect storm.
4  All TV prices came down because people were afraid to
5  advertise on TV.  MyPillow was on CNN, MSNBC, Fox, all
6  over the place, and -- and people were buying direct
7  sales.  So that was when we -- we went up fourfold as a
8  company when that happened, three -- three to fourfold.
9  It was our biggest increase ever, and that was in May
10 of -- or April of 2020, right when that happened.
11         So we made perfect moves then to drop our
12 radio and add to TV.  And when you add to TV, you just
13 didn't advertise to got the brand out there.  For
14 example, you could buy -- I could buy in CNN in prime
15 time on Anderson Cooper -- that's when my book came out,
16 too.  I could buy an ad there where maybe you paid 10
17 grand for a one-minute spot before the virus, and now it
18 had dropped down to like $4,000.
19         Well, if you broke even -- your break even
20 would be about 5,500 because of product cost.  So you
21 would buy -- and we just bought whatever we could
22 because every one of them was a moneymaker then.
23         But now as -- and before that, CNN had
24 charged -- was charging too much for their ads, and it
25 got to be hard with the election of '16 and stuff.  And

Page 94

1  especially MSNBC and Rachel Maddow, her ads were
2  30-something thousand dollars for a one-minute spot.
3  Now, branders would buy that for impressions.  Their --
4  you would be insane to buy that.  The ads too -- cost
5  too much.  So that's where MyPillow, it changes with
6  the -- with the -- whatever the footprint is out there.
7          For example, there would be a week where we
8  would spend one -- during that week, we could spend
9  probably 2 million a week in 2020, easy, and then you
10 would take back 2 to $5 million -- or 4 to $5 million
11 because you're doing more than a double.  It was a
12 perfect time in history when that happened.
13         So when you ask me about '23, it -- a lot
14 of things come into play.  How much are on the ads on,
15 for instance, FOX or on NewsMax or MSN, whatever it is,
16 ABC.  If their ads are too high, you also have to have
17 the creative work.
18         So in -- right now, I only have one thing
19 that works right now, and that's multi-products, having
20 four different products on the same ad.  If -- you might
21 have seen the $25 extravaganza.  So that has to make its
22 number.
23         And as it fatigues -- there's a fatigue
24 factor.  As it fatigues -- you've got to realize,
25 there's no one in the world that's used this model.

Page 95

1  I -- when I came on -- advert -- infomercials and
2  commercials do not work on the front end.  They're too
3  big.  You're advertising to brand to go into the box
4  stores.
5          Back when I came one in 2011 and did my
6  first infomercial, we based it on, hey, I'm going to
7  make it on the front end.  And so you have to have a
8  product that has a wide filter.  Everybody uses a
9  pillow.  And you have to get the ads at the right price.
10         So, you know, if you don't -- there's been
11 times where we had very little presence on TV.  And like
12 in '23, you know, there was probably less advertising
13 because it was more expensive, more expensive at the
14 time.  It just depends.
15         So when you asked me that --
16 Q.  So let me see if I can ask a --
17 A.  It changes every week is what I'm saying, every
18 single week.
19 Q.  -- follow-up question on 2023.
20         You would know, though, at the end of any
21 year, like 2023, at some point, the company would have
22 financial records that identified a number for
23 advertising costs, correct?
24 A.  Yeah.  Yeah.  Yeah.
25 Q.  Okay.

Page 96

1  A.  Right.
2  Q.  And that would be the same for every year for
3  MyPillow as a business, correct?
4  A.  Yeah.  And it's different every year, depending
5  on what happened that year, the footprint of that year.
6  Q.  And based on your knowledge of the company, has
7  there ever been a year where MyPillow, in terms of
8  advertising costs, those costs have exceeded a hundred
9  million dollars, sir?
10 A.  I don't know.  It could have maybe in 2020,
11 because that was -- with the China virus, it was like,
12 oh, we could have bought at least probably a hundred
13 million then.  That would be the only year, I would
14 think.
15 Q.  Now, is it fair to say that you know how to
16 sell the products of MyPillow?
17 A.  Okay.  Yeah.
18 Q.  You know how to sell them very well, correct,
19 sir?
20 A.  I guess, yeah.  I invented it, so I ...
21 Q.  Okay.  You're a good -- do you consider
22 yourself to be a good businessman?
23 A.  A what?
24 Q.  A good businessman?
25 A.  Right.  Yes.



Page 97

1    Q.  Okay.  And do you consider yourself to be very
2  attuned to what works and what doesn't work in terms of
3  advertising?
4    A.  Yes.
5    Q.  And do you pay attention to what works in terms
6  of advertising for selling the MyPillow products on a
7  day-to-day basis?
8    A.  That what?
9    Q.  Do you pay attention to what works in terms of
10  advertising for selling the MyPillow products on a
11  day-to-day basis?
12    A.  I try to -- in my chart, I look at every single
13  data to every promo code that's out there and say --
14  let's say that Fox News -- like last night, Fox News ran
15  a spot, it cost $13,000, and you can buy two during that
16  hour.  This is a perfect example.  You buy two during
17  that hour.  Well, the numbers were coming in and it
18  didn't match up to what it would -- we should have had
19  at that moment and time.
20        So I had -- that was one of my things this
21  morning, I had to check to make sure two ran, and I was
22  right, only one ran.
23        It's just deviations in numbers.  I -- you
24  know.  So if you see a number, if you see a success out
25  there, you want to duplicate that.  If you see a

Page 98

1  failure, you fix it and you fix what happened.  And this
2  could be a preemption.  Something could have happened.
3  A host -- you know, let's say it's a -- I don't know.
4        So and so does a read.  Let's say it's a
5  guy named -- this just happened the other day.  It was
6  Tim Pool and his -- this number went way up.  Well,
7  that had to happen for a reason, and it's -- it was a --
8  it was me that had did the read that day.  If somebody
9  else would have looked at it instead of him doing the
10  read or -- it's just a deviation.
11        So let's say it's -- let's say Hannity did
12  really good on his read that he does.  If he did really
13  good, we would pull it because we know what the numbers
14  should be, just like in an election.  Something's wrong.
15  So you look it up, and it can be good or bad.  That's a
16  good day.  You get the read and find out what he said.
17        Maybe he said something like, hey, my mom
18  got the pillow and it helped her, whatever.  And
19  whatever that is that he said, then you would let
20  other -- you might let other podcasters know and you
21  want to duplicate it.  If you -- we tried different
22  products, different offers, if one does good, then we
23  duplicate it.
24    Q.  So, sir, you pay very close attention to how
25  well advertising for MyPillow products are doing on a

Page 99

1  day-to-day basis?
2    A.  You have to.  You have to because if it
3  fatigues below that break even, you have to either get
4  the ad cheaper, change the offer or change the product
5  or drop it altogether.  There's no other way.  What if
6  you only had to live on that spot and that moment in
7  time?
8        MS. WRIGLEY:  Let's go off the record and
9  take a break.
10        THE VIDEOGRAPHER:  Okay.  We're going off
11  the record at 10:33.
12        (Short recess.)
13        THE VIDEOGRAPHER:  And we're back on record
14  at 11:08.
15    Q.  (BY MS. WRIGLEY)  Mr. Lindell, you published a
16  number of documentaries about election fraud in 2021 and
17  2022, correct?
18    A.  Yes.
19    Q.  The series is called the "Absolute Proof"
20  series, correct?
21    A.  Well, one's called "Absolute Proof"; one's
22  called "Scientific Proof"; one's called "Absolute
23  Interference."
24    Q.  And in those, the documentaries you just
25  mentioned, in a number of places you had indicated or

Page 100

1  your guess indicated that there was a hundred percent
2  proof that voting machines had been involved in
3  interfering with the 2020 presidential election,
4  correct?
5    A.  I probably said that.  I -- the evidence I got
6  on January 9th, yes.
7    Q.  And in those documentaries, you stated that you
8  had a hundred percent proof that Smartmatic machines
9  were involved in interfering with the 2020 presidential
10  election?
11    A.  I believe -- I'd have to rewatch all the
12  videos.  I believe that got brought up in "Scientific
13  Proof" when Dr. Doug Frank came in and he said all
14  machines.  He says, yes, Smartmatic, Dominion, it
15  doesn't matter.  I think that's the first time that
16  might have been mentioned, but I don't know.  I'd have
17  to rewatch them.
18    Q.  Okay.  Now, the first documentary on election
19  fraud was "Absolute Proof" --
20    A.  Uh-huh --
21    Q.  -- that was put out on February 5th, 2021?
22    A.  That's correct.  9:00 a.m.
23    Q.  And did you intend for Smartmatic to be named
24  or identified as part of the election fraud in "Absolute
25  Proof"?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
101–104

Page 101

1    A.  When -- in "Absolute Proof," what led up to
2  that was two generals and a colonel told me that they
3  validated all my evidence and said, yes, it's all true.
4  General McInerney, General -- or Colonel Phil Waldron.
5  And I had never met these guys before.  And then later
6  on, I guess, General Flynn.
7          So when we did that, this was all about
8  Dennis Montgomery's Hammer Scorecard and working with
9  the CIA.
10         And I'd have to have backtrack, but I had
11  met with -- the first time I heard about it was
12  January 9th from Mary Fanning, and I had never met her
13  before, and it was like, pff, it was like it answered
14  all my questions I had of why people voted that didn't
15  live in those states or didn't live in the counties and
16  they voted anyway across our whole country.
17    Q.  And, sir, did you intend in connection with
18  "Absolute Proof" from February 5th, 2021 for Smartmatic
19  to be identified --
20    A.  I don't even know if they were identified after
21  we watched the movies.  It was all computers, all
22  machines, all voting machine companies, all these
23  companies, and I didn't -- I don't know if we focused on
24  any names.  I would say we've got to get rid of these
25  electronic voting machines.

Page 102

1    Q.  Let me show you an exhibit.  This one has been
2  marked Exhibit 595.
3          (Exhibit 595 marked.)
4    Q.  (BY MS. WRIGLEY)  It was previously included as
5  an exhibit to the complaint.  That's why it says
6  "Exhibit 2."
7          And I'll represent for the record that this
8  is a series of screenshots --
9    A.  Uh-huh.
10    Q.  -- from "Absolute Proof" --
11    A.  Right.
12    Q.  -- that were taken and included as exhibits to
13  the complaint.
14    A.  Yep.
15    Q.  The screenshots are labeled with sort of
16  letters, and at the bottom, they're identified with the
17  time during which this particular screenshot appears.
18    A.  Yep.
19    Q.  And I'll walk through these with you.
20    A.  Okay.
21    Q.  If you can turn to the second page.  Do you see
22  screenshot A, sir?
23    A.  Uh-huh.
24    Q.  Do you recognize that as being an image from
25  the "Absolute Proof" documentary?

Page 103

1    A.  Yes.
2    Q.  And is that yourself, sir?
3    A.  Yes.
4    Q.  Who are you here -- who are you in this image
5  with?
6    A.  That is Scott -- Colonel Phil Waldron, who
7  worked for the government with cyber.
8    Q.  And Colonel Waldron appeared and talked about
9  election fraud for the 2020 election in "Absolute
10  Proof," correct?
11    A.  He appeared to talk about -- yeah.  When you
12  say "election fraud," about the machine companies or the
13  machines.  The -- he was -- I believe he worked for the
14  government.  He was a cyber expert.  I had not met him
15  before.
16    Q.  You had not met him before he came on "Absolute
17  Proof"?
18    A.  None of these guys I had ever met before.  And
19  this was all done live.  I didn't -- and we
20  didn't practice.  It was like, pow.  This was -- this
21  was as live as it got.
22    Q.  Okay.  Now, if you go to the next page,
23  screenshot B, do you recognize this to be an image from
24  "Absolute Proof"?
25    A.  Yes.

Page 104

1    Q.  And who is the gentleman sitting across --
2    A.  Shiva.  I don't know his full name.  Dr. Shiva.
3  I believe he's from Massachusetts.  He's a -- I can't
4  even remember his credentials, but it's -- he's a
5  massive 190 IQ, and he had -- he brought up the machines
6  as something that they had problems with in his
7  election, I believe.  I'm trying to think back, but
8  yeah.
9    Q.  Now, if you could turn the page to screenshot
10  C, do you recognize this image from "Absolute Proof"?
11    A.  Dr. Colbeck.
12    Q.  And you're sitting there with Mr. Colbeck?
13    A.  Uh-huh.
14    Q.  And who's Mr. Colbeck?
15    A.  He's a rocket scientist.  He was -- he worked
16  for -- a literal rocket scientist, and he -- from
17  Michigan.  He actually works for me now.
18    Q.  Had you met him before he appeared on "Absolute
19  Proof"?
20    A.  No.  None of these guys.  Never met them before
21  in my life.
22    Q.  And then you had not met Colonel Waldron before
23  he appeared in "Absolute Proof"?
24    A.  No.
25    Q.  If you look at screenshot D on the next page,



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
105—108

1  do you recognize that image from "Absolute Proof"?
2      A.  That is -- what's his name -- Matt DePerno.
3      Q.  And who is Mr. DePerno?
4      A.  At that time, he was a little lawyer from
5  Michigan, and he was -- it was all over the news about
6  Antrim County, Michigan, and he was the lawyer involved
7  there that -- that then they flipped the election there
8  in Antrim County.  They did a big investigation, and FBI
9  came in.  They didn't press charges against -- they
10  deleted all the files.  But this is all the stuff he
11  brought I heard for the first time.  But he was a
12  lawyer, just a hometown lawyer at the time, I guess.
13      Q.  Now, if you flip the page, do you recognize
14  this image from "Absolute Proof"?
15      A.  Yes.
16      Q.  And this indicates, "On the phone with Mary
17  Fanning, national intelligent researcher and author."
18  Do you see that?
19      A.  Correct.
20      Q.  And who is Mary Fanning, sir?
21      A.  She -- I got a call on January 9th, 2021.  I
22  was very frustrated after two months of looking at every
23  county and state in this country and finding thousands
24  of voters that voted -- like in my home state of
25  Minnesota, that voted in a state they didn't live there,

1  or Nevada or Wisconsin.  You name a state.  And I bought
2  all the voter rolls.  I got the voter rolls.
3      So this came right from the Secretary of
4  State.  So I'm going people are generally good people.
5  I just couldn't see people going, hey, 5,000, let's jump
6  into Wisconsin and vote for Biden.  I mean, people are
7  gen -- aren't going to do that.  It didn't make sense.
8      I looked at numbers for two months, my own
9  numbers, and when Mary called with a guy named Brannon
10  Howse -- and Brannon Howse, the only reason I answered
11  the phone that day, he spell -- I spelled his name
12  H-O-U-S-E, and his real last name is H-O-W-S-E.  So I
13  thought it was somebody about my house.  I didn't -- you
14  know, it was put in my phone, and I guess I had been on
15  his podcast at some time one time, so he had my phone
16  number.
17      And he had -- and Mary Fanning had talked
18  him into calling me, and he says, "You don't know me,
19  but you were on my podcast once.  You really need to
20  listen to this lady, if you could."
21      And I said, "Sure."
22      She talked for 15 minutes straight without
23  me saying a word, and my mouth dropped.
24      I said -- and she said she -- she told me
25  all about this Dennis Montgomery, worked for the

1  government, the CIA, talked about all the -- how the
2  machines -- the electronic voting machines.  I go, wow.
3  That explains everything to me to -- explains all the
4  deviations I've seen across our country.
5      So Mary Fanning -- and she was -- I've
6  never met her.  She's pretty secretive about her --
7  well, I guess, about coming out in public.  I've never
8  met her.  And that was the only date.
9      And then from there on, she -- somehow I
10  got introduced then to Dennis Montgomery by phone, and
11  then I went through this validating his stuff and -- but
12  everything she told me that day was validated.  He
13  really did work for the CIA.  So everything made sense.
14  Things I could validate that day, it explained it.  It
15  was a perfect fit.
16      And then Mary -- oh, the next time I was
17  with Mary -- or not with her, but when she did -- when
18  we did "Absolute Proof," I don't know for sure, but I
19  think she was the one that gathered up all these people
20  that came there.  I don't know -- I'm pretty sure it was
21  her.
22      Q.  So let me ask some follow-up questions on that.
23  You had a call with Brannon Howse and Mary Fanning on
24  January 9, 2021, correct?
25      A.  Yes.

1      Q.  And that was -- during that call, if I
2  understand your testimony, they provided you with proof
3  about election fraud from the 2020 election?
4      A.  That -- this was already up on the Internet.
5  They told me to look.  It was something -- I think she
6  has her own website or podcast or something, and you see
7  these little things going back and forth, and that was
8  already up on, I believe, Twitter.  It was all over the
9  media.  And they hadn't covered it up yet, I don't
10  think.
11      Q.  So she point -- Mary Fanning pointed you to
12  something that she had published online?
13      A.  I think so.
14      Q.  Okay.
15      A.  I mean, it was at -- but it was more listening
16  to what she had to say, and I'm writing stuff down.  I'm
17  going nobody can make this up.  This is bizarre.
18      But it was the perfect fit for what I had
19  spent two months trying to explain how, you know, for
20  example, Nevada has 8,000 people voted in Nevada that
21  didn't live there.  It didn't make sense.  And now it
22  made sense that just their names were used by computers,
23  and that was the -- and she had the answer.  The -- she
24  had the answer.  It all made sense.
25      And she said this guy Dennis Montgomery --



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
109–112

Page 109

1 she went deep into Dennis Montgomery. She had dates
2 when he worked for the CIA, all these things, and this
3 thing called Hammer Scorecard.
4          And then when Mary put these guys together,
5 then I -- that -- I -- from that point on, it was
6 validating, validating with -- you know, after I talked
7 to Dennis and stuff and so...
8     Q. So I just want to -- let me ask you a
9 follow-up. Mary Fanning gave you information about the
10 2020 election that she had obtained from Dennis
11 Montgomery?
12    A. I didn't know where she had obtained it at that
13 time. She said Dennis Montgomery, and she went deep
14 into the Dennis Montgomery and Hammer -- this thing
15 called Hammer Scorecard.
16    Q. And during that call on January 9th, she went
17 deep into the proof or the evidence she had being
18 related to Hammer and Scorecard?
19    A. She mentioned Hammer Scorecard. I didn't know
20 what it was.
21    Q. Now, had you met Brannon Howse before --
22    A. No.
23    Q. -- that call on the 9th?
24    A. No.
25    Q. Had you met Mary Fanning before the call on

Page 110

1 January 9th?
2    A. No.
3    Q. Did you have any information about Mary
4 Fanning's background during that call on January 9th?
5    A. Yes. Brannon Howse, I had been on his podcast
6 or his show on WVW. So I was on there. And I think
7 Mary might have been a guest on there. That part, I
8 don't know. I -- you know, because I was on so many
9 stations in those two months, and I didn't remember at
10 the time.
11          But Brannon Howse, he -- he brought me
12 back, said here -- and he explained who Mary was to me
13 on the phone. She's a journalist, she's a, whatever,
14 investigator, blah, blah, blah.
15    Q. Now, did you have an understanding on
16 January 9th whether Mary Fanning had any background in
17 elections?
18    A. Yeah, I didn't care about the elections. I
19 wanted to know what she had. She had these things,
20 these pictures and these things that -- I think it was
21 six pages of -- of flips and stuff, and -- and I said --
22 that's when I said, "Well, I want to do more."
23          I was -- I always want to do more due
24 diligence, and that's when I said, "Well, can I meet" --
25 I got done and my mouth was open, and, wow, if this is

Page 111

1 true, every -- it explains everything that -- I had
2 spent days and hours, every day going people are good
3 people, they would not go into another county and commit
4 a crime and --
5    Q. So let me go back to my question. Did you have
6 an understanding on January 9th whether Mary Fanning had
7 any background with regard to elections?
8    A. She -- I didn't know who Mary Fanning was, so
9 I -- but then she was telling me this, so I had to go
10 verify what she was telling me.
11    Q. Did you have any understanding of whether Mary
12 Fanning had any background in technology or
13 cybersecurity?
14    A. It sure sounded like she did.
15    Q. Okay.
16    A. I -- very much so.
17    Q. Ms. Fanning identified for you, in connection
18 with this -- this proof, a gentleman named Dennis
19 Montgomery?
20    A. Yeah. And I don't even know if she said Dennis
21 Montgomery on the phone. I can't remember that. She
22 might have said "person." I don't know.
23          But shortly after that, I was introduced by
24 phone to Dennis, and I went out and validated all those
25 dates that Mary had told me, and we actually had her --

Page 112

1 I made another recording of hers. We made her do a --
2 "Can you say the same thing you said to me?" She did a
3 15-minute recording, which I have, which -- very
4 detailed of dates of Dennis Montgomery's time in
5 courtrooms and everything else. So those -- that's what
6 I went and validated.
7    Q. So then subsequent to the January 9th, 2021
8 call, you had a conversation with Dennis Montgomery?
9    A. After that?
10    Q. Yes.
11    A. Yeah, sometime after that.
12    Q. Was that call with Mr. Montgomery before
13 "Absolute Proof" on February 5th, 2021?
14    A. Before "Absolute Proof."
15    Q. Okay. Now, I think you mentioned you did some
16 validation work with respect to Dennis Montgomery,
17 correct?
18    A. A ton, yeah.
19    Q. What validation work did you do during that
20 period of time between January 9, 2021 and February 5th,
21 2021 of Dennis Montgomery's work, sir?
22    A. Yeah. We had -- checking out her stories that
23 he worked for the CIA and all these things, and -- and
24 checking out Hammer -- you know, Hammer Scorecard.
25 There was things you could find on the Internet. It was



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
113–116

Page 113

1 mentioned actually quite a bit on Twitter and the
2 Internet.
3        I believe at that time, even Sidney Powell
4 had put out stuff related to a -- I don't know if she
5 called it a Kraken. I can't remember when it was on the
6 Internet. But you could find stuff all over the place
7 on that.
8        But specifically for me, as I -- Dennis, on
9 the phone, we -- my fiance, or my wife now, at the time,
10 we -- we talked to him on the phone for probably two
11 hours, and I'm asking him questions and going back.
12        And then he said -- you could find stuff
13 where he was in court with the -- his testimony with the
14 FBI and up in -- and the CIA.
15        Then we also had a tape where Sean Hannity
16 and Sara Carter and -- I'm trying to -- Sara Carter and
17 I think it was Solomon. I can't remember his first
18 name. This was on FOX, and I believe it was in 2017.
19 You can find the tape. And had filmed that, and watched
20 that, and it was, wow.
21        They had done an investigation, Dennis
22 Montgomery. And Sean Hannity says, "This is the
23 most" -- "biggest discovery," he called it, it could be
24 in history. And -- and they were going to have him back
25 on. Now, whether they ever did, I think that got shot

Page 114

1 down because FOX got -- you know, I don't know why it
2 got shot down.
3        But that video in 2017, it just validated
4 everything about Dennis Montgomery. Sara Carter's on
5 there going, "Here's what we found. We did our
6 investigation, we interviewed him, we looked at all his
7 stuff for Hammer Scorecard."
8    Q. So let me --
9    A. And Sean said that they -- they said if you
10 stacked the papers -- this was on that show on FOX -- if
11 you stacked his -- because Hammer Scorecard pulls
12 information, and one can pull information, break into
13 anything -- break into any computer, pull it, and then
14 do whatever it wants.
15        And they said -- Sean Hannity's quote on
16 there -- or Sara Carter's was, "There's enough stuff
17 here to go" -- "if you stack papers, it would go halfway
18 to the sun." It was a crazy quote that they said.
19    Q. So, Mr. Lindell, let me follow up and break
20 that down a little bit.
21        In doing this validation work between
22 January 9th and February 5th on Dennis Montgomery, you
23 checked his story out on the Internet; is that correct?
24    A. That and other -- and I had other people to --
25 I don't know what time I had -- I had --

Page 115

1    Q. Yeah, just focus on that period of time, sir.
2    A. Till January 5th?
3    Q. Yes.
4    A. Talked to, I think, cyber guys at the time; one
5 being Todd Sanders, Conan Hayes. I know they had --
6 because they had already looked into his stuff, I found
7 out, and that was through Patrick Byrnes [sic], I
8 believe. I believe Patrick Byrnes, they had already
9 found out -- I found out about these two guys.
10        So between the 9th and the movie, those two
11 cyber guys had worked at -- I believe they worked for
12 Patrick Byrnes. I don't know that for a fact, but they
13 came and said -- and they validated, validated,
14 validated, and he said, yes, it's all --
15        MR. KACHOUROFF: Mike, if you don't recall
16 between a -- what she's talking about that time period,
17 don't guess.
18        THE WITNESS: Yeah.
19        MR. KACHOUROFF: Just -- you need to tell
20 her, "I don't remember."
21    A. Yeah, I don't know the exact, so I don't know
22 if that was between there or not. I believe it was.
23        But my biggest validation came the week
24 of when we were bringing these people in and talking.
25 General McInerney, I don't know if I had talked to him,

Page 116

1 but this guy worked with -- many of these people worked
2 directly with Dennis Montgomery. One of them's name was
3 Bill Binney.
4        There was a gal that brought stuff to me --
5    Q. (BY MS. WRIGLEY) So, Mr. Lindell, let me
6 just -- I want to move this --
7        (Crosstalk.)
8    A. Well, this was another gal.
9    Q. (BY MS. WRIGLEY) I --
10    A. This was definitely during that time period.
11 Her name was Tomi Collins. She -- her -- Tomi Collins.
12 She brought evidence to me that was a -- it was Dennis's
13 evidence. Same evidence. And she said that Bill Binney
14 had worked on it. And I said, well, yeah, he -- well,
15 he validated that he had worked on it with Dennis
16 Montgomery. Bill Binney worked for the government, too.
17    Q. Mr. Lindell, I'd just ask that you slow down a
18 little bit for the court reporter.
19    A. Yes. Okay.
20    Q. So let me just focus on the time period --
21    A. This was definitely between -- Bill Binney
22 was -- he worked in the government. He was a cyber guy.
23 He worked with the government directly with Dennis
24 Montgomery. That was part of my validation with Tomi
25 Collins.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
117–120

Page 117

1    Q. During that --
2    A. That was on January 15th, by the way.
3    Q. During that time period from the 9th to the
4  5th -- just focus on my questions --
5    A. Yeah.
6    Q. -- you looked up information about Dennis
7  Montgomery online; is that correct?
8    A. No. I did more than that.
9    Q. Did you -- well, I'm just -- you did that. It
10  includes that, right?
11    A. Yeah, I looked onto Twitter just to see those
12  pages of Mary Fanning.
13    Q. Okay. And then you also watched a program from
14  Hannity that was on FOX from 2017 --
15    A. Right. And I reached out to --
16    Q. -- is that correct?
17    A. Yeah. Yes.
18    Q. Okay. And --
19    A. And I talked to Tomi Collins --
20    Q. Okay.
21    A. -- who was with Bill Binney, who worked
22  directly with Dennis Montgomery. That was on January
23  14th.
24    Q. Okay. So on the --
25    A. So that's --

Page 118

1    Q. -- 14th, you talked with Tomi Collins and Bill
2  Binney?
3    A. I didn't talk personally to Bill Binney. She
4  had all the same stuff. She brought it, and I go, "Wow,
5  that's the same stuff."
6        And then -- and she said, "Yes, this guy
7  worked" --
8    Q. And who is Bill Binney?
9    A. He -- he's a cyber guy that worked with the
10  government directly with -- on Hammer Scorecard.
11    Q. And who connected you with Bill Binney? Sorry.
12    A. Tomi Collins.
13    Q. Okay. And who is Tomi Collins?
14    A. Tomi Collins was a gal that got connected with,
15  with a pastor friend of mine. At that time said this
16  gal knows -- could -- she knows stuff that happened with
17  the machines and the computers.
18        So I reached out to her, and I had never
19  met her, and she said, "I have this evidence, and it
20  was" -- "it's called Hammer Scorecard."
21        Wow, let me just say that. And she -- she
22  thought everything came from Bill Binney. They just
23  happened to both work on it at the same time.
24    Q. How did you get connected with Tomi Collins?
25    A. By a pastor friend of mine.

Page 119

1    Q. Who?
2    A. A pastor friend.
3    Q. What is his name, sir?
4    A. Romero Pena.
5    Q. Okay.
6    A. He's a Hispanic pastor, and he -- he introduced
7  us, I guess.
8    Q. And did you understand that in connection with
9  the evidence about the 2020 election from January 9th to
10  February 5th, the information from Dennis Montgomery,
11  that related to Hammer and Scorecard?
12    A. That what?
13    Q. Related to Hammer and Scorecard?
14    A. That what related? I'm not -- I'm
15  not under- --
16    Q. The information you got from the call on
17  January 9th from Brannon Howse and Mary Fanning.
18    A. No. She planted the seeds and said -- what she
19  did on January 9th, all it did was confirm to me that
20  people are generally good people. Hun -- millions of
21  people did mar -- not march into other states. I
22  already have that evidence. I went and got voter rolls.
23  I went and got stuff from the states.
24        You had all these people that don't live
25  there -- and pick the state of Texas. All these people

Page 120

1  that don't live in Texas voted, and their names were
2  used. And I'm going, this doesn't make sense. People
3  are not going to, this many people, throw the election.
4  Because I went back to other elections. I spent two
5  months digging into actual names, people that were
6  deceased.
7        For example, in Alabama, 4,620 people voted
8  that were over 110 years old. And I brought that to
9  their Secretary of State later on and said, "John, look
10  at your state here."
11        And he goes, "Well, Mike, we live pretty
12  good here in Alabama."
13        Now, I dig into numbers. I'm a numbers
14  guy. I took calculus in 9th grade. If numbers don't
15  make sense -- and this didn't make sense because of
16  human behavior. You can't have hundreds of thousands,
17  millions of people going, "Hey, let's go commit a
18  crime."
19        It didn't happen in other elections where
20  you -- thousands of people march into Wisconsin and vote
21  or march into Maine and vote or Hawaii. So it had to be
22  computers, but I didn't have the answer till when she
23  said it on January 9th. I go, "Wow." It was like --
24  for me, it was like a concept. This is amazing. It
25  fits like a glove.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
121–124

Page 121

1    So I -- then I reached out to cyber guys.
2    THE COURT REPORTER:  Please slow down.
3    THE WITNESS:  Yeah.
4    A.  I reached out to cyber guys.  I get -- first, I
5 went online right away.
6    MR. KACHOUROFF:  Mike, slow down just a
7 little.  She can't get it --
8    A.  I reached out to cyber guys, and then
9 evidence -- people were bringing me -- like this, Tomi
10 Collins, that was an immediate validation.  And then
11 talking to Dennis and talking to Mary, and then validate
12 he did work for the CIA.  He sent me stuff, too, that
13 said, "Here, here's my" --
14    MR. KACHOUROFF:  Mike, you've got to slow
15 down.  She cannot keep up.
16    THE WITNESS:  Yeah.
17    Q.  (BY MS. WRIGLEY)  Wait.  Mr. Lindell, I want to
18 focus you back on exhibit -- an exhibit that we marked.
19    MS. WRIGLEY:  What did I mark this as?
20    MR. KACHOUROFF:  595.
21    MS. WRIGLEY:  595.
22    MR. KACHOUROFF:  That's Exhibit 2?
23    MS. WRIGLEY:  Yes.
24    Q.  (BY MS. WRIGLEY)  But I'm on -- I'm still on
25 the page with the -- that mentions on the phone with

Page 122

1 Mary Fanning.
2    A.  Uh-huh.
3    Q.  You ended up having Mary Fanning on "Absolute
4 Proof," correct?
5    A.  I -- I did.  That was -- Brannon -- this all
6 came together -- let me tell you how the "Absolute
7 Proof" came together.
8    Q.  Well, sir, let me just focus on the question.
9    A.  She was --
10    Q.  Ms. Fanning does appear up here on the --
11    (Crosstalk.)
12    A.  She was -- she was hired to -- she was hired by
13 me.  I actually paid her.  I didn't hire to do it.  I
14 paid her out of the goodness of my heart after she
15 produced -- helped produce.
16    Q.  (BY MS. WRIGLEY)  Okay.  So let me back up.
17    "Absolute Proof" was produced by Brannon
18 Howse, Mary Fanning and yourself, correct?
19    A.  Right.
20    Q.  And you paid Ms. Fanning for the work she did
21 in helping to create "Absolute Proof" after you --
22    A.  After the fact.  There was no contract.
23    Q.  -- after you --
24    A.  I did it out of the goodness of my heart.
25    Q.  And --

Page 123

1    A.  Here you go.  It took time.
2    Q.  And you paid Brannon Howse for his work on
3 "Absolute Proof," too, correct?
4    A.  Yes.
5    Q.  Now, in connection with "Absolute Proof," Mary
6 Fanning appeared in a conversation or a discussion with
7 you at the end of "Absolute Proof," correct?
8    A.  She couldn't have.  She wasn't there.
9    Q.  She -- she came on by phone, right?
10    A.  I don't know.  I'd have to rewatch it.
11    Q.  Okay.
12    A.  Yeah, but she was -- she narrated -- I think
13 she narrated the -- the --
14    Q.  Okay.  So if you look at screenshot E --
15    A.  She explained it.
16    Q.  -- in this exhibit, do you remember this image
17 from "Absolute Proof"?
18    A.  No, but I'm sure it's there.
19    Q.  Do you remember Mary Fanning being on "Absolute
20 Proof" with you, sir?
21    A.  Uh-huh.
22    Q.  And if you flip to the next page, do you see
23 screenshot F?
24    A.  Yes.
25    Q.  And again, this is a portion.  Do you remember

Page 124

1 putting information like this up on "Absolute Proof"?
2    A.  Yes.
3    Q.  And is this information that you got from Mary
4 Fanning?
5    A.  This -- they put it all up.  This is -- she
6 produced it.
7    Q.  Okay.
8    A.  So, yeah, this would have been put up on the
9 screen.
10    Q.  And Mary Fanning explained how this was proof
11 that votes were changed in the 2020 presidential
12 election, correct?
13    A.  Correct.
14    Q.  And then if you go to the next screenshot,
15 screenshot G, do you recognize that image in "Absolute
16 Proof," sir?
17    A.  Yes.
18    Q.  And is that you sitting there?
19    A.  Uh-huh.
20    Q.  And then there's some images of some arched
21 lines going from --
22    A.  Right.
23    Q.  -- country to country --
24    A.  Yep.
25    Q.  -- on the screen behind you.  Do you see that?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
125—128

Page 125

1    A.  Right.
2    Q.  And do you remember discussing those images or
3  that video with Ms. Fanning during Absolute Proof?
4    A.  Yes.
5    Q.  Okay.  And was that presented as additional
6  evidence that votes were changed in the 2020 election?
7    A.  I think it was more focused on China about
8  hacking into our election.  That was my thing.  I
9  believed, you know, that China, which knowledge had been
10  completely validated, that they did hack in.  So...
11    Q.  Okay.
12    A.  But they -- yeah.  This -- I was very focused
13  on the China.  If you go back there, it was mostly on
14  China.
15    Q.  Okay.  Sir, at this point in time, I had
16  mentioned before we came back on from the break that I'd
17  being playing a video.
18        For the record, I'm going to play -- I'm
19  not going to play the entire "Absolute Proof."  It's
20  long, as I'm sure you remember, sir, but just a clip.
21        This clip has a conversation that you're
22  having with Phil Waldron at the time.
23    A.  Okay.
24    Q.  So my colleague is going to come around.  We're
25  going to stop the record, we'll come back on, she'll

Page 126

1  play it, we'll watch a clip of it.  Again, it's not
2  entirely "Absolute Proof," and then I'll ask you some
3  questions about it.
4    A.  That's fine.  That's fine.
5    Q.  Okay.
6        MS. WRIGLEY:  Let's go off the record.
7        THE VIDEOGRAPHER:  And we're going off the
8  record at 11:33.
9        (Short recess.)
10        THE VIDEOGRAPHER:  And we're back on record
11  at 11:34.
12        MS. WRIGLEY:  Just for the record, I'm
13  going to be playing a clip from "Absolute Proof."  This
14  appears around minute -- or 19:37, and it plays for a
15  couple minutes until minute 22:56.
16        This is being marked as Exhibit 596.
17        (Exhibit 596 marked.)
18        MS. WRIGLEY:  Go ahead and play.
19        (Clip of "Absolute Proof.")
20        COL WALDRON:  Say it again.
21        MR. LINDELL:  This is an attack by other
22  countries of foreign -- of foreign countries is what
23  you're saying then?
24        COL WALDRON:  I -- I believe from what I've
25  seen and the -- the witnesses that I have talked to that

Page 127

1  this is a coup, that it definitely involved elements
2  inside our own country and inside our own federal
3  government.  Definitely -- definitely part of a coup
4  that was aided and abetted by a foreign threat, nation
5  state -- appeared in the nation state.
6        MR. LINDELL:  Right.  Do you believe this
7  attack from other countries could not have happened
8  without people here domestic, people domestic traitors,
9  basically?
10        COL WALDRON:  Yeah, I believe that.  Again,
11  we have affidavits of CIA and State Department personnel
12  out of the Italian embassy participating in this coup.
13  We have a name, e-mail and phone number of a senior DOJ
14  official from a -- from a U.S. attorney that said that
15  this individual was shutting down any DOJ or FBI
16  investigation into any election -- any election-related
17  investigation, and shutting -- trying to shut down
18  judicial cases, court cases.  So from inside our own
19  DOJ, people were shutting down active investigations.
20  You wonder why, you know, Mr. Barr didn't find or see
21  any evidence of widespread election fraud is because the
22  FBI never did anything, other than impede investigations
23  into election fraud.  The FBI went to question the truck
24  drivers who delivered ballots and created affidavits.
25  They were harassing, you know, the Americans, you know,

Page 128

1  patriotic Americans who were whistle blowers --
2        MR. LINDELL:  Right.
3        COL WALDRON:  -- and prosecuting them.
4        Mike, you mentioned something earlier is
5  the machines, the ES&S and Dominion machines.  If you
6  look at, you know, military finding factors, there are
7  critical capabilities.  The capability is what you have
8  to have to execute your mission or the enemy has to have
9  to execute its mission successfully.
10        So critical capability for any of this to
11  happen are the inherent vulnerabilities that were built
12  into the ES&S and Dominion software, which is -- you
13  know, again, we've proven through our work that this is
14  all related directly back to the soft -- Smartmatic.
15  Smartmatic -- SGO Smartmatic software core.
16        MR. LINDELL:  Wow.
17        COL WALDRON:  And they definitely had
18  financial gains to -- to -- financial reasons, based on
19  some of the other investments that they've made.
20  Especially, they -- you know, looking down the road, if
21  they make billions and billions of dollars, the board of
22  SGO Smartmatic, because they own a -- an air
23  purification company.  So just think about it.  If you
24  could get to pick an administration that is favorable to
25  your company, say if they pass the Green New Deal and



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
129–132

Page 129

1  you're going to make billions and billions of dollars
2  off of government-mandated air purification systems in
3  public buildings and apartment buildings and industrial
4  complexes, you know, you would spend quite a bit of
5  money on the front side to make sure the election was --
6      (End of video clip.)
7      THE WITNESS:  There you have it.
8      Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you recognize
9  that clip as being part of your "Absolute Proof"
10  documentary?
11      A.  Yes.
12      Q.  And in that clip that -- Colonel Phil Waldron
13  appeared?
14      A.  Uh-huh.
15      Q.  I think he was one of the individuals that you
16  mentioned earlier --
17      A.  Uh-huh.
18      Q.  -- as well?
19          And did you hear that he identified SGO or
20  Smartmatic software as being part of the coup that he
21  was talking about?
22      A.  Uh-huh.
23      Q.  And did you know that he would be identifying
24  Smartmatic before Absolute Proof was taped?
25      A.  I didn't even know him.  This was the first

Page 130

1  time I met him, right there, just like you watched him.
2      Q.  Okay.  Did you object or say anything when made
3  SGO or Smartmatic in the --
4      A.  No.  He's a Colonel that works for the
5  government.  I trusted him.
6      Q.  So you didn't do anything to stop or
7  correct him from identifying Smartmatic in "Absolute
8  Proof"?
9      A.  As far as what?  Because Smartmatic?  What are
10  you saying?  You're saying it's not true?  I don't
11  understand what you're asking.
12      Q.  Did you do anything to prevent or stop Colonel
13  Phil Waldron from identifying Smartmatic --
14      A.  I was listening to a government official --
15      THE COURT REPORTER:  I can only take one at
16  a time.
17      THE WITNESS:  Yeah.
18      A.  I was listening to a government Colonel telling
19  me -- who worked for the government in that space,
20  telling me what he believed to be facts.
21      Q.  (BY MS. WRIGLEY)  Did you watch "Absolute
22  Proof" after the whole thing was taped?
23      A.  No.  I don't -- I had to do it -- well, I kind
24  of did because I had -- I went on OAN, and I had to
25  watch it and comment in between the following day.

Page 131

1      Q.  Okay.  You arranged for Absolute Proof to be
2  aired on OAN?
3      A.  That's correct.
4      Q.  Okay.  And OAN, that's One America News
5  Network, correct?
6      A.  Uh-huh.
7      Q.  And you arranged for the "Absolute Proof"
8  documentary to be posted to social media platforms as
9  well?
10      A.  We tried everything, and we put -- the first
11  thing we put it up on was Vimeo.  They took it down in
12  three minutes.  We put it up on YouTube, and they made
13  it 40 minutes to take it down.  Then we put it up, I
14  think, Rumble.  The stream -- they kept destroying the
15  streams, whatever, or taking it down because they didn't
16  want it out there.  It's censored.
17      Q.  Now, after this was taped, including the
18  segment with Mr. Waldron, you knew that the information
19  identifying Smartmatic would be published on OAN when
20  you arranged for it to be aired, correct?
21      A.  When it was in there, yes.
22      Q.  Okay.  And that's the same for when it got
23  posted to social media?
24      A.  What's that?
25      Q.  Is it the same for when it got posted to social

Page 132

1  media?
2      A.  Yeah.
3      Q.  Okay.  You knew that Smartmatic would be
4  identified as being part of the coup?
5      A.  One of the machine companies in the country
6  that had been long identified, yes.
7      Q.  Okay.
8      A.  Smartmatic, yes, ES&S, Dominion, we all know
9  who the machine companies are.
10      Q.  And at that point in time, did you have any
11  evidence that Smartmatic was part of rigging the 2020
12  election?
13      A.  Evidence that they were?  I had all kinds of
14  evidence that I had heard before Mary Fanning about
15  Smartmatic.  That was all over the news with Sidney
16  Powell.
17          I had an investigator that we had hired --
18  well, I guess maybe that was after the fact.  But there
19  was -- that was all over the news about Smartmatic going
20  back to Venezuela.  You see that stuff.  It was all over
21  social media.  It was there every night.  Dominion and
22  Smartmatic, those were the two companies that were
23  mostly talked about.
24      Q.  And the information that you had with respect
25  to Smartmatic being involved in rigging the 2020



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
133–136

Page 133

1 election was information from Sidney Powell in the news?
2      MR. KACHOUROFF:  Objection.  That's not
3 what he said on the record.
4    A.  No.  No, that's --
5      MR. KACHOUROFF:  Hold on, hold on.
6      Objection to form and objection to the word
7 "rigging."  What do you mean by -- it's vague.
8    A.  Yeah.  What do --
9    Q.  (BY MS. WRIGLEY)  Do you understand the
10 question, Mr. Lindell?
11    A.  This was just stuff I heard.  I had not
12 validated any of my stuff yet until I got Dennis
13 Montgomery's information, and then it was all machine
14 companies, any of the computers.
15    Q.  Okay.  Including Smartmatic, correct?
16    A.  Including Smartmatic.
17    Q.  Yes.
18    A.  Do you want to know what I've got now on
19 Smartmatic, or are we going to get to that?  I mean,
20 it's over.
21    Q.  Mr. Lindell, let me ask you about posting
22 "Absolute Proof" to social media.  Did you put it on
23 YouTube?
24    A.  I didn't do -- I didn't do anything as far
25 as -- yeah, I guess we put it up on YouTube.  I don't

Page 134

1 remember who was putting it up.  We were just looking
2 for a stream that would hold because people -- it was on
3 YouTube, and they took it down I think in 45 minutes.
4    Q.  Did you put it up on Facebook?
5    A.  What?
6    Q.  You put it on Facebook, "Absolute Proof"?
7    A.  It got shut down in like two seconds there, if
8 it went on Facebook.  I mean, we didn't -- we only
9 posted a live stream coming from my michaeljlindell.com.
10 That's where it was posted.  And you have to -- you have
11 to have a streaming platform to put it on to post from
12 there.
13      I didn't post it anywhere else.  I posted
14 it right there so people could get it and do their own
15 thing.
16      So it's like -- it was Michael -- I think
17 it was michaeljlindell.com.  So you have to have a
18 streaming thing there.  So it's a -- you know, it's a
19 box.  People come there to watch it.  So you have
20 different platforms that are behind it like YouTube
21 Vimeo, Rumble.
22      Rumble couldn't handle it.  It couldn't
23 handle the traffic, so it broke.  The other ones, we
24 think they took it down on purpose.  We didn't break
25 YouTube.  They just took it down.  Vimeo took it down in

Page 135

1 three minutes.
2      (Exhibit 597 marked.)
3    Q.  (BY MS. WRIGLEY)  So let me hand to you
4 Exhibit 597, sir.  This is a -- for the record, it's a
5 news article.
6    A.  Uh-huh.
7    Q.  It's a Mashable article with the heading,
8 "MyPillow CEO released a movie pushing election fraud
9 conspiracies, YouTube and Vimeo took it down.  The film
10 is called "Absolutely Proof."  It provides zero proof of
11 election fraud."
12    A.  Who wrote -- who wrote this?
13      MR. KACHOUROFF:  What's the -- did we get
14 the exhibit number on this?
15    A.  Who's Matt Binder?  Where did this come from?
16 Anybody could write this.
17    Q.  (BY MS. WRIGLEY)  Give me one second, Mr.
18 Lindell.  For the record --
19      MR. KACHOUROFF:  Let me ask her one
20 question.
21      MS. WRIGLEY:  The exhibit number is 597.
22    Q.  (BY MS. WRIGLEY)  This is from Mashable.  Are
23 you familiar with Mashable?
24    A.  No.  Nobody's heard of it.  Nobody.
25    Q.  Do you see at the top -- that's okay.  I'll

Page 136

1 walk you through it, sir.
2      The date is February 5th, 2021.  Do you see
3 under the heading, sir?  I'm going to turn to the first
4 page -- actually, the second page after your image.
5      Do you see where it's -- this article
6 states, "Fresh off of receiving multiple Twitter bans,
7 MyPillow CEO Mike Lindell is now testing the limits of
8 other online platforms.  On Friday, Lindell released a
9 new documentary titled "Absolute Proof" which claims to
10 lay out, well, absolute proof of massive fraud in the
11 2020 U.S. presidential election"?  Do you see that?
12    A.  Yeah.
13    Q.  And you did, in fact, release a documentary
14 called "Absolute Proof," correct?
15    A.  Yes.  Yes.
16    Q.  And that documentary, in fact, claims to lay
17 out absolute proof of massive fraud in the 2020 U.S.
18 presidential election, correct?
19    A.  Correct.
20    Q.  If you go down in the article, it says, "To be
21 clear, Lindell's film absolutely does not lay out proof
22 of massive fraud in the 2020 election.  Instead, it
23 rehashes the same tired lies and conspiracy theories of
24 President Trump and his high profile supporters, such as
25 Rudy Giuliani and Sidney Powell, have pushed for months



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
137–140

Page 137

1 in their very unsuccessful legal challenges." Do you
2 see that paragraph?
3    A. Yeah. Very subjective. I -- who is --
4        MR. KACHOUROFF: Hold on. Let her ask the
5 question about that.
6        THE WITNESS: Yes.
7        MR. KACHOUROFF: Objection, hearsay.
8    Q. (BY MS. WRIGLEY) Okay. I take it you disagree
9 with that paragraph, sir?
10       MR. KACHOUROFF: Objection to relevance.
11 Why -- how is that even calculated to lead to
12 discoverable information?
13   A. I mean, that's just an opinion. Of course I
14 didn't agree with it.
15   Q. (BY MS. WRIGLEY) Okay. Now, if you look at
16 the bottom paragraph of this page, do you see where it
17 says, "The MyPillow CEO originally uploaded the film to
18 Vimeo and embedded the video player on his official
19 website. Around an hour after the film was made public,
20 Vimeo removed "Absolute Proof" from its platform." Do
21 you see that?
22   A. Uh-huh.
23   Q. And was the video uploaded to Vimeo and then
24 subsequently removed?
25   A. And it what?

Page 138

1    Q. Was the "Absolute Proof" video uploaded to
2 Vimeo and then subsequently removed?
3    A. Yes.
4    Q. And do you understand why?
5    A. I don't know why. Either they didn't
6 like the --
7        MR. KACHOUROFF: No. No. That's all you
8 have to answer.
9    A. Yeah, I don't know. I don't know.
10   Q. (BY MS. WRIGLEY) Now, if you go to the next
11 page, do you see where there's an image of "Absolute
12 Proof" and then a black box where it says, "Sorry, this
13 video does not exist"?
14   A. Yes.
15   Q. And below that image it says, "A screenshot of
16 Lindell's website after Vimeo removed his "Absolute
17 Proof" video." Do you see that?
18   A. Yes.
19   Q. Do you recall seeing this on your website after
20 Vimeo took it down?
21   A. I was probably busy, but I've seen a lot of
22 stuff that would be down, and then we -- the tech guys
23 were putting it up. But you're just pulling a streaming
24 company. It's not like you put it up there. You have
25 to have it a streaming company, so...

Page 139

1    Q. Now, below that, the article continues, "The
2 video in question has been removed for violating our
3 policies relating to the spread of misleading claims
4 about the 2020 presidential election and its aftermath,
5 explained Vimeo in a statement provided to Mashable."
6        "There is no place on the Vimeo platform
7 for content that does or can cause harm of any kind."
8 Do you see that?
9    A. Uh-huh.
10   Q. Did you have any understanding of whether
11 Vimeo --
12       MR. KACHOUROFF: Objection, because he said
13 he didn't --
14       MS. WRIGLEY: Hold on. Hold on. I haven't
15 finished my question.
16       MR. KACHOUROFF: I have an objection to
17 this whole line of inquiries, first.
18       MS. WRIGLEY: That's fine. You can object.
19 Just let me get my question out.
20   A. I can't answer --
21       MR. KACHOUROFF: What was your question?
22   Q. (BY MS. WRIGLEY) Do you have any understanding
23 of whether Vimeo took the "Absolute Proof" video down
24 for violating its policies relating to the spread of
25 misleading claims about the 2020 presidential election?

Page 140

1        MR. KACHOUROFF: Objection.
2    A. I --
3        MR. KACHOUROFF: Hold on, Mike.
4        THE WITNESS: Yeah.
5        MR. KACHOUROFF: Objection. Not only
6 hearsay and relevance, but he testified that he never
7 saw this article, and you're quoting things out of the
8 article as though it's a -- you can't ask him questions
9 about what the article says if he's never seen it
10 before. That's not asking him about facts. If you want
11 to ask questions about what Vimeo took down --
12       MS. WRIGLEY: My question stands. You
13 don't object --
14       MR. KACHOUROFF: No. Then don't answer,
15 Mike. Don't answer that question.
16       MS. WRIGLEY: I'm going to -- are you --
17       MR. KACHOUROFF: I'm going to direct him
18 not to answer because you're not -- all you have to do
19 is rephrase the question and say, "Hey, did Vimeo take
20 the video down?" He's already testified that it has.
21   Q. (BY MS. WRIGLEY) Mr. Lindell, are you going to
22 follow your counsel's instruction?
23   A. Well, here's what I want to say: Vimeo,
24 Rumble, all these were -- Rumble, when they took it
25 down, we didn't change -- we asked them what was



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
141–144

Page 141

1 happening, and they said too many people came and broke
2 it. I have no idea if they took it down for their
3 policy or if it was broken. We kept switching to a
4 stream that would hold. That was the main thing back
5 then. It wasn't that it violated some policy at Vimeo.
6 That was my understanding at the time.
7       We just kept putting up stream after
8 stream, every stream that was out there, and we know for
9 sure because we got ahold of Rumble and said, you know,
10 "Did something happen?"
11       They go, "Yeah, you broke it. Too many
12 people."
13    Q. In February of 2021, did you have an
14 understanding of whether Vimeo took your "Absolute
15 Proof" documentary down for violating any of its
16 policies?
17    A. No. I just knew they took it down.
18    Q. Okay.
19    A. We did not know exactly why.
20    Q. Let me ask you about YouTube. Did you have an
21 understanding whether "Absolute Proof" was removed from
22 YouTube for violating any policies related to
23 presidential election and tampering?
24    A. No, because it was up on YouTube for quite a
25 long time, and we thought maybe too many people came

Page 142

1 there, too. That was my understanding at the time, we
2 kept breaking, breaking. I know -- I know now that they
3 took it down for censor. Because later on, I put up
4 on my own stuff about -- I did a speech in a church
5 about Jesus, and Vimeo took down our whole website one
6 time. This was late 2020, I believe, or late 2021.
7 Late 2021. They said we don't ever want anything up
8 there about Jesus or whatever again to mix with
9 MyPillow.
10       So that was something I learned about
11 Vimeo, and this was in a speech I did in church about
12 addiction and Jesus Christ. And they took it down for
13 that. So then I assumed, well, if they did that, I
14 guarantee you back then they took this down because they
15 had a hidden agenda.
16    Q. Can you go to the next page of the exhibit,
17 Mr. Lindell. Do you see where it says, "However, the
18 misspelling in the title of the film was eventually
19 corrected. A few hours later, Lindell's film was also
20 removed by YouTube. In a statement to Mashable, the
21 Google-owned platform said, 'Per our presidential
22 election integrity policy, we remove content uploaded
23 after the safe harbor deadline that advances false
24 claims that widespread fraud, errors or glitches changed
25 the outcome of the 2020 U.S. presidential election. We

Page 143

1 removed this video in accordance with this policy.'" Do
2 you see that, sir?
3    A. Yep.
4    Q. Okay. Were you aware in February of 2021 that
5 YouTube removed Absolute Proof because it advanced false
6 claims about fraud in the 2020 presidential election?
7    A. No. No. Same as Vimeo.
8    Q. Okay. What about for Twitter? Did Twitter
9 take down the Absolute Proof documentary?
10    A. Twitter, I was banned before that, as you know.
11    Q. Okay.
12    A. Twitter, I was banned because I used
13 MyPillow's -- if you remember, the NewsMax guy took off
14 his microphone right on air. Because they wouldn't let
15 me say why I was banned. And they wouldn't let me
16 say -- "Oh, you're getting cancelled, you're cancelled,"
17 but none of the TV stations would let me say why are you
18 getting cancelled.
19    Q. Mr. Lindell, was the "Absolute Proof"
20 documentary put up on Gab?
21    A. I didn't put up anything but MyPillow.com. You
22 understand that, right?
23    Q. Uh-huh. I do.
24    A. I put it on MyPillow, michaeljlindell.com.
25 That's where I put it. If other people came there and

Page 144

1 took it and put it on Gab, that's their business.
2    Q. Did you do anything to post the Absolute Proof
3 documentary on Gab?
4    A. No. I put it on michaeljlindell.com. I don't
5 know. I'd to have with look back. I don't know if I
6 even had a Gab account back then.
7    Q. Did you do anything to put the "Absolute Proof"
8 documentary on Rumble?
9    A. No.
10    Q. Did you do anything to put the "Absolute Proof"
11 documentary on GETTR?
12    A. I didn't do anything. They were doing it --
13 the tech guys were doing that to keep the stream
14 running.
15    Q. Okay. Can you flip to a page that's got an
16 image in the middle that says "Timothy Burke"? Are you
17 there, sir? Right above there, do you see where it
18 says, "Lindell also paid for"? Are you with me?
19    A. "The video has found a home on right wing
20 platforms like Gab, CloutHub." I didn't have CloutHub
21 account.
22       MR. KACHOUROFF: Hold on. She can't --
23       THE WITNESS: Okay.
24       MR. KACHOUROFF: Take your time.
25       THE WITNESS: No, I'm just reading it.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
145–148

Page 145

1    Q. (BY MS. WRIGLEY)  Sir, do you see where it
2    says, "Lindell also paid for multiple hours long
3    advertising spots on the conservative cable channel One
4    America News Network, OANN, according to the network,
5    where the film will be played in full throughout the
6    day"?
7       A. Okay.  Let's go back to the first thing.  If
8    you read this here, "Throughout the day, third
9    parties have consistently" --
10         MR. KACHOUROFF:  All right, Mike.  Mike,
11   let her ask the question.
12         THE WITNESS:  But that was the first
13   question.  She asked if I put it on CloutHub.  It says
14   right here --
15         MR. KACHOUROFF:  But this is -- this is --
16         THE WITNESS:  -- third parties --
17         MR. KACHOUROFF:  I got it, Mike.  Mike, let
18   her ask the questions.  Answer her questions.
19      A. The other question -- what's -- your question
20   about advertising spots, that's not true.  But go ahead.
21      Q. (BY MS. WRIGLEY)  Okay.  Well, let me -- let me
22   just focus your attention so I have a clear record,
23   Mr. Lindell.
24         Do you see where this article states,
25   "Lindell also paid for multiple hours long advertising

Page 146

1    spots on the conservative cable channel One America News
2    Network, OANN, according to the network, where the film
3    will be played in full throughout the day"?  Do you see
4    that?
5       A. Yeah.
6       Q. Okay.  Did you pay for "Absolute Proof" to be
7    played on One America News Network?
8       A. I believe they charged me to play it, yes.
9       Q. And how many times did it play on One America
10   News?
11      A. I have no idea.  I think it was once, and
12   I was -- it was like a watch it, and then I would
13   interviewed in between.  I think it was one day.  I flew
14   out there for one day.
15      Q. Okay.  And did you understand that OAN would
16   broadcast a disclaimer in connection with playing
17   "Absolute Proof" documentary?
18      A. No, I did not.  That was a complete surprise.
19      Q. When did you find out that OAN would be putting
20   up a disclaimer in connection with --
21      A. After I watched it.  After it was on.  And
22   people go, "Why did they put that up for?"
23         I go, "I have no idea."
24      Q. You have seen -- you did see the disclaimer,
25   though, after it aired on OAN?

Page 147

1       A. After it aired, yeah.  And people called me and
2    said, "Why is that there?"
3          I said, "I have no idea."
4       Q. In February of 2021, did you want to do media
5    interviews or appearances and discuss voting machines,
6    including Smartmatic voting machines?
7       A. On which day?
8       Q. In February of 2021.
9       A. After February 5th?
10      Q. Uh-huh.
11      A. Not one media outlet called me for almost
12   15 days, and to the point where I had to ask Dominion's
13   company to sue me because no one -- no -- the media went
14   completely silent on me, and I could not get the word
15   out our country has to get rid of these electronic
16   voting machines.  I could not get the word out.  It
17   wasn't about the 2020 election any more.  This was about
18   saving our country.  And the media went silent on me for
19   at least 12 days.
20         Finally, I had to call back Swin.  And I
21   called up Swin from The Daily Beast.  I said, "Swin," I
22   said, "Why don't you be a real journalist and go tell
23   Dominion to sue me."
24         All the evidence I had, I wanted them to
25   sue me so we could show them the -- show the world the

Page 148

1    evidence, because the media wasn't even attacking me.
2    It wasn't even talking about it.  It was silence.  And
3    it was like everything -- it was the only article I
4    received on "Absolute Proof," by the way.
5          The media went silent.  They didn't call me
6    up and say, "Hey, your thing is false."  No.  They went
7    silent.
8          So that -- two things happened.  When I
9    told Swin, I said, "Go tell Dominion to sue me; be a
10   real journalist," he goes, "Okay, I will."
11         THE COURT REPORTER:  Slow down, please.
12         THE WITNESS:  Okay.
13      A. He says, "Okay, I will."
14         So he went over and said -- to Dominion.
15   He called me back.  He said, "Yep, Dominion's going to
16   sue you."
17         And I said, "Okay."  I said, "Why don't you
18   write an article about it," so he did.
19         Three days later, Dominion still had not
20   sued me.  So I called up Swin, and I said, "Swin, why
21   don't you go tell them chop, chop.  You're going to be
22   known as fake news."
23         And Swin, he goes, "Okay, I'll go tell
24   them."
25         And they did, they sued me then.  So then



Page 149

1 we were able to take all the evidence and give it to
2 Dominion. And I thought it would end then; it would be
3 over.
4        And then that's the -- that's kind of the
5 birth of FrankSpeech, because I go, wow, if they want to
6 silence me about talking about securing our elections,
7 they're just not going to attack me any more or not talk
8 to me or not slander me or not go after MyPillow, which
9 by that time we had already lost about $150 million in
10 less than a month per year, just (oral noise).
11        And then I went on Jimmy Kimmel --
12    Q. Sir, let me ask a question.
13    A. Yeah.
14    Q. You said by that time you had lost money. By
15 what time? By February 5th, 2021, you had lost that
16 money?
17    A. Yeah, because all the box stores had been
18 cancelling all the way through January and into February
19 to the tune of two a day, and these were -- they were --
20 we were their number one selling product of all time,
21 and it was like every, every, every day, two more, two
22 more, two more. It started with H-E-B.
23        And these were bots and trolls attacking
24 them. And I told their CEOs and CMOs, I said, "You
25 guys, these aren't the real people."

Page 150

1        I said, "They're" -- I said, "These are
2 attack groups."
3        And some were saying, "Well, can you just
4 be quiet about this?"
5        You know, and I said, "No. We're" -- "we
6 have to have secure our elections."
7        This is -- and we lost in a three-week
8 period, it's about $150 million just that year. But
9 every year since, we can't get any of them back.
10    Q. And prior to February 5th, 2021 and sort of
11 talking about the attacks, were you identifying or
12 mentioning Smartmatic in connection with --
13    A. Was I what?
14    Q. Were you identifying or mentioning Smartmatic
15 in those discussions prior to January and --
16    A. No. I said all voting machines. I said we got
17 to get rid of the electronic machines.
18        If you remember, when I was on Jimmy
19 Kimmel, Jimmy Kimmel asked me, he said, "Mike, if your
20 Don" -- "if your friend Donald Trump had been selected
21 like you say Biden was, would you still be sounding the
22 alarm?"
23        I said, "Absolutely."
24        The Washington Post and Politico came back
25 to Minnesota. They questioned people all around my

Page 151

1 county. Would Mike really be sounding an alarm if his
2 friend Donald Trump had been selected --
3    Q. Mr. Lindell --
4    A. -- and they all said, "Absolutely, he would."
5    Q. Mr. Lindell, when was that appearance on Jimmy
6 Kimmel?
7    A. That was in -- I think it was in March of --
8 March of '21.
9    Q. That was after the "Absolute Proof"
10 documentary, correct?
11    A. Uh-huh.
12    Q. Okay. So before the "Absolute Proof"
13 documentary --
14    A. Right.
15    Q. -- were you talking about Smartmatic publicly
16 in connection with any attack in connection with the
17 2020 election?
18    A. I was talking about election -- election
19 machines. I don't know if I mentioned Smartmatic. All
20 electronic machines.
21        What I said was, "You guys, we have to get
22 rid of these," because all of the -- all of the states
23 that I found that people voted that didn't live there,
24 so I was done with computers. I was very adamant.
25        Every -- every -- as I would go on shows --

Page 152

1 as I would go on shows, they would say, "Oh, you're
2 getting cancelled," but they wouldn't let me talk about
3 why I was getting cancelled, because our company had
4 been attacked by China. There had been a breach by
5 China, and I had mentioned that. I had mentioned all
6 machines. I didn't pick out a single -- I wish I had
7 said ES&S. They're all the same.
8    Q. Okay. So now, let me ask you about right after
9 "Absolute Proof." Did you appear on Steve Bannon's War
10 Room podcast to discuss the documentary shortly after
11 February 5th?
12    A. I don't know. I don't know.
13    Q. Okay.
14    A. The first time I believe I ever was on Bannon,
15 but that could be wrong, was when Dominion sued me.
16    Q. Shortly after "Absolute Proof" was taped on
17 February 5th, 2021, did you discuss Smartmatic with
18 Steve Bannon on his War Room podcast?
19    A. If anything -- I have no idea.
20    Q. Okay. I'm going to show you another exhibit.
21 This one's been previously marked as Exhibit 432. It's
22 been used at another deposition. This clip is a little
23 bit longer than the last one.
24    A. Okay.
25    Q. My colleague's going to come over here and play



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
153–156

Page 153

1 it, and it's a little over seven minutes. And then I'll
2 ask you some questions about it.
3          (Clip of Steve Bannon and Mike Lindell.)
4          STEVE BANNON: Dr. Ming from London tells
5 us about that competition. It's about the Chinese
6 Communist Party being the existential threat, the
7 existential enemy of the Chinese people, of the American
8 people, and of all mankind. We've seen this from the
9 CCP virus that came out of Wuhan Lab.
10          We're now joined, it looks like, from a
11 very exclusive club in -- somewhere in Palm Beach,
12 Florida. Been up all night, the great Mike Lindell.
13 Mike Lindell has made a film that looks like a two-hour
14 movie that's playing in a loop on One America News.
15 I think it's up on Gab TV. It's called "Absolute
16 Proof."
17          Mike, here's the first question -- I'm
18 going to get to the China Communist Party in a second,
19 because I understand this film is very centric on CCP's
20 involvement in the 2020 election -- as the director of
21 national intelligence, Ratcliffe warned the nation and
22 warned the president in late -- in mid-January of this
23 year, but I want to go to -- look, Dominion has called
24 your guys' bluff. They're suing FOX, which is the
25 Murdochs where those tough lawyers over there. They're

Page 154

1 suing all operations. I think you've gotten letters or
2 you're involved and named in these suits. This doesn't
3 double down, it triples down to the tenth power throwing
4 down on what they've said. Your movie, "Absolute
5 Proof," you don't leave any questions about this.
6          Why -- have you reached out to the Dominion
7 executives, and have you told them, "Hey, I'm prepared
8 to show you this film. I'm prepared here at this
9 question, and why would you throw napalm on a burning
10 brush fire and do it this weekend before the trial next
11 week of President Trump?"
12          MR. LINDELL: Well, the first question is
13 no, I don't respond to Dominion other than, "Yes, please
14 sue me." They sent me a letter yesterday because they
15 heard about this documentary. They sent me an E-mail.
16 It wasn't from lawyers, it was from them going, "Mike,
17 look at all these people that we have here. They're all
18 discredited."
19          Well, the people I have in this are all
20 people that weren't on that list. So this is all the
21 new evidence I've been telling everyone. This is what
22 they're showing everyone, Steve.
23          Just today when this launched this morning,
24 we've had over a million people view it, and it's been
25 taken down by Vimeo or -- and it's been taken down on

Page 155

1 other -- two sites crashed it. They're trying to attack
2 it from every angle.
3          You know what? If Dominion and
4 Smartmatic -- now, don't forget Smartmatic. They're
5 right in there. I think they're the ones that went
6 after FOX. They're not coming after me --
7          STEVE BANNON: Okay.
8          MR. LINDELL: -- because they know it --
9 they know this movie's out.
10          So I -- you know, I invite you guys, you --
11 Dominion and them, come on. Let's talk about -- you
12 know, show me what's wrong in this video, because it's a
13 hundred percent proof.
14          STEVE BANNON: Okay. Now, hang on, hang
15 on. I just want to slow down. You're saying all the
16 people like the Patrick Byrnes, all these people have
17 been discredited as being -- you know, not having facts,
18 et cetera. They're not in the film. You've got a new
19 cast of characters, experts, subject matter experts.
20          But I just want to make sure this is clear.
21 You are prepared to sit down -- and we can do it live.
22 You're prepared to sit down with Dominion executives and
23 their lawyers, have them go through this film with you
24 live, and tell you where you're defaming them, tell them
25 where you're misrepresenting, tell them where you're

Page 156

1 just dead factually wrong. Is that what I'm hearing?
2          MR. LINDELL: Well, yeah. Because without
3 inviting them to, they could come -- they could come
4 on -- I'll go on national TV with them and look over --
5 we'll go write down what I've got.
6          You know, when I put out in this
7 documentary, Steve, it's like 1/1000th of what we have.
8 It's 100 percent true. You're going to look at any part
9 of mine, you hold up, and here it is, and they're going
10 to go, huh-uh.
11          We have video of them. We have video of
12 their CEO and they're -- Dominion jumping in trucks and
13 what to do for this election. It's in the video. So I
14 don't think they'll show up if I invite them.
15          STEVE BANNON: But look, whether they show
16 up or not, it's their decision. They've already sued
17 in -- I think in federal courts all over the place.
18          But I just want to make clear. You're that
19 confident that you've got a new set of subject matter
20 experts, and you tie this back to actually the CCP being
21 involved in this, that you're that confident in what
22 you're putting forward, because you've told them before
23 you've got nothing, and I'm going to get discovery. I
24 just want to make sure, you're that confident that what
25 people are going to see is Absolute Proof, and it's only



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
157–160

Page 157

1 1/100th of what you've got, that on a live show, you
2 would invite the executives of Dominion and their
3 lawyers to challenge you, frame by frame, and that you
4 could back up what you've got, and you would take on any
5 questions they have about how you defamed them and how
6 you're essentially lying about them. Is that what I'm
7 hearing?
8      MR. LINDELL: Well, first of all, you're
9 not defaming or lying about anything that's not true.
10 You know, that is true. I will bring them on. I will
11 do anything. All of them.
12      The reason they're suppressing is and the
13 reason they haven't sued me -- by the way, a lot of
14 those lawsuits are lies. They put it out there to scare
15 networks not to talk about it. Okay? That's what
16 they're doing.
17      And, Steve -- and they're -- and it isn't
18 just a different cast of experts. It's the evidence,
19 the hard evidence. In this -- in this documentary,
20 these are the facts. There's nothing subjective.
21 There's no subjectivity. It's all here's the facts.
22 Here's what happened on the first, second, third,
23 fourth. Here's what happened, each day, a print of what
24 happened.
25      So, yeah, Dominion, Smartmatic, both of

Page 158

1 you, come on. Can we please include Smartmatic so they
2 can sue me, too?
3      STEVE BANNON: Sure. Sure. Okay. But
4 we've only got two minutes. I want to make sure that --
5 how do people -- you say it's being pulled down all over
6 the place. I think One America's got it up. One
7 America has put a logo at the bottom about how they had
8 nothing to do with it. They quoted the time.
9      MR. LINDELL: Yeah.
10      STEVE BANNON: I think it's on Gab.
11      MR. LINDELL: Yeah.
12      STEVE BANNON: How can people get -- we've
13 got two minutes. How can people see this, and
14 particularly, how can the Dominion people see it so they
15 can come back if they want and challenge you? How can
16 people get access to this?
17      MR. LINDELL: All I can say is it's on OAN.
18 It's -- you can view it 24/7. You can go to
19 michaeljlindell.com -- michaeljlindell.com, or Google my
20 name or Google Absolute Proof.
21      It all comes to that site, and they keep
22 taking stuff down, and we put -- keep putting it up.
23 We've pretty much got it now where you're going to be
24 able to watch it, we -- after we got through this
25 morning, the big attack.

Page 159

1      So michaeljlindell.com, Google it. People
2 are putting it up everywhere, though, on social media
3 now, so you shouldn't have any problem.
4      And I want to say something. OAN -- OAN
5 just sold me that time, and here they took their Twitter
6 down yesterday. I just got a -- I got it from their --
7 one of -- I heard it from one of their people. For no
8 reason. They hadn't even posted anything. Dominion
9 knew this was coming or somebody did and took their
10 Twitter down.
11      Jack Dorsey, you're the next one we'll talk
12 about in the next documentary.
13      STEVE BANNON: Okay. One last thing. But
14 no executive -- they sent you a letter yesterday. We've
15 only got a minute left. No executive of Dominion --
16      MR. LINDELL: Right.
17      STEVE BANNON: -- has reached out to you
18 today. This started playing on One America at 10:00
19 o'clock when our show came on. When we get off, it's on
20 One America running in a loop. It's on Gab TV. It's
21 other places.
22      That they have not -- I just want to make
23 sure we're clear. They have not reached out to you yet
24 to talk about what you've now put in this. What you
25 say, you show nothing but evidence, you can back it up,

Page 160

1 and you would have them come on live and actually
2 deconstruct the film in front of the world. They have
3 not reached out to you yet, correct?
4      MR. LINDELL: That's right. That's right.
5 I would love them to come on. Let's do it. We should
6 do it on your show, Steven. I'm open at any time.
7 Let's -- let's get them on.
8      STEVE BANNON: We would welcome. In fact,
9 we've reached out to the Dominion guys. I think Michael
10 Seals and you have spoken. We want to do this. I think
11 it's one of the reasons -- ways to put it to bed, have
12 Dominion come back and challenge. And by the way, take
13 it apart. That's what the democracy is about.
14      If you think Mike Lindell is a liar, if you
15 think he's a crank, if you think he's a kook, then come
16 on and let's do it live and let's go through it. I
17 think it would be fair, and I think a billion people
18 would watch it.
19      Mike, we've got to jump. You're doing
20 God's work. I mean, unbelievable. Mike Lindell,
21 ultimate honey badger.
22      (Clip ended.)
23 Q. (BY MS. WRIGLEY) Mr. Lindell, that's an
24 appearance you did with Steve Bannon talking about
25 "Absolute Proof" on February 5th --

MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
161–164

Page 161

1    A. Uh-huh. Yes.

2    Q. -- 2001 [sic], correct?

3    A. Yes.

4    Q. Do you remember doing that appearance with
5  Mr. Bannon?

6    A. Yes. I did a ton of them back then, but yes.
7  Yes.

8    Q. And you specifically referenced Smartmatic in
9  that appearance with Mr. Bannon, correct?

10    A. Yes.

11    Q. And you called out Smartmatic?

12    A. Yes, I did.

13    Q. And you actually asked Smartmatic to sue you in
14  that appearance with Steve Bannon, right?

15    A. That's right. Just -- just like I did
16  Dominion, correct.

17    Q. Now, do you understand that Dominion and
18  Smartmatic are separate companies?

19    A. Well, the information that I had then that I
20  got that they were -- they were very much connected with
21  the -- with the software called GEMS, and also, you
22  know, what I know now and what I knew then is everything
23  has been validated as far as Smartmatic.

24         I learned just LA County, we got the data
25  from there, the cast vote records. Everything validated

Page 162

1  Dennis Montgomery's data, the evidence I had there, and
2  I turned that all into Smartmatic. They have all 32
3  terabytes.

4         So at this time, they were very much tied
5  together. We had hired -- I had already hired people to
6  investigate the two of them, how they -- how they're
7  connected. Yeah. And yeah.

8         So there's -- by that time, it wasn't that
9  they were one and the same, but they were -- you could
10  throw ES&S in there, all these machines that got hacked.
11  Dominion and Smartmatic were very much in the forefront
12  at that time, probably because you guys were out running
13  around suing people.

14    Q. Okay. So at the time you did that appearance
15  with Mr. Bannon to talk about "Absolute Proof," you were
16  aware that Dominion had filed lawsuits claiming that
17  false information had been published about it in
18  connection with the 2020 election?

19    A. I was well aware of that, and that they had
20  sent threatening letters to over 250 citizens that
21  looked like Mafia letters I used to get back when I owed
22  football bets to the Mafia. These were terrible
23  letters, and I thought what an evil company. I was
24  aware of these letters. In fact, we had a lawsuit of
25  those people suing Dominion for it. And I was aware

Page 163

1  that they had sued -- I think they had sued FOX by then.
2  I can't remember.

3         Actually, Smartmatic drew first blood.
4  Smartmatic sued Fox News on February 4th, 2021, which
5  changed my life forever. That's why I was very upset
6  with Smartmatic there.

7         Smartmatic, when they did that, I could
8  never, ever go on FOX again to sell pillows, NewMax or
9  anywhere. I was completely shut out of all places I
10  advertised before. So on Salem Media, Fox News and
11  NewsMax. After Smartmatic sued -- they drew first blood
12  in this big out lawfare, and that's where Smartmatic got
13  tied in. This was after February 5th, the show.

14    Q. Now, Mr. Lindell --

15    A. So that was -- that's what I had against
16  Smartmatic. Now I do recall. And that's why I sued
17  Smartmatic. I sued Smartmatic first because of what
18  they did on February 4th.

19    Q. When you did the "Absolute Proof" documentary,
20  you were angry at Smartmatic for filing that lawsuit --

21    A. No.

22    Q. -- against Fox News?

23    A. No. It was all part of the thing. I just
24  thought, well, that's pretty -- that's -- you know,
25  that's pretty perfect. By then, I was losing box stores

Page 164

1  every day, so it didn't -- it was just all part of the
2  pile.

3    Q. Did you have an understanding of why Smartmatic
4  sued Fox News prior to "Absolute Proof" documentary?

5    A. Yeah, I had a good idea, because they were
6  trying to do lawfare and suppress all the information
7  that they were guilty.

8    Q. Are you aware that --

9    A. A hundred percent I knew why. That's why
10  Smartmatic did that. They started lawfare. It hadn't
11  been in our country since 1792. That's why we're here
12  today. It's disgusting.

13    Q. Mr. Lindell, do you engage in lawfare?

14    A. What?

15    Q. Do you engage in lawfare?

16    A. No. I just have to sit and put up with all
17  your stuff. That's all you guys have.

18    Q. You sued Smartmatic first, correct?

19    A. I sued Smartmatic. My lawyers -- my lawyers at
20  the time said we're going to sue Smartmatic because --
21  and -- and Dominion sued us -- so that we could bring
22  out the evidence to the public. I wanted to get the
23  evidence out, because they were suppressing it. You
24  guys were suppressing it.

25         Fox News ain't going to show it. NewsMax



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
165–168

Page 165

1 ain't going to show it.  And the Salem Media is
2 certainly not going to show it.  And I was the only one
3 with the voice going, "Okay, you know what?  We have to
4 get this evidence out there no matter what it takes."
5         And Smartmatic, what they did personally by
6 suing that and I couldn't get on those stations, the
7 lawyer -- this was all on the advice of con lawyers.
8     Q.  Mr. Lindell, let me -- I just want to dig into
9 that a little bit.  Let me ask you about going on Fox
10 News.
11         Did anybody at Fox News tell you that you
12 could not come on and advertise MyPillow products after
13 that lawsuit by Smartmatic?
14     A.  I couldn't come on and talk about MyPillow.  I
15 couldn't come on there at all.  Before, if I do it -- if
16 I would do it on Fox, NewsMax or Salem Media -- those
17 are my three biggest outlets.
18         If I can't go on and talk about my
19 employees -- I have 4 -- 300 more employees saying we --
20 and we do big segments on addiction, people -- giving
21 people second chances, people coming to the Lord, people
22 getting saved.  My whole thing was all about getting
23 saved, about coming to Jesus for the biggest revival I
24 ever -- I couldn't go on those stations any more after
25 February 4th, what Smartmatic did to Fox News.

Page 166

1         Everybody got scared.  Mike Lindell's
2 talking about election platform.  We can't have him on
3 even to talk about MyPillow, but -- and the same thing
4 with the cancelled box stores and all this stuff.  I
5 couldn't go on after that, after you guys did what you
6 did because I couldn't go on and say why I was
7 cancelled.  They wouldn't even have me on when -- "Hey,
8 you just lost six more box stores.  Your company's in
9 debt and just getting plummeled [sic], and you're going
10 to lose your company.  How do you feel?"
11         Well, you want to know why it's happening?
12 Because these companies -- well, you know, it's like I
13 said.  This is what I said --
14         THE COURT REPORTER:  Will you please slow
15 down.
16         THE WITNESS:  Okay.
17     A.  I said, you know, for me at that time -- and I
18 think I've said it many times -- if I was a company
19 and I -- a pillow company out there, and everyone said
20 there's rocks and knives in pillows -- in MyPillow's,
21 number one, I wouldn't sue people.  I would say no,
22 there's not.  Look inside.  Here's what I have to show.
23 But no company would do that.  Not you guys, not
24 Dominion, not anyone.
25         And if I'd have been ES&S, I would

Page 167

1 certainly have came forward and said, look at ours.
2 We're not suing anybody.  There's no rocks or knives in
3 our product.  But no.
4         ES&S, I was with them in a Senate hearing,
5 and you know what they said?  Are your machines more
6 secure than Smartmatic or Dominion?  He said no.  All
7 machines have back doors and they're all vulnerable
8 and--
9     Q.  (BY MS. WRIGLEY)  Mr. Lindell, let me ask you
10 this:  By February 4, 2021, had a number of big box
11 stores dropped MyPillow products?
12     A.  Yeah.  Yes.
13     Q.  Okay.
14     A.  And this and a majority of --
15     Q.  And that was prior to Smartmatic filing a
16 lawsuit against Fox News, correct?
17     A.  Right.  That's when I was out there telling
18 them we got to get rid of all machines.
19     Q.  Okay.
20     A.  That's correct.
21     Q.  So those decisions by the big box stores had
22 nothing to do with that lawsuit that Smartmatic did
23 against Fox News --
24         (Crosstalk.)
25     A.  No.  The -- no.  You guys -- you guys were

Page 168

1 the -- the --
2         THE COURT REPORTER:  I can only take one at
3 a time.
4     A.  The box stores, whatever their decisions were,
5 was because I was speaking out with the election and the
6 machine.  You guys specifically did all the damage, more
7 damage because I couldn't go on my -- the revenue that
8 you cost us because I could no longer go on Salem Media,
9 it was huge.
10         I was on podcasts all the time
11 talking about MyPillow and talking about our policies
12 there.  I'm giving people -- it's the American dream on
13 steroids.  I was an ex-crack addict.  We -- this -- I
14 would go on there and tell story after story, and we
15 would sell product just talking about God and talking
16 about our employees.  The American dream.  Everything
17 made here, I could not do that after February 4th to
18 this day because of what you guys did.
19     Q.  (BY MS. WRIGLEY)  In 2021, did MyPillow spend
20 money on advertising?
21     A.  We spend money every year on advertising.
22     Q.  Okay.  And so MyPillow was still able to
23 advertise their products on podcasts in 2021, correct,
24 sir?
25     A.  That's correct.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
169–172

Page 169

1    Q.  Okay.

2    A.  And we were still able to advertise on CNN, on
3  FOX, on everybody, yes.

4    Q.  In 2021, correct?

5    A.  Yes.

6    Q.  So you were still able to pay for TV stations
7  and revenue splits with podcasters and radio stations to
8  advertise MyPillow products after Smartmatic filed that
9  lawsuit --

10    A.  Oh, no.

11    Q.  -- against FOX?

12    A.  A lot of -- a lot of podcasters dropped us
13  because of what you guys did.

14    Q.  Mr. Lindell, just before we keep going, I would
15  just ask that we slow down a little bit.

16    A.  Okay.

17    Q.  We're talking past each other.  So let's just
18  slow down.  Listen to my questions.  Okay?

19    A.  That's not -- okay.  That's not true.  A lot of
20  podcasters dropped us after you guys sued FOX.

21    Q.  Okay.

22    A.  A lot of them did, couldn't --

23    Q.  And did they drop you because they were nervous
24  that you were going to come on and accuse Smartmatic of
25  rigging the 2020 election, sir?

Page 170

1    A.  No.  I'm -- you've asked me a -- I'm talking
2  about the appearances.  I'm talking about -- you said
3  just buy ads.  I -- they wouldn't do the ads any more,
4  the ads.  Not Dominion making an appearance.  You guys
5  put the kibosh on that.

6        And of course, they would not let me come
7  on and talk about -- when I would go on and tell them
8  about my employees and stuff, our sales would skyrocket.
9  That was all destroyed, and it has been.

10        The money that's cost us now is in the
11  hundreds of millions, probably, hundred -- at least a
12  hundred million.  All the -- all of the media, I could
13  not go on there and tell.  It's like a story.  When you
14  tell that, your sales go up for a month, and I couldn't
15  do that.

16        But you also caused for podcasters,
17  especially on Salem Media, that -- these TV shows and
18  podcasters, and I would say half of them dropped us from
19  even doing their MyPillow reads because they were afraid
20  of getting sued just for doing MyPillow reads.

21        I had some podcaster go, well, I can't do
22  your reads any more, Mike.  We can't do MyPillow
23  because, you know, we could get sued, too, because look
24  at the -- and I hadn't been sued yet.

25    Q.  Mr. Lindell, did you do the documentary series

Page 171

1  "Absolute Proof," "Absolute Interference" --

2    A.  Yeah.

3    Q.  -- "Scientific Proof" in 2021 to get back at
4  Smartmatic because of the lawsuit you're talking about?

5    A.  Absolutely not.  I did it to save our country
6  and to get rid of these electronic voting machines and
7  go to paper ballots hand counted.  Hundred percent,
8  every single -- it didn't matter what happened.  That's
9  exactly what I did, 18 hours a day for three years.

10    Q.  Okay.  After that appearance that we watched on
11  Steve Bannon and War Room show from February 5th, did
12  you appear again on Steve Bannon's War Room --

13    A.  I have no --

14    Q.  -- to talk about "Absolute Proof"?

15    A.  -- no -- I have no idea.

16    Q.  Okay.  I'm going to show you another video
17  clip, sir.

18    A.  Okay.

19        MS. WRIGLEY:  This one's going to be marked
20  as Exhibit 598.

21        (Exhibit 598 marked.)

22    Q.  (BY MS. WRIGLEY)  This is a clip from the
23  February 6, 2021 Steve Bannon's War Room show.  This one
24  should be just a couple minutes.  So I'll let my
25  colleague get that set up, and then we'll watch it, and

Page 172

1  I'll ask you some questions about it.

2        (Clip of Steve Bannon and Mike Lindell.)

3        STEVE BANNON:  And the disclaimer is -- and
4  I'd like to just take a second about that disclaimer.  I
5  take it since you bought the time, did you want the
6  disclaimer up?  Did you talk to the One America guys?
7  Is that really your -- did you drive that to make sure
8  that disclaimer was up there?

9        MR. LINDELL:  No.  I -- again, I said
10  whatever you guys need to do because, you know, at least
11  they're brave enough to go out there and put this out
12  there, because you have places -- every other cable
13  comp -- cable channel is not going to put this out there
14  because why?  Because Smartmatic and Dominion sued them
15  or threatened to sue them.  I mean, it's now funny that
16  they have perfect timing that Smartmatic comes in, sues
17  FOX yesterday and gets rid of Lou Dobbs.

18        I mean, this is just -- it's -- how brave
19  of OAN to do that.  And I said, you know, put something
20  out there so it protects you and so that they know it's
21  coming from me.  It doesn't mean the evidence is -- the
22  evidence is one hundred percent true.  That's why it's
23  called "Absolute Proof."

24        STEVE BANNON:  Okay.

25        (Clip ends.)



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
173–176

Page 173

1    Q.  (BY MS. WRIGLEY)  Do you recall appearing on
2    Steve Bannon's podcast to talk again about "Absolute
3    Proof" documentary and Smartmatic?
4    A.  No.  No.  But I did.  It's a -- you mean
5    this --
6    Q.  And was that your voice, Mr. Lindell?
7    A.  Yes.
8    Q.  Okay.  And that was Mr. Bannon's voice?
9    A.  Yeah.
10   Q.  Okay.  And you referenced Smartmatic --
11   A.  Uh-huh.
12   Q.  -- in connection with that appearance, correct?
13   A.  (Witness indicated by nodding his head
14   affirmatively.)
15   Q.  Okay.  I'm going to show you another clip from
16   that same show.  This is just a couple minutes.  And
17   again, this is the Bannon's War Room from February 6,
18   2021.
19          MS. WRIGLEY:  This one will be marked
20   Exhibit 599.
21          (Exhibit 599 marked.)
22          (Clip of Steve Bannon and Mike Lindell.)
23          MR. LINDELL:  Right.  But you're incorrect
24   on one thing.  Dominion has not sued me.  I don't even
25   think they've threatened to sue me.  They've sent me

Page 174

1    letters like, Mike, in your documentary, a few of these
2    people in there, this isn't real.  John, let us know
3    who's going to be in your documentary.  So I -- my reach
4    out is -- and then I got the other letter that said you
5    have been warned, you know, like I'm -- some Mafia
6    letter from back when I was a kid, you know.  So they
7    don't -- they haven't sued me, Steve.
8          Here's the deal.  I will take them.  You're
9    exactly right.  Bring the media there.  I don't care how
10   long.  I'll sit there for a week with you.  We'll do it
11   every day.  We'll make it like a little trial thing.
12          Because if you don't, let me tell you what
13   I'm doing, I am going after Dominion and Smartmatic.
14   I'm going after them with a lawsuit if this does not
15   come out to the public and they all get exposed and
16   then -- and show what happened in our election, because
17   it's going to get out there or my next step is I sue
18   Dominion, and when I sue Dominion, it has to come out in
19   court.  And I'll make sure that that's public.  So
20   either do it now -- let's just do it now and save time.
21   How about it, Dominion?  How about it?
22          STEVE BANNON:  So can I ask you, Mike, what
23   would you sue -- what grounds would you sue Dominion and
24   Smartmatic on?  You said you're going to sue them.  What
25   grounds -- we've got about a minute, and then we'll hold

Page 175

1    you over the break.  What grounds would you sue them on?
2          MR. LINDELL:  I guess -- you know, I don't
3    know that yet.  It would be crimes against our country
4    that they used their -- that they -- lies, you know,
5    their machines were all online.  We've got them saying
6    they don't go online, and they -- it's right in their
7    manual that they go online.  We've got proof that they
8    were online.  We've got all the evidence.
9          So it would be a -- you know, I don't know.
10   I actually have lawyers looking at that right now, what
11   can be charged.  In fact, Steve, the next time I'm on
12   your show, I guarantee you I'll have those charges
13   against Dominion, so...
14          (Clip ends.)
15   Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you recall
16   appearing and having that discussion with Mr. Bannon on
17   his War Room podcast?
18   A.  That's my voice.
19   Q.  Okay.  And that was Mr. Bannon's voice?
20   A.  Yes.
21   Q.  Okay.  And as part of that appearance, you
22   discussed Smartmatic, correct?
23   A.  Yes.
24   Q.  And you also discussed Dominion, correct?
25   A.  Yes.

Page 176

1    Q.  You asked Dominion -- or you expressed interest
2    in having -- in suing Dominion, correct?
3    A.  Uh-huh.
4    Q.  You expressed interest in suing Smartmatic,
5    correct?
6    A.  Yes.
7    Q.  Okay.
8    A.  Got to get the evidence out, correct.
9    Q.  Okay.  And you identified Smartmatic as being
10   involved in crimes against our country, correct?
11   A.  That's right.
12   Q.  And you did, in fact, later file a lawsuit
13   against Smartmatic, correct?
14   A.  That's correct.
15   Q.  And at that point in time, Smartmatic had not
16   sued you, correct?
17   A.  That's correct.
18   Q.  Had Smartmatic sent any what you call
19   threatening letters against you, Mr. Lindell?
20   A.  No.  They just hurt MyPillow.  In fact, it was
21   crushing my company.
22   Q.  And when you say "hurt MyPillow," you mean
23   by -- on February 4th, two days before those podcasts,
24   filing a lawsuit --
25   A.  Started lawfare.



Page 177

1    Q. -- against Fox News, correct?
2    A. That's correct.
3    Q. Lawfare, right?
4    A. Uh-huh. Uh-huh.
5    Q. But in this podcast, you're actually also
6 talking about engaging in lawfare, too, correct, sir?
7    A. No.
8    Q. I mean, lawfare is filing a lawsuit, right?
9    A. Oh. Is that what you call it?
10   Q. That's what I'm asking you.
11   A. Lawfare is going after people and running them
12 out of money so they're afraid to get sued, so they
13 cower down. I've been involved in this -- you guys have
14 ran MyPillow dry. You've ran Mike Lindell dry. You've
15 ran other companies dry. That's your game you play.
16       I was just involved -- you see me call that
17 other lawyer a whatever. That was done because that --
18   Q. I don't think there's a need for that,
19 Mr. Lindell.
20   A. -- that was because -- because back then this
21 judge made a thing -- this Judge Wang, nine months --
22 she made it go nine months where I spent money on
23 discovery and going to trial and all this stuff.
24 Instead, we had put in for a dismissal, and she didn't
25 rule on that. She decided to sit back.

Page 178

1       Well, if I didn't have the resources, some
2 little guy is going to be ran out of money, and that's
3 not our justice system. And I called her out on it, and
4 she made a ruling. At least rule for me or against me,
5 but make a ruling. Don't sit back like a judge, like a
6 coward, and go I'm not going to make a ruling or what
7 their -- her agenda was. I don't know.
8    Q. Mr. Lindell --
9    A. But this is lawfare. What you guys do, you
10 attack businesses. Instead of opening up your machines
11 and saying nothing to hide here.
12       Now I have everything. Now over the three
13 years you've attacked me, we got cast vote records on
14 Smartmatic. We have every evidence known to man on
15 Smartmatic. You guys should just walk away and say
16 sorry.
17   Q. Mr. Lindell, let me ask you this: Do you think
18 private companies or citizens have a right to file a
19 lawsuit accusing people of making false and defamatory
20 statements about them?
21   A. What are you -- what are you talking about? Do
22 I know...
23   Q. Do you think private companies or private
24 citizens have a right to file a lawsuit in this
25 country --

Page 179

1    A. Are you a private company? You work for our
2 government.
3    Q. -- accusing people of making false --
4    A. You're a government company.
5    Q. I'm going to ask you not to interrupt me, sir.
6    A. Yeah.
7    Q. Do you think private companies or private
8 citizens have a right in this country to file a lawsuit
9 for -- against people making false and defamatory
10 statements about them?
11   A. That -- I will say that if it's -- if it's the
12 right situation, but if the statements are true, they
13 should be able to have dismissals, and that's what
14 dismissals are for.
15       And also -- and you're not a private
16 company, if you're referring to yourself. Smartmatic is
17 working for the government. These are -- we pay for
18 these machines. I do as a taxpayer. You are a
19 government entity as far as I'm concerned. I have every
20 right to question you. I have every right to talk to
21 the public about it, and you do not have the right to do
22 lawfare against our citizens. You should have opened up
23 your machines and said nothing to hide here, but you
24 can't. You can't.
25   Q. Mr. Lindell, have you ever lived in Los Angeles

Page 180

1 County, California?
2    A. I've been there many, many, many times.
3    Q. Have you lived there, sir?
4    A. I have not lived there.
5    Q. Are you a taxpayer in Los Angeles County,
6 California?
7    A. No.
8    Q. Okay. Let me ask you --
9    A. Did I pay money in LA County? Yes.
10   Q. Let me ask you this: In both of the shows that
11 we watched from the War Room, the one on February 5th
12 and then the couple of clips from February 6th, do you
13 recall that you and Mr. Bannon talked about you
14 receiving letters from Dominion?
15   A. Yes.
16   Q. Okay. By February 5th, 2021, had you received
17 a number of letters from Dominion's lawyers relating to
18 statements that you were making about Dominion in the
19 public?
20   A. No. I had -- I believe I had one letter that
21 came in December or Jan -- February -- January. It was
22 the same form letter. A whole mass of people got --
23 from poll watchers and everything. It was almost like a
24 form letter.
25       And then the other letter I got, I believe



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
181–184

Page 181

1  it was before "Absolute Proof," and that said anything
2  you put in this or -- it could have came after.  It
3  listed all the people, Sidney Powell, Rudy Giuliani.  It
4  listed people, that these guys are not -- these are not
5  true what they said.  Not one of the people they listed
6  on that letter was in my documentary.
7      Q.  Now, after "Absolute Proof," you filed a
8  lawsuit against Smartmatic, correct?
9      A.  I don't know when it was.  I don't -- the
10  lawyers did that.  To be honest with you, I was too busy
11  doing my own things trying to -- 18 hours a day trying
12  to get the word out about these machines.
13      Q.  You are aware, though, that claims were made
14  against Smartmatic in a federal lawsuit by you?
15      A.  Yes.
16      Q.  Okay.
17      A.  There was all these lawyers.  I wasn't even
18  involved in the decision on that, to be honest with you.
19      Q.  Now, are you aware that a federal court
20  dismissed those claims that you brought against
21  Smartmatic, sir?
22      A.  Yes.  And that was done on the second day of
23  the Cyber Symposium.  What a -- what timing.  Whoa,
24  that's weird.
25      Q.  Mr. Lindell, are you accusing the federal judge

Page 182

1  in that case of doing something suspicious?
2      A.  It's very suspicious.
3      Q.  You're -- you are accusing Judge Nichols in
4  the --
5          (Crosstalk.)
6      A.  It's very suspicious.  The timing was very
7  suspicious, yeah.
8      Q.  (BY MS. WRIGLEY)  Okay.
9      A.  I answered your question.
10      Q.  Are you aware that the federal court in that
11  case where you brought claims against Smartmatic also
12  found that some of the claims you filed against
13  Smartmatic were frivolous?
14      A.  That's his opinion.
15      Q.  Okay.  Now, in those appearances, do you
16  recall -- with Mr. Bannon, do you recall discussing a
17  disclaimer that OAN put up in connection with "Absolute
18  Proof"?
19      A.  Yes.  As I found out about it, yeah.
20      Q.  Okay.  I'm going to hand you an Exhibit 600,
21  Mr. Lindell.
22          (Exhibit 600 marked.)
23      Q.  (BY MS. WRIGLEY)  And I'll represent this is a
24  screenshot of that disclaimer that was put up relating
25  to "Absolute Proof."

Page 183

1      MR. KACHOUROFF:  Is there an exhibit
2  number, Nicole?
3      MS. WRIGLEY:  600.
4      MR. KACHOUROFF:  Sorry.
5      A.  Did you guys sue OAN?
6      Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you see with
7  respect to this disclaimer it states, "Michael James
8  Lindell has purchased the airtime for the broadcast of
9  its program on One America News Network.  Mr. Lindell is
10  the sole author and executive producer of this program
11  and is solely and exclusively responsible for its
12  content.  The topic of this broadcast is the 2020
13  election.  OAN has undertaken its own reporting on this
14  topic.  This program is not the product of OAN's
15  reporting.  The views, opinions and claims expressed in
16  this program by Mr. Lindell and other guests,
17  presenters, producers or advertisers are theirs and
18  theirs alone and are not adopted or endorsed by OAN or
19  its owners.  In particular, OAN does not adopt or
20  endorse any statements or opinions in this program
21  regarding the following entities or people:  US
22  Dominion, Inc. and any related entities, Smartmatic USA
23  Corp., Brian Kemp, Brad Raffensperger or Gabriel
24  Sterling.  Further, the statements and claims expressed
25  in this program are presented at this time as opinions

Page 184

1  only and are not intended to be taken or interpreted by
2  the viewer as established facts.  The results in the
3  2020 presidential election remain disputed and
4  questioned by millions of Americans who are entitled to
5  hear from all sides in order to help determine what may
6  have happened."
7      Do you see that?
8      A.  Uh-huh.
9      Q.  And were you aware that OAN put up this
10  disclaimer when it aired "Absolute Proof"?
11      A.  I believe it was after you sued FOX on
12  February 4th that they let me know that they were going
13  to put this on there.
14      Q.  And then prior to your other documentaries, you
15  had read this disclaimer, correct, sir?
16      A.  For -- for OAN.  OAN didn't have any other
17  ones.
18      Q.  Okay.  How much did you pay OAN to air
19  "Absolute Proof" on its network?
20      A.  I have no idea.
21      Q.  Do you have records that would show how much
22  OAN was paid to air "Absolute Proof"?
23      A.  I have no idea.
24      Q.  Did you pay that from your own personal
25  finances or did OAN get paid by MyPillow or any other



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
185—188

Page 185

1  company?

2      A.  No.  No.  OAN, their ads would be MyPillow.  If
3  this was on the -- anything -- anything to do with the
4  election stuff came right out of Mike Lindell's pocket.

5      Q.  Okay.  So you, Mike Lindell, paid for OAN to
6  broadcast the "Absolute Proof" documentary on its
7  network?

8      A.  That would be -- that would be correct.

9      Q.  Okay.  Okay.  Now, after taping "Absolute
10  Proof," you continued to promote the documentary with
11  media?

12      A.  I could promote it anywhere.

13      Q.  You promoted it with Steve Bannon on War Room
14  podcasts, correct?

15      A.  That would be a place -- the only place I could
16  talk, because you guys put the kibosh on that.

17      Q.  Okay.  All right, sir.  Let's look at -- I'm
18  going to mark another video, and we'll look at another
19  one.  This has been previously marked as DEF
20  Exhibit 435.

21          And for the record, this is a February 8,
22  2021 video from Real America with Dan Ball, who appears
23  on the OAN network.

24          Do you know who Dan Ball is, Mr. Lindell?

25      A.  I met him once.

Page 186

1      Q.  Have you appeared on his Real America show?

2      A.  I guess.  If you show me, then I have.

3      Q.  Do you recall as you sit here right now,
4  Mr. Lindell?

5      A.  What's that?

6      Q.  Do you recall if you've appeared on his show?

7      A.  I know the name.  I don't know.  We'll have to
8  see if I'm on there.

9      Q.  Okay.  I'm going to play Exhibit 435 now.  This
10  one's about seven minutes, so everybody knows.

11          (Clip of Dan Ball and Mike Lindell.)

12      DAN BALL:  Welcome back.  Time now to Get
13  Real.  It's a Friday.  Once again, we're going to jingle
14  things up.  I invited somebody on to help me out, and in
15  this Get Real, we're going to get real about the term
16  "election fraud," because if you say it now, the
17  election's over, people attack you.  Twitter, Facebook,
18  Instagram bans you.  Your friends, your -- maybe your
19  friends, strangers, who knows, co-workers will dock you,
20  right?  You can't say the phrase.

21          So if you've been watching OAN, and right
22  before this program, you saw a special documentary that
23  was produced by the CEO of MyPillow, Mike Lindell.  He
24  put a lot of money, put lots of time into this.  He went
25  around the nation collecting evidence that he believes

Page 187

1  proves there was voter fraud and election fraud.

2          Whether you believe it or not, and we know
3  what the Left's going to say, oh, you're inciting
4  violence by even saying the phrase.  No, I think in
5  America, you still have free speech.

6          So anybody to the Left that says that OAN
7  shouldn't be airing this or that we shouldn't even use
8  the phrase or term "election fraud," sorry.  It's called
9  free speech.

10          So joining me now is CEO of MyPillow, Mike
11  Lindell, to wrap our show up today.  Mike, we're going
12  to be airing this "Absolute Proof" two-hour documentary.
13  It just aired before this program, and it's going to air
14  all weekend long.

15          You paid for this.  These aren't the views
16  we're expressing on this network, but my opinion is, my
17  personal ones, Dan Ball, the host, because I can an
18  opinion, it's called free speech, is that yeah, there
19  was election and voter fraud.

20          The major networks even said there was,
21  they just said not enough to overturn it.  But that's
22  the question.  We don't know if there's enough because
23  they've never let us investigate and see the servers and
24  see the machines and see the ballots and the envelopes.
25  So tell folks if they didn't view it yet what they're

Page 188

1  going to see in this two-hour documentary that you
2  produced.

3      MR. LINDELL:  What they're going to see is
4  something they've never heard before and never seen, and
5  that's cyber forensics footprints.  They're going to
6  have -- they're going to see in there what -- which
7  country it came from, the ID of the computer, the IP
8  address where it came over here.  They have IP address
9  in their computer it broke into here, the actual ID
10  number of the computer, and then how many votes were
11  flipped, whether they got Internet.

12          It's a cyber footprint.  It's what the
13  government uses when they -- if you did an
14  investigation, this is what you'd be looking for
15  that time.

16          We have them from November 1st all the way
17  through the election.  It shows the -- a massive attack
18  on our country by China and other countries.  China did
19  60 percent of this.

20          It was all done through Dominion machines
21  and Smartmatic machines.  That was the tool they used.
22  And you know, you said it before there right at the top
23  of the show here.  Since I've launched this today,
24  YouTube took it down, Vimeo took it down.  Google put
25  out this story, this -- this Hogg story about inventing



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
189--192

Page 189

1 a pillow or something, we're coming up with a bill to
2 suppress all the -- if you search my lindellrecover --
3 or michaeljlindell.com where we put up the site, what
4 they do is they push that down so you don't see it --
5        DAN BALL: Uh-huh.
6        MR. LINDELL: -- but I just bought their
7 add- -- I just bought their address. I mean, we're
8 putting new stuff up. You can't suppress it.
9        Ten million people so far have watched this
10 documentary around the world. They're telling me over
11 in Australia and stuff, they're even trying to take it
12 down there. What? That's kind of strange, huh?
13       DAN BALL: Yeah.
14       MR. LINDELL: You know, but you -- you
15 watch this and you will -- by the -- you watch this, you
16 will see -- you'll see the experts that were there, the
17 government insiders that were there, generals, colonels.
18 These guys are all there.
19       These were -- this evidence came out very
20 late. I came -- I got a -- I just got it January 9th.
21 You know, January 9th. That's why they're going, well,
22 why did this come out late? Because we all know the
23 election was stole, it's just that they kept this down.
24       And boy, you mention a machine, it's like,
25 what? And I've told Dominion, sue me, you know. Now

Page 190

1 it's too late. Everybody knows about it now, so --
2        DAN BALL: Well, yeah, they just sued FOX
3 for -- FOX and some of their hosts, like that do what I
4 do, talks shows, for 2.7 billion yesterday, coming out
5 of Smartmatic, right, and Dominion because they're
6 pissed off?
7        MR. LINDELL: No. No. No. No. That's
8 fake. What -- that's fake. I guarantee you they didn't
9 sue them. That's all smoke and mirrors. That's to
10 scare other people not to talk about Dominion and
11 Smartmatic.
12       DAN BALL: Uh-huh.
13       MR. LINDELL: Did you see the lawsuit? Did
14 anybody see it? You know, everybody that I could --
15 Dominion hasn't sued me. They go, oh, Mike, they're
16 suing you. No, they don't.
17       Yesterday, Dominion, they sent me a letter,
18 and they said, now, if you're going to have these people
19 in your documentary, these have all been discredited.
20 Not one person is in my documentary that was on that
21 list.
22       So anybody out there, this is real
23 evidence, 100 percent proof. I wouldn't be doing all
24 this if I -- if I thought it wasn't a hundred percent.
25 It's a hundred percent.

Page 191

1        DAN BALL: Yeah.
2        MR. LINDELL: Just go watch the -- watch it
3 on your show, watch it on OAN.
4        DAN BALL: So Mike, all we could do -- and
5 we read a promo today just saying it was going to be on
6 our air, and they -- they suspended our Twitter account
7 for 12 hours. I think it's back up now. But it was
8 down for 12 hours just because we put an ad saying that
9 you bought time, you're running this documentary, it's
10 all you, and we put it on Twitter and bang, we got
11 suspended, and they said because it could incite
12 violence. That was their excuse, it could incite
13 violence.
14       MR. LINDELL: Incite violence.
15       DAN BALL: I've got to end with this. You
16 briefly touched on it right here. David Hogg. I'm not
17 going to say anything about this young man that is
18 negative because he was at the school when the shooting
19 happened in Parkland, but he has become a big activist,
20 a big antigun guy, there's a picture of him, and you
21 just mentioned it. He now all of the sudden yesterday
22 said he's going to start a pillow company to combat your
23 pillow company.
24       MR. LINDELL: No. No. Guys, no. Don't
25 even give him air time. That's not him. They're doing

Page 192

1 this to suppress the truth of --
2        DAN BALL: Right. Right.
3        MR. LINDELL: -- all of the elections.
4        DAN BALL: That's what I want you to get
5 out there, that it's fake.
6        MR. LINDELL: What they're doing is fake.
7 He's not doing that. I'm not even giving it time. I
8 haven't even responded. Nobody should. It's fake.
9 He's -- that's just so they push down the big story is,
10 guess what, 100 percent, we have the election fraud.
11       Watch my -- watch my video, the -- watch my
12 documentary, and you too will go, what? And what are --
13 what are people going to do about it? Because this
14 is -- you -- there's no statute of limitations on
15 something about a crime against humanity. That's what
16 this was. The whole world is watching.
17       DAN BALL: Yep. All right. It is
18 "Absolute Proof." It's going to air several times on
19 the OAN network. Again, Mike Lindell produced it,
20 solely, put it out there.
21       And like I said, Mike, the reason I invited
22 you on, I'm not going to read some statement like
23 NewsMax did or get up and walk off because I don't agree
24 with you, because that's a bunch of crap. If you can't
25 stand the heat, get out of the kitchen, Mr. Sellers.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
193—196

Page 193

1    I commend you for pushing forward and --
2 with your right to free speech. So I want to watch this
3 weekend, and we'll chat next week as well.
4        Mike, you take care. Have a good weekend.
5 Okay?
6        MR. LINDELL: Yeah. Thank you. Thanks,
7 guys. God bless. Thanks.
8        DAN BALL: All right. And there you go.
9 Let's keep it real and get real, right? Get real.
10       There was voter election fraud. How much?
11 Was it enough to change the election? Watch the
12 documentary. You decide. That's what we're about here
13 at OAN, free speech and free thought, unlike those other
14 mainstream media corporate lap dogs.
15       You have a great weekend. Relax, take it
16 easy. We're back here Monday. See you at 5:00 p.m.,
17 8:00 p.m. Pacific. Until then, folks, remember: Be
18 proud, be safe, and God bless.
19       (Clip ends.)
20    Q. (BY MS. WRIGLEY) Mr. Lindell, do you recall
21 doing that appearance with Dan Ball on Real America on
22 the OAN network talking about Absolute Proof?
23    A. Yeah. And I believe that was February 5th.
24 You said 8th before. It wasn't the 5th [sic], it was
25 the 5th.

Page 194

1    Q. The 5th of February.
2    A. Not the 8th. Yeah.
3    Q. So around the same day that you --
4    A. Yeah.
5    Q. -- put out Absolute Proof?
6    A. Yeah, the same day. Yeah.
7    Q. Okay. And in that appearance with Dan Ball on
8 the Real America show, you specifically mentioned that
9 the election fraud was done through the Smartmatic
10 machines, correct?
11    A. Yeah. They were added in there, yep.
12    Q. And you indicated that you had a hundred
13 percent proof of that, correct?
14    A. That's correct.
15    Q. Okay. And you also indicated that the
16 "Absolute Proof" documentary had seen by 10 million
17 people around the world, correct?
18    A. Yeah.
19    Q. Now, did you do a discussion or a screening
20 with Steve Bannon about "Absolute Proof" in addition to
21 the War Room podcast appearances?
22    A. What do you mean?
23    Q. Did you introduce a screening of "Absolute
24 Proof" with Mr. Bannon on OAN?
25    A. Yeah. He was -- he -- he was -- we wanted

Page 195

1 someone that would be subjective. He's not a machine
2 guy, as he says. So --
3    Q. Okay.
4    A. -- he was like -- I think I was the host and he
5 was like -- he would comment and give me all the hard
6 questions.
7    Q. And in connection with that screening with
8 Mr. Bannon, did you specifically mention the -- that the
9 Smartmatic machines were part of an attack on the
10 country in connection with the 2020 election?
11    A. I have no idea. No idea.
12    Q. Okay. Did you mention that Smartmatic is lying
13 about its machines not being connected to the Internet?
14    A. That their machines are all connected, a
15 hundred percent, I said that to all machines.
16    Q. Okay.
17    A. I've said that a million times, because they
18 are.
19    Q. Okay. And what's your basis for saying that,
20 Mr. Lindell?
21    A. What's my basis?
22    Q. Yes.
23    A. I have devices that show they're all on the
24 Internet and see --
25    Q. You have devices from Smartmatic, sir?

Page 196

1    A. Well, no. We can -- we can be in the same room
2 as Smartmatic and I have -- and we have the cast vote
3 records now from LA County, the cast vote records from
4 both 2020 and the 2022 election. I paid thousands of
5 dollars for them to get them right from the city, and I
6 got them from them.
7        It shows one hundred percent computer
8 manipulation. It actually matches, incidentally, with
9 Mesa County's image from Colorado, and -- which was
10 Dominion. They're identical. The algorithm stuff, it's
11 not -- there's no in between. You either have computer
12 manipulation online or you don't. There's no in
13 between. You don't have partial. And Smartmatic,
14 hundred percent guilty.
15    Q. Mr. Lindell, are you a computer expert?
16    A. Huh?
17    Q. Are you a computer expert?
18    A. No, but I'm a numbers expert --
19    Q. Right.
20    A. -- at deviations, beyond anybody you've ever
21 met, if you really want to know the truth.
22    Q. Do you know how to read source code?
23    A. Do I know source code? No, but I hire guys
24 that are really good --
25    Q. Okay.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
197–200

Page 197

1    A. -- the best in the world that have worked for
2 our government for years.
3    Q. Okay. Who are those guys, sir?
4        MR. KACHOUROFF: Okay. Hold on. I'm going
5 to object. If you start doing this staccato back and
6 forth that quickly, she's going to get --
7        THE WITNESS: Right.
8        MR. KACHOUROFF: -- irritated again.
9        So I -- Nicole, I need you to slow down as
10 well.
11        MS. WRIGLEY: Sure.
12    Q. (BY MS. WRIGLEY) Who are the guys that you
13 hired, sir?
14    A. I could list off so many of them. Well, we --
15 I've talked to generals and colonels. I told you that.
16 I've hired Conan Hayes, Sean Smith. But he's not paid,
17 but he's a -- he was a Colonel who worked with cyber
18 with the government. Oh, let's see. Yeah, Clay Parikh.
19 Walter Daugherity.
20        The list goes on. I could name 50 of them.
21 Ben -- Ben Cotton. These guys all worked for the
22 government. Another guy hired in Texas here, he worked
23 for the government. He validated the machines. This
24 guy is a -- the government stamps him. He's the one
25 that stamps them, that stamps them.

Page 198

1    Q. Any other names, sir?
2    A. I forget his name.
3    Q. Just their names.
4    A. No. Yeah, I don't know his name, but I could
5 name -- if I -- I just named some of them. There's at
6 least 30 that I've either hired directly or they did it
7 on their own and said here, this is -- Jeff O'Donnell's
8 another one.
9        Dennis Montgomery, he worked for the
10 government for 15, 20 years for the CIA. These are --
11 guys are the best cyber guys in the world. They're
12 White Hat hackers that have to block us from cyber
13 attacks, and they've all --
14    Q. So --
15    A. -- either worked for the government or they
16 worked with Hammer Scorecard, like General McInerney.
17 When you guys finally depose him, he was right there.
18 He's got -- you know, hearing it from a general? You're
19 going, okay, I kind of believe my generals, so...
20    Q. Mr. Lindell, can I --
21    A. But, yeah, and there's other ones too that
22 we've --
23    Q. I want to ask you about these -- this --
24 machines in LA County that you looked at. Have you
25 looked at them yourself, sir?

Page 199

1    A. What's that?
2    Q. Have you looked at the LA machines yourself,
3 sir?
4    A. No. My people did. They --
5    Q. Okay. And --
6    A. All of my people did.
7    Q. Please identify the specific names of every
8 individual that you understand has looked at machines
9 from LA County for the election in 2020.
10    A. Jeff O'Donnell.
11    Q. Okay.
12    A. I believe Walter Daugherity, Clay Parikh, Ben
13 Cotton, Conan Hayes, Todd Sanders. I could keep naming
14 them. I...
15    Q. Okay. And did any of those individuals have
16 access to the source code for the LA County VSAP voting
17 machines that were used in the 2020 election, sir?
18    A. I believe, yes.
19    Q. And how did they get that access?
20    A. I don't know. I don't know. But they do have
21 the cast vote records, which is under the Freedom of
22 Information Act. That's where I -- we -- we got it all.
23 We got it all from there.
24    Q. And do you have records of specific voters and
25 how they voted for in the 2020 election?

Page 200

1    A. You can't -- you can't get that. Cast vote
2 records don't show that --
3    Q. Okay.
4    A. -- machine analogy.
5    Q. That's private information, sir, right?
6    A. Yeah. Yeah. Yeah. You --
7    Q. Okay.
8    A. Yeah, you're very subtle.
9        THE COURT REPORTER: Okay. I didn't get
10 any of that because --
11        THE WITNESS: She's being sarcastic.
12        MR. KACHOUROFF: Stop. Stop, Mike.
13        THE WITNESS: She's trying to be funny.
14        MR. KACHOUROFF: Hey, hey, hey. Wait,
15 wait. Both of you are causing this.
16        THE WITNESS: Yeah.
17        MR. KACHOUROFF: You just need to slow
18 down, let him finish. I know he's long-winded, but
19 you're asking open-ended questions.
20        MS. WRIGLEY: Okay.
21        THE WITNESS: She was trying to be funny.
22 I caught her.
23        MR. KACHOUROFF: Okay.
24    Q. (BY MS. WRIGLEY) Okay. Sir, I've got --
25    A. Can I say one more thing there?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
201–204

1    Q.  Go ahead.

2    A.  A cast vote record is the one thing we can get

3  under the Freedom of Information Act, and I got

4  one-third of the United States before they deleted stuff

5  on September 3rd of 2022.

6        I reached out to every county.  But LA

7  County, I really wanted bad because that was your only

8  county, and we got that for both 2020 and 2022, and it

9  was the biggest deep dive you've ever seen.  And we also

10  have China tied into that, too, so --

11    Q.  Okay.  Okay, sir.

12    A.  -- it's very...

13        MS. WRIGLEY:  I'm just going to move to

14  strike as nonresponsive.

15        THE WITNESS:  Yeah.

16    Q.  (BY MS. WRIGLEY)  I'm going to show you a

17  couple more clips related to "Absolute Proof" playing on

18  OAN.  These are clips from what I believe is

19  February 11th where you appeared with Steve Bannon

20  talking about a screening of "Absolute Proof."

21        I've got two clips.  One of them is going

22  to be marked as Exhibit 601.

23        (Exhibit 601 marked.)

24    Q.  (BY MS. WRIGLEY)  I'm going to have my

25  colleague play 601.  And then Julie -- after it's over,

1  I'll have her play the second clip.  It's from the same

2  appearance, it's just a different clip.  They're both a

3  couple minutes.  And that will be marked Exhibit 602.

4        (Exhibit 602 marked.)

5        (Clip of Steve Bannon and Mike Lindell.)

6        STEVE BANNON:  To start this film off, what

7  people want to know, are you going to back down one

8  inch --

9        MR. LINDELL:  Never.  Absolutely never.

10  This isn't about --

11    Q.  (BY MS. WRIGLEY)  Mr. Lindell --

12        (Clip continues.)

13        MR. LINDELL:  -- I don't care if you're a

14  Democrat or Republican.  This was an attack on our

15  country.  These Dominion machines and Smartmatic, these

16  machines that were -- that are -- that were the -- that

17  were the tools of this attack, and we will never have

18  another fair election if we don't -- if we don't stop

19  them.  So I will never back down.

20        (Clip ends.)

21    Q.  (BY MS. WRIGLEY)  Okay.  Before we play the

22  second clip, Mr. Lindell, I would just ask during this

23  deposition -- I know you were on your phone texting, but

24  that's -- unfortunately for you, it's not allowed.  I

25  can't have you communicate while you're on the record --

1    A.  No, I know.

2    Q.  -- and testifying with anyone.  Particularly, I

3  don't know who you're texting with or communicating,

4  but if --

5        (Crosstalk.)

6    A.  It's my company you've tried to destroy, so

7  it's okay.

8    Q.  (BY MS. WRIGLEY)  Okay.  But if you need to

9  take a break at any point in time, we can take a break,

10  but I can't have you communicating --

11    A.  Okay.

12    Q.  -- with somebody outside of this room when

13  we're on the record, sir.

14    A.  Yeah.

15    Q.  Do you understand?

16    A.  Yeah, I got it.

17    Q.  Okay.  You didn't -- I'm sorry.  You didn't

18  look at me, and I just would ask for a little respect --

19    A.  Yeah, I got it.

20    Q.  -- a little bit of respect, okay?  You

21  understand?

22    A.  Yeah.

23    Q.  Okay.  Were you able to watch the clip, sir?

24    A.  Yeah.  Yeah, I see the clip.

25    Q.  Okay.  I'm going to play a second clip.  This

1  is Exhibit 602.

2    A.  Okay.

3        (Clip of Steve Bannon and Mike Lindell.)

4        STEVE BANNON:  What would you tell the

5  audience?  And then how are you going to back up these

6  assertions by Colonel Waldron, the cyber warfare expert?

7        MR. LINDELL:  Well, I'll tell you, if

8  you're caught cheating in a poker game, what do you do?

9  Of course, you start lying.  And they're all liars

10  there.  They're lying.  They're boldface lying.

11        I mean, the easier part about it not going

12  online, if you're Dominion or Smartmatic, I mean, that's

13  been proven ten times over.  So if you lie a little bit,

14  usually you're lying a lot.  And this is all going to

15  come out.

16        When you asked me about that other guy,

17  we -- you know, that remains to be seen.  Is he -- does

18  he really -- is he really that naive that he doesn't

19  know what happened, or is he lying?  And then you know

20  what?  What do you lie for?  You usually lie to cover

21  something up.

22        You know, I went out here with everything I

23  have, because I'm a hundred percent, 100 percent that we

24  have all the proof.  That's why it's called "Absolute

25  Proof."



MICHAEL J. LINDELL                                      June 11, 2024
SMARTMATIC USA vs LINDELL                               205—208

Page 205

1      (Clip ends.)
2      Q.   (BY MS. WRIGLEY)  Okay.  Mr. Lindell, I have
3  one more clip.  This is the third clip from the
4  screening with Mr. Bannon.
5          MS. WRIGLEY:  Before I do that, that one
6  will be marked --
7          MS. LOFTUS:  603.
8          MS. WRIGLEY:  -- 603.
9          (Exhibit 603 marked.)
10     Q.   (BY MS. WRIGLEY)  Do you recognize you on that
11 video, sir?
12     A.   (Witness indicated by nodding his head
13 affirmatively.)
14     Q.   I'm sorry.  You have to give an oral response.
15     A.   Yes.  Yes.  I recognize the tie.
16     Q.   One more -- one more clip, sir.
17     A.   I lost that one.
18         MS. WRIGLEY:  Go ahead.
19         (Clip of Steve Bannon and Mike Lindell.)
20         MR. LINDELL:  And I -- my -- part of my due
21 diligence -- that's been all this week.  I -- I want to
22 go back to where this all started in Venezuela.  It all
23 started in Venezuela with Smartmatic, not Dominion and
24 the other one.  It was with Smartmatic.  And I have --
25 we're going to have the gal -- all this gal -- I'll

Page 206

1  put all -- that evidence, I will put up on my
2  michaeljlindell.com website.
3          (Clip ends.)
4      Q.   (BY MS. WRIGLEY)  Okay.  Do you recall doing
5  appearances or discussions with Mr. Bannon at OAN in
6  connection with "Absolute Proof" being screened on that
7  network?
8      A.   Yeah --
9      Q.   Okay.
10     A.   -- from what I recall.  It's three years ago,
11 but yeah.
12     Q.   And you recognize that you're --
13     A.   Yeah.  Yeah.
14     Q.   You recognize you're in those clips with
15 Mr. Bannon?
16     A.   Yeah.  Yeah.
17     Q.   And in those clips, you are specifically
18 mentioning Smartmatic machines being part of an attack
19 on the country in connection with the 2020 election,
20 correct?
21     A.   It's right there.  I talked about Venezuela,
22 and we have a separate investigation on that, so...
23     Q.   Okay.  But you -- you did mention Smartmatic in
24 connection with the 2020 election?
25     A.   Yeah.  Yeah.  Yeah, I mentioned Smartmatic.

Page 207

1  Absolutely.
2      Q.   Okay.  And you mentioned Smartmatic, along with
3  Dominion, being boldface lying about its machines not --
4      A.   A hundred percent saying they're not on the
5  Internet, yes.
6      Q.   Okay.  And you mentioned that's been a lie on
7  this appearance with Mr. Bannon, correct?
8      A.   And he's -- yeah, still lying.
9      Q.   And in this appearance promoting "Absolute
10 Proof" with Mr. Bannon, you were tying Smartmatic to
11 election fraud in connection with the 2020 election,
12 right?
13     A.   Basically, what I said there, it all started in
14 Venezuela with Smartmatic.  By that time, I had also
15 started a whole other investigation.  That's what I
16 teased there.
17     Q.   Yep.  And you're -- you're -- specifically
18 mentioned Venezuela in there, correct?
19     A.   Yep.
20     Q.   Okay.  And in the months after you taped
21 "Absolute Proof" in 2021, did you give additional media
22 appearances in order to specifically talk about
23 Smartmatic in connection with election fraud?
24     A.   Nobody would -- nobody would have me on because
25 you guys scared them off.

Page 208

1      Q.   Okay.  Now, you had mentioned that in one of
2  those clips that it all started in Venezuela with
3  Smartmatic, correct?
4      A.   I said that we had evidence now that it did.
5  We -- I hired a company, it was like, I don't know, a
6  couple hundred thousand dollars, and they did a deep
7  dive into the genesis of all of this, and Smartmatic --
8  and there was also some -- there was also work that kind
9  of validated what Sidney Powell had been putting out
10 that I had heard.
11         But I wanted to find my own due diligence,
12 and we did our own, and it goes back to Venezuela.  I
13 actually talked to people in Venezuela.  The underground
14 there had them on crying and saying, you know, to -- and
15 telling us what had happened in Venezuela with their
16 country being taken over by the machines.
17     Q.   Are you aware that Smartmatic blew the whistle
18 on the government of Venezuela years before the 2020
19 election, sir?
20     A.   Was what?
21     Q.   Are you aware --
22         MR. KACHOUROFF:  Objection, assumes facts
23 not in evidence.
24     Q.   (BY MS. WRIGLEY)  Are you aware that Smartmatic
25 blew the whistle on the government of Venezuela a number



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
209–212

Page 209

1  of years prior to 2020?
2      A.  I'm -- I don't know, but -- I'm not aware of
3  that, but I'm sure you had a hidden agenda there, too.
4      Q.  And whenever you bring up or in the past when
5  you've brought up Smartmatic in connection with
6  Venezuela, are you mentioning Venezuela for any
7  particular reason, sir?
8      A.  Because of many -- because there's about -- I
9  don't know how many countries now have been taken by the
10  voting machines, and the last one being Brazil, which is
11  a good friend of mine, President Bolsonaro.
12          Argentina, one judge made a ruling last
13  year to get rid of the machines, and they had a fair and
14  free election.
15          I met a guy named Clint Curtis.  He's a
16  Democrat.  He set the first algorithms in all your
17  machines to steal elections.  It's very public.
18          The Netherlands said how do -- what do we
19  do now that you put these in there?
20          THE COURT REPORTER:  Will you slow down,
21  please.
22      A.  He said what did you do now that the
23  Netherlands -- the Netherlands asked him, what do we do
24  now that you set this way to cheat with these machines?
25          And the Netherlands said -- he said there's

Page 210

1  nothing you can do.  In five months, the Netherlands
2  switched over to paper ballots hand counted.  His name
3  is Clint Curtis.  He's been very vocal.  He's a
4  Democrat.  But the Republicans used it against him, and
5  so he blew the whistle on them like in 2005, 2006.
6      Q.  (BY MS. WRIGLEY)  Mr. Lindell, do you have a
7  vendetta against Smartmatic?
8      A.  No.  All machines, they got to go.  We've got
9  to save our country.  I want the American dream.  I have
10  lived the American dream, from going from a crack addict
11  to where I'm at now with all these employees and stuff,
12  and that's all I want.
13          I want the -- there's no vendetta.  I want
14  all computers gone in our elections, that's it.  You
15  could call it ES&S, Smartmatic, Hart, Diebold, it
16  doesn't matter.
17      Q.  I'm going to hand -- I've handed to you what's
18  been marked as Exhibit 604, sir.
19          (Exhibit 604 marked.)
20      Q.  (BY MS. WRIGLEY)  I'll represent you're not in
21  this E-mail, but it is produced by the defendants, and
22  it's from the MyPillow E-mail account.  This is DEF
23  026318.
24          And I'll walk you through this document.
25  Do you see at the bottom, the first E-mail in this chain

Page 211

1  is from a Mona Bagsby --
2      A.  Uh-huh.
3      Q.  -- at Main Street Media?
4      A.  Right.
5      Q.  Do you know Main Street Media?
6      A.  Never heard of them.
7      Q.  Have you heard of Main Street Media Tennessee?
8      A.  Never heard of them.
9      Q.  So you see that Mona Bagsby E-mailed Dawn
10  Curtis on February 17th, 2021?
11      A.  Right.
12      Q.  The subject was Main Street Media TN, Main
13  Street Today with Devon O'Day Show.  Do you see that?
14      A.  Yeah.
15      Q.  Okay.  In that E-mail, Mona writes, "Hi, Don.
16  I sure miss working with you.  I would love to have
17  Mr. Mike Lindell on our show."
18      A.  Right.
19      Q.  "I don't have his personal assistant's info.
20  It was on my computer at WSM.  Could you possibly put me
21  in touch?  I have him in my phone with his cell phone,
22  but I respect his privacy and would rather go through
23  the correct channels.  If you could help me with that, I
24  would really appreciate it."  Do you see that?
25      A.  Yeah.

Page 212

1      Q.  And then do you see at the top that a response
2  comes from Katelyn Gamlin?
3      A.  Uh-huh.
4      Q.  And she's your executive assistant?
5      A.  Yeah.
6      Q.  And in 2021, was Katelyn Gamlin scheduling
7  media appearances for you, Mike Lindell?
8      A.  She was screening them.
9      Q.  I'm sorry.  What?
10      A.  She screened this one, yes.
11      Q.  Okay.  And she responded to Mona saying, "Thank
12  you for the time to reach out.  My name is Katelyn, and
13  I'm Mike Lindell's scheduler.  Unfortunately, at this
14  time we are not scheduling any additional interviews
15  unless the topic can be on Dominion and Smartmatic
16  machines.  If that is not a topic available for
17  discussion, we are not able to accept at this time."  Do
18  you see that?
19      A.  Uh-huh.
20      Q.  Do you know whether you did an appearance with
21  Main Street Media in 2021?
22      A.  I don't know, but I will say this, the point
23  was that was -- that goes right in with every media we
24  went on, they're going, oh, you're getting cancelled,
25  you're getting cancelled, but I couldn't tell them why.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
213—216

Page 213

1 So I'm going to save time. If I can't bring up the
2 machine companies and say here's why we're getting
3 cancelled, we want paper ballots hand counted, if I
4 couldn't do that, I'm not going to waste my time with
5 this media, whoever this was in Tennessee.
6    Q. Okay.
7    A. That's what this is screening.
8    Q. In 2021, were you not doing media appearances
9 unless you could talk about Smartmatic?
10    A. No, that's not true. I was doing all kinds of
11 media appearance as -- they wanted me on -- Fox Sports
12 cancelled you, Mike. This cancelled you. I would take
13 anything I could, but I wanted to say why I was getting
14 cancelled.
15    Q. You wanted to identify --
16    A. Because I wanted to get rid of the machine
17 companies. Had nothing to do with Smartmatic or
18 Dominion. You could include ES&S in there. You guys
19 are just the biggest names out there because you sued
20 everybody.
21        MR. KACHOUROFF: Nicole, was that 604?
22        MS. WRIGLEY: That was 604, yes. I'm about
23 to mark 605.
24        MR. KACHOUROFF: Okay.
25        MS. WRIGLEY: And then maybe one more, and

Page 214

1 we'll take a break for lunch.
2        (Exhibit 605 marked.)
3    Q. (BY MS. WRIGLEY) I'm going to hand to you
4 Exhibit 605 --
5        MR. KACHOUROFF: Thank you.
6    Q. (BY MS. WRIGLEY) -- Bates stamped DEF 009706.
7 Two pages. I'm going to start you at the back of this
8 document because the E-mail -- the first E-mail in the
9 chain is at the back. Can you go to the second page,
10 sir?
11    A. Yep.
12    Q. Do you see that there's a -- in the middle,
13 there's an E-mail on February 18th, 2021 from a
14 chris@humorusmathematicians, and it's a Chris Deluge,
15 cofounder and editor in chief?
16    A. Uh-huh. Yes.
17    Q. He writes, "Hello there. I would like to see
18 if I can get some info. We're doing a podcast
19 appearance by Mike Lindell. We have millions of
20 followers on our website. I would love to give Mike an
21 open platform with no censorship to discuss the election
22 fraud evidence, as we see how much this truth is being
23 censored. Please let me know whenever you can regarding
24 what it would take to make something like this happen."
25 Do you see that?

Page 215

1    A. Yeah.
2    Q. And then if you go to first page, do you see
3 that KG, Katelyn Gamlin, responds to Chris? It's at the
4 very bottom. It's on February 19th. Do you see that,
5 sir?
6    A. Yes.
7    Q. She writes, "Hello, Chris. Thanks for taking
8 the time to reach out. Before I'm able to look into
9 Mike's calendar, can you please provide a little more
10 information on your show, such as your show's reach,
11 guests you've had on, length of interview, open dates,
12 times, if it's audio, video, all the topics you'd
13 interested in and if the topic of Smartmatic or Dominion
14 and Smartmatic machines are able to be discussed." Do
15 you see that?
16    A. Right.
17    Q. And then do you see that there's a response by
18 Chris?
19    A. Yes.
20    Q. And he says, "Hey KG. For starters, we very
21 specifically want to talk about Dominion and Smartmatic.
22 Nothing will be off the table. We just want to give
23 Mike another platform." Do you see that?
24    A. Yes.
25    Q. Do you recall whether or not you appeared on

Page 216

1 this podcast?
2    A. Absolutely no idea.
3    Q. Okay. Do you recall appearing on podcasts and
4 talking about Smartmatic and election fraud in February
5 of 2021, sir?
6    A. If I could get on anything I could get on and
7 they would let me talk about why I was getting cancelled
8 and to save our country to get rid of these machines,
9 hundred percent.
10    Q. Okay.
11    A. But after February 5th, very few would have me
12 on. That's why I had to create FrankSpeech.
13    Q. In February of 2021, you wanted to get on --
14 wanted to get in the news or be with media talking about
15 Smartmatic machines, correct?
16    A. No. I wanted to get on the news to get rid --
17 to talk about their elections, to get rid of all machine
18 companies. You just happen to be one of them.
19    Q. Smartmatic does?
20    A. Yeah, absolutely.
21    Q. Okay. Now, in 2021, did you talk to any
22 election officials about not using Smartmatic voting
23 machines?
24    A. Say that again.
25    Q. In 2021, did you talk to any election officials



Page 217

1 about not using Smartmatic voting machines?
2    A. What do you mean by that?
3    Q. Did you talk to any election officials anywhere
4 in the country and the world and said don't use
5 Smartmatic voting machines?
6    A. I think I was very vocal. You can't keep going
7 to election officials. Which election officials was
8 I -- was going to go to? Biden? I mean, I wasn't going
9 to go into D.C., I'll tell you that, when he banned
10 MyPillow from coming in there and bringing reserves that
11 were laying in a garage on the ground with no pillows,
12 our armed forces, and I couldn't bring a MyPillow truck
13 in there because he wouldn't let me bring them free
14 pillows.
15        So no, I did not talk to our government
16 officials at that time.
17    Q. Have you ever talked to any election officials
18 about not using Smartmatic voting machines, ever?
19    A. Oh, about all voting machines. I don't bring
20 up specific Smartmatic. I've included ES&S. Now that
21 I've learned we have Hart, ES&S, all of these machines.
22 It's one big blob. They're all together.
23    Q. Okay.
24    A. It happened in every county, in every state.
25 It wasn't just LA County.

Page 218

1    Q. Do you understand whether any of these -- that
2 whether or not these voting companies, ES&S, Hart
3 InterCivic, Dominion, Smartmatic, whether they're all
4 separate companies or whether they're the same, sir?
5    A. No, they're all separate, but they're all tied
6 together through the Internet, because they're all
7 online.
8    Q. Okay.
9    A. And I've got cast vote records for all of them.
10 So you're all guilty.
11    Q. Okay.
12    A. Guilty.
13    Q. One more document. Sir, I'm going to hand you
14 what's been marked as Exhibit 606. Okay?
15        (Exhibit 606 marked.)
16    A. Okay.
17    Q. (BY MS. WRIGLEY) For the record, this is DEF
18 083580. This is part of a larger text chain. This one
19 is an excerpt, Pages 1 and 35, and it's a text chain
20 between Mike Lindell and Alexa, Wall Street Journal.
21        Sir, are you -- can you look at the top for
22 me, please.
23    A. Uh-huh.
24    Q. Do you see this is a text chain between
25 yourself and Alexa at The Wall Street Journal?

Page 219

1    A. Uh-huh.
2    Q. Do you see at the top it starts February 26,
3 2021?
4    A. Uh-huh.
5    Q. Do you know an Alexa at The Wall Street
6 Journal?
7    A. I know she's on my phone. I have every --
8 every journalist is on my phone in the whole country.
9    Q. Okay. You like to talk to journalists, don't
10 you, Mr. Lindell?
11    A. Huh?
12    Q. You like to talk to journalists?
13    A. Do I like to talk to them?
14    Q. Yes.
15    A. I like to try and save our country, and I'll
16 sit there and talk to them and tell them every
17 conversation is to get rid of these machines and go to
18 paper ballots hand counted.
19        You can ask every journalist in this
20 country that makes -- they're all on the Left because
21 the Right ones, once again, they're afraid to talk
22 because of lawfare.
23    Q. Putting aside election fraud, do you like to be
24 in the news, Mr. Lindell?
25    A. Huh?

Page 220

1    Q. Do you like to be in the news?
2    A. Do I like to be in the news? Only to try and
3 save our country.
4    Q. Okay.
5    A. My voice, if you suppress that --
6    Q. And prior to the 2020 election --
7    A. If you read my book, you know I was very much
8 afraid of public speaking, if you've read my book, and I
9 think you should.
10    Q. Mr. Lindell, let me ask you this: Prior to
11 2020, did you like to be in the news, sir?
12    A. Prior to 2020, the only thing I was in the
13 news -- not prior to 2020. You're going to have to go
14 back when I first went on TV with MyPillow if you want
15 me to take you back to the transition. I was petrified
16 to talk in front of any crowds.
17        I could do commercials for MyPillow.
18 Because when I have a compassion or passion for
19 something, when I believe in something, I don't stop. I
20 can talk your ear off. But when I -- if something --
21 just smalltalk or talking, no. No.
22    Q. In 2021, how many media appearances do you
23 think you did?
24    A. I have no idea. Not as -- probably not as many
25 as 2020, because 2020 when I was banned from talking.



Page 221

1    Q.  Why do you have all these journalists' numbers
2  in your phone?
3    A.  What's that?
4    Q.  Why do you have all these numbers in your
5  phone?
6    A.  Because they attack me every single day or
7  almost weekly to do stories.  They do it for their
8  glamour stories, that Mike Lindell, this conspiracy.
9  Mike Lindell's losing MyPillow.  Mike Lindell just lost
10  another hundred million.  Will he ever shut up?  Mike
11  Lindell, you know.  The Wall Street Journal, they're
12  all -- what I do now is I make them read my book, and
13  then they're torn, like when I was on Jimmy Kimmel.
14        But I will do whatever it takes to get the
15  word out to save our country, and that's it.  And this
16  has nothing to do with Republican or Democrat.  It has
17  to do with get rid of computers in our election, period.
18        Why do you think I'm being attacked now?
19  It's not over the 2020 election.  It's because I came
20  out with a plan last August to secure our elections.
21  I -- we're going county by county to get rid of these --
22        THE COURT REPORTER:  Slow down, please.
23    A.  We're going county by county to get rid of
24  these voting machines.  We've got over 250 committed to
25  go to paper ballots hand counted.

Page 222

1    Q.  (BY MS. WRIGLEY)  You personally are going
2  county by county, sir?
3    A.  My team.  I have over 300,000 people in all 50
4  states.
5    Q.  Now, if you can look at Exhibit 606, please.
6    A.  Uh-huh.
7    Q.  This chain starts on February 16, 2021.  Do you
8  see that?
9    A.  Uh-huh.
10    Q.  And Alexa from The Wall Street Journal texts
11  you.  "Hi, Mike.  It's Alexa Corse from The Wall Street
12  Journal."
13    A.  Yeah.
14    Q.  "I'm sorry we didn't connect last week.  Do you
15  have ten minutes to chat on the phone today about voting
16  machines?"  Do you see that?
17    A.  Uh-huh.
18    Q.  And then on the 22nd of February, 2021, she
19  texts you.  "Hi, Mike.  I just E-mailed you Dominion's
20  lawsuit."  Do you see that?
21    A.  Uh-huh.
22    Q.  And you said "Thanks," correct?  Do you see
23  that?
24    A.  Yes.
25    Q.  She responds, "Hi, Mike.  Can you send the list

Page 223

1  of retailers who dropped MyPillow?"  Do you see that?
2    A.  Yes.
3    Q.  And then you say, "Yes," correct?
4    A.  Uh-huh.  Yes.
5    Q.  And so she's asking for information from you,
6  and you're providing it, correct?
7    A.  That's correct.
8    Q.  And this is The Wall Street Journal, right?
9    A.  Right.
10    Q.  Okay.  Then she says, "Thank you.  I will
11  affirm message about that."  Do you see that?
12    A.  Yes.
13    Q.  And she seems pretty friendly in this text to
14  you, correct?
15    A.  They all -- they all act that way.
16    Q.  Okay.  And then do you see that she also says,
17  "Hi, Mike.  It's Alexa from WSJ.  Have you been served
18  with the Dominion lawsuit yet?"  Do you see that?
19    A.  Yep.  Yes.
20    Q.  And it continues on the next page.  This is
21  January 18, 2022.
22    A.  Yeah.
23    Q.  "Hi, Mike.  It's Alexa Corse from The Wall
24  Street Journal.  Do you have a comment on Smartmatic
25  suing you today?"  Do you see that?

Page 224

1    A.  Yeah.
2    Q.  And you wrote her back, correct?
3    A.  Yes.
4    Q.  And you wrote, "It's a great day for America!"
5    A.  That's correct.
6    Q.  And you were glad Smartmatic sued you, correct?
7    A.  What's that?
8    Q.  You were glad that Smartmatic sued you?
9    A.  Both of you, because we could finally get the
10  evidence, the terabytes, in your hands, which you have in
11  your hands.  You've had them for a long time now.
12    Q.  And, Mr. Lindell, you essentially provoked
13  Smartmatic into suing you, correct?
14    A.  Provoked what?
15    Q.  You essentially provoked Smartmatic into suing
16  you, correct?
17    A.  No.  No, that's not true at all.
18    Q.  What --
19    A.  Because remember, my lawyer sued them first.
20  Smartmatic tried to hide, like all the machine
21  companies, of all the corruption of their machines being
22  online, and I want to save our country.  I care about
23  America and I care about my children and grandchildren.
24  That's all I care about is saving our country.
25        And I'm sorry you work for a company that



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
225—228

Page 225

1 has electronic voting machines. Nothing against you
2 personally. You're just doing your job. You picked a
3 bad company to work for.
4    Q. Mr. --
5    A. But the reason I say it's a great day for
6 America, because finally we could get exposed and get
7 exposes. But we learned so much in the last three
8 years. We were able to get the cast vote records from
9 LA County. We were able to find out China directly
10 involved with LA County. So many things now that we
11 have on you guys, I don't even know why we're here, but
12 that's okay. We go through the process.
13    Q. Mr. Lindell, you came out with "Absolute Proof"
14 in -- on February 5th --
15    A. Yeah.
16    Q. -- 2021, correct?
17    A. Right.
18    Q. And Smartmatic hadn't sued you by that time,
19 right?
20    A. That's correct.
21    Q. And you mentioned Smartmatic in that
22 documentary, correct?
23    A. Yeah.
24    Q. And you did a number of documentaries in the
25 months after "Absolute Proof" where you, again,

Page 226

1 mentioned Smartmatic in connection with election fraud,
2 correct?
3    A. Uh-huh.
4    Q. And Smartmatic had not sued you in those
5 months, correct?
6    A. You know, I watched the movie Kill Chain.
7 Okay?
8    Q. Mr. Lindell --
9    A. I watched the movie Kill Chain -- let me
10 finish. You say that.
11       And in Kill Chain, my own senator, Amy
12 Klobuchar, she's a Democrat, and Kamala Harris, the Vice
13 President, they all mention in there, hey, these four
14 companies control all our elections, and they said,
15 we've got to stop this. And they name Smartmatic, Hart,
16 Dominion and one other one.
17       And Amy Klobuchar, you guys didn't sue her.
18 Was that provoking you? She was -- her freedom of
19 speech. It's the movie Kill Chain. I watched it. I'm
20 going to, wow, even the Democrats want these machine
21 companies gone. You guys -- was that provoking you?
22 No. That was their concern because of these machines.
23 She -- you just happen to be one of the brands. That's
24 it.
25       MS. WRIGLEY: Mr. Lindell, I'm going to

Page 227

1 move to strike as nonresponsive.
2    Q. (BY MS. WRIGLEY) Let me ask you this: When
3 "Absolute Proof" came out, had Smartmatic sued you at
4 that point in time?
5    A. No. You just sued Fox News.
6    Q. Okay. And when you put out "Absolute
7 Interference," had Smartmatic sued you at that point in
8 time, sir?
9    A. No.
10    Q. Okay. When you put out "Scientific Proof," had
11 Smartmatic sued you at that point in time?
12    A. Nope. They waited a year.
13    Q. Okay. And you mentioned Smartmatic being
14 involved in the 2020 election in both "Scientific Proof"
15 and "Absolute Interference," correct?
16    A. I don't know. I haven't seen Scientific Proof.
17 I think that was Doug Frank, and he's a scientist.
18    Q. Now, you also did a Cyber Symposium in August
19 of 2021, correct?
20    A. That's correct.
21    Q. And that was over the course of one or
22 two days, correct?
23    A. Three days.
24    Q. Three days. And you mentioned Smartmatic in
25 connection with that Cyber Symposium?

Page 228

1    A. I don't know if I did. I mentioned all
2 machines there, every state.
3    Q. And had Smartmatic sued you at that point, sir?
4    A. No.
5    Q. And in promoting "Absolute Interference," you
6 talked to Steve Bannon and you talked to Dan Ball on One
7 America News, and you basically said that you wanted
8 Smartmatic to sue you, correct?
9    A. Yeah, so we could get the evidence out there
10 because --
11    Q. And you wanted Dominion to sue you, correct?
12    A. So we could get the evidence, correct.
13    Q. And at that time point in time, Smartmatic had
14 not sued you, correct?
15    A. That's correct.
16    Q. And then later that year, at the end of 2021,
17 you, yourself sued Smartmatic, correct?
18    A. No. That was early in '21, but the lawyers
19 sued Smartmatic.
20    Q. Smartmatic or Dominion, sir?
21    A. Smartmatic and Do- -- no, just -- I don't know.
22 Both, I guess --
23    Q. And --
24    A. -- after Dominion had sued me.
25    Q. Your claims against Dominion were dismissed by



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
229–232

Page 229

1 a federal judge, correct?

2    A. Yes, on the second day of the Cyber Symposium.

3 Very suspicious.

4    Q. And you find that dismissal suspicious,

5 correct?

6    A. Yeah, very suspicious.

7    Q. Okay. And you think that there's a federal

8 judge in the District of Columbia involved in protecting

9 Smartmatic, right?

10    A. Here's my statement to that: I find it very

11 strange that Smartmatic would not have opened up their

12 machines for the world and say, hey, we don't have

13 nothing to hide.

14        And then they sue, not Mike Lindell, but

15 they sue MyPillow a year later, that it was some

16 elaborate scheme for their CEO to make money using promo

17 codes, when we -- at that point, we had lost $300

18 million, and we were in disarray. And I'm a pretty good

19 marketer. You said it earlier in the -- I think you're

20 a pretty good marketer. I think I'd quit doing

21 something like that if I didn't believe what I was

22 doing. It doesn't matter if we don't have a country.

23 You know, that's the whole point.

24    Q. Mr. Lindell, I want to ask you a couple of

25 questions about Smartmatic. Who's the CEO of

Page 230

1 Smartmatic?

2    A. I don't know right now. I have all that data.

3 I don't have it right now in front of me.

4    Q. Okay. How many employees does Smartmatic have

5 in the United States?

6    A. I don't know currently.

7    Q. Okay.

8    A. Don't know -- do you know how many I have? I

9 don't know how many you have.

10    Q. I do now how many you have, sir.

11        But I want to ask you about Smartmatic.

12 Are you aware that Smartmatic employs people who work in

13 the United States, sir?

14    A. I know they've got a lot overseas, too, but

15 yeah, they've got some, I suppose, in the United States.

16    Q. Okay. Okay. And do you know where Smartmatic

17 has offices in the United States?

18    A. I think I know where a couple are, but I don't

19 know now.

20    Q. Have you ever been to one of the offices of

21 Smartmatic?

22    A. No.

23    Q. Okay. Have you ever talked to an employee of

24 Smartmatic, sir?

25    A. Yes.

Page 231

1    Q. Who?

2    A. I'm not naming his name. It's a whistleblower.

3    Q. It's a whistleblower. What's his name, sir?

4    A. I'm not naming your name -- a name -- a name.

5 I don't know it right now. I can't even remember.

6    Q. When did he work for Smartmatic?

7    A. Huh?

8    Q. When did he work for Smartmatic?

9    A. I think in 2020.

10    Q. What did he do?

11    A. I don't know. I don't know right now.

12    Q. How do you know he worked for Smartmatic?

13    A. I don't know that either.

14    Q. Okay.

15    A. You asked me if I knew an employee. He said he

16 was.

17    Q. How many countries does Smartmatic provide

18 election technology or services for in the world, sir?

19    A. I don't know that. I know that it's very

20 corrupt in the Philippines. I'm friends with a lot of

21 people in the Philippines, senators and stuff, and I

22 know they got into all kinds of trouble with the

23 corruption. I know there's a big lawsuit against them

24 going on in Florida right now for all the stuff they've

25 done overseas. I don't know the details on it. I heard

Page 232

1 it's going to break everything open, and all this goes

2 away, too.

3        MS. WRIGLEY: Okay. I'm going to move to

4 strike as nonresponsive.

5    Q. (BY MS. WRIGLEY) How many countries do you

6 know, one way or the other, Smartmatic provides election

7 technology and services in the world?

8    A. I don't know that, their current footprint.

9    Q. Okay. How long has Smartmatic been in

10 business, sir?

11    A. I believe since around the year 2000.

12    Q. Around the year 2000. And how do you know

13 that?

14    A. Huh?

15    Q. How do you know that?

16    A. From the research this guy did that we paid a

17 quarter million dollars to do massive research and deep

18 dive into the genesis of Smartmatic. We have little

19 charts of all the people that -- this corrupt guy over

20 here, this guy and this guy over here and this guy.

21 It -- this was a massive report we got.

22    Q. And who did you pay that -- who did you pay to

23 do that report on Smartmatic, sir?

24    A. I'd have to get the name from my lawyer.

25 That's -- I had a different lawyer then. We -- he hired



Page 233

1 them at that time, this whole company.  I don't know --
2 I don't remember his name.
3     Q.  Now, if you can look back to Exhibit 606, at
4 the end of this text that you're having with The Wall
5 Street Journal, do you see at the end you texted her and
6 said, "I am so happy they finally sued me...now we can
7 add them to the evidence and depose them"?
8     A.  That's right.
9     Q.  "Now, if ES&S voting machines would hurry up
10 and sue...we would have the most" -- "we would have most
11 of the corrupt machine companies."  Do you see that?
12     A.  That's correct.
13     Q.  Okay.  Do you recall being on Pete Santilli's
14 show to talk about Smartmatic in 2021?
15     A.  I have no idea.  I just -- no idea.
16     Q.  Do you know who Pete San- --
17     A.  I know who Pete Santilli is.
18     Q.  Did you appear on Pete Santilli's show?
19     A.  I don't know.
20     Q.  Did you appear on Mr. Santilli's show in 2021?
21     A.  I don't know.
22     Q.  Did you appear on that show and talk about
23 Smartmatic in 2021?
24     A.  I don't know.
25         MS. WRIGLEY:  Okay.  We're going to take a

Page 234

1 break for lunch.
2         THE WITNESS:  Okay.
3         THE VIDEOGRAPHER:  And we're going off the
4 record at 1:15.
5         (Lunch recess.)
6         (Exhibits 607-610 marked.)
7         THE VIDEOGRAPHER:  And we're back on the
8 record at 1:45.
9     Q.  (BY MS. WRIGLEY)  Mr. Lindell, I'm going to
10 hand you Exhibit 611.
11         (Exhibit 611 marked.)
12     A.  Okay.
13     Q.  (BY MS. WRIGLEY)  For the record, this was
14 marked as an exhibit to the complaint, and it contains
15 screenshots from "Absolute Interference."
16         And actually, before I ask you some
17 questions about this, do you recall putting out a
18 documentary movie called "Absolute Interference"?
19     A.  Yes.
20     Q.  And when did you release "Absolute
21 Interference"?
22     A.  I think around the end of April '21.
23     Q.  Okay.  April of '21?
24     A.  April of '21.
25     Q.  Okay.  Looking at Exhibit 611, it's got a

Page 235

1 number of screenshots from that, and I want to walk
2 through some of them with you, Mr. Lindell.
3     A.  Uh-huh.
4     Q.  Do you see screenshot A, which is the first
5 page in, and it says, "Mike Lindell presents 'Absolute
6 Interference'"?  Do you see that image?
7     A.  Yep.
8     Q.  And do you recognize that as an image that appeared
9 in connection with your "Absolute Interference"
10 documentary?
11     A.  The "Absolute Proof" [sic] one, right?  If I
12 had a chance, I do, yes.
13     Q.  And the subtitles here states, "The sequel to
14 'Absolute Proof' with new evidence foreign and domestic
15 enemies used computers to hack the 2020 election."  Do
16 you see that?
17     A.  Yes.
18     Q.  And was that the subtitle for "Absolute
19 Interference"?
20     A.  Yes.  Yes.
21     Q.  And "Absolute Interference" has as the subject
22 matter "Hacking the 2020 Election," correct?
23     A.  Yes.
24     Q.  Now, if I go to screenshot B, do you see where
25 it says "A hundred percent cyber attack"?

Page 236

1     A.  Uh-huh.
2     Q.  Do you recognize that as being part of the
3 "Absolute Interference" documentary?
4     A.  I don't know.  If you say so.  I don't know.
5     Q.  Okay.  Let's go to screenshot C, see if you
6 recognize this image.
7     A.  Yeah, I recognize that.
8     Q.  Okay.  And that's yourself, correct?
9     A.  Yes.
10     Q.  And you were one of the presenters of "Absolute
11 Interference"?
12     A.  I was the host.
13     Q.  You were the host.  Okay.
14         And if you turn to the next page,
15 screenshot D, do you see that you appear on that
16 screenshot?
17     A.  With General Flynn, yes.
18     Q.  And the individual on screenshot D is General
19 Michael Flynn?
20     A.  That's correct.
21     Q.  Okay.  And did you do a discussion with General
22 Michael Flynn in "Absolute Interference"?
23     A.  I don't know.  I'd have to watch it.  I guess.
24     Q.  Okay.
25     A.  He was in the show.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
237–240

1    Q. He appeared -- General Michael Flynn appeared
2  on "Absolute Interference"?
3    A. Uh-huh.
4    Q. Okay. Now, let me have you flip a few
5  screenshots back, and I'm going to take you to
6  screenshot G and ask you about what appears there. And
7  let me know when you're there.
8    A. Which one?
9    Q. G. Like the --
10   A. G like --
11   Q. Yeah.
12   A. Okay. Yep. After Doug Frank.
13   Q. Do you see yourself on the screenshot?
14   A. Yes.
15   Q. And there's a gentleman with you here, correct?
16   A. Yep.
17   Q. Who is this gentleman?
18   A. That's Dr.-Douglas Frank.
19   Q. Okay. And Dr. Douglas Frank appeared on
20  "Absolute Interference," correct?
21   A. Correct.
22   Q. And Dr. Douglas Frank presented with you about
23  evidence he contended show that there was fraud in the
24  2020 presidential election, correct?
25   A. Hundred percent, yes.

1    Q. Okay. And let me have you flip back to
2  screenshot J.
3    A. Screenshot J.
4    Q. Do you recognize this image from "Absolute
5  Interference"?
6    A. Right here, this thing?
7    Q. Yes.
8    A. Yes.
9    Q. And do you see where it says, "On the phone
10  with confidential informant number 3"? Do you see that?
11   A. Yes.
12   Q. Who was this confidential informant number 3?
13   A. You know, I don't know. It could have been
14  Conan Hayes. I don't know.
15   Q. Did you know who it was at the time --
16   A. Yes. Yes.
17   Q. -- that this appeared on the phone?
18   A. Yes.
19   Q. Okay.
20   A. My guess is Conan Hayes, but I don't know. I
21  can't -- I'm not going to say if I'm 98 percent sure.
22   Q. Okay. And why was it number 3? Was there any
23  significance to identifying him as confidential
24  informant number 3?
25   A. I didn't put that on there. I don't know.

1  Like I said, these were all picked by -- probably by
2  Mary Fanning, all the guests, again. I have -- some of
3  them I've never met these people, most of them.
4       Dr. Frank -- just so you know, Dr. Frank,
5  first time I met him, when this was filmed, it was so
6  intriguing and so like answers to everything, because he
7  had found an algorithm from another direction, that I
8  stopped the presses, and that's when we did "Scientific
9  Proof," the same day it was filmed, a completely
10  one-hour segment.
11   Q. Now, if you go to screenshot K --
12   A. Uh-huh.
13   Q. -- do you recognize this from "Absolute
14  Interference"?
15   A. Who?
16   Q. Do you recognize the image from screenshot K?
17   A. I do, but I don't see the guy's picture.
18   Q. Okay. Did you have a sit-down with an
19  individual whose face was blurred out in "Absolute
20  Interference"?
21   A. I don't know. I didn't know it was blurred
22  out. This is the first time I've seen this.
23   Q. Do you know who this individual is?
24   A. No, I don't.
25   Q. Did you know at the time?

1    A. I -- I didn't know his name. I -- you know, I
2  remember there were a lot of people there. I still
3  don't know their name, because there was a lot of people
4  brought in from other states, and these were all
5  different people. I don't -- I have no idea that guy's
6  name or who he was.
7    Q. Okay. Now, if I could have you turn back to
8  the very -- actually, back to the screenshot we looked
9  at that had the confidential informant number 3,
10  screenshot J.
11   A. Yeah. Number what?
12   Q. J.
13   A. Oh, J. I'm sorry. Yeah.
14   Q. Do you see the image at the bottom right-hand
15  corner where it has sort of the cover shot of Absolute
16  Interference with the maps?
17   A. This here?
18   Q. Yeah.
19   A. Yes, I see it.
20   Q. And then do you see at the bottom it says,
21  "Executive producers, Mike Lindell, Brannon Howse and
22  Mary Fanning"?
23   A. Correct.
24   Q. And were those the executive producers of
25  "Absolute Interference"?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
241–244

Page 241

1    A. Were they?  Yeah, same people as "Absolute
2  Proof."
3    Q. Okay.  So you produced "Absolute Interference"
4  with Brannon Howse and Mary Fanning?
5    A. All I did was host.  I had no idea what I was
6  going to say.  Brannon did all the filming and
7  production, and Mary Fanning provided the content, all
8  the guests.
9    Q. Before this was released, "Absolute
10  Interference," did you intend for Smartmatic to be named
11  as part of an election fraud conspiracy?
12    A. I didn't know what was going to be said by
13  these guys.  I had no clue, absolutely no clue.
14    Q. You didn't have any clue what any of these
15  individuals were going to say before Absolute
16  Interference?
17    A. No.  Absolutely none.  They said we're bringing
18  in a hole other crew group and they're getting more
19  witnesses, more evidence.  Dr. Doug Frank was the most
20  amazing because he got all his evidence right from the
21  counties and the states.
22    Q. Well, let's -- I'm going to play a couple clips
23  from "Absolute Interference."
24    A. Okay.
25    Q. It's a little bit long.  So this is clips just

Page 242

1  like --
2    A. Okay.
3    Q. -- the rest of them.  My colleague's going to
4  come around.
5        The first one is going to be marked
6  Exhibit 612.
7    A. Okay.
8    Q. The second one will be 613, and then the third
9  one will be 614.
10        (Exhibits 612-614 marked.)
11        MR. KACHOUROFF:  In the future, you can
12  just do one.  It doesn't need to be --
13        (Clip from "Absolute Interference.")
14        MR. LINDELL:  And it rhymes with Dominion
15  and it rhymes with Smartmatic and ES&S.  All these
16  machines that were used out there cannot be done by
17  humans.  And you have to have access, before, during and
18  after.
19        (Clip ends.)
20    Q. (BY MS. WRIGLEY)  That was clip 1, Mr. Lindell.
21        Before I have my colleague play 613, do you
22  recognize yourself on that clip?
23    A. Uh-huh.
24    Q. And did you identify Smartmatic?
25    A. Did I what?

Page 243

1    Q. Did you identify Smartmatic in that?
2    A. Yeah, ES&S and Dominion.  I wasn't prejudiced.
3  It was all, yeah.
4    Q. Okay.  But you did mention the name Smartmatic?
5    A. Oh, yeah.  Absolutely.
6    Q. Okay.  All right.  Let's look at 613.
7        (Clip from "Absolute Interference.")
8        MR. LINDELL:  All these things that -- and
9  I kept telling them, you know what?  The -- and the
10  reason they're doing that is because I have proof, a
11  hundred percent proof that our country was attacked by
12  China, by communism coming in, this foreign interference
13  to our elections through the machines, Dominion,
14  Smartmatic, ES&S, all of them.
15        (Clip ends.)
16    Q. (BY MS. WRIGLEY)  And, Mr. Lindell, do you
17  recognize yourself in that video?
18    A. Oh, yeah.
19    Q. That was from "Absolute Interference," correct?
20    A. Yeah.
21    Q. And you intended to specifically reference
22  Smartmatic in connection with --
23    A. No.  No.  I was all inclusive.  I was not
24  prejudiced against Smartmatic.  I included ES&S and
25  Dominion.  I did forget Hart.

Page 244

1    Q. But you did mention Smartmatic, correct?
2    A. Absolutely.
3    Q. Okay.  Let's look at 614.
4        (Clip from "Absolute Interference.")
5        MR. LINDELL:  You know, this all started
6  back in Venezuela when they took that country in a
7  couple years when Smartmatic started back then, and, you
8  know, these machines have been -- you know, it's a tool.
9  Anyone can, you know, win any election.  Well, I want to
10  win this one.  You know, they asked me, would you run?
11  I said, I wouldn't run for a dogcatcher right now
12  because somebody else could pick the winner.
13        (Clip ends.)
14    Q. (BY MS. WRIGLEY)  Mr. Lindell --
15    A. That's when I decided not to run for governor.
16    Q. Mr. Lindell, looking at that clip marked 614,
17  did you recognize yourself in that video clip from
18  "Absolute Interference"?
19    A. Uh-huh.
20    Q. And you -- I'm sorry.  You have to --
21    A. That's when I decided not to run for governor,
22  not that moment.  But I decided way before that, because
23  if machines were involved, what's the sense?
24    Q. But that was you in the clip, correct?
25    A. Oh, absolutely.



Page 245

1   Q.  And you specifically named Smartmatic in that
2  one, correct?
3   A.  I didn't hear if I said Smartmatic at the
4  beginning.  But if I did, I did, yes.  Yes.  I'll say
5  yes.
6   Q.  Okay.  Now, in connection with making "Absolute
7  Interference," did you do media appearances to discuss
8  or promote that documentary?
9   A.  I don't think so.  I don't know.  They
10  wouldn't -- you got to realize nobody would have me on,
11  and the only -- the only ones were attack media that
12  would have me on, unless it was Bannon, but the -- you
13  know.
14   Q.  Did you appear with Steve Bannon on his
15  podcast --
16   A.  I --
17   Q.  -- War Room to discuss "Absolute Interference"?
18   A.  I don't know.  If FrankSpeech was done by then,
19  I did, because I just went on -- I think this was done
20  and I already had FrankSpeech, so I didn't need anybody
21  else.
22       I think I did a three-day marathon,
23  actually.  In fact, I think -- I know I did, because
24  when this got completed, Alan Duke is a Facebook fact
25  checker on lead stories, and him and I went back and

Page 246

1  forth.  And he actually put up false information over it
2  when it was released, within 20 minutes, and he couldn't
3  have even watched it.  So I was very upset with him.
4       By the way, we gave Alan Duke all the
5  evidence, and they validated it, and then he said,
6  well -- he says, I -- Mike, I can't go public with it
7  because we only say if something's false, not if it's
8  true.
9   Q.  I'm going to show you a clip from an appearance
10  on Bannon's War Room.
11       MS. WRIGLEY:  For the record, I'm going to
12  mark this first clip as 615.  The second clip will be
13  616.
14       (Exhibits 615-616 marked.)
15   Q.  (BY MS. WRIGLEY)  For the record, my
16  understanding is this is this is from a March 26, 2021
17  appearance on War Room.
18       We'll watch these two clips, and then I'll
19  ask you questions.
20       MR. KACHOUROFF:  615 and 616?
21       MS. WRIGLEY:  Yes.
22       (Clip of Steve Bannon and Mike Lindell.)
23       STEVE BANNON:  I want to go back to Mike
24  Lindell.  So, Mike, I just want to put this in
25  perspective for our audience.

Page 247

1       You made this film, "Absolute Proof."  Came
2  out in February, caused a huge -- you know, a huge
3  blowup.  The media, who was all excited about every one
4  of your movies, everyone except Total Cryptics, right,
5  all of a sudden stopped seeing any articles about this.
6       You and Dominion finally got into this
7  legal situation, right, where they sued you.  You've now
8  come out, and instead of either backing down or working
9  out some deal with Dominion or working out some
10  compromise or saying you're sorry, you've now tripled
11  down, you've made another film called "Absolute
12  Interference."
13       For our audience, why were you -- are you
14  going to -- when are you going to release this next
15  movie, "Absolute Interference"?
16       MR. LINDELL:  Well, the one -- the one
17  part -- the one guest was so good that I made an hour
18  show, and we're going to release that later in the week.
19  You can see that on LindellTV.com.
20       Then -- and then the following week, we'll
21  release out "Absolute Interference," and that could --
22  so it could be later in the week.  We haven't set the
23  exact date on that yet.
24       I kind of want to line that up with my --
25  launching my new social media platform, which will be

Page 248

1  Frank.  But this -- when you watch this -- and all of
2  you've see "Absolute Proof," you know, we're just going
3  to keep dropping more and more.
4       It's going to be to the point that the only
5  announcement I'll be able to make is, hey, if you work
6  for Dominion and you were part of this crime against
7  humanity, turn yourself in, save yourself some jail
8  time.  That's all I can say.  I mean, I don't know what
9  else to say to these people.
10       (Clip ends.)
11   Q.  (BY MS. WRIGLEY)  We'll look at the next clip,
12  616, from the same War Room podcast.
13   A.  Let it be known, I didn't say Smartmatic there.
14  Did you catch that?  Just for kicks.
15       (Clip of Steve Bannon and Mike Lindell.)
16       MR. LINDELL:  Everything you were bringing
17  up before, you know, when you were going, oh, there was,
18  you know, dead people voting and there was nonresidents
19  voting, I mean, you should -- Donald Trump should have
20  been put back in just for that alone.  All these
21  nonresidents that voted, all the cheating.  I call that
22  organic cheating.
23       What I'm calling here is what they -- what
24  foreign countries like China came in and attacked our
25  country using these machines, Dominion, Smartmatic,



Page 249

1 ES&S, all these machines.
2        Now, I want to ask everybody something
3 here.  You know, you say, well, can the Supreme Court --
4 well, look.  They've never seen this before, so they
5 can't turn down something they never seen.  This is the
6 evidence -- this is the smoking gun evidence.
7        But I wanted -- I want to put a -- ask
8 everybody out there this:  You know, ask yourself if
9 MyPillow -- if everybody out there said there were rocks
10 and knives in MyPillow's, you know what I would do,
11 being a -- maybe a smart kind of business owner and
12 businessman, I'd say, hey, guys, everybody come and
13 look.  There's no knives or rocks.  Hello.  Okay?
14        Instead, Dominion, when they have been
15 asked to look at these machines, the first case was
16 Jan -- November 9th.  That's the first person they sued.
17 One of their employees sued then.  One of their officers
18 sued a person in Colorado.  And from that point on,
19 there's --
20        STEVE BANNON:  We're going to run out of
21 time.
22        MR. LINDELL:  -- there's over 200 threats
23 and lawsuits from Dominion, Smartmatic and the other
24 machine people.
25        Now, why wouldn't they have just made it

Page 250

1 easier and say, hey, guys, look inside the machine.
2 There's nothing to hide.
3        (Clip ends.)
4    Q.  (BY MS. WRIGLEY)  Now, looking at that
5 Exhibit 616, Mr. Lindell, did you recognize yourself?
6    A.  Oh, yeah.
7    Q.  And that was you on -- with Mr. Steve Bannon,
8 correct?
9    A.  Yeah.  Yeah.
10    Q.  And in that one, you specifically mentioned
11 Smartmatic, right?
12    A.  Right.  Right.  Right.
13    Q.  And you had said Smartmatic, along with
14 Dominion and ES&S, were involved in trying to --
15    A.  Right.  Why didn't they just show their cards,
16 right?  Exactly.  I said, why wouldn't they just show --
17 show us their side.  Tell them, hey, show it if there's
18 nothing to hide.  These are government companies.
19 They're not private companies.  They work for us.
20    Q.  And you had indicated Smartmatic was involved
21 in a crime or attack against the country?
22    A.  They were -- they were -- yes.  And Smartmatic,
23 all the machine companies, yes.  This is what happened,
24 show us the data.
25    Q.  And you were discussing on this appearance with

Page 251

1 Mr. Bannon your documentary, "Absolute Inference,"
2 coming out?
3    A.  Yeah.  We -- like I said, we watched that
4 one-hour one, "Scientific Proof" first.
5    Q.  Okay.  The -- the one-hour one, "Scientific
6 Proof," that was with Dr. Douglas Frank, correct?
7    A.  Right.  It's with the same -- when we filmed
8 "Absolute Interference," his was so like (oral noise)
9 that I said, stop everything.  And everything -- you've
10 got to realize when we filmed that that we didn't
11 practice.  That was all live.  It was just like I'm
12 hearing it the first time you did.  So it was like -- it
13 was like, are you kidding?  All of his stuff came right
14 from the States, right out of the machines.  So you
15 can't argue with that.
16        Mine, you could say, oh, you've got to have
17 a cyber guy to look at the evidence.  Here, he had it
18 right from the voter rolls, right from the secretary of
19 states.  So that was really interesting, me going, wow,
20 it matches perfect.  Another foundation of my evidence I
21 had from Dennis Montgomery.
22    Q.  Did Douglas Frank's evidence identify
23 Smartmatic as being involved in --
24    A.  All machines.
25    Q.  -- interfering with the 2020 election?

Page 252

1    A.  All machines companies.  All machines.  But if
2 you lied and said you weren't online, it was a coverup.
3 Now, did it say like every county, including LA County,
4 which has those same algorithms, those same exact
5 algorithms --
6    Q.  So --
7    A.  We have proof of that.  It's --
8    Q.  -- it's your understanding at the time of
9 "Scientific Proof" that Dr. Douglas Frank's evidence
10 implicated Smartmatic specifically in the 2020 election?
11    A.  Implicated all machine companies, because
12 they're the same.
13    Q.  But I'm asking about Smartmatic, sir.
14    A.  Yeah, they're -- LA County, absolutely.  He
15 even said it.  I said all machines.  If you watch the
16 rest of "Scientific Proof," you'll see -- you're leaving
17 that part out -- he says 100 percent they all -- it
18 implicates them all.
19    Q.  Now --
20    A.  Dr. Frank said that, who's a genius.  He's got
21 a 200 IQ.  He teaches -- he's a rocket scientist.
22    Q.  Now, Mr. Lindell, at the time of "Scientific
23 Proof" and "Absolute Interference" being released, you
24 were aware that both Dominion and Smartmatic had filed
25 lawsuits against news companies for making false



Page 253

1  statements about their companies being involved in
2  rigging the 2020 election, correct?
3      A.  Say that again.
4      Q.  At the time "Scientific Proof" and --
5      A.  Right.
6      Q.  -- "Absolute Interference" were released, you
7  were aware that both Smartmatic and Dominion had filed
8  lawsuits against news organizations related to
9  accusations of them being involved with the 2020
10  election?
11      A.  Yeah.  You guys -- yeah.  You hurt me pretty
12  bad there, my company.
13      Q.  And you were --
14      A.  Correct.
15      Q.  You were aware that in the Smartmatic lawsuit
16  against FOX, Smartmatic asserted that it had nothing to
17  do with rigging the 2020 election, correct?
18      A.  That's what you guys were saying.  That's what
19  the public was saying -- or the -- I mean, the media was
20  saying, yeah.
21      Q.  And you knew that before "Absolute
22  Interference" and "Scientific Proof"?
23      A.  Hundred percent, but I had evidence on you.
24  Why would I -- why would that change my mind?
25      Q.  Evidence from Dennis Montgomery?

Page 254

1      A.  Huh?
2      Q.  Evidence from Dennis Montgomery?
3      A.  From Dennis and the -- and the evidence that
4  come from Dr. Frank and many, many other people.
5      Q.  Okay.
6      A.  So the -- we had the evidence.  So I'm not
7  going to back down just because of lawfare because you
8  sue some -- what Fox News said.
9      Q.  And you understood at the time that you put out
10  "Absolute Proof" and "Absolute Interference" and
11  "Scientific Proof" that Smartmatic was a company that
12  had business and employees that could be hurt by the
13  statements you made about the company?
14      A.  No.  Smartmatic was overseas.  There's an
15  article in 2008.  They're overseas.  They're -- it's
16  very corrupt.  This article -- and I've seen so many
17  articles about this, it was like -- I don't know.  I'm
18  sure there are employees that aren't to blame for what
19  their executives do.  I don't know.  It doesn't
20  mean that -- just because they have employees that they
21  do something really horrible does -- and their bosses
22  do, you know --
23          (Phone ringing.)
24      A.  Sorry -- sorry they work for them.
25          MS. WRIGLEY:  Let's go off the record for a

Page 255

1  second.
2          THE VIDEOGRAPHER:  We're going off the
3  record at 2:04.
4          (Off the record.)
5          THE VIDEOGRAPHER:  Okay.  We're back on
6  record at 2:05.
7      Q.  (BY MS. WRIGLEY)  I want to ask you some
8  questions about "Scientific Proof."
9      A.  Uh-huh.
10      Q.  I'm going to hand you Exhibit 607.
11          MR. KACHOUROFF:  607?
12          MS. WRIGLEY:  Yes.  I'm backtracking a
13  little bit.  I had exhibits marked.
14      Q.  (BY MS. WRIGLEY)  This was, for the record,
15  marked as Exhibit 4 to Smartmatic's complaint.
16          Can you look at the first screenshot,
17  screenshot A, and see if you recognize that image there?
18      A.  Yes.  Yes.
19      Q.  And is that an image from the beginning of
20  "Scientific Proof"?
21      A.  That's correct.
22      Q.  And the subtitle is "Internationally renowned
23  physicist absolutely proves 2020 election was biggest
24  cyber crime in world history."  Do you see that?
25      A.  Correct.

Page 256

1      Q.  And this was produced, again, by yourself,
2  Brannon Howse and Mary Fanning?
3      A.  Correct.
4      Q.  And Brannon Howse directed this?
5      A.  Yeah, I guess directed it.
6      Q.  And the renowned physicist, that's Dr. Douglas
7  Frank, correct?
8      A.  That's correct.
9      Q.  So if you look at the screenshot B, do you
10  recognize that image --
11      A.  Yes, that's Dr. Frank.
12      Q.  -- from "Scientific Proof"?
13      A.  Yeah.
14      Q.  And is that Dr. Frank when he appeared on --
15      A.  Yes.
16      Q.  -- "Scientific Proof"?
17      A.  Correct.
18      Q.  Okay.  And I want to show you a couple clips
19  from "Scientific Proof," just like you did with the
20  other one.  I'm going to mark one 608, 609 and 610.  We
21  have three clips.  Again, they're not the entire
22  "Scientific Proof," just a few clips, and then I'll ask
23  you some questions.
24      A.  Okay.
25          MR. KACHOUROFF:  Can I interrupt?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
257–260

Page 257

1    MS. WRIGLEY: Yes.
2    MR. KACHOUROFF: Tell me the numbers of
3  each one, if you know.
4    MS. WRIGLEY: Yes. 608, 609 and 610.
5    MR. KACHOUROFF: Thank you.
6    (Clip from "Scientific Proof.")
7    MR. LINDELL: So this is amazing. I just
8  want everyone to know that and why we're showing it. It
9  was every state. It happened in your state, it happened
10  in your state, it happened in your state.
11    Texas, when they said, oh, we didn't use
12  the Dominion machine, huh, it doesn't matter. The name
13  of the machine doesn't matter. Smartmatic, ES&S, it
14  don't matter.
15    (Clip ends.)
16    Q. (BY MS. WRIGLEY) We're going to watch the
17  second clip. This is 609.
18    (Clip from "Scientific Proof.")
19    MR. LINDELL: But then everywhere, it's --
20  it's impossible. A hundred percent, it can only be done
21  by machines. I can't stress that enough.
22    MALE VOICE: Absolutely.
23    MR. LINDELL: And they all rhyme with
24  Dominion, they rhyme with Smartmatic, ES&S, all of them,
25  you know, all of these, and it's just a -- it's

Page 258

1  just a -- you know, I sit here and looked at...
2    (Clip ends.)
3    Q. (BY MS. WRIGLEY) The next one is 610.
4    (Clip from "Scientific Proof.")
5    MR. LINDELL: It's over. It would be over.
6  You will never, ever have this opportunity again to
7  go -- this was the big elephant. This was it.
8    DR. FRANK: Yes.
9    MR. LINDELL: This was the monster --
10    MALE VOICE: Yes.
11    DR. FRANK: -- that started in Venezuela
12  and in foreign -- the foreign interference, the foreign
13  attack on our country and every other country in the
14  world that's going to be attacked after us --
15    DR. FRANK: Right.
16    MR. LINDELL: -- and with these machines
17  and with these algorithms and with this technology that
18  they have.
19    And so it's a blessing. We're living in
20  this time, and it's -- and besides that, everyone out
21  there -- I have Democrat friends of mine are going this
22  is not what we voted for. We didn't vote for socialism
23  by communism, coming into this country and cancelling
24  people out, taking away our First Amendment right of
25  free speech, which we're going with our new platform

Page 259

1  which you probably haven't heard about it. It's called
2  Frank. You'll be able to use free speech again.
3    Right now, what Dominion did, what they've
4  done is like I've said before at MyPillow, if somebody
5  is out there saying, Mike, there's rocks and knives in
6  MyPillow's, I would say no, there's not. Come and look.
7  Look at this. That's beautiful patented fill.
8    Well, Dominion and Smartmatic, the machine
9  people, they didn't do that. They said you're not
10  looking at our machines. We're going to sue you and
11  scare you all, live in fear, and we're going to -- or
12  we're going to threaten you with...
13    (Clip ends.)
14    Q. (BY MS. WRIGLEY) Now, looking at those three
15  clips from "Scientific Proof," did you recognize
16  yourself?
17    A. Yes.
18    Q. And you appeared on "Scientific Proof" with --
19    A. Yes.
20    Q. -- Dr. Frank, correct?
21    A. Yes.
22    Q. And in each of those clips, you identified
23  Smartmatic as being part of election fraud, correct?
24    A. Uh-huh.
25    Q. Now, the data that Dr. Frank presented, what

Page 260

1  type of data was Mr. -- Dr. Frank disseminating?
2    A. Here -- I'm going to go slow on this. Here's
3  what Dr. Frank did. As you might know, I got voter
4  rolls from every single state in the country. Some of
5  them I had to pay a lot of money for, like Alabama,
6  $40,000.
7    You take the voter rolls -- and this is in
8  every county now. So let's take a county. Let's take
9  LA County. You can take LA County and pick an age.
10  Let's say you pick 32. The same percentage of
11  32-year-olds voted in LA County that voted in every
12  other county in California. These are mathematical
13  impossibilities. It's a hundred percent impossible.
14    And they used -- according to him, he was
15  teaching -- he happened to be teaching two years prior
16  in his physicist class, algorithms and mathematics.
17  He's a genius. He's got 196 IQ or something.
18    And he remembered, when he started looking
19  at these, the 2010 census report, that pattern you see
20  up there. So these things that are programmed, what he
21  had, his data that comes right from out of the machine.
22  These are data that you guys put out, that they put out,
23  and you can go to every county and show a computer
24  algorithm was used in that election.
25    You can't -- any other election, you can't



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
261–264

Page 261

1  go -- let's see. Harvard County, 4 percent of
2  26-year-old votes -- voted. You can't go to every other
3  county in Minnesota and say it's 4 percent in every
4  county. It's all over the board. But this election in
5  2020, you could exactly.
6       So when he did that, that was just one
7  other footprint that matched what we already had, what
8  Dennis Montgomery said that it was computer manipulated.
9       Then we actually had a third one, which was
10 the cast vote records, which under the Freedom of
11 Information Act, that's the only thing we can get.
12      THE COURT REPORTER: Please slow down.
13  Q. (BY MS. WRIGLEY) Mr. Lindell, so Dr. Frank
14 examined census data for voters?
15  A. No. No. No. No. The census data was from
16 2010. He was teaching a class, and he remembered a
17 pattern. That pattern you see there, that pattern, when
18 it flips here, that was from like the night he explained
19 that little (gesturing) there is the Baby Boomers when
20 they came back from the war. That's the census pattern
21 of the United States in 2010.
22      But they used that because it's the last
23 census they had when they did the algorithms for the
24 2020 election. So your Smartmatic in LA County matches
25 Dominion's in Mesa County. These images are identical.

Page 262

1  It's impossible. You can't --
2  Q. And from your -- Mr. Lindell. I'm sorry.
3  Images of what exactly? What are we looking at?
4  A. This is the voter -- these are the -- with his
5  thing, it's specific. Yours -- I was telling you about
6  cast vote records, but they -- but Dr. Frank's image
7  exactly -- pick a state. If you want to pick California
8  because that's where you're in. In California, pick any
9  county. Pick any county. I will say Shasta County.
10 Shasta County, you could pick an age. Let's say 56.
11 You can look at the percentage of 56-year-olds that
12 voted in Shasta County, and every other county in
13 California, the same percentage of 56-year-olds voted in
14 every county. Never happened in any other election in
15 history.
16  Q. And so Dr. Frank is looking at the percentage
17 of voters for every age group in every county of
18 the entire --
19      (Crosstalk.)
20  A. Of every county in the United States, which we
21 had to get from the counties. I had to pay for a lot of
22 the voter rolls, correct.
23  Q. And this is information that Dr. Frank brought
24 to you?
25  A. Yeah. The first time I met him.

Page 263

1  Q. Okay.
2  A. He had already started this --
3  Q. And you said he's a mathematical genius,
4  correct?
5  A. He's a -- yeah. 196 IQ.
6  Q. And he's a professor of mathematics?
7  A. He's a physicist. He invented stuff for our --
8  for our country. That's like a Nobel Prize. He's
9  invented stuff. It's like -- I mean...
10  Q. And where does he teach at, sir?
11  A. What's that?
12  Q. Where does he teach at?
13  A. He -- in Ohio. He's from Ohio, I believe.
14  Q. Okay. And is there any way for you to verify
15 the mathematics that Dr. Frank was doing --
16      (Crosstalk.)
17  A. That was -- that was the --
18  Q. (BY MS. WRIGLEY) You need to stop --
19  A. Yeah.
20  Q. -- for --
21      THE COURT REPORTER: Please let her finish.
22      THE WITNESS: Okay.
23  A. That was the easiest things to verify. That
24 was the easiest because I did it in my county. You
25 just -- what's the percentage of -- in my own county,

Page 264

1  Harbor, Minnesota, I picked an age 27. It's like
2  14 percent or whatever it was.
3       I took that -- because I'm mathematics.
4  That's what I do. So I looked at that. I go just pick
5  like Chaska County. (Oral noise.) They match. I'm
6  going (gesturing). I could pick any state. No, every
7  state was -- was different. Use whatever county you
8  started with.
9       Like here in Texas, I could take Angelina
10 County in the 2020 election, not another election, and
11 pick an age, and then -- and I did it. I did it in
12 probably 30 different ones. I said, okay, I'm
13 convinced.
14      But when he did this -- the day he did
15 this, I'm going, wow. Because all it did was validate
16 Dennis Montgomery's evidence that there was computer
17 manipulation and the lies of the machine companies that
18 say they're not online, you know.
19  Q. And I'm sorry, Mr. Lindell, I guess I'm not
20 following. Is he saying that in every single county in
21 every single state in the United States, there was a
22 percentage applied to adjust the votes in the 2020
23 election?
24  A. And using -- using -- with computers using the
25 2010 census.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
265—268

Page 265

1  Q.  And does Douglas Frank have any information
2  about computers being used with respect to these votes
3  getting cast?
4    A.  Yeah.  He would -- he would -- he's been
5  going -- he's been to -- I would say he's done 1,600
6  appearances now in every state in the country since
7  this.  Yeah, that's all he does is go around trying to
8  save our country, talking to election officials, both
9  Democrats and Republicans, showing them what happened in
10  our elections.
11    Q.  Mr. Lindell, I'm not sure if you heard my
12  question.  I'm trying to get a sense of what exactly is
13  the information that Dr. Frank has?
14      He just knows percentage of voters based on
15  age groups --
16    A.  No, it's --
17    Q.  -- from the census data?
18    A.  It's like this -- not the census data.  That's
19  where they -- that they used to set the -- if you set a
20  computer -- okay, here would be an example, to give an
21  example, I'm going to use Carver County, my home county.
22  If I -- when you skim a casino -- okay.  When you --
23  because I don't know if you guys are around casinos.
24  Back in the Mafia days --
25    Q.  I don't skim casinos, sir.

Page 266

1    A.  Okay.  But when you skim a casino -- and when
2  the Mafia skimmed a casino, you can't take it from just
3  one machine or one -- or the craps table or even the
4  food.  You have to bring it all down or it'll stand out.
5  It's called a deviation.  It'll stand out like a sore
6  thumb.
7      This machine here took in -- made this much
8  more money or it took in this.  It's all relevant.
9      MR. KACHOUROFF:  Slow down, Mike.  Slow
10  down for her.
11      THE WITNESS:  Okay.
12    A.  It's all relevant.  Everything's relevant.  So
13  you have to -- it's called the skim.  You have to skim
14  everywhere.  If -- if they were going to cheat an
15  election and you took a county, let's say Carver County,
16  and you said, okay, we're going to take -- we're going
17  to have Donald Trump win 100,000 to Biden's 5 votes.
18  Everybody would say, um, that's a computer error.  We
19  wouldn't even question that.
20      Or like in the 2022 election, this Democrat
21  friend of mine, she got zero votes in her own precinct
22  that her and her husband live in.  That was a little bit
23  of a deviation.  Okay.
24    Q.  Mr. Lindell --
25    A.  So let me finish.

Page 267

1      So here's what they did.  With his data,
2  you get it right from the registration, the voter rolls,
3  this is the age group in every county that voted.  So if
4  you take Carver County, and if I said, you know what?
5  Wow, I looked -- if I looked into it and it said
6  everyone that voted in Carver County was 30 years old,
7  it was 90 percent 30-year-olds.  But that wouldn't make
8  sense.  That'd be a deviation.
9      So they had to use something as a base, and
10  it's just mathematics.  They just put a program in there
11  and you're pulling names from the dirty voter rolls we
12  have in this country.  Like Wisconsin is 7,100,000
13  people on their rolls.  Well, if every person voted in
14  Wisconsin that could vote, it's 4,200,000.
15      THE COURT REPORTER:  Could you please slow
16  down?
17    Q.  (BY MS. WRIGLEY)  Yes.
18      MS. WRIGLEY:  And, Mr. Lindell, I'm just
19  going to strike that as nonresponsive.
20    A.  So I'm just getting to the answer so -- to
21  explain it -- okay.  To -- okay.  Go ahead.
22      To explain it, if -- with Frank's stuff,
23  you take -- you pick a county, and you can pick an age,
24  and you pick an age, 42.  You can predict the whole
25  other -- every single other county.  You could never do

Page 268

1  that.  That's mathematically impossible.  It's like when
2  people -- it's just like that lady got zero votes in her
3  home precinct.
4      Then you say that's a deviation.  Let's
5  find out why that happened.  Let's find out how this
6  could happen.  Because it had to -- it -- there's only
7  one answer.  It was computer generated.
8    Q.  (BY MS. WRIGLEY)  And so, Mr. Lindell, let me
9  just -- I just want to understand what you're saying
10  Dr. Frank's --
11    A.  Uh-huh.
12    Q.  -- evidence represents here.
13      Based on Dr. Frank's information that he
14  provided, all those voting machine companies would have
15  to be working together to execute this across every
16  county in every state, correct?  I just want a simple
17  yes or no.
18    A.  Not necessarily working together, but they
19  definitely are all connected by the Internet.
20    Q.  Okay.  So who's in charge of this conspiracy?
21    A.  Who what?
22    Q.  Who's in charge?  Who's at the very top heading
23  up this conspiracy --
24    A.  You --
25    Q.  -- to use the voting machines --



Page 269

1    A. You don't want to find --
2    Q. -- to change all these percentages across the
3 entire company? I want to know who's at the top of this
4 conspiracy in your mind, sir?
5    A. Okay. I'm going to be very subjective on this
6 because I don't know all their names. I would say the
7 CCP, the globalists, the deep state and the uniparty.
8 Those four.
9        If I had to guess who came in, based on
10 what I know now, because my biggest pushback, bar none,
11 my biggest fight to get to paper ballots is only one
12 kind of person, uniparty Republicans. Brad
13 Raffensperger down in Georgia; Robin Vos in Wisconsin;
14 all of South Dakota. I mean, I can't -- Alabama.
15        I'll give you an example. I went to John
16 Merrill, the Secretary of State of Alabama. I thought
17 it would be easy. Let's go into these red states to get
18 readings. But the Democrats wanted these machines gone
19 long before the Republicans.
20        I met with John Merrill, the Secretary of
21 State of Alabama, and said, John, look at your voter
22 rolls. Okay. Look at your voter rolls. I said, it
23 says on here -- this came right from John -- 4,660
24 people voted in Alabama in the 2020 election that were
25 over 110 years old.

Page 270

1        And John looked at me and he said, well,
2 Mike, we live pretty good here in Alabama. That was his
3 comment, and it's disgusting. I get blocked by these
4 uniparty Republicans.
5    Q. So my --
6    A. Now, do they have another agenda? Absolutely.
7    Q. Would the secretaries of state have to be
8 involved in this CCP conspiracy, sir?
9    A. A lot of the secretary of states are. And why
10 do I say that? I can say that with experience because
11 it's a deviation when you get crooks like Brad
12 Raffensperger down in Georgia who blocked the Curling
13 case for three and a half years.
14        That judge just this last fall, an
15 Obama-appointed judge, said, hey, these experts --
16 Halderman looked inside the machines and he said -- and
17 they -- she said, you know what? They say there's
18 problems, we're going to look at it. So -- and she said
19 if you question the machines, you're not a conspiracy
20 theorist. I took off my tin foil hat on national TV.
21        Then on January 9th, that went to court, of
22 this year. And Alex Halderman, a ball -- he's a
23 Democrat. With a ballpoint pen, hacked into the machine
24 and flipped the election right in front of the judge.
25        Now, did it get national exposure? No.

Page 271

1 The machine companies covered it up. So -- I bet she's
2 sitting on it right now, unless you get rid of them now
3 in Georgia. I'm sure you know all about that case.
4    Q. Mr. Lindell, I'm going to hand to you
5 Exhibit 617, sir.
6        (Exhibit 617 marked.)
7    Q. (BY MS. WRIGLEY) For the record, this was
8 marked as Exhibit 8 to the complaint. It's screenshots
9 from Absolute 9.0.
10        Can I have you turn to the second page,
11 sir, screenshot A. Do you recognize this as an image
12 from a documentary you put out, Absolute 9-0?
13    A. Yeah. I don't know if you call it a
14 documentary. It was just a one-hour show, a film from
15 the chair.
16    Q. Did you release a film called Absolute 9-0?
17    A. Yeah. Yeah. Yes.
18    Q. Okay. And when did you release that, sir?
19    A. June of '21.
20    Q. Okay. And this screenshot has pictures of
21 Supreme Court Justices, correct?
22    A. Yes.
23    Q. And 9-0 refers to the entire Supreme Court
24 pulling the election down because they make a decision
25 that it had been interfered with, correct?

Page 272

1    A. Yes. That China interfered in our election,
2 right.
3    Q. Okay. Now, that never happened, right?
4    A. What?
5    Q. The Supreme Court never made such a decision?
6    A. The case finally got -- maybe you don't know
7 this. About a month ago, and they turned it down.
8    Q. So there is no decision with 9 --
9    A. It's not there yet.
10    Q. -- of the Supreme Court Justices --
11    A. It's not there yet.
12    Q. Sir, we're going to have do a little bit better
13 here.
14    A. Yeah.
15    Q. Okay. There's no decision by the Supreme Court
16 finding that the election from 2020 had been interfered
17 with, correct?
18    A. Right. As of right now, correct.
19    Q. As of right now.
20        Do you intend for the Supreme Court to
21 overturn the 2020 election, sir?
22    A. No. No. I intend for the Supreme Court to
23 outlaw machines and go to paper ballots hand counted and
24 protect our country. They deemed our elections critical
25 infrastructure. That's the most critical infrastructure



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
273–276

Page 273

1 we have. And machines and computers cannot be used.
2    Q. Now, Mr. Lindell, in connection with Absolutely
3 9-0, did you intend for Smartmatic to be named as a part
4 of an election fraud conspiracy in this movie?
5    A. No. It was that the -- China attacked us and
6 they had to -- this is my example. That China hacked
7 into our country.
8        MR. KACHOUROFF: Objection to form.
9    A. That China hacked in, and that they would see
10 that the -- our computers have got to go, and it would
11 be Absolutely 9-0.
12    Q. (BY MS. WRIGLEY) Who appeared in Absolutely
13 9-0 with you, sir?
14    A. Just me. Well, there was a -- an expert in
15 there that was -- that was Conan Hayes, I believe. I
16 believe the one that's smeared -- that's smeared out.
17    Q. I'm going to show you a couple of video clips
18 from -- actually, one video clip from Absolute 9-0.
19 It's about a minute long. This is going to be marked as
20 618.
21        (Exhibit 618 marked.)
22    Q. (BY MS. WRIGLEY) My colleague will come around
23 and play it, and then I'll ask you a couple questions
24 about it.
25        MR. KACHOUROFF: Thank you.

Page 274

1        (Clip from Absolute 9-0.)
2        MR. LINDELL: Hello, everyone. I'm Mike
3 Lindell. And as you all know, on January 9th, I
4 received evidence of a cyber attack orchestrated by
5 China on our 2020 election. I took that one piece of
6 evidence and I just went all in. This was something
7 different nobody had seen. This was something that came
8 through the machines, the Dominion machines, the
9 Smartmatic, and other machines. This was a cyber
10 attack. I didn't know anything about cyber attacks, and
11 what I learned, I had to learn real fast, and I hired
12 experts to validate this. I hired -- these guys are
13 White Hat hackers that work for the government.
14        But what I'm going to show you tonight is
15 you're going to all know now why I have been 100 percent
16 sure that when this gets before the Supreme Court, it's
17 going to be 9-0. 9-0 to pull this election down, and
18 that this was a hundred percent attack by China on our
19 country through these machines.
20        (Clip ends.)
21    Q. (BY MS. WRIGLEY) Do you recognize yourself
22 in --
23    A. Yes.
24    Q. And that was from Absolute 9-0, correct?
25    A. Uh-huh.

Page 275

1    Q. Okay. And you identified Smartmatic as being
2 part of the election fraud?
3    A. Uh-huh.
4    Q. And you noted that Smartmatic machines were
5 part of a cyber attack?
6    A. Uh-huh.
7    Q. Now, at this point in June 2021, you had done
8 four different documentaries or movies about election
9 fraud in the 2020 election, correct?
10    A. That's correct.
11    Q. In all four of them, Smartmatic was identified
12 as being involved, correct?
13    A. That's correct.
14    Q. And you intended for Smartmatic to be named in
15 those movies, correct?
16    A. I named them, so if -- if it came out of my
17 mouth as one of the machine companies.
18    Q. Now, in August of 2021, you had a three-day
19 Cyber Symposium in South Dakota, correct?
20    A. That's correct.
21    Q. And the -- that was an event to, again, talk
22 about election fraud in the 2020 election, correct?
23    A. Uh-huh.
24    Q. Smartmatic was again named in the Cyber
25 Symposium, right?

Page 276

1    A. I don't know. I imagine they were.
2    Q. I'm going to hand to you 619.
3        (Exhibit 619 marked.)
4    Q. (BY MS. WRIGLEY) This is a printout from
5 FrankSpeech. Do you recognize this as something put up
6 on FrankSpeech --
7    A. Yeah.
8    Q. -- advertising the Cyber Symposium?
9    A. That's correct.
10    Q. And did you advertise the Cyber Symposium on
11 FrankSpeech.com?
12    A. Yes.
13    Q. And the event -- the Cyber Symposium from
14 August 2, 2021 was actually live streamed for a few days
15 on FrankSpeech.com, correct?
16    A. All three days.
17    Q. Okay. And do you know how many people watched
18 during that live stream of the three days, sir?
19    A. No idea.
20    Q. Do you have records that would show the number
21 of people that streamed the Cyber Symposium --
22    A. Wouldn't have a clue.
23    Q. -- on FrankSpeech.com?
24    A. Wouldn't have a clue.
25    Q. Would there be records connected with the



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
277–280

Page 277

1 organization FrankSpeech.com --

2    A.  No.

3    Q.  -- that would show that?

4    A.  No.  It was a website back then.

5    Q.  As you sit here today, how many people do you

6 think watched the Cyber Symposium?

7    A.  Did you watch it?

8    Q.  I've seen it, yes, sir.

9    A.  Then we know there's two.

10    Q.  Yes.

11    A.  I have no clue.  I know a lot of people tuned

12 in because they broke the stream right away.  Once

13 again, just kind of the same problem we had when we

14 originally aired "Absolute Proof."  They kept breaking

15 the stream.

16    Q.  Okay.  Now --

17    A.  I will say this, you say advertised on

18 FrankSpeech.com, I advertised everywhere in the country,

19 ABC, NBC, everywhere, and it was kind of interesting, on

20 the first day of the Cyber Symposium, FOX -- or NewsMax

21 and -- what was the other -- and I think OAN, those two

22 were sued the first day for airing that advertising, and

23 not one of -- the other stations weren't sued, CNN, NBC,

24 that ran those ads.  It's kind of strange.

25    Q.  Now, if I look at Exhibit 619, sir, do you see

Page 278

1 at the very bottom on the first page it says, "Check out

2 For Liberty's Sake on FrankSpeech.  Save on MyPillow

3 products using promo code FLS."  Do you see that?

4    A.  Uh-huh.

5    Q.  And was there a promo code for the sale of

6 MyPillow products used in connection with the Cyber

7 Symposium?

8    A.  No.  At the Cyber Symposium, I ran it

9 commercial-free almost the whole time -- the whole time.

10 There was no commercials.  It was not to make money.  I

11 lost a lot of money, millions of dollars.

12    Q.  Now, do you see at the bottom here it mentions

13 FLS as a promo code?

14    A.  On this, but I don't know what this is.

15    Q.  At the bottom sentence on the first page.

16    A.  I don't know what this was.

17    Q.  This was printed out from FrankSpeech.com.  It

18 was a promotion for the Cyber Symposium on the website,

19 sir.

20    A.  Okay.  Print.  So it was on FrankSpeech.com?

21    Q.  Indeed, yes.

22    A.  So we had ads up there all the time.  That's a

23 thing at the bottom of all the FrankSpeech stuff to this

24 day.  MyPillow's an advertiser on FrankSpeech.  There

25 are different owners, you know.

Page 279

1    Q.  And then the FLS, that code refers to --

2    A.  I have no idea what that code refers to.  I

3 didn't put that there.  That's not me putting that

4 there.  That was probably Brannon Howse, who was running

5 FrankSpeech at the time.  MyPillow was paying for

6 advertisement.

7    Q.  Okay.

8    A.  So I don't know what FL is.  Frank -- I have no

9 idea what that stands for.

10    Q.  Okay.  I'm going to show you a video clip of

11 the Cyber Symposium, just a few minutes, not the whole

12 thing, obviously --

13    A.  Uh-huh.

14    Q.  -- then ask you some questions about it.

15        MS. WRIGLEY:  This is going to be

16 Exhibit 620.

17        (Exhibit 620 marked.)

18        (Clip from Cyber Symposium.)

19        MR. LINDELL:  I'm just doing every day what

20 I believe God's telling me I should do when I pray.

21 That's it.  And -- and I will say, though, we have a

22 bigger chance of whatever we're doing by every state

23 that you go in and, you know, these machines, these

24 computer got to go, because it only takes one attack

25 here.  You could get attacked on a downslide.  You

Page 280

1 could have another attack over here with our -- all our

2 credit cards.  You could have big companies attack.  You

3 could have our meat -- you know, all -- anything attack.

4        But if you attack an election, you've only

5 got to get through once, and that's it.  You control it

6 forever.  You control the country.  And they'll put

7 it there -- oh, they're bringing it back to Venezuela.

8 Venezuela is where the machines started.  Smartmatic

9 started in Venezuela.

10        I got a whole big -- I spent millions of

11 dollars investigating this.  They're built to take --

12 they're built as a tool to take countries.  If -- and

13 why do you think -- you know, you had Eduardo here from

14 Brazil.  The same thing.  It's an identical mirror to

15 what happened here.

16        (Clip ends.)

17    Q.  (BY MS. WRIGLEY)  Do you recognize that --

18    A.  Uh-huh.

19    Q.  -- as an appearance or a discussion you had at

20 the Cyber Symposium in August 2021?

21    A.  That's correct.

22    Q.  And you identified Smartmatic, sir?

23    A.  Uh-huh.

24    Q.  And you identified Smartmatic machines as being

25 tools built to control elections?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
281–284

Page 281

1    A. Uh-huh.

2    Q. And at this point in August 2021, you were
3 telling people that Smartmatic machines were being used
4 to commit election fraud, correct?

5    A. All machines. I didn't -- I wasn't prejudiced
6 against Smartmatic. Let's be clear.

7    Q. But you did make sure to mention Smartmatic --

8    A. Yeah. Smartmatic, ES&S, Hart and Dominion.

9    Q. And you made sure to mention Venezuela,
10 correct?

11    A. Venezuela, because that investigation was
12 already done by then. We had plenty of information on
13 Smartmatic.

14    Q. And in one of the prior videos, you actually
15 mentioned there being a monster from Venezuela, meaning
16 Smartmatic, correct?

17    A. A what?

18    Q. A monster.

19    A. Monster what?

20    Q. I believe in one of the earlier videos, sir,
21 that we watched --

22    A. I probably compared shade copies of monsters.
23 So what?

24    Q. You said, though, this was the monster that
25 started in Venezuela. Do you remember that?

Page 282

1    A. It sounds good to me. Yes, I'll say it again.
2 This is a monster. The machine companies that interfere
3 in our elections, that's a monster, the whole thing.

4    Q. Were you referring to Smartmatic as the
5 monster, sir?

6    A. Part of the monster, yes. Absolutely.

7    Q. Now, at that point in August of 2021, you had
8 been identifying Smartmatic as being involved in
9 election fraud for the 2020 election since February of
10 2021, correct?

11    A. Yes. Yep.

12    Q. For about --

13    A. Yes.

14    Q. -- over six months at that point?

15    A. Yes.

16    Q. And you intended to target Smartmatic as a
17 participant in this crime to steal the election from
18 Trump, correct?

19    A. Yes. But at that point, it was -- it's -- at
20 that point, there was a shift. It's like it didn't
21 matter if -- just like this coming up election. It
22 doesn't. I would trade everything if we get rid of the
23 machines, for everything. I don't care -- it doesn't
24 matter who the president is or isn't. This isn't a
25 Democrat or Republican thing.

Page 283

1    What I knew then -- by the time I knew, by
2 the spring of 2021, this wasn't about the 2020 election.
3 This is about all elections. This is about our
4 freedoms. We have to get rid of these electronic
5 machines.

6        MS. WRIGLEY: Move to strike as
7 nonresponsive to everything after "yes."

8        MR. KACHOUROFF: I believe that it was
9 responsive.

10    Q. (BY MS. WRIGLEY) Now, you con --

11        MR. KACHOUROFF: So I'm going to object to
12 your objection.

13    Q. (BY MS. WRIGLEY) You continued to speak
14 publicly about Smartmatic being involved in election
15 fraud after 2021 and continuing through the present,
16 correct?

17    A. No. I'd say all machines. I don't even bring
18 up the brands any more. It's -- I don't -- it doesn't
19 matter because they're -- they switch different brands
20 all the time.

21    Q. Did you talk about Smartmatic in 2022 related
22 to its machines being used to interfere with the 2020
23 election?

24    A. I don't know. You'd have to find some clips.

25    Q. Okay. Did you post anything on FrankSpeech

Page 284

1 about Smartmatic in 2022?

2    A. Probably not. Probably it's all machines.
3 It's all machines. It doesn't matter. We don't --
4 every single voting machine company.

5    Q. In 2022, did you post on social media about
6 Smartmatic being involved in election fraud?

7    A. I don't know.

8    Q. How about on FrankSocial?

9    A. I don't know.

10    Q. How about on --

11    A. Any information about the elections that we
12 post, I don't think it's specific to Smartmatic.
13 Smartmatic probably would have made my news when we got
14 the cast vote records finally from LA County when we --
15 that's right. When we did get -- when we did -- we did
16 a whole -- I think we did a whole episode on Smartmatic
17 once we got the cast vote records, which we waited. We
18 had to pay $5,000 for from LA County. We had -- they
19 finally gave up the cast vote records. Once we had
20 that, I believe we talked all about Smartmatic because
21 then we had them dead to rights.

22    Q. I mean, is it fair to say that you've been
23 trying to talk to as many people as possible about
24 Smartmatic machines being used to steal the 2020
25 election?



Page 285

1    A.  That's not -- that's not true at all.  It's any
2 machine, any voting machine.  You could talk to anybody
3 on the street.  Any voting machine.  The brand does not
4 matter.  It's very similar to Kill Chain when all the
5 Democrats said, you know what?  We've got to get rid of
6 these machine companies.
7    Q.  I'm going to hand to you 621, sir.
8         (Exhibit 621 marked.)
9    Q.  (BY MS. WRIGLEY)  This is a document produced
10 DEF 026451.  It's an event entry that was produced from
11 your E-mail account.
12        Do you see at the top where it says.
13 "Event accepted.  Discussion with Brent from Canada re
14 Smartmatic"?
15    A.  Uh-huh.
16    Q.  Do you know who Brent from Canada is?
17    A.  Yeah.  He's a cyber -- he's an expert from
18 Canada.  He's been involved for 30 years.  Goes all the
19 way back to Toronto with Dominion, and he's probably
20 forgotten more about Smartmatic than most of us will
21 ever know.
22    Q.  And what's Brent's last name, sir?
23    A.  Brent -- can I look in my phone?  I can tell
24 you.
25    Q.  Well, if your attorney says it's okay.  What's

Page 286

1 his last name?
2    A.  B-E-L-E-S-K-E-Y.
3    Q.  And how did you get connected to Brent
4 Beleskey?
5    A.  No idea.  I became like a hub of a wheel.
6 Anybody that -- I believe one of our -- either one of
7 our lawyers reached out to him -- he was also an expert
8 in some Colorado cases that were going on against Janet
9 Griswold, the Secretary of State of Colorado, with
10 Dominion people.
11    Q.  Now --
12    A.  He was referred to me as the expert of all
13 experts, and not just during the cyber part, but knowing
14 the relationship of Smartmatic where the genesis was,
15 where it all started.
16        This guy's like a walking encyclopedia when
17 it comes to Smartmatic.  He knows the owners, the
18 owners, the -- the relationships between the companies.
19 Who did what, what day they did it, everything.  He's --
20 you guys should interview him sometime.  He'd be -- he's
21 pretty amazing.
22    Q.  Mr. Lindell, let me ask you, looking at this,
23 do you see that the start date is November 23rd, 2020
24 through -- 2022 --
25    A.  Uh-huh.

Page 287

1    Q.  -- and then the end date is on that same date
2 for this event?
3    A.  I see it.  Yep.
4    Q.  And do you see that the start and end date,
5 it's got like a two-hour span?
6    A.  See that what?
7    Q.  Do you see that?
8    A.  Yeah.
9    Q.  It's 16:30 to 18:30?
10    A.  Okay.
11    Q.  Okay.  And have you had long calls with Brent
12 Beleskey to talk about Smartmatic?
13    A.  No.
14    Q.  Okay.  Do you know if this conference call with
15 Brent Beleskey from Canada regarding Smartmatic took
16 place between you and himself?
17    A.  What -- say that again.
18    Q.  Do you --
19    A.  Is this a phone call?  What is this?
20    Q.  It's an entry for a conference call scheduled
21 on 11-23-2022.
22    A.  That would be probably when I was introduced to
23 him.  And he's -- you know, this guy knows everything
24 about the relationship between Smartmatic and Dominion.
25 I'm just assuming that's what it was.

Page 288

1    Q.  Did you have a conference call with this Brent
2 from Canada regarding Smartmatic on November 23rd, 2022?
3    A.  If this is correct, yes.  If this is correct.
4    Q.  Let me ask you this:  Do you remember
5 participating in a conference call with Brent Beleskey
6 about Smartmatic?
7    A.  I've talked to him many times, not specifically
8 about Smartmatic.  About Dominion and Smartmatic and the
9 relationship of the two.
10    Q.  When was --
11    A.  The genesis of the election stuff.  Not ES&S.
12 He's more of an ex -- well, he's an expert there, too.
13 I think he's an expert in all relationships going back.
14 He's dedicated his whole life to trying to stop the
15 machines.  He's from Canada.  He knows a lot of stuff of
16 Dominion in Toronto.
17    Q.  Where does he currently work?
18    A.  When they first got -- that's what?
19    Q.  Where does he work, Mr. Beleskey?
20    A.  I have no idea.
21    Q.  What's his background, sir?
22    A.  He's -- I believe -- he might have even worked
23 for one of the machine companies.  I don't know.  You'd
24 have to check.  I don't know right now.  I'd have to...
25    Q.  When was the last time you talked to



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
289–292

Page 289

1  Mr. Beleskey?
2      A. I don't -- once in a while, he texts me. If
3  he'll see something in the news, he'll send it to me, if
4  it's relevant. Like Smartmatic getting sued or getting
5  a lawsuit in Florida that's going on right now. I guess
6  you guys are in big trouble. He text me that. I
7  haven't had time to read it. But little things like
8  that.
9          He's up on everything you guys do. No, he
10 is. I'm just saying. I'm just being honest. That's
11 what he does. He doesn't look at the cyber side, he
12 looks at the criminality side of what's going on
13 criminally within the Smartmatic world.
14     Q. Mr. Lindell, Joe Biden was elected president of
15 the United States on January 6th, 2021, correct?
16     A. No. Absolutely not. Hundred percent not.
17     Q. And you called Trump the real president,
18 correct?
19     A. I do it every day.
20     Q. And you do not believe that Joe Biden is the
21 president of the United States?
22     A. Hundred percent, no.
23     Q. Now, January 6th was also the day of the
24 Capitol riots, correct?
25     A. Uh-huh. Yes.

Page 290

1      Q. Were you at the Capitol on January 6th, sir?
2      A. No, I wasn't.
3      Q. Were you aware before January 6th, a number of
4  election fraud claims about voting machines had been
5  made publicly by individuals such Sidney Powell and Rudy
6  Giuliani in connection with the 2020 election?
7      A. That they had -- that they were out there
8  fighting for it? Absolutely. I heard all -- I watched
9  many of the evidence things, like in Arizona where Rudy
10 Giuliani presented all the evidence.
11     Q. Their claims were publicly rejected or fact
12 checked by a number of major news organizations prior to
13 January 6th, 2021.
14     A. Who's that? Who's that?
15         MR. KACHOUROFF: Objection. He doesn't --
16     A. CNN?
17         MR. KACHOUROFF: Hang on. Mike, Mike,
18 Mike.
19         Objection. Is there a question?
20         MS. WRIGLEY: Yes.
21     Q. (BY MS. WRIGLEY) Were you aware of whether
22 their claims were publicly rejected or fact checked by a
23 number of major news organizations prior to January 6th,
24 2021?
25     A. No. I did my own due diligence. I was doing

Page 291

1  my own due diligence at that time. But they're out
2  there, everyone, okay. They're attacking me. Maybe not
3  everyone. Obviously, everybody was against Trump, but
4  they...
5      Q. I'm going to hand you Exhibit 622, sir.
6          (Exhibit 622 marked.)
7          MR. KACHOUROFF: Running objection to all
8  these statements about other people from the outside,
9  and so the objection is to relevance.
10         Was that slow enough?
11     Q. (BY MS. WRIGLEY) Sir, this is a news article
12 from the New York Times that was printed up. It was
13 attached to --
14     A. Uh-huh.
15     Q. -- the complaint, Exhibit 101 --
16     A. Uh-huh.
17     Q. -- dated November 19, 2020, with the title "The
18 Times called officials in every state. No evidence of
19 voter fraud." Do you see that?
20     A. Uh-huh.
21     Q. Do you see the subtitle is "The President and
22 his allies have been" -- "have basically claimed that
23 rampant voter fraud stole victory from him. Officials
24 contacted by the Times said that there were no
25 irregularities that affected the outcome"?

Page 292

1      A. Okay.
2          MS. WRIGLEY: Do you have a question?
3          MR. KACHOUROFF: I'm sorry. I didn't mean
4  to interrupt. I was trying not to interrupt you. Is it
5  622?
6          MS. WRIGLEY: 622, yes.
7          MR. KACHOUROFF: I'm sorry.
8          MS. WRIGLEY: That's okay.
9      Q. (BY MS. WRIGLEY) Do you see that subheading --
10     A. Yeah.
11     Q. -- Mr. Lindell?
12     A. Yeah.
13     Q. Are you familiar with this New York Times
14 article, sir?
15     A. No. I never read this article. And I'll make
16 a statement there. All the stuff going out there, all
17 the noise saying everything is a lie, that Donald Trump
18 is lying and these -- Rudy Giuliani's wrong, who is
19 America's mayor, Sidney Powell's wrong, all this -- I
20 was busy doing my own due diligence. I do my own due
21 diligence, like when I met Donald Trump, and people
22 can't tell me, oh, he's this or this because I met him.
23 I did my due diligence. I did my own due diligence.
24         I was busy getting voter rolls from every
25 state and finding out people voted that didn't live



Page 293

1 there. That's what I was doing.
2        So when I see garbage like this saying
3 there was no fraud, well, somebody voted that didn't
4 live in that state. You can -- that's a fact, some --
5 all these people -- the 4,600 people voted in Alabama
6 that were over 110 years old. That's a fact that came
7 right out of the machines.
8        I found 22,000 people voted in Georgia that
9 didn't live there. That's a fact. It came right out of
10 the machine.
11       So when you see this garbage, it's like
12 every other news. Who wrote this? Where's his facts?
13 Who -- what official said that? You'd be talking --
14 like Bill Barr, here's another good one. Bill Barr says
15 there wasn't enough to overturn the election. There
16 wasn't enough to overturn the election, no fraud.
17       Well, Bill Barr stopped officials in
18 Pennsylvania from investigating the election. We
19 have it -- I have the document that shows that.
20       So all these things you say -- another one
21 was Chris -- that we all heard, Chris Krebs when he said
22 it's the most secure election ever. Do you know three
23 months later, he said on Morning Joe on MSNBC with Adam
24 Schiff -- he was asked, Chris, what's the most --
25 biggest threat to the United States? You know what he

Page 294

1 said? This is three months after the election. Bar
2 none, a cyber attack from China right down to the local
3 races, end quote.
4        MS. WRIGLEY: I'm going to move to strike
5 as nonresponsive.
6    A. But end quote.
7    Q. (BY MS. WRIGLEY) Sir, can I ask you --
8    A. I mean, so you're bringing up stuff. No, I
9 didn't read this. What are you telling me? Because
10 other people -- I do my own due diligence, so it comes
11 from the heart. Comes from my mind, my facts that I see
12 in front of me.
13   Q. Mr. Lindell, I'm going to ask you about the
14 first paragraph. Can you read this with me, please,
15 sir.
16       First paragraph states, "Election officials
17 in dozens of states representing both political parties
18 said that there was no evidence that fraud or other
19 irregularities played a role in the outcome of the
20 presidential race, amounting to a forceful rebuke of
21 President Trump's portrayal of a fraudulent election."
22 Do you see that?
23   A. Yeah.
24   Q. Were you aware in November of 2020 that
25 election officials were rejecting claims of election

Page 295

1 fraud in the 2020 election?
2    A. Well, no. Election officials from where? Who
3 is this article -- this Times?
4    Q. Correct.
5    A. I didn't sit there and read the Times. I was
6 busy doing my own due diligence, 18 hours a day digging
7 into it myself, out getting voter rolls in your state
8 and doing my own investigation.
9        I'm not going to trust -- oh, because some
10 election official said it. There were too many
11 deviations that happened. I look at deviations.
12       On the night of -- on the morning of
13 November 4th, in the middle of the night, when I seen
14 106,000 votes come down for Biden and 3,000 for Donald
15 Trump, they said it was the -- they said, oh -- if you
16 listen closely here, they said, oh, those darn intercity
17 mail-in votes. You know, there's only one problem with
18 that, the mail-in votes in Michigan were counted on the
19 morning of the 3rd, not in the middle of the night on
20 the 4th. So where did they come from? I just had
21 questions.
22       Arizona had 80,000 votes less to count, 1
23 percent of the vote, and it took them 10 days to count
24 it. That, to me, was a deviation -- I -- there were
25 problems. I wanted to get to the bottom of the

Page 296

1 deviation.
2        I don't care what anyone writes. They
3 didn't do the due diligence I did. I did more due
4 diligence than anyone probably in the whole country, bar
5 none.
6        MS. WRIGLEY: Move to strike as
7 nonresponsive.
8    Q. (BY MS. WRIGLEY) I'm going to ask about
9 another part, sir.
10   A. Uh-huh.
11   Q. Do you see here where it says, "Kansas did not
12 experience any widespread, systemic issues with voter
13 fraud, intimidation, irregularities or voting problems,
14 a spokeswomen for Scott Schwab, the Republican Secretary
15 of State in Kansas, said in an E-mail Tuesday. We are
16 very pleased with how the election has gone up to this
17 point." Do you see that?
18   A. You know what I got from Kansas? I got from
19 Kansas -- this -- from Kansas, videos. These are
20 Democrats going into vote and their vote got switched to
21 Republican. Video from a phone got switched to
22 Repub-- --
23   Q. Mr. Lindell, you think that you know better
24 about what happened in the election than the Secre --
25   A. A hundred percent I do, because I did --



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
297–300

Page 297

1  Q. Hold on, sir.
2  A. -- because I did due diligence.
3  Q. You think you know better than the Secretary of
4  State of Kansas in terms of what happened in the 2020
5  presidential election?
6  A. 100 percent, I do --
7  Q. Okay.
8  A. -- especially now.
9  Q. And is that true for the Secretary of State of
10  all 50 states, sir?
11  A. Probably.
12  Q. Okay. So you know better than Alaska, Alabama?
13  A. Uh-huh. Yes.
14  Q. Yes?
15  A. Yes.
16  Q. You know better than South Dakota?
17  A. Because I've done -- I've spent probably --
18  it's 18 hours a day times three years of my life every
19  morning to get up to help save this country and get rid
20  of your machine companies. Yes, I know all of it. You
21  could combine them all, and I'd probably know more than
22  all of them. And that's fact. I had to learn it. It's
23  like going to school, and every day you learn more and
24  more.
25       If the election had been turned over to

Page 298

1  Donald Trump on December 14th of 2020, we would have
2  lost our country forever, because so much has been
3  revealed in the last three years about the machine
4  companies, about what they're capable of, about what
5  they can do, and we have to get rid of them or we lose
6  our country forever. We lose our freedoms I grew up
7  with. That's a fact.
8       I will never stop. I will never back down.
9  I'm sorry that you work for them. That's too bad. I
10  can't back down on what I know. I know more than all of
11  them put together.
12       MS. WRIGLEY: I'm going to move to strike
13  as nonresponsive.
14       MR. KACHOUROFF: I think it is very
15  responsive.
16  A. Yeah. You asked me if I know more. Yes, I do.
17  Q. (BY MS. WRIGLEY) All right. I'm going to mark
18  another exhibit, sir, and you're going to -- I'm sure
19  you're going to love this one, but we're going to keep
20  doing it. Okay?
21       MS. WRIGLEY: This is going to be 623.
22       (Exhibit 623 marked.)
23  Q. (BY MS. WRIGLEY) It was originally marked
24  as -- oh, I've got an extra copy there, sir --
25  Exhibit 110 to the complaint. This is a transcript of

Page 299

1  the interviews that Christopher Krebs, who you've
2  mentioned, did with 60 --
3  A. I just mentioned it.
4  Q. -- did with 60 Minutes in November of 2020.
5       Now, sir, before I ask you about this
6  document, you're familiar with Christopher Krebs,
7  correct?
8  A. Because of what he said, because of what he
9  said on MSNBC, and because he got fired by CISA because
10  of what he said back then, so...
11  Q. Now, he was the director of the U.S. cyber
12  agency responsible for making sure that there was
13  integrity for the 2020 presidential election, correct?
14  A. Uh-huh.
15  Q. And you're laughing, but you're smirking at
16  Mr. Krebs.
17  A. Because he got fired in CISA. He got fired
18  for -- for --
19  Q. He got fired by a --
20  A. -- he lied back then.
21       THE COURT REPORTER: I'm sorry. I really
22  can only take one at a time. I really can.
23       THE WITNESS: Okay.
24  A. But he lied back then.
25  Q. (BY MS. WRIGLEY) Sir, I will try my best not

Page 300

1  to interrupt --
2  A. Okay.
3  Q. -- but I'd ask you not to interrupt me --
4  A. Yeah.
5  Q. -- please.
6  A. Okay.
7  Q. It's going to be better for her to get this
8  down --
9  A. Right.
10  Q. -- so just slow down.
11  A. Uh-huh.
12  Q. You don't care for Christopher Krebs, correct?
13  A. I don't know the man.
14  Q. Okay. Do you know what his background is, sir?
15  A. Yes. He was head of the cyber -- actually, I
16  kind of like the guy, because he lied and then he got
17  caught. And he said three months later that, hey, our
18  biggest threat is China attacking us down to the local
19  races. The guy, in my mind, that's great he said that.
20  Q. Has Christopher Krebs ever publicly said there
21  was any interference by China in the 2020 election?
22  A. He publicly said three months after the 2020
23  election, we have it on film, MSNBC with Adam Schiff.
24  They said, what's the biggest threat to the United
25  States right now? This is three months after 2020.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
301–304

Page 301

1   Bar none, is what he said, a cyber attack
2   by China right down to the local races.  A cyber attack,
3   isn't that through computers?  That's what Chris Krebs
4   said on national TV.  I can't --
5       Q.  Now --
6       A.  If I had it here, I'd play it for you.
7       Q.  -- has Christopher Krebs ever indicated
8   publicly that Smartmatic interfered with the 2020
9   election?
10      A.  Like I said, all machines, a cyber attack,
11  right down to the local races.  You're a part of machine
12  company.
13          The only way you do that is hacking in --
14          THE COURT REPORTER:  Please slow down.
15  Please.
16      A.  The only way you do that is to hack into a
17  machine or to get into the machine.  That includes
18  Smartmatic.  Chris Krebs said this.  I'm sorry he said
19  that about you guys.
20      Q.  (BY MS. WRIGLEY)  Sir, do you see that the
21  title of this exhibit is "Fired director of U.S. cyber
22  agency, Chris Krebs, explains why President Trump's
23  claims of election interference are false"?  Do you see
24  that --
25      A.  Yeah.

Page 302

1       Q.  -- on the first page?  Do you see that, sir?
2       A.  Uh-huh.
3       Q.  Were you aware that Mr. Krebs gave an interview
4   with 60 Minutes in November 2020 about the 2020
5   election?
6       A.  No.
7       Q.  You weren't aware of that at the time --
8       A.  I've heard his statement.
9       Q.  Okay.
10      A.  He said it was the most secure.
11      Q.  And do you see underneath here the subtitle is
12  "Chris Krebs, a life-long Republican, was put in charge
13  of the agency handling the election security by
14  President Trump a few years ago.  When Krebs said the
15  election was the country's most secure ever, Mr. Trump
16  fired him.  Now Krebs speaks to Scott Pelley"?  Do you
17  see that?
18      A.  Uh-huh.
19      Q.  Okay.  And are you aware in November of 2020
20  that Christopher Krebs, when he was head of the CISA
21  agency in charge of the election, issued a public
22  statement about the election being secure?
23      A.  I heard the statement.  I didn't know what he
24  ran or what he did.  But I -- all I know is I was really
25  happy when three months later, he said the biggest

Page 303

1   threat to our country was a cyber attack made to the
2   local races from China.
3       That's like saying I watched really good on
4   my watch, but now we've got to worry about it because it
5   didn't happen when I was watching, because I could see
6   inside the machines.  Chris Krebs lied.
7       Q.  Do you see at the bottom of this page where it
8   has Chris Krebs speaking?  Bottom of the paragraph, sir.
9   It says, "I have confidence."  Are you with me?
10          Mr. Lindell, are you with me here?
11      A.  Yeah, I'm reading it.  Yes.
12      Q.  "I have confidence in the security of this
13  election because I know the work that we've done for
14  four years in the support of our state and local
15  partners.  I know the work that the intelligence
16  community has done, the Department of Defense has done,
17  that the FBI has done, that my team has done.  I know
18  these systems are more secure.  I know based on what we
19  have seen that any attacks on the election were not
20  successful."  Do you see that?
21      A.  Uh-huh.
22      Q.  And in November of 2020, did you understand
23  that Christopher Krebs publicly stated the election was
24  secure?
25      A.  I didn't know Chris Krebs.  I heard Chris --

Page 304

1   that some Christopher Krebs said that.  But you've got
2   to understand, my -- where I was, all that stuff every
3   day, I spent 18 hours a day doing my own investigation.
4   Had nothing to do with what the media was saying.  So I
5   had a hundred percent proof that something happened.  We
6   better find out all these deviations.
7       It's like I get deviations every day in
8   numbers.  I dig into them till I find the truth.  And I
9   don't care what Chris Krebs, who I didn't even know what
10  he did back then, why he says that.
11          I was kind of like -- I go, yeah, I
12  remember that name when he said that's the number one
13  threat to our country.  I mean, this -- this Chris
14  Krebs, I mean, he was obviously -- he was making it
15  secure.  What do you think he's going to say?
16      Q.  I'm going to hand to you what's been previously
17  marked as Exhibit 582, sir.  This is -- for the record,
18  this is a page -- it shows where from the Internet of
19  Twitter it was printed up and the day it was captured.
20  This is a post on Twitter by Christopher Krebs when he
21  was at CISA.
22      A.  Uh-huh.
23      Q.  Do you see at the top where it says, "To be
24  clear on," and there's an arrow below?  "I'm
25  specifically referring to the Hammer and Scorecard



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
305—308

Page 305

1 nonsense. It's just that, nonsense. This is not a real
2 thing. Don't fall for it, and think twice before you
3 share"? Do you see that, Mr. Lindell?
4     A. Uh-huh.
5     Q. Were you aware that Christopher Krebs, prior to
6 2021, had posted on Twitter about Hammer and Scorecard?
7     A. It's the first time I've read this.
8     Q. You've never seen this before, sir?
9     A. No.
10     Q. This didn't come up in your validation or
11 investigation mark?
12     A. Huh-uh. Not this with Chris Krebs.
13     Q. Okay. Did your ever investigate statements
14 that had been made by CISA related to Hammer and
15 Scorecard prior to 2021?
16     A. I -- I talked to gen- -- yes, I did. I talked
17 to generals that were involved. General McInerney,
18 directly involved. Bill Binney, directly involved.
19 People that were back there that built Hammer and
20 Scorecard that helped build it. Okay. They built it.
21         When you interview General McInerney or
22 Colonel Waldon or General Mike Flynn, they were there.
23 I had him and Dennis Montgomery in a room together.
24 It's like old friends talking.
25         You know, Dennis -- and I had General Flynn

Page 306

1 with Dennis Montgomery validate it right there. Yes,
2 sir. Here's what I did. Remember this? Remember this?
3 Remember this? It's real. You can't sit and tell me
4 it's not. I did my own due diligence.
5         Just because Chris Krebs said don't believe
6 it, obviously, he's got another agenda. There's
7 something hidden there. He's a uniparty Republican, as
8 far as I'm concerned.
9     Q. Mr. Lindell, I have just a couple follow-up
10 questions.
11         Were you aware that General Flynn was
12 deposed in this litigation?
13     A. That what?
14     Q. General Flynn was deposed in this litigation?
15     A. Yeah, I heard that.
16     Q. And were you aware that he took the Fifth
17 Amendment?
18         MR. KACHOUROFF: Objection, relevance.
19     A. I heard that, too.
20     Q. (BY MS. WRIGLEY) Okay. And then I want to ask
21 you a little bit more about 582, sir.
22     A. What's that?
23     Q. I'm going to ask you about 582.
24         Do you see where Mr. Krebs referred to a
25 previous post where he said, "Seeing #thisinfo that some

Page 307

1 isolated voting day issues are tied to some nefarious
2 election hacking and vote manipulation operation. Don't
3 fall for it and think twice before sharing. Check out
4 Rumor Control for more info on the security safeguards
5 built into election #protect2020"? Do you see that?
6     A. Yeah.
7     Q. Okay. And then do you see below that he's kind
8 of --
9     A. Yeah.
10     Q. -- directing to a reality and rumor sheet here
11 post election?
12     A. Uh-huh.
13     Q. Do you see that?
14     A. Uh-huh.
15     Q. Did you ever, prior to February of 2021, go to
16 the CISA website to check out any information on Rumor
17 Control?
18     A. I talked to the people that were involved back
19 then. And like I said, General Flynn --
20     Q. General Flynn, yes, the generals.
21     A. -- yeah, General McInerney worked there.
22     Q. Yeah. I'm sorry. Did they work at CISA?
23     A. Colonel Waldron.
24         CISA, the only thing I heard about CISA is
25 that they were hiding this case down in Georgia.

Page 308

1 This -- they were stopping this case from getting
2 public, this Halderman case, the Curling case, which
3 involved Dominion. They held it for three and a half
4 years.
5         I also know CISA went to the State of South
6 Dakota and used my name there, saying, now, don't listen
7 to Mike Lindell. Why would they do that? Why is
8 anybody concerned with me about Hammer Scorecard? I
9 never told anybody on January 9th I had Hammer
10 Scorecard.
11         So anyway, you know, it was kind of crazy,
12 because media outlets like CNN are coming to me, you
13 know, Dennis Montgomery is a fraud. Well, I never said
14 I got it from Dennis Montgomery. So this is very
15 strange you're asking me these questions.
16     Q. Mr. Lindell, can I ask you about that Georgia
17 lawsuit that you mentioned that CISA held back? Where
18 did you get that information from in connection with the
19 lawsuit being held back in your claim that --
20     A. From the Louisiana Secretary of State.
21     Q. What's that person's name?
22     A. Kyle Ardoin.
23     Q. And --
24     A. And Kyle Ardoin was trying to get it from them
25 because they were warned not to use machines, not to use



Page 309

1 those machines.
2    Q. And this person told you that CISA was doing
3 something nefarious to hold up a lawsuit about an
4 election --
5    A. Either them or the judge. Who knows.
6    Q. Okay. Or the judge was involved with something
7 nefarious?
8    A. They would -- they couldn't get it. He wanted
9 to get it for the State of Louisiana. I'm working with
10 these secretary of states. I'm getting it right from a
11 government official, you know.
12        I'm a guy who -- before this all happened,
13 I'm just a guy that had a pillow company, United States,
14 American dream, and I'm dealing with all these
15 officials, and they're telling me this stuff. I'm
16 sorry. I believe generals, I believe colonels, I
17 believe cyber experts. I believe lawyers, some of them.
18    Q. I'm just going to mark Exhibit 424 [sic].
19        (Exhibit 624 marked.)
20    Q. (BY MS. WRIGLEY) We'll do this one real quick,
21 sir.
22    A. Oh, the -- oh, my.
23    Q. Exhibit 424 [sic] was marked --
24    A. This is all your exhibits.
25    Q. -- as Exhibit 111 in the complaint. Do you see

Page 310

1 this as an AP article from December of 2020, sir?
2    A. Uh-huh.
3    Q. Do you see the title of this article is
4 "Disputing Trump, Barr says no widespread election
5 fraud"?
6    A. Yeah.
7    Q. Do you see that?
8        MS. WRIGLEY: It's Exhibit 624.
9        MR. KACHOUROFF: 624. You said 424. I
10 was --
11       MS. WRIGLEY: Oh, it was the other one.
12 Thank you. Sorry. I'm sorry. 624.
13    Q. (BY MS. WRIGLEY) Okay. Now, if you look at --
14 let me just read the first couple paragraphs of this,
15 Mr. Lindell.
16    A. Yeah.
17    Q. It says, "Disputing President Donald Trump's
18 persistent, baseless claims, Attorney General William
19 Barr declared Tuesday the U.S. Justice Department has
20 uncovered no evidence of widespread fraud" -- "voter
21 fraud that could change the outcome of the 2020
22 election. Barr's comments in an interview with The
23 Associated Press contradict the concentrated [sic]
24 effort by Trump, his boss, to subvert the results of
25 last month's voting and block President-elect Joe Biden

Page 311

1 from taking his place in the White House. Barr told the
2 AP that U.S. attorneys and FBI agents have been working
3 to follow up specific complaints and information they've
4 received, but to date, we have not seen fraud on a scale
5 that could have effected a different outcome in the
6 election." Do you see that?
7    A. Uh-huh.
8    Q. Now, you were aware at the end of 2020 that
9 Bill Barr had publicly stated there was no widespread
10 fraud in the 2020 election, correct?
11    A. Yes. But I will say -- I will do an add-on
12 there. But then we also -- I personally had gotten a --
13 wind of, in an E-mail that he sent to a state
14 official -- I think it was the Secretary of State in
15 Pennsylvania -- stand down. Do not investigate any
16 election fraud. That was right from Bill Barr. So I --
17 Bill Barr lost all credibility with me when he sent that
18 out.
19       Also, I tried to get to Bill Barr, and he
20 would not -- it was a complete shutout. I tried to get
21 to Bill Barr because I had questions, going all these
22 people that are voting that don't live in those states,
23 and I didn't the question an answer.
24    Q. Why would Bill Barr do such a thing,
25 Mr. Lindell? Why would he --

Page 312

1    A. You know what --
2    Q. -- having worked and been appointed by
3 President Trump would --
4    A. That's a deviation. It's like --
5        THE COURT REPORTER: I can only take one at
6 a time.
7        THE WITNESS: Okay.
8    Q. (BY MS. WRIGLEY) -- reject claims of
9 widespread fraud? Why would he do that, sir?
10    A. Well, that's called a deviation. It's like
11 when crooked Brad Raffensperger in Georgia -- when
12 people do things that you can't explain, like Doug Ducey
13 in Arizona, when he turned in the electors before the
14 11 hours of tape by Rudy Giuliani came out. He turns
15 it. You go why?
16        When things are unexplainable, there's a
17 hidden agenda. I don't know what that addenda is. I
18 don't know why Bill Barr did not want to investigate it.
19 I don't know. And I don't know why he came out --
20        It's a very broad statement, there's not
21 enough to overturn the election. You only half looked
22 in -- if you found some, why didn't you finish looking
23 into it, Bill? Because he did not complete it, and we
24 have an E-mail to prove that. He said stand down. Do
25 not investigate any more. I don't know why.



Page 313

1        That's called a deviation in behavior, and
2 I don't know why. I'd have to talk to Bill and say,
3 Bill, what was your reasoning for doing such a thing,
4 stopping an investigation into this country?
5    Q. Have you investigated Bill Barr, sir?
6    A. No.
7    Q. What's this E- --
8        MR. KACHOUROFF: The attorneys have.
9    A. Uh-huh.
10   Q. (BY MS. WRIGLEY) What's this E-mail that
11 you're referring to, sir?
12   A. It's a -- it's -- that's public. You can
13 probably find that on the Internet. He sent an E-mail
14 to officials, I think it was the Secretary of State, in
15 the State of Pennsylvania. Stand down. Do not
16 investigate any more into this election.
17   Q. And what's the date of that?
18   A. It was in December of 2020.
19   Q. And how did you find out about that E-mail?
20   A. That was public. It was public.
21   Q. Okay. And --
22   A. It was public. Somebody got --
23   Q. -- based on that E-mail --
24   A. Somebody got it to me, and I'm going, you know
25 what? And I'm going, Bill, if you only knew what I had

Page 314

1 here. I was finding all these states where the people
2 voted that didn't live there. And that's what I wanted
3 to get to. Yeah.
4    Q. And because of that E-mail, you're completely
5 disregarding any credibility that Bill Barr had --
6    A. It didn't make sense -- it didn't make sense
7 why Bill Barr would not check into that or why he
8 wouldn't check into when he knew those 106,000 votes in
9 Michigan, they weren't counted on the -- they weren't
10 mail-in votes. They were counted on the morning of the
11 3rd. He --
12   Q. Would it make sense if there was no widespread
13 fraud, sir?
14   A. What's that?
15   Q. Would it make sense if there was, in fact, no
16 widespread fraud in the election?
17   A. When you --
18   Q. It would make sense, right?
19   A. No, it wouldn't make sense when you have the
20 deviations that happened on the morning of the 4th.
21       Let me tell you this: If we'd have all
22 went to bed on the morning of the 4th and the algorithms
23 hadn't been broke, where they had shut down five states
24 at the same time, an order, shut them down. They shut
25 them down. Every one had a different excuse.

Page 315

1 Arizona, it took ten days to count. That's
2 1 percent. I had done the mathematics. It's impossible
3 that they did not come back where Donald Trump didn't
4 win by 70,000 votes. Those are mathematics.
5        So it was pretty -- in my mind, it was
6 absolutely impossible based on those deviations. Dig
7 into the deviations and find the truth, then tell me
8 there was no widespread fraud. But nobody did that.
9        This -- I'm telling you right now, probably
10 the first time you ever heard that those 106,000 votes
11 in the middle of the night that went like this
12 (gesturing) for Michigan, those were not mail-in votes
13 like they told us. The media lied to us. They were --
14 the -- they were counted on the morning of the 3rd. So
15 I'd like to know why. Give me an answer.
16       MS. WRIGLEY: Move to strike as
17 nonresponsive.
18   Q. (BY MS. WRIGLEY) I've handed to you what's
19 been marked as Exhibit 625, sir.
20       (Exhibit 625 marked.)
21   Q. (BY MS. WRIGLEY) This was marked as Exhibit 72
22 to the complaint. It's a printout from Dominion's
23 website. It was updated on November 17th, 2020.
24       If you can turn to the second page, do you
25 see that the title of this section from the website is

Page 316

1 "Setting the record straight: Facts and rumors.
2 Dominion voting systems categorically denies false
3 assertions about vote switching and software issues with
4 our voting systems"? Do you see that?
5    A. Uh-huh.
6    Q. And then do you see underneath of there it
7 says, "According to a joint statement by the Federal
8 Government agency that oversees U.S. election security,
9 the Department of Homeland Security's Cybersecurity &
10 Infrastructure Security Agency, CISA, 'There is no
11 evidence that any voting system deleted or lost votes,
12 changed votes or was in any way compromised.' The
13 government and private sector councils that support this
14 mission called the 2020 election 'the most secure in
15 American history.'" Do you see that?
16   A. And you believe that?
17   Q. Sir --
18   A. Because Chris Krebs said that, right?
19   Q. Let me --
20   A. Who got fired.
21   Q. Let me ask you a question. Were you familiar
22 that CISA had issued a statement such as this --
23   A. No.
24   Q. -- that's reflected in Dominion's website?
25   A. No.



Page 317

1    Q.  Are -- did you know at the end of 2020 that
2  Dominion had a section on its websites --
3    A.  No.
4    Q.  -- addressing facts and rumors?
5    A.  No.
6    Q.  Okay.  Let me ask you this:  Prior to February
7  5th, 2021, did you visit the website of Dominion?
8    A.  No.
9    Q.  Prior to February 5th, 2021, did you visit the
10  website of Smartmatic?
11    A.  No.
12    Q.  Prior to February 5th, 2021, did you visit the
13  website of ES&S?
14    A.  No.
15    Q.  Prior to February 5th, 2021, did you visit the
16  website of Hart InterCivic?
17    A.  No.
18    Q.  Prior to February 5th, 2021, did you visit the
19  website of any voting company?
20    A.  No.
21    Q.  And so you didn't look at the websites of
22  either Smartmatic or Dominion and try to investigate
23  election fraud before you put out Absolute Proof?
24    A.  No.  I -- they're not going to put it on their
25  website.  Hey, I will tell you what I did do.  I'm going

Page 318

1  to bring this up right now, and I'll talk slow.
2        I was in Georgia.  I'm going to tell you
3  where I'm coming from.  I was in Georgia --
4        MS. WRIGLEY:  Sir, I'm just going to
5  object.  There's no -- there's no question pending --
6    A.  Well, I'm going to tell you something.  I was
7  in Georgia --
8        MS. WRIGLEY:  -- it's nonresponsive and
9  it's wasting the time.
10    A.  I'm going to say I was in Georgia on
11  January 4th at the -- where the two senators were going
12  to be in the runoff.  I sat and got on my knees and
13  prayed that they would steal both of them.  And why
14  would I do that?  You know why?  Because if they would
15  have just said give them back a Republican so they shut
16  up about this election, I knew right then if they took
17  them both that the public would go, you know, hey, we've
18  got to look into these problems.  We've got to look into
19  these computers and machines.  And my prayers were
20  answered.  So here we are.
21    Q.  (BY MS. WRIGLEY)  Sir, does MyPillow have a
22  website?
23    A.  What's that?
24    Q.  Does MyPillow have a website?
25    A.  I don't know if you bought any pillows, but it

Page 319

1  helped us.  Yes.
2    Q.  And do you put information about the company on
3  that website, sir?
4    A.  If I was a corrupt company, I certainly
5  wouldn't put anything out there.
6    Q.  How would anybody know whether MyPillow is a
7  corrupt company, sir?
8    A.  Why would I look at Dominion's website if it
9  was going to be something up -- look, if I was a private
10  eye, I'd be doing -- which I've hired many private eyes
11  in this investigation.
12    Q.  What are the names of the private eyes you've
13  hired to investigate Smartmatic?
14    A.  I'd -- you'd have to get that from my
15  attorneys.  We hired a whole -- one whole team, that was
16  a quarter million.  We hired another one.  That Brent
17  guy we didn't hire, but he was -- that's what he does.
18  I don't -- he was never paid, said I want to do it for
19  free.  But there was a company that was hired, $200,000.
20    Q.  Sir, if you look at the second page of this --
21  can I have you flip into the exhibit, please.  It's 625.
22  Do you see that there's a section number 2, "Assertions
23  of super computer election fraud conspiracies are 100
24  percent false"?  Do you see that?
25    A.  They put that in Smartmatic's website.

Page 320

1    Q.  This is on Dominion's website, sir.  But you've
2  never seen it, right?
3    A.  No.
4    Q.  Okay.  And do you see where it says, "The
5  Cybersecurity & Infrastructure Security Agency, CISA,
6  has debunked claims about the existence of a secret CIA
7  program for voter fraud called Hammer and Scorecard."
8  Do you see that?
9    A.  Uh-huh.
10    Q.  And it's got some bullet points --
11    A.  Uh-huh.
12    Q.  -- describing this --
13    A.  Uh-huh.
14    Q.  -- voting systems in the United States.  Do you
15  see that?
16    A.  Yeah.
17    Q.  The first one says, "All U.S. voting systems
18  must provide assurance that they work accurately and
19  reliably as intended under Federal U.S. EAC and date
20  certifications and testing requirements.  Election
21  safeguards from testing and certification of voting
22  systems to canvassing and auditing prevent malicious
23  actors from tampering with vote counts and ensure final
24  vote tallies are accurate.  Read more from CISA."  Do
25  you see that, sir?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
321–324

Page 321

1    A. Uh-huh.

2    Q. Are you familiar that there are certification

3    requirements for voting systems --

4    A. Yep.

5    Q. -- in the United States?

6    A. I certainly do, because I've spearheaded

7    lawsuits against machine companies, Dominion -- i.e.,

8    Dominion in both Arizona, then I was going state by

9    state. Arizona, we're still in like the fourth appeal.

10    They weren't certified. They're not

11    certified. They were illegal. That's what the Georgia

12    case says in Georgia. Very similar to the Curling case,

13    the cases I have, the lawsuits I have out there against

14    these machine companies. Not yours. This was in

15    Arizona, Alabama, and I was going to go state by state.

16    They're not certified. They lied. They

17    lied. They're all online, and they lied and lied. So

18    they broke the -- you could almost take any -- if you're

19    talking about Dominion now, not yourself, I can say this

20    about Dominion. They are not certified. They break

21    laws in most of the counties -- or most -- I mean, most

22    of the states.

23    Louisiana is their longest running partner,

24    and they're out of date, they're out of certification.

25    They weren't certified. There's so many laws that they

Page 322

1    broke. They probably broke more laws by accident than

2    you guys did on purpose.

3    MS. WRIGLEY: I'm going to strike that as

4    nonresponsive.

5    Q. (BY MS. WRIGLEY) This is Exhibit 626, sir.

6    (Exhibit 626 marked.)

7    Q. (BY MS. WRIGLEY) This is a printout from

8    Smartmatic's website. It is marked as Exhibit 66 to the

9    complaint.

10    Do you see, if you look to the first page,

11    that it says, "Smartmatic fact checked"? Do you see

12    that?

13    A. Uh-huh. Did you guys write this?

14    Q. This was information from the website. Have --

15    have you ever been to Smartmatic's website, sir?

16    A. No. No.

17    Q. No.

18    A. I can write nice things about you, too, if I

19    want. Can I write some of your facts on there?

20    Q. No. There's a number of companies that have

21    websites on the Internet, correct?

22    A. Yeah.

23    Q. And MyPillow has a website, correct?

24    A. That's right.

25    Q. And there's information about MyPillow,

Page 323

1    correct?

2    A. (Witness indicated by nodding his head

3    affirmatively.)

4    Q. NewsMax has a website, correct?

5    A. Yeah.

6    Q. And there's information about NewsMax on its

7    website, correct?

8    A. Uh-huh. Yeah.

9    Q. Now, I don't know. Let's say Pfizer, the

10    pharmaceutical company, are you familiar with Pfizer?

11    It has a website, correct?

12    A. Uh-huh.

13    Q. And it puts out information about itself on the

14    website, correct?

15    A. Uh-huh.

16    Q. And so how does anybody know if information on

17    a website's correct or not, sir?

18    A. You do your own due diligence like I did.

19    Q. Okay. But one basic step would be to go to a

20    company's website and look for --

21    A. No.

22    Q. -- information about it?

23    No?

24    A. No. I would go -- if I want to investigate a

25    company -- I haven't been to Fox News's website, but I

Page 324

1    investigated them. I don't go -- I'm not going to go to

2    a website and read their fluff.

3    Q. Okay. And so whatever you put on the website

4    for MyPillow, nobody should trust that information,

5    correct?

6    A. No. That's not what I said. If I was under

7    investigation that I did something, you would go around,

8    you would go investigate the company. Have you guys

9    been to my website? You think I'm going to -- from

10    MyPillow, you're going to buy pillows there. That's

11    what you do.

12    What -- I didn't even know if Smart- -- to

13    be honest with you, I didn't even know Smartmatic had a

14    website. What, to sell your machines to someone?

15    There's a -- why would Smartmatic have a website if

16    you're selling machines to our government? That doesn't

17    make sense.

18    Q. Mr. Lindell -- Mr. Lindell, let me ask you

19    this: You're familiar when corporations get

20    incorporated, they have to do filings in this country,

21    correct?

22    A. Yeah.

23    Q. Okay. And your company has corporate filings,

24    right?

25    A. Right.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
325–328

Page 325

1    Q.  And those are public records, right?
2    A.  Right.
3    Q.  Have you done any public record searches for
4  Smartmatic in terms of any incorporation papers?
5    A.  My -- yes.  My -- but not me personally.  I
6  have private eyes.
7    Q.  Did you do it before "Absolute Proof," sir?
8    A.  I don't know.  I don't know when the one guy
9  started.  I know that they -- I know one of them did for
10  sure.  There was one involved for sure, but it wasn't
11  one of the private eye companies.
12    Q.  What -- I'm sorry, what are the private eye
13  companies that you've hired, sir?  What are their names?
14    A.  I don't know their names.  You would have to
15  get the -- Curt has that.
16    Q.  Okay.  But you've hired, in connection with
17  your documentaries, private investigators to --
18    A.  No, it wasn't the docu --
19    Q.  -- identify information for those things?
20    A.  A documentary is to get the word out.  This was
21  an ongoing investigation into machine companies and to
22  get rid of them.
23    Q.  Okay.
24    A.  That's what it was.
25    Q.  Is there any information that you've obtained

Page 326

1  from private investigators you've hired to look into
2  Smartmatic that you've relied upon in publishing your
3  documentary movies?
4    A.  Absolutely.
5    Q.  And what --
6    A.  And not the documentary --
7    Q.  -- are those private investigators' names?
8    A.  I don't know.
9    Q.  You don't know, do you?
10    A.  No.  No, those were cyber guys.  Okay?  Cyber
11  guys and a general -- two generals and a colonel.
12        And by the way, all that's put into a
13  library at Cause of America.  All this stuff is sitting
14  there in Cause of America, and evidence against y'all is
15  at FrankSpeech.  Hit the button inside the machines.  I
16  posted it all.  It's very public.
17        Have you looked at my website to do your
18  due diligence?  I put all the evidence right there.  You
19  should look at FrankSpeech website.
20    Q.  I --
21    A.  Everything against you is right there.
22    Q.  We've looked a lot at FrankSpeech, sir.
23    A.  I'm sorry.
24    Q.  We're probably one of your top viewers on
25  FrankSpeech.

Page 327

1    A.  I'm sorry.  Yeah.  I mean --
2    Q.  Okay?  Lindell TV, FrankSpeech, MyPillow.
3    A.  I mean, but I put up --
4    Q.  I printed the entire website up there.
5    A.  Right.  That's why I put -- right.
6    Q.  So you've got fans.
7    A.  Okay.  But I --
8    Q.  So can we leave that now and let me get to the
9  questions?
10    A.  Yeah.  Okay.  I'm just saying that the
11  investigator then -- the investigation -- I relied more
12  on people that were there, General Flynn, General
13  McInerney, which I hope you talk to him.  They were
14  there.  They were there with Hammer Scorecard.  They
15  were there.  They validated.
16        It's all real.  Dennis's stuff is real.
17  I'd seen -- I just had General Flynn with them not even
18  three months ago.  It was like two people talking
19  like --
20    Q.  Mr. Lindell --
21        MR. KACHOUROFF:  Let her ask the question.
22        THE WITNESS:  Right.  Yeah.
23    Q.  (BY MS. WRIGLEY)  Let me ask you about the
24  generals.  When you say the general, you're referring to
25  General McInerney and Michael Flynn, correct?

Page 328

1    A.  And Colonel Waldron.
2    Q.  And Colonel Waldron.
3    A.  I've never met these guys before, and they're
4  saying it's all real.  It's hundred percent.  Mike.  What
5  you've got is real.
6    Q.  And --
7    A.  Hundred percent true.
8    Q.  -- what official role did General Michael Flynn
9  have in connection with anything having to do with the
10  2020 presidential election?
11    A.  He was -- he was the -- in charge back when
12  Hammer Scorecard was -- back -- back when Hammer
13  Scorecard was developed.  You've got to go back with
14  Brennan and Clapper.  I'm sure you heard all this from
15  Mary Fanning if you talked to her.
16        But back then, Flynn was a -- I think he
17  was a Democrat or whatever.  I think so, but I don't
18  know, under Obama or maybe Bush.  I don't even remember
19  that part because I wasn't into politics.  I was smoking
20  crack back then.
21    Q.  Mr. Lindell, I'm talking about the 2020
22  election.  What role did General Michael Flynn have in
23  connection with the 2020 election?  What role?
24    A.  What role?  Yeah, probably nothing as far as
25  the 2020 election.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
329–332

Page 329

1    Q. Let me ask you about General McInerney. Did
2  General McInerney have any role in connection with the
3  2020 presidential election?
4    A. You know what? I guess they both did, because
5  they both have -- can validate the evidence that I had,
6  and so that's directly involved with the 2020 election.
7    Q. But they had no official role, correct, sir?
8    A. No. They could just validate the evidence that
9  I got on January 9th.
10    Q. They're not being asked by any government
11  agencies to do anything in connection with the 2020
12  election, either General McInerney or General Michael
13  Flynn, correct?
14    A. No, I don't believe so. Maybe Colonel Waldron
15  was, though.
16    Q. Now, did Colonel Waldron have an official role
17  in connection with the 2020 --
18    A. I think he might have.
19    Q. What was the role?
20    A. I don't know. I don't know, but he -- I
21  believe he still works for the government, and I believe
22  it's cyber. It has to do with the United States
23  security, so I believe he still works for the
24  government.
25    Q. So let me just make sure the record's clear.

Page 330

1  With respect to General Phil Waldron, you don't know
2  what he --
3    A. It's Colonel Waldron.
4    Q. Colonel Waldron. You don't know --
5    A. Oh, I'm sure they -- I believe he still worked
6  for the government. When I met him, he was, and I think
7  he's deep into the cyber -- that world.
8    Q. Did he have a role in connection with the 2020
9  presidential election?
10    A. I believe he did. I don't know -- I can't say
11  a hundred percent for sure, but I believe he did.
12    Q. So going back to --
13    A. As far as security, like a -- you know, I mean,
14  security to make sure to try and --
15    Q. Going back to Exhibit 626 that's in front of
16  you, which is a printout from Smartmatic's website, just
17  to be clear, this is never any information that you
18  consulted prior to putting out your "Absolute Proof"
19  documentary series?
20    A. Say that again.
21    Q. Going back to 626, which is a printout from the
22  Smartmatic website, to be clear, none of this is
23  information you consulted prior to putting out your
24  "Absolute Proof" --
25    A. I never went to Smart- --

Page 331

1    Q. -- documentary series?
2    A. I never went to Smartmatic's website. Didn't
3  know they had one. If I look for a manufacturer, I
4  can't find their websites.
5    Q. And were you aware prior to February 5th, 2021
6  whether ES&S had put out information on the website
7  about whether voting machines could be hacked?
8    A. No.
9    Q. You never went to the ES&S website?
10    A. No.
11    Q. Okay. Now let me focus on Dominion. Before
12  the end of 2020, did you receive any letters or
13  correspondence from attorneys for Dominion related to
14  claims that you were making about the company and its
15  voting machines?
16    A. I don't believe. I think it was the end of
17  January.
18    Q. Okay. I'm going to hand you --
19    A. Could be the end of December, could have been
20  January, but I know I didn't see it until probably
21  January.
22    Q. I'm going to hand you an exhibit. This is 627,
23  sir.
24        (Exhibit 627 marked.)
25    A. Yeah. That's December, yeah.

Page 332

1    Q. (BY MS. WRIGLEY) Okay. Do you see, looking at
2  the first page -- and this is Bates stamped DEF 001068,
3  and it has an attachment, which was 1069, and the
4  attachment has three pages. Do you see this is an
5  E-mail from somebody at Clare Locke to yourself on
6  December 23rd, 2020?
7    A. I don't know if I've ever read this one.
8    Q. Okay. Looking at the top, do you see it's an
9  E-mail to you, sir?
10    A. It says it's E-mailed to me, correct.
11    Q. The subject is "Notice of" --
12    A. That's an E-mail that I rarely use. I don't
13  know -- I don't ever remember reading this here, this
14  particular letter.
15    Q. Well, so let me ask you about the subject here.
16    A. Okay.
17    Q. We'll walk through it, sir.
18        The subject is "Notice of obligation to
19  preserve documents related to Dominion." Do you see
20  that?
21    A. Yeah.
22    Q. It's on the first page.
23        And on the E-mail it says, "Mr. Lindell,
24  please see the attached correspondence from Tom Clare
25  and Megan Meier, and kindly confirm receipt." Do you



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
333–336

Page 333

1  see that?  It's on the first page on the E-mail.
2      A.  Yeah.
3      Q.  Now, if you go to the attachment, do you see
4  that this is a letter from the law firm Clare Locke
5  addressed to yourself?  Do you see that, sir?
6      A.  Yeah.
7      Q.  The first paragraph states, "Our law firm is
8  defamation counsel to U.S. Dominion, Inc.  We write
9  regarding your patently false accusations that Dominion
10  has somehow rigged or otherwise improperly influenced
11  the U.S. presidential election.  Despite knowing your
12  implausible attacks against Dominion have no basis, in
13  reality, you have participated in the vast and
14  concentrated misinformation campaign to slander
15  Dominion."  Do you see that?
16      A.  Uh-huh.
17      Q.  And do you recall in December of 2020, counsel
18  for Dominion writing to you about your participating in
19  a misinformation campaign to slander the company?
20      A.  Okay.
21      Q.  Do you recall their lawyers informing you of
22  this?
23      A.  I -- I don't know if I read this back then, but
24  it looks -- yeah, I probably did.
25      Q.  Okay.

Page 334

1      A.  So...
2      Q.  Now, if you look at the second paragraph, it
3  says, "Last --
4      A.  To be honest with you, I think I didn't read
5  this till January.
6      Q.  You might have read it in January of 2021?
7      A.  Yeah, that's when I read it.  I know I didn't
8  read it in December, even though it says December,
9  because I --
10      Q.  Now --
11      A.  -- think I went back and searched Dominion in
12  my E-mail and said that's an E-mail I rarely ever used,
13  that M Lindell.
14      Q.  The second paragraph states, sir, "Last week,
15  we sent letters to Sidney Powell and various media
16  entities demanding retraction of their myriad false and
17  conspiratorial claims about Dominion."
18      A.  Uh-huh.
19      Q.  "Recently, you have positioned yourself as a
20  prominent leader of the ongoing misinformation campaign.
21  Accordingly, Dominion formally demands that you, 1,
22  cease and desist making defamatory claims against
23  Dominion; and 2, preserve and retain all documents
24  relating to Dominion and your smear campaign against the
25  company."

Page 335

1      A.  Uh-huh.
2      Q.  Do you see that?
3      A.  Yep.
4      Q.  Do you recall being told by Dominion or being
5  demanded -- Dominion demanding that you cease and desist
6  making defamatory claims about the company?
7      A.  Yeah, but I didn't make any defamatory claims.
8  I made -- my stuff was all true.  I did my own
9  investigation.
10      Q.  So you would have been --
11      A.  I never made a defamatory claim.  That's --
12  what you just said there, do you recall that, it's the
13  way you're saying that is wrong.  Do I recall them
14  saying not to say defamatory?  I listened to them very,
15  very truthfully, very carefully.  So I only said the
16  truth, just like I do about Smartmatic.
17      Q.  Now, after receiving and reviewing this letter,
18  which you said was probably in January 2021, you
19  continued to make claims about Dominion being involved
20  in rigging the 2020 election, correct?
21      A.  Especially after January 9th, correct.  Once I
22  could confirm all the evidence I had that this -- that
23  it did come from the -- I was 95 percent sure, because
24  there's no way to explain millions of people voting in
25  all these states that don't live there.  You can't even

Page 336

1  explain that.  Nobody can.  How can you have -- every
2  state in every county in the United States have people
3  that voted and that didn't vote in that county that
4  don't live there?  It's impossible.
5          So when -- on January 9th, it was all
6  confirmed to me, and I never shut up.  I never will.
7      Q.  So --
8      A.  I can't.  I can't or we lose our country.
9      Q.  So, Mr. Lindell, even after receiving a letter
10  like this from Dominion's lawyers warning and about
11  litigation being imminent --
12      A.  It's like racketeering.
13      Q.  Hold on.
14      A.  Are you kidding me?
15      Q.  Hold on.  You continued to make claims about
16  Dominion, correct?
17      A.  Yeah.  This is like racketeering, except you
18  don't succeed --
19      Q.  Nothing -- nothing would stop you, right?
20      A.  No, not knowing what I know, absolutely.
21      Q.  Okay.
22      A.  Knowing what I know, my own due diligence, not
23  by what Sidney Powell said or Rudy Giuliani said or all
24  these other deviations, what I found myself, with the
25  due diligence I did, I will never, ever stop.  You could



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
337–340

Page 337

1 put a lie detector. I'm a hundred percent right, and I
2 will never back down from that ever. We lose our
3 country.
4    Q. And, Mr. Lindell, as you sit here today, it's
5 your testimony that you will never stop making claims
6 that Smartmatic was involved in rigging the 2020
7 election?
8    A. I will never stop making claims that we need to
9 get rid of these voting machines, including your brand,
10 in our country. Just like all the Democrats said the
11 same thing about y'all. Amy Klobuchar, Kamala Harris,
12 they all said that. The hundreds of Democrats in the
13 film, everyone said the same thing about you guys.
14    Q. So Mr. Lindell --
15    A. Everyone did.
16    Q. -- let me -- I want to make sure you hear my
17 question. As you sit here today, will you ever stop
18 making claims that Smartmatic was involved in rigging
19 the 2020 election?
20    A. I will never stop making claims that we need to
21 get rid of Smartmatic and every other brand of
22 computer used in our elections.
23    Q. That's -- that's not what I'm asking,
24 Mr. Lindell. I'm asking about claims that Smartmatic
25 rigged the 2020 election. Will you continue to

Page 338

1 make those claims?
2        MR. KACHOUROFF: Objection to form.
3    A. Yeah, I don't know -- I don't know what you're
4 asking there.
5    Q. (BY MS. WRIGLEY) Okay. Well, you had said we
6 need to get rid of the voting machines.
7    A. Absolutely, we do.
8    Q. That's different from rigging the election,
9 correct? Do you understand the distinction?
10    A. What's that?
11    Q. You said we need to get rid of the voting
12 machines.
13    A. We have to.
14    Q. Okay.
15    A. We have to.
16    Q. Now, that is different from saying Smartmatic's
17 voting machines rigged the 2020 election, correct?
18    A. Their -- they were definitely used to rig the
19 2020 election. Hundred percent.
20    Q. Okay. Now, are you going to continue to make
21 claims that Smartmatic rigged the 2020 election?
22    A. I have -- what I have said is we have to get
23 rid of them. There -- it could be any election. There
24 is no machine -- and they asked me once, Mike, do you
25 trust the 2016 election? No, because machines were

Page 339

1 used. I don't -- knowing what I know now, any election
2 that's ever used with computers, I don't care if it's in
3 the polling books, the border rolls or their -- I will
4 never trust an election in history that uses a computer.
5    Q. So I -- let me make just sure I'm clear,
6 because I'm not asking about getting rid of the voting
7 machines. I'm asking about your statement that the
8 Smartmatic voting machines were used to rig the 2020
9 election?
10    A. They were used -- absolutely used --
11    Q. But are you going to --
12    A. -- like any other voting machine companies
13 were. Absolutely. Hundred percent. The answer is yes.
14 Yes, they were used.
15    Q. You will continue -- will you continue to make
16 claims that Smartmatic rigged the 2020 election, sir?
17        MR. KACHOUROFF: Objection. That wasn't
18 his testimony. He answered the question several times
19 now.
20        THE WITNESS: Yeah. That's the --
21        MS. WRIGLEY: He's not answered it.
22        MR. KACHOUROFF: He did.
23    Q. (BY MS. WRIGLEY) Sir, will you continue to
24 make those claims?
25        MR. KACHOUROFF: He said voting machines

Page 340

1 are being used to rig the election.
2    A. Yes.
3        MS. WRIGLEY: That was not the answer.
4 That's nonresponsive.
5    A. I am going to continue to preach to get rid of
6 all machine companies in our -- in these elections. If
7 somebody asked me if Smartmatic was used -- if their
8 machines were used to rig the 2020 election, I will say
9 yes, until -- forever. You guys -- you can't change
10 history. You guy did it, and that you were part of it,
11 and that's it.
12    Q. (BY MS. WRIGLEY) I'm going to hand you
13 Exhibit 628, sir.
14        (Exhibit 628 marked.)
15    Q. (BY MS. WRIGLEY) 628 is DEF 000718 that has a
16 letter attached, which was produced as 719, and the
17 letter is four pages.
18        Sir, looking at 628, do you see in the
19 first page it's an E-mail chain that starts on
20 January 8th, 2021 and then goes to January 9th, 2021?
21 It's on the first page, sir.
22    A. (Witness peruses document.)
23    Q. Do you see this E-mail from January 2021?
24    A. Yes. Yes, I see it. Yeah.
25    Q. Okay. And this is a letter you received,



Page 341

1 another letter from Dominion's lawyers?
2    A. Yes.
3    Q. And the letter that's attached is dated
4 January 8, 2021, correct?
5    A. Yes.
6    Q. The subject is "Your false and defamatory
7 claims concerning Dominion." Do you see that?
8    A. The -- yes.
9    Q. First paragraph states, "We write again on
10 behalf of U.S. Dominion, Inc. to supplement our
11 December 22, 2020 demand for retraction."
12    A. Uh-huh.
13    Q. Do you see that?
14    A. Yep.
15    Q. Second paragraph. "In the past several weeks,
16 you have falsely accused Dominion of fraud and stealing
17 millions of votes. And on December 21st, 2020, you
18 appeared with Sebastian Gorka on Greg Kelly Reports to
19 peddle defamatory falsehoods about Dominion. When
20 discussing the outcome of the November 2020 election,
21 you made the demonstrably false claims that 'the biggest
22 fraud is the Dominion machines.'" Do you see that?
23    A. Uh-huh.
24    Q. And were you making accusations of Dominion
25 regarding election fraud in December of 2020?

Page 342

1    A. Yeah, because I -- if you read a little
2 further, it says, "All Dominion machines underwent
3 certification, logic and accuracy testing before the
4 election." They lied. They were not done in Arizona.
5    Q. Now, this was the second letter you received
6 from Dominion --
7    A. Uh-huh. That was full of lies, so...
8    Q. -- in January of 2021, correct?
9    A. Yep.
10    Q. Okay. And the letter identifies that you had
11 publicly accused Dominion of election fraud, correct?
12    A. That's correct.
13    Q. And it refers to you undertaking a smear
14 campaign, correct?
15    A. That's what they were saying.
16    Q. And in the letter, Dominion's lawyers informed
17 you that your campaign was inflicting damage to the
18 company's name and business operations, right?
19    A. Well, no. I didn't see that. Is that in here
20 somewhere? I didn't read this thing back then.
21    Q. And if you go to the second to last full
22 paragraph on Page 4 --
23        MR. KACHOUROFF: Why don't you read the
24 whole exhibit, Mr. Lindell.
25        THE WITNESS: Okay. Yeah.

Page 343

1    A. (Witness peruses document.) Hum, interesting.
2 They were upset, it says here that --
3        MR. KACHOUROFF: Well, just read it, and
4 then she'll ask you questions about it.
5    A. It says, "not to mention your considerable and
6 costly efforts to bankroll an investigation into
7 Dominion." They were upset about that. Huh. Okay.
8    Q. (BY MS. WRIGLEY) And you see the second to
9 last paragraph that stated, "With this letter, Dominion
10 renews its demand you retract your defamatory
11 accusations immediately and issue a public apology" --
12    A. Yeah. Now I see that.
13    Q. -- "for damaging Dominion's reputation with
14 completely fabricated claims of fraud and corruption."
15    A. Uh-huh.
16    Q. "Dominion has been forced to expend substantial
17 monetary sums to protect the health and safety of its
18 employees following innumerable death threats from the
19 social media mob that your statements have agitated
20 against Dominion." Do you see that?
21    A. Uh-huh.
22    Q. And were you aware of this damage that Dominion
23 claimed it was suffering from the campaign --
24    A. And they were --
25        MR. KACHOUROFF: Objection to the

Page 344

1 characterization of damage or that Dominion spent any
2 more money that it typically would in association --
3    A. Well, this is the first time I'm reading this,
4 because I see on the next page it mentions their little
5 witnesses, Katie Hobbs, Brad Raffensperger, Gabriel
6 Sterling. Every one of these people now, three years
7 later, I have evidence on every single one of them that
8 they have committed some bad things. Every one of them
9 lies. These are five lies right in a row, proven
10 lies --
11    Q. (BY MS. WRIGLEY) Sir --
12    A. -- all five of them.
13    Q. Mr. Lindell --
14    A. But I never read it, because if I'd have read
15 it back then, I would have pulled this out a long time
16 ago.
17    Q. Mr. Lindell, you're on Page 3, correct, with
18 the bullet points?
19    A. Yeah, Page 3 where they bring up Katie Hobbs,
20 crooked Clint Hickman, Brad Raffensperger, the biggest
21 blocker, corrupt Republican this country's ever seen.
22    Q. Okay. So let me just walk through this.
23        The first bullet point references a
24 Republican from Maricopa County in Arizona, Clint
25 Hickman, correct?



MICHAEL J. LINDELL                                      June 11, 2024
SMARTMATIC USA vs LINDELL                               345–348

Page 345

1    A. Yes.
2    Q. And he's --
3    A. It says no evidence of fraud.
4    Q. He's a fraudster based on your view of him?
5    A. What's that?
6    Q. You view him to be --
7        MR. KACHOUROFF: Objection. Now you're
8  being argumentative now. He never said he was a
9  fraudster.
10    Q. (BY MS. WRIGLEY) Do you view Maricopa County
11  Board of Supervisors Chairman Clint Hickman --
12    A. These -- these guys --
13    Q. -- to have done something wrong, sir?
14    A. Wait. Now, wait. Because he said that. It's
15  a lie. Now it's a proven lie.
16    Q. He's a liar?
17    A. It's a -- he's a liar. Absolute liar. Either
18  that or he's very misconstrued. One or the other.
19  Either he didn't do his job as a supervisor and dig into
20  it like I did, or he's a liar. It's only one of the
21  two. Either you're a liar or you didn't do the due
22  diligence you should have done.
23        Why should a guy have to go out and do all
24  this due diligence for the whole country? These guys
25  should have done their own due diligence there. So he's

Page 346

1  a liar.
2    Q. How about Arizona Secretary of State, Katie
3  Hobbs?
4    A. She's as crooked as the day is long.
5    Q. Got it.
6    A. She -- we have more stuff on her crimes and
7  probably more than Janet Griswold from Colorado.
8    Q. And then if I go down a little bit, there's a
9  Gabriel Sterling, who's a voting systems implementation
10  manager in --
11    A. Yeah. Him and Raffensperger. If you're a
12  Democrat in Georgia, don't come our way. Georgia's so
13  corrupt, and Brad Raffensperger is the -- he's the --
14  probably the worst blocker in the country. I call that
15  a deviation.
16        Why wouldn't Brad have wanted to look into
17  it? He hid the Curling case for three and a half years.
18  He didn't even testify in -- this January when they
19  needed him to testify. Why didn't you testify, Brad?
20    Q. And so you're referring to the Secretary -- the
21  Georgia Secretary of State Brad Raffensperger. You
22  think he's involved with wrongdoing, sir?
23    A. Wrong with what?
24    Q. Involved in wrongdoing?
25    A. A hundred percent. It's not even a question.

Page 347

1  And based on what I know, not on hearsay. I got more on
2  Brad Raffensperger than anyone in the country. He
3  should be in prison. When we melt down these machines,
4  he will be the first one behind bars, trust me.
5  Terrible guy.
6    Q. Okay. And in this letter, do you see that it
7  refers to a lawsuit that --
8    A. I've never read this entirely.
9    Q. -- was filed by -- against Sidney Powell by
10  Dominion?
11    A. I've never read this till right now, seriously.
12  Never read this in my life.
13    Q. All right. I'm going to show you another
14  document, and this is going to be 629, for the record.
15        (Exhibit 629 marked.)
16        MS. WRIGLEY: This is Exhibit 629.
17        MR. KACHOUROFF: Thank you.
18    Q. (BY MS. WRIGLEY) Do you recognize this
19  document, sir?
20    A. Yeah. You just gave me the same document.
21    Q. Do you see on the first page, it looks like you
22  forward it to yourself on March 27, 2021?
23    A. What's that now?
24    Q. On the first page, it's an -- there's an E-mail
25  at the top. Do you see that?

Page 348

1    A. Yeah, because I -- I -- this is -- this is the
2  only one I actually read. Because you see where I
3  forwarded M Lindell? I never use that E-mail. I use
4  Mike@MyPillow for every single conversation I ever had,
5  no matter what company it is or what it is. So I must
6  have found that in the M Lindell and I forwarded it to
7  myself. This is actually one I read.
8    Q. And you read this letter from Dominion's
9  lawyers?
10    A. This one right here.
11    Q. Yes.
12    A. The other two I probably hadn't even seen. I
13  know I've never seen this one before.
14    Q. But 629 is the same as the letter in 628,
15  correct, that we just looked at?
16    A. "We write you again..."
17        Oh. So this is the same one I just
18  E-mailed to myself.
19    Q. And you --
20    A. That's when I read it then. I would have first
21  read it on March 27th of 2021.
22    Q. But you had -- you did read this letter from
23  Dominion's lawyers, correct?
24    A. Then I must have read it on March 27th of 2021.
25  Because if I E-mailed it to my real E-mail, I would have



Page 349

1  read it.
2      Q.  I'm going to hand you Exhibit 630, sir.
3          (Exhibit 630 marked.)
4      Q.  (BY MS. WRIGLEY)  Do you recognize this
5  document?  For the record, it's --
6      A.  No.
7      Q.  -- DEF 004727.  It has an attachment 4728 with
8  11 pages for the attachment.
9          MR. KACHOUROFF:  Sorry.  What number?
10         MS. WRIGLEY:  630.
11     Q.  (BY MS. WRIGLEY)  Do you see on the first page
12 you forwarded it to yourself?
13     A.  Yeah.
14     Q.  And you forwarded it on February 5th, 2021?
15     A.  Okay.
16     Q.  Do you see that, sir?
17     A.  Yeah.
18     Q.  And that would have been the date of "Absolute
19 Proof," correct?
20     A.  Yeah.
21     Q.  And if you look at the attachment, this is
22 another letter from Dominion's lawyers, correct?
23     A.  Right.  I know I didn't read this one because I
24 was a little busy that day.
25     Q.  Is this the one you called the Mafia letter,

Page 350

1  sir?
2      A.  No.  The Mafia letter is one almost 200 and
3  some people got, and it's threatening them.  A lot of
4  them went out and got home security systems and stuff.
5  They were very scared by Dominion.  It was almost don't
6  talk.
7          And we had over -- I think over -- it was a
8  lawsuit that we -- I actually hired Alan Dershowitz and
9  another lawyer for it that we -- to sue -- no, went
10 after Dominion, and they sent all these threatening
11 letters to all these people.  I don't know where it
12 ended up, but it was mostly in Michigan.  We had --
13 they -- it was hundreds of people.
14     Q.  Now, looking at the first page of this letter,
15 February 4th, 2021, which you forwarded to yourself on
16 the 5th of February, that first paragraph states, "For
17 months, you have been lying about Dominion in order to
18 financially enrich yourself and MyPillow, Inc. by
19 selling more MyPillow products to Trump supporters who
20 tuned or attended rallies because they wanted to hear
21 that the election was stolen" -- "had been stolen and
22 that Trump would have another term in office.  In
23 support of your defamatory marketing campaign, which we
24 understand has boosted your sales considerably, you have
25 repeatedly claimed to have evidence and a hundred

Page 351

1  percent proof of your false claims, but you have never
2  produced any real evidence because it doesn't exist."
3  Do you see that?
4      A.  Uh-huh.
5      Q.  And Dominion indicated to you that at least it
6  asserted that your claims about the election being
7  stolen were false, correct?
8      A.  They're claiming that I'm doing it to make
9  money, at this point when this letter was written,
10 I had already lost $150 million in about two months.
11     Q.  Now, the second paragraph says, "Recently, you
12 announced your intention to release a documentary with
13 evidence of your false claims about Dominion.  We write
14 to put you on formal notice of facts so that there is
15 absolutely no doubt at a future date about what was
16 known to you before you publish that documentary."
17     A.  Uh-huh.
18     Q.  Do you see that?
19     A.  Yep.
20         MR. KACHOUROFF:  Yeah, I'm going to object
21 to this letter as hearsay, and the notion that it
22 contains facts is debatable.
23     Q.  (BY MS. WRIGLEY)  And were you aware of this
24 formal notice that Dominion's lawyers sent to you on
25 Novem -- February 4th, 2021?

Page 352

1      A.  This is -- I do -- I definitely read this one
2  because this is the one where they said don't you put
3  anything in there about Sidney Powell, or how about
4  Rudy.  And I'm going, you know, if they're telling me
5  this documentary better not include that, I have Dennis
6  Montgomery's evidence that I had -- it had all been
7  validated.  So this is all -- I looked at that and went
8  boy, aren't you going to be in for a surprise, Dominion.
9      Q.  Do you see that it says in the last two
10 sentences of that paragraph, "These people lack any
11 relevant expertise about voting machines and election
12 security, and they are determined to promote a false,
13 preconceived narrative about the 2020 election.  In
14 light of this, you are well aware that there are
15 countless people willing to put forward fake evidence of
16 fraud in the 2020 election, and that any evidence must,
17 therefore, be carefully scrutinized for liability before
18 you choose to broadcast it to a global Internet
19 audience"?  Do you see that?
20     A.  What -- yeah.
21     Q.  And would you have agreed that it would be
22 important to carefully scrutinize evidence for --
23     A.  I did.
24     Q.  -- reliability?
25     A.  I did.  I bet my life on --



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
353–356

Page 353

1    Q.  And you --
2    A.  I did my due diligence, and I'm still betting
3 my life on it.
4    Q.  You carefully scrutinized --
5    A.  I'm a hundred percent right.
6    Q.  -- Dennis Montgomery, sir?
7    A.  What?
8    Q.  You carefully scrutinized Dennis Montgomery?
9    A.  A hundred percent.
10   Q.  And you carefully scruti --
11   A.  I put my whole life on the line.  I lost
12 everything because of it.  And then Dominion's sitting
13 there going, oh, you -- I could have sat back.  I was a
14 millionaire.  Every dime's been spent now.  Every dime
15 trying to save our country, every single dime.  I got
16 one house, a $6 million lien against it by the IRS.
17   Q.  So --
18   A.  So don't -- and I still keep fighting for our
19 country.
20   Q.  On Page 2, sir, the next section is titled
21 "Despite knowing your claims about Dominion are false,
22 you doubled down on your smear campaign and promoted
23 fabricated evidence to support your accusations."
24      MR. KACHOUROFF:  Objection to the extent
25 you're --

Page 354

1    A.  They've got some nuts over there.
2      MR. KACHOUROFF:  -- argumentative.  This is
3 all argument.  He never said that.
4    A.  You can't -- you can't show me that.  Stop
5 saying that.  I didn't say anything false.  I said
6 nothing false, at all.  Despite knowing your claims are
7 false.  I would never say a false claim about them if I
8 didn't do my due diligence and I know it's true.
9    Q.  (BY MS. WRIGLEY)  Now, part of your due
10 diligence was going to look at articles written on the
11 American Report Blog, correct?
12   A.  On what?
13   Q.  The American Report Blog?
14   A.  I don't know American Report Blog.
15   Q.  Are you not familiar with the name of that
16 blog, sir?
17   A.  I don't know what American Report Blog is.
18   Q.  Do you see on the -- in the second paragraph on
19 the first page it says, "Purposely disregarding the
20 paper" --
21   A.  That was from Mary Fanning.  That was a -- that
22 was a printout from Mary Fanning.
23   Q.  That was in your --
24   A.  This was on Twitter.
25   Q.  -- social media post?

Page 355

1    A.  I just reTweeted it.
2    Q.  Okay.
3    A.  I just reTweeted it.
4    Q.  And do you recognize that being an article that
5 Mary Fanning wrote?
6    A.  No.  But it says "The American Report
7 exclusive."  And that must have -- I think that was her
8 website.  I don't know.  But this is my Twitter account.
9 I reTweeted that.  It was out there.  And I don't know
10 what day that was reTweeted.
11   Q.  Well, Dominion specifically --
12   A.  January 11th.  January 11th.  It says, "Mary
13 Fanning and Alex Jones."
14   Q.  Okay.  Let me ask you a question, sir.  On
15 Page 2 in that second paragraph, Dominion specifically
16 identifies this Tweet by you that includes an article by
17 Mary Fanning, correct?
18   A.  Say that again.
19   Q.  Paragraph 2 --
20   A.  Yeah.
21   Q.  -- on Page 2 of this Dominion letter to you
22 specifically identifies a Tweet that included an article
23 that you received from Mary Fanning, correct?
24   A.  It looks -- yes.
25   Q.  And you Tweeted that out, correct, yourself?

Page 356

1    A.  Uh-huh.
2    Q.  And the article is "Exclusive:  Proof China,
3 Russia Hacked 2020 Election."
4    A.  That's correct.
5    Q.  "IP Addresses In China, Russia, Hong Kong,
6 Germany, Canada, Czech Republic Hacked PA, NV, MI, GA
7 Battleground States Raw Data Analytics" -- "Raw Data
8 Analytics Show."  Do you see that?
9    A.  Uh-huh.
10   Q.  That is the proof Mary Fanning gave you --
11   A.  No, it's not.  Not at all.  That's just the
12 thing I reTweeted on January 11th.  That's not the proof
13 she gave me.
14   Q.  That article is not the proof that she gave
15 you?
16   A.  No.
17   Q.  Well, if you go to Page 3, do you see that
18 Dominion goes on to discuss and attack the reliability
19 of information presented in that article?
20   A.  Good for her.  I -- she -- I didn't even
21 know -- that's just an article I reTweeted.
22   Q.  You wouldn't have disregarded the information
23 Dominion provided you in this letter?
24   A.  What's that?
25   Q.  Would you have disregarded the information that



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
357–360

Page 357

1 Dominion provided to you in this letter?

2    A.  What Dominion -- no matter what Dominion gave
3 me, I already got my evidence when this -- when they
4 sent this on January 9th.  Nothing was going to change
5 my mind.  I had done my due diligence for two months.

6        I knew that you had to explain all these
7 people that voted.  It's impossible to do it with
8 people.  You had to use computers.  There's no other way
9 around it.  It's mathematically impossible.

10        If I stood before you and showed you all 50
11 states and how many -- and every state and county in the
12 United States, everyone had residents that voted that
13 didn't -- and they're -- and people that were deceased,
14 you can't explain it to me.  I could because of Hammer
15 Scorecard, because of the machines.  You can't explain
16 it any other way.

17    Q.  Mr. Lindell, can I direct your attention to
18 Page 4, please.  Do you see this on Page 4, Dominion's
19 letter has a section titled "Proven liars.  Conspiracy
20 theorists and nonexperts are not reliable sources of
21 information"?  Do you see that?

22    A.  Where does it say that?

23    Q.  Page 4, section 2.

24    A.  I'm on 4.

25    Q.  Do you see that, sir?

Page 358

1    A.  Uh-huh.

2    Q.  The paragraph states out, "Despite constantly
3 stating that you have done your due diligence and seen
4 the evidence yourself, the only evidence you have ever
5 delivered is the nonsensical and spatially unreliable
6 American Report."  Do you see that?

7    A.  Uh-huh.

8    Q.  And you understand The American Report is a
9 site run by Mary Fanning, correct?

10    A.  That's what these guys are putting that I had
11 Tweeted.  I had not stuck out information.  What I was
12 trying to do -- here's what you're missing here --

13        MR. KACHOUROFF:  Well, Mike, let her ask
14 the question.

15        MS. WRIGLEY:  Yeah.

16        THE WITNESS:  No, because I -- I'm going to
17 answer the question.

18        MR. KACHOUROFF:  No.  I'm going to ask --
19 you'll get a chance.  I'll clean it up.

20        THE WITNESS:  She asked me about The
21 American Report.

22    A.  That wasn't my image.  Dominion was
23 misconstrued.  I didn't put the evidence out there
24 because of one reason.  Dennis Montgomery had a gag
25 order on him that had to be signed by the President.  He

Page 359

1 had to get it signed or he could not put it all out
2 there.  You guys have the 32 terabytes now.  But it's
3 still under a gag order.

4        I could not put that out there.  I was
5 under a gag order.  You can't put it out there.  I know
6 it's real, but I can't put it out there.

7        Mary's little American Report, whatever was
8 on there, I'd have to look back to see what they're
9 talking about.

10    Q.  (BY MS. WRIGLEY)  Sir, now, going back to the
11 Dominion letter you received on Page 4, do you see that
12 it goes on, starting at the bottom with Russell Ramsland
13 and lists a number of experts that it claims are
14 unreliable?

15    A.  Uh-huh.

16    Q.  Is that -- is that a "yes," sir?

17    A.  What's that now?

18    Q.  I'm sorry, what?

19    A.  What's that -- what was your question?

20    Q.  Going back to the Dominion letter you
21 received --

22    A.  Yeah.

23    Q.  -- on Page 4 at the bottom, do you see that it
24 goes on to list a number of people that it claims are
25 unreliable, starting with Russell Ramsland?

Page 360

1    A.  You know -- you know what I see right above
2 that?  Dominion says you're going to -- you plan on
3 putting out this documentary, and it -- and you plan to
4 feature your glorified MyPillow infomercial.  I never
5 put a commercial in that thing.  So they're already
6 putting lies there.  It's like they're -- I don't know
7 what they were doing.

8    Q.  Well, let me get back to this list, sir.

9    A.  And all these -- Russell Ramsland.  So I'm
10 seeing names here.

11    Q.  Okay.  Russell Ramsland is --

12    A.  Russell Ramsland.

13    Q.  -- is number one, right?

14    A.  Now, Russell Ramsland --

15    Q.  Let me ask the question, sir.

16    A.  Yeah.

17    Q.  Okay?

18    A.  Okay.

19    Q.  The first one listed here is Russell Ramsland,
20 correct?

21    A.  They just put Russell Ramsland.

22    Q.  Okay.

23    A.  But I knew about Russell Ramsland.

24    Q.  Okay.  And did you understand when you got this
25 letter from Dominion that Dominion was saying these



Page 361

1 people were not reliable?

2    A.  Right.  Dominion lied, because I already knew

3 that about Russell.

4    Q.  You did not believe Dominion; is that right?

5    A.  Not Russell Ramsland, because you know why?  I

6 had done my due diligence on that.  He was in charge of

7 the Antrim County, Michigan investigation, and the State

8 of Texas had used him as a -- to say -- to -- as an

9 investigation.  This is his world.  They're called -- I

10 forget what the name of their company is.  They've been

11 in business for 20 years in Texas.

12    Q.  ASOG?

13    A.  ASOG.

14        They -- they talk -- or they -- in the

15 State of Texas, I think it was Paxton, Attorney General,

16 they showed him, hey, Dominion machines are vulnerable,

17 whatever, and they got rid of Dominion machines because

18 of Ramsland.  Ramsland was involved in the investigation

19 into Antrim County, Michigan.  I know what they did to

20 that investigation.

21        THE COURT REPORTER:  Will you please slow

22 down?

23    Q.  (BY MS. WRIGLEY)  Yes.

24    A.  I knew what they did to that investigation.  So

25 right there, I knew, oh, they're discrediting Russell

Page 362

1 Ramsland?  Wrong.  Because I did my own due diligence on

2 him.

3    Q.  Now, Mr. --

4    A.  So they were liars.

5    Q.  Mr. Russell Ramsland was deposed in this case.

6 Are you aware of that?

7    A.  No.

8    Q.  Do you know whether he took the Fifth in that

9 deposition?

10    A.  I have no idea what Russ Ramsland did.  Did he?

11    Q.  I'm asking you if you know, sir?

12    A.  I have no idea.  I knew Flynn did, because I

13 was very upset.  He should have told you everything

14 about Hammer Scorecard, about your company.

15    Q.  And let me -- I want to jump ahead to another

16 individual listed in this Dominion letter on Page 9.  Do

17 you see that Dennis Montgomery is listed here?

18    A.  You realize I've never read this, right, ever?

19    Q.  But Mr. Lindell, you forwarded it to yourself,

20 correct?

21    A.  I forwarded it, but this was on February 5th.

22 If you knew what I did on February 5th, I didn't have

23 time to read this.

24    Q.  You disregarded this legal letter from Dominion

25 before you were accused them of --

Page 363

1    A.  I probably read part of it.

2    Q.  -- rigging the election, sir?

3    A.  I -- I never -- I know I never read it because

4 I've never seen Dennis Montgomery's name on here.

5 This -- I probably read the first part.

6        Was this an attachment?  Was this an

7 attachment?

8    Q.  It was an attachment to the E-mail.

9    A.  I never read the attachment.  I probably read

10 the opening thing.

11    Q.  Let me ask you this:  You disregarded this

12 letter from Dominion's lawyers before you put "Absolute

13 Proof" out?

14    A.  Absolutely, because this was read -- this was

15 forwarded to me when?  This came to me on February 5th.

16 "Absolute Proof" was already out.

17    Q.  And --

18    A.  And what?

19    Q.  -- even though you knew you were about to

20 accuse, in "Absolute Proof," Dominion of rigging the

21 2020 election?

22        MR. KACHOUROFF:  Objection.  That's

23 argumentative.

24    A.  Even though I knew what?

25        MR. KACHOUROFF:  He indicated the machines

Page 364

1 did it, were used to rig the election.

2    A.  Even though I knew what?

3    Q.  (BY MS. WRIGLEY)  Even though you knew that you

4 were about to accuse Dominion of rigging the 2020

5 election in "Absolute Proof"?

6    A.  If I'd have seen this before then, I would have

7 put it out.  I knew what I knew on it.  It's a hundred

8 percent.

9    Q.  So let's look --

10    A.  They did it.

11    Q.  Let's look at Page 9, sir.

12    A.  Huh?

13    Q.  Stay with me on Page 9 in the section on --

14        (Crosstalk.)

15    A.  I mean, this is a hundred percent.

16    Q.  (BY MS. WRIGLEY)  Okay.  Do you see number

17 seven is Dennis Montgomery?

18    A.  Yeah.

19    Q.  And let's try to slow down because she's

20 getting frustrated with the two of us.

21    A.  Uh-huh.

22    Q.  Dominion writes about Mr. Montgomery on Page 9.

23 Do you see that?

24    A.  Yep.

25    Q.  Dominion says, "Dennis Montgomery is a



Page 365

1 fraudster known for pulling off one of the most
2 elaborate and dangerous hoaxes in American history after
3 he tricked the federal government into paying millions
4 of dollars for bogus terrorist detection software." Do
5 you see that?  Do you know whether that's true or not?
6    A. It's not true.
7    Q. How do you know?
8    A. Because I know.  I've done the due diligence.
9 I've talked to the people in the government, the people
10 that paid him.  His paychecks.  What do you mean?
11    Q. Who did you talk to in the government, sir?
12    A. General Flynn McInerney, Colonel Waldron.  The
13 people -- the people -- and you can validate.  Sean
14 Hannity did a big investigation --
15    Q. Sean Hannity is going to vouch for Dennis
16 Montgomery, sir?
17    A. He won't any more because he's afraid of all
18 you guys.  He won't any more, but he sure did on his
19 show in 2017.  Dennis Montgomery was the biggest
20 thing -- discovery ever.
21    Q. So you're relying upon Sean Hannity --
22    A. And it's -- and I will tell you this --
23    Q. -- for --
24    A. -- when it says here about -- I'm sorry.
25    Q. You're relying upon information --

Page 366

1         MR. KACHOUROFF:  Objection.
2    Q. (BY MS. WRIGLEY)  -- from Sean Hannity in
3 assessing the credibility of Dennis Montgomery?
4         MR. KACHOUROFF:  Objection.
5    A. No.
6         MR. KACHOUROFF:  That's not his testimony.
7    A. Absolutely not.  That was -- I think it was
8 public.  They did an investigation into you.  I've seen
9 that.  I've seen that investigation.
10         I did my own thing.  I lived and breathed
11 Dennis Montgomery for three years, hundred percent,
12 hundred percent.
13    Q. (BY MS. WRIGLEY)  And just so we're clear, in
14 terms of doing your own thing in assessing the
15 credibility of Dennis Montgomery, that includes speaking
16 with General Flynn, Colonel Waldron, General McInerney
17 and doing Internet research, correct, sir?
18    A. No.  And say -- and having Dennis himself give
19 me all his credentials.  I bought into his company,
20 Bixware.  I owned part of Bixware or all of it.  I
21 bought into his company.  We went all the way back, when
22 the company was formed, what the government paid him,
23 all the E-mails going back and forth with the
24 government.  He worked there for like 15, 20 years for
25 the CIA.  I got his whole war chest in front of me.

Page 367

1    Q. So --
2    A. So, no, I did that.  And I will tell you this,
3 in 2009, he was charged with obtaining money under false
4 pretenses and to pay Caesars Palace --
5         THE COURT REPORTER:  Will you please slow
6 down?
7    A. -- to pay Caesars Palace for bad checks.
8         I was an ex-crack addict.  Does that make
9 what I say not truthful?
10         I mean, is -- you know,
11 Dennis Montgomery --
12    Q. (BY MS. WRIGLEY)  Mr. Lindell --
13    A. -- if any of this is true about his Caesars
14 Palace, it has nothing to do -- evidence is evidence.
15 You -- it doesn't matter who brings you the evidence.
16         If I say this is a coffee cup and you
17 brought it to me, that's a coffee cup.  I don't care
18 what your past is.  Is this a coffee cup or not?
19         Dennis Montgomery has -- was a hundred
20 percent evidence.  Hammer Scorecard is real.  He had a
21 contract with the government.  They --
22         THE COURT REPORTER:  Can you please slow
23 down?
24    Q. (BY MS. WRIGLEY)  Yes, Mr. Lindell --
25    A. -- and they paid him millions of dollars.

Page 368

1         MR. KACHOUROFF:  Slow down.  Okay?
2    Q. (BY MS. WRIGLEY)  -- please, please slow down.
3    A. They paid him millions of dollars.
4         MR. KACHOUROFF:  You're asking him -- just
5 objection here.  You've sandbagged him with this letter.
6         MS. WRIGLEY:  I do -- let's -- let's be
7 clear.  I'm trying to ask him some questions, but he's
8 testifying --
9         MR. KACHOUROFF:  I realize that -- I --
10         MS. WRIGLEY:  -- unpromptedly --
11         MR. KACHOUROFF:  Well, I realize that he --
12         MS. WRIGLEY:  -- whatever he wants.
13         MR. KACHOUROFF:  But you -- you pull out a
14 letter he doesn't --
15         MS. WRIGLEY:  A letter he received, sir.
16         MR. KACHOUROFF:  Okay.  What I'm going to
17 do is instruct my client now to read the entire
18 letter --
19         MS. WRIGLEY:  That's fine.
20         MR. KACHOUROFF:  -- from Page 1 to Page 9.
21         MS. WRIGLEY:  Let's go off the record and
22 take a break.
23         MR. KACHOUROFF:  No.  We're staying on the
24 record for this.  It's your exhibit.
25         MS. WRIGLEY:  He can do that.  We can stop



Page 369

1 the record and he can come back and review it when we
2 come back on.
3        MR. KACHOUROFF: If you want to take break,
4 we'll take a break.
5        MS. WRIGLEY: Yeah. I don't even think
6 there's a question pending at this point. He's just
7 been talking at length unpromptedly about whatever he
8 feels like.
9        MR. KACHOUROFF: And I -- just so you know,
10 it's going both ways. That's the way I look at it.
11       MS. WRIGLEY: I've been trying to ask him
12 some questions, but he's --
13       MR. KACHOUROFF: Okay.
14       MS. WRIGLEY: -- answering whatever
15 question he feels like answering.
16       MR. KACHOUROFF: All right. We're off the
17 record, right?
18       THE VIDEOGRAPHER: We're going off the
19 record at 3:50.
20       (Short recess.)
21       THE VIDEOGRAPHER: Okay. We're back on the
22 record at 4:04.
23       THE WITNESS: On the question she was
24 asking --
25       MR. KACHOUROFF: Don't worry about it.

Page 370

1 Don't worry about it.
2        THE WITNESS: I'm just telling you.
3        MR. KACHOUROFF: Okay.
4        THE WITNESS: It was the time -- the date,
5 okay --
6        MR. KACHOUROFF: Yeah, don't worry about
7 it. Don't worry about it.
8    Q.    (BY MS. WRIGLEY) Okay. Mr. Lindell, I'm done
9 with 630 for -- for now. That was the letter from
10 Dominion.
11   A.    Okay.
12   Q.    Okay. Why don't we move on, and I'll show you
13 another exhibit, 631.
14       (Exhibit 631 marked.)
15   Q.    (BY MS. WRIGLEY) Mr. Lindell, looking at 631,
16 do you see this an E-mail chain from -- and it's got a
17 number of E-mails in it, but it has a chain that ends on
18 January 1st, 2021.
19       And for the record, it's DEF 019282, and it
20 has four pages.
21       Do you see at the top on the first page,
22 sir?
23   A.    What's that? Who's what?
24   Q.    In the -- at the very top --
25   A.    Scott. Scott Hennen.

Page 371

1    Q.    Yes. Do you see this is an E-mail chain that
2 ends on January 1st, 2021?
3    A.    Uh-huh.
4    Q.    And at the very top on the first page, do you
5 see it's an E-mail forwarded to you from Scott Hennen
6 with the subject "Forward. Wake up Kevin Cramer"? Do
7 you see that?
8    A.    Yes.
9    Q.    Now, who is Scott Hennen?
10   A.    Scott Hennen runs a radio program in North
11 Dakota, and he's friends with Senator Cramer.
12   Q.    Okay. And who is Kevin Cramer, sir?
13   A.    He's a senator.
14   Q.    What state is Kevin Cramer a senator in?
15   A.    North Dakota.
16   Q.    Kevin Cramer is the senator of North Dakota?
17   A.    (Witness indicated by nodding his head
18 affirmatively.)
19   Q.    Okay. And Mr. Hennen forwarded you an E-mail
20 stating, "For your eyes only. Please keep this
21 confidential, but it will help you understand Kevin's
22 thinking as we pray for him and attempt to get him where
23 you, Kendra and I are." Do you see that?
24   A.    Uh-huh.
25   Q.    And he forwarded an E-mail to you that he

Page 372

1 received from Kevin Cramer, correct?
2    A.    I guess. I've never -- I have never read this.
3    Q.    It was sent to your MyPillow.com E-mail
4 address. Do you see that?
5    A.    Yes.
6    Q.    And you don't remember --
7    A.    Do you guys -- do you realize how many -- let
8 me tell you how many E-mails I read out of a thousand
9 E-mails a week, maybe two --
10   Q.    Well --
11   A.    -- just so you know that.
12   Q.    -- let's -- let me walk -- let me walk through
13 this.
14   A.    And the reason I know I never read this, I
15 wouldn't even read all this. I mean, this is a long
16 E-mail. I wouldn't have took the time to read it. I
17 would have called Kevin up or I would have called Scott
18 up and say what's the gist of this? That's what I would
19 do. I get people on the phone. I'm not going to
20 read -- sit here and read all this nonsense. Blah,
21 blah, blah, blah, blah.
22   Q.    Well, let's look at what the E-mail did
23 contain. Look at Page 1. Do you see that the -- Kevin
24 Cramer wrote an E-mail to Scott Hennen in the chain on
25 January 1st, 2021? Do you see that, sir?



Page 373

1    A. "I appreciate my lawyers are doing everything
2  else, looking into every accusation and response."
3    Q. Do you see that, sir?
4    A. Uh-huh.
5    Q. Okay. The second paragraph says, "Remember,
6  Georgia has two GOP U.S. senators, a Republican governor
7  and secretary of state. Pennsylvania has one of the
8  most conservative senators in America, who nominated one
9  of the most conservative federal judges in America" --
10    A. Uh-huh.
11    Q. -- "and an appellate judge appointed by G"
12  "DJP. They aren't" --
13    A. Right.
14    Q. -- "lightweights in any legal fight, and they
15  not only reject the Trump allegations, but have blown
16  them out of the water in PA. Wisconsin has one of the
17  toughest, most conservative pro-Trump senators who has
18  held hearings on this stuff, and not even he is
19  convinced. Like me, he believes there were a lot of
20  abuses of the mail-in ballot situation allowed by many
21  states, but is still waiting for real evidence." Do you
22  see that?
23    A. Uh-huh.
24    Q. He continues, "But we still dig in and remain
25  open. But my default is not to vote to disenfranchise

Page 374

1  voters from other states unless I can see evidence it
2  has a chance of leading to proof. I may object to a
3  state or two, although I find it difficult to justify
4  voting to disenchant" -- "franchise voters from a state
5  with Republican senators who vouch for their states."
6  Do you see that, sir?
7    A. Uh-huh.
8    Q. He continues, "With regards to self-righteous
9  voters who think I'm their robot, you're welcome.
10  Probably not 1 percent of them supported Trump before I
11  did. None of them spent an ounce of political capital
12  on Trump's behalf. I spent it all. I'm certain none of
13  them have raised over 250,000 for the president's
14  defense team to piss down a rabbit -- a rat hole
15  pretending to be lawyers disguised as television
16  personalities. I am evidence no deed goes unpunished by
17  the mob, who believes they rule just because they live
18  in the freest place on earth." Do you see that?
19    A. Uh-huh.
20    Q. Mr. Cramer continues -- or Senator Cramer
21  continues.
22    A. Uh-huh.
23    Q. "As you can tell, I'm not just frustrated, I am
24  pissed off. Perhaps the most disappointing thing about
25  it is so many otherwise good people think America cannot

Page 375

1  survive without Donald Trump. If he loaded the ballot
2  boxes in California with Republican mail-in votes by
3  dead people and won, none of them would be concerned,
4  and I would be" -- "would be yelling at me to defend
5  Trump. I love the guy, but not as much as I love
6  America." Do you see that?
7    A. Uh-huh.
8    Q. And he continues. "The irony is the easiest
9  thing for me to do politically would be to object to
10  every elector in swing states and vote to not count the
11  ballots. It would be hard for me to defend the
12  electoral college afterwards, but I suppose if that's
13  what conservatives want, we can do that. So far, I have
14  not had to vote on a declaration of war, but this is
15  nearly as hard. It is not a game to be played lightly,
16  yet that's what modern communication has made it.
17  Politics has become an easy spectator sport for people
18  to tune in on their cable channel of choice, but it is
19  the new world we live and serve in." Do you see that?
20    A. Uh-huh.
21    Q. He says, "As for me, I will not he deterred
22  from seeking truth and voting my conscience and always
23  being willing to explain it even to ungrateful listeners
24  and constituents." Do you see that?
25    A. Uh-huh.

Page 376

1    Q. And it -- he continues on to the next page.
2    A. Uh-huh.
3    Q. Do you see that?
4    A. Uh-huh.
5    Q. Now, were you aware of these sentiments by
6  Mr. Cramer on January 1st, 2021, sir?
7    A. When Scott -- I do remember this now, because
8  Scott made me aware of this. Now, did I read all this?
9  No. But I did read --
10    MR. KACHOUROFF: Mike, let -- you've
11  answered the question, yes, I was aware of it. Now let
12  her ask you another one.
13    Q. (BY MS. WRIGLEY) And in the E-mail chain
14  before this one from Mr. Cramer, do you see that
15  Mr. Hennen on the second page -- are you -- are you with
16  me?
17    A. Yeah.
18    Q. He had written to Mr. Cramer on -- in a couple
19  of lines down, do you see that he said, "Can you just
20  proceed with your Cramer/Lindell/Johnson idea to do a
21  fair, expedited, lawyerlike review of 10 percent of the
22  best arguments"?
23    A. Where -- where are you looking here? What
24  page?
25    Q. Page 2, four paragraphs down in the Scott



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
377–380

Page 377

1 Hennen E-mail to Senator Cramer.
2    A.  "Can you proceed" --
3    Q.  Yes --
4    A.  -- "with your Cramer/Lindell/Johnson idea to do
5 a fair, expedited, lawyerlike review of 10 percent of
6 the best" --
7         THE COURT REPORTER:  I'm sorry.
8    A.  Is that the one?
9    Q.  (BY MS. WRIGLEY)  Yes.
10    A.  Okay.
11    Q.  He says, "Can you proceed with your
12 Cramer/Lindell/Johnson idea to do a fair, expedited,
13 lawyerlike review" --
14    A.  Uh-huh.
15    Q.  -- "of 10 percent of the best arguments on the
16 evidence."
17    A.  Uh-huh.
18    Q.  "Start with the Trump Hotel meeting and give
19 Sidney Powell/General Flynn, et cetera, a fair hearing,
20 see some actual proof, et cetera, and hold them
21 accountable to any crackpot crack they have peddled."
22    A.  Uh-huh.
23    Q.  Do you see that?
24    A.  Yep.
25    Q.  And he sort of continues down, trying to

Page 378

1 convince Senator Cramer to look into election fraud,
2 correct?
3    A.  That's correct.
4    Q.  And Mr. Cramer, in response, basically sort of
5 rejected Mr. --
6    A.  No, he looked into it.  We had that meeting.
7    Q.  You did have the meeting?
8    A.  Uh-huh.
9    Q.  When was the meeting, sir?
10    A.  It was in Trump Hotel.
11    Q.  The meeting --
12    A.  The meeting --
13    Q.  Did it start with the Trump Hotel?
14    A.  -- they're talking about was in Trump Hotel,
15 and we were -- I didn't have a lot to present,
16 obviously, because I didn't have my evidence because it
17 wasn't January 9th.  Okay?
18        But there was Ron Johnson from -- Ron
19 Johnson was on by Skype.  I remember Cramer was there.
20 There was two other senators there.  And all this stuff
21 was presented, that I hadn't seen before, to them.
22    Q.  Was it presented by General Flynn and Sidney
23 Powell?
24    A.  I don't know if Flynn was there.  Sidney
25 Powell's, her whole team, there was like a ton of them

Page 379

1 there.
2    Q.  And this was prior to January 1st, 2021?
3    A.  Prior to what?
4    Q.  January 1st, 2021?
5    A.  Oh, it was after January 1st.
6    Q.  Well, Mr. Hennen refers to that -- that Trump
7 Hotel meeting in January --
8    A.  Oh, he does?
9    Q.  -- 2021.
10    A.  Where?
11    Q.  The fourth paragraph.  "Start with the Trump
12 Hotel meeting," indicating the meeting already took
13 place?
14        MR. KACHOUROFF:  I don't read it -- I don't
15 read it that way, but --
16    A.  Where do you see the Trump Hotel meeting?
17    Q.  (BY MS. WRIGLEY)  Where it says, "Start with
18 the Trump Hotel meeting and give Sidney Powell/General
19 Flynn, et cetera, a fair hearing."  Do you see that?
20        MR. KACHOUROFF:  That doesn't say that.
21    A.  Where do you -- where --
22    Q.  (BY MS. WRIGLEY)  Are you in that paragraph?
23 I'll just get us there, and then I'll ask the question.
24        Are you with me, Mr. Lindell?  It's the
25 second page.

Page 380

1    A.  I'm on the second page.
2    Q.  1, 2, 3, 4, 5 --
3    A.  "Start with the Trump" --
4    Q.  Yes.
5    A.  -- "Hotel meeting."  Because at the time, they
6 had planned that meeting.  Okay?
7    Q.  And it had not -- had it taken place yet?
8    A.  It had not happened yet.  It happened on
9 January 4th or 5th.
10    Q.  Okay.  And that was before --
11    A.  I got my evidence on the 9th.
12    Q.  And the evidence was from Brannon Howse and
13 Mary Fanning, correct?
14    A.  No.  The evidence was from Dennis Montgomery,
15 but she told me about Dennis Montgomery.
16    Q.  Okay.
17    A.  The evidence I seen at that meeting was all --
18 this was even an add-on.  This was like, wow.  This was
19 stuff that Sidney's group had.
20    Q.  And let me ask you about Sidney Powell.  In --
21 at the end of 2020, did you give any moneys to Sidney
22 Powell to investigate election fraud claims?
23    A.  At the end of 2020?
24    Q.  Yes.
25    A.  No.  I gave 50 -- I gave 50,000, and that money



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
381–384

Page 381

1  went to ASOF [sic] that -- whatever that guy's name
2  is -- Russell Ramsland in Texas.
3       Q.  And then in 2021, did you give any money to
4  Sidney Powell to investigate election fraud?
5       A.  No.
6       Q.  How about General Flynn?  Have you ever
7  paid General Flynn for any work on election fraud?
8       A.  General Flynn, at the end of December of 2020,
9  I gave money to whatever he -- whatever they were doing.
10      Q.  How much money did you give General Flynn?
11      A.  I don't remember.  20 grand, 50 grand, whatever
12  it was.
13      Q.  Okay.  Now --
14      A.  I think it was early January.
15      Q.  -- Senator Cramer did participate in this
16  meeting at the Trump Hotel?
17      A.  Uh-huh.
18      Q.  And was the purpose of that meeting to talk
19  about election fraud claims?
20      A.  It was to show, yeah, election -- election
21  fraud, correct.
22      Q.  And who was in charge of that meeting, sir?
23      A.  I don't know.  I -- I think -- I think Sidney,
24  I want to say, it could have been.  You know, I might
25  have been -- I might have set it up.  You know, I don't

Page 382

1  know.
2       Q.  And, Mr. Lindell, why did you set it up?
3       A.  Because I wanted to see more -- I wanted to
4  see -- I -- my evidence was this.  What I kept telling
5  Kevin was, Kevin, you can't explain all these people
6  that voted.  Because I had the voter rolls.  I -- in
7  North Dakota, you had 4,000 people that voted that
8  didn't live in North Dakota, and nobody would give me
9  answers.
10      And it was like -- and by this time -- by
11  the time I got to this meeting, though, I will tell you
12  this, i had prayed that they would steal both those
13  senators, and they did.
14      And the reason I say that, if I look back
15  now, if Donald Trump would have been put in, we would
16  have lost our country forever.  It's such a divine thing
17  that nothing happened back then, because now, three
18  years later, everything we had back then, it gets
19  validated why you have all these people that voted that
20  didn't live in these states.
21      Q.  Now, if you look at the sentiment expressed by
22  Mr. Cramer in Exhibit 631, do you know if he changed his
23  mind after this?
24      A.  What's that?
25      Q.  Did -- do you know if Senator Cramer changed

Page 383

1  his mind from what he expressed in Exhibit 631 after
2  this?
3       A.  I have no idea.  I have no idea.
4       Q.  Has Senator Cramer ever publicly said that he
5  believed the election was rigged, the 2020 election?
6       A.  I don't know.
7       Q.  Has Senator Cramer ever told you that he
8  believes that voting machines had rigged the 2020
9  election?
10      A.  I don't know.  I can't remember back then.  I
11  know he was very open to listening to -- he could not
12  explain when I put before him all these people that
13  voted.  Oh, my god, tens of thousands.  He couldn't
14  explain that.
15      And -- and when I said that it had to be
16  done with computers, he -- I think he agreed on that.
17  But you've got to -- he said, well, where's the
18  evidence?  And then when I had it after January 9th,
19  viola, we've got the evidence.
20      Q.  I'm going to hand to you Exhibit 632.
21      (Exhibit 632 marked.)
22      Q.  (BY MS. WRIGLEY)  It's marked as DEF 029858.
23  And look -- and it's two pages.
24      Looking at the top, do you see this is
25  another forwarded E-mail from Scott Hennen to yourself,

Page 384

1  and it's dated January 2nd, 2021?
2       A.  Okay.
3       Q.  And this was to your E-mail address, correct,
4  at MyPillow.com?
5       A.  Yep.
6       Q.  And Mr. Hennen wrote to you, "We need Sen Pat
7  Toomey at your Monday gathering of friends with Cramer.
8  See statement."  Do you see that?
9       A.  Yes.
10      Q.  And is that -- the Monday gathering, is that
11  the Trump Hotel meeting?
12      A.  Uh-huh.
13      Q.  And he forwarded a message from Cramer that was
14  a forward from -- with a Toomey statement.  Do you see
15  that?
16      A.  (Witness peruses document.)
17      Yeah.
18      Q.  And the E-mail below that forward from
19  Mr. Cramer to Scott Hennen was from a Robert --
20      A.  Uh-huh.
21      Q.  -- Duncan to Rep Secretary Senators.  It's a
22  list serve.  Do you see that?
23      A.  Uh-huh.
24      Q.  And do you know who Robert Duncan is?
25      A.  No.



Page 385

1    Q. Do you see it looks like it's a secretary of
2 senate gov list serve group E-mail address?
3    A. Senator of what -- I don't know what, a senator
4 of something.
5    Q. And it says in that E-mail from Robert Duncan,
6 "Senator Toomey asked that I forward you all his
7 statement below. Thanks." Do you see that?
8    A. Uh-huh.
9    Q. Do you know who Senator Toomey is?
10    A. No.
11    Q. Do you see it says, "Toomey statement"? Do you
12 see that, sir?
13    A. Yep.
14    Q. And it says, "A fundamental defining future of
15 a Democratic Republic is the right of the people to
16 elect their own leaders. The efforts by Senators
17 Hawley, Cruz and others to overturn the results of the
18 2020 presidential election in swing states like
19 Pennsylvania directly undermines those rights. The
20 senators justify their intent by asserting that there
21 have been many allegations of fraud. But allegations of
22 fraud by a losing campaign cannot justify overturning an
23 election. They failed to acknowledge that these
24 allegations have been adjudicated in courtrooms across
25 America and were found to be unsupported by the

Page 386

1 evidence. President Trump's own Attorney General, Bill
2 Barr, stated 'We have not seen fraud on a scale that
3 could have effected a different outcome in the
4 election.' I acknowledge that this past election, like
5 all elections, had irregularities, but the evidence is
6 overwhelming that Joe Biden won this election. His
7 narrow victory in Pennsylvania is easily explained by
8 the decline in suburban support for President Trump and
9 the President's slightly smaller victory margins in most
10 rural counties."
11    A. Uh-huh.
12    Q. "I voted for President Trump and endorsed him
13 for reelection, but on Wednesday, I intend to vigorously
14 defend our form of government by opposing this effort to
15 disenfranchise millions of voters in my state and
16 others."
17    A. Uh-huh.
18    Q. Do you see that?
19        Were you aware of this statement from
20 Senator Toomey?
21        MR. KACHOUROFF: I'm going to object on the
22 grounds that this statement is hearsay and completely
23 irrelevant.
24    A. Yeah. If you want me to comment on it, there's
25 been nothing we can do --

Page 387

1        MR. KACHOUROFF: She asked -- she asked you
2 if you're aware of it.
3    A. Am I aware of it? You just read it to me. I
4 am now.
5    Q. (BY MS. WRIGLEY) Do you recall receiving this
6 in an E-mail that --
7    A. I -- I --
8    Q. -- Mr. Hennen forwarded to you?
9    A. -- I guarantee I didn't read it. Probably
10 didn't read it.
11    Q. Are you aware of statements in January '21 by
12 senators that there was nothing -- no allegations of
13 fraud to justify --
14        MR. KACHOUROFF: Same objection.
15    A. That's all subjective.
16    Q. (BY MS. WRIGLEY)  -- overturning the election?
17    A. He didn't have what I had.
18    Q. During the Trump Hotel meeting in January 2020
19 [sic], was there discussion about senators not voting to
20 certify the election for Biden?
21    A. No. All it was -- the only thing I know I
22 brought up, I -- somebody explained to me how every
23 state -- I listed them off. Nevada, 6,000 people voted
24 that didn't live there. Wisconsin, 11,000 people voted
25 that didn't live there. You pick any state, I had them

Page 388

1 laid out. It was unbelievable.
2        Nobody could -- everyone stood back and
3 went, what? And then Powell and them did their thing
4 saying it was done with computers.
5    Q. I'm going to hand you another document, sir.
6        Before I do that, let me ask you this:
7 Prior to February 5th, 2020 and the release of "Absolute
8 Proof," did you ever go to the website of CISA, the
9 Cybersecurity & Infrastructure Security Agency?
10    A. Actually, I think we did, but I don't know
11 which -- what -- if it was before or after.
12    Q. I'm going to hand you Exhibit 633, sir.
13        (Exhibit 633 marked.)
14    Q. (BY MS. WRIGLEY) I'll represent this was
15 marked as Exhibit 115 to the complaint, and it's a
16 printout from the CISA.gov website, the rumor control
17 section.
18        Take a look at this document and tell me if
19 you've ever seen this Rumor Vs. Reality section of
20 CISA's website?
21    A. Uh-huh. This is pretty funny, this part.
22        THE COURT REPORTER: I'm sorry.
23    A. Yeah. I said, that's pretty funny, here on
24 CISA's own site, "Robust safeguards, including
25 canvassing procedures to help ensure the accuracy of



Page 389

1 election" -- "official election results. We have
2 canvassed over 50 states and over a million voters
3 and" --
4        MR. KACHOUROFF: Mike, let her ask a
5 question.
6        THE WITNESS: No. I'm --
7        (Crosstalk.)
8        MR. KACHOUROFF: There's no question
9 pending.
10        MS. WRIGLEY: I'm going to move to strike
11 as nonresponsive.
12    Q. (BY MS. WRIGLEY) Have -- are you aware that
13 CISA published research on its website to address rumors
14 versus reality in connection with the 2020 election?
15    A. No.
16        MR. KACHOUROFF: Objection, again, hearsay.
17 This is not -- this is completely irrelevant to the
18 entire case.
19    Q. (BY MS. WRIGLEY) Did you check information on
20 CISA's website prior to --
21    A. No.
22    Q. -- releasing --
23    A. No.
24    Q. -- "Absolute Proof" on February 5th, 2021?
25    A. I don't know, but I was -- what I looking

Page 390

1 for was -- I think the Raffensperger case, that Curling
2 case after that. I know Antrim County, Michigan got
3 brought up, and I might have looked at that because I
4 think they -- but I don't know.
5    Q. In connection with validating information that
6 you were given on January 9th from Mary Fanning and
7 Brannon Howse, did you think you should look up
8 information on CISA's website?
9    A. No. I thought I should go right to the
10 government and to the CIA and people that were there.
11    Q. All right. And so you didn't consider
12 information --
13    A. I didn't even know what CISA was, to be honest
14 with you.
15    Q. Did you go to any federal government agency's
16 website to get information about the 2020 election --
17    A. Hundred percent. Dennis Montgomery sent me --
18        THE COURT REPORTER: I can only take one at
19 a time.
20    A. A hundred percent. Dennis Montgomery guided me
21 through all that.
22    Q. (BY MS. WRIGLEY) What websites did you go to,
23 sir?
24    A. I don't know. He brought me to all of the
25 websites, CIA, all the stuff back then.

Page 391

1    Q. Do you remember what website Dennis Montgomery
2 guided you to prior to February 5th, 2021, sir?
3    A. No.
4    Q. Not a single one, as you sit here?
5    A. No. They were all government websites to prove
6 he -- that he was real, to prove that he was -- that he
7 had a job there. I was buying into his company, too. I
8 bought into his company.
9    Q. And what information did he show you with
10 respect to the 2020 election when he sent you to these
11 websites, sir?
12    A. All of the massive data, which I had a guy
13 verify, and flips of the election. You've just seen a
14 smidgen of it in that movie. You guys have a copy of 32
15 terabytes of data.
16    Q. And he -- he showed you that information by
17 going to a publicly available website?
18    A. No. By his website.
19    Q. Whose own website?
20    A. It was his -- his Hammer, his -- his computer.
21    Q. His computer, Hammer -- the Hammer and
22 Scorecard?
23    A. No. That's -- the Hammer and Scorecard is
24 owned by the government. Yeah, the government has that.
25    Q. Did he hack into a government system and then

Page 392

1 let you have access to that?
2    A. No. He's got -- he's got the technology. He
3 owns the technology. The government paid him for his
4 technology.
5    Q. Did you pay Dennis Montgomery for any work that
6 he did in connection with your "Absolute Proof,"
7 "Absolute Interference" and "Scientific Proof" series?
8    A. No.
9    Q. Have you ever paid Dennis Montgomery any money?
10    A. Absolutely.
11    Q. What? How much?
12    A. A lot.
13    Q. How much?
14    A. Couple million.
15    Q. And what did you pay him a couple million
16 dollars for, sir?
17    A. For part of his company, Bixware. I think the
18 other one's called eTreppid. It's a compression
19 technology. And then also to -- to keep going to --
20 further to keep -- to keep going to -- he has to
21 extrapolate all of the states, all of the cities and
22 all the -- all the counties out individually, one at a
23 time. It takes time, the computers roll, and that's all
24 the data.
25    Q. Okay. Just so the record's clear, Mr. Lindell,



Page 393

1 you don't consider Dennis Montgomery to be a con artist;
2 is that right?
3     A. What's that? No. He's one of the most
4 brilliant men I've ever met in my life. Probably the
5 smart -- probably one of the top five smartest men in
6 history.
7     Q. Do you consider Dennis Montgomery to be a scam
8 artist, sir?
9     A. Huh-uh. Absolutely not.
10    Q. Do you consider him to be a liar?
11    A. No.
12    Q. Do you consider him to be a criminal?
13    A. No.
14    Q. Are you aware of any illegal activities that
15 Dennis Montgomery has engaged in?
16    A. He -- it shows -- you guys -- everybody showed
17 me here today that he had something with Caesars Palace
18 with some marker, and that's the only thing I've ever
19 heard about him. He owed Caesars Palace -- I've been in
20 that world.
21    Q. And the information from Dennis Montgomery is
22 based on Hammer and Scorecard, correct?
23    A. The what?
24    Q. Is based on Hammer and Scorecard, correct?
25    A. The data?

Page 394

1     Q. Yes.
2     A. He pulled -- he pulled all the data from the
3 2020 election from -- he pulled the data. So he -- he
4 basically made a copy of it, which our government should
5 have been doing, I guess.
6     Q. Now, back to CISA's website -- or let me just
7 ask you this: Prior to February 5th, 2021, did you do
8 anything to educate yourself on information that CISA
9 made publically available about the security of the 2020
10 election?
11    A. Now, I did go to John Ratcliffe. I believe
12 that was the DNI, though. I did investigate that
13 because John was the -- I think he was head of the
14 Department of National Intelligence, whatever it was --
15 I think it's called DNI.
16        And he came out with a statement on
17 January 7th that China hacked into -- that they had
18 been -- intruded in our election or something like that
19 and it validated -- that was on January 7th, but it kind
20 of got lost in all the January 6th stuff.
21        And John Ratcliffe made that statement, and
22 I'm going, wow, there's more evidence that China was
23 involved in -- with these computers. But I don't think
24 he works for CISA. He worked for the DNI.
25    Q. Okay. Anything else besides what you just

Page 395

1 mentioned?
2     A. Before the 5th?
3     Q. Yes.
4     A. I hired guys to dive into it, Dennis
5 Montgomery. I wanted to find out why all these people
6 voted in these states. His evidence validated exactly
7 what I already had, but nobody could explain it. You
8 can't explain it to this day if I had it here.
9        Just like John Merrill couldn't explain in
10 Alabama how you have 4,660 people voted over 110 years
11 old. They didn't vote. Their names were used.
12 That's -- I don't know why anybody doesn't say, hey,
13 let's look into this, you know.
14        That's all I did. I did my due diligence,
15 and I did it for three years. Then cast vote records
16 came out. They didn't even -- validation after
17 validation after validation.
18        MR. KACHOUROFF: What number was the last
19 one? I'm sorry.
20        MS. WRIGLEY: 633.
21        MR. KACHOUROFF: I'm fading. Good for you.
22    A. It kind of gets tiring when you say -- you
23 bring up stuff like this about people saying there's --
24 Mike, there's no evidence --
25        MR. KACHOUROFF: Mike. Mike.

Page 396

1        THE WITNESS: I'm going to state this for
2 the record.
3     A. There are people who have been constantly
4 saying to me, there's no evidence, in court, there's no
5 evidence, there's no evidence. Mike, did you see this
6 guy said there's no evidence?
7        Nobody looked at my evidence. Let's look
8 at these people voted that didn't live in the states.
9 That's - nobody has looked at that and gave me an
10 explanation. Nobody. I said it.
11        MS. WRIGLEY: Move to strike as
12 nonresponsive.
13        THE WITNESS: They're looking for papers.
14        (Exhibit 634 marked.)
15    Q. (BY MS. WRIGLEY) Let me hand to you
16 Exhibit 634, sir.
17        MR. KACHOUROFF: 634?
18        MS. WRIGLEY: 634.
19    Q. (BY MS. WRIGLEY) This was also marked as an
20 exhibit to the complaint. It's a press release that was
21 put out on --
22        MR. KACHOUROFF: Same objections as my
23 previous ones.
24    Q. (BY MS. WRIGLEY) -- November 12th, 2020 --
25    A. Uh-huh.



Page 397

1    Q. -- on the Security & Infrastructure -- Security
2  Agency's website, CISA's website.
3    A. Uh-huh.
4    Q. Bottom left-hand corner indicates the place on
5  the web that it was printed from and the date of the
6  capture.
7        Sir, have you ever seen this joint
8  statement --
9    A. No.
10    Q. -- that was put out?
11    A. No.
12    Q. Did you ever bother to look at any public
13  statements?
14    A. No. I was just looking at states that said
15  they had people that voted that didn't live there.
16  That's what I was looking at. And nobody can ever
17  explain that to me.
18    Q. Okay.
19    A. And CISA wouldn't explain it to me either.
20  They just said everything -- all is well.
21    Q. Let me go through this --
22    A. What's that?
23    Q. -- and see if it refreshes your recollection.
24        The title of this, you see at the top, is
25  "Joint Statement from Elections Infrastructure

Page 398

1  Government Coordinating Council & the Election
2  Infrastructure Sector Coordinating Executive
3  Committees."
4        Do you see that?
5    A. Uh-huh.
6    Q. And then the first paragraph reads, "The
7  members of the Election Infrastructure Government
8  Coordinating Council Executive Committee, Cybersecurity
9  and Infrastructure Security Agency, CISA, Assistant
10  Director Bob Kolasky, U.S. Election Assistance
11  Commission Chair Benjamin Hovland, National Association
12  of Secretaries of State President Maggie Toulouse
13  Oliver, National Association of State Election Directors
14  President Lori Augino, and Escambia County, Florida,
15  Supervisor of Elections David Stafford, and the members
16  of the Election Infrastructure Sector Coordinating
17  Council Chair Brian Hancock, Vice-Chair Sam Derheimer,
18  Chris Wlaschin, Ericka Hass, and Maria Bianchi released
19  the following statement."
20        Do you see that, sir?
21    A. Uh-huh.
22    Q. Were you aware that there were a number of
23  federal agencies or officials that had reached a joint
24  statement in November of 2020?
25    A. No, I wasn't, but if I was, I would have said

Page 399

1  explain all these people that voted that didn't live in
2  these states. Hundreds, if not millions, of people.
3  That's what I would have said.
4        Nothing they could have said would have
5  changed my mind because I have my own evidence, and
6  nobody would -- and I'm not going to change anything on
7  that just because they say that. They didn't see what
8  I -- they didn't look at what I see -- what I had. They
9  couldn't explain it.
10    Q. Did you --
11    A. They can sit there and tell me it was a safe
12  election all they want, but they're not going to change
13  my mind. Then explain these people that voted -- it
14  hadn't happened in other elections to that magnitude.
15  It was crazy.
16    Q. Mr. Lindell, do you see where the statement
17  indicates, "The November 3rd election was the most
18  secure in American history. Right now across the
19  country election officials are reviewing and
20  double-checking the entire election process prior to
21  finalizing the result. When states have close
22  elections, many will recount ballots. All the states
23  with close results in the 2020 presidential race have
24  paper records of each vote, allowing the ability to go
25  back and count each ballot, if necessary. There is an

Page 400

1  added benefit for security and resilience. This process
2  allows for the identification and correction of any
3  mistakes or errors. There is no evidence that any
4  voting system deleted or lost votes, changed votes, or
5  was in any way compromised."
6        Do you see that?
7    A. Now, are you aware Arizona hadn't even finished
8  counting their votes when they were putting this out?
9    Q. Sir, are -- were you aware that there was a
10  joint statement issued --
11    A. No, absolutely not. I told you what I was
12  doing. Absolutely not.
13    Q. Sir, let's -- this was 634.
14    A. I made everything I did on my own due
15  diligence, my own evidence. I can't believe they put
16  out a statement before the election is done. That's
17  weird. I didn't know about that. I would have
18  questioned that back then for sure. How can you say
19  it's a fair election when it wasn't even over? They
20  were still counting votes until November 14th.
21    Q. I'm going to show you another document, sir.
22        (Exhibit 635 marked.)
23    Q. (BY MS. WRIGLEY) This is 635, sir, previously
24  attached to the complaint as Exhibit 51.
25    A. Okay.



Page 401

1    Q. I'll represent that it's a press release issued
2 from the Secretary of State of Michigan on January 5th,
3 2021.
4        Before I ask you about this exhibit, let me
5 ask you prior to --
6        MR. KACHOUROFF: Same objections as the
7 previous.
8    Q. (BY MS. WRIGLEY) Prior to January 5th, 2021,
9 did you ever go to the website of the Secretary of State
10 of Michigan to see what information it released publicly
11 about the 2020 election?
12    A. No, but I did search Michigan's websites, their
13 election websites, because that's when I found out they
14 counted the votes in Michigan the morning of the 3rd,
15 not the lie they told us in the middle of the night on
16 the 4th when 106,000 came out for Biden and Jocelyn
17 Benson could not explain that. Her office could not
18 explain that.
19    Q. So let me ask you the same question. Prior to
20 February 5th, 2021, did you ever go to the website of
21 Secretary of State of Wisconsin to see the
22 information --
23    A. I went to their election site, Wisconsin
24 election site. You have to go there to get results and
25 stuff.

Page 402

1    Q. The Wisconsin website?
2    A. Yes.
3    Q. And the --
4    A. No. No. No. This is the Michigan. Michigan.
5    Q. Okay. I -- so let me just make sure my --
6    A. This is Michigan. I'm sorry.
7    Q. Prior to February 5th --
8    A. Right.
9    Q. -- 2021, did you go to the website of the
10 Secretary of State of Michigan to get information about
11 the 2020 presidential election?
12    A. Yes.
13    Q. Okay. And --
14    A. And I found what I needed.
15    Q. Same question for Wisconsin. Did you go to the
16 Wisconsin website?
17    A. Uh-huh.
18    Q. How about Pennsylvania?
19    A. I don't -- yes, I did Pennsylvania, too,
20 because Pennsylvania had more votes than voters, and no
21 one has ever been able to explain that. 80,000 more
22 votes than voters, and nobody can explain that. And
23 they turned in their electors. It's against the law.
24    Q. What about Nevada, sir?
25    A. Yes, definitely Nevada, because that -- that's

Page 403

1 where all the people voted that don't live there. That
2 was the first state I found, 12,000 people who --
3    Q. Arizona?
4    A. Absolutely. I went to almost every state's
5 website.
6    Q. Georgia?
7    A. Yep.
8    Q. Okay. And so for each of those states --
9    A. Alabama, Missouri, Indiana, Illinois.
10    Q. For any of the states' websites you visited to
11 get information about the 2020 election prior to
12 January 5th, 2021, would you have reviewed public
13 releases by the secretaries of state from those
14 individual states?
15    A. No. I didn't care about their little
16 statements. I cared about the corruption. I cared
17 about what the facts were. Like in Michigan, a hundred
18 and six votes came down, and they said they were mail-in
19 votes. I wanted to see what they had to say about that.
20 Turns out it was the morning of the 3rd.
21        I went to Pennsylvania's website. I didn't
22 listen to their statements. They didn't have a
23 statement. They couldn't explain more votes than
24 voters.
25        I went to Georgia, and Georgia was so

Page 404

1 bad -- it was like crazy. I mean, they had all -- even
2 that phone call, all the stuff. Everything I looked for
3 was to explain how you had more -- people voted there
4 that didn't live there.
5        Wisconsin was a mess.
6        Nevada was the first state, by the way,
7 when I went to their website, where there was -- I think
8 it's -- it was over 10,000 people that voted that didn't
9 live in Nevada.
10        Now, Nevada has a law you have to be a
11 resident for 30 days, and I thought are people that --
12 you know, at first I thought, wow, are there that many
13 people cheating? And then I found out -- then I started
14 checking other states.
15        MR. KACHOUROFF: Mike, let her finish.
16 She's going to ask another question.
17        THE WITNESS: She asked me. I did go to
18 all these sites.
19        MR. KACHOUROFF: Yeah, then tell her that.
20 So the answer is yes.
21    Q. (BY MS. WRIGLEY) Now, if you look at Exhibit
22 635, sir, this is a press release from January 5th, 2021
23 by Secretary of State Jocelyn Benson.
24        Do you see that?
25    A. Uh-huh.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
405–408

Page 405

1    Q. Do you see the title of this is "Michigan's
2  election was secure and fair and the results are
3  accurate," right?
4    A. Uh-huh.
5    Q. Now, did Secretary of State Jocelyn Benson lie
6  in putting out this press release?
7    A. A hundred percent in my mind because I already
8  knew on their own website that those votes were not
9  counted in the middle the night like she said they were.
10  She said those were the mail-in votes, and she lied.
11  They were counted on the morning of the 3rd. So she
12  lost all credibility with me. All credibility. Her
13  statement -- what a liar. How can you have a secure
14  election --
15          And by the way, Michigan broke the law.
16  She did. She sent out 6 million ballot registrations
17  illegally that -- the legislatures make those laws, not
18  the Secretary of State. She did it and said, well, it's
19  the China virus. So we're going to stick out all these
20  ballots. They dumped 6 million of them all over
21  Michigan, and that was illegal. Her Attorney General
22  did not go after her. We went after her so much, many
23  people did, and won so many cases against her.
24          But I knew this -- on this day when this
25  came out, which was January 5th, she had already broke

Page 406

1  the public's trust by lying and saying those were
2  mail-in votes on the morning of the --
3    Q. Excuse me, Mr. Lindell.
4          Mr. Lindell, let me ask you: You're aware
5  that the Trump campaign filed a number of lawsuits
6  challenging the results of the 2020 election at the end
7  of 2020, correct?
8    A. I have no idea what all they did. I just know
9  what I did.
10    Q. Okay. Were you following the lawsuits that
11  were being filed at all?
12    A. Huh-uh. Nope. I was following my -- Rudy
13  Giuliani had a couple of things, but the media wasn't
14  there. So you never got to find out. There was only
15  one outlet there, RSBI. Any other time in history,
16  every outlet would be there. I thought that was weird.
17          I was doing my own thing. I was watching
18  Arizona so close. Arizona didn't make sense to me. I
19  was doing my own stuff with anomalies. I was getting my
20  own voter rolls, doing my own thing.
21          What they were doing out there -- they
22  didn't have what I had. I had something you can't
23  explain. That was the big thing.
24    Q. Mr. Lindell, in terms of any lawsuits that were
25  filed to challenge the results of the presidential

Page 407

1  election, you weren't following those lawsuits or the
2  results of the lawsuits --
3    A. I never watched any of them. I was doing my
4  own thing because I was going into the heart of the
5  thing, the anomalies, the things that couldn't make
6  sense. How did Pennsylvania turn in votes and have more
7  votes than voters? It didn't --
8          MR. KACHOUROFF: Again, hold on. Stop.
9          THE WITNESS: I --
10          MR. KACHOUROFF: Mike. Mike, wait.
11          Objection, relevance. You're calling on
12  him to -- what -- argue about what the standing is in a
13  particular election case? Not the merits? You want him
14  to go over the merits of cases? Because there are none
15  of those cases. They're all --
16    A. Yeah, I really didn't follow --
17          MR. KACHOUROFF: Stop, Mike. We'll be here
18  all day if we keep doing this type of questioning.
19    Q. (BY MS. WRIGLEY) Were you following the
20  lawsuits challenging the results of the election?
21          MR. KACHOUROFF: Objection.
22    A. No, I --
23          MR. KACHOUROFF: Stop.
24          Same objection.
25    A. No, I wasn't. I wasn't. I'm telling you I

Page 408

1  wasn't. The election was still going on. It didn't get
2  counted until here. I was doing my own thing. I didn't
3  know -- I heard there was -- none of them were ever
4  based on the merit. None of them had -- none of them
5  were based on merit. They were shoved out on standing
6  and all kinds of stuff.
7          (Exhibit 636 marked.)
8    Q. (BY MS. WRIGLEY) I'm going to show you another
9  document, sir. This is going to be 636. It's an
10  excerpt from a text exchange.
11          For the record, this is DEF 034862. It's a
12  text chain, which is long. It's over a hundred pages.
13  So we only have an excerpt here. The excerpt is Page 1,
14  128 through 133.
15          Looking at this exhibit, sir, do you see at
16  the top this is a text chain --
17    A. Uh-huh.
18    Q. -- between yourself and Kim Rasmussen?
19    A. Uh-huh.
20    Q. And I think you identified Ms. Rasmussen
21  earlier for the record.
22    A. Uh-huh.
23    Q. Do you remember that?
24          Can you just remind me who is Ms. --
25    A. What's that?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
409–412

Page 409

1    Q. Can you remind me who is Kim Rasmussen?
2    A. She worked for me. She was -- worked for
3 MyPillow. She quit like three years ago, four years
4 ago.
5    Q. Now, this text message, if you look on Page 1,
6 starts on March 30th, 2020. Do you see that?
7    A. That's right.
8    Q. I'm going to jump to the second page, which is
9 Page 128 of this document produced.
10   A. Uh-huh.
11   Q. Do you see at the top there's a date
12 February 5th, 2021? It's on the top of the second page,
13 which is 128 of this.
14   A. Yes.
15   Q. And Ms. Rasmussen sent you a text, "When and
16 where can I see the documentary?"
17      Do you see that?
18   A. Uh-huh.
19   Q. And this is the date you did "Absolute Proof,"
20 correct?
21   A. That's correct.
22   Q. You responded, "Tomorrow. Go to my website or
23 watch on OAN."
24      Do you see that?
25   A. That's right. Yep.

Page 410

1    Q. And she responds, "Thumbs up. I have chills.
2 I am watching it."
3      Do you see that?
4    A. Uh-huh.
5    Q. And you indicate, "I worked until 5:00 a.m."
6      Correct?
7    A. Right.
8    Q. And she responds, "Wow. Get some sleep. I
9 really like the set you're on."
10      Do you see that?
11   A. Uh-huh.
12   Q. You say, "I go on TV in 45 minutes and meet the
13 president in 2 hours."
14      Do you see that?
15   A. Uh-huh.
16   Q. And did you meet with President Trump on
17 February 5th, 2020?
18   A. No.
19   Q. No. Okay.
20      I'm going to have you jump to the next
21 page.
22      Do you see on the next page you and
23 Ms. Rasmussen continue to text back and forth?
24   A. "How much have you read?
25   Q. Do you see that, sir?

Page 411

1    A. What am I looking at here?
2    Q. You say, "How much have you read? Watched, I
3 mean."
4      At the top.
5    A. I don't know how much she read. I don't know
6 what she's talking about.
7    Q. If you go back to the prior page, I'm assuming
8 it's the documentary. It's still --
9    A. Well, you don't read a documentary.
10   Q. No, that's why you say, "How much have you
11 read? Watched, I mean."
12   A. Oh, watched. Okay. Got it.
13   Q. She says, "About 35 minutes. Your video is
14 down. Matt has a server you can put it on. The server
15 is with American Eagle who does the Super Bowl. Do you
16 think it crashed?"
17      Do you see that?
18   A. Yep.
19   Q. You respond, "The Eagle took it down. Go back
20 to the" --
21   A. "Website and start over."
22   Q. -- "website and start over."
23      Do you see that?
24   A. Yeah.
25   Q. And she says, "It's up."

Page 412

1      Do you see that?
2    A. Uh-huh.
3    Q. She also includes a link to a Business Insider
4 article at the bottom here.
5      Do you see that?
6    A. Uh-huh.
7    Q. It says, "Businessinsider.com," and then the
8 title is "MyPillow made three-hour film about election
9 fraud. Trump 2021."
10   A. Okay.
11   Q. Do you see that?
12   A. Yeah.
13   Q. And on the next page, do you see there's a
14 couple of images from the Insider with you on the phone,
15 sir?
16   A. Uh-huh.
17   Q. I want to mark that Business Insider article
18 for you that Ms. Rasmussen sent you in a text.
19      (Exhibit 637 marked.)
20   Q. (BY MS. WRIGLEY) This is going to be
21 Exhibit 637, sir.
22   A. This one is probably going to take longer than
23 five minutes, right?
24   Q. You have your call, right?
25   A. In about four minutes.



Page 413

1    Q. Okay. Yeah. Why don't we go off the record.

2        MR. KACHOUROFF: Okay.

3    A. I mean, I'll go a little extra, but I've got to

4  make this call.

5        THE VIDEOGRAPHER: Going off the record at

6  4:46.

7        (Short recess.)

8        THE VIDEOGRAPHER: And we're back on record

9  at 4:59.

10    Q. (BY MS. WRIGLEY) Mr. Lindell, I think you have

11  in front of you Exhibit 637, which is the Business

12  Insider article that was sent in the text from Kim

13  Rasmussen to yourself, and that was in Exhibit 636.

14        Have you reviewed this -- or have you read

15  this Business Insider article before?

16    A. I -- they write articles on me, about probably

17  a thousand of them in the last three years. I have no

18  idea.

19    Q. When Ms. Rasmussen texted it to you, would

20  you --

21    A. Oh, she text -- this is the one she text me?

22    Q. Yes, it is, sir. When she texted that to you,

23  did you --

24    A. Yeah, I'm sure I read it then.

25    Q. Okay. And do you see that the title of this

Page 414

1  article from the Business Insider is "MyPillow CEO Mike

2  Lindell is releasing a three-hour movie he made over the

3  past five days pushing a baseless election fraud claim

4  involving China"?

5        Do you see that?

6    A. Yeah. I'm not sure I said a baseless claim of

7  issues on election day.

8    Q. It's the title, whether you agree with it or

9  not.

10        Do you see that?

11        And the date from the article from this

12  Business Insider is February 5th, 2021.

13        Do you see that, sir?

14    A. Yeah.

15    Q. And it's got a picture of you in the front.

16        Do you see that?

17    A. Uh-huh.

18    Q. And the caption below the picture says,

19  "MyPillow CEO Mike Lindell outside the White House on

20  January 15th."

21        Do you see that?

22    A. Correct. Yes.

23    Q. And did you make a visit to the White House on

24  January 15th?

25    A. Yes, I did.

Page 415

1    Q. And did you talk with President Trump about

2  election fraud?

3    A. I brought him, I think to be signed, the gag

4  order that Dennis Montgomery was under so he could sign

5  that so that his evidence could be released to the

6  country.

7    Q. Was that gag order -- order signed by President

8  Trump?

9    A. No. He -- when I met with the president, he

10  said -- I talked to him about it and -- and then I had

11  an envelope that was a sealed envelope.

12        And I said, here, this also came from some

13  attorneys. And there was a guy named Robert -- Robert

14  O'Brien. He was sitting there, and the president

15  handed -- he opened up the envelope. He said take both

16  of these upstairs to the lawyers and see if there's

17  something to this, to Robert O'Brien. Robert O'Brien

18  brought me upstairs to the lawyers.

19    Q. And were you then allowed to go back and speak

20  with President Trump after talking with the lawyers?

21    A. No. I went up to the lawyers, and I showed

22  them -- I gave them the papers that the president had

23  opened up. It was recommendations from some lawyers.

24        The first one said fire Robert O'Brien,

25  which was the guy sitting right there that was going to

Page 416

1  be first.. But they bring him upstairs and -- they bring

2  him upstairs. He gave the lawyer up there -- I forget

3  what his name was -- gave him them papers. And I still

4  had the one that he had to sign for Dennis Montgomery.

5        And I had four pieces of evidence I showed

6  the president. I said it was all done with computers.

7  I said John Ratcliffe explained what he had said on the

8  7th.

9        And at that time, the lawyer came out,

10  grabbed the papers, then he came out, gave them back to

11  me, and a gal brought me back downstairs in the west

12  wing there in the lobby and said, well, we'll call you

13  back up.

14        Then she came back down I'll say two

15  minutes later and said it's going to be at least two

16  hours. We're not going to have time to see you.

17        And I said no. I said this is a matter of

18  national security. I said I'm not leaving until he

19  tells me I can leave and I said I'll wait the two hours.

20        So at that time I asked to use my phone

21  outside the White House west wing.

22        And by the way, she had handed the papers

23  back. Never read those papers.

24        And she said, yeah, you go ahead and use

25  your phone.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
417–420

Page 417

1    I went outside. There was just me and the
2  guard standing out there. I was on the phone with my
3  son when that picture was taken, and I watched media
4  come flying over the hill like a bunch of -- a herd of
5  buffalo, and that picture was taken by a guy from the
6  Washington Post about a quarter mile away, and he beamed
7  in on those papers from the -- from the lawyers and it
8  said martial law. So that was the thing that went
9  viral.
10    Q.  Now, the papers that you were given by the
11  lawyers, was one of those lawyers Sidney Powell?
12    A.  I have no idea.
13    Q.  Who were the lawyers that gave you those
14  papers?
15    A.  I have no idea who the lawyers were at that
16  time. It was an envelope. It might have been Sidney
17  Powell. I don't remember who actually gave me that
18  sealed envelope.
19    Q.  Somebody gave you --
20    A.  It wasn't Sidney Powell.
21    Q.  Somebody gave you an envelope with some papers,
22  but you don't --
23    A.  Recommendations to the President, and the guy
24  gave them to me. I don't know all the lawyers that were
25  behind it. I've never read those papers to this day

Page 418

1  because when I went back in, they took the papers after
2  I did meet with the lawyers.
3    Q.  You don't know who handed you that envelope?
4    A.  Yeah, it was a guy I never met before.
5    Q.  Where did he hand the papers to you at?
6    A.  In DC.
7    Q.  Where were you at?
8    A.  It was in DC.
9    Q.  Where were you at, sir?
10    A.  At some hotel in DC. We were meeting before I
11  was going to the White House.
12    Q.  Was anybody with that gentleman before they
13  handed you the papers?
14    A.  What's that?
15    Q.  Was anybody with the gentleman who handed you
16  the papers that you knew?
17    A.  No. No. But I knew they were coming from this
18  team of lawyers.
19    Q.  And what's the team of lawyers they were coming
20  from?
21    THE WITNESS: The team of lawyers I think
22  would be attorney/client privilege, wouldn't it?
23    MR. KACHOUROFF: Team of lawyers for who?
24  I don't even know what we're talking -- who are we
25  talking about?

Page 419

1    THE WITNESS: The papers that were handed
2  to me for the White House.
3    MR. KACHOUROFF: I don't even know who --
4  where that came from, Mike. You can tell her if you
5  know.
6    Q.  (BY MS. WRIGLEY)  Who are the lawyers, sir?
7    A.  Huh?
8    Q.  Who are the lawyers that you know handed you
9  these papers to give to the President?
10    A.  I don't know who the team of lawyers were. I
11  have no -- I didn't -- Sidney Powell was not one of my
12  lawyers.
13    Q.  Okay. So --
14    A.  I didn't have any lawyers. I didn't hire
15  lawyers.
16    Q.  So somebody gave you some papers to give to the
17  President?
18    A.  It was a team, though. It had to be a trusted
19  person, like a cyber guy, maybe one of Patrick Byrne's
20  people. I don't know.
21    Q.  Okay. Let me just make sure I --
22    A.  It was a guy I met before I -- actually, it was
23  a guy that was in one of those meetings. I had seen the
24  guy before. So he was trusted. I had been in meetings
25  where there was like 30 people in the room.

Page 420

1    Q.  Let me just make sure I'm clear, Mr. Lindell.
2    You're going to a meeting with the
3  President that's a matter of national security, correct?
4    A.  That's with my evidence and the thing to sign
5  from Dennis Montgomery.
6    Q.  And you're going to give him evidence that's
7  contained in this sealed envelope, right, sir?
8    A.  No. No. No. Now you're mixing two -- two or
9  three --
10    Q.  I'm not mixing anything. I'm trying to --
11    A.  A hundred percent.
12    Q.  -- ask questions and get information, sir.
13    A.  There was no evidence in that envelope. That's
14  not true.
15    Q.  Okay. So --
16    A.  Here's what it was. I had my evidence, my four
17  pieces of evidence, and I had a letter to sign that
18  releases Dennis Montgomery so I can release the rest of
19  it. That's what I talked to him about. All these
20  people that voted that didn't -- didn't live in the
21  states, I have the evidence now. It was brought to me.
22  The guy's name is Dennis Montgomery. It's called Hammer
23  and Scorecard. They brought up John Ratcliffe. I said
24  John Ratcliffe actually said it on the 7th.
25    It was an afterthought. I said, and by the



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
421–424

Page 421

1  way, these are recommendations from a team of lawyers.
2  And I gave him that.  And he opened it up, and it was --
3  he read the first thing and the first thing only.  The
4  first recommendation was fire Robert O'Brien, who was
5  sitting right here and -- and he was the director of
6  national security.
7          He never read the rest of them.  He folded
8  it up.  He said the first one says to fire you.  And
9  I -- and he folded it up, the President did, gave it to
10 John -- Robert O'Brien and said take Mike upstairs to
11 the lawyers to see if there's anything to this evidence
12 and then I can -- if I could sign the Dennis Montgomery
13 maybe or in this envelope -- he was mostly take the
14 evidence, because that's what we had talked about for
15 15 minutes.
16     Q.  And then they turned you away, Mr. Lindell,
17 correct?
18     A.  What's that?
19     Q.  They turned you away, the White House?
20     A.  No.  They -- finish the story.  Went upstairs.
21 He opened it, brought me back downstairs, said, no, you
22 can't -- they won't have time to see you for two hours,
23 and I said I'll wait.
24          That's when I went outside because I didn't
25 have those papers back.  I still haven't read them,

Page 422

1  never read them to this day.  They took the picture
2  of -- the media came over the hill.  I said would y'all
3  like me to answer questions?  They go -- and I said --
4  and they went, yeah.  Yeah.  Yeah.
5          And I said I changed my mind.  Y'all find
6  something really good to write about me.
7          Came back in.  The lady had come down from
8  upstairs.  Not even ten minutes had passed.  Brought me
9  back upstairs to the lawyer, and that lawyer that was in
10 there -- one of the recommendations on there was to fire
11 him and he said this says to fire me.
12          And I said I don't care what that says.  I
13 didn't write that.  That's from lawyers.
14          And I said -- and he goes, Mike, I read --
15 my son read your book, and he got -- he all calmed down.
16 I said I haven't read that thing.
17          And he goes my son read your book.
18          I said, well, maybe you should read my
19 book.
20          And he goes, well, Mike, this is so-and-so
21 and so-and-so.  I see you've got a matter of national
22 security of evidence.
23          And I said, yes, we need this thing signed.
24 This guy worked for the CIA.  He has all this evidence,
25 and he needs it signed.

Page 423

1      Q.  Mr. Lindell --
2      A.  I sat and talked to them for over an hour about
3  these things.
4      Q.  Mr. Lindell, do you remember what my question
5  was?
6      A.  You said did they turn me away.  They --
7  they -- they didn't turn me away.  They went through all
8  the evidence.  I laid it out for them, and I said we
9  need to get this signed.
10          They both got up and said, okay, we're
11 going to look into this and we're going to get back to
12 you.
13     Q.  Okay.
14     A.  They did say that.
15     Q.  Now --
16     A.  We'll get back to you on this.
17          I said this is a matter of national
18 security.  What do you mean you're going to get back to
19 me?  I said when?  Tomorrow?  It was like the 15th of
20 January.
21          And then -- then they did -- brought me
22 back downstairs, and then she came back down ten minutes
23 later --
24          THE COURT REPORTER:  Can you please slow
25 down?

Page 424

1      A.  She came back down ten minutes later and said
2  you do have to leave.  We're not going to have to time.
3          I said, well, he said he wanted to see me
4  again.  And they shooed me out without even asking him.
5      Q.  (BY MS. WRIGLEY)  In terms of these papers that
6  you were given by a group of lawyers to give to the
7  President --
8      A.  Uh-huh.
9      Q.  -- who are the group of lawyers that gave you
10 these papers, sir?
11     A.  It was -- it was -- I don't know.  I don't
12 know.  I do not know.
13     Q.  And so --
14     A.  Probably from Patrick Byrne's group.  That's as
15 much as I can remember.  It was an envelope.  It was
16 like a delivery, here, we have a recommendation.  You
17 have Patrick Byrnes, you have --
18     Q.  And you have no idea what's in this envelope
19 that you're going to give to the President of the United
20 States?
21     A.  They said it was just recommendations to the
22 President.  I had been in meetings with all these guys,
23 all these -- Patrick Byrnes and your Sidney Powells and
24 all these people, and they -- if they have their
25 recommendations, that's their recommendations.



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
425–428

Page 425

1    Q.  Okay, sir.  So let's go back to Exhibit 637,
2  this article from the Business Insider.
3    A.  I went there for one purpose, my evidence.
4        MR. KACHOUROFF:  Same hearsay, relevance
5  objections that I had before.
6    Q.  (BY MS. WRIGLEY)  Now, your evidence, you said
7  you had four pieces of evidence that you gave President
8  Trump about election fraud.
9    A.  No.  I showed him four -- four pieces that --
10  it's massive.  He has 32 terabytes of this.  I said he
11  worked for the government.  We need this signed.  If you
12  sign this, all of this stuff can be released by the
13  government.  And before he would sign it, he brought
14  me -- he said go upstairs to the lawyers and see what we
15  can do.
16    Q.  And that was never signed with respect to
17  Dennis Montgomery, correct?
18    A.  It wasn't signed because the lawyers shooed me
19  out before I got to go back in and meet him.
20    Q.  And the evidences that you were presenting to
21  President Trump on January 15th was information from
22  Dennis Montgomery?
23    A.  Hundred percent.
24    Q.  And that is evidence that is proof that the
25  election was interfered with, correct?

Page 426

1    A.  That's a hundred percent true.
2    Q.  Okay.
3    A.  And -- and by the way, Mark Meadows was in
4  there, and Mark Meadows said -- the President said does
5  John Ratcliffe know about this, and I said, well, I'm
6  sure he does because -- and he goes, yeah, you know,
7  Dennis Montgomery has brought up the Hammer and
8  Scorecard.  Mark Meadows said that.
9        And I'm sure John Ratcliffe does because he
10  put out a statement on January 7th that China had
11  interfered, and I'm going, wow, this is going to be
12  great.  Just sign this and we can release everything.
13        And the lawyers pushed me -- pushed me
14  away.  Never got to me.  To this day, I don't know if --
15  if they even told him that I was still in the building.
16    Q.  Now, looking at the Business Insider article,
17  637, I'd like to draw your attention to something on
18  Page 2.  Do you see at the bottom where it says
19  "election officials," sir?
20    A.  Yeah.
21    Q.  It says, "Election officials and even Trump
22  officials such as Attorney General Bill Barr and acting
23  Secretary of Homeland Security Chad Wolf said there was
24  no evidence of widespread fraud."  Do you see that?
25    A.  Yeah.

Page 427

1    Q.  And then if you go to the next page it says,
2  "There are no indications that a foreign actor succeeded
3  in compromising or affecting the actual votes cast in
4  this election, Wolf said in a November 3rd press
5  conference."
6        Do you see that?
7    A.  Uh-huh.  Right.
8    Q.  And then you say, "Lindell said his film would
9  prove there was 'a communist coup.'"
10        Do you see that?
11    A.  Uh-huh.
12    Q.  Okay.  Now, in terms of this Business Insider
13  article, when Kim Rasmussen sent it to you, it's
14  something you would have reviewed?  Rasmussen sent it to
15  you --
16    A.  Uh-huh.
17    Q.  -- you would have looked at this article, sir?
18    A.  Yeah.
19    Q.  This Business Insider?
20    A.  Yeah.
21    Q.  And you would have been aware on February 5th,
22  2021 that at least in terms of this article, it was
23  indicating that election officials were saying there was
24  no evidence of widespread fraud, correct?  You were
25  aware of that?

Page 428

1    A.  Was I aware of election officials saying that?
2    Q.  Yes.
3    A.  They were saying -- people were saying that all
4  over the place.  Bill Barr.  You reiterated this before.
5    Q.  Okay.
6    A.  I had my evidence.  It doesn't matter what
7  other people say.  Are they covering something up?  I
8  don't know why they were saying what they were saying.
9  It didn't matter to me.
10        Now, if I had been someone that didn't have
11  any evidence, I would say, well, why -- they told you
12  there wasn't, well, I think there was.  I didn't think
13  there was.  I knew there was because I have the
14  evidence.
15    Q.  That was evidence from Dennis Montgomery, sir?
16    A.  Huh?
17    Q.  Evidence from Dennis Montgomery?
18    A.  Evidence from -- and -- and evidence that --
19  the fact evidence that all these people voted, that
20  crimes were committed in every county in the United
21  States, every single county because I have the voter
22  rolls, and I paid a lot of money to get a lot of them.
23        That is a crime.  Nobody has ever been able
24  to say, Mike, you don't have any evidence because there
25  it is.



Page 429

1    Q. Were you aware that Mary Fanning had written
2  articles about elections prior to 2020 being interfered
3  with --
4    A. No idea.
5    Q. -- with the use of Hammer and Scorecard?
6    A. No idea. What I know about Mary Fanning,
7  January 9th, two documentaries.
8    Q. Prior to working with Mary Fanning on the
9  "Absolute Proof" documentary, did you do anything to
10 read what she had published on her blog in the past?
11   A. No.
12   Q. And so did you think it was relevant at all to
13 review the type of subject matters that Mary Fanning had
14 published on her blog --
15   A. Yes.
16   Q. -- over the years?
17   A. No. It's like I said before, I don't care who
18 Mary Fanning is or what she is. I had hardcore evidence
19 of everybody voting in every state illegally, and Mary
20 Fanning had the answer, if it was true, of what this
21 Dennis Montgomery had.
22       I didn't carry about Mary Fanning. Then
23 Dennis Montgomery brings me the evidence. I don't care
24 what Dennis Montgomery's past is. I want to know is
25 this real, true or not, so I did my own due diligence

Page 430

1  and then I went all in.
2    Q. Now, you were getting information on the
3  election in November and December of 2020, correct?
4    A. By -- from -- a lot of it from myself.
5  90 percent of it from me.
6    Q. Okay. And you were doing research on your own,
7  Mr. Lindell?
8    A. Every single day from morning until night until
9  the day I went to -- to the second I went to bed.
10   Q. And -- and exactly where were you getting
11 information on the election prior to 2021 in doing your
12 research?
13   A. What do you mean prior to 2021?
14   Q. Yeah. Like where were you getting your
15 information, sir?
16   A. From the counties, from the states. Like you
17 say, the secretary of states. These voter -- I would go
18 and get voter rolls, voter rolls and buy voter rolls and
19 get -- you know, get the people -- the people that
20 voted, who voted, what they -- who they voted --
21   Q. And then what did you do --
22   A. In counties -- and by the way, in the counties.
23 I got a lot of information from CNN, by the way.
24 Counties where you see anomalies -- I'll give you an
25 example. Outside of Milwaukee, there's two counties. I

Page 431

1  went back in time, and traditionally, they're always
2  75 percent Republican, 75 percent. One of them wasn't
3  done counting on election day, and it was 25 percent
4  Republican.
5        Now, you -- and I looked back and see,
6  well, how many people moved out of there, was there a
7  big change? No. So that's an anomaly. That's a
8  deviation. Those are the things I looked for.
9        I wanted to make sense of the deviations,
10 and -- and we could go over -- I could sit and hear
11 hundreds of deviations. I spent every day going, gee,
12 why would -- or why would Pennsylvania have more votes
13 than voters? It's impossible. You have an election
14 with ten people, and the vote -- final vote is ten to --
15 ten to six. That doesn't make sense.
16   Q. Now, in late 2020, were you working with Sidney
17 Powell on the election?
18   A. Huh-uh. Huh-uh.
19   Q. In late 2020, were you working with Lyn Wood?
20   A. No, I wasn't working with anyone. It was
21 always myself.
22   Q. Did you get information from Sidney Powell in
23 late 2020?
24   A. Sidney Powell, I had one phone call with her.
25 In that -- in that call, they said -- this is early in

Page 432

1  November, and on that call, they were trying to raise
2  money for -- I believe it was for the Andrew County
3  thing for ASOG. That's where I actually putting money
4  in.
5        And I remember asking. I said can I talk
6  to this Sidney Paul. I know I met her one other time,
7  and I didn't know that I had met her three years prior
8  at a book show.
9        And what I said to her on the phone, I
10 said -- I said is there -- I said could this election --
11 is this election -- I said what I found so far, it
12 doesn't make sense. I said people voted that don't live
13 in the county.
14       And she goes -- and I said is something
15 going to happen?
16       She goes -- she goes, Mike, it's -- it's --
17 we -- we have enough stuff, not even counting the
18 machines but she -- and I said, well, then why do we
19 need money for the machines?
20       She said that's got to be addressed because
21 that's going to be a permanent thing that we have to
22 fix.
23       You asked about Lyn Wood, Lyn Wood was the
24 year before with the -- with the vaccine I had when
25 Anderson Cooper attacked me. Lyn Wood -- Lyn Wood



Page 433

1  helped me out with CNN.
2     Q.  In late 2020, did you get any information on
3  Hammer and Scorecard?
4     A.  Did I get any information?  If I did, I don't
5  remember.  I didn't know what it was if I did.
6     Q.  In late 2020, did you get any information from
7  Dennis Montgomery?
8     A.  No, not that I know of because I wouldn't -- I
9  wouldn't have known anything about it.
10        (Exhibit 638 marked.)
11     Q.  (BY MS. WRIGLEY)  Okay.  I'm going to hand to
12  you Exhibit 638, sir.  For the record, this is a text
13  chain between yourself and Scott Baio.  This one is
14  Bates stamped DEF 047408.  It's not the full text chain,
15  which is very long.  It's just an excerpt of it.  It's
16  Page 1 and Page 49.
17        Mr. Lindell, do you see at the top this is
18  a text between you and Scott Baio that starts on -- the
19  text chain that starts on May 9th, 2018?  Do you see
20  that, sir?
21     A.  Uh-huh.
22     Q.  And Mr. Baio, I think you identified him
23  earlier, he --
24     A.  Yeah.
25     Q.  -- used to be an actor and is a friend yours?

Page 434

1     A.  Right.  Yeah.
2     Q.  I'm going to have you skip to the second page,
3  which in this --
4     A.  Uh-huh.
5     Q.  -- produced text says Page 49.  Do you see at
6  the top there's a date November 30th, 2020?
7     A.  Uh-huh.
8     Q.  Mr. Baio texted you, "Any more information?"
9  Do you see that?
10     A.  Uh-huh.
11     Q.  And you wrote, "Yes.  I can update you
12  tomorrow.  All great.  Have faith."
13     A.  Uh-huh.
14     Q.  Do you see that, Mr. Lindell?
15     A.  Yeah.
16     Q.  And then you provided him some information in a
17  big text here that says, "Here are some of the
18  highlights from the McInerney statement that were
19  especially important."  Do you see that?
20     A.  Uh-huh.
21     Q.  Where did you get this information from?
22     A.  It was probably off the Internet.  I've
23  never -- I have never -- I didn't know what Hammer and
24  various cyber weapons -- I had no idea what they were,
25  Hammer and Scorecard.  I didn't know Dennis Montgomery

Page 435

1  from the man on the moon.
2        All this stuff here, Chris Krebs, Chris
3  Miller, I don't know where this came from.  It's
4  probably a screenshot on -- on the website.  I have no
5  idea.  I didn't know who McInerney was either until I
6  met him at -- February 5th.
7     Q.  Now, below this you say, "Some confidential
8  stuff to check out, Scott, thumbs up."
9        Do you see that?
10     A.  Uh-huh.
11     Q.  And do you know why you would have identified
12  this as some confidential stuff?
13     A.  I have no idea.
14     Q.  Now, this information that you gave him has a
15  number of bullet points listed here.  Do you see that,
16  sir?
17     A.  Yeah.
18     Q.  It says, "Hammer and various cyber weapons were
19  previously used by USA against other countries.  Now the
20  weapons are being deployed against us.  Obama is behind
21  everything."
22     A.  Uh-huh.
23     Q.  Do you see that bullet point?
24     A.  Uh-huh.
25     Q.  And looking at that bullet point, sir, do you

Page 436

1  think that makes sense?
2     A.  Knowing now what I know about Hammer and
3  Scorecard, it could be true.
4     Q.  Okay.  And do you think Obama is behind
5  everything, sir?
6     A.  I -- I didn't write this.
7     Q.  Okay.  You did send it to Scott Baio, though,
8  right?
9     A.  What's that?
10     Q.  You did send it to Mr. Baio on --
11     A.  Yeah.  I don't know where it came from.  This
12  is just bullet points from -- it looks like it came from
13  Mc -- General McInerney.
14     Q.  Well, and you said the McInerney statement.  Do
15  you know where that statement would have come from?
16     A.  I have no idea what it is.
17     Q.  And this is -- General McInerney is one of the
18  generals --
19     A.  This was sent to me.  I didn't write that.  I
20  didn't put -- I didn't type in, "Here are some of the
21  highlights."  I couldn't even make -- I couldn't even
22  type that something with all those little bullet points.
23  This was something that was sent to me that I forwarded
24  to Scott.
25     Q.  Now, General Mc -- McInerney is one of the



Page 437

1  generals that you testified earlier was the -- the --
2      A.  Right.
3      Q.  -- sort of a validator of --
4          (Crosstalk.)
5      A.  First time I ever met him --
6      Q.  (BY MS. WRIGLEY)  Correct?
7      A.  -- I thought that I ever heard his name was in
8  "Absolute Proof."
9      Q.  Okay.
10     A.  This here from McInerney, I had no idea he was
11 a general.  This -- this thing was sent to me by
12 somebody.  I have no idea who.
13     Q.  But you consider him to be a reliable source,
14 correct?
15     A.  When I had heard he was a general on "Absolute
16 Proof."
17     Q.  Okay.  And as you sit here today --
18     A.  Back here, I didn't know any of these things
19 here.
20     Q.  Now, if you look at the second bullet point, it
21 says, "Creator of Hammer and Scorecard is Dennis
22 Montgomery, former CIA analyst."
23     A.  Uh-huh.
24     Q.  Do you see that?
25     A.  Uh-huh.

Page 438

1      Q.  It also says, "FOX flipped against America.
2  Deep state coup coordinators recruited the entire U.S.
3  media and Big Tech to defeat the Republic and overthrow
4  the U.S. Constitution."  Do you see that?
5      A.  Uh-huh.
6      Q.  Does that make sense, sir?
7      A.  What's that?
8      Q.  Does that make sense that FOX --
9          (Crosstalk.)
10     A.  I didn't write this.  I didn't write this.  I
11 forwarded it to Scott.
12     Q.  (BY MS. WRIGLEY)  Okay.  At the time, did you
13 think that this made sense?
14     A.  I don't know.  I don't -- I -- do I think it
15 made sense?  I didn't understand half of it.  I didn't
16 know what Hammer and Scorecard was.  I didn't know
17 Dennis Montgomery.  His name is spelled wrong, by the
18 way on --
19     Q.  The next bullet point --
20     A.  Did I think FOX flipped against the country?
21 Absolutely, because of a -- they did a couple of things
22 that didn't make sense back then.
23     Q.  The next bullet point says, "The December 14th
24 deadline doesn't matter.  President Trump should not
25 leave office until all the facts surrounding the

Page 439

1  election theft are analyzed, including vote count
2  distributions caused by fraudulent electronic
3  manipulation of targeted voting machines."  Do you see
4  that?
5      A.  Uh-huh.
6      Q.  That's information that --
7      A.  What's that?
8      Q.  -- you had seen in November of 2020?
9      A.  Yeah.
10     Q.  Now, the next bullet point says, "The fact that
11 all five battleground states stopped counting at the
12 same time 'demonstrates prior coordination by election
13 officials in five battleground states.'  Then they used
14 Hammer and Scorecard, plus Dominion, to move Joe Biden
15 into the lead.  It is a mathematical impossibility the
16 way the votes came in.  An algorithm was used."  Do you
17 see that bullet point?
18     A.  Uh-huh.
19     Q.  Does that make sense, sir?
20     A.  What's that?
21     Q.  At the time you sent this to Scott Baio, did
22 you think that that bullet point made sense?
23     A.  I don't remember sending this to Scott Baio,
24 and I don't remember even reading this.  Obviously, I
25 sent -- resent it to him.

Page 440

1          I didn't write this.  Do I agree with all
2  of it?  Like the -- it was just battleground states, no.
3  I knew something happened in every state.  Every single
4  state in every single county, not just five battleground
5  states.
6          It looks like it's from Sidney.  "The 305
7  Battalion military intelligence is 'Kraken.'  They
8  always said she used that word Kraken.  If I had to
9  guess, this was something that she put out.  That's what
10 I'm guessing.
11     Q.  And that -- that bullet point says, "The 30th
12 [sic] Battalion military intelligence is 'Kraken,'"
13 right?
14     A.  I have no idea what that means, and I have no
15 idea what Kraken is.  I absolutely do not.  I have no
16 knowledge of that, but Sidney used that term, remember.
17         If you had to tell me, I'd say go find the
18 person that wrote this, I wouldn't even know where to
19 begin.  I would have you start with her just by that
20 word Kraken.
21     Q.  Now, if you look down a couple of bullet
22 points, do you see where it says, "Once caught, mid
23 level treasonous actors will point fingers at Biden and
24 Obama, saying they were ordered to carry out the
25 treasonous acts"?



MICHAEL J. LINDELL                                      June 11, 2024
SMARTMATIC USA vs LINDELL                               441–444

Page 441

1           Do you see that?
2    A.  Yeah.  I don't know what that means.
3           (Witness mumbling to himself.)
4           THE COURT REPORTER:  I'm sorry.
5    A.  I don't know what that one is.
6    Q.  (BY MS. WRIGLEY)  Okay.  Now, this is
7  information that you sent to Mr. Baio in a text and --
8  and you identified as highlights from the McInerney
9  statement.  Do you see that?
10   A.  No, I didn't put that there.  Someone else
11 wrote that.  Someone text that to me.  I did not type
12 here are some highlights from McInerney.  Because I
13 would have said to Scott, McInerney is General
14 McInerney, I guess.  I didn't explain to Scott anything.
15 I just forwarded this piece of paper.
16   Q.  When you got information about election fraud,
17 whether it be in 2020 or 2021, Mr. Lindell, did you
18 critically look at that information to see if it
19 actually made sense?
20   A.  Absolutely.
21   Q.  And --
22   A.  A hundred percent I did.
23   Q.  And did you ever consider, in looking at
24 information that you got about election fraud from --
25 for the 2020 election, like whether or not it had a --

Page 442

1  let me just say a tinge of conspiracy theory to it?
2    A.  No.  Because I seen them with my own eyes.  If
3  I heard it from someone else and didn't see it with my
4  own -- it all -- if I can, I'll explain this real slow
5  for you.
6    Q.  I don't know if you mean that sarcastically.
7    A.  I've got Dennis Montgomery's evidence.  Okay?
8  I've got Dennis Montgomery's evidence.  Then the next
9  thing was Dr. Frank's evidence that validated.  Then the
10 next thing I got was hundreds of thousands of canvassers
11 that went out like -- check like Florida.  They
12 canvassed 80 something thousand homes to see if
13 people -- if they voted, what -- and -- and to -- you
14 know what canvassing is, obviously.
15   Q.  Yes.
16   A.  Did that.  That validated every -- that
17 validated Dennis' information and Dr. Frank's.  Then
18 here comes along the cast vote records.  All four of
19 them, I say the same thing.  When you have something,
20 it's -- here, this is what it is.  They can't show
21 different numbers because they all have to be exactly
22 the same.
23       So one thing validated the next.  All
24 that's happened to me in the last three years, it
25 validated that we've got to get rid of these voting

Page 443

1  machines.  It's exactly -- exactly what happened, and we
2  don't have a choice.
3    Q.  I'm going to hand you another document, sir.
4  This is going to be 639.
5           (Exhibit 639 marked.)
6    A.  And to answer your question, nobody could ever
7  tell me different.  No one.  You can sort of show me
8  evidence the other way.  Show me the cast vote records,
9  that your machines were not computer manipulated.  No,
10 you won't.  You won't open them.
11   Q.  (BY MS. WRIGLEY)  Looking at this Exhibit 639,
12 do you see that it's -- is an E-mail from Mary Fanning
13 to yourself, subject, forward key points on
14 January 10th, 2021, sir?
15   A.  Okay.
16   Q.  And then do you see that she attaches a key
17 points document to her E-mail, sir?
18   A.  Uh-huh.
19   Q.  And just for the record, the attachment is --
20   A.  Uh-huh.
21   Q.  -- DEF 030860, and it is three pages.
22       Did you review this key points document
23 Mary Fanning sent you on January 10th, 2021?
24   A.  I don't know.  Probably.
25   Q.  Okay.

Page 444

1    A.  I'm sure I did because I wanted to know about
2  Dennis Montgomery.
3    Q.  And she sent you a -- a list of bullet
4  points --
5    A.  Uh-huh.
6    Q.  -- in this key points document, correct?
7    A.  Correct.
8    Q.  And the majority of these bullet points relate
9  to either Dennis Montgomery or Hammer and Scorecard,
10 correct?
11   A.  That is correct.
12   Q.  And the first one talks about Dennis Montgomery
13 holding a TS/SCI security clearance, correct?
14   A.  That's correct.
15   Q.  Now, when you looked at these bullet points,
16 did you evaluate them to see if they made sense, sir?
17   A.  Absolutely.  Right down the line.  Even when
18 you get down to Bill Binney, remember I mentioned him
19 earlier, and Kirk Wiebe, validated.  Up and down here.
20 Louie Gohmert, I validated all that stuff.
21       The -- John -- John Brennan and John -- or
22 James Clapper, all the stuff that's in here, I either
23 tried the best I could to validate it, besides at the
24 same time validating his data, that it was real, that
25 his data came from the 2020 election.  That's what I had



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
445–448

Page 445

1  Conan Haynes doing and Todd Sanders.
2     Q.  I'm done with that, Mr. Lindell.
3          A couple more questions.  After you put out
4  your documentaries, how did -- how were the sales for
5  MyPillow?
6     A.  Terrible.  They were going down.  We lost
7  every -- by then, we lost every -- we lost Costco right
8  after that, which cost us -- Costco came after that, and
9  I already -- I -- I already knew the more I talked about
10 the election, the more -- the more I was going to get
11 cancelled, and sure enough, Costco cancelled right after
12 that movie, and that hurt us the most because Costco --
13 Costco, that was a separate business and millions of
14 dollars, and it involved 90 something people that never
15 went home, and they directly cancelled because of that
16 movie.
17         (Exhibit 641 marked.)
18    Q.  (BY MS. WRIGLEY)  Sir, I'm going to ask you to
19 take a look at this exhibit which I've marked as --
20         MS. WRIGLEY:  What did I mark it as?
21         MS. LOFTUS:  642.
22    Q.  (BY MS. WRIGLEY)  642, is that what the number
23 says, sir?
24         MS. LOFTUS:  Is that right?
25         MR. KACHOUROFF:  The last one I have is

Page 446

1  639.
2     Q.  (BY MS. WRIGLEY)  Mr. Lindell, what is the
3  number at the bottom right-hand corner from the sticker?
4     A.  00 -- 641.
5     Q.  641, yes.
6         MS. WRIGLEY:  Did you give Chris a copy?
7         MR. KACHOUROFF:  Did we miss 640?
8         MS. WRIGLEY:  I don't know.
9         MR. KACHOUROFF:  It's okay.  I mean, I just
10 want to --
11         MS. WRIGLEY:  I don't know.  We'll
12 straighten it up afterwards.
13    Q.  (BY MS. WRIGLEY)  I'm looking at 641.  Do you
14 see that this is a text chain between yourself and
15 Darryl -- Darren Lindell?
16    A.  Uh-huh.
17    Q.  Okay.  And do you see that the text chain
18 starts on January 20th, 2021?
19    A.  Uh-huh.
20    Q.  Now, this was produced as DEF 082635.  It's an
21 excerpt of Pages --
22    A.  Uh-huh.
23    Q.  -- 1, 2, 3, 4 and 35, 36, 37 and then also 47.
24 I just want to ask you a couple of questions about this
25 text chain.

Page 447

1     A.  Okay.
2     Q.  If you go to the second page --
3     A.  Yeah.
4     Q.  -- do you see -- and this is from the January
5  20th, 2021 text.  At the top, Darren Lindell says, "Yo.
6  I know you're super busy, but Jess and I are starting
7  the wedding planning process and have some deposits we
8  need to put down.  Is it possible to get some of our
9  wedding budget.  Thanks.  Almost 10K orders already
10 today."  Do you see that?
11    A.  Uh-huh.
12    Q.  You responded to him.  Do you see that?
13    A.  Where -- where are --
14    Q.  You say, "No.  I am a little short of cash,"
15 with an Emoji.  Do you see that?
16    A.  Yeah.
17    Q.  And then Darren Lindell says, "LOLOL, yeah,
18 been a slow few days, Emoji, 38,000 orders yesterday
19 shattered every record."
20    A.  Right.
21    Q.  And this is on January 20th, '21?
22    A.  That's correct.
23    Q.  And that was post --
24    A.  That was after the picture at the White House.
25    Q.  Yes.  And just for the record, who is Darren

Page 448

1  Lindell, sir?
2     A.  He's my son.
3     Q.  And did he work for MyPillow at this time?
4     A.  He's COO.
5     Q.  Now, you responded, "46 million.  Who said
6  being crazy in the news isn't good"?
7     A.  Right.
8     Q.  Do you see that?
9     A.  Uh-huh.
10    Q.  And were you experiencing a high amount of
11 orders at that time?
12    A.  For the direct.  We have six facets to our
13 company.  That was offsetting all of our -- at that
14 time, it didn't last long, but it offset.  We had
15 already lost by that time -- and my son was not happy --
16 a hundred million dollars worth of box stores by the
17 time we had that day at the White House.
18         This was like him joking with me, okay, I
19 guess we're making it up here.  You know, you'd have to
20 ask him, but he -- he wasn't happy with anything I was
21 doing.
22    Q.  Okay.  If I could have you turn to the page
23 which has the number at the decimal point 37 on this
24 excerpt.  Are you there, sir?
25    A.  Which one?



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
449–452

Page 449

1    Q.  It's 37 at the bottom.
2    A.  Uh-huh.
3    Q.  Are you there?
4    A.  Yep.
5    Q.  Do you see at the second date in the middle is
6  June 21st, 2021?  Do you see that?
7    A.  Yeah.
8    Q.  And Mr. -- you write, "Sounds good.  Are you
9  out there?"
10    A.  What how?
11    Q.  On the right, you write --
12    A.  Which one am I looking at?  37?
13    Q.  37.  June 21st, 2021.
14    A.  And where -- where am I looking at here?
15    Q.  On the right, you say, "Sounds good.  Are you
16  out there?"
17    A.  "Sounds good," yes.
18    Q.  Okay.  And that's on June 21st, 2021, correct?
19    A.  That's correct.
20    Q.  And you had done a number of the documentaries
21  by then, right?  You had done a number of the
22  documentaries by then, correct?
23    A.  Yeah.  They were -- they were done two months
24  prior to that.  I did a -- I did an event in Wisconsin,
25  that's what I'm talking about here.  I did an event in

Page 450

1  Wisconsin.  It was called -- it was 18,000 people showed
2  up.  It was for our FrankSpeech for my new platform.
3    Q.  And then, Mr. Lindell, your son, Darren, said,
4  "Call me when you can.  We're going to have way too much
5  foam soon.  Need to make adjustments."  Do you see that?
6    A.  Yeah.  You're right.  Because we're slowing
7  down, he means we're going to have -- way too much foam
8  means we're over buying.  Our sales are starting to
9  fatigue.  You are correct, we have to make adjustments.
10  You can't keep buying that much foam.
11    Q.  He says, "Also we should talk Supima and Corded
12  offers when you have the chance."  Do you see that?
13    A.  That's correct.
14    Q.  And then you responded to him on June 27th,
15  2021 stating, "We did 2 million today.  Biggest day
16  since February 28th.  The real president gave me a shout
17  out."  Do you see that?
18    A.  Yep.
19    Q.  Now, I want to have you go down to the next
20  page, Page 47.
21    A.  What's that?
22    Q.  The next page, I think it's 47 in your
23  document.
24    A.  Yeah.
25    Q.  And do you see in the middle there's a date

Page 451

1  November 24th, 2021?
2    A.  Yeah.
3    Q.  And a little bit down on the right -- actually,
4  it's the next date on the 27th of November, do you see
5  where you wrote in the text, "5.5 million a day"?
6    A.  Uh-huh.
7    Q.  And would that have been --
8        MR. KACHOUROFF:  Objection.  That's not
9  what it says.
10    Q.  (BY MS. WRIGLEY)  Well, let me just ask you --
11        MR. KACHOUROFF:  The document speak for
12  it -- yeah.
13    Q.  (BY MS. WRIGLEY)  If you look at November 27th,
14  2021, what did you text on that day, sir?
15    A.  It says, "Okay."
16        "Put him in line."
17        THE COURT REPORTER:  I'm sorry.
18        THE WITNESS:  I'm just trying to read it.
19  I'm not making a statement.
20    A.  "5.5 million dollar day."  I don't know what
21  that -- what that was.
22        "Sent an attachment."  I don't know what
23  the attachment is.
24        "What are you doing this morning?"
25    Q.  (BY MS. WRIGLEY)  Would that have been

Page 452

1  $5.5 million of MyPillow product sales that day?
2    A.  No.  That probably -- that probably had to be
3  for the whole week.
4    Q.  And so --
5    A.  It could have been that day, but I don't know
6  what day -- that would have been a special day.
7    Q.  You said "day," right?
8    A.  I -- I know I said "day."  11-27, that's our --
9  usually -- well, that's usually -- you know what, that
10  is our biggest day.  That was -- I know what it was.
11  That was Black Friday.  That's why.  Black Friday is
12  always our biggest day of the year, or Cyber Monday.
13    Q.  Okay.  And let me just ask you this:  You
14  continued to sell MyPillow products in 2021, correct?
15    A.  Uh-huh.
16    Q.  And in 2022, did you continue tell MyPillow
17  products?
18    A.  Uh-huh.
19    Q.  And did MyPillow turn a profit in 2021, made
20  money?
21    A.  It would -- 2020 was our biggest profit because
22  of the Coronavirus.  '21, it went down.  '22, we lost
23  money.  And then '23, we lost millions.
24    Q.  Okay.  So did you make any money -- well, let
25  me ask you this:  Did MyPillow turn a profit in 2023?



Page 453

1    A.  No.
2    Q.  Okay.  And in 2022, did MyPillow --
3    A.  No.
4    Q.  -- turn a profit?
5    A.  No.
6    Q.  In 2021, did MyPillow turn a profit?
7    A.  Now, it could have been because we were at a
8  plateau, and because of being a Republican and losing
9  all the box stores, our business (Oral noise).
10    Q.  Okay.  Now, do you currently advertise MyPillow
11  products in 2024?
12    A.  Yeah.
13    Q.  And where do you advertise MyPillow products?
14    A.  The same place we always did, podcasts and the
15  places we lost, we lost all of our -- Costco, which was
16  all the show people.  We lost the shopping channels.  We
17  lost the box stores.  All we have left is our print, TV
18  and podcasts, which has been our -- kind of our mainstay
19  since 2010.
20    Q.  Okay.  And, sir, do you, on an annual basis,
21  get dividends or money as an owner of MyPillow?
22    A.  No.  Everybody gets -- if you have -- if you
23  have a stock dividend, it's -- if you -- once -- we're
24  an S corp -- or an LLC.  So it's in our bylaws, you have
25  to pay out to the people because it's a pass through

Page 454

1  income, so you have to pay out the highest
2  stockholders -- enough to cover his taxes.
3            So normally, we always got -- every --
4  everybody in the company got stock -- stock div -- not
5  dividends.  I guess disbursements.  You would have to
6  disburse so they could -- they have to pay taxes on that
7  if the company made money.
8            Now, that stopped because of my election
9  stuff.  Every -- we've lost money every year since.  No
10  one has got a stock dividend since 2021, I believe,
11  early '21.
12    Q.  Did you get a dividend for the year 2000, you
13  personally from MyPillow?
14    A.  For what?
15    Q.  Did you personally get a dividend from MyPillow
16  in the year 2000?
17    A.  2000?
18    Q.  Or from the sales themselves?
19    A.  2020 you mean?
20    Q.  Yeah, 2020.  Thank you.
21    A.  Yeah.  No, everybody did in the company.  I
22  get -- I don't get to take one.  Everybody gets one.
23  Everybody gets -- it's all equal.  I don't get -- I
24  don't get a bonus.
25    Q.  Okay.  Let me ask you this:  You get a salary

Page 455

1  from MyPillow every year, correct?
2    A.  Uh-huh.
3    Q.  And some years, you would get an amount of
4  money based on the profits of MyPillow as a -- as an
5  owner or a shareholder of that company, correct?
6    A.  It's -- yes.  Because if you don't, if you just
7  keep the money in your bank, you still have to pay tax
8  on that money.
9    Q.  Okay.  And did you receive over $20 million in
10  the year 2020 from your shares or any dividend from
11  MyPillow?
12    A.  I don't know how much I made in 2020.
13    Q.  Okay.  Would you report that on your tax
14  returns?
15    A.  Of course.  It has to be.  It's a pass through.
16  You can't -- it's not a passive income.  It -- it is
17  real income.  You have to report it.
18    Q.  Okay.  And --
19    A.  Even if you don't get the cash, you have to
20  report it.
21    Q.  And you personally file tax returns every year
22  with the IRS, correct, sir?
23    A.  Yeah.
24    Q.  Okay.
25    A.  I'm under the biggest audit in history right

Page 456

1  now, and that's why they put that $6 million thing
2  against my one piece of property I've got.
3    Q.  Now, let me ask you -- let me ask you this:  In
4  this case and some of the other cases where you're a
5  defendant, you had previous representation that withdrew
6  from those cases, correct?
7    A.  That did what?
8    Q.  That withdrew from those cases?
9        MR. KACHOUROFF:  She's talking about --
10  she's talking about --
11    A.  Oh, the lawyers?
12    Q.  (BY MS. WRIGLEY)  Yes.
13    A.  Yeah.  The first lawyers, towards the spring
14  of -- the fall of '21, I believe, and they -- we had two
15  things.  One -- MyPillow had one and they -- and I had
16  one.
17            These guys were blatantly overcharging.
18  They were watching my shows and watching my shows.  It
19  was crazy.  I don't even know where these firms came
20  from.  We got rid of them and consolidated to one firm,
21  and that was the Andrew Parker firm.
22            And they started -- they got up charging
23  about a million to $2 million a month, and last August,
24  I said you guys, I can't afford to keep going with you.
25  I'm out of money.  I've spent every dime I have.  I've



Page 457

1 sold my properties.  I have nothing left.
2         And they said, you know, well, we can't
3 work for free.
4         And I said, well, I'm going to have to move
5 on.  That's when I hired Chris.  And those guys said
6 we're owed one month --
7    Q.  Okay.
8    A.  -- which was $2 million.
9    Q.  And, Mr. Lindell, do you have any plans to
10 personally file for bankruptcy?
11    A.  No.  I'm trying to avoid that.
12    Q.  Okay.  And do you have assets, sir?
13    A.  What?
14    Q.  You have assets?
15    A.  No, I have no assets.
16    Q.  You don't?
17    A.  There's nothing left.  They have a $6.6
18 million -- on my house that's worth 2 million, they have
19 a lien on that for 5.7 million.  That's their auditor I
20 told you about.  That's their lien.  They're arguing
21 about a deduction.  They said, well, you can use the
22 deduction in '23.  I have a loss of millions of dollars
23 in '23.
24    Q.  Okay.  Let me --
25    A.  So there's no -- there's no assets left.

Page 458

1    Q.  You have no assets personally, Mike Lindell,
2 you have no assets?
3    A.  Huh-uh.  Huh-uh.
4    Q.  Okay.
5    A.  Nothing.
6    Q.  And do you currently make a salary from
7 MyPillow?
8    A.  Uh-huh, and that's being garnished.
9    Q.  Okay.
10    A.  It's being garnished.  I get I think 50 percent
11 of that because it's being garnished by the government
12 there, too.
13    Q.  Okay.  Do you own any other companies besides
14 MyPillow, sir?
15    A.  I have stock in FrankSpeech.
16    Q.  Okay.  Any other companies?
17    A.  What?
18    Q.  Any other companies that you have ownership
19 interest in?
20    A.  Just FrankSpeech, MyStore and MyPillow.
21    Q.  Okay.  So you have an ownership interest in
22 three companies, MyPillow, FrankSpeech and MyStore?
23    A.  Uh-huh.
24    Q.  Okay.  And that -- those are the only companies
25 that you --

Page 459

1    A.  That's correct.
2    Q.  -- have an ownership on?
3         And, you know, no personal property such as
4 houses?
5    A.  I have a property that's got -- like I said,
6 the IRS has a lien on it.  They sold the building, I
7 guess.  No, that one is gone.  I sold it and I
8 liquidated that and had to use that cash to pay
9 attorneys or something.  There's a house my sister lives
10 in, but she's -- I just hold the mortgage on it.
11    Q.  Any other properties that you own?
12    A.  No.
13    Q.  Okay.  Do you own any warehouse buildings?
14    A.  No.  Sold it.
15    Q.  Okay.  Does MyPillow have any cash on hand?
16    A.  No.  They're in the -- they're in the whole
17 every day.
18    Q.  Okay.  Do you have any plans to file -- for
19 MyPillow to file for bankruptcy, sir?
20    A.  No.  I -- no.  We are -- we are going to get
21 through this, and my employees are -- I've kept them
22 employed.  I've borrowed money.  I've borrowed millions
23 of dollars myself to keep them employed and to keep
24 going.
25    Q.  And --

Page 460

1    A.  From -- and when I say "borrowed," borrowed
2 from your merchant server at a very high interest rate,
3 35 percent interest.
4    Q.  Are you -- how many employees does MyPillow
5 have right now?
6    A.  I have no idea.
7    Q.  Okay.
8    A.  Hundreds.
9    Q.  Are you paying those employees' salaries?
10    A.  Salaries?
11    Q.  Yes.
12    A.  You mean like wages?
13    Q.  Yes.
14    A.  Yeah.
15    Q.  Okay.
16    A.  They don't work for free.
17    Q.  You've purchased product in order to make the
18 items that you sell to the public, correct?
19    A.  Uh-huh.
20    Q.  And do you have inventory at MyPillow?
21    A.  Yeah.
22    Q.  Okay.  And how much inventory do you have on
23 hand?
24    A.  I -- I don't know.  We probably owe more than
25 what we have in inventory.  What happened was last



MICHAEL J. LINDELL                                          June 11, 2024
SMARTMATIC USA vs LINDELL                                   461–464

Page 461

1 August when I announced the plan to secure our
2 elections, they did a $22 million credit squish on
3 MyPillow. So it was like a run on a bank.
4          Everybody that we used to have 90-day
5 credit, now it's 20 days. If you don't do it, we're
6 not -- we're not bringing you product. So we became our
7 own bank. Nobody will borrow me money because of all
8 your lawsuits. Any other time, I could borrow millions
9 of dollars. No one will touch me to borrow.
10    Q. Now, when you say "lawsuits," Smartmatic just
11 has this one lawsuit against you, correct?
12    A. Yeah. Yeah. Well, Dominion and -- well, it's
13 two. When -- when they sued MyPillow, I mean, the
14 people -- you can't -- MyPillow can't go borrow money to
15 help itself because they're going, oh, you did -- you
16 know, you're -- you're borrowing money -- banks aren't
17 going to borrow that money. In fact, we got de-banked,
18 de-merchant server. American Express, I've never been
19 late a day in our lives. It's decimated.
20          They've attacked MyPillow, which did
21 absolutely nothing. These -- these poor employees. So
22 I'm do everything I can to keep their jobs.
23          And so I have no plans on declaring
24 bankruptcy. I'll just -- I'll keep doing whatever I can
25 and working day by day to get by, and we -- we -- we've

Page 462

1 borrowed money to pay Paul between the vendors. A lot
2 of the vendors have said, you know -- they've said,
3 okay, if you can pay us here, and then you borrow money
4 here. So it's just been day by day.
5    Q. And are you still paying individuals like
6 General Flynn or Dennis Montgomery or these private
7 investigators --
8    A. No. No. This is -- if you watch my --
9    Q. -- to pursue your election fraud, sir?
10    A. If you watch my show -- and General Flynn was
11 three years ago. I don't pay General Flynn. They --
12 this -- over here -- you have the lawsuits over here.
13 Then you have this over here, which I put probably
14 $30 million into. This is where I spent all my money.
15          Anybody that needed help to secure our
16 elections, anything to -- lawsuits out there to change
17 laws to get things back the way they were, that's where
18 I spent all the money. That's where I ran out of money.
19 I couldn't pay Dennis Montgomery any more. I couldn't
20 pay all these cyber guys any more.
21          But I've got enough stuff. I've got enough
22 evidence if I ever need the evidence. I had a plan to
23 secure our elections, to get rid of -- and that's what
24 we're doing now. Just today we got Robin Vos recalled.
25 We have three more counties in South Dakota that are

Page 463

1 going machine-free, but they're all working -- they're
2 all working for nothing. They're -- they're all
3 volunteers. Cause America, they're vol -- some of
4 them -- some of them are still under -- on payroll,
5 but -- but not too many.
6    Q. Mr. Lindell, you're the best spokesperson for
7 your company, MyPillow, correct?
8    A. Uh-huh.
9    Q. And how much time do you spend in terms of
10 promoting and trying to sell the business of MyPillow
11 versus the time and energy that you're putting in on
12 these election fraud claims, sir?
13    A. From January 9th of '21 -- or let's see --
14 November of '21 until last August, it was 18 hours a day
15 trying to get rid of the machines and go to paper
16 ballots.
17          Now, since August until now, since the
18 attack on MyPillow since I announced the plan, it's
19 18 hours a day on MyPillow. 18 hours a day. Every day
20 I wake up, I have to worry that my employees will have a
21 job.
22    Q. But prior to that, you chose to spend the time
23 on the election fraud as opposed to your business,
24 correct, sir?
25    A. Yes. Absolutely.

Page 464

1    Q. And that was a choice that you end up making,
2 right?
3    A. A hundred percent. And I -- and I burned
4 through money because I didn't care -- I don't have a
5 company -- if we don't save our country, we don't
6 have -- I don't have a company anyway.
7    Q. You chose to sue Smartmatic first, correct?
8    A. What's that?
9    Q. You chose to sue Smartmatic first, right, sir?
10    A. Yeah, my lawyers did. Talk to them. It was
11 their decision.
12    Q. But you had to give the sign-off, right?
13    A. What?
14    Q. You had to give the sign-off?
15    A. Yeah. Yeah. Smartmatic sued Fox News on
16 Jan -- February 4th, 2021. It changed -- it changed
17 everything. Those -- you know, yes.
18    Q. And do you still advertise on Fox News, sir?
19    A. Uh-huh.
20    Q. And you pay Fox News probably 20 plus million
21 dollars to advertise every year, correct?
22    A. It's a burden. Now we're paying them --
23 it's -- it's down. The commercials that are working,
24 $400,000 a week.
25    Q. And that's what you pay Fox News to advertise



Page 465

1 MyPillow products, correct?
2    A. Right.
3    Q. And so you can still advertise MyPillow on Fox
4 News, correct?
5    A. Yeah. What does that have to do with anything?
6    Q. And you can still advertise on other media
7 stations, correct?
8    A. You can still advertise there, yes, but I can't
9 go on there to talk about anything or to promote my
10 company. I can advertise there, but you realize if the
11 ad doesn't break even, we get to a point where right now
12 this ad is fatiguing, when that -- when that dries up,
13 if you don't have another product right behind that --
14 that's where I'm at today. That ad is fatiguing. If I
15 don't come up with something, we're done. We don't have
16 a -- you know, you have to keep coming up with something
17 because we lost all our other outlets.
18      We had box stores. We have the biggest
19 brand this country has ever seen. All the box stores,
20 they're gone. They're not coming back.
21      Do you know just an advertiser -- let me
22 tell you how far this goes. An advertiser on
23 FrankSpeech, we went to get this company. This just
24 happened this week. They were going to come -- probably
25 come and advertise lots of stuff --

Page 466

1      THE COURT REPORTER: I'm sorry. Can you
2 please slow down?
3    A. -- not just having MyPillow. And here they --
4 Chuck Norris, I'll just say it, he turns this thing
5 down, advertising, because it was Mike Lindell, you
6 know. No, I don't want to do it. It's Mike Lindell,
7 you know.
8      So they -- it's, you know -- they --
9 they're not doing it because they're worried if they put
10 anything in, is he going to be here tomorrow because
11 he's -- he's out of money, he's been sued, he's going
12 down. So nobody wants to borrow or have anything to do
13 with that, so, you -- you know, we live -- we live on
14 prayer.
15    Q. (BY MS. WRIGLEY) And, Mr. -- Mr. Lindell, many
16 of those big box stores decided not to sell MyPillow
17 products before Smartmatic sued anybody, correct?
18    A. Those box stores -- those box stores all
19 decided about the same -- the biggest one was right
20 after you guys, and that was Costco. Yeah.
21    Q. And are you aware of any statements that
22 Smartmatic has ever made publicly telling anybody not to
23 buy MyPillow products?
24    A. That's not what you're -- that's not what I'm
25 upset with you guys about.

Page 467

1    Q. You're --
2    A. What does that have to do with anything?
3    Q. You're upset that Smartmatic filed a lawsuit --
4    A. When Smart -- when Smartmatic --
5      THE COURT REPORTER: I'm sorry. I can only
6 take one at a time.
7    Q. (BY MS. WRIGLEY) Are you upset because
8 Smartmatic filed lawsuits against news organizations to
9 protect its reputation, sir?
10    A. No.
11    Q. That's what you're mad about?
12    A. I just didn't like -- I don't like the
13 manifestation of lawfare, of what it's done to this
14 country, you know.
15      And we -- and instead of you guys opening
16 up machines and saying we have nothing to hide -- you're
17 not a privately held company. You work for the
18 government. You work for us. You did not open them up.
19 I'm very upset with all the machine companies. Open it
20 up and say we have nothing to hide. There's nothing
21 proprietary in there. It's a computer. Open it up and
22 show us.
23      If you have a bank error -- a bank
24 statement that's in error, if I have computer problems
25 at MyPillow, you bring an IT guy in, you look and see

Page 468

1 what the problem is.
2      You know, all those -- 242 machines went
3 down in 2022 in Arizona at the same time. Do you know
4 the impossibility of that? It's impossible, if they're
5 not connected on the Internet, for every one of them to
6 have the exact same glitch at the same moment in time.
7 Wrong. It's impossible.
8      I have computers, hundreds of computers at
9 MyPillow. These are things that are impossible unless
10 someone is controlling it.
11      I will tell you this, in -- in that -- I
12 told you about that gal in Georgia that --
13      THE COURT REPORTER: Can you please slow
14 down?
15    A. -- the gal in Georgia that got zero votes in
16 her own precinct, Brad Raffensperger called that -- it
17 was -- it was a programming error.
18      Three counties over, another Democrat, nice
19 gal, she got 4600 votes, but she wasn't on the ballot.
20 She wasn't on the ballot. She went -- she had said she
21 was running two months prior. All -- all the votes from
22 her were taken from this other candidate so this poor
23 candidate would win. They gave them back. And Brad
24 Raffensperger, we went after his office, and he said it
25 was a it was programming error.



Page 469

1    Why are you programming our elections?  And
2  who wrote her name down to take those?  She wasn't a
3  write in.  This is -- it's bizarre, these deviations
4  across our country, but nobody will talk about them.
5         You know, if you guys had nothing to hide,
6  you would open up our machines and say, hey, quit saying
7  this because we are -- we are right.
8         No one's proved me wrong.  Show me why all
9  these people voted and committed crimes.  Millions of
10  people in all 50 states.  If you can show me that, we
11  don't -- and I would back off.  No one could ever show
12  me my evidence is wrong.
13         It came out of your machines.  It came
14  right out of them.  Here's people that voted that don't
15  live in this county, my own county, my own city, my own
16  state and my own country.  Where did these names come
17  from?  Explain how all these people voted that were --
18  that have deceased.  Yeah, I can, because it was done
19  with computers.
20  Q.  (BY MS. WRIGLEY)  And, Mr. Lindell, do you want
21  to put the voting machines out of business?
22  A.  I want to get rid of them as fast -- every
23  single one of them in the world.  You can't use -- you
24  can't use computers in elections.  It's too -- some
25  things you have to do by hand.

Page 470

1         If there -- I've said this before.  If
2  you -- if there's a computer error or -- or a breach of
3  security or a cyber attack on the United States and you
4  go in and you hack credit cards and you hack in like the
5  breach that time, it just comes down -- it's just a
6  money loss, and insurance might cover stuff or you lose
7  money like MyPillow did that time.
8         But when you have it in an election -- if
9  you have an election -- let's just say that there's --
10  that it's just hacked or there's just a programming
11  error, you risk your whole country because there's --
12  nobody gets to look in there and validate you guys.  No
13  one gets to talk to Brazil.  No one got to look inside
14  there and say, hey, what -- you know, what -- what
15  really happened here?  This guy fresh out of prison won
16  this election.
17         Do you know how many countries outlawed the
18  machines.  You know, outlawed.  They're outlawed in
19  Germany, France, UK.  I met with them all to come up
20  with the best hand counting system in the world.
21  Argentina said, hey, we can't have this any more.
22         They've out -- they've outlawed early
23  voting all over the world, but the number one thing is
24  we can't do computers.  We have to just do it by hand,
25  just like MyPillow, most of it is made by hand.  Some

Page 471

1  things you can't do with machines or computers.
2     MS. WRIGLEY:  Move to --
3  A.  And certainly not something -- we've got to
4  bring trust back, and to bring back that trust, we need
5  paper ballots hand counted.
6     MS. WRIGLEY:  Move to strike as
7  nonresponsive.
8  Q.  (BY MS. WRIGLEY)  Mr. Lindell, are you looking
9  to put Smartmatic out of business?
10  A.  Am I looking to put them out of business?
11  Q.  Yes.
12  A.  That's not my goal.  My goal is -- I don't care
13  what you guys do.  I don't even care what your other
14  businesses are.  I'm telling you no machine company
15  should be used.  And just like I agree with the
16  Democrats, Amy Klobuchar and Kamala Harris and everybody
17  on Kill Chain and the Democrats, all the Democrat
18  politicians, they want these machines gone in our
19  elections.  Gone.
20         So whatever you do -- Smartmatic does with
21  their other businesses, which I've read -- I'm been
22  hearing about a lot of --
23     THE COURT REPORTER:  I'm sorry.  Can you
24  please slow down?
25  A.  -- hearing about a lot of corruption coming out

Page 472

1  of Florida and stuff that you guys did, the Philippines
2  and all these other countries, but we'll see what
3  happens there, you know.  I just don't think you should
4  have any kind of election ever done with a computer.
5     MS. WRIGLEY:  I'm going to move to strike
6  as nonresponsive.
7  Q.  (BY MS. WRIGLEY)  And let me ask it again.
8         Do you want to put Smartmatic out of
9  business, sir?
10  A.  Do I want to put Smartmatic out of business?
11     MR. KACHOUROFF:  Objection, asked and
12  answered.
13  A.  I just -- I gave you my answer.
14  Q.  (BY MS. WRIGLEY)  Is the answer yes?
15  A.  I don't -- Smartmatic can do anything but be
16  involved in elections.
17  Q.  Okay.
18  A.  Be involved in anything.  Go -- go make --
19  well, you don't -- use your computers to make blenders.
20  I don't know.  Do whatever you want to do, but don't use
21  them in elections.
22  Q.  And, sir, you don't care about putting
23  employees that work at Smartmatic out of jobs, do you?
24  A.  You know, I feel bad for them that they're
25  working for a company that has these devices that are



Page 473

1 used to corrupt -- corrupt these -- the elections.

2    Q.  And you don't care about smearing Smartmatic's

3 name either, correct?

4    A.  What's that?

5    Q.  You do not care about smearing Smartmatic's

6 name, correct?

7    A.  I'm telling you -- you can say your name or

8 whatever.  You didn't care when Kamala Harris and Amy

9 Klobuchar said in Kill Chain you guys control the

10 elections.

11        What I'm upset with you is why won't you

12 show us?  Instead of suing people, open up your machines

13 and show me why I'm wrong.  Show me why I'm wrong.  I've

14 got it up on my website.  I've got the cast vote records

15 from LA County.  I've got evidence that you guys did

16 what you did, but you don't -- you won't show it.  Put

17 it on the news.  Put it to the jury, you know.

18    Q.  What's your -- what's your evidence from LA

19 County, sir?

20    A.  From your county, we have not only the cast

21 vote records -- I have Dennis Montgomery's, but we have

22 the cast vote records.  The cast votes record match

23 exactly Mesa County.  It's hundred percent computer

24 manipulated in the 2020 election.  100 percent.  Not

25 98 percent.

Page 474

1        Anybody that looks at -- that's why anybody

2 that sees this, anybody that's -- has any knowledge of

3 cyber or computers looks at this and go, wow, it's

4 identical.  One is Dominion, one is Smartmatic.  I don't

5 know.

6    Q.  And you think that that -- the evidence that

7 you're referring to makes sense, sir?

8    A.  Makes what?

9    Q.  Makes sense?

10    A.  Absolutely.  All -- that's the only way you can

11 explain every county and -- and in LA County, tens of --

12 ten -- it's over 10,000 people voted that don't live in

13 the county.  You can't explain that.  Can you explain

14 that?  Explain that to me.  Do you think people went,

15 hey, let's go vote in LA County and we don't live there.

16 They voted in other places or their names were just

17 pulled from the voter rolls.

18    Q.  You're -- you're identifying or picking on LA

19 County because --

20    A.  No, I'm not.  I'm just giving --

21        THE COURT REPORTER:  I can only take one at

22 a time.

23        THE WITNESS:  Yeah.

24    Q.  (BY MS. WRIGLEY)  You're identifying and

25 picking on LA County because you're trying to attack and

Page 475

1 target Smartmatic, correct?

2    A.  No.  Only because that's your only county, so

3 I've got to tell you that you're as guilty as the other

4 machines.  Every county -- every county in the country,

5 3,143, it happened in every county.

6        This is -- when we go to these officials in

7 the county, if I came to your county official and say,

8 hey, do you really want to keep the machines?  Look at

9 all the people that voted in this county that don't live

10 here.

11        You know what we did to validate that?  We

12 canvassed.  We went door to door and found these names.

13 And like nine people that voted in LA County -- I'll

14 give an example.  Down on -- whatever, pick a street.

15 In LA County, nine people live at this house.  You get

16 there, and one person lives there, and eight of them

17 don't live there.  And you -- and you could dig deeper.

18 Three of them are deceased and five of them live in

19 another part of California.

20    Q.  Okay, sir.  Thank you.  Thank you for your time

21 today.

22    A.  All right.  Thank you.

23    Q.  I appreciate it, Mr. Lindell.

24    A.  Thanks.  We got through it.

25        MS. WRIGLEY:  All right.  Let's go off the

Page 476

1 record.

2        THE WITNESS:  I'm sure you guys will find

3 other jobs when this is all over.

4        THE VIDEOGRAPHER:  Going off the record at

5 5:56.

6        (Whereupon, at 5:56 p.m.

7        the deposition was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MICHAEL J. LINDELL
SMARTMATIC USA vs LINDELL

June 11, 2024
477—480

Page 477

```
1   CHANGES AND SIGNATURE
2   WITNESS NAME:  MICHAEL JAMES LINDELL
3   DATE OF DEPOSITION:  6-11-2024
4   PAGE      LINE        CHANGE        REASON
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____
```

Page 478

```
1        I, MICHAEL JAMES LINDELL, have read the foregoing
2   deposition and hereby affix my signature that same is
3   true and correct, except as noted above.
4
5   _____
    MICHAEL JAMES LINDELL
6
7   THE STATE OF _____)
8   COUNTY OF _____)
9        Before me, _____, on this day
10  personally appeared MICHAEL JAMES LINDELL, known to me
11  (or proved to me under oath or through _____
12  (description of identity card or other document) to be
13  the person whose name is subscribed to the foregoing
14  instrument and acknowledged to me that he executed the
15  same for the purposes and consideration therein
16  expressed.
17
18       Given under my hand and seal of office, this
19  _____ day of _____, _____.
20
21  _____
    NOTARY PUBLIC IN AND FOR
22  THE STATE OF _____
23
    My commission expires:  _____
24
25  _____No Changes Made _____Amendment Sheet(s)
```

Page 479

```
1           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MINNESOTA
2
3   SMARTMATIC USA CORP.,    *
    SMARTMATIC              *
4   INTERNATIONAL HOLDING   *
    B.V., AND SGO           *
5   CORPORATION LIMITED     *
                            *
6   VS.                     * CASE NO. 22-cv-0098-WMW-JFD
                            *
7   MICHAEL J. LINDELL      *
    AND MY PILLOW, INC.     *
8
          REPORTER'S CERTIFICATION OF THE ORAL
9       DEPOSITION OF MICHAEL JAMES LINDELL
                    6-11-2024
10
         I, Edith A. Boggs, a Certified Shorthand
11  Reporter in and for the State of Texas, hereby certify
    to the following:
12
         That the witness, MICHAEL JAMES LINDELL, was
13  duly sworn by the officer and that the transcript of the
    oral deposition is a true record of the testimony given
14  by the witness;
         That the original deposition was delivered to
15  Nicole Wrigley, Esq.;
16       That a copy of this certificate was served on
17  all parties and/or the witness shown herein on
18  _____.
19       I further certify that pursuant to FRCP Rule
    30(e)(2) that the signature of the deponent:
20  ____ was requested by the deponent or a party
    before the completion of the deposition and that the
21  signature is to be before any notary public and returned
    within 30 days from date of receipt of the transcript.
22  If returned, the attached Changes and Signature Page
    contains any changes and the reasons therefore:
23       __X_ was not requested by the deponent or a
    party before the completion of the deposition.
24       I further certify that I am neither counsel
    for, related to, nor employed by any of the parties or
25  attorneys in the action in which this proceeding was
    taken, and further that I am not financially or
```

Page 480

```
1   otherwise interested in the outcome of the action.
2
3        Certified to by me on this, the 13th day of June,
    2024.
4
5        Edith A. Boggs
    _____
6   Edith A. Boggs, CSR No. 3022
    Firm Registration No. 03
7   Expiration Date:  7-31-2024
    1235 North Loop West, Suite 510
8   Houston, Texas  77008
    Ph. No.:  (713) 524-4600
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



MICHAEL J. LINDELL                                      June 11, 2024
SMARTMATIC USA vs LINDELL                                        481

Page 481

```
 1   COUNTY OF HARRIS  )
 2   STATE OF TEXAS    )
 3
 4        I hereby certify that the witness was notified
 5   on _____ that the witness has 30 days or
 6   (_____ days per agreement of counsel) after being
 7   notified by the officer that the transcript is available
 8   for review by the witness and if there are any changes
 9   in the form or substance to be made, then the witness
10   shall sign a statement reciting such changes and the
11   reasons given by the witness for making them;
12        That the witness' signature was/was not
13   returned as of _____.
14        Subscribed and sworn to on this, the 13th day
15   of June, 2024.
16
17   Edith A. Boggs
18   _____
     Edith A. Boggs, CSR No. 3022
19   Firm Registration No. 03
     Expiration Date:  7-31-2024
20   1235 North Loop West, Suite 510
     Houston, Texas  77008
21   Ph. No.:  (713) 524-4600
22
23
24
25
```

