# Exhibit 8b

APPEAL,CASREF,TYPE-B

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-00445-CJN-MAU**

US DOMINION, INC. et al v. MY PILLOW, INC. et al                    Date Filed: 02/22/2021
Assigned to: Judge Carl J. Nichols                                  Jury Demand: Plaintiff
Referred to: Magistrate Judge Moxila A. Upadhyaya                   Nature of Suit: 320 Assault Libel & Slander
Demand: $1,303,470,000                                             Jurisdiction: Diversity
 Cases: 1:21-cv-00213-CJN-MAU
        1:21-cv-00040-CJN-MAU
        1:21-cv-02130-CJN-MAU
        1:21-cv-02296-CJN
        1:21-cv-02294-CJN
Related Case: 1:23-mc-00080-APM
Case in other court:  21-07103
                      21-07104
Cause: 28:1332 Diversity-Libel,Assault,Slander

**Plaintiff**

**US DOMINION, INC.**                       represented by **Brittany Fowler**
                                                           SUSMAN GODFREY LLP
                                                           1900 Avenue of the Stars
                                                           Suite 1400
                                                           Los Angeles, CA 90067-6029
                                                           310-789-3100
                                                           Email: bfowler@omm.com *(Inactive)*
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Dustin Andrew Pusch**
                                                           MEIER WATKINS PHILLIPS PUSCH LLP
                                                           919 18th Street NW
                                                           Suite 650
                                                           Washington, DC 20006
                                                           617-543-4459
                                                           Email: dustin.pusch@mwpp.com
                                                           *TERMINATED: 08/23/2023*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Elisha Barron**
                                                           SUSMAN GODFREY LLP
                                                           One Manhattan West
                                                           50th Floor
                                                           New York, NY 10001
                                                           212-729-2013
                                                           Email: ebarron@susmangodfrey.com
                                                           *TERMINATED: 07/07/2023*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
SUSMAN GODFREY LLP
Susman Godfrey L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
212-338-8330
Email: elevin@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7826
Fax: 713-654-6666
Email: fchen@susmangodfrey.com
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7842
Fax: 713-654-6666
Email: lwalker@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW
Suite 650
Washington, DC 20006
202-280-4454
Email: megan.meier@mwpp.com
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
SUSMAN GODFREY L.L.P.
One Manhattan West
395 9th Avenue
Ste 50th Floor

New York, NY 10001
212-729-2012
Email: sshackelford@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Dieckmann**
SUSMAN GODFREY LLP
One Manhattan West
Ste 50th Floor
New York, NY 10001
212-729-2014
Email: cdieckmann@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029
310-789-3100
Fax: 310-789-3150
Email: dbrook@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
SUSMAN GODFREY, L.L.P.
401 Union Street
Suite 3000
Seattle, WA 98101-3000
206-516-3880
Email: esargent@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-651-9366
Fax: 713-654-6666
Email: ehadaway@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002

713-653-7813
Fax: 713-654-6666
Email: jross@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Jordan Mikhail Rux , I**
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029
310-789-3143
Email: jrux@susmangodfrey.com
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-653-7895
Fax: 713-654-6666
Email: jnelson@susmangodfrey.com
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
SUSMAN GODFREY LLP
One Manhattan West
50th Fl.
New York, NY 10001
212-336-8332
Email: mhatch-miller@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kathryn Sammons**
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-653-7864
Fax: 713-654-6666
Email: ksammons@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
SUSMAN GODFREY LLP
One Manhattan West
50th Floor
New York City, NY 10001
212-471-8358
Email: ZSavage@susmangodfrey.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
Email: tom@clarelocke.com
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**DOMINION VOTING SYSTEMS, INC.**          represented by          **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Andrew Pusch**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Dieckmann**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Mikhail Rux , I**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kathryn Sammons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**

(See above for address)
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DOMINION VOTING SYSTEMS CORPORATION**                     represented by   **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Andrew Pusch**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Dieckmann**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Mikhail Rux , I**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kathryn Sammons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**
(See above for address)
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**MY PILLOW, INC.**                    represented by **Andrew D. Parker**
PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
Email: parker@parkerdk.com
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Ivan Kachouroff**
MCSWEENEY, CYNKAR &
KACHOUROFF PLLC
13649 Office Place, #101
Woodbridge, VA 22192
703-365-9900
Email: chris@mck-lawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Lewin**
LEWIN & LEWIN, LLP
888 17th Street, NW
4th Floor
Washington, DC 20006
(202) 828-1000
Fax: (202) 828-0909
Email: nat@lewinlewin.com
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Malone**
123 N. 3rd Street
Ste 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
Email: malone@parkerdk.com
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Abraham S. Kaplan**
PARKER DANIELS KIBORT LLC
123 3rd Street N
Ste 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101

Email: kaplan@parkerdk.com
*TERMINATED: 04/03/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth S. Wright**
PARKER DANIELS KIBORT, LLC
123 3rd Street N
Ste 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
Email: wright@parkerdk.com
*TERMINATED: 04/03/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Arenson**
PARKER DANIELS KIBORT LLC
123 N. Third Street
888 Colwell Building
Suite 2150
Minneapolis, MN 55402
612-355-4100
Email: arenson@parkerdk.com
*TERMINATED: 11/18/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Alan Pull**
PARKER DANIELS KIBORT
123 N. Third Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Email: pull@parkerdk.com
*TERMINATED: 04/03/2024*
*ATTORNEY TO BE NOTICED*

**Matthew R. Eslick**
PARKER DANIELS KIBORT LLC
888 Colwell Building
123 N 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Email: meslick@cousineaulaw.com
*TERMINATED: 11/01/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL J. LINDELL**                    represented by **Andrew D. Parker**
(See above for address)

*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas A. Daniels**
DANIELS & TREDENNICK PLLC
6363 Woodway Drive
Suite 700
Houston, TX 77057
713-917-0024
Fax: 713-917-0026
Email: doug.daniels@dtlawyers.com
*TERMINATED: 03/29/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl N. Mayfield , III**
JURIS DAY, PLLC
10521 Judicial Drive
Suite 200
Fairfax, VA 22030
703-268-5600
Fax: 703-268-5602
Email: tmayfield@jurisday.com
*TERMINATED: 07/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alan Pull**
(See above for address)
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Cynkar**
MCSWEENEY, CYNKAR &
KACHOUROFF, PLLC
10506 Milkweed Drive
Great Falls, VA 22066
703-621-3300
Email: rcynkar@mck-lawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heath Novosad**
DANIELS & TREDENNICK PLLC
6363 Woodway Drive
Suite 700
Houston, TX 77057
713-917-0024
Fax: 713-917-0026
Email: heath.novosad@dtlawyers.com
*TERMINATED: 03/29/2022*

*ATTORNEY TO BE NOTICED*

**Matthew R. Eslick**
(See above for address)
*TERMINATED: 11/01/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **Cassandra Snyder**<br>DOJ-CIV<br>Department of Justice<br>1100 L Street NW<br>Washington, DC 20005<br>202-451-7729<br>Email: cassandra.m.snyder@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Third Party Defendant**

| | | |
|---|---|---|
| **HAMILTON PLACE STRATEGIES, LLC** | represented by | **Brittany Fowler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Davida Brook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Morrissey**
SUSMAN GODFREY LLP

401 Union Street
Suite 3000
Seattle, WA 98101
206-373-7380
Email: smorrissey@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Dieckmann**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Mikhail Rux , I**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Kathryn Sammons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**MICHAEL J. LINDELL**                    represented by  **Andrew D. Parker**
(See above for address)
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas A. Daniels**
(See above for address)

*TERMINATED: 03/29/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl N. Mayfield , III**
(See above for address)
*TERMINATED: 07/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heath Novosad**
(See above for address)
*TERMINATED: 03/29/2022*
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**SMARTMATIC INTERNATIONAL**
**HOLDING B.V.**

represented by **Joel Erik Connolly**
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
312-212-4949
Email: econnolly@beneschlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Vincent Sinclair , Jr.**
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200
Email: mvs@sperling-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Wrigley**
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
(312) 212-4949
Email: nwrigley@beneschlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Loftus**
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP

71 S Wacker Drive
Suite 1600
Chicago, IL 60601
312-624-6341
Email: jloftus@beneschlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Muench**
BENESCH FRIEDLANDER COPLAN &
ARANOFF
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
312-624-6405
Email: lmuench@beneschlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy M Frey**
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
312-212-4949
Email: tfrey@beneschlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**SGO CORPORATION LIMITED**          represented by **Joel Erik Connolly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Vincent Sinclair , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Wrigley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Loftus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Muench**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Timothy M Frey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**SMARTMATIC USA CORP.**                 represented by   **Joel Erik Connolly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Vincent Sinclair , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Wrigley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Loftus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Muench**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy M Frey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**MICHAEL J. LINDELL**                 represented by   **Andrew D. Parker**
(See above for address)
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Ivan Kachouroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas A. Daniels**
(See above for address)
*TERMINATED: 03/29/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl N. Mayfield , III**
(See above for address)
*TERMINATED: 07/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Cynkar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heath Novosad**
(See above for address)
*TERMINATED: 03/29/2022*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DOMINION VOTING SYSTEMS CORPORATION**                    represented by    **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Andrew Pusch**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**
(See above for address)
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

**<u>Counter Defendant</u>**

**DOMINION VOTING SYSTEMS, INC.**                    represented by    **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Andrew Pusch**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**
(See above for address)
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**US DOMINION, INC.**                represented by **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Andrew Pusch**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**
(See above for address)
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**MY PILLOW, INC.**                    represented by  **Andrew D. Parker**
(See above for address)
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan Lewin**
(See above for address)
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Malone**
(See above for address)
*TERMINATED: 04/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abraham S. Kaplan**
(See above for address)
*TERMINATED: 04/03/2024*
*ATTORNEY TO BE NOTICED*

**Elizabeth S. Wright**
(See above for address)
*TERMINATED: 04/03/2024*
*ATTORNEY TO BE NOTICED*

**Gregory Arenson**
(See above for address)
*TERMINATED: 11/18/2021*
*ATTORNEY TO BE NOTICED*

**Joseph Alan Pull**
(See above for address)
*TERMINATED: 04/03/2024*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DOMINION VOTING SYSTEMS**              represented by  **Brittany Fowler**
**CORPORATION**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Andrew Pusch**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**
(See above for address)
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DOMINION VOTING SYSTEMS, INC.**    represented by    **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Andrew Pusch**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)

*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**

(See above for address)
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**US DOMINION, INC.**                    represented by    **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Andrew Pusch**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*TERMINATED: 07/07/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Florence Chen**
(See above for address)
*TERMINATED: 07/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Lambart Meier**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Savage**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Sargent**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Hadaway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Mark Hatch-Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Clare**
(See above for address)
*TERMINATED: 03/15/2024*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2021 | 1 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 402 receipt number ADCDC-8223832) filed by US DOMINION, INC., DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC.. (Attachments: # 1 Summons to My Pillow, Inc., # 2 Summons to Michael Lindell, # 3 Civil Cover Sheet) (Clare, Thomas) (Entered: 02/22/2021) |
| 02/22/2021 | 2 | NOTICE *of Filing Exhibits* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. re 1 Complaint, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 9, # 5 Exhibit 10, # 6 Exhibit 11, # 7 Exhibit 12, # 8 Exhibit 13, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 17, # 13 Exhibit 18, # 14 Exhibit 19, # 15 Exhibit 42, # 16 Exhibit 43, # 17 Exhibit 44, # 18 Exhibit 47, # 19 Exhibit 56, # 20 Exhibit 57, # 21 Exhibit 58, # 22 Exhibit 59, # 23 Exhibit 129, # 24 Exhibit 141, # 25 Exhibit 154, # 26 Exhibit 167, # 27 Exhibit 168, # 28 Exhibit 169, # 29 Exhibit 219, # 30 Exhibit 228, # 31 Exhibit 230, # 32 Exhibit 231, # 33 Exhibit 232, # 34 Exhibit 233, # 35 Exhibit 234, # 36 Exhibit 235, # 37 Exhibit 236, # 38 Exhibit 237, # 39 Exhibit 238, # 40 Exhibit 239, # 41 Exhibit 240, # 42 Exhibit 241, # 43 Exhibit 242, # 44 Exhibit 243, # 45 Exhibit 244, # 46 Exhibit 245, # 47 |

Exhibit 246, # 48 Exhibit 247, # 49 Exhibit 248, # 50 Exhibit 249, # 51 Exhibit 252, # 52 Exhibit 253, # 53 Exhibit 254, # 54 Exhibit 255, # 55 Exhibit 256, # 56 Exhibit 257, # 57 Exhibit 258, # 58 Exhibit 259, # 59 Exhibit 260, # 60 Exhibit 261, # 61 Exhibit 262, # 62 Exhibit 263, # 63 Exhibit 264, # 64 Exhibit 265, # 65 Exhibit 266, # 66 Exhibit 267, # 67 Exhibit 268, # 68 Exhibit 269, # 69 Exhibit 270, # 70 Exhibit 271, # 71 Exhibit 272, # 72 Exhibit 273, # 73 Exhibit 274, # 74 Exhibit 275, # 75 Exhibit 276, # 76 Exhibit 277, # 77 Exhibit 278, # 78 Exhibit 279, # 79 Exhibit 280, # 80 Exhibit 281, # 81 Exhibit 282, # 82 Exhibit 283, # 83 Exhibit 284, # 84 Exhibit 285, # 85 Exhibit 286, # 86 Exhibit 287, # 87 Exhibit 288, # 88 Exhibit 289, # 89 Exhibit 290, # 90 Exhibit 291, # 91 Exhibit 292, # 92 Exhibit 293, # 93 Exhibit 294, # 94 Exhibit 295, # 95 Exhibit 296, # 96 Exhibit 297, # 97 Exhibit 298, # 98 Exhibit 299, # 99 Exhibit 300, # 100 Exhibit 301, # 101 Exhibit 302, # 102 Exhibit 303, # 103 Exhibit 304, # 104 Exhibit 305, # 105 Exhibit 306, # 106 Exhibit 307, # 107 Exhibit 308, # 108 Exhibit 309, # 109 Exhibit 310, # 110 Exhibit 311, # 111 Exhibit 312, # 112 Exhibit 313, # 113 Exhibit 314, # 114 Exhibit 315, # 115 Exhibit 316, # 116 Exhibit 317, # 117 Exhibit 318, # 118 Exhibit 319, # 119 Exhibit 320, # 120 Exhibit 321, # 121 Exhibit 322, # 122 Exhibit 323, # 123 Exhibit 324, # 124 Exhibit 325, # 125 Exhibit 326, # 126 Exhibit 327, # 127 Exhibit 328, # 128 Exhibit 329, # 129 Exhibit 330, # 130 Exhibit 331, # 131 Exhibit 332, # 132 Exhibit 333, # 133 Exhibit 334, # 134 Exhibit 335, # 135 Exhibit 336, # 136 Exhibit 337, # 137 Exhibit 338, # 138 Exhibit 339, # 139 Exhibit 340, # 140 Exhibit 341, # 141 Exhibit 342, # 142 Exhibit 343, # 143 Exhibit 344, # 144 Exhibit 345, # 145 Exhibit 346, # 146 Exhibit 347, # 147 Exhibit 348) (Clare, Thomas) (Entered: 02/22/2021)

| | | |
|---|---|---|
| 02/22/2021 | 3 | NOTICE of Appearance by Megan Lambart Meier on behalf of All Plaintiffs (Meier, Megan) (Entered: 02/22/2021) |
| 02/22/2021 | 4 | NOTICE of Appearance by Dustin Andrew Pusch on behalf of All Plaintiffs (Pusch, Dustin) (Entered: 02/22/2021) |
| 02/22/2021 | 5 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 1:21-cv-00040. (Clare, Thomas) (Entered: 02/22/2021) |
| 02/22/2021 | 6 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 1:21-cv-00213. (Clare, Thomas) (Entered: 02/22/2021) |
| 02/22/2021 | 7 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Clare, Thomas) (Entered: 02/22/2021) |
| 02/22/2021 | | NOTICE OF ERROR re 1 Complaint; emailed to tom@clarelocke.com, cc'd -1 associated attorneys -- The PDF file you docketed contained errors: 1. Missing/incorrect summonses. Please submit using the event Request for Summons to issue. (adh, ) (Entered: 02/22/2021) |
| 02/22/2021 | | Case Assigned to Judge Carl J. Nichols. (adh, ) (Entered: 02/22/2021) |
| 02/22/2021 | | SUMMONS Not Issued as to MICHAEL J. LINDELL, MY PILLOW, INC. (adh, ) (Entered: 02/22/2021) |
| 02/22/2021 | 8 | REQUEST FOR SUMMONS TO ISSUE re 1 Complaint, filed by US DOMINION, INC., DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC.. Related document: 1 Complaint, filed by DOMINION VOTING SYSTEMS CORPORATION, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC.. (Clare, Thomas) (Entered: 02/22/2021) |
| 02/22/2021 | 9 | SUMMONS (2) Issued Electronically as to MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # 1 Notice and Consent)(eg) (Entered: 02/22/2021) |

| 03/04/2021 | 10 | WAIVER OF SERVICE. MICHAEL J. LINDELL waiver sent on 2/22/2021, answer due 4/23/2021. (Meier, Megan) (Entered: 03/04/2021) |
|---|---|---|
| 03/08/2021 | 11 | STANDING ORDER. Signed by Judge Carl J. Nichols on March 8, 2021. (lccjn2) (Entered: 03/08/2021) |
| 03/08/2021 | 12 | LEAVE TO FILE DENIED- Motion; Jeffrey Cutler This document is unavailable as the Court denied its filing. "Leave to file DENIED for failure to comply with Local Civil Rule 7(o)(2)." Signed by Judge Carl J. Nichols. (eg) (Entered: 03/09/2021) |
| 03/09/2021 | 13 | LEAVE TO FILE DENIED- Jeffrey Cutler; Motion This document is unavailable as the Court denied its filing. "The Court construes this document as a Motion for Leave to File and Amicus Brief. Leave to file DENIED for failure to comply with Local Civil Rule 7(o)(2)." Signed by Judge Carl J. Nichols. (zeg) (Entered: 03/10/2021) |
| 03/26/2021 | 14 | NOTICE of Appearance by Justin A. Nelson on behalf of All Plaintiffs (Nelson, Justin) (Entered: 03/26/2021) |
| 03/26/2021 | 15 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Stephen Shackelford, Filing fee $ 100, receipt number ADCDC-8333025. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Stephen Shackelford, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 03/26/2021 | 16 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Davida Brook, Filing fee $ 100, receipt number ADCDC-8333034. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Davida Brook, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 03/26/2021 | 17 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Stephen E. Morrissey, Filing fee $ 100, receipt number ADCDC-8333044. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Stephen E. Morrissey, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 03/26/2021 | 18 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Elisha Barron, Filing fee $ 100, receipt number ADCDC-8333054. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Elisha Barron, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 03/26/2021 | 19 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Emily Cronin, Filing fee $ 100, receipt number ADCDC-8333070. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Emily Cronin, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 03/26/2021 | 20 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Brittany Fowler, Filing fee $ 100, receipt number ADCDC-8333094. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Brittany Fowler, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 03/30/2021 | | MINUTE ORDER. The Court having considered Plaintiffs' 15 Motion for Leave to Appear *Pro Hac Vice* of Stephen Shackelford, Jr., and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is |

| | | |
|---|---|---|
| | | further ORDERED that Stephen Shackelford, Jr., is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| 03/30/2021 | | MINUTE ORDER. The Court having considered Plaintiffs' 16 Motion for Leave to Appear *Pro Hac Vice* of Davida Brook, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Davida Brook is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| 03/30/2021 | | MINUTE ORDER. The Court having considered Plaintiffs' 17 Motion for Leave to Appear *Pro Hac Vice* of Stephen E. Morrissey, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Stephen E. Morrissey is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| 03/30/2021 | | MINUTE ORDER. The Court having considered Plaintiffs' 18 Motion for Leave to Appear *Pro Hac Vice* of Elisha Barron, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Elisha Barron is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| 03/30/2021 | | MINUTE ORDER. The Court having considered Plaintiffs' 20 Motion for Leave to Appear *Pro Hac Vice* of Brittany Fowler, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Brittany Fowler is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| 03/30/2021 | 21 | Amended MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Emily Cronin, Filing fee $ 100, receipt number ADCDC-8339985. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Emily Cronin, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/30/2021) |
| 04/01/2021 | | MINUTE ORDER. The Court having considered Plaintiffs' 21 Motion for Leave to Appear *Pro Hac Vice* of Emily Cronin, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Emily Cronin is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on April 1, 2021. (lccjn2) (Entered: 04/01/2021) |

| 04/02/2021 | 22 | NOTICE of Appearance by Stephen Shackelford, Jr on behalf of All Plaintiffs (Shackelford, Stephen) (Entered: 04/02/2021) |
|---|---|---|
| 04/02/2021 | 23 | NOTICE of Appearance by Davida Brook on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Brook, Davida) (Entered: 04/02/2021) |
| 04/02/2021 | 24 | NOTICE of Appearance by Brittany Fowler on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Fowler, Brittany) (Entered: 04/02/2021) |
| 04/02/2021 | 25 | NOTICE of Appearance by Elisha Barron on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Barron, Elisha) (Entered: 04/02/2021) |
| 04/15/2021 | 26 | NOTICE of Appearance by Nathan Lewin on behalf of MY PILLOW, INC. (Lewin, Nathan) (Main Document 26 replaced on 4/16/2021) (zeg). (Entered: 04/15/2021) |
| 04/15/2021 | 27 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Elizabeth Wright, Andrew Parker, Abraham Kaplan, Filing fee $ 100, receipt number ADCDC-8377396. Fee Status: Fee Paid. by MY PILLOW, INC.. (Attachments: # 1 Declaration of Elizabeth Wrights, # 2 Certificate of Good Standing - Elizabeth Wright, # 3 Declaration of Andrew Parker, # 4 Certificate of Good Standing - Andrew ParkerAn, # 5 Declaration of Abraham Kaplan, # 6 Certificate of Standing Abraham Kaplan, # 7 Proposed Order)(Lewin, Nathan) Modified on 4/19/2021 (znmw). (Entered: 04/15/2021) |
| 04/16/2021 | | RESOLVED...NOTICE of Provisional/Government Not Certified Status re 27 MOTION for Leave to Appear Pro Hac Vice, 26 NOTICE of Appearance by Nathan Lewin on behalf of MY PILLOW, INC. (Lewin, Nathan).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-admissions-and-renewal-information.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/23/2021. (znmw) Modified on 5/13/2021 (znmw). (Entered: 04/16/2021) |
| 04/16/2021 | 28 | NOTICE of Appearance by Joseph Alan Pull on behalf of MY PILLOW, INC. (Pull, Joseph) (Entered: 04/16/2021) |
| 04/19/2021 | | RESOLVED...NOTICE of Provisional/Government Not Certified Status re 28 NOTICE of Appearance by Joseph Alan Pull on behalf of MY PILLOW, INC. (Pull, Joseph).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-admissions-and-renewal-information.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/26/2021. (znmw) Modified on 5/13/2021 (znmw). (Entered: 04/19/2021) |

| 04/19/2021 | 29 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Gregory Arenson, Filing fee $ 100, receipt number ADCDC-8382658. Fee Status: Fee Paid. by MY PILLOW, INC.. (Attachments: # 1 Declaration of Gregory Arenson, # 2 Certificate of Good Standing, # 3 Proposed Order)(Lewin, Nathan) (Entered: 04/19/2021) |
|---|---|---|
| 04/19/2021 | 30 | MOTION to Dismiss by MY PILLOW, INC.. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Text of Proposed Order)(Lewin, Nathan) (Entered: 04/19/2021) |
| 04/22/2021 | | MINUTE ORDER. Upon review of Defendant's 27 Motion for Leave to Appear *Pro Hac Vice*, it is hereby ORDERED that the Motion is DENIED for noncompliance with Local Civil Rule 83.2(d). Each attorney seeking to appear *pro hac vice* must individually submit a Motion for leave to appear *pro hac vice*. Signed by Judge Carl J. Nichols on April 22, 2021. (lccjn2) (Entered: 04/22/2021) |
| 04/22/2021 | 31 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Andrew D. Parker, Filing fee $ 100, receipt number ADCDC-8393782. Fee Status: Fee Paid. by MY PILLOW, INC.. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing, # 3 Proposed Order)(Lewin, Nathan) (Entered: 04/22/2021) |
| 04/22/2021 | 32 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Abraham S. Kaplan, Filing fee $ 100, receipt number ADCDC-8393914. Fee Status: Fee Paid. by MY PILLOW, INC.. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing, # 3 Proposed Order)(Lewin, Nathan) (Entered: 04/22/2021) |
| 04/22/2021 | 33 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Elizabeth S. Wright, Filing fee $ 100, receipt number ADCDC-8393977. Fee Status: Fee Paid. by MY PILLOW, INC.. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing, # 3 Proposed Order)(Lewin, Nathan) (Entered: 04/22/2021) |
| 04/23/2021 | 34 | MOTION to Dismiss by MICHAEL J. LINDELL. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Text of Proposed Order)(Mayfield, Earl) (Entered: 04/23/2021) |
| 04/26/2021 | 35 | Unopposed MOTION for Extension of Time to File Response/Reply as to 34 MOTION to Dismiss , 30 MOTION to Dismiss by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Text of Proposed Order)(Meier, Megan) (Entered: 04/26/2021) |
| 04/26/2021 | 36 | MOTION Use Business/Attorney Address by MICHAEL J. LINDELL. (Attachments: # 1 Text of Proposed Order)(Mayfield, Earl) (Entered: 04/26/2021) |
| 04/26/2021 | 37 | RESPONSE re 35 Unopposed MOTION for Extension of Time to File Response/Reply as to 34 MOTION to Dismiss , 30 MOTION to Dismiss filed by MY PILLOW, INC.. (Attachments: # 1 Text of Proposed Order)(Lewin, Nathan) (Entered: 04/26/2021) |
| 04/26/2021 | 38 | RESPONSE re 35 Unopposed MOTION for Extension of Time to File Response/Reply as to 34 MOTION to Dismiss , 30 MOTION to Dismiss filed by MICHAEL J. LINDELL. (Attachments: # 1 Text of Proposed Order)(Mayfield, Earl) (Entered: 04/26/2021) |
| 04/28/2021 | | MINUTE ORDER. The Court having considered Defendant's 29 Motion for Leave to Appear *Pro Hac Vice* of Gregory N. Arenson, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Gregory N. Arenson is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions.** Signed by Judge Carl J. Nichols on April 28, 2021. (lccjn2) (Entered: 04/28/2021) |

| | | |
|---|---|---|
| 04/28/2021 | | MINUTE ORDER. The Court having considered Defendant's 31 Motion for Leave to Appear *Pro Hac Vice* of Andrew D. Parker, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Andrew D. Parker is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on April 28, 2021. (lccjn2) (Entered: 04/28/2021) |
| 04/28/2021 | | MINUTE ORDER. The Court having considered Defendant's 32 Motion for Leave to Appear *Pro Hac Vice* of Abraham S. Kaplan, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Abraham S. Kaplan is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on April 28, 2021. (lccjn2) (Entered: 04/28/2021) |
| 04/28/2021 | | MINUTE ORDER. The Court having considered Defendant's 33 Motion for Leave to Appear *Pro Hac Vice* of Elizabeth S. Wright, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Elizabeth S. Wright is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on April 28, 2021. (lccjn2) (Entered: 04/28/2021) |
| 04/29/2021 | 39 | NOTICE of Appearance by Abraham S. Kaplan on behalf of MY PILLOW, INC. (Kaplan, Abraham) (Entered: 04/29/2021) |
| 04/29/2021 | 40 | NOTICE of Appearance by Gregory Arenson on behalf of MY PILLOW, INC. (Arenson, Gregory) (Entered: 04/29/2021) |
| 04/29/2021 | 41 | NOTICE of Appearance by Andrew D. Parker on behalf of MY PILLOW, INC. (Parker, Andrew) (Entered: 04/29/2021) |
| 04/30/2021 | 42 | NOTICE of Appearance by Elizabeth S. Wright on behalf of MY PILLOW, INC. (Wright, Elizabeth) (Entered: 04/30/2021) |
| 04/30/2021 | | MINUTE ORDER. Upon review of Plaintiffs' 35 Motion for Extension of Time, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs shall file their Response to Defendants' 30 and 34 Motions to Dismiss by May 28, 2021. Defendants may file their Replies by June 18, 2021. Signed by Judge Carl J. Nichols on April 30, 2021. (lccjn2) (Entered: 04/30/2021) |
| 04/30/2021 | | Set/Reset Deadlines: Response due by 5/28/2021. Reply due by 6/18/2021. (zcal) (Entered: 05/04/2021) |
| 05/04/2021 | 43 | NOTICE of Appearance by Douglas A. Daniels on behalf of MICHAEL J. LINDELL (Daniels, Douglas) (Entered: 05/04/2021) |
| 05/04/2021 | 44 | NOTICE of Appearance by Heath Novosad on behalf of MICHAEL J. LINDELL (Novosad, Heath) (Entered: 05/04/2021) |
| 05/11/2021 | | MINUTE ORDER. Upon review of Defendant's 36 Motion to Use Business/Attorney Address, it is hereby ORDERED that the Motion is DENIED. Pursuant to Local Civil Rule 5.1(h)(1), Defendant may move for leave to file his residence address under seal and |

| | | |
|---|---|---|
| | | *ex parte* to address the concerns raised in his 36 Motion. Signed by Judge Carl J. Nichols on May 11, 2021. (lccjn2) (Entered: 05/11/2021) |
| 05/14/2021 | 45 | Unopposed MOTION for Leave to File *Defendant Michael J. Lindell's Home Address Under Seal and Ex Parte* by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Daniels, Douglas) (Entered: 05/14/2021) |
| 05/18/2021 | | MINUTE ORDER. Upon review of Defendant's unopposed 45 Motion for Leave to File his home address under seal and *ex parte*, it is hereby ORDERED that the 45 Motion is GRANTED for the reasons raised in the Motion. Signed by Judge Carl J. Nichols on May 18, 2021. (lccjn2) (Entered: 05/18/2021) |
| 05/24/2021 | 46 | SEALED DOCUMENT filed by MICHAEL J. LINDELL re 45 Unopposed MOTION for Leave to File *Defendant Michael J. Lindell's Home Address Under Seal and Ex Parte*, Order on Motion for Leave to File, (This document is SEALED and only available to authorized persons.)(Daniels, Douglas) (Entered: 05/24/2021) |
| 05/28/2021 | 47 | Memorandum in opposition to re 34 MOTION to Dismiss , 30 MOTION to Dismiss filed by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Meier, Megan) (Entered: 05/28/2021) |
| 06/07/2021 | | MINUTE ORDER. Upon review of Defendants' 30 and 34 Motions to Dismiss, it is hereby ORDERED that a hearing on the 30 and 34 Motions, as well as the pending Motions in *US Dominion, Inc. v. Giuliani*, 1:21-cv-00213, and *US Dominion, Inc. v. Powell*, 1:21-cv-00040, is scheduled for 2:00 p.m. on June 24, 2021, in Courtroom 19. Signed by Judge Carl J. Nichols on June 7, 2021. (lccjn2) (Entered: 06/07/2021) |
| 06/07/2021 | | Set/Reset Hearings: Motion Hearing set for 6/24/2021 at 02:00 PM in Courtroom 19 before Judge Carl J. Nichols. (zcal) (Entered: 06/08/2021) |
| 06/18/2021 | 48 | REPLY to opposition to motion re 34 MOTION to Dismiss filed by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit A)(Daniels, Douglas) (Entered: 06/18/2021) |
| 06/18/2021 | 49 | REPLY to opposition to motion re 30 MOTION to Dismiss filed by MY PILLOW, INC.. (Parker, Andrew) (Entered: 06/18/2021) |
| 06/22/2021 | | Set/Reset Hearings: Motion Hearing RESET for 6/24/2021 at 02:00 PM in Courtroom 17 before Judge Carl J. Nichols. Note Location Change. (zcal) (Entered: 06/22/2021) |
| 06/23/2021 | | Set/Reset Hearings: Motion Hearing RESET for 6/24/2021 at 02:00 PM in Courtroom 30A before Judge Carl J. Nichols. Note Location Change. (zcal) (Entered: 06/23/2021) |
| 06/23/2021 | 50 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Rodney A. Smolla, Filing fee $ 100, receipt number ADCDC-8551585. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Rodney A. Smolla, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 06/23/2021) |
| 06/23/2021 | | MINUTE ORDER. The Court having considered Plaintiffs' 50 Motion for Leave to Appear *Pro Hac Vice* of Rodney A. Smolla, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Rodney A. Smolla is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Carl J. Nichols on June 23, 2021. (lccjn2) (Entered: 06/23/2021) |
| 06/24/2021 | | Minute Order and Entry for Proceedings held before Judge Carl J. Nichols: Motion Hearing held on 6/24/2021 re 30 and 34 MOTIONS to Dismiss. Motions taken under |

| | | |
|---|---|---|
| | | advisement. Further Order and Opinion to be issued by the Court. Court Reporter: Lorraine Herman. (zcal) (Entered: 06/24/2021) |
| 08/10/2021 | 51 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 21-cv-2130. (Nelson, Justin) (Main Document 51 replaced on 8/12/2021) (zeg). (Entered: 08/10/2021) |
| 08/10/2021 | 52 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 21-cv-2131. (Nelson, Justin) (Main Document 52 replaced on 8/12/2021) (zeg). NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 21-cv-2131. (Nelson, Justin) (Main Document 52 replaced on 8/12/2021) (zeg). (Entered: 08/10/2021) |
| 08/11/2021 | 53 | ORDER. Signed by Judge Carl J. Nichols on August 11, 2021. (lccjn2) (Entered: 08/11/2021) |
| 08/11/2021 | 54 | MEMORANDUM AND OPINION. Signed by Judge Carl J. Nichols on August 11, 2021. (lccjn2) (Entered: 08/11/2021) |
| 08/20/2021 | 55 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by MICHAEL J. LINDELL. (Attachments: # 1 Text of Proposed Order)(Daniels, Douglas) (Entered: 08/20/2021) |
| 08/20/2021 | 56 | Consent MOTION for Extension of Time *to Respond to Complaint* by MY PILLOW, INC.. (Attachments: # 1 Proposed Order)(Parker, Andrew) Modified event title on 8/24/2021 (znmw). (Entered: 08/20/2021) |
| 08/20/2021 | 57 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MY PILLOW, INC. (Parker, Andrew) (Entered: 08/20/2021) |
| 08/23/2021 | | MINUTE ORDER. After review of Defendant's 55 Unopposed Motion for Extension of Time to File Answer, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Defendant shall answer or otherwise respond to the Complaint by September 24, 2021. Signed by Judge Carl J. Nichols on August 23, 2021. (lccjn2) (Entered: 08/23/2021) |
| 08/23/2021 | | MINUTE ORDER. After review of Defendant's 56 Unopposed Motion for Extension of Time to File Answer, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Defendant shall answer or otherwise respond to the Complaint by September 24, 2021. Signed by Judge Carl J. Nichols on August 23, 2021. (lccjn2) (Entered: 08/23/2021) |
| 08/23/2021 | | Set/Reset Deadlines: Answer due by 9/24/2021. (zcal) (Entered: 08/25/2021) |
| 08/23/2021 | | Set/Reset Deadlines: Answer due by 9/24/2021. (zcal) (Entered: 08/25/2021) |
| 08/24/2021 | 58 | MOTION for Certification for interlocutory appeal by MY PILLOW, INC.. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Parker, Andrew) (Entered: 08/24/2021) |
| 08/25/2021 | 59 | NOTICE *of Joinder* by MICHAEL J. LINDELL re 58 MOTION for Certification for interlocutory appeal (Attachments: # 1 Text of Proposed Order)(Daniels, Douglas) (Entered: 08/25/2021) |
| 08/30/2021 | 60 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Ryan P. Malone, Filing fee $ 100, receipt number ADCDC-8700219. Fee Status: Fee Paid. by MY PILLOW, INC.. (Attachments: # 1 Declaration of Ryan P. Malone, # 2 Certificate of Good Standing #1, # 3 Certificate of Good Standing #2, # 4 Certificate of Good Standing #3, # 5 Proposed Order)(Lewin, Nathan) (Entered: 08/30/2021) |
| 08/30/2021 | 61 | MOTION for Extension of Time to File Response/Reply as to 58 MOTION for Certification for interlocutory appeal *Defendants' Motion for Modification of* |

| | | |
|---|---|---|
| | | *Memorandum Opinion and Order Dated August 11, 2021 to Include Certification of Controlling Quesions of Law* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Text of Proposed Order)(Nelson, Justin) (Entered: 08/30/2021) |
| 09/02/2021 | | The Court having considered Defendants' 60 Motion For Admission *Pro Hac Vice* of Ryan P. Malone, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Ryan P. Malone is ADMITTED to practice before the Court *pro hac vice*. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions** Signed by Judge Carl J. Nichols on September 2, 2021. (lccjn2) (Entered: 09/02/2021) |
| 09/02/2021 | | MINUTE ORDER. After review of Plaintiffs' 61 Motion for Extension of Time, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Plaintiffs shall respond to Defendants' Motion for Modification of Memorandum Opinion and Order on or before September 21, 2021. Signed by Judge Carl J. Nichols on September 2, 2021. (lccjn2) (Entered: 09/02/2021) |
| 09/02/2021 | 62 | NOTICE of Appearance by Ryan Malone on behalf of MY PILLOW, INC. (Malone, Ryan) (Entered: 09/02/2021) |
| 09/02/2021 | | Set/Reset Deadlines: Response due by 9/21/2021. (zcal) (Entered: 09/03/2021) |
| 09/03/2021 | 63 | LEAVE TO FILE DENIED- Leonardo Ramos-Hernandez; Motion. This document is unavailable as the Court denied its filing. "LEAVE TO FILE DENIED: Plaintiff did not serve opposing counsel or file proof of such service. See LCvR 5.3" Signed by Judge Carl J. Nichols (zeg) (Entered: 09/07/2021) |
| 09/09/2021 | 64 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 53 Order on Motion to Dismiss, by MY PILLOW, INC.. Filing fee $ 505, receipt number ADCDC-8722494. Fee Status: Fee Paid. Parties have been notified. (Parker, Andrew) (Entered: 09/09/2021) |
| 09/10/2021 | 65 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 64 Notice of Appeal to DC Circuit Court. (zjf) (Entered: 09/10/2021) |
| 09/10/2021 | 66 | NOTICE OF APPEAL TO DC CIRCUIT COURT 53 ORDER 54 MEMORANDUM AND OPINION by MICHAEL J. LINDELL. Filing fee $ 505, receipt number ADCDC-8723870. Fee Status: Fee Paid. Parties have been notified. (Daniels, Douglas) (Entered: 09/10/2021) |
| 09/10/2021 | 67 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 66 Notice of Appeal to DC Circuit Court. (zjf) (Entered: 09/10/2021) |
| 09/14/2021 | 68 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 1:21-cv-02296-RBW. (Shackelford, Stephen) (Entered: 09/14/2021) |
| 09/14/2021 | 69 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 1:21-cv-02294-RBW. (Shackelford, Stephen) (Entered: 09/14/2021) |
| 09/15/2021 | | USCA Case Number 21-7103 for 66 Notice of Appeal to DC Circuit Court filed by MICHAEL J. LINDELL. (eg) (Entered: 09/15/2021) |
| 09/15/2021 | | USCA Case Number 21-7104 for 64 Notice of Appeal to DC Circuit Court filed by MY PILLOW, INC.. (eg) (Entered: 09/17/2021) |

| 09/21/2021 | 70 | NOTICE of Appearance by Laranda Walker on behalf of All Plaintiffs (Walker, Laranda) (Entered: 09/21/2021) |
|---|---|---|
| 09/21/2021 | 71 | NOTICE of Appearance by Florence Chen on behalf of All Plaintiffs (Chen, Florence) (Entered: 09/21/2021) |
| 09/21/2021 | 72 | Memorandum in opposition to re 58 MOTION for Certification for interlocutory appeal filed by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Text of Proposed Order) (Walker, Laranda) (Entered: 09/21/2021) |
| 09/23/2021 | 73 | TRANSCRIPT OF PROCEEDINGS before Judge Carl J. Nichols held on June 24, 2021; Page Numbers: 1-144. Date of Issuance: September 23, 2021. Court Reporter/Transcriber: Lorraine Herman. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 day s, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/14/2021. Redacted Transcript Deadline set for 10/24/2021. Release of Transcript Restriction set for 12/22/2021.(Herman, Lorraine) (Entered: 09/23/2021) |
| 09/23/2021 | 74 | NOTICE *in Lieu of Filing Answer* by MY PILLOW, INC. (Parker, Andrew) (Entered: 09/23/2021) |
| 09/24/2021 | 75 | NOTICE *in Lieu of Filing Answer* by MICHAEL J. LINDELL (Daniels, Douglas) (Entered: 09/24/2021) |
| 09/28/2021 | 76 | REPLY to opposition to motion re 58 MOTION for Certification for interlocutory appeal filed by MY PILLOW, INC.. (Parker, Andrew) (Entered: 09/28/2021) |
| 09/28/2021 | 77 | NOTICE *of Joinder* by MICHAEL J. LINDELL re 76 Reply to opposition to Motion (Daniels, Douglas) (Entered: 09/28/2021) |
| 10/07/2021 | 78 | MOTION for Hearing *(Defendants' Motion for Status Conference)* by MY PILLOW, INC.. (Attachments: # 1 Exhibit I (Parker Daniels Kibort October 1, 2021 Letter), # 2 Exhibit II (Daniels & Tredennick October 1, 2021 Letter))(Parker, Andrew) (Entered: 10/07/2021) |
| 10/07/2021 | 79 | MEET AND CONFER STATEMENT. (Parker, Andrew) (Entered: 10/07/2021) |
| 10/07/2021 | 80 | NOTICE of Proposed Order by MY PILLOW, INC. re 78 MOTION for Hearing *(Defendants' Motion for Status Conference)* (Parker, Andrew) (Entered: 10/07/2021) |
| 10/08/2021 | 81 | MOTION for Hearing *(Plaintiffs' Motion for Status Conference* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Text of Proposed Order)(Walker, Laranda) (Entered: 10/08/2021) |

| | | |
|---|---|---|
| 10/11/2021 | | MINUTE ORDER. In light of the Defendants' 78 Motion for a Status Conference, it is ORDERED that the Motion is GRANTED. It is ORDERED that the Parties shall appear for a telephonic status conference on October 25, at 11 a.m. Signed by Judge Carl J. Nichols on October 11, 2021. (lccjn2) (Entered: 10/11/2021) |
| 10/25/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Status Conference held on 10/25/2021. Status Conference Concluded. (Court Reporter Lorraine Herman.) (ztl) (Entered: 10/25/2021) |
| 11/04/2021 | 82 | TRANSCRIPT OF PROCEEDINGS before Judge Carl J. Nichols. Held on October 25, 2021. Page Numbers: 1-37. Date of Issuance: November 4, 2021. Court Reporter/Transcriber: Lorraine Herman. Telephone number: 202-354-3196. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/25/2021. Redacted Transcript Deadline set for 12/5/2021. Release of Transcript Restriction set for 2/2/2022.(Herman, Lorraine) (Entered: 11/04/2021) |
| 11/05/2021 | 83 | Joint STATUS REPORT *of Parties* by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit A)(Daniels, Douglas) (Entered: 11/05/2021) |
| 11/07/2021 | 84 | TRANSCRIPT OF PROCEEDINGS before Judge Carl J. Nichols, held on October 25, 2021. Page Numbers: 1-37. Date of Issuance: November 7, 2021. Court Reporter/Transcriber: Lorraine Herman. Telephone number: 202-354-3196. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court repo rter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/28/2021. Redacted Transcript Deadline set for 12/8/2021. Release of Transcript Restriction set for 2/5/2022.(Herman, Lorraine) (Entered: 11/07/2021) |
| 11/15/2021 | 85 | ORDER. Signed by Judge Carl J. Nichols on November 15, 2021. (lccjn2) (Entered: 11/15/2021) |

| 11/15/2021 | | Set/Reset Deadlines: Answer due by 12/2/2021. (zcal) (Entered: 11/16/2021) |
|---|---|---|
| 11/18/2021 | 86 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MY PILLOW, INC.. Attorney Gregory Arenson terminated. (Parker, Andrew) (Entered: 11/18/2021) |
| 12/01/2021 | 87 | ANSWER to Complaint with Jury Demand , THIRD PARTY COMPLAINT against SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, SMARTMATIC USA CORP., Hamilton Place Strategies, LLC, COUNTERCLAIM against DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Daniels, Douglas) (Entered: 12/01/2021) |
| 12/01/2021 | 88 | ENTERED IN ERROR.....REQUEST FOR SUMMONS TO ISSUE re 87 Answer to Complaint,,, Third Party Complaint,,, COUNTERCLAIM,, filed by MICHAEL J. LINDELL. Related document: 87 Answer to Complaint,,, Third Party Complaint,,, COUNTERCLAIM,, filed by MICHAEL J. LINDELL.(Daniels, Douglas) Modified on 12/6/2021 (zeg). (Entered: 12/01/2021) |
| 12/02/2021 | 89 | WAIVER OF SERVICE. Hamilton Place Strategies, LLC waiver sent on 12/1/2021, answer due 1/30/2022. (Daniels, Douglas) (Entered: 12/02/2021) |
| 12/02/2021 | 90 | ANSWER to Complaint with Jury Demand , COUNTERCLAIM against All Plaintiffs by MY PILLOW, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Parker, Andrew) (Entered: 12/02/2021) |
| 12/06/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: re 88 Request for Summons to Issue, was entered in error and counsel was instructed to refile said pleading with the appropriate third-party summons (AO 441). (zeg) (Entered: 12/06/2021) |
| 12/08/2021 | 91 | NOTICE of Appearance by Joel Erik Connolly on behalf of SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP. (Connolly, Joel) (Entered: 12/08/2021) |
| 12/08/2021 | 92 | NOTICE of Appearance by Martin Vincent Sinclair, Jr on behalf of SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP. (Sinclair, Martin) (Entered: 12/08/2021) |
| 12/08/2021 | 93 | NOTICE of Appearance by Nicole Wrigley on behalf of SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP. (Wrigley, Nicole) (Entered: 12/08/2021) |
| 12/08/2021 | 94 | MOTION to Dismiss by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit List, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Text of Proposed Order)(Connolly, Joel) (Entered: 12/08/2021) |
| 12/10/2021 | 95 | NOTICE of Appearance by Laranda Walker on behalf of Hamilton Place Strategies, LLC (Walker, Laranda) (Entered: 12/10/2021) |
| 12/10/2021 | 96 | NOTICE of Appearance by Stephen Shackelford, Jr on behalf of Hamilton Place Strategies, LLC (Shackelford, Stephen) (Entered: 12/10/2021) |
| 12/10/2021 | 97 | NOTICE of Appearance by Davida Brook on behalf of Hamilton Place Strategies, LLC (Brook, Davida) (Entered: 12/10/2021) |

| 12/10/2021 | 98 | NOTICE of Appearance by Justin A. Nelson on behalf of Hamilton Place Strategies, LLC (Nelson, Justin) (Entered: 12/10/2021) |
|---|---|---|
| 12/10/2021 | 99 | NOTICE of Appearance by Florence Chen on behalf of Hamilton Place Strategies, LLC (Chen, Florence) (Entered: 12/10/2021) |
| 12/10/2021 | 100 | NOTICE of Appearance by Elisha Barron on behalf of Hamilton Place Strategies, LLC (Barron, Elisha) (Entered: 12/10/2021) |
| 12/10/2021 | 101 | NOTICE of Appearance by Brittany Fowler on behalf of Hamilton Place Strategies, LLC (Fowler, Brittany) (Entered: 12/10/2021) |
| 12/10/2021 | 102 | NOTICE of Appearance by Stephen Morrissey on behalf of Hamilton Place Strategies, LLC (Morrissey, Stephen) (Entered: 12/10/2021) |
| 12/10/2021 | 103 | Joint MOTION for Extension of Time to *for Motion to Dismiss, Opposition, and Reply* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., Hamilton Place Strategies, LLC. (Attachments: # 1 Text of Proposed Order) (Walker, Laranda) (Entered: 12/10/2021) |
| 12/15/2021 | | MINUTE ORDER. The Court having considered the 103 Joint Motion for an Extension of Time, it is ORDERED that the Motion is GRANTED. Plaintiffs shall file their Motion to Dismiss Defendants' Counterclaims on or before January 31, 2022. Defendants shall file their Motions in Opposition on or before March 11, 2022. And Plaintiffs shall file their Replies on or before April 1, 2022. Signed by Judge Carl J. Nichols on December 15, 2021. (lccjn2) (Entered: 12/15/2021) |
| 12/15/2021 | | Set/Reset Deadlines: Motions due by 1/31/2022. Responses due by 3/11/2022 Replies due by 4/1/2022. (zcal) (Entered: 12/16/2021) |
| 12/20/2021 | 104 | Memorandum in opposition to re 94 MOTION to Dismiss filed by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Daniels, Douglas) (Entered: 12/20/2021) |
| 12/21/2021 | 105 | MOTION for Extension of Time to File Response/Reply as to 94 MOTION to Dismiss by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Text of Proposed Order)(Connolly, Joel) (Entered: 12/21/2021) |
| 12/22/2021 | 106 | RESPONSE re 105 MOTION for Extension of Time to File Response/Reply as to 94 MOTION to Dismiss filed by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Daniels, Douglas) (Entered: 12/22/2021) |
| 12/22/2021 | | MINUTE ORDER. Upon review of the Defendants' 105 Motion for an Extension of Time to Reply in Support of their Motion to Dismiss, it is ORDERED that the Motion is GRANTED. Defendants shall file their Reply on or before January 7, 2022. Signed by Judge Carl J. Nichols on December 22, 2021. (lccjn2) (Entered: 12/22/2021) |
| 12/22/2021 | | Set/Reset Deadlines: Reply due by 1/7/2022. (zcal) (Entered: 12/22/2021) |
| 01/07/2022 | 107 | REPLY to opposition to motion re 94 MOTION to Dismiss filed by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Connolly, Joel) (Entered: 01/07/2022) |
| 01/18/2022 | 108 | Consent MOTION for Leave to File Excess Pages *Brief in Excess of Page Limitations* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Text of Proposed Order Order Granting Motion for Leave)(Walker, Laranda) Modified event on 1/24/2022 (znmw). (Entered: 01/18/2022) |

| 01/21/2022 | 109 | NOTICE of Appearance by Mary Kathryn Sammons on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC. (Sammons, Mary) (Entered: 01/21/2022) |
|---|---|---|
| 01/21/2022 | | MINUTE ORDER. Upon review of 108 the Consent Motion for Leave to File a Brief in Excess of the Court's Page Limitations, it is ORDERED that the Motion is GRANTED. Signed by Judge Carl J. Nichols on January 21, 2022. (lccjn2) (Entered: 01/21/2022) |
| 01/24/2022 | 110 | NOTICE of Appearance by Jordan Mikhail Rux, I on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC. (Rux, Jordan) (Entered: 01/24/2022) |
| 01/24/2022 | 111 | MEET AND CONFER STATEMENT. (Attachments: # 1 Plaintiffs' Proposed Scheduling Order, # 2 Defendants' Proposed Scheduling Order)(Sammons, Mary) (Entered: 01/24/2022) |
| 01/26/2022 | 112 | MEET AND CONFER STATEMENT. (Attachments: # 1 Proposed Scheduling Order) (Daniels, Douglas) (Entered: 01/26/2022) |
| 01/26/2022 | 113 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Zachary B. Savage, Filing fee $ 100, receipt number ADCDC-9004909. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Shackelford, Stephen) (Entered: 01/26/2022) |
| 01/28/2022 | | MINUTE ORDER. The Court having considered Plaintiffs' 113 Motion for Leave to Appear Pro Hac Vice of Zachary B. Savage, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Zachary B. Savage is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions** Signed by Judge Carl J. Nichols on January 28, 2022. (lccjn2) (Entered: 01/28/2022) |
| 01/28/2022 | 114 | NOTICE of Appearance by Zachary Savage on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC. (Savage, Zachary) (Entered: 01/28/2022) |
| 01/31/2022 | 115 | MOTION to Dismiss *(Dominion's and Hamilton's Motion to Dismiss Lindell's and MyPillow's Counterclaims and Lindell's Third-Party Claims)* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Zachary B. Savage, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Text of Proposed Order) (Savage, Zachary) (Entered: 01/31/2022) |
| 02/01/2022 | 116 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Lee B. Muench, Filing fee $ 100, receipt number ADCDC-9016089. Fee Status: Fee Paid. by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Exhibit A - Declaration of Lee B. Muench, # 2 Text of Proposed Order)(Sinclair, Martin) (Entered: 02/01/2022) |
| 02/02/2022 | | MINUTE ORDER. The Court having considered Plaintiffs' 116 Motion for Leave to Appear Pro Hac Vice of Lee B. Muench, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil |

| | | |
|---|---|---|
| | | Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Lee B. Muench is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions** Signed by Judge Carl J. Nichols on February 2, 2022. (lccjn2) (Entered: 02/02/2022) |
| 02/04/2022 | 117 | NOTICE of Appearance by Lee Muench on behalf of SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP. (Muench, Lee) (Entered: 02/04/2022) |
| 02/11/2022 | 118 | MOTION for Sanctions - *Smartmatic Defendants' Motion for Rule 11 Sanctions* by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit List, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43)(Connolly, Joel) (Entered: 02/11/2022) |
| 02/25/2022 | 119 | Memorandum in opposition to re 118 MOTION for Sanctions - *Smartmatic Defendants' Motion for Rule 11 Sanctions* filed by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit List, # 2 Exhibit A, # 3 Exhibit B)(Daniels, Douglas) (Entered: 02/25/2022) |
| 03/01/2022 | 120 | ORDER. Signed by Judge Carl J. Nichols on March 1, 2022. (lccjn2) (Entered: 03/01/2022) |
| 03/01/2022 | 121 | SCHEDULING ORDER. Signed by Judge Carl J. Nichols on March 1, 2022. (lccjn2) (Entered: 03/01/2022) |
| 03/01/2022 | 122 | MANDATE of USCA as to 66 Notice of Appeal to DC Circuit Court filed by MICHAEL J. LINDELL ; USCA Case Number 21-7103. (Attachments: # 1 Order)(zeg) (Entered: 03/02/2022) |
| 03/01/2022 | | Set/Reset Deadlines/Hearings: Discovery due by 1/12/2023. Dispositive Motions due by 7/29/2023. Response to Dispositive Motions due by 8/31/2023. Reply to Dispositive Motions due by 9/18/2023. Expert Discovery due by 2/28/2023. Initial Disclosure due by 3/25/2022. due by 8/29/2022. Status Conference set for 7/11/2023 at 10:00 AM in Courtroom 19- In Person before Judge Carl J. Nichols. (zcal) (Entered: 03/03/2022) |
| 03/03/2022 | 123 | Unopposed MOTION for Leave to File Excess Pages by MICHAEL J. LINDELL. (Attachments: # 1 Text of Proposed Order)(Daniels, Douglas) (Entered: 03/03/2022) |
| 03/04/2022 | 124 | REPLY to opposition to motion re 118 MOTION for Sanctions - *Smartmatic Defendants' Motion for Rule 11 Sanctions* filed by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Exhibit List, # 2 Exhibit 44, # 3 Exhibit 45, # 4 Exhibit 46, # 5 Exhibit 47, # 6 Exhibit 48, # 7 Exhibit 49, # 8 Exhibit 50, # 9 Exhibit 51, # 10 Exhibit 52, # 11 Exhibit 53, # 12 Exhibit 54)(Connolly, Joel) (Entered: 03/04/2022) |
| 03/04/2022 | 125 | Unopposed MOTION to Stay *Discovery on Third-Party Plaintiff Mike Lindell's Claims Against Smartmatic* by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order) (Connolly, Joel) (Entered: 03/04/2022) |

| | | |
|---|---|---|
| 03/07/2022 | | MINUTE ORDER. Upon review of 123 the Unopposed Motion for Leave to File a Brief in Excess of Page Limitations, it is ORDERED that the Motion is GRANTED. Defendant may file one brief of no more than 65 pages in support of the opposition to the Motion to Dismiss, ECF No. 94. Signed by Judge Carl J. Nichols on March 7, 2022. (lccjn2) (Entered: 03/07/2022) |
| 03/07/2022 | | MINUTE ORDER. Upon review of 125 Unopposed Motion to Stay Discovery on Third-Party Plaintiff's Claims, it is ORDERED that the Motion is GRANTED. Discovery on Mike Lindell's Third-Party Complaint against Smartmatic, including initial disclosures, is stayed pending the Court's ruling on Smartmatic's Motion to Dismiss, ECF No. 94. Signed by Judge Carl J. Nichols on March 7, 2022. (lccjn2) (Entered: 03/07/2022) |
| 03/11/2022 | 126 | Memorandum in opposition to re 115 MOTION to Dismiss *(Dominion's and Hamilton's Motion to Dismiss Lindell's and MyPillow's Counterclaims and Lindell's Third-Party Claims)* filed by MY PILLOW, INC.. (Attachments: # 1 Text of Proposed Order)(Parker, Andrew) (Entered: 03/11/2022) |
| 03/11/2022 | 127 | Memorandum in opposition to re 115 MOTION to Dismiss *(Dominion's and Hamilton's Motion to Dismiss Lindell's and MyPillow's Counterclaims and Lindell's Third-Party Claims)* filed by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Daniels, Douglas) (Entered: 03/11/2022) |
| 03/18/2022 | 128 | NOTICE *of Subpoena to the University of Michigan* by MICHAEL J. LINDELL (Attachments: # 1 Subpoena)(Daniels, Douglas) (Entered: 03/18/2022) |
| 03/18/2022 | 129 | NOTICE *of Subpoena to Dr. J. Alex Halderman* by MICHAEL J. LINDELL (Attachments: # 1 Subpoena)(Daniels, Douglas) (Entered: 03/18/2022) |
| 03/25/2022 | 130 | Consent MOTION for Extension of Time to File Response/Reply as to 115 MOTION to Dismiss *(Dominion's and Hamilton's Motion to Dismiss Lindell's and MyPillow's Counterclaims and Lindell's Third-Party Claims)* , Consent MOTION for Leave to File Excess Pages by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Text of Proposed Order)(Walker, Laranda) (Entered: 03/25/2022) |
| 03/25/2022 | 131 | MOTION to Stay *Discovery* by HAMILTON PLACE STRATEGIES, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Walker, Laranda) (Entered: 03/25/2022) |
| 03/28/2022 | 132 | NOTICE of Appearance by Andrew D. Parker on behalf of MICHAEL J. LINDELL (Parker, Andrew) (Entered: 03/28/2022) |
| 03/29/2022 | 133 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MICHAEL J. LINDELL. Attorney Douglas A. Daniels and Heath Novosad terminated. (Daniels, Douglas) (Entered: 03/29/2022) |
| 04/01/2022 | | MINUTE ORDER. Upon review of 131 Motion to Stay Discovery, it is ORDERED that the Motion is GRANTED. It is further ORDERED that discovery is stayed on Lindell's third-party complaint against Hamilton, including initial disclosures, until Hamiltons motion to dismiss is resolved. Signed by Judge Carl J. Nichols on April 1, 2022. (lccjn2) (Entered: 04/01/2022) |
| 04/01/2022 | | MINUTE ORDER. Upon review of 130 Consent Motion for Extension of Time, it is ORDERED that the Motion is GRANTED. It is further ORDERED that Dominion and Hamilton may file one reply brief of no more than 40 pages in support of their joint motion to dismiss on or before April 8, 2022. Signed by Judge Carl J. Nichols on April 1, 2022. (lccjn2) (Entered: 04/01/2022) |

| 04/01/2022 | | Set/Reset Deadlines: Reply Brief due by 4/8/2022. (zcal) (Entered: 04/04/2022) |
|---|---|---|
| 04/08/2022 | 134 | REPLY to opposition to motion re 115 MOTION to Dismiss *(Dominion's and Hamilton's Motion to Dismiss Lindell's and MyPillow's Counterclaims and Lindell's Third-Party Claims)* filed by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Declaration of Zachary B. Savage, # 2 Exhibit 1) (Savage, Zachary) (Entered: 04/08/2022) |
| 05/19/2022 | 135 | MEMORANDUM OPINION. Signed by Judge Carl J. Nichols on May 19, 2022. (lccjn2) (Entered: 05/19/2022) |
| 05/19/2022 | 136 | ORDER. Signed by Judge Carl J. Nichols on May 19, 2022. (lccjn2) (Entered: 05/19/2022) |
| 05/19/2022 | | Set/Reset Deadlines: Brief due by 5/27/2022. Brief due by 6/3/2022. (zcal) (Entered: 05/20/2022) |
| 05/27/2022 | 137 | SUPPLEMENTAL MEMORANDUM to re 135 Memorandum & Opinion - *Smartmatic Defendants' Supplemental Rule 11 Brief Pursuant to the Court's May 19, 2022 Order* filed by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15)(Wrigley, Nicole) (Entered: 05/27/2022) |
| 06/02/2022 | 138 | NOTICE of Appearance by Douglas A. Daniels on behalf of MICHAEL J. LINDELL (Daniels, Douglas) (Entered: 06/02/2022) |
| 06/02/2022 | 139 | NOTICE of Appearance by Heath Novosad on behalf of MICHAEL J. LINDELL (Novosad, Heath) (Entered: 06/02/2022) |
| 06/03/2022 | 140 | SUPPLEMENTAL MEMORANDUM to re 136 Order *of May 19, 2022* filed by MICHAEL J. LINDELL. (Attachments: # 1 Exhibit Index, # 2 Exhibit A, # 3 Exhibit B) (Daniels, Douglas) (Entered: 06/03/2022) |
| 07/12/2022 | 141 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MICHAEL J. LINDELL. Attorney Earl N. Mayfield, III terminated. (Mayfield, Earl) (Entered: 07/12/2022) |
| 08/11/2022 | 142 | MOTION to Amend re 121 Order *to Amend Scheduling Order* by MY PILLOW, INC.. (Parker, Andrew) Modified docket event/text on 8/17/2022 (zed). (Entered: 08/11/2022) |
| 08/19/2022 | | MINUTE ORDER. It is ORDERED that the 142 Stipulated Motion to Amend Scheduling Order is GRANTED. Signed by Judge Carl J. Nichols on August 19, 2022. (lccjn2) (Entered: 08/19/2022) |
| 08/19/2022 | 143 | AMENDED SCHEDULING ORDER. Signed by Judge Carl J. Nichols on August 19, 2022. (lccjn2) (Entered: 08/19/2022) |
| 08/19/2022 | | Set/Reset Deadlines/Hearings: Discovery due by 4/14/2023. Dispositive Motions due by 11/3/2023. Response to Dispositive Motions due by 12/18/2023. Reply to Dispositive Motions due by 1/17/2024. Expert Discovery due by 5/26/2023. Plaintiff Rule 26(a)(1) due by 6/24/2022. Defendant Rule 26(a)(1) due by 6/24/2022. Time to effectuate service upon party due by 12/2/2022. Status Conference set for 10/4/2023 at 10:00 AM in Courtroom 19- In Person before Judge Carl J. Nichols. (zcal) (Entered: 08/19/2022) |
| 08/26/2022 | 144 | ENTERED IN ERROR.....MOTION for Hearing *Correspondence to Court* by MICHAEL J. LINDELL. (Attachments: # 1 Draft Protective Order)(Parker, Andrew) Modified on 9/1/2022 (zed). (Entered: 08/26/2022) |

| | | |
|---|---|---|
| 09/01/2022 | | NOTICE OF ERROR regarding 144 MOTION for Hearing *Correspondence to Court*. The following error(s) need correction: Incorrect format (Letter)- correspondence is not permitted (LCvR 5.1(a)). Please refile. (zed) (Entered: 09/01/2022) |
| 09/06/2022 | | Set/Reset Hearings: Status Conference set for 9/16/2022 at 10:00 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 09/06/2022) |
| 09/16/2022 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference held on 9/16/2022. Counsel meet and confer and email Courtroom Deputy by 9/23/2022. Court Reporter: Lorraine Herman. (zcal) (Entered: 09/16/2022) |
| 09/29/2022 | | MINUTE ORDER. It is ORDERED that Plaintiffs' September 28, 2022 request for leave to file a motion for a protective order is GRANTED. Signed by Judge Carl J. Nichols on September 29, 2022. (lccjn2) (Entered: 09/29/2022) |
| 09/30/2022 | 145 | MOTION for Protective Order by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Text of Proposed Order)(Walker, Laranda) (Entered: 09/30/2022) |
| 10/12/2022 | 146 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Matthew R. Eslick, Filing fee $ 100, receipt number ADCDC-9593379. Fee Status: Fee Paid. by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Pull, Joseph) (Attachment 2 replaced on 10/13/2022) (zed). (Entered: 10/12/2022) |
| 10/14/2022 | 147 | Memorandum in opposition to re 145 Motion for Protective Order, filed by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # 1 Declaration Declaration of Andrew D. Parker, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M)(Parker, Andrew) (Entered: 10/14/2022) |
| 10/19/2022 | | MINUTE ORDER. The Court having considered Defendants' 146 Motion for Leave to Appear Pro Hac Vice of Matthew R. Eslick, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Matthew R. Eslick is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a) Click for instructions**. Signed by Judge Carl J. Nichols on October 19, 2022. (lccjn2) (Entered: 10/19/2022) |
| 10/20/2022 | 148 | NOTICE of Appearance by Matthew R. Eslick on behalf of All Defendants (Eslick, Matthew) (Entered: 10/20/2022) |
| 10/21/2022 | 149 | REPLY to opposition to motion re 145 MOTION for Protective Order *Regarding Third Party Subpoenas* filed by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Declaration of Laranda Walker, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Walker, Laranda) (Entered: 10/21/2022) |
| 12/01/2022 | 150 | MOTION to Amend/Correct 143 Scheduling Order *Stipulated Motion to Amend Scheduling Order* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Walker, Laranda) (Entered: 12/01/2022) |
| 12/02/2022 | 151 | AMENDED SCHEDULING ORDER. Signed by Judge Carl J. Nichols on December 2, 2022. (lccjn2) (Entered: 12/02/2022) |

| 12/06/2022 | 152 | PROTECTIVE ORDER setting forth procedures for handling confidential material. Signed by Judge Carl J. Nichols on December 6, 2022. (lccjn2) (Entered: 12/06/2022) |
|---|---|---|
| 12/08/2022 | | MINUTE ORDER. In light of the Court's entry of the 152 Protective Order, it is ORDERED that the Parties shall file supplemental briefing regarding Plaintiffs' pending 145 Motion for Protective Order on or before December 16, 2022. Each side shall file a brief, not exceeding five pages, discussing what effect, if any, the 152 Protective Order has on the issues raised in Plaintiffs' 145 Motion for Protective Order, including whether the 152 Protective Order would prohibit disclosure of any information sought through the third party subpoenas. Signed by Judge Carl J. Nichols on December 8, 2022. (lccjn2) (Entered: 12/08/2022) |
| 12/08/2022 | | Set/Reset Deadlines: Supplemental Briefing due by 12/16/2022. (zcam) (Entered: 12/13/2022) |
| 12/16/2022 | 153 | Memorandum in opposition to re 145 Motion for Protective Order, *Supplemental* filed by MICHAEL J. LINDELL, MY PILLOW, INC.. (Parker, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 154 | SUPPLEMENTAL MEMORANDUM to re 145 MOTION for Protective Order filed by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Laranda Walker in Further Support of Plaintiff's Motion for Protective Order Regarding Third Party Subpoenas, # 2 Exhibit 1)(Walker, Laranda) (Entered: 12/16/2022) |
| 12/22/2022 | 155 | Supplemental MOTION for Order *Protective Order Regarding Third Party Subpoenas* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC. (Attachments: # 1 Affidavit of Laranda Walker, # 2 Exhibit 1)(Walker, Laranda) (Entered: 12/22/2022) |
| 12/22/2022 | 156 | RESPONSE re 155 Supplemental MOTION for Order *Protective Order Regarding Third Party Subpoenas* filed by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # 1 Declaration Declaration of Andrew Parker, # 2 Exhibit Ex. 1 to Parker Declaration) (Parker, Andrew) (Entered: 12/22/2022) |
| 01/03/2023 | | MINUTE ORDER. Upon review of Plaintiffs' 145 Motion for Protective Order, Defendants' opposition, and the Parties' supplemental briefing, it is ORDERED that the Parties shall appear for a telephonic hearing at 2:00 PM on January 10, 2023. Signed by Judge Carl J. Nichols on January 3, 2023. (lccjn2) (Entered: 01/03/2023) |
| 01/03/2023 | | Set/Reset Hearings: Telephone Conference set for 1/10/2023 at 2:00 PM via Telephone before Judge Carl J. Nichols. (zjch, ) (Entered: 01/03/2023) |
| 01/03/2023 | | ENTERED IN ERROR.....Set/Reset Hearings: Status Conference set for 1/10/2023 at 10:00 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcam) Modified on 1/9/2023 (zcam). (Entered: 01/04/2023) |
| 01/10/2023 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Status Conference held on 1/10/2023. The Court directed the parties to meet and confer no later than January 20, 2023, make a good faith effort to narrow the set of information requested of the counties and follow with the Court no later than January 27, 2023, on their agreement or respective proposals; filings shall be no more than 10 pages long. (Court Reporter Jeff Hook.) (ztg) (Entered: 01/10/2023) |
| 01/27/2023 | 157 | SUPPLEMENTAL MEMORANDUM to re 153 Memorandum in Opposition, 147 Memorandum in Opposition, 156 Response to motion, filed by MICHAEL J. LINDELL, MY PILLOW, INC.. (Parker, Andrew) (Entered: 01/27/2023) |

| | | |
|---|---|---|
| 01/27/2023 | 158 | SUPPLEMENTAL MEMORANDUM to re 145 MOTION for Protective Order *Supplemental Memorandum In Support* filed by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Exhibit A - Subpoena to Dakota County, # 2 Text of Proposed Order)(Walker, Laranda) (Entered: 01/27/2023) |
| 02/09/2023 | 159 | PROTECTIVE ORDER regarding third-party subpoenas. Signed by Judge Carl J. Nichols on February 9, 2023. (lccjn2) (Entered: 02/09/2023) |
| 04/06/2023 | 160 | NOTICE OF SUPPLEMENTAL AUTHORITY by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP. (Attachments: # 1 Exhibit Exhibit A)(Muench, Lee) (Entered: 04/06/2023) |
| 05/05/2023 | 161 | MOTION to Amend/Correct 143 Scheduling Order, 151 Order on Motion to Amend/Correct, Set/Reset Deadlines/Hearings, 121 Order , MOTION for Scheduling Order by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Exhibit Proposed Order) (Pusch, Dustin) (Entered: 05/05/2023) |
| 05/15/2023 | 162 | AMENDED SCHEDULING ORDER. Signed by Judge Carl J. Nichols on May 15, 2023. (lccjn2) (Entered: 05/15/2023) |
| 05/15/2023 | | Set/Reset Deadlines: Proponents To Designate Expert Witnesses And Produce Expert Reports Under Fed. R. Civ. 26(a)(2) due by 2/12/2024. (mac) (Entered: 05/15/2023) |
| 05/31/2023 | | MINUTE ORDER. It is ORDERED that the Defendants and the third-party subpoena recipients shall appear for a telephonic status conference on June 5, 2023 at 11:30 AM. It is further ORDERED that the Defendants shall notify the third parties of this Order by 5:00 PM today. Signed by Judge Carl J. Nichols on May 31, 2023. (lccjn2) (Entered: 05/31/2023) |
| 06/05/2023 | | Minute Entry for proceedings held Telephonically before Judge Carl J. Nichols: Telephonic Status Conference held on 6/5/2023. (Court Reporter SARA WICK.) (mac) (Entered: 06/05/2023) |
| 06/08/2023 | 163 | NOTICE of Appearance by Eve Levin on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Levin, Eve) (Entered: 06/08/2023) |
| 06/08/2023 | 164 | Joint MOTION to Amend/Correct 152 Protective Order by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Text of Proposed Order)(Walker, Laranda) (Entered: 06/08/2023) |
| 06/14/2023 | | MINUTE ORDER. It is ORDERED that the Clerk shall randomly assign a District Judge for noticing on this case for purposes of handling the dispute involving the deposition subpoenas. Signed by Judge Carl J. Nichols on June 14, 2023. (lccjn2) (Entered: 06/14/2023) |
| 06/15/2023 | | NOTICE of Random Assignment of Judge Trevor N. McFadden pursuant to MINUTE ORDER dated 6/14/23 ORDERING that the Clerk shall randomly assign a District Judge for noticing on this case for purposes of handling the dispute involving the deposition subpoenas. (ztnr) (Entered: 06/15/2023) |
| 06/16/2023 | | NOTICE of Random Reassignment of Judge Timothy J. Kelly pursuant to MINUTE ORDER dated 6/14/23 ORDERING that the Clerk shall randomly assign a District Judge for noticing on this case for purposes of handling the dispute involving the deposition subpoenas. (ztnr) (Entered: 06/16/2023) |

| 06/16/2023 | 165 | AMENDED PROTECTIVE ORDER. Signed by Judge Carl J. Nichols on June 16, 2023. (lccjn2) (Entered: 06/16/2023) |
|---|---|---|
| 06/28/2023 | 166 | ENTERED IN ERROR.....NOTICE OF WITHDRAWAL OF APPEARANCE as to MICHAEL J. LINDELL, MY PILLOW, INC.. Attorney Matthew R. Eslick terminated. (Parker, Andrew) Modified on 6/30/2023 (zed). (Entered: 06/28/2023) |
| 06/30/2023 | | NOTICE OF ERROR regarding 166 Notice of Withdrawal of Appearance. The following error(s) need correction: Notice of withdrawal must be signed and filed by the withdrawing attorney and signed by the party/parties represented (LCvR 83.6(b)). (zed) (Entered: 06/30/2023) |
| 07/07/2023 | 167 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Edgar Sargent, Filing fee $ 100, receipt number BDCDC-10188481. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Declaration Declaration of Edgar Sargent in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order [Proposed] Order)(Shackelford, Stephen) (Entered: 07/07/2023) |
| 07/07/2023 | 168 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Elizabeth B. Hadaway, Filing fee $ 100, receipt number ADCDC-10188527. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Declaration of Elizabeth B. Hadaway, # 2 Text of Proposed Order)(Shackelford, Stephen) (Entered: 07/07/2023) |
| 07/07/2023 | 169 | ENTERED IN ERROR.....NOTICE OF WITHDRAWAL OF APPEARANCE as to DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. Attorney Brittany Fowler; Justin A. Nelson; Jordan Mikhail Rux, I; Elisha Barron and Florence Chen terminated. (Shackelford, Stephen) Modified on 7/11/2023 (zed). (Entered: 07/07/2023) |
| 07/07/2023 | 170 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Mark H. Hatch-Miller, Filing fee $ 100, receipt number ADCDC-10188554. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Declaration of Mark H. Hatch-Miller, # 2 Text of Proposed Order) (Shackelford, Stephen) (Entered: 07/07/2023) |
| 07/07/2023 | 171 | NOTICE of Appearance by Eve Levin on behalf of HAMILTON PLACE STRATEGIES, LLC (Levin, Eve) (Entered: 07/07/2023) |
| 07/07/2023 | 172 | NOTICE of Appearance by Jonathan J. Ross on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC. (Ross, Jonathan) (Entered: 07/07/2023) |
| 07/07/2023 | | NOTICE OF ERROR regarding 170 Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Mark H. Hatch-Miller, Filing fee $ 100, receipt number ADCDC-10188554. Fee Status: Fee Paid., 167 Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Edgar Sargent, Filing fee $ 100, receipt number BDCDC-10188481. Fee Status: Fee Paid., 168 Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Elizabeth B. Hadaway, Filing fee $ 100, receipt number ADCDC-10188527. Fee Status: Fee Paid.. The following error(s) need correction: Pro Hac Vice |

| | | |
|---|---|---|
| | | motion must be accompanied by a Certificate of Good Standing issued within the last 30 days (LCvR 83.2(c)(2)). Please file certificate as an Errata (zed) (Entered: 07/07/2023) |
| 07/07/2023 | 173 | ERRATA *Certificate of Good Standing of Edgar Sargent* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC. re 167 Motion for Leave to Appear Pro Hac Vice,. (Shackelford, Stephen) (Entered: 07/07/2023) |
| 07/07/2023 | 174 | ERRATA *Certificate of Good Standing of Elizabeth B. Hadaway* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC. re 168 Motion for Leave to Appear Pro Hac Vice,. (Shackelford, Stephen) (Entered: 07/07/2023) |
| 07/10/2023 | 175 | ERRATA *Certificate of Good Standing of Mark Hatch-Miller* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. re 170 Motion for Leave to Appear Pro Hac Vice,. (Shackelford, Stephen) (Entered: 07/10/2023) |
| 07/11/2023 | | NOTICE OF ERROR regarding 169 Notice of Withdrawal of Appearance,. The following error(s) need correction: Notice of withdrawal must be signed and filed by the withdrawing attorney and signed by the party/parties represented (LCvR 83.6(b)). (zed) (Entered: 07/11/2023) |
| 07/11/2023 | 176 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. Attorney Jordan Mikhail Rux, I terminated. (Rux, Jordan) (Entered: 07/11/2023) |
| 07/11/2023 | 177 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. Attorney Justin A. Nelson terminated. (Nelson, Justin) (Entered: 07/11/2023) |
| 07/12/2023 | 178 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. Attorney Florence Chen terminated. (Chen, Florence) (Entered: 07/12/2023) |
| 07/12/2023 | 179 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Christina M. Dieckmann, Filing fee $ 100, receipt number ADCDC-10201457. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC.. (Attachments: # 1 Declaration of Christina M. Dieckmann in support of Motion for Admission Pro Hac Vice with Certificate of Good Standing, # 2 Text of Proposed Order Granting Plaintiff's Motion for Admission Pro Hac Vice of Christina M. Dieckmann) (Shackelford, Stephen) (Entered: 07/12/2023) |
| 07/17/2023 | | MINUTE ORDER: Upon consideration of the parties' dispute related to three third-party subpoenas served by Defendants Lindell and My Pillow, Inc., it is hereby ORDERED that Defendants shall file a motion to compel compliance with the subpoenas by August 7, 2023; the United States shall respond by August 28, 2023; and Defendants shall reply by September 11, 2023. It is further ORDERED that Defendants shall promptly provide a copy of this Order to counsel for the United States. Signed by Judge Timothy J. Kelly on 7/17/2023. (lctjk1) (Entered: 07/17/2023) |
| 07/24/2023 | 180 | AMENDED SCHEDULING ORDER. Signed by Judge Carl J. Nichols on July 24, 2023. (lccjn2) (Entered: 07/24/2023) |
| 07/25/2023 | | MINUTE ORDER. The Court having considered Plaintiffs' Motions for Leave to Appear Pro Hac Vice of Edgar Sargent, Elizabeth Hadaway, Mark Hatch-Miller, and Christina |

| | | |
|---|---|---|
| | | Dieckmann, and it appearing to the Court that the attorneys referenced therein meet the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motions are GRANTED. It is further ORDERED that Edgar Sargent, Elizabeth Hadaway, Mark Hatch-Miller, and Christina Dieckmann are ADMITTED to practice before the Court pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Carl J. Nichols on July 25, 2023. (lccjn2) (Entered: 07/25/2023) |
| 07/31/2023 | 181 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Nathaniel R. Greene, Filing fee $ 100, receipt number ADCDC-10243419. Fee Status: Fee Paid. by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # 1 Declaration Declaration of Nathaniel Greene with Certificates of Good Standing, # 2 Text of Proposed Order) (Pull, Joseph) (Entered: 07/31/2023) |
| 08/03/2023 | | MINUTE ORDER. The Court having considered Defendants' 181 Motion for Leave to Appear Pro Hac Vice of Nathaniel R. Greene, and it appearing to the Court that the attorney referenced therein meet the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Nathaniel R. Greene is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Carl J. Nichols on August 3, 2023. (lccjn2) (Entered: 08/03/2023) |
| 08/07/2023 | 182 | MOTION to Compel *Deposition Testimony of Carlotta Wells* by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Declaration, # 4 Exhibit Ex. A-T to Declaration of Parker, # 5 Text of Proposed Order) (Parker, Andrew) (Entered: 08/07/2023) |
| 08/07/2023 | 183 | MOTION to Compel *Deposition Testimony of John Negroponte* by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 4 Exhibit Ex. A-T to Declaration of Parker, # 5 Text of Proposed Order)(Parker, Andrew) (Entered: 08/07/2023) |
| 08/10/2023 | 184 | NOTICE of Appearance by Christina Dieckmann on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., HAMILTON PLACE STRATEGIES, LLC, US DOMINION, INC. (Dieckmann, Christina) (Entered: 08/10/2023) |
| 08/17/2023 | 185 | MOTION for Extension of Time to File Response/Reply as to 183 MOTION to Compel *Deposition Testimony of John Negroponte*, 182 MOTION to Compel *Deposition Testimony of Carlotta Wells* by United States. (Attachments: # 1 Text of Proposed Order) (Snyder, Cassandra) (Entered: 08/17/2023) |
| 08/23/2023 | 186 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. Attorney Megan Lambart Meier and Dustin Andrew Pusch terminated. (Meier, Megan) (Entered: 08/23/2023) |
| 08/30/2023 | 187 | NOTICE of Appearance by Elizabeth B. Hadaway on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Hadaway, Elizabeth) (Entered: 08/30/2023) |
| 08/30/2023 | 188 | NOTICE of Appearance by Mark Hatch-Miller on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Hatch-Miller, Mark) (Entered: 08/30/2023) |
| 09/01/2023 | 189 | Memorandum in opposition to re 185 Motion for Extension of Time to File Response/Reply, filed by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # |

| | | |
|---|---|---|
| | | **1** Declaration Declaration of Joseph Pull, # **2** Exhibit Ex. A to Declaration of Pull, # **3** Text of Proposed Order)(Parker, Andrew) (Entered: 09/01/2023) |
| 09/04/2023 | **190** | Memorandum in opposition to re **182** Motion to Compel, filed by United States. (Snyder, Cassandra) Modified on 9/5/2023 to correct date filed (zjm). (Entered: 09/05/2023) |
| 09/04/2023 | **191** | Memorandum in opposition to re **183** Motion to Compel, filed by United States. (Snyder, Cassandra) Modified on 9/5/2023 to correct date filed (zjm). (Entered: 09/05/2023) |
| 09/08/2023 | **192** | NOTICE of Appearance by Edgar Sargent on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Sargent, Edgar) (Entered: 09/08/2023) |
| 09/11/2023 | **193** | REPLY to opposition to motion re **183** MOTION to Compel *Deposition Testimony of John Negroponte* filed by MICHAEL J. LINDELL, MY PILLOW, INC.. (Parker, Andrew) (Entered: 09/11/2023) |
| 09/11/2023 | **194** | REPLY to opposition to motion re **182** MOTION to Compel *Deposition Testimony of Carlotta Wells* filed by MICHAEL J. LINDELL, MY PILLOW, INC.. (Parker, Andrew) (Entered: 09/11/2023) |
| 09/14/2023 | | Set/Reset Hearings: Status Conference set for 9/21/2023 at 11:00 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcam) (Entered: 09/14/2023) |
| 09/21/2023 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephonic Status Conference held on 9/21/2023. Parties are ordered to meet & confer and conclude discussions by 10/6/2023. Motions from these discussions, if any, due by 10/17/2023. Dominion's Motion to Compel due by 10/13/2023. Oppositions due by 10/27/2023. Parties are ordered to meet & confer and conclude discussions regarding depositions by 10/20/2023. Motions from these discussions, if any, due by 11/1/2023. (Court Reporter: Jan Dickman) (zkh) (Entered: 09/21/2023) |
| 10/05/2023 | **195** | MOTION to Withdraw as Attorney by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # **1** Memorandum in Support, # **2** Declaration, # **3** Text of Proposed Order, # **4** Certificate of Service)(Parker, Andrew) (Entered: 10/05/2023) |
| 10/06/2023 | **196** | MEET AND CONFER STATEMENT. (Parker, Andrew) (Entered: 10/06/2023) |
| 10/20/2023 | **197** | MOTION for Hearing re **195** MOTION to Withdraw as Attorney by MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # **1** Text of Proposed Order Proposed Order)(Parker, Andrew) (Entered: 10/20/2023) |
| 11/01/2023 | **198** | NOTICE OF WITHDRAWAL OF APPEARANCE as to MY PILLOW, INC.. Attorney Matthew R. Eslick terminated. (Eslick, Matthew) (Entered: 11/01/2023) |
| 11/02/2023 | **199** | NOTICE *Concerning Discovery Protocol Proposals* by MICHAEL J. LINDELL, MY PILLOW, INC. (Parker, Andrew) (Entered: 11/02/2023) |
| 11/06/2023 | **200** | TRANSCRIPT OF PROCEEDINGS before Judge Carl J. Nichols held on September 21, 2023; Page Numbers: 1-69. Date of Issuance: November 6, 2023. Court Reporter: Janice Dickman, Telephone number: 202-354-3267, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter. |

|  |  | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/7/2023. Release of Transcript Restriction set for 2/4/2024.(Dickman, Janice) (Entered: 11/06/2023) |
| 11/09/2023 | [201](#) | NOTICE *of Joinder* by MICHAEL J. LINDELL, MY PILLOW, INC. (Parker, Andrew) (Entered: 11/09/2023) |
| 11/15/2023 | [202](#) | RESPONSE re [201](#) Notice (Other) *Defendants Oan, Powell, and Byrne's Motions for Entry of Deposition Protocol* filed by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # [1](#) Text of Proposed Order)(Walker, Laranda) (Entered: 11/15/2023) |
| 12/12/2023 |  | MINUTE ORDER granting in part the United States' [185](#) motion to extend its deadline to respond to Defendants Lindell and My Pillow, Inc.'s [182](#) and [183](#) motions to compel and referring Defendants' motions to Magistrate Judge Moxila A. Upadhyaya. Upon consideration of the United States' [185](#) motion to extend its deadline to respond to Defendants Lindell and My Pillow, Inc.'s [182](#) and [183](#) motions to compel, it is hereby ORDERED, *nunc pro tunc*, that the motion is GRANTED as far as it sought an extension until September 4, 2023, which Defendants did not oppose. The Court will treat the United States' [190](#) and [191](#) oppositions as timely. Additionally, the parties' briefing on this matter alerted the Court that Defendants are seeking to subpoena deposition testimony by the same two individuals at issue here, Carlotta Wells and John Negroponte, in a similar lawsuit in the District of Minnesota, *Smartmatic USA Corp. v. Lindell*, No. 22-cv-98 (D. Minn.). They have moved to compel compliance with those subpoenas in separate miscellaneous actions in this District, *Smartmatic USA Corp. et al v. Lindell et al*, No. 23-mc-73-CKK-MAU, ECF No. 1 (D.D.C. July 28, 2023) (Wells) and *Lindell et al v. John Negroponte*, 23-mc-78-ACR, ECF No. 1 (D.D.C. Aug. 10, 2023). In light of the above, the Court finds that the interests of judicial economy would be served by litigating these issues before one judge. Therefore, it is further ORDERED that, pursuant to Local Civil Rule 72.2(a), Defendants' [182](#) and [183](#) motions to compel are REFERRED directly to Magistrate Judge Moxila A. Upadhyaya. Signed by Judge Timothy J. Kelly on 12/12/2023. (lctjk1) (Entered: 12/12/2023) |
| 12/12/2023 |  | CASE DIRECTLY REFERRED to Magistrate Judge Moxila A. Upadhyaya for motions to compel. (zrtw) (Entered: 12/12/2023) |
| 01/10/2024 | [203](#) | NOTICE of Appearance by Robert J. Cynkar on behalf of MICHAEL J. LINDELL (Cynkar, Robert) (Entered: 01/10/2024) |
| 01/31/2024 |  | MINUTE ORDER. It is ORDERED that this matter be referred to Magistrate Judge Upadhyaya for resolution of all discovery disputes before Judge Nichols. So ORDERED by Judge Carl J. Nichols on January 31, 2024. (lccjn2) (Entered: 01/31/2024) |
| 01/31/2024 |  | CASE DIRECTLY REFERRED to Magistrate Judge Moxila A. Upadhyaya for resolution of all discovery disputes. (zrtw) (Entered: 02/01/2024) |
| 02/09/2024 | [204](#) | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Deborah B. McIlhenny, Filing fee $ 100, receipt number ADCDC-10679468. Fee Status: Fee Paid. by MICHAEL J. LINDELL. (Attachments: # [1](#) Declaration Declaration and Attorney Certification, # [2](#) |

| | | |
|---|---|---|
| | | Exhibit Kansas Certificate of Good Standing, # 3 Exhibit Georgia Certificate of Good Standing, # 4 Text of Proposed Order)(Cynkar, Robert) (Entered: 02/09/2024) |
| 03/06/2024 | | MINUTE ORDER: The Parties shall appear for a status conference on March 18, 2024 at 3:00 PM in person in Courtroom 5 before Magistrate Judge Moxila A. Upadhyaya. The Parties shall meet and confer with each other and the Parties to the cases that are consolidated and/or voluntarily coordinated for discovery related to this litigation, and by March 13, 2024, file on each relevant docket a joint status report that includes (1) the current list of cases that are consolidated/voluntarily coordinated for discovery; and (2) a chart detailing all discovery disputes in these cases using the guidance the Court will email to counsel for the Parties. SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya on 03/06/2024. (lchq) (Entered: 03/06/2024) |
| 03/13/2024 | 205 | Joint STATUS REPORT by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Brook, Davida) (Entered: 03/13/2024) |
| 03/15/2024 | 206 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. Attorney Thomas A. Clare terminated. (Clare, Thomas) (Entered: 03/15/2024) |
| 03/18/2024 | | Minute Entry for proceedings held before Magistrate Judge Moxila A. Upadhyaya: Status Conference held on 3/18/2024. Parties are to abide by deadlines set forth on the record. Order Forth With. Court Reporter: FTR- GOLD; FTR Time Frame: CRTM 5: [3:08:03- 4:38:30] (znjb) (Entered: 03/19/2024) |
| 03/19/2024 | | MINUTE ORDER: The Parties shall abide by the deadlines set forth on the record at the March 18, 2024 Discovery Status Hearing. The Parties shall submit to Chambers a word version of their proposed Deposition Protocol as the Court ordered by March 20, 2024. Additionally, the Parties shall submit to Chambers a word version of their proposed discovery protocol and update on any previously identified disputes that they have resolved by March 20, 2024. SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya on 03/19/2024. (lchq) (Entered: 03/19/2024) |
| 03/21/2024 | 207 | TRANSCRIPT OF STATUS CONFERENCE before Magistrate Judge Moxila A. Upadhyaya held on March 18, 2024; Page Numbers: 1-93. Date of Issuance: March 21, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354-3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/11/2024. Redacted Transcript Deadline set for 4/21/2024. Release of Transcript Restriction set for 6/19/2024.(Edwards, Lisa) (Entered: 03/21/2024) |

| 03/21/2024 | 208 | TRANSCRIPT OF STATUS CONFERENCE before Magistrate Judge Moxila A. Upadhyaya held on March 18, 2024; Page Numbers: 1-93. Date of Issuance: March 21, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354-3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/11/2024. Redacted Transcript Deadline set for 4/21/2024. Release of Transcript Restriction set for 6/19/2024.(Edwards, Lisa) (Entered: 03/21/2024) |
| 03/21/2024 | 209 | Amended Protective Order. Signed by Magistrate Judge Moxila A. Upadhyaya on 03/21/2024. (lchk) (Entered: 03/21/2024) |
| 03/21/2024 | 210 | ORDER on Fact Witness Deposition Protocol. Signed by Magistrate Judge Moxila A. Upadhyaya on 03/21/2024. (lchk) (Entered: 03/21/2024) |
| 03/25/2024 | 211 | NOTICE of Change of Address by Eve Levin (Levin, Eve) (Entered: 03/25/2024) |
| 04/03/2024 | 212 | NOTICE of Appearance by Christopher Ivan Kachouroff on behalf of MICHAEL J. LINDELL, MY PILLOW, INC. (Kachouroff, Christopher) (Entered: 04/03/2024) |
| 04/03/2024 | 213 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MICHAEL J. LINDELL, MY PILLOW, INC.. Attorney Ryan Malone; Andrew D. Parker; Joseph Alan Pull; Elizabeth S. Wright; Abraham S. Kaplan and Nathan Lewin terminated. (Parker, Andrew) (Entered: 04/03/2024) |
| 04/16/2024 | 214 | MOTION for Hearing - *Smartmatic's Motion for Status Conference* by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Exhibit A - Proposed Order)(Connolly, Joel) (Entered: 04/16/2024) |
| 04/20/2024 | 215 | TRANSCRIPT OF VIDEO STATUS CONFERENCE PROCEEDINGS before Judge Carl J. Nichols, held on September 16, 2022. Page Numbers: 1-34. Date of Issuance: April 20, 2024. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five |

| | | |
|---|---|---|
| | | personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/11/2024. Redacted Transcript Deadline set for 5/21/2024. Release of Transcript Restriction set for 7/19/2024.(Herman, Lorraine) (Entered: 04/20/2024) |
| 05/19/2024 | | MINUTE ORDER. The 214 Motion for Status Conference is GRANTED. It is further ORDERED that the parties shall appear for a video status conference on May 31, 2024 at 10 AM. So ORDERED by Judge Carl J. Nichols on May 19, 2024. (lccjn2) (Entered: 05/19/2024) |
| 05/29/2024 | 216 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Timothy M. Frey, Filing fee $ 100, receipt number ADCDC-10927708. Fee Status: Fee Paid. by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Exhibit A- Certificate of Good Standing, # 2 Declaration of Timothy M. Frey, # 3 Text of Proposed Order)(Connolly, Joel) (Entered: 05/29/2024) |
| 05/29/2024 | 217 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Julie M. Loftus, Filing fee $ 100, receipt number ADCDC-10927871. Fee Status: Fee Paid. by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # 1 Exhibit A- Certificate of Good Standing, # 2 Declaration of Julie M. Loftus, # 3 Text of Proposed Order)(Connolly, Joel) (Entered: 05/29/2024) |
| 05/31/2024 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Status Conference held on 5/31/2024. Court Reporter: Lorraine Herman. (zcam) (Entered: 05/31/2024) |
| 06/07/2024 | 218 | ORDER denying 182 Motion to Compel; denying 183 Motion to Compel. Signed by Magistrate Judge Moxila A. Upadhyaya on 06/07/2024. (lchk) (Entered: 06/07/2024) |
| 06/07/2024 | 219 | MEMORANDUM OPINION accompanying Order 218 denying 182 Motion to Compel; denying 183 Motion to Compel. Signed by Magistrate Judge Moxila A. Upadhyaya on 06/07/2024. (lchk) (Entered: 06/07/2024) |
| 06/07/2024 | 220 | NOTICE - *Smartmatic's Position Statement Following the Status Conference Held on May 31, 2024* by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP. (Connolly, Joel) (Entered: 06/07/2024) |
| 06/13/2024 | | MINUTE ORDER. The Court having considered the 204 Motion for Leave to Appear Pro Hac Vice of Deborah B. McIlhenny, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Deborah B. McIlhenny is ADMITTED to practice before the Court pro hac vice. Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a) Click for instructions. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on June 13, 2024. (lccjn2) (Entered: 06/13/2024) |
| 06/13/2024 | | MINUTE ORDER: On June 3, 2024, the District Judge granted the Parties' Joint Motion to Amend the Schedule and entered the order in 21-cv-2130. *See* ECF No. 181 in 21-cv-2130. This Order requires the Parties to abide by the following deadlines: Completion of Fact Discovery: September 30, 2024; Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): October 28, 2024; Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports Under Fed. R. Civ. P. 26(a)(2): December 9, 2024; Deadline for Proponents to Produce |

| | | |
|---|---|---|
| | | Responsive Expert Reports: January 20, 2025; Deadline for Expert Depositions: February 24, 2025; Status Conference: In-Person Status Conference at 11:00 am on February 18, 2025; Deadline to File Dispositive Motions: March 14, 2025; Deadline to File Oppositions to Dispositive Motions: April 21, 2025; Deadline to File Replies in Support of Dispositive Motions: June 2, 2025. The deadlines in this case are therefore updated accordingly. SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya on 06/13/2024. (lchk) (Entered: 06/13/2024) |
| 07/26/2024 | | MINUTE ORDER. The 195 Motion to Withdraw and 197 Motion for a Hearing Regarding the Motion to Withdraw and DENIED AS MOOT in light of the withdrawals noticed in docket entry 213. So ORDERED by Judge Carl J. Nichols on July 26, 2024. (lccjn2) (Entered: 07/26/2024) |
| 08/09/2024 | 221 | NOTICE *of Filing* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Attachments: # 1 Exhibit A - Letter to Judge Upadhyaya)(Brook, Davida) (Entered: 08/09/2024) |
| 08/13/2024 | | MINUTE ORDER: The Parties shall appear for a virtual discovery status hearing on August 20, 2024 at 10:30 AM before Magistrate Judge Moxila A. Upadhyaya. By August 16, 2024, the Parties shall file one joint status report that lists the current remaining discovery disputes, the Parties' efforts to resolve them, and the order in which the Parties seek Court intervention to resolve the disputes. As part of this joint status report, the Parties shall update the Court on which if any disputes related to the Discovery Protocol they have resolved and which disputes remain. SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya on 08/13/2024. (lchk) Signed by Magistrate Judge Moxila A. Upadhyaya on 08/13/2024. (lchk) (Entered: 08/13/2024) |
| 08/16/2024 | | MINUTE ORDER. The Court having considered the 216 and 217 Motions for Leave to Appear Pro Hac Vice of Timothy Frey and Julie Loftus, and it appearing to the Court that the attorneys referenced therein meet the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motions are GRANTED. It is further ORDERED that those individuals are ADMITTED to practice before the Court pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on 08/16/2024. (lccjn2) (Entered: 08/16/2024) |
| 08/16/2024 | 222 | Joint STATUS REPORT *Second Joint Status Report* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Brook, Davida) (Entered: 08/16/2024) |
| 08/20/2024 | | Minute Entry for proceedings held before Magistrate Judge Moxila A. Upadhyaya: Discovery Conference and Status Hearing held on 8/20/2024. Parties to submit final Discovery Protocol Order incorporating Court's oral rulings no later than August 23, 2024. Court Reporter FTR- GOLD; FTR Time Frame: CRTM 5: [10:54:18-12:15:24] [RECESS: 12:15:25-12:26:58][12:26:59-12:59:21]. (znjb) (Entered: 08/20/2024) |
| 08/21/2024 | 223 | NOTICE of Appearance by Julie Loftus on behalf of SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP. (Loftus, Julie) (Entered: 08/21/2024) |
| 08/22/2024 | 224 | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge Moxila A. Upadhyaya held on August 20, 2024; Page Numbers: 1-90. Date of Issuance:August 21, 2024. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354-3246, Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/12/2024. Redacted Transcript Deadline set for 9/22/2024. Release of Transcript Restriction set for 11/20/2024.(Reeves, Sonja) (Entered: 08/22/2024) |
| 08/22/2024 | 225 | NOTICE of Appearance by Timothy M Frey on behalf of SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP. (Frey, Timothy) (Entered: 08/22/2024) |
| 08/23/2024 | 226 | NOTICE of Proposed Order *Final Discovery Protocol Order re Discovery Hearing* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Brook, Davida) (Entered: 08/23/2024) |
| 09/10/2024 | | MINUTE ORDER: Dominion and OAN submitted three joint discovery disputes to the Court on August 22, August 26, and September 6, 2024. It appears that only the Parties US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation, Herring Networks, Inc., Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb are party to these disputes. To resolve these disputes, the Court hereby ORDERS the aforementioned Parties to appear before Magistrate Judge Moxila A. Upadhyaya for a virtual discovery hearing by Zoom on Thursday, September 12, 2024 at 1 PM. For each of the disputes, each Party should be prepared to explain its positions in no more than five minutes.<br><br>All Parties in the list of cases that are consolidated and/or voluntarily coordinated for discovery related to this litigation have been notified and are welcome, but not required, to attend this hearing.<br><br>Discovery Hearing set for 9/12/2024 at 01:00 PM in Telephonic/VTC before Magistrate Judge Moxila A. Upadhyaya. SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya on 09/10/2024. (lcrd) (Entered: 09/10/2024) |
| 09/12/2024 | | Minute Entry for proceedings held before Magistrate Judge Moxila A. Upadhyaya: Discovery Hearing held and concluded on 9/12/2024. Court Reporter Sara Wick. (znjb) (Entered: 09/12/2024) |
| 09/13/2024 | 227 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- George El-Khoury, Filing fee $ 100, receipt number ADCDC-11156201. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of George El-Khoury, # 2 Text of Proposed Order)(Shackelford, Stephen) (Entered: 09/13/2024) |
| 09/13/2024 | | MINUTE ORDER: No later than September 18, 2024, the Parties shall file a joint status report that lists the updated current remaining discovery disputes, the Parties' efforts to resolve them, and the order in which the Parties seek Court intervention to resolve the disputes. As part of this joint status report, the Parties shall update the Court on which, if |

| | | |
|---|---|---|
| | | any, disputes previously submitted to the Court have been resolved or are now moot. SO ORDERED. Joint Status Report due by 9/18/2024. Signed by Magistrate Judge Moxila A. Upadhyaya on 09/13/2024. (lcrd) (Entered: 09/13/2024) |
| 09/13/2024 | | MINUTE ORDER: On September 12, 2024, the Court held a discovery hearing relating to discovery disputes between only US Dominion Inc., et al. ("Dominion") and Herring Networks, Inc. et al. ("Herring"). For the reasons stated on the record at that hearing, it is hereby ORDERED that: (1) Herring's request to depose James Hoover is GRANTED, with such deposition to be limited to no more than three hours of testimony time. The Parties shall meet and confer and submit by email draft letters rogatory to the Court by no later than September 16, 2024; (2) With respect to the question of whether Defendant Robert Herring, Sr. must be compelled to testify, the Parties shall submit their positions in letter briefs not to exceed two pages per side, except Herring may file a one-page reply to Dominion's response. The Parties shall submit the briefing as one document to the Court no later than September 20, 2024; (3) the Parties shall work cooperatively on a subpoena to the three OAN employees for a search of any personal devices for responsive information and shall submit a joint status report to the Court by no later than September 20, 2024; and (4) with the agreement of both Parties, either Party may reschedule already-noticed depositions of third-party witnesses, if such witnesses have made such a request based on burden, up to and including October 31, 2024, notwithstanding the fact discovery cutoff of September 31, 2024. SO ORDERED. Draft letters rogatory due by 9/16/2024. Joint Status Report on subpoenas due by 9/20/2024. Letter Briefs due by 9/20/2024. Signed by Magistrate Judge Moxila A. Upadhyaya on 09/13/2024. (lcrd) (Entered: 09/13/2024) |
| 09/16/2024 | | Set/Reset Deadlines: Joint Status Report due by 9/18/2024. (znjb) (Entered: 09/16/2024) |
| 09/16/2024 | 228 | ORDER: For the reasons stated on the record at the hearing on August 20, 2024, the Parties' Joint Final Discovery Protocol Order 226 is GRANTED. Signed by Magistrate Judge Moxila A. Upadhyaya on 09/16/2024. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (lcrd) (Entered: 09/16/2024) |
| 09/18/2024 | 229 | Joint STATUS REPORT by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Brook, Davida) (Entered: 09/18/2024) |
| 09/23/2024 | | MINUTE ORDER. The Court having considered the 227 Motion for Leave to Appear Pro Hac Vice, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Attorney George El-Khoury is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on September 23, 2024. (lccjn2) (Entered: 09/23/2024) |
| 10/03/2024 | | Set/Reset Hearings: Discovery Hearing set for 10/8/2024 at 02:00 PM in Telephonic/VTC before Magistrate Judge Moxila A. Upadhyaya. (lcrd) (Entered: 10/03/2024) |
| 10/08/2024 | | Minute Entry for proceedings held before Magistrate Judge Moxila A. Upadhyaya: Discovery Hearing held on 10/8/2024. Order to be issued. Court Reporter Sonja Reeves. (znjb) (Entered: 10/09/2024) |
| 10/09/2024 | | MINUTE ORDER: Pursuant to the Court's order at the discovery hearing on 10/08/2024, the Parties in all five cases consolidated/coordinated for discovery shall submit one joint proposed order incorporating the Court's rulings (which includes the Parties' agreements on certain issues as presented to the Court after the break) by no later than 10/16/2024. |

| | | |
|---|---|---|
| | | SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya on 10/09/2024. (lcrd) (Entered: 10/09/2024) |
| 10/16/2024 | [230](#) | NOTICE of Proposed Order *Concerning Scheduling and Discovery Disputes* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Dieckmann, Christina) (Entered: 10/16/2024) |
| 10/24/2024 | [231](#) | MOTION for Status Conference by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # [1](#) Text of Proposed Order)(Loftus, Julie) (Entered: 10/24/2024) |
| 10/24/2024 | [232](#) | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge Moxila A. Upadhyaya held on October 8, 2024; Page Numbers: 1-73. Date of Issuance:October 24, 2024. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354-3246, Transcripts may be ordered by submitting the **Transcript Order Form**

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 11/14/2024. Redacted Transcript Deadline set for 11/24/2024. Release of Transcript Restriction set for 1/22/2025.(Reeves, Sonja) (Entered: 10/24/2024) |
| 11/08/2024 | [233](#) | ORDER Regarding Scheduling and Discovery Disputes. Signed by Magistrate Judge Moxila A. Upadhyaya on 11/08/2024. (lcrd) (Entered: 11/08/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/11/2024 21:53:10 | | |
| **PACER Login:** | jloft2174 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-00445-CJN-MAU |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |