# Exhibit 27

MARKETPLACE
Search For & Place Classifieds

Springfield News-Leader

SUBSCRIBE NOW
One Month Free

[ News ]  Sports  Outdoors  Opinion  Ozarks Life  Advertise  Obituaries  eNewspaper  Legals   61°F   Subscribe  Sign In

Advertisement - scroll for more content

ELECTIONS

# Marjorie Taylor Greene speaks, and other takeaways from Mike Lindell's Springfield event



**Galen Bacharier**
Springfield News-Leader

Published 12:45 p.m. CT Aug. 21, 2022 | Updated 6:16 a.m. CT Aug. 23, 2022





Prior to his My Pillow success, Lindell reportedly had a gambling problem as a teen and a cocaine addiction in his 20s.

**What to know about Mike Lindell**
Laura Johnson, Wochit

Mike Lindell, the CEO of MyPillow and a leading election conspiracy theorist, brought out a surprise guest on Sunday morning during his weekend-long "summit" in Springfield: U.S. Rep. Marjorie Taylor Greene.

The Georgia Republican took the stage on the second day of the event, which brought attendees from across the U.S., most of them from outside Missouri, to the Springfield Expo Center. She lambasted both Democrats, saying their policies are "ruining our country," and fellow Republicans.

"The reason why I came here is I've recently gotten really tired of being told 'Marjorie, don't talk about the election,'" Greene said.

"You have poured money and time you didn't have, of course money you didn't have," she told the crowd. "You have probably lost friends, maybe you lost a job. Maybe you've lost



Advertisement

Higher costs, less access: Not what seniors were promised.
Learn more
PhRMA



Daily Briefing, in your inbox
Start your day with the morning's top news.
Email Address

**More Stories**


2024 Missouri high school football scores: District playoffs updates
SPORTS


Josh Hawley wins Missouri U.S. Senate election over Lucas Kunce
NEWS

"You have poured money and time you didn't have, of course money you didn't have," she told the crowd. "You have probably lost friends, maybe you lost a job. Maybe you've lost faith at times, but you found it again and you keep fighting."

More: PowerPoints, prayer and a missing sheriff: Inside Mike Lindell's Springfield conference



U.S. Rep. Marjorie Taylor Greene, a Georgia Republican, speaks at Mike Lindell's "Moment of Truth Summit" in Springfield on Aug. 21, 2022. *Screenshot, Lindell TV*

### Lindell's message centers on grievances with media, spreading the word

The MyPillow CEO was not on stage at all times throughout the conference, often leaving hosting duties to co-hosts affiliated with his TV station.

When Lindell was on stage, he spent most of his time criticizing media coverage about him — lambasting national newspapers like the New York Times as well as local outlets, and TV stations ranging from CNN and Fox News to Newsmax and One America Now. He ticked through a series of articles written about him — the Associated Press reporting that MyPillow had been removed from stores due to his conspiracies, and a Washington Post photographer snapping a photo of him holding notes on "martial law" while visiting the White House.

Advertisement

Document title: What happened at Mike Lindell&#39;s Moment of Truth Summit in Springfield
Capture URL: https://www.news-leader.com/story/news/politics/elections/2022/08/21/marjorie-taylor-greene-my-pillow-ceo-mike-lindell-moment-truth-summit-election-…
Capture timestamp (UTC): Tue, 12 Nov 2024 19:00:54 GMT
Page 2 of 11

MARKETPLACE
Search For & Place Classifieds

Springfield News-Leader

SUBSCRIBE NOW
One Month Free

[ News ]  Sports  Outdoors  Opinion  Ozarks Life  Advertise  Obituaries  eNewspaper  Legals   61°F   Subscribe  Sign In



On Sunday, he trained his sights onto reporters who were present or published stories about the first day of the event, including the News-Leader, the Springfield Daily Citizen and The Daily Beast. He displayed photos of a reporter and stories on the screen, and said the News-Leader reporter "should come up to the stage and we can pray for him."

**Mike Lindell:** MyPillow CEO's weekend-long elections 'summit' in Missouri kicks off

He also repeatedly urged attendees to share the event, which was being livestreamed on his app FrankSpeech, with family and friends.

"The only way this weekend fails is if nobody watches," Lindell said on multiple occasions.

It's unclear exactly how many people tuned in. FrankSpeech does not display viewer counts; a stream on YouTube alternative Rumble peaked around 1,500 viewers on Sunday morning.

Lindell's own company also maintained a prominent presence throughout. At one point he gave attendees a promo code to order MyPillows online, as well as MyCoffee, his new coffee brand. Samples of MyCoffee were available alongside breakfast.

## Why Springfield? How many invited?

Repeated attempts to reach organizers of the event for information about how many people were invited, or why Springfield was chosen to host the conference, were unsuccessful.



Document title: What happened at Mike Lindell&#39;s Moment of Truth Summit in Springfield
Capture URL: https://www.news-leader.com/story/news/politics/elections/2022/08/21/marjorie-taylor-greene-my-pillow-ceo-mike-lindell-moment-truth-summit-election-…
Capture timestamp (UTC): Tue, 12 Nov 2024 19:00:54 GMT
Page 3 of 11

One staffer made an informal estimate of "1,000 attendees per day." On Saturday, a reporter's rough count of attendance came to about 400 people. The crowd was predominantly white and skewed older, though some brought along young children and toddlers.

A representative for the University Plaza Hotel & Convention Center, which was listed as the event's venue in initial registration information, told the News-Leader on Friday they were not allowed to provide any information about the event.

## Speakers from across U.S., including candidates and elected officials, speak

Much of Saturday's programming was dedicated to "State of the State" addresses, in which speakers representing all 50 states gave presentations about theories of election fraud within their home territory.

A majority of the speakers were volunteers with activist groups who have analyzed and scrutinized 2020 election results in their state, often putting pressure on county clerks and secretaries of states and urging for "forensic audits."



Others were candidates for or current holders of public office including Colorado state Rep. Ron Hanks, Kentucky state Sen. Adrienne Southworth, Washington state Rep. Brad Klippert, Arizona state House candidate Liz Harris and Massachusetts congressional candidate Caroline Colarusso.

Document title: What happened at Mike Lindell&#39;s Moment of Truth Summit in Springfield
Capture URL: https://www.news-leader.com/story/news/politics/elections/2022/08/21/marjorie-taylor-greene-my-pillow-ceo-mike-lindell-moment-truth-summit-election-…
Capture timestamp (UTC): Tue, 12 Nov 2024 19:00:54 GMT
Page 4 of 11

MARKETPLACE
Search For & Place Classifieds

Springfield News-Leader

SUBSCRIBE NOW
One Month Free

[ News ]  Sports  Outdoors  Opinion  Ozarks Life  Advertise  Obituaries  eNewspaper  Legals   61°F   Subscribe   Sign In

One staffer made an informal estimate of "1,000 attendees per day." On Saturday, a reporter's rough count of attendance came to about 400 people. The crowd was predominantly white and skewed older, though some brought along young children and toddlers.

A representative for the University Plaza Hotel & Convention Center, which was listed as the event's venue in initial registration information, told the News-Leader on Friday they were not allowed to provide any information about the event.

## Speakers from across U.S., including candidates and elected officials, speak

Much of Saturday's programming was dedicated to "State of the State" addresses, in which speakers representing all 50 states gave presentations about theories of election fraud within their home territory.

A majority of the speakers were volunteers with activist groups who have analyzed and scrutinized 2020 election results in their state, often putting pressure on county clerks and secretaries of states and urging for "forensic audits."

Others were candidates for or current holders of public office including Colorado state Rep. Ron Hanks, Kentucky state Sen. Adrienne Southworth, Washington state Rep. Brad Klippert, Arizona state House candidate Liz Harris and Massachusetts congressional candidate Caroline Colarusso.



Lindell has said he achieved sobriety through prayer in 2009.

Document title: What happened at Mike Lindell's Moment of Truth Summit in Springfield
Capture URL: https://www.news-leader.com/story/news/politics/elections/2022/08/21/marjorie-taylor-greene-my-pillow-ceo-mike-lindell-moment-truth-summit-election-...
Capture timestamp (UTC): Tue, 12 Nov 2024 19:00:54 GMT
Page 5 of 11






**A Quiet Place: Day One**
Paramount+ | Ad
Try free

**2024 Senior SUV Is A True Head Turner (You'll Love The Price)**
GoSearches | Search Ads | Ad

## Deal of the Day



**Want Martha Stewart's Style? Check Out This Skechers Collection**
USA TODAY NETWORK

**Shop The John Deere Kids Collection By Skechers For Durabl...**
USA TODAY NETWORK

Recommendations are independently chosen by our editors. Purchases you make through our links may earn us a commission.

## Recommended

**Missouri general election results: Who won, what amendments passed**
NEWS



Document title: What happened at Mike Lindell&#39;s Moment of Truth Summit in Springfield
Capture URL: https://www.news-leader.com/story/news/politics/elections/2022/08/21/marjorie-taylor-greene-my-pillow-ceo-mike-lindell-moment-truth-summit-election-...
Capture timestamp (UTC): Tue, 12 Nov 2024 19:00:54 GMT
Page 6 of 11

MARKETPLACE
Search For & Place Classifieds
CASE 0:22-cv-00098-JMB-JFD Doc. 395-33 Filed 11/13/24 Page 8 of 12
Springfield News-Leader
SUBSCRIBE NOW
One Month Free

[ News ] Sports Outdoors Opinion Ozarks Life Advertise Obituaries eNewspaper Legals 61°F Subscribe Sign In


NEWS


**Missouri voters end abortion ban. Here's what people are saying**
NEWS


Advertisement
AD
Fisher Investments
7 Ways to Retire Comfortably With $1M

**Donald Trump wins 2024 election, defeating Biden-turned-Harris bid**
NEWS


**Doctors: Sleep Apnea Alleviation Without CPAP (It's Genius)**
Noctivio | Ad
Learn More


**How Much Money Should You Have Before Hiring a Financial Advisor?**
SmartAsset | Ad
Learn More


**Ashburn: Unsold Hybrid SUVs For Seniors Selling Cheap (See Prices)**
FrequentSearches | Search Ads | Ad


**New Permanent Teeth in 24 Hours**
Nuvia Dental Implant Center | Ad

## More Local Stories


**Missouri Amendment 3 results: Voters end state's abortion ban**
NEWS


**Missouri election results: Lieutenant governor, attorney general, more**
NEWS


**Missouri Amendment 2 passes. When can you bet on sports?**
NEWS


**Authorities arrest man, 84, in cold case murder of Mary K. Schlais**
NEWS


CLOSE
Among other philanthropic efforts, he launched the Lindell Recovery Network in 2019.





Authorities arrest man, 84, in cold case murder of Mary K. Schlais
NEWS

Dating Site For Older Men - Meet Mature Ladies Now!
DateMyAge | Ad    Sign Up

Here's Why This 1 Day Garage Floor Coating Is Sweeping Virginia
Garage Flooring USA | Ad    Learn More



Document title: What happened at Mike Lindell&#39;s Moment of Truth Summit in Springfield
Capture URL: https://www.news-leader.com/story/news/politics/elections/2022/08/21/marjorie-taylor-greene-my-pillow-ceo-mike-lindell-moment-truth-summit-election-...
Capture timestamp (UTC): Tue, 12 Nov 2024 19:00:54 GMT    Page 8 of 11

MARKETPLACE
Search For & Place Classifieds
CASE 0:22-cv-00098-JMB-JFD    Doc. 395-33    Filed 11/18/24    Page 10 of 12
Springfield News-Leader
SUBSCRIBE NOW
One Month Free

[ News ]  Sports  Outdoors  Opinion  Ozarks Life  Advertise  Obituaries  eNewspaper  Legals   61°F   Subscribe   Sign In


Here's What a New Stairlift Should Cost You In Virginia
HomeBuddy | Ad    Learn More


How Seniors Are Making the Most of National Park Adventures!
Online Shopping Tools | Ad

## More Local Stories


Missouri Election Results: Which House, Senate candidates are winning
NEWS


MSU president named in federal suit over 'vulgar' Utah Tech incident
NEWS



Advertisement
AD
Fisher Investments
7 Ways to Retire Comfortably With $1M

Reports: Russian court fines Google $20 decillion
TECH

See a WWII B-29 Superfortress airplane at Springfield airport Nov. 1-3
NEWS


Here's What a New HVAC System Should Cost in 2024
HomeBuddy | Ad    Learn More


Social Security Recipients Getting Under $2,384 Could Be Entitled To 12 "Ridiculous" Benefits In Nov
ThePennISaver | Ad    Read Now


7 Things Not to Do When Selecting a Financial Advisor
SmartAsset | Ad    Learn More


Swollen Legs & Feet: Use This to Help Drain Edema Fluid
Health Insight Journal | Ad    Learn More

## More Local Stories


Missouri voters backed Amendment 3 — and Republicans opposed to it
NEWS


CLOSE X
NL.
Among other philanthropic efforts, he launched the Lindell Recovery Network in 2019.

Document title: What happened at Mike Lindell&#39;s Moment of Truth Summit in Springfield
Capture URL: https://www.news-leader.com/story/news/politics/elections/2022/08/21/marjorie-taylor-greene-my-pillow-ceo-mike-lindell-moment-truth-summit-election-…
Capture timestamp (UTC): Tue, 12 Nov 2024 19:00:54 GMT
Page 9 of 11





**Hollister school district names Sean Woods new superintendent**
NEWS



**Missouri deer hunters mandated to sample for chronic wasting disease**
NEWS

**Historic City Hall renovations**
NEWS



Advertisement



## About
- About Us
- Staff Directory
- Careers
- Accessibility Support
- Sitemap
- Legals
- Our Ethical Principles
- Responsible Disclosure
- Subscription Terms & Conditions
- Terms of Service

## Support
- Contact Us
- Support Local Businesses
- Advertise Your Business
- Advertising Acceptance Policy
- Buy and Sell
- Licensing & Reprints
- Help Center
- Subscriber Guide
- Manage Account
- Give Feedback

## Stay Connected
- Subscribe Today
- Newsletters
- Mobile Apps
- Facebook
- X
- eNewspaper
- Archives

## Our Partners
- Jobs
- Cars

Document title: What happened at Mike Lindell's Moment of Truth Summit in Springfield
Capture URL: https://www.news-leader.com/story/news/politics/elections/2022/08/21/marjorie-taylor-greene-my-pillow-ceo-mike-lindell-moment-truth-summit-election-…
Capture timestamp (UTC): Tue, 12 Nov 2024 19:00:54 GMT
Page 10 of 11



**Missouri deer hunters mandated to sample for chronic wasting disease**
NEWS

**Historic City Hall renovations**
NEWS



Fisher Investments

# 7 Ways to Retire Comfortably With $1M

## About
- About Us
- Staff Directory
- Careers
- Accessibility Support
- Sitemap
- Legals
- Our Ethical Principles
- Responsible Disclosure
- Subscription Terms & Conditions
- Terms of Service
- Privacy Policy
- Your Privacy Choices

## Support
- Contact Us
- Support Local Businesses
- Advertise Your Business
- Advertising Acceptance Policy
- Buy and Sell
- Licensing & Reprints
- Help Center
- Subscriber Guide
- Manage Account
- Give Feedback

## Stay Connected
- Subscribe Today
- Newsletters
- Mobile Apps
- Facebook
- X
- eNewspaper
- Archives

## Our Partners
- Jobs
- Cars
- Homes
- Classifieds
- Education
- Shopping
- 10Best
- LocaliQ Digital Marketing Solutions

© 2024 www.news-leader.com. All rights reserved.