# Exhibit 31

## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MINNESOTA
 2   -------------------------------------------
 3   SMARTMATIC USA CORP.,
     SMARTMATIC INTERNATIONAL
 4   HOLDING B.V., AND SGO CORPORATION
     LIMITED,
 5
         Plaintiffs,
 6   vs.          Case No. 22-cv-0098-WMW-JFD
 7   MICHAEL J. LINDELL and
     MY PILLOW, INC.,
 8
         Defendants.
 9
10   _____
11
12
13
         Video Deposition of
14
         DAWN H. CURTIS
15
     Tuesday, September 12, 2023
16
         8:57 a.m.
17
18
19
20
21
22
23
24
     Reporter:  Barbara J. Carey, RPR
25   Job Number:  J10261228
```

## Page 2

```
 1   APPEARANCES:
 2
 3   ATTORNEY FOR PLAINTIFF SMARTMATIC USA CORP., SMARTMATIC
     INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED:
 4
         Julie M. Loftus, Esq.
 5       Nicole E. Wrigley, Esq.
     BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
 6       71 South Wacker Drive, Suite 1600
         Chicago, IL 60606
 7       Telephone: (312) 212-4949
     nwrigley@beneschlaw.com
 8   jloftus@beneschlaw.com
 9
     ATTORNEY FOR DEFENDANT MICHAEL J. LINDELL AND MYPILLOW,
10   INC.
11       Amanda K. Oliver, Esq.
     PARKER DANIELS KIBORT
12       888 Colwell Building
     123 North Third Street
13       Minneapolis, Minnesota 55401
     Telephone:  (612) 355-4100
14   oliver@parkerdk.com
15
16   ALSO PRESENT:
17       Robert Buchman, Videographer
18
19
20
21
22
23
24
25
```

## Page 3

```
 1             I N D E X
 2   EXAMINATION OF DAWN H. CURTIS:
 3     By Ms. Wrigley - Page 12
       By Ms. Oliver -  Page 345
 4
 5   EXHIBITS MARKED:
 6   Number        Description        Page
 7   Exh. 405 .......................... 45
          Printout from MyPillow Website
 8        (7 pages)
 9   Exh. 406 .......................... 52
          Printout from MyPillow Website
10        (41 pages)
11   Exh. 407 .......................... 58
          Printout from MyPillow Website
12        (24 pages)
13   Exh. 408 ...........CONFIDENTIAL/AEO............. 90
          P&L Statement
14        Bates DEF030740.000001, et al.
15
     Exh. 409 ...........CONFIDENTIAL/AEO............. 96
16        MyPillow, Inc., Sales By Customer
          Summary
17        Bates DEF030750.000001, et al.
18   Exh. 410 .......................... 99
          Text Messages
19        Bates DEF080781.000001, et al.
20   Exh. 411 .......................... 133
          Video of the Absolute Proof
21        Documentary
22   Exh. 412 .......................... 142
          2/5/21 Email String Re:  Quick
23        Question - Mike's Video - May I
          Announce on air?
24
                (Continued...)
25
```

## Page 4

```
 1            I N D E X (Continued):
 2
 3   EXHIBITS:
 4   NUMBER/DESCRIPTION              PAGE
 5   Exh. 413 .......................... 146
          2/5/21 Email String Re: Vimeo
 6        Absolute Proof 2hr Documentary
          Bates DEF022482.000001
 7
     Exh. 414 .......................... 149
 8        2/5/21 Email String Re: Mike's
          Documentary on Election Fraud
 9        Bates DEF016737, et al.
10   Exh. 415 .......................... 151
          2/5/21 Email String Re: Mike's
11        Documentary on Election Fraud
          Bates DEF019495.000001
12
     Exh. 416 .......................... 154
13        2/5/21 Email String Re: Mike's
          Documentary on Election Fraud
14        Bates DEF068429.000001, et al.
15   Exh. 417 .......................... 157
          2/5/21 Email String Re: Mike's
16        Documentary on Election Fraud
          Bates DEF025299.000001
17
     Exh. 418 .......................... 159
18        2/5/21 Email String Re: Mike Lindell
          Absolute Proof Documentary
19        Bates DEF018146.000001, et al.
20   Exh. 419 .......................... 161
          2/5/21 Email String Re: Mike's
21        Documentary on Election Fraud
          Bates DEF022390.000001
22
     Exh. 420 .......................... 162
23        2/5/21 Email String Re: Mike's
          Documentary on Election Fraud
24        Bates DEF016635.000001
25              (Continued...)
```

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
5–8

Page 5

```
1          I N D E X (Continued):
2
3   EXHIBITS:
4   NUMBER/DESCRIPTION                    PAGE
5   Exh. 421 ........................... 163
        2/5/21 Email String Re: Mike's
6       Documentary on Election Fraud
        Bates DEF018055.000001
7
    Exh. 422 ........................... 164
8       2/5/21 Email String Re: Mike's
        Documentary on Election Fraud
9       Bates DEF016634.000001
10  Exh. 423 ........................... 165
        2/5/21 Email String Re: Mike's
11      Documentary on Election Fraud
        Bates DEF025203.000001
12
    Exh. 424 ........................... 166
13      2/5/21 Email String Re: Mike's
        Documentary on Election Fraud
14      Bates DEF020883.000001
15  Exh. 425 ........................... 168
        2/5/21 Email String Re: Mike's
16      Documentary on Election Fraud
        Bates DEF025202.000001
17
    Exh. 426 ........................... 169
18      2/5/21 Email String Re: Mike's
        Documentary on Election Fraud
19      Bates DEF019435.000001
20  Exh. 427 ........................... 170
        2/5/21 Email String Re: Mike's
21      Documentary on Election Fraud
        Bates DEF015184.000001
22
    Exh. 428 ........................... 171
23      2/5/21 Email String Re: Mike's
        Documentary on Election Fraud
24      Bates DEF016633.000001
25          (Continued...)
```

Page 6

```
1          I N D E X (Continued):
2
3   EXHIBITS:
4   NUMBER/DESCRIPTION                    PAGE
5   Exh. 429 ........................... 174
        2/16/21 Email String Re: This is the
6       Corrected One:)
        Bates DEF015551.000001, et al.
7
    Exh. 430 ........................... 179
8       2/17/21 Email String Re: Press Release
        Bates DEF006165.000001, et al.
9
10      2/17/21 Email String Re: Mike's New
        Video Bates
11      DEF078399.000001, et al.
12  Exh. 432 ........................... 186
        2/5/21 Appearance of Mike Lindell on
13      Steve Bannon's War Room Podcast
14  Exh. 433 ........................... 196
        2/621 Audio of Steve Bannon's
15      War Room Podcast
16  Exh. 434 ........................... 203
        Defendant My Pillow, Inc.'s
17      Supplemental Answers and Objections
        To Plaintiffs' Second Set of
18      Interrogatories
19  Exh. 435 ........................... 208
        2/8/21 Video from Real America with
20      Dan Ball on OAN with Appearance by
        Mike Lindell
21
    Exh. 436 ........................... 211
22      2/11/21 Screenshots of Screening and
        Appearance of Mike Lindell with
23      Steve Bannon related to Absolute Proof
24          (Continued...)
25
```

Page 7

```
1          I N D E X (Continued):
2
3   EXHIBITS:
4   NUMBER/DESCRIPTION                    PAGE
5   Exh. 437 ........................... 214
        Text Messages
6       Bates DEF034384.000001, et al.
7   Exh. 438 ........................... 231
        Exhibit 17 to Supplemental Complaint -
8       Screenshots Taken from podcast on the
        Pete Santilli Show
9
    Exh. 439 ........................... 233
10      Video from Mr. Lindell's Appearance
        On the Pete Santilli Show
11
    Exh. 440 ........................... 236
12      Screenshot of What Appeared on
        Video from the Pete Santilli Show
13
    Exh. 441 ........................... 241
14      Video from Appearance of Mr. Lindell
        On Steve Bannon's War Room
15
    Exh. 442 ........................... 248
16      Video from the Eric Metaxas
        Radio Show
17
    Exh. 443 ........................... 255
18      3/31/21 Email String Re: Press Release
        Bates DEF014307.000001, et al.
19
    Exh. 444 ...........................  n/m
20      (Not marked)
21  Exh. 445 ........................... 257
        3/31/21 Email String Re: Link to
22      Provide Our Affiliates
        Bates DEF030240.000001, et al.
23
24          (Continued...)
25
```

Page 8

```
1          I N D E X (Continued):
2
3   EXHIBITS:
4   NUMBER/DESCRIPTION                    PAGE
5   Exh. 446 ........................... 262
        Exhibit 23 Attached to the
6       Supplemental Complaint:  Screenshots
        Taken of podcast Indivisible with
7       John Stubbins
8   Exh. 447 ........................... 264
        Portions of Video from podcast
9       USA Watchdog
10  Exh. 448 ........................... 269
        4/12/21 Email String Re: Lindell
11      Interview
        Bates DEF020399.000001
12
    Exh. 449 ........................... 274
13      4/16/21 Email String Re: List of
        Influencers
14      Bates DEF018412.000001, et al.
15  Exh. 450 ........................... 282
        Exhibit 6 to the Supplemental
16      Complaint:  Screenshots of Portions of
        Video of Absolute Interference
17
    Exh. 451 ........................... 292
18      4/21/21 Email String Re:
        STATS/BACKGROUND FYI (If you need it)
19      Bates DEF017531.000001, et al.
20  Exh. 452 ........................... 297
        Exhibit 8 Attached to Supplemental
21      Complaint:  Screenshots from Video of
        Absolute 9-0
22
    Exh. 453 ........................... 298
23      6/3/21 Email String Re: Mike Lindell
        Presents:  Absolutely 9-0 -
24      Frank Speech of Home of Free Speech
25          (Continued...)
```

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              9–12

Page 9

1       I N D E X (Continued:)
2
3    EXHIBITS:
4    NUMBER/DESCRIPTION                    PAGE
5    Exh. 454 .......................................... 303
         Exhibit 33 Attached to Supplemental
6        Complaint:  Screenshots Taken from
         Video of Cyber Symposium
7
     Exh. 455 .......................................... 304
8        Screenshot of MyPillow "Flash Sale"
         Bates DEF034440.000001
9
     Exh. 456 .......................................... 308
10       Text Messages
         Bates DEF121015.000001, et al.
11
     Exh. 457 .......................................... 309
12       Video of Mike Lindell
13   Exh. 458 .......................................... 311
         Screenshots of Cyber Symposium
14
     Exh. 459 .......................................... 321
15       8/5/21 Email String Re:
         Cyber Symposium Billboard Art
16       Bates DEF121959.000001, et al.
17   Exh. 460 .......................................... 326
         8/3/21 Email String Re: Move Fox Ad $
18       To 120 Christian News Talk Bott Radio
         Network Stations
19       Bates DEF023583.000001, et al.
20   Exh. 461 .......................................... 327
         8/20/21 Email String Re: Many Thanks
21       For All That You Are Doing to Fight
         For Election Integrity!
22       Bates DEF024937.000001, et al.
23   Exh. 462 .......................................... 334
         Screenshots Taken from iSpot Website
24
                    (Continued...)
25

Page 10

1       I N D E X (Continued:)
2
3    EXHIBITS:
4    NUMBER/DESCRIPTION                    PAGE
5    Exh. 463 .......................................... 334
         Screenshots Taken from iSpot Website
6
     Exh. 464 .......................................... 336
7        Video of Frank Speech TV Spot
         Cyber Symposium
8
     Exh. 465 .......................................... 336
9        Video of Commercial Available Via
         iSpot TV
10
     Exh. 466 .......................................... 337
11       Chart on Magento
         Bates DEF121031.000001, et al.
12
     Exh. 467 .......................................... 340
13       Chart on Magento
         Bates DEF121016.000001, et al.
14
15   PREVIOUSLY MARKED EXHIBITS:
16   Number          Description        Page
17   Exh. 47 ..................................  137
18   Exh. 54 ..................................  322
19   Exh. 59 ..................................  280
20   Exh. 60 ..................................  273
21   Exh. 100 ................................  167
22   Exh. 102 ................................  313
23
24
              * * * * *
25

Page 11

1          VIDEO DEPOSITION Of DAWN H. CURTIS, held
2    at Parker Daniels Kibort LLC, 888 Colwell Building 123 -
3    North Third Street, Minneapolis, Minnesota 55401.
4          * * * * *
5          WHEREUPON, the following proceedings
6    were duly had:
7          THE VIDEOGRAPHER:  We are on the record.
8    This is the videotaped deposition of Dawn H. Curtis being
9    taken on September 12, 2023.  The time is now
10   approximately 8:57 a.m.
11         The deposition is being taken in the matter of
12   Smartmatic USA Corp., et al. vs. Michael J. Lindell,
13   et al., filed in the United States District Court for the
14   District of Minnesota, Case Number 22-CV-0098-WMW-JFD.
15         The deposition is taking place in Minneapolis,
16   Minnesota.  My name is Robert Buchman.  I am the
17   videographer representing Esquire Deposition Solutions.
18         Will counsel please state their appearance for
19   the record?
20         MS. WRIGLEY:  Nicole Wrigley on behalf
21   of the Smartmatic plaintiffs.
22         MS. LOFTUS:  Julie Loftus, also on
23   behalf of the Smartmatic plaintiffs.
24         MS. OLIVER:  Amanda Oliver on behalf of
25   the defendants.

Page 12

1          THE VIDEOGRAPHER:  Will the
2    court reporter please swear in the witness.
3          THE REPORTER:  Raise your right hand.
4          DAWN H. CURTIS,
5    After having been first duly sworn, was called as a
6    witness and testified as follows:
7          THE REPORTER:  Thank you.
8          You may begin.
9          EXAMINATION
10   BY MS. WRIGLEY:
11         Q.  Good morning.
12         A.  Good morning.
13         Q.  Please state and spell your name for the
14   record.
15         A.  Dawn Curtis, D-A-W-N, C-U-R-T-I-S.
16         Q.  Thank you for being with us today, Ms. Curtis.
17   My name is Nicole Wrigley.
18         Do you understand that I represent the
19   Smartmatic plaintiffs in this matter?
20         A.  Yes.
21         Q.  Where do you live, Ms. Curtis?
22         A.  Victoria, Minnesota.
23         Q.  What is your home address?
24         A.  1776 Stieger Lake Lane, Victoria, Minnesota,
25   55386.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              13–16

Page 13

1    Q.  Do you have a work address?
2    A.  1550 Audubon Road, Chaska, Minnesota, 55318.
3    Q.  Is that address the headquarters of MyPillow?
4    A.  Yes.
5    Q.  Are you currently an employee of MyPillow?
6    A.  Yes.
7    Q.  What is your position at MyPillow?
8    A.  VP of media relations.
9    Q.  Do you understand that my client, the
10   plaintiffs in this matter, have filed a lawsuit against
11   Mike Lindell and your employer, MyPillow?
12   A.  Yes.
13   Q.  Do you understand that you're here today
14   testifying as an employee of MyPillow?
15   A.  Yes.
16   Q.  Do you understand that you're providing
17   testimony today under oath?
18   A.  Yes.
19   Q.  Do you understand that you have to tell the
20   truth no matter what?
21   A.  Yes.
22   Q.  Do you understand your testimony is being
23   recorded by a court reporter?
24   A.  Yes.
25   Q.  Do you understand your testimony is being

Page 14

1    videotaped?
2    A.  Yes.
3    Q.  Do you understand your testimony can be shown
4    to the Jury in this case?
5    A.  Yes.
6    Q.  Do you know of any reason that would prevent
7    you from providing accurate and truthful testimony today?
8    A.  No.
9    Q.  Were you an employee of MyPillow in the year
10   2020?
11   A.  Yes.
12   Q.  Were you an employee of MyPillow in the year
13   2021?
14   A.  Yes.
15   Q.  Were you an employee of MyPillow in the year
16   2022?
17   A.  Yes.
18   Q.  And you remain an employee of MyPillow today?
19   A.  Yes.
20   Q.  Is it fair to say that you've worked as an
21   employee of MyPillow since the 2020 presidential election
22   up through the present?
23   A.  Yes.
24   Q.  In your current job at MyPillow, do you have
25   any marketing responsibilities at MyPillow?

Page 15

1    A.  Yes.
2    Q.  In connection with your job at MyPillow during
3    the period of time of 2020 through the present, did you
4    have marketing responsibilities at MyPillow?
5    A.  Yes.
6    Q.  Now, before we get started with some
7    additional questions, I want to go over some rules and
8    protocols on the record.
9        In order for the transcript to be accurate, I
10   would ask that you allow me to finish my question before
11   you begin answering, and that way, we can avoid talking
12   over each other, and she can get an accurate record of
13   today.
14       Is that fair?
15   A.  Fair.
16   Q.  Okay.  And do you understand that all your
17   answers today need to be oral or verbal as opposed to
18   nodding or shaking your head?
19   A.  Correct.
20   Q.  Okay.  During my examination, there may come a
21   point in time where your counsel objects to one of my
22   questions.
23       Do you understand that you're required to
24   answer my question even after counsel objects, unless she
25   instructs you otherwise?

Page 16

1    A.  Yes.
2    Q.  If I ask you a question and you don't
3    understand it, just let me know, and I'll try to rephrase
4    it so that we can make sure that you understand what I'm
5    asking you today.
6    A.  Okay.
7    Q.  And then, if I do ask a question and you
8    answer it, I'm going to assume that you understood it and
9    answered to the best of your ability.
10       Is that fair?
11   A.  That's fair.
12   Q.  And then, finally, if there's any point in
13   time where you want to sort of take a break, need a break,
14   stretch your legs, use the restroom, just let me know.  We
15   can take a break any time.  We'll probably take a break
16   every hour, hour and a half just to give us a breather,
17   but just let me know if you need to take a break.
18   A.  Okay.
19   Q.  Have you ever given a deposition prior to
20   today?
21   A.  No.
22   Q.  Did you do anything to prepare for today's
23   deposition?
24   A.  No.
25   Q.  Did you have any discussions with any

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    17–20

Page 17

1 attorneys for Mike Lindell or MyPillow in connection with
2 today's deposition?
3    A.  Yes.
4    Q.  How many discussions did you have?
5    A.  One.
6    Q.  When was that conversation?
7    A.  Before my last one was canceled, the week
8 before.
9    Q.  Okay.  Approximately how long was that
10 discussion?
11   A.  30 minutes.
12   Q.  Who did you have that discussion with?
13   A.  Joe, I believe his name was.
14   Q.  Is that Joe Pull?
15   A.  I don't know.
16   Q.  You don't recall?
17   A.  I don't remember his last name.
18   Q.  Did you have any discussions with Mike Lindell
19 about your deposition today?
20   A.  No.
21   Q.  Okay.  Did you have any discussions with any
22 other employees of MyPillow about your deposition today?
23   A.  I stated I'm going to a deposition.
24   Q.  Okay.  Any other discussions with any
25 employees of MyPillow?

Page 18

1    A.  No.
2    Q.  Okay.  Did you have any discussions about your
3 deposition today with any other lawyers that represent
4 Mike Lindell or MyPillow?
5    A.  No.
6    Q.  Okay.  Before I ask you some -- maybe some
7 questions about your employment, I want to go over some
8 background questions.
9        I think, earlier, you indicated that you live
10 in Minnesota; correct?
11   A.  Correct.
12   Q.  And remind me, what was the town?
13   A.  Victoria.
14   Q.  Victoria, okay.
15       How long have you lived in Victoria,
16 Minnesota?
17   A.  Four years.
18   Q.  Okay.  Are you married, Ms. Curtis?
19   A.  Yes.
20   Q.  How long have you been married?
21   A.  Five years.
22   Q.  Do you have a married name?
23   A.  No, just -- I go by Curtis.
24   Q.  What is your husband's name?
25   A.  Garry.

Page 19

1    Q.  What is his last name?
2    A.  Dollerschell.
3    Q.  Is Curtis your maiden name?
4    A.  Yes.
5    Q.  Have you ever gone by any other names besides
6 Dawn Curtis?
7    A.  Yes.
8    Q.  What other names?
9    A.  Robertson.
10   Q.  When did you go by Dawn Robertson?
11   A.  Let's see.  I don't recall the dates.  I was
12 married to him for seven years.
13   Q.  Have you ever gone by any other names besides
14 Dawn Curtis and Dawn Robertson?
15   A.  Yes, Erlanson.
16   Q.  How do you spell that?
17   A.  E-R-L-A-N-S-O-N.
18   Q.  And when did you go by the name Dawn Erlanson?
19   A.  1989 to -- that was, I think, '96.
20   Q.  Have you ever gone by any other names?
21   A.  No.
22   Q.  Okay.  What does your husband do for a living?
23   A.  He works in the warehouse at MyPillow.
24   Q.  How long has he worked for MyPillow?
25   A.  10 years.

Page 20

1    Q.  Do you have any children?
2    A.  Yes.
3    Q.  How many?
4    A.  One.
5    Q.  What is your child's name?
6    A.  Dakota.
7    Q.  What is her last name?
8    A.  Erlanson.
9    Q.  And how old is your --
10   A.  Son.
11   Q.  -- is your son?
12   A.  28.
13   Q.  28, okay.
14       And what does your son do for a living?
15   A.  He works for the military.
16   Q.  And do you have any grandchildren?
17   A.  Yes.
18   Q.  How many?
19   A.  One.
20   Q.  How old is your grandchild?
21   A.  20 months.
22   Q.  Okay.  I won't ask about your grandchild's
23 employment.  I'm assuming they don't have a job?
24   A.  I hope not.
25   Q.  Okay.  You understand that Mike Lindell is a

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                        21—24

Page 21

1  defendant in this case; correct?
2      A.  Yes.
3      Q.  And that the company that you work for,
4  MyPillow, is also a defendant; correct?
5      A.  Correct.
6      Q.  And Mr. Lindell is the head of MyPillow;
7  correct?
8      A.  Yes.
9      Q.  And Mr. Lindell is also, literally, the face
10 of the MyPillow Company; right?
11     A.  Yes.
12     Q.  And Mr. Lindell has been the spokesperson or
13 the main salesman for MyPillow since he began the company
14 a number of years ago; is that right?
15     A.  Yes.
16     Q.  Do you know what this case is about?
17     A.  No.
18     Q.  Do you have any understanding of the subject
19 matter of this case?
20     A.  Not really, no.
21     Q.  Okay.  What is your relationship with
22 Mike Lindell?
23     A.  He's my employer.
24     Q.  And how long have you known him?
25     A.  10 years.

Page 22

1      Q.  Are you related in any way by blood to
2  Mr. Lindell?
3      A.  No.
4      Q.  Are you related in any other way to
5  Mr. Lindell?
6      A.  No.
7      Q.  Are you friends with Mr. Lindell?
8      A.  Yes.
9      Q.  Do you have a close personal relationship with
10 Mr. Lindell?
11     A.  Yes.
12     Q.  Do you have a close professional relationship
13 with him?
14     A.  Yes.
15     Q.  Do you have any -- strike that.
16         Do you have a close personal relationship with
17 any family members of Mr. Lindell?
18     A.  Yes.
19     Q.  Who?
20     A.  His mother.
21     Q.  What is his mother's name?
22     A.  Barbara.
23     Q.  And what's the nature of your relationship
24 with Mike Lindell's mother, Barbara?
25     A.  She lives in our building.

Page 23

1      Q.  How long have you known her?
2      A.  10 years.
3      Q.  And I think you said that she lives in your
4  building.
5          Do you see her often?
6      A.  Yes.
7      Q.  How frequently do you see Mr. Lindell's
8  mother?
9      A.  Once a week, maybe.
10     Q.  Okay.  Did you ever have the occasion to live
11 in the same household as Mike Lindell's mother?
12     A.  No.
13     Q.  I want to stay on the topic of your background
14 but ask you a little bit about your education and
15 employment history.
16         Did you graduate from high school?
17     A.  Yes.
18     Q.  Where did you graduate?
19     A.  Anoka, Minnesota.
20     Q.  Thank you.
21         And what did you do after you graduated
22 high school?
23     A.  I went to work with my father at a
24 dry-cleaner's for one year.
25     Q.  What did you do after that?

Page 24

1      A.  I went to work for a music distributor,
2  Dart Distributing.
3      Q.  And how long did you do that?
4      A.  Let's see.  You're making me think here.  Let
5  me see.  From '86 until 2013.
6      Q.  And what did you do at Dart Distributor?
7      A.  Everything, from picking orders to customer
8  service.
9      Q.  What type of company was that?
10     A.  A music distributor.
11     Q.  Music distributor, okay.
12         So you worked there for approximately
13 seven years?
14     A.  No.
15     Q.  Oh, I'm sorry.
16     A.  1986 until 2013.
17     Q.  Oh, okay.  Much longer than that.
18     A.  Yeah.
19     Q.  Much longer than that.  Okay.  You're going to
20 make me do math.  27 years.
21     A.  Okay.  That's about right.
22     Q.  Okay.  So you worked at Dart Distributor for
23 about 27 years?
24     A.  Correct.
25     Q.  What was your position there at the time you

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    25–28

Page 25

1  left?
2      A.  I worked in the office doing invoicing.
3      Q.  At that point in time, did you begin working
4  at MyPillow?
5      A.  I left there because the company went under,
6  and I started working at MyPillow in 2013.
7      Q.  Okay.  And when you started working at
8  MyPillow in 2013, what was your position?
9      A.  Customer service.
10     Q.  Okay.  And who were you hired by at MyPillow?
11     A.  Mike Lindell.
12     Q.  And did you know Mike Lindell before you got
13  the job in 2013?
14     A.  I did not.  My husband did.
15     Q.  How did your husband know Mr. Lindell?
16     A.  They went to school together.
17     Q.  High school, college?
18     A.  Elementary, middle school, high school.
19     Q.  Okay.  Has your husband known Mike Lindell for
20  a long time?
21     A.  Since 7th grade.
22     Q.  Okay.  So for quite a few years?
23     A.  Yes.
24     Q.  How old is your husband?
25     A.  Same age as Mike; 62.

Page 26

1      Q.  Okay.  So they've known each other since
2  about -- your husband and Mr. Lindell have known each
3  other since childhood?
4      A.  Correct.
5      Q.  Okay.  And do they remain close today?
6      A.  They are close today.  They weren't so much
7  out of high school.
8      Q.  Okay.  How long has your husband and
9  Mr. Lindell been close?
10     A.  Since we both been working there, since 2013.
11     Q.  Okay.  So for at least over 10 years; correct?
12     A.  Yes.
13     Q.  Okay.  So back to 2013 and your employment at
14  MyPillow, you started in customer service and were hired
15  by Mike Lindell.
16        Is that fair?
17     A.  Fair.
18     Q.  Okay.  And how long did you work in customer
19  service?
20     A.  Two weeks.
21     Q.  And what happened after two weeks?
22     A.  I was promoted to setting up for home and
23  garden shows, county fairs, all the paperwork for those
24  fairs.
25     Q.  Did you have a position or a title at that

Page 27

1  time?
2      A.  No.
3      Q.  Okay.  And what were, generally, your
4  responsibilities in that position?
5      A.  Getting the electric, paying for the show,
6  getting merchandise to the show.
7      Q.  And how long did you do that at MyPillow,
8  starting from 2013 until when?
9      A.  Two years.
10     Q.  Okay.  And who did you report to in that
11  position?
12     A.  Jennifer Duneman, D-U-N-E-M-A-N, I believe.
13     Q.  Was that a salary position at MyPillow?
14     A.  Yes.  Strike that.  That was not.  That was an
15  hourly, I apologize.
16     Q.  So you worked in that position for about
17  two years.
18        And then, afterwards, what position did you
19  work at MyPillow?
20     A.  In marketing.
21     Q.  And that was approximately?
22     A.  2015.
23     Q.  2015, okay.
24     A.  Yes.
25     Q.  So around 2015, you moved into a marketing

Page 28

1  role at MyPillow; correct?
2      A.  Yes.
3      Q.  Did you have a formal title?
4      A.  Not at the time.
5      Q.  Who did you report to in that marketing role
6  in 2015?
7      A.  Jessica Maskovich.
8      Q.  And what was her position at that time?
9      A.  I believe CMO.
10     Q.  Chief marketing officer?
11     A.  Yes.
12     Q.  And in that initial position in marketing that
13  you took in 2015, how long did you remain in that position
14  at MyPillow?
15     A.  I'm still in marketing.
16     Q.  Okay.  You have a marketing position today;
17  correct?
18     A.  That's correct.
19     Q.  Okay.  And so, you've been in marketing at
20  MyPillow from 2015 up through present, so approximately
21  eight years?
22     A.  Correct.
23     Q.  Okay.  Can you sort of describe for me during
24  that period of time the titles or roles that you've held
25  in marketing along with your responsibilities over time.

DAWN H. CURTIS                                                September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                              29—32

Page 29

1          MS. OLIVER:  Objection to form.
2      You can answer.
3      A.  I, basically, do the same thing.  My job
4  titles changed a couple times.  I don't know why, but I
5  work with radio stations and podcasters, just doing their
6  advertising.  So they do, you know, 60-second scripts for
7  talent, promoting MyPillow.
8  BY MS. WRIGLEY:
9      Q.  So in 2015, you came into a marketing role;
10 correct?
11     A.  Yes.
12     Q.  Okay.  And during that time, part of your
13 responsibilities were to have interactions on behalf of
14 MyPillow with radio stations and podcasters; correct?
15     A.  Correct.
16     Q.  And during that time, you worked with them on
17 advertising; correct?
18     A.  Correct.
19     Q.  And during that time, you worked with them on
20 scripts for advertisements or spots to sell MyPillow
21 products; correct?
22     A.  Correct.
23     Q.  Okay.  And you've had those responsibilities
24 continuously from 2015 until present?
25     A.  Correct.

Page 30

1      Q.  And then, in marketing at MyPillow from 2015
2  to 2023, or currently, you've held a number of positions
3  or formal titles; is that right?
4      A.  Two different titles, I believe.
5      Q.  What are those two titles?
6      A.  I believe the first one was director of
7  marketing, and current, VP of media relations.
8      Q.  Over that period of time from 2015 to present,
9  did you always report to Jessica Maskovich?
10     A.  I reported to Jessica up until, I believe,
11 2020.
12     Q.  In 2020, who did you start reporting to?
13     A.  Mike Lindell.
14     Q.  Have you reported, in your role in marketing,
15 to Mike Lindell from 2020 through present?
16     A.  Yes.
17     Q.  Okay.  What was the reason for the change in
18 reporting structure?
19     A.  I don't know.  You'd have to ask Jessica and
20 Mike.
21     Q.  In that marketing role that you've held for
22 the last 18 years, are you in a salary position?
23     A.  Yes.
24     Q.  Do you have any employees that report to you?
25     A.  Yes.

Page 31

1      Q.  How many?
2      A.  One.
3      Q.  Who reports to you?
4      A.  Emily Carlson.
5      Q.  How long has Emily Carlson reported to you in
6  marketing?
7      A.  Two years.
8      Q.  Since around 2021; is that right?
9      A.  That sounds right.
10     Q.  What is Ms. Carlson's position or role at
11 MyPillow?
12     A.  She sends out sales tracking emails, sets up
13 some of our new podcasters with promo codes, sends out
14 scripts.
15     Q.  Anything else?
16     A.  No.
17     Q.  And did you know Ms. Carlson before she took
18 this position?
19     A.  Yes.
20     Q.  How did you know her?
21     A.  She is Mike Lindell's niece.
22     Q.  How much is your current annual salary that
23 you receive from MyPillow?
24     A.  $104,000.
25     Q.  And has your salary sort of changed over time

Page 32

1  in your position in marketing from 2015 to present?
2      A.  Yes.
3      Q.  Okay.  What was the salary that you started at
4  in 2015?
5      A.  I believe $60,000, possibly.
6      Q.  So your salary has increased during your time
7  in marketing at MyPillow from 2015 to 2023?
8      A.  Yes.
9      Q.  Do you receive health benefits from MyPillow?
10     A.  Yes.
11     Q.  Have you always received health benefits from
12 MyPillow?
13     A.  Yes.
14     Q.  Do you receive any other benefits from
15 MyPillow?
16     A.  I just received stock, I believe a year and a
17 half ago, two years ago -- year and a half.
18     Q.  So do you have any shares or stock in
19 MyPillow?
20     A.  Yes.
21     Q.  How many?
22     A.  I don't know.
23     Q.  When were they awarded?
24     A.  I believe a year and a half ago.
25     Q.  Do you have any paperwork that identifies the,

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                  33–36

Page 33
1  sort of, the amount of shares or stock that you have in
2  MyPillow?
3       A.  I believe so.  I was given something, but I
4  didn't look at it.
5       Q.  Is it stock or stock options?
6       A.  I don't know.
7       Q.  Do you have any stock options at MyPillow?
8       A.  I don't know.
9       Q.  Okay.  What was the reason that you
10 obtained -- or what was your understanding of the reason
11 why you obtained shares or stock in MyPillow about a year
12 and a half ago?
13           MS. OLIVER:  Objection to form.
14           You can answer.
15       A.  Because somebody had quit who had stock, and
16 the stock became available.
17 BY MS. WRIGLEY:
18       Q.  Who quit?
19       A.  I don't recall who it was.
20       Q.  Have you received any bonuses from MyPillow
21 during your employment there?
22       A.  Yes.
23       Q.  How many bonuses have you received?
24       A.  We get a bonus each year at Christmas.
25       Q.  So during your employment at MyPillow, have

Page 34
1  you generally received a Christmas or an annual bonus from
2  MyPillow?
3       A.  Yes.
4       Q.  And what was the amount of the bonus that you
5  received last year?
6       A.  $2,000.
7       Q.  How about the year before?
8       A.  $2,000.
9       Q.  Okay.  Have you ever received a bonus from
10 MyPillow that was larger than $2,000?
11       A.  No.
12       Q.  Are you or have you ever been a member of the
13 MyPillow Board of Directors?
14       A.  No.
15       Q.  Do you know who the current board members of
16 MyPillow are?
17       A.  Not currently.
18       Q.  Have you ever reported to the board in your
19 position in marketing?
20       A.  No.
21       Q.  Okay.  In your position in marketing, have you
22 ever had any interactions with the board?
23       A.  Yes.
24       Q.  Describe the nature of those interactions.
25       A.  Mike Lindell is on the board.  I communicate

Page 35
1  with him daily.
2       Q.  Anyone else on the board do you communicate
3  with regularly in your position in marketing?
4       A.  I only know -- I don't really know who's on
5  the board right now.  I believe Brad Carlson is, and I
6  speak with him.
7       Q.  Anyone else?
8       A.  I don't recall who else is on the board.
9       Q.  Who is Mr. Carlson?
10       A.  He is product development at MyPillow.
11       Q.  How often do you interact with Mr. Carlson in
12 connection with your job at MyPillow?
13       A.  We communicate every day.
14       Q.  What types of things do you and Mr. Carlson
15 communicate about?
16       A.  Well, we're the only ones there at 6:00 a.m.,
17 so just about how our day is going to go.
18       Q.  How about in connection with any MyPillow
19 official business?
20       A.  I just ask him what new product's coming out,
21 and colors, and just about product.
22       Q.  Do you -- I think you mentioned going in at
23 6:00 a.m.
24           Do you go into an office in connection with
25 your work at MyPillow?

Page 36
1       A.  Yes.
2       Q.  And where is the office located that you go
3  into every day for work?
4       A.  The address?
5       Q.  Yes.
6       A.  1550 Audubon Road, Chaska.
7       Q.  And that's the headquarters of MyPillow;
8  correct?
9       A.  That's correct.
10       Q.  Okay.  And prior to that time, did MyPillow
11 have an office at a different location?
12       A.  Yes.
13       Q.  Okay.  What was the other location?
14       A.  I believe it was 343 East 82nd Street, Chaska.
15       Q.  Okay.  And when did MyPillow move from the
16 prior address to --
17       A.  I don't recall if it's two or three years
18 we've been at the new location.
19       Q.  Okay.  And did you have an office or a space
20 at the office, regardless of which location during your
21 employment at MyPillow in marketing?
22       A.  I had a space, yes.
23       Q.  Okay.  And then, do you go into the office
24 every day in connection with doing your job?
25       A.  Yes.

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
37—40

Page 37

1    THE VIDEOGRAPHER: We're going off the
2  record. The time now is 9:24 a.m.
3    (Discussion off the record.)
4    THE VIDEOGRAPHER: We are going back on
5  the record. The time now is 9:27 a.m.
6  BY MS. WRIGLEY:
7    Q.  Ms. Curtis, I think when we left, I was asking
8  you about going to the office for work.
9    Is it fair to say that you regularly go into
10 the MyPillow headquarters office to do your job?
11   A.  Yes.
12   Q.  And do you sit near any other employees at
13 MyPillow there?
14   A.  Mike Lindell.
15   Q.  Okay.
16   A.  Ben Salden.
17   Q.  Anyone else?
18   A.  Darren Lindell is across the hall.
19   Q.  And do you interact with those individuals on
20 a daily basis?
21   A.  Yes.
22   Q.  Any other MyPillow employees that sit near you
23 that you interact with regularly as part of your job?
24   A.  My assistant, Emily Carlson and
25 Heidi O'Donnell.

Page 38

1    Q.  And who is Heidi O'Donnell?
2    A.  She does social media.
3    Q.  Okay.  Does MyPillow have any other office or
4  facilities in Minnesota?
5    A.  We have a warehouse in Shakopee.
6    Q.  Is that where your husband works?
7    A.  Yes.
8    Q.  Okay.  And do you go to the warehouse in
9  Shakopee in connection with your job at all?
10   A.  I think I was there once last year.
11   Q.  How many hours do you typically work in your
12 marketing position at MyPillow?
13   A.  I would say 50.
14   Q.  What hours each day do you typically work?
15   A.  6:00 a.m. and until 3:00, and then probably
16 another hour or two at home each night.
17   Q.  And was that true in 2020 through 2023?
18   A.  Yes.
19   Q.  I think you had mentioned in your marketing
20 position at MyPillow that you interact with Mike Lindell
21 on a daily basis.
22   Is that right?
23   A.  Yes.
24   Q.  How many times per day do you typically
25 communicate with Mike Lindell in your position?

Page 39

1    A.  It varies from once to five.
2    Q.  And do you frequently text with Mr. Lindell?
3    A.  Yes.
4    Q.  Do you and Mr. Lindell have any phone calls on
5  a daily basis?
6    A.  Yes.
7    Q.  And on a daily basis, do you and Mr. Lindell
8  have regular meetings?
9    A.  No.
10   Q.  Okay.  Do you ever have any sort of standard
11 or formal meetings with Mr. Lindell in your marketing
12 position?
13   A.  Occasionally.
14   Q.  What's the nature of those meetings?
15   A.  Marketing, what we're going to promote.
16   Q.  Are they standard or formal meetings, or do
17 they get scheduled as needed?
18   A.  As needed.
19   Q.  And I think I asked you about phone calls and
20 texts.
21   Do you and Mr. Lindell communicate in any
22 other way?
23   A.  That's about it.
24   Q.  Okay.
25   A.  Verbally, I mean.

Page 40

1    Q.  In person?
2    A.  Face-to-face, yeah.
3    Q.  Okay.  So in connection with your MyPillow, is
4  it fair to say that your interactions with Mike Lindell
5  are typically either in-person conversations,
6  conversations over the phone, or conversations via text?
7    A.  Correct.
8    Q.  Okay.  How about email?
9    A.  He doesn't email much.
10   Q.  Okay.  Do you have an email address at
11 MyPillow?
12   A.  Yes, I do.
13   Q.  Has that been the same email address, sort of,
14 in the last 10 years?
15   A.  Yes.
16   Q.  Do you have more than one email address with
17 MyPillow?
18   A.  Yes.
19   Q.  Okay.  What's -- can you just identify each of
20 the email addresses that you have with MyPillow?
21   A.  Dawn@mypillow.com.
22   Q.  What's the other one?
23   A.  Dcurtis@mypillow.com.
24   Q.  How long have you had each of those email
25 addresses?

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    41—44

---

Page 41

1      A.  I believe since I started in 2013.
2      Q.  What is the reason that you have two different
3  email addresses?
4      A.  I don't know.
5      Q.  Do you use them for different functions at
6  work?
7      A.  No.  I use dawn@mypillow.com, and sometimes
8  they come across as D. Curtis.  I don't know.
9      Q.  Okay.  Do you have a computer that you use for
10  work at MyPillow?
11      A.  Yes.
12      Q.  Is it a desktop or a laptop?
13      A.  I have a desktop, and I have a laptop at home.
14      Q.  Okay.  Did you get both of those computers
15  from MyPillow?
16      A.  Yes.
17      Q.  Do you have documents from work -- from your
18  work at MyPillow saved on those computers?
19      A.  Yes.
20      Q.  What type of documents?
21      A.  Everything that I've ever done.
22      Q.  Do you create or prepare any documents in
23  connection with your work at MyPillow?
24      A.  I create scripts.  I don't know.  All of my
25  work is, basically, saved.

Page 42

1      Q.  Okay.  Besides scripts, what other type of
2  documents would you prepare or create to do your work at
3  MyPillow?
4      A.  Invoicing for my stations, podcasters,
5  influencers.
6      Q.  Any other types of documents?
7      A.  Not that I can think of.
8      Q.  And do you save those documents on your
9  computers, or is there, like, a saved or a shared drive or
10  internal place for MyPillow employees?
11      A.  I save it on my desktop.
12      Q.  Do you have access to any internal systems or
13  shared platforms for your work at MyPillow?
14      A.  Not to my knowledge.
15      Q.  Okay.  Do you have a cell phone or a mobile
16  device that you use for your work at MyPillow?
17      A.  I have a personal cell phone that I use.
18      Q.  Do you use that for work at MyPillow?
19      A.  I have -- people call, yes.
20      Q.  Do you text Mike Lindell about work using the
21  cell phone?
22      A.  Yes.
23      Q.  What is the number of your cell phone?
24      A.  952-913-8557.
25      Q.  Do you have access to any electronic systems

Page 43

1  that provide you with information about the sale of
2  MyPillow products?
3      A.  I don't understand the question.
4      Q.  Are there any electronic tools or platforms
5  that you can obtain information on revenue from sales of
6  MyPillow products?
7      A.  I don't understand what you're talking about.
8      Q.  Okay.  Let me ask you so the record is clear,
9  what is your understanding of the business of MyPillow?
10          MS. OLIVER:  Objection to form.
11      You can answer.
12      A.  We sell MyPillow products.
13  BY MS. WRIGLEY:
14      Q.  How long has MyPillow been in business?
15      A.  He invented the first pillow in 2004, I think.
16  We became incorporated in 2007 -- 2009, one of those two.
17      Q.  Does MyPillow sell products to consumers?
18      A.  Yes.
19      Q.  Does MyPillow sell pillows to consumers?
20      A.  Yes.
21      Q.  And it's fair to say that Mike Lindell started
22  MyPillow out selling pillows to consumers?
23      A.  Yes.
24      Q.  Today, MyPillow sells more than just pillows
25  to consumers; correct?

Page 44

1      A.  Correct.
2      Q.  What other types of products does MyPillow
3  sell to consumers?
4      A.  Sheets, blankets, dog beds, mattresses,
5  mattress toppers, slippers, towels.
6      Q.  During the time that you've been employed at
7  MyPillow, has MyPillow done marketing or advertising to
8  sell its pillows and some of the other products that you
9  mentioned to consumers?
10      A.  Yes.
11      Q.  Does Mike Lindell typically appear in that
12  advertising?
13      A.  Yes.
14      Q.  Is Mike Lindell the main spokesperson for the
15  MyPillow company and the sale of its products?
16      A.  Yes.
17      Q.  And is Mike Lindell one of the main, if not
18  the most important ways, that Mike Lindell sells products
19  to its consumers?
20          MS. OLIVER:  Objection to form.
21      You can answer.
22      A.  Yes.
23  BY MS. WRIGLEY:
24      Q.  I'm going to show you a document.  I'm going
25  to mark our first exhibit, the website one.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              45–48

Page 45

1   Ms. Curtis, I'm going to mark an exhibit and
2  hand it to you.  When you get it, just take a minute --
3  I'll walk you through it.  Just take a minute to review
4  it.
5        We're starting at Exhibit 405, but just so you
6  know that's because we're -- in all the depositions that
7  were taking place, we're doing continuous numbering, so
8  the first one today will be 405, and then they'll continue
9  sequentially.
10        (Whereupon, Exhibit 405 was marked.)
11  BY MS. WRIGLEY:
12   Q.  Ms. Curtis, I've handed to you a printout of
13  some information from the MyPillow website home page.
14        At the bottom, you'll see some text, and
15  that's just sort of a capture of the time in which
16  somebody went onto the website and printed this out, so
17  this is what was reflected on the MyPillow website home
18  page as of September 7th at the time mentioned below.  And
19  also, at the bottom, I think, has the capture.  You can
20  see it's mypillow.com, and it's the home page.
21        Just take a minute to review this capture of
22  the website and Exhibit 405, and I'm just going to ask you
23  a few questions about it.  Let me know when you're ready.
24   A.  I'm ready.
25   Q.  Are you familiar with the MyPillow website?

Page 46

1   A.  Yes, I am.
2   Q.  And how are you familiar with the website of
3  MyPillow?
4   A.  This is where I direct my radio, podcasters
5  and influencers to --
6        THE REPORTER:  I'm sorry?
7   A.  This is where I direct my radio stations,
8  podcasters and influencers to.
9  BY MS. WRIGLEY:
10   Q.  And what would be the purpose of directing the
11  radio podcasters and influencers to the MyPillow website?
12   A.  Because when they're doing the script, this is
13  where they drive their listeners to purchase products.
14   Q.  Now, sort of looking at what's printed on
15  Exhibit 405 from the MyPillow website, do you see that the
16  first thing that appears here, at least as of this time,
17  was an ad for bed sheets, and it's got Mike Lindell in
18  that sort of advertisement picture?
19   A.  Yes.
20   Q.  Okay.  And do you see that it references use
21  of a promo code?
22   A.  Yes.
23   Q.  Okay.  And then, if you look below that sort
24  of main advertisement that's in the box at the top, do you
25  see that there's sort of a number of small pictures or ads

Page 47

1  for a variety of additional MyPillow products?
2   A.  Yes.
3   Q.  And these sort of ads, if you look on the
4  first page and sort of the second page and continuing,
5  include many of the consumer products that you mentioned
6  earlier that MyPillow sells, such as sort of towels and
7  sheets and slippers, et cetera?
8   A.  Yes.
9   Q.  Okay.  And if you look through this -- and
10  again, this is printed from the website -- is this sort of
11  representative of the type of home products that MyPillow
12  sells to consumers?
13   A.  Yes.
14   Q.  Now, looking at the different advertisements
15  that appears on this website, MyPillow website print in
16  Exhibit 405, do you see that each of them has a reference
17  to promo code?
18   A.  Yes.
19   Q.  What is the promo code reference?
20   A.  That's how we track where people -- if they
21  watched a TV commercial or listen to a radio station,
22  that's how we track where our sales come from.
23   Q.  And do each of the sort of radio podcaster
24  influences [sic] that help sell MyPillow products get
25  assigned promo codes to use?

Page 48

1   A.  Yes.
2   Q.  Who assigns those promo codes to them?
3   A.  They suggest a promo code, and I let them know
4  if it's available or not.
5   Q.  Okay.  Does MyPillow sell any products without
6  promo codes?
7   A.  People purchase without using a promo code,
8  yes.
9   Q.  What is the purpose of a promo code?
10   A.  You get a discounted price.
11   Q.  And is the promo code used at MyPillow to help
12  facilitate consumers to buy MyPillow products?
13   A.  A promo code is used to get a discount on the
14  MyPillow products.
15   Q.  Now, if you go a number of pages in, and at
16  the bottom, it kind of has a page reference where it says
17  "page 1 of 7" and so on, and I'm going to ask you to turn
18  your attention to page 6 of 7.
19        Do you see that there's sort of an image there
20  that says, "Discover Our Guarantee."  There's some
21  language about that guarantee below that heading, and then
22  there's sort of a video screenshot on the page.
23        Do you see that?
24   A.  Yes.
25   Q.  And then the -- it has sort of a quote above

DAWN H. CURTIS                                        September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                      49–52

Page 49

1  it from Mike Lindell about, "I personally guarantee it
2  will be the most comfortable pillow you ever owned."
3        Do you see that?
4     A.  Yes.
5     Q.  And then, below that screenshot, do you see
6  that Mike Lindell is sort of sitting there with a pillow?
7     A.  Yes.
8     Q.  Okay.  And then, are you familiar with that
9  guarantee?
10    A.  I've heard him say it, yes.
11    Q.  Okay.  And would you agree that it's sort of
12  normal or customary for, sort of, Mike Lindell to appear
13  in the majority of, sort of, the commercials or the
14  advertisements for MyPillow products?
15    A.  Yes.
16    Q.  Okay.  If you go back to the first page, at
17  the very top, do you see that there's two phone numbers --
18    A.  Yes.
19    Q.  -- by the MyPillow logo.  One says, "Order
20  now."
21    A.  Yes.
22    Q.  And it's got a 1-800 number.
23        Do you see that?
24    A.  I do.
25    Q.  And can consumers buy products by calling that

Page 50

1  1-800 number?
2     A.  Yes.
3     Q.  Okay.  And consumers buy products on the
4  website; correct?
5     A.  Yes.
6     Q.  Okay.  Besides calling the 1-800 number and
7  going to the MyPillow website, where else can a consumer
8  buy a MyPillow product?
9     A.  I believe a few retail stores.
10    Q.  Okay.  Retail stores.
11        Any other places where a consumer may go to
12  buy a MyPillow product?
13    A.  No.
14    Q.  So consumers who want to buy products from
15  MyPillow would go to the website; correct?
16    A.  Yes.
17    Q.  They would call a 1-800 number; correct?
18    A.  Yes.
19    Q.  They could also go to a retailer that carries
20  a MyPillow product?
21    A.  Yes.
22    Q.  Okay.  And in terms of any -- of the persons
23  or entities you mentioned before -- radio, podcasters and
24  influencers -- do they have any sort of vehicles or places
25  where consumers can buy MyPillow products?

Page 51

1     A.  I don't understand what your --
2     Q.  Okay.  In order for them to -- I think you had
3  said that you direct radio, podcasters and influencers to
4  the websites; right?
5     A.  Yes.
6     Q.  Okay.  So if any radio, podcaster or
7  influencer is advertising MyPillow, would they typically
8  direct them to the 1-800 number or the MyPillow website to
9  buy products?
10    A.  Each radio station, podcaster and influencer,
11  they have their own unique 800 number, not this one.
12    Q.  Okay.  Is the reason that each one of them has
13  their own unique 800 number in order to track the amount
14  of revenues or sales that they're generating for MyPillow?
15        MS. OLIVER:  Objection to form.
16        But you can answer.
17    A.  It also helps our sales department know where
18  they're from -- they're listening.  Their promo code will
19  automatically populate for our sales team when it comes
20  in.
21  BY MS. WRIGLEY:
22    Q.  Does each radio podcasters influencer have
23  their own unique promo codes?
24    A.  Yes.
25    Q.  They all, each, have their own unique

Page 52

1  800 number?
2     A.  Yes.
3     Q.  Okay.  Would they also, then, direct consumers
4  to the website?
5     A.  Yes.
6     Q.  And then, is it fair to say that as a result
7  of each radio podcaster and influencer having their own
8  unique 800 number or promo code number, MyPillow is able
9  to identify any revenue or sales that have come from each
10  of them?
11    A.  Yes.
12    Q.  I'm going to give you another exhibit.  You
13  can put that one to the side.
14        MS. WRIGLEY:  The next one I'll mark
15  will be 406.
16        (Whereupon, Exhibit 406 was marked.)
17  BY MS. WRIGLEY:
18    Q.  Ms. Curtis, the court reporter has handed to
19  you what has been marked Exhibit 406.  I'll represent to
20  you that this is another printout from the MyPillow
21  website.
22        At the bottom left-hand corner, it gives
23  information about the website this information was
24  captured on, the date or the time stamp from when it was
25  captured.  So this would reflect the information on the

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                        53—56

Page 53

1  MyPillow website as of the date at the very bottom.
2        This, for the record, has a number of
3  printouts that go with a number of, sort of, the tabs of
4  the sections that are listed at the top where it goes
5  through MyPillows, bedding, mattresses, mattress toppers,
6  MySlipper/Footwear, clothing, towels, pet, accessory
7  pillows, Mike's products and clearance.
8        Do you see that at the top?
9  A. Yes.
10      Q. So just so you understand the exhibit, the
11  first couple of pages would be the information at this
12  point in time when it was captured that was from the, sort
13  of, MyPillow's tab.
14        Then, when you get into it, the next section
15  would be what was captured when you got to the next tab of
16  bedding. A couple pages in would be what was captured for
17  mattresses, and then so on.
18      A. Correct.
19      Q. Does that make sense?
20      A. Yes.
21      Q. Okay. And if you just look through this
22  document, does this show all of the various, sort of,
23  products that MyPillow sells to consumers?
24      A. Yes.
25      Q. And are you familiar with, sort of, many of

Page 54

1  these products and the types of advertisements that appear
2  on the MyPillow website for those products?
3      A. Yes.
4      Q. And if you look through all these different
5  advertisements, many, if not all of them, have a reference
6  of a product, a sale price, and then with a promo code.
7        Do you see that?
8      A. Yes.
9      Q. Okay. And if you were to, sort of, click on,
10  let's just take -- on the first page, the limited edition
11  MyPillow that appears at the very top, if I were to kind
12  of click on this and it says, "With Promo Code," would
13  there be a place for me to put in a -- if I were a
14  consumer, for me to put in a promo code that I had
15  obtained somewhere for MyPillow product?
16      A. At checkout, yes.
17      Q. Okay. And then, for example, if I had
18  listened to a podcast and they gave a promo code, I could
19  go to the website, I could click in here, I could put in
20  that promo code, and that would give me a discount on a
21  MyPillow product; is that right?
22      A. Yes.
23      Q. Okay. And that promo code would be, sort of,
24  associated with the podcast that I listened to; is that
25  right?

Page 55

1      A. Correct.
2      Q. And then, MyPillow would have a record of that
3  sale that had been done with that promo code, and MyPillow
4  would be able to identify that that sale was associated
5  with somebody who had listened to that podcast; correct?
6        MS. OLIVER: Objection to form.
7        You can answer.
8      A. Yes.
9  BY MS. WRIGLEY:
10      Q. Is it sort of fair to say that the use of
11  promo codes is, sort of, a regularly-used marketing
12  strategy of MyPillow to sell products to consumers?
13      A. Yes.
14      Q. Okay. And is that use of promo codes a
15  marketing tactic that MyPillow has made use of during your
16  time in marketing, sort of, for the last, I don't know,
17  10 or so years?
18      A. Yes.
19      Q. Okay. And do you regularly report to
20  Mike Lindell on the uses of promo codes in your role in
21  marketing at MyPillow?
22      A. Yes, when there's a deviation.
23      Q. Okay. I want to go to the section which I
24  think is one of the ones at the, sort of, the end of this
25  list, "Mike's Products." It's on -- it's sort of near the

Page 56

1  back, one, two, three, four -- about seven pages from the
2  back.
3        Do you see that section?
4      A. Yes.
5      Q. At the top, it says, "Mike's Products," and
6  then it has, sort of, three products -- images for three
7  different products underneath there.
8        Do you see that?
9      A. Yes.
10      Q. Does MyPillow sell merchandise specific to
11  Mike Lindell?
12      A. It looks like these three.
13      Q. Are you familiar with these three products?
14      A. Yes.
15      Q. And the first one, starting at the left, is a
16  book of Mike Lindell's; is that right?
17      A. Yes.
18      Q. And MyPillow sells a book that Mike Lindell
19  wrote called, What Are the Odds?
20      A. Yes.
21      Q. It also sells, going to the next product, a
22  bobble head of Mike Lindell; is that correct?
23      A. Yes.
24      Q. And then looking to the third one, it sells a
25  life-sized cardboard of Mike Lindell.

DAWN H. CURTIS                                         September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                      57—60

Page 57

1         Do you see that?
2      A.  Yes.
3      Q.  Okay.  Do you own any of these products
4   from -- of Mike Lindell?
5      A.  A book.
6      Q.  Okay.  Would you agree that Mike Lindell and
7   MyPillow are fairly interchangeable?
8         MS. OLIVER:  Objection to form.
9         You can answer.
10     A.  I guess I don't understand the question.
11  BY MS. WRIGLEY:
12     Q.  Let me ask a different question:
13        Would you agree that MyPillow uses the persona
14  of Mike Lindell as a marking strategy?
15     A.  I wouldn't say it's a strategy.
16     Q.  Does MyPillow use the image of Mike Lindell to
17  help sell products?
18        MS. OLIVER:  Objection to form.
19        You can answer.
20     A.  He is the brand of MyPillow.
21  BY MS. WRIGLEY:
22     Q.  Okay.  And you would agree Mike Lindell is the
23  most important salesperson from MyPillow and its products?
24        MS. OLIVER:  Objection to form.
25        You can answer.

Page 58

1      A.  I personally think so.  I don't know.
2   BY MS. WRIGLEY:
3      Q.  I'm going to show you another document.  You
4   can put that one to the side.
5         (Whereupon, Exhibit 407 was marked.)
6   BY MS. WRIGLEY:
7      Q.  The court reporter is handing to you what's
8   been marked as Exhibit 407.
9         I'll represent for the record, again, this is
10  another printout from the MyPillow website.  At the bottom
11  left-hand corner has information regarding the place and
12  the website this was printed from, along with the
13  information that appeared at this point at this particular
14  time, and this is a printout of the information that
15  appears, if you go to, sort of, the bottom of the home
16  page, it's got a number of links.  And if you go to the
17  last page of this document, you'll see kind of like a site
18  map, and it's got store links and information links.  This
19  printout represents the information that appears in the
20  "About Us" section of the website.
21        Do you see that one sort of underlined on this
22  last page?
23     A.  Yes.
24     Q.  Okay.  If you go back to the first page, just
25  take a minute to flip through.  This is information

Page 59

1   printed that goes through, sort of, a chronology with
2   Mike's story.
3         Do you see that?
4      A.  Yes.
5      Q.  Do you see that that his story starts in 1977?
6      A.  Yes.
7      Q.  With the beginning, and then 1980, it
8   describes an entrepreneurial path.
9         Do you see that?
10     A.  Yes.
11     Q.  And 2004, it describes developing the pillow.
12        Do you see that?
13     A.  Yes.
14     Q.  In 2004, it also has a title, "Perfect Timing"
15  and sort of gives some additional information about the
16  story of Mike Lindell and MyPillow?
17     A.  Yes.
18     Q.  And if you go forward, do you see it goes to
19  2005, and it has a title, "On the Road," and again
20  continues the story with Mike Lindell and MyPillow.
21        Do you see that?
22     A.  Yes.
23     Q.  And then, if you go forward to 2011, it
24  continues the story of Mike Lindell and MyPillow called --
25  with a title, "Success in Print."

Page 60

1         Do you see that?
2      A.  Yes.
3      Q.  It continues to 2011, "Unscripted:  MyPillow's
4   First Infomercial."
5         Do you see that?
6      A.  Yes.
7      Q.  In 2012, it continues the story, "QVC Debut."
8         Do you see that?
9      A.  Yes.
10     Q.  If you go forward, in 2012 it talks about,
11  "MyPillow Expands."
12        Do you see that?
13     A.  Yes.
14     Q.  And then, in 2014, it says, "Radio."
15        Do you see that?
16     A.  Yes.
17     Q.  Okay.  And you, in the course of your
18  employment with -- in marketing with MyPillow, you've
19  dealt with, sort of, marketing in connection with
20  radio stations for MyPillow; correct?
21     A.  Yes.
22     Q.  Okay.  And then, if you continue, in 2016, it
23  talks, again, about Mike's story, and it has the heading,
24  "Mike J. Lindell, an American Dream."
25        Do you see that?

DAWN H. CURTIS                                  September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              61–64

Page 61

1      A.  Yes.
2      Q.  And it talks about a documentary that
3  Mike Lindell created.
4          Do you see that?
5      A.  Yes.
6      Q.  About his success story?
7      A.  Yes.
8      Q.  And then, if you go forward, this one just
9  goes up to 2021, and it says, "MyPillow Today."
10         Do you see that?
11     A.  Yes.
12     Q.  And it says, "Today MyPillow has 15 retail
13  locations, has been featured in many news articles and
14  employs over 1,600 people and has sold over 15 million
15  pillows."
16         Do you see that?
17     A.  Yes.
18     Q.  And you've been with the company a long time,
19  so you've been with the company for a number of these, I
20  guess, milestones and a MyPillow story; correct?
21     A.  Yes.
22     Q.  Okay.  Based on your work at MyPillow for the
23  last 10 years, would you agree that Mr. Lindell has good
24  marketing instincts?
25         MS. OLIVER:  Objection to form.

Page 62

1          You can answer.
2      A.  Yes.
3  BY MS. WRIGLEY:
4      Q.  Would you agree that Mike Lindell, at least
5  based on your experience with MyPillow in the last
6  10 years, has made decisions with respect to marketing
7  MyPillow that have been effective in increasing sales of
8  the MyPillow products?
9      A.  He has great products, and so that's what
10  we've made some money off of that.
11     Q.  Do you think that Mike Lindell does a good job
12  of marketing the MyPillow products?
13     A.  Yes.
14     Q.  Would you agree that Mr. Lindell is very
15  knowledgeable about the best ways to market and sell
16  MyPillow's products?
17         MS. OLIVER:  Objection to form.
18         You can answer.
19     A.  Yes.
20  BY MS. WRIGLEY:
21     Q.  Based on your experience, does Mike Lindell
22  know how to use media platforms to help sell products of
23  MyPillow?
24         MS. OLIVER:  Objection to form.
25         You can answer.

Page 63

1      A.  Yes.
2  BY MS. WRIGLEY:
3      Q.  And why do you say yes?
4      A.  Media, the radio.  We have great talent that
5  we work with in radio and podcasters that help sell the
6  product.
7      Q.  And does Mike Lindell have strong
8  relationships with any of -- many of those media and
9  podcasters that help sell the MyPillow products?
10     A.  I don't know his relationship with all of
11  them.
12     Q.  Okay.  Okay.  What are some of the -- well, as
13  you sit here today, who are the radio, podcaster or
14  influencers who have helped sell the most MyPillow
15  products in the last 10 years?
16     A.  Don Imus was our first one who did the best,
17  rest his soul.
18         THE REPORTER:  I'm sorry?
19     A.  Rest his soul.  He's passed.  Jack Posobiec,
20  an influencer, Alex Jones, Steve Bannon.
21  BY MS. WRIGLEY:
22     Q.  You referenced Don Imus, Jack --
23     A.  Posobiec.
24     Q.  -- Posobiec, Alex Jones and Steve Bannon;
25  correct?

Page 64

1      A.  Correct.
2      Q.  Anyone else that comes to mind?
3      A.  They have the biggest platform.  That's why
4  they sell so much.
5      Q.  I want to continue to ask you some questions
6  about marketing MyPillow, and I want to focus on the years
7  2020 and 2021.
8          You had a fair amount of responsibility for
9  marketing MyPillow products during that time; correct?
10     A.  Yes.
11     Q.  During that period of time, who else at
12  MyPillow would have had marketing responsibilities,
13  besides yourself?
14     A.  We have people that do text messages and email
15  blasts, which would be Nick Dressen.
16         THE REPORTER:  What?
17     A.  Nick Dressen, D-R-E-S-S-E-N.
18  BY MS. WRIGLEY:
19     Q.  So Mr. Dressen works for MyPillow, and he does
20  text and email blasts for the company?
21     A.  Yes.
22     Q.  Okay.  Just explain to me, or just for the
23  record, what do you mean by text or email blasts?
24     A.  Promoting a specific product, a flash sale on
25  slippers or towels.

Page 65

1    Q.   What is Mr. Dressen's position at the company?
2    A.   I don't know his title.
3    Q.   Okay.  Anybody else that has a main marketing
4  role or responsibility at MyPillow during 2020 and 2021,
5  besides yourself, Mr. Dressen?
6    A.   Jessica Maskovich is still CMO, and she did --
7  she handles the TV commercials.
8    Q.   Okay.  When you say, "Handles the TV
9  commercials," what do you mean?
10    A.   She helps create the commercials.
11    Q.   Does she write scripts for those commercials?
12    A.   Yes.
13    Q.   Does she do anything else besides writing
14  scripts for the commercials?
15    A.   Not to my knowledge.
16    Q.   Do you have any responsibility for the TV
17  commercials?
18    A.   None.
19    Q.   Who decides when or where to air those TV
20  commercials at MyPillow?
21    A.   I don't know.  I don't have anything to do
22  with the TV commercials.
23    Q.   Okay.  Does anybody else, besides
24  Jessica Maskovich, have responsibility for the TV
25  commercials at MyPillow?

Page 66

1    A.   I don't know.
2    Q.   Okay.  Are you familiar with an individual
3  named Joe Schmieg or Schmieg?
4    A.   Joe Schmieg, yes.
5    Q.   Does Mr. Schmieg work at MyPillow?
6    A.   Yes.
7    Q.   What is his position?
8    A.   I don't know his exact title.
9    Q.   Do you work with him, at all?
10    A.   Yes.
11    Q.   What's the nature of your interactions with
12  Mr. Schmieg?
13    A.   He does some retail stores.  He's a
14  salesperson.  I don't know his exact title, like I said,
15  and he's worked with a few of the radio stations.
16    Q.   What has been his work with the radio stations
17  been?
18    A.   The same as mine; marketing, adding new
19  radio stations for advertising purposes.
20    Q.   How long has he worked for MyPillow?
21    A.   I don't know.
22    Q.   And does Mike Lindell have marketing
23  responsibilities at the company?
24    A.   He is -- I don't know.  I mean, I guess.
25    Q.   Does anybody else at the company or anybody

Page 67

1  else employed by MyPillow have any main responsibilities
2  for marketing, besides the individuals we just went
3  through?
4    A.   No.
5    Q.   Okay.  In your position at marketing in the
6  last 10 years, have you had any responsibilities for
7  marketing budgets or expenditures?
8    A.   No.
9    Q.   What about for building brand awareness?
10    A.   No.
11    Q.   Do you develop brand strategies in your
12  position at MyPillow?
13    A.   We do not brand.
14    Q.   What do you mean by that?
15    A.   We don't use it just to brand.
16    Q.   In your position in marketing at MyPillow, do
17  you have any involvement or responsibility for developing
18  or giving feedback on any marketing plans?
19    A.   No.
20    Q.   Does MyPillow create any marketing plans or
21  strategies?
22    A.   No.
23    Q.   Who decides what type of marketing MyPillow is
24  going to do to sell its products?
25    A.   I don't know.  I'm not in a marketing meeting.

Page 68

1  I just handle radio, podcasters and influencers, so I
2  don't know.
3    Q.   Do you have any responsibilities in connection
4  with your job at MyPillow for organizing promotional
5  events?
6    A.   Not events.  Just promotions on products.
7    Q.   Okay.  Okay.  Do you have any responsibilities
8  in your position at MyPillow to develop and manage
9  advertisements or commercials for MyPillow?
10    A.   No.
11    Q.   Do you have any responsibilities for posting
12  social media content for MyPillow?
13    A.   No.
14    Q.   Do you know who at -- well, does anybody at
15  MyPillow have responsibility for posting social media?
16    A.   Yes, Heidi O'Donnell.
17    Q.   Who?
18    A.   Heidi O'Donnell.
19    Q.   What is her position at MyPillow?
20    A.   I don't know her title.  She does
21  social media.  That's all I know.
22    Q.   Do you have any responsibilities in your
23  position at marketing for managing social media in any
24  way?
25    A.   No.

DAWN H. CURTIS
September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell
69–72

Page 69

1    Q.   Monitoring social media in any way?
2    A.   No.
3    Q.   How about managing any other online content?
4    A.   No.
5    Q.   Okay.  You said a number of times that you
6  worked with radio, podcasters and influencers.  Let me
7  just make sure I understand what you mean.
8        When you say "radio," what do you mean by
9  "radio"?
10    A.   So a specific, say, WOR in New York, they want
11  to bring on a talent to advertise MyPillow products, so
12  that's who I work with, the talent and the station.
13    Q.   And what is the nature of your interactions
14  with the radio station in, sort of, setting up an
15  arrangement when they want to work with MyPillow?
16    A.   I get them a couple products because we want
17  them to use the products so they know what they're talking
18  about when they're promoting the product, give them a
19  pillow and some sheets, and then they -- we send them a
20  script, and they do a 60-second spot on the actual
21  product.
22    Q.   When you send them the script; is that a
23  script that you've developed or created?
24    A.   We give them an outline, but they make it
25  their own.

Page 70

1    Q.   And does that script typically reference a
2  promo code?
3    A.   Yes.
4    Q.   And that promo code would be unique to the
5  radio station?
6    A.   Correct.
7    Q.   Okay.  And do you track or monitor the
8  performance of those spots for the particular
9  radio station or entity?
10    A.   Yes.
11    Q.   How do you do that?
12    A.   A report that I get from our computer each
13  morning.
14    Q.   Okay.  What's this report that you get each
15  morning?
16    A.   A sales-tracking email.
17    Q.   Who does the sales-tracking email come from?
18    A.   Our computer, Annaware.
19    Q.   What is Annaware?
20    A.   Just a program that we have on our computer
21  that tracks our promo code usage.
22    Q.   Do you get an email with MyPillow sales
23  delineated by promo code on a daily basis?
24    A.   I pull specific reports for specific stations
25  each day, yes.

Page 71

1    Q.   Okay.  And what's the purpose of tracking the
2  sales for specific stations each day?
3    A.   Because the station wants to know how good
4  they're doing.
5    Q.   Okay.  How does MyPillow -- strike that.
6        Does MyPillow compensate the radio station for
7  doing these advertisements?
8    A.   They get a percentage of the sales that come
9  in.
10    Q.   What is the percentage?
11    A.   25 percent.
12    Q.   Is it 25 percent for all radio stations?
13    A.   No.
14    Q.   Who decides what the percentage arrangement
15  will be with respect to MyPillow and the radio stations?
16    A.   We started this probably six years ago, that
17  they get a percentage, and Mike Lindell decided what they
18  would get.
19    Q.   Okay.  So each radio station that does, sort
20  of, spots for MyPillow products receives compensation in
21  the form of a percentage of the sales produced from the
22  use of their unique promo codes?
23    A.   Not all of them.  Some are a cash buy.
24    Q.   Okay.  Do you have access to information at
25  work that identifies, for each radio station, whether

Page 72

1  they're compensated from a percentage of sales or whether
2  they're compensated from a cash buy?
3    A.   Yes.
4    Q.   Approximately how many radio stations does
5  MyPillow have arrangements with for the radio stations to
6  run MyPillow spots?
7    A.   Between radio, podcast and influencers, all of
8  them?
9    Q.   Just radio.  Just radio.
10    A.   Now, probably only 40.
11    Q.   40 now.
12        How about in 2020?
13    A.   Before COVID?
14    Q.   Yes, let's just say before COVID.
15    A.   Before COVID, probably 200.
16    Q.   200.
17        How about around the time of the
18  Presidential Election in 2020?
19    A.   Pre-COVID, 200.  I can't say.  I don't know.
20    Q.   Okay.
21    A.   Because of COVID, they went down
22  significantly.
23    Q.   Okay.  Let me ask you about the numbers, and
24  I'll circle back to radio podcasters.
25        Currently, how many podcasters does

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
73–76

Page 73

1  Mike Lindell have arrangements with?
2      A.  I can't even -- I can't guess.  Several.
3  Podcasts have come alive lately in the last couple of
4  years.
5      Q.  More than 10?
6      A.  Yes.
7      Q.  More than 100?
8      A.  Probably 100.
9      Q.  And let me ask you about influencers.
10         Currently, approximately how many influencers
11  does --
12      A.  40.
13      Q.  Okay.  Around the time of the 2020
14  Presidential Election, how many podcasters would MyPillow
15  have arrangements with?
16      A.  Podcast wasn't big then, so maybe 10.
17      Q.  Let me ask you that same question for
18  influencers?
19      A.  20, maybe.
20      Q.  Now, when I -- circling back to the radio and
21  then how the radio is compensated, you said a cash buy.
22         Can you explain to me what you mean by that?
23      A.  They get a certain dollar amount per spot that
24  they do.  If they do one spot per day, for instance, if
25  they get $1,000 per spot and they do one a day, it's --

Page 74

1  that's what they get paid.  Two a day, $2,000.
2      Q.  Okay.  And then, the other way that they get
3  paid is a percentage of the sales of MyPillow products
4  that they bring in from the use of their promo codes?
5      A.  Correct.
6      Q.  Okay.  And I think you said, typically, it's a
7  25 percent percentage?
8      A.  Correct.
9      Q.  Are there a number of radio stations that
10  receive more than 25 percent?
11      A.  No.
12      Q.  Okay.  Are there a number of them that receive
13  less?
14      A.  No.
15      Q.  Okay.  All of them get --
16      A.  No one receives less.
17      Q.  Okay.  So do all of the radio stations -- and
18  I'll ask you during the period of 2020 to 2023 -- receive
19  25 percent of any sales that come in from spots or promos
20  that they run for MyPillow?
21      A.  So they're either a cash buy or a percentage.
22      Q.  Okay.  And the percentage is always
23  25 percent?
24      A.  Correct.
25      Q.  Okay.  Thank you.  So that's -- that's radio.

Page 75

1      Q.  Let me ask you about podcasters.  Just so the
2  record is clear, what do you mean by "podcaster"?
3      A.  Just a podcast.  People -- it's like a
4  streaming service.
5      Q.  Okay.  And what are your responsibilities or
6  the nature of your interactions with podcasters in
7  connection with marketing for MyPillow?
8      A.  The same thing.  They get a couple products,
9  we give them the script, they do a 60 to a 120-spot, give
10  out the promo code, drive them to our website.
11      Q.  How are podcasters compensated for doing the
12  spots?
13      A.  25 percent.
14      Q.  Are there cash buys for podcasters?
15      A.  I don't believe I have any cash buys.
16      Q.  In order for either the radio or the
17  podcasters to get paid, MyPillow would have to keep
18  records or track the sales of MyPillow products that have
19  been produced through the promo codes of each; correct?
20      A.  Correct.
21      Q.  How often does radio or the podcasters sort of
22  get paid for their MyPillow sales?
23      A.  Usually monthly, every four weeks.
24      Q.  Are there invoices associated with the payment
25  of the radio and the podcasters?

Page 76

1      A.  Yes.
2      Q.  Okay.  Who prepares the invoices?
3      A.  Some by the station, some by myself.
4      Q.  Okay.  Does MyPillow keep records of the
5  invoices regardless of who prepares them?
6      A.  Yes.
7      Q.  Okay.  Who keeps those records?
8      A.  Accounting.
9      Q.  Okay.  And does the radio stations or the
10  podcasters, do they always have the same promo code, or do
11  they use a variety of promo codes, even if they're unique
12  to them?
13      A.  They just normally use one.
14      Q.  One, okay.  Makes it easy to track; right?
15      A.  Yes.
16      Q.  Okay.  Let me ask about influencers.
17         What are the influencers?
18      A.  People that post on social media.
19      Q.  Okay.
20      A.  Their promo code.
21      Q.  And what are your responsibilities in your
22  role with marketing at MyPillow for influencers?
23      A.  The same with the radio station or a podcast.
24  Some people will post a meme of MyPillow products with
25  their promo code on it, and that's how they get people to

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                 77—80

Page 77

1  go purchase our products.
2      Q.  And how does the arrangements initiate between
3  MyPillow and influencers?
4      A.  They reach out to MyPillow and ask if they can
5  be an influencer.
6      Q.  Who makes the decision about whether a
7  particular person or entity can be an influencer for
8  MyPillow?
9      A.  I do.
10     Q.  Okay.  And what do you take into account when
11  deciding a person or entity would be an influencer for
12  MyPillow?
13     A.  I, basically, let anyone be an influencer
14  unless they're derogatory or swearing a bunch.
15     Q.  And then, do you keep records or keep track of
16  all the different, sort of, people or entities that are
17  influencers for MyPillow products?
18     A.  Yes.
19     Q.  Okay.  And where do you keep those records?
20     A.  On my computer.
21     Q.  Okay.  Is it in a -- what type of computer
22  program is it?  Like an Excel or --
23     A.  They all have an Excel sheet.
24     Q.  They all have an Excel sheet.  Got it.
25         Okay.  And then, how are the influencers

Page 78

1  compensated for any MyPillow products that they've sold?
2      A.  The same way a radio station and podcast is.
3      Q.  Are there any cash buys for the influencers?
4      A.  None.
5      Q.  Do the influencers get paid with revenue
6  splits?
7      A.  They get the 25 percent.
8      Q.  Okay.
9      A.  That's our revenue split, 75/25.
10     Q.  So any MyPillow products that an influencer
11  might sell with their own promo code, their compensation
12  would be 25 percent of the revenue of sale of MyPillow
13  products that were bought using that code?
14     A.  Correct.
15     Q.  And they get, sort of, paid monthly, just like
16  the radio or the podcasters?
17     A.  Yes.
18     Q.  Okay.  And in connection with your job at
19  marketing or MyPillow, do you regularly assess the
20  performance of the radio, podcaster or influencers?
21     A.  Yes.
22     Q.  Okay.  And what's the purpose of that
23  assessment?
24     A.  Because if they're normally doing $10,000 a
25  week and they go down to $200, I reach out to them and ask

Page 79

1  what they did or didn't do.
2      Q.  Okay.  And then, do you give them feedback or
3  any information that they can use to try to increase
4  sales?
5      A.  Yes.
6      Q.  Typically, what would be the nature of that
7  feedback?
8      A.  By changing up an offer because maybe one
9  didn't do well.  Maybe their viewers didn't want the
10  pillow, maybe they wanted to talk about sheets.
11     Q.  How often do you interact with the radio,
12  podcast and influencers in your job in marketing at
13  MyPillow?
14     A.  I try and reach out at least once every two to
15  three weeks to change up the offer.
16     Q.  Okay.  Who are the -- I know I asked you
17  about, sort of, the some of the top performers earlier.
18         Are there any other, sort of, podcaster or
19  influencers in the last couple years who have been, sort
20  of, top performers in terms of selling MyPillow products?
21     A.  Just the ones that I stated.
22     Q.  Okay.  Do you keep Mike Lindell regularly
23  updated on the performance of the sale of MyPillow
24  products from radio, podcasts and influencers?
25     A.  Yes.

Page 80

1      Q.  How often do you keep him up-to-date?
2      A.  Every morning, Monday through Friday.
3      Q.  Okay.  Do you have discussions with
4  Mike Lindell about the performance of the sale of MyPillow
5  products from radio, podcast and influencers?
6      A.  Yes.
7      Q.  Okay.  What are -- typically, what are the
8  nature of those discussions?
9      A.  I look for deviations.  Like I said, if
10  somebody's doing $10,000 a week and they go down to $200,
11  I reach out to them.
12     Q.  Got it.
13         And does Mr. Lindell ever give you any
14  feedback for the radio, podcasts or influencers?
15     A.  Rarely.
16     Q.  Do you have a good sense, after your years of
17  marketing experience at MyPillow, about the ways in which
18  are to be more effective at selling MyPillow products via
19  radio, podcast and influencers?
20     A.  Yes.
21     Q.  Okay.  And what would your assessment be of,
22  sort of, the best ways to sell MyPillow products through
23  radio, podcast or influencers?
24     A.  I think it depends on the station.  Like I
25  said, if they're selling more pillows or sheets, or

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                81–84

Page 81

1    depends on the demographic, possibly.
2        Q.   Currently, in 2023, which avenue is more
3    effective at selling MyPillow products between radio,
4    podcaster or influencers?
5        A.   Probably podcasters right now.
6        Q.   What about in, sort of, in 2020, around the
7    time of Presidential Election; was there, sort of, one of
8    these vehicles between radio, podcaster or influencers
9    that was the most effective in terms of selling MyPillows?
10       A.   Pretty much same across the board.
11       Q.   Okay.  Who is the number one podcasters right
12   now, as we sit here today, in terms of helping to sell
13   MyPillow products?
14       A.   To be honest, if I -- some are -- have radio
15   and podcast, so I would say Alex Jones.
16       Q.   And Alex Jones is sort of associated with
17   Infowars; is that right?
18       A.   Yes.
19       Q.   Okay.  In terms of the promo codes for radio,
20   sort of, podcasters and influencers, once they get
21   assigned a promo code, how does MyPillow keep track of
22   which code goes with each of the radio influencers or
23   podcasters?
24       A.   On the spreadsheets.
25       Q.   You keep a spreadsheet of all of them?

Page 82

1        A.   Each one has their own individual one, yes.
2        Q.   Okay.  Okay.  And do the codes get input into
3    any sort of any electronic platforms or systems?
4        A.   They're in my sales-tracking system, Annaware.
5        Q.   Okay.  Do you use a sales-tracking system
6    called Annaware?
7        A.   Yes.
8        Q.   Okay.  And what is Annaware, just for the
9    people at home?
10       A.   I have no idea.  I have no idea.  You have to
11   ask the IT department.
12       Q.   Okay.  Describe for me what you use the
13   sales-tracking system for in connection with your job at
14   MyPillow.
15       A.   To track sales for promo codes.
16       Q.   What type of sales information do you have
17   available to do your job through Annaware?
18       A.   The same thing I just said; just to track
19   sales using the promo codes for each person.
20       Q.   Okay.  Can you identify the sales that have --
21   that came in for a particular promo code on a daily basis?
22       A.   I have the capability, yes.
23       Q.   Okay.  And are you able to get information on
24   the sales for a particular promo code on a monthly basis?
25       A.   Yes.

Page 83

1        Q.   What about weekly?
2        A.   Yes.
3        Q.   How about month -- how about annually?
4        A.   Yes.
5        Q.   Okay.  And let's go even more granular.
6             How about on a day-to-day basis by hour?
7        A.   Yes.
8        Q.   Are you able to figure out what products a
9    particular promo code is being used to buy?
10       A.   I have that ability, yes.
11       Q.   Okay.  So you can do it by product, as well?
12       A.   Yes.
13       Q.   How far back does the information go at
14   MyPillow?
15       A.   I have no idea.
16       Q.   Okay.  If I wanted to know what were the daily
17   sales using a promo code for an Alex Jones podcast on a
18   particular day in 2021, would you be able to pull that
19   information from your sales-tracking system, Annaware?
20       A.   Yes.
21       Q.   And if I -- and how long would that take?
22       A.   It depends, the date range.
23       Q.   Okay.  If I wanted to pull the daily sales for
24   a particular podcast promo code for 2021, how long would
25   it take you to pull that information from Annaware?

Page 84

1        A.   The same amount.  If you're just doing one
2    day, it's going to take 30 seconds.  If you have a larger
3    range, it's going to take, you know, 20 minutes.
4        Q.   Got it.  Got it.  Okay.
5             Does that sales-tracking system also indicate,
6    sort of, the amount of revenue split or the amount of
7    money that was paid to a particular radio or podcaster or
8    influencer for their sales?
9        A.   No.
10       Q.   Okay.  Is there another system that tracks,
11   sort of, payments or compensation?
12       A.   I have to plug that in, and then I take
13   25 percent to pay them.
14       Q.   Got it.  Okay.
15            So you use the Annaware, the sales-tracking
16   system, to identify, sort of, the total revenue from a
17   promo code for a radio, influencer or podcast to kind of
18   identify how much they get paid for the revenue split?
19       A.   Yes.
20       Q.   Okay.  And then, do you create invoices in
21   some cases?
22       A.   In some cases.
23       Q.   Okay.  And then, those invoices, do they get
24   sent to anyone?
25       A.   Accounting.

DAWN H. CURTIS                                         September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    85–88

Page 85

1      Q.   Accounting, okay.
2           And does accounting, then, pay the radio, the
3   influencer or the podcast?
4      A.   Yes.
5      Q.   Okay.  I think I've seen in documents a system
6   called Magneto, is that --
7      A.   Magento.
8      Q.   Magento.  Maybe I'm thinking X-men, I guess.
9   Magento.
10          Are you familiar with a program or a system
11  called Magento?
12     A.   That's our web system.
13     Q.   What is the web system?
14     A.   Our website, Magento.
15     Q.   Do you use Magento in connection with your job
16  in marketing at MyPillow?
17     A.   Very little.
18     Q.   Okay.  What have you used it for?
19     A.   To create a promo code.
20     Q.   And what do you mean by "create a promo code"?
21     A.   To set up a promo code for my podcasters,
22  radio stations, influencers.
23     Q.   Okay.  What's the purpose of putting --
24  creating a promo code within that system?
25     A.   So it works on the website when a consumer

Page 86

1   wants to use it.
2      Q.   Got it.
3           So any radio, podcaster or influencer who has
4   a promo code, that promo code has to get, sort of,
5   inputted or implemented into the website system in order
6   for it to be actually be used on the website by a
7   consumer?
8      A.   Correct.
9      Q.   Okay.  And who -- are you the one that has the
10  responsibility for inputting that, or is there anybody
11  else at MyPillow who does that?
12     A.   I do it, and my assistant occasionally does
13  it.
14     Q.   Okay.  And then, can you obtain information
15  from Magento about all of the different, sort of,
16  promo codes that are used on the website or that have been
17  inputted to be used on the website?
18     A.   That system goes to Annaware where I can pull
19  the sales.
20     Q.   Okay.  So the two systems are kind of
21  connected in some way?
22     A.   Yes.
23     Q.   Got it.  Got it.  Okay.
24          What about -- I know you had talked about for
25  radio, podcasters, influencers kind of creating scripts or

Page 87

1   seeing different spots that they use.
2      Q.   Do you maintain those scripts or spots in a
3   location for work?
4      A.   I have some, yes, on my desktop.
5      Q.   Is there any sort of central shared place that
6   those are maintained that other people at MyPillow have
7   access to?
8      A.   I would imagine IT has access to it.
9      Q.   Okay.
10     A.   It's not on a shared server or anything.
11     Q.   Okay.  And I think you had said you write
12  scripts.
13          Do you do any sort of audio or video in
14  connection with radio, podcast or influencer spots?
15     A.   No.
16     Q.   Okay.  Do you ever sort of create any memes or
17  graphs that influencers use online?
18     A.   Yes.
19     Q.   Okay.  And do you maintain those on your
20  computer, as well.
21     A.   They're on the computer, yes.
22     Q.   And do you have responsibility for approving
23  some of them that the influencers use to sell MyPillow
24  products?
25     A.   They have to be -- if they created their own,

Page 88

1   they have to be approved.
2      Q.   And who does that approval?
3      A.   Myself or Mike.
4      Q.   Okay.  And just like for radio and podcasts,
5   do you maintain records in terms of the revenue or sales
6   from MyPillow products associated with a promo code for
7   the influencers?
8      A.   Can you repeat the question?
9      Q.   Yes.
10          Just like for radio or podcast, do you
11  maintain records, or do you have information that
12  identifies the revenue or sales for MyPillow products
13  associated with a promo code --
14     A.   Yes.
15     Q.   -- used by an influencer?
16     A.   Yes.
17     Q.   Okay.  And then, do they get, sort of, paid in
18  the same way we just discussed?
19     A.   Yes.
20     Q.   Okay.  I know we had talked about assessing
21  the performance of them, and you said you looked for
22  deviations or potentially declines in the sales.
23          Do you have any kind of benchmarks or standard
24  measures that you use for ROI in assessing the performance
25  of promo codes for radio, podcasters or influencers?

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                      89–92

Page 89

1      A.  Yes, if they're a cash buy, they need to hit a
2  1.8 ROI.
3      Q.  If it's a cash buy, it's a 1.8 ROI --
4          THE REPORTER:  If it's a what?
5          MS. WRIGLEY:  I'm sorry.
6  BY MS. WRIGLEY:
7      Q.  If it's a cash buy, it's a 1.8 ROI; is that
8  correct?
9      A.  Return on investment.
10     Q.  So in laymen's terms -- and I'm going to use
11 very small dollars -- if they paid -- if you paid them
12 2 dollars to run a MyPillow promo, you would want them to
13 have sales of at least 1.8 times the 2 dollars?
14     A.  Correct.
15     Q.  What about for the 25 percent split for
16 revenue; is there sort of a benchmark for an ROI on that?
17     A.  No.
18     Q.  Is that because it's sort of based upon --
19 it's a percentage based upon what's made?
20     A.  That's correct.
21     Q.  Okay.  Do you ever decide -- have you ever
22 made, in the last couple years, any decisions to
23 discontinue or eliminate a radio, podcaster or influencers
24 that had, like, very low performance of sales?
25     A.  I believe I've removed five, maybe, because

Page 90

1  they had no sales in two years.
2      Q.  Who are the five?
3      A.  I can't say for sure.
4      Q.  Okay.  Any of them come to mind?
5      A.  No.
6      Q.  Any other decisions like that to remove radio,
7  podcaster or influencers because of promos that aren't
8  performing well?
9      A.  No.
10     Q.  Okay.  Ms. Curtis, are you good?  Do you want
11 to take a break?
12     A.  I'm fine.
13     Q.  Okay.  I'm going to mark another exhibit.
14 Just give me two seconds.
15         (Whereupon, Exhibit 408 was marked.)
16 BY MS. WRIGLEY:
17     Q.  Ms. Curtis, I'm handing to you what's been
18 marked as Exhibit 408, and I'll represent these are
19 documents produced by MyPillow in this case.
20         They are P&L statements for a number of years.
21 The first page has 2018, the second page has 2019, third
22 page of this document's got 2020, the fourth page has
23 2021, the fifth page has 2022.
24         MS. WRIGLEY:  The Bates Number -- this
25 is just for the record, for the court reporter.  The first

Page 91

1  page is Bates DEF030740, second page 030742, third
2  page 030744, fourth page 030746, final page, 030748.
3          And just for the record, this document has
4  been marked "confidential and AEO," and so any portion of
5  this transcript about the document should be designated
6  accordingly at this point in time.
7          (The following testimony was designated
8           as Confidential/Attorneys' Eyes Only.)
9  BY MS. WRIGLEY:
10     Q.  Ms. Curtis, have you ever looked at any profit
11 and loss or P&L statements for MyPillow in connection with
12 your work at the company?
13     A.  No.
14     Q.  Okay.  I'm going to ask you one question, and
15 maybe we'll move on.
16         If you look down at the very left-hand column
17 of this, there's a row that says, "Gross Profit," and
18 then, under there, it says, "Expense," and there's a
19 number of expense accounts listed on the very left.
20         Do you see where I'm at?  It says, "Gross
21 Profit Expense," and there's some sub-accounts right to
22 the right of "Expense."
23     A.  Okay.  Yes.
24     Q.  And then, if I go a few lines down, it says,
25 "5100-advertising/promotional."

Page 92

1          Do you see that?
2      A.  Yes.
3      Q.  And then, every month there's sort of a
4  certain amount of money represented as an expense line
5  item for advertising and promotional, and there's one from
6  January.
7          And then, each of the rows -- I'm sorry,
8  strike that -- each of the columns represents a month of
9  2018, and then, on the far right, the last column is a
10 total, which is the expense amount for the year.
11         Do you sort of see how that works?
12     A.  Yes.
13     Q.  And I'm just looking at the advertising and
14 the promotional one, and in the first column, it's
15 January 2018, it's got a number 8,279,897.68.
16         Do you see that amount?
17     A.  Yes.
18     Q.  And then, for February, it's sort of over
19 7 million.
20         Do you see that?
21     A.  Yes.
22     Q.  For March, it's over 7 million.
23         Do you see that?
24     A.  Yes.
25     Q.  And then, it kind of continues, and then, if I

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                        93—96

Page 93

1  go all the way to, sort of, December of 2018, do you see
2  it's over 24 -- I'm sorry, over 23, almost 24 million?
3      A.  Yes.
4      Q.  Okay.  And then, if you kind of go to the next
5  page, do you see you've got a P&L from 2019, and if you go
6  a little bit down a few rows, it has sort of that similar
7  expense line item for advertising and promotional that,
8  sort of, is broken out by month for 2018.
9          Do you see that?
10     A.  Yes.
11     Q.  And for 2019, the expense line item, in
12  January, starts as over 4 million, and then by -- and
13  then, December, it has a different amount for every month,
14  and in December, it has about over 14 million for
15  December.
16         Do you see that?
17     A.  Yes.
18     Q.  And then, 2019, the total is over 82 million.
19         Do you see that?
20     A.  Yes.
21     Q.  Okay.  And then, there's sort of a similar P&L
22  and a similar expense item in 2020 on the next page of the
23  document, and then so on for 2021 and 2022.
24         Do you see that?
25     A.  Yes.

Page 94

1      Q.  Are you -- in connection with your job in
2  marketing at MyPillow, do you have any responsibilities
3  for kind of like monitoring the expense amount for any
4  advertising or promotional efforts?
5      A.  No.
6      Q.  Okay.  Do you have any -- in terms of cash
7  buys or percentage of revenue paid for, like, radio,
8  podcast and influencers, do you have any budget or expense
9  amounts you can't exceed in terms of paying those entities
10  to promote MyPillow?
11     A.  No.
12     Q.  Okay.  Do you report on the amount of money
13  that's going out to those entities at MyPillow in any way?
14     A.  No.
15     Q.  Do you keep track of the amount of money in
16  any way?
17     A.  I would imagine it's on a spreadsheet, but I
18  do not give that to anybody.
19     Q.  Do you have a sense, like for this year, for
20  instance, in 2023, the amount of money that MyPillow has
21  paid to radio, podcaster or influencers either through
22  cash buys or revenue splits or promoting or selling
23  MyPillow products?
24     A.  No.
25     Q.  Do you know approximately, like on average,

Page 95

1  how much is spent per year by MyPillow to use radio,
2  podcaster or influencers to advertise the products?
3      A.  No idea.
4      Q.  Okay.  Who at the company is responsible for
5  tracking that information?
6      A.  I would imagine the accountant has it.
7      Q.  Who's the accountant at MyPillow?
8      A.  Our controller is Michael Thomas.
9      Q.  Michael Thomas, okay.
10         Do you ever have any conversations with
11  Mike Lindell about, sort of, the amount of money that's
12  sort of going out or being paid to radio, podcasters or
13  influencers to do promos for MyPillow products?
14     A.  No.
15     Q.  Do you know whether, in the last couple
16  years -- let me ask you this:
17         Do you know whether MyPillow is spending more
18  on radio, podcasters or influencers in 2023 than it was in
19  2020?
20     A.  I don't know.  I would have to look.
21     Q.  Okay.  Do you keep track of or monitor or
22  assess that information in any way in your job at
23  MyPillow?
24     A.  No.
25     Q.  Okay.  Do you know anybody that does?

Page 96

1      A.  No.
2      Q.  Okay.  We can move on from that.  Thank you.
3         MS. WRIGLEY:  We might do one more
4  document, and then potentially take a break because the
5  court reporter has to switch the -- the videographer has
6  to switch the tape.
7         How many minutes do you have?
8         THE VIDEOGRAPHER:  About 15.
9         MS. WRIGLEY:  Okay.  Good, good.
10         (Whereupon, Exhibit 409 was marked.)
11         (The following testimony was designated
12             as Confidential/Attorneys' Eyes Only.)
13  BY MS. WRIGLEY:
14     Q.  Ms. Curtis, I'm handing you to you what's been
15  marked as Exhibit 409.  I'll represent these are documents
16  produced by MyPillow in this litigation.
17         MS. WRIGLEY:  Again, for the transcript
18  or the record, this exhibit has been -- these documents,
19  and now this exhibit, has been marked by the defendants in
20  this action as "Confidential and AEO," and so should be
21  designated as such within this transcript.
22  BY MS. WRIGLEY:
23     Q.  Just for the record, you have in front of you
24  a report or a document produced that has a heading,
25  "MyPillow, Inc., Sales By Customer Summary."

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                97—100

**Page 97**

1    The first one in this exhibit is
2  January through December of 2018. It has a Bates Stamped
3  DEF030750.
4        And, Ms. Curtis, when I say, "Bates Stamp,"
5  just so you know, it's the number at the very, sort of,
6  bottom right hand of the document.
7    A. Yes.
8    Q. The second one in this collection has a -- is
9  a number of pages in, and it's got the Bates Stamp of
10  030751, and it is a similar document, "Sales by
11  Customer Summary for 2019." There's also one for
12  2020 with a Bates Number 030752. There's another one
13  for 2021 with the Bates Number 030753, and that should
14  be it.
15        Have you ever seen -- are you familiar with
16  this type of document from your work at MyPillow?
17    A. No.
18    Q. Okay. Looking at this document -- and I'm
19  just looking at the first one from 2018, do you see that
20  there's a number of customers listed that track sales by
21  customer and then it sort of continues for a number of
22  pages?
23    A. Yes.
24    Q. And the first one listed here is Telebrands
25  Corporation; correct?

**Page 98**

1    A. Yes.
2    Q. Second one listed is QVC, Inc.; correct?
3    A. Yes.
4    Q. Third one listed is Bed Bath & Beyond;
5  correct?
6    A. Yes.
7    Q. Next one is Kohl's Pre-EDI.
8      Do you see that?
9    A. Yes.
10    Q. And then, kind of so on, and the list
11  continues for sort of a number of pages.
12      Do you see that?
13    A. Yes.
14    Q. Are you familiar with any of these, just even
15  looking at the first page, any of these customers from
16  your work at MyPillow?
17    A. I don't deal with them, but I know of them,
18  yes.
19    Q. Okay. And are these sort of retail customers
20  that would carry MyPillow products for sale?
21        MS. OLIVER: Objection to form.
22      But you can answer.
23    A. At one time, yes.
24  BY MS. WRIGLEY:
25    Q. Okay. In connection with retailers who sell

**Page 99**

1  products at MyPillow, do you currently have any
2  responsibilities with retailers?
3    A. None.
4    Q. Okay. Who at the company primarily deals with
5  retailers who sell MyPillow products?
6    A. Joe Schmieg.
7    Q. Okay. And then, would it have been
8  Mr. Schmieg during the years 2018 up through present?
9    A. Joe Schmieg or Brad Carlson.
10    Q. Okay. And do you have any promo code work
11  associated with retailers that carry MyPillow?
12    A. No.
13    Q. Okay. Let's take a break.
14        (The Confidential/Attorneys' Eyes Only
15        testimony concluded.)
16        MS. WRIGLEY: We're going to take a
17  break now.
18        THE VIDEOGRAPHER: We're going off the
19  record at 10:46 a.m. This concludes Media Unit Number 1.
20        (Whereupon, a recess was taken from
21        10:46 a.m. to 10:58 a.m.)
22        (Whereupon, Exhibit 410 was marked.)
23        THE VIDEOGRAPHER: We are going back on
24  the record. The time now is 10:58 a.m. This is the
25  beginning of Media Unit Number 2.

**Page 100**

1  BY MS. WRIGLEY:
2    Q. Ms. Curtis, I have placed in front of you the
3  next exhibit. It's been marked as Exhibit 410. The Bates
4  Stamp for this document is DEF080781, and, actually, you
5  can see it's spiral-bound because it has a number of
6  pages.
7      If you look at that Bates Number at the bottom
8  right-hand corner, it has .000001.
9      Do you see the 1?
10    A. Yes.
11    Q. And then, actually, as you go through the
12  pages, if I could direct your attention to a particular
13  page number, that will be the number we're going to use,
14  and it goes from 1, and this one goes all the way to 203.
15      Do you see that?
16    A. Yes.
17    Q. Okay. And just for the record, this is sort
18  of a document Defendants have produced.
19      If I look at the top of this, do you see that
20  there's sort of a box that says, "Dawn, Garry," has a
21  Number 1-952-913-8557.
22      Do you see that?
23    A. Yes.
24    Q. And is that your phone number?
25    A. Yes.

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                        101-104

Page 101

1    Q.  Okay.  And then the "Dawn" is a reference to
2   yourself; correct?
3    A.  Yes.
4    Q.  "Garry," what is that a reference to?
5    A.  My husband.
6    Q.  Do you share a phone?
7    A.  No.  That's how Mike put us in the phone.
8    Q.  Got it.
9        So Mr. Lindell would have that number appear
10  as "Dawn, Garry," yourself and then your husband; correct?
11   A.  Correct.
12   Q.  And then, if you look to the right, do you see
13  there's a box that says "Mike Lindell"?
14   A.  Yes.
15   Q.  And then, do you recognize that to be his
16  phone number?
17   A.  Yes.
18   Q.  And there's sort of another box below the one
19  that has your name it that says MI -- strike that --
20  mlicloud@mypillow.com.
21       Do you see that?
22   A.  Yes.
23   Q.  Do you recognize what that is?
24   A.  No.
25   Q.  Okay.  If I look at the top of this sort of

Page 102

1   printout, the date of the first text or message in this
2   document is March 13, 2020.
3       Do you see that?
4    A.  Yes.
5    Q.  Okay.  And then, just to flip all the way to
6   the end, so we can identify for the record the Bates range
7   for this sort of production of messages or texts that were
8   made, if you go to page 202, but then continues on 203, do
9   you see that the last entry or text in Exhibit 410 is
10  January 6, 2021?
11   A.  Yes.
12   Q.  Okay.  And looking at Exhibit 410, do you
13  recognize these to be texts between you and Mike Lindell
14  during the period of time of March 13, 2020 through a
15  point in time on January 6, 2021?
16   A.  Seems to be, yes.
17   Q.  Okay.  And if you look at the first one, I
18  just want to walk through these a little bit, you can see,
19  on the right-hand side, it says, "Device Owner," and it's
20  got sort of two messages and on the left-hand side a
21  response.
22       Do you see that?
23   A.  Yes.
24   Q.  And so, just to orient ourselves with the
25  document on the right-hand side, do those appear to be the

Page 103

1   texts from Mr. Lindell to yourself?
2    A.  It seems to be.
3    Q.  Okay.  And looking at the first one, it says,
4   "Dawn," and right below there, there's a time
5   "12:04:31 p.m."
6       Do you see that?
7    A.  Yes.
8    Q.  And then, below there, he says, "How did
9   Promo Code SCOTT do..?"  And that's at 12:43:30 p.m.
10      Do you see that?
11   A.  Yes.
12   Q.  And then, if you go to the left side, do you
13  see there's a response?
14   A.  Yes.
15   Q.  The response has above it "Dawn, Garry"?
16   A.  Yes.
17   Q.  And that would be a text response from you to
18  Mr. Lindell?
19   A.  Yes.
20   Q.  And you said, "Only did $250, and no
21  book sales."
22      And that was at 12:43 p.m.; correct?
23   A.  Correct.
24   Q.  Okay.  And just looking at this first text,
25  are these the sort of types or interactions or

Page 104

1   communications over text that you and Mr. Lindell would
2   have related to promo code use?
3    A.  Yes.
4    Q.  Okay.  And then, if you sort of look through
5   Exhibit 410, does it appear that you and Mr. Lindell -- or
6   does this reflect that you and Mike Lindell text regularly
7   with respect to the performance of different, sort of,
8   radio, podcaster, influencers in connection with the sale
9   of MyPillow products?
10   A.  Yes.
11   Q.  Okay.  And did you and Mr. Lindell text
12  regularly about the performance of those entities in
13  connection with selling MyPillow products?
14   A.  Yes.
15   Q.  And those entities would have sold MyPillow
16  products with the use of a promo code; correct?
17   A.  Yes.
18   Q.  Okay.  And you would have texted with
19  MyPillow -- I'm sorry -- texted with Mr. Lindell about the
20  use of promo codes by radio, podcast or influencers in the
21  year 2020; correct?
22   A.  Yes.
23   Q.  And would you have regularly texted with him
24  about the use of promo codes by radio, podcast or
25  influencers in 2021, 2022 and continuing through present

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
105—108

Page 105

1  in 2023?
2     A.  Yes.
3     Q.  Okay.  And if I turn to the second page, and I
4  want to go to a text that you sent Mr. Lindell on
5  March 16th, 2020.
6        Do you see there's, sort of in the middle
7  there, there's sort of a box there under your -- under,
8  "Dawn, Garry"?
9     A.  Yes.
10     Q.  And listed in that box, it includes, "Hannity,
11  $47,100.  Week prior, $53,900."
12        Do you see that?
13     A.  Yes.
14     Q.  Under there, it says, "Beck, bad week,
15  $14,000.  Week prior, $26,000."
16        Do you see that?
17     A.  Yes.
18     Q.  The next line, "Gallagher, $12,700.  Week
19  prior, $13,400."
20        Do you see that?
21     A.  Yes.
22     Q.  The next line, "Rick & Bubba, $4,700.  Week
23  prior, $5,400."
24        Do you see that?
25     A.  Yes.

Page 106

1     Q.  Next line, "Boston, $5,100.  Week prior,
2  $4,100."
3        Do you see that?
4     A.  Yes.
5     Q.  And then, at the very bottom, it has a time
6  you sent that text, "4:35 p.m."
7        Do you see that?
8     A.  Yes.
9     Q.  Can you explain to me what this information is
10  that you're sending Mike Lindell in the text?
11     A.  Their weekly sales.
12     Q.  And so, does that number for Hannity at the
13  top reflect weekly sales of MyPillow products identified
14  by a promo code associated with Hannity?
15     A.  Yes.
16     Q.  And what's the reference to "Hannity"?
17     A.  That's his promo code, Sean Hannity's
18  promo code.
19     Q.  And is Sean Hannity a, sort of, radio
20  podcaster and influencer?
21     A.  Radio.
22     Q.  Okay.
23     A.  And a podcast.
24     Q.  That is Mr. Hannity's radio or podcast?
25     A.  Both.

Page 107

1     Q.  Both.  Okay.
2        And at this time, in 2020, he was promoting
3  MyPillow product with a promo code that would then --
4  where the promo code was then being used by consumers to
5  buy MyPillow products?
6     A.  Yes.
7     Q.  Okay.  And the same would be for the next
8  line, which starts with "Beck"?
9     A.  Yes.
10     Q.  And what's "Beck" a reference to?
11     A.  Glenn Beck.
12     Q.  And that would have been his sort of radio,
13  podcast or influencer sale?
14     A.  Yes.
15     Q.  Okay.  And then, just to back up a little bit,
16  do you -- would you delineate sort of Sean Hannity or
17  Glenn Beck in any of those categories -- radio, podcaster
18  or influencer?  Like, do you consider one to be radio
19  versus podcast or influencer, or are they just kind of all
20  in that group?
21     A.  They're all in that group.
22     Q.  Okay.  Okay.  And then the next one listed is
23  "Gallagher."
24        What is that a reference to?
25     A.  Mike Gallagher.

Page 108

1     Q.  Mike Gallagher is sort of another radio,
2  podcast, influencer?
3     A.  Yes.
4     Q.  "Rick & Bubba" is next.
5        Do you see that?
6     A.  Yes.
7     Q.  Rick & Bubba is another radio, podcast,
8  influencer promoting or selling MyPillow products?
9     A.  Yes.
10     Q.  And then the next one is "Boston."
11        What's Boston?
12     A.  iHeart Boston.
13     Q.  iHeart Boston.  Okay.
14        And again, each of these would have their own
15  promo codes for the use or sale of MyPillow products?
16     A.  Yes.
17     Q.  Got it.  Okay.
18        And then, you report the weekly sales to
19  Mike Lindell for each of them?
20     A.  Yes.
21     Q.  And then, on this day, March 16th, 2020 at
22  4:35 p.m., would this be the totality of radio, podcast,
23  influencers, or did you -- would you have just sent
24  Mike Lindell a selection of them?
25     A.  Just a selection.

DAWN H. CURTIS                                                September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                              109–112

Page 109

1    Q.  Okay.  And what would the -- why would you
2  have sent a selection versus the performance of all of
3  them?
4    A.  Because these were the biggest ones that we
5  had at the time.
6    Q.  Okay.  And so, would you typically text or
7  report to Mike Lindell on a daily basis, sort of, the
8  largest or the biggest radio, influencer, podcasters in
9  terms of sales of MyPillow products?
10    A.  More than likely, yes.
11    Q.  Okay.  And then, you can see in response to
12  that message, Mr. Lindell responds back a couple minutes
13  later at 4:37 p.m.
14      Do you see that?
15    A.  Yes.
16    Q.  He says, "Tell them that Beck and Hannity were
17  a disaster."
18      Do you see that?
19    A.  Yes.
20    Q.  What would that have been a reference to?
21    A.  That he was expecting their sales to be
22  better.
23    Q.  He then says, in the next text at 4:37,
24  "We need extra reads."
25      What would that be a reference to?

Page 110

1    A.  I would imagine because their spend was much
2  higher than the sales that they brought in.
3    Q.  Got it.
4      And then, you responded, and that's on the
5  next page, page 3, "Calling them now."
6      Do you see that?
7    A.  Yes.
8    Q.  And would you have called them?
9    A.  Their rep, yes.
10    Q.  Okay.  And who would the rep for Beck and
11  Hannity be?
12    A.  Emily Freeborn.
13    Q.  And what organization is she with?
14    A.  iHeart.
15    Q.  iHeart, okay.
16      And what would you have discussed with them?
17    A.  That they need to give us some free spots to
18  make good.
19    Q.  Got it.
20      And is that because they're not getting the
21  ROI in terms of what MyPillow was spending with them to
22  sell the products?
23    A.  That is correct.
24    Q.  Got it.  Okay.
25      And then, Mr. Lindell responded back, "What

Page 111

1  spots did they give us on the weekend?"
2      Do you see that?
3    A.  Yes.
4    Q.  And you responded at 4:39, "6 pre-recorded
5  spots for each."
6      Do you see that?
7    A.  Yes.
8    Q.  And what would be a reference to,
9  "6 pre-recorded spots for each"?
10    A.  I can't say for sure, but I'm guessing they
11  gave us 6 extra spots.
12    Q.  Okay.  And when you say "spots," would that
13  just be a commercial or advertisement for MyPillow?
14    A.  Just a 60-second commercial --
15    Q.  Got it.
16    A.  -- for MyPillow that they pre-recorded.
17    Q.  Okay.  And when you say, "They pre-recorded,"
18  is this sort of a recording from the radio, the podcaster
19  influencer, they're doing sort of their own, sort of,
20  advertisement?
21    A.  Sean Hannity goes into the studio and creates
22  a MyPillow spot.
23    Q.  Got it.
24      You don't send them, like, the pre-recorded
25  spots?

Page 112

1    A.  They create their own pre-recorded spots.
2    Q.  Okay.  And then, do you approve those
3  pre-recorded spots, or can they just sort of record and
4  put on whatever they want?
5    A.  They're usually approved first.
6    Q.  Okay.  Got it.  Got it.  Okay.
7      So let's look at just, sort of, another one as
8  an example, and I'll have you maybe flip through to
9  page 5.
10      At the bottom, you sent a text at 11:36 a.m.
11  on March 19th, 2020.
12      Do you see that?
13    A.  Page 5?
14    Q.  Page 5.
15    A.  In 2019?  I'm sorry, yes.  2020, yes.
16    Q.  That's okay.
17    A.  Sorry.
18    Q.  And you sent him a report of the weekly sales
19  performance for some of the radio, podcast, influencers at
20  this time; correct?
21    A.  Yes.
22    Q.  This lists Hannity, Beck, Rick & Bubba,
23  Boston, Gallagher, and Gorka.
24      Do you see that?
25    A.  Yes.

DAWN H. CURTIS                                        September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    113–116

Page 113

1    Q.  The first one is Hannity listed for $7,100.
2  "ONELIVE last Wednesday, $6,800, ONELIVE."
3        Do you see that?
4    A.  Yes.
5    Q.  What is that line ONELIVE a reference to?
6    A.  ONELIVE read.
7    Q.  What does that mean?
8    A.  Not a pre-recorded spot.  He did it live
9  within his show.
10   Q.  Okay.  Got it.
11       And then, if you look at Beck, Beck's got zero
12  dollars.  It says, "Not one sale.  I double-checked,
13  nothing ran.  Last Wednesday, $1,200, nothing ran."
14       Would that be a reference to Beck didn't do
15  any sales for MyPillow that week?
16   A.  That day.
17   Q.  That day.  Got it.
18       So the numbers here would be sales from that
19  particular day you sent this report?
20   A.  Or the day before, yes.
21   Q.  Or the day before.  Got it.  Got it.
22       And so, sort of at any point in time during
23  the day, can you figure out what the daily or the weekly
24  sales are for a particular podcast influencer or radio?
25   A.  I can, yes.

Page 114

1    Q.  Okay.  And so, at any point during the day,
2  you could figure out who are the top performers; correct?
3    A.  Yes.
4    Q.  Got it.  Let's sort of look at another one,
5  just as an example.
6        If you go to page 7, you sent a text to
7  Mike Lindell on March 23rd, 2020 at 12:42 p.m.
8        Are you with me?
9    A.  Yes.
10   Q.  And do you see you have listed, "Hannity,
11  Beck, Gallagher, Gorka, Rick & Bubba, Boston,
12  Eric Metaxas."
13       Do you see that?
14   A.  Yes.
15   Q.  And would these have been -- would the numbers
16  represented for each of them have been weekly sales?
17   A.  Looks like it, yes.
18   Q.  And I think I had asked you previously about
19  Hannity, Beck, and Gallagher, but what's the reference to
20  Gorka?
21       Who's Gorka?
22   A.  Dr. Sebastian Gorka.
23   Q.  And where does he have a show or a podcast?
24   A.  He has a radio show on Salem Media.  I don't
25  know where they air it.

Page 115

1    Q.  Okay.  And what about Rick & Bubba?
2    A.  They have their own show down in Mississippi
3  called the Rick & Bubba Show.
4    Q.  What about Boston?
5    A.  iHeart Boston.
6    Q.  And then Eric Metaxas?
7    A.  He also has a show on Salem Media.
8    Q.  Got it.
9        Then for Eric Metaxas, it's got, "$2,000, did
10  $1,100 in one day, checking on an air check.  Week prior,
11  $1,300."
12       Do you see that?
13   A.  Yes.
14   Q.  The reference to checking on an air check,
15  what does that refer to?
16   A.  I want to hear his spot to see what he did.
17   Q.  Okay.  And so, that's an air check you were
18  going to listen to?
19   A.  Yes.
20   Q.  Got it.
21       And where do you get access to, sort of, the
22  spots to do the checks or listen to them?
23   A.  I'd have to reach out to Salem to get an air
24  check.
25   Q.  Okay.  They would send it to you, you'd watch

Page 116

1  it?
2    A.  I would listen to it, yes.
3    Q.  Okay.  And then, what would you -- what would
4  be the purpose of you listening to it?
5    A.  Sometimes I have people that say they did a
6  wrong offer.  Our call center said they did a "buy one/get
7  one free" when it's not a "buy one/get one free."  I need
8  to hear air checks from specific stations for those
9  reasons.
10   Q.  Got it.  Got it.  All right.
11       And then, if I go to the next one, the next
12  text that you sent Mr. Lindell on the next day,
13  March 24th, 2020, and this one's at 11:51 a.m.
14       Do you see where I'm at?
15   A.  Where am I?
16   Q.  Same page.
17   A.  Oh, okay.
18   Q.  Page 7, sort of the next one.  It lists
19  Hannity, Beck, Gallagher, Rick & Bubba, and Boston again.
20       Do you see that?
21   A.  Yes.
22   Q.  On the first line for Hannity, it says,
23  "$3,800, nothing ran.  Last Monday, $4,500, nothing ran."
24       Do you see that?
25   A.  Yes.

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
117–120

Page 117

1    Q.   Now, in the text before, those were sort of
2  weekly numbers?
3    A.   Yes.
4    Q.   And then, typically, when you do weekly, do
5  you kind of mention, like, it's weak?
6    A.   Yes.
7    Q.   Okay.  And then, this one, the number's a
8  little bit lower from that prior text for Hannity, for
9  instance, on March 23rd when you reported it at 12:42.  It
10  was $34,300, and then, in this following text, on
11  March 24th, it was $3,800.
12       Do you see that?
13    A.   Yes.
14    Q.   And that's now like a daily number; correct?
15    A.   That is correct.
16    Q.   And you say, "Nothing ran.  Last Monday,
17  $4,500, nothing ran."
18       What's that a reference to, "Nothing ran"?
19    A.   They did not have a spot run that day during
20  their show.
21    Q.   Okay.  But then, he has sales of $3,800, so
22  can you explain to me, is that because he's still getting
23  sales from, sort of, like previous spots or promo codes?
24    A.   That is correct.
25    Q.   Okay.  So the sales can kind of -- like, it

Page 118

1  wouldn't just be if you wanted to see the performance of a
2  promo code, it's not just looking at the sales for that
3  day.  You have to look at, sort of, the sales overall for
4  the promo code; right?
5    A.   That is correct.
6    Q.   Got it.  Okay.
7       Let's see.  And the information that you're
8  reporting, whether it be daily or weekly sales for each of
9  these radio, podcast, influencers, where are you getting
10  the number for these?
11    A.   From my Annaware report.
12    Q.   Okay.  And then, you just go in and you're
13  able to look at it in Annaware?
14    A.   Yes.
15    Q.   Okay.  And then, do you type it in or do you,
16  kind of, cut and paste it into the text?
17    A.   I type it in.
18    Q.   Type it in.  Must be a fast texter.  Okay.
19  Let me just see if I want to ask you about another
20  example.
21       Let's flip to page 16, and I want to look at,
22  sort of, the text on that page for April 8th, 2020, which
23  is the second part of the page.
24       Do you see you sent a text at 12:50 p.m.?
25    A.   Yes.

Page 119

1    Q.   And again, you list Hannity, Beck, Gallagher,
2  Rick & Bubba, and Boston.
3       Do you see that?
4    A.   Yes.
5    Q.   And it looks like these are daily numbers;
6  correct?
7    A.   Yes.
8    Q.   You also mentioned below that text, "Last
9  night's spike."
10       Do you see that?
11    A.   Yes.
12    Q.   And then, if you go to the next page, do you
13  see that you put an image into your text at 1:20 p.m.?
14       Do you see that?
15    A.   Yes.
16    Q.   What is this an image of?
17    A.   The Magento chart.
18    Q.   Is this Magento from the website?
19    A.   Yes.
20    Q.   And what does this chart represent?
21    A.   The number of orders coming in.
22    Q.   Okay.  And I know it's a little bit fuzzy, but
23  if I look at this, at the top, it's kind of got a
24  drop-down that says, "Last 24 hours."
25    A.   Yes.

Page 120

1    Q.   And would you have, sort of, selected --
2    A.   It just is programmed.
3    Q.   Okay.  Okay.  So you can go to Magento and
4  then say, "Okay, I want to see the sales for the last
5  24 hours."
6    A.   It defaults to that.
7    Q.   Defaults to that.
8    A.   I never change it.
9    Q.   And are these sales, like, the default -- does
10  it, sort of, detail -- default for, sort of, the entities
11  you're responsible for; radio, podcast, influencers, in
12  terms of sales?
13    A.   No, it's overall sales.
14    Q.   All sales --
15    A.   All sales.
16    Q.   -- from anywhere?
17    A.   Correct.
18    Q.   Got it.
19    A.   Excuse me, from the website.
20    Q.   From the website?
21    A.   From the website.
22    Q.   Got it.
23       So customers could be going to the website
24  from hearing about it on radio, podcast, and influencers;
25  right?

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
121–124

Page 121

1     A. Yes.
2     Q. They also could go to the website from hearing
3  about it through commercials of MyPillow on, like, TV
4  networks; correct?
5     A. Correct.
6     Q. Okay. So this doesn't delineate between, sort
7  of, radio, podcast networks, and then maybe TV
8  advertisements?
9     A. No.
10    Q. This is sort of the sales numbers overall?
11    A. Exactly.
12    Q. Okay. So this is the last 24 hours looking at
13  the one that you sent at 1:20 p.m., and then it gives a
14  graph of the total amount of sales by hour?
15    A. Yes.
16    Q. Okay. And then, you can see when there's
17  spikes during the day; correct?
18    A. Yes.
19    Q. When you look at this information and you
20  report and you send it to Mr. Lindell in a text when
21  there's, like, a spike, what's the purpose of looking at
22  the spike and reporting it?
23    A. I'm just showing him a spike, and it could be
24  because a TV commercial launched at a specific time.
25    Q. Okay. And when you send these, do you have an

Page 122

1  understanding of the reason behind the spike at the time?
2     A. I do not.
3     Q. Okay. You're just, sort of, reporting so that
4  he's aware of big spikes in sales at a particular point in
5  time during the day?
6     A. Correct.
7     Q. And that's information that, in 2020 and going
8  forward, you regularly report to Mr. Lindell?
9     A. Not just in 2020. All the time.
10    Q. All the time. 2021, 2022, and 2023?
11    A. Yes.
12    Q. Got it. Okay.
13       And if you look at this image -- and again, I
14  know it's fuzzy -- you have, like, a total revenue number
15  down there at the bottom --
16    A. Yes.
17    Q. -- below the chart, and that -- this one looks
18  like it's over a million dollars.
19       Do you see that?
20    A. Yes.
21    Q. And would that be on this date, at this time
22  of 1:12, there had been a million dollars of sales of
23  MyPillow products?
24    A. I can't say for sure. I don't look at the
25  numbers down below. I look at a spike, and I report it to

Page 123

1  him.
2     A. Got it. Got it.
3       So there's a revenue number, there's a tax
4  number, there's a shipping number, and then there's a
5  quantity number?
6     A. Correct.
7     Q. And then, you get this from the Magento
8  website report?
9     A. Yes.
10    Q. Got it. Okay.
11       Is there anything on Magento where you can get
12  a report that shows a graph or numbers like these by a
13  particular radio, podcaster, or influencer?
14    A. Not to my knowledge, no.
15    Q. Okay. Do you know what Mr. Lindell does with
16  the information like this that you send with these sales
17  spikes?
18    A. No.
19       MS. OLIVER: Objection to form.
20    A. No, I do not.
21  BY MS. WRIGLEY:
22    Q. Do you ever discuss these sales spikes with
23  Mr. Lindell?
24    A. No, I do not.
25    Q. Okay. Looking down on that same page, I'm on

Page 124

1  page 17, and I'm looking at a text that you sent on
2  April 10th, 2020 at 11:55 a.m. You state, "Sales have not
3  yet loaded into the station tracker. I just emailed
4  Gary Nyquist."
5       Do you see that?
6     A. Yes.
7     Q. What is the station tracker?
8     A. Station tracker, that's where the Annaware
9  reports go and plug in my radio station, the sales for
10  that. So I can just -- I don't have to look through a
11  whole list of promo codes. It -- I can put in the
12  station, say iHeart Boston, and I can put that in, and it
13  just gives me those sales.
14    Q. Okay. Got it.
15       And you can -- does it give you -- what period
16  of time does it give you the sales information?
17    A. I collect -- I select the date range.
18    Q. Okay. You could do it for, like, a particular
19  date?
20    A. Yes.
21    Q. Could you do it for, like, a week or a month
22  as well?
23    A. Yes.
24    Q. Okay. And so, you're able to go into the
25  system and identify the sales of MyPillow's products

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                125–128

Page 125

1  associated by a particular station versus doing it with a
2  promo code?
3      A.  Yes.
4      Q.  Okay.  So would that be true for, like,
5  Sean Hannity?
6      A.  Yes, all of mine.
7      Q.  All of yours?
8      A.  Uh-huh.
9      Q.  Okay.  Eric Metaxas, for instance, could you
10  put him in?
11     A.  Yes.
12     Q.  Got it.
13         Let's see, I might ask you -- page 71.
14  Looking at page 71, do you see there's sort of a text on
15  the right side at 2:31 a.m. and it's got, like, a
16  screen -- or a snapshot and this one looks like it's from
17  the Mike Lindell side of the text?
18     A.  Yes.
19     Q.  Do you see that?
20         Looking at this sort of image in the snapshot
21  he sent, what does this show or reflect?
22     A.  This is the Annaware report that shows sales
23  for a specific promo code.
24     Q.  Got it.
25         Mr. Lindell sent this to you; is that right?

Page 126

1      A.  It looks like it, yes.
2      Q.  Okay.  And then, looking at this Annaware
3  report -- and again, I know it's fuzzy -- it has on the
4  left-hand side, from this shot, a list of promo codes.
5         Do you see that?
6      A.  Yes.  Yes.
7      Q.  And then, to the right, it's got some numbers.
8  So the first one is "GO66," and then it's got a "1."
9         What does that 1 reflect?
10     A.  1 order.
11     Q.  1 order.  And then going to the right it's got
12  a Number 34999.
13         What does that reflect?
14     A.  The sale on that one order.
15     Q.  Got it.
16         And then, the next column, 150, what does that
17  reflect?
18     A.  I can't say for sure, but it could be the
19  discount.
20     Q.  Okay.
21     A.  I don't know.
22     Q.  And then, this promo code, GO66, looking at
23  this, can you tell, like, what entity this promo code
24  would be associated from?
25     A.  It came from a commercial, or

Page 127

1  Roll & GoAnywhere Pillow.
2      Q.  How do you know that?
3      A.  Because I create the promo codes, all the GO
4  1 through 1,000.
5      Q.  Got it.
6         The GO 1 through 1,000 are associated with
7  what, again?
8      A.  The Roll & GoAnywhere commercial.
9      Q.  Got it.
10         So the next one listed there, GO8, that's a
11  Roll & Go commercial?
12     A.  That is correct.
13     Q.  The next one GORKA, what is GORKA associated
14  with?
15     A.  Dr. Sebastian Gorka.
16     Q.  And he has his own promo code?
17     A.  Yes.
18     Q.  The next one is GREAT.  What is GREAT
19  associated with?
20     A.  I don't know.
21     Q.  The next two are HANNITY?
22     A.  Yes.
23     Q.  What are those a reference to?
24     A.  Sean Hannity.
25     Q.  The next two are HONEY; one is 6 and one is 8.

Page 128

1         What is Honey?
2      A.  I don't know.
3      Q.  Okay.  Is it sort of -- typically, there's a
4  phrase or sort of a code that makes it easy to identify
5  which radio, podcast or influencer is associated with it?
6      A.  Yeah, I know the majority of them off the top
7  of my head.
8      Q.  Got it.  Got it.  Okay.
9         What about the HOPE ones?
10     A.  That was TV commercial, but I can't remember
11  which one it was.
12     Q.  Got it.  Got it.  Okay.
13         And so, Mr. Lindell on this day when he sent
14  you this text, would have, kind of, sent you a snapshot
15  from, like, sales associated with promo codes from the
16  Annaware.
17         Do you see that?
18     A.  Yes.
19     Q.  And then, you responded back at 2:32 a.m.
20         Do you see that?
21     A.  Yes.
22     Q.  Texting late in the night?
23     A.  Yes.
24     Q.  "I don't know.  I thought I saw that with Beck
25  this morning."

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
129–132

Page 129

1       Do you see that?
2    A.  Yes.
3    Q.  And then, he responds, "Yes, I just saw that.
4  Beck is doubled too.  Please call me.  That is a
5  deviation.  All of our tracking could be screwed up."
6       He also continues, "When you get something
7  weird, call me."
8       What would the deviation be a reference to?
9    A.  It sounds like, by this, that he thought all
10  the sales doubled for some reason.
11    Q.  Got it.
12       And do you and him, kind of, regularly track
13  or monitor to see if there's any deviations or weird
14  occurrences with the sales?
15    A.  That's what Mike and I do daily; we look for
16  deviations.
17    Q.  Got it.  Got it.  Okay.
18       And if you look through, sort of, the rest of
19  this exhibit, which is Exhibit 410, it looks like almost
20  every day you and Mr. Lindell are going back and forth
21  with numbers associated with the radio, podcast and
22  influencer sales with the use of promo codes; correct?
23    A.  Yes.
24    Q.  Okay.  And in 2020, MyPillow was using a
25  number of different radio, podcast, and media shows to

Page 130

1  help promote and sell MyPillow products; correct?
2    A.  Yes.
3    Q.  It's part of the MyPillow's marketing, to sell
4  its pillows; correct?
5    A.  Yes.
6    Q.  And in 2020, MyPillow was marketing or
7  promoting its products on Sean Hannity's show?
8    A.  Yes.
9    Q.  Glenn Beck's show?
10    A.  Yes.
11    Q.  Also, on Mike Gallagher's show?
12    A.  Yes.
13    Q.  Also, on Eric Metaxas's show?
14    A.  Yes.
15    Q.  The one in Boston?
16    A.  Yes.
17    Q.  Rick & Bubba?
18    A.  Yes.
19    Q.  Okay.  Gorka, Dr. Sebastian Gorka?
20    A.  Yes.
21    Q.  I see one for W-O-R, WOR.  I don't know what
22  that is.
23       What is that?
24    A.  It's a radio station in New York.
25    Q.  Got it.  Got it.

Page 131

1  Larry Elder, who is Larry Elder?
2    A.  Another Salem Media.
3    Q.  David Harris, who is David Harris?
4    A.  He had a podcast.
5    Q.  Okay.  RSBN, what is RSBN?
6    A.  Right Side Broadcasting Network.
7    Q.  Was that one of your radio, podcast,
8  influencers?
9    A.  Yes.
10    Q.  Buck Sexton, was that one of them?
11    A.  Yes.
12    Q.  And what is Buck Sexton?
13    A.  He's on the same network as Sean Hannity and
14  Glenn Beck.
15    Q.  Ben Shapiro, who is Ben Shapiro?
16    A.  He's with the Daily Wire.
17    Q.  During this, sort of, period of time in
18  March of 2020 through, kind of, January 6th of 2021, do
19  you recall who were the top performers or the top radio,
20  podcast, influencers in terms of selling the most amount
21  of MyPillow products?
22    A.  I would imagine the ones that I'm reporting to
23  Mike Lindell in here.
24    Q.  Hannity, Beck, Gallagher?
25    A.  Yes.

Page 132

1    Q.  Gorka is one of them?
2    A.  Yes.
3    Q.  Metaxas is one of them?
4    A.  Yes.
5    Q.  Okay.  You can put that aside.  We're going to
6  move on, Ms. Curtis.  Thank you for your patience.
7       Are you aware, in 2021, that Mike Lindell
8  created and published a series of documentaries relating
9  to voting machines and the outcome of the
10  Presidential Election from 2020?
11    A.  Yes.
12    Q.  Are you aware that the first one of these
13  documentaries or movies was called Absolute Proof?
14    A.  Yes.
15    Q.  Are you familiar with Absolute Proof?
16    A.  No.
17    Q.  Have you ever watched it before?
18    A.  Parts of it.
19    Q.  What is your understanding of the information
20  being covered or relayed in Absolute Proof?
21    A.  I have no interest in it.
22    Q.  Did you have any role in creating any content
23  that appeared in Absolute Proof?
24    A.  No.
25    Q.  Did you have any role in developing or

DAWN H. CURTIS                                        September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              133—136

Page 133

1    producing Absolute Proof?
2        A.  No.
3        Q.  Did you have any role in coordinating any
4    logistics for the creation of Absolute Proof?
5        A.  No.
6        Q.  You had watched parts of Absolute Proof
7    before?
8        A.  The beginning.  So I knew it was running.
9        Q.  Okay.  I'm going to mark the next exhibit,
10   which is going to be Exhibit 411 for the record.  This is
11   going to be different from the documents that we've looked
12   at.  It's actually going to be a video.  I'm going to mark
13   a video of the Absolute Proof documentary.  It's about a
14   two-hour video, and we will not watch the two hours.  But
15   I am going to have -- my associate's going to come around.
16   You have a computer in front of you.
17       A.  Okay.
18       Q.  She's going to come around.  This flash drive
19   has a copy of the video.  It's going to be put into the
20   record as Exhibit 411.
21            (Whereupon, Exhibit 411 was marked.)
22            MS. WRIGLEY:  Let's go off the record
23   for a second.
24            THE VIDEOGRAPHER:  We're going off the
25   record.  The time now is 11:33 a.m.

Page 134

1            (Discussion off the record.)
2            THE VIDEOGRAPHER:  We are going back on
3    the record.  The time now is 11:35 a.m.
4    BY MS. WRIGLEY:
5        Q.  Ms. Curtis, just for the record, my associate
6    has what's been marked as Exhibit 411 up on the computer
7    in front of you.  It's a video of the entire
8    Absolute Proof documentary.  She's going to, sort of, push
9    "play," and we'll watch about two minutes of the video,
10   and then I'm going to ask you some questions about it.
11       A.  Okay.
12            MS. WRIGLEY:  Julie, go ahead and play
13   until about 2 minutes and 12 seconds.
14            (Video Played:
15            MIKE LINDELL:  "Hello, everyone.  This is
16   Mike Lindell, the CEO of MyPillow.  As you all know, I
17   have been attacked the last month relentlessly on
18   social media, by newspapers, by TV shows, by -- you name
19   it, I've been attacked, and myself -- not just myself, but
20   my company.  The boycotts that are going on, sponsors are
21   dropping me.  Social media, they canceled my Twitter.
22   Today they canceled MyPillow's Twitter account, my
23   company's Twitter account.
24            But before I was going to erased completely,
25   we put together this show.  And what you're going to see

Page 135

1    today is what they don't want you to see, why they're
2    trying to erase me.
3            And what I've told everyone out there is, 'You
4    know what?  I've seen the evidence.  I've been trying
5    since November 4th to prove -- you know, to show what's
6    out there, why these deviations that happened on election
7    night.'  And nothing -- none of it made any sense.
8            So I go all in with everything I have --
9    resources.  Any time I heard something that maybe was
10   relevant, I went and said -- you know, looked into it, did
11   my own due diligence, had even my own investigation.
12            Well, one day, I think it was like
13   January 9th, all of a sudden, they brought me some uh -- a
14   piece of evidence.  It's 100 percent proof.  It's like a
15   print of inside the machine of the time stamp that showed
16   another country -- other countries attacking us, hacking
17   into our election through these machines, and it shows the
18   votes flipped, and I'm going, 'Wow, I got to get this out
19   there.'  And from that point on, I started putting it out
20   there, and that's when they just started attacking me.
21            Well, they obviously are hiding something, and
22   tonight you're going to see what they're hiding.  You're
23   going to see on this show, we have -- we're going to have
24   cyber forensic experts.  We're going to have --
25   100 percent you're going to see all this evidence that by

Page 136

1    the time you're done seeing it, you're going to go, 'Wow.'
2    100 percent it proves exactly what happened, that these
3    machines were used to steal our election by other
4    countries, including China."  (Video stopped.)
5            MS. WRIGLEY:  Thanks.
6    BY MS. WRIGLEY:
7        Q.  Ms. Curtis, have you seen that part of the
8    Absolute Proof documentary before?
9        A.  Yes.
10       Q.  In that Absolute Proof documentary,
11   Mr. Lindell is talking about vote-flipping for the 2020
12   Presidential Election; correct?
13       A.  Yes.
14       Q.  Mr. Lindell is also talking about
15   voting machines being used to steal the election?
16       A.  Yes.
17       Q.  Are you aware that in the course of the
18   Absolute Proof documentary, that he identifies the
19   Smartmatic plaintiffs in this case?
20       A.  Yes.
21       Q.  Okay.  I'm going to show you another exhibit
22   related to Absolute Proof.
23            MS. WRIGLEY:  This one's going to be
24   marked Exhibit 412.  Actually, strike this.  I'm going to
25   show you an exhibit that's been previously marked at a

DAWN H. CURTIS                                      September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                     137–140

Page 137

1  deposition, and it's Exhibit 47.
2          (Whereupon, Exhibit 47 was introduced.)
3  BY MS. WRIGLEY:
4      Q.  Ms. Curtis, the court reporter has handed to
5  you what's been previously marked as Exhibit 47.  It's got
6  a Bates Number of DEF017561 to 562.  Take a minute to look
7  through this document, and then I'm going to ask you a few
8  questions about it.
9          Let me know when you're ready.
10     A.  Okay.
11     Q.  Looking at the document, do you see on the
12 first page, it's an email from kg@mypillow.com to
13 yourself?
14     A.  Yes.
15     Q.  And the date is March 31st, 2021?
16     A.  Yes.
17     Q.  The subject is, "Press Release."
18         Do you see that?
19     A.  Yes.
20     Q.  This is an email from Katelyn Gamlin who works
21 at MyPillow; correct?
22     A.  That's correct.
23     Q.  She states, "This can be sent after 10:45 a.m.
24 CT to our affiliates (that's when we're posting it on
25 social media.)"

Page 138

1          Do you see that?
2      A.  Yes.
3      Q.  Who is Katelyn Gamlin?
4      A.  Mike Lindell's assistant.
5      Q.  Okay.  And then, attached to this email, do
6  you see that there is a press release that has a heading,
7  "Mike Lindell-TV Releases Irrefutable Election Theft Proof
8  on New Television Special That Features World Renowned
9  Physicist."
10         Do you see that?
11     A.  Yes.
12     Q.  Okay.  And then, actually, I want to kind of
13 go down to the last paragraph of this press release, and
14 it says -- which starts with, "Scientific Proof."
15         Just let me know if you're there.
16     A.  I'm here.
17     Q.  That paragraph states, "Scientific Proof is
18 the follow-up to the two-hour documovie Absolute Proof
19 that was released on February 5th, 2021 and was seen by
20 70 million people in the first four days of its release,
21 and over 150 million to date across 42 countries.  Like
22 Absolute Proof, the executive producers of
23 Scientific Proof are Mike Lindell, Brannon Howse, and
24 Mary Fanning and was filmed by WBW Broadcast Network and
25 directed by Brannon Howse."

Page 139

1          Do you see that?
2      A.  Yes.
3      Q.  Okay.  And you're aware that Absolute Proof
4  documentary, a portion of which we just watched from
5  Exhibit 411, was released by Mike Lindell on February 5th
6  of 2001; correct?
7      A.  That's what it states here, yes.
8      Q.  Okay.  At the bottom, it has a sentence, "All
9  media inquiries can be emailed to
10 mediainquiry@mypillow.com."
11         Do you see that?
12     A.  Yes.
13     Q.  Okay.  Did you have any responsibilities for
14 handling any media inquiries in connection with
15 Absolute Proof?
16     A.  No.
17     Q.  Okay.  Do you know who at the company would
18 have handled any media inquiries that came into that email
19 address in connection with Absolute Proof or
20 Scientific Proof?
21     A.  I don't know who that email goes to.
22     Q.  Okay.  Would you have sent this press release
23 to any media, podcaster, influencers as part of your job
24 at MyPillow to any affiliates?
25     A.  Yes, I did send it out.

Page 140

1      Q.  Okay.  And did you send -- when Absolute Proof
2  was released, did you send information about
3  Absolute Proof to any of MyPillow's radio, podcast, or
4  influencers?
5      A.  I was asked to send out the video, and I did.
6      Q.  Okay.  Who asked you to send out the video?
7      A.  Mike Lindell.
8      Q.  Okay.  And did you send that out as part of
9  your job responsibilities at MyPillow?
10     A.  I sent it out per his request.
11     Q.  Did you, in connection with your job at
12 MyPillow, take any steps to get Absolute Proof
13 documentary, sort of, promoted through other media outlets
14 or platforms?
15     A.  I just sent out an email and just said, "Mike
16 wanted me to send this to you."
17     Q.  Okay.  And was the goal for more people to
18 view or watch Absolute Proof?
19         MS. OLIVER:  Objection to form.
20         But you can answer.
21     A.  It wasn't my goal to do anything, just send
22 out an email as per Mike's request.
23 BY MS. WRIGLEY:
24     Q.  When Mike Lindell requested that you send it
25 out to others, what was your understanding of the purpose

DAWN H. CURTIS                                                   September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                              141–144

Page 141

1 of why you would be sending it to them?
2      A.   He just stated, "Can you please send this out
3 to all the advertisers," and I did so.
4      Q.   And these are the advertisers of MyPillow?
5      A.   Yes.
6      Q.   Okay.  How did you determine who to send
7 Absolute Proof to?
8      A.   Whoever I had the email for, for all of my
9 advertisers.
10      Q.   Okay.  And did you keep, sort of, in your
11 files, in connection with your job at MyPillow, sort of a
12 list of all your radio, podcast, and influencers?
13      A.   I just have a group of emails for my
14 advertisers.
15      Q.   Did you send Absolute Proof to all of them?
16      A.   I wouldn't -- no, I did not.
17      Q.   How did you determine which ones to send
18 Absolute Proof to?
19      A.   The ones I had in the list at the time.
20      Q.   I'm sorry, what was -- what list are you
21 referring to?
22      A.   My advertiser list.
23      Q.   Okay.  So at the time, whoever was in your
24 advertiser list for MyPillow --
25      A.   Yes.

Page 142

1      Q.   -- you sent the Absolute Proof out to?
2      A.   Yes.
3      Q.   Okay.  I'm going to do another document.
4          (Whereupon, Exhibit 412 was marked.)
5 BY MS. WRIGLEY:
6      Q.   Ms. Curtis, the court reporter has handed you
7 what's been marked as Exhibit 412.  For the record, it's
8 Bates Stamped DEF006566.
9          Take a minute to review this document, and
10 then I'll ask you a couple questions about it.
11          Let me know when you're ready.
12      A.   I'm ready.
13      Q.   Okay.  Looking at the document, do you see
14 that it's an email chain from February 5th of 2001?
15      A.   Yes.
16      Q.   The email chain is between yourself and
17 Beth Schoenberg; is that correct?
18      A.   Yes.
19      Q.   Ms. Schoenberg is with CSC Talk Radio; is that
20 right?
21      A.   Yes.
22      Q.   What is CSC Talk Radio?
23      A.   Just one of my radio stations.
24      Q.   Got it.
25          One of the radio stations that advertises for

Page 143

1 MyPillow?
2      A.   Yes.
3      Q.   Okay.  And I'd go to the last page.
4 Typically, the way these emails are produced, you have to
5 go, sort of, from bottom to top.
6          The first email in this chain is from
7 Ms. Schoenberg to yourself on February 5th, 2021 at
8 8:51 a.m.
9          Do you see that?
10      A.   Yes.
11      Q.   The subject is, "Quick Question.  Mike's
12 Video.  May I Announce on Air?"
13          Do you see that?
14      A.   Yes.
15      Q.   Ms. Schoenberg states in the email, "Good
16 morning, Dawn.  I saw an interview with Mike last night.
17 My husband had it, so I don't know who the interviewer
18 was.  May I announce Mike's 3-hour video today on my show
19 (regarding the proof of election fraud/stolen).  Did I
20 understand the website correctly, mikelindell.com?  Loved
21 Mike's encouragement to so many.  God is always in the
22 business of miracles.  I believe there have been many of
23 us drawn closer to Him because of the horrific downturn of
24 our nation and its morals.  Christians must stand up.  I
25 believe God called me to pray on my show, not something a

Page 144

1 nationally syndicated talk host does, but I do.  I'm not
2 bragging.  I tried to talk God out of it.  He won."
3 Smiley face.
4          Do you see that?
5      A.   Yes.
6      Q.   And then you responded to her email; correct?
7 On the first page.
8      A.   Yes.
9      Q.   And in your response, you included a link.
10 You stated, "Will send downloadable one and MJL once I
11 have."
12          Do you see that?
13      A.   Yes.
14      Q.   Was that a link to the Absolute Proof
15 documentary?
16      A.   I can't say for sure.  I don't know.
17      Q.   She responded to you; correct?
18      A.   Yes.
19      Q.   She stated, "I'm watching Mike's
20 video/documentary now.  I placed it on Facebook, and I
21 plan to put it on my website, too.  I have other internet
22 affiliates who might do that, too."
23          Did you see that?
24      A.   Yes.
25      Q.   And she sent that email to you on the same

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
145–148

Page 145

1  day, February 5th of 2021?
2      A.  Yep.
3      Q.  And that was the date that Mike Lindell
4  released Absolute Proof; correct?
5      A.  Yes.
6      Q.  And do you recall any other documentary or
7  video that he made around the time that you would have
8  sent her other than the Absolute Proof documentary?
9      A.  No.
10      Q.  Okay.  And you responded to Ms. Schoenberg
11  from your MyPillow email address?
12      A.  Yes.
13      Q.  And your response actually has your signature
14  line in it that's got marketing director, MyPillow, and
15  then the headquarters address for MyPillow at the time;
16  correct?
17      A.  Correct.
18      Q.  Okay.  And at this time during the day, which
19  I think you were emailing her at, sort of, 8:00 and 9:00
20  in the morning, would you have been, sort of, at work at
21  MyPillow?
22      A.  Yes.
23      Q.  Okay.  And at the time you received this email
24  from Ms. Schoenberg, were you aware she was planning to
25  post the video that you sent her to her Facebook and the

Page 146

1  website?
2      A.  I wasn't aware that she sent the email.
3      Q.  Okay.  As you sit here today, do you know
4  whether she has posted Absolute Proof documentary to her
5  Facebook or the website?
6      A.  I do not know.
7          MS. WRIGLEY:  Okay.  Let's go off the
8  record and take a break.
9          THE VIDEOGRAPHER:  We are going off the
10  record.  The time now is 11:50 a.m.  This concludes Media
11  Unit Number 2.
12          (Whereupon, a recess was taken from
13          11:50 a.m. to 12:34 a.m.)
14          THE VIDEOGRAPHER:  We are going back on
15  the record.  The time now is 12:24 p.m.  This is the
16  beginning of Media Unit Number 3.
17  BY MS. WRIGLEY:
18      Q.  Good afternoon, Ms. Curtis.  I'm going to hand
19  to you what's been marked as Exhibit 413.
20          (Whereupon, Exhibit 413 was marked.)
21  BY MS. WRIGLEY:
22      Q.  Take a look at that document and let me know
23  when you're ready, and I'll ask you a few questions about
24  it.
25      A.  I'm ready.

Page 147

1      Q.  For the record, the document has a
2  Bates Number 022482 and it's one page.
3          Do you see this is an email chain from
4  February 1st, 2001?
5      A.  Yes.
6      Q.  And in looking at the bottom of this chain, do
7  you see the first one is from kg@mypillow.com.  It's to
8  saracronin@mypillow.com, dawncurtis@mypillow.com, and
9  shannonsmith@mypillow.com.
10          Do you see that?
11      A.  Yes.
12      Q.  And K.G., is that Katelyn Gamlin?
13      A.  Yes.
14      Q.  And at this time she worked at MyPillow?
15      A.  Yes.
16      Q.  You were a recipient of this email?
17      A.  Yes.
18      Q.  The subject matter is, "Vimeo Absolute Proof
19  Two-Hour Documentary."
20          Do you see that?
21      A.  Yes.
22      Q.  And she sends a link to Vimeo.  She also
23  states, "Will send downloadable one and MJL once I have."
24          Do you see that?
25      A.  Yes.

Page 148

1      Q.  Now, do you see that the next email in this
2  chain is from yourself on the same day, February 5th, 2001
3  to Jerry Schesso?
4      A.  Yes.
5      Q.  And is that how you pronounce it?
6      A.  Yes.
7      Q.  Okay.  And you forward the Vimeo
8  Absolute Proof two-hour documentary link to Mr. Schesso;
9  correct?
10      A.  Yes.
11      Q.  And is that the -- that's the -- strike that.
12  You state, "Good morning, happy birthday."  Smiley face.
13  "The link below is Mike's documentary about election
14  fraud."
15          Do you see that?
16      A.  Yes.
17      Q.  At this time, why would you have sent the
18  Absolute Proof documentary to Mr. Schesso?
19      A.  He is also a friend of Mike's and works at
20  MyPillow and wanted to see it.
21      Q.  Okay.  And then, do you see at the top, he
22  then forwards the email to rgrape91@gmail.com.
23          Do you see that?
24      A.  Yes.
25      Q.  Do you know who rgrape91@gmail.com is?

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
149–152

Page 149

1    A.  I do not.
2    Q.  Okay.  We can move on.
3        I'm going to hand to you what's been marked as
4  Exhibit 414.
5        (Whereupon, Exhibit 414 was marked.)
6  BY MS. WRIGLEY:
7    Q.  Take a look at that document and let me know
8  when you're ready.
9    A.  Okay.
10    Q.  For the record, it's Bates Stamped DEF016737,
11  and it's two pages.
12        Do you see this is an email chain from
13  February 5th, 2021?
14    A.  Yes.
15    Q.  And you're included on this email chain;
16  correct?
17    A.  Yes, I am.
18    Q.  And then, the email at the bottom, the first
19  one in this chain is from you at 11:11 a.m.
20        Do you see that?
21    A.  I do.
22    Q.  And you state, "TV news stations give this
23  downloadable link."  And then, you have a link to a
24  Dropbox.  And then, if you look at the end of that
25  link, it says AbsoluteProof.MP4 and some other

Page 150

1  characters.
2        Do you see that?
3    A.  Yes.
4    Q.  And then, below there, you state, "Random
5  people are customers," and then, you have a link to a
6  michaeljlindell.com.
7        Do you see that?
8    A.  Yes.
9    Q.  And in this email, were you providing a link
10  to the Absolute Proof documentary and then, sort of, a
11  link or direction to mikejlindell.com for "Random people
12  are customers" to access Absolute Proof?
13    A.  I'd assume so by the looks of this email.
14    Q.  Okay.  And then, if you look at the email in
15  response, it's from Kip Kuroski.
16        Do you see that?
17    A.  Yes.
18    Q.  Kip@komando.com?
19    A.  Yes.
20    Q.  Who is Kipkuroski@komando.com?
21    A.  Kim Komando's rep.
22    Q.  Kim Komando's rep?
23    A.  Yes.
24    Q.  Whose name is Kip?
25    A.  His name is Kip, yes.  That's confusing, yes.

Page 151

1  A lot of K's.
2    Q.  And was this one of MyPillow's radio podcaster
3  influencers at the time in February 2021?
4    A.  I don't believe she was.  There was another
5  gal that was working with me at that time, Julia Schertz,
6  who no longer worked with the company, and I believe it
7  was one of her stations.
8    Q.  Okay.
9    A.  I did not work with Kim Komando.
10    Q.  And then you responded to the email from Kip
11  on that same day.
12        Do you see that?
13    A.  Yes.
14    Q.  And in Kip's email he says, "I love this.
15  Thank you."
16        And your response was, "Of course."
17        Do you see this?
18    A.  Yes.
19    Q.  At the time, why would you have been sending
20  Kip Kuroski the Absolute Proof documentary?
21    A.  I'm guessing because he was in my email chain.
22    Q.  Okay.  We're going to go to the next document.
23  You can put that aside.  I'm going to hand to you what's
24  been marked as Exhibit 415.
25        (Whereupon, Exhibit 415 was marked.)

Page 152

1  BY MS. WRIGLEY:
2    Q.  It's another email.  For the record, it's
3  Bates Stamped DEF019495.  Just let me know when you're
4  ready.
5    A.  I'm ready.
6    Q.  Do you see that this is another email chain
7  from February 5th, 2021?
8    A.  Yes.
9    Q.  The first email in this chain is from you at
10  1:09 p.m. to Nick Brino at forevermediainc.com.
11        Do you see that?
12    A.  Yes.
13    Q.  The subject of your email is, "Mike's
14  Documentary on Election Fraud."
15        Do you see that?
16    A.  Yes.
17    Q.  In your email, you state, "TV/news stations
18  give this downloadable link."  You have a link to a
19  dropbox.com with some additional information in the link
20  that, at the end, refers to Absolute Proof.
21        Do you see that?
22    A.  Yes.
23    Q.  You also say, "Random people are customers,"
24  and then you have a link to michaeljlindell.com.
25        Do you see that?

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                      153—156

Page 153

1    A.  Yes.
2    Q.  And then Mr. Brino responded the same day;
3  correct?
4    A.  Yes.
5    Q.  And he stated, "Absolutely incredible.  Thank
6  you for sending this.  I so appreciate all Mike is doing
7  and I support him completely."
8        Do you see that?
9    A.  Yes.
10    Q.  Then, on February 5th, 2021, did you send
11  Mr. Brino a link to the Absolute Proof documentary?
12    A.  Yes, copy-and-pasted that to several,
13  obviously.  That's what it looks like.
14    Q.  Now, in your email, you had indicated "TV news
15  stations give this downloadable link."
16        What, sort of, is that a reference to in
17  connection with the TV and news stations?
18    A.  I have no idea.
19    Q.  Okay.  What about, sort of, random people are
20  customers?
21    A.  I don't know what that is, either.
22    Q.  Okay.  At the time, would you have been
23  sending these links to Absolute Proof to Mr. Brino as part
24  of your job at MyPillow in marketing?
25    A.  Like I stated before, as per Mike's request to

Page 154

1  the people that I have emails for.
2    Q.  Got it.  Got it.
3        And it came from your MyPillow email address;
4  right?
5    A.  That is correct.
6    Q.  And it's got your signature handle of
7  marketing director for MyPillow on here as well; correct?
8    A.  Yes.
9    Q.  Okay.  And then, who's Nick Brino at
10  forevermediainc.com?
11    A.  He was a rep for Forever Media.
12    Q.  Okay.  And was Forever Media a radio,
13  podcaster, or influencer doing promos for MyPillow at the
14  time?
15    A.  Yes.
16    Q.  And that was, sort of, in your list of people
17  doing promos or advertisements at the time for MyPillow?
18    A.  He was in my email list, yes.
19    Q.  Okay.  And do you know whether Mr. Brino made
20  this available or sent it to other people?
21    A.  I don't know what anyone did with it after I
22  sent it to them.
23    Q.  Okay.  I'm going to hand you another document.
24  This one's marked Exhibit 416.
25        (Whereupon, Exhibit 416 was marked.)

Page 155

1  BY MS. WRIGLEY:
2    Q.  For the record, it's Bates Stamped DEF068429.
3  Take a look at this, and then I'll ask you some questions.
4    A.  Okay.
5    Q.  Do you see this is an email chain from
6  February 5th, 2021?
7    A.  Yes.
8    Q.  This is an email chain between yourself and
9  Liz Willis at RSBN TV?
10    A.  Yes.
11    Q.  And the first email in the chain is from you
12  at 12:13 p.m.; correct?
13    A.  Yes.
14    Q.  And you send a similar email, like the one
15  that we've just seen, that states, "TV/news stations give
16  this downloadable link," and it's got a Dropbox link to
17  Absolute Proof; correct?
18    A.  Yes.
19    Q.  And you said, "Random people are customers,"
20  and then sort of the -- strike that.
21        "Random people are customers," and then the
22  mikejlindell.com link; correct?
23    A.  Correct.
24    Q.  And Ms. Willis responded to your email
25  stating, "Thanks, Dawn.  We're with Todd and Graham about

Page 156

1  to film.  So excited to be here.  I'm like a kid in a
2  candy store."
3        Do you see that?
4    A.  Yes.
5    Q.  And who is Liz Willis?
6    A.  She was a TV talent for Right Side
7  Broadcasting Network.
8        THE REPORTER:  For what?
9    A.  Right Side Broadcasting Network.
10  BY MS. WRIGLEY:
11    Q.  Was Right Side Broadcasting Network on your
12  list of MyPillow radio, podcast, and influences?
13    A.  Yes.
14    Q.  At the time they did marketing for MyPillow?
15    A.  Yes.
16    Q.  And then she referenced Todd and Graham.
17        Do you know who that is?
18    A.  Yes, Todd is our manager down at the shop, and
19  Graham was his assistant.
20    Q.  What's Todd's last name?
21    A.  Todd Taylor.
22    Q.  What is Graham's last name?
23    A.  I don't know.
24    Q.  Okay.  And when you say "shop," is there a
25  place?

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                157–160

Page 157

1       A.   Our warehouse.

2       Q.   Your warehouse, okay.

3            So Liz was down at the MyPillow warehouse
4   about to film?

5       A.   That is correct.

6       Q.   Got it.

7            And then you responded to her email on that
8   date; correct?

9       A.   That's correct.

10      Q.   Okay.  And do you know if Liz Willis or RSBN
11  TV further published the Absolute Proof documentary?

12      A.   I do not know that.

13      Q.   And why did you send the Absolute Proof
14  documentary to Ms. Willis at this time?

15      A.   Like I stated before, it was per Mike's
16  request.

17      Q.   Got it.  Okay.

18           I'm going to hand to you what's been marked as
19  Exhibit 417?

20           (Whereupon, Exhibit 417 was marked.)

21      A.   Okay.

22  BY MS. WRIGLEY:

23      Q.   For the record, it's Bates Stamped DEF025299.

24           Do you see this is an email chain between you
25  and Shiloh Gmail on February 5th, 2021?

Page 158

1       A.   Yes.

2       Q.   The subject of the email is, "Mike's
3   Documentary on Election Fraud"; correct?

4       A.   Yes.

5       Q.   And on the first email on this chain you write
6   to Shiloh Gmail at 1:14 p.m., correct?

7       A.   Yes.

8       Q.   You write, "TV news stations give this
9   downloadable link."  You have a link to the Absolute Proof
10  from Dropbox.

11           You also write, "Random people are customers,"
12  with a link to michaeljlindell.com.

13           Do you see that?

14      A.   Yes.

15      Q.   And Shiloh Gmail responded; correct?

16      A.   Yes.

17      Q.   Who is Shiloh Gmail?

18      A.   I have no idea.

19      Q.   Okay.  And do you understand why at the time
20  you would have been sending the Absolute Proof to Shiloh
21  Gmail?

22      A.   Shiloh obviously was in my email address.

23      Q.   Okay.  You can put that one aside.

24           I'm going to hand to you what's been marked as
25  Exhibit 418.

Page 159

1            (Whereupon, Exhibit 418 was marked.)

2   BY MS. WRIGLEY:

3       Q.   For the record, it's Bates marked DEF018146,
4   it's two pages.

5            Do you see this as an email chain that
6   includes kathleenbensi@salemreps.com, Dr. Sebastian Gorka,
7   and yourself?

8       A.   Yes.

9       Q.   The email chain is from February 5th, 2021;
10  correct?

11      A.   Yes.

12      Q.   The first email in the chain at the bottom is
13  from Kathleen Bensi where she writes, "H Seb, Mike Lindell
14  has released a documentary today about voting fraud.  He
15  would like for you to watch it.  Here's the downloadable."
16  And it has a Dropbox link to Absolute Proof and another
17  link; michaeljlindell.com.

18           Do you see that?

19      A.   Yes.

20      Q.   Who is Kathleen Bensi?

21      A.   She's my rep for Salem Media.

22      Q.   And what's at Salem Media?

23      A.   My radio stations that I work with.

24      Q.   And at the time in February of 2021, would you
25  have been working with Salem reps and Kathleen Bensi in

Page 160

1   connection with MyPillow marketing?

2       A.   Yes.

3       Q.   Dr. Sebastian Gorka responds to Ms. Bensi that
4   day stating, "Please tell Mike I've plugged the film three
5   times on the show today already.  Dr. G."

6            Do you see that?

7       A.   Yes.

8       Q.   Ms. Bensi then forwards on that same day his
9   email stating, "Dawn, see below..."

10           Do you see that?

11      A.   Yes.

12      Q.   And then you respond to Ms. Bensi that same
13  day stating, "I just text him about Gorka."  Smiley face.

14           Do you see that?

15      A.   Yes.

16      Q.   And was that "text him" a reference to
17  Mike Lindell?

18      A.   By the looks of this, yes, that's what it
19  looks like.

20      Q.   Okay.  And then at the time, was
21  Dr. Sebastian Gorka a radio, podcast, influencer for
22  doing, sort of, MyPillow parketing -- marketing?

23      A.   Yes.

24      Q.   Let me clean that question up.

25           At the time, was Dr. Sebastian Gorka a radio,

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
161–164

Page 161

1    podcast, or influencer that did MyPillow marketing?
2        A.    Yes.
3        Q.    And in the email, it indicates that he had
4    plugged the Absolute Proof on February 5th, 2021; correct?
5        A.    That's what it looks like here.
6        Q.    And were you aware, in February of 2021,
7    whether any of the radio, podcast, and influencers were
8    plugging or promoting Absolute Proof?
9        A.    I just sent it out.  I don't know who posted
10   it, plugged it, anything.
11       Q.    Okay.
12       A.    Unless they state it in the email that they
13   did.
14       Q.    Okay.  I'm going to hand to you what's been
15   marked as Exhibit 419.
16            (Whereupon, Exhibit 419 was marked.)
17   BY MS. WRIGLEY:
18       Q.    For the record, it's Bates Stamped DEF022390.
19            Do you see this is an email from you to
20   calebsvendsen@wwib.com, subject line, "Mike's Documentary
21   on Election Fraud."  The date is February 5th, 2021.  The
22   time is -- I'm sorry, I'm trying to calculate it.
23            MS. OLIVER:  6.
24   BY MS. WRIGLEY:
25       Q.    6:09 p.m.?

Page 162

1        A.    Yes.
2        Q.    You sent Caleb Svendsen -- Svendsen a similar
3    email to the ones we've seen, "TV news stations give this
4    downloadable link" with a link to the Absolute Proof, and
5    then also the note about, "Random people are customers"
6    and a link to michaeljlindell.com.
7            Do you see that?
8        A.    Yes.
9        Q.    Who is Caleb Svendsen?
10       A.    My rep for WWIB radio station in Eau Claire,
11   Wisconsin.
12       Q.    At this time, was that a radio station, a
13   radio, podcast, influencer that did marketing for
14   MyPillow?
15       A.    Yes.
16       Q.    I'm going to hand to you what's been marked as
17   Exhibit 420.
18            (Whereupon, Exhibit 420 was marked.)
19   BY MS. WRIGLEY:
20       Q.    For the record, it's DEF016635.
21            Do you see this is an email from you to Woody
22   Zimmerman, subject, "Mike's Documentary on Election Fraud"
23   from February 5th, 2021 at 6:09 p.m.?
24       A.    Yes.
25       Q.    This email looks similar to the one we just

Page 163

1    looked at from Exhibit 419; correct?
2        A.    Correct.
3        Q.    You indicate or provide a Dropbox link to
4    Absolute Proof with a note TV stations -- TV news station
5    give this downloadable link along with a
6    michaeljlindell.com link for, "Random people are
7    customers"; correct?
8        A.    Correct.
9        Q.    Who's Woody Zimmerman?
10       A.    My rep for a radio station, and he worked in
11   Indiana.
12       Q.    At the time was that radio station a radio,
13   podcast, influencer that did MyPillow marketing?
14       A.    Yes.
15       Q.    I'm going to hand to you Exhibit 421.  For the
16   record this is DEF018055.
17            (Whereupon, Exhibit 421 was marked.)
18   BY MS. WRIGLEY:
19       Q.    Do you see this is an email on February 5th,
20   2021, 6:10 p.m. from you to Annie Marie --
21   anniemariadelgado@icloud.com, subject line, "Mike's
22   Documentary on Election Fraud."
23            Do you see this?
24       A.    Yes.
25       Q.    This is email similar to the previous ones

Page 164

1    that we've looked at; correct?
2        A.    Yes.
3        Q.    And it has a downloadable link to
4    Absolute Proof for TV news stations; correct?
5        A.    Yes.
6        Q.    And it has a link to michaeljlindell.com for,
7    "Random people are customers"; right?
8        A.    Yes.
9        Q.    Who is Annie Marie Delgado?
10       A.    She had a podcast I was working with at the
11   time.
12       Q.    Okay.  And were you working with her in
13   connection with doing MyPillow marketing?
14       A.    Yes.
15       Q.    I'm going to hand to you Exhibit 422.  For the
16   record, it's Bates Stamped DEF016634.
17            (Whereupon, Exhibit 422 was marked.)
18   BY MS. WRIGLEY:
19       Q.    Do you see this is an email from you to
20   mikepooler@familybroadcastingcorporation.com on
21   February 5th, 2021 at 6:11 p.m., subject, "Mike's
22   Documentary on Election Fraud."
23            Do you see that?
24       A.    Yes.
25       Q.    And this email is similar to the ones we

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                165–168

---

Page 165

1  previously saw where you provide a downloadable link to
2  Absolute Proof for TV/news stations and then a link to
3  michaeljlindell.com; correct?
4      A.  Yes.
5      Q.  Who is Mike Pooler?
6      A.  Another rep for Family Broadcasting in
7  Indiana.
8      Q.  And was Family Broadcasting doing marketing
9  for MyPillow at the time?
10     A.  Yes.
11     Q.  I'm going to hand you Exhibit 423.  For the
12 record it's DEF025203.
13         (Whereupon, Exhibit 423 was marked.)
14 BY MS. WRIGLEY:
15     Q.  Do you see this is an email from you to
16 markanthony@patriotandpreachershow.com, subject line,
17 "Mike's documentary on election fraud," dated
18 February 5th, 2021 at 6:12 p.m.?
19     A.  Yes.
20     Q.  This email looks similar to the emails that
21 we've just seen in the prior exhibits; correct?
22     A.  Yes.
23     Q.  They sent a downloadable link of
24 Absolute Proof for TV/news stations; correct?
25     A.  Yes.

---

Page 166

1      Q.  Along with a link for michaeljlindell.com;
2  right?
3      A.  Yes.
4      Q.  Who is Mark Anthony at Preacher --
5  patriotandpreachershow.com?
6      A.  I work with him with his podcast.
7      Q.  And was his podcast doing MyPillow marketing
8  at the time?
9      A.  Yes.
10     Q.  I'm going to hand you Exhibit 424.  For the
11 record, it's Bates DEF020883.
12         (Whereupon, Exhibit 424 was marked.)
13 BY MS. WRIGLEY:
14     Q.  Do you see this is an email from yourself to
15 Steel Toe Morning Show, the email address is
16 aaronimholte@gmail.com?
17     A.  Yes.
18     Q.  The subject is, "Mike's Documentary on
19 Election Fraud"; correct?
20     A.  Yes.
21     Q.  The date is February 5th, 2021 at 6:12 p.m.;
22 correct?
23     A.  Yes.
24     Q.  You sent this email to him with the similar
25 information as the previous ones, a downloadable link for

---

Page 167

1  Absolute Proof for TV/news stations and then the link for
2  michaeljlindell.com; correct?
3      A.  Yes.
4      Q.  Who is Steel Toe Morning Show?
5      A.  Aaron is my rep, and that was his show, Steel
6  Toe Morning Show.
7      Q.  Was the show doing marketing for MyPillow at
8  the time?
9      A.  Yes.
10     Q.  Thank you.
11         I'm going to hand to you what's been
12 previously marked as Deposition Exhibit 100 in this case.
13 For the record the Bates Stamp is DEF015183.
14         (Whereupon, Exhibit 100 was introduced.)
15 BY MS. WRIGLEY:
16     Q.  Do you see this is another email from you on
17 February 5th, 2021?
18     A.  Yes.
19     Q.  This one's at 6:13 p.m.; correct?
20     A.  Yes.
21     Q.  You sent this to lizwillis@rsbn.tv; correct?
22     A.  Yes.
23     Q.  The subject is, "Mike's Documentary on
24 Election Fraud"; correct?
25     A.  Yes.

---

Page 168

1      Q.  You sent information similar to the exhibits
2  that we previously saw with a downloadable link to
3  Absolute Proof for TV/news stations and then a link for
4  michaeljlindell.com; correct?
5      A.  Yes.
6      Q.  Remind me who Liz Willis at RSBN.TV is?
7      A.  She was my rep also, a spokesperson for RSBN.
8      Q.  And was doing marketing for MyPillow at the
9  time; correct?
10     A.  Yes.
11     Q.  I'm going to hand to you Exhibit 425.  For the
12 record, it's Bates Stamped DEF025202.
13         (Whereupon, Exhibit 425 was marked.)
14 BY MS. WRIGLEY:
15     Q.  Do you see this is an email you sent to
16 Sara Carter copying Jennie Taer -- or Tear -- subject
17 line, "Mike's Documentary on Election Fraud," on
18 February 5th, 2021 at 6:13 p.m.?
19     A.  Yes.
20     Q.  This email looks similar to the ones that
21 we've seen in the previous exhibits; correct?
22     A.  Yes.
23     Q.  You sent a link to the Absolute Proof for
24 TV/news stations and then a link for michaeljlindell.com;
25 correct?

---

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
169–172

Page 169

1    A.  Yes.
2    Q.  And who is Sara Carter and Jennie Taer?
3    A.  Sara was the talent, and Jeannie was her rep.
4    Q.  And where was Sara a talent at?
5    A.  She had a podcast.
6    Q.  Okay.  So this was one of the podcasters?
7    A.  Yes.
8    Q.  And was she a podcaster doing marketing for
9  MyPillow at the time?
10    A.  Yes.
11    Q.  I'm going to hand you Exhibit 426.  For the
12  record it's Bates Number DEF019345.
13        (Whereupon, Exhibit 426 was marked.)
14  BY MS. WRIGLEY:
15    Q.  Do you see this is an email from you to
16  Patrick Coffin, subject, "Mike's Documentary on Election
17  Fraud," on February 5th, 2021 at 6:14 p.m.?
18    A.  Yes.
19    Q.  And this email looks similar to the previous
20  ones where you send a downloadable link for Absolute Proof
21  for TV/news stations and then a link for, "Random people
22  are customers" to mikejlindell.com [sic]; correct?
23    A.  Yes.
24    Q.  Who is Patrick Coffin.
25    A.  He has his own podcast.

Page 170

1    Q.  Was this a MyPillow podcaster doing marketing
2  for MyPillow at the time?
3    A.  Yes.
4    Q.  And would you have sent him this link in
5  connection with your job at MyPillow?
6    A.  As per Mike's request.
7    Q.  I'm going to hand you Exhibit 427.  For the
8  record, it's Bates Stamped DEF -- strike that --
9  DEF015184.
10        (Whereupon, Exhibit 427 was marked.)
11  BY MS. WRIGLEY:
12    Q.  Do you see this is an email to you
13  lee@lifechangingradio.com, subject, "Mike's Documentary on
14  Election Fraud," the date is February 5th, 2021 at
15  6:14 p.m.
16        Do you see that?
17    A.  Yes.
18    Q.  And this email looks similar to the previous
19  exhibits we saw; correct?
20    A.  Yes.
21    Q.  Where you sent a link to Absolute Proof to
22  TV/news stations along with the michaeljlindell.com link
23  for "Random people are customers"; correct?
24    A.  Yes.
25    Q.  Who is Lee at lifechangingradio.com?

Page 171

1    A.  My rep for Life Changing radio.
2    Q.  And was that radio doing MyPillow marketing at
3  the time?
4    A.  Yes.
5    Q.  And I'm going to hand you Exhibit 428.  For
6  the record, it's Bates Stamped DEF016633.
7        (Whereupon, Exhibit 428 was marked.)
8  BY MS. WRIGLEY:
9    Q.  Do you see this is an email that you sent on
10  February 5th, 2021 at 6:14 p.m.?
11    A.  Yes.
12    Q.  You sent it to Puredi and Ruth Hillary, email
13  address is shilohhtc@gmail.com with subject line, "Mike's
14  Documentary on Election Fraud."
15        Do you see that?
16    A.  Yes.
17    Q.  And this email looks similar to the ones we
18  saw in the prior exhibits where you sent a link to
19  Absolute Proof for TV/news stations and the link for
20  michaeljlindell.com to "Random people are customers";
21  correct?
22    A.  Yes.
23    Q.  Who is Puredi and Ruth Hillary?
24    A.  They had a podcast, and now the Shiloh looks
25  familiar from before.  So that was their show at the time.

Page 172

1    Q.  Was this podcast doing MyPillow marketing at
2  the time?
3    A.  Yes.
4    Q.  So the emails that we just looked at, we went
5  through a number of them, sort of starting with
6  Exhibit, sort of, 412 and on through Exhibit 428, I
7  believe your testimony was you sent those at the direction
8  or request of Mike Lindell?
9    A.  Correct.
10    Q.  And did Mr. Lindell tell you why he asked you
11  to send the link to Absolute Proof to these radio shows or
12  podcasters?
13    A.  He said, "Send it out to your people," so I
14  did.
15    Q.  And by "people," that would be the radio,
16  influencer, and podcasters you were working with on
17  MyPillow marketing?
18    A.  Correct.
19    Q.  Okay.  We looked at a number of emails to a
20  number of people or entities.
21        Did you send any other emails similar to those
22  we've looked at to anyone else where you gave them a link
23  to the Absolute Proof video?
24    A.  It's possible.  I don't recall.  It's over
25  two years ago.

Page 173

1    Q.  Okay.  Do you remember approximately how many
2  emails or how many of them you might have sent the
3  Absolute Proof documentary to?
4    A.  I don't recall.
5    Q.  Okay.  And looking at the emails, Ms. Curtis,
6  do you think it's fair to say that you had a role in
7  helping to distribute the Absolute Proof documentary?
8        MS. OLIVER:  Objection to form.
9        You can answer.
10    A.  I don't recall them distributing it.  I was
11  sending an email as per Mike's request.
12  BY MS. WRIGLEY:
13    Q.  And you sent the emails from your MyPillow
14  email account?
15    A.  That is correct.
16    Q.  And the emails identified you as the marketing
17  director for MyPillow?
18    A.  Yes.
19    Q.  When you sent the emails, did you understand
20  that some of the individuals or radios or podcasts would
21  be making the video of Absolute Proof available to others?
22    A.  I don't know what they were going to do with
23  it when they received it.
24    Q.  Okay.  When you sent the emails, did you
25  understand that many of the people or entities were part

Page 174

1  of media organizations?
2    A.  I worked with these organizations, so yes, I
3  know who they were.
4    Q.  Okay.  Did you do anything else or did you
5  take any other steps to send the Absolute Proof
6  documentary to anybody else besides, sort of, the media
7  podcaster influencers?
8    A.  I don't recall.  I don't believe so.
9    Q.  Okay.  Did Mike Lindell ask you to do anything
10  else to promote or encourage others to watch
11  Absolute Proof at the time?
12    A.  No.  No.
13    Q.  Did you do anything to encourage the media,
14  radio, podcaster, influencers to publish or promote
15  Absolute Proof?
16    A.  No.
17    Q.  I'm going to show you a couple more documents.
18        Ms. Curtis, I'm going to hand to you another
19  document.  This one is Exhibit 429.  For the record, it's
20  Bates Stamped DEF015551, and then it has an attachment
21  which is 015552.
22    A.  Okay.
23        (Whereupon, Exhibit 429 was marked.)
24  BY MS. WRIGLEY:
25    Q.  Looking at the first page of Exhibit 429, do

Page 175

1  you see this is an email from Katelyn Gamlin at Lindell
2  Management to you?
3    A.  Yes.
4    Q.  And it's at your mypillow.com address?
5    A.  Yes.
6    Q.  Actually, let me take a step back.
7        Do you hold any positions with Lindell
8  Management?
9    A.  None.
10    Q.  Okay.  You're just strictly a MyPillow
11  employee?
12    A.  That's correct.
13    Q.  Okay.  The subject is, "Forward:  This is the
14  corrected one."  Then I'm looking at the email at the top.
15        Do you see that?
16    A.  Yes.
17    Q.  And the date on this is February 16th, 2021,
18  and this is 5:43 p.m.; correct?
19    A.  Yes.
20    Q.  And then, in the email, Katelyn states,
21  "Approved press release."
22        Do you see that?
23    A.  Yes.
24    Q.  Now, if you look at the second page, it's got
25  an attachment.

Page 176

1        Are you at the attachment?
2    A.  Yes.
3    Q.  The attachment has at the top, "For immediate
4  release 2/16/21."
5        Do you see that at the top?
6    A.  Yes.
7    Q.  And then the heading for this press release
8  states, "Cancel culture gone crazy - 2 dozen retailers
9  drop MyPillow and attempt to punish Mike Lindell for his
10  machine voter fraud crusade."
11        Do you see that?
12    A.  Yes.
13    Q.  Are you familiar with this press release?
14    A.  Vaguely.
15    Q.  Do you know why Katelyn Gamlin would have been
16  sending a press release to you at the time in February
17  2021 on the 16th?
18    A.  I don't know.
19        MS. OLIVER:  Objection to form.
20        You can answer.
21    A.  I don't remember.
22  BY MS. WRIGLEY:
23    Q.  Do you see that the press release mentions
24  cancel culture?
25    A.  Yes.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                177–180

Page 177

1    Q.   And then at the bottom, if you go down to a
2  little bit do you see it mentions, in this press release,
3  that, "Mike Lindell recently released a two-hour
4  documentary titled Absolute Proof which he says will
5  uncover the terrible injustices he believes happened in
6  the 2020 election."
7        Do you see that?
8    A.   Yes.
9    Q.   It continues, "Lindell says the presentation
10  has been viewed over 100 million times."
11       Do you see that?
12   A.   Yes.
13   Q.   Do you have any information about how many
14  times Absolute Proof has been viewed?
15   A.   No, I wouldn't have any idea.
16   Q.   Do you have any -- do you have any
17  responsibility in connection with your job at MyPillow to
18  identify or find out how many times Absolute Proof has
19  been viewed?
20   A.   No, I would have no idea.
21   Q.   Okay.  And then, do you see at the bottom of
22  this, the last sentence, it states, in this press release,
23  "You can watch the full documentary Absolute Proof at
24  www.michaeljlindell.com?
25   A.   Yes.

Page 178

1    Q.   What is that address to, that website address?
2    A.   I don't recall.  I never saw that until
3  Absolute Proof came out.
4    Q.   Okay.  Have you been on the Michael J. Lindell
5  website?
6    A.   Recently?
7    Q.   At any point.
8    A.   Ever?  I don't remember if I clicked on the
9  link or not.
10   Q.   Okay.  And did this press release go out to
11  any media to promote or inform about the Absolute Proof
12  documentary?
13   A.   I don't remember that.  I don't remember.
14   Q.   Do you have any responsibilities in your
15  position as marketing director for reviewing or approving
16  or drafting press releases related to Mike Lindell?
17   A.   No.
18   Q.   Okay.  And at this time, Katelyn Gamlin, it
19  has her with an email address at Lindell Management.
20       Do you see that?
21   A.   Yes.
22   Q.   Are you familiar with Lindell Management?
23   A.   No.
24   Q.   At the time, was she working at MyPillow?
25   A.   I don't know which capacity she was working

Page 179

1  at.  I'm not sure.
2    Q.   Okay.  I'm going to show you another document.
3        Ms. Curtis, this one's going to be marked
4  Exhibit 430.  For the record, it's Bates Stamped
5  DEF006165, and it goes to 6166.  It's an email with an
6  attachment.
7        (Whereupon, Exhibit 430 was marked.)
8  BY MS. WRIGLEY:
9    Q.   Do you see the email on the first page is from
10  you to Kathleen Bensi at salemreps.com?
11   A.   Yes.
12   Q.   The subject is "Press release."
13       Do you see that?
14   A.   Yes.
15   Q.   The date is February 17th, 2021 at 2:39 p.m.?
16   A.   Yes.
17   Q.   And you sent this to her from your MyPillow
18  address?
19   A.   It looks like it, yes.
20   Q.   And you state, "Here is a press release."
21       Do you see that?
22   A.   Yes.
23   Q.   And then if you go to the next page, do you
24  see there's a press release where at the top it states,
25  "For Immediate Release 2/16/21," then it has a heading,

Page 180

1  "Cancel Culture Gone Crazy - 2 Dozen Retailers Drop
2  MyPillow in Attempt to Punish Mike Lindell For His Machine
3  Voter Fraud Crusade."
4        Do you see that?
5    A.   Yes.
6    Q.   And then, does this press release look to be
7  the same as the press release we saw on the previous
8  exhibit?
9    A.   Yes, it does.
10   Q.   Okay.  And so, then, on February 17th, did you
11  send -- then send that press release to Kathleen Bensi at
12  Salem Reps?
13   A.   It looks like I did, yes.
14   Q.   And at that time, Ms. Bensi at Salem Reps was
15  one of MyPillow's marketing radio, podcaster, influencers?
16   A.   Yes.
17   Q.   And at the time, why would you have been
18  sending this to Ms. Bensi?
19   A.   Probably the same reason I sent out the
20  Absolute Proof, as per Mike's request.
21   Q.   Okay.  And did -- at the time, did
22  Mike Lindell ever tell you that he wanted these radio,
23  podcaster, influencers to promote the Absolute Proof
24  documentary?
25   A.   No, he just asked me to send out the video,

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                        181–184

Page 181

1  and I did.
2      Q.  Ms. Curtis, I'm going to hand to you what's
3  been marked as Exhibit 431.  For the record, it's
4  Bates Stamped DEF078399.
5          (Whereupon, Exhibit 431 was marked.)
6  BY MS. WRIGLEY:
7      Q.  And it's got three pages, and it's an email
8  chain from February 17th, 2021 that you're included on.
9          Do you see that?
10     A.  Yes.
11     Q.  Okay.  Walking through this email, I'm going
12 to start from the back, the bottom email going up.
13         Do you see that you sent an email on
14 February 17th, 2021 at 3:38 p.m.?
15     A.  Yes.
16     Q.  And you sent it to
17 rayrichardsonjr@wlobradio.com.
18         Do you see that?
19     A.  Yes.
20     Q.  Who was Ray Richardson?
21     A.  He was one of our advertisers at the time.
22     Q.  One of MyPillow's advertisers?
23     A.  A radio station, yes.
24     Q.  Got it.
25         In your email at the bottom, you wrote,

Page 182

1  "Hello Ray, Mike has another video out which you can see
2  at www.lindelltv.com.  The video is Absolute Proof, the
3  trailer.  Please watch and share with everyone you know.
4  Thank you so much."
5          Do you see that?
6      A.  Yes.
7      Q.  Why did you send this email to Mr. Richardson
8  on February 17th?
9      A.  As per Mike's request.
10     Q.  And in the email, you encouraged him to watch
11 and share the video with everyone he knows; correct?
12     A.  That's what it says here.
13     Q.  And Mr. Richardson responded to your email;
14 right?
15     A.  Yes.
16     Q.  And he says, "Love to get him on air next week
17 to talk about MyPillow, his story, faith, redemption, and
18 business, a winning combination."
19         Do you see that?
20     A.  Yes.
21     Q.  And at this time in February of 2021, did you
22 have any responsibility for helping arrange appearances of
23 Mike Lindell on any of the radio, podcaster, or
24 influencers?
25     A.  He would go on air and do interviews, yes.

Page 183

1      Q.  Okay.  And would you help coordinate that?
2      A.  Yes.
3      Q.  And would you help go over, either with the
4  radio, influencer, or podcasters and Mike Lindell,
5  probably, like, the subject matters of the topics that he
6  would cover?
7      A.  Not necessarily topics.  Mike would just say,
8  "Hi," and then you wouldn't have to do anymore
9  introduction.  Mike can take it from there.
10     Q.  Got it.
11         So you responded to Mr. Richardson's email on
12 that date, and you wrote, "Let me check.  Do you have a
13 day and time in mind?"
14         Do you see that?
15     A.  Yes.
16     Q.  And then continuing up the chain, do you see
17 that he responds with a day, February 22nd, and some
18 times?
19     A.  Yes.
20     Q.  You then respond; correct?
21     A.  Yes.
22     Q.  On February 17th, stating, "Would you allow
23 him to talk about the Dominion machines?"
24         Do you see that?
25     A.  Yes.

Page 184

1      Q.  And why did you send that email at the time?
2      A.  Because we were getting canceled from
3  everywhere because we were talking about things, Mike was,
4  and I don't want his radio station getting in trouble and
5  getting canceled because Mike was saying something that
6  wasn't allowed from their station.
7      Q.  And at the time, did you understand that if
8  Mr. Lindell went on his radio show, there was a
9  possibility that he could talk about the Dominion
10 machines?
11     A.  I don't know what Mike was going to talk
12 about.  I'm trying to get the radio station not to be
13 canceled like MyPillow was canceled.
14     Q.  Okay.  So he responded; correct?
15     A.  Yes.
16     Q.  He said, "Personally, I would love to do that
17 separately.  If that is required, I will."
18         Do you see that?
19     A.  Yes, I do.
20     Q.  And you responded to Mr. Richardson stating,
21 "That's what he is focusing on right now."
22         Do you see that?
23     A.  I see that.
24     Q.  Is that "he" a reference to Mike Lindell?
25     A.  That's what it looks like by the email.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                185–188

Page 185

1    Q.   And at the time, did you understand that
2  Mr. Lindell was focused on the Dominion machines and his
3  appearances with media?
4    A.   I don't know what he was focusing on.  I'm
5  just telling you he didn't want to do this radio station
6  at the moment, this interview.
7    Q.   Okay.  And did Mr. Lindell appear on this
8  radio station as was, sort of, discussed about in the
9  email chain?
10    A.   I don't recall.  This is two years ago.  I
11  don't know when he went on.
12    Q.   Does MyPillow or do you, in your position at
13  MyPillow, keep track of all of Mr. Lindell's appearances
14  on the -- with the radio, podcaster, or influencers?
15    A.   No, we do not.
16    Q.   Okay.
17        THE VIDEOGRAPHER:  We are going off the
18  record.  The time now is 1:07 p.m.
19        (Discussion off the record.)
20        THE VIDEOGRAPHER:  We are going back on
21  the record.  The time now is 1:12 p.m.
22  BY MS. WRIGLEY:
23    Q.   Ms. Curtis, in February of 2021, were you
24  aware of any appearances by Mike Lindell on any media
25  outlets to promote the Absolute Proof documentary?

Page 186

1    A.   Not that I remember.
2    Q.   Did you have any role in coordinating those
3  appearances -- any appearances by Mike Lindell to promote
4  Absolute Proof documentary in 2021?
5    A.   I don't remember.
6    Q.   Are you aware that Mr. Lindell went on
7  Steve Bannon's War Room podcast on February 5th, 2021 to
8  talk about the Absolute Proof documentary?
9    A.   I don't remember that, either.
10    Q.   Have you ever seen any appearances by
11  Mr. Lindell on Steve Bannon's War Room podcast?
12    A.   Yes.
13    Q.   At this time, I'm going to mark a
14  February 5th, 2021 appearance of Mike Lindell on
15  Steve Bannon's War Room podcast.  Like last time, my
16  associate is going to come around, open up the computer,
17  and she's going to play a video of that appearance of his
18  on the podcast.  For the record, we're marking it as
19  Exhibit 432.
20        (Whereupon, Exhibit 432 was marked.)
21        THE VIDEOGRAPHER:  Do you want to go off
22  the record?
23        MS. WRIGLEY:  I think we're good.
24        THE VIDEOGRAPHER:  Okay.
25        MS. WRIGLEY:  The video is about

Page 187

1  8 minutes, but I won't -- we'll just listen to about
2  2 minutes.
3        She's going to stop it, for the record, 2:30,
4  just in the interest of time.
5        (Video Played)
6        STEVE BANNON:  "Dr. Ming from London tells us
7  it's not about the competition, it's about the Chinese
8  Communist Party being the existential threat, the
9  existential enemy of the Chinese people, of the American
10  people, and of all mankind.  We've seen this from the CCP
11  virus that came out of the Wuhan Lab.
12        We're now joined, it looks like from a very
13  exclusive club in -- somewhere in Palm Beach, Florida,
14  been up all night, the Great Mike Lindell.  Mike Lindell
15  has made a film.  It looks like a two-hour movie that's
16  playing on a loop on One America News, I think it's up on
17  Gab TV.  It's called Absolute Proof.
18        Mike, here's the first question.  I'm going to
19  get to the Chinese Communist Party in a second because I
20  understand this film is very centric on CCP's involvement
21  in the 2020 election, as the Director of National
22  Intelligence, Ratcliffe warned the nation and warned the
23  President in late -- in mid-January of this year.
24        But I want to go to, look, Dominion has called
25  your guys' bluff.  You're suing Fox, which is Murdoch,

Page 188

1  where there's tough lawyers over there.  They're suing all
2  operations.  I think you've gotten letters, you're
3  involved and named in these suits.
4        This doesn't double-down.  It triples-down to
5  the 10th power, throwing down on what they've said, your
6  movie Absolute Proof.  You don't leave any questions about
7  this.
8        Why -- have you reached out to Dominion
9  executives, and have you told them, 'Hey, I'm prepared to
10  show you this film.  I'm prepared to answer questions,'
11  and why would you throw napalm on a burning brush fire and
12  do it this weekend before the trial next week of
13  President Trump?
14        MIKE LINDELL:  Well, the first question is,
15  no, I don't respond to Dominion other than, 'Yes, please
16  sue me.'  They've sent me a letter yesterday because they
17  heard about this documentary.  They sent me an email.  It
18  wasn't from lawyers, it was from them, going, 'Mike, look
19  at all these people that we have here.  They're all
20  discredited.'  Well, the people I have in this are all
21  people that weren't on that live.  So this is all the new
22  evidence I've been telling everybody about.  This is what
23  they're so afraid of, Steve.
24        Just today, when this launched this morning,
25  we've got over a million people view it, and it has been

DAWN H. CURTIS                                        September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                  189–192

Page 189

1  taken down on Vimeo and it's been taken down on other two
2  sites, crashing.  They're trying to attack it from every
3  angle.  You know what?  If Dominion and Smartmatic -- and
4  don't forget Smartmatic, they're right in there, I think
5  they're the other ones that went after Fox.  They're not
6  coming after me because they know what -- they know this
7  movie is out.
8          So, you know, I invite you guys, Dominion and
9  that, come on, let's talk about it, you know, show me
10  what's wrong in this video because it's 100 percent
11  proof."  (Video Stopped.)
12  BY MS. WRIGLEY:
13      Q.   Have you ever seen that appearance by
14  Mr. Lindell on Steve Bannon's War Room podcast?
15      A.   I don't recall seeing this one, no.
16      Q.   Okay.  Would you've discussed this appearance
17  by Mr. Lindell before he went on Mr. Bannon's War Room
18  show?
19      A.   No.
20      Q.   At this time -- and this video is from
21  February 5th, 2021 -- was Mr. Bannon or the War Room
22  podcast promoting or advertising any MyPillow products?
23      A.   He's been advertising MyPillow for a few
24  years.  I don't know what date he started.
25      Q.   And at this time, would he have had

Page 190

1  promo codes assigned to him?
2      A.   Yes.
3      Q.   Okay.  And on this -- strike that.
4          Would there be records of MyPillow's
5  associated with any sales of MyPillow products that were
6  generated through the use of promo codes assigned to
7  Steve Bannon or War Room?
8      A.   We have -- as soon as this promo code is
9  active, we would have the sales from that, and I'm not
10  sure what date that was.
11      Q.   Okay.  And so, if he had a promo code assigned
12  to him as of this date on February 5th, 2021, would there
13  be records of MyPillow to figure out whether or not he had
14  generated any sales from MyPillow on that date or the
15  dates thereafter?
16      A.   Yes, as soon as the promo code becomes active,
17  we see results.
18      Q.   Okay.  Now, in the -- in this podcast,
19  Mr. Bannon mentions that Absolute Proof was playing on a
20  loop on One America News.
21          Is that something you're familiar with?
22      A.   I know of the program.  I don't deal with it.
23      Q.   Okay.  At the time, in February of 2021, were
24  you aware that One America News had played Mike Lindell's
25  Absolute Proof documentary on a loop at the time?

Page 191

1      A.   No, I'm not aware of that.
2      Q.   Did you have any role or responsibility in
3  connection with any efforts to get OAN to play the
4  Absolute Proof documentary?
5      A.   No.
6      Q.   In your job as marketing director, do you have
7  any interactions with One America News Network?
8      A.   No, I do not.
9      Q.   Okay.  Is there anybody at MyPillow that has
10  interactions with One America News Network?
11      A.   Not to my knowledge.
12      Q.   Okay.  To your knowledge, in 2021, was
13  MyPillow doing any advertising on One America News
14  Network?
15      A.   I don't know that.  Not that I dealt with.
16      Q.   Were there any media personalities connected
17  with One America News Network that were part of, in 2021,
18  MyPillow's radio, podcaster, or influencer list?
19      A.   I don't know who was on One America News that
20  I worked with.  I'm not sure which platforms they were on
21  at all.
22      Q.   Okay.
23      A.   So I'm not sure.
24      Q.   Okay.  And Mr. Lindell, I think you heard --
25  did you hear he had mentioned Smartmatic in this

Page 192

1  appearance on Steve Bannon's War Room podcast from
2  February 5th, 2021; correct?
3      A.   Yes, I just heard that.
4      Q.   Okay.  And in February 5th -- or strike that.
5          In February of 2021, were you aware that
6  Mike Lindell was mentioning Smartmatic in connection with
7  election fraud for the 2020 Presidential Election?
8      A.   I heard him do shows, yes, when he was on a
9  radio show or something, uh-huh.
10      Q.   In February of 2021, were you aware that
11  Mike Lindell was also mentioning a different company,
12  Dominion, in connection with the election fraud for the
13  2020 Presidential Election?
14      A.   I heard their name, yes.
15      Q.   And did you ever discuss with any of the
16  radio, podcaster, or influences [sic] in 2021
17  Mike Lindell's allegations regarding either Smartmatic or
18  the other company, Dominion, in connection with the 2020
19  Presidential Election?
20          MS. OLIVER:  Objection to form.
21      A.   I don't remember that.
22  BY MS. WRIGLEY:
23      Q.   Would you have discussed it with any entity
24  advertising for MyPillow in 2021?
25      A.   Not to my knowledge, no.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    193–196

Page 193

1    Q.   Did any radio, podcaster, or influences [sic]
2    in 2021 ever raise concerns with you, as the marketing
3    director of MyPillow, about Mr. Lindell appearing on their
4    shows and making allegations about either Smartmatic or
5    the other company, Dominion, in connection with stealing
6    the 2020 Presidential Election?
7    A.   Not to my knowledge.  I don't recall.
8    Q.   Okay.  Were you ever concerned at the time
9    that any radio, podcaster, or influences [sic] would stop
10   marketing MyPillow products because of Mr. Lindell's
11   allegations about election fraud in connection with the
12   2020 Presidential Election?
13   A.   It wasn't my concern if they wanted to stick
14   with us or leave.
15   Q.   Okay.  Did any radio, podcasters, or
16   influences [sic] in 2021 decide to stop advertising
17   MyPillow products, any of them that you worked with,
18   because of Mr. Lindell's election fraud allegations?
19   A.   I don't recall.
20   Q.   Mr. Bannon, I think in the video that we
21   mentioned -- or that we just watched, had mentioned that
22   the Absolute Proof documentary was on Gab.
23        Do you know what Gab is?
24   A.   I don't do any social media whatsoever.  I'm
25   not on it.  I've heard of it, but I've never been on it.

Page 194

1    Q.   Okay.  Mr. Lindell, in that appearance, also
2    mentioned Absolute Proof could be found on
3    michaeljlindell.com.
4         That's the website that you had sent around as
5    well, in the previous exhibits, to a number of the radio,
6    influencers, and podcasts; correct?
7    A.   Correct.
8    Q.   Okay.  And was Absolute Proof up on that
9    website in February of 2021?
10   A.   I don't recall.
11   Q.   Okay.  In terms of Steve Bannon or War Room,
12   in 2021, was Mr. Bannon being compensated for any MyPillow
13   marketing through a cash buy or a percentage of revenue
14   generated?
15   A.   I don't know when he started.  He's been
16   advertising for us for a while.  I don't know when he
17   started.
18   Q.   Okay.  Would there be records at MyPillow to
19   identify, kind of, any compensation or payment made to
20   Mr. Bannon for MyPillow advertising in 2021?
21   A.   I would imagine accounting would have that.
22   Q.   And would they be able to identify
23   whether he got paid via cash buys or a percentage of a
24   revenue split?
25   A.   He's only been paid on revenue split.

Page 195

1    Q.   Okay.  What is the revenue split between
2    Mr. Bannon and MyPillow?
3    A.   I think it's 25 percent.
4    Q.   Okay.
5    A.   Just like everyone else.
6    Q.   And does Mr. Bannon get compensated on a
7    monthly basis for any MyPillow sales generated?
8    A.   He does.
9    Q.   Okay.  And has Mr. Bannon been regularly
10   compensated on a monthly basis from 2021 through present
11   for generating MyPillow sales?
12   A.   Like I stated, as soon as he became -- the
13   promo code became active is when he's been paid for it.
14   Q.   Okay.  I'm going to mark another video, so
15   give me one second.  This one will be Exhibit 433, and my
16   colleague is going to come around and play you another
17   one.  This one actually is not a video -- it's audio.
18        And for the record, this is a February 6th,
19   2021 audio of the entire podcast from Steve Bannon's
20   War Room, and in the course of this, Mike Lindell appears.
21   Again, this one is long, I think it's over -- at least
22   over 30 minutes, so we're just going to play a couple
23   portions, then I'll ask you some questions.
24        And then, for the record, this is the whole
25   podcast.  I'm going to have my colleague go to the spot at

Page 196

1    27 minutes, 53 seconds.  That's the place where
2    Mr. Lindell first appears, and then I'll have her play up
3    through minute 30:22.  So we'll just watch a couple
4    minutes of his appearance on this podcast.
5              (Whereupon, Exhibit 433 was marked.)
6              (Video Played:
7         STEVE BANNON:  "All of Hunter Biden, the guy
8    just got a $2-million advance for selling us out to the
9    Chinese Communist Party; right?  We had -- we had the wire
10   transfers, we had the receipts, we had the joint venture
11   agreement, we had the retainer agreement, and all that.
12   We tweeted it out constantly, non-stop on the War Room
13   Twitter, and they took it down.  Of course, they said,
14   'Oh, we took it down because you were about Dr. Fauci.'
15        SPEAKER:  "Twitter's valuation would fall too
16   much if they took me off."
17        MS. WRIGLEY:  Let's stop for a second.
18   Hang on.
19              (Discussion off the record.)
20              (Audio Played:
21        STEVE BANNON:  "All of Hunter Biden, the guy
22   just got a $2-million advance for selling us out to the
23   Chinese Communist Party; right?  We had -- we had the wire
24   transfers, we had the receipts, we had the joint venture
25   agreement, we had the retainer agreement, and all that.

Page 197

1  We tweeted it out constantly, non-stop on the War Room
2  Twitter, and they took it down.  Of course, they said,
3  'Oh, we took it down because you were about Dr. Fauci.'
4       SPEAKER:  Twitter's valuation would fall too
5  much if they took me off.
6       STEVE BANNON:  Exactly.
7       So I want to go now and get Mike Lindell.
8  Mike, first off, I want to ask you, just so people
9  understand this, you -- from concept to completion, how
10  long was it that you took to put your two-hour film
11  together?
12       MIKE LINDELL:  About six -- six days, and that
13  was a big crew.  We were working about 21 hours a day.
14  Brannon and -- Brannon Howse, and it's just an amazing
15  place we put it together.  And they worked -- that's
16  editing, that's everything, and it's beautiful.  I know
17  the media tried to make it -- they tried to bash it, that
18  they did it in six hours.  Well, if you look at it, you
19  would have thought it was -- you would have thought it
20  was, you know, done in three months because it's so well
21  done.
22       STEVE BANNON:  Yeah, I want to get to the
23  media bashing in a second.  But I want to go to, how many
24  people do you estimate -- and walk us through how you get
25  to this estimate -- how many people do you estimate have

Page 198

1  seen it since it started playing yesterday at 10 o'clock
2  in the morning on One America News?  How many people do
3  you estimate have seen this?
4       MIKE LINDELL:  Well, I know over 5 million
5  have watched it to completion.  We have a tracker on that.
6  But that's just on -- that's just on my site; okay?  So
7  there's, -I mean, where it went far and wide, I don't
8  know, but over 10 million we can account for that have
9  actually looked at it.  We don't know how long they've
10  seen it, you know, how long they watched it in entirety,
11  but that number, the average watch time on my specific
12  michaeljlindell.com is an hour and 53 minutes.  Well, it's
13  only two hours long.
14       STEVE BANNON:  How are people getting
15  feedback?  Do you have a live chat that they can go to to
16  put comments?  I mean, what's generally the feedback?  I
17  mean, obviously, you hope that more than just people that
18  follow War Room and others go see it.
19       What kind of feedback are you getting so far
20  from people?  I'm going to get to the media and to your
21  opposition in a second.
22       MIKE LINDELL:  Right, right.
23       Everybody is like, 'Mike, why didn't this come
24  out sooner?  Why -- you know, why didn't anybody do
25  anything about it?  Why didn't -- why didn't the DOJ and

Page 199

1  FBI step in?'  I mean, if this was, you know, and all the
2  stuff that was out there, and I guess they're amazed.
3  They're like, what?  You know?
4       And you got to realize, a lot of this came
5  out, you know, it was just exposed in, at least, for
6  myself was January 9th."  (Audio stopped.)
7  BY MS. WRIGLEY:
8       Q.  Have you seen that appearance by Mike Lindell
9  on Steve Bannon's War Room podcast from February 6th,
10  2021?
11       A.  I don't recall seeing that one.
12       Q.  Would you have discussed that appearance with
13  Mr. Lindell before he went on the War Room show?
14       A.  No.
15       Q.  Would you help coordinate his appearance on
16  the War Room show?
17       A.  No.
18       Q.  Okay.  He had mentioned a number --
19  Mr. Lindell, in the portion that we saw, mentioned a
20  number of people had seen Absolute Proof and a tracker on
21  the website.
22       Are you familiar with any tracker on the
23  website that identifies the number of people that have
24  watched Absolute Proof?
25       A.  I don't have access to any of that.

Page 200

1       Q.  Do you have any responsibilities with tracking
2  the number of people who have seen Absolute Proof?
3       A.  No, I do not.
4       Q.  At this time, would Mr. Bannon or the War Room
5  podcast have been doing any marketing or promoting of
6  MyPillow products?
7       A.  I don't know.  I don't know when he started.
8       Q.  Okay.  I want to show you another segment of
9  Mr. Lindell's appearance.  For the record, I'm going to
10  have my colleague go to the portion in the video at minute
11  42:40 and then have her play until 42:58.  So we'll just
12  watch a few.
13       (Video Played:
14       STEVE BANNON:  -- or the Recovery Network
15  since you launched this?
16       MIKE LINDELL:  Well, the -- we've had -- we've
17  had churches that actually were going to come on board and
18  then the Recovery Network and there -- there has been, and
19  all of a sudden, they don't answer our calls, but
20  that's -- you know, they're just afraid of cancel culture.
21       And my employees know -- I want to tell you
22  this.  All my employees have just stepped it up.  And one
23  of them even said, 'Mike, why don't you do -- you're going
24  on the show today.  Use Promo Code PROOF.'  So if you
25  want -- any of the listeners out there, if you want to use

Page 201

1  Promo Code PROOF, save up to 66 percent off my stuff on
2  MyPillow.com. My employees, we're up to 27 -- over 2,700
3  now. We're getting busier." (Audio stopped.)
4  BY MS. WRIGLEY:
5      Q. I'm going to ask you about that portion of
6  Mr. Lindell's appearance.
7          Would you have discussed or had anything to do
8  with Mr. Lindell referencing or using a promo code on that
9  February 6th, 2021 appearance of his on the Bannon's
10  War Room podcast?
11     A. No, and that's not Steve's promo code. So he
12  absolutely wasn't advertising for us at the time.
13     Q. Okay. Would you have had knowledge about that
14  promo code before Mr. Lindell referenced it on this
15  podcast?
16     A. No.
17     Q. Okay. Once Mr. Lindell references a
18  promo code that can be used for MyPillow products, would
19  he have communicated that information to you to do
20  anything with it in the MyPillow system?
21     A. Either me or Nick Dressen, who's also sent
22  promo codes. I don't recall setting it up.
23     Q. Okay. Let me ask you this:
24          Did you ever set up a Promo Code PROOF,
25  P-R-O-O-F, to be used in connection with the sale of

Page 202

1  MyPillow products?
2      A. I don't recall setting it up at all.
3      Q. Is there a Promo Code PROOF that's used in
4  connection with MyPillow products?
5      A. There's a Promo Code PROOF that sold -- it's
6  active. I don't know what it's sold, though, so I
7  can't --
8      Q. Okay. Is the information related to any sales
9  generated with the use of the Promo Code PROOF available
10  in any system that you have access to at MyPillow?
11     A. I would imagine just like any other
12  promo code --
13     Q. Just like --
14     A. -- yes.
15     Q. Just like any other promo code, you could go
16  on the system and figure out, at any point in time, how
17  much revenue from sales of MyPillow products have been
18  generated with the use of the Promo Code PROOF?
19     A. Yes.
20     Q. Okay. And PROOF would not have been a
21  promo code term that you came up with; correct?
22     A. I didn't come up with it. Like I said, I
23  never set it up.
24     Q. Okay. Now, at this time, you had said PROOF
25  wasn't, like, a Bannon or a War Room promo code; is that

Page 203

1  right?
2      A. That's correct.
3      Q. What are the promo codes that Mr. Bannon or
4  War Room uses for MyPillow products?
5      A. WARROOM.
6      Q. Is it just WARROOM?
7      A. That's correct.
8      Q. And does he have any other codes besides
9  WARROOM?
10     A. That's all.
11     Q. Okay. And then how often does Mr. Bannon do
12  spots for MyPillow products -- I would say during the time
13  period 2020 up through present, how often does Mr. Bannon
14  do spots for MyPillow products on War Room?
15     A. Because they get a percentage, they can do
16  one, they can do ten. I don't know. I don't listen to
17  his show every day, so I don't know how many he does.
18     Q. Okay. I'm going to mark another document.
19  We'll move on from that.
20          (Whereupon, Exhibit 434 was marked.)
21  BY MS. WRIGLEY:
22     Q. Ms. Curtis, I'm going to hand you what's been
23  marked as Exhibit 4 -- or I'm sorry.
24          THE REPORTER: 434.
25          MS. WRIGLEY: 434, thank you. I forgot

Page 204

1  a couple of numbers.
2  BY MS. WRIGLEY:
3      Q. You've got 434. I'll represent to you for the
4  record, you're not on this document. This is a document
5  that was prepared and given to us by the defendants in
6  this case as part of the litigation process.
7          The title of this is, "Defendant MyPillow,
8  Inc.'s Supplemental Answers and Objections to Plaintiffs'
9  Second Set of Interrogatories."
10          Interrogatories in a case are questions that
11  one side asks, and then the other side has to give written
12  answers, and I've got a question and answer that MyPillow
13  provided in this document that I want to ask you about.
14     A. Okay.
15     Q. I'm just going to the last page of this
16  document, page 6.
17          Do you see this is a verification page?
18     A. Yes.
19     Q. And do you see that this page identifies a
20  signator as Mike J. Lindell with a date of January 11th,
21  2023.
22          Do you see that?
23     A. Yes.
24     Q. And do you see under the verification, it
25  says, "I declare under penalty of perjury that everything

Page 205

1  I've stated in this document is true and correct"?

2        Do you see that?

3    A.  Yes.

4    Q.  I want to ask you about one of the questions

5  and answers that is on page 3.  At the very top, do you

6  see where it states, "Interrogatory Number 18"?

7    A.  Yes.

8    Q.  That interrogatory states as follows:

9        "Identify all MyPillow employees or third

10  parties involved in the creation, development, or use of

11  the MyPillow promotional codes, FIGHTFORTRUMP, PROOF,

12  ERIC, ML66, ML33, and any other MyPillow promo codes used

13  in the accused program's defamatory broadcasts, defamatory

14  statements, and/or Lindell appearances."  And then it has

15  a footnote.

16        Do you see that?

17    A.  Yes.

18    Q.  And then, if you look down, there's an answer

19  below.

20        That answer states, "Defendant objects to this

21  interrogatory to the extent that it seeks information

22  that's not relevant to any party's claims or defenses.

23  Subject to the following -- or subject to the foregoing,

24  Mr. Lindell was responsible for approving the

25  promotional codes which were developed in conjunction with

Page 206

1  influencers and posts where applicable.  A MyPillow

2  employee was responsible for inputting the promotional

3  codes into the MyPillow system so purchasers could apply

4  the codes and receive discounts on products.  Discovery

5  continues."

6        Do you see that?

7    A.  Yes.

8    Q.  And I want to ask you about that sentence that

9  represents a MyPillow employee.

10        As a MyPillow employee in 2021, did you have

11  any responsibility for inputting promotional codes into

12  the MyPillow system?

13    A.  Yes.

14    Q.  And did you input promotional -- did you input

15  a promotional code into the MyPillow system that was

16  FIGHTFORTRUMP?

17    A.  I don't recall that one.

18    Q.  How about PROOF?

19    A.  I don't recall setting that one up.

20    Q.  How about ERIC?

21    A.  ERIC was set up long ago for Eric Metaxas.

22    Q.  What about ML66?

23    A.  ML66 and 33 were set up just Mike's initials,

24  long ago when he started the company.

25    Q.  Okay.  And in 2021, if any promotional codes

Page 207

1  were identified or used by any radio, podcaster, or

2  influencers would you have been the MyPillow employee

3  responsible for inputting those codes into the MyPillow

4  system so purchasers could apply the codes and receive

5  discounts on products?

6    A.  I set up the majority of them, yes.

7    Q.  Who else would have been responsible for

8  setting them up?

9    A.  Nick Dressen has set up a few.

10    Q.  Okay.  Who else?

11    A.  That's probably just it.

12    Q.  And would you have set up those codes as part

13  of your job responsibilities at MyPillow?

14    A.  Yes.

15    Q.  Okay.  And then what is the system that they

16  get inputted in?

17    A.  In Annaware and Magento.

18    Q.  Annaware and Magento?

19    A.  Uh-huh.

20    Q.  Okay.  You can put that aside.

21        I'm going to play another video for you.  This

22  one's going to be marked Exhibit 435.  Once again, my

23  colleague's going to come around and put the flash drive

24  in and play this video.

25        For the record, this is an appearance -- it

Page 208

1  has a video from the -- a show Real America with Dan Ball

2  on OAN with an appearance by Mike Lindell from

3  February 8th, 2021.  It's over 7 minutes, but once again,

4  we're going to watch a little bit -- we'll play it from

5  the beginning up to 2 minutes and 35 seconds in the

6  interest of time.

7        (Whereupon, Exhibit 435 was marked.)

8        (Video Played:

9        DAN BALL:  "Welcome back.  Time now to get

10  real.  It's a Friday.  Once again, we're going to change

11  all things up.  I invited somebody on to help me out, and

12  in this Get Real, we're going to get real about the term

13  'election fraud' because if you say it now -- the election

14  is over -- people attack you, Twitter, Facebook, Instagram

15  bans you, your friends -- maybe your friends -- strangers,

16  who knows, co-workers will dox you; right?  You can't say

17  the phrase.  So if you've been watching OAN, right before

18  this program you saw a special documentary that was

19  produced by the CEO of MyPillow, Mike Lindell.  He put a

20  lot of money, thought, and time into this.  He went around

21  the nation collecting evidence that he believes proves

22  there was voter fraud and election fraud.  Whether you

23  believe it or not -- and we know what the left's going to

24  say, 'Oh, you're inciting violence by even saying the

25  phrase.'  No, I think, in America, you still have free

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
209–212

Page 209

1  speech.  So anybody to the left that says that OAN
2  shouldn't be airing this or that we shouldn't even use the
3  phrase or term "election fraud," sorry, it's called free
4  speech.  So joining me now the CEO of MyPillow,
5  Mike Lindell to wrap our show up today.
6        Mike, we're going to be airing this
7  Absolute Proof two-hour documentary.  It just aired before
8  this program.  It's going to air all weekend long.  You
9  paid for this.  These aren't the views we're expressing on
10 this network, but my opinion is, my personal ones, Dan
11 Ball, the host -- because I can have an opinion, it's
12 called free speech -- is that, yeah, there was election
13 and voter fraud.  The major networks even said there was,
14 they just said, 'Not enough to overturn it.'  But that's
15 the question; we don't know if there's enough because they
16 never let us investigate and see the servers and see the
17 machines and see the ballots and the envelopes.
18       So tells folks if they didn't view it yet what
19 they're going to see in this two-hour documentary that you
20 produced.
21       MIKE LINDELL:  What they're going to see is
22 something they've never heard before and never seen, and
23 that's cyber forensics footprints.  They're going --
24 they're going to see in there which country it came from,
25 the ID of the computer, the IP address where it came over

Page 210

1  here, the IP address of their computer broke into here,
2  the actual ID number of the computer, and then, how many
3  votes were flipped, whether they got internet -- it's a
4  cyber footprint.  It's what the government uses.
5        When they -- if you did an investigation, this
6  is what you'd be looking for that night.  We have them
7  from November 1st all the way through the election.  It
8  shows a massive attack on our country by China, and other
9  country.  China did 60 percent of this.  It was able come
10 through Dominion machines and Smartmatic machines.  That
11 was the tool they used, and you know, you said it before
12 there right at the top of the show."  (Video stopped.)
13 BY MS. WRIGLEY:
14       Q.  Have you seen this appearance by Mr. Lindell
15 on Dan Ball?
16       A.  I have not.
17       Q.  Okay.  Are you familiar with Dan Ball at OAN?
18       A.  No, I'm not.
19       Q.  Is Dan Ball or his show one of the radio,
20 media -- or radio, podcaster, influencers that you work
21 with at MyPillow?
22       A.  Not that I work with, no.
23       Q.  Okay.  Do you know whether OAN had been
24 promoting or advertising MyPillow products at this time?
25       A.  I am not aware.

Page 211

1        Q.  Okay.  Would you have discussed this
2  appearance by Mr. Lindell on Real America with Dan Ball
3  from OAN?
4        A.  No, because I didn't know he did it.
5        Q.  Okay.  Okay.  Would you have discussed this
6  appearance with anybody at MyPillow at the time?
7        A.  Not to my knowledge.
8        Q.  Okay.  Okay.  In the video, they mentioned
9  that the playing of Absolute Proof on OAN had been paid.
10       Do you have any knowledge about whether
11 MyPillow made any payments to OAN to publish
12 Absolute Proof?
13       A.  I don't know that.
14       Q.  Okay.  Did you have any involvement in that?
15       A.  None.
16       Q.  Okay.  I'm going to hand you another document.
17       (Whereupon, Exhibit 436 was marked.)
18 BY MS. WRIGLEY:
19       Q.  This is marked Exhibit 436.  For the record,
20 this was marked to the Supplemental Complaint in this case
21 as Exhibit 15, that's why this exhibit cover sheet is on
22 the top.
23       And for the record, I'll represent that these
24 are screenshots taken of a screening and appearance of
25 Mike Lindell with Steve Bannon related to Absolute Proof

Page 212

1  that was put on the OAN Network from February 11th, 2021.
2  Just take a few minutes.
3        I'll walk through -- and the first page you
4  see has a screenshot A, and this is -- got a picture of
5  Mr. Lindell and Mr. Bannon, and it shows the cover of
6  Absolute Proof, and it states, "A screening and
7  conversation of Absolute Proof with Mike Lindell hosted by
8  Steve Bannon."
9        Do you see that?
10       A.  I do.
11       Q.  And then, for the record, this goes with
12 Exhibit 15 to the Supplemental Complaint, which was a
13 publication from February 11th, 2021, and this screenshot
14 appears at 2nd-one.  And then, if you look at the next
15 one, it's got a screenshot of a picture of Mr. Bannon, and
16 at the bottom of the screenshot, it indicates the time
17 that it appears.  Same thing for the next screenshot C, it
18 shows Mr. Lindell and Mr. Bannon at the bottom of that.
19 It also indicates the minute and second that this appears.
20       At the next page, it's got Mr. Lindell with
21 another individual and an image of the Absolute Proof
22 cover with the time marked, and then it kind of continues
23 through the rest of the exhibit with some screenshots that
24 were taken at a particular point in time from this
25 screening of Absolute Proof between Lindell and

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    213–216

Page 213

1   Steve Bannon.
2        Are you familiar with this from -- that
3   occurred in February of 2021?
4        A.  I am not.
5        Q.  Okay.  Would you have -- would you have been
6   aware of any appearances by Mike Lindell to have a
7   conversation like this with Steve Bannon about
8   Absolute Proof at the time?
9        A.  No.
10       Q.  Okay.  Would you have done anything to
11  coordinate appearances by Mike Lindell --
12       A.  No.
13       Q.  -- with Mr. Bannon?
14       A.  No.
15       Q.  At this time, would you have been aware of
16  whether Mr. Bannon was promoting or advertising MyPillow
17  products?
18       A.  Obviously, not by looking at the video prior
19  to this.  He used Promo Code PROOF.  That's not his
20  promo code.
21       Q.  What about -- this is on -- this one's from
22  February 11th.
23       Do you know whether Mr. Bannon would have been
24  advertising MyPillow products around this time?
25       A.  I'm not aware, no.

Page 214

1        Q.  Okay.  You can put that aside.  I'm going to
2   probably show you another exhibit.
3        (Whereupon, Exhibit 437 was marked.)
4   BY MS. WRIGLEY:
5        Q.  Ms. Curtis, I'm going to hand to you what's
6   been marked as Exhibit 437.  It's a spiral-bound exhibit
7   because it's large.  It's Bates Stamped DEF034384.  These
8   are texts produced by the defendants in these -- in this
9   case.
10       The date of these, on the first page, is shown
11  as January 6th, 2021, and if you look at the last page of
12  this document, on the last page of this document, the last
13  date for this production of texts ends on July 28th, 2021.
14  I'm looking at the front.
15       Does this appear to be texts between you and
16  Mr. Lindell?
17       A.  Yes.
18       Q.  And you recognize that as your phone number on
19  the first page at the top left?
20       A.  Yes.
21       Q.  And do you recognize that to be Mr. Lindell's
22  phone number at the top?
23       A.  Yes.
24       Q.  Okay.  And I think we looked at a series of
25  texts in a previous, Exhibit 410, that ended on

Page 215

1   January 6th, 2021.
2        Does this appear to be, sort of, picking up on
3   that same date?
4        A.  If I look back.
5        Q.  Yeah, so if you look at the last page of
6   Exhibit 410, second-to-last page, it has a date of
7   January 6th, 2021.
8        A.  Yes.
9        Q.  And the last text on that page is from
10  Mike Lindell at 9:18 p.m., and then there's another one at
11  9:18 p.m. on the last page, page 203, and then if you
12  switch over to Exhibit 3 -- 437, it picks up on
13  January 6th, 2021 with a text from Mike Lindell at
14  9:18 p.m.
15       Do you see that?
16       A.  Yes.  Yes.
17       Q.  Okay.  Great.
18       I want to turn your attention to -- just so
19  you know, this one -- the page numbers are a part of the
20  Bates stamp, and it goes from 1, and then the last page of
21  these texts is 145.  So when I call it a page number,
22  that's what I'll be referring to.
23       A.  Yes.
24       Q.  I'll have you turn to page 18.  Actually, I'll
25  have you go to the page before, page 17, if you don't

Page 216

1   mind.
2        If you look at page 17, do you see in the
3   middle -- or a little bit past the middle of that page,
4   it's got a date February 5th, 2021.
5        Do you see that?
6        A.  Yes.
7        Q.  And then on the right side, it's got a text
8   from Mr. Lindell to yourself.  Mr. Lindell says, "Pay
9   Brannon by wire from now on.  Mary has another 12K coming
10  from a show where we used Mike.  Pay it separate, but ask
11  Brannon for her address."
12       Do you see that?
13       A.  Yes.
14       Q.  And then, you responded to him on that same
15  day saying, "Okay.  I will also get his wire information."
16       Do you see that?
17       A.  Yes.
18       Q.  Okay.  Before we talk a little bit more
19  about -- I'm going to ask you some questions real quick
20  before I move on.
21       Who's Brannon?
22       A.  I would imagine it's Brannon Howse.
23       Q.  Okay.  Are you familiar with Brannon Howse?
24       A.  A little bit.
25       Q.  And how are you familiar with Mr. Howse?

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                      217–220

Page 217

1    A.  He and Mike do Lindell-TV and FrankSpeech.
2    Q.  And does Brannon Howse do any MyPillow
3  marketing?
4    A.  He sells some MyPillow products with his
5  promo code, yes.
6    Q.  And what are his promo codes?
7    A.  WVW.
8    Q.  Any other ones?
9    A.  I don't recall the other ones that he uses on
10  Lindell-TV.
11    Q.  Okay.  And Mr. Howse does Lindell-TV with
12  Mike Lindell?
13    A.  He -- yeah, and FrankSpeech.  I don't know the
14  capacity which each one has.  But I just know that they
15  are partners in that.
16    Q.  The text from Mr. Lindell on February 5th also
17  references Mary.
18    Who's Mary?
19    A.  I'm not sure who Mary is that he's talking
20  about here.
21    Q.  Okay.  I'm going to have you go back a couple
22  pages to page 14.  On page 14, do you see that you've
23  texted Mr. Lindell on February 2nd with numbers for
24  different radio, podcasts, and influencers, and at the
25  bottom you mention WVW, the Worldwide View Weekend.

Page 218

1    A.  Yes.
2    Q.  And in that text at 1:44 p.m. you state, "I
3  figured out WVW.  Worldwide View Weekend, $6,300.  Last
4  Monday, it's $3,800.  Do you have contact information for
5  them?"
6    Do you see that?
7    A.  Yes.
8    Q.  And that's Brandon [sic] Howse's code?
9    A.  Brannon Howse.
10    Q.  Brannon, I'm sorry.
11    And then, Mr. Lindell texts you back; correct?
12    A.  Yes.
13    Q.  And then, you text back to him -- well, let me
14  go back.
15    Mr. Lindell texted you back saying, "Yes, how
16  much have they done total?"
17    Do you see that?
18    A.  Yes.
19    Q.  You responded to him, "I went back until the
20  1st of the year, $63,797.86."
21    Do you see that?
22    A.  Yes.
23    Q.  And he responds to you, "Have they been paid?"
24    Do you see that?
25    A.  Yes.

Page 219

1    Q.  And then you respond, "No, I have no contact
2  information for them."
3    Do you see that?
4    A.  Yes.
5    Q.  Okay.  And then that $63,797.86, would that
6  have been revenue from the year that was earned from the
7  sales of MyPillow products using the WVW code?
8    A.  If I am speculating, I would imagine, but I
9  can't say for sure.
10    Q.  Okay.  Where would you have obtained that
11  information from, the $63,000?
12    A.  From a code usage report that I pull from
13  Annaware.
14    Q.  Got it.  Okay.
15    Then you would -- after Mr. Lindell says,
16  "Have they been paid?"  You respond, "No, I have no
17  contact information."
18    Do you see that?
19    A.  I do.
20    Q.  He then responds and sends you contact
21  information.
22    Do you see that?
23    A.  Yes.
24    Q.  And the file name is, "Brannon Mary."
25    Do you see that?

Page 220

1    A.  I do.
2    Q.  Do you know what that reference to Mary is?
3    A.  I don't know who Mary is.
4    Q.  Okay.  Mr. Lindell says, "How much would their
5  check be?"
6    Do you see that?
7    A.  Yes.
8    Q.  He says, "their."
9    Do you know if there's another individual that
10  works with Brannon Howse?
11    A.  Not to my knowledge, no.
12    Q.  Okay.  Then you continue to talk to him about
13  how much his check would be in this text.
14    Do you see that?
15    A.  Yes.
16    Q.  Okay.  Now, if we go -- well, what is he being
17  paid for at the time?  What was your understanding of what
18  Brannon would have been paid for?
19    A.  I can't speculate what this text message
20  back-and-forth is from back then.
21    Q.  Okay.
22    A.  If I look back -- I don't know.
23    Q.  Looking at the text exchange, at this time,
24  would you have any responsibilities for making this
25  payment to Brannon?

DAWN H. CURTIS                                      September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    221–224

Page 221

1     A.  If he is advertising MyPillow products using
2  promo code WVW, yes.
3     Q.  What would your responsibilities have been?
4     A.  To pay him for his selling of MyPillow
5  merchandise.
6     Q.  And in connection with that, would you have
7  created an invoice that identified the amounts of money to
8  be paid based on the promo code usage?
9     A.  I don't know if an invoice was created or not.
10  I don't recall doing one, but I don't know.
11     Q.  Okay.  Would that type of information be kept
12  in any routine records of MyPillow?
13     A.  I would imagine the controller has
14  information.
15     Q.  Okay.  Okay.  Then if you go forward, skipping
16  back to page 18 or page 17 on February 5th -- now,
17  February 5th is the date of the Absolute Proof
18  documentary; correct?
19     A.  Yes.
20     Q.  Okay.  And then, in that text that we looked
21  at from Mr. Lindell earlier at 7:07 a.m., he says, "Pay
22  Brannon by wire from now on."
23         Do you see that?
24     A.  Yes.
25     Q.  And you responded, "Okay, I will also get his

Page 222

1  wire information."
2         Do you see that?
3     A.  Yes.
4     Q.  And at this time in February of 2021, did you
5  have any responsibilities for making any wire payments for
6  any radio, podcaster, or influencers?
7     A.  I don't pay wires.  I send an invoice for them
8  to be paid.
9     Q.  Okay.  And then who do you communicate the
10  wire information to?
11     A.  Our controller.
12     Q.  Okay.  So you would have gotten the wire
13  information, given it to the MyPillow controller --
14     A.  Exactly.
15     Q.  -- and then MyPillow would have paid it out?
16     A.  Exactly.
17     Q.  Got it.  Okay.
18         And then you don't -- as you sit here, you
19  don't know what Mary is a reference to?
20     A.  I'm not sure which Mary they're speaking of,
21  no.
22     Q.  Okay.  Are you familiar with a woman named
23  Mary Fanning?
24     A.  The name sounds familiar, yes.
25     Q.  Who is Mary Fanning?

Page 223

1     A.  I don't know.
2     Q.  Have you ever met Mary Fanning?
3     A.  No.
4     Q.  Have you ever had any communications with
5  Mary Fanning?
6     A.  I've spoken to her on the phone once.
7     Q.  Okay.  What did you speak to her on the phone
8  about?
9     A.  About Brannon.
10     Q.  What about Brannon?
11     A.  I don't know exactly.  I cannot remember the
12  communication.
13     Q.  Okay.  When did you have the conversation with
14  Ms. Fanning?
15     A.  Probably two years ago.
16     Q.  Okay.  Did you ever coordinate getting any
17  information from Mary Fanning to Mike Lindell?
18     A.  No.
19     Q.  Does -- does Mary Fanning have any promo codes
20  that she uses to sell MyPillow products?
21     A.  Currently, no.
22     Q.  Did she ever have any promo codes at any point
23  in time?
24     A.  I don't know.  I don't know if her and Brannon
25  shared a promo code.  I don't know.

Page 224

1     Q.  Okay.  Would you be able to go into the
2  MyPillow records and identify whether Mary Fanning ever
3  had a promo code that she used separately from
4  Brannon Howse to sell MyPillow products?
5     A.  I don't know where I could find that, no,
6  because it's not going to be documented on there as
7  Mary Fanning.
8     Q.  Okay.  Why wouldn't it be documented as
9  Mary Fanning?
10     A.  Because I don't recall ever having a
11  promo code set up for Mary Fanning.
12     Q.  Okay.  Were there ever any promo codes set up
13  for the American Report?
14     A.  Never heard of that.
15     Q.  Okay.  Did you ever help coordinate any
16  payments to Brannon Howse or Mary Fanning as compensation
17  for their work in being executive producers for the
18  Absolute Proof documentary?
19     A.  No.
20     Q.  Did you ever have any responsibilities to get
21  information to coordinate payment to anybody for any work
22  done on the Absolute Proof documentary?
23     A.  No.
24     Q.  Okay.  So turning to page 18, kind of circling
25  back.

DAWN H. CURTIS                                             September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                        225–228

Page 225

1    In February of 2021, were you aware of whether
2 any of the MyPillow radio, podcast, influencers were
3 plugging or doing promotions of Mike Lindell's
4 Absolute Proof documentary?
5    A.  As it states here, Gorka did three, and then
6 we saw it on a previous exhibit that he plugged it three
7 times.
8    Q.  Okay.  So looking at page 18 of these texts
9 between you and Mr. Lindell, you, on this page, had texted
10 Mr. Lindell on, looks like, February 5th at 10:35 p.m.
11 stating, "Gorka plugged the documentary three times during
12 his show."
13       Do you see that?
14    A.  I do.
15    Q.  Where would you have gotten that information
16 from?
17    A.  We have saw it on a previous exhibit from
18 Kathleen Bensi.
19    Q.  And then, you told Mike Lindell in this text?
20    A.  That's what I'm guessing.
21    Q.  Mr. Lindell responded saying, "Awesome."
22       Do you see that?
23    A.  I do.
24    Q.  And then, you responded that same day to
25 Mr. Lindell stating, "Scott Hennen is plugging like crazy

Page 226

1 and has staff answering emails and taking calls on it."
2       Do you see that?
3    A.  I see it.
4    Q.  Who is Scott Hennen?
5    A.  Scott Hennen has a radio show in North Dakota.
6    Q.  And was he a radio, podcast, influencer doing
7 marketing for MyPillow?
8    A.  Yes.
9    Q.  Okay.  Was he plugging in February of 2021 the
10 Absolute Proof documentary?
11    A.  I don't recall, but it says here in a text
12 that he was.
13    Q.  Okay.  Where would you have gotten this
14 information to text Mr. Lindell?
15    A.  I would imagine from Scott Henning [sic] --
16 Hennen.
17    Q.  Okay.  Okay.  And then Mr. Lindell responds,
18 "Awesome."  If you look to the next page, 19.
19       Do you see that?
20    A.  Yes.
21    Q.  And you sent him a text a few days later on
22 February 8th, 2021.
23       Do you see that?
24    A.  Yes.
25    Q.  And you've got numbers related to Hannity,

Page 227

1 Beck, Charlie Kirk, Denish, The Chicks, WVW, Gorka,
2 Ryan-Hope 45, RSBN, XStrats, David Harris, and Scott.
3       Do you see that?
4    A.  Yes.
5    Q.  And Hannity is Sean Hannity?
6    A.  Yes.
7    Q.  Beck is Glenn Beck?
8    A.  Yes.
9    Q.  Who is Charlie Kirk?
10    A.  Another advertiser with Salem.
11    Q.  Dinesh or Dinesh?
12    A.  Dinesh D'Souza.
13    Q.  And was he a MyPillow advertiser?
14    A.  Also with Salem Media.
15    Q.  Do you know whether he was plugging the
16 Absolute Proof documentary around this time?
17    A.  I'm not sure.
18    Q.  The Chicks?
19    A.  They're called Mock and Daisy, The Chicks,
20 advertisers.
21    Q.  WVW, that's --
22    A.  Brannon Howse.
23    Q.  -- Brannon Howse.  Gorka, that's
24 Dr. Sebastian Gorka?
25    A.  Correct.

Page 228

1    Q.  And he had been plugging the Absolute Proof
2 documentary; right?
3    A.  Yes.
4    Q.  And Ryan-Hope 45, who is that?
5    A.  Ryan Fournier, an influencer.
6    Q.  The next one is RSBN.
7       Do you know if RSBN was plugging
8 Absolute Proof documentary?
9    A.  I don't know.  That was that Liz Willis.  I
10 don't know.
11    Q.  Liz Willis, okay.
12       And they had a weekly number of over 400,000;
13 correct?
14    A.  Correct.
15    Q.  XStrats-Pray45, what's that reference to?
16    A.  X Strategies is just another influencer, and
17 that's their promo code.
18    Q.  Who is David Harris?
19    A.  Another advertiser.
20    Q.  And then Scott, who is --
21    A.  Scott Hennen.
22    Q.  Scott Hennen, okay.
23       And that's the Scott Hennen we saw in the
24 prior text --
25    A.  Yeah.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                229–232

Page 229

1    Q.  -- that was plugging --
2    A.  That's correct.
3    Q.  -- like crazy.  Got it.  Okay.  Got it.
4        At the bottom on this same page -- and I'm
5  on 19 -- it mentions in a text that you sent at 3:36,
6  "Promo code FLASH has brought in 1.6 million in sales.
7  Does anyone get credit for that?"
8        What is the promo code FLASH associated with?
9    A.  Flash Point.
10   Q.  What is Flash Point?
11   A.  I don't know.  I didn't set it.  I don't know.
12   Q.  Is that flash associated with any --
13   A.  Nobody that I work with, no.
14   Q.  Got it.  Okay.  Okay.
15       Let's go to page 32 of these texts, and I'm
16  looking at an email on -- or text, I'm sorry, on February
17  16th, 2021.  Just let me know if you're there.
18   A.  Yes.
19   Q.  You sent Mr. Lindell a text at 3:20 that
20  listed a number of your radio, podcast, or influencers
21  with a number.
22       Do you see that?
23   A.  Yes.
24   Q.  Those listed are Hannity, Beck, David Harris,
25  Gorka, Gallagher, Metaxas, Ryan-Hope 45, RSBN,

Page 230

1  XStrats-Pray45, Dinesh; is that right?
2    A.  Dinesh.
3    Q.  Dinesh, thank you.
4        You also sent a text at 3:31 p.m. stating,
5  "Linda, Hannity's producer, is asking for a press release
6  for the retailers dropping us."
7        Do you see that?
8    A.  Yes.
9    Q.  And then, there's a response from
10  Mike Lindell.
11       Do you see that?
12   A.  Yes.
13   Q.  He says, "What do you mean?"
14       And then, you responded, "She's just wondering
15  if we had a statement about it."
16       Do you see that?
17   A.  Yes.
18   Q.  Okay.  And would that have been the
19  press release that you -- that we saw earlier from the
20  same date regarding Absolute Proof?
21   A.  I don't know for sure.  I don't know.
22   Q.  So if we go back to -- I might have you look
23  at a previous exhibit.  429.
24       Do you see 429?
25   A.  I do.

Page 231

1    Q.  Would Mr. Hannity's people have received this
2  press release that's attached to the email in 429?
3    A.  I can't say for sure.  I don't know.
4    Q.  Okay.  Okay.  I'm going to have you put that
5  aside, but I might go back to these texts at some point in
6  time, and I'm going to mark and show you another exhibit.
7  This one relates to Pete Santilli.
8        Do you know who Pete Santilli is?
9    A.  I do.
10   Q.  Who is he?
11   A.  One of my advertisers.
12   Q.  Was he an advertiser in 2021?
13   A.  I don't know when he came on board.
14   Q.  Okay.
15       (Whereupon, Exhibit 438 was marked.)
16  BY MS. WRIGLEY:
17   Q.  Handing to you what's been marked as
18  Exhibit 438.  For the record, there's a cover sheet on
19  this exhibit, it's Exhibit 17.  It was marked as an
20  exhibit to the Supplemental Complaint filed in this case,
21  and this exhibit represents a number of screenshots that
22  are -- were taken from a podcast on the Pete Santilli Show
23  from February 24th, 2021 where Mr. Lindell made an
24  appearance.  In the interest of time, we're going to look
25  at some screenshots as opposed to watch the video.

Page 232

1        Each of these screenshots -- and they go from
2  A, B, C, D, F -- at the bottom, it will tell you the point
3  in time during that podcast where this screenshot was
4  taken.
5        Just look through those, and then, I just want
6  to ask you whether you're familiar with this appearance by
7  Mr. Lindell on the Pete Santilli Show around this time,
8  February 24th, 2021?
9    A.  I'm not familiar with it, no.
10   Q.  Okay.  In February of 2021, would you have
11  been aware of an appearance by Mike Lindell on the
12  Pete Santilli Show to discuss election fraud?
13   A.  Not to my knowledge, no.
14   Q.  Would you have discussed any appearance that
15  Mr. Lindell made on the Pete Santilli Show before he went
16  on?
17   A.  Not that I remember, no.
18   Q.  Okay.  At this time, was Mr. Santilli an ad --
19  sort of an advertiser -- one of your advertisers for
20  MyPillow marketing?
21   A.  Like I stated, I don't know when he came
22  aboard.
23   Q.  Okay.  Would he have been using -- if he was
24  on board, would he have been using a promo code to help
25  sell MyPillow products?

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
233—236

Page 233

1     A.  He does now.  Like I said, I don't know when
2  he started.
3     Q.  What is Mr. Santilli's code?
4     A.  PETE.
5     Q.  PETE, okay.
6         If Mr. Santilli told his audience about a
7  MyPillow promo code on this day in connection with
8  Mr. Lindell's appearance, would there be records of how
9  many times it was used?
10    A.  If he was advertising MyPillow products and
11 used promo code PETE, I would be able to track the sales.
12    Q.  Okay.  And actually, you can put that to the
13 side.  I lied.  We're going to watch a little bit of the
14 video -- just a little bit of the video from Mr. Lindell's
15 appearance that day on the Pete Santilli Show.
16        My colleague's going to go around and play
17 that for you.  This is -- this video is actually the full
18 video of the podcast show.  It's going to be marked as
19 Exhibit 439.
20        (Whereupon, Exhibit 439 was marked.)
21 BY MS. WRIGLEY:
22    Q.  It's over 30 minutes, so we're not going to
23 watch the full show.  We're going to watch a portion of
24 it, and we're kind of going to go in almost to the end,
25 and my colleague is going to start playing it at the

Page 234

1  30 minute, 45 second mark, and then, we will watch it to
2  the end.
3        THE REPORTER:  The what mark?
4        MS. WRIGLEY:  30:45, 30 minutes,
5  45 second mark.
6        (Video Played:
7        MIKE LINDELL:  "Thank you all.  God Bless you.
8        PETE SANTILLI:  Thank you.  God Bless you,
9  too.  Stay strong, Mike.  Thank you very much for taking
10 the time out, I really appreciate it.  All right?  Thank
11 you.
12        All right, you guys.  I've been telling you
13 that this is that moment in time where it's not just
14 calling upon Mike Lindell to do all the work on our
15 behalf.  This is that moment in time in our nation's
16 history where each and every one of us can do our part to
17 expose the truth.  You should be invigorated and
18 energized, and you heard it right here on the
19 Pete Santilli Show.  He's going on the offensive.
20        MIKE LINDELL:  Hello, I'm Mike Lindell, and as
21 you know, my passion is to help each and every one of you
22 get the best sleep of your life.  That's why I created my
23 new Giza Dreams bed sheets.  I started by using the
24 world's best cotton called Giza.  It's only grown in a
25 region between the Sahara Desert, the Mediterranean Sea,

Page 235

1  and the Nile River.  It's ultra soft and breathable but
2  extremely durable.  My Giza sheets also include full
3  21-inch-wide pillowcases that will fit over any pillow,
4  and deep-pocket sheets that will fit over any mattress.
5  The first night you sleep on my sheets, you'll never want
6  to sleep on anything else.
7        VOICE:  Go to mypillow.com or call the number
8  on your screen right now to get your very own MyPillow
9  Giza Dream sheets.  Giza Dream sheets are available in a
10 variety of colors.  Use the promo code, and I could give
11 you two for one low price and free shipping.  That's
12 right, get two for one low price plus free shipping (song
13 playing).  (Video stopped.)
14 BY MS. WRIGLEY:
15    Q.  Are you familiar with that, like, promo or
16 advertisement from the Pete Santilli Show?
17    A.  Yes.
18    Q.  Okay.  And would you have been aware of that
19 at the time in February of 2021?
20    A.  We take promo codes for specific advertisers
21 when they're promoting products, yes.
22    Q.  Okay.  And you would have done that in
23 connection with your job at MyPillow?
24    A.  I don't do it personally.  The Dove Company
25 does.

Page 236

1     Q.  What's the Dove Company?
2     A.  The guy that just puts in the promo code.
3     Q.  I see.  I see.  Okay.  Okay.
4         And watching that video, did you see the
5  reference to -- or the visual of a promo code used to sell
6  the MyPillow Giza sheets?
7     A.  Yes.
8     Q.  And the promo code was PETE; correct?
9     A.  Correct.
10    Q.  I'm going to mark another exhibit and hand it
11 to you.
12        (Whereupon, Exhibit 440 was marked.)
13 BY MS. WRIGLEY:
14    Q.  Ms. Curtis, I'm going to hand you what's been
15 marked as Exhibit 440.
16        Does this appear to be sort of a screenshot of
17 what appeared on part of that video that we saw from the
18 Pete Santilli Show in connection with the advertisement
19 for the Giza sheets?
20    A.  Yes.
21    Q.  And it shows the promo code PETE?
22    A.  Correct.
23    Q.  Okay.  And this promo code would have gone
24 into the MyPillow system for tracking?
25    A.  Correct.

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
237–240

Page 237

1    Q.  Okay.  And then, to this day, does
2  Mr. Santilli still use the code PETE?
3    A.  Yes.
4    Q.  Okay.  And then, I'm going to have you turn
5  back to those texts.  You can put that to the side.  And
6  it's the texts with the Bates Number 034384 marked as
7  Exhibit 437.
8        And just like the previous text chain that we
9  saw, these texts from, sort of, January through July of
10  2021 include texts between you and Mr. Lindell on almost a
11  daily basis with sort of top performance of promo codes;
12  correct?
13    A.  Yes.
14    Q.  And that's for the radio, the influencers, and
15  the podcasters; right?
16    A.  Correct.
17    Q.  And then I want to go to page 39.  Page 39 has
18  some texts from you to Mr. Lindell, and this is from
19  February 24th, 2021, which is the date from the video
20  where Mr. Lindell appears on the Pete Santilli Show.
21        Do you see that you sent him a text on
22  February 24th, 2021 at 1:45 p.m.
23        Do you see that?
24    A.  Yes.
25    Q.  And at the very top, you list Pete Santilli,

Page 238

1  and you've got $11,400.
2        Do you see that part?
3    A.  Yes.
4    Q.  And you also state, "Last Tuesday, $1,100.  He
5  sent me your interview."
6        Do you see that?
7    A.  Yes.
8    Q.  And does this look like as of this date,
9  Pete Santilli had a MyPillow promotional code to help sell
10  MyPillow products?
11    A.  It looks like it.
12    Q.  Okay.  And then, this "He sent me your
13  interview," would that have been the interview that we saw
14  in the video that we played from Exhibit 349 [sic]?
15    A.  I don't remember two years back what the
16  interview was.
17    Q.  Okay.  Do you have an understanding of why
18  Mr. Santilli might have sent an interview to you from
19  Mike Lindell that he included?
20    A.  Because sometimes when there's an audio of the
21  interview, they'll send the interview to Mike.
22    Q.  Got it.
23        And then, what does that $11,400 represent?
24    A.  The sales that came in with this promo code.
25    Q.  Got it.

Page 239

1    And then, if I look at a text from the next
2  day, sort of, there's a number of advertisers listed here;
3  correct?
4    A.  Correct.
5    Q.  This is February 25th, 2021.  Pete Santilli is
6  mentioned in that list as well; correct?
7    A.  Correct.
8    Q.  And he's middle down, it has, "$3,400.  Last
9  Wednesday, $1,500."
10        Do you see that?
11    A.  Yes.
12    Q.  What does that $3,400 represent?
13    A.  The same as all the others; the amount of
14  sales he did.
15    Q.  Okay.  And that would have been sales for the
16  day?
17    A.  That's correct.
18    Q.  And the one above that from 2/24, that
19  $11,400, that was sales from the day?
20    A.  Correct.
21    Q.  Okay.  Then, if you go down -- or to the next
22  page, page 40 which is a text on February 26th, 2021, do
23  you see that in your report to Mr. Lindell, Pete Santilli
24  is listed again?
25    A.  Yes.

Page 240

1    Q.  He's got sales of $4,300 for the day; correct?
2    A.  Correct.
3    Q.  And would those have been sales tracked with
4  the use of the PETE promo code?
5    A.  Correct.
6    Q.  Okay.  All right.  One second.
7        MS. WRIGLEY:  Okay.  So I'm done with
8  that for now.  We're going to take a quick break because
9  the videographer has to change the tape.
10        THE VIDEOGRAPHER:  We are going off the
11  record.  The time now is 2:20 p.m.  This concludes Media
12  Unit Number 3.
13        (Whereupon, a recess was taken from
14        2:20 p.m. to 2:33 p.m.)
15        THE VIDEOGRAPHER:  We are going back on
16  the record.  The time now is 2:33 p.m.  This is the
17  beginning of Media Unit 4.
18  BY MS. WRIGLEY:
19    Q.  Ms. Curtis, I'm going to show you another
20  video tape from an appearance that -- another appearance
21  Mr. Lindell made on a media show about Absolute Proof.
22  This is an appearance on Steve Bannon's War Room from
23  March 26th, 2021.  It's marked as 441, and once again, my
24  colleague is going to play a few minutes of it, not the
25  whole thing.  She's going to play from the beginning until

DAWN H. CURTIS                                         September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    241–244

Page 241

1   approximately 1 minute, 45 seconds.
2            (Whereupon, Exhibit 441 was marked.)
3            (Video Played:
4        STEVE BANNON:  "I want to go back to
5   Mike Lindell.
6            So Mike, I just want to put into perspective
7   for our audience.  You made this film, Absolute Proof,
8   came out in February, caused a huge -- you know, huge
9   blowup.  The media, who was all excited about every one of
10  your moves, every one of your steps.  Total crickets;
11  right?  All of a sudden, you stopped seeing any articles
12  about this.
13           You and Dominion finally got into this legal
14  situation, right, where they sued you.  You've now come
15  out, and instead of either backing down or working out
16  some deal with Dominion or working out some compromise or
17  saying you're sorry, you've now tripled down.  You've made
18  another film called Absolute Interference.
19           For our audience, when are you -- when are you
20  going to release this next movie Absolute Interference?
21       MIKE LINDELL:  Well, the one part, the one
22  guest was so good that I made an hour show just about him.
23  We're going to release that later in the week.  You can
24  see that on lindell-tv.com.  Then -- and then, the
25  following week, we'll release out Absolute Interference,

Page 242

1   and that -- that could be later in the week.  We haven't
2   set the exact date on that yet.  I kind of want to line
3   that up with my launching my new social media platform
4   which will be Frank.
5            But this -- when you watch this -- and all of
6   you have seen Absolute Proof -- you know, we're just going
7   to keep dropping more and more.  It's going to be to the
8   point that the only announcement I'll be able to make is,
9   'Hey, if you work for Dominion and you were part of this
10  crime against humanity, turn yourself in, save yourselves
11  some jail time.'  That's all I can say.  I mean, I don't
12  know what else to say to these people.
13       STEVE BANNON:  Just to make sure we're as
14  specific as possible, in this film Absolute Interference,
15  are you saying you have whistleblower --" (Video stopped.)
16  BY MS. WRIGLEY:
17       Q.  Ms. Curtis, had you seen this video or
18  appearance by Mr. Lindell on Steve Bannon's War Room
19  podcast?
20       A.  No.
21       Q.  Would you have been aware of his appearance in
22  March of 2021?
23       A.  No.
24       Q.  Are you familiar with Absolute Interference?
25       A.  I know it's another video he did.

Page 243

1        Q.  And in the appearance or the video,
2   Mr. Lindell mentioned wanting to release
3   Absolute Interference in connection with his social media
4   platform Frank.
5            Did you remember hearing that?
6        A.  I know of social media, yeah, Frank.
7        Q.  Are you familiar with Frank?
8        A.  Somewhat, yes.
9        Q.  What is Frank?
10       A.  FrankSpeech.
11       Q.  Were you aware at the time, in March of 2021,
12  whether Mr. Lindell was appearing on various media outlets
13  to promote or discuss his Absolute Proof series related to
14  election fraud?
15       A.  I don't recall that.
16       Q.  Do you know if any media outlets were running
17  advertisements at the same time for MyPillow products?
18       A.  I don't recall that, either.
19       Q.  Do you know whether Mr. Lindell was using his
20  appearance to help sell MyPillow products at the time?
21       A.  I don't recall that, either.
22       Q.  Around this time, in March of 2021, would
23  Steve Bannon of War Room been promoting or using any
24  promotional codes to help sell MyPillow products?
25       A.  Once again, I don't know when War Room

Page 244

1   started.
2        Q.  Okay.  Let's go to back to Exhibit 437, which
3   is one of your texts.  I'm going to ask you to turn to
4   page 57.
5            Are you there?
6        A.  I am.
7        Q.  The text on these pages are on the date
8   March 26th, 2021, which I'll represent was the date of the
9   appearance and the video you just saw from Mr. Lindell
10  being on Steve Bannon's War Room.
11           Do you see that you text Mr. Lindell on that
12  date at 12:09 p.m.?
13       A.  I do see that, yes.
14       Q.  And the first text that you list -- or the
15  first, sort of, advertiser that you list there is War Room
16  with $69,200.
17           Do you see that?
18       A.  I do.
19       Q.  What does that $69,200 represent?
20       A.  The sales brought in using promo code WARROOM.
21       Q.  Okay.  And if you look, I guess, to the
22  page before on March 25th, do you see that there were also
23  sales for War Room on the prior day?
24       A.  Yes.
25       Q.  Okay.  And then, actually, if you go to the

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
245–248

Page 245

1  next page, page 58, you text a report of sales for the
2  promo codes used by these entities on March 29th, and
3  War Room's listed there as well; correct?
4      A.   Correct.
5      Q.   And on March 29th, 2001, the amount for
6  War Room is $536,800.
7          Do you see that?
8      A.   I do, yes.
9      Q.   You also note, "Week prior, $316 -- $316,100."
10         Do you see that?
11     A.   Yes.
12     Q.   And what does that $536,800 represent?
13     A.   A week of sales.
14     Q.   And then, for a week of sales of MyPillow
15  products on -- for War Room?
16     A.   Yes.
17     Q.   And then, if you look at page 59, do you see,
18  on March 30th, in your report, War Room's, again, at the
19  top with 31 -- a little over $31,000?
20     A.   Yes.
21     Q.   And that's the daily sales?
22     A.   Yes.
23     Q.   And then, if you look at your report in the
24  text from March 31st, 2021, there's a daily sales of --
25  for War Room, $28,300.

Page 246

1          Do you see that?
2      A.   I do.
3      Q.   And then, if you go to page 60, do you see
4  there's a text from you to Mr. Lindell on April 1st, 2021,
5  and again, War Room is at the top?
6      A.   Yes.
7      Q.   War Room is $34,700.
8          Do you see that?
9      A.   Yes.
10     Q.   And on these few days from March 26th through
11  April 1st, War Room is at the top of the amount of radio,
12  podcast, influencers selling MyPillow products; correct?
13     A.   He is.
14     Q.   And then, if you go to page 62, you report
15  additional numbers, and War Room is at the top for
16  March -- strike that, for April 2nd, 2021 with daily sales
17  of $33,400.
18         Do you see that?
19     A.   Yes.
20     Q.   And then, when you go down to the next text on
21  that same page, page 62 for April 5th, 2021, War Room's
22  got over $200,000 sales for the week; correct?
23     A.   Correct.
24     Q.   Okay.  And do you know around this time
25  whether either Mike Lindell or Steve Bannon was promoting

Page 247

1  the Absolute Proof series on War Room?
2      A.   I have no idea.
3      Q.   Okay.  And then, do you know whether those
4  were sort of typical numbers, either on a weekly or a
5  daily basis, in terms of MyPillow sales for Steve Bannon's
6  War Room?
7      A.   Whenever Mike is on promoting MyPillow
8  products, those -- yes.
9      Q.   Okay.  And is the same thing true for some of
10  the other radio, media, influencers when Mike Lindell
11  appears, do sales typically increase?
12     A.   Because he's talking about the MyPillow
13  products, they tend to have a larger spot run rather than
14  their 60-second spot.
15     Q.   And what about when he's on talking about his
16  Absolute Proof election fraud documentaries?
17     A.   I don't see a spike in sales at all.
18     Q.   Okay.  What about for this one that was on
19  March 26th, 2021 on War Room?
20     A.   I don't know.  I'd have to look back at text
21  messages and look at the numbers.
22     Q.   Okay.  I want to show you another video.  This
23  one is from the Eric Metaxas Radio Show.  This is going to
24  be marked Exhibit 442.  The video is over 40 minutes long,
25  and again, my colleague's going to put the video in.  This

Page 248

1  is from April 30th, 2021, just a few days after the one we
2  saw from Mr. Bannon.  It's got an appearance by
3  Mike Lindell, and she's going to play from the start until
4  about the 2-minute mark.
5          MS. OLIVER:  I believe that says
6  March 30th.
7          MS. WRIGLEY:  Oh, March 30th.  Thank
8  you.
9          (Whereupon, Exhibit 442 was marked.)
10         (Video Played:
11         ERIC METAXAS:  "Folks, welcome back.  I have
12  our friend Mike Lindell of mypillow.com, famed of
13  mystore.com.  Famed.  Here he is.
14         Mike, you look like you're in an airport
15  closet.
16         MIKE LINDELL:  I am.
17         ERIC METAXAS:  I only know that because you
18  told me.
19         Listen, you're all over the place.  You're
20  doing tremendous things.  We're going to talk to you about
21  everything, but what's the most important thing right now?
22  What is happening in your life?
23         MIKE LINDELL:  Well, right now we just
24  finished -- there's three things.  They're all -- they're
25  all equally important.  The first one is we're coming out

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
249–252

Page 249

1  with a documentary at noon on Wednesday.  It's a one-hour
2  of a new cyber guy, a new -- actually, he's a scientist,
3  and he was so good in my new show, Absolute Interference,
4  that we made a separate one of him coming out at noon on
5  Wednesday.  Everyone -- it needs to be seen by millions.
6          ERIC METAXAS:  Wait, wait, wait, wait, wait.
7  Tomorrow Wednesday?  Tomorrow?
8          MIKE LINDELL:  That's correct.
9          ERIC METAXAS:  Where can they see it?
10         MIKE LINDELL:  Tomorrow.  Lindell-tv.com.
11 Lindell-tv.com.  And we're going to share it with everyone
12 in the world, the links and the -- it's amazing because
13 even in your own towns, you can now check out and see what
14 really happened in your election.  It's a beautiful thing.
15 We can see what the machines did.
16         ERIC METAXAS:  Lindell-tv.com.
17         Now, do people need to use the code ERIC to
18 get a big discount?
19         MIKE LINDELL:  Well, you know, they could use
20 that at mypillow.com and mystore.com.
21         ERIC METAXAS:  Oh, oh.
22         MIKE LINDELL:  Don't confuse it here, we got
23 to keep everything lined up.
24         ERIC METAXAS:  Okay.  So we're talking about
25 lindell-tv.com.  So this is free.  It wouldn't hurt to use

Page 250

1  the code ERIC because maybe you get cash back.  But here's
2  the issue --
3          MIKE LINDELL:  Well, you know -- yeah, you can
4  get a free DVD there.
5          ERIC METAXAS:  Okay.  Let me -- let me ask
6  you, Mike, because we're -- we love to joke, we're happy,
7  but here's my question."  (Video stopped.)
8  BY MS. WRIGLEY:
9          Q.  At this time, would you have been aware of
10 Mr. Lindell's appearance on Eric Metaxas's Radio Show?
11         A.  I don't know.  He's done several appearances.
12 I don't know particular dates or times.
13         Q.  Would you have helped coordinate his
14 appearance on the show?
15         A.  I've done some.  I can't say I did them all.
16         Q.  Do you know if you did this one?
17         A.  I don't recall doing this one at all.
18         Q.  Okay.  During the segment that we watched from
19 that show, they -- Mr. Metaxas referenced use of a
20 promo code for MyPillow products; correct?
21         A.  Correct.
22         Q.  And is that his code ERIC?
23         A.  That's correct.
24         Q.  And Mr. Metaxas regularly, before this and
25 after this -- this being in March of 2021 -- promoted and

Page 251

1  sold MyPillow products with that code; correct?
2          A.  He's been selling for years, yes.
3          Q.  Okay.  I want to have you go back to the text
4  chain and go to page 59, and this is Exhibit 437.  It's a
5  few pages after when we were looking at it for War Room,
6  and I'm going to have you look at the text on March 30th
7  that you sent Mr. Lindell, kind of, with the list of
8  entities and the numbers, at 12:40 p.m.
9          Do you see that?
10         A.  Yes.
11         Q.  Okay.  And then, Eric Metaxas isn't mentioned
12 in this list; correct?
13         A.  That's correct.
14         Q.  If you go down to the next day, March 31st,
15 2021, do you see that he appears on the list?
16         A.  Yes.
17         Q.  And second-to-the-last entity listed here, is
18 "Metaxas, $3,800."
19         Do you see that?
20         A.  Yes.
21         Q.  What does that $3,800 represent?
22         A.  The sales that came in using his promo
23 code.
24         Q.  Okay.  And that would have been promo code
25 ERIC?

Page 252

1          A.  That's correct.
2          Q.  And this would have been the day after
3  Mr. Lindell's appearance on the segment that we just
4  looked at for the Eric Metaxas?
5          A.  And it was brought to Mike's attention because
6  it was half the sales from the week prior.
7          Q.  Got it.  Less?
8          A.  It was a deviation.  Correct.
9          Q.  Yes, sold less than he did the week prior?
10         A.  Correct.
11         Q.  Got it.  Okay.
12         At this time, did you have -- in March of
13 2021, which is about one to two months after
14 Absolute Proof comes out, did you have an understanding in
15 your position as marketing director at MyPillow of whether
16 Mr. Lindell's media appearances were focused on discussing
17 election fraud?
18         MS. OLIVER:  Objection to form.
19         You can answer.
20         A.  I don't recall.
21 BY MS. WRIGLEY:
22         Q.  Would you have been regularly apprised of the
23 various appearances that he was making, at least in terms
24 of radio, podcast, and influencers?
25         A.  I set up very few radio interviews.  I don't

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
253—256

---

Page 253

1  know what he was doing on other platforms.
2      Q.  Are you aware that Absolute -- after
3  Absolute Proof, Mr. Lindell created and published a second
4  documentary called Scientific Proof?
5      A.  I've heard of it, yes.
6      Q.  I'm going to have you go back to I think what
7  we had -- it was a previously-marked exhibit, 47.  I don't
8  know where it's at in your stack.
9      A.  47.
10     Q.  It's actually probably between 411 and 412.
11        Do you have it in front of you?
12     A.  Yeah, I do.
13     Q.  Looking at what was previously marked
14  Exhibit 47, this was an email between you and -- from K.G.
15  to you on March 31st, 2021.
16        Do you see that?
17     A.  Yes.
18     Q.  And the subject was, "Press Release" with an
19  attachment, "Scientific Proof's Press Release."
20        Do you see that?
21     A.  Yes.
22     Q.  And if I go to the attachment, do you see that
23  it's got this title, "Mike Lindell-TV Releases Irrefutable
24  Election Theft Proof on New Television Special That
25  Features World Renowned Physicist"?

---

Page 254

1      A.  Yes.
2      Q.  And then, the press release starts off,
3  "On March 31st, Mike Lindell, the CEO of MyPillow,
4  released a one-hour television special entitled,
5  'Scientific Proof:  Internationally Renowned Physicist
6  Absolutely Proves 2020 Election Was Biggest Cyber-Crime in
7  World History'."
8        Do you see that?
9      A.  Yes.
10     Q.  And then it -- it sort of continues.
11        At the time this came out, did you attend or
12  watch the Scientific Proof movie?
13     A.  No.
14     Q.  Okay.  Are you familiar with it?
15     A.  No.
16     Q.  Have you ever watched it?
17     A.  Not in its entirety.
18     Q.  Have you watched portions of it?
19     A.  Maybe 2 minutes.
20     Q.  Were you, at the time, aware it was being
21  released at the end of March of 2021?
22     A.  I'm aware it was released, yes.
23     Q.  Okay.  And did you take any steps to send
24  Scientific Proof out to any advertisers, radio, podcaster,
25  influencers at the time?

---

Page 255

1      A.  I have no idea.
2      Q.  Okay.  In March of 2021, did you have any
3  discussions with Mr. Lindell about the release of
4  Scientific Proof?
5      A.  I don't know.
6      Q.  Did Mr. Lindell ask you to send it to any of
7  the MyPillow advertisers?
8      A.  I don't know.
9      Q.  Okay.
10        (Whereupon, Exhibit 443 was marked.)
11  BY MS. WRIGLEY:
12     Q.  I'm going to hand to you what's been marked as
13  Exhibit 443.  The Bates Number is DEF013307.  It's got an
14  attachment, which is 14308.
15        Do you see that this is an email from you to
16  Steve Doubles on March 31st, 2021 with a forward --
17  subject line, "Forward press release"?
18     A.  Yes.
19     Q.  And the attachment is the press release for
20  Scientific Proof, similar to what we just looked at from
21  Exhibit 47; correct?
22     A.  Yes.
23     Q.  And if you look at the first email on this --
24  on the first page, it has that email from Katelyn Gamlin
25  to you with the press release.

---

Page 256

1        Do you see that?
2      A.  I do.
3      Q.  And then you forwarded it to Steve Doubles,
4  the press release for Scientific Proof at iheartmedia.com;
5  correct?
6      A.  Yes.
7      Q.  Who is Steve Doubles?
8      A.  A rep for iHeart Media.
9      Q.  Okay.  Why did you send a press release to
10  him?
11     A.  Because I was asked to.
12     Q.  Who asked you to do that?
13     A.  Mike Lindell.
14     Q.  And did you send the Scientific Proof
15  press release to Mr. Doubles at iHeart Media as part of
16  your job at MyPillow?
17     A.  At per Mike Lindell's request.
18     Q.  Okay.  You sent it from your MyPillow email
19  account; correct?
20     A.  That's correct.
21     Q.  And you sent it in an email that had your
22  title; correct?
23     A.  That's correct.
24     Q.  And when you sent this, you were on the job or
25  working during the hours in your position at MyPillow;

---

Page 257

1  correct?
2      A.  I'm salary.  I'm always on the job.
3      Q.  Got it.
4          In addition to -- let me back up.
5  iHeart Media, what radio shows or podcasts are associated
6  with iHeart Media in terms of advertisers?
7      A.  There's hundreds.
8      Q.  Hundreds?
9      A.  Sean Hannity, Glenn Beck, WOR, the Boston
10  stations.  There's many.
11     Q.  Got it.
12         Would you have sent the press release for
13  Scientific Proof to anybody at the Salem Media Group?
14     A.  It's possible.  I don't remember.
15     Q.  Would you have sent it to CSC Talk Radio?
16     A.  I don't recall.
17     Q.  Would you have sent it to RSBN?
18     A.  I don't recall.
19     Q.  Would there be any reason that you would have
20  sent this to Steve Bubbles at -- Doubles at iHeart Media
21  but not some of the other media entities you worked with
22  for --
23     A.  I don't recall that, either.
24     Q.  Okay.
25         (Whereupon, Exhibit 445 was marked.)

Page 258

1  BY MS. WRIGLEY:
2      Q.  I'm going to hand you what I'm marking as
3  Exhibit 445.  For the record, this is DEF030240, and it's
4  a few pages attached to it.  It also has an attachment
5  Bates Stamped 030242.
6          Looking at this document, do you see it's an
7  email chain from March 31st, 2001 between yourself and
8  Mark Blatterfein?
9      A.  Yes.
10     Q.  Who is Mark Blatterfein?
11     A.  He was an influencer.
12     Q.  Was he an influencer that did marketing to
13  sell MyPillow products?
14     A.  Yes.
15     Q.  Did he have a promo code?
16     A.  Yes.
17     Q.  What is his promo code?
18     A.  I don't remember because he's no longer an
19  influencer.
20     Q.  Looking at the email, do you see the first one
21  in the chain is from you on March 31st at 1:19 p.m.?
22     A.  Yes.
23     Q.  It's on the first page.  You write, "Hey,
24  Mark.  This documentary is out.  Here is an exact link to
25  Lindell-TV that brings up the press release and one-hour

Page 259

1  documentary," and then you have a -- sort of, a link that
2  says, "Lindell-tv.com/Mike Lindell-TV releases irrefutable
3  election theft proof."
4          Do you see that?
5      A.  I do.
6      Q.  And then Mr. Blatterfein responds the same
7  day.
8          Do you see that?
9      A.  Yes.
10     Q.  He states, "Got it.  Thanks, Dawn.  I hope all
11  is well in the Midwest.  I will be sure to distribute this
12  informations ASAP.  I also drew up a couple ideas for
13  memes with Mike in them.  I've used the ones you've shared
14  with me before.  If there are any others that your team
15  likes, please feel free to send them along and I can swap
16  out our codes on them.  When you have a second, please let
17  me know what you think of the ones I've attached.  The
18  Facebook ads are generating around 1,000 to 1,500
19  additional clicks a day to the MyPillow site.  I hope they
20  were converting to sales.  FB is slowly starting to raise
21  my daily spend limit, so hopefully I can kick it into high
22  gear soon.  Thanks again for everything.  I really do
23  appreciate all the -- all you guys have done for us."
24         Do you see that?
25     A.  Yes.

Page 260

1      Q.  Okay.  And it looks like based on this email
2  at the time Mr. Blatterfein was doing promotional work
3  using codes for MyPillow; correct?
4      A.  Yes, and I see his promo code was R45.
5          THE REPORTER:  Was what?
6          THE WITNESS:  R45.
7  BY MS. WRIGLEY:
8      Q.  Got it.  Thank you.
9          So in the attachment -- in the attachment to
10  this email, which is the meme idea he sent to you review,
11  it includes his promo code; correct?
12     A.  Correct.
13     Q.  The promo code for Mr. Blatterfein is R45; is
14  that right?
15     A.  That's correct.
16     Q.  Okay.  And then, looking at this meme, is this
17  the type of thing that you would have, like, reviewed or
18  approved for any of the radio, podcast, or influencers to
19  use?
20     A.  Probably.  He was taken down because he made
21  some horrible memes and posted them without us liking and
22  he lost his privilege.  So he's no longer with us.
23     Q.  Okay.  Mr. Blatterfein?
24     A.  That's correct.
25     Q.  Okay.  So he had some --

Page 261

1    A.  He posted things without our approval.
2    Q.  Got it.
3        And were some of the things offensive?
4    A.  Yes.
5    Q.  And you discontinued working with him?
6    A.  Correct.
7    Q.  Got it.  Okay.  What was that exhibit number?
8    A.  445.
9    Q.  445, thank you.
10       Did you -- at the time, do you know whether
11   any steps were taken by MyPillow to publish or air the
12   Scientific Proof documentary on OAN?
13           MS. OLIVER:  Objection to form.
14       You can answer.
15   A.  Not that I know of at all.
16   BY MS. WRIGLEY:
17   Q.  Would you have any responsibilities in
18   March of 2001 [sic] for arranging for the Scientific Proof
19   documentary to be aired on the One America News network?
20   A.  No.
21   Q.  Okay.  Do you know whether MyPillow paid for
22   any airtime for Scientific Proof on OAN in March of 2021?
23   A.  I have no idea.
24   Q.  Okay.  All right.  Done with that one.
25       Are you familiar with a podcast called

Page 262

1    Indivisible with John Stubbins?
2    A.  Yes.
3    Q.  And in 2021, was that podcast doing marketing
4    or advertising for MyPillow products?
5    A.  He's a current one.  I don't know when he
6    started.
7    Q.  Okay.
8        (Whereupon, Exhibit 446 was marked.)
9    BY MS. WRIGLEY:
10   Q.  I'm going to hand to you what's been marked as
11   Exhibit 446.  In the interest of time, I'll represent to
12   you what this is for the record.
13       It's associated with a video that was
14   introduced and marked as an exhibit to the Supplemental
15   Complaint in this case.  On the very first page, it has
16   "Exhibit 23."  That is the exhibit number attached to the
17   Supplemental Complaint in this case.
18       This represents screenshots taken of a
19   podcast, Indivisible with John Stubbins, that aired on
20   April 1st, 2021.  Each screenshot below it has information
21   identifying the time within the podcast that the
22   screenshot appears in.
23       Just taking a look at these screenshots, are
24   you familiar with an appearance by Mike Lindell on
25   individual -- Indivisible with John Stubbins on

Page 263

1    April 1st of 2021?
2    A.  Not that I'm aware of, no.
3    Q.  Okay.  Would that have been -- that appearance
4    have been discussed by Mr. Lindell with you before he went
5    on the show?
6    A.  I don't know for sure.
7    Q.  Have you ever arranged any appearances by
8    Mr. Lindell on the individual [sic] with John Stubbins
9    podcast?
10   A.  I don't recall ever setting up an interview
11   with him.
12   Q.  Okay.  At this time, was Mr. Stubbins
13   advertising MyPillow products with a promo code?
14   A.  Like I stated, he has one now.  I don't know
15   when he started.
16   Q.  Okay.  If you look at the second screenshot in
17   here, there's a Screenshot B, which is associated with the
18   video time of 10 minutes, 25 seconds.
19       Do you see that there's sort of a TV with a --
20   A.  Yes.
21   Q.  -- MyPillow visual.
22       Do you see that?
23   A.  Yes, I do.
24   Q.  Actually, I don't know that there's a
25   promo code, but there's a 1-800 number up there.

Page 264

1    A.  And that's our generic 800 number we have on
2    our website.
3    Q.  Okay.  So that's the generic number.  That's
4    not a 800 number associated with Mr. Stubbins?
5    A.  Correct.
6    Q.  Got it.  Okay.
7        Would Mr. Stubbins be compensated by MyPillow
8    in any way for this appearance or this promotion of
9    MyPillow during his podcast?
10   A.  I can't see anything because, my visual, I
11   don't see a promo code.
12   Q.  Okay.  Okay.  All right.  I'll spare us the
13   video to be honest with you.  Okay.
14       I am going to have you watch another video.
15   This is going to be marked Exhibit 447.  My colleague is
16   going to come around as before.
17       (Whereupon, Exhibit 447 was marked.)
18   BY MS. WRIGLEY:
19   Q.  And for the record, she's going to play
20   portions of a video from a podcast called USA Watchdog.
21   The video is very long.  She's going to play a few
22   minutes.  She's going to start with playing the beginning
23   of the podcast up until the 1-minute mark.  Once we watch
24   a minute, she's going to skip to the end, and she's going
25   to play at the 45 minute, 53-second mark until the end.

DAWN H. CURTIS                                September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              265—268

Page 265

1  It's a long podcast, so we'll just watch a couple
2  portions.
3        (Video Played:
4        GREG HUNTER: "I'm Greg Hunter. Welcome to
5  usawatchdog.com.
6        With us is a brand-new guest and a verifiable
7  headline machine. He's a Christian man, he is the
8  nightmare of legacy evil of propaganda media. That's why
9  people on usawatchdog.com, I'm sure, will love him. He's
10 being sued for more than a billion dollars. He's coming
11 up with a social media platform that can handle more than
12 a billion people, and he also says President Trump would
13 be back in office by August, and he's come out with all
14 kinds of other massive, verifiable proof of this election
15 fraud, which I won't let go and neither will he -- and
16 he's spent a lot more than I have on it.
17       I'm talking about Mike Lindell, the creator
18 and CEO of MyPillow. Of course, he has the Giza sheets,
19 that moniker, the famous MyPillow, and also the mattress
20 topper, and all that there.
21       Mike Lindell, thank you for joining us today
22 on usawatchdog.com.
23       MIKE LINDELL: Well, thanks for having me on.
24       GREG HUNTER: Well, I'm going to start right
25 out of the bat. Wow, this is a big headline, and I want

Page 266

1  to get an update to it." (Video stopped.)
2        MS. WRIGLEY: And then, I'll have you go
3  to the end, just to do it all at once. Play it 46:53 to
4  the end.
5        THE REPORTER: Play at what?
6        MS. WRIGLEY: 46:53 to the end.
7        (Video Played:
8        MIKE LINDELL: "It didn't matter, but --
9  defamation if you're not defaming them, if you're saying,
10 'Here's what they did to our country,' and I have the
11 evidence. I mean, that's like playing poker saying I have
12 the winning hand, you got a Royal Flush. And they're
13 going, 'No, you don't have a Royal Flush.'
14       'Okay, we'll see.'
15       GREG HUNTER: I also want to talk a little bit
16 about -- I'm sorry, I'm holding you up.
17       MIKE LINDELL: Yeah, I got to get on this
18 other call.
19       GREG HUNTER: Okay. Hold on. Last question.
20       MIKE LINDELL: Yeah.
21       GREG HUNTER: I got to promote this.
22       You're going to have another story, another
23 film about them covering, the whole second thing.
24       MIKE LINDELL: Yep.
25       GREG HUNTER: So you're going to do that as

Page 267

1  well?
2        MIKE LINDELL: Yep, yep. We have
3  Absolute Interference coming out, and then we're going to
4  have Absolute Coverup coming out.
5        GREG HUNTER: Okay. Mike Lindell, the
6  inventor and the CEO of MyPillow, Mike Lindell. I'll put
7  up the links to your site, your sales page. I don't care
8  whether you make -- because you're spending money on this.
9  I'll put up that.
10       Mike Lindell, thank you very much for joining
11 us today on usawatchdog.com.
12       MIKE LINDELL: Yeah, thanks.
13       If you put it up, you can use us ML33 and
14 everybody can save a lot on the website, up to 66 percent.
15       GREG HUNTER: Oh, ML33 is a code if you want
16 to buy your sheets, your pillows.
17       MIKE LINDELL: Everything. Yeah, you get
18 discounts, great discounts.
19       GREG HUNTER: Okay.
20       MIKE LINDELL: It will help my employees. And
21 God bless you.
22       GREG HUNTER: Okay. Well, there you go.
23       MIKE LINDELL: Yep, yep. Thank you.
24       GREG HUNTER: Thanks a lot, Mike.
25 Mike Lindell, the CEO of MyPillow. Thanks for joining us

Page 268

1  today on usawatchdog.com. I really appreciate it.
2        MIKE LINDELL: Yeah, thanks -- thanks a lot,
3  Greg. God bless you. Thank you.
4        GREG HUNTER: Yes, sir." (Video stopped.)
5  BY MS. WRIGLEY:
6        Q. Are you familiar with this gentleman from
7  USA Watchdog?
8        A. I am not.
9        Q. Okay. Have you ever seen this USA Watchdog
10 podcast?
11       A. No.
12       Q. In 2021, was USA Watchdog podcast one of
13 the radio, podcast, influencers doing MyPillow
14 marketing?
15       A. No.
16       Q. Okay. Do you know if there was any
17 promo codes for this?
18       A. No, there's not.
19       Q. Okay. And would you have discussed or
20 coordinated this appearance by Mr. Lindell on the
21 USA Watchdog podcast?
22       A. No.
23       Q. Okay. And in terms of that code that they
24 mentioned at the end there, ML33, I think you had
25 mentioned earlier that that's Mike Lindell 33?

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell           269–272

Page 269

1    A.  Yes.
2    Q.  Is that sort of a generic code used?
3    A.  People have used it, I believe, yes.
4    Q.  Okay.  But that's not specific to the
5  USA Watchdog?
6    A.  No, it's been set up for years.
7    Q.  Set up for years, okay.
8        And would you be able to track the amount of
9  sales made from the use of that code connected to the
10  promotion on the USA Watchdog podcast?
11    A.  I would imagine, yes.
12    Q.  Okay.  Okay.  I'm going to switch topics a
13  little bit, and I want to talk about Frank or the
14  FrankSpeech website.
15        In April of 2021, did you have any
16  responsibility or involvement in helping Mike Lindell to
17  launch the FrankSpeech website?
18    A.  I have nothing to do with FrankSpeech.
19    Q.  Okay.  Are you familiar with the FrankSpeech
20  website?
21    A.  I have -- some of the podcasts have their
22  shows on FrankSpeech, but I don't have anything to do with
23  it.
24    Q.  Okay.
25        (Whereupon, Exhibit 448 was marked.)

Page 270

1  BY MS. WRIGLEY:
2    Q.  I'm going to hand you what's marked as
3  Exhibit 448.
4        Do you see this is an email chain between you
5  and -- well, let me strike that.  It's an email chain from
6  April 12, 2021.
7        Do you see that?
8    A.  Yes.
9    Q.  At the bottom, it's an email from
10  Mark Blatterfein to yourself along with Tom Pappert with
11  the subject, "Lindell Interview."
12        Do you see that?
13    A.  I do.
14    Q.  And then, you forward this to K.G. on the same
15  day, kg@mypillow.com; correct?
16    A.  Correct.
17    Q.  That was Katelyn Gamlin?
18    A.  Right.
19    Q.  And Mr. Blatterfein sends this email stating,
20  "Dawn, meet Tom, Tom, Dawn.  Dawn is the marketing
21  director for MyPillow and Mike's right hand.  As her team
22  prepares for the release of Frank -- (frankspeech.com)
23  Mike will be doing interviews to make people aware of the
24  launch.  We want to make sure we take full advantage of
25  the 5 million or so fans I have left on my FB pages.

Page 271

1  Seeing as Tom grew up in the TV business and his national
2  file brand/show is very well known and respected in the
3  populous movement, I thought Tom would be the perfect fit
4  to be the interviewer," and then he continues.
5        And on the very last sentence, he says, "Tom
6  also has a lot of contacts in this community.  I think it
7  would be valuable for you two to discuss who else Tom may
8  be able to connect the Frank and MyPillow teams with."
9        Do you see that?
10    A.  Yes.
11    Q.  And then below his name, is kind of a short
12  bio for Tom Pappert.
13        Do you see that?
14    A.  Yes.
15    Q.  Remind me who Mark Blatterfein is.
16    A.  An influencer who was removed from MyPillow.
17    Q.  Okay.  He was removed for offensive conduct?
18    A.  Correct.
19    Q.  Got it.
20        But at the time, he was still doing
21  influencing work for MyPillow?
22    A.  It looks like it at this time.
23    Q.  And then, he sent this introduction to connect
24  you and Tom Pappert; correct?
25    A.  It looks like it.

Page 272

1    Q.  Okay.  And in April of 2021, would it have
2  been fair to describe you as Mike's right-hand man?
3    A.  No.
4    Q.  Or woman?
5    A.  No.
6    Q.  No? Okay.
7        Would it have been fair to describe you as the
8  marketing director?
9    A.  Yes.
10    Q.  Okay.  And then, were you preparing for the
11  release of frankspeech.com at this time?
12    A.  No, and that's why I forwarded it to Katelyn
13  and didn't say anything, because I have nothing to do with
14  FrankSpeech.
15    Q.  Okay.  Was Katelyn Gamlin doing work to
16  prepare for the launch of FrankSpeech?
17    A.  I don't know.
18        MS. OLIVER:  Objection to form.
19        You can answer.
20    A.  I don't know what she's doing.  All I knew is
21  she could get this information to Mike if he was
22  interested.
23  BY MS. WRIGLEY:
24    Q.  Got it.
25        And you forwarded it to Katelyn Gamlin at her

DAWN H. CURTIS                                     September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                  273—276

Page 273

1  MyPillow address?
2      A.  Yes.
3      Q.  Okay.  Did you have any subsequent
4  conversations about frankspeech.com or communications with
5  either Mike -- Mark Blatterfein or Tom Pappert?
6      A.  No.
7      Q.  Okay.  I'm going to hand to you what's been
8  previously marked as Exhibit 60.
9          (Whereupon, Exhibit 60 was introduced.)
10 BY MS. WRIGLEY:
11     Q.  You see this is an email chain from April 17,
12 2021?
13     A.  Yes.
14     Q.  And the first email in this chain is from
15 R.J. Johnston.  It says, "Hi Team.  We directed Frank
16 questions to the info@frankspeech.com email box.  In a few
17 minutes, I will be sharing our presentation video with all
18 influencers.  Can you please monitor that mailbox and
19 provide a link or direct support to these people as
20 needed."
21         Do you see that?
22     A.  Yes.
23     Q.  Who is R.J. Johnston?
24     A.  I don't know if he's with FrankSpeech any
25 longer.  I know -- I had never met him before, but he was

Page 274

1  part of FrankSpeech at the time.
2      Q.  Okay.  And then K.G., Katelyn Gamlin responded
3  to his email; correct?
4      A.  Correct.
5      Q.  And she responded from her MyPillow email
6  account; right?
7      A.  Yes.
8      Q.  And you're copied on this email along with
9  Mike Lindell and then Brannon at worldviewweekend.com.
10         Do you see that?
11     A.  Yes.
12     Q.  Okay.  And did you have any role or
13 involvement in connection with any sort of FrankSpeech
14 training or presentation videos with influencers?
15     A.  I don't know if I ever watched any.  I may
16 have passed it on to influencers.  I don't recall.
17         THE REPORTER:  You may have what?
18     A.  Passed it on to influencers so they could be
19 instructed how to upload their podcast on FrankSpeech.
20 BY MS. WRIGLEY:
21     Q.  And influencers would have been influencers
22 doing MyPillow marketing at the time?
23     A.  Correct.
24     Q.  Okay.
25         (Whereupon, Exhibit 449 was marked.)

Page 275

1  BY MS. WRIGLEY:
2      Q.  I'm going to hand to you what's been marked as
3  Exhibit 449, Bates Stamped DEF01842 with an attachment
4  018413.
5          Do you see this is an email from R.J. Johnston
6  to Mike Lindell, yourself and then kg@mypillow.com?
7      A.  Yes.
8      Q.  The subject is, "List of Influencers."
9          Do you see that?
10     A.  Yes.
11     Q.  The day is April 16, 2021.  Mr. Johnson says,
12 "Hi team.  Attached is the list of influencers who
13 requested accounts.  Can you confirm them so we can begin
14 sending invites."
15         Do you see that?
16     A.  Yes.
17     Q.  And then, if you look at the attachment, are
18 you familiar with this?
19     A.  I don't recall it, but it looks like a list of
20 some of the people I work with, yes.
21     Q.  Okay.  And does it include influencers that,
22 at the time, were doing marketing for MyPillow?
23     A.  Yes.
24     Q.  Okay.  And would you have done anything to
25 confirm the individuals or entities on this list in

Page 276

1  connection with Mr. Johnston's email?
2      A.  No, I believe he reached out to them.  I don't
3  recall.
4      Q.  Okay.  Did MyPillow ever provide any
5  promo codes for Sidney Powell?
6      A.  Yes.
7      Q.  And did -- were there any MyPillow promo codes
8  for Sidney Powell in 2021?
9      A.  I don't know when she started.
10     Q.  Are any of those codes still active?
11     A.  She has promo code SIDNEY.
12     Q.  Okay.  Does she -- there a promo code "KRKN"
13 or K-R-K-N?
14     A.  I don't recall.  I would have to look that up.
15     Q.  And where does Sidney Powell promote or sell
16 MyPillow products?
17     A.  On her social media, and I believe she has a
18 podcast, I believe.
19     Q.  Okay.  And does she have her own 1-800 number?
20     A.  She does.
21     Q.  Okay.  And does Sidney Powell promote or sell
22 MyPillow products in connection with talking about
23 election fraud for the 2020 Presidential Election?
24         MS. OLIVER:  Objection to form.
25     A.  She sells MyPillow products.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                277–280

Page 277

1  BY MS. WRIGLEY:
2      Q.  And is she one of MyPillow's influencers or
3  radio, podcast influencers?
4      A.  Yes.
5      Q.  Okay.  And have you communicated with
6  Sidney Powell in connection with marketing for MyPillow in
7  your job as marketing director?
8      A.  I don't communicate with Sidney at all.  She
9  has a rep that I work with.
10     Q.  Who's her rep?
11     A.  I only have her email.  I can't recall her
12  name.  Maybe Bridget.  I don't recall her name.
13     Q.  Okay.  But you email a rep for Sidney Powell?
14     A.  They get sales reports every Monday, yes.
15     Q.  Okay.  Sales reports.
16         Do all of the your media -- strike that.
17         Do all of radio, podcast, influencers get
18  sales reports on a weekly basis?
19     A.  Yes.
20     Q.  Okay.  And who sends out the report?
21     A.  Myself and my assistant.
22     Q.  Okay.  And that's every week, every Monday?
23     A.  Every Monday.
24     Q.  Okay.  And so, does Sidney Powell also get
25  paid for any sales from MyPillow products that she

Page 278

1  generates?
2      A.  Yes, just like everyone else, 25 percent.
3      Q.  And is she using promo codes and getting paid
4  from the sale of MyPillow products in 2023?
5      A.  In 2023, yes.
6      Q.  Okay.  What about Rudy Giuliani; does
7  Rudolph Giuliani have any MyPillow promo code codes?
8      A.  Yes.
9      Q.  And does he advertise or discuss MyPillow
10  products in connection with discussing anything having to
11  do with election fraud in connection with the 2020
12  Presidential Election?
13         MS. OLIVER:  Objection to form.
14         You can answer.
15     A.  I don't listen to his podcast.  He sells
16  MyPillow products, and he uses the Promo Code RUDY.
17  BY MS. WRIGLEY:
18     Q.  Does he have any promo codes besides RUDY?
19     A.  He does not.
20     Q.  Okay.  And does he get a weekly sales report
21  from any MyPillow sales?
22     A.  He doesn't personally, but it goes to a rep.
23     Q.  Okay.  Who is the rep for Rudolph Giuliani?
24     A.  I believe Maria.
25     Q.  Maria what, do you know?

Page 279

1      A.  No.
2      Q.  But Maria or his rep would get, on a weekly
3  basis, a sales report?
4      A.  Yes.
5      Q.  In fact, every -- strike that.  Strike that.
6         Are you familiar with the promo code
7  100PERCENTFEDUP?
8      A.  Yes.
9      Q.  What media outlet or radio, podcast,
10  influencer is connected with 100PERCENTFEDUP?
11     A.  It's called Economic Advisor is who I deal
12  with.  His name is Chris.  I don't recall his last name,
13  and he just has that promo code.
14     Q.  Okay.  And does, I guess, any radio, podcast
15  or influencer connected to that promo code ever market or
16  sell or promote MyPillow products with a promo code in
17  connection with any discussions of election fraud for the
18  2020 Presidential Election?
19         MS. OLIVER:  Objection to form.
20         You can answer.
21     A.  I do not know.
22  BY MS. WRIGLEY:
23     Q.  Okay.  Are you familiar with a documentary
24  called Absolute Interference that Mike Lindell put out?
25     A.  I've heard of it.

Page 280

1      Q.  Have you ever watched it?
2      A.  No.
3      Q.  Did you have any role or responsibilities in
4  sending or promoting the Absolute Interference documentary
5  with any radio, podcast or influencers with MyPillow?
6      A.  I don't recall.
7      Q.  Did you have any role in helping to coordinate
8  any appearances or interviews with Mike Lindell on any
9  media outlets to promote Absolute Interference?
10     A.  Not to my knowledge.
11     Q.  Okay.  Did you have any role in coordinating
12  or launching the live streaming event, sometimes called
13  Frankathon Live Stream?
14     A.  Nothing to do with that.
15     Q.  Okay.  Did you set up any promo codes to be
16  used for selling MyPillow products in connection with any
17  Frankathon Live Stream?
18     A.  I set up hundreds of thousands of promo codes,
19  so I set them up.  I don't know what they're for.
20     Q.  Okay.  Ms. Curtis, I'm going to hand to you
21  what's been previously marked Exhibit 59.
22         (Whereupon, Exhibit 59 was introduced.)
23  BY MS. WRIGLEY:
24     Q.  It's an email chain from April 16, 2021.
25         Do you see the first email at the bottom here

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                        281–284

Page 281

1  is from K.G., Katelyn Gamlin, at MyPillow and she states,
2  "Hello. Thank you for participating in Mike Lindell's
3  Frankathon live streaming event. We have you confirmed
4  for April 20th, 12:30 p.m to 1:15 p.m. CT. You can be on
5  12:30 p.m. to 1:30 p.m. CT if your schedule allows.
6  Topic, Absolute Interference documentary/Frank Speech.
7  We'll be Skyping you at eric.metaxas."
8        And then, she continues to say, "The Skype
9  request will come today from mloffice365@mypillow.com, run
10 backup number for any issues," and gives a number.
11       Do you see that?
12    A.  I do.
13    Q.  And then, in the next email, she sends it to
14 Paul Erickson, eric@ericmetaxas.com, and you're copied on
15 this email.
16       Do you see that?
17    A.  I do.
18    Q.  Okay. And at the time, did you have any roles
19 or responsibilities in connection with this Frankathon
20 live streaming event?
21    A.  No.
22    Q.  Do you know why she would have copied you on
23 this email?
24    A.  I do not. I work with Eric as a MyPillow
25 advertiser. I don't know if that's why.

Page 282

1     Q.  Okay. And I'm going to have you go back to
2  the text in one of these spiral-bounds. This is
3  Exhibit 437, and I'm going to have you go to page 71.
4        Do you see that the text on this page at the
5  top starts at April 19, 2021.
6        Do you see that?
7     A.  Yes.
8     Q.  Okay.
9        (Whereupon, Exhibit 450 was marked.)
10 BY MS. WRIGLEY:
11    Q.  And I'm going to hand to you -- keep that out,
12 but I'm going to hand to you what's been marked as
13 Exhibit 450. I'll represent for the record this is
14 Exhibit 6 to the Supplemental Complaint in this case.
15 These are screenshots of particular points of the video of
16 Absolute Interference. Each screenshot is associated with
17 a time in which it appears.
18       If you look at that first screenshot in
19 Exhibit 450, does that refresh your recollection on
20 whether you've seen this Absolute Interference video or
21 documentary?
22    A.  I don't recall seeing it, no.
23    Q.  Okay. Do you recall that it was released in
24 April of 2021?
25    A.  I don't recall it, either, the date it was

Page 283

1  released.
2     Q.  Okay. If you look at -- back at the texts --
3  you can just put that to the side, page 71.
4        Do you see on April 19, 2021, that Mr. Lindell
5  at 5:22 p.m. texts you, "Set up Promo Code FRANK1"?
6     A.  Yes.
7     Q.  "Let me know when it's up."
8        Do you see that?
9     A.  I do.
10    Q.  And then, you responded, "Doing it now."
11       Do you see that?
12    A.  Yes.
13    Q.  And did you set that promo code up?
14    A.  I would imagine once Mike told me to set it
15 up, I assume.
16    Q.  Okay. And what is "FRANK" associated with?
17    A.  FrankSpeech.
18    Q.  Okay. And so, there's a promo code for
19 FrankSpeech?
20    A.  "FRANK" is FrankSpeech.
21    Q.  Got it.
22       And then, he responded, "Actually, just set up
23 FRANK2."
24       Do you see that?
25    A.  I do.

Page 284

1     Q.  And he says, "Frank, Frank."
2        What's that a reference to?
3     A.  I don't know.
4     Q.  And you say, "Done"; right?
5     A.  That's correct.
6     Q.  And he responds, "And FRANK1."
7        Do you see that?
8     A.  I do.
9     Q.  Okay. And then on the next page, you respond,
10 "Both are done."
11       Do you see that?
12    A.  I do.
13    Q.  Okay. And do you see that he says, after
14 that, "Thanks." Spells it wrong. "Are you listening or
15 watching?"
16       Do you see that?
17    A.  Uh-huh.
18    Q.  And then you say, "Yes, it's awesome. A spike
19 just now."
20       Do you see that?
21    A.  Yes.
22    Q.  And on this day, do you know what you were
23 listening or watching?
24    A.  I'm guessing I fibbed because I was already at
25 home, and I didn't watch it.

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              285—288

Page 285

1    Q.  Got it.
2        You told him you were watching, but you might
3    not have been?
4    A.  That's correct.
5    Q.  Got it.
6        And then, he says on that text, "Is promo code
7    FRANK on there?"
8        Do you see that?
9    A.  I do.
10   Q.  You say, "Yes, that has brought in $80,000
11   already."
12       Is that right?
13   A.  That's what it says.
14   Q.  And that would have been $80,000 for the day;
15   correct?
16   A.  Yes.
17   Q.  Okay.  And then, if you go to the next page on
18   73, this is a text from April 20, 2021.
19       Do you see that?
20   A.  Yes.
21   Q.  And you list a number of, sort of, your radio,
22   podcast, influencers and their, sort of, daily amounts;
23   correct?
24   A.  Yes.
25   Q.  And what's the top one up there?

Page 286

1    A.  Frank.
2    Q.  And it's for over $300,000; correct?
3    A.  Correct.
4    Q.  And you sent that text to Mike Lindell; right?
5    A.  Correct.
6    Q.  And then, he says, "Send me the spike";
7    correct?
8    A.  Yes.
9    Q.  And then, you sent this attachment.  And do
10   you see it doesn't have the attachment but just sort of
11   has a reference to it?
12   A.  Yes.
13   Q.  And would that have been a screenshot from
14   Annaware?
15   A.  It's possible, yes.
16   Q.  Okay.  Okay.
17       And if you go to the next page on 74, this has
18   got the numbers for April 21, 2021; correct?
19   A.  Yes.
20   Q.  The top one is Frank that you sent; correct?
21   A.  Yes.
22   Q.  It's $224,000, right?
23   A.  Yes.
24   Q.  And if you go to page 75, we're at April 22,
25   2021; right?

Page 287

1    A.  Yes.
2    Q.  The top one is Frank at $118,000; correct?
3    A.  Yes.
4    Q.  If you go to 76, there's another text from
5    you, and the top one reporting numbers is Frank, again,
6    with $80,000; right?
7    A.  Yes.
8    Q.  And that's a daily number; correct?
9    A.  It looks like it.
10   Q.  Okay.  Then I want to go to page 77.  There's
11   texts at the top.  There's one from April 27, 2021.
12       Do you see that?
13   A.  I do.
14   Q.  Okay.  And below where you report the numbers,
15   you have a text to Mr. Lindell, "I have Brannon and Mary
16   Fanning's wire information.  Do you want money sent for
17   the documentary or Frankathon?"
18       Do you see that?
19   A.  Yes.
20   Q.  And did you have any role in coordinating
21   getting a wire to Brannon Howse or Mary Fanning in
22   connection with any payment for the documentary of your
23   Frankathon reference there?
24   A.  Like I said, I don't send any money, but it
25   looks like I, obviously, have their wire information, but

Page 288

1    I do not send anything.
2    Q.  Okay.  But would you have communicated with
3    the accounting department in order for them to get paid
4    for their work on the Frankathon?
5    A.  That's possible by the look of the text
6    message.
7    Q.  Okay.  And where would you have gotten the
8    wire information from Brannon and Mary Fanning?
9    A.  From themselves because I don't know who else
10   has their bank information.
11   Q.  And how do you communicate with Brannon or
12   Mary Fanning?
13   A.  I don't know if it was text or phone or email.
14   I don't know.
15   Q.  Okay.  And did you have an understanding at
16   this time that they were getting paid by MyPillow for work
17   that they did in executive producing or putting on the
18   Frankathon?
19   A.  I have no idea who paid them.  I'm sure the
20   accountant had several accounts he deals with.
21   Q.  Okay.
22   A.  Not just MyPillow.
23   Q.  But this is work you would have been doing in
24   your position as marketing director of MyPillow?
25   A.  I work with Brannon Howse for the marketing

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
289–292

Page 289

1 part, so I already had his bank information. I don't know
2 about Mary Fanning.
3      Q.   Okay.  And after this point in time, were
4 additional Frank promo codes set up to sell MyPillow
5 products?
6      A.   I believe Frank 1 through 1,000 is set up.
7      Q.   Okay.  1 through 1,000?
8      A.   Or 999, excuse me.
9      Q.   And that's 1,000 promo codes.
10          Does any other sort of -- are there any other
11 promo codes that have a thousand numbers associated with
12 them?
13     A.   See 1 through 999, we have a bunch of
14 different, TOP1 through 999.  That's a topper commercial.
15 A lot of our commercials we set up 1 through 999, always.
16     Q.   Got it.
17          If you go to -- and just flip through a little
18 bit to page 83, and looking at text from May 7th, 2021.
19          Do you see you're reporting numbers on there,
20 and, then, in response, Mr. Lindell says, "How much Frank"?
21     A.   Yes.
22     Q.   You respond, "$42,877."
23          Do you see that?
24     A.   Yes.
25     Q.   And then on the next day, May 8th, 2021, you

Page 290

1 reported, "Frank sales from yesterday $43,000"; correct?
2      A.   Yes.
3      Q.   And if you go to the next page 84, it has
4 numbers for May 10th, 2021; correct?
5      A.   Yes.
6      Q.   And the top -- the first one listed there is
7 Frank last week $277,100.
8          Do you see that?
9      A.   Yes.
10     Q.   Mr. Lindell responds, "Frank is an exact
11 50/50.
12          Do you see that?
13     A.   Yes.
14     Q.   What's that a reference to?
15     A.   I would imagine the split that they get.
16     Q.   And is that MyPillow gets 50 percent of the
17 revenue from the sales of MyPillow products using the
18 Frank codes, and, then, what other entity gets the other
19 50 percent of the revenue?
20     A.   I don't know.  That's a controller question or
21 a Mike Lindell question.
22     Q.   Okay.  And that 50 percent is different than
23 the standard 25 percent that any radio, podcast and
24 influencers get from the use of promo codes?
25     A.   I don't know how that works on the Frank side.

Page 291

1      Q.   Okay.  Do you know if it gets 50/50 split,
2 Frank?
3      A.   I don't know.  I don't know if it did back
4 then, but I have no idea what it is now, so.
5      Q.   And do you send a weekly report of the Frank
6 numbers on Monday like you do for the rest of the TV and
7 podcast or influencers?
8      A.   I do not.
9      Q.   You do not?
10     A.   No.
11     Q.   Okay.  So there's no entities that those
12 numbers get sent to?
13     A.   No.
14     Q.   Okay.  Do you arrange for payment to Frank for
15 the 50/50 split?
16     A.   The controller will -- every month I send
17 Frank numbers to the controller, and, then, they do what
18 they want with them.
19     Q.   Okay.
20     A.   I don't know.
21     Q.   Who's the controller?
22     A.   Michael Thomas.
23     Q.   Michael Thomas.
24          So every month, you send --
25     A.   The amount of Frank sales that came in.

Page 292

1      Q.   Got it.
2          So every month you send the amount of Frank
3 sales that come in.  Those numbers go to the controller,
4 and the controller, from there -- this is the controller
5 of MyPillow -- decides how payment gets allocated?
6      A.   I'm guessing he's been told by Mike Lindell
7 how to allocate, yes.
8      Q.   Got it.  Got it.  Okay.  Thank you.
9          I want to talk about another documentary in
10 the Absolute Proof series.
11          Are you familiar with the documentary called
12 Absolute 9-0?
13     A.   No.
14     Q.   All right.  I'm going to back up, and we'll go
15 back to Absolute 9-0, and I'm going so have you look at
16 Exhibit 451 first.
17          (Whereupon, Exhibit 451 was marked.)
18 BY MS. WRIGLEY:
19     Q.   Looking at Exhibit 451, do you see this is an
20 email from Pete Santilli on April 21, 2021, subject line,
21 "Stats/Background FYI (if you need it)."
22          It's sent to kg@mypillow.com.  That's
23 Katelyn Gamlin and yourself?
24     A.   I see that, yes.
25     Q.   And do you see that Mr. Santilli states,

DAWN H. CURTIS                                      September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              293—296

Page 293

1  "Good morning, Katelyn and Dawn.  Just in case you're
2  still considering booking me for a slot with Mike Lindell
3  this week, I wanted to provide you with some
4  stats/background that would make the statement even more
5  interesting and informative if the opportunity come about.
6  We ran a parallel stream of our network channels of the
7  28-hour broadcast, and we're still running the stream on
8  our 24-hour channel.  We have groups of yours who enjoy
9  the benefits of realtime chat during our broadcast, and
10  the response to Absolute Interference was overwhelmingly
11  positive."
12        Do you see that?
13    A.  I do.
14    Q.  Okay.  And at this point in time, was
15  Mr. Santilli communicating with you and Ms. Gamblin about
16  statistics for his show and then the response to
17  Absolute Interference?
18    A.  I don't recall responding to it because
19  Katelyn schedules Mike's --
20    Q.  Appearances?
21    A.  -- appearances.
22    Q.  Okay.  Ms. Gamblin schedules Mike's
23  appearances?
24    A.  That's correct.
25    Q.  And that would be his appearances to promote

Page 294

1  MyPillow?
2        MS. OLIVER:  Objection to form.
3        You can answer.
4    A.  I don't know what she does.  So this -- I was
5  working with Pete Santilli, obviously, at this time, so
6  maybe that's why he copied me on it.
7  BY MS. WRIGLEY:
8    Q.  Okay.  And then, Mr. Santilli goes through a
9  number of points under this section, "General stats
10  regarding our show."
11        Do you see that?
12    A.  I do.
13    Q.  In the first one, he says, "We launched our
14  show in December 2011.  Since we started covering
15  controversial topics such as 911, Obama and administration
16  corruption and globalism, we've experienced censorship
17  before it became a household word."
18        Do you see that?
19    A.  I do.
20    Q.  And then, he continues onto the next page with
21  a number -- a number of points through 11, and then after
22  that, do you see where he states, "As both of you may
23  already know."
24        Do you see that?
25    A.  Yes.

Page 295

1    Q.  He continues, "Right before Mike came on my
2  show for an interview, I insisted on getting a promo code
3  to help offset the ban of MyPillow by Bed Bath & Beyond
4  and Kohl's.  As I recall, I told Mike I wasn't expecting
5  anything out of it.  I just wanted to help him however I
6  could by telling our audience to stop --" I think he meant
7  step up "-- and support him.  Dawn was on vacation, but
8  she was able to set up my affiliate account."
9        Do you see that?
10    A.  Yes.
11    Q.  What's an affiliate account?
12    A.  The same thing that -- influencers,
13  podcasters, radio stations.
14    Q.  Okay.  They get an account where they're
15  associated with a promo code?
16    A.  That's correct.
17    Q.  Okay.  And then, do they have access to
18  anything in MyPillow, or is it just like a promo code
19  setup?
20    A.  They do not have access to anything.
21    Q.  Okay.  Got it.
22        And then, if you continue down to the sort
23  of end of this email, the last couple paragraphs
24  before he signs off, do you see that he refers to
25  having the opportunity to broadcast his show on

Page 296

1  frankspeech.com?
2        Do you see that?
3    A.  Yes.
4    Q.  Okay.  And does Pete Santilli broadcast his
5  show on frankspeech.com?
6    A.  I believe he does, yes.
7    Q.  Okay.  And does he use MyPillow promo codes in
8  connection with that broadcast on FrankSpeech?
9    A.  He promotes my MyPillow products, yes.
10    Q.  And his code is PETE?
11    A.  Correct.
12    Q.  Got it.  Okay.  And -- okay.
13        So you can put that aside.
14        MS. OLIVER:  Would you mind if we took a
15  five-minute break?
16        MS. WRIGLEY:  Let's take it.  Let's go
17  off the record.
18        THE VIDEOGRAPHER:  We are going off the
19  record.  The time now is 3:34 p.m. and this concludes
20  Media Unit Number 4.
21        (Whereupon, a recess was taken from
22        3:34 p.m. to 3:47 p.m.)
23        THE VIDEOGRAPHER:  We are going back on
24  the record at 3:47 p.m.  This is the beginning of Media
25  Unit Number 5.

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                      297–300

Page 297

1  BY MS. WRIGLEY:
2      Q.  Ms. Curtis, I'm going to hand to you
3  Exhibit 452.
4          (Whereupon, Exhibit 452 was marked.)
5  BY MS. WRIGLEY:
6      Q.  For the record, this is Exhibit 8 attached to
7  the Supplemental Complaint in this case, and it is the
8  screenshot from what was a video of Absolute 9-0 dated
9  June 5th, 2021, and the screenshots represent different
10  points in time in the video.
11      I asked you about 9-0 earlier, and I believe
12  you said you weren't familiar with it?
13      A.  Not really, No.
14      Q.  Looking at these screenshots, does this
15  refresh your recollection about whether you ever knew
16  about or have watched Absolute 9-0?
17      A.  I haven't watched it.  I believe I remember
18  hearing about it.
19      Q.  Is it your understanding this is a documentary
20  that Mike Lindell released related to his Absolute Proof
21  series?
22      A.  Yes.
23      Q.  And did you have any role in creating content
24  or developing Absolute 9-0?
25      A.  No.

Page 298

1      Q.  Okay.  I'm going to hand to you what's been
2  marked as Exhibit 453.
3          (Whereupon, Exhibit 453 was marked.)
4  BY MS. WRIGLEY:
5      Q.  For the record, it's Bates Stamped DEF122361.
6  This is an email chain from June 3rd, 2021; correct?
7      A.  Yes.
8      Q.  And do you see that you're included on this
9  email chain, it also includes K.G., katelyn@mypillow.com
10  and Pete Santilli?
11      A.  Yes.
12      Q.  And if you look at the first email in this
13  chain, do you see on June 3rd, 2021 at 3:13 p.m., you
14  wrote, "Help save our country and share this everywhere."
15      Do you see that?
16      A.  Yes.
17      Q.  And there's a link at the bottom, and if you
18  kind of look at the information in this link, it's got
19  michaeljlindell.com/download/absolute90."
20      Do you see that?
21      A.  Yes.
22      Q.  And in June of 2021, did you send the link to
23  Absolute 9-0 to any radio, podcast or influencers that
24  were doing marketing for MyPillow?
25      A.  It looks like from this email, I did.

Page 299

1      Q.  Did you send it to anyone besides
2  Pete Santilli?
3      A.  I'm not sure.
4      Q.  Okay.  And why would you have sent this email
5  to him with the link to Absolute 9-0?
6      A.  Mike requested that I do.
7      Q.  Okay.  And you sent this from your MyPillow
8  email address?
9      A.  That's correct.
10      Q.  Mr. Santilli responded and said, "Done.  Can I
11  get Mr. Lindell scheduled to come on my show as soon as
12  his schedule permits?"
13      Do you see that?
14      A.  I do.
15      Q.  Would you have coordinated any appearance by
16  Mr. Lindell on Pete Santilli's show?
17      A.  I didn't.  I'm guessing that's why he put
18  Katelyn on this.
19      Q.  Okay.  And then, go back to the -- one of the
20  spiral bounds with the text, and this one is Exhibit 337
21  [sic].  I'm going to ask you to go to page 100.  I want to
22  have you look at a text from June 3rd, 2021 that you sent
23  out.
24      A.  Okay.
25      Q.  And on June 3rd, do you see that you reported

Page 300

1  Frank to have $7,150 in sales?
2      Do you see that?
3      A.  Yes.
4      Q.  And that would have been daily sales?
5      A.  Yes.
6      Q.  Okay.  And then, Mr. Lindell responds and
7  says, "You need to add the Franks together, all of them."
8      Do you see that?
9      A.  Yes.
10      Q.  What was that a reference to?
11      A.  If I had to guess, all the Frank promo codes.
12      Q.  Okay.  And if you continue into this text
13  chain, you responded to him and said, "Okay, I will send
14  in a moment."  You say, "Yesterday, $16,945."
15      Do you see that?
16      A.  Yes.
17      Q.  And then, he responds, "Kool-aid."
18      Do you see that?
19      A.  Yes.
20      Q.  And then, you respond, "Do you want to run
21  cash buys for Salem FrankSpeech?"
22      Do you see that?
23      A.  Yes.
24      Q.  What was that a reference to?
25      A.  If he wants to -- Salem is a rev split.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                  301—304

Page 301

1    Q.  Yeah.
2    A.  Does he want to do cash buys on FrankSpeech
3  with them.
4    Q.  Got it.
5        And then he responded, "In what?"
6        Do you see that?
7    A.  Yes.
8    Q.  And you responded, "Phil Boyce said he wanted
9  to run spots to talk about the rally."
10       Do you see that?
11   A.  I see that.
12   Q.  Who is Phil Boyce?
13   A.  He is the -- probably the vice president of
14  Salem Media.  I don't know his title exactly.
15   Q.  What was the rally?
16   A.  I don't know.
17   Q.  Okay.  If you go one page further, directing
18  your attention to 102, this is -- continues at -- this is
19  still a continuation of a text from June 3rd, 2021.
20       Do you see that Mr. Lindell at 5:46 p.m. sends
21  a text to you stating, "Get the downloadable version from
22  Todd to send to all the radio and influencers."
23       Do you see that?
24   A.  Yes.
25   Q.  You responded, "What do you want for

Page 302

1  verbiage?"
2        Do you see that?
3    A.  Yes.
4    Q.  And he responded, "Please share this
5  everywhere."
6        Do you see that?
7    A.  Yes.
8    Q.  Okay.  And what was the downloadable version
9  that he was referencing in terms of sending to all radio
10  and influencers?
11   A.  I don't know.  That was two years ago.
12   Q.  Okay.  If you look back to Exhibit 453, was
13  the email chain including Pete Santilli, and your original
14  email where he said, "Help save our country and share this
15  everywhere" with the Absolute 9-0 link.
16       Does this refresh your recollection about
17  whether the downloadable version to send to radio
18  influencers was Absolute 9-0?
19   A.  That's what it looks like it would be.
20   Q.  Okay.  And would you have, in fact, in
21  accordance with the direction from Mr. Lindell, in the
22  text, have sent this out?
23   A.  Yes, as per his request.
24   Q.  Okay.  I want to move on and talk about
25  another event in 2021.

Page 303

1        Are you familiar with a Cyber Symposium that
2  Mr. Lindell held in August of 2021?
3    A.  I'm aware he held one, yes.
4    Q.  Did you attend the Cyber Symposium?
5    A.  I did not.
6    Q.  Have you ever watched any video or portions of
7  the Cyber Symposium?
8    A.  I watched a little bit, yes.
9    Q.  Okay.  What was your understanding of the
10  information that was covered or relayed at the
11  Cyber Symposium?
12   A.  I don't really care what was said, to be
13  honest.
14   Q.  Why don't you care?
15   A.  Because I was so busy with MyPillow stuff,
16  I was just kind of watching it in-between.  So I
17  didn't really -- wasn't really absorbing all the
18  information.
19   Q.  Did you have any role or responsibilities as
20  part of your job at MyPillow for anything having to do
21  with the Cyber Symposium?
22   A.  No.
23   Q.  I'm going to hand to you what I'm marking as
24  an Exhibit 454.
25       (Whereupon, Exhibit 454 was marked.)

Page 304

1  BY MS. WRIGLEY:
2    Q.  For the record, it's Exhibit 33 attached to
3  the Supplemental Complaint.  And I'll represent these are
4  screenshots taken from a video, a portion of the video of
5  the Cyber Symposium, and each screenshot has information
6  at the bottom at the point in time in the video, that the
7  image appears for the Cyber Symposium.
8        Kind of looking through these screenshots,
9  does this look familiar in connection with any parts that
10  you might have viewed from the Cyber Symposium from
11  August of 2021?
12   A.  Yes.
13   Q.  Okay.  And did you create any promo codes that
14  would be used in connection with the Cyber Symposium?
15   A.  Not that I'm aware of.  I don't recall.
16   Q.  Okay.  Did Mike Lindell create or advertise
17  the Cyber Symposium in connection with the use of
18  promo codes for MyPillow?
19       MS. OLIVER:  Objection to form.
20       You can answer.
21   A.  I don't recall.  I don't remember.
22  BY MS. WRIGLEY:
23   Q.  I'm going to hand to you what's marked as
24  Exhibit 455.
25       (Whereupon, Exhibit 455 was marked.)

DAWN H. CURTIS                                      September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                    305–308

Page 305

BY MS. WRIGLEY:

2    Q.   It's Bates Stamped DEF034440, and then I'm
3    going to sort of represent that in connection with
4    production by the defendants of your text messages, any
5    sort of attachments or things that you included embedded
6    were produced, sort of, after the original text chain.
7         So if you look at -- I'm going to have you put
8    this exhibit with Exhibit 437, and I'll direct you to the
9    last page of the exhibit, which I think is on 145. And
10   this Exhibit 455 matches up with the attachment that goes
11   with the text from July 28, 2021 that you sent, which is
12   on page 145 of the text.
13        Do you see that?
14   A.   Yes.
15   Q.   Okay. And then, looking at this, sort of,
16   Exhibit 455 that was sort of produced, do you recognize
17   the information appearing on this exhibit?
18   A.   On this piece of paper here?
19   Q.   Uh-huh.
20   A.   No.
21   Q.   Okay. Do you see that Mike Lindell appears
22   here, and then he's got, sort of, like a MyPillow thing
23   below him that says, "Flash Sale," and then it kind of has
24   a blank for use of promo code?
25   A.   Yes.

Page 306

1    Q.   Okay. And then, below there, do you see it's
2    got some text or some language that appears to be a video,
3    and then, below the language says, "Hello. I'm
4    Mike Lindell. I'm coming to you with the most important
5    commercial I've ever done. All of you know what MyPillow
6    and myself have gone through in the last five months in an
7    effort to bring the truth forward. Well, it's all come
8    down to this:
9         I'm having a Cyber Symposium on August 10, 11
10   and 12. The historical event will be live-streamed
11   72 hours straight on my new platform frankspeech.com. You
12   can help by getting everybody you know to go to
13   frankspeech.com now."
14        Do you see that?
15   A.   Yes.
16   Q.   And then, the promo code is blank, and if you
17   look at the text message on that last page, page 145,
18   after you send that, Mike Lindell says, "Correct. They
19   can use any promo code."
20        And that's in response to, sort of, a part of
21   the text that you had sent saying, "Hi, on your new video
22   you did, you mentioned 'use the promo code on the screen,'
23   but there is not a promo code listed. I wasn't sure if
24   this was supposed to be added."
25        Do you see that?

Page 307

1    A.   I do.
2    Q.   Okay. And how would that have worked without
3    a promo code listed?
4    A.   I don't know how it would have worked with my
5    radio stations, regardless.
6    Q.   Okay. What about any shows that had sort of
7    video attached to them?
8    A.   Somebody would have to tag that in there for
9    them, and I don't believe it was ever done.
10   Q.   Okay. And if he said they can use any
11   promo code, would that have meant that if someone
12   advertised or put this spot on their podcast, like
13   Pete Santilli, for instance, he could have put PETE in
14   this blank for use of the promo code?
15   A.   I guess anything is possible. I don't recall
16   doing it or using it.
17   Q.   Okay. And do you know if any promo codes were
18   used to generate sales of MyPillow for commercials like
19   this for the Cyber Symposium?
20   A.   I don't remember that.
21   Q.   Okay. Did you create any promo codes for use
22   in commercials like this for the Cyber Symposium?
23   A.   I don't recall that, either.
24   Q.   Okay. I'm going to mark another document
25   that's a spiral-bound, Ms. Curtis. It's going to be

Page 308

1    Exhibit 456, and it's another text chain. And this text
2    actually, when we look at the dates, it appears kind of
3    like right after the one from Exhibit 437. It's the way
4    it was produced.
5         (Whereupon, Exhibit 456 was marked.)
6    BY MS. WRIGLEY:
7    Q.   Handing to you Exhibit 456. It's Bates
8    Stamped 121015. This one's got 186 pages.
9         Do you see that at the top, your name and your
10   phone number?
11   A.   Yes.
12   Q.   And then, do you see that -- do you recognize
13   Mike Lindell's name and phone number at the top?
14   A.   Yes.
15   Q.   And these are texts between the two of you?
16   A.   Yes.
17   Q.   And the text chain starts at July 28, 2021,
18   and the first text from you is at 6:39 p.m.
19        Do you see that?
20   A.   Yes.
21   Q.   And this comes right after, if you would look
22   at the last page of the text chain in Exhibit 437, that
23   one ends on July 28, 2021 at 6:39 p.m.
24        Do you see that?
25   A.   Yes.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              309—312

Page 309

1    Q.  Okay.  And this one, if you go all the way to
2  the end, covers the time period up through May 9, 2022?
3    A.  Yes.
4    Q.  Got it.  Okay.
5       I'm going to ask you -- I'm going to show you,
6  actually, a video.  My colleague is going to come around.
7  This is going to be Exhibit 457.
8       This is a video file that was an attachment
9  produced in connection with this text chain.  The video,
10  for the record, has a Bates Stamp DEF121020, and it goes
11  with the attachment that appears in the second box from
12  the top on page 10 of Exhibit 456.
13       (Whereupon, Exhibit 457 was marked.)
14       MS. WRIGLEY:  Go ahead and play it.
15       (Video Played:
16       MIKE LINDELL:  "Hello.  I'm Mike Lindell, and
17  I'm coming to you with the most important commercial that
18  I've ever done.  All of you know what MyPillow and myself
19  have gone through in the last five months in my efforts to
20  bring the truth forward.  Well, it's all come down to
21  this.
22       I'm having a Cyber Symposium on August 10, 11
23  and 12.  This historical event will be live-streamed 72
24  hours straight on my new platform frankspeech.com.  You
25  can help by getting everybody you know to go to

Page 310

1  frankspeech.com now.
2       To help support the Cyber Symposium event, I
3  am offering some of the best prices ever on MyPillow
4  products, but they're only offered at frankspeech.com.  Go
5  to frankspeech.com now and use the promo code on your
6  screen or call the 1-800 number below to receive these
7  exclusive MyPillow offers.
8       Thank you, and God bless."  (Video stopped.)
9  BY MS. WRIGLEY:
10    Q.  Are you familiar with that commercial for the
11  Cyber Symposium?
12    A.  Yes.
13    Q.  Okay.  And did you see a reference to use of a
14  promo code to be used on the MyPillow website?
15    A.  Yes.
16    Q.  And I think it appeared on the screen.  The
17  code was LANCE.
18       Did you see that?
19    A.  I did.
20    Q.  Do you know what the reference to LANCE is to?
21    A.  Lance Wallnau.
22    Q.  Who is that?
23    A.  I believe Mike's -- he's a minister of some
24  sort.
25    Q.  Okay.  And do you know whether that commercial

Page 311

1  was used by other sort of radio, media or influencers for
2  the Cyber Symposium where they could have used the
3  promo code associated with their own organization?
4    A.  I don't know how all these promo codes got
5  tagged with that commercial.  I'm not aware.
6    Q.  Okay.  I'm going to, sort of, mark just for
7  the record Exhibit 458.
8       (Whereupon, Exhibit 458 was marked.)
9  BY MS. WRIGLEY:
10    Q.  I'll represent to you these are, sort of,
11  screenshots taken from the video file that we just watched
12  in Exhibit 457, and you can see on the second page, it's
13  got the use of the promo code LANCE.
14       Do you see that?
15    A.  I do.
16    Q.  Okay.  And would you have been the one in
17  terms of, like, this LANCE promo code or any other
18  promo codes used in connection with any Cyber Symposium
19  commercials?  Would you have been the one to set up those
20  codes within the MyPillow system?
21    A.  I set up the promo code.  Lance Wallnau has
22  been advertising MyPillow products.  I don't know when he
23  started that.
24    Q.  Okay.  Okay.
25       Would you have access to files that contain

Page 312

1  commercials like these prepared by Mike Lindell for the
2  Cyber Symposium at MyPillow?
3    A.  I do not have access.
4    Q.  Okay.  Do you know where he creates these?
5    A.  I do not.
6    Q.  Okay.  Do you know who helps him create these
7  commercials or videos?
8    A.  I do not.
9    Q.  Okay.  If I go back to the new text chain that
10  we looked at, 456, you had, sort of, attached that file --
11  this is on page 10, the last one.  And actually, there was
12  a similar one with audio you attached before then on, sort
13  of, the previous page, at the top, page 9, there was
14  another audio attachment, Frank Stew.
15       Where would you have gotten these files to
16  attach in the text to Mr. Lindell?
17    A.  Possibly our IT department.  I don't know for
18  sure.
19    Q.  Okay.  And then, why would you have been
20  sending them to Mr. Lindell at this time?
21    A.  I don't recall sending them to Mike.  I don't
22  know.
23    Q.  Okay.  Okay.  And then, back to the
24  Cyber Symposium, did you have any responsibilities
25  regarding advertising for the Cyber Symposium beyond, sort

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                   313–316

Page 313

1  of, commercials like these?

2      A.   No.

3      Q.   Okay.  Do you know if any -- well, strike

4  that.  I'm going to show you an exhibit.

5           (Whereupon, Exhibit 102 was introduced.)

6  BY MS. WRIGLEY:

7      Q.   Ms. Curtis, I'm handing to you what's been

8  previously marked Exhibit 102 in this email chain.  And I

9  direct your attention to the email that's at the bottom in

10 the chain.  It starts on the second page.

11          Do you see an email from Joey Dalessio?

12     A.   Yes.

13     Q.   She sends it on July 30, 2021 to Daria at

14 Infowars and yourself at MyPillow and copies other people

15 with Infowars email addresses; correct?

16     A.   Yes.

17     Q.   And she sends this email, I think it's in in

18 response to an email prior to that from Daria at Infowars

19 earlier that day on July 30, 2021; correct?

20     A.   It looks like it, yes.

21     Q.   Okay.  And the first email from Daria writes,

22 "MyPillow is pulling a Fox ad to run with us instead.

23 Don't have the ad yet.  It's being sent by our people to

24 Joey.  Joey will send the ad here as soon as he gets it.

25 Alex wants to run the ad as soon as possible.  The ad is

Page 314

1  promoting the MyPillow Election Fraud Symposium and is

2  very important as it has our promo code on it, ALEX.

3          The ad needs to be turned into an audio ad and

4  a video ad.  The ad needs to be added to all our longer

5  videos from the shows in the middle or at the end.  The ad

6  needs to be run on our network video feeds.  Alex wants

7  the ad ready by 11:30 for the show, which Alex will be

8  co-hosting, and he will air it then, also.  This ad needs

9  maximum push."

10         Do you see this?

11     A.   I see that.

12     Q.   Okay.  And who's Daria at Infowars?

13     A.   To be honest, I'm not sure.

14     Q.   Okay.  And then Joey Dalessio responds,

15 "Correct," and he sends an email addressing you?

16     A.   Yes.

17     Q.   Who is Joey Dalessio?

18     A.   My old rep for Alex Jones.

19     Q.   Okay.  And is that somebody that you

20 communicated with in connection with MyPillow marketing or

21 advertising?

22     A.   Yes, I send him the sales every Monday.

23     Q.   Got it.

24         And at this point in time, Infowars was doing

25 marketing or advertising for MyPillow products?

Page 315

1      A.   That's correct.

2      Q.   And they had their own code ALEX?

3      A.   Correct.

4      Q.   Okay.  And is ALEX one of the codes or, sort

5  of, organizations that I think you mentioned earlier was a

6  top performer?

7      A.   At times, he is.

8      Q.   At times.  All right.

9          Ms. Joey Dalessio writes to you, "Dawn, this

10 email thread contains the entire team ensembled on our end

11 to ensure the ad is handled properly and in a timely

12 manner for widest dissemination.  Please use this thread

13 and reply all with the ad once it is ready.  This will

14 ensure this effort is seamless.

15         Additionally, if there are any folks on your

16 end from a technical standpoint that you feel should be

17 added, please do so.  Thanks again, and we will ensure

18 success on our end.  Daria, Dawn is my POC at MyPillow."

19         Do you see that?

20     A.   Yes.

21     Q.   Okay.  And at this point in time, would you

22 have been the point of contact for the ad promoting the

23 MyPillow Election Fraud symposium?

24         MS. OLIVER:  Objection to form.

25         You may answer.

Page 316

1      A.   I am the contact at MyPillow advertising for

2  Alex Jones.

3  BY MS. WRIGLEY:

4      Q.   Okay.  And would you have been the contact for

5  this ad that they're referring to in this email that

6  promotes the MyPillow election fraud symposium?

7      A.   I sent off an email.  It looks like it came

8  from jpaulie@mypillow.com.

9      Q.   Okay.  So you responded with some files; is

10 that right, to the individual at Infowars?

11     A.   It looks that way, yes.

12     Q.   Okay.  And then you included some additional

13 files; is that correct?

14     A.   I don't know what files they were.

15     Q.   Okay.  And did this ad promoting the MyPillow

16 election fraud symposium with the promo code ALEX, did it,

17 in fact, get run after this email?

18     A.   I have No idea.

19     Q.   Would there be a way to find out?

20     A.   I don't know.

21     Q.   Okay.  I want to have you go back to the new

22 text message that we looked at, which is Exhibit 456, and

23 I'm going to have you go to the second page, which I think

24 has a text of July 30th, 2021, and then I will -- do you

25 see kind of like above that date, there's -- in your

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
317–320

Page 317

1  report, Alex Jones appears?

2      A.  Yes.

3      Q.  Okay.  And it looks like, on the 29th or the

4  day before at 12:37 p.m., you reported his daily sales of

5  $29,200.

6          Do you see that?

7      A.  Yes.

8      Q.  Okay.  Now, on 7/30/2021, Lindell texts you,

9  "Please call me 7:30 your time.  Over."  He says, "I would

10  like to go in Gallagher and talk about dropping Fox."

11          Do you see that?

12      A.  Yes.

13      Q.  Okay.  And then, you texted back with a report

14  of some numbers; correct?

15      A.  Yes.

16      Q.  And then, Alex Jones appears there with

17  $20,400 -- $20,400 for the day; correct?

18      A.  Yes.

19      Q.  And then, if I go forward onto page 5,

20  July 31st, 2021, you get another report, and Alex Jones

21  appears -- or Alex appears there with $53,090 for the day;

22  correct?

23      A.  Yes.

24      Q.  And at the top, you write, "Yesterday's sales

25  were really good.  These are actual sales."

Page 318

1          Do you see that?

2      A.  Yes.

3      Q.  Okay.  And if I go forward to page 6 at 8/2/21

4  when you report the numbers, Alex Jones appears again;

5  correct?

6      A.  Correct.

7      Q.  And Alex Jones, at this point, has got

8  $176,500.

9          Do you see that?

10      A.  For the week prior, yes.

11      Q.  Okay.  Well, he has 106,7 -- 500.

12          Is that for the day or week?

13      A.  That's for the week.

14      Q.  And then, the week prior is $338,800?

15      A.  That's correct.

16      Q.  Okay.  And then, if I go over to page 7 at

17  8/3/21, you're again reporting numbers, and Alex Jones is

18  there, as well; correct?

19      A.  That's correct.

20      Q.  And the daily numbers are $25,400; correct?

21      A.  Yes.

22      Q.  And then, if I skip forward, go forward a

23  couple texts or a couple days to page 12, I'm looking at a

24  text from August 9, 2021 when you're reporting weekly

25  numbers.

Page 319

1      Q.  Do you see that Alex Jones has got $193,400

2  with a week prior of $176,500?

3      A.  Yes.

4      Q.  Okay.  And then, on that same day, which is

5  August 9, 2021, that's the day before the Cyber Symposium;

6  correct?

7      A.  If that's what it was.

8      Q.  Okay.  And do you see that the first one you

9  have listed there is L66?

10          Do you see that?

11      A.  Yes.

12      Q.  What's L66 associated with?

13      A.  A promo code that Mike had set up for a long

14  time.  I don't know what it's associated with.

15      Q.  Okay.  And that's sort of over $353,000 for

16  the week; correct?

17      A.  Yes.

18      Q.  The next one is Frank.

19          Do you see that?

20      A.  Yes.

21      Q.  And that one is $390,000 for the week;

22  correct?

23      A.  Correct.

24      Q.  And then War Room is next; correct?

25      A.  Yes.

Page 320

1      Q.  The War Room is $407,900; correct?

2      A.  Yes.

3      Q.  And the week prior for War Room was over -- or

4  it was $509,000; correct?

5      A.  Correct.

6      Q.  Okay.  And then, if I go forward to

7  August 10th, 2021 on page 13, you wrote, "Report daily

8  numbers that include L66, Frank, War Room, Diamond & Silk,

9  Newsmax, OAN, Bards, Chicks, Bongino, Stew, Alex Jones,

10  Gallagher, Dinesh -- am I saying that right?

11      A.  Dinesh --

12      Q.  -- Dinesh, Hannity, Beck, RSBN; correct?

13      A.  Correct.

14      Q.  And you have a note, "Sales are incredible

15  today"; correct?

16      A.  Correct.

17      Q.  And you include an attachment; right?

18      A.  It looks like it, yes.

19      Q.  Okay.  And then these file names when you

20  attach it, it's got like a dot-HEIC.

21          What are those attachments you're sending

22  then?

23      A.  I don't know what that is.

24      Q.  Okay.  And then this August 10th, 2021, that's

25  the day of the Cyber Symposium; correct?

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
321–324

Page 321

1    A.  If that's what it states.
2    Q.  Okay.  I'm going to hand to you Exhibit 460 --
3  actually, Exhibit 459.
4         (Whereupon, Exhibit 459 was marked.)
5  BY MS. WRIGLEY:
6    Q.  It's Bates Stamped 121959.
7        Do you see this is as an email from Joe Cox to
8  Mike Lindell on August 4th, 2021 that he, then, forwards
9  to you on August 5th 2021?
10    A.  Yes.
11    Q.  The email from Joe Cox has the subject line
12  "Cyber Symposium Billboard Art."
13        Do you see that?
14    A.  I see that.
15    Q.  And then, there's an attachment which has got,
16  sort of, graphic that says, "Help Save Our Country,
17  Mike Lindell Cyber Symposium, August 10-12,
18  frankspeech.com."
19        Do you see that?
20    A.  Yes.
21    Q.  And Mr. Lindell forwards this Cyber Symposium
22  billboard art to you; correct?
23    A.  That's what it looks like.
24    Q.  And do you have any understanding of, at the
25  time, why Mr. Lindell sent you this Cyber Symposium

Page 322

1  billboard art?
2    A.  No.
3    Q.  Did you do anything with this billboard art?
4    A.  I don't recall doing anything.
5    Q.  Okay.  We can put that to the side.
6         (Whereupon, Exhibit 54 was introduced.)
7  BY MS. WRIGLEY:
8    Q.  I'm going to hand to you what's been marked as
9  Exhibit 54.  This is an email chain from July 2021;
10  correct?
11    A.  Yes.
12    Q.  I'm going to walk through the email chain,
13  start with the back.
14        The first email on this chain starts on the
15  fourth page.  It's on July 16, 2021 at 7:07 a.m., I think,
16  from yourself.
17        And do you see you write, and, then, there's a
18  reference to Pete Santilli with a file?
19    A.  Yes.
20    Q.  And Mr. Santilli writes back to you on
21  July 16.
22        Do you see that?
23    A.  Yes.
24    Q.  The subject is, "Invoice Attached RE:  Month
25  and Numbers."

Page 323

1    Q.  Do you see that?
2    A.  Yes.
3    Q.  Would you have been sending Mr. Santilli an
4  invoice?
5    A.  It looks like he was sending me an invoice for
6  his MyPillow sales.
7    Q.  Okay.  And he writes, "Dawn, is it easier for
8  you guys to do an ACH payment to R. Santilli & Associates,
9  LLC account?  I can provide account and routing number or
10  wire transfer.  Whichever is easiest for your accounting
11  department.  My accountant has requested I change our
12  invoicing to go to our business account so if you could
13  help direct me to the right person, I would like to get
14  that set up."
15        Do you see that?
16    A.  Yes.
17    Q.  And invoice attached regarding month and
18  numbers, does this communication have to do with
19  Mr. Santilli getting paid for any of MyPillow sales that
20  were generated in connection with his promo code?
21    A.  For yeah, MyPillow products.
22    Q.  Okay.  Okay.
23        And you'd be communicating with him about,
24  sort of, the numbers and then just payment being made?
25    A.  Correct.

Page 324

1    Q.  And then, you responded, "Hi Pete."  This is
2  on page 3, "I think our accounting prefers checks, but all
3  I would need if we were issuing a check to a new company
4  is a new W-9 stating that."
5        Do you see that?
6    A.  Yes.
7    Q.  And then, Mr. Santilli responds.
8        Do you see that?
9    A.  Yes.
10    Q.  This is on page 2.
11        He also indicates or mentions whether there's
12  a possibility of getting a media credential to cover the
13  Cyber Symposium.
14        Do you see that?
15    A.  Yes.
16    Q.  And then, he, also, sort of, talks about
17  putting in a request, and copying Katelyn, assuming she's
18  the one courting the media.
19        Do you see that?
20    A.  That is correct.
21    Q.  And then, Katelyn or Ms. Gamlin sends him a
22  request to attend the Cyber Symposium on the 10th, 11th
23  and 12th.
24        Do you see that?
25    A.  Yes.

DAWN H. CURTIS                                    September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              325–328

Page 325

1    Q.  Okay.  And then, Mr. Santilli responds, and
2   you're still copied on that email, and that's July 28th,
3   2021; correct?
4    A.  Yes.
5    Q.  Okay.  And was Ms. Gamlin, sort of,
6   responsible for coordinating media attendance at the
7   Cyber Symposium?
8        MS. OLIVER:  Objection to form.
9        You can answer.
10   A.  I don't know.  You'd have to ask her.
11  BY MS. WRIGLEY:
12   Q.  Okay.  Did you have any role in coordinating
13  media attendance for any of the radio, podcasts or
14  influencers that you worked with for attendance at the
15  Cyber Symposium in August of 2021?
16   A.  No.
17   Q.  Okay.  Do you know whether Mr. Santilli
18  attended the Cyber Symposium?
19   A.  I don't know.
20   Q.  Do you know whether Mr. Santilli promoted the
21  Cyber Symposium on his store?
22   A.  I don't know if he did.
23   Q.  Or show?  I'm sorry.
24   A.  I don't know if he did.
25   Q.  Okay.

Page 326

1        (Whereupon, Exhibit 460 was marked.)
2   BY MS. WRIGLEY:
3    Q.  Handing you what's been marked Exhibit 460,
4   Bates Number DEF023583.
5        Do you see this is an email chain from
6   August 3rd, 2021 between you and Lisa Michaels at Bott
7   Radio Network?
8    A.  Yes.
9    Q.  Who is Lisa Michaels at Bott Radio Network?
10   A.  She advertised MyPillow.
11   Q.  At the bottom of the chain, she wrote you and
12  Mr. Lindell saying, "Hi Mike and Dawn.  What a great news
13  story to say Mike Lindell moved his ad dollars from
14  Fox News to Christian News Talk, Bott Radio Network to
15  promote his Election Integrity Symposium.  Of course, we
16  would also remind our Christian conservative listeners
17  that they can still use the Promo Code BOTT to receive
18  amazing discounts on all of the fine MyPillow products."
19       Do you see that?
20   A.  Yes.
21   Q.  Okay.  And then, Mr. Lindell responded to her
22  that day, and you were copied; correct?
23       Do you see that?  It's on the first page.
24   A.  Yes.
25   Q.  He says, "Hey Lisa, for sure you're invited.

Page 327

1   Dawn, please have Terri or Katelyn take care of her."
2        Do you see that?
3    A.  Yes.
4    Q.  And then, you forwarded this email to
5   terripietz@mypillow.com.
6        Do you see that?
7    A.  Yes.
8    Q.  You said, "Hi Terri.  Lisa Michaels will need
9   info for the Cyber Symposium."
10       Do you see that?
11   A.  Yes.
12   Q.  And who is Terri?
13   A.  Terri Pietz is a MyPillow employee.
14   Q.  And did you -- why did you forward this
15  information to Terri?
16   A.  Because Mike requested me to.
17   Q.  And this was to help coordinate Lisa Michaels
18  at Bott Radio Network to get invited or attend the
19  symposium; is that right?
20   A.  That's correct.
21   Q.  Okay.  I'm going to show you another document
22  related to Lisa Michaels.  461.
23       (Whereupon, Exhibit 461 was marked.)
24  BY MS. WRIGLEY:
25   Q.  It's printed out a little bit weird.  It's

Page 328

1   Exhibit 461, Bates stamped 024937, and it's got an
2   attachment --
3        THE REPORTER:  0249 what?
4   BY MS. WRIGLEY:
5    Q.  The attachment is 02938.
6        If you look at the email, do you see it's an
7   email chain between Lisa Michaels, yourself and
8   Mike Lindell from August 18th, and August 20, 2021?
9    A.  Yes.
10   Q.  Okay.  On August 18th, do you see she writes
11  to Mike Lindell copying you, "Subject:  Many thanks for
12  all that you are doing to fight for election integrity."
13  She states, "Hi Mike and Dawn.  First of all, many thanks
14  for sharing your historic Election Integrity Cyber
15  Symposium with your listeners by purchasing a week's worth
16  of ads on all 120 Christian news talk radio stations as
17  well as streaming around the world on several platforms.
18  I pray our listeners responded generously by purchasing MP
19  products using promo code BOTT."
20       Do you see that?
21   A.  Yes.
22   Q.  Okay.  And then, she sort of continues her
23  email, then you responded to her email on the 20th;
24  correct?
25   A.  Yes.

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                      329–332

Page 329

1    Q.   And you stated, "Good morning, Lisa.  I have
2  attached sales from the symposium spots that you ran for
3  that week.  It brought in about $2,200 in sales, far below
4  the ROI we needed to get to.  I'm not going to continue
5  running more spots at this time, but maybe we can look at
6  this again in a few months.  I know you really enjoyed the
7  symposium and what Mike revealed, and it sounds like you
8  have much to add to the election fraud.
9       Going forward, I would hope that when
10  discussing potential running spots, you just send
11  correspondences to me and not have to include Mike on
12  emails.  He's extremely busy and has put me in the
13  position to make these decisions.  Please know that I run
14  all these by Mike anyways, and he will make the final
15  decision."
16       Do you see that?
17    A.   Yes.
18    Q.   And you attached to your email the sales.
19       Do you see this?
20    A.   I do.
21    Q.   And then, would you have, kind of, created
22  this report -- this sales report attached to the email?
23    A.   Yes.
24    Q.   And walk me through what the sales report.
25    A.   Annaware our calls into our call center.

Page 330

1       THE REPORTER:  I'm sorry?
2    A.   Annaware, our sales into our call center;
3  Magento, our web's quarters, and then the total revenue is
4  the next column.
5  BY MS. WRIGLEY:
6    Q.   And you were able to pull this information for
7  a specific week or period of time and the Promo Code BOTT;
8  correct?
9    A.   Correct.
10    Q.   And then, you also have a cash buy number
11  here, if that makes sense?
12    A.   Correct.
13    Q.   And I think in terms of your email, does this
14  reflect that the ROI, in terms of the sales brought in by
15  Lisa Michaels had bought was not worth it based on the
16  cash buy?
17    A.   Right.
18    Q.   Okay.  And then, is this similar to the Frank
19  sales report that you send other radio, podcaster,
20  influencers on a regular basis to identify the sales
21  generated?
22    A.   Yes.
23    Q.   Okay.  And you're able to do it for a
24  particular point in time with the revenue code and then
25  numbers from Annaware and Magento?

Page 331

1    A.   As long as they're one of my advertisers, yes.
2    Q.   Got it.
3       And then, if I look at that second page of the
4  attachment, this is just a similar report, but it gives a
5  number of different more weeks for the promo code use;
6  right?
7    A.   Correct.
8    Q.   Okay.  And was she using this BOTT promo code
9  in connection with advertising the Cyber Symposium?
10    A.   She was supposed to use it as promoting
11  MyPillow products.  I'm not quite sure why she -- how
12  she -- how she was promoting it.  That's why we didn't do
13  anything this year with her.
14    Q.   Okay.  Okay.
15       Did MyPillow have any -- get any promotion or
16  advertising in connection with any commercials for the
17  Cyber Symposium that were put up online?
18       MS. OLIVER:  Objection to form.
19       You can answer.
20    A.   I don't know.
21  BY MS. WRIGLEY:
22    Q.   Do you have any responsibility for commercials
23  that get posted on Facebook?
24    A.   No.
25    Q.   Who has that responsibility at MyPillow?

Page 332

1    A.   Heidi O'Donnell.
2    Q.   Heidi O'Donnell.
3       What's her position at the company?
4    A.   Social media.
5    Q.   Social media.
6       And in terms of commercials or ads that run on
7  Facebook, would she be the person with the most knowledge?
8    A.   I would imagine, yes.
9    Q.   If those commercials or ads that are used
10  online make use of promo codes, would you have access to
11  information about the performance of the promo codes?
12    A.   She would have that.
13    Q.   Okay.  Would you have any responsibilities
14  with respect to a promo code that's used on a -- on an ad
15  or commercial that gets posted on Facebook?
16    A.   No.
17    Q.   Okay.  What if there was a -- sort of a
18  commercial for the Cyber Symposium that was posted on
19  Facebook that had, like, a Frank promo code number?
20    A.   Once again, I have nothing to do with any
21  social media.  Nothing.
22    Q.   Okay.  Would she have her own set of revenue
23  for promo codes generated through online advertisements?
24       MS. OLIVER:  Objection to form.
25       You can answer.

DAWN H. CURTIS                                           September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                        333–336

Page 333

1      A.  You would have to ask her.  I don't know.
2  BY MS. WRIGLEY:
3      Q.  Okay.  So if you go into Annaware or the
4  system, can you tell the performance of promo codes
5  associated with online or social media commercials for
6  MyPillow?
7      A.  I don't know what kind of commercials.  We
8  have Facebook ads.
9      Q.  Okay.  Okay.
10         While we're waiting for the exhibits, I've
11  seen a number of promo codes that have the term "audit" at
12  the beginning.
13         Are there AUDIT promo codes used at MyPillow?
14      A.  I don't know.  I use one.  It's a podcast
15  called, "Out of the Vote."
16         That's the only one I know of.
17      Q.  And is it "AUDIT"?
18      A.  I believe so.
19      Q.  Okay.  And then, how many numbers are
20  associated with that one?
21      A.  I don't know.
22      Q.  Are there any other AUDIT promo codes that
23  generate MyPillow sales besides the one you just
24  mentioned?
25      A.  I don't know.  I don't recall.

Page 334

1      Q.  Have you ever set up any AUDIT promo codes for
2  MyPillow sales?
3      A.  I don't recall that, either.
4         (Whereupon, Exhibit 462 was marked.)
5         (Whereupon, Exhibit 463 was marked.)
6  BY MS. WRIGLEY:
7      Q.  I'm going to hand to you two exhibits.  The
8  first one is 462, the second one is marked 463.  These
9  are -- these are screenshots taken from a website called
10  iSpot that archives or houses online advertisements or
11  commercials.
12         The first one that's marked 462 is for
13  FrankSpeech, and it has a promotion for the
14  Cyber Symposium and a MyPillow sale.  It was published,
15  according to the iSpot TV website, on August 8th, 2021,
16  and you can see a description that they give on iSpot.
17  The description states, "Mike Lindell of MyPillow promotes
18  his recent platform FrankSpeech in a Cyber Symposium event
19  that he says he's supporting by offering deals on MyPillow
20  products on the FrankSpeech site only."
21         Do you see that?
22      A.  Yes.
23      Q.  Are you familiar with commercials like this?
24      A.  I've seen a commercial like this, yes.
25      Q.  Okay.  Would you have any responsibility for

Page 335

1  tracking or monitoring the promotion -- the promo codes
2  used on any commercials like this?
3      A.  Not unless Mike asked for a specific
4  promo code at the time.
5      Q.  Okay.  If you look at the next one that's
6  marked 363, again, this is from the iSpot TV website that
7  archives or houses online advertisements or commercials.
8  This one has a title, "FrankSpeech TV spot help in a
9  couple ways.  The publication date, according to iSpot TV,
10  is August 26, 2021, and the promotion is called, 'MyPillow
11  Flash Sale on FrankSpeech.'  The description states,
12  'Mike Lindell of MyPillow presents his new platform
13  FrankSpeech and offers discounts via the FrankSpeech site
14  only'."
15         Do you see that?
16      A.  Yes.
17      Q.  And once again, have you seen a commercial
18  like this put online to promote FrankSpeech?
19      A.  I haven't seen it personally online.  I've
20  seen this commercial, yes.
21      Q.  You've seen this commercial?  Okay.
22         And do you see at the bottom, with the sort of
23  screenshot attached here that they got MyPillow flash
24  sale, and then, over to the right, the image has, "Use of
25  promo code," and it says, "FRANK10."

Page 336

1         Do you see that?
2      A.  Okay.
3      Q.  And I think, earlier in your testimony, you
4  indicated that there were -- there's a promo code FRANK,
5  and then they went up from 1 to almost 1,000 in terms of
6  numbers?
7      A.  It's possible, yes.
8      Q.  Okay.  And would sales generated from the use
9  of this FRANK10 promo code and advertisement like this be
10  information that you have access to and track regularly in
11  terms of performance of promo codes?
12      A.  I would imagine, yeah.
13      Q.  Yes, okay.
14         (Whereupon, Exhibit 464 was marked.)
15  BY MS. WRIGLEY:
16      Q.  And just for the record, I'm going to mark
17  each of the videos.  The first one that goes with the
18  FrankSpeech TV spot Cyber Symposium that I marked as 462,
19  there's a video that goes with it, I'm marking as
20  Exhibit 464.
21         The second one, "FrankSpeech, Help in a Couple
22  of Ways," I'm going to mark and introduce the video of
23  that commercial, again the commercial available via the
24  iSpot TV as Exhibit 465.
25         (Whereupon, Exhibit 465 was marked.)

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell                      337–340

Page 337

1  BY MS. WRIGLEY:
2      Q.   And in the interest of time for all of us, we
3  won't play and watch those commercials.
4          I'm going to ask you about some information
5  and a few documents produced in connection with your
6  texts.
7          MS. WRIGLEY:  Can you get me Tab 45?
8  BY MS. WRIGLEY:
9      Q.   If you put -- I'm going to have you get one of
10  the exhibits back out in front of you.  This is 456.  It's
11  the last, sort of, text message chain that we marked and
12  looked at, and I'm going to mark and introduce an exhibit
13  that I created from a number of attachments that were
14  produced in connection with these text messages.
15          These attachments were produced after the text
16  message, but these are attachments that were sent via your
17  texts between you and Mike Lindell, and I put a number of
18  them together that are similar so I can ask you some
19  questions about it.
20          (Whereupon, Exhibit 466 was marked.)
21  BY MS. WRIGLEY:
22      Q.   So I'm going to hand to you what's been marked
23  as Exhibit 466.  These have a variety of Bates numbers.
24  DEF121031, 34, 35, 36, 37, 38, 39, 41, 42, 43, 46 and 47.
25          Looking at the one that appears on, sort of,

Page 338

1  the first page, do you recognize this information?
2      A.   It's our chart on Magento.
3      Q.   Okay.  And where would the information that
4  appears on the first page of Exhibit 466 have come from?
5      A.   I take a picture of it and send it to Mike.
6      Q.   Okay.  You just take a screenshot of it?
7      A.   Correct.
8      Q.   And then, you put it in a text to
9  Mike Lindell?
10      A.   Correct.
11      Q.   And then, when looking at this first one, this
12  one comes from the Magento system?
13      A.   Correct.
14      Q.   Okay.  And at the top, it has last 24 hours
15  with a drop-down.
16          Do you see that?
17      A.   Yes.
18      Q.   And is that the default so you can see the
19  sales of MyPillow products for the last 24 hours?
20      A.   Correct.
21      Q.   Then, you're able to see the sales through
22  Magento for the MyPillow products on an hourly basis;
23  correct?
24      A.   That's correct.
25      Q.   And then, at the bottom, you get numbers for

Page 339

1  revenue, tax, shipping and quantity; correct?
2      A.   Correct.
3      Q.   Okay.  And then, how would you use information
4  like this in connection with your job at MyPillow?
5      A.   I send it to Mike Lindell.  I don't use it in
6  any way.
7      Q.   Okay.  And you regularly send information like
8  this to Mr. Lindell?
9      A.   Not on a regular basis, No.
10      Q.   Okay.  When do you send him information like
11  this?
12      A.   If I see a spike.
13      Q.   Okay.  And then, what is your understanding
14  of -- well, strike this.
15          What's the, sort of, purpose of sending spikes
16  to Mr. Lindell?
17      A.   Then if he wants to investigate where the
18  spike came from, he can do so.
19      Q.   Okay.  And is that so then he knows -- well,
20  strike that.
21          Have you ever worked with him to, sort of,
22  investigate the reason for a particular spike in sales?
23      A.   No.
24      Q.   Okay.  So is it fair to say that your general
25  practice would be to send him information from Magento on

Page 340

1  sales on an hourly or daily basis whenever you see unusual
2  or big spikes?
3      A.   Yes.
4      Q.   Okay.  And would the converse be true, which
5  is whenever you see big drops in sales?
6      A.   Yes.
7      Q.   Okay.  I'm going to show you another one like
8  this, just so I understand the information.
9          (Whereupon, Exhibit 467 was marked.)
10  BY MS. WRIGLEY:
11      Q.   I'm handing to you what's been marked
12  Exhibit 467.  I'll represent that this is a number of
13  different attachments produced by defendants in connection
14  with the text messages that you sent from Exhibit 456, and
15  I've put a number of them together that are similar type
16  information.  For the record, the bates number for this
17  one is 121016, 17, 21, 22, 23 and 24.
18          Do you recognize looking at the first page of
19  Exhibit 467, do you recognize the type of information
20  presented here?
21      A.   Yes.
22      Q.   What is this?
23      A.   Same thing that was in the last -- just our
24  sales.
25      Q.   And is this from the Magento system?

DAWN H. CURTIS                                          September 12, 2023
Smartmatic USA Corp. vs Michael J. Lindell              341–344

|  | Page 341 |
|---|---|

1    A.  Yes.

2    Q.  And does this show sales on a daily basis and
3  sort of graph it out by hour?

4    A.  Yes.

5    Q.  And also shows revenue, tax, shipping and
6  quantity?

7    A.  Yes.

8    Q.  And would you send information -- would you
9  snapshot this from the system and send it to Mike on a
10  regular basis whenever you saw either large spikes or
11  large dips?

12    A.  Sometimes.

13    Q.  Okay.  Do you ever -- in connection with your
14  position as marketing director, do you ever look at the
15  performance of sales on any other cadence besides what we
16  see in the last two exhibits on a daily or an hourly
17  basis?

18    A.  No.

19    Q.  Okay.  Do you ever look at sales weekly or
20  monthly?

21    A.  On such as this, no.

22    Q.  Okay.  Are you able to pull information like
23  this in a graph form for the performance of any
24  promo codes?

25    A.  No.

|  | Page 342 |
|---|---|

1    Q.  Okay.  This is just total sales, overall?

2    A.  This is sales from our website.

3    Q.  From the website, okay.

4        MS. WRIGLEY:  Why don't we take a break
5  for a few minutes.  I just want to regroup and see how
6  much time I have left.  I may be close to getting done.

7        MS. OLIVER:  Okay.

8        THE VIDEOGRAPHER:  We are going off the
9  record.  The time now is 4:46 p.m.

10        (Whereupon, a recess was taken from
11          4:46 p.m. to 5:07 p.m.)

12        THE VIDEOGRAPHER:  We are going back on
13  the record.  The time now is 5:07 p.m.

14  BY MS. WRIGLEY:

15    Q.  Ms. Curtis, thank you for your patience.  I
16  just have a few more questions left, and then I'll reserve
17  any time I need to follow up after your counsel may ask
18  you some questions.

19    A.  Okay.

20    Q.  I think, earlier, when I asked you a number of
21  questions, I had made reference to a number of
22  documentaries or movies prepared by Mike Lindell in the
23  Absolute Proof series.

24      Do you remember that, sort of, generally?

25    A.  Yes.

|  | Page 343 |
|---|---|

1    Q.  And I think a number of times you had
2  remembered or acknowledged that he had mentioned
3  Smartmatic in connection with the Absolute Proof series;
4  correct?

5    A.  I remember the movies.  I don't know if he
6  specifically mentioned Smartmatic.

7    Q.  Do you have any knowledge of the company or
8  entity Smartmatic, at all?

9    A.  None.

10    Q.  Okay.  Have you seen, or are you aware of any
11  evidence that Smartmatic's election technology or products
12  were used widely in the 2020 Presidential Election?

13    A.  I don't follow that.

14    Q.  Okay.  Do you have any evidence or knowledge
15  that Smartmatic, the company, entities, Smartmatic
16  entities are the same as the Dominion company?

17    A.  I don't have any knowledge.

18    Q.  Do you have any knowledge about whether
19  the Smartmatic election technology or voting machines are
20  designed to rig or not rig elections?

21    A.  No knowledge.

22    Q.  Do you have any knowledge about the
23  Smartmatic election -- the security of the Smartmatic
24  election technology?

25    A.  No knowledge.

|  | Page 344 |
|---|---|

1    Q.  Do you have any knowledge or evidence
2  regarding Smartmatic doing anything to rig the 2020
3  Presidential Election?

4    A.  None.

5    Q.  Okay.  And do you hold any views on whether
6  voting machines were used to rig or steal the election for
7  former President Trump?

8    A.  I don't know of any.

9    Q.  Okay.  And do you have any knowledge about
10  whether Smartmatic's election technology was used in any
11  place other than Los Angeles County in the 2020
12  Presidential Election?

13    A.  I have No knowledge.

14    Q.  Okay.  In terms of marketing strategy, have
15  you ever had any discussions with Mike Lindell related to
16  appearances or documentaries or public statements that
17  he's made about election fraud in connection with the 2020
18  Presidential Election and how that could be used or not
19  used in connection with marketing MyPillow products?

20    A.  No.

21        MS. OLIVER:  Objection to form.

22  BY MS. WRIGLEY:

23    Q.  Have you ever expressed any views to
24  Mr. Lindell about the impact of any appearances, public
25  statements or documentaries that he's done related to

Page 345
1  election fraud on the marketing of MyPillow products?
2       A.  No.
3       Q.  Okay.  And typically, in terms of Mr. Lindell
4  making requests of you in connection with your employment
5  at MyPillow, do you, sort of, generally comply or do the
6  things that he asks you to do?
7       A.  Yes.
8       Q.  Okay.  Are there any occasions in 2020, 2021,
9  2022, 2023 where, in connection with your job in marketing
10 at MyPillow, you've made a decision not to do the things
11 he's asked you to do?
12      A.  No.
13      Q.  Okay.  Ms. Curtis, thank you -- thank you very
14 much for your time and your patience today.  I know we
15 went through quite a few documents.  So I appreciate it.
16      Again, I haven't any further questions at this
17 time, and I'll just reserve any time I have remaining to
18 follow up in case I need to after your counsel asks you a
19 few things.
20      A.  Thank you.
21           EXAMINATION
22 BY MS. OLIVER:
23      Q.  You answered a lot of questions today about
24 MyPillow's relationship or non-relationship with
25 Mike Lindell's political activities today; right?

Page 346
1           MS. WRIGLEY:  Object to form.
2       A.  Yes.
3  BY MS. OLIVER:
4       Q.  As the VP of media relations, what is your
5  view of the relationship between MyPillow and
6  Mike Lindell's political activities?
7       A.  I believe they're separate.  MyPillow is
8  completely separate from Mike Lindell, the advertising
9  part.
10          MS. OLIVER:  I don't have any other
11 questions.
12          MS. WRIGLEY:  I don't have anything
13 further.
14      Thank you.
15          THE VIDEOGRAPHER:  We are going off the
16 record.  The time now is 5:12 p.m., and this concludes
17 today's testimony given by Dawn H. Curtis.
18          THE REPORTER:  And, Ms. Oliver, what is
19 your transcript order?  Would you like a rough?
20          MS. OLIVER:  I would like a rough, thank
21 you.  And I'll take a full, as well.
22      (The video deposition of Dawn H. Curtis
23      concluded at approximately 5:12 p.m.)
24                  * * * * *
25

Page 347
1           CERTIFICATE
2       I, Barbara J. Carey, Registered Professional
3  Reporter and Certified Shorthand Reporter, do hereby
4  certify that prior to the commencement of the examination,
5  Dawn H. Curtis was duly remotely sworn by me to testify to
6  the truth, the whole truth and nothing but the truth.
7       I DO FURTHER CERTIFY that the foregoing is a
8  verbatim transcript of the testimony as taken
9  stenographically by me at the time, place and on the date
10 hereinbefore set forth, to the best of my ability.
11      I DO FURTHER CERTIFY that I am neither a
12 relative nor employee nor attorney nor counsel of any of
13 the parties to this action, and that I am neither a
14 relative nor employee of such attorney or counsel, and
15 that I am not financially interested in the action.
16
17
18
19 _____
20 BARBARA J. CAREY
21 Registered Professional Reporter
22 Certified Shorthand Reporter
23 Notary Public
24 Dated:  September 14, 2023
25

Page 348
1           DEPOSITION ERRATA SHEET
2
3
4  Our Assignment No. J10261228
5  Case Caption: SMARTMATIC USA CORP., et al.
6  vs. MICHAEL J. LINDELL, et al.
7
8       DECLARATION UNDER PENALTY OF PERJURY
9       I declare under penalty of perjury
10 that I have read the entire transcript of
11 my Deposition taken in the captioned matter
12 or the same has been read to me, and
13 the same is true and accurate, save and
14 except for changes and/or corrections, if
15 any, as indicated by me on the DEPOSITION
16 ERRATA SHEET hereof, with the understanding
17 that I offer these changes as if still under
18 oath.
19      Signed on the _____ day of
20 _____, 2023.
21
22 _____
23      DAWN H. CURTIS
24
25

DAWN H. CURTIS
Smartmatic USA Corp. vs Michael J. Lindell

September 12, 2023
349–350

Page 349

1          DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25          DAWN H. CURTIS

Page 350

1          DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25          DAWN H. CURTIS