# Exhibit 32

DARREN M. LINDELL                                                              June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                                                 1—4

---

**Page 1**

```
1        IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF MINNESOTA
3     -------------------------------------------------
4     SMARTMATIC USA CORP.,
      SMARTMATIC INTERNATIONAL
5     HOLDING B.V., AND SGO CORPORATION
      LIMITED,              Case No.
6                   22-cv-0098-JMB-JFD
              Plaintiffs,
7
      v.
8
      MICHAEL J. LINDELL and
9     MY PILLOW, INC.,
10            Defendants.
11    -------------------------------------------------
12
13           VIDEOTAPED DEPOSITION
14                    OF
15            DARREN M. LINDELL
16              JUNE 18, 2024
17
18
19
20
21
22
23
24
        Job No. J11362632
25    Stenographically Reported By:  Amy L. Larson, RRP
```

**Page 2**

```
1
2
3
4     Videotaped Deposition of DARREN M. LINDELL, taken
5     before Amy L. Larson, a Registered Professional
6     Reporter, Notary Public in the State of Minnesota and
7     State of Wisconsin, Certified Court Reporter in
8     the states of Washington, Utah and New Mexico, and
9     Certified Shorthand Reporter in the states of
10    Oregon and Illinois, taken on June 18, 2024, at
11    the law offices of Robins Kaplan, 800 LaSalle
12    Avenue, Suite 2800, Minneapolis, Minnesota,
13    commencing at approximately 9:24 a.m.
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1     APPEARANCES:
2       BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
        Attorneys for Plaintiffs
3       71 South Wacker Drive
        Suite 1600
4       Chicago, IL  60606
        BY:  TIMOTHY FREY, ESQ.
5          tfrey@beneschlaw.com
           JULIE LOFTUS, ESQ.
6          jloftus@beneschlaw.com
7       MCSWEENEY, CYNKAR & KACHOUROFF, PLLC
        Attorneys for Defendants
8       13649 Office Place
        Suite 101
9       Woodbridge, Virginia  22192
        BY:  CHRISTOPHER KACHOUROFF, ESQ.
10         chris@mck-lawyers.com
11
12    ALSO PRESENT:
13      Robert Buchman, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1     INDEX:
2     EXAMINATION BY:                       PAGE
3     Mr. Frey                           8
4     PREVIOUSLY-MARKED EXHIBITS:
5       Exhibit No.
6        Exhibit 92                23
        MyPillow Corporate Bylaws
7        Bates DEF030754-000001 -
        DEF030754-000019
8
        Exhibit 93                33
9        What are the Odds?  From Crack
        Addict to CEO
10       Mike Lindell
        Bates DEF043826.000001 -
11       DEF043826.000413
12       Exhibit 98                89
        September 22, 2021 Email
13       Bates DEF122127.000001 - DEF122127.000005,
        DEF122128.000001, DEF122129.000001,
14       DEF122130.000001
15       Exhibit 641               111
        Text Messages
16       Bates DEF082645.000001 - DEF082645.000004,
        DEF082645.000034 - DEF082645.000037,
17       DEF082645.000047
18    EXHIBITS MARKED FOR IDENTIFICATION:
19      Exhibit No.
20       Exhibit 659               47
        Page Vault
21       Document Title: Trump March Bus
        Tour
22       No Bates
23       Exhibit 660               69
        Photographs
24       Bates SMARTMATIC-LINDELL00000006,
        SMARTMATIC-LINDELL00000031,
25       SMARTMATIC-LINDELL00000020
```

DARREN M. LINDELL                                          June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                        5–8

Page 5

1  INDEX: (Cont'd.)
2  EXHIBITS REFERENCED:                    PAGE
3    Exhibit No.
4    Exhibit 661                74
     Page Vault
5    Document Title: FrankSpeech.com
     No Bates
6
     Exhibit 662                80
7      September 8, 2022 Email
     Bates DEF026737.000001 -
8    DEF026737.000003
9    Exhibit 663                83
     November 2021 Email Chain
10     Bates DEF061612.000001 -
     DEF061612.000003, DEF061613.000001
11   - DEF061613.000002
12   Exhibit 664                100
     MyPillow Board Meeting 10/31/2022
13     Agenda
     Bates DEF10333719 - DEF10333721
14
     Exhibit 665                105
15     Text Messages
     Bates DEF049098.000001 -
16   DEF049098.000187
     Exhibit 666                119
17   MyPillow Board Meeting 10.5.2021
18     Agenda
     Bates DEF11273862 - DEF11273864
19
     Exhibit 669                51
20     Video Clip
     Absolute Proof Documentary
21
     Exhibit 670                53
22     Video Clip
     Steve Bannon - War Room
23
     Exhibit 671                61
24     Video Clip
     Pete Santilli Show
25

Page 6

1  INDEX: (Cont'd.)
2
3  *** REPORTER'S NOTE:
4    Exhibits 667-668 marked in James Furlong
5    Deposition taken 6/19/24
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1        P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  We are on the
4   record.  This is the videotaped deposition of
5   Darren M. Lindell taken on June 18th, 2024.
6   The time is now approximately 9:24 a.m.
7        The deposition is being taken in the
8   matter of Smartmatic USA Corp., et al. vs.
9   Michael J. Lindell, et al., filed in the
10  United States District Court for the District
11  of Minnesota, case number 22-cv-0098-JMB-JFD.
12       The deposition is taking place in
13  Minneapolis, Minnesota.  My name is Robert
14  Buchman.  I am the videographer representing
15  Esquire Deposition Solutions.
16       Will counsel please identify
17  themselves for the record.
18       MR. FREY:  This is Tim Frey on
19  behalf of the plaintiffs.
20       MS. LOFTUS:  Julie Loftus, also on
21  behalf of the plaintiffs.
22       MR. KACHOUROFF:  Chris Kachouroff
23  on behalf of MyPillow, Inc., and Michael
24  Lindell.
25       THE VIDEOGRAPHER:  Will the court

Page 8

1   reporter please swear in the witness.
2
3        DARREN M. LINDELL,
4        a witness in the above-entitled action,
5        after having been first duly sworn, was
6        deposed and says as follows:
7
8             EXAMINATION
9   BY MR. FREY:
10  Q.  Good morning, Mr. Lindell.
11  A.  Good morning.
12  Q.  We met briefly this morning, but my name is
13      Tim Frey.  I'm counsel for the plaintiffs in
14      this action.  I'll be asking you some
15      questions today, okay?
16  A.  Yep.
17  Q.  Before this morning, you and I had never met,
18      right?
19  A.  Correct.
20  Q.  Could you please state and spell your name
21      for the record.
22  A.  Darren Lindell.  D-A-R-R-E-N, L-I-N-D-E-L-L.
23  Q.  And where do you live, Mr. Lindell?
24  A.  Chaska, Minnesota.
25  Q.  What is your address?

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
9–12

Page 9

1  A.  4448 Savannah Trail Drive -- or Savannah
2      Trail, no Drive -- Chaska, Minnesota 55318.
3  Q.  Thank you.
4          Have you been deposed before today?
5  A.  No, I have not.
6  Q.  Okay.  So your counsel may have already
7      explained some of the rules and protocols for
8      depositions to you, but I'm just going to go
9      over a couple for the record.
10         First, I'll ask that you allow me to
11     finish asking the question before you answer.
12         Does that make sense?
13 A.  Yes.
14 Q.  Okay.  And, likewise, I will do my best to
15     let you finish answering the question before
16     I ask another one, okay?
17 A.  Yep.
18 Q.  All your answers need to be verbal.  It's a
19     little bit awkward, I know, but we have the
20     court reporter here who is taking down
21     everything said.  So the natural inclination
22     can be just to nod your head or shake head,
23     but we need yeses or noes.
24 A.  Gotcha.
25 Q.  During my questioning today, your counsel

Page 10

1      might object to a question.  Unless counsel
2      instructs you not to answer, you still need
3      to answer the question even after the
4      objection.
5          Do you understand that?
6  A.  Yes.
7  Q.  And if you need a break at any time, just let
8      me know, we can take breaks.  The only
9      request that I make there is that we don't do
10     it while a question is pending.  So if I've
11     asked a question, you know, let's answer it
12     and then we can take a break.
13         Fair?
14 A.  Yep.
15 Q.  Okay.  Do you know of any reason that would
16     provide you -- or prevent you from providing
17     accurate testimony today?
18 A.  No.
19 Q.  Mr. Lindell, did you meet with anyone to
20     prepare for your deposition today?
21 A.  No.
22 Q.  Did you speak with Mike Lindell at all about
23     your deposition today?
24 A.  Briefly.
25 Q.  What did you guys discuss?

Page 11

1  A.  That I'm going to a deposition, that I have
2      it today, I'm on the way --
3  Q.  Okay.
4  A.  -- that type of thing.  He called me this
5      morning, but it wasn't really about this.
6  Q.  Okay.  Did you speak at all about his
7      deposition that occurred last week?
8  A.  No.
9  Q.  And I understand that Jessica Maskovich has
10     also been deposed in this case; is that
11     correct?
12 A.  Yes.
13 Q.  And what is your relationship with --
14 A.  Fiancee.
15 Q.  And what did you discuss -- not the conflict,
16     I don't need to know the subject matter, but
17     have you discussed the substance of your
18     deposition testimony with Ms. Maskovich?
19 A.  No.
20 Q.  Okay.  I just want to talk first about your
21     relationship with MyPillow.
22 A.  Okay.
23 Q.  When did you first start working for
24     MyPillow?
25 A.  Well, it's kind of difficult, because I grew

Page 12

1      up -- he built the company, I was working
2      there as his son.  Officially, in more of an
3      official role, would be 19 years ago about,
4      so...
5  Q.  Okay.
6  A.  I don't know the exact date.
7  Q.  Do you recall --
8  A.  I was 23, I think, so not 19 years ago, maybe
9      11 years ago.
10 Q.  Do you recall what your first position was,
11     your first official position?
12 A.  Yeah, if we're going off when I left my other
13     job and came to MyPillow, just like a
14     full-time employee, I was just in the
15     shipping department.
16 Q.  Okay.  And then I'm assuming that you
17     advanced from that position, the shipping
18     department?
19 A.  Correct.
20 Q.  What was your next position with MyPillow?
21 A.  I can't really think of the title, but
22     shipping manager would have been sort of --
23     from going from working in the shipping
24     department to running the shipping
25     department.

DARREN M. LINDELL                                          June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                      13–16

Page 13

1  Q.  Okay.  And what were your responsibilities
2     when you were managing the shipping
3     department?
4  A.  Making sure the orders get out for the day to
5     the customers, making sure employees are
6     clocked in, clocked out, you know, just
7     running the department.
8  Q.  Okay.  And after you were the shipping
9     manager, did you have another promotion?
10 A.  Yeah, VP of operations.
11 Q.  Okay.  And do you recall when -- about when
12    you became VP of operations?
13 A.  I want to say five years ago would be a good
14    estimate.
15 Q.  And how did your responsibilities change when
16    you became the VP of operations?
17 A.  Started doing things outside of the shipping
18    department.  Still operations, like -- but
19    returns department, maybe call center, that
20    type of thing.
21 Q.  And did you report directly to anyone when
22    you were the VP of operations?
23 A.  Yeah, to Mike.
24 Q.  Okay.  And did you oversee, directly oversee
25    employees?

Page 14

1  A.  Yes.
2  Q.  About how many employees would you say?
3  A.  That directed --
4  Q.  Direct reports to you.
5  A.  Direct reports to me, probably like eight.
6     But, obviously, below them a ton of hourly
7     workers that are working in each department
8     so...
9  Q.  Okay.
10 A.  So if you include all those, a couple
11    hundred, I mean...
12 Q.  Okay.  And then at some point in time, were
13    you promoted to chief operating officer?
14 A.  Yeah.
15 Q.  Okay.  When did that occur?
16 A.  I want to say three years ago.
17 Q.  So 20 --
18 A.  These dates could be -- I mean, it's a few
19    years ago.  I don't know exactly the time,
20    but yeah.
21 Q.  Do you recall if it was before or after the
22    November 2020 election?
23 A.  2020 election?  I want to say before.
24 Q.  Okay.
25 A.  I could be wrong.

Page 15

1  Q.  And what were -- or what are your
2     responsibilities as --
3  A.  Very similar to --
4  Q.  -- COO?
5  A.  -- VP of operations.  I mean, the job really
6     didn't change.  Our COO left.  I guess it was
7     more of a title thing.  I don't know.  You
8     know, so very similar responsibilities.  I
9     still oversee the shipping department, the,
10    you know, customer service, returns, that
11    type of thing.
12 Q.  Okay.  So as COO, do you continue to report
13    to Mike Lindell?
14 A.  Correct.
15 Q.  Do you also report to the board?
16 A.  I'm on the board.
17 Q.  Okay.
18 A.  So when we do board meetings, you know,
19    things are discussed and whatnot, but...
20 Q.  And when did you get appointed to the board?
21 A.  These dates are tough.  I don't -- eight
22    years ago.  I don't know.  Years ago.
23 Q.  So while you were -- while you were VP of
24    operations --
25 A.  Yeah, yeah.

Page 16

1  Q.  Okay.
2  A.  And possibly before that.
3  Q.  Okay.  And as a board member, what -- what
4     are your duties and responsibilities?
5  A.  I just show up and vote on things.  If
6     there's votes, he -- each person will give a
7     recap of sort of their portion of the company
8     and sit and listen and give input.
9  Q.  So is the board, I guess, mainly made up of
10    kind of operational folks who then also sit
11    on the board?
12 A.  No.  It's changed over the years, but there's
13    people that don't even work at the company,
14    there's people that I don't really know or
15    Mike knows.
16         But there are -- you know, our
17    lawyer.  We used to have an in-house lawyer.
18    Well, we still have someone there, but I
19    don't know if they're on the board.  But our
20    COO before me was on it.  I mean, it's a mix
21    of -- mix of different people.
22 Q.  And who was the COO before you?
23 A.  Kim Rasmussen.
24 Q.  And so as the COO, then, you said you kind of
25    oversee -- oversee shipping, right?

DARREN M. LINDELL                                      June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                   17–20

Page 17

1  A. Yeah.
2  Q. I know there's various things. So one of
3     them is, like, overseeing the shipping
4     department?
5  A. Yeah, you know, who -- the guy who runs
6     shipping reports to me.
7  Q. Okay.
8  A. I'll make sure things are going smoothly,
9     orders are getting. But same thing with the
10    returns department, the call center, the
11    customer service department. You know, I
12    work with purchasing, stuff like that.
13 Q. Okay. Do you have any responsibilities with
14    respect to marketing?
15 A. Not much. I maybe have input on our
16    commercials some. I do some input on mailers
17    that we mail the customers.
18 Q. And when you say, "Commercials," are those TV
19    ads or --
20 A. TV ads, yeah.
21 Q. Any other kind of commercials?
22 A. No.
23 Q. And then mailers. So explain to me what the
24    mailer is.
25 A. It's a postcard you'd get in the mail, which

Page 18

1     would have a MyPillow offer on it. We mail
2     them out to, you know, either previous
3     customers, you know, just a way to reach out
4     to customers, but it would just be an ad for
5     MyPillows --
6  Q. Okay.
7  A. -- whatever special we're running, so...
8  Q. Are there any instances where you would
9     put -- I don't know if it would be called a
10    mailer, but like an item inside of a pillow
11    shipment that you're sending out, like --
12 A. Yeah, we have a brochure that we put in
13    there.
14 Q. It's a brochure? Okay.
15    And does that also fall under your --
16 A. I work on those, yeah.
17 Q. Okay. And then what -- what kind of work do
18    you -- when you say, like, you have input on
19    the mailers and the brochures, is that
20    design, is that substance, is that logistics?
21 A. Less design. I'm not a design person. But
22    the offers themselves, making sure that the
23    offers match what we have on the website,
24    making sure the 800 number works, the promo
25    code works, everything is -- there's no

Page 19

1     errors on it type of thing. They might ask
2     my opinion in how it looks, but I'm not the
3     deciding factor on that.
4  Q. Who is the who who makes the decisions on
5     those type of --
6  A. In the end, Mike is going to make the final
7     decision. But Jessica, my fiancee, is more
8     of the design person.
9        And then we have a couple people that
10    actually do the design in Photoshop or
11    whatever, you know, we tell them what to do
12    and they create it.
13 Q. So like graphic design?
14 A. Yeah, like graphic design team so...
15 Q. Okay. But Mike Lindell will make the final
16    decision on kind of what --
17 A. Yeah, we wouldn't send a mailer out without
18    his final approval.
19 Q. Okay. And who comes up for the ideas for
20    the -- for the mailers?
21 A. Mostly Mike, I would say. He'll bounce ideas
22    around as far as offers and stuff with me and
23    Jess. Mostly just me and Jess.
24 Q. Okay. Do you own shares of MyPillow stock?
25 A. Yes.

Page 20

1  Q. Do you recall when you became a shareholder
2     in MyPillow?
3  A. The first shares I got were very -- I mean,
4     maybe I was 18. We did an infomercial in --
5     around -- around the infomercial time, which
6     is like, yeah, 15 years ago, maybe.
7  Q. Okay. And how many shares of MyPillow stock
8     do you own?
9  A. I actually don't know.
10 Q. Okay. Do you know how many shareholders
11    MyPillow has?
12 A. No, not an exact number.
13 Q. Okay. Do you know if there are shareholder
14    meetings?
15 A. There have been.
16 Q. About approximately how many shareholder
17    meetings do you recall?
18 A. Five, maybe. That's a pretty big guess.
19 Q. What -- what are the circumstances in which
20    there will be a shareholder meeting?
21 A. I'm not sure. We'll just get a -- I'll get a
22    thing saying, hey, we're having a shareholder
23    meeting, similar to -- yeah, I don't know
24    what brings them about.
25 Q. Okay. Do you recall, like, what's been

DARREN M. LINDELL                                              June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                          21–24

Page 21

1    discussed at the shareholder meetings?
2  A. Not really. It's been a while.
3  Q. Okay. I was going to say, do you recall the
4    most recent shareholder meeting?
5  A. It's been, I don't know, quite a few years,
6    so I'm not sure.
7  Q. Has there been any shareholder meetings since
8    the 2020 election?
9  A. Not that I'm aware of.
10 Q. And you also said you're a member of the
11    MyPillow board of directors --
12 A. Yeah.
13 Q. -- correct?
14        And you think you joined that
15    approximately eight years ago?
16 A. Yeah. Again, that's -- I -- that's
17    approximate.
18 Q. Okay. And how -- how that -- how did your
19    membership on the board come about?
20 A. I think probably around when I was promoted
21    to VP of operations, sort of a -- and they
22    just vote on it, I guess, and...
23 Q. Okay. Do you remember -- we talked briefly
24    about who else was on the board -- is on the
25    board.

Page 22

1        Do you recall who was on the board at
2    the time you joined?
3  A. I mean, do you want me to name people? I
4    recall a handful of them.
5  Q. Okay. Who do you recall?
6  A. Mike's on the board, Jessica was on the
7    board, Kim was on the board, our counsel at
8    the time was on the board. Two or three
9    people that I didn't know, but they're
10    outside of MyPillow.
11        I think that's -- there might have
12    been a few others that I can't recall.
13 Q. Okay. Between the time you joined the board
14    and the present, is there a regular cadence
15    to board meetings? Meaning, is it, like, are
16    there quarterly meetings, are there, you
17    know, biannual meetings? How long --
18 A. At least once a year.
19 Q. Okay. And have you -- has the board met once
20    a year at least for the last four years?
21 A. They haven't met this year. I'm trying to --
22    I can't recall if we met last year. But
23    before that, yeah, I believe we have.
24 Q. Okay. And when the board meets, do you meet
25    in person?

Page 23

1  A. Yes. Not everyone. Sometimes there's --
2    I've done a few over the phone, but mostly in
3    person.
4  Q. Mostly in person? Okay.
5        And are votes taken at board
6    meetings?
7  A. Yep.
8  Q. And what types of issues does the board vote
9    on?
10 A. A lot of the votes are people leaving the
11    board and coming on the board.
12        What other issues did we vote on? I
13    can't recall what we voted on.
14 Q. Do you -- do you recall the board voting on
15    anything other than board -- board members
16    leaving or resigning?
17 A. I'm sure there was. Recalling exactly what
18    we voted on, no, I don't know.
19 Q. Okay. So I want to look at an exhibit that
20    was previously marked as Exhibit 92.
21        MR. FREY: And, Chris, Julie is
22    going to send this to you.
23 BY MR. FREY:
24 Q. But it's previously marked as Exhibit 92,
25    Bates-labeled DEF030754.

Page 24

1        And I'll represent to you,
2    Mr. Lindell, that this is a copy of the
3    MyPillow corporate bylaws that were produced
4    to us in this litigation.
5  A. Okay.
6  Q. And if we look at page 4 of this document,
7    under Article 3, do you see it says, "Title,
8    board of directors," and then 3.01 is,
9    "Duties"?
10 A. Yep.
11 Q. Okay. Do you see the first duty there in
12    3.01(a) is that the board has -- or, I'm
13    sorry, not even to (a), just 3.01.
14        Do you see it says, "The board of
15    directors shall manage the business and
16    affairs of the corporation"?
17 A. Yep.
18 Q. And so as a board member, do you agree that
19    the MyPillow board of directors has the
20    authority to manage the business and affairs
21    of MyPillow, Inc.?
22 A. Yeah.
23 Q. And looking down at 3.01(a) --
24        THE COURT REPORTER: I'm sorry,
25    Chris, I saw your mouth moving --

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
25–28

Page 25

1    MR. KACHOUROFF:  I was just
2    getting ready to unmute it.  I don't have the
3    exhibit.  Can you just email them to me
4    en masse and that way I don't have to wait
5    for them?
6        MR. FREY:  Yeah, why don't we
7    take -- why don't we go off the record really
8    quick.
9        THE VIDEOGRAPHER:  We're going off
10   the record.  The time now is 9:42 a.m.
11       (Recess.)
12       THE VIDEOGRAPHER:  We are going
13   back on the record.  The time now is
14   9:48 a.m.
15   BY MR. FREY:
16   Q.  Okay.  Mr. Lindell, we're back on the record.
17       Sorry about that, just a logistical issue.
18   A.  Yep.
19   Q.  Have you had the time now to look over this,
20       what was previously marked as Exhibit 92, the
21       bylaws for MyPillow?
22   A.  Yeah, a bit.
23   Q.  And do you -- do you recognize this document?
24   A.  No.
25   Q.  Have you seen this document before?

Page 26

1    A.  No.
2    Q.  Do you see -- we were looking at the duties
3        of the board on page 4 under Article 3.
4    A.  Yep.
5    Q.  And do you see there in 3.01(a) it states
6        that, "The board has the power to borrow
7        money for the corporation"?
8    A.  Yep.
9    Q.  How does the board decide whether MyPillow
10       should borrow money?
11   A.  I don't know.
12   Q.  Do you recall any instances in which the
13       board discussed --
14   A.  Not that I remember, no.
15   Q.  Do you recall any instances in which the
16       board voted on whether or not MyPillow should
17       borrow money?
18   A.  MyPillow should borrow money from --
19   Q.  Any --
20   A.  Oh, no, not that I recall.  No.
21   Q.  Okay.  If you go down to 3.01(b), you'll see
22       that it states, "The board has the duty and
23       power to enter into contracts necessary or
24       appropriate for the conduct of affairs of the
25       corporation."

Page 27

1        Do you see that?
2    A.  Where are you at?
3    Q.  3.01(b).
4    A.  Yep, yep.
5    Q.  Do you see that?
6    A.  Yep.
7    Q.  Okay.  Do you recall any instances in which
8        the board has ever decided to enter into a
9        contract on behalf of MyPillow?
10   A.  No, I don't recall anything.
11   Q.  Do you recall any instances in which the
12       board has ever decided to enter into
13       advertising arrangements or contracts on
14       behalf of MyPillow?
15   A.  I don't recall the board ever doing that, no.
16   Q.  And so fair to say you don't recall the board
17       ever voting on whether to enter into an
18       advertising contract on behalf of MyPillow?
19   A.  No, I don't recall that.
20   Q.  When the board does meet, who -- who calls
21       the board meetings?
22   A.  Who officially calls them?  I'm not sure.
23       I'm not sure how they're set.
24   Q.  Okay.  How are you made aware of when --
25   A.  I get an email --

Page 28

1    Q.  Okay.
2    A.  -- board meeting, you know, just a calendar
3        invite.
4    Q.  Okay.  Who does that invite usually come
5        from?
6    A.  Usually legal.  So I think currently that's
7        Doug Wardlow.
8    Q.  Okay.  And when you get the invite for the
9        meeting, is there an agenda provided?
10   A.  We get a hard copy when we get there.  I
11       don't know if it's in the email.  It might
12       be.
13   Q.  Okay.  But you do receive an agenda when
14       you --
15   A.  Yep.
16   Q.  -- arrive for the board meeting?
17       And are those also prepared by legal?
18   A.  I believe so, yeah.
19   Q.  And when the board meets, who -- who leads
20       the board meetings?
21   A.  Legal, and then it's sort of just tossed
22       around to each person who needs to speak, who
23       is on the agenda, and then Mike will do his
24       thing.
25   Q.  Okay.  When you say, "Mike will do his

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
29–32

Page 29

1  thing," could you expand?  What do you mean
2  by that?
3  A.  He's just going to go over what's going on in
4     the company and what -- he's -- he knows the
5     most.  You know, we're all in our corners
6     doing our things, and he's going to give more
7     of a bird's-eye view what's -- what's going
8     on.
9  Q.  Have you ever presented at a board meeting?
10 A.  Presented?
11 Q.  Like --
12 A.  Yeah, I mean, I've had to share how things
13    are going in certain departments or where we
14    could do things better or, you know, stuff
15    like that.
16 Q.  Okay.  Is that typically related to kind of
17    operational --
18 A.  It's all operational-based.  So, yeah, if
19    it's, you know, post-holidays, I actually
20    have a, hey, here's what was tough during the
21    holiday season, here's how we could get
22    better, that type of thing.
23 Q.  And do you report on the financial aspects of
24    how the company is doing?
25 A.  Me?  No.

Page 30

1  Q.  Okay.  Who is responsible for that?
2  A.  Who is that now?  It was Kim Rasmussen, and
3     then Mark Schabert, and then -- I mean, as of
4     right now, we just -- I don't know who would
5     be doing it right now, as far as on the board
6     because, Mark Schabert isn't working for us
7     so...
8  Q.  And who is Mark Schabert?
9  A.  He was our controller for a period of time.
10 Q.  Okay.  And is it fair to say that now the
11    person who is responsible for that isn't
12    on -- isn't a board member?  Or are you
13    just -- you're not aware of who that person
14    is?
15 A.  I'm not aware of who would be filling that
16    role --
17 Q.  Okay.
18 A.  -- on the board at least.  I don't know -- I
19    don't know if they're -- I don't know what
20    the plan is for that.
21 Q.  Okay.
22 A.  Mark left, so...
23 Q.  And when did Mark leave?
24 A.  A year ago maybe.  Maybe a little longer, a
25    year and a half.

Page 31

1  Q.  And are you aware of whether anyone takes
2     minutes of the board meetings?
3  A.  Yes, we do take minutes.
4  Q.  Who is responsible for that?
5  A.  Again, it was Jennifer Pauly.  She also no
6     longer works for us.  So at the next board
7     meeting, there will be someone else taking
8     minutes.
9  Q.  But previously it was Jennifer Pauly?
10 A.  Yes.
11 Q.  And what was her position?
12 A.  At MyPillow, she was the head of IT.  And I
13    don't know if she always did it.  There might
14    have been other people who did it, but that's
15    who I remember recently.
16 Q.  Okay.  And is -- are those minutes then
17    circulated to the board members after the
18    meeting?
19 A.  Correct.
20 Q.  And how do those get circulated?
21 A.  Email, I believe.
22 Q.  And at the board meetings, I know we talked
23    about this a little bit, but does the board
24    have a formal decision-making process?
25 A.  As far as, yeah, just votes, yea or nay.

Page 32

1  Q.  And just describe for me how that works.
2     Will someone, like, introduce a resolution
3     and then you go around and vote on it, or
4     what's the process?
5  A.  Someone will, you know, discuss, we'll get to
6     a point where someone then -- I forget what
7     the phrase is.  They sort of throw out the
8     question.  And then everyone says yea.  And
9     if anyone says nay, then, I guess, then you
10    do a -- figure out the majority or whatnot.
11    But we -- it's all sort of at the same time.
12 Q.  Okay.  Do you recall any instances in which
13    there was a nay vote?
14 A.  I do not recall any, no.
15 Q.  And so then if the votes are all yea, then
16    the proposed action will be adopted and --
17 A.  Yeah, whoever did it will -- maybe it's
18    like -- I'm pretty sure there's an, "I second
19    that," type thing goes on, too, so -- but
20    then, yeah, it's implemented, I guess.
21 Q.  And who -- who is the person who typically
22    introduces the resolutions?
23 A.  Usually it was legal.
24 Q.  Okay.  Have you ever voted nay on any
25    proposed action?

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
33—36

Page 33

1  A. I do not recall ever voting nay, no.
2  Q. Okay. I want to look briefly at --
3        MR. FREY: Did we send this to
4    Chris?
5        MS. LOFTUS: Yes.
6  BY MR. FREY:
7  Q. This is a document that was previously marked
8    as Exhibit 93.
9  A. Do you want 92 back?
10 Q. You can set it to the side.
11 A. Okay.
12 Q. And you'll see that this is a printed copy of
13   Mike Lindell's book.
14 A. Yes.
15 Q. Do you recognize this? What Are The Odds? --
16 A. I do.
17 Q. -- From Drug Addict to CEO?
18       And you can feel free to flip through
19   it and make sure it's accurate, but I want to
20   just look at a certain section of it.
21 A. Okay.
22 Q. I'm not going to quiz you on the whole thing.
23       But if you could turn to page 367.
24   And you'll see in the bottom right-hand
25   corner there's little Bates numbers.

Page 34

1  A. Oh, okay. Gotcha. So the last three digits
2    there?
3  Q. Yeah, the last three digits, 367.
4        MR. KACHOUROFF: Which exhibit are
5    we on?
6        MR. FREY: We are on what was
7    previously marked as Exhibit 93, Chris.
8        MR. KACHOUROFF: Got it. Okay.
9        MR. FREY: And we're looking at
10   page 367, which is the beginning of
11   Chapter 43 of the book.
12 BY MR. FREY:
13 Q. You can take your time, read just the first
14   page there. And let me know when you're
15   ready.
16 A. (Reviews document.) Just these ones?
17 Q. Yeah.
18 A. Yeah, I get the gist.
19 Q. Okay. All right. Do you see here
20   Mike Lindell is discussing kind of his first
21   meeting with former President Trump and then
22   returning to a MyPillow board meeting?
23 A. Yep.
24 Q. Okay. And Mike Lindell says that he came
25   back to the board and reported that, you

Page 35

1    know, he's going to go all in to help him get
2    elected.
3        Do you see that?
4  A. Yes.
5  Q. Okay. And were you present at this board
6    meeting?
7  A. I believe I was, yes.
8  Q. And do you recall the discussion around
9    Mike Lindell's decision to go all in to help
10   President Trump get elected?
11 A. Yeah, I vaguely remember it, this -- reading
12   this.
13 Q. Okay. And at the bottom of the page, he
14   writes that his attorney strongly advised him
15   at the board meeting against going public,
16   because it would cost MyPillow dearly.
17       Do you see that?
18 A. Yep.
19 Q. And do you recall that interaction?
20 A. No. I mean, I don't recall the -- I don't
21   doubt it happened. I would -- but I don't --
22   I don't remember it exactly, how it went
23   down, but, yeah.
24 Q. Okay. Do you recall if anyone else at the
25   board meeting expressed concerns?

Page 36

1  A. No, I don't recall that.
2  Q. And did the board -- do you recall if the
3    board then continued to discuss whether
4    Mike Lindell should -- should go all in and
5    support the candidate -- then-candidate Trump
6    for president?
7  A. No, I don't -- I don't recall the details of
8    the discussion or how long it was or anything
9    like that.
10 Q. Do you recall if the board took any vote on
11   the issue related to Mr. Mike Lindell
12   supporting then-candidate Trump for
13   president?
14 A. I don't recall a vote.
15 Q. Do you recall if the board considered any
16   propositions or resolutions related to the
17   Trump campaign?
18 A. Not that I recall.
19 Q. Okay. Do you recall if any board member
20   introduced any resolutions about the 2016
21   election or who to support?
22 A. Not that I recall, no.
23 Q. You can set the book aside --
24 A. Oh, okay.
25 Q. -- we're done with it for now.

DARREN M. LINDELL                                          June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                        37–40

Page 37

1    Has the board of MyPillow ever
2    discussed distancing MyPillow from
3    Mike Lindell's political activities?
4  A. Not that I recall.
5  Q. Has the board ever voted on distancing
6    MyPillow from Mike Lindell's political
7    activities?
8  A. Not that I recall.
9  Q. And you testified earlier that the board does
10    vote on certain issues, right?
11  A. Yes.
12  Q. Does -- do board members discuss with one
13    another prior to a vote how they're intending
14    to vote?
15  A. Not that I recall. I've never. I mean, a
16    lot of things we don't know what we're going
17    to be voting on, so...
18  Q. Does -- does Mike Lindell ever tell other
19    board members how he intends to vote on a
20    particular issue before the vote is called?
21  A. Not that I've recalled, no.
22  Q. Do you recall any instances in which
23    Mike Lindell voted one way on an issue, but
24    was overruled by the board?
25  A. Not that I recall.

Page 38

1  Q. So for the most part, is it fair to say that
2    kind of the direction that Mike Lindell wants
3    to go is the direction that the board will
4    follow?
5        MR. KACHOUROFF: I'm going to
6    object to the question. Whether it's fair to
7    say is not even relevant.
8  BY MR. FREY:
9  Q. You can answer.
10  A. Gotcha. I don't think that's the case
11    always, you know. I think he is the runner
12    of the company, I mean, he -- so usually his
13    vision is what we want to do. But I don't
14    think anyone is afraid to say, you know,
15    let's not do that.
16        I mean, as you saw, the corporate
17    attorney spoke up in that instance, so...
18  Q. Do you recall any other instances where
19    someone has spoken up and disagreed?
20  A. Not specific instances, but we don't always
21    agree, so...
22  Q. And when there's disagreement, do you recall
23    any instances where the opposite direction of
24    the direction Mike Lindell wants to go is the
25    direction that the company goes?

Page 39

1  A. Specific instances, no.
2        THE COURT REPORTER: I'm sorry,
3    Chris, did you object there?
4        MR. KACHOUROFF: I did. Just
5    objection to form. Sorry about that.
6  BY MR. FREY:
7  Q. You don't recall any specific instances.
8        Do you recall generally any
9    instances?
10  A. I mean, that we've decided to do something
11    that he at first didn't want to do? I'm sure
12    there's lots of those.
13  Q. Or vice versa.
14  A. An official vote, I don't recall anything
15    like that.
16  Q. And can you give me any examples of any of
17    what those instances would have been?
18  A. I mean, it could as little as pricing of a
19    product. It could be, you know, buying a
20    machine. I don't know. Anything like that.
21  Q. How about in the area of marketing, do you
22    recall any instances in which MyPillow, via
23    the board, disagreed with a marketing
24    strategy that Mike Lindell had?
25  A. I don't recall any.

Page 40

1  Q. And by "marketing," I mean advertisements and
2    promotions and that kind of thing.
3  A. Yeah, yeah.
4  Q. Just to make sure that you understood what I
5    meant by marketing.
6  A. Like TV ads or radio ads, that kind of stuff.
7    No, I don't recall anything with the board
8    doing anything like that, no.
9  Q. This is an odd question, but just for the
10    record, how do you know Mike Lindell?
11  A. I'm his son.
12  Q. Okay. And not getting into your familial
13    relationship, but I want to talk about your
14    business relationship --
15  A. Yep.
16  Q. -- with Mike Lindell as the COO and board
17    member of MyPillow.
18        How often do you discuss business
19    issues with Mike Lindell?
20  A. Often.
21  Q. Daily?
22  A. Daily, yes.
23  Q. Okay. And how do you most often communicate?
24  A. I'd say phone call.
25  Q. Okay. Do you also text?

DARREN M. LINDELL                                           June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                            41—44

Page 41

1  A. Yep.
2  Q. Do you ever email?
3  A. Occasionally. It's less than text.
4  Q. Okay. And do you use any other chat
5     functionalities, like a WhatsApp or Signal or
6     any of those --
7  A. No.
8  Q. -- to communicate with Mike Lindell?
9  A. Not with Mike, no.
10 Q. And when -- you know, you said you
11    communicate with him almost daily.
12        What types of issues are you
13    discussing?
14 A. Operation issues. So, you know, when product
15    is getting in, when we're getting stuff on
16    the website, how -- is shipping behind, do we
17    need to move labor around. All sorts of just
18    operational discussions is mostly what it is.
19 Q. Okay. And does -- does Mike Lindell seek
20    your advice regarding the business operations
21    of MyPillow?
22 A. Yeah, I think he values my opinion, I guess.
23 Q. And -- and those issues are the kind of
24    issues we just talked about, so like shipping
25    or the laborers and --

Page 42

1  A. Customer service.
2  Q. -- customer service?
3  A. Yeah, yeah.
4  Q. Okay. Does Mike Lindell ever seek your
5     advice regarding the marketing of MyPillow?
6  A. Again, maybe he'll send me a commercial and
7     say, "What do you think?" The mailer, like I
8     spoke on, I do work with that a bit, so that
9     one would be one.
10        Outside of that, not much, no.
11 Q. Does Mike Lindell ever seek your advice
12    regarding his theories on election fraud?
13 A. My advice? No.
14 Q. Does he ever seek your opinion?
15 A. Not really, no, not my opinion.
16 Q. Do you ever discuss the 2020 election with
17    Mike Lindell?
18 A. He might discuss it in a conversation, but I
19    don't -- it's not a lot of back-and-forth
20    between the two of us on election stuff.
21 Q. Okay. So is it fair to say that you haven't
22    really -- you don't really provide him with
23    your opinions about it?
24 A. Yeah, I don't bring him my opinions on
25    politics and stuff.

Page 43

1  Q. Okay. And when -- when he discusses with you
2     his -- his opinions or his views on the 2020
3     election, what does he tell you?
4  A. It could be lots of things. What does he
5     tell me? That he -- what -- do you have a
6     more specific question?
7  Q. Sure. I mean, does he -- have you ever
8     discussed Smartmatic and its role in the 2020
9     election with Mike Lindell?
10 A. Smartmatic? He doesn't like machines,
11    speaking about Smartmatic and Dominion.
12 Q. So he discusses with you just negative --
13 A. It's like -- you know, it's not like he's
14    coming to me and saying, hey, let's talk
15    about Smartmatic. It's just maybe like --
16    I'm not even sure if we talk about it versus
17    I just see him on something yelling about
18    them or something --
19 Q. Okay.
20 A. -- so...
21 Q. Okay. Switching gears just a little bit?
22    For right now, I want to talk about
23    Lindell Management.
24 A. Okay.
25 Q. Are you familiar with an entity called

Page 44

1     Lindell Management?
2  A. Yes.
3  Q. Okay. And what is Lindell Management?
4  A. It's a -- I might describe it wrong. I don't
5     know. It's a group of employees that work
6     for Mike, I would guess, and do things for
7     him.
8  Q. Okay. Have you ever been employed by
9     Lindell Management?
10 A. No.
11 Q. Have you ever worked on any projects for
12    Lindell Management?
13 A. Not that I recall, no.
14 Q. Fair to say you've never received
15    compensation from Lindell Management?
16 A. I don't recall any, no.
17 Q. Do you know who the officers of
18    Lindell Management are?
19 A. No. I -- I think Sarah Cronin is one, but I
20    could be wrong. She's chief of staff. Is
21    that an officer? I don't know.
22        There might be a bunch that don't
23    even work in Minnesota, so I have no idea who
24    works at Lindell Management.
25 Q. And do you have an understanding of the

DARREN M. LINDELL                                          June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                       45–48

Page 45

1    purpose of Lindell Management?
2  A.  No.  I don't -- it's a Mike thing.  I don't
3     work there, so I don't know.
4  Q.  Okay.  And in your work for MyPillow,
5     have you ever needed to work with
6     Lindell Management?
7  A.  There are people there that work at
8     Lindell Management.  Have we done something
9     together?  I don't recall anything.  I feel
10    like maybe, but I don't --
11 Q.  Who are the people at MyPillow who work for
12    Lindell Management?
13 A.  Sarah Cronin does, Cindy Taylor, I believe,
14    and Katelyn Gamlin.
15 Q.  And what is Cindy Taylor's job at MyPillow?
16 A.  She doesn't work at MyPillow.  She works at
17    Lindell Management.
18 Q.  Oh, I'm sorry.  I misunderstood.  I thought
19    you were saying there were people at MyPillow
20    who also worked at --
21 A.  Oh, no.  Not that I'm aware of, no.  You're
22    either in one or the other, you're not
23    working at both.
24 Q.  Okay.  So going back to discussions about the
25    2020 election, are you aware that immediately

Page 46

1     following the 2020 presidential election,
2     Mike Lindell started making public
3     appearances in which he stated the 2020
4     election was rigged and that Donald Trump was
5     the rightful winner?
6  A.  Yes.
7  Q.  Did Mike Lindell discuss with you at that
8     time his views about what had happened in the
9     2020 election?
10 A.  Me directly, I don't recall that
11    specifically, but I know his views.
12 Q.  And how do you know his views?
13 A.  He's pretty open with his views.
14 Q.  Just from --
15 A.  Yeah, just from -- I mean, he's -- yeah, I
16    don't know, he -- like you said, he talks
17    about it.
18 Q.  Okay.  So you're aware that following the
19    2020 election, Mike Lindell appeared on
20    podcasts sharing his views about what had
21    occurred?
22 A.  Podcasts, I don't know.  I mean, I don't
23    recall him being specifically on any
24    podcasts.
25 Q.  Okay.  Are you aware that he attended

Page 47

1     rallies?
2  A.  Yes.
3  Q.  Are you aware he attended the March for Trump
4     bus tour?
5  A.  I wouldn't know that that -- specifically
6     that he toured or he went with that event.
7  Q.  Okay.
8  A.  I don't know what that is.
9  Q.  So I'm going to show you a new document here.
10        MR. FREY:  Chris, this is Tab 24.
11    And this will be Exhibit 659, I believe.
12        (Exhibit 659 marked.)
13 BY MR. FREY:
14 Q.  You can see here this first page of
15    Exhibit 659 is what's called Page Vault, so
16    it's a way to archive web pages.
17 A.  Okay.
18 Q.  And so you'll see here that the captured URL
19    was the trumpmarch.com website.
20 A.  Okay.
21 Q.  Okay?
22 A.  Yep.
23 Q.  And do you see on the first page there's an
24    image of the -- it says, "March for Trump bus
25    tour," and then there's a picture of a bus;

Page 48

1     do you see that?
2  A.  Yeah.
3  Q.  And do you see that right below the
4     driver's-side window there's a MyPillow --
5  A.  Yep.
6  Q.  -- spot?
7         Were you aware that there was a
8     MyPillow advertisement placed on the
9     March for Trump bus?
10 A.  No, I wasn't.  I don't -- again, what they do
11    in the advertising is sort of not something
12    I'm focused on, so...  I mean...
13 Q.  So you weren't aware, at the time that this
14    was happening, that the MyPillow ad was on
15    the bus?
16 A.  No.
17 Q.  Did -- do you recall any board discussions
18    about the MyPillow logo being placed on
19    the -- on the bus?
20 A.  No.  No.
21 Q.  Do you know who made the decision to place
22    the MyPillow logo on the March for Trump bus?
23 A.  I wouldn't know.
24 Q.  No?
25 A.  No, I wasn't involved in it, so I don't know

Page 49

1   who did it.
2   Q.  Okay.  And if you -- if you weren't involved,
3       and it's fair to say that you wouldn't have
4       taken any action as the COO of MyPillow in
5       response to the logo being placed there?
6   A.  No.  I mean, it's a logo on a bus.  Is that
7       bad?  We sponsor lots of things, I assume.
8   Q.  I'm sorry?
9   A.  We sponsor a lot of different advertising,
10      so...
11  Q.  And who --
12  A.  It wouldn't -- like if I was, Oh, why is
13      there a logo, I wouldn't have -- it wouldn't
14      have raised an alarm bell with me.
15  Q.  Okay.  And you're not aware of it raising
16      alarm bells with anyone else on the board?
17  A.  No.  I'm not aware of that, no.
18  Q.  Okay.  Are you aware that beginning in
19      February 2021, Mike Lindell published a
20      series of documentaries related to the
21      outcome of the 2020 presidential election and
22      the role of voting machines?
23  A.  I'm aware of those, yes.
24  Q.  Were you involved at all in the publication
25      of those documentaries?

Page 50

1   A.  No.
2   Q.  Did you know Mike Lindell was going to
3       publish those before he did so?
4   A.  I don't recall knowing before.  Yeah, I don't
5       recall knowing then, in advance or anything
6       like that, no.
7   Q.  Did the -- did -- were there any board
8       meetings or discussions around the
9       documentary series?
10  A.  His documentaries?  No.
11  Q.  So the -- the first documentary was called
12      Absolute Proof.
13          Do you recall that?
14  A.  I've heard of it, yeah.
15  Q.  Okay.  And have you watched Absolute Proof?
16  A.  No.
17  Q.  So we're going to play a short clip from the
18      beginning of the Absolute Proof documentary.
19      We'll go off the record really quick and set
20      it up.
21  A.  Okay.
22          THE VIDEOGRAPHER:  We are going
23      off the record.  The time now is 10:16 a.m.
24          (Recess.)
25          THE VIDEOGRAPHER:  We are going

Page 51

1   back on the record.  The time now is
2   10:17 a.m.
3   BY MR. FREY:
4   Q.  Okay.  So, Mr. Lindell, we've cued up a clip
5       of a snippet from the Absolute Proof
6       documentary.
7           MR. FREY:  For the court reporter,
8       this was previously marked as an exhibit at
9       the deposition of Mike Lindell.  We will get
10      you the number that it was.
11          So my colleague Julie will play that
12      now.
13          (Exhibit 669 marked.)
14          (Video playing.)
15          MIKE LINDELL:  "Hello everyone,
16      this is Mike Lindell, the CEO of MyPillow.
17      As you all know, I have been attacked the
18      last month relentlessly on social media, by
19      newspapers, by TV shows, by -- you name it,
20      I've been attacked."
21          (Video stopped.)
22  BY MR. FREY:
23  Q.  And you said you haven't seen that before?
24  A.  I've maybe seen clips of it, but I haven't
25      watched the whole documentary.

Page 52

1   Q.  Okay.  And you see there that at the start of
2       the Absolute Proof documentary, Mike Lindell
3       introduces himself as the CEO of MyPillow?
4   A.  Yeah.
5   Q.  And are you aware or familiar with the
6       content of that documentary?
7   A.  Generally, yeah.
8   Q.  Are you aware that he and his guests claim
9       that the election, the 2020 election, was
10      rigged, in that documentary?
11  A.  I mean, I haven't watched it, but if you
12      watched it and that's what you're saying,
13      then sure.
14  Q.  Are you aware that Mr. Lindell, or
15      Mike Lindell, and his guests also say or
16      claim that the Smartmatic Core was what was
17      used to rig the 2020 election?
18  A.  Again, I'm not aware of that myself.  I
19      didn't -- I didn't watch it, so...
20  Q.  Okay.  And, again, as a -- as a MyPillow
21      board member, did you ever have any
22      discussions with other MyPillow board members
23      regarding the content and publication of the
24      Absolute Proof documentary?
25  A.  Not that I'm aware of, no.

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
53–56

Page 53

1  Q. Are you aware that Mike Lindell also appeared
2     on different shows to promote his documentary
3     Absolute Proof?
4  A. I wasn't aware of that, but it would make
5     sense.
6  Q. Okay. So I want to show you one, and I'll
7     represent to you that Mike Lindell appeared
8     on Steve Bannon's podcast, War Room, on
9     February 6th, 2021, so the day after the
10    documentary was released.
11 A. Okay.
12 Q. I'm just going to play you a bit of that now.
13    And this was previously marked as an exhibit.
14        (Exhibit 670 marked.)
15        (Video playing.)
16        STEVE BANNON: "Okay, we're
17    honored to have as our guest America's number
18    one honey badger. That would be
19    Mike Lindell, CEO of MyPillow, also
20    MyCompany, and I think to his heart, most
21    importantly, the Lindell Recovery Center,
22    which is a biblically-based, Christian-based
23    recovery center" --
24        THE COURT REPORTER: I'm sorry,
25    Julie, I can't hear it. If you want it taken

Page 54

1  down for the record, we need to start over
2  and play it louder, because I can't hear it.
3        MS. LOFTUS: It doesn't -- I don't
4  think it goes any louder.
5        THE COURT REPORTER: Okay. Will
6  you be providing it to me so I can transcribe
7  it from what you've provided?
8        MS. LOFTUS: That's fine.
9        THE COURT REPORTER: Okay.
10       MR. FREY: Yes, yes.
11       THE COURT REPORTER: Okay. Thank
12 you.
13       (Video playing.)
14       STEVEN BANNON: -- "for people
15 that are -- have issues with drugs and
16 alcohol.
17       "I want also to reiterate to
18 Dominion, we've reached out to them, any
19 time, any place, we would love to have them
20 come on the show either with Mike Lindell or
21 just by themselves to counter what Mike
22 Lindell is putting out.
23       "Any -- any spokesmen for them or any
24 executives, we would love to have you guys on
25 here, because this -- this has got to get

Page 55

1  sorted.
2       "This is another thing I talk about,
3  this great wound of November 3rd, this has to
4  get sorted. And now Mike Lindell has offered
5  up to do it live on global media, whatever
6  that global media is, BBC, Guardian, all of
7  them, getting a room and he will go through
8  frame by frame his film with his backup --
9  with his evidence and other backup evidence
10 and have the -- the guys challenge that, or
11 eventually I guess he's going to sue you.
12       "Mike, just one thing on your
13 business and the Recovery Network, I mean,
14 they've tried to put you out of business, the
15 big boxes, et cetera. Since you released
16 this atomic -- information atomic weapon
17 on -- on Friday, and it's been refuted by
18 the -- and, you know, all your -- all your --
19 all your opponents and guys in the media have
20 been -- this has been met with derision,
21 right?
22       "They're saying it's all wrong, it's
23 all fiction, he's got a bunch of nut cases up
24 there on TV with him. A New York Times
25 columnist refers to it as Mike Lindell's

Page 56

1  fever dream.
2       "So have -- has any other pressure
3  come on your business since this launch
4  yesterday at 10:00 a.m. on One America News?
5  Have you had any additional pressure, big-box
6  suppliers, vendors, ad agencies? What has
7  happened with your business or the
8  Recovery Network since you launched this?"
9       MIKE LINDELL: "Well, the -- the --
10 we've had -- we've had churches that actually
11 were going to come onboard the Lindell
12 Recovery Network, but there -- there has
13 been, all of the sudden they don't answer our
14 calls. But that's -- you know, they're just
15 afraid of cancel culture.
16       "And my employees know -- I want to
17 tell you this, all my employees have just
18 stepped it up, and one of them even said,
19 Mike, why don't you -- you're going on a show
20 today, use promo code Proof.
21       "So if you want, any -- any of the
22 listeners out there, if you want to use promo
23 code Proof, save up to 66 percent off of
24 stuff at mypillow.com.
25       "My employees, we're up to 27 -- over

DARREN M. LINDELL                                      June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                   57—60

Page 57

1      2,700 now, we're getting busier, but they
2      keep canceling out and you're" --
3             (Video stopped.)
4   BY MR. FREY:
5   Q.  Do you recognize that as Mike Lindell on --
6   A.  Yeah.
7   Q.  And did you hear there at the -- at the end
8      of that clip, Mike Lindell introduced a promo
9      code that could be used?
10  A.  Yeah.
11  Q.  And can you explain to me what the promo
12     codes are?
13  A.  Promo codes are used to get a discount price
14     on our website.
15  Q.  Okay.  And so, essentially, a promo code then
16     is helping sales of MyPillow products?
17  A.  It's helping the customer get a better price,
18     so I mean...
19  Q.  It's a promotional --
20  A.  Yeah, yeah, it's a promo code.
21  Q.  And who develops the -- the promo codes?
22  A.  Who develops them?
23  Q.  Or who comes up with the various promo codes
24     that are used by MyPillow?
25  A.  Well, it depends what avenue the

Page 58

1      advertisement is in.  I mean, there's radio
2      codes, there's TV codes, there's Google
3      analytic codes, there's Facebook codes.
4             So we have thousands of different
5      promo codes out there, just to track where
6      sales are coming from.
7   Q.  Do you know who would have come up with this
8      promo code proof that was aired on --
9   A.  I'm not aware of who came up with that.
10  Q.  -- War Room with Steve Bannon?
11            I'm sorry?
12  A.  I'm not aware of that, no.
13  Q.  Are you aware of who would have approved the
14     use of the promo code?
15  A.  Who would have approved it?  I mean, I -- I
16     don't know who did that code.  I'm not aware
17     of who set it up or made it or requested it
18     or any of that, so...
19            I wasn't involved in any of that.
20  Q.  Do you agree with Mike Lindell on the
21     Steve Bannon podcast there linking the
22     MyPillow promo code to the promotion of the
23     documentary claiming the 2020 election was
24     rigged?
25  A.  The linking?  Because of the word "proof"?

Page 59

1   Q.  Well, matching them up, like so -- like
2      using -- placing the promo code on that
3      podcast and making it -- targeting it to
4      persons who are viewing this documentary.
5   A.  Oh.
6             MR. KACHOUROFF:  Objection to
7      form.
8             You can answer if you know.
9             THE WITNESS:  I don't -- yeah, I
10     don't know.
11            What was the question again?
12  BY MR. FREY:
13  Q.  Whether you agree with -- with using that --
14  A.  Agree with using the word "proof"?
15  Q.  -- using a promo code --
16  A.  I don't -- I don't think it really mattered
17     what the code was.  He gives a code on Bannon
18     every day, I believe, so...
19            It's just so you can track where the
20     sales are coming from, so...
21  Q.  I'm not -- I'm not talking about the word
22     that was used for the code.
23  A.  Yeah.
24  Q.  But more that the -- that the code was -- was
25     tied to the promotion of the documentary

Page 60

1      Absolute Proof.  It could have been -- the
2      word of the code itself could have been
3      anything.
4   A.  Gotcha.  I mean, I don't know -- so he went
5      on a podcast that he goes on a lot, promoted
6      his new video documentary, and then also sold
7      pillows, so I don't -- I don't know.  I don't
8      see an issue with talking about multiple
9      subjects.
10  Q.  And -- but you would agree, then, that he was
11     going on this show to -- to both promote the
12     pod -- or to promote the documentary and to
13     sell MyPillow products?
14  A.  I would say he talked about, yeah, multiple
15     things, yeah.
16  Q.  Are you aware of the board ever discussing
17     this kind of connection between the MyPillow
18     promo codes and the Absolute Proof
19     documentary?
20  A.  No, not that I recall.
21  Q.  I want to watch another one here.  I'll
22     represent to you that Mike Lindell appeared
23     on the Pete Santilli show on February 24th,
24     2021.  We are going to play a clip from that
25     show, which was previously introduced as an

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
61–64

Page 61

1  exhibit during Mike Lindell's deposition.
2       (Exhibit 671 marked.)
3       (Video playing.)
4       MIKE LINDELL: "You guys, I
5  want every -- I want everybody to know, I'm
6  not going after just them and Smartmatic. I
7  want to go after Twitter, Facebook,
8  Wikipedia, all the media, the media giants,
9  you know, all these giants that are behind
10  mainstream media.
11       "This problem runs so deep, and this
12  cancel culture and all this, but it's not
13  just Dominion it's -- and not just Smartmatic
14  and not just the machine. Look at what
15  they're doing. They're all part of this
16  attack on our country.
17       "I mean, mainstream media, they have
18  not had me on. Are you kidding? That should
19  have been the biggest news in history or one
20  of the biggest on February 5th with all this
21  new evidence I had that I came out and showed
22  that this is an attack by another country on
23  our country. Whether you're a Democrat or
24  Republican, you should be worried. My" --
25  (unintelligible) -- "are going, This isn't

Page 62

1  the Democrats in power right now. They're
2  squishing us, they're canceling us out.
3       "In a year from now, you wouldn't
4  even know we have a country, because nobody
5  will be able to communicate. That's the
6  first thing they're doing is taking away our
7  communications."
8       PETE SANTILLI: "That's right.
9  That's right. And these attacks upon you
10  personally and -- we're going to separate it,
11  because there are two different entities.
12  You let your employees know at mypillow.com
13  that it's up to We the People that a
14  company like Bed Bath & Beyond has said that
15  I can't pull my wallet out and buy a MyPillow
16  at Bed Bath & Beyond. They're stopping me
17  from making that purchase.
18       "Well, guess what? We the People are
19  going to go around it, because that's the
20  fuel that is necessary in a free-market
21  economy to keep Americans employed so that we
22  can pursue the truth, and it's a huge truth.
23       "And, sir, let your employees know,
24  we stand behind your company. We stand
25  behind you. We're not going to back down.

Page 63

1  We're never going to give in. We thank you
2  for everything you're doing. Thank you.
3  Thank you, sir."
4       MIKE LINDELL: "Well, thank you.
5  And my employees thank you all. God bless
6  you. God bless you.
7       PETE SANTILLI: "Thank you. God
8  bless you, too. Stay strong, Mike. Thank
9  you very much for taking the time out. I
10  really appreciate it. All right. Thank you.
11       "All right, you guys. All right.
12  I've been telling you that this is that
13  moment in time where it's not just calling
14  upon Mike Lindell to do all the work on our
15  behalf.
16       "This is that moment in time in our
17  nation's history where each and every one of
18  us can do our part to expose the truth. You
19  should be invigorated and energized. You
20  heard it right here on the Pete Santilli
21  show. He's going on the offensive."
22       (Commercial playing.)
23       MIKE LINDELL: "Hello, I'm
24  Mike Lindell, and as you know, my passion is
25  to help each and every one of you get the

Page 64

1  best sleep of your life. That's why I
2  created my new Giza Dreams bed sheets. I
3  started by using the world's best cotton
4  called Giza. It's only grown in a region
5  between the Sahara Desert, the Mediterranean
6  Sea, and the Nile River. It's ultra soft and
7  breathable, but extremely durable. My Giza
8  sheets also include full 21-inch wide
9  pillowcases that will fit over any pillow and
10  deep-pocket sheets the will fit over any
11  mattress. The first night you sleep on my
12  sheets, you'll never want to sleep on
13  anything else."
14       UNIDENTIFIED SPEAKER: "Go to
15  mypillow.com or call the number on your
16  screen right now to get your very own
17  MyPillow Giza Dream sheets. Giza Dream
18  sheets are available in a variety of colors.
19  Use the promo code and Mike will give you two
20  for one low price and free shipping. That's
21  right, get two for one low price, plus free
22  shipping.
23       "For the best night's sleep in the
24  whole wide world, visit mypillow.com."
25       (Video stopped.)

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
65–68

Page 65

1  BY MR. FREY:
2  Q.  Okay.  Did you recognize Mike Lindell on that
3    Pete Santilli podcast?
4  A.  Yes.
5  Q.  And did you hear at the beginning
6    Mr. Mike Lindell stated that he -- you know,
7    he's not just attacking Smartmatic, he's
8    attacking others too, but --
9  A.  Yep, I heard that, yeah.
10  Q.  -- discussed attacking Smartmatic?
11         And Mike Lindell also spoke about
12    cancel culture and this -- his kind of false
13    election campaign's impact upon his company,
14    MyPillow?
15  A.  Yep, I recall seeing that.
16  Q.  And then the MyPillow advertisement actually
17    ran --
18         MR. KACHOUROFF:  As to the last
19    question, I -- objection to form, and I'm not
20    sure what -- if I understood the question.
21    His kind of false election campaign's
22    impact --
23         THE WITNESS:  I'm just saying I
24    saw the video that he's referring to.  I
25    mean, if he wants -- I guess, I don't --

Page 66

1    characterize it however you want.  I saw the
2    video you just showed me.
3  BY MR. FREY:
4  Q.  Okay.  Yeah, the question was just -- that's
5    fine.
6  A.  Yeah, I didn't mean to --
7  Q.  And then there was a MyPillow advertisement
8    that ran at the back of that podcast?
9  A.  Yes.
10  Q.  And there was also a promo code "Pete" that
11    was used?
12  A.  Yep.
13  Q.  And I guess similar to the promo code that we
14    just discussed, "Proof," are you aware of who
15    would have approved the use of this promo
16    code, "Pete"?
17  A.  "Pete"?  It seems like a radio guy maybe, so
18    probably the radio department.
19  Q.  Okay.  And did the -- did the board have any
20    oversight over the use of a promo code on
21    this Pete Santilli show?
22  A.  Not that I recall.
23  Q.  And would you agree that similar to the
24    Steve Bannon podcast we watched,
25    Mr. Mike Lindell was on the Pete Santilli

Page 67

1    show both espousing his claims of election
2    fraud and marketing for MyPillow?
3  A.  I mean, the looks of that with the
4    commercials, we advertise on this guy's show
5    all the time.  So, yeah, he came on today to
6    do an interview.  I don't think that the
7    advertising was specifically because he was
8    on.  I think it's probably shown every time
9    his show is on.
10  Q.  Every time the Pete Santilli show is on?
11  A.  Would be my guess, yeah, the way that was
12    like an actual commercial that was shown and
13    had his own promo code and everything.
14         Pete is, I'm assuming, referring to
15    Pete Santilli.  So he must be someone that we
16    advertise with quite a bit.
17  Q.  Okay.
18  A.  And then Mike does go on these shows every
19    now and then and do interviews.  So that's
20    what I'm seeing here is what happened.
21  Q.  And does Mike's appearance on these shows, is
22    that part of the kind of advertising
23    marketing strategy for MyPillow?
24  A.  I'm not -- I'm not aware of if that's part of
25    a strategy for the radio department or the --

Page 68

1  Q.  That's not your -- that's not your area?
2  A.  That's not -- yeah, I'm not in that area,
3    so...
4  Q.  Okay.  Are you -- again, I believe the answer
5    is going to be no, but are you aware of any
6    discussion with the board about
7    Mr. Mike Lindell appearing on these shows to
8    espouse election fraud claims while
9    representing himself as the CEO of MyPillow?
10  A.  No.  No.  I don't recall any talks on the
11    board about that, no.
12  Q.  And so fair to say, then, that the board
13    didn't take any action to stop
14    Mr. Mike Lindell from doing those kinds of
15    appearances?
16  A.  I don't recall that, no.
17  Q.  Okay.  I want to talk now a little bit more
18    about Absolute Proof --
19  A.  Okay.
20  Q.  -- the Absolute Proof documentary.
21         So I'm handing you what will be
22    marked as Exhibit 660.
23         MR. FREY:  Chris, for you, this is
24    Tab 22.
25         MR. KACHOUROFF:  Thank you.

Page 69
1           (Exhibit 660 marked.)
2  BY MR. FREY:
3  Q.  And you'll see, when you get this, it's a
4      series of three pictures, and it's got a
5      Bates label SMARTMATIC-LINDELL 0006, 0031,
6      0020 on the lower right-hand corner.
7  A.  Uh-huh.
8  Q.  And these are photos of a warehouse
9      inspection that was conducted as part of this
10     litigation in November of 2022.  Smartmatic
11     did the inspection took those photos, and
12     then produced them.
13          And if you see here in the first
14     picture on page 0006, those look like crates
15     of boxes that state, "Absolute Proof DVDs."
16          Do you see that?
17 A.  Yes.
18 Q.  And if you turn to the next page, it's blown
19     up, "Absolute Proof DVD 4,500."
20          Do you see that?
21 A.  Yep, I see it.
22 Q.  And so were you aware that MyPillow was
23     storing DVDs of Absolute Proof in the
24     warehouse?
25 A.  Yes.

Page 70
1  Q.  Why -- what was the purpose of storing the
2      Absolute Proof DVDs at the MyPillow
3      warehouse?
4  A.  We would ship them out if someone bought
5      them.  We do shipping for not just MyPillow,
6      but we have MyStore, we have lots of other
7      vendors.  So if someone bought one from him,
8      then we would ship it out.
9  Q.  Okay.  And so were MyPillow employees
10     involved in shipping out the Absolute Proof
11     DVDs?
12 A.  Yes.
13 Q.  And if you look at this one on page 31, the
14     second photo here, the label right over,
15     "Proof," says, "Ship to mypillow.com," and
16     then it's got an address, 2101 Fourth Avenue
17     East, Suite 100, Shakopee, Minnesota, and
18     then, "Attention:  Todd Taylor."
19          Do you see that?
20 A.  Yes.
21 Q.  And who is Todd Taylor?
22 A.  He is the VP of operations.
23 Q.  Okay.  And so is it fair to say there that --
24     that Todd Taylor, the VP operations, was
25     actually ordering these copies of the

Page 71
1      Absolute Proof DVD?
2  A.  No --
3           MR. KACHOUROFF:  Objection to
4      form.
5           Go ahead.  Sorry.
6           THE WITNESS:  I would say he was
7      receiving them.
8  BY MR. FREY:
9  Q.  He was receiving them --
10 A.  At the warehouse, to store them.
11 Q.  Okay.  And then to mail out if they were
12     ordered?
13 A.  Yeah.  I mean, we would mail out a single
14     DVD.  This is obviously case packs and
15     everything.  So we're -- Todd is receiving it
16     in, inventorying it, and then we'll ship it
17     out when a customer orders it.
18 Q.  Okay.  And as -- as COO, were you involved, I
19     guess, in that -- in that process?
20 A.  I don't recall being involved in it.
21 Q.  Do you recall any board discussions about
22     using the MyPillow facilities to store and
23     mail out the Absolute Proof DVDs?
24 A.  No.  Not that I recall, no.
25 Q.  Did MyPillow ever give away DVDs of

Page 72
1      Absolute Proof?
2  A.  I don't recall that happening, no.
3  Q.  Are you familiar -- well, actually, it's been
4      about an hour.  Do you want to go off the
5      record, take a quick five-minute break?
6  A.  Yeah, that's fine.  Yeah.
7           MR. FREY:  Let's go off the
8      record.
9           THE VIDEOGRAPHER:  We're going off
10     the record.  The time now is 10:39 a.m.
11          (Recess.)
12          THE VIDEOGRAPHER:  We are going
13     back on the record.  The time now is
14     10:47 a.m.
15 BY MR. FREY:
16 Q.  All right.  Welcome back.  Thank you for that
17     break.
18          I just want to make clear for the
19     record, so, obviously, both you and
20     Mike Lindell are Mr. Lindell, and so I'm
21     doing my best in my questions to be clear to
22     you when I'm referring to Mike Lindell to say
23     Mike Lindell as opposed to Mr. Lindell.  But
24     if it's ever unclear, just let me know.
25 A.  Will do.

DARREN M. LINDELL                                                          June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                                          73—76

Page 73

1  Q. Okay. Okay.
2      So, Mr. Lindell, are you familiar
3  with the cyber symposium that Mike Lindell
4  hosted in South Dakota in August of 2021?
5  A. I'm aware of it, yeah.
6  Q. Did you assist with any planning or
7  preparation for the cyber symposium?
8  A. I don't recall assisting at all, no.
9  Q. Do you know of any other MyPillow employees
10   who assisted with planning or preparation for
11   the cyber symposium?
12 A. I'm not aware of any, no.
13 Q. Do you know of any MyPillow employees who
14   helped promote the cyber symposium?
15 A. I'm not aware of any, no.
16 Q. Did you attend the cyber symposium?
17 A. I did not.
18 Q. Do you know of any other my -- any MyPillow
19   employees who attended the cyber symposium?
20 A. I don't recall any.
21 Q. Are you aware that Mike Lindell promoted
22   MyPillow products and promo codes during the
23   cyber symposium?
24 A. I wasn't directly aware, but I would not be
25   surprised that he would promote --

Page 74

1  Q. It doesn't surprise you that --
2  A. No, he promotes products.
3  Q. Okay. So I want to look quickly at what will
4    be marked as Exhibit 661.
5       MS. LOFTUS: Chris, it's
6    number 23.
7       (Exhibit 661 marked.)
8  BY MR. FREY:
9  Q. And this is, again, it's captured by
10    Page Vault, so you can see there in the lower
11    left corner it's a document titled,
12    "frankspeech.com" with the URL
13    "www.mypillow.com/frankspeech."
14       Do you see that?
15 A. Uh-huh. Yep.
16 Q. And so that -- that FrankSpeech landing page
17    then, would have been off of the MyPillow
18    website; is that right?
19 A. Yeah, it looks like a landing page on our
20    site, yeah.
21 Q. Okay. And do you see that this is an
22    advertisement for a flash sale?
23 A. Yep.
24 Q. And there's some text underneath the picture
25    there, and it reads, "Hello, I'm

Page 75

1    Mike Lindell. I'm coming to you with the
2    most important commercial that I have ever
3    done. All of you know what MyPillow and
4    myself have gone through in the last five
5    months in my effort to bring the truth
6    forward."
7       Do you see that?
8  A. Yep.
9  Q. And then it goes on to say, "I'm having a
10    cyber symposium on August 10th, 11th, and
11    12th. This historical event will be
12    livestreamed 72 hours straight on my new
13    platform, frankspeech.com."
14       Do you see that?
15 A. Yep.
16 Q. Okay. And then he says, "To help support the
17    cyber symposium event, I'm offering some of
18    the best prices ever on MyPillow products,
19    but they are only offered on frankspeech.com.
20    Go to frankspeech.com now to receive these
21    exclusive MyPillow offers."
22       Do you see that?
23 A. Yes.
24 Q. So were you aware that Mike Lindell was
25    promoting to viewers to support the cyber

Page 76

1    symposium by buying MyPillow products?
2  A. I wouldn't have been involved in creating any
3    of this or that advertising, so, no. I mean,
4    not directly aware of it.
5  Q. Did the board ever discuss tying the
6    promotion of MyPillow products to support of
7    the cyber symposium?
8  A. I don't recall that, no.
9  Q. You can set that one to the side.
10      So this FrankSpeech website is -- is
11    discussed, I guess, in this document we just
12    looked at, correct?
13 A. Yep, he brings up the site, yeah.
14 Q. Are you familiar with the website called
15    FrankSpeech?
16 A. Yes.
17 Q. And what is FrankSpeech?
18 A. It's his news website, I guess. The news --
19    show -- bunch of shows on there, talk about
20    politics a lot.
21 Q. Okay. Were -- did you participate in any
22    capacity in the planning or development of
23    FrankSpeech?
24 A. No.
25 Q. Do you know of any other MyPillow employees

DARREN M. LINDELL                                            June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                        77—80

Page 77
1    who participated in the development of
2    FrankSpeech?
3    A.  Not that I'm aware, no.
4    Q.  Do you know who was involved in the planning
5        and development of FrankSpeech?
6    A.  Beyond Mike?  No.  I wouldn't know anyone
7        specifically.  I might recognize a name here
8        and there from just hearing it, but, no.
9    Q.  Have you discussed FrankSpeech with
10       Mike Lindell?
11   A.  Have I discussed it?  I'm sure we've talked
12       about it at some point, but nothing --
13       nothing as far as development or, you know,
14       maybe he said, hey, look at my site,
15       FrankSpeech, something like that, more of a
16       father-son thing.
17   Q.  Okay.  Has he told you kind of why he created
18       the FrankSpeech?
19   A.  No, not really.
20   Q.  And you said that he, you know, posts videos
21       and news items, political stuff.  I'm trying
22       to find it in my realtime here.  I don't want
23       to mischaracterize you.  But is it fair to
24       say those are the types of --
25   A.  Yeah, news stuff, podcasts, shows that he has

Page 78
1    on there and whatnot.
2    Q.  Okay.  Are you aware that the documentaries
3        we discussed before, the Absolute Proof
4        series, is posted on FrankSpeech?
5    A.  Yeah, I think I'm aware of that, yeah.
6    Q.  And in -- I guess we just talked about
7        Absolute Proof before.
8            Are you aware that there were three
9        more documentaries published by Mike Lindell
10       regarding election fraud and claims of voting
11       machines rigging the election?
12   A.  I knew there was more than one documentary.
13   Q.  Okay.  And are you aware that in each of
14       those documentaries claims were made that the
15       2020 election was rigged?
16   A.  I've not watched them, so I was not aware of
17       the content specifically.
18   Q.  Have -- have you ever participated in any
19       discussions related to whether the
20       FrankSpeech website should be tied to
21       MyPillow?
22   A.  There's been discussions as far as
23       operationally, the making sure that shipments
24       come down a certain way and stuff like that.
25       Nothing as far as front end, you know,

Page 79
1    nothing like that was discussed.
2    Q.  What do you mean by "front end"?
3    A.  Well, like, the customer side or the viewer
4        side, tying them together, we don't -- we
5        haven't really discussed any of that.
6    Q.  Okay.
7    A.  If that's what -- I'm not sure what you meant
8        by your question, as far as tying them
9        together.
10   Q.  That was the first part of my question, yeah.
11           Like, has the -- have you as COO, or
12       as a board member, had any discussions
13       regarding, hey, should we -- should we, you
14       know, link the MyPillow web page and MyPillow
15       products with FrankSpeech?
16   A.  No, I don't recall any, like, discussions as
17       far as that.  No.
18   Q.  Okay.  You don't recall any discussions like
19       on -- at a board meeting?
20   A.  No, I don't recall that.  No.
21   Q.  Do you yourself subscribe to FrankSpeech?
22   A.  The email list?  I do.
23   Q.  Okay.  I want to look at one of the emails
24       from FrankSpeech that I believe was sent to
25       you.  This will be marked as Exhibit 662.

Page 80
1            (Exhibit 662 marked.)
2            MR. FREY:  And, Chris, this is
3        Tab 4.
4    BY MR. FREY:
5    Q.  Do you see here this is marked with Bates
6        label DEF026737.0001.
7            Do you see that in the bottom right
8        corner?
9    A.  Yes.
10   Q.  Okay.  And I'll represent it's an email that
11       was produced to us by defendants in this
12       case.
13           And so it's from FrankSpeech in the
14       top left, correct?
15   A.  Yes.
16   Q.  And then I believe, is that your email
17       address, darren@mypillow.com?
18   A.  Yes.
19   Q.  And dated September 8th, 2022, right?
20   A.  Yes.
21   Q.  Okay.  So at least as of September 8th, 2022,
22       like you said, you were subscribing to the
23       mailer, the FrankSpeech mailer -- or email?
24   A.  The email, yep.
25   Q.  Do you recall when you -- when you first

DARREN M. LINDELL                                                June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                             81–84

Page 81

1    subscribed?
2  A. I think our -- I think I was just added to
3     it.  I don't believe I ever clicked
4     subscribe.
5  Q. Okay.  And do you -- was it that --
6  A. Like a test thing or something, because they
7     just needed a -- if I ever want to look at it
8     and see an error or something like that, you
9     know.
10 Q. Okay.  So kind of in your operational
11    capacity, you were --
12 A. Just helping out.  I mean, I wouldn't say it
13    was a MyPillow operational thing or anything
14    like that.  Just give him a subscriber, you
15    know, why not.
16 Q. Okay.  Do you know if other MyPillow
17    employees were similarly added to --
18 A. No.  I -- Nick does our emails.  I would
19    probably just say, Throw me on there, you
20    know.
21 Q. And who is Nick?
22 A. Nick is -- just works in our email.  He does
23    our email marketing.
24 Q. Okay.  Do you know his last name?
25 A. Dressen.

Page 82

1  Q. Can you spell that?
2  A. D-R-E-S-S-E-N.
3  Q. Got it.
4        And he's the -- does the email
5     marketing for MyPillow?
6  A. Correct.
7  Q. And so looking at this -- this message
8     itself, it says, "Hello from Mike Lindell.  I
9     have exciting news.  Do you know who
10    Dennis Montgomery is?"
11        Do you see that?
12 A. Yes.
13 Q. Do you know yourself know who
14    Dennis Montgomery is?
15 A. Me?
16 Q. Yeah.
17 A. No.  I've heard the name.  I don't know who
18    he is.
19 Q. Have you ever met Dennis Montgomery?
20 A. I don't believe so, no.
21 Q. Have you ever discussed Dennis Montgomery
22    with Mike Lindell?
23 A. I don't recall ever discussing him.
24 Q. Okay.  A little bit -- so the next -- skip a
25    paragraph.  It then says, "Montgomery's

Page 83

1     information will be the final nail in the
2     coffin for the proof that electronic voting
3     machines are stealing your voice."
4        Do you see that?
5  A. Yep.
6  Q. Have you, you yourself, ever seen the alleged
7     information collected by Dennis Montgomery?
8  A. No.
9  Q. Have you ever discussed the information that
10    Mr. Montgomery allegedly collected with
11    Mike Lindell?
12 A. No, I don't recall doing that.  No.
13 Q. Has the MyPillow board ever discussed the
14    information allegedly collected by
15    Dennis Montgomery?
16 A. I don't recall that, no.
17 Q. Okay.  I want to move on to a separate
18    exhibit.  You can set that aside.
19        MR. FREY:  Chris, this will be
20    Tab 12, and we'll mark it as Exhibit 663.
21    For the record, the Bates label is
22    DEF061612.00001.
23        (Exhibit 663 marked.)
24 BY MR. FREY:
25 Q. And do you see that this is an email chain

Page 84

1     that ends in November 16th, 2021?
2  A. Yes.
3  Q. Okay.  And I don't know if you've had to do
4     this before, so I apologize.  When we print
5     out emails like this, it usually goes, like,
6     back to front.  So the --
7  A. Oh, gotcha.
8  Q. -- the oldest email will be in the back and
9     then it goes --
10 A. Yep.
11 Q. -- forward in time.
12        And so this email chain, if you look
13    at the base email, is from a Jazmin Kampen.
14        Do you see that?
15 A. Yep.
16 Q. And it says she's the manager of e-commerce
17    at MyPillow; is that accurate?
18 A. I believe it's still accurate, yeah.
19 Q. Okay.  And she writes -- and you can't see on
20    this first email who it goes to, but she
21    writes, "Hey, Mike just sent over a
22    FrankSpeech flyer he wants in all the orders
23    going out.  About how many are we talking?
24    Like, what do we ship out a day?"
25        Do you see that?

DARREN M. LINDELL                                          June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                         85–88

Page 85

1   A. Yes.
2   Q. And then if you flip over to the next one,
3       you can see the recipients now, it's just the
4       way that the production is put in, header
5       addresses, what you see is the
6       David Grapentine, yourself, and Mike Lindell?
7   A. Yep.
8   Q. And so David Grapentine is identified as the
9       vice-president of shipping.
10          Does that sound accurate?
11  A. I think his title has since changed, but
12      similar role, yep.
13  Q. Okay. Okay. And so he says, "We will need
14      about 25,000 a day right now. We'll increase
15      once these temps come in and we're able to
16      ship more per day."
17          MR. KACHOUROFF: Hey, Tim, this is
18      Chris, can I -- Darren, I want you to read
19      the email so you have at least a cold
20      context. Read the whole thing start to
21      finish so you understand. If he's going to
22      ask you questions about a document, I want
23      you to know what they're talking about.
24          THE WITNESS: Okay.
25  BY MR. FREY:

Page 86

1   Q. Sure. Take your time.
2   A. (Reviews document.) Okay.
3   Q. Okay.
4   A. Good.
5   Q. Okay. Okay. So this email chain is
6       discussing FrankSpeech flyers in
7       orders that are going out, right?
8   A. Correct.
9   Q. And is that -- is that MyPillow orders that
10      were going out?
11  A. MyPillow and MyStore.
12  Q. Okay.
13  A. Yes.
14  Q. So it would be anything ordered from those --
15      from MyPillow or MyStore would -- is that
16      like the -- is that like the brochure you
17      were talking about earlier where --
18  A. We have a brochure, MyPillow brochure, we
19      have a MyStore flyer, and then it would be
20      this flyer you're talking about here.
21  Q. Okay.
22  A. And a bible verse.
23  Q. Okay. And so do you recall, then, that
24      beginning in November of 2021, MyPillow would
25      include FrankSpeech flyers in shipments of

Page 87

1       MyPillow products that were sent out?
2   A. Yeah, I mean, we -- we do that, and I assume
3       this date is good and, yeah, so...
4   Q. Okay.
5   A. I'm sure it was a few weeks after we got them
6       in and started doing it.
7   Q. And is that just kind of common practice
8       whenever you send orders out, MyPillow orders
9       out, or MyStore orders out, these three or
10      four brochures --
11  A. Yep, exactly.
12  Q. Okay. Did you have any role or -- in
13      discussions about -- about including the
14      FrankSpeech flyers in MyPillow, like
15      front-end discussion?
16  A. I don't believe so, no. I think this is
17      probably when I was aware of it. And then as
18      I can tell here, I just suggested outsourcing
19      the printing instead of doing it in-house
20      because of the amount, so...
21  Q. Okay. Okay. And then how do -- you're over
22      the top of the persons responsible for
23      actually sending the orders out, right?
24  A. Yep.
25  Q. Okay. And so is it -- how does the process

Page 88

1       work in terms of logistically putting the
2       brochures in the packets, getting them out
3       the door, kind of how does that work?
4   A. So we actually will take the booklet, the two
5       flyers, put the two flyers in the booklet,
6       get them -- stack them up and get them
7       moving, and then when they're going to ship
8       it, they just grab -- they're kind of tied
9       together so you can just put it in there.
10  Q. Okay.
11  A. Grabbing four things at one time is going to
12      take forever, so...
13  Q. So it's kind of --
14  A. Yeah.
15  Q. At some point you pre-put them together
16      and --
17  A. Yeah. Put them together, they're just sort
18      of -- so it's one piece that you have to grab
19      instead of four things.
20  Q. Okay. Okay. Got it.
21          Do you know why MyPillow began
22      putting FrankSpeech flyers in its orders?
23  A. No, I'm not really aware of that.
24  Q. Do you know who decided to put the
25      FrankSpeech flyers in the MyPillow orders?

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
89–92

Page 89

1  A. Mike, I would assume.
2  Q. Okay.
3  A. It's his thing.
4  Q. Okay. You can set this one to the side.
5      Now I want to look at the document
6  that was previously marked as Exhibit 98.
7      MR. FREY: And, Chris --
8      MR. KACHOUROFF: I have it.
9      MR. FREY: You have it? Okay.
10 BY MR. FREY:
11 Q. And do you see here, there's a long list of
12    recipients on this email, but it's
13    Bates-stamped DEF122127.00001. And it's from
14    a Robert Way to the large group of people.
15 A. Yep.
16 Q. If you go to the fourth page, it says,
17    "Subject: New product alert, frankspeech.com
18    yard signs"?
19 A. Yes.
20 Q. Who is Robert Way?
21 A. He is our VP of communications, I believe.
22    What does his title say on here? I'm not
23    sure if it's changed since.
24      Yeah, VP of communications. Yep.
25 Q. Okay.

Page 90

1  A. So he's sending an email out anytime we
2    launch new product or there's a new product
3    on the website, he's going to let all these
4    people know who are -- I mean, it seems like
5    pretty much everyone.
6  Q. Okay. This -- yeah, it's a lot of emails.
7  A. Yeah.
8  Q. Okay. And if you go to the fourth page where
9    you get to the substance of the email, it
10   says, "Hi everyone" -- or, "Hello everyone.
11   We will now be offering frankspeech.com yard
12   signs on https://www.mypillow.com/frank."
13     Do you see that?
14 A. Yep.
15 Q. Then it's got the four products. And then it
16   says, "All these options ship for free with
17   the use of a promo code."
18     Yeah. Do you see that?
19 A. Yep.
20 Q. Okay. And the promo code, is that similar
21   promo codes to what we were discussing
22   earlier, where you would have different codes
23   for discounts for customers on --
24 A. Correct, yeah.
25 Q. Do you know whether, in fact, MyPillow then

Page 91

1    went ahead and did offer FrankSpeech yard
2    signs?
3  A. Yeah, I believe we sold them on our site,
4    yeah.
5  Q. Do you still sell them today?
6  A. I don't believe so, no.
7  Q. Okay. Do you have any idea of when that --
8    that would have stopped?
9  A. No. Maybe when we ran out of them. I don't
10   think they were like a huge seller or
11   anything, so...
12 Q. Okay. Did you -- did you participate in any
13   conversations about offering FrankSpeech yard
14   signs from MyPillow?
15 A. I don't recall as far as, again, on the front
16   end. Once we got them, there might have been
17   discussions how do we want to ship these, how
18   do we want to package them, what kind of
19   cases and stuff so...
20     But to sell them, I don't remember
21   any discussion.
22 Q. Okay. And would the work in, you know,
23   packaging them, shipping them, the
24   operational side, would that have been
25   MyPillow employees who were doing that?

Page 92

1  A. Yep. I mean, again, we drop-ship for other
2    companies, so that's not out of the norm.
3  Q. Okay. What other companies do you guys do
4    drop-shipping for?
5  A. So anyone on MyStore is an outsourced vendor,
6    so there's hundreds of them.
7  Q. Okay.
8  A. They're more mom and pop, small, you know,
9    made-in-America products and stuff like that,
10   but, so...
11 Q. Got it. Okay. Okay.
12     I want to talk now about your
13   personal understanding of the 2020 election.
14 A. Okay.
15 Q. So are you aware that there was an election
16   in the United States on November 3rd, 2020?
17 A. Yes.
18 Q. Are you aware that one of the elections on
19   November 3rd, 2020, was between Joe Biden and
20   Donald Trump for the president of the
21   United States?
22 A. Yes.
23 Q. Are you aware that Joe Biden won the 2020
24   election for president of the United States?
25 A. Yes.

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
93—96

Page 93

1  Q.  Did you vote in the 2020 election?
2  A.  I did.
3  Q.  Who did you vote for in the race for
4      president of the United States in the 2020
5      election?
6  A.  You're going to make me answer that, huh?
7      Joe Biden.
8  Q.  As of February 5th, 2021, did you understand
9      that Joe Biden had won the 2020 election for
10     president of the United States?
11 A.  Yes.
12 Q.  As of February 5th, 2021, did you understand
13     that Donald Trump had lost the 2020 election
14     for president of the United States?
15 A.  Yes.
16 Q.  As of February 5th, 2021, did you understand
17     that Smartmatic voting machines did not
18     change votes cast for Donald Trump to votes
19     for Joe Biden?
20 A.  Was I aware they didn't do it?
21 Q.  You understood that Smartmatic voting
22     machines did not change the votes, correct?
23          MR. KACHOUROFF:  Objection to
24     form.  Objection -- well, I've leave it at
25     that.

Page 94

1          THE WITNESS:  I don't think I was
2      aware either way.  I wasn't looking into
3      that.
4  BY MR. FREY:
5  Q.  As of -- as of February 5th, 2021, did you
6      believe that Smartmatic voting machines had
7      changed votes cast for Donald Trump to votes
8      changed -- to votes for Joe Biden?
9  A.  Again, I didn't --
10         MR. KACHOUROFF:  Objection to
11     form.
12         THE WITNESS:  I'm not -- I didn't
13     believe either way.  I wasn't aware of this
14     controversy.  I don't know what you want to
15     call it.
16 BY MR. FREY:
17 Q.  As of February 5th, 2021, had any elected
18     official told you that Smartmatic voting
19     machines had changed votes cast for
20     Donald Trump to votes for Joe Biden?
21 A.  An elected official?
22 Q.  Uh-huh.
23 A.  No.
24 Q.  As of February 5th, 2021, had any government
25     official told you that Smartmatic voting

Page 95

1      machines had changed votes cast for
2      Donald Trump to votes for Joe Biden?
3  A.  No.
4  Q.  As of February 5th, 2021, had you seen any
5      document prepared by an elected official
6      indicating that Smartmatic voting machines
7      had changed votes for Donald Trump to votes
8      for Joe Biden?
9  A.  No.
10 Q.  As of February 5th, 2021, had you seen any
11     document prepared by a government official
12     indicating that Smartmatic voting machines
13     had changed votes cast for Donald Trump to
14     votes for Joe Biden?
15 A.  No.
16 Q.  As of February 5th, 2021, did you understand
17     that Smartmatic voting machines did not
18     inflate the number of votes cast for
19     Joe Biden?
20         MR. KACHOUROFF:  Objection to
21     form.
22         THE WITNESS:  Again, was I aware
23     of that?  Well, I can't be aware of something
24     I'm not even thinking about, I guess.  I
25     don't know.  I didn't even know about

Page 96

1      Smartmatic at all, so how would I know that?
2      I don't know.
3  BY MR. FREY:
4  Q.  So as of February 5th, 2021, is it fair to
5      say that no elected official or government
6      official had told you that Smartmatic voting
7      machines had inflated the number of votes --
8  A.  No, no one told me.
9          MR. KACHOUROFF:  Objection to
10     form.
11         You can answer.  You can answer.
12         THE WITNESS:  No, I was not --
13     didn't talk about that with anyone.
14 BY MR. FREY:
15 Q.  And, similarly, as of February 5th, 2021, you
16     had not seen any documents prepared by an
17     elected official or government official
18     indicating that Smartmatic voting machines
19     had inflated the number of votes cast for
20     Joe Biden, correct?
21 A.  Correct.
22 Q.  As of February 5th, 2021, you understood that
23     Smartmatic software did not change votes cast
24     for Donald Trump to votes for Joe Biden,
25     correct?

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
97–100

Page 97

1  A. Correct.
2  Q. As of February 5th, 2021, you understood that
3     Smartmatic software did not inflate the
4     number of votes cast for Joe Biden, correct?
5           MR. KACHOUROFF: Objection to
6     form.
7           THE WITNESS: Yeah, I wasn't aware
8     of that, yeah.
9  BY MR. FREY:
10 Q. And, again, as of February 5th, 2021, no
11    election official or government official had
12    told you that Smartmatic software had
13    inflated the number of votes cast for
14    Joe Biden, correct?
15 A. No. No.
16 Q. Nor had you seen any document prepared by an
17    elected official or government official
18    indicating that Smartmatic software had
19    inflated the number of votes cast for
20    Joe Biden?
21 A. I did not see any documents, no.
22 Q. We've been talking about Smartmatic software.
23       Similarly, as of February 5th, 2021,
24    did you understand that voting machines
25    generally did not change votes cast for

Page 98

1     Donald Trump to votes for Joe Biden?
2           MR. KACHOUROFF: Objection to
3     form.
4           THE WITNESS: Yeah, I generally
5     wasn't, again, aware of anything like this.
6     So, no, I was not aware there was votes
7     changed or anything.
8  BY MR. FREY:
9  Q. And, similarly, as of February 5th, 2021, no
10    election official or government official had
11    told you that voting machines had changed
12    votes cast for Donald Trump to votes for
13    Joe Biden?
14 A. No, I didn't talk to any voting officials.
15 Q. Okay. And, again, as of that date, you had
16    not seen any documents prepared by government
17    officials or elected officials indicating
18    that voting machines had changed votes cast
19    for Donald Trump to votes for Joe Biden?
20 A. Nope, I saw no documents.
21 Q. Prior to February 5th, 2021, were you aware
22    that William Barr, the former U.S. Attorney
23    General, had publicly stated that the
24    U.S. Justice Department had uncovered no
25    evidence of any widespread voter fraud that

Page 99

1     could change the outcome of the 2020
2     election?
3  A. I wasn't aware of that, no.
4  Q. Prior to February 5th, 2021, were you aware
5     that the country's cyber security and
6     infrastructure security agency had issued a
7     press release with a joint statement related
8     to the security of the 2020 election?
9  A. I was not aware of that statement, no.
10 Q. Did you ever discuss either statement by
11    former U.S. Attorney General Barr or the
12    cyber security and infrastructure security
13    agency with Mike Lindell?
14 A. I don't believe so, no.
15 Q. You're aware that Mike Lindell has accused
16    Smartmatic, Dominion, and other voting
17    machine companies of rigging the 2020
18    presidential election, correct?
19 A. I'm aware of that, yes.
20 Q. And you're aware that this lawsuit is a
21    result of those statements?
22 A. I'm not totally into the details of what the
23    lawsuit is exactly about, but...
24 Q. You're aware of the lawsuit?
25 A. Yeah, I'm aware there's a lawsuit.

Page 100

1  Q. And the board has discussed the lawsuits,
2     correct?
3  A. We do discuss lawsuits. Specifically these
4     ones, I -- not -- I don't recall exactly
5     which lawsuits, but that is part of the board
6     meeting, is discussing lawsuits.
7  Q. Okay. I want to do -- I'll show you one
8     document that might help refresh your
9     recollection.
10          MR. FREY: This will be marked as
11    Exhibit 64 -- 664.
12          Chris, it's Tab 10.
13          (Exhibit 664 marked.)
14 BY MR. FREY:
15 Q. And this was produced with a Bates stamp
16    DEF10333719 in the lower right-hand corner.
17       Do you see that?
18 A. I do.
19 Q. And at the top it says, "MyPillow board
20    meeting, 10/31/2022."
21       Do you see that?
22 A. Yep. Sorry.
23 Q. And does this document look like the board
24    minutes that are usually circulated following
25    a board meeting?

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
101–104

Page 101

1  A. It does, yes.
2  Q. And if you go to the second page with the
3     Bates stamp ending in 720, do you see, "Legal
4     Matters," there in the middle of the page?
5  A. I do.
6  Q. And it says, "Dominion v. MP and Smartmatic
7     v. MP." The first bullet is, "We are
8     currently in discovery. Mike is now allowed
9     to show his Dennis evidence."
10        Do you see that?
11  A. Yep.
12  Q. At this point did the -- did the board review
13     the, quote, "Dennis evidence"?
14  A. I don't recall that, no.
15  Q. Okay. Do you recall if the board discussed
16     the, quote, "Dennis evidence"?
17  A. I don't recall that, no.
18  Q. Has Mike Lindell ever told you his opinion of
19     how Dominion and Smartmatic went about
20     rigging the 2020 election?
21  A. How they went about it? Not in detail.
22  Q. His theory on how Smartmatic and Dominion --
23  A. Not in detail, if that's -- it's more of they
24     did, I guess. He hasn't gone into detail
25     with me, at least.

Page 102

1  Q. Okay. Do you have an understanding of his
2     theory as to how Smartmatic and Dominion
3     rigged the 2020 election?
4  A. No.
5  Q. Are you yourself aware of any evidence that
6     Dominion rigged the 2020 election?
7        MR. KACHOUROFF: Asked and
8     answered, but go ahead.
9        THE WITNESS: No, I'm not aware of
10     any.
11  BY MR. FREY:
12  Q. Are you yourself aware of any evidence that
13     Smartmatic rigged the 2020 election?
14  A. No, I'm not aware of any.
15  Q. Are you aware of any evidence that Smartmatic
16     or its software had any relationship with
17     Dominion?
18  A. I'm not aware of that, no.
19  Q. Are you aware of any evidence that Smartmatic
20     or its software had any relationship with any
21     other voting machine company?
22  A. I'm not aware of that.
23  Q. Are you aware of any evidence that a foreign
24     country interfered with the election in
25     November 2020?

Page 103

1  A. I'm not aware of that.
2  Q. Are you aware of any evidence that voting
3     machines flipped votes from President Trump
4     to President Biden?
5  A. I'm not aware of that.
6  Q. Are you aware of any evidence that Smartmatic
7     participated in the scheme to steal an
8     election in Venezuela?
9  A. I'm not aware of that.
10  Q. Are you aware that -- of any evidence that
11     Smartmatic operated anywhere outside of
12     Los Angeles County during the 2020 --
13  A. I'm not aware of that.
14  Q. So we've talked about this a couple of times
15     today, but I just want to confirm for the
16     record, has the MyPillow board of directors
17     ever discussed Mr. Lindell's public
18     statements about election fraud?
19  A. I don't recall any discussions.
20  Q. Do you recall any instances in which the
21     MyPillow board attempted to distance MyPillow
22     from Mike Lindell's allegations of election
23     fraud?
24  A. I'm not aware of anything like that, no.
25  Q. And have you been present at -- been present

Page 104

1     or provided minutes with all of the board
2     meetings from November 2020 through the
3     present?
4  A. I believe so.
5  Q. And you don't recall any instances of
6     discussions about Mike Lindell's allegations
7     of election fraud at those meetings?
8  A. I mean, it looks like we discussed the
9     lawsuit. But as far as the allegations, no.
10  Q. And how about as far as Mr. Mike Lindell
11     promoting both MyPillow and his theories of
12     election fraud in the same interviews or
13     podcasts or --
14  A. No, we didn't discuss that. No.
15  Q. So after Mike Lindell became associated with
16     President Trump in 2016, MyPillow began to
17     increase its sales, correct?
18  A. I'm not sure that's related, but -- I
19     don't -- I don't know if you're saying we got
20     busy because of Trump?
21  Q. Well, Mike Lindell was able to reach more
22     potential customers through appearances with
23     President Trump, right?
24  A. I'm not sure he had any besides like one
25     appearance with Trump. I personally don't

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
105–108

Page 105

1 think that -- I mean, there might have been
2 some spikes of things that happened, but,
3 yeah, I don't know. I don't know if I would
4 directly correlate any sort of Trump stuff to
5 us having good sales days.
6 Q. Okay. I want to look at one -- one document
7 that might -- might help here. This is going
8 to be marked --
9         MR. FREY: Or this previously
10 marked?
11         MS. LOFTUS: No, it's not
12 previously marked.
13         MR. FREY: Okay. So this will be
14 marked as Exhibit 665.
15         Chris this is Tab 6-A, for your
16 reference.
17         (Exhibit 665 marked.)
18 BY MR. FREY:
19 Q. You see here there's a Bates identifier,
20 DEF049098.00001 on the front right page?
21 A. Yes.
22 Q. And then at the top, do you see there's like
23 four little boxes?
24 A. Yep.
25 Q. The first is, "Boss," with a phone number;

Page 106

1 then, "Darren Lindell," with a phone number;
2 and then, "Mike Lindell," with a phone
3 number.
4 A. Okay.
5 Q. Do you see that?
6 A. Yep.
7 Q. So I'll represent to you these are text
8 messages that were produced to us. But if
9 you could just confirm that those text --
10 that's your phone number and Mike Lindell's
11 phone number at the top.
12 A. Yes, those are correct.
13 Q. Okay. And so the first, I don't know, 20
14 pages of this are redacted for purposes that
15 aren't relevant to us today. And then you'll
16 see it begins with text messages between
17 yourself and Mike Lindell on January 2nd,
18 2020.
19         Do you see that at the very top of
20 page 20?
21 A. Yes. He's device owner, I guess?
22 Q. Yeah, go ahead and take -- like, if you want
23 to review a couple of them and --
24 A. You're saying Mike is, "Device Owner"?
25 Q. Yes.

Page 107

1 A. Because I didn't recognize who, "Boss," was.
2         Is that one someone -- I don't know
3 that number --
4 Q. Okay.
5 A. -- so I just wanted to make sure it wasn't
6 that person.
7 Q. Our understanding is that, "Device Owner,"
8 would be Mike Lindell.
9 A. Okay.
10         MR. KACHOUROFF: Tim, I don't have
11 this exhibit, I'm sorry. I've been looking
12 through this. Maybe Julie can point me to
13 it.
14         MS. LOFTUS: Chris, it's 6-A. It
15 would have been the second set.
16 BY MR. FREY:
17 Q. And while Chris is looking for that,
18 Mr. Lindell, I'll tell you I'm going to be
19 focused on page 122, if you want to
20 familiarize yourself.
21 A. Oh, perfect. Okay.
22         MR. KACHOUROFF: Julie, I don't
23 think I have it.
24         MS. LOFTUS: Okay, I'll resend it.
25         MR. FREY: Go off the record for a

Page 108

1 second.
2         THE VIDEOGRAPHER: We are going
3 off the record. The time now is 11:25 a.m.
4         (Recess.)
5         THE VIDEOGRAPHER: We are going
6 back on the record. The time now is
7 11:35 a.m.
8 BY MR. FREY:
9 Q. Okay. Mr. Lindell, thank you for your
10 patience as we work through the logistical
11 issues.
12         We were looking at these text
13 messages that are between you and
14 Mike Lindell, correct?
15 A. Correct.
16 Q. And if you go to the page 122, do you see
17 there's a long text from you on August 17th,
18 2020?
19 A. Yes.
20 Q. And I'm not going to get into this whole
21 text, but I just want to look at the top of
22 the second paragraph.
23         You write, "Since COVID and your
24 Rose Garden speech, we have been crazy busy
25 and it's not letting up."

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
109—112

Page 109

1    Do you see that?
2  A. Yes.
3  Q. Okay.  And so what was the Rose Garden speech
4     you're referring to there?
5  A. That was a speech Mike gave at the
6     Rose Garden.  I think it was regarding COVID
7     or making masks or something.  It was --
8     business people I think were there.
9        But, yeah, that's what I'm referring
10    to there, is him giving a speech at the
11    Rose Garden.
12 Q. Okay.  And is it fair to say that him giving
13    a prominent speech at the Rose Garden like
14    that did increase how busy MyPillow was?
15 A. I would say it briefly increased our sales
16    for a few days.
17 Q. Okay.  And did you see a pattern of that
18    previously, you know, before this -- the
19    Rose Garden speech where if Mike Lindell
20    would make some kind of public appearance or
21    political appearance, that you would have an
22    increase in sales for a period of time?
23 A. I think it would depend what type of
24    appearance, but it can lead to some sales if
25    he gets -- I mean, if there's a lot of people

Page 110

1     watching him, they're going to, Oh, what's
2     this about, and maybe check out our website
3     or something.
4        But that specific one was the biggest
5     one we've experienced, as far as him making
6     an appearance directly related to a big
7     increase in sales.
8  Q. Okay.  And so would Mike Lindell's -- or did
9     Mike Lindell's public appearances and
10    appearances related to his election fraud
11    campaign wherein he discussed the election
12    being rigged and Smartmatic's role, did those
13    appearances also boost MyPillow sales?
14 A. The only two things I recall ever being big
15    enough that they increased sales is
16    Rose Garden, and then there was a time where
17    he had a sheet that said, like, martial law
18    or something like that, and some reporter
19    caught it and it became a big news story.
20       The only two, really, that I can
21    think of.  Nothing specifically about
22    election fraud or anything like that.
23 Q. Okay.  Let's look at the next -- the next
24    tab.
25       MR. FREY:  This is 6-B, Chris, for

Page 111

1     your purposes, the one Julie just sent over.
2     We'll mark this -- well, don't need to mark
3     this.  This was previously marked as
4     Exhibit 641.
5  BY MR. FREY:
6  Q. And you see this has the Bates identifier
7     DEF082645.00001 in the bottom right-hand
8     corner?
9  A. Yeah.
10 Q. And, again, at the top of the first page it's
11    got, "Darren Lindell," and, "Mike Lindell,"
12    with phone numbers there?
13 A. Yep.
14 Q. And do you recognize that as your phone
15    number and Mike Lindell's phone number?
16 A. Yes.
17 Q. And so then the first date on here is
18    January 20th of 2021 at the top.
19       Do you see that?
20 A. Okay.  Yes.  Yes.
21 Q. And then if you go to the second page, at the
22    top -- the top text, which would have been
23    on -- still on January 20th, 2021, you say,
24    "Almost 10K orders today already."
25       Do you see that?

Page 112

1  A. Yep.
2  Q. And then Mike responds, and you write back,
3     "LOL, yeah, been a slow few days," smily
4     face, "38,000 orders yesterday, shattered
5     every record."
6        Do you see that?
7  A. Yep.
8  Q. So were you referring to orders of MyPillow
9     products?
10 A. Yes.
11 Q. And that was a record-breaking day for you,
12    for MyPillow?
13 A. 38,000, yeah, I believe so, yeah.
14 Q. Okay.  And then Mr. Lindell responds -- or
15    Mr. Mike Lindell, I'm sorry, "4.6 million,
16    who said being crazy in the news isn't good?"
17       Do you see that?
18 A. Yep.
19 Q. Okay.  And so that would be 38,000 orders,
20    results in like $4.6 million in revenue; is
21    that a fair --
22 A. That's what he's saying.  So, I mean, I would
23    assume.  I didn't do the math on it.
24 Q. That's what those two numbers would
25    correlate, is orders and then --

DARREN M. LINDELL                                                    June 18, 2024
SMARTMATIC USA vs MICHAEL J. LINDELL                                 113—116

Page 113

1  A. I think that's what he's getting at, that's
2     what we did the day -- that same day.
3  Q. Okay. And then he references, "Who said
4     being crazy in the news isn't good?"
5          What do you understand that to be a
6     reference to?
7  A. I don't know what the -- what was the date on
8     this? Is this around Rose Garden or anything
9     like that or --
10 Q. This is January 20th of 2021.
11         Okay. I'll represent to you that on
12    January 15th was the day that Mike Lindell
13    had gone to the White House to meet with
14    then-President Trump.
15 A. To meet with him.
16         For the Rose Garden speech or just to
17    meet with him?
18 Q. Just to meet with him about --
19 A. Just --
20 Q. -- about his theories of election fraud
21    and --
22 A. Is this the martial law thing? Okay. I
23    mean, maybe he's referring to that then. I
24    don't know.
25 Q. But you would agree that the orders were a

Page 114

1     record-breaking number of orders at this
2     point in time?
3  A. Yeah. I personally attribute a lot of it to
4     COVID, too. Orders are up crazy in general,
5     and then when he -- the martial law and the
6     Rose Garden speech, we definitely saw a spike
7     beyond what COVID had already created, which
8     was -- we were crazy busy for years -- two
9     years or whatever, but, yeah.
10 Q. And with respect to his reference to being
11    crazy in the news, had you and -- you and
12    Mike Lindell ever discussed the pros or cons
13    of being crazy in the news?
14 A. Not that I'm aware. And I would say I think
15    he's referring to people thinking he's crazy
16    in the news. I don't think he thinks he's
17    crazy. I think that probably leads to a lot
18    of articles about him, news going around, and
19    then it's more awareness, I guess, and --
20    but, no, we've never discussed good or bad or
21    whatever.
22 Q. And -- but when there's more articles about
23    him, more going around, more awareness, that
24    could be good for sales?
25 A. It could be good on one hand, it could be bad

Page 115

1     for being in a box store. We lost all those,
2     so...
3  Q. And what do you -- what do you mean by that?
4  A. We don't sell to Bed Bath & Beyond, Walmart,
5     Kohl's. That also is why you see so many
6     direct-to-consumer orders, because those
7     customers order directly from us and not
8     buying them at Walmart or Bed Bath & Beyond
9     or Kohl's or all the retailers that we used
10    to sell to.
11 Q. Okay. Okay. But these direct -- these
12    direct-to-sales -- or direct-to --
13 A. Consumer.
14 Q. -- consumer orders doing well continued
15    throughout 2021, correct?
16 A. Correct, yeah.
17 Q. Okay. If you flip with me to page 34. So
18    these are snippets here, so this is an
19    excerpt from a longer -- longer chain of
20    text, and we just broke it down to excerpts.
21 A. Gotcha. So 34.
22 Q. Thirty-four in the lower right-hand corner.
23         Do you see at the bottom right --
24    right-hand corner, Mike Lindell, on June 3rd,
25    2021, sends you a link to, "Mike Lindell

Page 116

1     Presents Absolutely 9-0"?
2  A. Yeah.
3  Q. Do you understand that to be one of the
4     documentaries that --
5  A. Yeah. He sends me links all the time.
6     Doesn't mean I click on them.
7  Q. And then he says, "I think you should have me
8     on as a guest on your podcast."
9          Do you yourself have a podcast?
10 A. It's a very small podcast I do with a friend
11    about the Vikings football team.
12 Q. Okay. And then on the next page he sends you
13    a couple of more links, correct? One is the
14    Mike Lindell Lawsuit, Dominion and
15    Smartmatic, 2020 election, and then on the
16    next day, Mike Lindell Presents
17    Absolutely 9-0?
18 A. So the same one?
19 Q. I think it's the same -- the same one he had
20    already sent you.
21         Do you see that?
22 A. Yes, I see that.
23 Q. Okay. And -- just a second.
24         All right. Then six days later on
25    June 27th, this is in the middle of the

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
117–120

Page 117

1    page --
2    A. Which page?
3    Q. This is on page 36.
4    A. Okay.
5    Q. He types, "June 27th, 2021, we did 2 million
6      today, biggest day since February 28th. The
7      real president gave me a shout-out."
8    A. Wait. I'm on the wrong page. Which page is
9      it? Forty-six, okay.
10   Q. Forty-six, I'm sorry.
11   A. Forty-six. I don't see 46. I thought I just
12     read what you said, though, somewhere, so...
13   Q. The top of the page says, "June 19th,
14     2021" --
15   A. June 19th?
16   Q. That's at the top of that.
17   A. Got it. Yep. Yep, I'm on it.
18   Q. And then down about midway through there's a
19     date, June 27th.
20   A. Yep.
21   Q. It says, "We did 2 million today, biggest day
22     since February 28th. The real president gave
23     me a shout-out."
24       Do you see that?
25   A. Yep.

Page 118

1    Q. And so, again, is he representing to you that
2      they made $2 million in sales on that day?
3    A. Yeah, grossed 2 million.
4    Q. And he's saying that that's the biggest day
5      since February 28th, correct?
6    A. Yep.
7    Q. And February 28th would have been in around
8      the time that the Absolute Proof series was
9      released, right?
10   A. Okay.
11   Q. And here, this is a few days after he sent
12     you a link to the Absolutely 9-0 documentary
13     series, correct?
14   A. Yeah, we saw that, yeah.
15   Q. And he also references, "The real president
16     gave me a shout-out"?
17   A. Yep.
18   Q. And do you know who Mike Lindell would be
19     referring to as the real president?
20   A. I believe he was referring to Donald Trump.
21   Q. So this, again, is a reference to the
22     connection with high sales and Donald Trump,
23     right?
24   A. Possibly. I mean, I'm not going to assume it
25     couldn't be just two different things also.

Page 119

1    Q. Okay. The last thing I want to look at is a
2      new document. This will be marked as
3      Exhibit 666.
4        MR. FREY: Chris, for your
5      reference, it's Tab 9.
6        (Exhibit 666 marked.)
7    BY MR. FREY:
8    Q. This has Bates identifier DEF11273862.
9        Do you see that?
10   A. Yep.
11   Q. And, again, at the top it's, "MyPillow board
12     meeting, 10/5/2021"?
13   A. Yep.
14   Q. Does this, again, appear to be board minutes
15     that will be prepared after a MyPillow board
16     meeting?
17   A. It does.
18   Q. Have you seen this document before?
19   A. I don't recall if I saw it before.
20   Q. You don't recall whether you've seen this?
21   A. Yeah, I don't recall specifically seeing
22     this, but I'm sure it was given out to me.
23   Q. Okay. Do you have any reason to doubt that
24     these are accurate --
25   A. No.

Page 120

1    Q. -- actual board minutes from a MyPillow board
2      meeting on October 5th, 2021?
3    A. No, this looks legit.
4    Q. Okay. And it appears at the top here that
5      you -- you called into the meeting, and it
6      says, "(First 10 minutes.)"
7        Do you see that?
8    A. Okay. Yep.
9    Q. Do you recall, would that have been you were
10     on for the first 10 minutes and then off, or
11     that you may have missed the first 10 minutes
12     and then --
13   A. I'm unsure which way that would go.
14   Q. Okay.
15   A. 10/5/2021. Nope, I'm not sure what they're
16     referring to, if I'm on for the first 10 or
17     if I missed the first 10.
18   Q. Okay. Do you -- do you recall a meeting
19     around that time being -- calling into a
20     meeting around that time?
21   A. I know I called into one, maybe two. So this
22     would be one of them. The date is not
23     ringing any bells, but I know I've called
24     into a couple.
25   Q. Okay. And then you mentioned just a few

DARREN M. LINDELL
SMARTMATIC USA vs MICHAEL J. LINDELL

June 18, 2024
121–124

Page 121

1   minutes ago that, you know, being in the news
2   or the election fraud campaign could possibly
3   help with direct-to-consumer orders, but
4   maybe hurt with big-box stores, right?
5   A. Yes.
6   Q. And if you look at the financial update at
7   the bottom of the second page ending in 863.
8   A. Yep.
9   Q. Do you see it says, 2020, 355 million; six
10  months later in 2020, 162 million; and then
11  2021, 429 million?
12  A. Yep.
13  Q. And do you understand that be revenues on the
14  year?
15  A. I would assume so. I -- again, I think we
16  deal in gross a lot of times, not net, but
17  yeah.
18  Q. Okay. And so 2021 revenues were higher than
19  2020, right?
20  A. Yep.
21  Q. And then it says below that, "We are up
22  50 percent currently and have made up the
23  money lost from losing retailers."
24        Do you see that?
25  A. Yep.

Page 122

1   Q. Is it accurate that by October 2021,
2   MyPillow's revenues were up 50 percent?
3   A. Based off this document, I don't -- I
4   haven't seen the numbers myself besides right
5   here. I think, again, COVID was a huge part
6   of that.
7   Q. Is it also true, then, by October 2021,
8   MyPillow had made up the money lost from
9   losing retailers?
10  A. Maybe in 2021 we had made up the money, but
11  we are still not getting those sales to
12  today, if that makes sense. I don't think
13  we're making up that money currently. I
14  think we could definitely use some big-box
15  stores.
16        2021 was a -- was COVID. I mean, we
17  were crushing it, so I don't know.
18        Yeah, we made more in direct sales
19  during COVID. I mean, nobody was going to go
20  to the retail stores anyways. So, yeah, I
21  don't --
22  Q. And 2021 was also the time when Mike Lindell
23  was very active in publishing documentaries
24  and attending rallies and hosting cyber
25  symposia relating to claims of election

Page 123

1   fraud, right?
2   A. Yeah, he -- I mean, I assume he was busy
3   doing that type of stuff, sure.
4   Q. And as we've seen earlier in those
5   documentaries and at the cyber symposia and
6   at rallies, there was also promotions for
7   MyPillow products, right?
8   A. Yes.
9   Q. I want to look just up above that briefly at
10  the chairman's report.
11        And is the chairman Mike Lindell?
12  A. Yeah, I believe so.
13  Q. Okay. And one, two, three, four lines down
14  it states, "Discussed FrankSpeech and how
15  revenue will be coming from there as having
16  them advertise MyPillow products."
17        Do you see that?
18  A. Yep.
19  Q. And is that the FrankSpeech site that we
20  discussed earlier today?
21  A. I would assume, yes.
22  Q. Okay. So at this board meeting, then, the
23  MyPillow board was aware, as of at least
24  October 2021, that MyPillow products would be
25  being advertised on the FrankSpeech site,

Page 124

1   correct?
2   A. Yep, as like an affiliate, like Pete Santilli
3   and all the other affiliates.
4   Q. And the MyPillow board was also aware that
5   MyPillow would be earning revenue from the
6   advertisements made on FrankSpeech?
7   A. I assume so, yeah.
8   Q. And with -- do you recall, was there an
9   actual vote on whether to approve this
10  relationship -- revenue-sharing relationship
11  with FrankSpeech?
12  A. I don't recall a vote, no. But I -- again, I
13  might not have been on this one, I guess, but
14  we don't know. I don't recall it.
15  Q. There's no -- there's no indication, at least
16  in the minutes, that a vote was held, right?
17  A. Yeah, I don't see anything.
18  Q. And would the board typically vote on
19  revenue-sharing agreements?
20  A. No.
21  Q. But this revenue-sharing agreement with
22  FrankSpeech was -- was made at the time that
23  revenues were up 50 percent, correct?
24  A. At MyPillow?
25  Q. Yes.

Page 125

1  A.  Yeah.  According to this document, yeah,
2     revenues were up 50 percent.
3  Q.  And if it's -- if something is being shared
4     with the board, it's probably accurate
5     information, I would assume?
6  A.  Yeah, I would assume that, yeah.
7  Q.  Okay.
8  A.  I just worry it's generalized.  Fifty percent
9     seems like a very round number to me.
10 Q.  So it could have been 49, 52, something like
11    that?
12 A.  Yeah.
13        MR. FREY:  Okay.  Let's take a
14    quick break.  I just want to look through my
15    notes, and then we should be close to done.
16        THE WITNESS:  Okay.
17        THE VIDEOGRAPHER:  We are going
18    off the record.  The time now is 11:55 a.m.
19        (Recess.)
20        THE VIDEOGRAPHER:  We are going
21    back on the record.  The time now is
22    12:03 p.m.
23        MR. FREY:  Okay, Mr. Lindell,
24    thank you your time today.  We have no
25    further questions for you at this time.

Page 126

1        THE WITNESS:  Perfect.  Thank you.
2        THE VIDEOGRAPHER:  We are going
3  off --
4        MR. KACHOUROFF:  That's it.
5        THE VIDEOGRAPHER:  We are going
6  off the record.  The time now is 12:03 p.m.,
7  and this concludes today's testimony given by
8  Darren M. Lindell.
9        (Deposition concluded 12:03 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 127

1        REPORTER'S CERTIFICATE
2     Be it known that I took the foregoing
3  videotaped deposition of Darren M. Lindell,
4  on June 18, 2024;
5        That I was then and there a Registered
6  Professional Reporter and a Notary Public,
7  and that by virtue thereof, I was duly authorized
8  to administer an oath;
9        That the witness was by me first duly
10 sworn to testify to the truth, the whole truth and
11 nothing but the truth relative to said cause;
12       That the foregoing transcript is a true
13 and correct transcript of my stenographic notes in
14 said matter;
15       That I am not related to any of the
16 parties hereto, nor interested in the outcome of
17 the action;
18    WITNESS MY HAND AND SEAL the 19th day of June,
19 2024.
20    _____
         Amy L. Larson, RPR
21       My Commission Expires 01/31/25
22
23
24
25