# Exhibit 33

TRANSCRIPT OF THE AUDIO RECORDING OF:


Bannon's War Room

February 5, 2021


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      STEVE BANNON:  Dr. Ming from London tells us, "it's

2  not about competition, it's about the Chinese Communist Party

3  being the existential threat, the existential enemy of the

4  Chinese people, of the American people, and of all mankind."

5  We've seen this from the CCP virus that came out of Wuhan Lab.

6  We're now joined, it looks like, from a very exclusive club in

7  somewhere in Palm Beach, Florida. He's been up all night, the

8  great Mike Lindell. Mike Lindell has made a film that looks

9  like a two hour movie that's playing in a loop on One America

10 News. I think it's up on GAB TV, it's called Absolute Proof.

11 Mike, here's the first question--I'm gonna get to the Chinese

12 Communist Party in a second because I understand this film is

13 very centric on CCPs involved in the 2020 election. As the

14 Director of National Intelligence, Ratcliffe warned the nation

15 and warned the President in late, in mid January of this year,

16 but I want to go to--look, Dominion has called your guys'

17 bluff. They're suing Fox, which is Murdoch, with those tough

18 lawyers over there. They're suing all operations, I think

19 you've gotten letters or you're involved in the name of these

20 suits. This doesn't double down, it triples down to the tenth

21 power, throwing down on what they've said. Your movie Absolute

22 Proof, you don't leave any questions about this. Why--have you

23 reached out to Dominion executives and have you told them hey,

24 I'm prepared to show you this film, on [inuadible] here this

1   questions? And why would you throw napalm on a burning brush

2   fire and do it this weekend before the trial next week of

3   President Trump?

4        MIKE LINDELL:  Well, the first question is no, I

5   don't respond to Dominion other than, "yes, please sue me."

6   They sent me a letter yesterday because they heard about this

7   documentary. They sent me an email, it wasn't from lawyers, it

8   was from them going, "Mike, look at all these people that we

9   have here, they're all discredited." Well, the people I have

10  in this are all people that weren't on that list. So, this is

11  all the new evidence I've been telling everybody about, this

12  is what they're so afraid of Steve. Just today when this

13  launched this morning, we've had over a million people view it

14  and it has been taken down on Vizio. It has been taken down,

15  other two sites crashed it, they're trying to attack it from

16  every angle. You know what? If Dominion and Smartmatic, and

17  don't forget Smartmatic they're right in there, I think that

18  they're the ones that went after Fox. They're not coming after

19  me because they know, they know this movie's out. So I, you

20  know, I invite you, you guys you--Dominion and that come on

21  the show. Let's talk about, you know, show me what's wrong in

22  this video because it's 100% proof.

23        STEVE BANNON:  Okay, okay, hang on, hang on. Just

24  wanted to say that you're saying all the people, like the

 1  Patrick Byrnes, all these people have been discredited as

 2  being, you know, not having facts cetera. They're not in the

 3  film, you got a new cast of characters; experts, subject

 4  matter experts. But I just wanna make sure that it's clear,

 5  you're prepared to sit down and we can do it live, you're

 6  prepared to sit down with the Dominion executives and their

 7  lawyers? Have them go through this film with you live and tell

 8  you where you're defaming them, tell them where you're

 9  misrepresenting, tell them where you're just dead,

10  factually wrong? Is that what I'm hearing?

11          MIKE LINDELL:  Well, yeah, because [inaudible] I'm inviting

12  them too, they can come, they can come-- I'll go on national TV

13  with them and we'll go, we'll go write down what I got. You know,

14  what I put out in this documentary, Steve, is like one-one

15  thousandth of what we have. It's 100 percent proof in any

16  court of law, you hold up, here it is. They're gonna go, we

17  have video of them, we have video of their CEO in there, and

18  they're, Dominion, given instructions on what to do for this

19  election, it's in the video. So I don't think they'll show up,

20  but I invite them.

21          STEVE BANNON:  But well look, whether they show up or

22  not is their decision. They've already sued in, I think, in

23  federal courts all over the place. But I just want to make

24  clear, you're that confident that you've got a new set of

 1  subject matter experts, and you tie this back to actually the

 2  CCP being involved in this, that you're that confident in what

 3  you're putting forward. Because you've told me before you got

 4  nothing, and I'm gonna get discovery. I just wanna make sure

 5  you're that confident--confident that what people are going to

 6  see is absolute proof, and it's only one-one hundreth of what

 7  you've got. That on a live show, you would invite the

 8  executives of Dominion and their lawyers to challenge you

 9  frame by frame, and then you can back up what you've got. And

10  you would take on any questions they have about how you

11  defamed them, and how you're essentially lying about them? Is

12  that what I'm hearing?

13          MIKE LINDELL:  Well, first of all, you're not

14  defaming or lying about anything that's not true. You know

15  what that is true. I will bring him on, I will do anything,

16  all of them. The reason they're suppressing this, and the

17  reason they haven't sued me--by the way, a lot of those

18  lawsuits are lies. They put it out there to scare networks not

19  to talk about it. Okay, that's what they're doing. Steve, and

20  it isn't just a different cast of experts. It's the evidence,

21  the hard evidence in this, in this documentary these are the

22  facts. There's nothing subjective, there's no subjectivity.

23  It's all here's the facts, here's what happened on the first,

24  second, third, fourth here's what happened each day, a print

1  of what happened. So yeah, Dominion, Smartmatic both here.

2  Come on, can we please include Smartmatic so they can sue me

3  too?

4        STEVE BANNON:  Sure, sure, okay, we've only got two

5  minutes, I want to make sure that--how do people, you say it's

6  being pulled down all over the place. I think One America has

7  got it up, but One America has put a logo at the bottom about

8  how they had nothing to do with it, they just sold you the

9  time. I think it's on Gab, how can people--you've got two

10  minutes--How can people see this and particularly how can the

11  Dominion people see it so they can come back if they want and

12  challenge you? How can people get access to this?

13        MIKE LINDELL:  Like you say it's on OAN, it's going

14  to be almost twenty four seven. You can go to Michael J.

15  Lindell dot com, Michael J. Lindell dot com or Google my name

16  or Google Absolute Proof. It all comes to that site and they

17  keep taking stuff down and we put, keep putting it up. We

18  pretty much got it now where you're going to be able to watch it we

19  have to--after we got through this morning, their big [inaudible]

20  attack. So, Michael J. Lindell dot com, Google it. People are

21  putting it up everywhere though on social media now so you

22  shouldn't have any problem. And, I want to say something,

23  OAN--OAN just sold me that time and here they took their

24  Twitter down yesterday. I just got it, I got it from one of

1   their--heard it from one of their people. For no reason, they

2   hadn't even posted anything, Dominion knew this was coming or

3   somebody did and took their Twitter down. Jack Dorsey, you're

4   the next one we'll talk about in the next documentary.

5           STEVE BANNON:  Okay, one last thing, but no

6   executive, they sent you a letter yesterday--we've only got a

7   minute left--no executive of Dominion has reached out to you

8   today. This started playing on One America at 10 o'clock when

9   our show came on. When we get off it's on One America running

10  in a loop, it's on Gab TV, it's on other places--that they

11  have not, I just wanna make sure we're clear, they have not

12  reached out to you yet to talk about what you've now put in

13  this, what you say, you've shown nothing but evidence. You can

14  back it up and you would have them come on live and actually

15  deconstruct the film in front of the world. They have not

16  reached out to you yet, correct?

17          MIKE LINDELL:  That's right, that's right. I would

18  love them to come on, let's do it! We should do it on your show

19  Steve, I'm open to any time let's, let's, let's get them on.

20          STEVE BANNON:  We would welcome, in fact we have

21  reached out to the Dominion guys and I think Michael Steel is

22  their new spokesman, we want to do this. I think it's one of

23  the reasons, the way to put it to bed, have Dominion come back

24  and challenge and, by the way, take, take it apart. That's

1   what the democracy is about. If you think Mike Lindell is a

2   liar, if you think he's a crank, if you think he's a kook then

3   come on and let's do it live and let's go through it. I think

4   it'd be--I think it'd be fast and I think a billion people

5   would watch it. Mike, we've got to jump. You're doing God's

6   work, I mean, unbelievable. Mike Lindell, ultimate

7   honeybadger.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8         IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 30th day of September, 2021.

10

11

12    _____

13                    James Lonergan
                      Production Manager
14                    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24                    THOMPSON COURT REPORTERS INC.