# Exhibit 36

TRANSCRIPT OF THE AUDIO RECORDING OF:


Pete Santilli Show

February 24, 2021


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      PETE SANTILLI:  When I saw, when I read this lawsuit,

2  I found it to be highly defamatory, it's concealing the truth

3  that we know exists. I want to encourage you and I know you're

4  optimistic because you're, this opens the door, we can see all

5  this evidence. That's going to be yet another miracle there.

6  But do you, I want to encourage you to go after them. Once we,

7  once you expose the truth, we need to get you to the point to

8  sue them in a big way, sue them back, will you please do that

9  for us?

10     MIKE LINDELL:  Hey, I you guys, I want every, I want

11 everybody to know, I'm not going after just them and

12 Smartmatic. I'm going, I want to go after Twitter, Facebook,

13 Wikipedia, all the media, the media giants, you know, all

14 these giants that are behind mainstream media. This problem

15 runs so deep, and this canceled culture, and all this. But

16 it's not just Dominion, it's a, and not just Smartmatic, and

17 not just the machine. Look at what they're doing. They're all

18 part of this attack on our country. I mean, a mainstream

19 media, they have not had me on. Are you kidding? That should

20 have been the biggest news in history, or one of the biggest

21 on February 5, with all this new evidence I had, that I got

22 that came out and showed. This is an attack by another country

23 on our country. Whether you're a Democrat or Republican, you

24 should be worried. My friends are going this isn't that

1  Democrats in power right now. They're squishing us. They're

2  canceling us out. In a year from now you wouldn't even know we

3  have a country because nobody will be able to communicate.

4  That's the first thing they're doing is taking away our

5  communication.

6       ANNOUNCER:  You're listening to the Pete Santilli

7  Show. Pete Santilli telling you the truth whether you like it

8  or not.

9       PETE SANTILLI:  Of course nothing is a coincidence,

10  I'm going to say by divine providence, okay. We actually had

11  Mr. Lindell scheduled to come on, and it coincided with the

12  dropping of this lawsuit. Some of the research I've been

13  doing, some of the coverage that we've been doing regarding

14  the evidence related to the November 3 election. Everything

15  has come together this morning. We took a look at the, the

16  actual lawsuit that dropped and it's it was upsetting to read,

17  knowing the work that Mr. Lindell has been doing. It was

18  upsetting to read that Mr. Lindell and all the work that he's

19  done, building a successful company and having the resources

20  to be able to fight this fight on behalf of all Americans, for

21  them to accuse him of attempting this thing calling it a big

22  lie multiple times. That's, that's the narrative on the left.

23  It's called the big lie. But to say he did so for profit. Now

24  I'm going to ask him right out of the gates in the essence of

1    time. Mr. Lindell I understand, welcome to the Pete Santilli

2    Show but I understand you haven't necessarily profited. I just

3    saw a report that you, you say you lost upwards of $65 million

4    as a result of pursuing this venture. Is that right?

5            MIKE LINDELL:  Well that's the number of box

6    stores and retailers and not and shopping channels that

7    dropped My Pillow all within about a eight day period. Those

8    20 some box stores and shopping channels, it's usually about

9    65 million a year. So that's just the coming year and I don't

10   plan on ever getting them back. I probably won't ever take

11   them back even if they wanted to come back because what they

12   did they're part of this cancel culture that has come about

13   because I've been trying to you know take down this election

14   machine election fraud. And so yeah, no, it hasn't, I didn't

15   plan this to be profitable. Believe me when I got a piece of

16   this evidence on January 9 it was all new. It showed this

17   cyber attack on our country. And I went all in. I vetted it. I

18   did my due diligence. And when I, if anyone out there if you

19   have what I've had and seen what I've seen, you'd be all into

20   it and nothing else matters. Then they, so it certainly wasn't

21   about to make money. I know there's been a lot of support for

22   My Pillow that, and our employees but, you know Dominion

23   doubled down yesterday when they, what they did. They didn't

24   just sue me. They sued my company, which had nothing to do

1  with this and, and there's 20 some hundred, 2,500 plus

2  employees and my company a lot of it's employee owned, a lot

3  of employees have stock. And they're just, they're, it's

4  shameful what Dominion's done to our country, and now they go

5  into, they go right down in to the, you know, the private

6  sector level and attack my company.

7        PETE SANTILLI:  Yeah. And I know a little bit

8  about, as I mentioned to you before we came on a little bit

9  about defamation cases. I've learned learned about them

10  because I have been, I have been told that defamation and

11  defamation lawsuits are when, when you actually go after

12  somebody you know that something is false, and you attack your

13  opponent, knowing full well that it was false, but you did it

14  maliciously, to harm them.

15        MIKE LINDELL:  Right.

16        PETE SANTILLI:  And we know that well, I'm going to

17  ask you if, what you've been saying about the election and

18  Dominion in particular, if you knew it to be false, a) if

19  you're doing this maliciously, or do you think that this is an

20  attempt to further cancel you and silence you by filing this

21  thing frivolously?

22        MIKE LINDELL:  Right? Well, of course it says

23  cancel me. Mainstream media will not have me on TV. They

24  haven't since, it's kind of, it's kind of funny there from

1  January 9 from that point on, I was in the news every single

2  day. I was, I give all of them my direct number, The New York

3  Times, CNN, Washington Post, USA Today. They would call me

4  from morning till night. I'm on TV. They mocked me on, on late

5  night talk show hosts from Jimmy Kimmel to Saturday Night

6  Live. Mike doesn't have any evidence. And they you know, and I

7  kept telling you guys, February 5, is coming out, February 5

8  is called, I'm making a documentary about all the evidence

9  called Absolute Proof. I told them this. On the morning of

10 February 5 that launched, and it's crickets. None of them

11 called, they don't write until now when Dominion does this.

12 And you know when they do this lawsuit. And one of the things

13 I want to say about the lawsuit I kept telling them please sue

14 me please sue me. Now I'm telling them please serve me because

15 as soon as they serve me, I can actually take the evidence and

16 put it in the reply to them and, and then all the evidence

17 will be public record. I have, I have 100%, not 99%, 100%

18 evidence that of everything that they did Smartmatic did,

19 ES&S, all of those machines did and stoled our country and

20 stoled our election. Now I want to ask everyone out there this,

21 I did this earlier today. If I'm, if you're all out there and

22 I got somebody running around saying they have rocks and nails

23 inside of a My Pillow, what am I going to do as Mike Lindell

24 the My Pillow company? The first thing I'm going to do is, hey

1    everybody, come and look at my pillows. There's no rocks or

2    nails inside, there's my patented foam. So Dominion instead of

3    them saying, hey everybody, go in and look at our machines and

4    and check it out, they don't, they're they're legit.

5    Everything's on the up and up. But they went the other way.

6    Why would they do that? Why would they go suing people so they

7    suppress them? Why would they go? You can't even say the word

8    Dominion out there in public or they're going, oh, I might get

9    sued. Why didn't they just open up the machines? They did in

10   two counties. They did in Antrim County, Michigan, and in a

11   primary Dr. Shiva in Massachusetts. Both of those counties

12   were opened up the machines and they found the same thing. In

13   Antrim County, 15,000 people voted, 7,000 votes were flipped.

14   7,000. In, in Massachusetts, it was a statewide thing. They

15   flipped that whole election in the primary. It was the exact

16   percentage 60/40 against Dr. Shiva. So Dominion I ask you, and

17   I've asked this, what are you hiding? I know what you're

18   hiding. That's what they don't like.

19          PETE SANTILLI:  Yes.

20          MIKE LINDELL:  They want to suppress me. Cancel me

21   out. Get rid of Mike Lindell because this is what's going to

22   take down that election. And this is the hope we have in this

23   country. And everybody, I will tell everybody I am not backing

24   down. I welcome that lawsuit so much. Finally they did it

1  because now I'll be able to put the evidence right out there.

2      PETE SANTILLI:  That's right, they, and I read this

3  thing line for line. I'm just gonna, I highlighted a couple

4  things that I wanted. Well, I want to express my opinion and

5  you can respond to it however you want. But it read to me like

6  a George Soros leftist blog. They're allowed to just you file

7  a defamation case and defame you but they write like leftists.

8  This is on page two bipartisan election officials, judges, 59

9  election security experts, Attorney General Bill Barr, who

10  said he hasn't seen any evidence of widespread election fraud,

11  because he never looked.

12      MIKE LINDELL:  That's right.

13      PETE SANTILLI:  Yeah, Chris Krebs, okay, and the

14  agency that he represents had Dominion working on the board.

15  This guy is in collusion with and I'm pretty sure that's why

16  Chris Krebs got fired. But here they are citing all these

17  people. It's the same old mantra by the left saying we have

18  117 intel agencies that say that Russia, Russia, Russia, it's

19  the same narrative, isn't it? Isn't it?

20      MIKE LINDELL:  Right? Well, you know what, you know

21  what I need to tell everybody cuz everybody says that, even

22  when it says that, to me, Mike can show all that, you know,

23  none of that evidence went anywhere. Nobody's looked at it

24  ever. The judges were afraid to look at it. They didn't knew

1  they were compromised, or they didn't look at. Nobody accepted

2  a case based on the evidence wasn't good. Nobody looked at the

3  evidence, just like yesterday at the Supreme Court, they

4  didn't bother and look at the evidence. You know, that

5  nobody's looked at the evidence except for the two places I

6  just told you. That's it. They're lying. Bill Barr, oh there

7  was no evidence because he didn't look at any.  Oh, he made, he

8  made a decision whether he was compromised or not, we don't

9  know. I'm not here to speculate. But I'll tell you what, he

10  did not look or he was either compromised, lying or didn't

11  look. That's it. And every, every, I would not go, I would not

12  go all in and risk everything I have, everything. I haven't

13  been able to see my grandkids and my nieces and nephews. I've

14  had to stay away from Minnesota. Because right you know, I'm

15  in danger, physical danger, not just from Dominion, or you

16  know whatever I'm, whatever's going on there. But the people

17  that attacked this country, if you watch my Absolute Proof,

18  that we were hacked by foreign actors and and domestic actors.

19  Anybody that thinks, and China by the way was 62% of the

20  attack. If you watch my Absolute Proof on lindelltv.com, I got

21  it all up there for everybody to watch. They can't take it

22  down this time like they did when it launched. And I'll tell

23  you with that attack, I want to tell everyone out there, this

24  isn't about if you're a Democrat or a Republican, my Democrat

1  friends are going, this isn't what we voted for. I go that's

2  because you didn't get to vote. [inaudible] made your vote for

3  you through these machine. If these machines are not gone, if

4  they're not gone, the world is done. Okay, the USA is done

5  when you said it earlier, that Smartmatic started machines in

6  Venezuela, around 2001, 2002. When they, when they brought them

7  in there, they invented them and brought them in there and

8  took down that country in two years. It was brought into the

9  United States, they split with Dominion, ESS and Smartmatic.

10  It's all, all they're built for is to steal elections. They've

11  stolen in the United States, the Communist Party is coming in.

12  You have just like Nazi Germany, where you had, they take away

13  communications. People have been, and all their Twitters are

14  taken down. How many 1000s of my friends lost their livelihood

15  with Facebook and Twitter, because they were counting on their

16  podcast. YouTube, Wikipedia, Wikipedia took me down, they

17  took, they took my Wikipedia from me. An outside company that

18  was doing it. And it which I believe is partly owned by George

19  Soros. And Wikipedia now runs my Wikipedia. They can create

20  any Mike Lindell that you would know. They went back 30, 40

21  years, 50 years to get dirt on me. But I've already told

22  everybody I was an ex crack addict, read my book, there's all

23  the dirt right there. So they couldn't destroy me that way. So

24  they go after my vendors with bots and trolls, the box stores,

1  they go after them. They've been, I've been attacked over in

2  Australia, New Zealand, where I have a couple vendors over

3  there. I have a plant in England, they attacked the plant.

4  This is, why would they do this? Why would this be happening

5  to me? Just over telling let's Dominion, let's see what you

6  got here. What? You know, you got to think about that.

7       PETE SANTILLI:  This, I believe in my opinion, I'm

8  reading this thing. This is a pivotal case, because we've had

9  Matt DePerno on the show. We've had Patrick Colbeck on the

10 show. So we've pieced together all this evidence over time.

11      MIKE LINDELL:  Right.

12      PETE SANTILLI:  We've had people come forth, that I

13 consider it to be forensic evidence and you have exposure to

14 that. Now, not even the Supreme Court is seeing the evidence

15 that we've seen on this show, and that you put on Absolute

16 Proof.

17      MIKE LINDELL:  Right no they've never seen this. And

18 when I grab, when I seen this on January 9th, I put one piece

19 of it up on Twitter, and I was taken down like that. And this

20 is what I tried to get to the President when everybody knows

21 the, the, that's when all this started for me because I was

22 also delivering some for some lawyers. But I showed him that

23 piece of evidence. Well, since then I've done a deep dive. And

24 you've got, what everyone needs to realize is, what the, what

1 we have is forensic, cyber forensics that were in sight on,

2 from Jan, from November 1st to November 5th, every single flip

3 that was done in this country, the actual vote total was

4 Donald Trump 79,800,000 Biden 67,000,000 plus. Now you think

5 about that. It was the biggest heist in history. That doesn't

6 count the dead people, the voters that didn't vote or that

7 voted from out of state, that voted double, the, all the other

8 sheeting okay. And I've said this before everybody, two

9 miracles happened. There's two miracles of this election. We

10 are living in, I am so happy right now, I am so optimistic

11 that we are the, that these machines were going to destroy us.

12 And then we were done. We were done. But a miracle happened on

13 this election. They misjudged. When you put in the algorithm

14 to these machines, you have to predict how many votes that are

15 going to actually be voted on. Well Donald Trump at 11:15 on

16 election night got so many votes, that they didn't expect that

17 it broke the algorithms. What I mean by that is, there wasn't

18 enough votes that he was going to win anyway, in spite of them

19 setting this side dial on these machines. And so what they did

20 that's the anomaly. They all just stopped everything in the

21 middle of the night. They stopped everything. All the states

22 stopped at the same time, and they had to all scramble in

23 different ways. I, my reach for every one of them was

24 different Arizona took one week to do the last 1%. You have no

1  idea what went on in Arizona, in Maricopa County. It's all

2  gonna be disclosed, this truth will come out. Michigan, they

3  dumped 100 and some thousand votes like that. But I want to

4  tell you, all these things that were you know, because Donald

5  Trump did that, what it did is it opened up now to where we're

6  at now the real problem which is the machines. If they would

7  have flipped it back like they should have been done their job

8  and say, of course dead people can't vote, of course you can't

9  do this, you can't have double voting. He would have won

10  just on that. But instead they, none of, nobody did their job.

11  But if they would have done their job, we would go okay, maybe

12  better luck next year, you know, you know, or if they'd have

13  done it right or they'd said Donald Trump's back in, yet they

14  would have just set those machine bigger next time and it's

15  over.

16       PETE SANTILLI:  Yeah there's, there is another

17  miracle that is still yet to surface I believe. And, and you

18  know it, --

19       MIKE LINDELL:  Yeah.

20       PETE SANTILLI:  -- it happened and I mentioned this

21  when I when, I opened up. Before your lawsuit even dropped,

22  I've been doing deep research to supplement because I haven't

23  been hearing enough about someone named Lord Malloch Brown.

24  This guy is critical because there's this dispute about

1   whether or not like they say that the big lie, is that

2   Dominion and Smartmatic are connected to Venezuela, and so on

3   and so forth. They say that that's a lie. Well, I was doing

4   deep research, and I literally now have a file that I'd like

5   to turn over to your attorneys because they're not going to be

6   aware of, aware of this. But this Lord Malloch Brown, let me

7   put him on the screen. These are his own words. This is the

8   guy that is the CEO of Smartmatic. And he actually addresses,

9   he was addressed by the Philippine government, with that was

10  overthrown by electronic voting machines, coincidentally. This

11  is the guy that did it. Here it is.

12          SPEAKER 3:  -- stretching that idea on credibility

13  and integrity. You did unequivocally point out here that

14  Smartmatic has never been a Venezuelan company. But correct me

15  if I'm wrong, the chairman that had preceded you was a

16  Venezuelan. And in fact, allegedly Smartmatic had ties with

17  the late former President of Venezuela, Hugo Chavez. How do

18  you explain all of that?

19          LORD MALLOCH BROWN:  Well, you know, I think the big

20  word is allegedly. The former Chairman, who is still CEO, so

21  is still very involved in the business leads it in fact, you

22  know, was a resident of Florida when these systems were

23  designed.

24          SPEAKER 3:  Okay. The question on people's minds, why

1  is Smartmatic even still here in the Philippines, after reports

2  that it had violated provisions of the election automated law.

3  Number one, for example, that it was never supposed to be

4  allowed to bid in the 2010 elections because it did not

5  actually own the software, Dominion Voting Systems owned the

6  software. Plus the difficulty, which Smartmatic had to put the

7  COMELEC through just in order to access the source code,

8  issues like that. Your thoughts? People say, we should not be

9  subjected to Smartmatic again, this time around?

10       LORD MALLOCH BROWN:  Well look, I think that's

11  competitors who say that. You know, the fact is, yes, part of

12  our technology is licensed from Dominion, but you tell me, a

13  large technology company which isn't using in part licenses

14  from from other companies. And we have a license for the

15  international use of that particular piece of the technology

16  that we employ. But you know, we are a manufacturing and

17  technology r&d company. We have hundreds of people who are

18  doing r&d and hundreds more involved in manufacture. These are

19  our systems and, you know, the fact is, we were, are proud of

20  the way we've transformed election performance in the

21  Philippines.

22       PETE SANTILLI:  He got caught lying are right there.

23  He got caught. There are connections. Not only that, but as a

24  result of the deep research, a lot of good patriots have been

1   doing. They've been trying to scrub the connections between

2   Smartmatic, Venezuela, there are definite connections. This

3   Lord Malloch Brown, Sequoia, okay, Smartmatic bought Sequoia.

4   And was purchased by, by Dominion. I have the documentation

5   and also the screenshots of them removing it from the website.

6   The big lie is that they're a bunch of liars and --

7         MIKE LINDELL:  Right, absolutely. The big lie is the

8   big lie. The big lie is the big lie.

9         PETE SANTILLI:  It's the big lie.

10        MIKE LINDELL:  You know, what we, what everybody

11  needs to know is that they're all, they're all cousins.

12  They're all split off from Smartmatic that started in 2001, or

13  2002. They're, every one of them is the same, they're

14  interchangeable. And by the way, every state in the United

15  States was I, had votes flip. It wasn't just those swing

16  states, just in Dallas alone preliminary was 57,000 votes,

17  just in Dallas, before the election even started that morning.

18  Those were the, and, and, and everyone says, well Dallas

19  didn't have Dominion, because they didn't want it. No, they

20  had the other one. They had SNS or whatever they had. They

21  had, it didn't matter what machines you had, there was this

22  whole thing, the cyber attack, which you can watch at Absolute

23  Proof. Every, by the way, since I came out with that, all the

24  IP addresses from this spyware that was running at the

1   government, all the IP addresses and all the IDs, we've

2   checked them out in this country, they match. We've checked

3   some out overseas they match. So we've gonna have all the,

4   where it comes out the spyware that was watching. And where it

5   transformed. I mean, this is, if this got, when this gets to

6   the Supreme Court it'll be a nine zero vote, that yes, there

7   was fraud. But people don't realize there's no statute of

8   limitations on what happened in this election. I mean, you're

9   not doing, whatever's in the White House now is not, is not

10  our President, and whatever is going on, it's a race to see,

11  getting this out there, or what they're going to do to our

12  country.

13          PETE SANTILLI:  Now we have a few minutes with you.

14  And I'm so appreciative, our listening audiences. And by the

15  way, Absolute, Absolute Proof, as soon as it was published on

16  your website, I grabbed a copy. I think it was on Vimeo, was a

17  Vimeo copy, I grabbed a copy and downloaded it. And we

18  mirrored it, we had almost I think it was 300,000-400,000

19  people just on a, on a little rumble channel.

20          MIKE LINDELL:  Wow.

21          PETE SANTILLI:  But we've had hundreds of thousands of

22  people see this evidence and, and if, if you take a look at

23  that, if the listener, the viewer takes a look at this, even

24  if you're a Democrat, and you look at all this evidence, these

1  are people that came to you, where you were looking at it,

2  you're like, wow, these are and you've used specific

3  terminology as to how you take a look at numbers in your

4  business. There are anomalies, it's clear cut. Now, the the

5  words --

6        MIKE LINDELL:  Deviations.

7        PETE SANTILLI:  -- that you, the deviations, the

8  words that you use towards Smartmatic and Dominion and all

9  these other companies about the election fraud, it's based on

10  information that's given to you by a whole heck of a lot of

11  experts. You're not just making this up, you formed your

12  opinion --

13        MIKE LINDELL:  No.

14        PETE SANTILLI:  based on evidence that you've seen,

15  correct?

16        MIKE LINDELL:  Right, right. I, everybody was, I,

17  from November 4 on every day, I dug into stuff. I've spent

18  over $3 million of my own money going down everywhere I can

19  help out or check out because nothing made sense. When I have

20  a deviation of My Pillow if a radio station makes $20,000 and

21  they were only supposed to make $2,000, something's wrong. I

22  find out why. Because you have to have a different input to

23  get a different output. And none of that made sense. Like the

24  nights with the big spikes. Well, everyone goes well, that was

1  mail in voting, no mail in voting was the morning of November

2  3rd, not at the end of the night. So all those spikes don't

3  make sense. So I started digging in and everybody that had all

4  this evidence of, you know, people voting twice and people non-

5  residents voting that, you know, all the states kept shutting

6  that down saying, well that doesn't matter. We're not going to

7  do anything. The legislators nobody did their job. Well once I

8  had that one piece that was different, this was the, this was

9  the machine fraud. This was a cyber attack from another

10  country. I look at this, I go, is this real. Then I dug into

11  that. And from November 9th on I went, did a deep dive. And

12  now all that evidence is out there. Now more pours in daily

13  because everybody knows, I'd like, I became like a hub of a

14  wheel for information. Everybody pouring it in. But these

15  aren't just to make an opinion of this. These are facts. These

16  are like a cyber print from cyber forensics. If you print it

17  inside a comp, your computer, anybody's computer, what

18  happened on November 3rd at 2pm in the afternoon. What was the

19  IP? What was the attack? I mean, you gotta watch this to see

20  this but, that was, and I put this out. Over 110,000,000 people

21  have seen Absolute Proof. That's the most incredible statistic

22  that's around the world. And they tried to kill it. They took

23  it on Vimeo, they took it off YouTube, they took, they smashed

24  my channel. I mean they just kept pushing it down on Google.

1    Google I spent $30,000 buying my own name. They took away

2    that, they've kept my money, wouldn't let me buy my own name.

3    They did everything to squash that but people kept spreading

4    the word and you're not going to be able to stop. The proof's

5    out and now the truth will come out and we're going to end up.

6    So I don't know, I don't know the answers. All I know is God's

7    got his hand in all this and you cannot hide what happened.

8    It's too, this was too massive and they almost got away with it

9    but they didn't get away with it.

10         PETE SANTILLI:  Yeah, I have. And again, I'm gonna

11   say, say this and we're gonna be behind you. Our entire

12   listenership, our viewership, and we're going to do what we

13   have to do to go around this technological canceling. It's not

14   going to stop us from sharing the truth because, Mr. Lindell,

15   I think it's it's not just the United States of America, I

16   think you're realizing that this is something so huge that the

17   United States of America has always been that beacon of hope

18   for all the world to see that if we can expose this thing --

19         MIKE LINDELL:  Yep.

20         PETE SANTILLI:  -- through people like Mark Malloch

21   Brown, who is set off on this, and there are connections here,

22   but he's with the United Nations Foundation. He's part of the

23   United Nations, he's gone to other countries. Other countries

24   have been impacted by electronic vote manipulation, it is very

1  well documented. So by using, exposing this stuff, do you

2  think we can have, as Americans to fight through this thing

3  and not back down, that we can have an impact on the entire

4  rest of the world?

5          MIKE LINDELL:  Oh, I've had world leaders call me.

6  I'm not gonna name their names. Two presidents of big

7  countries called me directly, and reached out and said, you

8  know, you're the only hope right now. The United States is the

9  only hope. Their countries got machines, and they got them and

10  their next election, one of them is they're done, and they

11  know it. They're done. This world order that's taking over,

12  starting with China, this is communism taking over. And I will

13  tell everybody right now, I've got a group together, and we've

14  got a plan. And every three or four days I'm going to put up

15  on lindelltv.com. You can all go there. We have to have a

16  central location.

17          PETE SANTILLI:  Yes.

18          MIKE LINDELL:  I'm going to be kept putting out

19  information. And then we are going to put this plan out. Don't

20  anybody lose hope. This is this is not about 2024. This is

21  about 2020. This is about 2020. Everyone says to me, Mike, are

22  you going to run for office? Absolutely not. You'd be wasting

23  your resources and your, everything you have until these

24  machines are gone.

1          PETE SANTILLI:  Yes sir.

2          MIKE LINDELL:  The machines, if the machines are

3    gone, they just pick your winners like this. You know down

4    tickets too those senators in Georgia, both of them, both

5    senators in Georgia won by over 120,000 votes. The two

6    Republicans did. John James won in Detroit. Jason Lewis won in

7    Minnesota. We have all the real stats now of, what happened that

8    night.

9          PETE SANTILLI:  Yes, sir. Now, I know that you've

10   run a very successful business, thankfully, because you've got

11   the resource to be able to do this on behalf of all Americans.

12   And we don't want to get ahead of ourselves. When I saw, when

13   I read this lawsuit, I found it to be highly defama,

14   defamatory. It's concealing the truth that we know exists. I

15   want to encourage you and I know you're optimistic because

16   this opens the door, we can see all this evidence. That's

17   going to be yet another miracle there. But do you, I want to

18   encourage you to go after them. Once we, once you expose the

19   truth, we need to get you to the point to sue them in a big

20   way. Sue them back. Will you please do that for us?

21         MIKE LINDELL:  Hey, hey I you guys, I want every I

22   want everybody to know, I'm not going after just them and

23   Smartmatic. I'm going, I want to go after Twitter, Facebook,

24   Wikipedia, all the media, the media giants, you know, all

1    these giants that are behind mainstream media. This problem

2    runs so deep, and this canceled culture and all this but it's

3    not just Dominion it's a, and not just Smartmatic and not just

4    the machine. Look at what they're doing. They're all part of

5    this attack on our country. I mean a mainstream media, they

6    have not had me on, you kidding? That should have been the

7    biggest news in history or one of the biggest on February 5th

8    with all this new evidence I had. That got that came out

9    and showed this is an attack by another country on our

10   country. This, whether you're a Democrat or Republican, you

11   should be worried. My friends are going, this isn't the

12   Democrats in power right now. They're squishing us. They're

13   canceling us out. In a year from now you wouldn't even know we

14   have a country because nobody will be able to communicate.

15   That's the first thing they're doing is taking away our

16   communication.

17        PETE SANTILLI:  That's right, that's right. And

18   these attacks upon you personally, and we're going to separate

19   it because there are two different entities. You let your

20   employees know at mypillow.com that it's up to we the people

21   that a company like Bed Bath and Beyond has said that I can't

22   pull my wallet out and buy a My Pillow at Bed Bath and Beyond.

23   They're stopping me from making that purchase. Well guess

24   what? We the people are going to go around it because that's

1  the fuel that is necessary in a free market economy, to keep

2  Americans employed so that we can pursue the truth and it's

3  huge truth. And sir, let your employees know we stand behind

4  your company. We stay behind you. We're not going to back

5  down.

6          MIKE LINDELL:  Well thank you.

7          PETE SANTILLI:  We're never going to give in. We

8  thank you for everything you're doing. Thank you. Thank you

9  sir.

10          MIKE LINDELL:  Well thank you, and my employees thank

11  you all, and God bless you.

12          PETE SANTILLI:  Thank you. God bless you too. Stay

13  strong Mike, thank you very much for taking the time out. I

14  really appreciate it. All right. Thank you. All right you

15  guys. All right I've been telling you that this is that moment

16  in time where it's not just calling upon Mike Lindell to do

17  all the work on our behalf. This is that moment in time in our

18  nation's history, where each and every one of us can can do

19  our part to expose the truth. You should be invigorated and

20  energized. And you heard it right here on the Pete Santilli

21  Show. He's going on the offensive.

22          MIKE LINDELL:  Hello I'm Mike Lindell and as you

23  know, my passion is to help each and every one of you get the

24  best sleep of your life. That's why I created my new Giza

1  Dreams Bed Sheets. I started by using the world's best cotton

2  called Giza. It's only grown in a region between the Sahara

3  Desert, the Mediterranean Sea, and the Nile River. It's ultra

4  soft and breathable, but extremely durable. My Giza sheets

5  also include full 21 inch wide pillowcases that will fit over

6  any pillow and deep pocket sheets that will fit over any

7  mattress. The first night you sleep on my sheets, you'll never

8  want to sleep on anything else.

9          SPEAKER 5:  Go to mypillow.com or call the number on

10 your screen right now to get your very own My Pillow Giza

11 Dream Sheet. Giza Dream Sheets are available in a variety of

12 colors. Use the promo code and Mike will give you two for one

13 low price and free shipping. That's right get two for one low

14 price plus free shipping.

15         CHORUS:  For the best night's sleep in the whole wide

16 world is at mypillow.com.

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8          IN WITNESS WHEREOF, I have hereunto set my hand on

9               this 30th day of September, 2021.

10

11

12          _____

13          James Lonergan
            Production Manager
14          Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

**$**

**$2,000**  18:21
**$20,000**  18:20
**$3**  18:18
**$30,000**  20:1
**$65**  4:3

**1**

**1%**  12:24
**100**  13:3
**100%**  6:17
**1000s**  10:14
**110,000,000**  19:20
**117**  8:18
**11:15**  12:15
**120,000**  22:5
**15,000**  7:13
**1st**  12:2

**2**

**2,500**  5:1
**20**  4:8 5:1
**2001**  10:6 16:12
**2002**  10:6 16:13
**2010**  15:4
**2020**  21:21
**2024**  21:20
**21**  25:5
**2pm**  19:18

**3**

**3**  3:14 14:12,24
**30**  10:20
**300,000-400,000**
  17:18
**3rd**  19:2,18

**4**

**4**  18:17
**40**  10:20

**5**

**5**  2:21 6:7,10 25:9
**50**  10:21
**57,000**  16:16
**59**  8:8
**5th**  12:2 23:7

**6**

**60/40**  7:16
**62%**  9:19
**65**  4:9
**67,000,000**  12:4

**7**

**7,000**  7:13,14
**79,800,000**  12:4

**9**

**9**  4:16 6:1
**99%**  6:17
**9th**  11:18 19:11

**A**

**able**  3:3,20 8:1 9:13
  20:4 22:11 23:14
**about**  4:7,8,12,21
  5:8,9,17 6:8,13 9:24
  11:6 12:5 13:23,24
  18:9 21:20,21
**Absolute**  6:9 9:17,
  20 11:15 16:22
  17:15 19:21
**absolutely**  16:7
  21:22
**accepted**  9:1
**access**  15:7
**accuse**  3:21
**actors**  9:18
**actual**  3:16 12:3
**actually**  3:10 5:11
  6:15 12:15 14:8
  15:5
**addict**  10:22

**addressed**  14:9
**addresses**  14:8
  16:24 17:1
**afraid**  8:24
**after**  2:6,11,12 5:11
  10:24 11:1 15:1
  22:18,22,23
**afternoon**  19:18
**again**  15:9 20:10
**against**  7:16
**agencies**  8:18
**agency**  8:14
**ahead**  22:12
**algorithm**  12:13
**algorithms**  12:17
**all**  2:4,13,15,17,21
  3:18,20 4:7,16,17,
  19 6:2,8,16,19,21
  8:16,22 9:12,21
  10:10,13,22 11:10,
  21 12:7,20,21,22
  13:1,4 14:18 16:11,
  12,23 17:1,3,24
  18:8 19:2,3,5,12
  20:6,7,18 21:15
  22:7,11,16,24 23:2,
  4,8 24:11,14,15,17
**allegedly**  14:16,20
**allowed**  8:6 15:4
**almost**  17:18 20:8
**alone**  16:16
**already**  10:21
**also**  11:22 16:5 25:5
**always**  20:17
**am**  6:23 7:23 12:10
**America**  20:15,17
**Americans**  3:20
  21:2 22:11 24:2
**an**  2:22 5:19 10:17,
  22 19:15 21:3 23:9
**and**  2:3,11,15,16,22
  3:11,16,18,19 4:6,8,
  9,14,17,18,19,20,22
  5:1,2,3,4,6,7,10,12,
  16,17,20 6:6,10,12,
  15,16,19,21,22 7:1,
  3,4,5,10,12,16,22,
  23 8:2,4,7,13,15
  9:4,11,12,13,18,19,
  22 10:7,9,13,15,18,

  19,24 11:13,15,17,
  19,23 12:8,12,19,22
  13:3,8,14,17,20
  14:2,3,4,8,13,16
  15:14,16,18,19
  16:4,5,6,14,18 17:1,
  4,10,14,17,22,24
  18:2,8,20,23 19:3,4,
  11,20,22 20:4,5,7,8,
  10,11,12,21 21:3,7,
  9,10,12,13,14,19,23
  22:12,15,22 23:2,3,
  9,17,18,21,22 24:2,
  3,10,11,18,19,20,
  22,23 25:3,4,6,12,
  13
**ANNOUNCER**  3:6
**anomalies**  18:4
**anomaly**  12:20
**another**  2:5,22
  13:16 19:9 22:17
  23:9
**answers**  20:6
**Antrim**  7:10,13
**any**  6:6 8:10 9:7
  10:20 25:6
**anybody**  9:19 21:20
**anybody's**  19:17
**anyone**  4:18
**anything**  19:7 25:8
**anyway**  12:18
**anywhere**  8:23
**appreciate**  24:14
**appreciative**  17:14
**are**  2:14,19,24 5:11
  7:17 8:16 10:1,3,13
  12:10,11,14 14:2,7
  15:16,17,18,19,22,
  23 16:2 18:1,2,4
  19:15,16 20:21
  21:19,21,24 22:2
  23:1,11,19,24 25:11
**aren't**  19:15
**Arizona**  12:24 13:1
**around**  6:22 10:6
  15:9 19:22 20:13
  23:24
**as**  4:4 5:8 6:15,23
  15:23 17:15 18:3
  21:2 24:22

**ask**  3:24 5:17 6:20
  7:16
**asked**  7:17
**at**  2:17 3:15 7:1,3
  8:23,24 9:1,2,3,4,5,
  7 12:15,22 13:6
  16:22,24 17:22,23,
  24 18:1,3 19:2,10,
  18 23:4,20,22 25:16
**attack**  2:18,22 4:17
  5:6,12 9:20,23
  16:22 19:9,19 23:5,
  9
**attacked**  9:17 11:1,3
**attacks**  23:18
**attempt**  5:20
**attempting**  3:21
**Attorney**  8:9
**attorneys**  14:5
**audiences**  17:14
**Australia**  11:2
**automated**  15:2
**available**  25:11
**aware**  14:6
**away**  3:4 9:14 10:12
  20:1,8,9 23:15

**B**

**back**  2:8 4:10,11
  10:20 13:7,13 21:3
  22:20 24:4
**backing**  7:23
**Barr**  8:9 9:6
**based**  9:2 18:9,14
**Bath**  23:21,22
**be**  2:2,5,24 3:3,20
  4:15,19 5:18 6:17
  8:1 11:4,13 12:15
  13:2 14:5 15:3,8
  17:6 20:4,11 21:18,
  22 22:11,13,17
  23:11,14 24:19
**beacon**  20:17
**became**  19:13
**because**  2:4 3:3
  4:11,13 5:10 6:14
  7:21 8:1,11 9:7,14
  10:2,15 11:8,21
  13:4,22,24 14:5

15:4 16:19 18:19,22
19:13 20:14 22:10,
15 23:14,19,24
**Bed** 23:21,22 25:1
**been** 2:20 3:12,13,
17 4:13,21 5:10,17
9:13 10:13 11:1
13:7,22,23 14:14
15:24 16:1 20:17,24
23:6 24:15
**before** 5:8 12:8
13:21 16:17
**behalf** 3:20 22:11
24:17
**behind** 2:14 20:11
23:1 24:3,4
**believe** 4:15 10:18
11:7 13:17
**best** 24:24 25:1,15
**better** 13:12
**between** 16:1 25:2
**Beyond** 23:21,22
**bid** 15:4
**Biden** 12:4
**big** 2:8 3:21,23 14:1,
19 16:6,7,8,9 18:24
21:6 22:19
**bigger** 13:14
**biggest** 2:20 12:5
23:7
**Bill** 8:9 9:6
**bipartisan** 8:8
**bit** 5:7,8
**bless** 24:11,12
**blog** 8:6
**board** 8:14
**book** 10:22
**both** 7:11 22:4
**bother** 9:4
**bots** 10:24
**bought** 16:3
**box** 4:5,8 10:24
**breathable** 25:4
**broke** 12:17
**brought** 10:6,7,8
**Brown** 13:23 14:6,
19 15:10 16:3 20:21
**building** 3:19

**built** 10:10
**bunch** 16:6
**business** 14:21 18:4
22:10
**but** 2:6,15 3:23 4:2,
22 5:13 7:5 8:5,7,16
9:9,16 10:21 11:22
12:12 13:3,10,11
14:6,14 15:12,16,23
17:7,21 19:14,20
20:3,9,22 22:17
23:2 25:4
**buy** 20:2 23:22
**buying** 20:1
**by** 2:22 3:10 5:20
8:17 9:18,19 10:18
12:17 14:9,10 16:4,
14,23 17:14 18:10
20:24 21:1 22:5
23:9 25:1

---

### C

**call** 6:3 21:5 25:9
**called** 3:23 6:8,9,11
21:7 25:2
**calling** 3:21 24:16
**came** 2:22 5:8 16:23
18:1 23:8
**can** 2:4 6:15 8:5,22
10:19 16:22 18:18
20:18 21:2,3,15
22:16 24:2,18
**can't** 7:7 9:21 13:8,9
23:21
**cancel** 4:12 5:20,23
7:20
**canceled** 2:15 23:2
**canceling** 3:2 20:13
23:13
**cannot** 20:7
**case** 8:7 9:2 11:8
**cases** 5:9
**caught** 15:22,23
**central** 21:16
**CEO** 14:8,20
**certainly** 4:20
**chairman** 14:15,20
**channel** 17:19 19:24

**channels** 4:6,8
**Chavez** 14:17
**check** 7:4 18:19
**checked** 17:2
**China** 9:19 21:12
**CHORUS** 25:15
**Chris** 8:13,16
**citing** 8:16
**clear** 18:4
**CNN** 6:3
**code** 15:7 25:12
**coincided** 3:11
**coincidence** 3:9
**coincidentally** 14:10
**Colbeck** 11:9
**collusion** 8:15
**colors** 25:12
**come** 3:11,15 4:11,
12 7:1 11:12 13:2
20:5
**COMELEC** 15:7
**comes** 17:4
**coming** 4:9 6:7
10:11
**communicate** 3:3
23:14
**communication** 3:5
23:16
**communications**
10:13
**communism** 21:12
**Communist** 10:11
**comp** 19:17
**companies** 15:14
18:9
**company** 3:19 4:24
5:2,6 6:24 10:17
14:14 15:13,17
23:21 24:4
**competitors** 15:11
**compromised** 9:1,8,
10
**computer** 19:17
**concealing** 2:2
22:14
**connected** 14:2
**connections** 15:23
16:1,2 20:21

**consider** 11:13
**copy** 17:16,17
**correct** 14:14 18:15
**cotton** 25:1
**couldn't** 10:23
**count** 12:6
**counties** 7:10,11
**counting** 10:15
**countries** 20:23
21:7,9
**country** 2:18,22,23
3:3 4:17 5:4 6:19
7:23 9:17 10:8 12:3
17:2,12 19:10 23:5,
9,10,14
**County** 7:10,13 13:1
**couple** 8:3 11:2
**course** 3:9 5:22 13:8
**Court** 9:3 11:14
17:6
**cousins** 16:11
**coverage** 3:13
**crack** 10:22
**create** 10:19
**created** 24:24
**credibility** 14:12
**crickets** 6:10
**critical** 13:24
**culture** 2:15 4:12
23:2
**cut** 18:4
**cuz** 8:21
**cyber** 4:17 12:1
16:22 19:9,16

---

### D

**daily** 19:12
**Dallas** 16:16,17,18
**danger** 9:15
**day** 4:7 6:2 18:17
**days** 21:14
**dead** 12:6 13:8
**decision** 9:8
**deep** 2:15 11:23
13:22 14:4 15:24
19:11 23:2 25:6
**defama** 22:13

**defamation** 5:9,10,
11 8:7
**defamatory** 2:2
22:14
**defame** 8:7
**definite** 16:2
**delivering** 11:22
**Democrat** 2:23 9:24
17:24 23:10
**Democrats** 3:1
23:12
**Deperno** 11:9
**Desert** 25:3
**designed** 14:23
**destroy** 10:23 12:11
**Detroit** 22:6
**deviation** 18:20
**deviations** 18:6,7
**dial** 12:19
**did** 3:23 4:12,18,23
5:13 6:18,19,21 7:9,
10,24 9:10,22 12:19
13:5,10 14:11,13
15:4 19:7,11 20:3
22:6
**didn't** 4:14,23 7:9
8:24 9:1,4,7,10 10:2
12:6,16 16:19,21
20:9
**different** 12:23,24
18:22,23 19:8 23:19
**difficulty** 15:6
**digging** 19:3
**diligence** 4:18
**direct** 6:2
**directly** 21:7
**dirt** 10:21,23
**disclosed** 13:2
**dispute** 13:24
**dive** 11:23 19:11
**divine** 3:10
**do** 2:6,8 4:24 5:19
6:12,23,24 7:6 11:4
12:24 13:9 14:17
17:11 19:7 20:12,13
21:1 22:11,17,20
24:16,18
**documentary** 6:8

**documentation** 16:4

**documented** 21:1

**does** 6:11

**doesn't** 6:6 12:5 19:6

**doing** 2:17 3:4,13,17 5:19 10:18 13:22 14:3 15:18 16:1 17:9 23:4,15 24:8

**domestic** 9:18

**Dominion** 2:16 4:22 5:18 6:11 7:2,8,16 8:14 9:15 10:9 11:5 14:2 15:5,12 16:4, 19 18:8 23:3

**Dominion's** 5:4

**don't** 4:9 6:11 7:4, 18 9:8 17:7 19:2 20:6 21:19 22:12

**Donald** 12:4,15 13:4,13

**done** 3:19 5:4 10:4 11:23 12:3,12 13:7, 11,13 21:10,11

**door** 2:4 22:16

**double** 12:7 13:9

**doubled** 4:23

**down** 4:13,23 5:5 7:22,24 9:22 10:8, 14,16 11:19 18:18 19:6,24 21:3 22:3 24:5

**downloaded** 17:17

**Dr** 7:11,16

**Dream** 25:11

**Dreams** 25:1

**dropped** 3:16 4:7 13:21

**dropping** 3:12

**due** 4:18

**dug** 18:17 19:10

**dumped** 13:3

**durable** 25:4

———————
E
———————

**each** 24:18,23

**earlier** 6:21 10:5

**economy** 24:1

**eight** 4:7

**either** 9:10

**election** 3:14 4:13, 14 5:17 6:20 7:15, 22 8:8,9,10 12:9,13, 16 15:2,20 16:17 17:8 18:9 21:10

**elections** 10:10 15:4

**electronic** 14:10 20:24

**else** 4:20 25:8

**employ** 15:16

**employed** 24:2

**employee** 5:2

**employees** 4:22 5:2, 3 23:20 24:3,10

**encourage** 2:3,6 22:15,18

**end** 19:2 20:5

**energized** 24:20

**England** 11:3

**enough** 12:18 13:23

**entire** 20:11 21:3

**entities** 23:19

**ES&S** 6:19

**ESS** 10:9

**essence** 3:24

**even** 3:2 4:11 7:7 8:21 11:14 13:21 15:1 16:17 17:23 23:13

**ever** 4:10 8:24

**every** 2:10 6:1 9:11 12:2,23 16:13,14,23 18:17 21:14 22:21 24:18,23

**everybody** 2:11 7:1, 3,23 8:21 9:21 10:22 11:20 12:8 16:10 18:16 19:3, 13,14 21:13 22:22

**everyone** 6:20 9:23 11:24 16:18 18:24 21:21

**everything** 3:14 6:18 9:12 12:20,21 20:3 21:23 24:8

**Everything's** 7:5

**everywhere** 18:18

**evidence** 2:5,21 3:14 4:16 6:6,8,15,16,18 8:1,10,23 9:2,3,4,5, 7 11:10,13,14,23 17:22,24 18:14 19:4,12 22:16 23:8

**ex** 10:22

**exact** 7:15

**example** 15:3

**except** 9:5

**exists** 2:3 22:14

**expect** 12:16

**experts** 8:9 18:11

**explain** 14:18

**expose** 2:7 20:18 22:18 24:19

**exposing** 21:1

**exposure** 11:13

**express** 8:4

**extremely** 25:4

———————
F
———————

**Facebook** 2:12 10:15 22:23

**fact** 14:16,21 15:11, 19

**facts** 19:15

**false** 5:12,13,18

**February** 2:21 6:7, 10 23:7

**few** 17:13

**fight** 3:20 21:2

**file** 8:6 14:4

**filing** 5:20

**Finally** 7:24

**find** 18:22

**fired** 8:16

**first** 3:4 6:24 23:15 25:7

**fit** 25:5,6

**flip** 12:2 16:15

**flipped** 7:13,15 13:7

**Florida** 14:22

**foam** 7:2

**for** 2:9 3:20,23 4:21 8:3 9:5,21 10:1,2,10 11:21,22 12:23 15:3,14 19:14 20:18

21:22 22:20 24:8,13 25:12,13,15

**foreign** 9:18

**forensic** 11:13 12:1

**forensics** 12:1 19:16

**formed** 18:11

**former** 14:17,20

**forth** 11:12 14:3

**found** 2:2 7:12 22:13

**Foundation** 20:22

**four** 21:14

**fraud** 4:14 8:10 17:7 18:9 19:9

**free** 24:1 25:13,14

**friends** 2:24 10:1,14 23:11

**frivolously** 5:21

**from** 3:2 5:24 6:1,4, 5 9:14,15 10:17 12:2,7 15:12,14 16:5,12,24 18:17 19:9,11,16 20:14 23:13,23

**fuel** 24:1

**full** 5:13 25:5

**funny** 5:24

**further** 5:20

———————
G
———————

**gates** 3:24

**General** 8:9

**George** 8:6 10:18

**Georgia** 22:4,5

**Germany** 10:12

**get** 2:7 7:8,21 10:2, 21 11:20 18:23 20:9 22:12,19 24:23 25:10,13

**gets** 17:5

**getting** 4:10 17:11

**giants** 2:13,14 22:24 23:1

**give** 6:2 24:7 25:12

**given** 18:10

**Giza** 24:24 25:2,4, 10,11

**go** 2:6,12 5:4,5,11 7:3,6,7 9:11,12 10:1,24 11:1 13:11 19:10 20:13 21:15 22:18,23 23:24 25:9

**God** 24:11,12

**God's** 20:6

**goes** 18:24

**going** 2:5,11,12,24 3:10,24 5:16 6:23, 24 7:8,21 9:16 10:1 12:11,15,18 14:5 17:10,11 18:18 19:6 20:4,5,12,14 21:14, 18,19,22 22:17,22, 23 23:11,18,24 24:4,7,21

**gone** 10:3,4 20:23 21:24 22:3

**gonna** 8:3 13:2 17:3 20:10,11 21:6

**good** 9:2 15:24

**Google** 19:24 20:1

**got** 2:21 4:15 6:22 8:16 9:20 11:6,24 12:16 15:22,23 17:5 20:7,8 21:9,13,14 22:10 23:8

**gotta** 19:19

**government** 14:9 17:1

**grab** 11:18

**grabbed** 17:16,17

**grandkids** 9:13

**group** 21:13

**grown** 25:2

**guess** 23:23

**guy** 8:15 13:24 14:8, 11

**guys** 2:10 6:7 22:21 24:15

———————
H
———————

**hacked** 9:18

**had** 2:19,21 3:10 4:19,24 8:14 9:14 10:12 11:8,9,12 12:22 14:15,16 15:2,6 16:15,20,21 17:18,21 19:3,8

21:5 23:6,8
**hand** 20:7
**happened** 12:9,12
13:20 17:8 19:18
20:7 22:7
**happening** 11:4
**happy** 12:10
**harm** 5:14
**has** 3:15,17 4:12
14:14 20:17 23:21
**hasn't** 4:14 8:10
**have** 2:19,20 3:3
4:19 5:3,10,23 6:6,
17,22 7:22 8:17
9:12 10:12,13 11:2,
3,13 12:1,14,24
13:7,9,11,12,14
14:4 15:14,17,24
16:4,19 17:3,13
18:19,22 19:21
20:10,13,24 21:2,3,
15,23 22:7 23:6,14
**haven't** 4:2 5:24
9:12 13:22
**having** 3:19
**he** 3:23 8:10,11,14
9:7,8,9,10 12:18
13:9 14:8,9 15:22,
23
**he's** 3:18 20:22,23
24:21
**heard** 24:20
**hearing** 13:23
**heck** 18:10
**heist** 12:5
**Hello** 24:22
**help** 18:19 24:23
**here** 8:16 9:9 11:6
14:11,13 15:1 20:21
24:20
**hey** 2:10 6:24 7:3
22:11
**hide** 20:7
**hiding** 7:17,18
**highlighted** 8:3
**highly** 2:2 22:13
**him** 3:21,24 11:22
14:7
**his** 14:7 20:7

**history** 2:20 12:5
23:7 24:18
**hope** 7:22 20:17
21:8,9,20
**hosts** 6:5
**House** 17:9
**how** 10:14 12:14
14:17 18:3
**however** 8:5
**hub** 19:13
**huge** 20:16 24:3
**Hugo** 14:17
**hundred** 5:1
**hundreds** 15:17,18
17:21

### I

**I'D** 14:4 19:13
**I'LL** 8:1 9:9,22
**I'M** 2:11,12 3:10,24
5:16 6:4,8,14,21,24
8:3,15 9:9,14,16
11:7 14:15 17:14
20:10 21:6,14,18
22:22,23 24:22
**I'VE** 3:12 4:13,19
5:9 7:17 9:13 10:21
11:1,23 12:8 13:22
18:17 21:5,13 24:15
**idea** 13:1 14:12
**IDS** 17:1
**if** 4:11,18 5:17,18
6:21 9:17,20,24
10:3 13:6,11,12
14:15 17:5,22,23,24
18:20 19:16 20:18
22:2
**impact** 21:3
**impacted** 20:24
**in** 2:8,20 3:1,2,24
4:17 5:5,18 6:1,16
7:3,8,9,10,11,12,14,
15,22 8:15 9:12,15
10:5,7,8,11 11:1,3,7
12:1,3,5,10,13,18,
20,22 13:1,13
14:16,21 15:1,4,7,
13,18,20 16:12,14,
16,17 17:2,8,9 18:3
19:1,3,12,14,18

20:7 22:4,5,6,19
23:7,12,13 24:1,7,
16,17 25:2,11,15
**inaudible** 10:2
**inch** 25:5
**include** 25:5
**incredible** 19:21
**information** 18:10
19:14 21:19
**input** 18:22
**inside** 6:23 7:2
19:17
**instead** 7:2 13:10
**integrity** 14:13
**intel** 8:18
**interchangeable**
16:14
**international** 15:15
**into** 4:19 5:5 10:8
18:17 19:10
**invented** 10:7
**invigorated** 24:19
**involved** 14:21
15:18
**IP** 16:24 17:1 19:19
**is** 2:22 3:4,9 4:4
5:12,19 6:7,8,24
7:21,22 8:8,15 10:4,
10,11,18 11:4,8,14,
20,24 12:1,17 13:5,
6,16,17,24 14:1,7,8,
11,20,21 15:1,11,
12,19 16:6,7,8,11,
13 17:5,9,10 19:10,
12 20:6,16,21,24
21:8,10,12,20,21
23:9,15 24:1,15,17,
23 25:16
**isn't** 2:24 8:19 9:24
10:1 15:13 23:11
**issues** 15:8
**it** 2:2 3:7,11,16,17,
21 4:14,16,17,20
5:13,18,22 6:16 7:4,
14,15,24 8:5,19,22,
23,24 9:6,11,21,22
10:5,8,18 11:13,19
12:5,17 13:5,7,13,
18,20 14:11,21
15:2,3,4 16:5,15,19,
21 17:4,15,16,17,18

18:1 19:14,16,22,
23,24 20:8,9,24
21:11 22:13 23:19,
24 24:14,20
**it'll** 17:6
**it's** 2:2,16 3:16,23
4:8 5:2,3,24 6:10
8:17,18 10:10 13:1,
14 16:9 17:10 18:4,
9 20:8,13,15 22:14
23:2,3,20 24:2,16
25:2,3

### J

**James** 22:6
**Jan** 12:2
**January** 4:16 6:1
11:18
**Jason** 22:6
**Jimmy** 6:5
**job** 13:7,10,11 19:7
**John** 22:6
**judges** 8:8,24
**just** 2:11,16,17 4:2,
9,24 5:3 7:9 8:3,6
9:3,6,15 10:12 11:5
12:20 13:10,14 15:7
16:15,16,17 17:19
18:11 19:15,24
20:15 22:3,22 23:3
24:16

### K

**keep** 24:1
**kept** 6:7,13 19:5,24
20:2,3 21:18
**kidding** 2:19 23:6
**kill** 19:22
**Kimmel** 6:5
**kind** 5:24
**knew** 5:18 8:24
**know** 2:3,11,13 3:2
4:13,21,22 5:5,7,12,
16 6:6,12 7:17 8:20,
22 9:4,9,14,16
10:20 11:6 13:4,12,
18 14:19,22 15:11,
16,19 16:10,11
19:4,5 20:6 21:8,11

22:3,9,14,15,22,24
23:13,20 24:3,23
**knowing** 3:17 5:13
**knows** 11:20 19:13
**Krebs** 8:13,16

### L

**large** 15:13
**last** 12:24
**late** 6:4 14:17
**launched** 6:10 9:22
**law** 15:2
**lawsuit** 2:1 3:12,16
6:12,13 7:24 13:21
22:13
**lawsuits** 5:11
**lawyers** 11:22
**leaders** 21:5
**leads** 14:21
**learned** 5:9
**left** 3:22 8:17
**leftist** 8:6
**leftists** 8:7
**legislators** 19:7
**legit** 7:4
**let** 14:6 20:2 23:19
24:3
**let's** 11:5
**level** 5:6
**Lewis** 22:6
**liars** 16:6
**license** 15:14
**licensed** 15:12
**licenses** 15:13
**lie** 3:22,23 14:1,3
16:6,7,8,9
**life** 24:24
**like** 3:7 7:18 8:5,7
9:3,22 10:12 11:19
13:3,7 14:1,4 15:8
18:2,23 19:13,16
20:20 22:3 23:21
**limitations** 17:8
**Lindell** 2:10 3:11,
17,18 4:1,5 5:15,22
6:23 7:20,21 8:12,
20 10:20 11:11,17
13:19 16:7,10 17:20

18:6,13,16 20:14,19
21:5,18 22:2,21
24:6,10,16,22
**lindelltv.com**  9:20
**lindelltv.com.**  21:15
**line**  8:3
**listener**  17:23
**listenership**  20:12
**listening**  3:6 17:14
**literally**  14:4
**little**  5:7,8 17:19
**Live**  6:6
**livelihood**  10:14
**living**  12:10
**location**  21:16
**look**  2:17 3:15 7:1,3
8:24 9:1,4,7,10,11
15:10 17:22,23,24
18:3 19:10 23:4
**looked**  8:11,23 9:2,5
**looking**  18:1
**Lord**  13:23 14:6,19
15:10 16:3
**lose**  21:20
**lost**  4:3 10:14
**lot**  4:21 5:2 15:24
18:10
**low**  25:13
**luck**  13:12
**lying**  9:6,10 15:22

---

**M**

**machine**  2:17 4:14
10:3 13:14 19:9
23:4
**machines**  6:19 7:3,
9,12 10:3,5 12:11,
14,19 13:6 14:10
16:21 21:9,24 22:2
**made**  9:7,8 10:2
18:19,23
**mail**  19:1
**mainstream**  2:14,18
5:23 23:1,5
**make**  4:21 18:21
19:3,15
**makes**  18:20

**making**  6:8 18:11
23:23
**maliciously**  5:14,19
**Malloch**  13:23 14:6,
19 15:10 16:3 20:20
**manipulation**  20:24
**mantra**  8:17
**manufacture**  15:18
**manufacturing**
15:16
**many**  10:14 12:14,
16
**Maricopa**  13:1
**Mark**  20:20
**market**  24:1
**Massachusetts**  7:11,
14
**massive**  20:8
**match**  17:2,3
**Matt**  11:9
**matter**  16:21 19:6
**matters**  4:20
**mattress**  25:7
**maybe**  13:11
**me**  2:19 4:15,24
5:23 6:3,4,14,15
7:20 8:5,22 10:16,
17,21,23 11:5,21
14:6,14 15:12 20:2
21:5,7,21 23:6,23
**mean**  2:18 12:17
17:5,8 19:19,24
23:5
**media**  2:13,14,19
5:23 22:24 23:1,5
**Mediterranean**  25:3
**mentioned**  5:8
13:20
**Michigan**  7:10 13:2
**middle**  12:21
**might**  7:8
**Mike**  2:10 4:5 5:15,
22 6:6,23 7:20,21
8:12,20,22 10:20
11:11,17 13:19
16:7,10 17:20 18:6,
13,16 20:19 21:5,
18,21 22:2,21 24:6,
10,13,16,22 25:12

**million**  4:3,9 18:18
**minds**  14:24
**Minnesota**  9:14
22:7
**minutes**  17:13
**miracle**  2:5 12:12
13:17 22:17
**miracles**  12:9
**mirrored**  17:18
**misjudged**  12:13
**mocked**  6:4
**moment**  24:15,17
**money**  4:21 18:18
20:2
**more**  15:18 19:12
**morning**  3:15 6:4,9
16:17 19:1
**most**  19:21
**Mr**  3:11,17,18 4:1
20:14
**much**  7:24 24:13
**multiple**  3:22
**my**  2:24 4:7,18,22,
24 5:2,6 6:2,23,24
7:1,2 8:4 9:13,17,
20,24 10:14,17,19,
22,24 11:7 12:23
18:18,20 19:24
20:1,2 23:11,22
24:10,23,24 25:4,7,
10
**mypillow.com**  23:20
25:9
**mypillow.com.**
25:16

---

**N**

**nails**  6:22 7:2
**name**  20:1,2 21:6
**named**  13:23
**names**  21:6
**narrative**  3:22 8:19
**nation's**  24:18
**Nations**  20:22,23
**Nazi**  10:12
**necessarily**  4:2
**necessary**  24:1

**need**  2:7 8:21 22:19
**needs**  11:24 16:11
**nephews**  9:13
**never**  8:11 11:17
14:14 15:3 24:7
25:7
**new**  2:21 4:16 6:2
11:2 23:8 24:24
**news**  2:20 6:1 23:7
**next**  13:12,14 21:10
**nieces**  9:13
**night**  6:4,5 12:16,21
19:2 22:8 25:7
**night's**  25:15
**nights**  18:24
**Nile**  25:3
**nine**  17:6
**no**  4:14 7:1 9:7
11:17 12:24 16:19
17:7 18:13 19:1
**nobody**  3:3 9:1,2
13:10 19:7 23:14
**nobody's**  8:23 9:5
**non-**  19:4
**none**  6:10 8:23
13:10 18:23
**not**  2:11,16,17,19
3:8 4:6 5:23 6:17
7:23 9:8,9,10,11,15
10:3,4 11:14 14:1,5
15:4,8,23 17:9
18:11 19:2,6 20:4,
13,15 21:3,6,20,22
22:22 23:3,6 24:4,
16
**nothing**  3:9 4:20,24
18:19
**November**  3:14 12:2
18:17 19:1,11,18
**now**  3:1,2,23 5:4
6:11,14,20 8:1
10:19 11:14 12:4,10
13:5,6 14:4 17:9,13
18:4 19:12 20:5
21:8,13 22:7,9
23:12,13 25:10
**number**  4:5 6:2 15:3
25:9
**numbers**  18:3

---

**O**

**of**  2:18,20 3:9,12,13,
20,21,24 4:3,4,5,12,
15,21 5:2,3,22,24
6:2,9,10,12,18,19,
23 7:2,11,21 8:10,
23 9:19 10:14
11:19,23 12:7,9,18,
21,23 13:8,10 14:6,
8,17,18,22 15:2,11,
15,17,19,24 16:5,6,
13 17:7,21 18:10,
18,20,23 19:1,2,4,
13,15 20:15,17,22
21:4,6,10 22:4,7,11,
12 23:4,7 24:18,23,
24 25:11
**off**  16:12 19:23
20:21
**offensive**  24:21
**office**  21:22
**officials**  8:8
**oh**  7:8 9:6,7 21:5
**okay**  3:10 8:13 10:4
12:8 13:11 14:24
16:3
**old**  8:17
**on**  2:18,19,21,23
3:11,20,22 4:10,16,
17 5:8,23 6:1,4,9
7:5 8:8,14 9:2,16,20
10:15,21 11:9,15,
18,19 12:1,12,15,19
13:1,10 14:2,7,12,
24 17:8,10,15,16,19
18:9,14,17 19:11,
18,23,24 20:21
21:3,15 22:11 23:5,
6,7,9 24:17,20,21
25:7,8,9
**once**  2:6,7 19:7
22:18
**one**  2:20 6:12 11:18
12:23,24 15:3
16:13,20 19:8 21:10
23:7 24:18,23
25:12,13
**only**  15:23 18:21
21:8,9 25:2
**open**  7:9

**opened** 7:12 13:5,21

**opens** 2:4 22:16

**opinion** 8:4 11:7 18:12 19:15

**opponent** 5:13

**optimistic** 2:4 12:10 22:15

**or** 2:20,23 3:8 5:19 7:1,8 9:1,8,10,15,24 12:6 13:12,13 14:1 16:12,20 17:11 18:19 21:14 23:7,10 25:9

**order** 15:7 21:11

**other** 7:5 12:7 15:14 16:20 18:9 20:23

**our** 2:18,23 3:4 4:17,22 5:4 6:19,20 7:3 15:12,19 17:10, 11,14 20:11,12 23:5,9,15 24:7,17,19

**ourselves** 22:12

**out** 2:22 3:2,24 4:18 6:7,20,21 7:4,8,21 8:1 9:23 12:7 13:2 14:13 16:23 17:2,3, 4,11 18:19,22 19:12,20 20:5 21:7, 18,19 23:8,13,22 24:13

**output** 18:23

**outside** 10:17

**over** 11:1,2,5,10 13:15 14:5 18:18 19:20 21:11,12 22:5 25:5,6

**overseas** 17:3

**overthrown** 14:10

**own** 14:7 15:5 18:18 20:1,2 25:10

**owned** 5:2 10:18 15:5

**P**

**page** 8:8

**part** 2:18 4:12 15:11,13 20:22 23:4 24:19

**particular** 5:18 15:15

**partly** 10:18

**Party** 10:11

**passion** 24:23

**patented** 7:2

**Patrick** 11:9

**patriots** 15:24

**people** 7:6,13 8:17 9:16 10:13 11:12 12:6 13:8 15:8,17 17:7,19,22 18:1 19:4,20 20:3,20 23:20,24

**people's** 14:24

**percentage** 7:16

**performance** 15:20

**period** 4:7

**personally** 23:18

**Pete** 2:1 3:6,7,9 4:1 5:7,16 7:19 8:2,13 11:7,12 13:16,20 15:22 16:9 17:13,21 18:7,14 20:10,20 21:17 22:1,9 23:17 24:7,12,20

**Philippine** 14:9

**Philippines** 15:1,21

**physical** 9:15

**pick** 22:3

**piece** 4:15 11:18,23 15:15 19:8

**pieced** 11:10

**pillow** 4:7,22 6:23, 24 18:20 23:22 25:6,10

**pillowcases** 25:5

**pillows** 7:1

**pivotal** 9:5

**places** 9:5

**plan** 4:10,15 21:14, 19

**plant** 11:3

**please** 2:8 6:13,14 22:20

**plus** 5:1 12:4 15:6 25:14

**pocket** 25:6

**podcast** 10:16

**point** 2:7 6:1 14:13 22:19

**Post** 6:3

**pouring** 19:14

**pours** 19:12

**power** 3:1 23:12

**preceded** 14:15

**predict** 12:14

**preliminary** 16:16

**President** 11:20 14:17 17:10

**presidents** 21:6

**pretty** 8:15

**price** 25:13,14

**primary** 7:11,15

**print** 19:16

**private** 5:5

**probably** 4:10

**problem** 2:14 13:6 23:1

**profit** 3:23

**profitable** 4:15

**profited** 4:2

**promo** 25:12

**Proof** 6:9 9:17,20 11:16 16:23 17:15 19:21

**proof's** 20:4

**proud** 15:19

**providence** 3:10

**provisions** 15:2

**public** 6:17 7:8

**published** 17:15

**pull** 23:22

**purchase** 23:23

**purchased** 16:4

**pursue** 24:2

**pursuing** 4:4

**pushing** 19:24

**put** 6:16 8:1 11:15, 18 12:13 14:7 15:6 19:20 21:14,19

**putting** 21:18

**Q**

**question** 14:24

**R**

**r&d** 15:17,18

**race** 17:10

**radio** 18:20

**reach** 12:23

**reached** 21:7

**read** 2:1 3:16,18 8:2, 5 10:22 22:13

**reading** 11:8

**real** 13:6 19:10 22:7

**realize** 11:24 17:7

**realizing** 20:16

**really** 24:14

**record** 6:17

**regarding** 3:13

**region** 25:2

**related** 3:14

**removing** 16:5

**reply** 6:16

**report** 4:3

**reports** 15:1

**represents** 8:14

**Republican** 2:23 9:24 23:10

**Republicans** 22:6

**research** 3:12 13:22 14:4 15:24

**resident** 14:22

**residents** 19:5

**resource** 22:11

**resources** 3:19 21:23

**respond** 8:5

**rest** 21:4

**result** 4:4 15:24

**retailers** 4:6

**rid** 7:21

**right** 3:1,24 4:4 5:5, 15,22 8:1,2,12,20 9:14 10:23 11:11,17 12:10 13:13 15:22 16:7 18:16 21:8,13 23:12,17 24:14,15, 20 25:10,13

**risk** 9:12

**River** 25:3

**rocks** 6:22 7:1

**rumble** 17:19

**run** 21:22 22:10

**running** 6:22 16:24

**runs** 2:15 10:19 23:2

**Russia** 8:18

**S**

**Sahara** 25:2

**said** 8:10 10:5 12:8 13:13 21:7 23:21

**same** 7:12 8:17,19 12:22 16:13

**Santilli** 2:1 3:6,7,9 4:1 5:7,16 7:19 8:2, 13 11:7,12 13:16,20 15:22 16:9 17:13,21 18:7,14 20:10,20 21:17 22:1,9 23:17 24:7,12,20

**Saturday** 6:5

**saw** 2:1 4:3 22:12

**say** 3:10,23 4:3 6:13 7:7 8:13 13:8 14:1,3 15:8,11 20:11

**saying** 5:17 6:22 7:3 8:17 19:6

**says** 5:22 8:21,22 16:18 21:21

**scheduled** 3:11

**scramble** 12:22

**screen** 14:7 25:10

**screenshots** 16:5

**scrub** 16:1

**Sea** 25:3

**sector** 5:6

**security** 8:9

**see** 2:4 9:13 11:5 17:10,22 19:19 20:18 22:16

**seeing** 11:14

**seen** 4:19 8:10 11:15,17,18 18:14 19:21

**senators** 22:4,5

**sense** 18:19,23 19:3

**separate** 23:18

**Sequoia** 16:3

serve  6:14,15
set  13:14 20:21
setting  12:19
shameful  5:4
sharing  20:14
Sheet  25:11
sheeting  12:8
sheets  25:1,4,6,7,11
shipping  25:13,14
Shiva  7:11,16
shopping  4:6,8
should  2:19,24 13:7
  15:8 23:6,11 24:19
show  3:7 4:2 6:5
  8:22 11:9,10,15
  24:21
showed  2:22 4:16
  11:22 23:9
shutting  19:5
side  12:19
sight  12:1
silence  5:20
since  5:24 11:23
  16:23
single  6:1 12:2
sir  22:1,9 24:3,9
sleep  24:24 25:7,8,
  15
Smartmatic  2:12,16
  6:18 10:5,9 14:2,8,
  14,16 15:1,6,9 16:2,
  3,12 18:8 22:23
  23:3
smashed  19:23
SNS  16:20
so  2:15 3:23 4:9,14,
  20 7:2,6,16,24
  10:23 11:10 12:10,
  16,19 14:2,3,20
  17:3,14 19:2,3 20:6,
  16 21:1 23:2 24:2
soft  25:4
software  15:5,6
some  3:12,13 4:8 5:1
  11:22 13:3 17:3
somebody  5:12 6:22
someone  13:23
something  5:12
  20:16

something's  18:21
soon  6:15 17:15
Soros  8:6 10:19
source  15:7
SPEAKER  14:12,24
  25:9
specific  18:2
speculate  9:9
spent  18:17 20:1
spikes  18:24 19:2
spite  12:18
split  10:9 16:12
spreading  20:3
spyware  16:24 17:4
squash  20:3
squishing  3:1 23:12
stand  24:3
started  10:5 11:21
  16:12,17 19:3 25:1
starting  21:12
state  12:7 16:14
states  10:9,11 12:21
  16:15,16 19:5
  20:15,17 21:8
statewide  7:14
station  18:20
statistic  19:21
stats  22:7
statute  17:7
stay  9:14 24:4,12
steal  10:10
still  13:17 14:20,21
  15:1
stock  5:3
stoled  6:19,20
stolen  10:11
stop  20:4,14
stopped  12:20,21,22
stopping  23:23
stores  4:6,8 10:24
stretching  14:12
strong  24:13
stuff  18:17 21:1
subjected  15:9
successful  3:19
  22:10

sue  2:8 4:24 6:13,14
  22:19,20
sued  4:24 7:9
suing  7:6
supplement  13:22
support  4:21
supposed  15:3 18:21
suppress  7:7,20
Supreme  9:3 11:14
  17:6
sure  8:15
surface  13:17
swing  16:15
systems  14:22 15:5,
  19

——————

T

take  4:10,13 6:15
  7:22 9:21 10:12
  17:22 18:3
taken  10:14 11:19
takes  17:23
taking  3:4 21:11,12
  23:15 24:13
talk  6:5
technological  20:13
technology  15:12,
  13,15,17
tell  7:23 8:21 9:9,22,
  23 13:4 15:12 21:13
telling  3:7 6:7,13,14
  11:5 24:15
terminology  18:3
thank  24:6,8,10,12,
  13,14
thankfully  22:10
that  2:3,8,14,19,21,
  22,24 3:13,16,17,18
  4:3,4,6,12,22 5:10,
  12,13,16,19 6:1,10,
  18 7:6,15,22,24 8:4,
  14,18,21,22,23 9:4,
  17,18,19,23 10:5,8,
  17,20,23 11:6,12,
  14,15,19,22 12:1,3,
  5,6,7,11,14,16,17,
  18 13:3,4,5,10,17
  14:1,3,4,8,9,11,12,
  13,15,18 15:2,3,8,

11,15,16,23 16:6,
  11,12,17,23,24
  17:4,6,23 18:1,7,8,
  14,23,24 19:3,5,6,8,
  11,12,20 20:2,3,16,
  17,18 21:3 22:7,9,
  14,20 23:1,6,8,20,
  21,23 24:1,2,15,17
  25:5,6
that's  2:5 3:4,22 4:5,
  9 7:18 8:2,12,15
  9:6,11 10:1 11:21
  12:20 14:3 15:10
  18:10 19:21,22
  21:11 22:16 23:15,
  17,24 24:24 25:3
the  2:2,4,7,13,17,20
  3:4,6,7,11,12,13,14,
  15,17,18,19,22,23,
  24 4:1,5,9 5:5,17
  6:1,2,8,9,12,13,15,
  16,24 7:5,7,9,12,15,
  22 8:1,13,14,17,19,
  24 9:2,3,4,5,16,19
  10:4,8,11,23,24
  11:3,9,14,20,21,24
  12:3,5,6,7,11,13,17,
  20,21,22,24 13:6
  14:1,7,8,9,11,15,17,
  19,20,21,24 15:1,2,
  4,5,6,7,11,14,15,19,
  20,24 16:1,4,5,6,7,
  8,9,13,14,17,18,20,
  22,23,24 17:1,3,4,6,
  9,14,23 18:4,7,20,
  22,23,24 19:1,3,4,6,
  9,14,23 18:4,7,18,20,
  22,23,24 17:1,3,4,6,
  9,14,23 18:4,7,20,
  22,23,24 19:1,2,5,7,8,9,
  18,19,21,22 20:4,5,
  6,14,15,16,18,22
  21:3,4,8 22:2,5,7,
  11,14,16,18,19,24
  23:4,6,7,11,15,20,
  24 24:1,2,13,17,19,
  20,21,23 25:1,2,3,7,
  9,12,15
their  10:13,14,15
  13:7,10,11 19:7
  21:6,9,10
them  2:6,8,11 3:21
  4:10,11 5:9,14 6:2,
  9,10,13,14,16 7:3,7
  10:6,7 11:1 12:18,
  23 16:5,13 17:2
  21:9,10 22:4,18,19,
  20,22

then  4:20 6:16 11:23
  12:12 19:10 21:19
there  2:5 4:18 5:24
  6:20,21 7:8 8:1 9:6,
  16,21,23 10:7,23
  11:3 12:17 13:16
  15:22,23 16:2,21
  17:6,11 18:4 19:12
  20:21 21:15 22:17
  23:19
there's  4:21 5:1 7:1,
  2 10:22 12:9 13:16,
  24 17:7
these  2:14 8:16 10:3
  12:11,14,19 13:4
  14:7,22 15:18 17:24
  18:2,9 19:14,15
  21:23 23:1,18
they  2:19 4:11,20,
  23,24 5:4,5,23 6:3,
  4,6,11,12,15,18,22
  7:4,5,6,7,9,10,12,
  14,18,20,24 8:2,7,
  16,24 9:1,3,21,22
  10:6,7,9,12,15,16,
  17,19,20,23,24
  11:1,3,4 12:13,16,
  19,20,21,22 13:2,6,
  7,10,11,13 14:1,3
  16:19,20 17:2,3
  18:21 19:22,23,24
  20:1,3,8,9 21:9,10
  22:3 23:5
they'd  13:12,13
they're  2:17 3:1,4
  4:12 5:3 7:4,8 8:6
  9:6 10:4,10 14:5
  16:6,11,12,13 17:11
  21:10,11 23:4,12,
  15,23
they've  10:10 11:1,
  17 16:1 20:2
thing  3:4,21 5:21
  6:24 7:12,14 8:3
  11:8 16:22 20:18
  21:2 23:15
things  6:12 8:4 13:4
think  5:19 11:6 12:4
  14:19 15:10 17:16,
  18 20:15,16 21:2
thinks  9:19
this  2:1,4,5,14,15,
  18,21,22,24 3:12,

15,20,21 4:4,12,13,
15,16 5:1,19,20 6:9,
11,12,20,21 7:17,
21,22 8:2,8,15 9:17,
22,23 10:1 11:4,7,8,
10,15,17,18,19,21
12:3,8,9,13,19 13:2,
9,20,24 14:6,7,10
15:9 16:2,21,24
17:2,5,8,11,22,23,
24 18:11 19:4,8,9,
10,15,19,20 20:7,8,
11,13,16,18,21
21:1,2,11,12,19,20,
21 22:3,11,13,16
23:1,2,5,8,9,10,11
24:15,17

**those** 4:7 6:19 7:11
13:14 16:15,18 19:2
22:4

**thoughts** 15:8

**thousand** 13:3

**thousands** 17:21

**three** 21:14

**through** 10:3 15:7
20:20 21:2

**tickets** 22:4

**ties** 14:16

**till** 6:4

**time** 4:1 9:22 11:10
12:22 13:14 15:9
24:13,16,17

**times** 3:22 6:3

**to** 2:2,3,5,6,7,11,12
3:3,6,10,11,14,16,
18,20,21,23,24 4:1,
11,13,15,21,24 5:4,
5,8,14,16,18,20 6:5,
13,16,20,23,24
7:20,21 8:1,4,5,6,
21,22,24 9:9,13,14,
21,23 10:2,10,21
11:5,6,13,20,24
12:2,11,14,15,18,
22,24 13:3,5,17,22
14:2,5 15:3,4,6,7,9
16:1,11,17 17:5,10,11
18:1,3,10,21,22
19:6,15,19,22 20:3,
4,5,12,13,14,18,23
21:2,14,15,18,19,
21,22 22:11,12,13,
15,17,18,19,22,23

23:14,18,20,24
24:1,4,7,16,19,23
25:8,9,10

**today** 6:3,21

**together** 3:15 11:10
21:13

**told** 5:10 6:9 9:6
10:21

**too** 20:8 22:4 24:12

**took** 3:15 10:8,16,17
12:24 19:22,23 20:1

**total** 12:3

**towards** 18:8

**transformed** 15:20
17:5

**tried** 11:20 19:22

**trolls** 10:24

**Trump** 12:4,15 13:5

**Trump's** 13:13

**truth** 2:2,7 3:7 13:2
20:5,14 22:14,19
24:2,3,19

**trying** 4:13 16:1

**turn** 14:5

**TV** 5:23 6:4

**twice** 19:4

**Twitter** 2:12 10:15
11:19 22:23

**Twitters** 10:13

**two** 7:10 8:8 9:5
10:8 12:8,9 21:6
22:5 23:19 25:12,13

---

**U**

**ultra** 25:3

**understand** 4:1,2

**unequivocally** 14:13

**United** 10:9,11
16:14 20:15,17,22,
23 21:8

**until** 6:11 21:23

**up** 7:5,9,12 9:21
11:19 13:5,21 18:11
20:5 21:14 23:20

**upon** 23:18 24:16

**upsetting** 3:16,18

**upwards** 4:3

**us** 2:9 3:1,2 12:11
20:14 22:20 23:12,
13 24:18

**USA** 6:3 10:4

**use** 15:15 18:8 25:12

**used** 18:2

**using** 15:13 21:1
25:1

**usually** 4:8

---

**V**

**variety** 25:11

**vendors** 10:24 11:2

**Venezuela** 10:6
14:2,17 16:2

**Venezuelan** 14:14,
16

**venture** 4:4

**very** 14:21 20:24
22:10 24:13 25:10

**vetted** 4:17

**viewer** 17:23

**viewership** 20:12

**Vimeo** 17:16,17
19:23

**violated** 15:2

**vote** 10:2 12:3,6
13:8 17:6 20:24

**voted** 7:13 10:1
12:7,15

**voters** 12:6

**votes** 7:13 12:14,16,
18 13:3 16:15,16
22:5

**voting** 13:9 14:10
15:5 19:1,4,5

---

**W**

**wallet** 23:22

**want** 2:3,6,10,12
6:13,20 7:20 8:4,5
9:23 13:3 16:19
22:12,15,17,21,22,
23 25:8

**wanted** 4:11 8:4

**was** 3:16,17 4:16
5:13 6:1,2 7:14,15
9:7,8,10,19 10:8,18,

22 11:19,21 12:3,5,
18,23 14:3,9,15,22
15:3 16:4,15,16,21,
24 17:4,7,15,16,18
18:16,24 19:1,8,9,
18,19,20 20:8

**Washington** 6:3

**wasn't** 4:20 9:2
12:17 16:15

**wasting** 21:22

**watch** 9:17,20,21
16:22 19:19

**watching** 17:4

**way** 2:8 7:5 9:19
10:23 15:20 16:14,
23 17:15 22:20

**ways** 12:23

**we** 2:3,4,6,7 3:2,10,
15 5:8,16 7:22 8:17
9:8,18 10:1 12:1,9,
11,12 13:11 15:8,
14,16,17,19 16:10
17:13,17,18 20:12,
18 21:2,3,15,19
22:7,12,14,16,18,19
23:13,20,24 24:2,3,
4,7

**we're** 13:5 19:6
20:5,11,12 23:18
24:4,7

**we've** 3:13 11:8,9,
10,12,15 15:20
17:1,2,3,21 21:13

**website** 16:5 17:16

**week** 12:24

**welcome** 4:1 7:24

**well** 4:5 5:13,16,22
8:4,20 11:23 12:15
14:3,19 15:10 16:18
18:24 19:6,7 21:1
23:23 24:6,10

**went** 4:17 7:5 8:23
10:20 13:1 19:11

**were** 7:12,13 8:24
9:1,18 10:15 12:1,
11,12 13:4 14:22
15:19 16:18 18:1,21

**what** 2:17 4:11,19,
23 5:4,17 6:23 7:17,
18 8:20,21 9:9 10:1
11:5,6,20,24 12:17,
19 13:1,5 16:10,21

17:8,11 19:17,18,19
20:7,12 22:7 23:4,
24

**what's** 7:21

**whatever** 9:16 16:20
17:10

**whatever's** 9:16
17:9

**wheel** 19:14

**when** 2:1 4:15,18,23
5:11 6:11,12 8:22
9:22 10:5,6 11:18,
20,21 12:13 13:21
14:22 17:5 18:19
22:12

**where** 10:12 11:2
13:5 17:4 18:1
24:16,18

**whether** 2:23 3:7
9:8 14:1 23:10

**which** 4:24 10:18
13:6 15:6,13 16:22

**White** 17:9

**who** 8:9 14:20
15:11,17 20:21

**whole** 7:15 16:22
18:10 25:15

**why** 7:6,7,9 8:15
11:4 14:24 18:22
24:24

**wide** 25:5,15

**widespread** 8:10

**Wikipedia** 2:13
10:16,17,19 22:24

**will** 2:8 3:3 5:23
6:17 7:23 13:2 20:5
21:12 22:20 23:14
25:5,6,12

**win** 12:18

**winners** 22:3

**with** 2:21 3:11 5:1
8:15 9:23 10:9,15,
24 14:9,16 16:23
17:13 18:24 20:8,9,
22 21:12 23:8

**within** 4:7

**won** 13:9 22:5,6

**won't** 4:10

**word** 7:7 14:20 20:4

**words** 14:7 18:5,8

**work** 3:17,18 24:17
**working** 8:14
**world** 10:4 19:22
    20:18 21:4,5,11
    25:16
**world's** 25:1
**worried** 2:24 23:11
**would** 6:3 7:6,7 9:11
    10:20 11:4 13:6,9,
    11,14
**wouldn't** 3:2 20:2
    23:13
**wow** 17:20 18:2
**write** 6:11 8:7
**wrong** 14:15 18:21

——————

**Y**

**yeah** 4:14 5:7 8:13
    13:16,19 20:10
**year** 3:2 4:9 13:12
    23:13
**years** 10:8,21
**Yep** 20:19
**yes** 7:19 15:11 17:6
    21:17 22:1,9
**yesterday** 4:23 9:3
**yet** 2:5 13:13,17
    22:17
**York** 6:2
**you** 2:3,6,7,8,10,13,
    19,23 3:2,7 4:2,3,
    13,18,22 5:5,8,11,
    12,13,17,18,19,20
    6:6,7,12 7:7,16,17
    8:5,6,7,20,22 9:4,6,
    9,14,15,17,20,23
    10:2,3,5,12,20 11:5,
    6,13,15 12:4,13,14,
    24 13:4,8,9,12,17
    14:13,15,18,19,21
    15:11,12,16,19
    16:10,21,22 17:13,
    22,24 18:1,3,7,8,10,
    11,22 19:4,5,16,19
    20:7,11 21:1,7,15,
    22,23 22:3,15,17,
    18,19,20,21,24
    23:6,10,13,18,19
    24:4,6,8,10,11,12,
    13,14,15,19,20,22,
    23 25:7,12

**you'd** 4:19 21:22
**you'll** 25:7
**you're** 2:3,4,23 3:6
    5:19 6:21 7:17 9:24
    17:8,24 18:2,11
    20:4,16 21:8 22:15
    23:10 24:8
**you've** 5:17 11:24
    18:2,14 22:9,10
**your** 5:12 10:2
    13:21 14:5 15:8
    17:16 18:3,11 19:17
    21:23 22:3 23:19
    24:3,4,24 25:10
**Youtube** 10:16
    19:23

——————

**Z**

**Zealand** 11:2
**zero** 17:6