# Exhibit 38

TRANSCRIPT OF THE AUDIO RECORDING OF:


The Eric Metaxas Radio Show

March 30, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        ERIC METAXAS:  Hey, folks, welcome back. I have our

2    friend Mike Lindell of MyPillow.com fame of MyStore.com fame.

3    Here he is, Mike, you look like you're in an airport closet.

4        MIKE LINDELL:  I am.

5        ERIC METAXAS:  You know, I know I only know that

6    because you told me. You're listen, you're all over the place.

7    You're You're, you're doing tremendous things. We're going to

8    talk to you about everything. But what's the most important

9    thing right now? What is happening in your life?

10        MIKE LINDELL:  Well, right now we just finished, there's

11    three things. They're all they're all equally important. The

12    first one is we coming out with a documentary at noon on

13    Wednesday it's uh. It's a one hour of a new cyber guy news.

14    Actually, he's a scientist and he he was so good in my new

15    show, Absolute Interference that we made a separate one of him

16    coming out at noon on Wednesday, everyone it needs to be seen

17    by millions.

18        ERIC METAXAS:  Wait wait wait wait wait tomorrow,

19    Wednesday, tomorrow.

20        MIKE LINDELL:  That's, that's correct.

21        ERIC METAXAS:  Where can they see it?

22        MIKE LINDELL:  Tomorrow. Lindelltv.com Lindelltv.com.

23    And we're going to share it with everyone in the world up the

24    links and they. It's it's amazing. Because every even in

1  your own towns, you can now check out and see what really

2  happened in your election. It's a beautiful thing. We can see

3  what the machines did

4              Lindelltv.com. Now do people need to use the

5  code Eric to get a big discount?

6              Well, you know, they could use that at

7  MyPillow.com

8        ERIC METAXAS:  Oh.

9        MIKE LINDELL:  And Mystore.com.

10       ERIC METAXAS:  Oh.

11       MIKE LINDELL:  Don't confuse it here. We got to keep

12  everything lined up.

13       ERIC METAXAS:  Okay. So we're talking about we're

14  talking about Lindelltv.com. So this is free. It wouldn't hurt

15  you to use the code, Eric because maybe you get cash back but

16  here's the issue.

17       MIKE LINDELL:  Well, you know. Yeah, you can get a

18  free you can get a free DVD there.

19       ERIC METAXAS:  Okay, let me let me ask you, Mike,

20  because we're, we love to joke, we're happy. But here's my

21  question because people ask me this all the time. They say,

22  okay, so Mike Lindell is putting out these these

23  documentaries. He's putting out this information. When does

24  the rubber meet the road? I mean, if people ignore this

1  information, people

2      MIKE LINDELL:  Okay.

3      ERIC METAXAS:  Listen, for me even talking to you. I

4  catch such flack from people, they get so angry. Why are you

5  talking about these conspiracy theories? Why do you believe?

6  Where's the evidence? Now, obviously, I believe in what we're

7  talking about here.

8      MIKE LINDELL:  Right.

9      ERIC METAXAS:  But what amazes me is the vitriol

10  coming from people. They're just furious that you would even

11  be bringing this stuff up.

12      MIKE LINDELL:  Right. Well, yesterday, I think I went

13  all around the country that I said Donald Trump will be in in

14  August. And I fully believe that myself. Yeah, he'll be back

15  in. But I will tell you what the plan is. The plan is this.

16  Right now. I'm launching that first. That first documentary

17  this week, tomorrow at noon. Then next week, I'm launching

18  Absolute Interference. The week after that, we're going to be

19  launching Absolute Cover Up okay. But now in the in a parallel

20  track. All the evidence that evidence now we've checked out

21  every IP address the IDs of the computers, we have everything

22  that it just just came back yesterday. I'm so happy now. It's

23  all we could right now bring it to the Supreme Court, and they

24  would go nine nothing. This is turned down.

1          ERIC METAXAS:  Okay. Well, Mike, Mike,

2          MIKE LINDELL:  This election

3          ERIC METAXAS:  For those lawyers, we don't

4    understand.

5          MIKE LINDELL:  Right.

6          ERIC METAXAS:  You say we could bring it to the

7    Supreme Court.

8          MIKE LINDELL:  And I'm gonna explain that the reason

9    we're not okay. The reason we're not everybody is because

10   we've got some bad people on the Supreme Court that don't want

11   to look at cases. We have bad judges in this country that

12   don't want to look at stuff. So what I've decided to do this

13   as Michael Lindell now is, I'm going to over the course of the

14   next five weeks. Four to five weeks, I'm going to dump all

15   this evidence for all to see every day on my new platform,

16   Frank. Where the world can't suppress it, where every single

17   person my audience, I believe, is a Democrat, just a Democrat

18   that was wow trying to attack this. This came in, this foreign

19   interference. They came in and stole this election through

20   these machines, Dominion and Smartmatic. Everyone will get to

21   see this over five weeks. There's a very, I have a very

22   coordinated plan here. Then I'm also countersuing I'm not

23   countersuing, putting a lawsuit with My Pillow against

24   Dominion, countersuing of the public for free speech for the

1  First Amendment rights. We're all doing this over the course

2  of five weeks to show the world all the evidence. Including

3  nine people on the Supreme Court, and including their

4  neighbors, their friends, everybody going did you see this?

5  Did you see this? Did you see this? Everyone I promise you

6  everyone by the time this gets to the Supreme Court then

7  everyone in the world will already say oh,

8          ERIC METAXAS:  Well.

9          MIKE LINDELL:  you guys just accepting it and them

10  accepting it.

11          ERIC METAXAS:  But let me just play devil's advocate

12  because I want to make sure I understand this. When you

13  released Absolute Proof, it was the same thing. And as you're

14  putting it out there, anybody can see it. Just because anybody

15  can see it, the Hunter Biden laptop, anybody can see it.

16  People don't want to see it. They don't want to look at it.

17  It's like when Galileo said, just look through the telescope,

18  and you'll see what I see. They literally said to Galileo, we

19  refuse to look through your telescope. We don't want to see

20  what you see. The evidence is there. But there are people that

21  just refuse to look at it. They

22          MIKE LINDELL:  Okay.

23          ERIC METAXAS:  They did not cover the Hunter Biden

24  laptop.

1       MIKE LINDELL:  Okay.

2       ERIC METAXAS:  They didn't cover Absolute Proof,

3   because they refuse to look at it.

4       MIKE LINDELL:  Well, well, that's not true, 150

5   million people seen Absolute Proof. Now with this megaphone,

6   here's what we have a title that you're kind of forced my hand

7   here a little bit, Eric, I'm gonna tell you right now. We got,

8   we got whistleblowers you're gonna see. We have people that

9   worked on the inside that are going to get maybe they'll come

10  clean and get lesser sentences. That we have stuff that you we

11  have we I spent millions of dollars investigating, going in

12  and investigating Dominion, Smartmatic, Twitter, Facebook, um,

13  the people behind these attacks, investigators that went over

14  and cyber people that went over. Got the IPS, and the IDs of

15  people in China, we basically are not just dumping here's

16  evidence, we're dumping the whole case. We're gonna put the

17  whole case before the American people and the world, the whole

18  case. It's gonna make Wikileaks look like a Tinker Toy. We're

19  gonna dump it. No, now, here's the plan. If the Supreme Court

20  then does not accept this, when everyone, including them have

21  seen it. The whole case is whether they'll see it or not, we

22  already know we have enough evidence, and there's no statute

23  of limitations on an attack on our country like this. There's

24  no statute of limitation. So all these all these cases, that

1   Dominion going, oh, we're going to sue you for 1.2 billion and

2   1.2 trillion. Well, I'm going to sue them for 10 times more

3   than they did me. Who cares? That crap will last three, four

4   years, we're trying to save our country. If you're a Democrat

5   or Republican, by the time you see this, all this stuff you're

6   gonna be you're gonna say, hey, we got to save our country, we

7   will all unite. Eric as one. I'm going to tell you something.

8   Last spring, I want everybody to go out and watch the movie

9   Kill Chain. It's a movie called Kill Chain. That movie was

10  warning about these machines who was in that warning? My own

11  Senator Amy Klobuchar from Minnesota. And all these Democrats

12  said we cannot use machines in this selection, somebody will

13  get it will get taken from us. They were worried it would get

14  taken from them. Just because you're on the party of the side

15  that China comes in and steals our election. You should be you

16  know, and you're in power, you should be concerned because

17  what about next time? We we this would be a great uniting.

18  This is all about educating the public, trying it in the court

19  of the people, and the world, and then bringing it to the

20  Supreme Court and they can. Now what they're going to do Eric,

21  I'm even going to have laid it out. Or lawyers are going to

22  have it laid out here's what you can do. You know, I don't

23  know do you have a new election with paper ballots? Do you put

24  in the rightful winner Donald Trump 180 million to 66 billion?

1    We have those numbers. We have here's here's a cyber footprint

2    it's not just what you've seen in Absolute Proof. You got to

3    start watching these next ones we have people that are

4    covering their faces because they can't come out until they

5    get to court because they'd be in very much danger right now.

6    I have people I can fill up up this whole airport probably

7    with you know over 50 people that are afraid because when they

8    want when they get to court they'll come out but they've in

9    them in. It's like the old mafia days when you racketeer, when

10   you're out there going around if you do this you better gone

11   you do this will kill you. You know if you don't do this, if

12   you're going to whistle blow you're gonna go against it. These

13   guys are afraid but they're gonna be we're gonna put some in

14   the documentaries and there'll be covered their faces and they

15   go [indistinguishable.]

16        ERIC METAXAS:  You let me ask you if you've been

17   getting any sleep?

18        MIKE LINDELL:  When I do it's quality. I might not

19   get much.

20        ERIC METAXAS:  You are so funny. No, you're so funny

21   because I'm saying like you're starting with the lighting

22   wherever you are, the lighting where you are, you're starting

23   to look like the before picture on your autobiography. Because

24   it's in our bedroom and I walk past it and I see good Mike

1  Lindell and bad Mike Lindell like, you know, smiling at me and

2  growling at me smiling and gray. And I was thinking your

3  lighting there is bad. I don't think you've been getting

4  sleep. So I'm worried about you. I want you to take care of

5  yourself. Okay. So tomorrow Lindelltv.com. At noon, Eastern

6  time, people can see this hour long interview and it can you

7  give us the name of the person?

8        MIKE LINDELL:  It's Dr. Frank is Dr. Frank scientist.

9  He's --

10        ERIC METAXAS:  His last name is Frank?

11        MIKE LINDELL:  Yep, it was Frank isn't that

12  something? Coming out with a new platform called Frank? What?

13        ERIC METAXAS:  You're okay. This is not a joke.

14  You're, this the guy that is going to come out in this

15  documentary tomorrow is named Dr. Frank and your new social

16  media platform is called Frank?

17        MIKE LINDELL:  Right.

18        ERIC METAXAS:  As in please be frank.

19        MIKE LINDELL:  Right.

20        ERIC METAXAS:  Okay, we're gonna go to a break,

21  folks. I'm talking to Mike Lindell. I hope everybody

22  understands that Mike is putting out his own money for the

23  sake of this country to try to get the truth out. Whether you

24  agree or disagree, folks, you've got to understand Mike is

1  doing this for the country that he believes in. I hope you'll

2  support him by going to MyStore.com. We will be back with more

3  from Mike Lindell. Folks, I'm talking to Mike Lindell.

4  Tomorrow Lindelltv.com noon Eastern time, there's going to be

5  an interview with Dr. Frank. His name actually is Dr. Frank

6  even though your social media platform that you're launching

7  is called Frank. Tell us Mike Lindell, who is Dr. Frank, what

8  are you talking to him about tomorrow when this launches at

9  noon Eastern?

10        MIKE LINDELL:  Yeah, okay. Well, he, when I, when we

11  gathered people to film Absolute Interference to show the

12  cyber attack and the from the from foreign interference. This

13  guy came up because actually, it was a friend of mine that I

14  met early on. Actually, it was a rally in I believe in

15  November, and she was running for Congress in Pennsylvania.

16  And she won. She all went to bed, they all celebrate and

17  literally woke up in the morning and she lost. So she was -- she

18  is a fighter. She went and she went, she didn't believe it.

19  She said there's something wrong here.

20        ERIC METAXAS:  Who are we talking about?

21        MIKE LINDELL:  Kathy Barnette.

22        ERIC METAXAS:  Got it.

23        MIKE LINDELL:  Kathy Barnette. So Kathy Barnette, she

24  went out and she would not give up. She knew this was stoled.

1    She knew it. The machines had something to do it to do with

2    it. Anyway, she went out and got different people involved

3    including she reached out to this Dr. Frank he's a teacher, I

4    think a physicist, a scientist, and he's from Ohio. And she

5    knew of him so she hired these independent people, these

6    auditor people to come in and find out what went wrong. Well,

7    this Dr. Frank out there, and by the way, then they found out

8    there was an algorithm in the machine, they found out there

9    was something wrong that in these machines, so they went door

10    to door, door to door. They got a team of people to see if

11    these people existed. And they figured out by the algorithm,

12    they figured that Dr. Frank figured 30% of them would not even

13    exist because they were made up numbers. Okay. Well guess

14    what? It was 32%. They went across Philadelphia and all her

15    precincts. 32% didn't exist. So that just validated with what

16    he found in these machines. Now let me tell you this though,

17    this is what the amazing part. He teaches at this university,

18    I believe it is. And he was teaching in the in September, he

19    was teaching thing in the US the US Census, the US Census. And

20    he had seen this this pattern when they were looking at this,

21    but at these voter precincts and in Pennsylvania, this pattern

22    of voters like this many percentage of 18 year olds, this many

23    of 20 year olds voted this percentage of 25 year olds all the

24    way up to 100 years old, but every one of them had this little

1  chip for it, you know, like 55 year olds and 75. Every

2  precinct should be identical. Unless the machine did it. Well,

3  then he did. Then he goes well. I've seen that before. I've

4  seen that before. And he goes ding! Well here he had taught it

5  was that the 2010 census report. We now know that that's what

6  they used to put in the algorithms of these machines

7  throughout the country. And then Dr. Frank in the in this

8  amazing interview. I interviewed for the first time Eric I

9  want it to be all natural. I they told me this was going to

10  blow my mind and validate my cyber footprints I have. So I

11  said well, you're from Ohio. I said nothing happened in Ohio

12  and he goes oh no, Mike. He goes, I went back, I said well at

13  least Ohio wasn't affected. I went back to Ohio, took the data

14  and took my -- my vista from the 2010. He plugged it in. It was

15  identical. So in and then he did all 80 I believe it's 88

16  counties in Ohio. Donald Trump really won there instead of 8%.

17  He won by 15.2%. Every single county they use the 2010 census

18  report. Well we now have a formula where anybody at home can

19  go get that from there, they can go get it online, use this

20  thing and prove for themselves that there's but what these

21  machines did to our country. It is amazing. Dead peo. Get get

22  this. So I'll give you an example. As you use the 2010 census

23  report, when you have rural areas, when you have rural areas,

24  you have all these extra people that voted. Well, why is that?

1  It's because now you can go back and see that the population

2  change, they moved from the rural areas. So you don't have

3  these people that they're registering, hence you have all these

4  people that voted that didn't even exist. And we have 100%

5  proof this happened.

6         ERIC METAXAS:  Okay, so here's I just have to ask you

7  now, by the way, your screen has just gone. There we go.

8         MIKE LINDELL:  Yup. Yup.

9         ERIC METAXAS:  Let me let me ask you, how is it

10  possible that we don't have members of Congress or the Senate

11  looking into this and others? If this is as clear as you say

12  it is, I have --

13         MIKE LINDELL:  Well

14         ERIC METAXAS:  -- no reason to doubt you because I

15  know you.

16         MIKE LINDELL:  Right. Right.

17         ERIC METAXAS:  But why don't we have members of the

18  Senate or the House looking into this? Because this is as big

19  as it gets?

20         MIKE LINDELL:  Right. Well, that's a very good

21  question, Eric. And I'm gonna, I'm gonna say this again, all

22  the stuff you see on the news and all this stuff that went by

23  in November and December, I got new evidence on on January 9.

24  We all know that was my cyber attack. I've got that cyber

1 proof now the footprints and all that, that happened on

2 January ninth. Now, so I grabbed all that from then I've got

3 teams, I've hundreds of people now that are on my team working

4 out there now. So back so before that nobody had they were all

5 talking about, you know, dead people voting and people, you

6 know, non-residents voting, enough to turn the election, but

7 nobody would look at it. And nobody would look at it.

8 Congressmen, nobody would look at it. Legislators didn't do

9 their job. This guy that you're going to see on Wednesday, he

10 he just came out with this a week ago, because it took him two

11 months working on every single county and doing this data, he

12 just basically let his job sit there and just dove into this

13 as another private citizen, you know, when he was fired.

14          ERIC METAXAS:  This is revolutionary, just from the

15 point of view of how this is happening. The fact that --

16          MIKE LINDELL:  Yeah.

17          ERIC METAXAS:  -- folks like you private citizens

18 with their own --

19          MIKE LINDELL:  Yeah.

20          ERIC METAXAS:  -- money, and their --

21          MIKE LINDELL:  Yeah.

22          ERIC METAXAS:  -- own time are doing this and our

23 government is seen seemingly sitting on its hands, the media

24 sitting on his hands. Folks, please go to MyPillow.com.

1    MyStore.com use the code, Eric, I cannot believe what is

2    happening. Let's support Mike Lindell. We'll be right back.

3    Folks. I'm talking to Mike Lindell. Mike, you are a very

4    ebullient character. You're upbeat, you're positive, you're

5    tremendously energetic. You don't come across, you know, like

6    the typical figures in the media, like for example, Don Lemon,

7    they kind of sigh quietly. They're dying inside. You to me are

8    full of life. I want to ask you, right now you make, you know,

9    really bold statements like you say Trump will be back in by

10   August. I don't know how you can say that only because as much

11   as I wish we would have the reckoning that we're talking

12   about, the the track record of the media. And then of course,

13   even our elected officials in dealing with this is so poor,

14   the fact that they have not forced people to look at the

15   Hunter Biden laptop situation, the fact that they have not

16   forced people to look at the machines, and they just kind of

17   they slough it off. They basically make it sound like it's

18   there was no evidence, the courts wouldn't look at it. Let's

19   move on. Why will that change? I still don't understand why

20   you're so confident.

21        MIKE LINDELL:  Eric, that's another very good

22   question. You always ask me the tough questions, you're harder

23   than those left leaning lefters.

24        ERIC METAXAS:  Thank you.

1        MIKE LINDELL:  Here's why. here's here's why

2   everybody, it's called a different input. It's going to give

3   us a different output. We have different evidence, which is no

4   one's brought before any judge in history. Okay, we have that

5   and now we have it from multiple places.

6        ERIC METAXAS:  Now wait wait wait when you say you

7   when you say different evidence or new evidence, specifically,

8   what how is it new?

9        MIKE LINDELL:  And this is all the cyber prints.

10  that's never been before any judges, the cyberware that was

11  used on that from November 1 to November 5. We actually have

12  patriots that went within the government and used to work for

13  the government that basically took on prints of everything. I

14  mean, you basically have a running movie of what happened. Now

15  we have all these other all the other evidence that it was

16  about the cyber attack. Nobody has seen any of this evidence,

17  including what keeps piling on. It's like it just comes more

18  and more I go, it can't get any better. If they go well,

19  there's a bonus there's a bonus. But here's the other input

20  that's different. What you know all the evidence that they had

21  in November, December, that was enough to overturn the

22  election, but the media can block or suppress voices. We know

23  that so we've been they've been canceling us out with cancel

24  culture. They've been suppressing our First Amendment.

1          ERIC METAXAS:  Yeah.

2          MIKE LINDELL:  Threatening people with lawsuits so

3    that you can't talk. What's going to be different this time?

4    So what do you do? You solve that problem. You reverse

5    engineer it. So I've got Frank coming out, which will be the

6    biggest platform holding the most people ever that I believe,

7    the safest, the most secure. And we don't care what Mr. Apple

8    does, we don't care what benzoyl from Amazon does, we don't

9    care what any of them do. If you're on my platform, you're

10   going to have all the followers following you. It's reverse

11   engineered. So all the podcasters and influencers come over,

12   all the people immediately have to follow them. So they

13   unsubscribe so if they --

14          ERIC METAXAS:  Now what wait, wait a minute, you're,

15   um, you've backed us up into another thing, which I do want to

16   talk about. Let me just ask you. Well, a couple quick

17   questions, Mike. First of all, why wouldn't somebody like Ted

18   Cruz or Rand Paul, or someone dive into this with you? Do they

19   just think, oh, it's crazy. Mike Lindell, I agree with him --

20          MIKE LINDELL:  Okay.

21          ERIC METAXAS:  -- but I don't think it's going

22   anywhere. Why hasn't someone of that stature said that I want

23   to do this or they don't care? I don't know what's going on.

24          MIKE LINDELL:  Well, that's a great another great

1  question, Eric. Another hard one. We've got, we've got that

2  we're going one step further. We're actually going to attorney

3  generals and secretaries of state. It's really hard to find

4  secretaries of states that aren't involved in the crookedness.

5  I'm being honest that's it's very hard. But we are going to

6  and I'm not going to name any of their names right now. We're

7  actually taken yes this will be this will be amazing when it

8  gets to the Supreme Court you're going to have all attorney

9  generals and law on our side. You know so.

10       ERIC METAXAS:  Okay, so you're saying you're waiting

11  until it's all out there and there will be public pressure on

12  the Supreme Court to look at it because other people will have

13  seen it by then.

14       MIKE LINDELL:  Oh, and and you're gonna have more

15  than just Mike Lindell behind it.

16       ERIC METAXAS:  Okay. Well let let me --

17       MIKE LINDELL:  Okay, you're gonna have a lot of a lot

18  of not just people either when you're talking about senators,

19  congressmen, --

20       ERIC METAXAS:  Yeah.

21       MIKE LINDELL:  --there could be you know, it could be

22  you know, millions of us start with this you know, so let's

23  look at this.

24       ERIC METAXAS:  Well let me let me ask you Mike, you

1  were referring to the social platform that you're launching

2  called Frank. When does that launch and how do we get involved

3  in that?

4         MIKE LINDELL:  Okay, it's gonna be approximately the

5  longest would be a week from next Monday and you're going to

6  get there it's FrankSpeech.com. And I've got a placeholder up

7  there now you can get you can get done keep checking out it

8  should be will be announced as we go but it should be two

9  weeks from yesterday --

10         ERIC METAXAS:  And this will be what? It's going to

11  be a combination of like YouTube and Twitter? What is it?

12         MIKE LINDELL:  Yeah, that's right. There's nothing

13  like it out there. I will tell you that nothing like it.

14  Imagine a YouTube and and then your YouTube is your

15  mini-Twitter and it's just amazing. People are talking about

16  your basically it's our it's our free speech. It is just it's

17  going to be everybody all your news challenge, your

18  podcasters, to everybody coming over and they will be able to

19  talk without worrying about if you're getting kicked off of

20  YouTube. On my platform Eric if you get kicked off YouTube,

21  you're gonna get a bonus. We give bonuses if you're kicked off

22  YouTube. You know why? That means you're actually speaking

23  your mind again. You know how many friends I talked to? It's

24  very rare your station here your podcast. All the other

1   podcasters out there, I'm not gonna name them, we all know who

2   they are. And even news stations, including your big ones.

3   They can't say the word Dominion or fraud or vaccine or

4   border. Right now someone said something about the border one

5   of my friends lost his YouTube for two weeks. Take all these

6   segments about the border you got Jack Dorsey allowing coyotes

7   up there talking about you know, planning their little you

8   know, human trafficking but and they got he's got it like

9   Sleeping Giant up there that are attack groups that attack

10  good citizens out there with bots and trolls. But yet Jack

11  Dorsey takes down people and so does Google taking down people

12  on YouTube.

13          ERIC METAXAS:  Oh, yeah, yesterday --

14          MIKE LINDELL:  Those we're going after both of them

15          ERIC METAXAS:  Recently I posted I'm posting stuff

16  like I said, I on Twitter, I put a man cannot become a woman.

17  A woman cannot become a man. Because of that people in Germany,

18  kind of interesting, right, reported me to Twitter. When you

19  put stuff like that up there. There are tons of people that

20  are triggered. They freak out and then they report you and

21  they put pressure on Twitter or on YouTube. We were knocked

22  out of YouTube for a month, two weeks at a time, --

23          MIKE LINDELL:  Right.

24          ERIC METAXAS:  -- for stuff that I mean it's just

1    it's a stunning thing. That's where we are and that's of

2    course why I'm excited about FrankSpeech.com, Frankspeech.com,

3    Frank is the name of it, folks. Go to MyPillow.com support

4    Mike Lindell use the code Eric, or go to MyStore.com you can

5    get all of my almost all my books there. The rest will be

6    there soon. We'll be right back. Folks, I'm talking to Mike

7    Lindell in this hour in hour two, we decided to kick it up a

8    notch and go to Zmirak. Nobody, nobody on planet Earth. Besides

9    John Zmirak could possibly compete with your enthusiasm.

10   Mike Lindell, it's just incredible. There's so many heroes out

11   there people that I have admired for years, you are obviously

12   one of them. In fact, I think you're three of them because you

13   got so much energy. Let's talk about when you go to Frank,

14   when people go to FrankSpeech.com, or Frank, you said there

15   gonna be other things available there for them to do because

16   it's hard for us to picture what this is going to look like,

17   but I'm --

18           MIKE LINDELL:  Right.

19           ERIC METAXAS:  -- looking forward to it.

20           MIKE LINDELL:  Well, you're gonna be able to search,

21   you're gonna have all your normal think of a YouTube. You're

22   gonna have all your normal follow you that people you follow

23   and follow you like a Twitter, then you're going to have all

24   the influencers there that are putting out, then you're going

1    to be able to comment on it. You're going to be able to put it

2    to to other platforms too if you want to share it to the other

3    platforms, very traditional. We're also going to have because

4    of the concerns people have so we might have a whole strip of

5    you know. Let's say everybody that wants to talk about the

6    vaccine, everybody wants to talk about their opinions on the

7    border. Everyone wants to talk about election fraud with

8    Dominion and Smartmatic. Now you're putting this up there we're

9    also going to have a that. I'm going to have up there a couple

10   of things, one is going to be people what they can do to get

11   engaged in this to get out there. People ask me all the time

12   what can I do besides pray obviously, praying is very

13   important. It's one of the most important things you could do.

14   But we're going to have things you can do in your in your

15   hometown, in your in your home state. We're also going to have

16   individual states up there. What happened in your state? And

17   that will be all inclusive. That will be include people like

18   in Michigan where a lady was threatened because that will be

19   like when they have Absolute Cover Up and that store when that

20   show airs, you know showing how people were threatened,

21   including judges, prosecutors, you name it, that people were

22   threatened. And we're going to show all this because people

23   want to know why didn't people do anything sooner? So we're

24   going to have and you're going to be able to go to your county

1  and say hey, we demand these machines come down we don't want

2  them we're gonna tell people what they can do for their

3  election.

4      ERIC METAXAS:  All right.

5      MIKE LINDELL:  It's gonna be an education and

6  education platform too.

7      ERIC METAXAS:  And of course of course Mike because

8  the powers that be hate you and hate Trump so much it's one of

9  the reasons I want to promote this, because they're going to

10  do everything they can to throw disinformation over this and

11  to confuse people. And so FrankSpeech.com. I want to ask you

12  also you said that you think that some of these judges or even

13  the Supreme Court Justices are compromised. Do you have

14  evidence of those? Why would you say something like that?

15  Because it's it is truly horrifying even to think about the

16  idea that a Supreme Court justice would not be taking his or

17  her job with the with the with the gravity and seriousness

18  that it requires.

19      MIKE LINDELL:  Right. Right. No no on those you know

20  those of you here I'm going to be I'm not in that unless I

21  have absolute proof I'm going to I'm going to say there's a

22  lot out there that's that's subjective. You've got there's a

23  lot of stuff out there I do have investigators also digging

24  into that stuff and other people have been digging it. There's

1  been a lot I think there's been a lot of blackmail involved. A

2  lot of I think there's been a lot of you know where where they

3  people have something on somebody and then you just have

4  outright criminals that I that I believe because I noticed

5  things like a Brian Kemp or a Brad Raffensperger in Georgia.

6  We have you know there's evidence extra evidence there, you

7  know.

8        ERIC METAXAS:  Evidence of what? Evidence of what?

9        MIKE LINDELL:  That they've done. That they have what

10  I would consider myself criminal activity. Criminal stuff.

11  Actual criminal things and --

12        ERIC METAXAS:  And so who is going after this

13  legally? I mean is is our is our friend --

14        MIKE LINDELL:  This will this will all come this will

15  all come I think secondary. Our first and foremost we need to

16  get this election pulled down. And we need to all figure out

17  what we're going to do because it was an attack on our country

18  by foreign entity, China. That's you

19        ERIC METAXAS:  I mean, it was it was it was an attack

20  by many people but the most horrifying of course, is foreign

21  power.

22        MIKE LINDELL:  Right? Yeah. They have --

23        UNKNOWN SPEAKER:  That's why we everyone thinks

24  [inaudible] Yeah. We're gonna forgive me we're gonna go to a

1    break actually we're. This is the end of the hour, folks,

2    catch us in hour two. I will continue this conversation

3    with Mike Lindell. And then we go to John Zmirak. Hey, there,

4    folks it's The Eric Metaxas Show. Uh, we've decided you know,

5    to take a break from talking about politics and conspiracies

6    and and voter fraud and all that stuff. And just, you know,

7    just have a calm cultural conversation with an artistic

8    friend, an inventor, actually. His name is Mike Lindell. He

9    invented a pillow. He invented a towel, and he's saving America

10   with his own money. Mike, welcome.

11        MIKE LINDELL:  Thank you for having me on Eric again.

12        ERIC METAXAS:  Listen, you um, there are there are

13   more folks like you than we'd like to believe. But we don't

14   often encounter them. People who really believe in America to

15   the point where they say, you know what, I'm gonna do

16   everything I can. Because I believe this is right, because of

17   because of my faith. We both of us are Christians. And we

18   really do believe that God requires us not to think of

19   ourselves, but to do the right thing no matter what.

20        MIKE LINDELL:  That's right.

21        ERIC METAXAS:  And when you see fraud, when you see

22   even the hint of fraud. You say, well, I've got to do

23   something. There's no question I can't sit back. This is this

24   is outrageous.

1        MIKE LINDELL:  Right.

2        ERIC METAXAS:  I mean, it's, even if it were a small

3   thing, we would have an obligation to do the right thing, but

4   it doesn't really get bigger than this. So so you've been on

5   this for months and months. It's culminating. It seems to me

6   in you're launching this, this platform called Frank, within a

7   week or two. And of course now, tomorrow, Wednesday, you're

8   putting on this Lindelltv.com people can see this short

9   documentary and it's gonna be followed up by another longer

10  documentary. What do you think is going to happen in the next

11  few weeks as you release this stuff? Do you think who needs to

12  see it so that something will happen?

13       MIKE LINDELL:  Well I think over the next I actually

14  three or four weeks because we're going to have we're going to

15  have lawsuits I'm actually putting out another thing I didn't

16  tell you it's I'm putting out the Lindell Legal Offense Fund.

17  And this is going to be we're going after anyone at what point

18  do you want to put money into a good cause it's not that it's

19  not for my defense I'm paying all that I don't need anybody's

20  money. I wanted to get engaged there's so many great things

21  going on in our country to like you say, but they're lacking

22  resources. That's all they're lacking. So we're putting this

23  out there we're going to help them with lawyers to go out

24  there you know, get the get the judges involved to get those

1   all this stuff exposed. And we're gonna go and we're gonna go

2   out for lawsuits against people that were involved in this and

3   so that's gonna be very aggressive there. I want to I want

4   when you started the started talking here, you know, one of

5   the things right now, you know, people say, well, what can I

6   do? You know, you know, pray and everything else, people. I

7   want to bring people over the next few weeks also bring them

8   hope. Bring them hope, because I'm telling you, I have 100%

9   hope. Eric, I haven't changed since in the last two months

10  have I I've always said 100% 100% 100%. That was all my faith

11  before. But now it's when you have all that when you have it

12  all. It's easy to have faith, because I already have it. So

13  when I say you know, it would be illogical if I did, it would

14  be and when I go up against every moral code I have to just

15  give up and say, well, I already had it I was the only person

16  that could have put it out there. And you have stuff like

17  that. Well, people right now. I think it's a great place we're

18  in because people now even your people that went to college

19  and these could have been brainwashing colleges going, oh,

20  wow, socialism is just having a cup of coffee being social.

21  Let's hang out. Well, now they're learning that's not the

22  case. This is very scary. I don't care if you're a Democrat or

23  Republican.

24          ERIC METAXAS:  Well most people, I think most people

 1  and this is what I want to give people hope too. It's why I do

 2  this program, it's why I tweet some of the stuff I do. Just

 3  to say to people, you're not alone. You're not crazy. The

 4  world is flaking apart people [inaudible.] But there are tons

 5  of us, many millions of us that see exactly what's going on,

 6  we're not going to be quiet and we believe God has his hand on

 7  this nation --

 8         MIKE LINDELL:  Right.

 9         ERIC METAXAS:  -- and he is requiring us to do what

10  we can to pray and to speak the truth and that he'll take care

11  of it. We really believe that but there are a lot of people

12  that either they don't listen to this program where they

13  they're getting their news from lots of places that are not

14  really giving them hope and it's one of the reasons that I

15  felt compelled to be --

16         MIKE LINDELL:  Right.

17         ERIC METAXAS:  -- as political as I've been in the

18  last month because people need this and it's why I love --

19         MIKE LINDELL:  Right. And you know Eric, I want to

20  say something here. I'm going to add I'm going to add this

21  because right now you know people so many people who are

22  hopeless out there and they've turned into addiction. My past

23  is addiction. I've set up the biggest platform you know the

24  LindellRecoveryNetwork.com and our LindellRecoveryNetwork.org,

 1  either one. And you go there now now we have hundreds and

 2  hundreds and hundreds of hope matches and this amazing free

 3  online program. So if you know someone that's even even if

 4  they're feeling even if they're just doing don't even if

 5  you're not an addict, you go there and there's a program there

 6  that's gonna help your faith. That's gonna add there's nothing

 7  better for you --

 8       ERIC METAXAS:  Where can they find this? Tell us

 9  again.

10       MIKE LINDELL:  Lindell, LindellRecoveryNetwork.org

11  and then --

12       ERIC METAXAS:  LindellRecoveryNetwork.org. I got to

13  ask you because we just got a couple of minutes left. I assume

14  Sidney Powell and Patrick Byrne are working with you in some

15  capacity. Can you say?

16       MIKE LINDELL:  There's everyone all of them I became

17  a hub of a wheel. All my evidence was my evidence. Okay. So

18  those guys when they have all these spokes that are out there,

19  I think they have their own, you know, they have their own

20  things that they're doing. I think Sidney was just recently in

21  the news and she said something that everyone's been calling

22  me she said nobody would believe her if something what her

23  lawyers said when she was you know, and it was a very it was

24  taken out of context.

 1        ERIC METAXAS:  I was just gonna say it was totally

 2   taken out of context. People are freaking out I don't know

 3   why.

 4        MIKE LINDELL:  Eric, what she what they had back then

 5   that when it when should Dominion went after her wasn't what I

 6   had on the night, and that's my investigation has been mine,

 7   and my team, and everything. I'm sure I've gotten stuff from

 8   different people, you know, we cross you know, people out

 9   there --

10        ERIC METAXAS:  Right.

11        MIKE LINDELL:  -- that are all working on the ground,

12   we give information back and forth, but and sharing so we're

13   not walking, stepping over the same people.

14        ERIC METAXAS:  Right.

15        MIKE LINDELL:  But there's another couple patriots

16   working very hard out there for this country. And --

17        ERIC METAXAS:  All right, well.

18        MIKE LINDELL:  Just like you say there's there's

19   teams everywhere working so hard, but it's amazing. It's all

20   private citizen.

21        ERIC METAXAS:  I want to I want to remind folks,

22   again, they can help you and they can help this program. And

23   they can help themselves by going to MyPillow.com, or

24   MyStore.com. Use the code Eric. Mike, is President Trump aware

1  of what you're working on? Or do you have to stay separate

2  from him?

3        MIKE LINDELL:  I believe he's aware. I mean, how do

4  you I'm in the news almost every day, Eric. Yeah. He I know

5  he's

6        ERIC METAXAS:  But he's not expecting to be back by

7  August?

8        MIKE LINDELL:  I don't know. You'd have to talk to

9  him. I will tell you this. I will tell you this. This yeah.

10  This I know, that he said, he said this. He said, you know,

11  right now, in our country, the way they're attacked and doing

12  things he says, if we if we wait and nobody does anything, we

13  aren't we're not going to have a country by 2022 or 2024

14  because they're destroying it. I think he said that even

15  publicly he said,

16        ERIC METAXAS:  Yeah.

17        MIKE LINDELL:  You know, he said that we --

18        ERIC METAXAS:  Well it's obvious. I mean every

19  American sees what's happening at the border. Every American

20  sees with with, with the overreach, talking about things like

21  you know, vaccine passports. I mean, honestly, you would have

22  as much freedom in Germany in 1935 if they --

23        MIKE LINDELL:  Right.

24        ERIC METAXAS:  -- begin to enact these kinds of

1  things. It's horrifying. I really think tons of Americans see

2  this and are they look to folks like you to simply speak the

3  truth. Obviously Trump does the same and it's it's important

4  and demonizing people like you, it always tells me that

5  they're they have something to hide when you when --

6        MIKE LINDELL:  Right.

7        ERIC METAXAS:  -- you try to shut something up as

8  totally --

9        MIKE LINDELL:  Eric, Eric you're exactly right. I'll

10  say the example again if I if everybody out there in the

11  country was saying and they're popping up like pocket gophers

12  saying MyPillow's got rocks and knives in them. I what would I

13  do? I'm not stupid. I'd say hey everybody come and look inside

14  MyPillow. It's beautiful, patented fill. And it would be

15  over. But no, but what does Dominion do? And Smartmatic

16  everyone's going hey, there's there's corruptness. There's

17  terrible things inside that these people --

18        ERIC METAXAS:  Yeah they're just suing everybody to

19  shut them up.

20        MIKE LINDELL:  Instead of yeah, instead of showing us

21  they just sue everybody and suppress free speech. When you can

22  sue somebody like Fox and you're in boy and you're suing

23  somebody like Fox? Oh yeah, you think they're really sued? I

24  don't think so. But if you already sued Fox get out there

1  and start telling the truth about --

2          ERIC METAXAS:  Well this gets to the whole corporate

3  thing. Everybody in the corporate --

4          MIKE LINDELL:  Right.

5          ERIC METAXAS:  -- world they're afraid afraid afraid.

6  We need individual --

7          MIKE LINDELL:  Right.

8          ERIC METAXAS:  -- citizens to speak up use your

9  freedom for God's purposes. Mike Lindell, --

10          MIKE LINDELL:  Yeah.

11          ERIC METAXAS:  It is my joy to call you friend, thank

12  you for being on here folks. Go to MyPillow.com use the code

13  Eric. Mike Lindell God bless you. Thank you so much.

14          MIKE LINDELL:  Thanks Eric for having me on. God

15  bless.

16          ERIC METAXAS:  Quick question. Do you share the

17  values of the people who sell you things?

18          MIKE LINDELL:  Hello, I'm Mike Lindell.

19          ERIC METAXAS:  I can tell you that I do. I love Mike

20  Lindell. Not just Mike Lindell, but what he stands for.

21          MIKE LINDELL:  And I encourage you to use this time

22  at home to get back in the word read our Bibles and spend time

23  with our families.

24          ERIC METAXAS:  The dude said that at the White House

 1  How can you not love him?

 2          UNIDENTIFIED SPEAKER A:  What difference at this

 3  point does it make?

 4          ERIC METAXAS:  No actually it does make a difference.

 5  How you spend your money is as important as how you vote. And

 6  you don't want to know help elect some crazy guy, do you?

 7          JOE BIDEN:  You may cut me man, but I'm gonna wrap

 8  this chain around your head.

 9          ERIC METAXAS:  Did he just say that?

10          JOE BIDEN:  And if you fell off sideways, you landed

11  on the damn the darn cement.

12          ERIC METAXAS:  So If you want your money to support

13  good things, visit MyPillow.com.

14          JOE BIDEN:  Corn Pop was a bad dude.

15          ERIC METAXAS:  And please use the discount code Eric

16  or Metaxas.

17          JOE BIDEN:  If you use pomade your hair you had to

18  wear a bathing cap.

19          UNKNOWN SPEAKER:  A bathing cap? Anyway, please go to

20  MyPillow.com and use the code Eric or Metaxas.

21          JOE BIDEN:  Corn Pop was a bad dude.

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8           IN WITNESS WHEREOF, I have hereunto set my hand on

9                   this 4th day of October, 2021.

10

11

12

13    _____
      James Lonergan
      Production Manager
14    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.