# Exhibit 42

TRANSCRIPT OF THE AUDIO RECORDING OF:

Bannon's War Room

April 9, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          STEVE BANNON:  So, Mike, I've got to ask you a
2   question. They've sued you, I don't know, for billions of
3   dollars I think you're named in these other suits. Why don't
4   you just countersue? What's the technical reason--are you
5   going to start a whole new lawsuit that you're now going to
6   initiate against the Dominion guys? Aren't you, aren't you and
7   Dominion hooked up enough weight? Isn't there enough touch
8   points in all the lawsuits that you're either party to or
9   either named as the number one guy? Why do you have to go in
10  now to do a whole separate suit to sue them? What's the logic?
11         MIKE LINDELL:  Well, it's really important, and I
12  brought that up with all my lawyers. I think I had twelve
13  lawyers on the phone the other day, including Alan Dershowitz,
14  and discussing all this, and I--this is what I wanted, the
15  strategy. I do not--the frivolous lawsuit they put against My
16  Pillow, obviously we're going to put in for that to be
17  dismissed, but that will be, you know, maybe the following
18  week, whatever. I want to go after them, which we are, My
19  Pillow is going after them because what they did--this is our
20  First Amendment right. This will be not showing, you know, all
21  the evidence I have. This is more of the First Amendment
22  right, this is why Alan Dershowitz is all on board. He said,
23  "they, you know, by them using lawsuits to suppress the First
24  Amendment, to get to wipe out the First Amendment of free

1  speech." So news, news stations like Fox don't even have
2  people on because they're--well, they did get sued so I don't
3  know why they don't, but that's another story. But all these
4  other networks, people do--people are afraid to even have
5  their own shadow that, "oh, if I say the word Dominion," you
6  know, and what they've done it has not been done since 1798.
7  Alan said this he said, "in 1798 they did it with newspapers.
8  They, this company or these people, did it and made it so the
9  newspapers couldn't print the truth or couldn't print, you
10 know, just couldn't print anything about this certain case."
11 So this is the first time since 1800 that any company has done
12 something like this. Can you imagine if we let this go? Then
13 any company could come along that has money--your credit card
14 companies, anybody could go, "hey if you talk about us we're
15 gonna, we're going to sue you. We're gonna put all these
16 frivolous lawsuits up just to scare people." So this is a
17 lawsuit that's for all of America, this is for the world
18 actually. We're going after them in the biggest way possible,
19 and we're not--we're including Smartmatic because now we've
20 tied the two together. They're the mothership, all of that's
21 gonna come out too, that evidence. They're all tied together
22 in this corruption and this--and what went on to our country,
23 the attack on our country, but this is why we're doing it.
24             STEVE BANNON:  Okay, hang on for a second, you say

1 you're going to include Smartmatic in all that evidence you're
2 gonna start putting out?

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1        TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8        IN WITNESS WHEREOF, I have hereunto set my hand on

9             this 30th day of September, 2021.

10

11

12                    *[signature: James Lonergan]*

13                    James Lonergan
                      Production Manager
14                    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24             THOMPSON COURT REPORTERS INC.