# Exhibit 44

TRANSCRIPT OF THE AUDIO RECORDING OF:

Bannon's War Room

May 3, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1       MIKE LINDELL:  Well, yeah, you've got to fix that

2  part too. Yeah, I agree with them there, but I will say this:

3  Texas was not immune to the, to the machines. They had ES&S

4  machines and there was fifty seven thousand votes flipped in

5  Dallas before noon on November third. All this was going to be

6  brought on too, it wasn't--Texas still had machines, all the

7  machines are the same. They're all--you've got your ES&S, your

8  Hart, your Diebold, your Dominion, and your mothership

9  Smartmatic. So, I agree with him you know, to get all--we've

10 got to fight at every level, we've got to you know. When the

11 machines are gone, we do have to have no mail-in voting. We

12 have to have one person, one vote, and we'll get to a

13 great--when we, when we come out of this, it's going to be an

14 amazing thing that we put into place, and it's going to be

15 the--then it will actually be the fairest elections in world

16 history.

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8         IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 30th day of September, 2021.

10

11

12                    _____

13                    James Lonergan
                      Production Manager
14                    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24                    THOMPSON COURT REPORTERS INC.