# Exhibit 45

TRANSCRIPT OF THE AUDIO RECORDING OF:


OANN Newsroom

May 3, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          SPEAKER 1:  The Arizona audit underway. Similar

2   reports of election interference continue to pour in from

3   across the nation. One America's Pearson Sharpe sits down with

4   MyPillow founder and CEO Mike Lindell, who says they already

5   have enough evidence to prove our nation's voting systems were

6   tampered with.

7          PEARSON SHARP:  Mike the pillow man Lindell, how you

8   doing? Thanks for coming on today.

9          MIKE LINDELL:  Yeah, thanks for having me on.

10          PEARSON SHARP:  Absolutely. So you were on Jimmy

11   Kimmel the other day? How was that go?

12          MIKE LINDELL:  Well, it went great. I got to, I got

13   to say the word Dominion, I think, Smartmatic.

14          PEARSON SHARP:  He didn't kick you off.

15          MIKE LINDELL:  He didn't kick me off and actually - -

16          PEARSON SHARP:  He didn't get up and walk away?

17          MIKE LINDELL:  No, that's right. But no, it was

18   amazing. He let me, he asked me, you know, hard questions

19   trying, I think, you know, he expected maybe me to get upset

20   but you know - -

21          PEARSON SHARP:  It seems like he was trying to push

22   your buttons.

23          MIKE LINDELL:  Right. But I've been through it all,

24   you know, with the media. I do it every day, all the media,

1  they have my direct number from your New York Times to

2  Washington Post. They all have my direct numbers. And, you

3  know, when they, when there's something I need to say they

4  don't, call they don't write. So for being on Jimmy, that was

5  amazing how brave he was because they did not want me on

6  there. The bots and trolls and all the left, people on the

7  left said don't bring him on Jimmy. And everybody here goes

8  don't go on there, Mike, you know.

9       PEARSON SHARP:  Well you even got a couple of claps

10  from the audience when you were saying, you know - -

11       MIKE LINDELL:  Oh no, the audience was great. I

12  talked to some, a lot of them, they were all, you know,

13  they're, they're not, they were not, when I got there, it was

14  like, immediately from this producer on down it's like, they

15  might have different, be very, you know, liberal or whatever

16  you perceive, but there were even some conservatives and, but

17  they're all people, you know.

18       PEARSON SHARP:  So for anyone unfamiliar, what have

19  you been working on? What have you been, what have you been

20  doing the last few months?

21       MIKE LINDELL:  Ever since January 9th, when I got a

22  piece of evidence, obviously, since November 4th, I looked

23  into everything too, poured money wherever it needed to go,

24  people that were finding, you know, anything to do with fraud.

1   But on January 9th, it was different. This was a piece of

2   evidence, came off a computer. And it was a, it was a, it

3   showed, it showed this attack, just one footprint of a attack

4   by China. And I'm going, and well, it was a spyware. Well,

5   then I find out that, so then from that point on obviously I

6   went all in. I met the guys that, three, there's three

7   different individuals that were part that they, they're going

8   to be heroes when this comes out because they, they had, they

9   got all these prints from the computers. They have billions of

10  printouts. And, and so then I, since then I've been obviously

11  just fighting every day to get this, to tell the nation and

12  everybody, the world these machines where it got hacked,

13  Dominion, Smartmatic, Hart, all of them are the same, ES&S.

14  You just say Dominion, but it's all machines. China hacked

15  into our election and flipped millions upon millions of votes.

16  And we have 100% evidence so I put out the two, three movies

17  now, Absolute Proof, Scientific Proof.

18          PEARSON SHARP:  Irrefutable? Is it irrefutable truth?

19          MIKE LINDELL:  It's absolute, I mean, that's even

20  higher than irrefutable.

21          PEARSON SHARP:  Yeah.

22          MIKE LINDELL:  Okay. When you get to Absolute

23  Interference, the one I just put out, everybody's got to

24  spread that far and wide. Because what I did, I took any

1  questions, any doubt, you would have on Absolute Proof, I went

2  and got this guy, he's a, he works for the government. Okay,

3  he's a white hat hacker, one of the best in the world. Now I

4  have him and two other ones but this guy is the best, okay. He

5  spent five weeks validating just 19 attacks from China. There

6  was, there was thousands or about 2,000-some I believe that

7  night from there. And he went got the, where's the building,

8  the building, the IP address, the ID of the computer. But more

9  importantly, of course then it comes over here this is just

10  one hack, where it came in, which building, which computer,

11  which IP address. But here's the thing, he also got the stuff

12  that comes off the computer, I call it jibberish, you can't

13  read it. And he goes - -

14       PEARSON SHARP:  Like the metadata.

15       MIKE LINDELL:  Yeah, this is right, something you and

16  I wouldn't be able to read it but he says what these are,

17  they're cyber footprints and he validated when they did the

18  flips. So let's say it was at the exact minute, so let's say

19  it's 11:03am on November 3rd, here comes an attack. It goes

20  into this computer, we got pick a county, Fulton County,

21  whatever.

22       PEARSON SHARP:  And you can see the votes flip.

23       MIKE LINDELL:  And you can see, and he's got the

24  cyber flip. Now I said, I asked him, can you go back in time

1    and change that? No. This has chain of custody he called it,

2    it's very important. He said, no, it's impossible. I said, so

3    this would hold up in any court? He said this would hold up

4    anywhere. Two plus two is two.

5         PEARSON SHARP:  This is something I wanted to bring

6    up, because a lot of people when you go out and you make these

7    statements, they say, oh, Mike Lindell. You know, he's just

8    making these conspiracy theories. You know, he sells pillows.

9    What does he know about this? But the important thing to know

10   is that you are not saying these things, you have people, you

11   hire teams - -

12        MIKE LINDELL:  Oh, no I'm saying the things too.

13        PEARSON SHARP:  Well no, you're saying them but you

14   have teams of investigators who are finding this information

15   and providing you.

16        MIKE LINDELL:  Right, right. Here's why I ended up

17   with, and they even said it on Jimmy, he goes why are you a

18   pillow guy when no one else, you know - -

19        PEARSON SHARP:  Exactly.

20        MIKE LINDELL:  It's only because I had the biggest

21   voice in this country. That, and that's why God gave me this

22   platform. Where all the media was coming to me, especially

23   when I started doing, when bombastic things started happening

24   where the cancel culture where I'm losing, you know, I would

1  lose like three box stores a day and they'd say, they come to

2  me, Mike, you lost HEB and Kohl's and Bed Bath and Beyond

3  turned on you, what do you say about that? Did you hear about

4  Dominion and China attacking our country? So I put the voice

5  out there. What these guys were, the evidence was already

6  there, you know, but there were other people trying to get

7  this out there but they didn't have a voice.

8        PEARSON SHARP:  So that brings up my next point that I

9  want to ask you. It's fair to say you're a successful

10  businessman, you have a great business, you've been selling

11  stuff all over the country. Why did you feel the need to

12  personally get involved with this? How did you feel compelled

13  to get involved with this election? Why you?

14        MIKE LINDELL:  I would hope anybody, well first of

15  all, when you talk about November 4th, you know, the day

16  after, obviously, I seen deviations. I look at, the one thing

17  I do I'm an expert at is deviations. I look at numbers all day

18  long, they don't lie. If I have a radio station that normally

19  does 3,000 and it does 15,000, you had to have a different

20  input to change that output. So there were all these

21  deviations and so I dove in there, mostly with just resources

22  and, and, and also with myself looking, my own investigation

23  going county by county, going this is mathematically

24  impossible.

1        PEARSON SHARP:  You saw something suspicious, and you

2   wanted to investigate it.

3        MIKE LINDELL:  Suspicious wasn't even the word. There

4   was thousands of deviations, you could look, I could pick out

5   a county and going, in Wisconsin twas speaking, look at the

6   track record, look what happened. It's impossible because the

7   same people lived in the county before. Now, what happened was

8   though, all these people after, after January 9th, when I went

9   public with that, that piece that these guys had gotten me,

10  that piece of Dominion, Dominion, you know, the cyber attack.

11  When I did that, then these guys trusted me, the guys there,

12  these guys are whistleblowers. These guys are, you know, that

13  work inside the government and used to work for the

14  government. These are the guys that have all this information

15  and so they had this. They can't just go out there, they're in

16  danger, but they trusted me so they brought it to me. I'm not

17  a computer geek, I don't know anything about it, I don't know

18  this from this. But I do know, I do know deviations. And I do

19  know that this was the answer. Now I seen it, so I even

20  validated it by the people that work, that protect our

21  country.

22        PEARSON SHARP:  Okay.

23        MIKE LINDELL:  These people protect our country when

24  there's a cyber attack. So I got the best in the world to

1  validate it.

2       PEARSON SHARP:  The big question that we all want to

3  know, was the 2020 election stolen?

4       MIKE LINDELL:  Well, I think everybody already knows

5  that. I mean, of course it was stolen. Donald Trump won just

6  shy of 80 million to 66 million for Biden and that doesn't

7  count the organic theft that was on the ground. Donald Trump

8  won, now get, everyone hear this, 80 million to 66 million.

9  Mike, come on, you know, that's just because you like Donald

10  Trump, the President. No, if then, I'm just telling you the

11  truth, what do you want me to minimize it and say that, you

12  know, Donald Trump won, but it was close. It was the biggest

13  landslide ever. I mean, for this, just a complete landslide,

14  highest, highest black vote ever for someone, for you know,

15  that he had, that these were, and mail-in votes, even the

16  mail-in votes everybody. Everyone goes, you know, those

17  mail-in votes in Michigan, when everything stopped in the

18  middle of the night, they go wow, the 106,000 votes came in

19  for Biden with no down ticket. Let me tell you, those were

20  mail-in votes, they were counting, mail-in votes were counted

21  on the morning of the 3rd. They were the first thing counted

22  everybody, except for Pennsylvania, which they had to take a

23  whole week to cheat over there. But and then you had, you

24  know, like Arizona took one week to count 1%, that's all gonna

1  be found out now when they open up Maricopa County, they

2  finished that audit, you guys are gonna see a hundred and some

3  thousand votes flipped. This was a crime of biblical

4  proportions. I mean, it's historical proportions. What I want

5  everyone to know and I said it on Jimmy, they said, well what

6  if it was on the other foot? You know, what if it had Donald

7  Trump, you know, and I said, you know what, I would do the

8  same thing. Here's why, when you ask what's compelling me to

9  do this, if they would have done their jobs, everybody, and

10 put Donald Trump in on December 14th, and said, yes, we found

11 this, this [inaudible], you know that dead people voted, all

12 these other vote and things they were talking about that

13 nobody looked at, nobody looked at that either. Not one judge

14 in his country, it was a joke. So, but if they do that, if

15 they do their job, and the legislatures who adopt, Donald

16 Trump wins. So if I'm given the same evidence on January 9th,

17 you don't think that I would say, of course, I would be

18 telling the world.

19       PEARSON SHARP:  So if, if President Trump had won the

20 election, but you saw the same evidence that showed that Biden

21 had actually won, you would be doing the same thing you are

22 now.

23       MIKE LINDELL:  Yes, because this is China attacked

24 our country. This is, it doesn't matter. You have to right the

1   2020 election, but I'm telling you, everyone, we could never

2   have machines again in history, the whole world is watching.

3   If I knew now what I, you know, right now what I have, I could

4   not keep this, but only person, or to have all this stuff, at

5   one person it was me and four guys that trusted me. Then it

6   expanded from there as I got more people, more investigators,

7   put a lot of resources into hiring the best in the world to,

8   is this real, is this true? And they're all going, yes, it's

9   true. Now everyone says, well, why didn't you bring it to the,

10  to the, the FBI, to the government. You know what, I trust,

11  right now I trust bringing it all to the people first. So

12  everyone in this country, whether you're a Democrat or

13  Republican, you see all the evidence, and you go guilty, China

14  attacked our country. When we have all that because what are

15  we up against? We're up against this Twilight Zone thing where

16  like the Supreme Court wouldn't look at stuff and judges

17  wouldn't look at stuff. Well, what I want to do, you dump this

18  evidence, we're going to dump it over the next three, four or

19  five weeks. And we're going to do this evidence dump just like

20  I did in Absolute Interference. The guy was actually on there

21  telling about what he found. Okay. This is the stuff of all

22  the Supreme Court there, by the time it gets there then,

23  they're going to go, wow, we're under pressure from the, to

24  save the United States. And they're going to accept it. Well

1    when they look at it, it's going to be 9-0, boom, it's pulled

2    down. And there's also two other paths too where this election

3    gets pulled down. There's three of them, the first ones, the

4    quo warranto, that we're bringing to the Supreme Court. That's

5    what I've been working on every day to bring that there. The

6    other part, you start bringing you, Arizona - -

7         PEARSON SHARP:  That's what I wanted to ask you about.

8    Like with everything going on in Arizona, what do you see

9    happening there? How is this gonna turn out?

10        MIKE LINDELL:  Well, as soon as Arizona, as soon as

11   the audit's done, there's gonna be a hundred and some thousand

12   votes just in that county that got flipped, the whole state of

13   Arizona, Donald Trump won by over a half a million votes,

14   that's all gonna come out, they're gonna go, whoa.

15        PEARSON SHARP:  Now even saying that, we're not doing

16   this so that we can overturn the election, we're doing this,

17   you know, for cybersecurity efforts and stuff like that. If it

18   turns out that Trump did win these votes, we know we're not

19   going to do anything. What do you think about that?

20        MIKE LINDELL:  Who says that?

21        PEARSON SHARP:  The Maricopa County people the - -

22        MIKE LINDELL:  Oh is that what they say. Well I don't

23   know what they're doing, but I know what I'm doing.

24        PEARSON SHARP:  They're just doing it for election

1  integrity. They say they're not out to change the outcome of

2  the election, is what they said.

3         MIKE LINDELL:  Well, you, there's twofold there, then

4  what are they doing it for? They're doing it because they hold

5  Dominion accountable. If they had nothing to hide this whole

6  time, then why were they hiding it from people?

7         PEARSON SHARP:  Exactly. Exactly.

8         MIKE LINDELL:  You know, if you find something that,

9  and let me be very clear, there's no statute of limitations on

10  a crime of this magnitude or any crime like this. Do you know

11  that there's a precedence for many down-tickets, many

12  down-tickets when they find out the real winner was this

13  person they flip it over. And this is that, that's just the

14  one pathway of those states, just because there's dates, do

15  you think because there was a date that went by on December

16  14, January 6, January 20th. Just because those date passed,

17  and then you find out that this was criminally done by another

18  country, no less too - -

19         PEARSON SHARP:  Several countries.

20         MIKE LINDELL:  You know, but, well, the main one was

21  China. And you know, you can have servers in other countries

22  too, that did this. But, but the main one was China - -

23         PEARSON SHARP:  Germany, Pakistan, Italy.

24         MIKE LINDELL:  The main one was China, the attacks

1  would come from everywhere. We, I approve 19 attacks directly

2  from China, flip five states, including Arizona. So that's all

3  I need is just those 19.

4       PEARSON SHARP:  I just wanted to mention for anyone

5  who does want to help out in Arizona, that there is a

6  fundraiser right now to help pay for everything. And you can,

7  you can find it on the website you see on your screen right

8  now. You can go and donate and it'll help the, help pay for

9  the venue, help pay for the people working there. Because the

10  Democrats are trying to shut that down right now.

11       MIKE LINDELL:  Right. You guys, I can't tell you

12  this, you have to donate to this. There is no other time in

13  the world. This is, I've never asked for any money myself for

14  any of the stuff I put in, I've just been doing it, I've never

15  done, and I put it, ask for any money. And but I do get behind

16  good causes like right now that you're putting up that fund.

17  That fund is so important, I can tell you. 100% of that money

18  is going, that could be, could be this that state, that state

19  is a domino. Once that falls, they all are going to fall like

20  dominos. That's another path to [inaudible] down that

21  election. It's important in more ways than you could ever

22  imagine. Because when they do that audit there, they're gonna,

23  it's gonna show that what went on with these machines, being,

24  being a part of this cyber attack, right, by China. But those

1  machines, you know, there's two things, we're going to get the

2  2020 election fixed. But we also need to get rid of the

3  machines, all of them, forever, around the world. Never ever a

4  machine ever. You can never have an election ever with a

5  machine. So that whole industry goes bye-bye. It's, you know,

6  let me tell you in Arizona too, and by the way, put money into

7  that fund. These guys need it. I just got, it was a, it was,

8  you know, they are short money and we cannot have, we've come

9  this far to be short, you know. And but in Arizona, it's

10  interesting, we were, we're doing a recall on Doug Ducey,

11  sorry, Doug, lose my number. And so this recall on Doug Ducey,

12  we, interesting enough, when you do a recall it's a certain

13  size piece of paper. Every, every signature has to be

14  validated, ID and validated by another, by, I think a notary

15  even. I mean, it's very, it's a very, it's quite a process but

16  it's all hand done. And every vote is hand-counted, there's no

17  machines involved. What a concept. Wow. I mean, you have

18  there, it's more strict doing that, than this just fly by

19  night using machines where, you know, a 10 year old could hack

20  these machines.

21          PEARSON SHARP:  Right, exactly.

22          MIKE LINDELL:  They really could. I mean, it's so

23  simple. If you know anything about - -

24          PEARSON SHARP:  Well they have these hacking

1    conferences where people go in and they said they can do it in

2    under seven minutes - -

3         MIKE LINDELL:  They hacked them all. You know, you

4    did a great piece on that. And they, but this is, I can't

5    stress how important Arizona is, for all things, even to

6    strengthen the quo warranto that we're doing with the Supreme

7    Court. You have, you compile all that, I believe they're all,

8    these, these three tracks are going to all intersect and that

9    Supreme Court gets there, 9-0, let's do something. I'm waiting

10   for them to call and say, hey, we want to do something right

11   now, America. What they should do is all nine of them walk out

12   there and bring us what you got, protect our country, because

13   every day that goes by, whatever's in office right now is

14   destroying it. I saw a sad picture of the wall, where the wall

15   ended and they, and the guy said, you know what, they got

16   reporters down there, he goes, this just in and the wall, this

17   will end America.

18        PEARSON SHARP:  So last question, and this is the

19   really big one. With all the evidence you've seen and if

20   Arizona flips and everything else, will the election be

21   overturned? Will President Trump be put back in office?

22        MIKE LINDELL:  Yeah, by August. I've said that

23   before. Donald Trump will be back in power in August. We will,

24   and he will - -

```
 1          PEARSON SHARP:  You're certain?

 2          MIKE LINDELL:  Yes, that's me, that's, now that's me.

 3   Now do I have to back that up? That's, that's subjective.

 4   That's what, you know, having me on, that's my opinion. But

 5   it's opinion based on a lot of things that when I believe this

 6   election is going to be pulled.

 7          PEARSON SHARP:  Why August?

 8          MIKE LINDELL:  The reason I say August is because of

 9   the timeline here. We're already into April. And I know by,

10   you know, you get through May, I know that this, the Supreme

11   Court should probably get our case somewhere around the end of

12   May, maybe early June. So you have all of June, but there's

13   going to be so much pressure on them to look at it fast

14   because you're getting, this country's getting damaged each

15   and every day. Every day that goes by some nonsensical thing

16   gets done by this administration. 50,000 union jobs on the

17   first day of the inauguration, 13 of them have committed

18   suicide. You guys, if things are going on out there that don't

19   make common sense and don't help you, I don't care if you're a

20   Democrat or Republican, if it doesn't help the people, that

21   means politicians, somebody is making the decision for a

22   political reason, or a personal reason, or maybe an attack by

23   China. Hello, you know, you know, if you're, if you're in this

24   country, and you went to college in the last few decades,
```

1  you've been so brainwashed that socialism is having a cup of

2  coffee and socializing.

3          PEARSON SHARP:  Oh, China's great, they're wonderful.

4          MIKE LINDELL:  Well, now they're, yeah, well, they're

5  all now noticing. Even, even them. I've talked to them people

6  that went to college that were strong Democrats, liberals,

7  lefts, and they're going, I said, is this what you, you know,

8  is this what, where do you think this is benefiting, this wall

9  ending here, when everything was working. And now we have

10  human traffickers coming over - -

11          PEARSON SHARP:  Bringing drugs.

12          MIKE LINDELL:  We have drugs pouring in again. All

13  these things - -

14          PEARSON SHARP:  From China.

15          MIKE LINDELL:  And yes, and then here, these guy, and

16  the guy goes, I said, yeah, you know, I said, they go do you

17  see now how socialism is bad? And they go, yeah, we're kind of

18  seeing this isn't, you know, it doesn't make sense. I said, if

19  it doesn't make sense, guess what? That socialism skipped

20  right over China, it leads to communism, but it skipped over,

21  communism is here. The first thing they do is take away your

22  voice. That's what they do, everybody, they've been

23  suppressing - -

24          PEARSON SHARP:  Well they're doing that everywhere.

1    All over the country.

2         MIKE LINDELL:  Everywhere, your churches speak out

3    for Jesus - -

4         PEARSON SHARP:  You would know.

5         MIKE LINDELL:  Yes, I would know. You know, right now

6    you can talk about borders, machines, vaccines, Jesus. I mean,

7    you talk about, I've talked to churches, they're getting

8    suppressed with YouTube and Vimeo, this is what they're doing.

9    Shh shh. It'll be pretty soon you won't be able to talk,

10   there'll be, there won't even be bad journalists anymore,

11   because they will, and I'll give an example of that. I, they,

12   about three weeks ago, I was on a network and I said the

13   vaccine was the mark of the beast. And I said that and it

14   went, you know, it started to go viral, just two outlets

15   grabbed it. And you know what? Somebody, big brother, shut it

16   down. They did not want me even saying that. Now in a normal

17   environment, they would mock me and go, Mike Lindell believes

18   the Bible, you know that, you know, mark of the beast.

19   Instead, they just killed it. So they do two things, they

20   either kill a story, kill your voice, or they'll try and say

21   that you're a liar, you know, and a conspiracy theory, right?

22   Those are their two narratives. But it's all over, it's not

23   just social media.

24        PEARSON SHARP:  Yep. It is, absolutely.

1          MIKE LINDELL:  It's all over the mainstream media and

2    it's horrible. You got One America News that's, you guys are

3    like the, the only ones, it should be the only One America

4    News.

5          PEARSON SHARP:  Alright, I think that's, we're out of

6    time here but thank you very much, Mike. I appreciate you

7    coming on.

8          MIKE LINDELL:  Well thanks for having me on.

9          SPEAKER 2:  Want to see more videos like this? Visit

10   OANN.com for immediate access to all the clips you've been

11   waiting to see.

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8    IN WITNESS WHEREOF, I have hereunto set my hand on

9    this 19th day of November, 2021.

10

11

12

13    _____
       PATRICK MCPHERSON
14     THOMPSON COURT REPORTERS INC.

15

16

17

18

19

20

21

22

23

24

**1**

**1** 2:1
**1%** 9:24
**10** 15:19
**100%** 4:16 14:17
**106,000** 9:18
**11:03am** 5:19
**13** 17:17
**14** 13:16
**14th** 10:10
**15,000** 7:19
**19** 5:5 14:1,3

**2**

**2** 20:9
**2,000-some** 5:6
**2020** 9:3 11:1 15:2
**20th** 13:16

**3**

**3,000** 7:19
**3rd** 5:19 9:21

**4**

**4th** 3:22 7:15

**5**

**50,000** 17:16

**6**

**6** 13:16
**66** 9:6,8

**8**

**80** 9:6,8

**9**

**9-0** 12:1 16:9
**9th** 3:21 4:1 8:8
  10:16

**A**

**able** 5:16 19:9
**about** 5:6 6:9 7:3,15
  8:17 10:12 11:21
  12:7,19 15:23 19:6,
  7,12
**absolute** 4:17,19,22
  5:1 11:20
**absolutely** 2:10
  19:24
**accept** 11:24
**access** 20:10
**accountable** 13:5
**across** 2:3
**actually** 2:15 10:21
  11:20
**address** 5:8,11
**administration**
  17:16
**adopt** 10:15
**after** 7:16 8:8
**again** 11:2 18:12
**against** 11:15
**ago** 19:12
**all** 2:23,24 3:2,6,12,
  17 4:6,9,13,14 6:22
  7:11,15,17,20 8:8,
  14 9:2,24 10:11
  11:4,8,11,13,14,21
  12:14 14:2,19 15:3,
  16 16:3,5,7,8,11,19
  17:12 18:5,12 19:1,
  22 20:1,10
**already** 2:4 7:5 9:4
  17:9
**Alright** 20:5
**also** 5:11 7:22 12:2
  15:2
**amazing** 2:18 3:5
**America** 16:11,17
  20:2,3
**America's** 2:3
**an** 5:19 7:17 15:4
  17:22 19:11
**and** 2:4,15,16 3:2,6,
  7,16 4:2,4,10,11,15,
  16,24 5:2,4,7,13,15,
  17,22,23 6:1,6,15,

17,21 7:1,2,4,19,21,
  22 8:1,5,13,15,18
  9:6,11,15,23 10:2,5,
  7,9,10,12,15 11:5,8,
  13,16,19,24 12:2,
  11,17 13:9,13,17,21
  14:6,8,15 15:6,8,9,
  11,14,16 16:1,4,8,
  10,12,15,16,18,19,
  20,24 17:9,15,19,24
  18:2,7,9,15,17 19:8,
  11,12,13,15,17,20,
  21 20:1
**another** 13:17 14:20
  15:14
**answer** 8:19
**any** 4:24 5:1 6:3
  13:10 14:13,14,15
**anybody** 7:14
**anymore** 19:10
**anyone** 3:18 14:4
**anything** 3:24 8:17
  12:19 15:23
**anywhere** 6:4
**appreciate** 20:6
**approve** 14:1
**April** 17:9
**are** 4:13 5:16 6:10,
  14,17 8:12,14 10:2,
  21 11:14 13:4
  14:10,19 15:8 16:8
  17:18 19:22 20:2
**Arizona** 2:1 9:24
  12:6,8,10,13 14:2,5
  15:6,9 16:5,20
**around** 15:3 17:11
**as** 11:6 12:10
**ask** 7:9 10:8 12:7
  14:15
**asked** 2:18 5:24
  14:13
**at** 5:18 7:16,17 8:5
  10:13 11:4,16,17
  12:1 17:13
**attack** 4:3 5:19 8:10,
  24 14:24 17:22
**attacked** 10:23
  11:14
**attacking** 7:4
**attacks** 5:5 13:24
  14:1

**audience** 3:10,11
**audit** 2:1 10:2 14:22
**audit's** 12:11
**August** 16:22,23
  17:7,8
**away** 2:16 18:21

**B**

**back** 5:24 16:21,23
  17:3
**bad** 18:17 19:10
**based** 17:5
**Bath** 7:2
**be** 3:15 4:8 5:16
  10:1,17,21 12:1,11
  13:9 14:18 15:9,13
  16:20,21,23 17:6,13
  19:9,10 20:3
**beast** 19:13,18
**because** 3:5 4:8,24
  6:6,20 8:6 9:9 10:23
  11:14 13:4,14,15,16
  14:9,22 16:12 17:8,
  14 19:11
**Bed** 7:2
**been** 2:23 3:19 4:10
  7:10 12:5 14:14
  18:1,22 20:10
**before** 8:7 16:23
**behind** 14:15
**being** 3:4 14:23,24
**believe** 5:6 16:7 17:5
**believes** 19:17
**benefiting** 18:8
**best** 5:3,4 8:24 11:7
**Beyond** 7:2
**Bible** 19:18
**biblical** 10:3
**Biden** 9:6,19 10:20
**big** 9:2 16:19 19:15
**biggest** 6:20 9:12
**billions** 4:9
**black** 9:14
**bombastic** 6:23
**boom** 12:1
**borders** 19:6
**bots** 3:6

**box** 7:1
**brainwashed** 18:1
**brave** 3:5
**bring** 3:7 6:5 11:9
  12:5 16:12
**bringing** 11:11 12:4,
  6 18:11
**brings** 7:8
**brother** 19:15
**brought** 8:16
**building** 5:7,8,10
**business** 7:10
**businessman** 7:10
**but** 2:17,20,23 3:16
  4:1,14 5:4,8,11,16
  6:9,13 7:6,7 8:16,18
  9:12,23 10:14,20
  11:1,4 12:23 13:20,
  22 14:15,24 15:2,9,
  15 16:4 17:4,12
  18:20 19:22 20:6
**buttons** 2:22
**by** 4:4 7:23 8:20
  11:22 12:13 13:15,
  17 14:24 15:6,14,18
  16:13,22 17:9,15,
  16,22
**bye-bye** 15:5

**C**

**call** 3:4 5:12 16:10
**called** 6:1
**came** 4:2 5:10 9:18
**can** 5:22,23,24
  12:16 13:21 14:6,7,
  8,17 15:4 16:1 19:6
**can't** 5:12 8:15
  14:11 16:4
**cancel** 6:24
**cannot** 15:8
**care** 17:19
**case** 17:11
**causes** 14:16
**CEO** 2:4
**certain** 15:12 17:1
**chain** 6:1
**change** 6:1 7:20
  13:1

cheat 9:23
China 4:4,14 5:5 7:4 10:23 11:13 13:21, 22,24 14:2,24 17:23 18:14,20
China's 18:3
churches 19:2,7
claps 3:9
clear 13:9
clips 20:10
close 9:12
coffee 18:2
college 17:24 18:6
come 7:1 9:9 12:14 14:1 15:8
comes 4:8 5:9,12,19
coming 2:8 6:22 18:10 20:7
committed 17:17
common 17:19
communism 18:20, 21
compelled 7:12
compelling 10:8
compile 16:7
complete 9:13
computer 4:2 5:8, 10,12,20 8:17
computers 4:9
concept 15:17
conferences 16:1
conservatives 3:16
conspiracy 6:8 19:21
continue 2:2
could 8:4 11:1,3 14:18,21 15:19,22
count 9:7,24
counted 9:20,21
counting 9:20
countries 13:19,21
country 6:21 7:4,11 8:21,23 10:14,24 11:12,14 13:18 16:12 17:24 19:1
country's 17:14
county 5:20 7:23 8:5,7 10:1 12:12,21

couple 3:9
course 5:9 9:5 10:17
court 6:3 11:16,22 12:4 16:7,9 17:11
crime 10:3 13:10
criminally 13:17
culture 6:24
cup 18:1
custody 6:1
cyber 5:17,24 8:10, 24 14:24
cybersecurity 12:17

D

damaged 17:14
danger 8:16
date 13:15,16
dates 13:14
day 2:11,24 4:11 7:1,15,17 12:5 16:13 17:15,17
dead 10:11
decades 17:24
December 10:10 13:15
decision 17:21
Democrat 11:12 17:20
Democrats 14:10 18:6
destroying 16:14
deviations 7:16,17, 21 8:4,18
did 3:5 4:24 5:17 7:3,11,12 8:11 11:20 12:18 13:22 16:4 19:16
didn't 2:14,15,16 7:7 11:9
different 3:15 4:1,7 7:19
direct 3:1,2
directly 14:1
do 2:24 3:24 7:3,17 8:18 9:11 10:7,9,14, 15 11:17,19 12:8,19 13:10,14 14:15,22 15:12 16:1,9,10,11

17:3 18:8,16,21,22 19:19
does 6:9 7:19 14:5
doesn't 9:6 10:24 17:20 18:18,19
doing 2:8 3:20 6:23 10:21 12:15,16,23, 24 13:4 14:14 15:10,18 16:6 18:24 19:8
Dominion 2:13 4:13, 14 7:4 8:10 13:5
domino 14:19
dominos 14:20
don't 3:4,7,8 7:18 8:17 10:17 12:22 17:18,19
Donald 5:7,9,12 10:6,10,15 12:13 16:23
donate 14:8,12
done 10:9 12:11 13:17 14:15 15:16 17:16
doubt 5:1
Doug 15:10,11
dove 7:21
down 2:3 3:14 9:19 12:2,3 14:10,20 16:16 19:16
down-tickets 13:11, 12
drugs 18:11,12
Ducey 15:10,11
dump 11:17,18,19

E

each 17:14
early 17:12
efforts 12:17
either 10:13 19:20
election 2:2 4:15 7:13 9:3 10:20 11:1 12:2,16,24 13:2 14:21 15:2,4 16:20 17:6
else 6:18 16:20
end 16:17 17:11

ended 6:16 16:15
ending 18:9
enough 2:5 15:12
environment 19:17
ES&S 4:13
especially 6:22
even 3:9,16 4:19 6:17 8:3,19 9:15 12:15 15:15 16:5 18:5 19:10,16
ever 3:21 9:13,14 14:21 15:3,4
every 2:24 4:11 12:5 15:13,16 16:13 17:15
everybody 3:7 4:12 9:4,16,22 10:9 18:22
everybody's 4:23
everyone 9:8,16 10:5 11:1,9,12
everything 3:23 9:17 12:8 14:6 16:20 18:9
everywhere 14:1 18:24 19:2
evidence 2:5 3:22 4:2,16 7:5 10:16,20 11:13,18,19 16:19
exact 5:18
exactly 6:19 13:7 15:21
example 19:11
except 9:22
expanded 11:6
expected 2:19
expert 7:17

F

fair 7:9
fall 14:19
falls 14:19
far 4:24 15:9
fast 17:13
FBI 11:10
feel 7:11,12
few 3:20 17:24

fighting 4:11
find 4:5 13:8,12,17 14:7
finding 3:24 6:14
finished 10:2
first 7:14 9:21 11:11 12:3 17:17 18:21
five 5:5 11:19 14:2
fixed 15:2
flip 5:22,24 13:13 14:2
flipped 4:15 10:3 12:12
flips 5:18 16:20
fly 15:18
foot 10:6
footprint 4:3
footprints 5:17
for 2:8,9 3:4,18 5:2 8:13 9:6,13,14,19, 22 12:17,24 13:4,11 14:4,6,8,9,13,15 16:5,10 17:21 19:3 20:8,10
forever 15:3
found 10:1,10 11:21
founder 2:4
four 11:5,18
fraud 3:24
from 2:2 3:1,10,14 4:5,9 5:5,7 8:18 11:6,23 13:6 14:1,2 18:14
Fulton 5:20
fund 14:16,17 15:7
fundraiser 14:6

G

gave 6:21
geek 8:17
Germany 13:23
get 2:16,19 4:11,22 7:6,12,13 9:8 14:15 15:1,2 17:10,11
gets 11:22 12:3 16:9 17:16
getting 17:14 19:7

**give** 19:11

**given** 10:16

**go** 2:11 3:8,23 5:24
6:6 8:15 9:18 11:13,
23 12:14 14:8 16:1
18:16,17 19:14,17

**God** 6:21

**goes** 3:7 5:13,19
6:17 9:16 15:5
16:13,16 17:15
18:16

**going** 4:4,7 7:23 8:5
11:8,18,19,23,24
12:1,8,19 14:18,19
15:1 16:8 17:6,13,
18 18:7

**gonna** 9:24 10:2
12:9,11,14 14:22,23

**good** 14:16

**got** 2:12 3:9,13,21
4:9,12,23 5:2,7,11,
20,23 8:24 11:6
12:12 15:7 16:12,15
20:2

**gotten** 8:9

**government** 5:2
8:13,14 11:10

**grabbed** 19:15

**great** 2:12 3:11 7:10
16:4 18:3

**ground** 9:7

**guess** 18:19

**guilty** 11:13

**guy** 5:2,4 6:18 11:20
16:15 18:15,16

**guys** 4:6 7:5 8:9,11,
12,14 10:2 11:5
14:11 15:7 17:18
20:2

---

**H**

**hack** 5:10 15:19

**hacked** 4:12,14 16:3

**hacker** 5:3

**hacking** 15:24

**had** 4:8 6:20 7:19
8:9,15 9:15,22,23
10:6,19,21 13:5

**half** 12:13

**hand** 15:16

**hand-counted** 15:16

**happened** 8:6,7

**happening** 6:23
12:9

**hard** 2:18

**Hart** 4:13

**has** 6:1 15:13

**hat** 5:3

**have** 2:5 3:1,2,15,
18,19 4:9,16 5:1,4
6:10,14 7:7,10,18,
19 8:14 10:9,24
11:2,3,4,14 13:21
14:12 15:4,8,17,24
16:7 17:3,12,17
18:9,12

**having** 2:9 17:4 18:1
20:8

**he** 2:14,15,16,18,19,
21 3:5 5:2,4,7,11,
13,16,17 6:1,2,3,8,
9,17 9:15 11:21
16:16,24

**he's** 5:2,3,23 6:7

**hear** 7:3 9:8

**HEB** 7:2

**Hello** 17:23

**help** 14:5,6,8,9
17:19,20

**here** 3:7 5:9,19 17:9
18:9,15,21 20:6

**here's** 5:11 6:16
10:8

**heroes** 4:8

**hey** 16:10

**hide** 13:5

**hiding** 13:6

**higher** 4:20

**highest** 9:14

**him** 3:7 5:4,24

**hire** 6:11

**hiring** 11:7

**his** 10:14

**historical** 10:4

**history** 11:2

**hold** 6:3 13:4

**hope** 7:14

**horrible** 20:2

**how** 2:7,11 3:5 7:12
12:9 16:5 18:17

**human** 18:10

**hundred** 10:2 12:11

---

**I**

**I'LL** 19:11

**I'M** 4:4 6:12,24 7:17
8:16 9:10 10:16
11:1 12:23 16:9

**I'VE** 2:23 4:10 12:5
14:13,14 16:22 18:5
19:7

**ID** 5:8 15:14

**if** 7:18 9:10 10:6,9,
14,16,19 11:3 12:17
13:5,8 15:23 16:19
17:18,19,20,23
18:18

**imagine** 14:22

**immediate** 20:10

**immediately** 3:14

**important** 6:2,9
14:17,21 16:5

**importantly** 5:9

**impossible** 6:2 7:24
8:6

**in** 2:2 4:6 5:3,10,24
6:3,21 7:21 8:5,7,
15,24 9:17,18
10:10,14 11:2,7,12,
20 12:8,12 13:21
14:5,12,14,21 15:6,
9 16:1,13,16,21,23
17:23,24 18:12
19:16

**inaudible** 10:11
14:20

**inauguration** 17:17

**including** 14:2

**individuals** 4:7

**industry** 15:5

**information** 6:14
8:14

**input** 7:20

**inside** 8:13

**Instead** 19:19

**integrity** 13:1

**interesting** 15:10,12

**interference** 2:2
4:23 11:20

**intersect** 16:8

**into** 3:23 4:15 5:20
11:7 15:6 17:9

**investigate** 8:2

**investigation** 7:22

**investigators** 6:14
11:6

**involved** 7:12,13
15:17

**IP** 5:8,11

**irrefutable** 4:18,20

**is** 4:18 5:4,9,15 6:4,
5,10 7:17,23 10:23,
24 11:2,8,21 12:9,
22 13:2,13 14:3,5,
12,13,17,18,19
15:16 16:4,5,11,13,
18 17:6,8,21 18:1,7,
8,17,21 19:8,24

**isn't** 18:18

**it** 2:12,17,21,23,24
3:13,23 4:1,2,3,4,
12,18 5:9,10,12,13,
16,18,19 6:1,17
7:19 8:2,16,17,19,
20 9:1,5,11,12 10:5,
6,14,24 11:5,9,11,
18,22,24 12:1,17,24
13:4,6,13 14:7,14,
15 15:7 16:1,14
17:13,20 18:18,19,
20 19:13,14,15,19,
24 20:3

**it'll** 14:8 19:9

**it's** 3:14 4:14,19
5:19 6:2,20 7:9 8:6
10:4 11:8 12:1
14:21,23 15:5,9,12,
15,16,18,22 17:5
19:22 20:1,2

**Italy** 13:23

---

**J**

**January** 3:21 4:1
8:8 10:16 13:16

**Jesus** 19:3,6

**jibberish** 5:12

**Jimmy** 2:10 3:4,7
6:17 10:5

**job** 10:15

**jobs** 10:9 17:16

**joke** 10:14

**journalists** 19:10

**judge** 10:13

**judges** 11:16

**June** 17:12

**just** 4:3,11,14,23
5:5,9 6:7 7:21 8:15
9:5,9,10,13 11:19
12:12,24 13:13,14,
16 14:3,4,14 15:7,
18 16:16 19:14,19,
23

---

**K**

**keep** 11:4

**kick** 2:14,15

**kill** 19:20

**killed** 19:19

**Kimmel** 2:11

**kind** 18:17

**knew** 11:3

**know** 2:18,19,20,24
3:3,8,10,12,15,17,
24 6:7,8,9,18,24
7:6,15 8:10,12,17,
18,19 9:3,9,12,14,
16,24 10:5,6,7,11
11:3,10 12:17,18,23
13:8,10,20,21 15:1,
5,8,9,19,23 16:3,15
17:4,9,10,23 18:7,
16,18 19:4,5,14,15,
18,21

**knows** 9:4

**Kohl's** 7:2

---

**L**

**landslide** 9:13

**last** 3:20 16:18
17:24

**leads** 18:20

**left** 3:6,7

**lefts** 18:7

**legislatures** 10:15
**less** 13:18
**let** 2:18 9:19 13:9
15:6
**let's** 5:18 16:9
**liar** 19:21
**liberal** 3:15
**liberals** 18:6
**lie** 7:18
**like** 2:21 3:14 5:14
7:1 9:9,24 11:16,19
12:8,17 13:10
14:16,19 20:3,9
**limitations** 13:9
**Lindell** 2:4,7,9,12,
15,17,23 3:11,21
4:19,22 5:15,23 6:7,
12,16,20 7:14 8:3,
23 9:4 10:23 12:10,
20,22 13:3,8,20,24
14:11 15:22 16:3,22
17:2,8 18:4,12,15
19:2,5,17 20:1,8
**lived** 8:7
**long** 7:18
**look** 7:16,17 8:4,5,6
11:16,17 12:1 17:13
**looked** 3:22 10:13
**looking** 7:22
**lose** 7:1 15:11
**losing** 6:24
**lost** 7:2
**lot** 3:12 6:6 11:7
17:5

**M**

**machine** 15:4,5
**machines** 4:12,14
11:2 14:23 15:1,3,
17,19,20 19:6
**magnitude** 13:10
**mail-in** 9:15,16,17,
20
**main** 13:20,22,24
**mainstream** 20:1
**make** 6:6 17:19
18:18,19
**making** 6:8 17:21

**man** 2:7
**many** 3:11
**Maricopa** 10:1
12:21
**mark** 19:13,18
**mathematically**
7:23
**matter** 10:24
**May** 17:10,12
**maybe** 2:19 17:12,
22
**me** 2:9,15,18,19 3:5
6:21,22 7:2 8:9,11,
16 9:11,19 10:8
11:5 13:9 15:6 17:2,
4 19:16,17 20:8
**mean** 4:19 9:5,13
10:4 15:15,17,22
19:6
**means** 17:21
**media** 2:24 6:22
19:23 20:1
**mention** 14:4
**met** 4:6
**metadata** 5:14
**Michigan** 9:17
**middle** 9:18
**might** 3:15
**Mike** 2:4,7,9,12,15,
17,23 3:8,11,21
4:19,22 5:15,23 6:7,
12,16,20 7:2,14 8:3,
23 9:4,9 10:23
12:10,20,22 13:3,8,
20,24 14:11 15:22
16:3,22 17:2,8 18:4,
12,15 19:2,5,17
20:1,6,8
**million** 9:6,8 12:13
**millions** 4:15
**minimize** 9:11
**minute** 5:18
**minutes** 16:2
**mock** 19:17
**money** 3:23 14:13,
15,17 15:6,8
**months** 3:20
**more** 5:8 11:6 14:21
15:18 20:9

**morning** 9:21
**mostly** 7:21
**movies** 4:16
**much** 17:13 20:6
**my** 3:1,2 7:8,22
15:11 17:4
**Mypillow** 2:4
**myself** 7:22 14:13

**N**

**narratives** 19:22
**nation** 2:3 4:11
**nation's** 2:5
**need** 3:3 7:11 14:3
15:2,7
**needed** 3:23
**network** 19:12
**never** 11:1 14:13,14
15:3,4
**New** 3:1
**News** 20:2,4
**next** 7:8 11:18
**night** 5:7 9:18 15:19
**nine** 16:11
**no** 2:17 3:11 6:1,2,
12,13,18 9:10,19
13:9,18 14:12 15:16
**nobody** 10:13
**nonsensical** 17:15
**normal** 19:16
**normally** 7:18
**not** 3:5,13 6:10 8:16
10:13 11:4 12:15,18
13:1 19:16,22
**notary** 15:14
**nothing** 13:5
**noticing** 18:5
**November** 3:22 5:19
7:15
**now** 4:17 5:3,24 8:7,
19 9:8 10:1,22 11:3,
9,11 12:15 14:6,8,
10,16 16:11,13
17:2,3 18:4,5,9,17
19:5,16
**number** 3:1 15:11
**numbers** 3:2 7:17

**O**

**OANN.COM** 20:10
**obviously** 3:22 4:5,
10 7:16
**of** 2:2 3:9,12,22 4:1,
3,9,13,15 5:3,8,9
6:1,6,14 7:14 8:4,10
9:5,6,18,21 10:3,17
11:7,21 12:3,12
13:1,9,10,14 14:14,
17,24 15:2,3,13
16:11,14 17:5,8,11,
12,17 18:1,17
19:11,13,18 20:5
**off** 2:14,15 4:2 5:12
**office** 16:13,21
**oh** 3:11 6:7,12 12:22
18:3
**okay** 4:22 5:2,4 8:22
11:21
**old** 15:19
**on** 2:8,9,10 3:4,5,6,
7,8,14,19 4:1,5 5:1,
19 6:17 7:3 9:7,9,21
10:5,6,10,16 11:20
12:5,8 13:9,15 14:7,
23 15:10,11 16:4
17:4,5,13,16,18
19:12 20:7,8
**Once** 14:19
**one** 2:3 4:3,22 5:3,
10 6:18 7:16 9:24
10:13 11:5 13:14,
20,22,24 16:19
20:2,3
**ones** 5:4 12:3 20:3
**only** 6:20 11:4 20:3
**open** 10:1
**opinion** 17:4,5
**or** 3:15 5:6 11:4,12,
18 13:10 17:20,22
19:20
**organic** 9:7
**other** 2:11 5:4 7:6
10:6,12 12:2,6
13:21 14:12
**our** 2:5 4:15 7:4
8:20,23 10:24 11:14
16:12 17:11

**out** 4:5,8,16,23 6:6
7:5,7 8:4,15 10:1
12:9,14,18 13:1,12,
17 14:5 16:11 17:18
19:2 20:5
**outcome** 13:1
**outlets** 19:14
**output** 7:20
**over** 5:9 7:11 9:23
11:18 12:13 13:13
18:10,20 19:1,22
20:1
**overturn** 12:16
**overturned** 16:21
**own** 7:22

**P**

**Pakistan** 13:23
**paper** 15:13
**part** 4:7 12:6 14:24
**passed** 13:16
**path** 14:20
**paths** 12:2
**pathway** 13:14
**pay** 14:6,8,9
**Pearson** 2:3,7,10,14,
16,21 3:9,18 4:18,
21 5:14,22 6:5,13,
19 7:8 8:1,22 9:2
10:19 12:7,15,21,24
13:7,19,23 14:4
15:21,24 16:18
17:1,7 18:3,11,14,
24 19:4,24 20:5
**Pennsylvania** 9:22
**people** 3:6,17,24
6:6,10 7:6 8:7,8,20,
23 10:11 11:6,11
12:21 13:6 14:9
16:1 17:20 18:5
**perceive** 3:16
**person** 11:4,5 13:13
**personal** 17:22
**personally** 7:12
**pick** 5:20 8:4
**picture** 16:14
**piece** 3:22 4:1 8:9,10
15:13 16:4

**pillow** 2:7 6:18
**pillows** 6:8
**platform** 6:22
**plus** 6:4
**point** 4:5 7:8
**political** 17:22
**politicians** 17:21
**Post** 3:2
**pour** 2:2
**poured** 3:23
**pouring** 18:12
**power** 16:23
**precedence** 13:11
**President** 9:10
  10:19 16:21
**pressure** 11:23
  17:13
**pretty** 19:9
**printouts** 4:10
**prints** 4:9
**probably** 17:11
**process** 15:15
**producer** 3:14
**Proof** 4:17 5:1
**proportions** 10:4
**protect** 8:20,23
  16:12
**prove** 2:5
**providing** 6:15
**public** 8:9
**pulled** 12:1,3 17:6
**push** 2:21
**put** 4:16,23 7:4
  10:10 11:7 14:14,15
  15:6 16:21
**putting** 14:16

**Q**

**question** 9:2 16:18
**questions** 2:18 5:1
**quite** 15:15
**quo** 12:4 16:6

**R**

**radio** 7:18

**read** 5:13,16
**real** 11:8 13:12
**really** 15:22 16:19
**reason** 17:8,22
**recall** 15:10,11,12
**record** 8:6
**reporters** 16:16
**reports** 2:2
**Republican** 11:13
  17:20
**resources** 7:21 11:7
**rid** 15:2
**right** 2:17,23 5:15
  6:16 10:24 11:3,11
  14:6,7,10,11,16,24
  15:21 16:10,13
  18:20 19:5,21

**S**

**sad** 16:14
**said** 3:7 5:24 6:2,3,
  17 10:5,7,10 13:2
  16:1,15,22 18:7,16,
  18 19:12,13
**same** 4:13 8:7 10:8,
  16,20,21
**save** 11:24
**saw** 8:1 10:20 16:14
**say** 2:13 3:3 4:14
  5:18 6:7 7:1,3,9
  9:11 10:17 12:22
  13:1 16:10 17:8
  19:20
**saying** 3:10 6:10,12,
  13 12:15 19:16
**says** 2:4 5:16 11:9
  12:20
**Scientific** 4:17
**screen** 14:7
**see** 5:22,23 10:2
  11:13 12:8 14:7
  18:17 20:9,11
**seeing** 18:18
**seems** 2:21
**seen** 7:16 8:19 16:19
**selling** 7:10
**sells** 6:8
**sense** 17:19 18:18,19

**servers** 13:21
**seven** 16:2
**Several** 13:19
**SHARP** 2:7,10,14,
  16,21 3:9,18 4:18,
  21 5:14,22 6:5,13,
  19 7:8 8:1,22 9:2
  10:19 12:7,15,21,24
  13:7,19,23 14:4
  15:21,24 16:18
  17:1,7 18:3,11,14,
  24 19:4,24 20:5
**Sharpe** 2:3
**shh** 19:9
**short** 15:8,9
**should** 16:11 17:11
  20:3
**show** 14:23
**showed** 4:3 10:20
**shut** 14:10 19:15
**shy** 9:6
**signature** 15:13
**Similar** 2:1
**simple** 15:23
**since** 3:21,22 4:10
**sits** 2:3
**size** 15:13
**skipped** 18:19,20
**Smartmatic** 2:13
  4:13
**so** 2:10 3:4,18 4:5,
  10,16 5:18 6:2 7:4,
  8,20,21 8:15,16,19,
  24 10:14,16,19
  11:11 12:16 14:2,17
  15:5,11,22 16:18
  17:12,13 18:1 19:19
**social** 19:23
**socialism** 18:1,17,19
**socializing** 18:2
**some** 3:12,16 10:2
  12:11 17:15
**somebody** 17:21
  19:15
**someone** 9:14
**something** 3:3 5:15
  6:5 8:1 13:8 16:9,10
**somewhere** 17:11
**soon** 12:10 19:9

**sorry** 15:11
**speak** 19:2
**SPEAKER** 2:1 20:9
**speaking** 8:5
**spent** 5:5
**spread** 4:24
**spyware** 4:4
**start** 12:6
**started** 6:23 19:14
**state** 12:12 14:18
**statements** 6:7
**states** 11:24 13:14
  14:2
**station** 7:18
**statute** 13:9
**stolen** 9:3,5
**stopped** 9:17
**stores** 7:1
**story** 19:20
**strengthen** 16:6
**stress** 16:5
**strict** 15:18
**strong** 18:6
**stuff** 5:11 7:11 11:4,
  16,17,21 12:17
  14:14
**subjective** 17:3
**successful** 7:9
**suicide** 17:18
**suppressed** 19:8
**suppressing** 18:23
**Supreme** 11:16,22
  12:4 16:6,9 17:10
**suspicious** 8:1,3
**systems** 2:5

**T**

**take** 9:22 18:21
**talk** 7:15 19:6,7,9
**talked** 3:12 18:5
  19:7
**talking** 10:12
**tampered** 2:6
**teams** 6:11,14
**tell** 4:11 9:19 14:11,
  17 15:6

**telling** 9:10 10:18
  11:1,21
**than** 4:20 14:21
  15:18
**thank** 20:6
**thanks** 2:8,9 20:8
**that** 2:11 3:4,24 4:5,
  6,7,24 5:6,12 6:1,
  10,21 7:3,8,18,20
  8:9,10,11,12,14,19,
  20 9:2,5,6,7,11,15
  10:2,11,12,13,14,
  17,20 11:5,14 12:4,
  5,12,15,16,17,18,
  19,20,22 13:8,11,
  13,15,17,22 14:5,
  10,16,17,18,19,20,
  22,23 15:5,7,18
  16:4,6,7,8,13,22
  17:3,5,10,15,18,20
  18:1,6,19,24 19:11,
  13,16,18,21
**that's** 2:17 4:19 6:21
  9:9,24 12:4,7,14
  13:13 14:2,20 17:2,
  3,4 18:22 20:2,5
**the** 2:1,3,7,11,13,24
  3:6,10,11,20 4:6,9,
  11,12,13,16,23 5:2,
  3,4,7,8,11,12,14,17,
  18,22,23 6:9,12,20,
  22,24 7:4,5,11,15,
  16 8:3,5,6,7,10,11,
  13,14,19,20,24 9:2,
  3,7,10,12,15,17,18,
  21 10:6,7,15,16,18,
  19,20,21,24 11:2,7,
  9,10,11,13,16,18,
  20,21,22,23,24
  12:3,4,5,11,12,16,
  21 13:1,2,12,13,20,
  22,24 14:7,8,9,13,
  14 15:1,2,3,6 16:6,
  14,15,16,18,19,20
  17:8,9,10,11,16,17,
  20,21,24 18:16,21
  19:1,12,13,18 20:1,
  3,10
**theft** 9:7
**their** 10:9,15 19:22
  12:3 15:3 16:3,10,
  11 17:13,17 18:5

then 4:5,10 5:9 8:11
9:10,23 11:5,22
13:3,6,17 18:15

theories 6:8

theory 19:21

there 3:6,8,13,16
5:5,6,7 7:5,6,7,20,
21 8:3,11,15 9:23
11:6,20,22 12:5,9
13:3,15 14:5,9,12,
22 15:18 16:9,12,16
17:18 19:10

there'll 19:10

there's 3:3 4:6 8:24
12:2,3,11 13:3,9,11,
14 15:1,16 17:12

these 4:9,12 5:16
6:6,8,10 7:5,20 8:8,
9,11,12,14,23 9:15
10:12 12:18 14:23
15:7,20,24 16:8
18:13,15

they 2:4 3:1,2,3,4,5,
12,13,14 4:7,8,9
5:17 6:7,17 7:1,7,18
8:15,16 9:18,20,21,
22 10:1,5,9,12,14,
15 12:1,22 13:1,2,4,
5,6,12,13 14:19,22
15:8,22,24 16:1,3,4,
11,15 18:16,17,21,
22 19:11,16,17,19

they'd 7:1

they'll 19:20

they're 3:13,17 4:7
5:17 8:15 11:8,23,
24 12:14,23,24
13:1,4 14:22 16:7
18:3,4,7,24 19:7,8

they've 18:22

thing 5:11 6:9 7:16
9:21 10:8,21 11:15
17:15 18:21

things 6:10,12,23
10:12 15:1 16:5
17:5,18 18:13 19:19

think 2:13,19 9:4
10:17 12:19 13:15
15:14 18:8 20:5

this 3:14 4:1,3,8,11
5:2,4,9,15,20 6:1,3,
5,9,14,21 7:7,12,13,

23 8:14,15,18,19
9:8,13 10:3,9,11,23,
24 11:4,8,12,15,17,
19,21 12:2,9,16
13:5,10,12,13,17,22
14:12,13,18,24
15:9,11,18 16:4,16,
18 17:5,10,14,16,23
18:7,8,18 19:8 20:9

those 9:16,19 13:14,
16 14:3,24 19:22

though 8:8

thousand 10:3 12:11

thousands 5:6 8:4

three 4:6,16 7:1
11:18 12:3 16:8
19:12

through 2:23 17:10

ticket 9:19

time 5:24 11:22 13:6
14:12 20:6

timeline 17:9

Times 3:1

to 2:2,5,12,13,19,21
3:1,3,12,23,24 4:8,
11,22,23 5:16 6:5,9,
22 7:1,6,9,11,13,19,
20 8:2,13,16,24 9:2,
6,8,11,22,23,24
10:5,8,24 11:4,7,9,
10,11,17,18,19,23,
24 12:1,4,5,7,19
13:1,5 14:4,5,6,10,
12,19,20 15:1,2,9,
13 16:5,8,10 17:3,6,
13,24 18:5,6,20
19:7,9,14 20:9,10,
11

today 2:8

too 3:23 6:12 12:2
13:18,22 15:6

took 4:24 9:24

track 8:6

tracks 16:8

traffickers 18:10

trolls 3:6

true 11:8,9

Trump 9:5,7,10,12
10:7,10,16,19
12:13,18 16:21,23

trust 11:10,11

trusted 8:11,16 11:5

truth 4:18 9:11

try 19:20

trying 2:19,21 7:6
14:10

turn 12:9

turned 7:3

turns 12:18

twas 8:5

Twilight 11:15

two 4:16 5:4 6:4
12:2 15:1 19:14,19,
22

twofold 13:3

U

under 11:23 16:2

underway 2:1

unfamiliar 3:18

union 17:16

United 11:24

up 2:16 6:3,6,16 7:8
10:1 11:15 14:16
17:3

upon 4:15

upset 2:19

us 16:12

used 8:13

using 15:19

V

vaccine 19:13

vaccines 19:6

validate 9:1

validated 5:17 8:20
15:14

validating 5:5

venue 14:9

very 3:15 6:2 13:9
15:15 20:6

videos 20:9

Vimeo 19:8

viral 19:14

Visit 20:9

voice 6:21 7:4,7

18:22 19:20

vote 9:14 10:12
15:16

voted 10:11

votes 4:15 5:22 9:15,
16,17,18,20 10:3
12:12,13,18

voting 2:5

W

waiting 16:9 20:11

walk 2:16 16:11

wall 16:14,16 18:8

want 3:5 7:9 9:2,11
10:4 11:17 14:5
16:10 19:16 20:9

wanted 6:5 8:2 12:7
14:4

warranto 12:4 16:6

was 2:11,17,21 3:4,
5,11,13 4:1,2,4 5:6,
18 6:22 7:5 8:4,7,19
9:3,5,7,12 10:3,6,14
11:5,20 13:12,15,
17,20,22,24 15:7
18:9 19:12,13

Washington 3:2

wasn't 8:3

watching 11:2

way 15:6

ways 14:21

we 4:16 5:20 9:2
10:10 11:1,14,15
12:16,18 14:1 15:2,
8,10,12 16:10,23
18:9,12

we're 11:15,18,19,
23 12:4,15,16,18
15:1,10 16:6 17:9
18:17 20:5

we've 15:8

website 14:7

week 9:23,24

weeks 5:5 11:19
19:12

well 2:12 3:9 4:4
6:13 7:14 9:4 10:5
11:9,17,24 12:10,22
13:3,20 15:24 18:4,

24 20:8

went 2:12 4:6 5:1,7
8:8 13:15 14:23
17:24 18:6 19:14

were 2:5,10 3:10,12,
13,16,24 4:7 7:5,6,
20 9:15,19,20,21
10:12 13:6 15:10
18:6

what 3:18,19 4:24
5:16 6:9 7:3,5 8:6,7
9:11 10:4,5,6,7
11:3,10,14,17,21
12:5,7,8,19,22,23
13:2,4 14:23 15:17
16:11,12,15 17:4
18:7,8,19,22 19:8,
15

what's 10:8

whatever 3:15 5:21

whatever's 16:13

when 3:3,10,13,21
4:8,22 5:17 6:6,18,
23 7:15 8:8,11,23
9:17 10:1,8 11:14
12:1 13:12 14:22
15:12 17:5 18:9

where 4:12 5:10
6:22,24 11:15 12:2
15:19 16:1,14 18:8

where's 5:7

wherever 3:23

whether 11:12

which 5:10,11 9:22

whistleblowers 8:12

white 5:3

who 2:4 6:14 10:15
12:20 14:5

whoa 12:14

whole 9:23 11:2
12:12 13:5 15:5

why 6:16,17,21
7:11,13 10:8 11:9
13:6 17:7

wide 4:24

will 16:17,20,21,23,
24 19:11

win 12:18

winner 13:12

wins 10:16

**Wisconsin** 8:5

**with** 2:3,6,24 3:24
6:17 7:12,13,21,22
8:9 9:19 12:8 14:23
15:4 16:6,19 19:8

**won** 9:5,8,12 10:19,
21 12:13

**won't** 19:9,10

**wonderful** 18:3

**word** 2:13 8:3

**work** 8:13,20

**working** 3:19 12:5
14:9 18:9

**works** 5:2

**world** 4:12 5:3 8:24
10:18 11:2,7 14:13
15:3

**would** 5:1 6:3,24
7:14 10:7,9,17,21
14:1 19:4,5,17

**wouldn't** 5:16
11:16,17

**wow** 9:18 11:23
15:17

**write** 3:4

---

### Y

**yeah** 2:9 4:21 5:15
16:22 18:4,16,17

**year** 15:19

**Yep** 19:24

**yes** 10:10,23 11:8
17:2 18:15 19:5

**York** 3:1

**you** 2:7,10,14,18,19,
20,24 3:2,8,9,10,12,
15,16,17,19,24
4:14,22 5:1,12,15,
22,23,24 6:6,7,8,10,
13,15,17,18,24 7:2,
3,6,9,10,11,12,13,
15,19 8:1,4,10,12
9:9,10,11,14,16,19,
23 10:2,6,7,8,11,17,
20,21,24 11:1,3,9,
10,13,17 12:6,7,8,
17,19 13:3,8,10,15,
17,20,21 14:6,7,8,
11,12,17,21 15:1,4,
5,6,8,9,12,17,19,23

16:3,7,12,15 17:4,
10,12,18,19,23,24
18:7,8,16,18 19:4,5,
6,7,9,14,15,18,21
20:2,6

**you're** 6:13 7:9
11:12 14:16 17:1,
14,19,23 19:21

**you've** 7:10 16:19
18:1 20:10

**your** 2:22 3:1 14:7
18:21 19:2,20

**Youtube** 19:8

---

### Z

**Zone** 11:15