# Exhibit 46

TRANSCRIPT OF THE AUDIO RECORDING OF:

Bannon's War Room

May 8, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1               STEVE BANNON:  I want to start with the
2    armor-piercing shell of the populist movement, that would be
3    Mike Lindell, CEO of My Pillow. Mike, I know you've only got a
4    few minutes for us. First off, you know, we had this amazing
5    rally, the America First rally, with Gates and MTG last
6    night. Media has been all night with their heads blowing up.
7    We've got at Elise Stefanik now moving in who fully supports
8    the November third, get to the bottom of it. You're going for
9    a huge rally tomorrow in South Carolina to support the
10   patriots down there. You then, you're at the Corn Palace in
11   Mitchell, South Dakota, in a packed, standing room only,
12   overflow for the launch of Frank. Walk us through, before I
13   talk about Frank, walk us through where you think we are now
14   in getting to the bottom of November third. Here's, here's the
15   two--here's the two things that tie this together. Mike
16   Lindell says, "at the end of the day, he's going to be
17   able to prove that all of November third goes back to the Chinese
18   Communist Party." In the War Room we said, "we can prove, no
19   problem, from the very first show back on January twenty third
20   of 2020 that Wuhan Lab goes back to the PLA into the Chinese
21   Communist Party." Right, a man made virus. Mike, give us an
22   update on everything that you see out there in the battlefield
23   about November third, getting to the bottom of the truth here.
24              MIKE LINDELL:  Well, I'm, I'm confident we have one

1  hundred percent of everything we need. We could go there
2  tomorrow, but to the Supreme Court. But we want to make sure,
3  or I want to make sure, it's a marketing thing, I want to make
4  sure everyone in the country sees everything we have so we're
5  gonna continue to dump it on frankspeech.com. We're gonna
6  continue to dump the evidence every single day to--so people
7  can share Absolute Interference, the movie Absolute Proof.
8  We're dropping, in about a week or so, we're going to--maybe
9  two weeks at the most, we're going to drop Absolute Cover-Up.
10 This is going to be the final in the series to show where the
11 cover-ups was, to explain to the people why, you know, why
12 didn't this get out sooner? Why, you know, who's been--who's
13 been suppressing all this? I think we, I think by--within a
14 few weeks we're gonna have everything. We're gonna go with a
15 Quo Warranto to the Supreme Court and I believe it'll be
16 pulled down nine to zero. I've said it before and I believe
17 our President, our real President, will be back in by August.
18 I think, a part of that too, we have all these great things
19 going on in these states. We've got Arizona, we've got
20 Michigan, and we're gonna have a lot of reports on
21 Pennsylvania this coming week, Steve, this is gonna be a very
22 big week for Pennsylvania.
23         STEVE BANNON:  Okay, listen, we got breaking news
24 Pennsylvania is gonna be big, I also think you'll see massive

1  action in Arizona on Monday. I think the state, I think the
2  State Senate up there has had a belly full of, by the way, my
3  great co-host sitting in today. Dave Ramaswamy has been all
4  over this, and so we're gonna get to all this. But, hang on
5  Mike, I've gotta ask you because, remember, we're not machine
6  guys here we said machine's kind of a free option you got
7  enough low-hanging fruit in the traditional way. And that's
8  what you saw in Arizona they had both a hand physical audit,
9  you know, a forensic audit on the floor, they're at the arena.
10 They've got the machines, they've done the facsimiles, they're
11 off working that and then you've got the--you've got the
12 canvassing, which is kind of the secret weapon here to find
13 out really who's at what location when they say they're going
14 to vote, right? Because it's only legitimate, legal, chain of
15 custody votes that matter. However, in the last seventy two
16 hours, like you've had, whoop these massive developments out
17 of Wuhan, also on the voting. Are you pretty stunned what's
18 coming out of Arizona with like, "hey, we don't have the
19 administrative code, we don't have the routers?" We've got the
20 Sheriff, you've got this Democratic Sheriff send a shot across
21 the bow saying, "you guys are disrupting, you guys are
22 disrupting law enforcement." The Department of Justice is
23 dropping a dime on these guys, a letter that implies you're
24 going to be criminally charged if you're a canvasser. What is

1  happening here? I mean, we're not machine guys, but every day
2  you look another thing's blowing on Dominion, has quite
3  frankly been so, I'm not saying arrogant, they've been so
4  steady in their process to say, "back off Fox, back off news
5  [inaudible], back off all these organizations. We're Dominion
6  and you're not." What do you think's going on?
7           MIKE LINDELL:  Well, I've been, I've been living this
8  since January ninth, I mean, this is what they do. Dominion,
9  Smartmatic, all of them. It's just like, you talk to Matt
10 DePerno in Michigan, and they've been going through this
11 every day for months. And in Arizona, you know, it's just
12 like, right now, when they find those--when they find their,
13 you know, all the stuff that's missing, it doesn't surprise
14 anyone. I think everybody knows now, this is the biggest
15 cover-up that's probably in history for a crime. It's so
16 massive that they've covered this up with the machine, or all
17 the stuff that they did with the machines. And, you know,
18 you're telling what--what's going to be nice about Maricopa
19 County, I think once it's, once they get in--they're going to
20 get into the machines, they can sit there and say they don't
21 have the codes and all this stuff. You know, we're going
22 to--everyone, everyone in this country's going to demand that
23 we're not going to let it go by this time. I mean, we need to
24 see what's in there, and what's going to happen is it's going

1  to show Maricopa that Donald Trump really won by between
2  eighty and ninety thousand votes. And that's going to just set
3  up a thing of dominos across the country. Either way, Steve, I
4  want to say this, I'll give Dominion a little scare this
5  morning. Dominion, we have machines now. I do, I have
6  machines, we have ES&S machines, we've got them all, and we're
7  gonna be putting out so much information over the next
8  couple weeks. And that's not--this isn't from Arizona, Steve,
9  these are machines we actually have and we're doing all of our
10 own tests. We're gonna have a lot of surprises, a lot of great
11 news for the country. And their, their big cover-up is just
12 starting to, like you say, it's coming apart at the seams. So
13 if I was Dominion, if I worked for Dominion right now, I'd be
14 turning myself in, and I wouldn't even wait--I wouldn't even
15 let it get too much longer, it's over for them.
16          STEVE BANNON: Like, when you say, okay, you say it's
17 over. You've got machines, we're getting to the second and I
18 know you've got to roll to the airport, but hey, a major news
19 organization that's been covering this just settled with them
20 last week. They said they did an investigation, and they and,
21 I'm just saying, what it was read on the news, on TV. They
22 said, "there was absolutely no backup to any of this." So how do you,
23 how do you, that's been the latest big--besides coming out of
24 Arizona, I mean, you did have a news channel that had covered

1  this and had you on quite a bit saying, "we reviewed it, we
2  apologize, there's nothing there." So how do you--that that
3  seems like, you know, advantage Dominion, sir?
4           MIKE LINDELL:  Well, that's just another cover-up by
5  Dominion, I mean, they'll--look at the timing on that! They
6  probably, whatever they did in the settlement, I mean, if you
7  show the settlement, "okay, we'll drop your lawsuit if you
8  apologize and say we're legit." Well, they're not legit, you
9  know, I spent a lot of, a lot of resource, a lot of time on
10 hiring white hat hackers that actually still work for the
11 government to protect our country, and they have validated
12 every single thing I have, Steve. So, it's like, what a shame
13 that you have stations out there like that that settle and
14 that say, "oh yeah, everything looks good to us." Well, what
15 did you look at? Um, did you not tune in to Frank? Or do you
16 not tune in and get Absolute Interference? It shows, you know,
17 it just doesn't make sense, but you know, that's a lot of
18 people--I can't even imagine all the people out there that are
19 gonna be like, you know, what are they gonna say? "Oh we
20 didn't, we didn't know, we didn't know." Well, the whole world
21 knows, I mean, this--all you've got to do is watch this
22 evidence, and that's what I'm going to be doing, you guys, is
23 dumping this and dumping this. You know, this goes right down,
24 Steve, is what they did with Lawfare and they went to all

1  these stations, Dominion did, almost two hundred cases--two

2  hundred lawsuits and or threatening letters. I mean, this

3  thing's far and wide, I can't wait to do Absolute Cover-Up.

4  It's gonna, people are gonna go, "yeah, this doesn't make

5  sense, why would they do this?" Why would that chant--why

6  would, why would Newsmax settle when they didn't even have to?

7  It could have been months from now. It could have been--they

8  didn't have to do it, look at the timing! This is all just an

9  attack on Arizona, trying to stop what's inevitably gonna come

10 out, and it's gonna be, you know, too late to close the gate,

11 the cows are out of the barn.

12         STEVE BANNON:  Yeah, I think we're gonna have some

13 news about Arizona, about getting subpoenas out there on

14 Monday. Also the Justice Department, I think's, going ahead

15 and enter a TRO to try shut the whole thing down. Mike, real

16 quickly, I know you've only got a couple of minutes, you've

17 gotta head to the airport. You're going to this big rally with

18 General Flynn on, I think tomorrow, in South Carolina. Why are

19 you going to South Carolina and what's the purpose of the

20 rally?

21         MIKE LINDELL:  Well, I think it's Lin Wood, not

22 General Flynn.

23         Okay, Lin Wood--

24         Where are you going with--

1           STEVE BANNON:  Even better, even crazier, even
2  crazier, I love it! Lin Wood and Mike--Lin Wood and Mike
3  Lindell. That's a, that's an afternoon, that's a Mother's Day.
4           MIKE LINDELL:  We're gonna have a great time.
5           STEVE BANNON:  Crazy, crazy mothers, crazy mothers.
6           MIKE LINDELL:  Oh, we're gonna have a good time.
7  Lin's become a good friend of mine, and I want to support him.
8  I want to support South Carolina, support all the people, and
9  I'm looking forward--there's gonna be, actually I think we're
10 gonna do it. Bikers for Trump is going to be there with their
11 support and it's going to be a great rally, and I'm going all
12 around the country in two days here. I'm gonna end up in, end
13 up in South Dakota--South Dakota on Monday morning. The Frank
14 rally we're having Joe Piscopo, Eric Metaxas, Brandon Howse,
15 myself. We're expecting, I think, about ten thousand people to
16 show up, I really do. I know, they'll say, "oh Mike, don't
17 tell, don't tell the media how many you--what if only five
18 thousand show up?" I'll go, "what if twenty show up, okay?"
19          STEVE BANNON:  What so, give us what, what to, kind
20 of people, anticipate on the launch of Frank? The formal
21 launch of Frank, Monday evening in Mitchell, South Dakota, at
22 the Corn Palace. So what should they anticipate?
23          MIKE LINDELL:  Well, at about four o'clock, the doors
24 are gonna open. Joe Piscopo is our most talented guy I have

1  met, he's a good, great friend of mine, he's gonna kick--get

2  the crowd, keep them entertained until we start around five

3  thirty, six. Eric Metaxas's going to speak, then Brandon Howse,

4  and I'm going to speak for a couple hours probably. And we are

5  going to get that we're gonna talk, we're gonna talk--

6         STEVE BANNON:  You're getting like Castro, it could

7  be longer. It's like Castro in his prime. No, I'm just

8  kidding. Remember less is more, but that's okay.

9         MIKE LINDELL:  Well, there's so much information I

10 want to get out. I'm gonna lay out the plan that, that night,

11 Steve, I'm going to lay out the plan to get this election

12 pulled down. What we are all going to do as a country, what

13 we're going to do every day that people can do. We're going to

14 set up each state, everything, so it's going to be

15 really--it's gonna be an awesome night.

16        STEVE BANNON:  Mike, I know you've got to bounce. So,

17 Frank formally launches on Monday, tomorrow. At what time does

18 the rally start? You get--what a way to spend a Mother's Day!

19 Bikers for Trump, Lin Wood, and Mike Lindell.

20        DAVE RAMASWAMY:  Now you know why lumber

21 prices are going up.

22        STEVE BANNON:  Even bring your, bring your mother,

23 bring your mother. Forget brunch, forget brunch, bring her to

24 the biker rally. Mike, you have a time that--when you, do you

1  have a time when you speak tomorrow in South Carolina?
2          MIKE LINDELL:  I believe it's three o'clock Eastern
3  Time. I want to say one more thing about Monday too.
4          STEVE BANNON:  Sure.
5          MIKE LINDELL:  Remember, everybody, you can
6  watch--you can watch frankspeech.com. Watch us stream live all
7  the way on, on Monday and we're gonna even start in the
8  morning--we're gonna have, we're gonna have things going on in
9  the morning. It's gonna be great.
10         STEVE BANNON:  We're gonna get all the information
11 out there. Mike, thank you so much, I know you're jammed
12 today. Thank you for starting the show with a bang.
13         MIKE LINDELL:  Yup, yup.
14         STEVE BANNON:  Godspeed and be safe, Mike Lindell.
15
16
17
18
19
20
21
22
23
24

1                    TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8        IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 30th day of September, 2021.

10

11

12                    [signature: James Lonergan]

13                    _____
                      James Lonergan
                      Production Manager
14                    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

```
              2

2020  2:20

              A

able  2:17
about  2:13,23 3:8
  5:18 8:13 9:15,23
  11:3
Absolute  3:7,9 7:16
  8:3
absolutely  6:22
across  4:20 6:3
action  4:1
actually  6:9 7:10 9:9
administrative  4:19
advantage  7:3
afternoon  9:3
ahead  8:14
airport  6:18 8:17
all  2:6,17 3:13,18
  4:3,4 5:5,9,13,16,21
  6:6,9 7:18,24 8:8
  9:8,11 10:12 11:6
almost  8:1
also  3:24 4:17 8:14
amazing  2:4
America  2:5
an  2:21 6:20 8:8 9:3
  10:15
and  2:5 3:15,16,20
  4:4,7,11 5:6,10,11,
  17,20,21,24 6:2,6,8,
  9,11,14,17,20 7:1,8,
  11,13,16,22,23,24
  8:2,3,10,15,19 9:2,
  7,8,11 10:4,19 11:7,
  14
another  5:2 7:4
anticipate  9:20,22
any  6:22
anyone  5:14
apart  6:12
apologize  7:2,8
are  2:13 4:17,21 6:9
  7:18,19 8:4,11,18,
  24 9:24 10:4,12,21

arena  4:9
Arizona  3:19 4:1,8,
  18 5:11 6:8,24 8:9,
  13
armor-piercing  2:2
around  9:12 10:2
arrogant  5:3
as  10:12
ask  4:5
at  2:7,10,16 3:9 4:9,
  13 6:12 7:5,15 8:8
  9:21,23 10:17
attack  8:9
audit  4:8,9
August  3:17
awesome  10:15

              B

back  2:17,19,20
  3:17 5:4,5
backup  6:22
bang  11:12
BANNON  2:1 3:23
  6:16 8:12 9:1,5,19
  10:6,16,22 11:4,10,
  14
barn  8:11
battlefield  2:22
be  2:2,16 3:10,15,
  17,21,24 4:24 5:18
  6:7,13 7:19,22 8:10
  9:9,10,11 10:7,14,
  15 11:9,14
because  4:5,14
become  9:7
been  2:6 3:13 4:3
  5:3,7,10 6:19,23 8:7
been--they  8:7
been--who's  3:12
before  2:12 3:16
believe  3:15,16 11:2
belly  4:2
better  9:1
between  6:1
big  3:22,24 6:11
  8:17
big--besides  6:23

biggest  5:14
biker  10:24
Bikers  9:10 10:19
bit  7:1
blowing  2:6 5:2
both  4:8
bottom  2:8,14,23
bounce  10:16
bow  4:21
Brandon  9:14 10:3
breaking  3:23
bring  10:22,23
brunch  10:23
but  3:2 4:4 5:1 6:18
  7:17 10:8
by  3:17 4:2 5:23 6:1
  7:4
by--within  3:13

              C

can  2:18 3:7 5:20
  10:13 11:5,6
can't  7:18 8:3
canvasser  4:24
canvassing  4:12
Carolina  2:9 8:18,
  19 9:8 11:1
cases--two  8:1
Castro  10:6,7
CEO  2:3
chain  4:14
channel  6:24
chant--why  8:5
charged  4:24
Chinese  2:17,20
close  8:10
co-host  4:3
code  4:19
codes  5:21
come  8:9
coming  3:21 4:18
  6:12,23
Communist  2:18,21
confident  2:24
continue  3:5,6
Corn  2:10 9:22

could  3:1 8:7 10:6
country  3:4 6:3,11
  7:11 9:12 10:12
country's  5:22
County  5:19
couple  6:8 8:16 10:4
Court  3:2,15
cover-up  3:9 5:15
  6:11 7:4 8:3
cover-ups  3:11
covered  5:16 6:24
covering  6:19
cows  8:11
crazier  9:1,2
crazy  9:5
crime  5:15
criminally  4:24
crowd  10:2
custody  4:15

              D

Dakota  2:11 9:13,21
Dakota--south  9:13
Dave  4:3 10:20
day  2:16 3:6 5:1,11
  9:3 10:13,18
days  9:12
demand  5:22
Democratic  4:20
Department  4:22
  8:14
Deperno  5:10
developments  4:16
did  5:17 6:20,24 7:6,
  15,24 8:1
didn't  3:12 7:20 8:6,
  8
dime  4:23
disrupting  4:21,22
do  5:6,8 6:5,22,23
  7:2,15,21 8:3,5,8
  9:10,16 10:12,13,24
does  10:17
doesn't  5:13 7:17
  8:4
doing  6:9 7:22

Dominion  5:2,5,8
  6:4,5,13 7:3,5 8:1
dominos  6:3
don't  4:18,19 5:20
  9:16,17
Donald  6:1
done  4:10
doors  9:23
down  2:10 3:16 7:23
  8:15 10:12
drop  3:9 7:7
dropping  3:8 4:23
dump  3:5,6
dumping  7:23

              E

each  10:14
Eastern  11:2
eighty  6:2
Either  6:3
election  10:11
Elise  2:7
end  2:16 9:12
enforcement  4:22
enough  4:7
enter  8:15
entertained  10:2
Eric  9:14 10:3
ES&S  6:6
even  6:14 7:18 8:6
  9:1 10:22 11:7
evening  9:21
every  3:6 5:1,11
  7:12 10:13
everybody  5:14 11:5
everyone  3:4 5:22
everything  2:22 3:1,
  4,14 7:14 10:14
evidence  3:6 7:22
expecting  9:15
explain  3:11

              F

facsimiles  4:10
far  8:3
```

**few** 2:4 3:14
**final** 3:10
**find** 4:12 5:12
**first** 2:4,5,19
**five** 9:17 10:2
**floor** 4:9
**Flynn** 8:18,22
**for** 2:4,8,12 3:22 5:11,15 6:11,13,15 7:10 9:10 10:4,19 11:12
**forensic** 4:9
**forget** 10:23
**formal** 9:20
**formally** 10:17
**forward--there's** 9:9
**four** 9:23
**Fox** 5:4
**Frank** 2:12,13 7:15 9:13,20,21 10:17
**frankly** 5:3
**frankspeech.com.** 3:5 11:6
**free** 4:6
**friend** 9:7 10:1
**from** 2:19 6:8 8:7
**fruit** 4:7
**full** 4:2
**fully** 2:7

**G**

**gate** 8:10
**Gates** 2:5
**General** 8:18,22
**get** 2:8 3:12 4:4 5:19,20 6:15 7:16 10:5,10,11
**get all** 11:10
**get--what** 10:18
**getting** 2:14,23 6:17 8:13 10:6
**give** 2:21 6:4 9:19
**go** 3:1,14 5:23 8:4 9:18
**Godspeed** 11:14
**goes** 2:17,20 7:23

**going** 2:8,16 3:8,9, 10,19 4:13,24 5:6, 10,18,19,21,22,23, 24 6:2 7:22 8:14,17, 19,24 9:10,11 10:3, 4,5,11,12,13,14,21 11:8
**gonna** 3:5,14,20,21, 24 4:4 6:7,10 7:19 8:4,9,10,12 9:4,6,9, 10,12,24 10:1,5,10, 15 11:7,8,9,10
**good** 7:14 9:6,7 10:1
**got** 2:3,7 3:19,23 4:6,10,11,19,20 6:6, 17,18 7:21 8:16 10:16
**gotta** 4:5 8:17
**government** 7:11
**great** 3:18 4:3 6:10 9:4,11 10:1 11:9
**guy** 9:24
**guys** 4:6,21,23 5:1 7:22

**H**

**hackers** 7:10
**had** 2:4 4:2,8,16 6:24 7:1
**hand** 4:8
**hang** 4:4
**happen** 5:24
**happening** 5:1
**has** 2:6 4:2,3 5:2
**hat** 7:10
**have** 2:24 3:4,14,18, 20 4:18,19 5:21 6:5, 6,9,10,24 7:11,12, 13 8:6,7,8,12 9:4,6, 24 10:24 11:1,8
**having** 9:14
**he's** 2:16 10:1
**head** 8:17
**heads** 2:6
**her** 10:23
**here** 2:23 4:6,12 5:1 9:12
**here's** 2:14

**hey** 4:18 6:18
**him** 9:7
**hiring** 7:10
**his** 10:7
**history** 5:15
**hours** 4:16 10:4
**how** 6:22,23 7:2 9:17
**However** 4:15
**Howse** 9:14 10:3
**huge** 2:9
**hundred** 3:1 8:1,2

**I**

**I'D** 6:13
**I'LL** 6:4 9:18
**I'M** 2:24 5:3 6:21 7:22 9:9,11,12 10:4, 7,10,11
**I'VE** 3:16 4:5 5:7
**if** 4:24 6:13 7:6,7 9:17,18
**imagine** 7:18
**implies** 4:23
**in** 2:7,9,10,11,14,18, 22 3:4,8,10,17,19 4:1,3,7,8,15 5:4,10, 11,15,22,24 6:14 7:6,15,16 8:18 9:12, 13,21 10:7 11:1,7,8
**in--they're** 5:19
**inaudible** 5:5
**inevitably** 8:9
**information** 6:7 10:9 11:10
**Interference** 3:7 7:16
**into** 2:20 5:20
**investigation** 6:20
**is** 3:10,21,24 4:12, 22,24 5:8,14,24 6:11 7:21,22,24 8:8 9:10,24 10:8
**isn't** 6:8
**it** 2:8 3:5,16 5:13,23 6:15,21 7:1,16,17 8:7,8 9:2,10 10:6
**it'll** 3:15

**it's** 3:3 4:14 5:9,11, 15,19,24 6:12,15,16 7:12 8:4,10,21 9:11 10:7,14 11:2,9

**J**

**jammed** 11:11
**January** 2:19 5:8
**Joe** 9:14,24
**just** 5:9,11 6:2,11, 19,21 7:4,17 8:8 10:7
**Justice** 4:22 8:14

**K**

**keep** 10:2
**kick--get** 10:1
**kidding** 10:8
**kind** 4:6,12 9:19
**know** 2:3,4 3:11,12 4:9 5:11,13,17,21 6:18 7:3,9,16,17,19, 20,23 8:10,16 9:16 10:16,20 11:11
**knows** 5:14 7:21

**L**

**Lab** 2:20
**last** 2:5 4:15 6:20
**late** 8:10
**latest** 6:23
**launch** 2:12 9:20,21
**launches** 10:17
**law** 4:22
**Lawfare** 7:24
**lawsuit** 7:7
**lawsuits** 8:2
**lay** 10:10,11
**legal** 4:14
**legit** 7:8
**legitimate** 4:14
**less** 10:8
**let** 5:23 6:15
**letter** 4:23
**letters** 8:2

**like** 4:16,18 5:9,12 6:12,16 7:3,12,13, 19 10:6,7
**Lin** 8:21,23 9:2 10:19
**Lin's** 9:7
**Lindell** 2:3,16,24 5:7 7:4 8:21 9:3,4,6, 23 10:9,19 11:2,5, 13,14
**listen** 3:23
**little** 6:4
**live** 11:6
**living** 5:7
**location** 4:13
**longer** 6:15 10:7
**look** 5:2 7:15 8:8
**looking** 9:9
**looks** 7:14
**lot** 3:20 6:10 7:9,17
**love** 9:2
**low-hanging** 4:7
**lumber** 10:20

**M**

**machine** 4:5 5:1,16
**machine's** 4:6
**machines** 4:10 5:17, 20 6:5,6,9,17
**made** 2:21
**major** 6:18
**make** 3:2,3 7:17 8:4
**man** 2:21
**many** 9:17
**Maricopa** 5:18 6:1
**marketing** 3:3
**massive** 3:24 4:16 5:16
**Matt** 5:9
**matter** 4:15
**mean** 5:1,8,23 6:24 7:5,6,21 8:2
**media** 2:6 9:17
**met** 10:1
**Metaxas** 9:14
**Metaxas's** 10:3

**Michigan** 3:20 5:10
**Mike** 2:3,15,21,24 4:5 5:7 7:4 8:15,21 9:2,4,6,16,23 10:9,16,19,24 11:2,5,11,13,14
**Mike--lin** 9:2
**mine** 9:7 10:1
**minutes** 2:4 8:16
**missing** 5:13
**Mitchell** 2:11 9:21
**Monday** 4:1 8:14 9:13,21 10:17 11:3,7
**months** 5:11 8:7
**more** 10:8 11:3
**morning** 6:5 9:13 11:9
**morning--we're** 11:8
**most** 3:9 9:24
**mother** 10:22,23
**Mother's** 9:3 10:18
**mothers** 9:5
**movement** 2:2
**movie** 3:7
**moving** 2:7
**MTG** 2:5
**much** 6:7,15 10:9 11:11
**my** 2:3 4:2
**myself** 6:14 9:15

**N**

**need** 3:1 5:23
**news** 3:23 5:4 6:11,18,21,24 8:13
**Newsmax** 8:6
**next** 6:7
**nice** 5:18
**night** 2:6 10:10,15
**nine** 3:16
**ninety** 6:2
**ninth** 5:8
**no** 2:18 6:22 10:7
**not** 4:5 5:1,3,6,23 7:8,15,16 8:21

**not--this** 6:8
**nothing** 7:2
**November** 2:8,14,17,23
**now** 2:7,13 5:12,14 6:5,13 8:7 10:20

**O**

**o'clock** 9:23 11:2
**of** 2:2,3,8,12,14,16,17,20,23 3:1,18,20 4:2,6,12,14,17,18,22 5:9 6:3,9,10,22,23 7:9,17 8:11,16,19 9:7,20,21 10:1
**off** 2:4 4:11 5:4,5
**oh** 7:14,19 9:6,16
**okay** 3:23 6:16 7:7 8:23 9:18 10:8
**on** 2:19,22 3:5,19,20 4:1,4,9,17,23 5:2,6 6:21 7:1,5,9 8:9,13,18 9:13,20 10:17 11:7,8
**once** 5:19
**one** 2:24 11:3
**only** 2:3,11 4:14 8:16 9:17
**open** 9:24
**option** 4:6
**or** 3:3,8 5:16 7:15 8:2
**organization** 6:19
**organizations** 5:5
**our** 3:17 6:9 7:11 9:24
**out** 2:22 3:12 4:13,16,18 6:7,23 7:13,18 8:10,11,13 10:10,11 11:11
**over** 4:4 6:7,15,17
**overflow** 2:12
**own** 6:10

**P**

**packed** 2:11
**Palace** 2:10 9:22

**part** 3:18
**Party** 2:18,21
**patriots** 2:10
**Pennsylvania** 3:21,22,24
**people** 3:6,11 7:18 8:4 9:8,15,20 10:13
**people--i** 7:18
**percent** 3:1
**physical** 4:8
**Pillow** 2:3
**Piscopo** 9:14,24
**PLA** 2:20
**plan** 10:10,11
**populist** 2:2
**President** 3:17
**pretty** 4:17
**prices** 10:21
**prime** 10:7
**probably** 5:15 7:6 10:4
**problem** 2:19
**process** 5:4
**Proof** 3:7
**protect** 7:11
**prove** 2:17,18
**pulled** 3:16 10:12
**purpose** 8:19
**putting** 6:7

**Q**

**quickly** 8:16
**quite** 5:2 7:1
**Quo** 3:15

**R**

**rally** 2:5,9 8:17,20 9:11,14 10:18,24
**Ramaswamy** 4:3 10:20
**read** 6:21
**real** 3:17 8:15
**really** 4:13 6:1 9:16
**really--it's** 10:15
**remember** 4:5 10:8 11:5

**reports** 3:20
**resource** 7:9
**reviewed** 7:1
**right** 2:21 4:14 5:12 6:13 7:23
**roll** 6:18
**room** 2:11,18
**routers** 4:19

**S**

**safe** 11:14
**said** 2:18 3:16 4:6 6:20,22
**saw** 4:8
**say** 4:13 5:4,20 6:4,12,16 7:8,14,19 9:16 11:3
**saying** 4:21 5:3 6:21 7:1
**says** 2:16
**scare** 6:4
**seams** 6:12
**second** 6:17
**secret** 4:12
**see** 2:22 3:24 5:24
**seems** 7:3
**sees** 3:4
**Senate** 4:2
**send** 4:20
**sense** 7:17 8:5
**series** 3:10
**set** 6:2 10:14
**settle** 7:13 8:6
**settled** 6:19
**settlement** 7:6,7
**seventy** 4:15
**shame** 7:12
**share** 3:7
**shell** 2:2
**Sheriff** 4:20
**shot** 4:20
**should** 9:22
**show** 2:19 3:10 6:1 7:7 9:16,18 11:12
**shows** 7:16
**shut** 8:15

**since** 5:8
**single** 3:6 7:12
**sir** 7:3
**sit** 5:20
**sitting** 4:3
**six** 10:3
**Smartmatic** 5:9
**so** 3:4,8 4:4 5:3,15 6:7,12,22 7:2,12 9:19,22 10:9,14,16 11:11
**some** 8:12
**sooner** 3:12
**South** 2:9,11 8:18,19 9:8,13,21 11:1
**speak** 10:3,4 11:1
**spend** 10:18
**spent** 7:9
**standing** 2:11
**start** 2:1 10:2,18 11:7
**starting** 6:12 11:12
**state** 4:1,2 10:14
**states** 3:19
**stations** 7:13 8:1
**steady** 5:4
**Stefanik** 2:7
**Steve** 2:1 3:21,23 6:3,8,16 7:12,24 8:12 9:1,5,19 10:6,11,16,22 11:4,10,14
**still** 7:10
**stop** 8:9
**stream** 11:6
**stuff** 5:13,17,21
**stunned** 4:17
**subpoenas** 8:13
**support** 2:9 9:7,8,11
**supports** 2:7
**suppressing** 3:13
**Supreme** 3:2,15
**sure** 3:2,3,4 11:4
**surprise** 5:13
**surprises** 6:10

**T**

**talented** 9:24

talk  2:13 5:9 10:5
talk--  10:5
tell  9:17
telling  5:18
ten  9:15
tests  6:10
thank  11:11,12
that  2:2,15,17,20,22 3:18 4:11,15,23 5:16,17,22 6:1,24 7:2,5,10,13,14,18 8:5 10:5,10,13
that's  4:7 5:13,15 6:2,8,19,23 7:4,17, 22 9:3 10:8
that--when  10:24
the  2:1,2,5,8,9,10, 12,14,15,16,17,18, 19,20,22,23 3:2,4,6, 7,9,10,11,15 4:1,2, 7,9,10,11,12,15,17, 18,19,21,22 5:13, 14,16,17,20,21 6:3, 7,11,12,17,18,21,23 7:5,6,7,10,18,20 8:8,10,11,14,15,17, 19 9:8,12,13,17,20, 22,23 10:2,10,11, 18,24 11:7,9,10,12
the--you've  4:11
their  2:6 5:4,12 6:11 9:10
them  5:9 6:6,15,19 10:2
then  2:10 4:11 10:3
there  2:10,22 3:1 4:2 5:20,24 6:22 7:2,13,18 8:13 9:10 11:11
there's  7:2 10:9
these  3:18,19 4:16, 23 5:5 6:9 8:1
they  4:8,13 5:8,12, 17,19,20 6:20,21 7:5,6,11,19,24 8:5,6 9:22
they'll  9:16
they'll--look  7:5
they're  4:9,10,13 7:8

they've  4:10 5:3,10, 16
thing  3:3 6:3 7:12 8:15 11:3
thing's  5:2 8:3
things  2:15 3:18 11:8
think  2:13 3:13,18, 24 4:1 5:14,19 8:12, 18,21 9:9,15
think's  5:6 8:14
third  2:8,14,17,19, 23
thirty  10:3
this  2:4,15 3:10,12, 13,21 4:4,20 5:7,8, 10,14,16,21,22,23 6:4,19,22 7:1,21,23 8:2,4,5,8,17 10:11
this--all  7:21
those--when  5:12
thousand  6:2 9:15, 18
threatening  8:2
three  11:2
through  2:12,13 5:10
tie  2:15
time  5:23 7:9 9:4,6 10:17,24 11:1,3
timing  7:5 8:8
to  2:1,8,9,14,16,17, 20,23 3:2,3,5,6,9, 10,11,15,16 4:4,12, 14,24 5:4,9,18,19, 22,23,24 6:1,2,4,12, 17,18,22 7:11,14, 15,21,22,24 8:3,6,8, 9,10,15,17,19 9:7,8, 10,11,15,19 10:3,4, 5,10,11,12,13,14, 16,18,23 11:3
to--everyone  5:22
to--maybe  3:8
to--so  3:6
today  4:3 11:12
together  2:15
tomorrow  2:9 3:2 8:18 10:17 11:1

too  3:18 6:15 8:10 11:3
traditional  4:7
TRO  8:15
Trump  6:1 9:10 10:19
truth  2:23
try  8:15
trying  8:9
tune  7:15,16
turning  6:14
TV  6:21
twenty  2:19 9:18
two  2:15 3:9 4:15 8:1 9:12
two--here's  2:15

---

U

Um  7:15
until  10:2
up  2:6 4:2 5:16 6:3 9:12,13,16,18 10:14,21
update  2:22
us  2:4,12,13,21 7:14 9:19 11:6

---

V

validated  7:11
very  2:19 3:21
virus  2:21
vote  4:14
votes  4:15 6:2
voting  4:17

---

W

wait  8:3
wait--i  6:14
walk  2:12,13
want  2:1 3:2,3 6:4 9:7,8 10:10 11:3
War  2:18
Warranto  3:15
was  3:11 6:13,21,22
watch  7:21 11:6

watch--you  11:6
way  4:2,7 6:3 10:18 11:7
we  2:4,13,18,24 3:1, 2,4,13,18,23 4:6,18, 19 5:23 6:5,6,9 7:1, 19,20 10:2,4,12
we'll  7:7
we're  3:4,5,8,9,14, 20 4:4,5 5:1,5,21,23 6:6,9,10,17 7:8 8:12 9:4,6,9,14,15 10:5, 13 11:7,8,10
we've  2:7 3:19 4:19 6:6
weapon  4:12
week  3:8,21,22 6:20
weeks  3:9,14 6:8
Well  2:24 5:7 7:4,8, 14,20 8:21 9:23 10:9
went  7:24
what  4:8,13,24 5:6,8 6:21 7:12,14,19,22, 24 9:18,19,22 10:12,17
what's  4:17 5:24 8:9,19
what--what's  5:18
whatever  7:6
when  4:13 5:12 6:16 8:6 11:1
where  2:13 3:10 8:24
which  4:12
white  7:10
who  2:7
who's  3:12 4:13
whole  7:20 8:15
whoop  4:16
why  3:11,12 8:5,6, 18 10:20
wide  8:3
will  3:17
with  2:1,5,6 3:14 4:18 5:16,17 6:19 7:24 8:17 9:10 11:12
with--  8:24

won  6:1
Wood  8:21 9:2 10:19
Wood--  8:23
work  7:10
worked  6:13
working  4:11
world  7:20
would  2:2 8:5,6
wouldn't  6:14
Wuhan  2:20 4:17

---

Y

yeah  7:14 8:4,12
you  2:4,10,13,22 3:11,12 4:5,6,8,9, 17,21 5:2,6,9,11,13, 17,21 6:12,16,22, 23,24 7:1,3,6,7,8, 13,15,16,17,19,22, 23 8:10,19,24 10:18,20,24 11:1,5, 11,12
you'll  3:24
you're  2:8,10 4:23, 24 5:6,18 8:17 10:6 11:11
you've  2:3 4:11,16, 20 6:17,18 7:21 8:16 10:16
you--that  7:2
you--what  9:17
your  7:7 10:22,23
yup  11:13

---

Z

zero  3:16