# Exhibit 49

TRANSCRIPT OF THE AUDIO RECORDING OF:


Mike Lindell's Cyber Symposium - II

August 10-12, 2021


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        PHIL WALDRON:  After the 2018 midterm elections an
2    investigation was launched to delve into irregularities in the
3    US election results. Detailed logs documented entries into the
4    tabulation system for the election itself, and the team saw
5    many anomalies in areas of extreme concern. Then in November
6    2020, multiple groups of concerned Americans came together
7    because they all observed something incredible in the 2020
8    general elections. The groups united to launch a full scale
9    investigation, led by former members of the US intelligence
10   community, the Department of Defense, NASA, the US National
11   Laboratories, private investigations and cybersecurity
12   companies and legal firms from around the country. The
13   discoveries gained through intense forensic research left
14   everyone involved deeply concerned about the future of our
15   nation and our world. While the US media will undoubtedly
16   discredit this information as far right conspiracy theory, the
17   fact is the people involved in this investigation represent
18   all colors, all creeds, and all political parties. To ignore
19   this message is to surrender to a government takeover that
20   will gravely affect the lives of every man, woman and child of
21   every nation. If there ever was an authentic, non-partisan
22   issue, this is it.
23            In 1970, Henry Kissinger said who controls the
24   food supply controls the people, who controls the energy can

1    control whole continents, who controls money can control the

2    world. This concept is critical to understanding the thinking

3    of those who seek to cripple and control America. To achieve

4    their goal. They've got to disrupt families, divide races,

5    destroy small businesses, dismantle the middle class and

6    distort the American dream of owning land, a home, and

7    everything necessary for the pursuit of happiness and

8    sovereignty. In collusion with our foreign adversaries, these

9    treasonous few are working hard to tear down the last standing

10   wall between them and their agenda of global domination. That

11   wall is you, the American people. By focusing on specific

12   election system vulnerabilities, our investigation confirmed

13   that the entire US election system is under the total control

14   of private equity firms and foreign money. UBS Securities LLC

15   New York and UBS Securities Company Limited Beijing injected

16   hundreds of millions of dollars into Staple Street Capital,

17   the current owner of Dominion Voting. UBS currently holds the

18   intellectual property of Dominion as their equity collateral.

19   Up until December 2020, UBS Security LLC New York listed three

20   senior Communist Chinese party members as being on the boards

21   of both UBS Securities LLC New York and UBS Securities Limited

22   Beijing. The company's owned 75% by the Chinese government.

23   Scytl, the parent company of Clarity Elections located in

24   Madrid, Spain, a data management and early election night

1 reporting company, went bankrupt in May of 2020, and was

2 subsequently purchased in a closed private equity deal by an

3 Irish company called Paragon. The election sites for numerous

4 counties in the US go to a Clarity elections web address. The

5 counties don't own or control their voting data. And the

6 positions of president, secretary, treasurer, and CEO are all

7 occupied by one man, Jonathan Brill. Brill also happens to be

8 a part of Scytl senior management team and has run campaigns

9 for Democratic Party candidates. Our investigation also

10 revealed that contrary to the current political narrative, the

11 election systems and their equipment were connected to the

12 internet, making them infinitely hackable.

13         UNIDENTIFIED SPEAKER A:  Voting machines themselves

14 are not connected to the internet.

15         UNIDENTIFIED SPEAKER B:  No voting machines are

16 connected to the internet.

17         UNIDENTIFIED SPEAKER C:  The devices are not

18 connected to the internet.

19         UNIDENTIFIED SPEAKER D:  They do not connect to the

20 internet.

21         UNIDENTIFIED SPEAKER E:  Those things are not

22 connected to the Internet.

23         UNIDENTIFIED SPEAKER F:  The Department of Homeland

24 Security says the 2020 election was the most secure in

1   American history.

2        UNIDENTIFIED SPEAKER G:  The 2020 election was the

3   most secure and US history.

4        PHIL WALDRON:  That's what they say now. But just a

5   short while ago, the political narrative was very different.

6        UNIDENTIFIED SPEAKER H:  In 2018, electronic voting

7   machines in Georgia and Texas deleted votes for certain

8   candidates, or switched votes from one candidate to another.

9        UNIDENTIFIED SPEAKER I:  We brought in folks who

10  before our eyes hacked election machines.

11       UNIDENTIFIED SPEAKER J:  Workers were able to easily

12  hack into an electronic voting machine. It was possible to

13  switch votes.

14       UNIDENTIFIED SPEAKER K:  Even hackers with limited

15  prior knowledge, tools and resources are able to breach voting

16  machines in a matter of minutes.

17       UNIDENTIFIED SPEAKER L:  Remote access software,

18  which would make a machine like that, you know, a magnet for

19  fraudsters and hackers.

20       UNIDENTIFIED SPEAKER M:  Unfortunately, Dominion has

21  recently been thrust into the national spotlight as part of a

22  dangerous and reckless disinformation campaign aimed at sowing

23  doubt and confusion over the 2020 presidential election.

24  First, there were no switched or deleted votes involving

1   Dominion machines. Dominion is not, and has never been a front

2   for communists. The company also does not have any ties to

3   China whatsoever, including no ties, including investment, or

4   source code transfer. Let me be clear voting systems are by

5   design, meant to be used as closed systems that are not

6   networked. Meaning they are not connected to the internet.

7          UNIDENTIFIED SPEAKER N:  Sounds like some of these

8   machines are showing the tabulators can and are connected the

9   internet.

10          UNIDENTIFIED SPEAKER M:  Throughout you're going to

11  particularly where a vote is cast on Election Day, those

12  machines tend to and should not be connected to the internet,

13  certainly as a best practice,

14          UNIDENTIFIED SPEAKER N:  But some have the capability

15  don't they?

16          UNIDENTIFIED SPEAKER M:  Some may have modems that

17  are typically disabled, but in certain states, I believe in

18  Wisconsin, some are temporarily activated to transmit transmit

19  some counts, but

20          UNIDENTIFIED SPEAKER N:  But those tabulators are

21  connected on Election Day because that's how they transmit the

22  data to the counties and also into the unofficial --

23          UNIDENTIFIED SPEAKER M:  In some cases yes, sir.

24          UNIDENTIFIED SPEAKER N:  Yeah, that's okay. Yeah.

1        PHIL WALDRON:  Through forensic analysis of election

2    management system computers in Antrim County, Michigan,

3    affidavits from numerous election officials in Georgia as well

4    as the operator's manual for Dominion's Democracy Suite 5.5,

5    our teams have gathered indisputable evidence that the entire

6    system can indeed be connected, hacked and manipulated. And in

7    fact, it was. Here's what triggered this investigation back in

8    2018. This is the Allied Security Operations Group primary

9    finding in the 2018 governor's race, where a direct flip of 560

10   votes was made from Matt Bevin to Andy Beshear. So that was

11   exactly 560 votes was deducted from Matt Bevin. 560 votes were

12   added to Andy Beshear. This race was decided by a little over

13   5,000 votes. So this one switch represented about 25% of the

14   margin of the vote.

15       UNIDENTIFIED SPEAKER P:  Andy Beshear is declaring

16   VIKTORy because he is the leading candidate over a Republican

17   incumbent governor in a state Matt Bevin won by 10 points four

18   years ago in the state Donald Trump won by a ton.

19       PHIL WALDRON:  Here's an example of election

20   anomalies that took place in 2020.

21       UNIDENTIFIED SPEAKER Q:  So now we would take the

22   ballots and we would scan them. It's going to feed these

23   ballots through the scanner. So what we're gonna do is we're

24   gonna take and we're gonna overvote.

1            UNIDENTIFIED SPEAKER R:  What do you mean by

2    overvote?

3            UNIDENTIFIED SPEAKER Q:  Overvote is when if there is

4    multiple people in a section where it says only vote for one.

5            UNIDENTIFIED SPEAKER R:  So you're scanning the same

6    ballots twice? It's already been scanned once.

7            UNIDENTIFIED SPEAKER Q:  I've already scanned them

8    once.

9            UNIDENTIFIED SPEAKER R:  Yeah, so you're scanning the

10   same --

11           UNIDENTIFIED SPEAKER Q:  Same ballots twice.

12              It just accepted every one of them. Every one of

13   them went through the system. There it is. The fifth batch.

14           UNIDENTIFIED SPEAKER R:  Okay.

15           UNIDENTIFIED SPEAKER Q:  It's pending adjudication. I

16   think I want to vote for Biden. Let's let Biden win this one.

17   And complete.

18           UNIDENTIFIED SPEAKER R:  So you made a vote for

19   someone where someone did not vote?

20           UNIDENTIFIED SPEAKER Q:  I did didn't I?

21           UNIDENTIFIED SPEAKER R:  And you're the election

22   supervisor?

23           UNIDENTIFIED SPEAKER Q:  I'm the election supervisor.

24   I am the person that sits and does the adjudication.

1          UNIDENTIFIED SPEAKER R:  All right board I want you

2    all to step outside.

3          PHIL WALDRON:  Initiated by a court order, the

4    Michigan investigation team obtained forensic access to a DS 200

5    tabulator. The machine that counts the votes. A Telit 4g

6    wireless chip manufactured in Taiwan was discovered embedded

7    into the motherboard. The voting machine tapes clearly

8    indicate modem engagement and transmission of election data.

9    Some of the anomalies that we noticed in the 2020 general

10   elections that five key states all stopped counting at a

11   certain time in these key battleground states. These were all

12   where the software Dominion machines, ES&S machines were used

13   the the Smartmatic, the Gems software, so when the vote

14   stopped counting, and this has been noted in other countries

15   as well. President Trump was significantly ahead when

16   reporting and counting resumed was a massive spike occurred

17   that that favored Joe Biden. The next major observation the

18   teams made was that there were significant financial

19   transactions from private and nonprofit organizations that had

20   a severe impact on the 2020 general election. As revealed in a

21   Time magazine article in February of 2021, individuals and

22   organizations have been plotting to fortify the election since

23   at least 2015.

24          UNIDENTIFIED SPEAKER S:  This is the inside story of

1  the conspiracy to save the 2020 election, but it's massively

2  important for the country to understand that it didn't happen

3  accidentally. Democracy is not self executing. There was a

4  conspiracy unfolding behind the scenes, one that both

5  curtailed the protests and coordinated the resistance from

6  CEOs. Both surprises were the result of an informal alliance

7  between left wing activists and business titans. They got

8  states to change voting systems and laws and helped secure

9  hundreds of millions in public and private funding. That's why

10  the participants want the secret history of the 2020 election

11  told. Even though it sounds like a paranoid fever dream, a

12  well-funded cabal of powerful people ranging across industries

13  and ideologies, working together behind the scenes to

14  influence perceptions, change rules and laws, steer media

15  coverage and control the flow of information. They were not

16  rigging the election, they were fortifying it.

17         PHIL WALDRON:  This network influence diagram really

18  shows the interrelationship of money, people and influence and

19  control between key players and key organizations. Now there

20  were over 200 nonprofits that we found in this network that

21  are all connected. What's even more troubling is that all of

22  those 200 organizations have received substantial funding from

23  a single source.

24         UNIDENTIFIED SPEAKER T:  Of all the financial titans

1  and philanthropists of the 20th century. None are more complex

2  or mysterious than George Soros.

3           UNIDENTIFIED SPEAKER U:  Europe, Hungarian Jew, who

4  escaped the Holocaust, by posing as a Christian --

5           UNIDENTIFIED SPEAKER V:  Right.

6           UNIDENTIFIED SPEAKER T:  And you watched lots of

7  people get shipped off to the death camps.

8           UNIDENTIFIED SPEAKER V:  Right. And I would say that

9  that's when my character was made.

10          UNIDENTIFIED SPEAKER T:  My understanding is is that

11 you went out with this protector of yours.

12          UNIDENTIFIED SPEAKER V:  Yes.

13          UNIDENTIFIED SPEAKER U:  Went out in fact, and helped

14 in the confiscation of property from the Jews.

15          UNIDENTIFIED SPEAKER V:  That's right.

16          UNIDENTIFIED SPEAKER U:  I mean, that's that sounds

17 like an experience that would send lots of people to the

18 psychiatric couch for many, many years. Was it difficult?

19          UNIDENTIFIED SPEAKER V:  Not, not at all. Not at all.

20          UNIDENTIFIED SPEAKER T:  Like Carnegie, JP Morgan and

21 the Rockefellers, he amassed billions through ruthless

22 business decisions, only to turn around and give away most of

23 his fortune to advance his own personal philosophy.

24          UNIDENTIFIED SPEAKER V:  I am basically there to to

1  make money, I cannot and do not look at the social

2  consequences of what I do.

3          UNIDENTIFIED SPEAKER U:  Do you believe in God?

4          UNIDENTIFIED SPEAKER V:  No.

5          PHIL WALDRON:  This is not the first time that Mr.

6  Soros has been implicated in a plot to destroy a nation. His

7  cover organizations have been banned from several countries

8  for doing exactly what they're currently doing to America. The

9  Philippines, Russia, Turkey, Poland, Pakistan, as well as

10  Soros' own homeland of Hungary have learned the hard way the

11  true intentions of this ruthless multi billionaire.

12          VIKTOR ORBAN:  [Hungarian]

13  [Hungarian]

14  [Hungarian]

15  [Hungarian]

16          UNIDENTIFIED SPEAKER Y:  The growing emergency

17  unfolding at the southern border.

18              Thousands of Central American migrants are

19  vowing to continue their march to the US borders.

20          UNIDENTIFIED SPEAKER Z:  The number of migrants

21  surged in recent weeks, alarming officials who are strapped

22  for resources.

23          UNIDENTIFIED SPEAKER AA:  And overwhelmingly elected

24  with George Soros' money, and they're a major cause of the

1   violence we're seeing. Because they keep putting the violent

2   criminals back on the street.

3          UNIDENTIFIED SPEAKER BB:  I'm not sure we need to

4   bring George Soros into this. I was gonna say you could get

5   the last word, speaker.

6          UNIDENTIFIED SPEAKER AA:  He paid for it. Why can't

7   we discuss the fact that millions of dollars,

8          UNIDENTIFIED SPEAKER CC:  No he didn't I agree with

9   Melissa, George Soros doesn't need to be a part of this

10  conversation.

11         UNIDENTIFIED SPEAKER AA:  Okay. So it's verboten.

12         UNIDENTIFIED SPEAKER BB:  All right, we're good.

13  Okay, we're gonna move on.

14         PHIL WALDRON:  It was in 2006 when Soros said the

15  main obstacle to a stable and just world is the United States.

16  Translated into truth, that sentence would read the main

17  obstacle to destabilizing the world is the United States.

18  While Soros is often accused of unfounded conspiracies that

19  should not detour from the heinous crimes against humanity

20  that he's actually guilty of. Many of those crimes he keeps

21  hidden in plain sight. According to a white paper called U.S.

22  programs 2015 to 2018 strategy. Soros' Open Society Foundation

23  began funding radical operations in Arizona and Georgia in

24  2015, with the goal of subverting the 2020 presidential

1  elections. Through massive campaign contributions and

2  nonprofit funding, Soros owns and controls countless public

3  officials, university professors, teachers unions, mayors,

4  district attorneys, judges, congressmen, senators, secretaries

5  of state, sheriffs, governors, and electronic voting machine

6  companies around the world. In 2010 George Soros shocked even

7  his most devout loyalists, when he declared that China has a

8  better functioning government than the United States. While

9  the Chinese people should be considered friends and allies,

10  the Chinese Communist Party is anything but. The CCP has been

11  plotting to takeover the United States for the better part of

12  this last century. Their unconventional warfare principles are

13  barely recognizable to the US population.

14        UNIDENTIFIED SPEAKER DD:  And America's top

15  intelligence official even went so far as to say, and I quote, If

16  I could communicate one thing to the American people from this

17  unique vantage point it is that the People's Republic of China

18  poses the greatest threat to democracy and freedom worldwide

19  since World War Two.

20        PHIL WALDRON:  While we were sleeping their poisonous

21  seeds planted long ago have taken root and are now in full

22  bloom within US soil. The Chinese government and their

23  operatives are buying up the United States at an alarming

24  rate. Through cover organizations and individuals, they're

1  purchasing American farms and businesses, in mass volume. In

2  addition, the CCP has co-opted the US entertainment industry.

3  Chinese firms own several major US entertainment companies,

4  and control more than 8000 American theater screens. Hollywood

5  movie scripts are often reviewed and censored if they pose any

6  threat to the image of the Chinese Communist Party. And many

7  professional sports teams and players are controlled in great

8  part by the CCP.

9       UNIDENTIFIED SPEAKER EE:  The pandemic sped up a trend

10  that was already years in the making. And it's brought about

11  another change. The Chinese government's growing influence

12  over the content of these films. That has people worried

13  including members of Congress, as they point to a growing list

14  of examples of Hollywood seemingly bending to China's will.

15       UNIDENTIFIED SPEAKER FF:  Now here's a case in point,

16  if you're a Hollywood actor, whatever you do, don't call

17  Taiwan a country. Here's WWE star John Cena apologizing for

18  doing just that.

19       JOHN CENA:  [Chinese]

20       UNIDENTIFIED SPEAKER GG:  And that's the fear now

21  because you're now making movies for 16 year olds and China.

22  And that's it.

23       UNIDENTIFIED SPEAKER HH:  LeBron James taking on

24  Houston Rockets General Manager, Daryl Morey, whose tweets

1  supporting protests in Hong Kong set off a firestorm between

2  the country and the league.

3       UNIDENTIFIED SPEAKER II:  China announcing this

4  morning they're pulling NBA games from their airwaves.

5       LEBRON JAMES:  I don't want to get into a feud with

6  Darryl, but I believe he wasn't educated on on the situation

7  at hand. Just be careful what we what we tweet and we say.

8       UNIDENTIFIED SPEAKER JJ:  Why would the NBA take $500

9  million plus from a country that is engaging in ethnic

10  cleansing?

11       UNIDENTIFIED SPEAKER KK:  They are a customer of

12  ours. And guess what, Megan, I'm okay with doing business with

13  China.

14       UNIDENTIFIED SPEAKER LL:  But one of the stark

15  realities of this past year is the clear and present threat

16  that China represents to the United States of America and to

17  the daily lives of Americans. And it's not just about

18  exporting a pandemic. China has also potentially compromised

19  Joe Biden's family.

20       UNIDENTIFIED SPEAKER MM:  Joe Biden, while he was

21  Vice President took billions of dollars in bribes from the

22  Chinese government in the form of payments to his son Hunter's

23  businesses. In exchange, Biden was soft on Chinese military

24  and economic aggression.

1        JOE BIDEN:  This is the reason why I've held the view

2   for so many years and continue to hold the view that a rising

3   China is a positive development. They're not bad folks, folks.

4   But guess what? They're not a competition for us. Yeah, I

5   think that the biggest competitor is China.

6        UNIDENTIFIED SPEAKER NN:  Joe Biden had a bit to say

7   today, suggesting that China wants to own America by 2035.

8        UNIDENTIFIED SPEAKER OO:  They literally have a

9   stated goal of toppling America as the world's superpower. How

10  on earth could Joe Biden with a straight face negotiate with a

11  government who's put billions of dollars into his family's

12  businesses?

13       UNIDENTIFIED SPEAKER PP:  And finally, new rule

14  you're not going to win the battle for the 21st century if you

15  are a silly people. And Americans are a silly people. Half the

16  country is having a never ending woke competition deciding

17  whether Mr. Potatohead has a [beep]. We are a silly people.

18  You know, who doesn't care that there's a stereotype of a

19  Chinese man in a Dr. Seuss book? China. You think China's

20  doing that? Letting political correctness get in the way of

21  nurturing their best and brightest? You think Chinese colleges

22  are offering courses in the philosophy of Star Trek, the

23  sociology of Seinfeld, and surviving the coming zombie

24  apocalypse? Those are real, and so is China and they are

1 eating our lunch.

2        JOE BIDEN:  China is going to eat our lunch? Come on,

3 man. Last night, I was, I was on the phone for two straight

4 hours with Xi Jinping. And but, you know, they're gonna, we

5 don't get moving, they're gonna eat our lunch.

6            But he called to congratulate we had a two hour

7 discussion. He's deadly earnest about becoming the most

8 significant, consequential nation in the world.

9        PHIL WALDRON:  China is currently making big moves to

10 gain control of US port facility operations, and already

11 controls the Panama Canal. They're building 5g networks

12 throughout Europe and the west, which can be used to feed

13 personal information and sensitive data directly to the

14 Chinese Communist Party. The Chinese government uses

15 commercial software and apps to spy on US citizens and extract

16 their private information.

17        UNIDENTIFIED SPEAKER QQ:  The CCP doesn't ask them

18 for information. They don't need to. They have access to the

19 information.

20        UNIDENTIFIED SPEAKER RR:  It seems to be a great

21 disconnect. I mean, the American people at least the kids who

22 are on TikTok have no concern know what we're talking about

23 here.

24        UNIDENTIFIED SPEAKER QQ:  Their ignorance of the

1 threat does nothing to diminish it.

2        PHIL WALDRON:  It's estimated that at least 80% of

3 American adults have had their private information harvested

4 by China. Big Pharma has exported the vast majority of their

5 production to China. Currently, 97% of antibiotics in the US

6 come from China. 30% of personal protective equipment, such as

7 face masks, come from China. 80% of US imports of rare earth

8 minerals come from China, which are vital for smartphones,

9 electric cars, defense and other technologies. In 2017, the US

10 produced zero rare earth minerals. China, on the other hand,

11 accounted for more than 80% of the world's supply. In lockstep

12 with the Mexican drug cartels, 97% of fentanyl, one of the

13 most addictive and deadly drugs is smuggled into the US from

14 China. People's Liberation Army hackers are executing

15 unconstrained penetration, surveillance, theft, and offensive

16 cyber attacks on US businesses, critical infrastructure,

17 intelligence apparatus, and yes, even the US election system.

18 To ignore this message is to surrender to a government

19 takeover that will gravely affect the lives of every man,

20 woman and child of every class, culture and nation. Our goal

21 is to reach and revive the heart of humanity. While there's

22 still time. This is your wake up call.

23        JOE BIDEN:  We have put together I think the most

24 extensive and inclusive, voter fraud organization in the

1    history of American politics.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3     I hereby certify that the foregoing pages

4     are a true, accurate, and complete transcript of the

5     proceedings transcribed from a copy of the electronic

6     sound recording to the best of our knowledge and ability.

7

8          IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 30th day of September, 2021.

10

11

12     _____

13     James Lonergan
       Production Manager
14     Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24            THOMPSON COURT REPORTERS INC.

**$**

**$500**  16:8

**1**

**10**  7:17
**16**  15:21
**1970**  2:23

**2**

**200**  9:4 10:20,22
**2006**  13:14
**2010**  14:6
**2015**  9:23 13:22,24
**2017**  19:9
**2018**  2:1 5:6 7:8,9
  13:22
**2020**  2:6,7 3:19 4:1,
  24 5:2,23 7:20 9:9,
  20 10:1,10 13:24
**2021**  9:21
**2035**  17:7
**20th**  11:1
**21st**  17:14
**25%**  7:13

**3**

**30%**  19:6

**4**

**4g**  9:5

**5**

**5,000**  7:13
**5.5**  7:4
**560**  7:9,11
**5g**  18:11

**7**

**75%**  3:22

**8**

**80%**  19:2,7,11
**8000**  15:4

**9**

**97%**  19:5,12

**A**

**AA**  12:23 13:6,11
**able**  5:11,15
**about**  2:14 7:13
  15:10 16:17 18:7,22
**accepted**  8:12
**access**  5:17 9:4
  18:18
**accidentally**  10:3
**According**  13:21
**accounted**  19:11
**accused**  13:18
**achieve**  3:3
**across**  10:12
**activated**  6:18
**activists**  10:7
**actor**  15:16
**actually**  13:20
**added**  7:12
**addictive**  19:13
**addition**  15:2
**address**  4:4
**adjudication**  8:15,
  24
**adults**  19:3
**advance**  11:23
**adversaries**  3:8
**affect**  2:20 19:19
**affidavits**  7:3
**After**  2:1
**against**  13:19
**agenda**  3:10
**aggression**  16:24
**Andy**  7:10,12,15
**ago**  5:5 7:18 14:21
**agree**  13:8
**ahead**  9:15

**aimed**  5:22
**airwaves**  16:4
**alarming**  12:21
  14:23
**all**  2:7,18 4:6 9:1,2,
  10,11 10:21,24
  11:19 13:12
**alliance**  10:6
**Allied**  7:8
**allies**  14:9
**already**  8:6,7 15:10
  18:10
**also**  4:7,9 6:2,22
  16:18
**am**  8:24 11:24
**amassed**  11:21
**America**  3:3 12:8
  16:16 17:7,9
**America's**  14:14
**American**  3:6,11 5:1
  12:18 14:16 15:1,4
  18:21 19:3 20:1
**Americans**  2:6
  16:17 17:15
**an**  2:1,21 4:2 5:12
  7:19 10:6 11:17
  14:23
**analysis**  7:1
**and**  2:4,11,12,15,18,
  20 3:3,5,6,7,10,14,
  15,21,24 4:1,5,6,8,
  11 5:3,7,15,19,22,
  23 6:1,8,12,22 7:6,
  22,24 8:17,21,24
  9:8,14,16,19,21
  10:5,7,8,9,13,14,15,
  18,19 11:1,6,8,13,
  20,22 12:1,23,24
  13:15,23 14:1,2,5,9,
  14,15,18,21,22,24
  15:1,4,5,6,7,10,20,
  21,22 16:2,7,12,15,
  16,17,24 17:2,13,
  15,21,23,24 18:4,
  10,12,13,15 19:9,
  13,15,17,20,21,24
**Andy**  7:10,12,15
**announcing**  16:3
**anomalies**  2:5 7:20
  9:9

**another**  5:8 15:11
**antibiotics**  19:5
**Antrim**  7:2
**any**  6:2 15:5
**anything**  14:10
**apocalypse**  17:24
**apologizing**  15:17
**apparatus**  19:17
**apps**  18:15
**are**  3:9 4:6,14,15,17,
  21 5:15 6:4,5,6,8,
  17,18,20 10:21 11:1
  12:18,21 14:12,21,
  23 15:5,7 16:11
  17:15,17,22,24
  18:22 19:8,14
**areas**  2:5
**Arizona**  13:23
**Army**  19:14
**around**  2:12 11:22
  14:6
**article**  9:21
**as**  2:16 3:18,20 5:21
  6:5,13 7:3,4 9:15,20
  11:4 12:9 14:15
  15:13 17:9 19:6
**ask**  18:17
**at**  5:22 9:10,23
  11:19 12:1,17 14:23
  16:7 18:21 19:2
**attacks**  19:16
**attorneys**  14:4
**authentic**  2:21
**away**  11:22

**B**

**back**  7:7 13:2
**bad**  17:3
**ballots**  7:22,23 8:6,
  11
**bankrupt**  4:1
**banned**  12:7
**barely**  14:13
**basically**  11:24
**batch**  8:13
**battle**  17:14
**battleground**  9:11

**BB**  13:3,12
**be**  4:7 6:4,5,12 7:6
  13:9 14:9 16:7
  18:12,20
**because**  2:7 6:21
  7:16 13:1 15:21
**becoming**  18:7
**been**  5:21 6:1 8:6
  9:14,22 12:6,7
  14:10
**beep**  17:17
**before**  5:10
**began**  13:23
**behind**  10:4,13
**Beijing**  3:15,22
**being**  3:20
**believe**  6:17 12:3
  16:6
**bending**  15:14
**Beshear**  7:10,12,15
**best**  6:13 17:21
**better**  14:8,11
**between**  3:10 10:7,
  19 16:1
**Bevin**  7:10,11,17
**Biden**  8:16 9:17
  16:20,23 17:1,6,10
  18:2 19:23
**Biden's**  16:19
**big**  18:9 19:4
**biggest**  17:5
**billionaire**  12:11
**billions**  11:21 16:21
  17:11
**bit**  17:6
**bloom**  14:22
**board**  9:1
**boards**  3:20
**book**  17:19
**border**  12:17
**borders**  12:19
**both**  3:21 10:4,6
**breach**  5:15
**bribes**  16:21
**brightest**  17:21
**Brill**  4:7
**bring**  13:4

brought 5:9 15:10
building 18:11
business 10:7 11:22
  16:12
businesses 3:5 15:1
  16:23 17:12 19:16
but 5:4 6:14,17,19,
  20 10:1 14:10 16:6,
  14 17:4 18:4,6
buying 14:23
by 2:9 3:11,22 4:2,7
  6:4 7:12,17,18 8:1
  9:3 11:4 15:8 17:7
  19:4

——————

C

cabal 10:12
call 15:16 19:22
called 4:3 13:21
  18:6
came 2:6
campaign 5:22 14:1
campaigns 4:8
camps 11:7
can 2:24 3:1 6:8 7:6
  18:12
can't 13:6
Canal 18:11
candidate 5:8 7:16
candidates 4:9 5:8
cannot 12:1
capability 6:14
Capital 3:16
care 17:18
careful 16:7
Carnegie 11:20
cars 19:9
cartels 19:12
case 15:15
cases 6:23
cast 6:11
cause 12:24
CC 13:8
CCP 14:10 15:2,8
  18:17
Cena 15:17,19
censored 15:5

Central 12:18
century 11:1 14:12
  17:14
CEO 4:6
CEOS 10:6
certain 5:7 6:17
  9:11
certainly 6:13
change 10:8,14
  15:11
character 11:9
child 2:20 19:20
China 6:3 14:7,17
  15:21 16:3,13,16,18
  17:3,5,7,19,24 18:2,
  9 19:4,5,6,7,8,10,14
China's 15:14 17:19
Chinese 3:20,22
  14:9,10,22 15:3,6,
  11,19 16:22,23
  17:19,21 18:14
chip 9:6
Christian 11:4
citizens 18:15
Clarity 3:23 4:4
class 3:5 19:20
cleansing 16:10
clear 6:4 16:15
clearly 9:7
closed 4:2 6:5
co-opted 15:2
code 6:4
collateral 3:18
colleges 17:21
collusion 3:8
colors 2:18
come 18:2 19:6,7,8
coming 17:23
commercial 18:15
communicate 14:16
Communist 3:20
  14:10 15:6 18:14
communists 6:2
community 2:10
companies 2:12
  14:6 15:3
company 3:15,23
  4:1,3 6:2

company's 3:22
competition 17:4,16
competitor 17:5
complete 8:17
complex 11:1
compromised 16:18
computers 7:2
concept 3:2
concern 2:5 18:22
concerned 2:6,14
confirmed 3:12
confiscation 11:14
confusion 5:23
congratulate 18:6
Congress 15:13
congressmen 14:4
connect 4:19
connected 4:11,14,
  16,18,22 6:6,8,12,
  21 7:6 10:21
consequences 12:2
consequential 18:8
considered 14:9
conspiracies 13:18
conspiracy 2:16
  10:1,4
content 15:12
continents 3:1
continue 12:19 17:2
contrary 4:10
contributions 14:1
control 3:1,3,13 4:5
  10:15,19 15:4 18:10
controlled 15:7
controls 2:23,24 3:1
  14:2 18:11
conversation 13:10
coordinated 10:5
correctness 17:20
couch 11:18
could 13:4 14:16
  17:10
counties 4:4,5 6:22
counting 9:10,14,16
countless 14:2
countries 9:14 12:7

country 2:12 10:2
  15:17 16:2,9 17:16
counts 6:19 9:5
County 7:2
courses 17:22
court 9:3
cover 12:7 14:24
coverage 10:15
creeds 2:18
crimes 13:19,20
criminals 13:2
cripple 3:3
critical 3:2 19:16
culture 19:20
current 3:17 4:10
currently 3:17 12:8
  18:9 19:5
curtailed 10:5
customer 16:11
cyber 19:16
cybersecurity 2:11

——————

D

daily 16:17
dangerous 5:22
Darryl 16:6
Daryl 15:24
data 3:24 4:5 6:22
  9:8 18:13
Day 6:11,21
DD 14:14
deadly 18:7 19:13
deal 4:2
death 11:7
December 3:19
decided 7:12
deciding 17:16
decisions 11:22
declared 14:7
declaring 7:15
deducted 7:11
deeply 2:14
defense 2:10 19:9
deleted 5:7,24
delve 2:2

democracy 7:4 10:3
  14:18
Democratic 4:9
Department 2:10
  4:23
design 6:5
destabilizing 13:17
destroy 3:5 12:6
Detailed 2:3
detour 13:19
development 17:3
devices 4:17
devout 14:7
diagram 10:17
did 8:19,20
didn't 8:20 10:2
  13:8
different 5:5
difficult 11:18
diminish 19:1
direct 7:9
directly 18:13
disabled 6:17
disconnect 18:21
discovered 9:6
discoveries 2:13
discredit 2:16
discuss 13:7
discussion 18:7
disinformation 5:22
dismantle 3:5
disrupt 3:4
distort 3:6
district 14:4
divide 3:4
do 4:19 7:23 8:1
  12:1,2,3 15:16
documented 2:3
does 6:2 8:24 19:1
doesn't 13:9 17:18
  18:17
doing 12:8 15:18
  16:12 17:20
dollars 3:16 13:7
  16:21 17:11
domination 3:10
Dominion 3:17,18

5:20 6:1 9:12

**Dominion's** 7:4

**don't** 4:5 6:15 15:16 16:5 18:5,18

**Donald** 7:18

**doubt** 5:23

**down** 3:9

**Dr** 17:19

**dream** 3:6 10:11

**drug** 19:12

**drugs** 19:13

**DS** 9:4

### E

**early** 3:24

**earnest** 18:7

**earth** 17:10 19:7,10

**easily** 5:11

**eat** 18:2,5

**eating** 18:1

**economic** 16:24

**educated** 16:6

**EE** 15:9

**elected** 12:23

**election** 2:3,4 3:12, 13,24 4:3,11,24 5:2, 10,23 6:11,21 7:1,3, 19 8:21,23 9:8,20, 22 10:1,10,16 19:17

**elections** 2:1,8 3:23 4:4 9:10 14:1

**electric** 19:9

**electronic** 5:6,12 14:5

**embedded** 9:6

**emergency** 12:16

**ending** 17:16

**energy** 2:24

**engagement** 9:8

**engaging** 16:9

**entertainment** 15:2, 3

**entire** 3:13 7:5

**entries** 2:3

**equipment** 4:11 19:6

**equity** 3:14,18 4:2

**ES&S** 9:12

**escaped** 11:4

**estimated** 19:2

**ethnic** 16:9

**Europe** 11:3 18:12

**even** 5:14 10:11,21 14:6,15 19:17

**ever** 2:21

**every** 2:20,21 8:12 19:19,20

**everyone** 2:14

**everything** 3:7

**evidence** 7:5

**exactly** 7:11 12:8

**example** 7:19

**examples** 15:14

**exchange** 16:23

**executing** 10:3 19:14

**experience** 11:17

**exported** 19:4

**exporting** 16:18

**extensive** 19:24

**extract** 18:15

**extreme** 2:5

**eyes** 5:10

### F

**face** 17:10 19:7

**facility** 18:10

**fact** 2:17 7:7 11:13 13:7

**families** 3:4

**family** 16:19

**family's** 17:11

**far** 2:16 14:15

**farms** 15:1

**favored** 9:17

**fear** 15:20

**February** 9:21

**feed** 7:22 18:12

**fentanyl** 19:12

**feud** 16:5

**fever** 10:11

**few** 3:9

**FF** 15:15

**fifth** 8:13

**films** 15:12

**finally** 17:13

**financial** 9:18 10:24

**finding** 7:9

**firestorm** 16:1

**firms** 2:12 3:14 15:3

**first** 5:24 12:5

**five** 9:10

**flip** 7:9

**flow** 10:15

**focusing** 3:11

**folks** 5:9 17:3

**food** 2:24

**for** 2:4 3:7 4:3,9 5:7, 18 6:2 7:4 8:4,16,18 10:2 11:18 12:8,22 13:6 14:11 15:17,21 17:2,4,14 18:3,18 19:8,11

**foreign** 3:8,14

**forensic** 2:13 7:1 9:4

**form** 16:22

**former** 2:9

**fortify** 9:22

**fortifying** 10:16

**fortune** 11:23

**found** 10:20

**Foundation** 13:22

**four** 7:17

**fraud** 19:24

**fraudsters** 5:19

**freedom** 14:18

**friends** 14:9

**from** 2:12 5:8 7:3, 10,11 9:19 10:5,22 11:14 12:7 13:19 14:16 16:4,9,21 19:6,7,8,13

**front** 6:1

**full** 2:8 14:21

**functioning** 14:8

**funding** 10:9,22 13:23 14:2

**future** 2:14

### G

**gain** 18:10

**gained** 2:13

**games** 16:4

**gathered** 7:5

**Gems** 9:13

**general** 2:8 9:9,20 15:24

**George** 11:2 12:24 13:4,9 14:6

**Georgia** 5:7 7:3 13:23

**get** 11:7 13:4 16:5 17:20 18:5

**GG** 15:20

**give** 11:22

**global** 3:10

**go** 4:4

**goal** 3:4 13:24 17:9 19:20

**God** 12:3

**going** 6:10 7:22 17:14 18:2

**gonna** 7:23,24 13:4, 13 18:4,5

**good** 13:12

**got** 3:4 10:7

**government** 2:19 3:22 14:8,22 16:22 17:11 18:14 19:18

**government's** 15:11

**governor** 7:17

**governor's** 7:9

**governors** 14:5

**gravely** 2:20 19:19

**great** 15:7 18:20

**greatest** 14:18

**Group** 7:8

**groups** 2:6,8

**growing** 12:16 15:11,13

**guess** 16:12 17:4

**guilty** 13:20

### H

**hack** 5:12

**hackable** 4:12

**hacked** 5:10 7:6

**hackers** 5:14,19 19:14

**had** 9:19 17:6 18:6 19:3

**Half** 17:15

**hand** 16:7 19:10

**happen** 10:2

**happens** 4:7

**happiness** 3:7

**hard** 3:9 12:10

**harvested** 19:3

**has** 4:8 5:20 6:1 9:14 12:6 14:7,10 15:2,12 16:18 17:17 19:4

**have** 6:2,14,16 7:5 9:22 10:22 12:7,10 14:21 17:8 18:18,22 19:3,23

**having** 17:16

**he** 7:16 11:21 13:6, 8,20 14:7 16:6,20 18:6

**he's** 13:20 18:7

**heart** 19:21

**heinous** 13:19

**held** 17:1

**helped** 10:8 11:13

**Henry** 2:23

**here** 18:23

**here's** 7:7,19 15:15, 17

**HH** 15:23

**hidden** 13:21

**his** 11:23 12:6 14:7 16:22 17:11

**history** 5:1,3 10:10 20:1

**hold** 17:2

**holds** 3:17

**Hollywood** 15:4,14, 16

**Holocaust** 11:4

**home** 3:6

**homeland** 4:23 12:10

**Hong** 16:1
**hour** 18:6
**hours** 18:4
**Houston** 15:24
**how** 6:21 17:9
**humanity** 13:19
    19:21
**hundreds** 3:16 10:9
**Hungarian** 11:3
    12:12,13,14,15
**Hungary** 12:10
**Hunter's** 16:22

### I

**I'M** 8:23 13:3 16:12
**I'VE** 8:7 17:1
**ideologies** 10:13
**if** 2:21 8:3 14:15
    15:5,16 17:14
**ignorance** 18:24
**ignore** 2:18 19:18
**II** 16:3
**image** 15:6
**impact** 9:20
**implicated** 12:6
**important** 10:2
**imports** 19:7
**in** 2:2,5,7,17,23 3:8,
    23 4:1,2,4,24 5:6,7,
    9,16 6:17,23 7:2,3,
    6,7,9,17,18,20 8:4
    9:6,9,11,14,20,21
    10:9,20 11:13,14
    12:3,6,21 13:14,21,
    23 14:6,21 15:1,7,
    10,15 16:1,9,21,22,
    23 17:19,20,22 18:8
    19:5,9,11,24
**including** 6:3 15:13
**inclusive** 19:24
**incredible** 2:7
**incumbent** 7:17
**indeed** 7:6
**indicate** 9:8
**indisputable** 7:5
**individuals** 9:21
    14:24

**industries** 10:12
**industry** 15:2
**infinitely** 4:12
**influence** 10:14,17,
    18 15:11
**informal** 10:6
**information** 2:16
    10:15 18:13,16,18,
    19 19:3
**infrastructure**
    19:16
**Initiated** 9:3
**injected** 3:15
**inside** 9:24
**intellectual** 3:18
**intelligence** 2:9
    14:15 19:17
**intense** 2:13
**intentions** 12:11
**internet** 4:12,14,16,
    18,20,22 6:6,9,12
**interrelationship**
    10:18
**into** 2:2,3 3:16 5:12,
    21 6:22 9:7 13:4,16
    16:5 17:11 19:13
**investigation** 2:2,9,
    17 3:12 4:9 7:7 9:4
**investigations** 2:11
**investment** 6:3
**involved** 2:14,17
**involving** 5:24
**Irish** 4:3
**irregularities** 2:2
**is** 2:17,19,22 3:2,11,
    13 6:1,11 7:8,15,16,
    23 8:3,13 9:24 10:3,
    21 11:10 12:5
    13:15,17,18 14:10,
    17 16:9,15 17:1,3,5,
    16,24 18:2,9 19:13,
    18,21,22
**issue** 2:22
**it** 2:22 5:12 7:7 8:4,
    12,13 10:2,11,16
    11:18 13:6,14 14:17
    15:22 18:20 19:1
**it's** 7:22 8:6,15 10:1
    13:11 15:10 16:17
    19:2

**itself** 2:4

### J

**James** 15:23 16:5
**Jew** 11:3
**Jews** 11:14
**Jinping** 18:4
**JJ** 16:8
**Joe** 9:17 16:19,20
    17:1,6,10 18:2
    19:23
**John** 15:17,19
**Jonathan** 4:7
**JP** 11:20
**judges** 14:4
**just** 5:4 8:12 13:15
    15:18 16:7,17

### K

**keep** 13:1
**keeps** 13:20
**key** 9:10,11 10:19
**kids** 18:21
**Kissinger** 2:23
**KK** 16:11
**know** 5:18 17:18
    18:4,22
**knowledge** 5:15
**Kong** 16:1

### L

**Laboratories** 2:11
**land** 3:6
**last** 3:9 13:5 14:12
    18:3
**launch** 2:8
**launched** 2:2
**laws** 10:8,14
**leading** 7:16
**league** 16:2
**learned** 12:10
**least** 9:23 18:21 19:2
**Lebron** 15:23 16:5
**led** 2:9
**left** 2:13 10:7

**legal** 2:12
**let** 6:4 8:16
**Let's** 8:16
**Letting** 17:20
**Liberation** 19:14
**like** 5:18 6:7 10:11
    11:17,20
**limited** 3:15,21 5:14
**list** 15:13
**listed** 3:19
**literally** 17:8
**little** 7:12
**lives** 2:20 16:17
    19:19
**LL** 16:14
**LLC** 3:14,19,21
**located** 3:23
**lockstep** 19:11
**logs** 2:3
**long** 14:21
**look** 12:1
**lots** 11:6,17
**loyalists** 14:7
**lunch** 18:1,2,5

### M

**machine** 5:12,18
    9:5,7 14:5
**machines** 4:13,15
    5:7,10,16 6:1,8,12
    9:12
**made** 7:10 8:18 9:18
    11:9
**Madrid** 3:24
**magazine** 9:21
**magnet** 5:18
**main** 13:15,16
**major** 9:17 12:24
    15:3
**majority** 19:4
**make** 5:18 12:1
**making** 4:12 15:10,
    21 18:9
**man** 2:20 4:7 17:19
    18:3 19:19
**management** 3:24
    4:8 7:2

**Manager** 15:24
**manipulated** 7:6
**manual** 7:4
**manufactured** 9:6
**many** 2:5 11:18
    13:20 15:6 17:2
**march** 12:19
**margin** 7:14
**masks** 19:7
**mass** 15:1
**massive** 9:16 14:1
**massively** 10:1
**Matt** 7:10,11,17
**matter** 5:16
**may** 4:1 6:16
**mayors** 14:3
**me** 6:4
**mean** 8:1 11:16
    18:21
**Meaning** 6:6
**meant** 6:5
**media** 2:15 10:14
**Megan** 16:12
**Melissa** 13:9
**members** 2:9 3:20
    15:13
**message** 2:19 19:18
**Mexican** 19:12
**Michigan** 7:2 9:4
**middle** 3:5
**midterm** 2:1
**migrants** 12:18,20
**military** 16:23
**million** 16:9
**millions** 3:16 10:9
    13:7
**minerals** 19:8,10
**minutes** 5:16
**MM** 16:20
**modem** 9:8
**modems** 6:16
**money** 3:1,14 10:18
    12:1,24
**more** 10:21 11:1
    15:4 19:11
**Morey** 15:24

**Morgan** 11:20
**morning** 16:4
**most** 4:24 5:3 11:22
  14:7 18:7 19:13,23
**motherboard** 9:7
**move** 13:13
**moves** 18:9
**movie** 15:5
**movies** 15:21
**moving** 18:5
**Mr** 12:5 17:17
**multi** 12:11
**multiple** 2:6 8:4
**my** 11:9,10
**mysterious** 11:2

**N**

**narrative** 4:10 5:5
**NASA** 2:10
**nation** 2:15,21 12:6
  18:8 19:20
**national** 2:10 5:21
**NBA** 16:4,8
**necessary** 3:7
**need** 13:3,9 18:18
**negotiate** 17:10
**network** 10:17,20
**networked** 6:6
**networks** 18:11
**never** 6:1 17:16
**new** 3:15,19,21
  17:13
**next** 9:17
**night** 3:24 18:3
**NN** 17:6
**no** 4:15 5:24 6:3
  12:4 13:8 18:22
**non-partisan** 2:21
**None** 11:1
**nonprofit** 9:19 14:2
**nonprofits** 10:20
**not** 4:14,17,19,21
  6:1,2,5,6,12 8:19
  10:3,15 11:19 12:1,
  5 13:3,19 16:17
  17:3,4,14

**noted** 9:14
**nothing** 19:1
**noticed** 9:9
**November** 2:5
**now** 5:4 7:21 10:19
  14:21 15:15,20,21
**number** 12:20
**numerous** 4:3 7:3
**nurturing** 17:21

**O**

**observation** 9:17
**observed** 2:7
**obstacle** 13:15,17
**obtained** 9:4
**occupied** 4:7
**occurred** 9:16
**of** 2:5,6,9,10,14,20
  3:3,6,7,10,14,16,17,
  18,21,23 4:1,6,8,23
  5:16,21 6:7 7:1,9,
  13,14,19 8:12 9:8,9,
  21,24 10:6,9,10,12,
  15,18,21,24 11:1,6,
  11,14,17,22 12:2,
  10,11,18,20,24
  13:7,9,18,20,24
  14:5,11,17 15:6,12,
  13,14 16:11,14,15,
  16,17,21,22 17:9,
  11,18,20,22,23
  18:10,24 19:2,4,5,6,
  7,11,12,19,20,21
  20:1
**off** 11:7 16:1
**offensive** 19:15
**offering** 17:22
**official** 14:15
**officials** 7:3 12:21
  14:3
**often** 13:18 15:5
**okay** 6:24 8:14
  13:11,13 16:12
**olds** 15:21
**on** 3:11,20 6:11,21
  9:20 13:2,13 15:23
  16:6,23 17:10 18:2,
  3,15,22 19:10,16
**once** 8:6,8

**one** 4:7 5:8 7:13 8:4,
  12,16 10:4 14:16
  16:14 19:12
**only** 8:4 11:22
**OO** 17:8
**Open** 13:22
**operations** 7:8
  13:23 18:10
**operatives** 14:23
**operator's** 7:4
**or** 4:5 5:8,24 6:3
  11:2
**ORBAN** 12:12
**order** 9:3
**organization** 19:24
**organizations** 9:19,
  22 10:19,22 12:7
  14:24
**other** 9:14 19:9,10
**our** 2:14,15 3:8,12
  4:9 5:10 7:5 18:1,2,
  5 19:20
**ours** 16:12
**out** 11:11,13
**outside** 9:2
**over** 5:23 7:12,16
  10:20 15:12
**overvote** 7:24 8:2,3
**overwhelmingly**
  12:23
**own** 4:5 11:23 12:10
  15:3 17:7
**owned** 3:22
**owner** 3:17
**owning** 3:6
**owns** 14:2

**P**

**paid** 13:6
**Pakistan** 12:9
**Panama** 18:11
**pandemic** 15:9
  16:18
**paper** 13:21
**Paragon** 4:3
**paranoid** 10:11
**parent** 3:23

**part** 4:8 5:21 13:9
  14:11 15:8
**participants** 10:10
**particularly** 6:11
**parties** 2:18
**party** 3:20 4:9 14:10
  15:6 18:14
**past** 16:15
**payments** 16:22
**pending** 8:15
**penetration** 19:15
**people** 2:17,24 3:11
  8:4 10:12,18 11:7,
  17 14:9,16 15:12
  17:15,17 18:21
**People's** 14:17
  19:14
**perceptions** 10:14
**person** 8:24
**personal** 11:23
  18:13 19:6
**Pharma** 19:4
**PHIL** 2:1 5:4 7:1,19
  9:3 10:17 12:5
  13:14 14:20 18:9
  19:2
**philanthropists** 11:1
**Philippines** 12:9
**philosophy** 11:23
  17:22
**phone** 18:3
**place** 7:20
**plain** 13:21
**planted** 14:21
**players** 10:19 15:7
**plot** 12:6
**plotting** 9:22 14:11
**plus** 16:9
**point** 14:17 15:13,15
**points** 7:17
**poisonous** 14:20
**Poland** 12:9
**political** 2:18 4:10
  5:5 17:20
**politics** 20:1
**population** 14:13
**port** 18:10

**pose** 15:5
**poses** 14:18
**posing** 11:4
**positions** 4:6
**positive** 17:3
**possible** 5:12
**Potatohead** 17:17
**potentially** 16:18
**powerful** 10:12
**PP** 17:13
**practice** 6:13
**present** 16:15
**president** 4:6 9:15
  16:21
**presidential** 5:23
  13:24
**primary** 7:8
**principles** 14:12
**prior** 5:15
**private** 2:11 3:14
  4:2 9:19 10:9 18:16
  19:13
**produced** 19:10
**production** 19:5
**professional** 15:7
**professors** 14:3
**programs** 13:22
**property** 3:18 11:14
**protective** 19:6
**protector** 11:11
**protests** 10:5 16:1
**psychiatric** 11:18
**public** 10:9 14:2
**pulling** 16:4
**purchased** 4:2
**purchasing** 15:1
**pursuit** 3:7
**put** 17:11 19:23
**putting** 13:1

**Q**

**QQ** 18:17,24
**quote** 14:15

**R**

race 7:9,12
races 3:4
radical 13:23
ranging 10:12
rare 19:7,10
rate 14:24
reach 19:21
read 13:16
real 17:24
realities 16:15
really 10:17
reason 17:1
received 10:22
recent 12:21
recently 5:21
reckless 5:22
recognizable 14:13
Remote 5:17
reporting 4:1 9:16
represent 2:17
represented 7:13
represents 16:16
Republic 14:17
Republican 7:16
research 2:13
resistance 10:5
resources 5:15
   12:22
result 10:6
results 2:3
resumed 9:16
revealed 4:10 9:20
reviewed 15:5
revive 19:21
rigging 10:16
right 2:16 9:1 11:5,
   8,15 13:12
rising 17:2
Rockefellers 11:21
Rockets 15:24
root 14:21
RR 18:20
rule 17:13

rules 10:14
run 4:8
Russia 12:9
ruthless 11:21 12:11

**S**

said 2:23 13:14
same 8:5,10,11
save 10:1
saw 2:4
say 5:4 11:8 13:4
   14:15 16:7 17:6
says 4:24 8:4
scale 2:8
scan 7:22
scanned 8:6,7
scanner 7:23
scanning 8:5,9
scenes 10:4,13
screens 15:4
scripts 15:5
Scytl 3:23 4:8
secret 10:10
secretaries 14:4
secretary 4:6
section 8:4
secure 4:24 5:3 10:8
Securities 3:14,15,
   21
Security 3:19 4:24
   7:8
seeds 14:21
seeing 13:1
seek 3:3
seemingly 15:14
seems 18:20
Seinfeld 17:23
self 10:3
senators 14:4
send 11:17
senior 3:20 4:8
sensitive 18:13
sentence 13:16
set 16:1
Seuss 17:19

several 12:7 15:3
severe 9:20
sheriffs 14:5
shipped 11:7
shocked 14:6
short 5:5
should 6:12 13:19
   14:9
showing 6:8
shows 10:18
sight 13:21
significant 9:18 18:8
significantly 9:15
silly 17:15,17
since 9:22 14:19
single 10:23
sir 6:23
sites 4:3
sits 8:24
situation 16:6
sleeping 14:20
small 3:5
Smartmatic 9:13
smartphones 19:8
smuggled 19:13
so 7:10,13,21,23 8:5,
   9,18 9:13 13:11
   14:15 17:2,24
social 12:1
Society 13:22
sociology 17:23
soft 16:23
software 5:17 9:12,
   13 18:15
soil 14:22
some 6:7,14,16,18,
   19,23 9:9
someone 8:19
something 2:7
son 16:22
Soros 11:2 12:6
   13:4,9,14,18 14:2,6
Soros' 12:10,24
   13:22
sounds 6:7 10:11
   11:16
source 6:4 10:23

southern 12:17
sovereignty 3:8
sowing 5:22
Spain 3:24
speaker 4:13,15,17,
   19,21,23 5:2,6,9,11,
   14,17,20 6:7,10,14,
   16,20,23,24 7:15,21
   8:1,3,5,7,9,11,14,
   15,18,20,21,23 9:1,
   24 10:24 11:3,5,6,8,
   10,12,13,15,16,19,
   20,24 12:3,4,16,20,
   23 13:3,5,6,8,11,12
   14:14 15:9,15,20,23
   16:3,8,11,14,20
   17:6,8,13 18:17,20,
   24
specific 3:11
sped 15:9
spike 9:16
sports 15:7
spotlight 5:21
spy 18:15
stable 13:15
standing 3:9
Staple 3:16
star 15:17 17:22
stark 16:14
state 7:17,18 14:5
stated 17:9
states 6:17 9:10,11
   10:8 13:15,17 14:8,
   11,23 16:16
steer 10:14
step 9:2
stereotype 17:18
still 19:22
stopped 9:10,14
story 9:24
straight 17:10 18:3
strapped 12:21
strategy 13:22
street 3:16 13:2
subsequently 4:2
substantial 10:22
subverting 13:24
such 19:6

suggesting 17:7
Suite 7:4
superpower 17:9
supervisor 8:22,23
supply 2:24 19:11
supporting 16:1
sure 13:3
surged 12:21
surprises 10:6
surrender 2:19
   19:18
surveillance 19:15
surviving 17:23
switch 5:13 7:13
switched 5:8,24
system 2:4 3:12,13
   7:2,6 8:13 19:17
systems 4:11 6:4,5
   10:8

**T**

tabulation 2:4
tabulator 9:5
tabulators 6:8,20
Taiwan 9:6 15:17
take 7:21,24 16:8
taken 14:21
takeover 2:19 14:11
   19:19
taking 15:23
talking 18:22
tapes 9:7
teachers 14:3
team 2:4 4:8 9:4
teams 7:5 9:18 15:7
tear 3:9
technologies 19:9
Telit 9:5
temporarily 6:18
tend 6:12
Texas 5:7
than 11:2 14:8 15:4
   19:11
that 2:19 3:10,13
   4:10 5:18 6:5,16
   7:5,10,20 8:24 9:5,
   9,10,17,18,19 10:2,

4,20,21 11:8,10,16,
17 12:5 13:7,16,18,
20 14:7,17 15:10,
12,18 16:9,16 17:2,
5,7,18,20 19:2,19

**that's** 5:4 6:21,24
10:9 11:9,15,16
15:20,22

**the** 2:1,2,3,4,7,8,9,
10,12,14,15,16,17,
20,23,24 3:1,2,5,6,
7,9,11,13,17,20,22,
23 4:3,4,5,10,11,14,
16,17,18,19,22,23,
24 5:2,5,21,23 6:2,
6,8,12,14,21,22 7:4,
5,8,9,13,14,16,18,
21,23 8:5,9,13,21,
23,24 9:3,5,7,9,12,
13,17,20,22,24
10:1,2,4,5,6,10,13,
15,16,18,24 11:1,4,
7,14,17,21 12:1,5,8,
10,16,17,19,20,24
13:1,2,5,7,14,15,16,
17,19,24 14:6,8,9,
10,11,13,16,17,18,
22,23 15:2,6,8,9,10,
11,12,20 16:2,6,8,
14,15,16,17,21,22
17:1,2,5,9,14,15,20,
22,23 18:3,7,8,11,
12,13,14,17,18,21,
24 19:4,5,9,10,11,
12,13,17,19,21,23,
24

**theater** 15:4

**theft** 19:15

**their** 3:4,10,18 4:5,
11 12:19 14:12,20,
22 16:4 17:21
18:16,24 19:3,4

**them** 3:10 4:12 7:22
8:7,12,13 18:17

**themselves** 4:13

**Then** 2:5

**theory** 2:16

**there** 2:21 5:24 8:3,
13 9:18 10:3,19
11:24

**there's** 17:18 19:21

**these** 3:8 6:7 7:22
9:11 15:12

**they** 2:7 4:19 5:4
6:6,15,21 10:7,15,
16 13:1 15:5,13
16:11 17:8,24 18:18

**they're** 5:24
14:24 16:4 17:3,4
18:4,5,11

**They've** 3:4

**thing** 14:16

**things** 4:21

**think** 8:16 17:5,19,
21 19:23

**thinking** 3:2

**this** 2:16,17,19,22
3:2 7:7,8,12,13 8:16
9:14,24 10:17,20
11:11 12:5,11 13:4,
9 14:12,16 16:3,15
17:1 19:18,22

**those** 3:3 4:21 6:11,
20 10:22 13:20
17:24

**though** 10:11

**Thousands** 12:18

**threat** 14:18 15:6
16:15 19:1

**three** 3:19

**through** 2:13 7:1,23
8:13 11:21 14:1,24

**throughout** 6:10
18:12

**thrust** 5:21

**ties** 6:2,3

**Tiktok** 18:22

**time** 9:11,21 12:5
19:22

**titans** 10:7,24

**to** 2:2,8,18,19 3:2,3,
4,9 4:4,7,10,11,14,
16,18,19,22 5:8,11,
12,15 6:2,5,6,10,12,
18,22 7:10,12,22
8:16 9:2,4,22 10:1,
2,8,13 11:7,17,22,
23,24 12:6,8,19
13:3,9,15,17,21,22
14:11,13,15,16,18
15:6,13,14 16:5,16,
22 17:2,6,7,14 18:2,
6,9,12,13,15,18,20
19:1,5,18,21

**today** 17:7

**together** 2:6 10:13
19:23

**told** 10:11

**ton** 7:18

**took** 7:20 16:21

**tools** 5:15

**top** 14:14

**toppling** 17:9

**total** 3:13

**transactions** 9:19

**transfer** 6:4

**Translated** 13:16

**transmission** 9:8

**transmit** 6:18,21

**treasonous** 3:9

**treasurer** 4:6

**Trek** 17:22

**trend** 15:9

**triggered** 7:7

**troubling** 10:21

**true** 12:11

**Trump** 7:18 9:15

**truth** 13:16

**Turkey** 12:9

**turn** 11:22

**tweet** 16:7

**tweets** 15:24

**twice** 8:6,11

**two** 14:19 18:3,6

**typically** 6:17

---

**U**

**U.S.** 13:21

**UBS** 3:14,15,17,19,
21

**unconstrained**
19:15

**unconventional**
14:12

**under** 3:13

**understand** 10:2

**understanding** 3:2
11:10

**undoubtedly** 2:15

**unfolding** 10:4

12:17

**Unfortunately** 5:20

**unfounded** 13:18

**UNIDENTIFIED**
4:13,15,17,19,21,23
5:2,6,9,11,14,17,20
6:7,10,14,16,20,23,
24 7:15,21 8:1,3,5,
7,9,11,14,15,18,20,
21,23 9:1,24 10:24
11:3,5,6,8,10,12,13,
15,16,19,20,24
12:3,4,16,20,23
13:3,6,8,11,12
14:14 15:9,15,20,23
16:3,8,11,14,20
17:6,8,13 18:17,20,
24

**unions** 14:3

**unique** 14:17

**united** 2:8 13:15,17
14:8,11,23 16:16

**university** 14:3

**unofficial** 6:22

**until** 3:19

**up** 3:19 14:23 15:9
19:22

**us** 2:3,9,10,15 3:13
4:4 5:3 12:19 14:13,
22 15:2,3 17:4
18:10,15 19:5,7,9,
13,16,17

**used** 6:5 9:12 18:12

**uses** 18:14

---

**V**

**vantage** 14:17

**vast** 19:4

**verboten** 13:11

**very** 5:5

**Vice** 16:21

**view** 17:1,2

**VIKTOR** 12:12

**VIKTORY** 7:16

**violence** 13:1

**violent** 13:1

**vital** 19:8

**volume** 15:1

**vote** 6:11 7:14 8:4,
16,18,19 9:13

**voter** 19:24

**votes** 5:7,8,13,24
7:10,11,13 9:5

**voting** 3:17 4:5,13,
15 5:6,12,15 6:4 9:7
10:8 14:5

**vowing** 12:19

**vulnerabilities** 3:12

---

**W**

**wake** 19:22

**WALDRON** 2:1 5:4
7:1,19 9:3 10:17
12:5 13:14 14:20
18:9 19:2

**wall** 3:10,11

**want** 8:16 9:1 10:10
16:5

**wants** 17:7

**War** 14:19

**warfare** 14:12

**was** 2:2,21 4:1,24
5:2,5,12 7:7,10,11,
12 9:6,15,16,18
10:3 11:9,18 13:4,
14 15:10 16:20,23
18:3

**wasn't** 16:6

**watched** 11:6

**way** 12:10 17:20

**we** 5:9 7:21,22 9:9
10:20 13:3,7 14:20
16:7 17:17 18:4,6
19:23

**we're** 7:23,24 13:1,
12,13 18:22

**web** 4:4

**weeks** 12:21

**well** 7:3 9:15 12:9

**well-funded** 10:12

**went** 4:1 8:13 11:11,
13 14:15

**were** 4:11 5:11,24
7:11 9:11,12,18
10:6,15,16,20 14:20

**west** 18:12

**what**  5:4 7:7,23 8:1 12:2,8 16:7,12 17:4 18:22

**What's**  10:21

**whatever**  15:16

**whatsoever**  6:3

**when**  8:3 9:13,15 11:9 13:14 14:7

**where**  6:11 7:9 8:4, 19 9:12

**whether**  17:17

**which**  5:18 18:12 19:8

**while**  2:15 5:5 13:18 14:8,20 16:20 19:21

**white**  13:21

**who**  2:23,24 3:1,3 5:9 11:3 12:21 17:18 18:21

**who's**  17:11

**whole**  3:1

**whose**  15:24

**why**  10:9 13:6 16:8 17:1

**will**  2:15,20 15:14 19:19

**win**  8:16 17:14

**wing**  10:7

**wireless**  9:6

**Wisconsin**  6:18

**with**  3:8 5:14 11:11 12:24 13:8,24 16:5, 12 17:10 18:4 19:12

**within**  14:22

**woke**  17:16

**woman**  2:20 19:20

**won**  7:17,18

**word**  13:5

**Workers**  5:11

**working**  3:9 10:13

**world**  2:15 3:2 13:15,17 14:6,19 18:8

**world's**  17:9 19:11

**worldwide**  14:18

**worried**  15:12

**would**  5:18 7:21,22 11:8,17 13:16 16:8

**WWE**  15:17

---

**X**

---

**Xi**  18:4

---

**Y**

---

**Yeah**  6:24 8:9 17:4

**year**  15:21 16:15

**years**  7:18 11:18 15:10 17:2

**yes**  6:23 11:12 19:17

**York**  3:15,19,21

**you**  3:11 5:18 8:1,18 9:1 11:6,11 12:3 13:4 15:16 17:14, 18,19,21 18:4

**you're**  6:10 8:5,9,21 15:16,21 17:14

**your**  19:22

**yours**  11:11

---

**Z**

---

**zero**  19:10

**zombie**  17:23