# Exhibit 51



### Cyber Symposium Day 1 Opening And Panel With Mike Lindell, Phil Waldren, Dr. Frank, David Clements And Patrick Colbeck

About 3 years ago

 **Lindell-TV** — 375 Subscribers   Subscribe · Like · Add · Share

Cyber Symposium Day 1 Opening

View Comments (0)

**Related Videos**

-  Frank Lasee of Truth in Energy and... — Lindell-TV
- John Paul Moran, Founder of Grand... — Lindell-TV
- Scott Smith Joins Shawn McBreairty... — Lindell-TV
- Ken Paxton, Texas Attorney General... — Lindell-TV
- Meryl Nass M.D. Joins Sherronna... — Lindell-TV
- Dr. Chris Shoemaker Joins Sherronna... — Lindell-TV
- Jordan Brace, Social Media Influencer... — Lindell-TV
- Jason Isaac, Founder and CEO... — Lindell-TV
- George Simion, President of AUR... — Lindell-TV

**Recently Released** — View All

 **Three Year Anniversary** — Lindell-TV, About 4 months ago

 **The Fingerprints Of Fraud - Part 6 & 7** — Lindell-TV, About 6 months ago

 **'Wake UP America' Comes To FrankSpeech** — Lindell-TV, About 7 months ago

 **Lou Dobbs Speaks Live At CPAC – DC 2024** — Lindell-TV, About 9 months ago

