# Exhibit 52

CASE 0:22-cv-00098-WMW-JFD Doc. 255-44 Filed 10/17/23 Page 2 of 10
CASE 0:22-cv-00098-JMB-JFD Doc. 395-14 Filed 04/37/23 Page 2 of 10
Page 1

Frank Speech -- Updates on the Smartmatic Lawsuit and
The Cast Vote Records.


APPEARANCES:

Mike Lindell

Brannon Howse

1      MR. LINDELL:  The next case we have, everybody,
2  I'm going to get into, that I personally have, is a
3  company called Smartmatic.  Okay.  Let me tell you
4  about Smartmatic.  They have one county in the United
5  States; it's out in California, L.A. County.
6  Smartmatic sued me, I don't know, '21.  Sometime, long
7  after Dominion.  Kind of, out of the blue, they sued
8  me.  I did sue them first, everybody remembers that.
9      I sued them after they sued Fox News on February
10 4th of '21.  I sued Smartmatic first.  They didn't sue
11 me first.  I went after them because they did law fair
12 to our country and changed our livelihoods forever.  I
13 couldn't go on these other stations anymore and talk
14 about machines or talk about our elections because of
15 law fair, which hadn't been done in our country since
16 the 1700s.
17     Now, Smartmatic, we've been in a little back and
18 forth with them.  I've been giving them discovery, but
19 you know what they've been giving Mike?  Zero.
20     MR. HOWSE:  Now, how is that?
21     MR. LINDELL:  Yeah.  Zero.
22     MR. HOWSE:  How is that?
23     MR. LINDELL:  So you know, it's not right,
24 Brannon.  So you know what my lawyers are filing

```
 1  tomorrow morning?
 2       MR. HOWSE:  What?
 3       MR. LINDELL:  And I got to get this right.  It's a
 4  deficiency letter, everybody.  It's a deficiency
 5  letter.  Now, it, what is that?  Well, I asked them
 6  and, basically, it's something you bring to the judge
 7  and say, hey, these guys aren't giving anything, you
 8  know?  Come on.  You know, it's just like I said,
 9  they're going to try to run out the clock, which they
10  did past 2022.
11       But I'm telling you, everybody, when these things
12  went all the way to the end, they're just trying to run
13  people out of money with lawyers and stuff, and then in
14  the end, they're going to say, of course, you didn't
15  defame these machines.  These guys work for the
16  government.  They are the government.  The machine
17  companies are running your election.  That's just point
18  A.  It's disgusting.
19       MR. HOWSE:  Is this the case?
20       MR. LINDELL:  So the deficiency letter --
21       MR. HOWSE:  Is this the case --
22       MR. LINDELL:  What?
23       MR. HOWSE:  -- right here?  Is this the case right
24  here?  Is that the case?
```

1       MR. LINDELL:  No, that -- pull that one up.  Let's
2  see what we got on this one.  Smartmatic protection
3  order, government protection order, exchange for --
4  yeah, that's one.  But that one, that's the one we're
5  filing the deficiency order in.
6       By the way, everybody, on Smartmatic there, on
7  this case, everybody -- you don't have to show any more
8  there.  That just proves stuff there.  I want to tell
9  the public.  And let me tell you about Smartmatic,
10 everybody.  I want to thank you all out there, all of
11 you, for getting the cast vote records for the 2020
12 election, the 2022 election, the mid-term elections.
13 Everybody, keep doing your FOIA request.  God bless
14 each and every one of you because you know what?  I'm
15 going to explain how that's helped me right now; what
16 you did.
17      And one of them is the ones that went into L.A.
18 County and got the FOIA request from there, the cast
19 vote records.  Because here's why, Brannon; in the 2020
20 election, do you think L.A. County was computer
21 manipulated or not?
22      MR. HOWSE:  Oh, yeah, I'm sure it was.
23      MR. LINDELL:  Would you bet everything you had on
24 it?

```
 1         MR. HOWSE:  Pretty much.  Yep.
 2         MR. LINDELL:  Then, you're like most people.  Of
 3  course, it was.  And now, we have the proof.  Do you
 4  know what it matches?  It's really funny.  You know, we
 5  actually have up here, on Frank Speech, we have the
 6  algorithm that came out of the Mesa County machine,
 7  which we actually have on Frank's Speech here; we have
 8  the evidence.  The actual before and after image, like
 9  two sets of books.  Those same algorithms of
10  Smartmatic.
11         Now, think about this.  This is Smartmatic and
12  Dominion.  One's a Dominion machine; one's a
13  Smartmatic.  By the way, ES&S, we got more on you than
14  the other two put together, by the way.  It's pouring
15  in.  Just want to throw that out there, so the ES&S
16  boys down in Omaha don't feel left out.  Okay.  And we
17  got your number too, Hart (ph.) machines.  Okay.
18         So anyway, so here's how.  With Smartmatic, now,
19  but with those cast vote records, everybody, that's
20  going to go a long way to get rid of the Smartmatic law
21  suit and, you know, because they can't deny this, the
22  cast vote records.  This isn't even the Dennis
23  Montgomery evidence, which we're going to talk about in
24  a minute, everybody.  This is the cast vote records.
```

1  This is what these machines say happened in your
2  county.
3      This isn't Mike Lindell.  This isn't some
4  cyberspace thing.  This is what the machines are
5  putting out.  In order, your cast vote records,
6  Brannon, do you think some of these states have tried to
7  shut down giving out the cast vote records?  Some of
8  these counties?
9      MR. HOWSE:  Absolutely.
10     MR. LINDELL:  Absolutely, they have.  And before
11 all this, everybody, it was the Freedom of Information
12 Act.  You had the right to each and every one of them.
13 And now, it's, a lot of these places are trying to hide
14 it from you again.  Stop you from getting it.  But all
15 of you have responded and you don't give up out there.
16 Keep getting those cast vote records.  I'm going to
17 tell you why, what the other great success is in a
18 minute.
19     (Audio concluded.)
20
21
22
23
24

. Digitally signed by transcriber

DIGITALLY SIGNED CERTIFICATE

THOMPSON REPORTERS hereby certifies that the attached pages represent an accurate transcript of the electronic sound recording of Frank Speech -- Updates on the Smartmatic Lawsuit and The Cast Vote Records.

By:

_____

BRIANNA WALKER
Transcriber

|   |   |   |   |   |
|---|---|---|---|---|
| **1** | before 5:8 6:10 | discovery 2:18 | **G** | is 2:2,20,22 3:5,19, 21,23,24 4:17 5:11, 24 6:1,4,17 |
| 1700s 2:16 | bet 4:23 | disgusting 3:18 | | |
| | bless 4:13 | do 4:20 5:3 6:6 | get 2:2 3:3 5:20 | isn't 5:22 6:3 |
| **2** | blue 2:7 | doing 4:13 | getting 4:11 6:14,16 | it 3:5 4:22,24 5:3,4 6:11,14 |
| 2020 4:11,19 | books 5:9 | Dominion 2:7 5:12 | give 6:15 | it's 2:5,23 3:3,4,6,8, 18 5:4,14 6:13 |
| 2022 3:10 4:12 | boys 5:16 | don't 2:6 4:7 5:16 6:15 | giving 2:18,19 3:7 6:7 | |
| 21 2:6,10 | Brannon 2:24 4:19 6:6 | done 2:15 | go 2:13 5:20 | |
| | bring 3:6 | down 5:16 6:7 | God 4:13 | **J** |
| **4** | but 2:18 3:11 4:4 5:19 6:14 | | going 2:2 3:9,14 4:15 5:20,23 6:16 | judge 3:6 |
| 4th 2:10 | by 4:6 5:13,14 | **E** | got 3:3 4:2,18 5:13, 17 | just 3:8,12,17 4:8 5:15 |
| | | each 4:14 6:12 | government 3:16 4:3 | |
| **A** | **C** | election 3:17 4:12, 20 | great 6:17 | **K** |
| about 2:4,14 4:9 5:11,23 | California 2:5 | elections 2:14 4:12 | guys 3:7,15 | keep 4:13 6:16 |
| Absolutely 6:9,10 | called 2:3 | end 3:12,14 | | Kind 2:7 |
| Act 6:12 | came 5:6 | ES&S 5:13,15 | **H** | know 2:6,19,23,24 3:8 4:14 5:4,21 |
| actual 5:8 | can't 5:21 | even 5:22 | had 4:23 6:12 | |
| actually 5:5,7 | case 2:1 3:19,21,23, 24 4:7 | every 4:14 6:12 | hadn't 2:15 | **L** |
| after 2:7,9,11 5:8 | cast 4:11,18 5:19,22, 24 6:5,7,16 | everybody 2:1,8 3:4, 11 4:6,7,10,13 5:19, 24 6:11 | happened 6:1 | L.A. 2:5 4:17,20 |
| again 6:14 | changed 2:12 | everything 4:23 | Hart 5:17 | law 2:11,15 5:20 |
| algorithm 5:6 | clock 3:9 | evidence 5:8,23 | have 2:1,2,4 4:7 5:3, 5,7 6:6,10,15 | lawyers 2:24 3:13 |
| algorithms 5:9 | Come 3:8 | exchange 4:3 | helped 4:15 | left 5:16 |
| all 3:12 4:10 6:11,14 | companies 3:17 | explain 4:15 | here 3:23,24 5:5,7 | let 2:3 4:9 |
| and 2:12,13,17 3:3, 6,7,13 4:9,14,17,18 5:3,8,11,16,21 6:10, 12,13,15 | company 2:3 | | here's 4:19 5:18 | Let's 4:1 |
| | computer 4:20 | **F** | hey 3:7 | letter 3:4,5,20 |
| any 4:7 | concluded 6:19 | fair 2:11,15 | hide 6:13 | like 3:8 5:2,8 |
| anymore 2:13 | couldn't 2:13 | February 2:9 | how 2:20,22 4:15 5:18 | Lindell 2:1,21,23 3:3,20,22 4:1,23 5:2 6:3,10 |
| anything 3:7 | counties 6:8 | feel 5:16 | HOWSE 2:20,22 3:2,19,21,23 4:22 5:1 6:9 | little 2:17 |
| anyway 5:18 | country 2:12,15 | filing 2:24 4:5 | | livelihoods 2:12 |
| are 2:24 3:16,17 6:4, 13 | county 2:4,5 4:18,20 5:6 6:2 | first 2:8,10,11 | | long 2:6 5:20 |
| aren't 3:7 | course 3:14 5:3 | FOIA 4:13,18 | **I** | lot 6:13 |
| asked 3:5 | cyberspace 6:4 | for 3:15 4:3,11 | I'M 2:2 3:11 4:14,22 6:16 | |
| audio 6:19 | | forever 2:12 | I'VE 2:18 | **M** |
| | **D** | forth 2:18 | image 5:8 | machine 3:16 5:6,12 |
| **B** | defame 3:15 | Fox 2:9 | in 2:4,5,15,17 3:13 4:5,19 5:15,16,23 6:1,5,17 | machines 2:14 3:15 5:17 6:1,4 |
| back 2:17 | deficiency 3:4,20 4:5 | Frank 5:5 | | manipulated 4:21 |
| basically 3:6 | Dennis 5:22 | Frank's 5:7 | | matches 5:4 |
| because 2:11,14 4:14,19 5:21 | deny 5:21 | Freedom 6:11 | Information 6:11 | me 2:3,6,8,11 4:9,15 |
| been 2:15,17,18,19 | did 2:8,11 3:10 4:16 | from 4:18 6:14 | into 2:2 4:17 | Mesa 5:6 |
| | didn't 2:10 3:14 | funny 5:4 | | |

| | | | | |
|---|---|---|---|---|
| **mid-term** 4:12 | **P** | **some** 6:3,6,7 | **those** 5:9,19 6:16 | **Y** |
| **Mike** 2:19 6:3 | | **something** 3:6 | **throw** 5:15 | |
| **minute** 5:24 6:18 | **past** 3:10 | **Sometime** 2:6 | **to** 2:2,12 3:3,6,9,12, | **yeah** 2:21 4:4,22 |
| **money** 3:13 | **people** 3:13 5:2 | **Speech** 5:5,7 | 14 4:7,8,10,15 5:15, | **Yep** 5:1 |
| **Montgomery** 5:23 | **personally** 2:2 | **states** 2:5 6:6 | 20,23 6:6,12,13,16 | **you** 2:3,19,23,24 |
| **more** 4:7 5:13 | **ph** 5:17 | **stations** 2:13 | **together** 5:14 | 3:6,7,8,11,14 4:7,9, |
| **morning** 3:1 | **places** 6:13 | **Stop** 6:14 | **tomorrow** 3:1 | 10,11,14,16,20,23 |
| **most** 5:2 | **point** 3:17 | **stuff** 3:13 4:8 | **too** 5:17 | 5:3,4,13,21 6:6,12, |
| **MR** 2:1,20,21,22,23 | **pouring** 5:14 | **success** 6:17 | **tried** 6:6 | 14,15,17 |
| 3:2,3,19,20,21,22, | **Pretty** 5:1 | **sue** 2:8,10 | **try** 3:9 | **you're** 5:2 |
| 23 4:1,22,23 5:1,2 | **proof** 5:3 | **sued** 2:6,7,9,10 | **trying** 3:12 6:13 | **your** 3:17 4:13 5:17 |
| 6:9,10 | **protection** 4:2,3 | **suit** 5:21 | **two** 5:9,14 | 6:1,5 |
| **much** 5:1 | **proves** 4:8 | **sure** 4:22 | | |
| **my** 2:24 | **public** 4:9 | | **U** | **Z** |
| | **pull** 4:1 | **T** | | |
| **N** | **put** 5:14 | | **United** 2:4 | **Zero** 2:19,21 |
| | **putting** 6:5 | **talk** 2:13,14 5:23 | **up** 4:1 5:5 6:15 | |
| **News** 2:9 | | **tell** 2:3 4:8,9 6:17 | | |
| **next** 2:1 | **R** | **telling** 3:11 | **V** | |
| **No** 4:1 | | **than** 5:13 | | |
| **not** 2:23 4:21 | **really** 5:4 | **thank** 4:10 | **vote** 4:11,19 5:19, | |
| **now** 2:17,20 3:5 | **records** 4:11,19 | **that** 2:2,8,20,22 3:5, | 22,24 6:5,7,16 | |
| 4:15 5:3,11,18 6:13 | 5:19,22,24 6:5,7,16 | 24 4:1,4,8,17 5:6,15 | | |
| **number** 5:17 | **remembers** 2:8 | **that's** 3:17 4:4,15 | **W** | |
| | **request** 4:13,18 | 5:19 | | |
| **O** | **responded** 6:15 | **the** 2:1,4,7,16 3:6,9, | **want** 4:8,10 5:15 | |
| | **rid** 5:20 | 12,14,15,16,19,20, | **was** 4:20,22 5:3 6:11 | |
| **of** 2:7,10,14 3:13,14 | **right** 2:23 3:3,23 | 21,23,24 4:4,5,6,9, | **way** 3:12 4:6 5:13, | |
| 4:10,14,17 5:2,6,9, | 4:15 6:12 | 11,12,17,18,19 5:3, | 14,20 | |
| 20 6:6,7,11,12,13, | **run** 3:9,12 | 5,6,8,13,14,15,20, | **we** 2:1 4:2 5:3,4,5,7, | |
| 15 | **running** 3:17 | 21,22,24 6:4,7,11, | 13,16 | |
| **Oh** 4:22 | | 12,17 | **we're** 4:4 5:23 | |
| **Okay** 2:3 5:16,17 | **S** | **them** 2:8,9,11,18 3:5 | **we've** 2:17 | |
| **Omaha** 5:16 | | 4:17 6:12 | **Well** 3:5 | |
| **on** 2:9,13 3:8 4:2,6, | **said** 3:8 | **then** 3:13 5:2 | **went** 2:11 3:12 4:17 | |
| 23 5:5,7,13 | **same** 5:9 | **there** 4:6,8,10,18 | **what** 2:19,24 3:2,5, | |
| **one** 2:4 4:1,2,4,14, | **say** 3:7,14 6:1 | 5:15 6:15 | 22 4:2,14,15 5:4 | |
| 17 6:12 | **see** 4:2 | **these** 2:13 3:7,11,15 | 6:1,4,17 | |
| **one's** 5:12 | **sets** 5:9 | 6:1,6,8,13 | **when** 3:11 | |
| **ones** 4:17 | **show** 4:7 | **they** 2:4,7,9,10,11 | **which** 2:15 3:9 5:7, | |
| **or** 2:14 4:21 | **shut** 6:7 | 3:9,16 5:21 6:10 | 23 | |
| **order** 4:3,5 6:5 | **since** 2:15 | **they're** 3:9,12,14 | **why** 4:19 6:17 | |
| **other** 2:13 5:14 6:17 | **Smartmatic** 2:3,4,6, | **they've** 2:19 | **with** 2:18 3:13 5:18, | |
| **our** 2:12,14,15 | 10,17 4:2,6,9 5:10, | **thing** 6:4 | 19 | |
| **out** 2:5,7 3:9,13 4:10 | 11,13,18,20 | **things** 3:11 | **work** 3:15 | |
| 5:6,15,16 6:5,7,15 | **so** 2:23,24 3:20 5:15, | **think** 4:20 5:11 6:6 | **Would** 4:23 | |
| | 18 | **this** 3:3,19,21,23 | | |
| | | 4:2,7 5:11,21,22,24 | | |
| | | 6:1,3,4,11 | | |