# Exhibit 59

Intentionally Omitted