# Exhibit 60

**Page 1**

1    IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF MINNESOTA
3    ---------------------------------------------
4    SMARTMATIC USA CORP., SMARTMATIC
5    INTERNATIONAL HOLDING B.V. and
6    SCO CORPORATION LIMITED,
7            Plaintiffs,
8    v.        Case No. 0:22-cv-00098-WMW-JFD
9    MICHAEL J. LINDELL and MY PILLOW,
10   INC.,
11           Defendants.
12   ---------------------------------------------
13        The Deposition of MICHAEL LINDELL,
14   taken pursuant to Notice of Taking
15   Deposition, taken before Deb Beauvais, RPR,
16   CRR, and a Notary Public in and for the
17   County of Ramsey, State of Minnesota, taken
18   via Zoom on August 27, 2024 at Hastings,
19   Minnesota, commencing at approximately 9:30
20   a.m.
21
22
23
24
25

**Page 2**

1    APPEARANCES:
2    ON BEHALF OF THE PLAINTIFFS:
3        TIMOTHY FREY, ESQ.
         JULIE LOFTUS, ESQ.
4        BENESCH, FRIEDLANDER, COPLAN &
         ARNOFF
5        71 South Wacker Drive
         Suite 1600
6        Chicago, Illinois 60606
         tfrey@beneschlaw.com
7        jloftus@beneschlaw.com
8    ON BEHALF OF THE DEFENDANTS:
9        CHRISTOPHER KACHOUROFF, ESQ.
         MCSWEENEY, CYNKAR & KACHOUROFF,
10       PLLC
11       13649 Office Place
         Suite 1
         Woodbridge, Virginia 22192
12       chris@mck-lawyers.com
13          I N D E X
                                          PAGE
14   MICHAEL LINDELL
        Examination by Mr. Frey         6
15   DEPOSITION EXHIBITS
        Exhibit 723 - Notice of Deposition     11
16   Exhibit 724 - MyPillow Amended &
        Restated Buy & Sell Shareholder
17      Control Agreement          34
     Exhibit 725 - MyPillow's Fourth
18      Supplemental Answers & Objections
        to Plaintiffs' Second Set of
19      Interrogatories            47
     Exhibit 726 - Cronin Email to Pietz    89
20   Exhibit 727 - MyPillow, Inc. P&L
        January-December 2018      130
21   Exhibit 728 - MyPillow, Inc. P&L
        January-December 2019      130
22   Exhibit 729 - MyPillow, Inc. P&L
        January-December 2020      130
23   Exhibit 730 - MyPillow, Inc. P&L
        January-December 2021      131
24   Exhibit 731 - MyPillow, Inc. P&L
        January-December 2022      131
25   Exhibit 732 - MyPillow, Inc. Balance
        Sheet 12/31/18         134

**Page 3**

1    DEPOSITION EXHIBITS (CONT.)
     Exhibit 733 - MyPillow, Inc. Balance
2       Sheet 12/31/19         134
     Exhibit 734 - MyPillow, Inc. Balance
3       Sheet 12/31/20         135
     Exhibit 735 - MyPillow, Inc. Balance
4       Sheet 12/31/21         135
     Exhibit 736 - MyPillow, Inc. Balance
5       Sheet 12/31/22         135
     Exhibit 737 - MyPillow, Inc. Sales By
6       Customer Summary,
        January-December 2018     137
7    Exhibit 738 - MyPillow, Inc. Sales By
        Customer Summary,
8       January-December 2019     138
     Exhibit 739 - MyPillow, Inc. Sales By
9       Customer Summary,
        January-December 2020     138
10   Exhibit 740 - MyPillow, Inc. Sales By
        Customer Summary,
11      January-December 2021     138
     Exhibit 741 - Storms & Alpaugh Letter
12      re: Financial Statements Years
        Ending 12/31/22 & 12/31/21     140
13   Exhibit 742 - Storms & Alpaugh Letter
        re: Financial Statements Years
14      Ending 12/31/23 & 12/31/22     141
     Exhibit 743 - Business Insider Magazine
15      Article Screen Capture    168
     Exhibit 744 - Text Message Chain     183
16   Exhibit 745 - First Supplemental
        Complaint, Absolute Proof audio
17      transcript            280
     Exhibit 746 - Text Chain - Lindell &
18      Howse              302
     Exhibit 747 - Audio Recording Transcript
19      from Pete Santilli Show, 2/24/21   307
     Exhibit 748 - Smartmatic's First
20      Supplemental Complaint, Transcript -
        Eric Metaxas Radio Show 3/30/21   319
21   Exhibit 749 - Carter Deposition
        Transcript            326
22   Exhibit 750 - Carter Email 5/26/21    347
     Exhibit 751 - Cyber Symposium
23      Attendance List        350
     Exhibit 752 - Dressen/Carter Emails   352
24   Exhibit 753 - Advertisement for Cyber
        Symposium            353
25   Exhibit 754 - Email String re:  Request
        for Jim Bakker Show       363

**Page 4**

1    DEPOSITION EXHIBITS (CONT.)
     Exhibit 755 - Email String re:
2       Interview Mike - new movie - Media
        Request            382
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1    P R O C E E D I N G S
2    (Witness sworn.)
3         THE VIDEOGRAPHER:  We are now on
4    the record.  The time is 9:40 a.m. Central
5    Time.  Today is August the 27th of 2024.
6         This begins the video conference
7    deposition of Michael Lindell.  The case is
8    Smartmatic USA Corporation, et al. vs.
9    Lindell, et al.
10        My name is Don Savoy.  I'm your
11   remote videographer today.  The court
12   reporter is Deb Beauvais.  We are
13   representing Esquire Deposition Solutions.
14        Counsel, could you please state
15   your name and whom you represent, after which
16   the court reporter will swear in the witness.
17        MR. FREY:  Yes.  This is Tim Frey
18   of the Benesch law firm representing the
19   Smartmatic plaintiffs.
20        MS. LOFTUS:  Julie Loftus also
21   representing the Smartmatic plaintiffs.
22        MR. KACHOUROFF:  Chris Kachouroff
23   representing Mike Lindell and MyPillow.
24        THE COURT REPORTER:  Could I have
25   you raise your right hand, please.

Page 6

1         (Witness sworn.)
2         THE COURT REPORTER:  Thank you.
3              EXAMINATION
4    BY MR. FREY:
5    Q.  Good morning, Mr. Lindell.  As I just said on
6        the record, my name is Tim Frey.  I'm an
7        attorney for Smartmatic in this case.  Just a
8        couple of things I want to get on the record
9        before we begin.
10            Could you please state your name.
11   A.  Michael J. Lindell, James Lindell.
12   Q.  And, Mr. Lindell, do you understand at this
13       deposition today you are serving as a
14       representative of MyPillow, Inc. with respect
15       to a number of topics?
16   A.  Yes.
17   Q.  And you understand that your testimony then
18       today is testimony on behalf of MyPillow,
19       Inc. on the issues that we will discuss?
20   A.  Correct.  Yes.
21   Q.  Do you have a home address, Mr. Lindell?
22   A.  Yes.
23   Q.  And what is that address?
24   A.  15 -- hold on.  15 -- or 1715 FM Road 842,
25       Lufkin, L-U-F-K-I-N, Texas, 75901.

Page 7

1    Q.  Thank you.
2         And do you also have a work
3        address, Mr. Lindell?
4    A.  Yes.
5    Q.  What is that address?
6    A.  1550 Audubon Road, Chaska, Minnesota,
7        C-H-A-S-K-A, 55318.
8    Q.  And obviously we're virtual here today.  Are
9        you at your home location or your office
10       location or somewhere else?
11   A.  Home.
12   Q.  And I understand you've been deposed in this
13       case before and several other times.  Is that
14       correct?
15   A.  Yes.
16   Q.  And so you probably know some of these rules,
17       but I'll just go through them again to
18       refresh your recollection.
19            First, I'll be asking you a series
20       of questions today, and if at any point you
21       don't understand my question, I'll ask that
22       you ask me to clarify it.  Is that fair?
23   A.  Yes.
24   Q.  And so if you answer my question, I'll assume
25       that you understood what I was asking.  Is

Page 8

1    that okay?
2    A.  Yes.  Yes.
3    Q.  And as this is a deposition and we have a
4        court reporter here, it's important that we
5        don't talk over one another.  So I'll do my
6        best to let you finish your answer before I
7        ask a question, and if you could let me
8        finish my question before you answer so that
9        she can get everything down.  Is that fair?
10   A.  Yes.
11   Q.  And along those lines, the court reporter
12       can't get down kind of nods of heads or
13       shakes of heads, so everything needs to be
14       oral, an oral response.  Do you understand
15       that?
16   A.  Yes.
17   Q.  And Mr. Kachouroff, your attorney, may object
18       to some of my questions.  Do you understand
19       that unless he instructs you not to answer,
20       even if he objects, you're still required to
21       answer the question?
22   A.  Yes.
23   Q.  Do you understand that?
24   A.  Yeah.
25   Q.  Mr. Lindell, I noticed you might be typing or

MICHAEL LINDELL                                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                                  9–12

Page 9

1    writing something down.  Are you on your
2    phone or internet or anything like that?
3  A.  No.  I'm scratching my leg.  I don't know.
4    I'm just texting my -- I'm texting my
5    company, my assistant, telling her to take my
6    calls.
7  Q.  Okay.  Yeah.  I was just going to say:  While
8    we're on the record today, if you could
9    please --
10  A.  And I also have a notepad.  Am I allowed to
11    have a notepad?
12  Q.  I'll ask you for what's on the notepad, but,
13    yes, you can have a notepad.
14  A.  Thanks.
15  Q.  And I'll just ask that you don't be texting
16    or taking calls or anything like that while
17    we're on the record.  Do you understand?
18  A.  Yeah.  That's why I was just texting her, to
19    say take the calls.
20  Q.  And we can take breaks during this deposition
21    if --
22  A.  Yeah, I need a break at quarter to 12:00
23    Eastern to 12:00.  That's the only break I
24    need.
25  Q.  Okay.  Well, if at any other point you need a

Page 10

1    break, just let us know.  We can go off the
2    record.  My only request there is that we
3    don't break in the middle of a question,
4    right?  So I ask a question and then you say,
5    We need a break, let's answer the question
6    and then we can break.  Fair?
7  A.  Yeah.  Yeah.
8  Q.  And the last thing I'll just tell you is:  I
9    understand you need a break at quarter to
10    12:00 Eastern.  I usually take five minutes
11    every hour, hour and 15 minutes just for the
12    court reporter, the videographer so that
13    everyone can take a quick stretch, but we'll
14    keep those short.  Fair?
15        MR. FREY:  He just dropped off.
16        THE VIDEOGRAPHER:  We are going off
17    the record at 9:46 a.m.
18        (A recess was taken.)
19        THE VIDEOGRAPHER:  We are back on
20    the record at 9:47 a.m.
21    BY MR. FREY:
22  Q.  Okay, Mr. Lindell.  We just had a short break
23    there.  You had a malfunction of your device.
24    We're back on the record, and I was just
25    explaining to you the break structure.

Page 11

1  A.  Yeah.
2  Q.  You understand that?
3  A.  Yeah.  Yeah.
4  Q.  And then the last kind of housekeeping item
5    is:  We talked about this a little bit before
6    the deposition began on the record, but I
7    understand you are on your -- on a phone
8    today for this virtual deposition, and so we
9    will be sharing exhibits both in the chat for
10    the purposes of the court reporter to receive
11    a copy and we'll also be sharing the screen
12    so that you can view the document and provide
13    your testimony regarding --
14  A.  Okay.  That sounds good.  Yeah.
15  Q.  Okay.  So, Mr. Lindell, what did you do to
16    prepare for this deposition today?
17  A.  Well, um, I got in my chair, got a cup of
18    coffee, and here I am.  I talked to my lawyer
19    a little bit, for about 20 minutes.  And
20    that's it.
21  Q.  I'm going to have my colleague place on the
22    screen what will be Exhibit 723.
23  (Deposition Exhibit 723 was marked for identification.)
24        BY MR. FREY:
25  Q.  And this is a copy of the deposition notice

Page 12

1    setting up this deposition today.  Take your
2    time to look at that.  Have you seen this
3    document before?
4  A.  No.
5  Q.  And if you scroll down -- or my colleague
6    will scroll down to page 5.  There is a list
7    of topics.
8  A.  Yep.
9  Q.  Have you reviewed any documents that
10    contained these topics in them before?
11  A.  Have I reviewed it?  I don't know.  Not this
12    particular document you're handing me -- or
13    your showing me that I see.  I went over -- a
14    few of the questions my lawyer went over with
15    me and said, Here's what they're going to be
16    asking you.
17  Q.  Okay.  So you might have heard of what the
18    topics are, but you haven't necessarily seen
19    this precise document; is that fair?
20  A.  No.  That's fair, yeah.
21  Q.  Let's just -- we'll take the topics, I guess,
22    one at a time, then, as we talk through them.
23  A.  That sounds good.  Okay.
24  Q.  Did you -- aside from your attorney, did you
25    meet with anyone else to help prepare for

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
13–16

Page 13

1    this deposition today?
2  A.  No.
3  Q.  Did you speak with any -- you said you didn't
4     speak with anyone.
5         Did you review any documents to
6     prepare for this deposition today?
7  A.  No.
8  Q.  Okay.  So the first topic that we have here
9     is the founding of MyPillow, including its
10    initial strategies for reaching customers,
11    demand for its products, and its growth.  Do
12    you see that?
13 A.  Yes.
14 Q.  And are you the person most knowledgeable at
15    MyPillow to testify to this topic?
16 A.  Yes.
17 Q.  And do I understand from your previous
18    testimony that outside of your general
19    knowledge, you didn't do anything in
20    particular to prepare for testimony on this
21    topic today?
22 A.  Nothing.  That's correct.
23 Q.  And I'm going to take the second topic along
24    with this topic because they're kind of
25    related, and that is the ownership structure

Page 14

1    of MyPillow.  Do you see that?
2  A.  Yes.
3  Q.  And are you the person most knowledgeable at
4     MyPillow to testify as to the ownership
5     structure of MyPillow?
6  A.  Yes.
7  Q.  And, again, just for the record, outside of
8     your general knowledge and background, you
9     did not do anything in particular to prepare
10    to testify to this topic today, correct?
11 A.  Absolutely nothing.
12 Q.  All right.  So talking about the founding of
13    MyPillow, you, Mr. Lindell, are the founder
14    of MyPillow, correct?
15 A.  I invented it, that's correct.
16 Q.  Invented, okay.  And when did you invent
17    MyPillow?
18 A.  2004.
19 Q.  And what was your impetus for inventing the
20    MyPillow company?
21 A.  What was my impetus?  What's the reason, you
22    mean?
23 Q.  Yeah.
24 A.  I had pillows that I'd bought all my life
25    that didn't work and I seen a problem and I

Page 15

1    wanted to come up with a solution, and it
2    took about 10 -- 10 months or almost a year
3    to invent and -- having an adjustable pillow
4    that would -- that you could wash and dry,
5    that could adjust and wouldn't go flat, and
6    got a patent on it and -- yeah.
7  Q.  At some time -- at some point in time you
8     incorporated the company; is that right?
9  A.  At first -- the company did a switch.  It was
10    an LLC, I believe, in 2005 called Night
11    Moves, LLC, I believe, or something like
12    that.  That changed in, I believe it was,
13    August of 2009 to MyPillow, Inc.
14 Q.  So August of 2009, would that be when you
15    incorporated the company?
16 A.  The company was incorporated.  Before that it
17    was an LLC.  Now it became MyPillow, Inc., an
18    S Corp.  I don't know if it was an S Corp.
19    before or not, I can't remember, but, yeah,
20    it became its current LLC -- or its current
21    Inc. S Corp. in the summer of two thousand --
22    August of 2009.
23 Q.  Okay.  And at the time it became its current
24    S Corp., were there any shareholders of
25    MyPillow other than yourself?

Page 16

1  A.  Yes.
2  Q.  Do you recall how many other shareholders
3     there were at that time?
4  A.  Um, I don't recall.  I want to say maybe --
5     maybe 20.  I don't -- I don't know.  That I
6     don't recall.  I'd be guessing.
7  Q.  Do you have a recollection as to the
8     proportion of shares that the various
9     shareholders held?
10 A.  Um, at that time -- I know there was a time
11    when I -- when I held 30-some or 40-some
12    percent, I think, 40-some percent.  And now
13    you bring it up to current, I hold fifty -- I
14    think 54 percent and there's currently maybe
15    upwards of 50 to 100 stockholders.  They're
16    all employees -- most of them are employees.
17    It's an employee-owned company.
18 Q.  So you anticipated my next question I was
19    going to ask, if you have added stockholders
20    over the years.  It sounds like the answer is
21    yes --
22 A.  Yes.  Yep.  Yeah.
23 Q.  -- that has occurred and that --
24 A.  We give our employees incentives.  If they
25    stay long, then they get their stock, that

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          17–20

Page 17

1    they become stockholders and stuff like that.
2  Q.  And you said at some point in time your level
3       of stock increased and now it's at 54
4       percent; is that right?
5  A.  Right.  I used to be a lot higher at one
6       time.  It was in the 80, 90 percent, I guess.
7       But now when we -- now from -- it's
8       fluctuated over time, but then there was a
9       clause made where it wouldn't fall below
10      51 percent.
11          I think it's in our bylaws where I
12      don't fall below that, because we had stuff
13      that happened in 2009 and '10 where these
14      people tried to take the company and so the
15      board put in bylaws where I couldn't go below
16      51 anymore.
17  Q.  Okay.  Okay.  So it's mandated in the bylaws
18      that you are the majority shareholder of
19      MyPillow?
20  A.  Correct.
21  Q.  And that has been since at least -- so from
22      around the 2010 time frame?
23  A.  No.  There was -- it was later than that when
24      it got mandated that I -- I think it was
25      later than that.  Um, I don't know the exact

Page 18

1       timing on it.  Um, I think we had a big thing
2       in 2014.  That might have been when it was
3       mandated, because we had these guys try to
4       take the company.
5  Q.  So in -- by the time of the 2020 US election,
6       were you the majority shareholder at that
7       time?
8  A.  Yes.
9  Q.  And you were also the chairman of the board
10      of directors at the time of the 2020
11      presidential election; is that right?
12  A.  Of the board of directors?  Yes.  I guess I
13      would be chairman.  I don't know.  We have --
14      when you talk the board, I was the CEO of the
15      company.  As far as the board of directors, I
16      guess I would be the chairman, too.  I'd have
17      to look at that.
18  Q.  Do you understand if you're -- do you
19      understand whether you're still the chairman,
20      CEO, and majority shareholder --
21  A.  I'm --
22  Q.  -- of MyPillow today?
23  A.  Yes.  Yes.  I don't know about the title
24      chairman, though, but, yeah, I guess I would
25      be -- I don't know if we had that title.  I

Page 19

1       know -- I know there was -- Jim Furlong on
2       there, he was president of the board, I
3       think.
4           So I'm for sure CEO and I'm the
5       majority shareholder.  And if we have that
6       title chairman, then I'm that, too.
7  Q.  All right.  So in your positions as -- at
8       least majority shareholder and CEO, and if
9       you have the title chairman of the board,
10      then that position --
11  A.  Yep.
12  Q.  -- is it fair to say that you control
13      MyPillow, Inc.?
14  A.  As far as what?  Day-to-day?  Yeah, I
15      would -- I control, um, as far as day-to-day
16      and -- you know, we make decisions, but I
17      guess the final decision would probably be
18      mine on a day-to-day basis.
19          There's decisions made every day,
20      though, that I'm not aware of that I have
21      given my employees.  We have long-term
22      employees that I trust.
23          So if you are -- I don't know what
24      kind of decisions you're talking about.
25  Q.  So first let's talk about strategies,

Page 20

1       strategic decisions about the direction of
2       the company.  Do you exercise control over
3       those decisions?
4  A.  That's a group.  We talk about it.  And it's
5       just like any other CEO.  I guess I would
6       make the final call after taking input from
7       everybody, and that includes my board when we
8       have -- it includes the board.
9           But on a day-to-day thing, every
10      day we deal with the department, we take in
11      all the info, and we come to a decision.  And
12      does it ultimately end up being mine?  Yes.
13  Q.  And how about on the kind of marketing
14      strategy for MyPillow, is that a similar
15      setup as to what you just described?
16  A.  Yeah, the marketing strategy was -- when you
17      talk about -- I mean, that goes back to 2010
18      and '11 when we first did print and we
19      learned to track each individual show or
20      commercial by promo code so we would be able
21      to track individual -- individual -- it kind
22      of manifested the problems we had in 2012
23      when other people were making those
24      decisions.
25          In the spring of 2012 other people

MICHAEL LINDELL                                     August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell            21–24

Page 21

1   made those decisions, outside companies. We
2   had a lot of internal where I trusted people
3   to make those decisions.
4          And then everything that came out
5   of 2012, I completely changed our marketing
6   strategy where every -- every single --
7   whether it's a commercial in the middle of
8   the night on CNN or one on Fox or it's a
9   newspaper in Dubuque, Iowa, or it's a radio
10  show, every one of them is tracked
11  individually on a promo code.
12         Like what if you only had to live
13  off that show, you would want to make it the
14  best you could be. And if it doesn't make
15  its number, you don't run it.
16         So all that strategy was developed,
17  and I believe we were one of the few
18  companies that do that strategy, but it was,
19  um -- it was something, I guess, that myself
20  and -- mostly myself came up with that, yes,
21  in 2010 and '11, coming out of 2012 when all
22  the problems we had and then I took it all
23  in-house.
24  Q.  Okay. So -- and then ultimately do you still
25  retain kind of control over the

Page 22

1   decision-making with respect to that --
2   maintaining that marketing strategy?
3   A.  Yeah, there's been -- there's things put in
4   place. You know, every day I look at every
5   single -- every single promo code that's out
6   there, and if something does bad or good,
7   it's brought up as a deviation.
8          But I have different people that
9   look at that in different departments and
10  they report deviations or blocks to me.
11  Usually they can -- a lot of it's already
12  handled because we've -- these people, they
13  know our system.
14         And they -- now, if something -- if
15  a deviation comes up that something is bad or
16  good, that will be brought to me, but usually
17  she's -- this person or this department
18  already has it. They bring it to me and then
19  we talk about it, what's the best way to get
20  through it or what -- I'll give them
21  direction, you know, this has to be, um, dug
22  into.
23         And we get -- that's -- you know,
24  my whole company runs off deviations and
25  blocks. So if a department -- they'll run

Page 23

1   fine, everything is running smooth. If they
2   see something that's out of whack, whether
3   it's good or bad, that's what gets reported
4   immediately and then we will spend -- we'll
5   dig into it. You need a different input to
6   get a different output.
7          And -- but they will bring that --
8   somewhat of micromanaging and macromanaging
9   at the same time, but I can sit for days and
10  not have to worry about anything because if I
11  don't get that call for a deviation, then I
12  know everything is running smoothly.
13         And that's one thing that my --
14  every single one of my employees, 500 of
15  them, have my direct number. They will call
16  me if there is a deviation, whether it's
17  people there is a problem with, and then --
18  you know, if something is wrong on the
19  production line, they will call -- you know,
20  they'll reach out. If I don't get a call,
21  everything is beautiful, so...
22  Q.  Okay. And, Mr. Lindell, I appreciate that.
23         With respect to the deviations in
24  the marketing direction, who is the person
25  that's responsible to report that to you?

Page 24

1   A.  All the employees. That's why I say 500 of
2   my employees have my direct number. So they
3   will -- they will -- like let's say it's --
4   I'll give an example. So --
5   Q.  Mr. --
6          (Simultaneous indiscernible crosstalk.)
7   A.  Okay. It could be -- I'll just give you an
8   example. So let's say it's on a production
9   line and this person is on the line and they
10  feel that the pillows aren't the weights
11  they're supposed to be or maybe their
12  employee came in and he's acting differently.
13         I'll get the call and they'll
14  say -- you know, let's say it's an employee.
15  I'll say, You know what? We find out maybe
16  they're using. So then we'll take them out.
17  I'll say, You know what? I'll talk to them.
18  We usually get them into treatment, get them
19  help and, you know, we'll act on that
20  deviation.
21         If it's a pillow in that line that
22  it was weighed wrong, they'll call me. I'll
23  call the manager up and say, Hey, we have a
24  report that this is going wrong. And it
25  corrects itself then because then the

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
25–28

Page 25

1     manager -- they might not have heard about it
2     or -- it's kind of like everybody managing
3     that are -- you have everybody's eyes on it.
4  Q.  I appreciate that, Mr. Lindell.  Right now I
5     just wanted to focus more on the marketing
6     and the promo code deviations than anything
7     with other employee issues or production.
8  A.  The promo code -- the promo code deviations,
9     there's -- many people will look at that now
10    in each department, whether it's emails -- we
11    have email marketing.  We have text
12    marketing.  We have radio.  We have podcasts.
13    We have everything we've been doing since
14    2010.
15         So I'll get a -- if I get a -- I'll
16    look at all of them on my device.  I'll look
17    at all the promo codes and I'll say, Wow,
18    this -- this commercial in the middle of the
19    night on ABC, it usually does 3,000 and it
20    only did 1,000.
21         Well, it's the power of numbers, so
22    I'll say -- I'll look into it.  I'll call up
23    whoever department that is and say, Hey,
24    check and see what happened on the ABC
25    commercial, or let's say it was a podcast or

Page 26

1  let's say it was a print, a newspaper.
2         Something happened that changed,
3  and every time you have to dig in.  So I'll
4  call that department or that department will
5  take care of it themselves because it could
6  be something simple.
7         But usually -- like let's say all
8  the numbers would be down.  So let's say all
9  the numbers would be down for a whole day,
10 which happened last week.  We had a whole day
11 where it was just a drop across the board.
12 Well, we knew what it was.  It was the DNC
13 Convention, the Democrat Convention.
14        When that happened, the numbers
15 went down because commercials were preempted,
16 it's called, so they don't run on your CNNs,
17 your Foxes, your ABC.  They ran stuff
18 commercial-free.
19        And so it can be a national thing
20 that affects something.  It could be an
21 individual thing.  It could be that a host
22 didn't do their read correctly for MyPillow.
23        It could be -- you know, if it's a
24 billboard, it could be then, you know --
25 usually it wouldn't be -- something that's

Page 27

1     stable that's on there that you put money
2     into, like, let's say, a billboard, those
3     numbers don't -- if there is a deviation
4     there, it would be pretty much impossible
5     because it's the same every day.
6         The only time those changed was
7     right when the virus came where everybody
8     is -- their paradigm changed, where radio
9     just dropped altogether.
10 Q.  Mr. Lindell, sorry to interrupt you there,
11    but if you could try to just -- my questions
12    are pretty cabined, and I feel like you're
13    kind of giving me a long explanation and then
14    getting into a train of thought.
15         So if you could try to just, you
16    know, answer the questions, we'll be able to
17    get through this today a lot -- a lot
18    speedier.
19         I was just -- my question was
20    really just what department would that be
21    that tracks that --
22 A.  There's many -- well, there's many -- and I
23    tried to give you the answer.  There's many
24    departments.
25         I have my son as the COO.  He will

Page 28

1  look at -- he will look at numbers at the
2  factory.  He will look at different numbers
3  there that affect -- it could be -- companies
4  we deal with.
5         Like let's say it's, oh, AMAC or --
6  I mean, some companies that we advertise with
7  and watch their numbers if they go up and
8  down based on their promo codes, AMAC or it's
9  an insurance company that we -- whatever it
10 is.
11        Another department is this gal
12 deals with podcasters.  Another department
13 deals with -- the promo codes run everything.
14 So everything is tracked on every single
15 department.
16        So you have another guy that
17 tracks -- Nick that tracks the emails.  I
18 have another guy that tracks text marketing.
19 Another one tracks social media marketing,
20 so... The one gal, she'll look and she'll
21 say, Hey, we only did this.  Another one
22 tracks Google and Facebook.  They are all
23 tracked by promo codes.
24        You're asking me a question --
25 every department is run that way.  It's been

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              29–32

Page 29

1  since 2010. So -- and we just manifested,
2  took it all in-house.
3       It's like people that market --
4  when you brand -- I've never branded, so I
5  don't put a thing out there. MyPillow? No.
6  Everything is what if you only could live on
7  this exact -- like right now, here's an
8  example:
9       So the promo codes at the Minnesota
10 State Fair were doing very, very bad. If you
11 didn't know the variable that came in -- we
12 moved locations. We're down 70 percent
13 because of the location move.
14       And when I -- when the numbers
15 first came in, it was reported to me by that
16 department. I'm going: This is terrible. I
17 made a very bad decision moving it from one
18 location to another at the Fair.
19       So let's say it would be -- this
20 happened last week with email marketing.
21 That department called me up and said -- and
22 he said, Hey, we've got a -- this -- these
23 three emails did not work. They didn't hit
24 their number. They're lower than normal. So
25 we look at what was the offer, what was

Page 30

1  the -- you know, I mean, you've got to change
2  the offer. On any given thing, you either --
3  you have to change the input.
4       If it's good, if we hear something
5  that's good, we'll duplicate that. Let's say
6  it was a podcaster that did good. We'll find
7  out, well, what was the read, what was the
8  offer he did for MyPillow, and then we would
9  pass that out or duplicate it. If it's bad,
10 obviously we want to find out why it
11 happened. Did he even do a read?
12       So it's all different departments
13 that run off those -- those deviations and
14 those promo codes, every department. Every
15 department there is marketing. Every
16 marketing department runs off that.
17       Even -- even the few box stores we
18 have left, you know, we'll do promo codes.
19 Like if we send out fliers with their --
20 inside the packaging. Let's say there is
21 packaging and you get a little catalog that's
22 in there. That's also promo code tracked.
23       So every flyer we send out,
24 every -- we do direct mailing. That's
25 another department. So that's ran off promo

Page 31

1  codes. So --
2       (Simultaneous indiscernible crosstalk.)
3  A. Every department it has to do with marketing.
4       Every single thing that goes out to things.
5       We don't brand. We don't brand.
6  We don't just buy an ad that says,
7  "MyPillow." We track it with promo codes so
8  we find out if it's successful or not.
9       People that -- that's why people
10 think -- I've never branded. I don't have
11 money to brand. We never branded. We run
12 our company differently because you want to
13 know if your -- if it's working or not. This
14 goes back to when I first did print in 2010.
15       MR. KACHOUROFF: Mike --
16 A. I --
17       (Simultaneous indiscernible crosstalk.)
18       MR. KACHOUROFF: Just listen to
19 this: Answer his question specifically.
20 You're giving a lot of volunteer information,
21 which I'm sure he appreciates, but let him
22 get what he needs to get out.
23       THE WITNESS: He asked the
24 departments. I'm trying to explain why it's
25 every department. It's not just, oh, this is

Page 32

1  the promo code department.
2       I run my whole company like this,
3  because I want to know if every -- I want to
4  know every show -- by the way, when I did --
5       (Simultaneous indiscernible crosstalk.)
6       MR. KACHOUROFF: Whoa. Wait, wait,
7  wait. Mike, that's the answer, every
8  department --
9       (Simultaneous indiscernible crosstalk.)
10       THE WITNESS: No. I want to finish
11 this part -- I want to finish this part,
12 Chris.
13       MR. KACHOUROFF: Okay.
14       THE WITNESS: So with the -- even
15 when I -- all I had was shows and fairs, I
16 had over a hundred people on the ground
17 working all across the country before they
18 were cancelled, but all across the country
19 and every single show was tracked by a promo
20 code and their own 1-800 number, by the way,
21 so that you could find out if that show was a
22 success or not.
23       And otherwise, if people don't do
24 that, their marketing is not good and that's
25 why -- that's why I believe we have some of

MICHAEL LINDELL                                                      August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                                    33–36

Page 33

1    the best marketing strategy ever.
2    BY MR. FREY:
3  Q.  Okay.  All right.  So there's no kind of
4     rolled-up chief of marketing or person who
5     oversees all of that?  That's you?  You kind
6     of oversee that?
7  A.  That's me.  That's me.  If -- they call if
8     there's a deviation.  That's what I look at
9     every day.  It's like seeing if everybody is
10    batting 300.  That's -- think of it like
11    that, like a ball team.  If they're not
12    batting 300, you find out why and you want to
13    check into it.  If they are batting 400, man,
14    you want to duplicate that.  It's pretty
15    simple.
16  Q.  Okay.  Going back to kind of the powers and
17    responsibilities you have at MyPillow, are
18    there -- does anyone at the company or on the
19    board have the ability or the authority to
20    remove you either as CEO or from your board
21    position?
22  A.  On the board?  No.  The board of directors,
23    they can -- they put in their input.  They
24    can put in their input and they -- you know,
25    they can say we believe this is the wrong

Page 34

1    strategy or this -- if they want to; or if on
2     a day-to-day basis I have, um, people like my
3     son, you know, would push back or they'll
4     say, hey, we think this is wrong and we
5     discuss it and then we come out with an
6     answer.  But they don't have the ability to
7     remove me, no.
8  Q.  And I'm going to put up -- or my colleague is
9     going to put up on the screen what will be
10    Exhibit 724.
11  (Deposition Exhibit 724 was marked for identification.)
12       MR. FREY:  And this is -- for the
13    record, this is Bates labeled DEF081370 and
14    it's titled the Amended and Restated Buy and
15    Sell Shareholder Control Agreement of
16    MyPillow, Inc.
17    BY MR. FREY:
18  Q.  Do you see that?
19  A.  Okay.  Yep.
20  Q.  And do you recognize this document?
21  A.  Yeah.
22  Q.  And is this the shareholder agreement that
23    currently governs the rights and
24    responsibilities of MyPillow shareholders?
25  A.  I would say it probably is, yes.  Yep.

Page 35

1  Q.  And my colleague is going down to page 14
2     here.  You see there is a signature block for
3     you?
4  A.  Uh-huh.
5  Q.  The one we received isn't executed.  Have you
6     executed this document?
7  A.  I have no idea.
8  Q.  Do you or does MyPillow ask shareholders of
9     the company to execute this document?
10  A.  Which -- (reading indiscernibly).  I don't
11    know.
12  Q.  Are you aware of any other agreements that
13    govern the rights and responsibilities of
14    MyPillow shareholders?
15  A.  I -- I don't know.  That's handled by our
16    lawyer.
17  Q.  And is that the MyPillow in-house attorney?
18  A.  Yes.
19  Q.  Who would that be?
20  A.  Right now I believe it's Doug Wardlow.  I
21    also have Jeremiah Pilon, but I think it's --
22    I think it's either one of them.  That
23    department does that.  We've had -- back in
24    the past, you go back here, it would have
25    been Joe Springer, I believe, back then.

Page 36

1    We've had different in-house attorneys.
2  Q.  I'm looking at page 10 here, provision 5.2,
3     and if you see, it says, "For as long as
4     Lindell is alive, has not resigned from the
5     board of directors, and is not incapacitated,
6     Lindell shall be a director on the board of
7     directors of that corporation.  Each
8     shareholder agrees to vote his or her shares
9     of the corporation to ensure that Lindell
10    will be elected as a director on the board of
11    directors of the corporation for so long as
12    Lindell is alive, has not resigned from the
13    board of directors of the corporation, and is
14    not incapacitated."
15       Do you see that?
16  A.  Yep.
17  Q.  And is it your understanding that the
18    shareholders must comply with this provision?
19  A.  I have no idea.  That was put in by, like I
20    say, our in-house attorney named Joe Springer
21    and this was after we had gotten through,
22    call it, a hostile takeover of MyPillow back
23    in the day and he put in provisions that
24    would protect us from that ever happening
25    again.

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              37—40

Page 37

1    So I don't know.  I'm not a lawyer.
2    But this was -- I know this was set up -- if
3    it's 2020, it was set up by Joe Springer,
4    Joseph Springer.
5 Q.  Is it your understanding that for as long as
6    you are willing to do so and MyPillow is
7    incorporated, that you will assuredly be a
8    director on the board of directors?
9 A.  Yeah.  I don't want to leave the employees
10   that are there stranded.  That's exactly
11   right.  Yeah.
12 Q.  And you just don't know one way or the other
13   whether that's a requirement of -- for the
14   shareholders who sign this document?
15 A.  I have no idea.  The shareholders are
16   given -- basically, I think it's a working
17   stock where they're given -- I have no idea.
18   I'm not a lawyer.
19 Q.  And you didn't -- you didn't speak with
20   anyone in advance of this deposition to
21   understand how the shareholder agreement
22   works?
23 A.  No.  No.  This was done back then.  This was
24   done in 2020, it looks like you're showing
25   me.

Page 38

1    I know there was a lot of
2    protections put in because the -- they did
3    not -- none of the shareholders and none of
4    my people wanted ever this to happen again to
5    us, where they tried to take MyPillow from
6    us, so they -- all these were put in by Joe
7    Springer back then.  I have no idea the
8    safeguards he put in.
9 Q.  Looking down at the next provision, 5.3, do
10   you see it also states that, "For as long as
11   Lindell is alive, has not resigned as an
12   officer of the corporation, and is not
13   incapacitated, Lindell shall be an officer in
14   the corporation holding the offices of
15   chairman of the board and chief executive
16   officer"?
17 A.  Yep.
18 Q.  Do you see that?
19 A.  Yep.
20 Q.  And it goes on to say, "Each shareholder
21   agrees, to the extent such shareholder is a
22   director in the corporation, to vote to
23   ensure that Lindell will be elected as an
24   officer in the corporation in accordance with
25   this section for so long as Lindell is alive,

Page 39

1    has not resigned as an officer in the
2    corporation, and is not incapacitated."
3    Do you see that?
4 A.  That's correct.  Yep.  Yep.
5 Q.  And do you understand that the shareholders
6    of MyPillow who are directors must comply
7    with this provision, that you're voted to be
8    CEO and chairman of the board?
9 A.  Right.  Right.  We're a private -- a private
10   company, and all these people were given --
11   given stock for being employees.  So it's a
12   bonus to them.
13   So, yes, we did not -- the stuff
14   that Joe Springer put in, yes, they would --
15   they're more than happy to get their free
16   stock and comply with this because this is
17   the -- this is what we put in, some of these
18   safeguards, so that they -- that someone
19   couldn't come in and take it from all my
20   employees and take it another direction that
21   we didn't want to go.
22 Q.  And do the shareholders of MyPillow receive
23   corporate distributions from the company?
24 A.  Yes, they used to, but now we've been --
25   since we've been decimated with -- they

Page 40

1    haven't had one in a long time.
2 Q.  And --
3 A.  Since all this -- since all this stuff
4    happened with the election stuff, they --
5    we've lost hundreds of millions of dollars,
6    so there has been no distributions.
7 Q.  When was the last distribution that was made
8    to the shareholders?
9 A.  I believe probably in 2020.  I'm not sure
10   about that.  It's been a long time since --
11   since all the box stores cancelled in January
12   of '21 and we lost hundreds of millions right
13   when all this started happening in January of
14   '21.
15   That was probably -- the last
16   distribution was in 2020, but I'd have it
17   check on that.  I'm not sure.  It could've
18   been early '21, but I think it was 2020,
19   because when we started losing all of our
20   money, that was the beginning of '21.
21 Q.  And we'll look at some financial documents in
22   a little bit.  I'm just trying to get a
23   general sense right now.
24   When distributions are made, is it
25   kind of divided pro-rata by the number of

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              41—44

Page 41
1    shares owned?
2    A.   A hundred percent.  We're an S Corp., so
3    money flows through to the stockholders.
4         So what we have to do, what our CPA
5    has to do is we have to distribute -- let's
6    say -- if you make money in a given year, you
7    can't just keep it all in inventory.  You
8    have to distribute enough -- I believe it's
9    in our bylaws that the highest stockholder,
10   you have to distribute enough money to cover
11   the taxes paid.  Otherwise, these people
12   would pay taxes on money that they didn't get
13   in their hand.  It went into inventory.
14   That's the way LLCs and S Corps. run.
15        You have to be very careful or you
16   could upsidedown your employees, that they
17   would pay tax on money that -- and really the
18   money is sitting as profit in inventory.
19        So we've had to always be very
20   careful on that and we always -- and we have
21   to disburse that money or people could end up
22   paying -- it could upsidedown a small person
23   that doesn't have money to pay taxes on the
24   profit the company made.
25        So it's all equally -- whatever --

Page 42
1    nobody gets more or less.  It depends on how
2    much -- your percentage of stock.
3    Q.   Right.  So it's just -- yeah, you have
4    1 percent of stock.  Then you will get
5    1 percent of whatever the disbursement is --
6    A.   That's correct.
7         (Simultaneous indiscernible crosstalk.)
8    Q.   -- 10 percent, 10 percent.  That's right?
9    A.   That's correct.  But you have to disburse
10   stock to cover the taxes.  That's the minimum
11   thing.
12        Now, we haven't had to worry about
13   that the last couple, three years because
14   we've lost hundreds of millions -- or tens of
15   millions of dollars.
16        So they -- so now you didn't --
17   there is no disburse -- you're not required
18   to disburse anything because all the
19   stockholders got a loss on their K-1s,
20   they're called.
21   Q.   Okay.  And outside of disbursements to cover
22   taxes or distributions to cover taxes, are
23   there any other circumstances historically
24   when MyPillow would decide to make a
25   distribution to shareholders?

Page 43
1    A.   Yeah, when -- when we have excess money.  I
2    don't want to keep money from -- if we made
3    money, we disbursed it.  Everybody is working
4    hard and we would disburse it.
5         We -- there were times, I think, we
6    would -- at the board we would talk about, as
7    our company would grow, leaving this much
8    money in the bank so that we could have
9    working capital and then also to control our
10   inventory, because we used to have millions
11   of dollars in paid-for inventory and
12   obviously the last three years it's just been
13   decimated.
14        But, yeah, we would do -- we would
15   not keep all the money in a bank account.  We
16   would disburse it to all the employees as --
17   but we would hold back enough so we
18   wouldn't -- so we wouldn't -- as we grow.
19        We were on growth.  We didn't use
20   banks, so we don't -- so as we would grow,
21   you would disburse enough, say, hey, we have
22   enough here for working capital because we
23   basically were our own bank.
24   Q.   And who would make the decision to make the
25   disbursement?

Page 44
1    A.   Well, myself and then accounting.  I would
2    talk -- back then I had a gal that -- she's
3    not with us anymore, but we would talk to
4    that.
5         We would talk to the, um,
6    in-house -- maybe the board.  We might bring
7    it up then, but -- not really with the board.
8    It would usually be accounting, myself, the
9    executives.  We would talk and say, here, we
10   can do this much.
11        We would have to talk to inventory.
12   We would talk to them.  How much do we have
13   in inventory?  And he would make the
14   decision, hey, we can make a disbursement
15   here and -- it was kind of a group decision.
16   Q.   Okay.  So you would take -- it sounds like
17   you would take input from a lot of different
18   places.  Ultimately, though, the decision
19   would be yours?
20   A.   Yeah.  You can't do it -- you can't -- I'm
21   the one that has to protect the employees, so
22   I have to -- I have to, um -- if I disburse
23   too much and then we don't have working
24   capital, then you teeter-totter the other
25   way, you're in trouble there, that they -- so

MICHAEL LINDELL                                           August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                      45–48

Page 45
1    it was always a balancing act.
2         But when we did -- when we -- it
3    always worked.  We would talk to different
4    things.  We would have to weigh it with
5    inventory.  We would sit down and make the
6    decision and -- but the -- that would be
7    above and beyond the tax thing we talked
8    about, yes.
9    Q.  Okay.  And, to your recollection, the last
10       distribution was sometime in 2020; is that
11       right?
12   A.  It could've been '21.  I don't know that.
13       I'm not going to say on that because I
14       know -- I know we -- as we started getting
15       attacked and losing retailers, I don't know
16       if that's when it stopped.
17           I know in -- I know in the last
18       couple years we've lost, I think, $10 million
19       on the tax return both years, so I know there
20       were no distributions those years.
21           I don't know about '21, so I don't
22       know.  I'm going to say I don't know.  It's
23       been a long time.
24   Q.  So I want to move on to the next topic on our
25       list here.  Julie will put this back up.  Do

Page 46
1    you see that here in Exhibit 723 topic
2    number 3 is MyPillow's employment of the
3    following individuals and/or the service of
4    the following individuals on the MyPillow
5    board of directors, including the years of
6    their employment, their roles and
7    responsibilities, and the basis for the
8    termination of their employment and/or board
9    service if they are no longer employed by
10   MyPillow or a member of its board?"  Do you
11   see that?
12   A.  Yep.
13   Q.  And did you do anything to prepare yourself
14       to testify as to this topic?
15   A.  No.
16   Q.  Are you -- do you consider yourself the
17       person most knowledgeable at MyPillow to
18       testify as to this topic?
19   A.  One hundred percent, yes.
20   Q.  And so I'm not going to -- I just want to
21       start at a higher level first and ask if
22       you're familiar with the term "org chart."
23   A.  Yep.
24   Q.  Does MyPillow maintain any org charts?
25   A.  No.  I mean, we -- I could draw it out for

Page 47
1    you, but, yeah, we have different
2    departments.  This guy is, you know, in
3    charge of procurement.  This one here is, you
4    know, our CIO.  This is the COO.  This is the
5    CFO -- or not CFO, C -- yeah, we have -- we
6    have them, but we don't have them drawn out
7    for you or whatever.
8    Q.  So they're not -- they're in your head,
9        they're not in document form?
10   A.  That's right.  Everybody knows them, I think.
11       Down at the factory, you know who's the top
12       guy and then it goes down for each
13       department.  Chief procurement officer, he's
14       got like eight people in his department.  You
15       have the overall manager of the whole -- of
16       the whole building, of manufacturing, and
17       then you have different, um, managers under
18       him and then directors under him, stuff like
19       that.
20   Q.  I want to put up for you now what will be
21       Exhibit 725.
22   (Deposition Exhibit 725 was marked for identification.)
23       BY MR. FREY:
24   Q.  This is going to be a discovery document from
25       this case, which is MyPillow's fourth

Page 48
1    supplemental answers and objections to
2    plaintiffs' second set of interrogatories.
3        Have you -- have you seen this
4    document before?
5    A.  Probably not.  If I did, it was a long time
6        ago.
7    Q.  Do you understand what interrogatories are in
8        litigation?
9    A.  Yeah.  It's the answers.
10   Q.  Right.  So one party will ask various
11       questions and then you provide kind of like a
12       formal response in written form, correct?
13   A.  Okay.  Yeah.
14   Q.  And so I'll represent to you that this was
15       one of those responses from MyPillow.
16   A.  Okay.
17   Q.  And the question here on page 6 is:
18       "Identify all MyPillow executives and members
19       of the MyPillow Board of Directors from
20       January 1, 2020 to the present."  Okay?
21   A.  Okay.
22   Q.  And then on the next page, in the second
23       supplemental answer, MyPillow identifies the
24       following -- the individuals listed here.  Do
25       you see that?

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              49–52

Page 49

1  A.  Yep.  Yes.
2  Q.  So it identifies yourself, Michael Lindell,
3      as CEO and chairman of the board --
4  A.  Yep.
5  Q.  -- right?
6  A.  Yep.
7  Q.  And is that -- that's correct, right?
8  A.  Yep.
9  Q.  And outside of, I guess, the things we've
10     already discussed, what do you consider your
11     roles and responsibilities to be as CEO and
12     chairman of the board of MyPillow?
13 A.  Um, making a -- making decisions that a
14     normal CEO would make, I guess.  You're
15     overseeing the whole company, each
16     department, and -- I don't know.  That's --
17     making decisions to make the -- that the
18     company will -- for each -- each -- you're
19     basically -- for me, it's a little bit of
20     micromanaging and then the macromanaging
21     overall.  I've got good people working for me
22     now.  Like I say, we run it off deviations
23     and blocks.
24 Q.  And are you compensated in W-2 wages for your
25     services, CEO of MyPillow?

Page 50

1  A.  Yeah.  Yes.
2  Q.  How much are you compensated?
3  A.  Um, I don't -- to be honest with you, I don't
4      know.  I know it went up because they put a
5      keyman insurance policy if something happened
6      to me and that got added in there.
7          So I don't know.  It could be -- I
8      want to say 30,000 a week, maybe 20,000.  I
9      don't know.  The short answer is I don't
10     know.
11 Q.  Okay.  But maybe 20 to 30 thousand a week?
12 A.  Right.
13 Q.  And the next person listed here is Darren
14     Lindell as COO, which is chief operating
15     officer, correct?
16 A.  Correct.  Correct.
17 Q.  And what are Darren Lindell's
18     responsibilities as the COO of MyPillow?
19 A.  He watches mostly the production.  You know,
20     if he -- the day that you -- we have so many
21     different departments.  So he's working with
22     them, like our call center, our manufacturing
23     plant.  You know, he will look at -- he's
24     more into that, like we're -- not so much
25     the -- well, he does that, too.  He will work

Page 51

1      with basically every department, kind of
2      like -- and he will bring me, you know,
3      problems that he sees that are maybe bigger
4      than a day-to-day problem.  He tries to solve
5      a lot of the day-to-day problems where I
6      don't -- where I don't need to be involved,
7      so...
8  Q.  Okay.  And is Darren Lindell compensated for
9      serving as the COO of MyPillow?
10 A.  Yeah.  Yes.
11 Q.  And do you have an estimate as to how much
12     he's compensated?
13 A.  I don't know.  Maybe 3,000 a week.  I don't
14     know.  I don't know.
15 Q.  The next individual listed here is Jim
16     Furlong, president/board member.  Do you see
17     that?
18 A.  Yep.
19 Q.  And is -- Mr. Furlong is no longer president,
20     correct?
21 A.  That's correct.
22 Q.  When he was -- when he was president, what
23     were Mr. Furlong's responsibilities?
24 A.  He was mostly running our show department,
25     helping with our show department, and our

Page 52

1      show department that -- which was, like I
2      said before, 95 to 100 individuals that did
3      home shows and fairs across the country,
4      including Costco shows, and it was --
5      basically he was in charge with that show
6      department.  He actually did shows himself,
7      too, and he -- but that all went away when we
8      got cancelled in January of '21.
9  Q.  And was Mr. Furlong compensated through W-2
10     wages for serving as the president of
11     MyPillow?
12 A.  Yeah.  I think it was 1,500 or 2,000 a week.
13 Q.  The next person listed here is Brad Carlson,
14     chief business development officer.  Do you
15     see that?
16 A.  Yep.
17 Q.  And is Mr. Carlson the chief business
18     development officer today?
19 A.  No.  He's -- he's gone.
20 Q.  Was he --
21 A.  He got -- he got let go because we lost all
22     of our retail stores and because we -- we
23     had, you know, big layoffs with -- the last
24     couple of years with the decimation of
25     MyPillow.

Page 53

1        So Brad Carlson got let go earlier
2   this year.  We just didn't have work for him
3   because of the cancellations by all the
4   retailers in January of '21.
5   Q.  And what was Mr. Carlson's -- what were his
6   responsibilities when he was chief business
7   development officer?
8   A.  He just worked -- just working with
9   retailers.  Almost 99 percent of his job was
10  working with different retailers, from
11  Wal-Mart, to Costco, to Bed Bath & Beyond,
12  different ones, trying to get -- we would
13  get -- we had every box store, I guess, and
14  once you bring in new products, you do
15  different things.  That's what Brad did.
16  Q.  The next person --
17  A.  We tried -- we tried to keep him on as long
18  as we could, but it was -- that's one of the
19  sad parts of all this.
20       Go ahead.
21  Q.  Okay.  The next person listed is Jessica
22  Maskovich as chief marketing officer and
23  board member.  Do you see that?
24  A.  Yep.
25  Q.  Is Ms. Maskovich MyPillow's chief marketing

Page 54

1   officer today?
2   A.  Yeah, that's her title, I guess.  Yep.
3   Q.  What are Ms. Maskovich's responsibilities as
4   chief marketing officer?
5   A.  All she does right now is when we need a
6   commercial made, she makes the commercials
7   and she -- she's basically -- if I have a
8   commercial to be made, she'll put it together
9   and then she's only paid for the time she
10  puts in.  She -- that's her salary.
11       It's not a salary.  It's an hourly
12  wage when we do have a commercial that needs
13  to be made, which is maybe -- right now maybe
14  once every two months or three months.  It
15  takes about a week or two weeks for her to
16  put it together.
17  Q.  And was Ms. Maskovich also the chief
18  marketing officer back in the 2020-2021 time
19  period?
20  A.  Yes.  She had more responsibilities then
21  because we lost all our business since then.
22  Q.  Right.  So I was going to ask:  What were her
23  responsibilities in, you know, 2021?
24  A.  We would make more commercials.  She would
25  do -- we had more mailers going out.  We had

Page 55

1   more -- you know, we were -- we were busier
2   then, so she was -- it was almost every week
3   that we -- you know, she was doing stuff all
4   the time.  It was mostly with the
5   commercials, but there was a lot more.
6        And before we got -- before we lost
7   all our business starting in January of '21,
8   she just -- she's another one that we just
9   lost.  Her role was the same.  It just got
10  diminished because of the attacks on MyPillow
11  and all the business that's been lost.
12  Q.  The next person listed is Todd Carter, board
13  member.  Do you see that?
14  A.  Yep.
15  Q.  And is it -- is Mr. Carter also MyPillow's
16  chief technology officer?
17  A.  He's the CTO, yep.  Yep.
18  Q.  Okay.  And is -- was he the CTO kind of from
19  the time period 2020 through present?
20  A.  I don't know if he had that title, but, yeah,
21  he's -- yeah, he's the technology on --
22  technology, so if a website breaks or
23  whatever, you know, stuff like that, you
24  know.
25  Q.  So in addition to, you know, maintaining the

Page 56

1   website or troubleshooting the website, does
2   Mr. Carter have any other responsibilities as
3   the chief technology officer of MyPillow?
4   A.  No.  Website, the technology.  So if we
5   have -- we have another system called
6   Annaware.  If anything is down, I mean,
7   he's -- there's things that I don't
8   understand.  You've got like rack space and
9   all these different companies that are -- the
10  tech companies, he has to deal with them.  If
11  there's problems, he is a troubleshooter, I
12  guess, and he will get the right people on
13  it.  Mostly our -- it's mostly our big
14  engine, the website and the call center.
15  Q.  The next person listed is Jennifer Duneman.
16  She's listed is a board member; is that
17  right?  Duneman?
18  A.  Yep.  Yep.
19  Q.  And is Ms. Duneman still a board member
20  today?
21  A.  She's a board member, but she doesn't work
22  for the company.  She lost her job, too,
23  because of the 2021 -- January of '21 when
24  they took away all the shows.  She was in
25  that department, too, in the show department.

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                        57-60

Page 57

1    She was one that lost her job back then.
2  Q.  And when you say "the show department," is
3    that kind of like the live demo shows or are
4    you talking about --
5  A.  I'm talking about state fairs.
6        Costco alone -- when Costco
7    cancelled us, Costco alone was -- we had
8    shows -- every show -- you do like an 11-day
9    show.  You bring your products there.
10       Like a state fair, if you've ever
11   been to a booth at a state fair or a home and
12   garden show, we were -- we had a massive --
13   every state -- every fair that went on in
14   every state, every county fair; home shows.
15       Like I said, Costco, you would go
16   there and you would be there for 11 days
17   selling MyPillows and physically selling them
18   at the booth.
19       And that's what she -- she managed
20   that department and, um, that all went away
21   when Costco did their cancellation.  That was
22   kind of the last -- we couldn't -- so a lot
23   of people that lost their jobs.  She was one
24   of them.
25  Q.  And then Doug Wardlow, board member.  Do you

Page 58

1    see that?
2  A.  Yep.
3  Q.  Is he also MyPillow's general counsel, did
4    you say?
5  A.  Yes.  One of them.  One of them, correct.
6    Yep.
7  Q.  What are Mr. Wardlow's responsibilities as
8    general counsel?
9  A.  Trying to manage any -- any law things that
10   come in, such as this thing we're on the
11   phone with.  He hears about this stuff.  I
12   mean such that -- we're on this deposition
13   for.  Anything that would come in as any
14   legal things.  What a general counsel does.
15   You know, you run contracts by.  Used to be
16   pretty easy when you just run by retailers;
17   here is a contract for a retailer or
18   whatever.  Or if there would be any law
19   issues that come up.  Just what a normal
20   counsel would do, I guess.
21  Q.  And was he also the general counsel in the
22   2020 through 2022 time period?
23  A.  No.  That was Joe Springer in 2020.  Joe
24   Springer left us going into '21.  With
25   everything that was going on in '21, Joe

Page 59

1    Springer left.
2        And Joe -- so we lost him, too,
3    because of the -- he was afraid -- I think he
4    was afraid MyPillow was going to go under
5    because of all the attacks in January of '21.
6    And he was also a stockholder, Joe Springer,
7    and he wanted out, you know.
8  Q.  Did Mr. Springer share with you the reasons
9    why he -- why he left?
10  A.  Um, no, but he did with other people.  He --
11   you know, I think he did with other people.
12   He just didn't think -- he thought MyPillow
13   was going to go under.  He was very afraid of
14   going under, and I don't think he wanted to
15   be part of that.
16  Q.  So then after Mr. Springer left, Mr. Wardlow
17   became general counsel, right?
18  A.  I believe that -- yep, that was the timing.
19   Yep, that's correct.  And it was January of
20   '21 when the attacks all started.  Yep.
21  Q.  And you -- I believe you said --
22       (Simultaneous indiscernible crosstalk.)
23  A.  I've got about -- go ahead.
24  Q.  You said Mr. -- when Mr. Springer left, it
25   sounded like perhaps he left with other

Page 60

1    people as well.  Did other people resign from
2    MyPillow in the early part of 2021?
3  A.  No.  Nobody -- nobody quit other than --
4    other than Joe that I know of.  A board
5    member left, a guy named -- I've got to think
6    of his name.  Bob Roepke left our board in
7    January '21.  That's the only ones I know of.
8  Q.  And why did Mr. Roepke resign from the board?
9  A.  You'd have to ask him.  I don't know.  I
10   believe he -- he was my mayor.  I grew up in
11   the same town with him.  I've known him all
12   my life.
13       So I'm -- I think he was afraid of
14   the attacks on MyPillow.  That's what I
15   believe.  He didn't want to be -- because
16   MyPillow was just getting attacked and
17   cancelled and everything then in January '21,
18   and I think he didn't want any part of it.
19   He just -- felt bad for the company, but --
20   and -- you know, you'd have to ask Bob.
21  Q.  Did he ever --
22  A.  You guys --
23       (Simultaneous indiscernible crosstalk)
24  Q.  I'm sorry.
25  A.  No, I never talked to them -- I never talked

Page 61

1   to him since. I didn't -- I don't know. I
2   didn't talk to him back then about why he
3   left.
4   Q.  The other individuals listed here are Thom
5       Clapp, a board member. Do you see that?
6   A.  Yes.
7   Q.  Does Mr. Clapp also serve as an officer of
8       the company or is he just a board member?
9   A.  No. He has lost his job, too. He's gone.
10      He's gone.
11  Q.  What was --
12  A.  He lost his job.
13  Q.  What was his position?
14  A.  He was -- he was basically working in
15      philanthropy part about MyPillow. Like if
16      people called every day and they wanted help
17      like in shelters or whatever, he would sort
18      through them. He would help with people
19      in -- you know, that maybe are -- anybody
20      that needed help out there, if there were
21      hurricane victims or whatever, Thom -- that
22      was Thom's department.
23          And we were attacked so much that
24      we -- we didn't have -- we didn't have the
25      resource to give. I think the last time we

Page 62

1   gave stuff was in September of '22 when we
2   gave all the pillows to the hurricane victims
3   in Florida. That's the last time MyPillow
4   even had the resources to be able to do
5   anything.
6       So Thom didn't have really much to
7   do anymore and I didn't -- he didn't really
8   want to be around saying no to everybody,
9   sorry, we can't do it because we've been
10  attacked so bad and we don't have the
11  resources to do it anymore.
12      THE WITNESS: You guys, I've got to
13  take that break. You guys, I've got to take
14  that break now, if I could.
15      (Simultaneous indiscernible crosstalk)
16      MR. FREY: Yes, absolutely.
17      THE VIDEOGRAPHER: We are going off
18  the record at 10:46 a.m.
19      (A recess was taken.)
20      THE VIDEOGRAPHER: We are back on
21  the record at 11:02 a.m.
22  BY MR. FREY:
23  Q.  Okay, Mr. Lindell. We just took a little
24      break, but we're back on and we were talking
25      about the officers of MyPillow, looking at

Page 63

1       interrogatory responses.
2   A.  Yep.
3   Q.  And I think we had covered all of the
4       individuals there that were listed, and I
5       didn't see on there a chief financial
6       officer. Does MyPillow have a chief
7       financial officer?
8   A.  No. We called it a -- oh, my gosh, now I
9       forget the name. Um, um, controller. We had
10      a controller back then. He's no longer with
11      us, a controller. We've had different ones.
12          We had -- I forget what Mark's last
13      name was. He was our controller back then.
14      He left, like I say, when we started losing
15      millions of dollars. He left for another
16      company. I don't know if he left out of fear
17      that we wouldn't be around, he wouldn't have
18      a job.
19          And then we got another person.
20      He's gone. We've had four different
21      controllers since -- four or five since 2020,
22      since all this happened in January of '21.
23  Q.  Do you have a current -- so there is no
24      current controller?
25  A.  No. No. We -- we can't afford to hire

Page 64

1   anyone right now. That's -- the call I was
2   on was -- every day we try to make it to the
3   next day.
4   Q.  Okay. And then I just want to go briefly to
5       the next interrogatory there here on the --
6       the document on the screen.
7   A.  Yep.
8   Q.  It says, "Identify Lindell's positions or
9       roles at MyPillow from January 1, 2018 to the
10      present. For each position or role, state
11      Lindell's corresponding responsibilities."
12          Do you see that?
13  A.  Yep.
14  Q.  And then the supplemental answer says, "As
15      chairman of the board, Mike Lindell presides
16      at meetings of the board. As chief executive
17      officer, Mike Lindell oversees the strategic
18      direction of the company, proposes plans and
19      changes, manages and directs marketing,
20      manages and interacts with the executive
21      leadership of the company, maintains
22      communications with the board, monitors
23      company performance, and manages all aspects
24      of the company and its operations."
25          Do you see that?

MICHAEL LINDELL                                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                          65–68

Page 65

1  A.  Uh-huh.  Yes.
2  Q.  Is that response accurate?
3  A.  Um, I guess, yeah.
4  Q.  And does that description also accurately
5      reflect what your roles and responsibilities
6      were in late 2020 and in 2021?
7  A.  Yes.
8  Q.  So this says, right, that you manage and
9      direct MyPillow's marketing?
10 A.  Yes.
11 Q.  And so if MyPillow decided to advertise on a
12     particular platform or in a particular
13     manner, it was your decision to place those
14     advertisements or such advertisements?
15 A.  Not necessarily.  There's different
16     departments that would do it and they would
17     bring it before me.  I'd say go ahead.  I
18     mean, that's -- um, you know, I guess they're
19     out there recruiting.  Like I say, we have
20     recruiting for different ads and people call
21     us and want to advertise and they would run
22     it by me, I guess, for the majority if it's,
23     you know -- that's a yes.
24 Q.  Similarly, if --
25 A.  You're talking about -- you're talking

Page 66

1      about -- you're talking about two months that
2      were anomalies in history where I was very
3      much distracted.  So if there was any --
4      there might have been other decisions made
5      then that I didn't hear about, but for the
6      most part, I would probably hear about them.
7  Q.  How about sponsorship of events?  If MyPillow
8      sponsors a particular event, do you give
9      approval to that sponsorship?
10 A.  We don't -- we don't usually sponsor events
11     unless it's a charity or whatever or if it
12     would be like a -- it would have to be
13     advertising.  When you're talking about
14     advertising, if you're talking about, um --
15     what are you talking about, sponsorship or
16     advertising?  Which?  Will you specify what
17     you're saying?
18 Q.  Sure.  Sponsoring an event would -- an
19     example, I guess, would be the March for
20     Trump tour, right, that MyPillow sponsored
21     in --
22 A.  No, we didn't sponsor that.  We bought an ad
23     on a bus.  That was an ad on a bus, and
24     whoever did -- I wasn't even part of the
25     designing of the ad.  That was an ad on a

Page 67

1      bus, like a billboard.
2          That was -- the one you're talking
3      about was -- I believe that was -- we paid, I
4      think, 50 grand up till December of '14 --
5      December 14th of 2020 and it was an ad on a
6      bus that went across the country, I guess.
7          And just like any other ads we
8      bought, that was a -- that was 50,000.  It
9      was a bus and that -- we did not re-up that
10     because it did not produce an ROI.  The sales
11     were very dismal compared to other things we
12     did with billboards.
13         And ads on -- we've done ads before
14     on trucks and trailers, all kinds of stuff,
15     semis that we bought ads on.  So that was
16     very similar, but that one did not produce
17     the sales it should have.
18 Q.  And would you be able to track the sales that
19     related to that advertisement on the bus?
20 A.  If there was a promo code on there, which
21     there should have been.  If -- then yeah, but
22     I don't -- I know it wasn't performing
23     because we didn't up.  I remember they wanted
24     us to re-up the ad for another two months or
25     another month at least or something, and I --

Page 68

1      and the decision was made -- brought it to me
2      and I said, Absolutely not.  I said, I will
3      not -- I'm not going to -- you know, that's
4      branding and it didn't pay, so I did not
5      re-up it.
6  Q.  And, again, that's --
7  A.  I told them -- I told them -- I told them not
8      to re-up it.  You know, it's just like any
9      other ad they would call me on.  I would say,
10     No, it's not worth the money.  We couldn't --
11     maybe -- either the sales were low or it just
12     didn't pay.  That's all.
13 Q.  Would you consider yourself the primary
14     spokesperson for MyPillow?
15 A.  Um, the spokes -- the primary spokesperson?
16     I don't know what you mean by that.  I'm in
17     the commercials.  I'm in the commercials, you
18     know.  I guess I'm the brand.  I can be the
19     brand.  I'm in the commercials.  I'm in all
20     the commercials made.  We made a few, I
21     guess, without me in there, but for the most
22     part, yeah, I'm in the commercials.  I
23     don't -- I don't -- if I do a read on a show,
24     yes, I'm usually the one that does it.  We've
25     had -- we've had, um --

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                      69–72

Page 69

1  Q.  Who -- have you had -- have any other
2      MyPillow employees, officers, board members
3      ever done, you know, public promotions or
4      advertisements on behalf of MyPillow?
5  A.  Not -- not board members, but I have people
6      doing commercials.  They have -- we've had
7      different people doing commercials for
8      MyPillow and we've had -- absolutely.  But
9      not board members, I guess, that I know of.
10         Well, I take that back.  I guess
11     Jim Furlong, and I think they might have
12     been -- or Thom Clapp, I think, was in one.
13     Different people have done, I guess,
14     different spots in commercials or -- Jim --
15     you know, when you have shows, you have many,
16     many spokesmen because they are the talk --
17     they're the salesman, they're the spokesmen
18     for MyPillow.
19         So we probably had upwards of a
20     hundred people, I guess, maybe more, that
21     have been, when you talk about it like that,
22     that are a spokesman for MyPillow, a
23     representative at all the shows.
24         We've done -- I guess that's true.
25     We've done newspaper ads where they've spoke

Page 70

1      out.  They've, um -- I guess there's been
2      many, many.  It depends where you want to
3      draw the line.
4  Q.  Let me -- let me rephrase it this way, I
5      guess, then:  Would you -- do you consider
6      one of your roles and responsibilities to be
7      a spokesperson for MyPillow?
8  A.  When you say "a spokesman," I'm talking
9      about, yeah, I feel a responsibility to do --
10     when I do commercials, most of them I'm in.
11         We had to make one for -- we had to
12     make ones for different things where we've
13     had -- where I haven't been in there, but
14     then I've had some with my -- my other son
15     has been in them.
16         You know, um, if you're on radio
17     shows, there's been different people, not
18     just me, that have done the radio shows for
19     MyPillow where you've been on a show and they
20     talk about, you know, the -- they talk about
21     the company, maybe the company's -- when we
22     used to do -- or not when we used to do.
23         When we would be on radio and TV
24     shows, there were many spokesmen that would
25     go on there and say about the -- what the

Page 71

1      company is like to work for and how we help
2      people in addiction and help people -- we're
3      a faith-based company with Jesus Christ.
4          We've had different spokesmen out
5      there.  I can think of one, Melissa Huray.
6      She is still out there.  She does a whole
7      show talking about MyPillow.
8          We've had different people on radio
9      shows that represent MyPillow where they go
10     on and talk about -- and then we tell about
11     the specials or they might even tell about
12     the culture at MyPillow where -- like I say,
13     we're a company of second chance.  We have
14     people that work for us that come out of the
15     Salvation Army and Teen Challenge.
16         And we've been on many, many, many
17     talk shows and stuff about that, where it's
18     not me, it's other people representing
19     MyPillow that have maybe been saved or found
20     the Lord or they got out of addiction.
21         So, I mean, I guess that's very
22     broad, what you're saying there.  For myself,
23     I'm in the majority of the commercials,
24     though, if you are talking commercials.
25  Q.  How about in public appearances?  Is it fair

Page 72

1      to say that you often introduce yourself as
2      the CEO of MyPillow?
3  A.  I don't -- I -- I don't introduce -- I
4      don't -- I say, Hello, this is Mike Lindell,
5      and I used to say when I -- I just stopped
6      with the inventor of MyPillow.
7          In fact, I didn't like the word
8      "founder" when people say -- because I say
9      we're not made in China or whatever.  I
10     didn't find MyPillow.  I invented MyPillow.
11     That was my whole theme.  Hello, I'm Mike
12     Lindell, the inventor of MyPillow.
13         I wasn't, you know -- and now I
14     don't -- now -- if people introduce me now,
15     they'll say the -- you know, they don't
16     say -- they'll say "founder," like you guys
17     did or whatever.
18         They would still -- you know, it's
19     more powerful that you invented a product and
20     you built something with the American dream
21     than the other way, so...
22  Q.  Okay.  So -- so I apologize for the word
23     "founding."  So you would introduce yourself
24     as the inventor of MyPillow, right?
25  A.  Yeah, the inventor of MyPillow.  That was my

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              73–76

Page 73

1    whole thing.
2         When I go on places now, they --
3    now they don't say -- you know, if I go on
4    things now, they don't even bring it up.  I
5    mean, people -- I've done the commercial,
6    I've been on TV for MyPillow millions and
7    millions of times.
8         Up until 2016 or '17, it was
9    like -- just at that point, because I threw
10   out the first pitch for the Minnesota Twins
11   and they had counted with commercials over
12   3 million times.
13        So, you know, I think people know
14   that I'm the inventor of MyPillow, you know.
15 Q.  Uh-huh.  And also the CEO of MyPillow, right?
16 A.  I don't -- I don't know what they -- if
17   they -- if people -- if you ask people out
18   there, I don't know if they would know that.
19   They would know I'm the -- I don't know if
20   they would know my title, you know.
21 Q.  Is -- is one of your responsibilities as
22   the -- as the CEO of MyPillow to generate
23   awareness of the company?
24 A.  No.  My responsibility is all of our stuff --
25   all of our stuff is individually tracked,

Page 74

1    going back to 2010, by promo codes.  We did
2    fairs -- home show and fairs.
3         And the history is when we first
4    did print -- every single thing we do, what
5    if that was your only show.  So whatever you
6    pay for it, whatever you pay, here's what you
7    get back.  You know, here's your return on
8    your investment.  That's your offer of the
9    product, how much you pay for the ad.
10        We've never branded.  So what
11   you're talking about, is it branded.  I can
12   sit there today and go, um, hey, we're
13   sponsored by MyPillow.  You're not going to
14   sell anything, zero.  People don't buy stuff
15   based on a brand.  They -- it's a call to
16   action in an ad, whether it's print, radio or
17   TV or an email blast, whatever it is, or our
18   direct mailer.
19        Everything we track individually,
20   and if it doesn't work, if you pay too much
21   for it -- I did this for Major League
22   Baseball.  I did -- it's about here's your
23   product.  Here's your -- you know, back then
24   we bought so much short form, and that's what
25   the box stores all go by, how much you -- how

Page 75

1    much short-form media you buy.
2         When we were -- because we tracked
3    it all individually, we made that a success
4    where no other -- no other companies could do
5    that in the United States, anyway, where
6    the -- when I say that, like in 2011, when we
7    did our first infomercial, we made it so if
8    you track each thing individually, whether
9    it's in the middle of the night on CNN or,
10   like I said before, prime time on ABC or CBS,
11   whatever it is, we made that work.
12        So if you paid too much, you
13   wouldn't run the ad.  I'm not going to run an
14   ad if it doesn't produce.  You either break
15   even or make a little bit.  So by doing that,
16   we were able to make a success.
17        Other people that advertise on TV,
18   they're just branding.  I can't afford to
19   brand.  People would advertise like we did.
20   The products that have made it in the United
21   States are almost all MyPillow, MyPillow,
22   MyMattress Topper, MyTowels, MySlippers
23   and -- you know, there's like four or five.
24        Other things don't last that long
25   on TV because they're paying too much or they

Page 76

1    don't understand that that -- it might not
2    work in that spot or on this -- on CNN and
3    prime time because they want too much money
4    or they -- but it might work in the middle of
5    the night or on Fox at this time or whatever
6    it is.
7         So we -- you know, we don't brand.
8    When you say -- when you say awareness,
9    that's a -- we made our awareness because we
10   made our marketing work where it was direct
11   to consumer.
12        Even when I did the Minnesota
13   Twins, the Major League Baseball, we tracked
14   everything via promo code.  We did it in 2015
15   or '16.  So even the announcer was a separate
16   promo code, the pop-up in left field behind
17   homeplate, and another one.  There's five
18   different things and I tracked it for Major
19   League Baseball, each one, and we found out,
20   hey, these are -- behind homeplate is not
21   good because you pay too much for it.
22        So I bought their other products
23   and we made a deal, and then all of Major
24   League Baseball followed suit.  They reached
25   out to MyPillow and go, Hey, will you buy

Page 77
1  these ads?  And I said, Yeah, you guys are
2  overpriced on the one behind homeplate.
3       So it's just recognized a different
4  kind of marketing where we don't have to -- I
5  don't brand.  That's the bottom line.  What
6  you are talking about is awareness for a
7  brand.  You can do all the awareness you
8  want, but by the time you get that, you're
9  done.  You would be under.
10      I built my brand based on 2012 when
11  we weren't tracking anything.  In 2012 we
12  took in $100 million over six months and we
13  were -- I was 6 million in debt because
14  nothing was tracked right by these companies.
15  They didn't know what they were doing.
16      So I pulled it all in-house and
17  started tracking each thing, like what if I
18  had to live on just the -- just this one
19  show, like I did many times when I went show
20  to show for years by myself going show to
21  show, what if I had -- you would make
22  everything you could right for that moment in
23  time, and that's what I did for every radio
24  station, every newspaper in this country.
25      When I did newspaper, we're the

Page 78
1  number-one print ad in history in the United
2  States in every single ad, because we made --
3  if it didn't work, we paid too much, we
4  wouldn't buy it.  They were called remnant
5  ads.
6       So I would change the creative and
7  make it work.  I didn't just put "MyPillow,"
8  "buy MyPillow."  You know, they -- that's not
9  the way it works in good advertising.
10      So we've kind of got a -- our way
11  we do things is very unique and it's worked
12  since 2010 when I first did print, and then I
13  first did radio with Don Imus and I learned
14  then.
15      And, you know, it's how much you
16  pay and how much you get back in real time.
17  It's not like -- we're not like Coca-Cola or
18  Chevrolet or Nike and all these places.
19      That's why -- that's why MyPillow
20  did so well when -- when the virus first came
21  in, people quit watching radio, so I pulled
22  ads off radio.  They were watching TV.  And
23  everybody else was afraid to brand then, but
24  I was doing direct marketing and that's when
25  our sales went way up, the beginning of

Page 79
1  that -- beginning of the virus.
2       And so I was able to recognize the
3  people's change in behavior, what they were
4  going to do because I wasn't going to buy ads
5  on radio then to brand.  I would buy ads --
6  they were charging too much because nobody
7  was driving in their car listening, or like
8  on TV, though -- everybody was watching TV.
9       And everybody else was afraid to
10  brand.  Well, I wasn't branding.  I was
11  buying a direct ad for a lower price and I
12  was able to get that for a price, like, three
13  times lower than normal.
14      And we're direct sales and --
15  direct sales, so it's what -- I mean, we went
16  up.  That was our biggest increase ever, was
17  because we were tracking each thing
18  individually.
19      We were even able to buy TV
20  stations that we -- that normally were too
21  high a price that we could never buy, we were
22  able to buy them during that time.
23 Q.  So fair to say, then, you track -- you
24  tracked your ads with promo codes in real
25  time and you tracked --

Page 80
1 A.  And 1-8 -- and 1-800 numbers.  Remember, I
2  built my own call center.  So every promo
3  code has its own 1-800 number, too, so that
4  we can -- we get all the tracking.  So if it
5  doesn't make its number, you don't run it
6  again or you've got to change your -- what
7  you pay for it.
8       Just because -- I'll give you an
9  example.  Major League Baseball behind
10  homeplate, when you buy things à la carte,
11  that was the worst place for anybody to buy
12  because they charge too much for it, for what
13  you get back.
14      People have come to MyPillow -- the
15  way I market stuff, even back then, they have
16  come to me for expertise.  Companies that
17  have copied that, they're making it because
18  now they know where their best advertising
19  for their buck is versus advertising here and
20  it's not paying off, and they don't even know
21  if it is or not when you brand.
22 Q.  Mr. Lindell, let me just finish my question
23  here, if you will, please.
24 A.  Okay.
25 Q.  So you track your ads via promo codes and the

MICHAEL LINDELL                                              August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                    81–84

Page 81
1    1-800 numbers, you see when it's doing well,
2    and you try to place your ads in the place
3    where they'll get the most return for the
4    lowest cost. Fair?
5  A.  Yeah. You treat each one of them
6    individually. Now, there is a difference --
7    now, there is one other kind that I not --
8    that I forgot to tell you.
9         We also in 20 -- in 2015 or 20 --
10   let's see. 2014 or '15 or maybe -- no, maybe
11   it was 2012. It was somewhere in the 2012,
12   '13 era, I went with -- I started with Salem
13   Media. This all started with radio first.
14        I went to them because they would
15   say we have this many impressions, and I
16   would say, Well, that doesn't impress me. I
17   said, If you have such a good product, that
18   means that people are listening and watching.
19   You know, our demographics back then were
20   like 45 years old and older, I learned that,
21   and -- for MyPillow.
22        So Salem Media was the first ones
23   to do it with rev shares. So they got --
24   they would put up their reads and we would
25   put up our products. So they would get a rev

Page 82
1    share. So -- and that just exploded. So we
2    had podcasters and radio shows. They all got
3    a rev share. So that's different.
4         If they want to run it wide open,
5    that's their choice. We were guaranteed X at
6    MyPillow then, back when we started the rev
7    share program in 2012 or '13.
8         So many podcasters jumped on board
9    and many radio stations jumped on board
10   because they could sell -- rather than sell
11   ten ads for $1,000 apiece, they could run
12   three MyPillow ads back then and they would
13   make more than they did in all ten, so they
14   could either sell the other seven or just run
15   Pillow -- MyPillow wide open.
16 Q.  And that's a revenue-sharing agreement --
17 A.  That was revenue sharing. Yep.
18 Q.  We'll talk about that later. Okay. Okay.
19   All right. I want to talk --
20 A.  My point being --
21        (Simultaneous indiscernible crosstalk.)
22 Q.  Mr. Lindell, there's no question.
23 A.  No, I just want to put something in there,
24   though, real quick.
25        So I don't -- when it's a rev

Page 83
1    share, I don't make the decision. If they
2    want to run it ten times or do whatever,
3    that's their business because I have nothing
4    to lose. You follow me?
5  Q.  Understood.
6  A.  So that -- that's not where -- let's say
7    it's -- if I wouldn't think it's successful,
8    that person -- they have to make their own
9    decision there if they want to run the ad or
10   not. That's not my decision then.
11 Q.  How many -- well, we'll talk about revenue
12   sharing later.
13 A.  Yep.
14 Q.  So those are as -- in your roles and
15   responsibilities, we discussed what was in
16   that interrogatory answer. We discussed that
17   you are a spokesperson for MyPillow, even if
18   not the only spokesperson for MyPillow,
19   correct?
20 A.  Define "spokesperson." I mean, when you --
21   there's hundreds -- when you -- if someone is
22   out there, an employee that's doing a thing,
23   they're a spokesperson, I guess. They're
24   selling MyPillow. Yes. The answer is yes.
25 Q.  You appear in -- you appear in commercials

Page 84
1    and advertisements and --
2  A.  Right.
3  Q.  -- in public and market the company, right?
4  A.  Yes.
5  Q.  And that that rog response also says you
6    manage all aspects of the company and its
7    operations. I believe we talked about that
8    before, right?
9  A.  Yes.
10 Q.  There is a couple other employees on this
11   list here in topic number 3 that I just want
12   to confirm their employment by MyPillow.
13        The first is Dawn Curtis. Is Dawn
14   Curtis a MyPillow employee?
15 A.  Yes.
16 Q.  Is Nick -- and was Dawn Curtis a MyPillow
17   employee in 2021?
18 A.  She -- she's been in a role for a long time.
19   She ran our radio for a long time. I
20   don't -- I forget what year. It goes all the
21   way back. She takes care of radio and
22   podcasts, that's her role.
23        And like I used to do -- here's --
24   we don't let just anyone sell MyPillow. They
25   have to try the product, believe in the

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              85—88

Page 85

1    product. And I used to get on the phone with
2    all the podcasters and radio hosts back then,
3    no matter who they were, so that we would --
4    they would believe in the product. I didn't
5    want them selling our product just to sell
6    it. I wanted them to really believe in our
7    company and our products.
8         So Dawn started doing that, where
9    she would get on the phone, no matter what
10   the host, and do the -- send them the
11   product. They didn't get to start. They
12   would have to take it. And then if they had
13   a problem, we would give them a different
14   size of MyPillow. So she did that.
15        Then she started -- so she tracks,
16   like, radio and podcasts. That's her --
17   that's her two things. She will track that.
18   She's been doing that for a long time.
19  Q.  Okay. The next individual is Nick Dressen.
20  A.  Yep.
21  Q.  Is Nick Dressen a MyPillow employee?
22  A.  Yes.
23  Q.  And was Nick Dressen a MyPillow employee in
24       2021?
25  A.  Correct.

Page 86

1   Q.  And what is -- what are Mr. Dressen's
2        responsibilities?
3   A.  Now, I don't know in 2021, but I -- if he was
4        still -- if he was doing what he is doing
5        now. Right now he does all the emails and
6        texts.
7             And so they set up like the promo
8        codes and emails -- promo codes, phone
9        numbers for every -- every single email that
10       goes out is, like I say, tracked
11       individually.
12            He's -- that's his full-time job
13       now, and I don't know if it was back in '21.
14       I'm not sure, but I -- like I say, I don't
15       know if it was him or not then, but it is
16       now.
17  Q.  How about Jennifer Pauly Hunter? Is
18       Ms. Hunter a MyPillow employee?
19  A.  No. She -- she lost her job because of
20       the -- earlier this year when we had -- it's
21       been one layoff after another with the
22       decimation of our company, the -- the attacks
23       and the lost business since 20 -- January of
24       '21. So she -- she lost her job. We had a
25       big layoff this spring, and so she's no

Page 87

1    longer with us.
2   Q.  And what was -- was she with -- was she a
3        MyPillow employee in 2021?
4   A.  Yes.
5   Q.  And what was her role at that time?
6   A.  It's -- it's technology, like if computers
7        were -- needed fixing or -- she worked in IT.
8   Q.  Was Ms. Terri Pietz, P-I-E-T-Z, a MyPillow
9        employee in 2021?
10  A.  I don't know. I don't know. Probably, I
11       guess. Yeah, I think she was.
12  Q.  And do you recall her roles and
13       responsibilities?
14  A.  She did -- she did -- hung pictures, went and
15       got -- went to -- she's just a utility,
16       just -- I guess hung pictures, decorated.
17       Um, she lost her job, too.
18            There was -- she did -- I guess she
19       did stuff a little bit with -- maybe in the
20       giveaway department, like where you give away
21       pillows, like with Thom and them, and --
22       yeah, that's about it, you know.
23            She didn't -- she didn't have a --
24       she didn't have a role other than, you know,
25       if you need flowers put in a lobby or

Page 88

1    whatever, kind of -- that kind of role.
2   Q.  Do you recall if Ms. Pietz worked on the
3        MyPillow newsletter?
4   A.  I have no idea. No idea. I don't know if --
5        I've never seen the -- I've probably looked
6        at one newsletter in my life of MyPillow.
7   Q.  That's the --
8   A.  I have no idea. The employees do it. Then
9        they -- it's employees that do it. I have no
10       idea. I've never looked at one. If I did,
11       it may have been years ago. I don't ever
12       remember reading one in its entirety.
13            We used to -- I know we did a thing
14       where back in the day we wanted employee of
15       the month and we were doing a thing -- or
16       employee of the week or whatever. I think
17       that's way back in the day. That's the
18       newsletters I remember of -- or remember.
19            But I have no idea about any
20       newsletter. I never see a newsletter.
21  Q.  Okay. I want to show you a document here. I
22       think it will be Exhibit 726. My colleague
23       will put it on the screen.
24            MR. FREY: For the record, it's
25       produced with Bates number DEF027329.

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                      89—92

Page 89
1  (Deposition Exhibit 726 was marked for identification.)
2       BY MR. FREY:
3  Q.  Do you see here it's a February 2021 email?
4      The top email is from Sarah Cronin to Terri
5      Pietz.
6  A.  Okay.
7  Q.  And below that Terri emails Sarah and says,
8      "Let me know if approved.  Newsletter -
9      Updated."
10          Do you see that?
11  A.  Yep.
12  Q.  And then if you scroll down, it's the
13      MyPillow newsletter, January/February 2021,
14      and it is referencing that Absolute Proof
15      documentary, correct?
16  A.  Okay.  Yep.
17  Q.  And so would this have been part of
18      Ms. Pietz's -- does this refresh your
19      recollection as to whether Ms. Pietz was
20      involved with the employee newsletter --
21  A.  I've never seen --
22          (Simultaneous indiscernible crosstalk.)
23  A.  I've never seen this in my life, and I have
24      no idea what Terri -- that Terri -- if Terri
25      was involved in this.  I've never seen this,

Page 90
1      as far as I know.
2          (Simultaneous indiscernible crosstalk.)
3  A.  Terri put -- like I say, Terri Pietz was --
4      she was just an office worker.  If someone
5      needed flowers, if they needed something in
6      their cubicle, if they needed pictures hung,
7      this is what she does -- she did.  It
8      was basically you tried to find work for her.
9          So if Sarah reached out to her to
10      add that to the newsletter because we were --
11      because this movie was going to get
12      distributed to the employees, I don't know.
13      I have no idea.  You'd have to ask Sarah or
14      Terri.
15  Q.  And when was --
16  A.  It looks to me like Sarah was reaching out to
17      her like any other -- huh?  Go ahead.
18  Q.  I was going to say:  Was Absolute Proof
19      distributed to the -- all the MyPillow
20      employees?
21  A.  I have no idea, absolutely no idea.  It
22      wasn't -- it wasn't -- it wouldn't have been
23      on my direction.  I was too busy with getting
24      cancelled and making the movie.  I know where
25      I was every minute up to that movie, up to

Page 91
1      that movie.  So I have absolutely no idea
2      with this newsletter.
3          I mean, it was big news when
4      Absolute Proof came out, but that was on
5      February 5th of 2021.  So, you know, I don't
6      know why this would be -- I guess this is
7      news from January and February that Mike
8      Lindell came out with a movie.  I don't know
9      why this was up there and I don't know if it
10      went to the employees.  I have no idea.
11          I don't even know if this thing
12      went out or -- I don't see the newsletter
13      other than a picture of Absolute Proof.  So I
14      don't know.  I mean, where's the guts of the
15      email -- or the newsletter?  It just says,
16      "Absolute Proof."  I don't get it.
17  Q.  So it says here --
18  A.  Oh, see, now you're scrolling down.
19  Q.  Yeah.
20  A.  So Martin Luther King.  I guess this is just
21      the news of the last two months in the
22      public.  I don't know.  They've got Martin
23      Luther King.
24          Scroll down a little bit.  You're
25      kind of hiding stuff here.  Well, scroll down

Page 92
1      a little bit.  I want to see the rest of the
2      newsletter.  So you have Martin Luther King
3      on there.  So this is a newsletter saying --
4      to the employees maybe of the previous month.
5      Why are you hiding Martin Luther King on
6      here?
7  Q.  We're not.  So we're going to start at the
8      top of the newsletter.
9          Mr. Lindell, I'll tell you if you
10      have -- maybe we should get your laptop out
11      or your tablet, because then you could have
12      full control of the document.
13          We're not trying to hide anything
14      from you.  We will publish -- we've published
15      this document to the court reporter and to
16      your attorney and to you.  If you will open
17      up a tablet, you can manipulate it any way
18      you want.
19          Go ahead and ask how you want it
20      scrolled and we'll scroll through it.
21  A.  Just go ahead and scroll.  This is the first
22      time I've seen this.  You're asking me to
23      explain something here.  Scroll down the
24      document and then come back up to the top and
25      I probably can say if I've even -- what this

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              93–96

Page 93

1    even is. I've never seen this before in my
2    life.
3        I've never read a MyPillow
4    newsletter. I don't even know who it goes to
5    within our employees. This doesn't go out to
6    the general public, I know that. That's a
7    fact.
8        "We must learn to live together as
9    brothers or perish..." Okay. "Welcome New
10   Employees. MyPillow Apparel."
11       Okay. So I've never seen these.
12   It looks to me like it's a -- it's just for
13   our internal employees, and then I could see
14   where Terri Pietz would be helping. She is
15   the utility player, where Sarah said, here,
16   you know.
17       "Happy President's Day." I mean --
18   okay. I get it. So now continue with your
19   questions. I get it. This is just a --
20   "...stood to give a testimony about MyPillow.
21   This young lady..." One scripture -- it
22   talks about God. "Thank you everyone for
23   your hard work." Okay. I've got it. Yeah.
24 Q. Yeah. So my question really was just if
25   Terri's roles and responsibilities included

Page 94

1    sending out the employee newsletter for
2    MyPillow. That's --
3 A.  I have no idea. I've never read one. I
4    don't even know if it goes on. I didn't know
5    when it was stopped. I don't know if we
6    continued to do it. I don't know when it
7    started. I don't know. I think that would
8    be a question for probably Sarah Cronin.
9        I would say Terri did not -- I
10   don't know if she would have anything to do
11   with it, other than what Sarah just sent her
12   there because, like I say, if she's in and
13   you needed help hanging signs -- or I mean
14   pictures, if you needed help wiping windows
15   down, if you needed help moving something, if
16   you needed help -- it looks to me like Sarah
17   reached out to her to help her with that,
18   something with that newsletter. That's all.
19       Terri Pietz had no significant role
20   like that at all. That's -- she would have
21   helped that day. As far as I know, you know,
22   that wasn't her role, to make a newsletter.
23   That's a fact.
24 Q. Okay. We can move on.
25       Todd Taylor. Was Todd Taylor a

Page 95

1    MyPillow employee in 2021?
2 A.  Yes.
3 Q.  And what was his --
4 A.  Yep.
5 Q.  What was his position?
6 A.  He is a manufacturing -- he is the manager of
7    a building, one of our buildings. I don't
8    know how many we had in 2021, but he is a
9    manager of one of the buildings and -- he is
10   the overall manager of that building.
11       So you have, you know,
12   manufacturing, inventory under him,
13   procurement. He would be the building
14   manager that kind of oversees all the
15   departments within that building, and that's
16   it.
17 Q. And how about Kim Rasmussen? Was
18   Ms. Rasmussen a MyPillow employee in 2021?
19 A. No, I don't believe so. I think she left
20   in 20 -- I don't know exactly when she left,
21   but it was either the -- she might have left
22   in 2021, but I think it was 2020 or maybe
23   even 2019. I don't know.
24 Q. And did she -- she left MyPillow completely?
25 A. Yeah. She left MyPillow completely, whenever

Page 96

1    she did leave. In fact, she had an employee
2    agreement where she -- she -- she just wanted
3    to retire early, I guess, and she -- she had
4    been with me a long time, since 20, I
5    believe, 10 and she left -- she even had to
6    leave some of her stock because, you know,
7    there was employee agreements. She just
8    wanted to retire.
9 Q. What was her role with the company before she
10   retired?
11 A. She was accounting. Accounting. Just
12   accounting, that's it.
13 Q. Let's move on to topic number 4 in the
14   notice, which is the authority, practices,
15   procedures, and responsibilities of the
16   MyPillow Board of Directors from January 1st,
17   2016 to the present.
18 A. Okay.
19 Q. Now, consistent with our prior discussion, is
20   it my understanding that you did not do
21   anything specifically to prepare yourself to
22   testify as to this topic today?
23 A. Not one thing, other than less than five
24   minutes with my attorney this morning. He
25   said, Remember, we've to get on time.

Page 97

1  Q.  Do you consider yourself the person most
2      knowledgeable at MyPillow to testify about
3      this topic?
4  A.  Yes.
5  Q.  So I want to talk -- we've gone through who
6      some of the board members were.  I just want
7      to get an understanding of kind of the
8      cadence of board meetings and what the board
9      does.
10         So how often does the MyPillow
11     Board of Directors meet in a given year?
12 A.  Back then, if you go back to 20 -- I don't
13     know how far back you want to go.  There were
14     times we've had up to one meeting a quarter.
15     There's been times it's been less than that,
16     maybe once a year, twice a year.
17         It just -- we haven't had one now
18     in quite a while because it's been living day
19     by day because we're -- you know, we don't
20     have any money left anywhere.  So they -- so
21     we -- we're going day by day trying to stay
22     alive.
23         But we had a lot -- like I say,
24     we've had anywhere from, I'd say, maximum
25     four in a year to we might not have one for a

Page 98

1      whole year, like this last year, because
2      we've been --
3  Q.  And so is it fair to say, then, there's not
4      like a preset schedule for the board
5      meetings, they're just kind of called when
6      needed?
7  A.  No.  No.  Usually when you had a board
8      meeting when it was -- when we had all our
9      structure before all the attacks and before
10     we lost just complete disarray with -- in
11     January of '21, we would have -- whenever we
12     had a board meeting, we would set the time
13     for the next board meeting.  It would usually
14     be three months out.  We did this like
15     clockwork up until we were attacked and lost
16     everything in January of '21.
17 Q.  So then --
18 A.  It was like clockwork.  You could set your
19     watch by it.
20 Q.  Okay.  So there was a regular cadence to
21     meetings pre-January 2021, and then since
22     that time it's been more kind of ad hoc?
23 A.  I don't even -- I don't even know how many
24     we've had then or what we've done then
25     because it was -- it's -- like I say, we've

Page 99

1      been on the defense trying to stay alive with
2      MyPillow with all the attacks and the losses
3      and the cancellations.
4          And, you know, I'm sure we've had
5      some.  I just don't know.  I couldn't tell
6      you the -- the schedule hasn't been like it
7      was prior to that, where every time you had a
8      board meeting, you scheduled the next one.
9      You read the prior minutes.  You schedule the
10     next one.  It was like very clockwork.  But
11     everything changed in January of '21 going
12     forward for everything.
13 Q.  So since January of '21, how does a call for
14     a meeting come about?
15 A.  I guess probably Doug Wardlow would say we've
16     got to schedule a corporate -- we've got to
17     schedule a corporate board meeting.  I think
18     you're -- I think you're required to -- you
19     know, in a time you can't -- you've got to
20     have so many in a period or whatever.  He'd
21     just put, you know, we have to have one.
22     That's been brought up before with Doug,
23     so... Our corporate attorneys usually call
24     the meeting.
25 Q.  Okay.  That's what I was going to ask, who

Page 100

1      decides to have the meeting.  It's the
2      corporate attorneys?
3  A.  Yeah.  I believe so, yeah.
4  Q.  Does someone prepare an agenda for the
5      meetings --
6  A.  Oh, yeah.
7  Q.  -- in advance?
8  A.  Yeah, and that's done by usually the
9      corporate attorneys.  I believe so.  They set
10     the -- yeah, I think that's Doug Wardlow that
11     sets all of that.
12 Q.  And then those are disseminated to the board
13     members in advance?
14 A.  Yep.  You get all the -- you get all the --
15     and then you agree to all the stuff from the
16     prior minutes.  Everybody has to approve
17     that, just like a normal board meeting.
18     Yeah.
19 Q.  Okay.  That was going to be my next question.
20     So minutes are prepared of the board
21     meetings?
22 A.  Yeah.  Of course they are.
23 Q.  And are those minutes maintained anywhere?
24 A.  Yes, I believe so.  You would have to ask the
25     attorneys.

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

Page 101

1  Q.  And then following the meeting or in advance
2      of the next meeting, the minutes will be
3      disseminated to the board, right?
4  A.  A hundred percent.  We have a person
5      keeping -- you know, typing stuff up during
6      the board of everything that was talked
7      about.  It's -- you know...
8  Q.  Okay.  And how is it determined what issues
9      will be discussed at the board meeting?
10 A.  We just have a -- it's always structured.
11     You have a chairman's report, maybe a -- each
12     department, I think, reports.  There's like
13     three or four.  I think there is four
14     different departments.
15          The legal department, they make --
16     they do theirs.  I have my report.  I know
17     the lawyers have their report.  Um, I don't
18     know if there is a report from manufacturing
19     or not.  I don't know.  I'd have to look back
20     and see.
21          I just know that the -- usually
22     the, um -- it seems like lately it's the
23     legal department that has the biggest
24     report --
25 Q.  Okay.  Are board members --

Page 102

1  A.  -- because of -- because of things like this.
2          Are board members what?
3  Q.  Are board members permitted to raise issues
4      at a meeting that are not --
5  A.  A hundred percent.
6  Q.  -- on the agenda?
7  A.  Absolutely.
8  Q.  And what types of issues do board members
9      raise?
10 A.  Well, I'll give you one.  In January -- or in
11     August of 2016 -- and this is very public.
12     I've said it before.  In fact, I think it's
13     even in my book.
14          I was the media's darling.  I could
15     walk across the street and every outlet would
16     say, Mike, how many employees are you hiring
17     today?  How many more employees?  Wow, you're
18     hiring.  You're helping people off the
19     street.  You've given millions of dollars to
20     help the homeless and all this stuff.
21          And then I went to -- I never voted
22     in my life.  I went to a meeting in the
23     summer of '21.  I was invited to it by Donald
24     Trump.  He was running for office and I went
25     to that meeting August 15th, 2016 and I met

Page 103

1      with him and I told him about that I used to
2      be an ex-crack cocaine addict.  I said I -- I
3      have this network, the Lindell Recovery
4      Network, where I help people.  He said, I'm
5      going to stop the drugs pouring in.
6          I had this conversation with this
7      guy.  I never even -- I never even watched
8      The Apprentice.  I certainly never met a
9      presidential candidate.
10         I got out of that meeting.  It was
11     just him and I, and I went -- I asked his
12     employees -- there was no agenda.  He didn't
13     want money or anything.  He just wanted to
14     know what it was like to manufacture here in
15     the US and how it was working for me, and it
16     was -- and I said it was great.  I said -- I
17     went and talked to his employees and all
18     employees validated what I had just seen,
19     great man, great person.  He had helped them
20     individually.
21         So I got back to Minnesota and I
22     went -- we had a board meeting then,
23     actually, and I said, I want to do a press
24     release.  I met Donald Trump.  And I said,
25     You guys, this guy -- he would be amazing.  I

Page 104

1      said, I want to tell people, you know,
2      this -- this would help businesses and stuff.
3          And at that time Joe Springer, who
4      was our -- our in-house attorney -- he might
5      have been just an outside counsel.  I don't
6      know if he had been hired inside then or not,
7      but he was on the board and he said, If you
8      do the press release, you're going to lose
9      half our business.  And I said, Why?  Why
10     would that matter if I -- if I did that?  I
11     said, You know, I'm just -- it didn't make
12     sense to me.
13         And he -- because I was doing --
14     this was me as an individual, not as
15     MyPillow.  And he said -- and I said, This is
16     me as an individual.  It had nothing to do
17     with MyPillow.  He says, Well, you would hurt
18     MyPillow.  I go, Why?  That doesn't make
19     sense to me.
20         And so he put in his two cents
21     there, you know, and they -- so it was things
22     like that where, yeah, there could be
23     pushback on anything.
24         And so -- by the way, I did that
25     press release and I was attacked by all the

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
105–108

Page 105

1  media at that time. They called me a racist.
2  They called me a drug dealer. And I said,
3  No, I never dealt a drug in my life. I tried
4  to rid Minneapolis of drugs by doing them
5  all. And I had my recovery network and all
6  this stuff, and they just attacked me.
7          And the Better Business Bureau took
8  me from -- took MyPillow from an A plus to an
9  F. They didn't do anything. In fact, they
10  were -- you know, they had nothing to do with
11  Mike Lindell then and it was like -- this is
12  unbelievable. I could not believe it back
13  then what they -- what happened.
14          But -- so, yeah, there is an
15  example right there.
16  Q.  So that board member pushed back and said why
17      would you -- why would do this and --
18  A.  Can I --
19  Q.  -- ultimately --
20  A.  Right.
21  Q.  -- the company went forward and you did issue
22      the press release, right?
23  A.  No, no, no, not the company. Mike Lindell as
24      an individual. Let's get that straight.
25  Mike Lindell. This was he telling me not to

Page 106

1  do this. I said, I'm my own person and I
2  said, I didn't go out there and say,
3  "MyPillow." I went out there as Mike
4  Lindell. If you read my book, you'll see
5  that.
6          This was a -- this was Mike
7  Lindell. Had nothing to do with MyPillow,
8  and I told him that. Why would -- it didn't
9  have anything to do with MyPillow. This is
10  me, Mike Lindell.
11          I had a private meeting with Donald
12  Trump talking about addiction and people, and
13  he says, I'm going to stop the fentanyl
14  pouring in. This -- when I got my first
15  taste of that.
16          So then the Better Business Bureau,
17  we were up for their highest award, their
18  Torch Award, they came in and attacked
19  MyPillow, but they had nothing to do with
20  anything, very similar to this right here
21  actually, now that I think about it.
22  Q.  Let me ask, Mr. Lindell, why were you
23      discussing your personal decision at the
24      MyPillow board meeting?
25  A.  I didn't -- I didn't bring it up. This

Page 107

1  was -- somebody brought it up. Joe brought
2  it up. I didn't bring it up and say that I
3  was going to do this. Somebody brought it up
4  to him and he brought it up to the board
5  meeting. I heard you're going to go out and
6  do a press release. Joe Springer brought it
7  up. I didn't bring it up. Somebody had
8  talked to him internally or whatever.
9          You know, what I did with myself, I
10  didn't tell -- I didn't go in the board
11  meeting and say, I'm going to have a private
12  meeting with Donald Trump. I mean, you know,
13  this is something that he brought up. And I
14  said -- and I'm defending myself going, um,
15  I'm my own person. Joe, what you do in your
16  off time is your time. Him and I got in an
17  argument over it.
18          You know, he was a very -- this is
19  when I first learned about politics. He was
20  a very left-leaning liberal, and I didn't
21  know a Democrat from a Republican or liberal
22  from a conservative then. I had never voted
23  in my life. I was an ex-crack cocaine
24  addict.
25          I'm going, What are you talking

Page 108

1  about? I said, I want to help people. My
2  thing was to help people out of addiction and
3  to Jesus Christ. That was my thing there.
4          He didn't say anything when I spoke
5  in churches all over the country and -- about
6  addiction or -- you know, all of a sudden he
7  brings this up there. I'm going -- you know,
8  it was an argument. I'm going, What I do in
9  my time is my business. What you do in your
10  time, Joe, is yours. And -- and that was the
11  argument.
12  Q.  And so that -- you were giving me that as an
13      example as an instance in which a board
14      member can raise an issue that's not on the
15      agenda?
16  A.  Right. They raised -- right. They raised an
17      issue that's not on the agenda, and that's
18      one that's even in my book, you know.
19          And then he -- and then when the
20      Better Business Bureau comes out and takes us
21      from an A plus to an F, he's going kind of
22      like, see, I told you so. I'm going, You
23      know what? What I do on my own time -- what
24      they did was so horrible to MyPillow, which
25      had nothing to do with what I did and it was

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                    109–112

Page 109

1  a -- you know, it would be -- you know, I
2  guess that was, you know -- I'm not saying he
3  was right or wrong, but what I do on my own
4  time was none of his business and what he
5  does -- that was my point to him.
6       And there are things like that
7  would come up, but not -- you know, another
8  example would be my -- you know, let's say
9  they would bring it up.  They'd go, Mike, I
10  think we should -- another thing was that --
11  Joe brought up in the summer of 2014 our
12  inventory was very high.
13       I remember the specific
14  conversation with, again, that Joe Springer,
15  and he was so worried because our inventory,
16  which was paid for, it was all our profits,
17  our inventory was like 30 or 25 or 30 million
18  dollars and that was our profit.
19       And if we didn't have a way to sell
20  that, the employees, like we talked earlier,
21  would have to pay taxes.  They would be taxed
22  on that because that income was sitting in
23  inventory.
24       And I said -- and I had to say --
25  it was -- it was -- and he was right.  I

Page 110

1  said, You know -- I said, All I know is we've
2  got to pray to figure out a way to sell this
3  inventory because otherwise the employees
4  would, you know, be paying taxes on that
5  because our media -- our half-hour
6  infomercials have fatigued.  There's a
7  fatigue level.  Once you run them for so
8  long, they fatigue.
9       So we had all this paid-for
10  inventory, which was profit, but you can't
11  pay taxes on inventory.  I mean, you can't
12  say, Here you go, IRS, take some slippers and
13  take some pillows.
14       And I remember him going, you know,
15  we can't -- we have to do something,
16  whatever.  And I'm going -- you know, he
17  didn't have the solution.  I said -- I said,
18  You're just going to have to trust.  I'll
19  find different ways to market to get rid --
20  to sell this stuff before the end of the
21  year.
22       That's when we came out with our
23  one-minute commercial, which is also in my
24  book, and that was in November of 2014.
25  That's when we finally made a commercial that

Page 111

1  worked of one minute.  Before they were
2  half-hour commercials.
3       So we sold enough in November and
4  December, which I had told -- you know, Joe
5  didn't have an answer.  His pushback was:
6  Look what we've got here.  We've got a big
7  problem.  What are you going to do about it,
8  Mike?  I'm going, okay, yeah, that is a
9  problem, because -- and so things like that
10  would get brought up.
11  Q.  Okay.  All right.  I want to look at a
12  specific example of board minutes that we
13  have.  My colleague will place it on the
14  screen and publish it to the court reporter.
15       MR. FREY:  This will be Exhibit
16  727 --
17       MS. LOFTUS:  Actually, it's --
18       MR. FREY:  Oh, I'm sorry.  This has
19  already -- for the court reporter, this has
20  already been marked as Deposition Exhibit
21  666.
22  BY MR. FREY:
23  Q.  Mr. Lindell, do you recognize these as board
24  meeting minutes from October 5th, 2021?
25  A.  That's what it says, correct.

Page 112

1  Q.  Have you seen these -- this document before?
2  A.  No.  I'm looking at it now.  I probably did
3  back then, but I don't recall.  But, yeah, I
4  mean, I've seen documents.  This would have
5  been -- this would have been, I guess,
6  presented to us before we started the
7  meeting, correct?
8  Q.  And at the start here it says that, "Mike
9  approved minutes.  Doug set motion - Jen
10  seconded."  Right?
11       So that's the board voted to
12  approve the prior minutes?
13  A.  Correct.  Correct.  Correct.  Correct.
14  Q.  Then a vote to remove board members.  So
15  Wayne was removed for health reasons and then
16  there is the Bob Roepke resignation that
17  you --
18  A.  Yep.
19  Q.  -- previously disclosed, right?
20       And again, then, here the board
21  votes --
22  A.  Yep.
23  Q.  -- on that?
24       Then there is a motion to set the
25  board to 12 members, right?

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                113–116

Page 113

1  A.  Okay.  Yep.
2  Q.  Okay.  And various other motions and votes
3      regarding who the board membership will be,
4      right?
5  A.  Yep.
6  Q.  Then we scroll down and there's a UK update
7      and discussion, and this is pertaining to the
8      UK business line; is that right?
9  A.  Yep.  Right.
10 Q.  All right.
11 A.  The UK -- the UK -- let's go back to the UK.
12     Yeah, the UK after January of '21, they just
13     attacked the business, so we -- I wanted to
14     get rid of it.  We was just -- we were
15     hemorrhaging money over there because they
16     were cancelled, too, along with everything
17     else, just attacked.
18 Q.  Okay.  And so this one is just discussed,
19     right, this issue is just a discussion?
20     There is no board vote here, right?
21 A.  Looks like it, right.
22 Q.  Okay.  Going down, then, there is a legal
23     matters update, which is what you said,
24     where, you know, the lawyers would update the
25     board about --

Page 114

1  A.  Right.  Right.
2  Q.  -- various lawsuits or legal issues, right?
3  A.  Yep.
4  Q.  And then after that is the chairman's report.
5      So would that be your report to the board?
6  A.  Yeah.  Yep.
7  Q.  And it's typical that at a board meeting
8      you'll give a report on kind of how the
9      company is doing?
10 A.  Right.
11 Q.  Do you see, "In July we had 40 million in
12     paid inventory, we currently have 54 million
13     in paid inventory"?
14 A.  Yep.
15 Q.  It goes down to the fourth line.  It says,
16     "Discussed FrankSpeech and how revenue will
17     be coming from there as having them advertise
18     MyPillow products."  Right?
19 A.  Uh-huh.  Yep.
20 Q.  And what is FrankSpeech?
21 A.  It was -- it's a media platform that I
22     started in February of -- February or March
23     of 2021.  So it's like a -- it's like a --
24     when they cancelled Parler, it's like -- it
25     was supposed to be a social media streaming

Page 115

1      platform and we were -- on all the platforms
2      that we advertised, we were cancelled.
3      MyPillow was cancelled on YouTube and Vimeo,
4      these different things.
5          MyPillow -- so this would be a
6      platform we would be able to advertise on,
7      you know, to -- we were starting to look at
8      ways -- ways to replace our advertisers
9      because we lost our box stores, shopping
10     channels.  We lost a lot of platforms, like
11     YouTube, Vimeo, Twitter, the places where we
12     advertised.  So I was -- I told them, Here's
13     another platform we're going to be able to
14     advertise on as it grows.  Yeah.
15 Q.  Okay.  And so it would be a -- it would be a
16     site on which, I guess you said, MyPillow
17     could place its advertisements, right?
18 A.  Right.  We would buy ads there, yes, just
19     like any other platform, exactly.  We would
20     have another outlet.
21         And when you -- when we buy ads,
22     remember, we -- it's -- you know, it's -- you
23     either break even or make money.  So it's not
24     branding.  This was actually telling them
25     here's another revenue stream.

Page 116

1          We had to make a lot of -- we had
2      to make a lot of changes when we were
3      cancelled in January of '21 to try and stay
4      alive.
5  Q.  And did the decision to place advertisements
6      for MyPillow products on FrankSpeech, is that
7      a decision that the board would vote on or
8      that you would just decide and inform the
9      board about?
10 A.  No.  No.  My -- no.  I would make
11     decisions -- any -- any platform that's out
12     there, we -- any platform that's out there,
13     we would say -- you know, we would advertise
14     on once they tried my MyPillow or if it was a
15     host or if it was a platform like this.
16         Just like Rumble or any of these
17     platforms, you just -- we were just
18     advertising on there.  It's just normal
19     advertising.
20         On FrankSpeech it's a little
21     different because you would have multiple
22     hosts over there, multiple hosts.  A lot of
23     them already had MyPillow, but some of them
24     didn't and -- you know...
25 Q.  When you say multiple hosts who already had

Page 117

1    MyPillow, could you explain what you mean by
2    that.
3  A.  Like there was podcasters that -- there were
4    podcasters prior to '21 on -- that were
5    cancelled on YouTube. Many, many podcasters
6    had tens of thousands of followers on YouTube
7    and Facebook. They all got cancelled. They
8    lost their livelihood. But they were selling
9    MyPillow and other products, right?
10         But they lost their audience to
11    this, so they came to FrankSpeech and to
12    Rumble, other platforms, where they had to
13    build their other platforms and build their
14    audiences, but they still sold MyPillow prior
15    to that.
16         So now they had -- you know, we
17    were trying to bring audiences, you know, to
18    FrankSpeech, bring your audience there, so
19    they could have the audiences they lost at
20    YouTube, Vimeo, Facebook, Twitter.
21         Many, many podcasters were
22    cancelled, so MyPillow -- you know, our
23    revenue would go down because they lost --
24    even Salem Media, even though they were on a
25    rev share, they lost their businesses or

Page 118

1    they -- and -- so this was a platform. A lot
2    of them shifted to Rumble.
3         And then we were hoping to get
4    many, many at FrankSpeech, but it didn't work
5    out in the beginning well because, you know,
6    they -- they'd come over there. You're
7    still -- nothing could compare to -- YouTube
8    had a monopoly. I mean, just everybody at
9    YouTube.
10         But they lost -- you know, some of
11    them would lose 2 million followers and then
12    you come over here and you might have 200,000
13    or 100 -- or 50,000. It was just
14    (indicating). But they -- you know, it was a
15    place for them to still advertise.
16  Q.  So these podcasters who you say were
17    "cancelled," what was the -- why were these
18    podcasters "cancelled"?
19  A.  Well, they were -- you would have to ask
20    YouTube, Google, Facebook, Vimeo. I would
21    say most of them were cancelled because they
22    either spoke out about -- or for Donald Trump
23    or for Jesus Christ or for -- or against the
24    vaccine. Those were the three biggest
25    reasons that they were cancelled. It could

Page 119

1    be any one of them three.
2         A lot of the cancellations, they
3    happened in 2020, but that was all about
4    people that were against -- that spoke out
5    against the vaccine. Many hosts lost their
6    jobs, too, during that time.
7         And then if you spoke out about the
8    election or you were for Donald Trump or for
9    Jesus Christ, those were the four biggest
10    reasons why people got cancelled.
11         There was actually over a million
12    people in different form or another that
13    were -- 1.2 million that were part of these
14    cancellations.
15  Q.  And so one of the four that you just said
16    were people who spoke about the election. I
17    mean, those would be people who claimed that
18    the election was manipulated or fraudulent,
19    the November 2020 --
20  A.  Yeah.
21  Q.  -- US election?
22  A.  Correct.
23  Q.  And those people would also be -- were those
24    people also podcasters who were alleging that
25    the voting machine companies were responsible

Page 120

1    for the rigging of the 2020 US election?
2  A.  I have no idea. You would have to go through
3    and check. The ones I know for sure that --
4    like Emerald Robinson that came to
5    FrankSpeech, she got cancelled by Newsmax
6    because she spoke out against the vaccine.
7         I guess Lou Dobbs, he got -- he
8    came from Fox, but that was just this year
9    before he passed away. He was -- he was
10    speaking about election platforms going
11    forward, I think. I don't know why Fox let
12    him go, but I think that had something to do
13    with the machines, if you want an example
14    there.
15         But podcasters, it was -- it was
16    all different reasons and I'd have to go
17    through each one, and I don't know. I would
18    have to ask them. I just told you two
19    specifics that I know.
20  Q.  You yourself published -- published your
21    movies on FrankSpeech, correct?
22  A.  No. My movies -- no. My movies went like
23    this: My movies were -- when the movies
24    first came out, we put them up on -- I put
25    them up on Vimeo. They would take them down

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                 121–124

---

Page 121

1  right away.  Put them on YouTube, and they
2  left them up for two hours and cancelled it.
3  Google cancelled even Googling my name.  We
4  put them up on Rumble and they -- there was
5  glitching.
6        We put them up on this other
7  streaming thing, which Brannon Howse had that
8  technology or that streaming company, which
9  later on cancelled us, but that one held firm
10  and we streamed it from there.
11        As far as did we put Absolute Proof
12  and Absolute Interference, did we put them up
13  so people could watch them there down the
14  road?  Absolutely.  They're still there.
15  Q.  And so those movies now, Absolute Proof,
16  Absolute Interference, the ones that are at
17  issue in this lawsuit, right, those are
18  published on FrankSpeech, correct?
19  A.  I didn't know -- I didn't know they were an
20  issue, but, yeah, they're published there,
21  absolutely.
22  Q.  Well, you -- you're aware of the complaints
23  Smartmatic filed in this lawsuit, right?
24  A.  Yeah.  This is against MyPillow we're talking
25  about today, correct?

---

Page 122

1  Q.  It's the same lawsuit, Mr. Lindell.
2  A.  Oh, I thought there's two different lawsuits.
3  I thought you sued MyPillow and you sued Mike
4  Lindell as an individual.  Is that not true?
5  Q.  There's -- well, I'm not going to get into a
6  discussion about the legal framework of this
7  with you.  You can talk to your attorney.
8  But I'll tell you that there is a lawsuit
9  against -- Smartmatic filed against Mike
10  Lindell and MyPillow.  It's one lawsuit --
11  A.  Oh, I've got you.
12  Q.  -- not two separate.
13  A.  Okay.  Okay.  Yeah, I guess you would have
14  to -- I believe -- yeah, I believe they're
15  still on FrankSpeech, if that's the question.
16  I don't -- I don't know a hundred percent for
17  sure, but I believe they're still there.
18  Q.  And as we see here in the chairman's report,
19  we're going to -- MyPillow is going to
20  generate revenue because FrankSpeech will be
21  advertising MyPillow products, correct?
22  A.  That's absolutely correct.  We're going to --
23  and they're two separate entities and my
24  FrankSpeech pays MyPillow to advertise there,
25  just like every other company does, exactly.

---

Page 123

1  It's identical.  There is no favorites there,
2  believe me.
3  Q.  And we'll talk about the revenue-sharing
4  agreement with FrankSpeech in another topic.
5  A.  Okay.
6  Q.  I want to move down just to the financial
7  update.  Who would have provided the
8  financial update at this board meeting?
9  A.  I don't know.  I don't know back then.  I
10  have no idea.
11  Q.  This is October of 2021.  Do you see it says,
12  "2020 - 355 million"?  Do you know what that
13  would refer to?
14  A.  Yep.  2020, that's -- 2020 gross sales
15  probably.
16  Q.  Okay.
17  A.  I don't know.
18  Q.  And then it says --
19  A.  Six months later at 162, I don't know what
20  that means, but "2020 - 355" -- I don't know
21  what we took in for the year.  I know 2020
22  was huge because when I spoke at the Rose
23  Garden before the -- before the -- right
24  before the virus and when everything changed
25  there, when media went way down in price when

---

Page 124

1  we all got quarantined, that's when
2  MyPillow -- that was -- it went up 4 or 5X.
3  That was our biggest in history.
4        That was a blessing during that
5  time, even though it was so devastating to
6  many companies, but that was because we could
7  get our ads lower priced and we were
8  flourishing.
9        We also launched MySlippers, which
10  was huge.  They -- that product, when we
11  launched that -- those two things were -- it
12  kind of helped make up for losing box stores,
13  but then it didn't last because the virus
14  went -- when the virus thing went down and
15  the slippers -- the media collapsed on that.
16        In fact, we still owe the slipper
17  companies a lot of money because it went up
18  and then it just came down because of all the
19  attacks on MyPillow.  So that -- it was a
20  complete collapse with that, too.
21  Q.  Okay.  But you see here it says -- right,
22  this is October of 2021, which is after
23  January 2021, which you keep referring to?
24  It says, "We are up" --
25  A.  Right.

---

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                    125–128

Page 125

1  Q.  -- "50 percent currently and have made up the
2      money lost from losing retailers," right?
3  A.  That was the slipper launch, right. The
4      slippers were huge. When we launched that,
5      it was so big. And then -- and then when
6      that -- when that collapsed -- I think to
7      this day we owe the slipper company $15
8      million right now.
9          But that was huge because of the
10     slippers, you are correct. That fall when
11     the slippers launched, we could put them
12     anywhere and it was one of our most
13     successful product launches in history.
14 Q.  And what was the timing of the slipper
15     launch?
16 A.  It was about -- I believe the biggest launch
17     was the -- like September and -- the summer
18     of '21.
19 Q.  And then it says, "Timing/release of
20     funds/distributions: likely end of January
21     2022."
22 A.  Right.
23 Q.  So it appears at that time there was likely
24     going to be a distribution in January 2022,
25     correct?

Page 126

1  A.  Right. The way it looked with the slipper
2      sales, right.
3          We were very concerned. We lost
4      hundreds of millions. The box stores we lost
5      pretty much permanently, but just for that
6      year alone I believe it was 100 and some
7      million. But the slippers were doing so
8      good, I kind of projected -- I go, You know
9      what? We could be back on track to maybe get
10     a distribution.
11         In 2022, though, we lost I think it
12     was $12 million, and then in 2023,
13     10 million. So there was no way there was a
14     distribution.
15         The slippers -- the media collapsed
16     mostly because of the attacks, I believe, by
17     the cancellations and things like that.
18     Slippers went up and then they went down
19     and...
20 Q.  Okay. And so looking at these board minutes
21     here, does this fairly reflect how the board
22     minutes would look for a MyPillow board
23     meeting, not in terms of substance, just in
24     terms of the issues --
25 A.  I --

Page 127

1  Q.  -- legal update, financial update that you
2      would expect to see?
3  A.  I guess, yeah. It looks pretty -- it looks
4      right.
5  Q.  And outside of discussing these types of
6      issues at board meetings, do directors of
7      MyPillow have any other responsibilities?
8  A.  Say that again. The directors on the board?
9  Q.  Yeah. Outside of coming -- outside of
10     attending meetings and discussing, you know,
11     issues such as these, voting on board
12     membership, you know, distribution timing --
13 A.  Well, you're missing another --
14     (Simultaneous indiscernible crosstalk.)
15 A.  There's other reports there that would
16     normally be in the minutes, which would be
17     the accounting report from -- there would be
18     here's our -- here's our books, our -- you
19     know, your -- you go over the -- your
20     financials. I mean, there's -- it seems like
21     this is a very small -- small one that you're
22     showing there, you know.
23 Q.  I --
24 A.  But as far as you mean people -- people on
25     the board, there's -- my son is on the board.

Page 128

1      He is COO. I mean, other directors that were
2      on there that that's their only thing, these
3      outside board -- like Bob Roepke on there,
4      that's all he did. He would just come in and
5      hear the board meeting and it would be
6      very -- you know, usually the board meetings
7      would last two to five hours, you know.
8  Q.  I appreciate you -- your informing us that
9      this is kind of a small sample of what the
10     board would review. I'll tell you this is
11     what has been produced to us. So we'll be
12     seeking and requesting the --
13 A.  This was --
14     (Simultaneous indiscernible crosstalk.)
15 A.  No, this was a shorter -- this was a shorter
16     meeting, it looks like. Everything is in the
17     minutes. This looks like a very short one
18     because -- you know, I don't know. I don't
19     know why. This looks like a very short
20     meeting compared to any other meetings we've
21     ever been in. I don't know how much -- you
22     know what I mean? That's all.
23 Q.  Understood. Understood.
24         Okay. Mr. Lindell, I'm getting
25     ready to move to a new topic, but I see it's

MICHAEL LINDELL                                     August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          129–132

Page 129

1   12:15 here, 1:15 for you.  It's been about an
2   hour and 15.  I would like to give everyone a
3   break and go off the record.
4        THE VIDEOGRAPHER:  We are going off
5   the record 12:14 p.m.
6        (A recess was taken.)
7        THE VIDEOGRAPHER:  We are back on
8   the record 12:47 p.m.
9   BY MR. FREY:
10  Q.  Okay.  Mr. Lindell, back on the record.
11      We're going to change topics now to topic
12      number 6, which is MyPillow's financial
13      statements and business performance from
14      January 1, 2016 to the present.
15          What, if anything, did you do to
16      prepare yourself to testify as to this topic
17      today?
18  A.  I didn't do anything to testify -- or to
19      prepare.  I'm -- I'm very knowledgeable on
20      anything you're going to ask me.
21          MR. FREY:  So the first thing I'm
22      going to do is mark for the record various
23      financial statements that have been produced
24      to us.  So the first will be Exhibit 727.
25      This has a Bates identifier of 030740.

Page 130

1   (Deposition Exhibit 727 was marked for identification.)
2        BY MR. FREY:
3   Q.  And do you see this document?  It's titled
4       MyPillow, Inc. Profit & Loss --
5   A.  Yep.
6   Q.  -- January through December 2018?
7   A.  Yep.
8        MR. FREY:  The next document will
9       be Exhibit 728, Bates identifier DEF030742.
10  (Deposition Exhibit 728 was marked for identification.)
11       BY MR. FREY:
12  Q.  Ms. Loftus put that up.  Do you see this is
13      the same thing, MyPillow, Inc. Profit & Loss
14      January through December 2019?
15  A.  Yep.
16       MR. FREY:  The next document,
17      Exhibit 729, has Bates identifier DEF030744.
18  (Deposition Exhibit 729 was marked for identification.)
19       BY MR. FREY:
20  Q.  And do you see this, Mr. Lindell, is the
21      profit and loss statement January through
22      December 2020?
23  A.  Yes.
24       MR. FREY:  The next one will be
25      Exhibit 730.  This has Bates identifier

Page 131

1       DEF030746.
2   (Deposition Exhibit 730 was marked for identification.)
3        BY MR. FREY:
4   Q.  And do you see this one, Mr. Lindell, is
5       MyPillow Inc. Profit & Loss January through
6       December 2021?
7   A.  Yes.
8        MR. FREY:  Then the final one will
9       be Exhibit 731, Bates identifier 030748.
10  (Deposition Exhibit 731 was marked for identification.)
11       BY MR. FREY:
12  Q.  And this is MyPillow, Inc. Profit & Loss
13      January through December 2022.  Do you see
14      that?
15  A.  Yeah.
16  Q.  Mr. Lindell, looking at Exhibits 727 to 731,
17      do you recognize these documents?
18  A.  Yes.
19  Q.  Have you seen these documents before?
20  A.  No, I don't believe so.  I recognize them
21      what they are, yeah.
22  Q.  Okay.  Do you know how these documents were
23      created?
24  A.  No.
25  Q.  Do you know who would keep these types of

Page 132

1       records for MyPillow?
2   A.  Probably my CPA.
3   Q.  Would that be your outside accountant?
4   A.  Right.  Right.
5   Q.  And who is that?
6   A.  I think -- I think this -- I think this gets
7       put into QuickBooks.  This would be my guess,
8       put into QuickBooks, and he has viewership of
9       it, as does our -- whosever in charge of
10      accounting at that time internally.
11  Q.  Okay.  So does MyPillow use QuickBooks for
12      its accounting system?
13  A.  I believe so.
14  Q.  And so this would be a report, then, that
15      could be run off of QuickBooks?
16  A.  That's what -- where it looks like it came
17      from, yes.
18  Q.  Do you know whether you could run a similar
19      report off of QuickBooks for the year 2023?
20  A.  I don't know.  I would assume so.  Don't you
21      have 2023?
22  Q.  No.  This is the last year that we have these
23      detailed --
24  A.  Okay.
25  Q.  -- type statements.

Page 133

1    And the same question, I guess,
2    then for 2024.  If this was just run off of
3    QuickBooks, would you be able to produce a
4    similar report for 2024?
5 A.   I -- I would say that for sure 2023.  I don't
6    know if -- 2024 has been in disarray because,
7    like I say, we've been -- we've switched --
8    we don't even have a controller and we've
9    been going day by day.
10    And it's been so much work because
11    we borrowed everything I have had to the
12    company, everything any place else we could
13    borrow money.
14    So I think the -- I don't know if
15    all the inner company -- or inner things have
16    been put in there or not.  I don't know how
17    accurate they would be.  But I'm sure you
18    could run off anything.
19    But I think 2023 is done because I
20    know the tax return got -- just got finished
21    and it was a $12 million loss, I believe.
22 Q.   And in terms of entering these numbers into
23    QuickBooks, are there any policies in place
24    or procedures that MyPillow uses to make sure
25    that this data generated would be accurate?

Page 134

1 A.   I don't know if it comes in automated or not.
2    I don't know the -- I don't know if some of
3    them are auto generated by the systems we
4    have with our call center and our website.  I
5    have no idea.  Otherwise, people -- if people
6    manually put them in.  I don't know the
7    procedures in accounting.
8 Q.   And you didn't -- you didn't do anything to
9    check on that before this deposition today,
10    right?
11 A.   No.
12    MR. FREY:  The next set of exhibits
13    I want to get on the record are balance
14    sheets.  So the first one will be Exhibit
15    732, Bates numbered DEF030739.
16 (Deposition Exhibit 732 was marked for identification.)
17    BY MR. FREY:
18 Q.   Do you see this says, "MyPillow, Inc. Balance
19    Sheet as of December 31, 2018"?
20 A.   Yep.
21    MR. FREY:  The next one will be
22    Exhibit 733, Bates identifier DEF030741.
23 (Deposition Exhibit 733 was marked for identification.)
24    BY MR. FREY:
25 Q.   This is MyPillow, Inc. Balance Sheet as of

Page 135

1    December 31, 2019, correct?
2 A.   Yeah.
3    MR. FREY:  The next one,
4    Exhibit 734, is DEF030743.
5 (Deposition Exhibit 734 was marked for identification.)
6    BY MR. FREY:
7 Q.   MyPillow, Inc. Balance Sheet as of
8    December 31, 2020.  Do you see that?
9 A.   Yeah.
10    MR. FREY:  Exhibit 735 will be
11    Bates identifier DEF030745.
12 (Deposition Exhibit 735 was marked for identification.)
13    BY MR. FREY:
14 Q.   This is the MyPillow, Inc. Balance Sheet as
15    of December 31, 2021, correct?
16 A.   Yep.
17    MR. FREY:  The last one will be
18    Exhibit 736, Bates identifier DEF030747.
19 (Deposition Exhibit 736 was marked for identification.)
20    BY MR. FREY:
21 Q.   And this is the MyPillow, Inc. Balance Sheet
22    as of December 31, 2022, correct?
23 A.   Yes.
24 Q.   And so, again, for these balance sheet
25    exhibits, 732 through 736, do you recognize

Page 136

1    these documents as balance sheets for
2    MyPillow, Inc.?
3 A.   Yes.
4 Q.   Do you know how these balance sheets were
5    created?
6 A.   Probably the same way as the other stuff.
7    And, yes, we could probably get you 2023 now.
8    They're all done.  I would love for you to
9    see 2023 also.
10 Q.   And to your knowledge, would these records,
11    these numbers that are in here, be kept in
12    the ordinary course of MyPillow, Inc.'s
13    business?
14 A.   Yes.
15 Q.   So then -- oh, one other question on that.
16    Have MyPillow's financial reports, such as
17    these balance sheet statements or the profit
18    and loss statements we just looked at, ever
19    been audited by an outside accountant?
20 A.   I don't know.  Um, I don't know.  I know our
21    CPA, an outside accountant, he has to go
22    through them every year and that's what takes
23    so long.  That's why '23 took so long.  So my
24    answer is yes.
25    The CPA goes through everything

Page 137

1    and -- and that's why it took a long time to
2    get '23 done, because of we had different
3    controllers and different things and there
4    was a lot of work put into it.
5         So the answer is, yes, every year.
6  Q.  And who is that accountant?  Who is that
7    outside CPA?
8  A.  It's Storms -- Storms & Alpaugh.  Storms &
9    Alpaugh is the name of the firm.
10 Q.  We'll see something in a minute that I think
11   they did do for one set of the years.
12         MR. FREY:  So the next ones I want
13   to mark, just so we get them on the record,
14   will be the sales by customer summaries.  The
15   first one, Exhibit 737, has Bates identifier
16   DEF030750.
17 (Deposition Exhibit 737 was marked for identification.)
18       BY MR. FREY:
19 Q.  And do you see this is MyPillow, Inc. Sales
20   by Customer Summary January through December
21   2018?
22 A.  Yes.
23         MR. FREY:  The next one,
24   Exhibit 738, will be Bates identifier
25   DEF030751.

Page 138

1  (Deposition Exhibit 738 was marked for identification.)
2        BY MR. FREY:
3  Q.  And it's a sales by customer summary for
4    2019, correct?
5  A.  Yeah.  Yes.
6         MR. FREY:  Exhibit 739 will be
7    DEF030752.
8  (Deposition Exhibit 739 was marked for identification.)
9        BY MR. FREY:
10 Q.  And this is the sales by customer summary for
11   January through December 2020, correct?
12 A.  Yes.
13         MR. FREY:  And then finally,
14   Exhibit 740 will be DEF030753.
15 (Deposition Exhibit 740 was marked for identification.)
16       BY MR. FREY:
17 Q.  And this will be the sales by customer
18   summary for January through December of 2021,
19   correct?
20 A.  Yep.
21 Q.  And do you recognize these documents?
22 A.  Why don't you have '22 on there?
23 Q.  That has not been produced to us.  These are
24   all of the --
25       (Simultaneous indiscernible crosstalk.)

Page 139

1         MR. KACHOUROFF:  Sorry to interrupt
2    you, Tim.
3         THE WITNESS:  Okay.
4         MR. KACHOUROFF:  Mike, I told you
5    we're putting Bates numbers on those and
6    we're going to be submitting all that to
7    Mr. Frey.
8         THE WITNESS:  Okay.  The reason I
9    ask is because Wal-Mart is gone.  I said --
10   but Wal-Mart didn't leave until right
11   after -- they left in early '22, so that
12   was -- I was just curious.  But yes.
13       BY MR. FREY:
14 Q.  And -- so do you recognize these documents as
15   something that would be, I guess, similar to
16   the balance sheets and the P&L reports,
17   something that is maintained in, I guess,
18   QuickBooks?
19 A.  Correct.
20 Q.  And for the sales by customer, do you know
21   how this information is gathered?
22 A.  Sales by customer?  Well, we're EDI
23   compliant.  I think all the orders coming
24   through, it's all tracked through computers
25   and that's how this number would come about,

Page 140

1    I would imagine.
2  Q.  Okay.  So those would be indirectly --
3  A.  The whole -- the whole -- the wholesalers to
4    the box stores I know is all a different
5    system.  I believe it's called EDI compliant,
6    but I couldn't -- and that's all automated, I
7    believe.  I believe.  I'm not positive, but I
8    do believe that.  I believe it's connected to
9    our QuickBooks, as other things could be.  I
10   think these numbers come in automatically,
11   you know.  So that would be my guess on that.
12 Q.  Okay.
13         MR. FREY:  And then I just have two
14   more to mark.  The first one will be
15   Exhibit 741.  This is produced with Bates
16   identifier MCK012216.
17 (Deposition Exhibit 741 was marked for identification.)
18       BY MR. FREY:
19 Q.  And do you see this?  This is a letter from
20   Storms & Alpaugh to the board of directors of
21   MyPillow with accompanying financial
22   statements for the year ended December 31,
23   2022 and 2021.
24 A.  Okay.
25 Q.  Do you see that?

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                       141–144

Page 141

1  A.  Yeah.
2  Q.  Okay.  Do you recognize this document from
3      Storms & Alpaugh?
4  A.  No.
5  Q.  Do you -- I guess if you don't recognize it,
6      you don't recall ever seeing this document
7      before?
8  A.  No, I don't.  You know, maybe I did.  I don't
9      recall, but that's fine.
10 Q.  Okay.
11         MR. FREY:  And then -- so we'll put
12      in the next one, which is Exhibit 742,
13      MCK01220.
14 (Deposition Exhibit 742 was marked for identification.)
15      BY MR. FREY:
16 Q.  And you see this is the same?  It's another
17      letter from Storms & Alpaugh and it attaches
18      financial statements for the year ended
19      December 31, 2023 and 2022.
20 A.  Okay.
21 Q.  Do you recall ever receiving this letter,
22      this document?
23 A.  No, but I'm sure I did.
24 Q.  Do you have any reason to doubt that the
25      information provided in this document was

Page 142

1      provided to MyPillow, Inc.?
2  A.  No, it was.  It looks -- I would say a
3      hundred percent it was.
4  Q.  And looking at the cover letter here, it
5      says, "The accompanying financial statements
6      of MyPillow, Inc. as and for the year ended
7      December 31, 2023 and 2022 were not subjected
8      to an audit, review, or compilation
9      engagement by us and, accordingly, we do not
10      express an opinion, a conclusion, or provide
11      any assurance on them."
12         Correct?
13 A.  Correct.
14 Q.  So would this be, I guess, the same as to
15      what Storms & Alpaugh were doing in prior
16      years, where they would --
17 A.  Well, let me --
18      (Simultaneous indiscernible crosstalk)
19 Q.  -- statements, but not audit them?
20 A.  I have no idea.  All I know is that I got an
21      IRS audit.  Is that a third party?
22 Q.  Is that -- was the IRS audit for yourself or
23      for MyPillow, Mr. Lindell?
24 A.  I guess -- I guess it was for me.  I don't
25      know if they're pulling out of MyPillow, but,

Page 143

1      yeah, they went through everything for over
2      two years.  It's still ongoing, so... That's
3      why they've got millions of dollars' worth of
4      liens on everything I have left, which is
5      nothing, so...
6         I have no idea.  It's -- all I know
7      is Storms & Alpaugh, they look at their own
8      thing.  He brings up questions.  He brings --
9      but so there's -- the only third-party audit
10      I would think would be the IRS, if they
11      included MyPillow in their big witch-hunt.
12 Q.  Is there anyone at MyPillow who would have
13      more knowledge as to whether MyPillow's
14      financials had been audited by a private
15      third party?
16 A.  They never have been audited by a private
17      third party other than Storms & Alpaugh and
18      maybe the IRS.
19 Q.  And -- but here Storms & Alpaugh is saying
20      that they didn't audit them, so I'm just
21      wondering if --
22 A.  So whatever -- whatever you -- so then the
23      answer is no.
24 Q.  The answer is, no, they have not been
25      subjected to an audit --

Page 144

1  A.  No.
2  Q.  -- correct?
3  A.  What are you suggesting here?
4  Q.  I'm just -- I'm asking -- I'm just asking
5      questions to understand.
6  A.  Understand what?  You think we doctored
7      something?  Just keep moving on.  That's
8      fine.  No, they have not been audited by a
9      third party.  We're not subject to that, to
10      auditing by a third party.  We have to answer
11      to the IRS that we do our books morally right
12      and a hundred percent accurate.  So there.
13      Now keep going.
14 Q.  The next question -- or the next line says,
15      "Management has elected to omit substantially
16      all of the disclosures ordinarily included in
17      financial statements prepared in accordance
18      with the income tax basis of accounting."
19         Do you see that?
20 A.  Yep.
21 Q.  Do you know why management elected to omit
22      substantially all of the disclosures
23      ordinarily included in financial statements
24      prepared in accordance with the income tax --
25 A.  If you --

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                145–148

Page 145

1  Q.  -- basis of accounting?
2  A.  If you ask me, this is a -- this is -- they
3     put this out to all their companies where
4     they don't do the audit.  I think it's a
5     canned statement, if I recall, that's --
6     anybody will put there.
7         We haven't elected to omit
8     anything, so I don't know what this means.
9     You'd have to ask Storms & Alpaugh.  Any
10    other company --
11        MR. KACHOUROFF:  I'd like to lodge
12    an objection.  If you read the entire
13    paragraph, I think the context is there.
14        THE WITNESS:  Right.  "Were
15    included in" -- "If the omitted disclosures
16    were included in the financial statement,
17    they might influence the user's conclusion
18    about the company..."
19        So I don't -- I have no idea what
20    they're talking about there.  You'd have to
21    ask Storms & Alpaugh.  We give them
22    everything every year.  I have had the same
23    accountant.  Here you go.
24        So I don't know what this means and
25    I don't know what -- what -- omitting what, I

Page 146

1     have no idea.  Maybe that's a third-party
2     audit.  So maybe that's what he's talking
3     about.
4  BY MR. FREY:
5  Q.  Do you know why these -- these were created
6     by Storms & Alpaugh, these Exhibits 741 and
7     742?
8  A.  I have no idea.  Ask them.  I have no idea.
9  Q.  Well, you're -- you're the representative of
10    MyPillow and they're the financial statements
11    for MyPillow.  So why did --
12  A.  Yeah.
13  Q.  -- MyPillow submit these documents to an
14    outside accountant and have them prepare the
15    financial statements?
16  A.  He's our -- he's our CPA.  He does all our
17    tax returns for everybody that -- pretty much
18    everyone in the company.  He does our
19    company.  I don't know what you're asking me.
20  Q.  I'm just asking you the reason these
21    documents were created.
22  A.  I have no idea.  You'd have to ask Storms &
23    Alpaugh.  I have absolutely no idea.  Why
24    don't you check?  Did you get one for 2016 or
25    20 -- I mean, did you -- I mean, I don't

Page 147

1     know.  I have no idea.  Maybe they were
2     omitted because the IRS has those -- has this
3     stuff.  I have no idea.  You'd have to ask
4     them.
5         You know, we were in the middle of
6     a full-blown IRS audit, so, you know, maybe
7     that's the things that were omitted.  I don't
8     know if there was anything omitted.  I don't
9     know what he's talking about there.  You'd
10    have to ask him.  It's the craziest thing
11    I've ever...
12  Q.  When you received -- when MyPillow received
13    this from Storms & Alpaugh, did you ask what
14    are you talking about in this sentence here?
15  A.  I never -- I've never read this in my life
16    and I -- who knows who got this?  Like I say,
17    we had four different controllers.  You guys
18    might be the only ones that got it in
19    discovery.  I have no idea.  That that's put
20    on our tax returns, I have no idea.
21  Q.  This wouldn't be something that the board of
22    directors would review in the course of its
23    duties?
24        THE WITNESS:  Kendra -- hold on.
25    My wife is here.

Page 148

1         What?
2         UNIDENTIFIED SPEAKER:  Your food is
3     right --
4         THE WITNESS:  Okay.  That's fine.
5     Okay.  Thank you, honey.
6         What's the question now?
7  BY MR. FREY:
8  Q.  My question was whether these would be
9     something, financial statements such as
10    these --
11        MR. FREY:  And, Julie, can you
12    scroll down so Mr. Lindell can see the
13    statements themselves?
14  Q.  -- would be reviewed by the board of
15    directors in the course of, you know,
16    fulfilling their duties?
17  A.  Yeah, the board -- we get these reports at
18    our board of directors meeting, I believe,
19    absolutely.  These are financial reports that
20    would come in.
21  Q.  And these are the type of financial reports
22    that would be reviewed by the board at the
23    meetings when they occur?
24  A.  That's correct.
25  Q.  So I wanted to get all of these on the

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
149–152

Page 149

1    records just -- on the record just so we can
2    be more facile.
3            I want to talk now about the profit
4    and loss statements.  So let's look at
5    Exhibit 730, which is the profit and loss
6    statement for 2021, and first I just want to
7    get an understanding or shared understanding
8    of the terms.
9            So if you see on the left-hand side
10   there, one of the -- the fourth one down is
11   gross profit.  Do you see that?
12  A.  Yeah.
13  Q.  And do you understand gross profit to mean
14   the amount made from sales after subtracting
15   the costs of goods sold?
16  A.  Yes.
17  Q.  And in this statement here it's shown on a
18   monthly basis, correct, what the gross
19   profit --
20  A.  That's correct.
21  Q.  -- would be --
22  A.  Right.
23  Q.  And then if you go all the way over to the
24   right, you'll see there is a total for the
25   calendar year denoted?

Page 150

1  A.  That's correct.  Right.
2  Q.  So this document would say that for 2021,
3   MyPillow had a gross profit of $272,249,982,
4   correct?
5  A.  Yes.
6  Q.  And isn't it true that this is the highest
7   gross profit MyPillow experienced between the
8   time period 2018 through 2024?
9  A.  I don't know.  I don't know.  I would --
10   probably either that or 2020 when the --
11   because when the -- that's when --
12   when everything went up, two things happened:
13           Our -- when the virus came in, I
14   told you we went up about 3 to 4X and it
15   stayed there and then we launched the
16   slippers.
17           So my guess is you're probably
18   correct between those two things.  It
19   could've been either 2020 or 2021 with the
20   slippers launch going into 20 -- or in '21.
21   It was either '20 or '21, and I don't have
22   the -- if you have the ones for '20, then I
23   could say yes.  Do you have the ones for '20?
24  Q.  Yeah, we'll pull up -- let's pull up the ones
25   for 2020, which is Exhibit --

Page 151

1  A.  Because it would have to be -- it would have
2   to be those two years.
3           So this is '20.  What's on the
4   right there?  I'm trying to get over.
5   Whoops.  Hold on.  Sorry.  So that was 220.
6   What was the one in 2021?
7   BY MR. FREY:
8  Q.  It was 272 million.
9  A.  Right, right.  So the -- so the slipper
10   launch was a little bigger than the virus,
11   but they're both pretty close.
12           But, yeah, this -- the 2021 would
13   be the biggest because it was these two years
14   with those two things happening.  That
15   definitely was amazing.
16           So go ahead.
17  Q.  And when -- and when did you say the slipper
18   launch occurred?
19  A.  It was in '21, I believe.  I believe it was
20   like -- it could've been actually -- you know
21   what?  I take it back.  I think it was
22   December of '20 or November -- it was right
23   before Christmas of 2020.  I could check on
24   that.
25           But that's when it was, right

Page 152

1   before -- it was right before the election,
2   actually, when the slippers launched because
3   the summer of '20 they had problems because
4   we couldn't have -- they had stuff that was
5   made -- made overseas and there was problems
6   with the fur.  That was the summer of '20.
7   And then we couldn't get -- because of the
8   virus, they got stuck out with ships.  So
9   they arrived, I believe, October of '20.
10           So -- yep, that's when it was, and
11   it was -- it just -- it took -- it set the
12   world on fire.  It was awesome.  They were
13   buying slippers like crazy.
14           Actually, we had some delay.  They
15   didn't get here until -- I believe until
16   January of '21.  Sizes were delayed because
17   ships were stuck out to sea.  And I just went
18   over this with the slipper people.
19           So, yeah, there was -- so that
20   would coincide with -- with -- the virus was
21   first and then the slippers were launched, I
22   believe, October because they were delayed.
23   And the ships were delayed until -- some of
24   them didn't even get here to fulfill orders
25   and stuff for people ordering until January,

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              153–156

Page 153

1   February, and March of -- of '21.
2           And then we ordered sandals and
3   those also got delayed, but we did get those
4   in, all-season slippers, the summer of '21.
5           So -- so, yeah, that would be --
6   those would be our biggest two years by far.
7   Q.   Okay.  And so those were first -- first
8   launched in October 2020 and then the
9   shipment came in early the next year and then
10  they were in the --
11  A.   Yeah.  They got really big in -- going into
12  '21.  We've -- it was -- we were missing
13  (indiscernible) -- there was stuff we were
14  missing, so we couldn't go as broad as we
15  wanted to in November -- October, November,
16  December of '20.
17          And then -- and then you had
18  January, February, March of '21.  The spring
19  of '21 got really big.  But December -- or in
20  2020 they were big, too, when they first
21  launched.  And slippers --
22          (Simultaneous indiscernible crosstalk)
23  A.   Slippers went strong for -- slippers went
24  strong.  They lasted about -- I believe about
25  a year, over a year, which is really long for

Page 154

1   a product to last and not start fatiguing.
2   Q.   So the slippers were part of the gross
3   profits for that year kind of throughout the
4   year 2021?
5   A.   Oh, yeah.  And then when they came in, yeah,
6   they were big.  I mean, they -- and they
7   were -- and we were getting -- realize that
8   we were getting $70 for a pair, and then as
9   things fatigue you start lowering the price,
10  putting them on sale.
11          So you're going to see a pretty big
12  increase in gross profit.  That would explain
13  like going -- going into '21 and late 2020,
14  your gross profits would go up because of the
15  price point we had on slippers was higher.
16          So you have a -- your gross
17  profit -- because your product cost was
18  really good, but then we did have -- we did
19  have problems because ships then were $25,000
20  a container and they used to be 5,000,
21  because of the shipping problems that we had
22  with -- that was everybody's problem, not
23  just MyPillow.
24          So they -- when you -- you had that
25  problem, so the gross profit would go down.

Page 155

1   It would start fatiguing as we started paying
2   the higher price for those ships, which I
3   believe was -- I would have to find the
4   timing on that.
5           So there is a lot of variables that
6   go into the gross profit, so...  Price
7   point --
8   Q.   Yeah.  So if we look at --
9           (Simultaneous indiscernible crosstalk.)
10  Q.   If we look at --
11  A.   Go ahead.
12  Q.   If we look at the gross profit, then, for --
13  on a month-over-month basis, January it's
14  about --
15          MR. FREY:  Can you slide over?
16  BY MR FREY:
17  Q.   -- January it's about 16 million.
18  A.   Uh-huh.
19  Q.   And then February of 2021 it goes up to
20  42.6 million, right?
21  A.   Right.  Yeah.
22  Q.   And then March is back down at 21 million?
23  A.   Uh-huh.  Right.
24  Q.   And then it looks like it stays at -- April
25  is, I guess, 13 million -- or 13.7 million,

Page 156

1   right?
2   A.   Right.
3   Q.   And then --
4   A.   And that would be -- and then it went back up
5   to 24.
6           So like in April, my guess, if I
7   looked into it, we probably had to change --
8   the slippers starting fatiguing because now
9   you're into April.  It's typically a winter
10  product.
11          And then we were waiting to get the
12  all-season ones in.  So by May we were able
13  to correct itself and -- because now we have
14  the all-season slippers.
15          So you jumped up about -- it looks
16  like from about 13 to 24.  That's a big jump.
17  That's cool.  Yep.
18  Q.   Yeah.  And -- but in February, right, it's
19  42, which is --
20          (Simultaneous indiscernible crosstalk.)
21  A.   That's when all the --
22          (Simultaneous indiscernible crosstalk)
23  A.   Right.  That's when all the slippers --
24  right.  That's when all the slippers -- the
25  majority of them got here with the other

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              157–160

Page 157

1  sizes in February.
2      So our profit margin is better when
3  you have cost of goods sold, you know.
4  They -- you can just see the pattern when it
5  just fatigues and then we launched the
6  all-season in May, you know.
7  Q.  But it never jumps as high as that
8  42 million, right, which is about 13 million
9  higher than any other month --
10 A.  Yeah, that was --
11     (Simultaneous indiscernible crosstalk.)
12 A.  Like I say, people waited -- people waited a
13    long time for them slippers, though.  I mean,
14    there was a big demand.  That was our
15    number-one product.  I mean, it just overtook
16    everything.  They were -- people loved the
17    slippers.
18 Q.  February 2021 is also when you published your
19    Absolute Proof movie, correct?
20 A.  Yeah, but I didn't do any advertising in it.
21    There was no MyPillow advertising for my --
22    for Absolute Proof.  They had nothing to do
23    with that.  MyPillow had nothing to do with
24    Absolute Proof.  There were no ads.  That was
25    a movie that I put out myself as Mike

Page 158

1  Lindell.  It had nothing to do with MyPillow.
2  There wasn't any advertising on Absolute
3  Proof, that's for sure.  And there was --
4  absolutely zero.
5  Q.  We'll come back -- we'll come back to that.
6  I just wanted to confirm that this February
7  2021 is your highest month of gross profit, I
8  think, for the time period we have financial
9  statements, for any time, correct?
10 A.  Right.
11 Q.  That's right?  Okay.
12 A.  Well, for this, what I am looking at here for
13    2021, correct.  I mean, if you went back to
14    2020 to see when the virus -- why don't we go
15    to 2020 here.  I want to check something.
16     Usually you can find out the reason
17    why.  It's either a product launch or -- so
18    if we go to -- you see where it jumped to 33?
19    In March -- you've got a jump in February
20    from 7 to March of 14.
21     When -- with the 33 million, that's
22    when I say I did more advertising on TV and I
23    cut back on my -- on radio.  This was right
24    at the start of the virus.  So that's very --
25    that jumped up to 34 million.  That's a big

Page 159

1  jump, from 7, to 14, to 34.
2      You've got to do your commercials,
3  and the stuff I do -- and it depends on our
4  product launch there.  That's the way --
5  MyPillow has always built on here's your
6  product launch, what you paid for it.
7      Just because -- I'll give an
8  example.  Just like Fox -- let's say Fox,
9  we'll use Fox for an example.  Just because a
10 product is successful, it might only be
11 successful at buying 500,000 dollars' worth
12 of media because you've got to at least do a
13 break-even, which is like a 1.6, depending on
14 the product.
15     If you have a product that has a
16 good product cost, like those slippers, you
17 can expand on the media.  You can buy a lot
18 more media, like on Fox, ABC.
19     When you get to broadcast, which is
20 every city, like ABC, CBS, NBC, you get into
21 that and then the sky is the limit.  You can
22 open it up more.
23     But you're not going to buy media
24 at a loss, so I'm not -- and plus you've
25 got -- it's how much you can get in, how much

Page 160

1  can you get in.
2      When you are making your product
3  that comes from overseas, now you've got to
4  do a balancing act.  With MyPillows -- and
5  you've got to be able to make enough.
6      So when you're buying -- I'll give
7  an example.  Like the MySlippers, where it --
8  normally -- the product right before that, I
9  don't know what it was, let's say it was the
10 My -- the mattress topper or whatever it was,
11 when that fatigued, now at that time you
12 might only be able to buy 200,000 dollars'
13 worth of media that does a break-even, which
14 means it takes in 350.  That's including
15 product costs and everything.
16     With the slippers, when they came
17 out, we were doing 3s, 4s.  It was crazy
18 numbers, but then as you expanded out and
19 bought more media, that number reduces down
20 to maybe a 2 to 1.  And when it starts
21 fatiguing, you can only buy X amount of
22 media.
23     Every media reacts differently.
24 So -- like right now as we sit here this
25 morning, we only have one product out right

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          161–164

Page 161

1    now, our new mattress topper, so I can only
2    buy 300,000 dollars worth of media and it
3    barely breaks even right now because that's
4    such -- with MyPillow.
5         So that's why you see our gross
6    thing -- everything down now is because of
7    we -- the time of the year right now, too, in
8    August, but also because you can only buy X
9    amount.  We go up and down by our products,
10   what we pay to get our ads, and what we get
11   for our return.
12        So when you see this jump there,
13   that's very explainable there.  And just like
14   the one in '21 with the My -- with the
15   MySlipper launch, you have two changes there.
16   We hadn't launched a product like MySlippers
17   ever.  That was two years in the making, by
18   the way, with the impact and everything that
19   went into it.
20 Q. Mr. Lindell, I think -- you started talking
21   about the jump in April of 2020 and you said
22   that was tied to changing the kind of
23   marketing platforms you were using?
24 A. No.  You were able -- no.  You were able to
25   buy more media on -- on TV.

Page 162

1         So whatever products we had then, I
2    believe the products then was the -- I think
3    it was the MyMattress Topper.  We couldn't
4    buy MyPillow -- very little of MyPillow
5    because it had ran for so long.
6         So let's say -- in April what
7    happened was because the -- when -- when all
8    of media, ABC, NBC, they all dropped their
9    prices for ads, where before -- now I could
10   buy more ads.
11        Instead of buying 300,000 a week, I
12   was able to buy $2 million in one week, which
13   produces 4 million or 5 million in sales.
14   You understand, it's all about what you pay
15   and what you get back.
16        So there was more 300 batters then,
17   you know, and I took advantage of that.  I
18   bought -- I said, Buy it all.  We're going
19   to -- like when MyPillow first came out in
20   2014, when I got that one-minute commercial
21   to work, I bought everything in the country.
22   I mean everything.  And then we found out
23   what didn't work and what worked.  There was
24   very few that didn't work.  So you bought
25   everything.

Page 163

1         There were times we spent 2,
2    3 million dollars a week and buying every ad
3    we could because it was like if you've got --
4    if you give someone $10 and they're going to
5    give you $20 back, it was gold.
6         Plus our product cost was pretty
7    good -- well, it wasn't good in the beginning
8    because it took -- it was like 20-some
9    dollars to make a MyPillow, but we were
10   getting 60 or 70 dollars for it.  So, I mean,
11   it's a balancing act there.
12        And they -- when -- like when --
13   I'll give an example.  When MyPillow 2.0 came
14   out, which was a year ago, when MyPillow
15   2.0 -- we launched that in January of '23.
16   We were so desperate because we're
17   hemorrhaging money everywhere.  The box
18   stores had cancelled.  The -- you couldn't
19   get -- nothing was working.
20        And we came out with MyPillow 2.0.
21   Now, I expected that to last over a year, and
22   it lasted four months.  So for four months we
23   actually -- you know, we were able to buy
24   media and get a return on it.
25        If a commercial doesn't make a

Page 164

1    break-even, you flush it down the toilet.
2    You don't hope that it gets more the more
3    it's seen.  No.  You take it and you flush
4    it, whatever it costs you to make that
5    commercial.  If it -- and it happens all the
6    time, we make a new commercial.
7         MyPillow 2.0, which was the man in
8    the mirror.  You open it up and you go,
9    Megan, Megan, he's back.  We made that
10   commercial.  It was very expensive to make,
11   but it was successful.  We were able to buy
12   ads.
13        We had a profitable month then
14   in -- I believe it was March of '23, where we
15   took in -- we made like a couple million
16   dollars in profit and -- but then that
17   fatigued.
18        And now if you can't buy media,
19   your -- your sales go down because we don't
20   have the box stores anymore for that --
21 Q. Mr. Lindell --
22 A. We lost those channels.  Right.
23 Q. So I believe you were talking about the spike
24   there in April of 2020, right?
25        And isn't -- is it true that also

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          165–168

Page 165

1    at March 30th, 2020 you appeared in the Rose
2    Garden with President Trump to discuss the
3    response to the Corona virus?  Just yes or
4    no.
5  A.  Right.  And what we were doing with our -- we
6    were making masks at the time and we turned
7    MyPillow over to making masks, and that was
8    at the same time -- almost the same time when
9    they switched -- when everybody was going
10   into quarantine.
11         And -- but, yeah, I spoke there
12   then and I was attacked for one week.  One
13   week straight I did 109 interviews.  I was
14   attacked by every outlet in the country
15   because I mentioned God from the Rose Garden.
16 Q.  And at that same time you had a big spike in
17   gross profits, right?
18 A.  Our -- our sales went up with it, but it
19   coincided with the China virus, with the -- I
20   mean with the virus.  So, you know, yeah, we
21   spiked, but we -- we -- half our company was
22   making masks.  Yeah.  Our direct sales spiked
23   at that time, and that was -- but you've got
24   to realize -- you've got to realize what I
25   had already done is shut down radio.

Page 166

1         So this is the weeks prior.  I shut
2    down radio.  I called all the radio in the
3    country and turned them off, and then I
4    started buying ads.
5         We bought all ads on your TV
6    because the prices went down.  They went down
7    already in mid-March.  We were already
8    preparing, because you're buying ads out in
9    front of this.
10         And -- now, was it good that it
11   coincided with me speaking there about -- I
12   don't know.  It upset half -- or half the
13   people -- half the media was upset.  The
14   other ones were saying it's good.
15         You know, I was just telling --
16   that's the one time publicly they wanted --
17   you know, they wanted -- they invited me
18   there to talk about that MyPillow was --
19   turned over their company to making masks,
20   before I knew they didn't work, to the
21   country.  And I decided -- I did that on my
22   own, saying what people should be doing --
23   getting back in the Word in a nation that
24   turned its back on God.
25         So, you know, I don't know what

Page 167

1    you -- I don't know what you want to say
2    about that.
3  Q.  Have you ever attributed, you know,
4    supporting President Trump or appearing with
5    President Trump to an increase in your
6    business?
7  A.  No.  It's been -- it's been loss, loss, loss.
8    You know, do I look back and say would I
9    change anything?  I wouldn't change anything,
10   but they -- it's hurt MyPillow beyond
11   anything you could imagine.
12         But this is me.  My personally out
13   here, I think that this is something much
14   bigger and that's my -- that's my
15   relationship with Jesus Christ and my
16   evangelism that I'm out there doing.
17         And I'm not going to -- I'm not
18   going to change personally what I believe in,
19   where our country is at, where Donald Trump
20   is at, and where -- and you guys all know
21   that.  You've all seen me out there.
22         You know, people say to me all the
23   time, Don't you feel bad you've destroyed
24   MyPillow because of people out there?  I go,
25   You know what?  I'm not going to change what

Page 168

1    I believe in my -- I listen to -- I pray
2    about what I do and I do it as an individual,
3    and I'm not going to change on things that I
4    see with my own eyes.
5         Just like when I -- I met Donald
6    Trump personally.  No one is going to tell me
7    back then -- just because the media attacked
8    me and they attacked MyPillow because I
9    backed Donald Trump, you know, because I
10   thought he would make a good president,
11   that's just wrong.  And that's just me as an
12   individual.
13         Why they attacked MyPillow back
14   then?  It was just disgusting.  Kind of like
15   right here, to be honest with you.
16 Q.  Mr. Lindell, I want to put up a new exhibit
17   for you.
18         MR. FREY:  This will be Exhibit --
19   let me try to find it -- 743.
20  (Deposition Exhibit 743 was marked for identification.)
21   BY MR. FREY:
22 Q.  And this is a screen capture of an article
23   published in Business Insider, "MyPillow Guy
24   Mike Lindell:  The Inside Story, in Trump's
25   Final Days."

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                169–172

Page 169

1        Do you -- have you seen this
2   article before?  Do you recognize this
3   article?
4   A.  They do hit jobs on me every day.  I can't
5   read them all.  Every day stuff comes out,
6   every single day.  Look at last week.
7   Attorney General of Minnesota just attacked
8   my charities, Lindell Recovery Network.  This
9   is not new to me.
10  Q.  Well, so if we go to page --
11  A.  You're really going to show some fake news
12  article here?  This is bizarre.  Go ahead.
13  Q.  So this section is titled, "Trump has helped
14  sales grow 'off the charts.'"  Do you see
15  that?
16  A.  Yeah, I see that.
17  Q.  Then it says, "For the past four years
18  Lindell's support for Trump has seemed to
19  only help MyPillow's sales."  Correct?
20  A.  Who -- who wrote that?
21  Q.  This is a Business Insider article.  We can
22  get --
23  A.  They attack me all the time.  They attack me
24  all the time.  So what are you saying there?
25  Q.  So if we go down, there's --

Page 170

1   A.  What's the date of this article?  What's the
2   date of this article?
3   Q.  January 21st, 2021.
4   A.  Okay.
5   Q.  And do you see a quote from you here at the
6   top of the next page, "'By me backing Donald
7   Trump, my business is probably up...I can't
8   even say -- 300 percent,' Lindell said.
9   'It's just off the charts where he's taken
10  it, because I believed in this president and
11  so does the public.'"
12       Do you see that?
13  A.  Yep.
14  Q.  And do you dispute that you gave this quote
15  to Business Insider?
16  A.  If it was -- if it was -- if it was then, I
17  don't know.  I guess when I looked at -- when
18  I looked at '16, '17, '18, '19, I guess up to
19  '20 -- up to '20, you know, that would be --
20  you know, I can't dispute because we did
21  increase.  I don't think it hurt -- hurt us.
22       You know, would it have been --
23  would it have been -- I guess I was trying to
24  say they're going -- they're trying to make
25  other businesses, oh, because you -- boy, if

Page 171

1   you back Trump, you're going to be -- you're
2   going to be boycotted and attacked.  Did I
3   lose half -- like Springer said back then,
4   You're going to lose half our business.  I
5   don't know.
6        I just -- you know, I didn't
7   advertise -- CNN left about two years into
8   that because their ads got higher priced than
9   what I could pay, but I still advertised on
10  CNN and MSNBC, if you are talking about
11  political.
12       I always kept MyPillow separate.
13  When they would do these things and say --
14  you know, when Fox would get boycotted,
15  everyone would leave but MyPillow and they're
16  going -- you know, when the host would say
17  something.  Same way -- and I said, Well, I
18  still advertise on CNN and they badmouthed me
19  directly for backing Trump.
20       So I just kept -- MyPillow was kept
21  separate.  Now, did I say this myself?  I
22  might have.  You know, I -- because in
23  reality MyPillow was separate.  I didn't -- I
24  did not advertise on CNN or Fox because of
25  political reason.

Page 172

1        MyPillow -- in fact, there is a
2   quote out there I did with -- I would make
3   the decision to put ads where they worked.
4   It didn't matter if you're CNN, MSNBC, Fox
5   News, ABC, who attacks me all the time
6   directly, CBS, NBC.  It didn't matter.
7        MyPillow made decisions based on
8   where their money -- you put it in here and
9   if it worked.  Those are business decisions
10  made at MyPillow.
11       Now, we're here -- out here
12  defending myself to news business going, oh,
13  you probably lost money over there because of
14  Donald Trump.  I don't think it hurt us up to
15  that point.
16       But did it hurt that the ads went
17  up on CNN, the prices went up?  I don't know
18  if that was because of politics or not,
19  because they got really -- their viewership
20  went up.
21       And like Rachel Maddow, it went up
22  to $36,000 for a one-minute ad.  I couldn't
23  advertise on MSNBC at those prices anymore
24  representing MyPillow.
25       So in that respect, you know, it

MICHAEL LINDELL                                             August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                        173–176

Page 173

1    hurt us, where MyPillow couldn't advertise in
2    certain places anymore because of the price
3    of ads.
4         Now, did I say this to them?  I
5    don't know.  Business Insider, they write
6    stuff and twist stuff all the time, as they
7    all do about me.  So, you know, is that
8    something I might have said?  Absolutely,
9    it's something I might have said.
10   Q.  So you may have attributed --
11   A.  Not --
12   Q.  -- MyPillow growth in sales to --
13   A.  What?
14   Q.  -- Donald Trump, agreed?
15   A.  No, that's not true.  I would not -- I would
16       not say -- that's not one bit true.  Did I
17       say it there, that it grew?  Let's see.
18       "Lindell said sales grew through Trump's time
19       in office."  They did.  Was it because of
20       Donald Trump?  No, it wasn't because of
21       Donald Trump.  If they --
22   Q.  Is that --
23   A.  That quote there that -- I told them sales
24       grew, that it didn't hurt me.  That's what I
25       said, which is a true statement.

Page 174

1         They were trying to do an article
2    that if you back Trump, your business is
3    going to go down the tubes.  And it didn't.
4    Donald Trump made great decisions as
5    president that actually helped MyPillow,
6    regulations and stuff, tax cuts, everything.
7         Did that -- those were the
8    questions that this Business Insider -- that
9    they would ask me, but they would try and
10   twist it, you know.
11        I'm going -- the question there was
12   backing Donald Trump.  I said when Donald
13   Trump was in power, everybody's businesses
14   and people's lives improved because the guy
15   made good decisions then to help businesses,
16   and that's what -- that was the -- this
17   article, I'm reading it now.  That's what
18   they're asking me.
19        Anybody that says, I've got a
20   business and, boy, I'm going to back Donald
21   Trump and they don't do anything, that would
22   be the dumbest thing in history.
23        The stuff that these creeps ask me
24   all the time at like Business Insider, did
25   Donald Trump's time in office hurt MyPillow?

Page 175

1    No.  We went up in sales.
2         But there is a lot of reasons for
3    that, a lot of reasons, because he took off
4    regulation, taxes were lowered.  There is a
5    lot of reasons that -- the import/export
6    thing he did, the deals he made with Canada
7    helped us huge, which I had to deal directly
8    with Trudeau up there.  We ended up putting a
9    plant up there because of what Donald Trump
10   and Trudeau went back and forth on.
11        So did it help MyPillow's business?
12   Yeah.  Did it -- because Mike Lindell went
13   out there and said he's a great president?  I
14   don't know if that would help, unless you go
15   along with the great things he did to help
16   MyPillow.
17        But I know it did hurt some things.
18   Where it hurt was I couldn't buy ads -- about
19   into 2018, I couldn't buy them on CNN and
20   MSNBC because they got too high-priced
21   because everybody was watching those channels
22   attacking Donald Trump.  So we couldn't
23   buy -- MyPillow couldn't buy ads anymore
24   there.
25        But during those times, up until

Page 176

1    '21 -- up until -- through '20, absolutely,
2    MyPillow went up during those times, but it
3    wasn't because Mike Lindell was out there
4    saying Donald Trump is a good president.  It
5    was because of things he did, his
6    administration did.
7         And I think all of your lives
8    watching here -- if you go to December of
9    2019, when gas prices were $1.89, you guys
10   realize what's been done since then.  Every
11   business in this country, including MyPillow,
12   it's hurt them because of shipping prices.
13        Shipping has destroyed -- just like
14   I told you, in February of '21 -- when all
15   our slippers came in, one of the things
16   that's probably not on there is those $25,000
17   container costs, which would have took that
18   gross profit down to probably junk mail, if I
19   really go back and look, because now we've
20   since had to look back with the slipper
21   company.  Where containers we paid 3,000 for,
22   we had to pay $25,000 a container --
23   Q.  Mr. Lindell --
24   A.  -- for those slippers.
25        So there's your answer.

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
177–180

Page 177

1  Q.  And, Mr. Lindell, just in the paragraph you
2      skipped over there, it says, "According to
3      Lindell, promotion codes that reference
4      Trump, which the CEO says are not picked by
5      MyPillow, tend to drive significantly higher
6      sales than traditional codes."  Right?
7  A.  Those codes -- let me just tell you:
8      Whatever was said there when they're asking
9      about those promo codes, those -- every
10     podcaster in the country, they pick their own
11     codes.
12           Let's say it's Eric.  Like Eric
13     Metaxas picks Eric.  Some people -- like
14     Diamond and Silk, I believe they had a code
15     called Trump -- I don't know -- Trump 1 or
16     whatever.
17           They are all picked.  They pick
18     their own codes for their own podcasts and
19     their own show.  They have been doing this
20     since 2011.  That has nothing to do with
21     Donald Trump.
22           Now, they -- so I don't know
23     just -- where do you see the codes there?
24     No -- MyPillow had no codes that they picked
25     that said anything to do with politics, one

Page 178

1      hundred percent.
2           Our codes on anything that we have
3      directly were all like your "my" codes, your
4      -- if it's CNN, CNN 22, CNN 62.  Has nothing
5      to do with Donald Trump.
6           And there was maybe four codes out
7      there, and I know Diamond and Silk had one.
8      A guy named David Harris had one.  I think
9      his code was Trump 2020, maybe.  I don't
10     know.  I'd have to look back.  But these
11     codes were picked by them and that's their
12     deal, Patriot TV, Patriot 62 or whatever it
13     would be.
14  Q.  Right, but MyPillow chooses where -- where to
15     place its advertisements, correct, even if
16     they don't pick what the promo code is?
17  A.  No.  They come to us.  They come to us and
18     we -- like if it's a podcaster, I told you we
19     have to give them the product.  They have to
20     believe in the product.  Had nothing to do
21     with -- we don't ask them what their promo
22     code is at that time.  They have to be
23     vetted.  Even a lot of the TV or radio, they
24     have to use the product and believe in it.
25           I would never want anybody out

Page 179

1      there selling MyPillow stuff that didn't
2      believe in it, because I want to help them --
3      I want to help them -- it's a lot better when
4      you are believing in the product you're
5      selling.
6           So if they come to us.  Let's say
7      it's -- I'll give an example.  You want to
8      talk politics?  The View.  The View, we were
9      their number-one product in history.  If you
10     guys know anything about The View, when you
11     talk politics, they are very far left.  So
12     The View, we're their number-one one-minute
13     commercial ever, ever.
14           Now, did they leave us because of
15     politics?  Yeah, they cancelled us, too.  So
16     they -- you know, they cancelled us and they
17     decided -- their number-one product ever sold
18     in The View's history, they decided to leave
19     it because -- because of MyPillow's CEO
20     happens to like a president.  He picks his
21     own president, that I met with him and got to
22     meet the guy and believe in the guy.
23           So there's an example of a
24     podcaster cancelling MyPillow and hurting
25     MyPillow because of politics, and that's a

Page 180

1      shame.
2  Q.  So, Mr. Lindell, I understand your -- and you
3      may have said this to Business Insider about,
4      you know, supporting Donald Trump has
5      increased sales, but you dispute --
6  A.  No, I didn't say --
7          (Simultaneous indiscernible crosstalk.)
8  Q.  -- taken out of context --
9  A.  I said -- what I said was it didn't hurt our
10     sales and MyPillow sales went up during that
11     time.  A lot of it was because of his
12     policies, getting gas prices down.
13           Are you kidding me?  It wasn't
14     because people vote -- people bought more
15     pillows because their CEO backs Donald Trump.
16     That's complete bizarreness.  If that would
17     be the case, it would have probably went
18     down.
19           But to offset that, the good
20     policies he put into place to help
21     businesses, all businesses, and get gas
22     prices lower, MyPillow flourished during
23     those years, like every other business in the
24     country.
25           Did it hurt that the CEO backed

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          181–184

Page 181

1    Donald Trump?  Absolutely, it probably hurt
2    that because the Better Business Bureau, a
3    good example, took us from an A plus to an F
4    and they told me straight out it was
5    political.  So that's a fact.
6           So and just like --
7  Q.  Mr. Lindell --
8  A.  -- the media attacking me -- just like the
9    media attacked me and called -- brings up my
10   past drug addiction and stuff when I backed
11   Donald Trump.
12          So you've got --
13 Q.  Mr. Lindell, taking former President Trump
14   out of the equation, would you agree that
15   appearing publicly and being in the news
16   would help MyPillow sales, you, Mike Lindell,
17   being in the news would help MyPillow sales?
18 A.  No.  No.  No, not at all.  That's not true at
19   all.  It's just like when -- I'll give you a
20   perfect example.  When I'm on the cover of
21   The Enquirer, this former crack addict, they
22   show a mugshot of me and they're interviewing
23   me and attacking me, no, that does not help
24   at all.  It would depend what you are talking
25   about.

Page 182

1           Did it help when MyPillow appeared
2    when we gave 80 -- or 3 million dollars'
3    worth of pillows to Hurricane Harvey back
4    when they would report us on Fox, when they
5    would actually talk about us on Fox or on CNN
6    and say, Look at MyPillow, look it, they're
7    giving all these products away?
8           Well, the last time I did it in
9    September of '22, all they did was attack me.
10   They didn't say about us donating everything
11   we had left to things.  It depends.
12          Back then, when I would be -- if I
13   made an appearance there, did that help when
14   we would be in the news about that?  Sales
15   wouldn't go up.  They'd go, Oh, MyPillow,
16   they're giving away pillows.
17          But you wouldn't see a spike for
18   giving away -- maybe you would.  It would be
19   short-lived, short-lived that MyPillow
20   gave -- helped out Hurricane Harvey.
21          I mean, it happens all the time,
22   you know, where if there's negative press,
23   Mike Lindell backs Donald Trump -- when they
24   all went in with that, that hurts.  That
25   would hurt back then when they would attack

Page 183

1    me.
2           And I'm going, Why?  Why should
3    that have any bearing on MyPillow, when I
4    went and met this guy and I'm out there doing
5    a rally, so to speak, you know, doing a
6    rally?
7           You know, it's -- we shouldn't lose
8    half of our business or these people because
9    I back a person that I believe in.
10 Q.  So, Mr. Lindell, I want to look at another
11   exhibit here, which will be Exhibit 744.
12   This is Bates stamped DEF082645.
13 (Deposition Exhibit 744 was marked for identification.)
14   BY MR. FREY:
15 Q.  And this is a print-out of a text message
16   chain.  So do you see at the top there
17   there's two phone numbers?
18 A.  Yeah, yeah, yeah, yeah, yeah, yeah.  To my
19   son?
20 Q.  Yeah.  Do you recognize this as your son's
21   phone number and your phone number?
22 A.  Yep.
23 Q.  And do you see it says -- there is a date in
24   the middle there, January 20th, 2021?
25 A.  Okay.

Page 184

1  Q.  All right.
2  A.  Yep.
3  Q.  I'm scrolling down to the second page of
4    this, which I guess starts on -- moves over
5    to -- oh, no, same day.  Top of the second
6    page.
7  A.  Right.
8  Q.  So you're talking to your son about the
9    wedding and stuff and then you say, "Almost
10   10K orders already today, smiley face."
11          Do you see that?
12 A.  Yep.
13 Q.  And then he responds later.  He says, "38,000
14   orders yesterday.  Shattered every record."
15   Right?
16 A.  Right.  Right.
17 Q.  You say, "4.6 million.  Who said being crazy
18   in the news isn't good?"  Right?
19 A.  Right.  Yep.
20 Q.  So in some sense you have attributed being in
21   the news to --
22 A.  No.  Let me -- let me put that in context.
23   My son is a liberal, and he was so upset with
24   me when -- this is after the White House
25   picture when I brought the evidence to Donald

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                185–188

Page 185

1  Trump that was under a gag order by a guy
2  named Dennis Montgomery.
3         And I needed to get this signed,
4  and lawyers gave me a sealed envelope, which
5  they said if you get to meet with him, please
6  give him these recommendations.
7         As you all know, I'm sure you're
8  very familiar, when I came out of the White
9  House when I was outside the back talking to
10  my son Darren, that had been opened.  I had
11  never read those papers to this day.  And the
12  Washington Post took that picture from a
13  quarter mile away and it said "martial law"
14  on there.  I never read those papers.
15        And when that happened -- and that
16  was the number-one story in the world, and
17  everybody attacking MyPillow from that point.
18  And Darren was so upset with me.  So I'm
19  going -- he goes, What, are you nuts?  He was
20  very, very upset.
21        So my comment to him there is:  You
22  know what?  You can call it crazy, but who
23  said it -- be happy that at least the sales
24  are coming in.  And those sales did spike
25  during that time as we were losing box stores

Page 186

1  and everything else.
2         But my focus was on saving this
3  country because I had gotten the evidence
4  that showed machine and computer
5  manipulation, which explained to me
6  everything from November and December that I
7  went out on my own and said, Hey, why are all
8  these people that voted -- that voted and
9  didn't live in the county, just like --
10  LA County in California?  I'm going all these
11  people voted here that don't live in the
12  county.  That's a crime.  How could that -- I
13  just couldn't imagine people running into
14  LA County going, hey, or running into this
15  state and saying, hey, let's go vote for
16  Biden.  It didn't make sense to me.
17        I was given evidence on
18  January 9th, and you all know about it, by
19  Dennis Montgomery.  I was given this
20  evidence.  I had to get -- it was under a
21  government gag order and it needed to be
22  signed.  That's what happened.
23        My son was so upset, so I made a
24  thing like, you know, lighten up, it's okay.
25  Who said being crazy in there?  Yes, I

Page 187

1  wrote -- I typed that.  But there is a
2  reason.
3         He is very left and he very much
4  was against anything showing up at the White
5  House with martial law papers, which I had to
6  explain to him that they weren't mine.
7         And if you ever depose him, he will
8  tell you, he was against anything I've done
9  for -- out there as my individual self out
10  there because, you know, he will tell you how
11  bad it's decimated MyPillow by me doing that.
12        And he was -- that was me saying,
13  Oh, I didn't know.  I wasn't even there, by
14  the way.  So I'm out there.  I wasn't even at
15  MyPillow hearing that.  I'm going, okay,
16  that's good, but did you hear about this and
17  this and this and what was done with
18  computers and our elections and China
19  attacking?  And you guys know that this is
20  what all happened during that time.
21        Was there a spike that day by the
22  public?  Yeah.  Did it last?  No.  We lost
23  everything we've had, hundreds of millions of
24  dollars.
25        My company -- as I sit here before

Page 188

1  you today, I've got nothing left in the
2  world, period, because of me standing for our
3  country and wanting to go to paper ballots
4  hand counted.
5  Q.  In either event, the sales did go up after
6      you --
7  A.  Correct.  For about, what, four days maybe.
8      I don't know.  During that time --
9      (Simultaneous indiscernible crosstalk.)
10  A.  And that was also -- that was also the -- it
11      was the slipper time, too.  So, you know --
12      but did it spike that day?  Absolutely.
13        MyPillow, people that had --
14      remember during that time they -- you know,
15      people were buying.  That was the slippers.
16      The slippers came in.  So people bought more,
17      I guess.  But it coincided with that.  There
18      was a spike that day, absolutely.
19  Q.  All right.  Mr. Lindell, I want to go back to
20      the P&L statements, and we can go to
21      Exhibit 730 to talk about some other items on
22      here.  It's 2021.
23        So after the gross profit line,
24      then there is expenses, correct?
25  A.  Uh-huh.  Right.

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
189–192

Page 189

1  Q.  And it goes into a detailed breakdown of
2      various expenses --
3  A.  Right.
4  Q.  -- that MyPillow incurs?
5  A.  Yep.
6  Q.  And in discussing expenses, would you agree
7      that these are costs, other than raw
8      materials and direct production costs, that
9      MyPillow would need to spend each month?
10  A.  That's correct.
11  Q.  So I have questions about a couple of these.
12          So the first is the
13      advertising/promotional expenses.
14  A.  Right.
15  Q.  What types of expenses fall into the bucket
16      of advertising/promotional?
17  A.  That's all of your ads.  If you buy an ad on
18      CNN or Fox or whatever it is, that's the
19      money we spend every week and it has to
20      either break even or make money.
21          For example, if you buy a $10,000
22      ad on Fox, it needs to produce about 18,000
23      just to break even on product costs.  If it
24      doesn't, you don't run it.
25          For example, like I said, I

Page 190

1  couldn't buy on MSNBC when they started
2  charging too much, 36,000 for a one-minute
3  ad, and if you only take in 28,000 or
4  whatever, you lose 20 grand.  You don't get
5  that back.
6          So -- so as -- and when the ad is
7  working, you can spend more money on -- you
8  could go broader, more horizontal.
9          So what you're showing me here in
10  February, with that spike if you say -- if
11  you attribute it just to the -- with the
12  slippers, but also two people out there that
13  are -- were able to go more broad, who were
14  able to spend more money because the
15  commercials are working.
16          So let's say you would go into your
17  ABCs, your CBSs or whatever it is.  Once you
18  get to local broadcasts, you can buy more
19  media.  You can buy more media.
20          So -- and then -- now, if they're
21  performing at a 3 or a 4 -- ideally you want
22  at least to hit a 2, but there's been times
23  we've hit a 3 or a 4, like when we went into
24  the -- where everybody was watching on -- the
25  highest -- I believe the highest margins we

Page 191

1  ever had was probably right after the Rose
2  Garden, when everybody went into lockdown,
3  because that's when the media really lowered
4  their prices and nobody was buying media.  So
5  we were able to buy it for really reduced
6  prices.  I even went on CNN back then again
7  with my book.
8          So, you know, it's all about what
9  they charged.  There's a lot of variables
10  there.  But that's what the advertising
11  expense is.  It's -- that would be your rev
12  shares.  That would also be your -- your
13  direct buying of ads.  There are two things
14  that are in that column.
15  Q.  Okay.  So that's what would go into that one.
16      And would you agree that the
17      advertising/promotional expenses --
18          MR. FREY:  Julie, if you can slide
19      over.
20  Q.  -- are the highest expense for MyPillow?
21  A.  Oh, a hundred percent because it's all
22      relevant.  If I don't -- if I don't buy an
23      ad -- I'll give an example.  So last week we
24      got preempted because of the Democratic
25      Convention.  All of our ads got preempted,

Page 192

1  which means a lot of them ran
2  commercial-free.  Our gross sales dropped
3  down almost half because it's all relevant.
4          So if you don't have a commercial
5  that's working, MyPillow is just decimated.
6  It's -- because it's not like you're going,
7  okay, I'm going to go buy MyPillow today.  We
8  don't have the box stores anymore.  So people
9  aren't buying it just seeing it.  We don't
10  have that.
11          So if you don't hear about it,
12  you're not just going, hey, I'm going to
13  buy -- I'm going to go to MyPillow today and
14  do some shopping.
15          You have to -- everything costs
16  money.  So even the email blasts cost, but
17  those -- those -- you know, those fatigue too
18  after a while.  So if you're not able to buy
19  a direct -- these are impulse buys.
20  Everything is an impulse buy.
21          When you are able to buy more
22  advertising and produce that break-even or
23  better, your company is bigger at that moment
24  in time.
25  Q.  And for -- do you know -- and we can walk

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          193—196

Page 193
1    through the other ones if you'd like.  Would
2    you agree that the -- compared to prior
3    years, 2021 was the year that MyPillow spent
4    the most on advertising?
5  A.  Yeah, because of the -- because of the
6    slippers.  That was the -- the slippers.
7         We -- if we were relevant back in
8    the day, back when MyPillow first launched,
9    you know -- you've got to realize, too, that
10   we have to -- we couldn't just -- I didn't
11   have millions of dollars to buy the ads.
12        If I would have had millions of
13   dollars in those other years when MyPillow
14   was launched, or MyMattress Topper, we could
15   have really -- we could have took advantage.
16   It would be like printing money, because you
17   could have bought them in every little tiny
18   station because they were producing at 2 or
19   better.
20        So here was our -- when the
21   slippers came here, with the slipper launch,
22   if you didn't have a commercial that was
23   working, those -- all of those numbers would
24   be dismal.  They would be just like they are
25   now.  The commercial is not working.  And if

Page 194
1    you don't have a commercial working and you
2    don't have box stores, you have nothing.
3         Here we had no box stores, but the
4    commercial was working.  Everybody was buying
5    the slippers.  I mean, it was crazy, to the
6    effect that we ordered millions of dollars of
7    more slippers.
8         And by the time that commercial
9    fatigued, then -- we couldn't buy the ads.
10   That's why we owe the slipper people.
11   $15 million they have been waiting on because
12   we have all this inventory of slippers and no
13   place to sell it.
14        I can't put a slipper ad on TV
15   right now because it would lose -- a $10,000
16   ad, I would lucky -- I would be fortunate to
17   take in $3,000.
18        So you guys need to understand how
19   our advertising works.  The slippers made
20   that year of '21.  It was incredible.  It
21   kind of rolled into 2022.  Then the
22   commercial went down and it died.  I tried
23   everything.  I tried different -- with
24   people's testimonies.  I tried lowering the
25   price.

Page 195
1    I did it -- in the spring of '22 I
2    actually took our all-season slippers just to
3    stay alive at MyPillow and reduced the cost
4    down to like $29, because our inventory was
5    so -- we had inventory that was sitting
6    there.
7         But we couldn't cash flow because
8    the attacks on MyPillow and everything else.
9    So we couldn't cash flow, and I sold out all
10   that inventory at cost and all it was was a
11   Band-Aid.
12        We lost millions of dollars in the
13   spring of -- that was right after the
14   commercial for the 2.0 collapsed.  Or that
15   was -- I guess that was early '23.  We've
16   tried everything to get through.
17        But you can't -- by what's happened
18   with these attacks on MyPillow and the
19   cancellations, we're just decimated.  But
20   that was a good run there with the slippers
21   until it fatigued and it was like, boom,
22   done.
23  Q.  And -- okay.  So that's -- that's what goes
24   into your advertising expenses.
25        The next one I want to talk about

Page 196
1    is travel and entertainment.  If we go back
2    over to the side, it's 6150.  It's about
3    midway down.  Do you see that?
4  A.  Yep.
5  Q.  What goes into travel and entertainment
6    expenses?
7  A.  Well, there's no -- there's no entertainment
8    at all in there.  That would be whatever -- a
9    lot of that, I'm sure, is procurement
10   department.  I know that they go -- they go
11   overseas to try and get new products.
12        There was a lot that went on in '21
13   because of the slippers.  There was a lot
14   of -- they had to fly places.  We were trying
15   sandals -- to get sandals and stuff.  That's
16   almost all one department, mostly, I would
17   say, Bob Sohns, Department of Procurement.
18        That would be -- that would be --
19   that would be the biggest expense, I would
20   think, because that was the one -- that
21   was -- I know there was so many because their
22   plants are -- overseas in two different
23   locations.  I think Cambodia maybe.  I'm not
24   sure.  And --
25  Q.  So --

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

Page 197

1  A.  But they -- there's very few -- oh, there's
2      other.  I guess there is other.
3          Entertainment shouldn't be on
4      there.  We don't do any entertainment.  That
5      should be -- that shouldn't even be an
6      expense.
7          Travel would also be if -- if you
8      were doing -- if they were doing any trade
9      shows and stuff, but they -- a lot of them
10     were cancelled because the box store.  I know
11     we tried in vain that year to get some back.
12          That's another department where
13     they go to like mid-state shows and stuff
14     like that, where they go to trade shows,
15     where we're trying to get box stores to come
16     back or even get new ones.  So there was a
17     lot of that in '21.
18  Q.  And so that travel would be kind of maybe
19      commercial travel, flying overseas --
20  A.  Yep.
21  Q.  -- that kind of thing?
22  A.  Yep.
23  Q.  The next line item is aircraft operation --
24  A.  But no --
25  Q.  -- expenses.

Page 198

1  A.  But no -- but no -- but no entertainment
2      would be on there.
3          The aircraft operation, that's --
4      that's the plane, the -- MyPillow's plane.
5  Q.  Okay.  So that's for the MyPillow private
6      jet?
7  A.  It's not -- it's not in their name.  It's not
8      in their name.  It's another company, but
9      yeah.
10  Q.  And why does MyPillow need a plane?
11  A.  Well, at that time it was voted in in 20 --
12     it was voted in by the board, not by me, in
13     20, I want to say, 17, and that's because I
14     would go to QVC -- QVC Canada, all these
15     places, and I would do appearances.  I did
16     over 300 and some at QVC alone.
17          And to fly commercial, the board
18     said you will save sixteen 24-hour days.  I
19     would literally have to fly to Pennsylvania,
20     two hours wait -- two hours wait and two
21     hours where I wouldn't be available on a
22     commercial flight, land, go do the hit at
23     QVC, which would be -- could be a hundred and
24     some thousand dollars.  There was so many --
25     and then the shopping channel in Florida.

Page 199

1      All these different things I had to
2  go -- I was doing stuff for Wal-Mart in their
3  stores.  I would fly down and be in a
4  Wal-Mart personally to help sales.
5          So there was -- it was -- that's
6  what I constantly was doing.  They said, Hey,
7  we can't -- the expenses and the time it
8  would take me, that was the board voted that
9  in one hundred percent.
10          Because I'm going, You know what?
11  That's an expense.  They go, We need this now
12  or you can't get -- I couldn't do the
13  Canadian shopping channel one day, meet in
14  another part of Canada because we had -- we
15  had massive stuff, too, where we would have
16  to go to like Costco, their executive office,
17  or mid states.
18          All the stuff that I had to travel
19  on was just incredible that -- so that was
20  voted in.  That's what that -- that's what
21  that aircraft does.
22  Q.  Did you use the MyPillow jet more frequently
23      in 2021 than in prior years?
24  A.  No.  No.  Probably be prior than 2020 because
25      of the -- because of the virus we did --

Page 200

1  well, no, it was used then, too, because we
2  didn't have commercials.
3          So there was -- there was -- I
4  don't know about -- I don't know how it would
5  compare to other years.  I think it was
6  pretty much the same.
7          Those are -- those are pretty much
8  flat fees because you have -- that's
9  another -- it's another entity that charges
10  that.
11          It doesn't matter how much you're
12  using it, other than fuel, those are -- those
13  numbers pretty much stayed the same unless
14  you're taking less trips than your -- because
15  you still have the cost of your pilots.
16          I know the first year we had to add
17  two pilots because I was doing so many -- so
18  much QVC and so much shopping channels, that
19  we had to get two more pilots, so that cost
20  went up.
21          But these are -- these are pretty
22  much you -- they store the jet.  They take
23  care of it.  They do everything.  And those
24  are fixed costs, except for fuel is on there.
25  Q.  Have you used or did you use this -- this

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
201–204

Page 201

1  MyPillow jet in connection with making
2  appearances and statements related to claims
3  about fraud in the 2020 US election?
4  A.  No.  I don't know what you mean by that.
5  Absolutely not.  What do you mean?  No, I
6  didn't --
7  Q.  Did you --
8  A.  I didn't --
9      (Simultaneous indiscernible crosstalk.)
10 Q.  When you hosted the Cyber Symposium in August
11 of 2020, did you travel there in the MyPillow
12 jet?
13 A.  Yes.  That was all paid for -- that was paid
14 for by me personally.  So those are separate
15 things that get paid out of there.
16      Back to MyPillow, whenever I use
17 the jet -- whenever the jet would be used
18 personally, I have to pay for that.  Or if
19 someone flies on there, that would be -- they
20 have to pay.  They get paid.  That's a
21 totally separate -- separate accounting thing
22 that's done with the jet.  Always has to
23 know, you know, who's on there, and then they
24 have -- and I paid for those things
25 personally.

Page 202

1  Q.  Is there --
2  A.  If you are talking about that -- when you are
3  talking about that Cyber Symposium, a hundred
4  percent I paid for all that.
5  Q.  Is there documentation denoting kind of your
6  payments back to MyPillow with reference
7  to --
8  A.  Yep.
9  Q.  -- the private jet use?
10 A.  Yes, absolutely there would be.  The IRS just
11 went through all that a hundred percent.  So,
12 yes, there is.
13 Q.  So in connection, then, with that Cyber
14 Symposium, did -- did you fly Dennis
15 Montgomery on the MyPillow jet?
16 A.  Dennis Montgomery didn't go to the Cyber
17 Symposium.  So where are you getting your
18 information?
19 Q.  Has Dennis Montgomery ever been flown on the
20 MyPillow jet?
21 A.  I don't -- I don't know.  Maybe one time, if
22 that.  That's -- maybe one time in history,
23 and that would have been -- I think maybe
24 when -- because I only met him -- that's the
25 first time I met him.  I believe I -- he was

Page 203

1  on -- no, I wasn't on there then.  He was not
2  on there then.  I know he was on there at
3  least one time, and I think --
4  Q.  How about --
5  A.  -- only one time.  I think only one time.
6  Q.  How about Conan Hayes?  Has Conan Hayes ever
7  flown on the MyPillow jet?
8  A.  I don't know.
9  Q.  Phil Waldron?
10 A.  Yes, Phil Waldron when he -- yes, because of
11 that Cyber Symposium.
12 Q.  How about Russell Rantlin [phonetic]?  Has he
13 ever flown on the MyPillow jet?
14 A.  No.  Not to my knowledge, no.
15      (Simultaneous indiscernible crosstalk.)
16 A.  Who?
17 Q.  General Flynn?
18 A.  No, I don't believe so, but I couldn't say a
19 hundred percent for certain.  I don't believe
20 so, though.  He might have -- he might have
21 when he was -- because I was working with
22 him -- he was setting up Patriot TV.  But I
23 would say no.  Because we were going to
24 advertise with him.  I want to say no, but I
25 can't be a hundred percent certain on him.

Page 204

1  Q.  How about Douglas Frank?
2  A.  Yes.
3  Q.  Has Frank ever been on the MyPillow jet?
4  A.  Yes.
5  Q.  Approximately how many times?
6  A.  I think just once, and I'm not even positive
7  about that.  I'm not positive about that.  I
8  want to -- I wasn't on there with him, but I
9  believe he's been on there because I don't
10 know -- because he came to the Cyber
11 Symposium.
12      I'm trying to think who was there.
13 Flynn was not there.  Dr. Doug Frank would
14 have been on there, I believe, unless he took
15 a commercial flight.  I don't know that.
16 Q.  So in connection with the Cyber Symposium,
17 then, would the jet have been used to kind of
18 help bring speakers and other individuals
19 there?
20 A.  I don't know what the protocol was, but I
21 think -- I know it was brought -- they called
22 it the red team.  I don't know what they
23 were.  I didn't know what a red team meant.
24 I had no idea.
25      This was all -- it was very -- very

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              205—208

Page 205

1  set up sporadically, where I know my
2  attorney, Kurt Olson, I know he set up part
3  of that, of who was coming in. I don't know.
4        And as far as speakers, I don't
5  know -- I don't think -- I don't think it was
6  necessarily speakers, but some of them were
7  speakers maybe. I don't even know where it
8  all went.
9        To be honest with you, I don't
10  know -- I don't know how many people were
11  brought back and forth. Some of them were
12  speakers, so...
13 Q.  Who would make the arrangements, the travel
14  arrangements, for use of the private jet in
15  connection with the Cyber Symposium?
16 A.  I don't remember and I don't -- I don't know.
17  It wasn't me. I had no idea who was coming
18  or not coming to that event. A hundred
19  percent I didn't know.
20        I was actually getting the evidence
21  from Dennis Montgomery. I was in Florida,
22  and I went from there to Texas to give it to
23  the Cyber '15 -- Act of 2015 or the Cyber
24  Act, to give the data -- the data from Dennis
25  Montgomery to them.

Page 206

1        And we went to turn it in and we
2  were running late. I said, You know what?
3  Let's -- there was a guy there named Josh
4  Merritt. First time I ever met him, and he
5  said, All of this data I've already
6  validated. He said, It's all a hundred
7  percent legit. I had already known that
8  because I had had it validated for six
9  months.
10        And then they were going to put it
11  in this thing to seal it and send it out
12  under the 2015 Act, and they were making a
13  copy of it.
14        And -- and then it ended up --
15  there was, I think, Josh, who I had just met,
16  Kurt Olson, and -- you know, I don't know. I
17  think Phil Waldron was -- that might have
18  been the time he was on the plane. Then we
19  went to Sioux Falls.
20 Q.  And does MyPillow still -- still use the
21  private jet?
22 A.  Yeah. We don't have -- we don't own it
23  anymore, but we -- yeah, I still use it.
24  I'll contract with it, yeah.
25 Q.  Okay. So --

Page 207

1 A.  MyPillow --
2        (Simultaneous indiscernible crosstalk.)
3 Q.  MyPillow no longer owns it, they sit -- at
4  least use --
5 A.  Well, my MyPillow -- MyPillow -- yeah,
6  MyPillow can still use it. It's -- you know,
7  absolutely. They can still use it. They'll
8  still pay to use it when we need it. We
9  don't need it as much anymore because we
10  don't have the box stores. We don't have the
11  shopping channels.
12        So the costs have went down
13  because -- you know, because we've lost
14  everything, we had to -- so we had to sell
15  that. We've lost -- we're decimated. So
16  we've had to just adjust accordingly.
17 Q.  The next line item I wanted to understand is
18  number 6560, Commissions - Misc. It's down
19  there towards the lower left-hand side. What
20  does that line item represent?
21 A.  Commissions? Those are call center. Those
22  are call center. They get 5 percent
23  commissions. They get 5 percent commissions
24  off of MyPillow sales.
25 Q.  And that's folks from the call centers that

Page 208

1  MyPillow uses?
2 A.  Those are -- those are mothers and fathers.
3  A lot of them work from home, but we have our
4  own call center. We don't use outside people
5  overseas. We -- these guys -- this is their
6  commission. They get 5 percent off every
7  sale made. These are my employees.
8 Q.  Okay. And how about shows? The next one
9  down, Commissions - Shows?
10 A.  The shows are -- they worked on shows. These
11  would be your -- the home shows, the Costco
12  shows. Those are the ones we lost. They --
13  they -- they used to get like 20 percent
14  commission at the shows. But Costco, they
15  cancelled us. Everything gone.
16 Q.  Got it. Okay.
17        I want to look at the balance
18  sheets next. So we can just take one from --
19  we'll use the one from 2021 again to be
20  consistent. So we'll do Exhibit 735.
21 A.  Okay.
22 Q.  Just to frame here, these balance sheets show
23  the assets, liabilities, and equity of
24  MyPillow on a monthly basis for each
25  calendar --

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
209–212

Page 209

1   A.   Okay.
2   Q.   -- year, right?
3   A.   Okay.
4   Q.   Okay.  And it looks like, unlike the P&L
5        statements, these don't roll up or
6        accumulate.  They're just kind of a
7        month-by-month snapshot; is that right?
8   A.   I -- I don't know, but it looks like it,
9        yeah.
10  Q.   And so for total assets --
11  A.   I don't -- if they're going by month, I don't
12       know, but go ahead.
13  Q.   Okay.  You're not -- you're not sure?
14  A.   Yeah, I don't know if -- what rolls over or
15       not, but the total assets would -- keep
16       going.  Go ahead, what you're saying.
17  Q.   So the total assets here for 2021 show just
18       over 86 million; is that right?
19  A.   Where do you see it?
20  Q.   It's down in that lower right-hand corner.
21       So you get total assets (indicating).  Then
22       the two underlines.  And if you go all the
23       way to the right for December of that year,
24       it would be 86.
25  A.   Okay.

Page 210

1   Q.   It's 86, right?
2   A.   Okay.
3   Q.   And so then I believe if we flip to the next
4        exhibit for December 2022, that same line
5        shows total assets of 92,394,000 at the end
6        of 2022, right?
7   A.   Okay.
8   Q.   And then I want to flip to the Smiths & --
9        the one prepared by the accountants.  Let me
10       find the exhibit number for that.
11       Exhibit 742, the 2022-2023.
12            If we go up a page, okay, here it
13       says for 2023, December, it's 63 million in
14       total assets, right?
15  A.   Uh-huh.
16  Q.   And the number for 2022 that they have is
17       77 million, right?
18  A.   Okay.
19  Q.   And I think the company balance sheet that we
20       just looked at for December 2022 said
21       92 million.
22  A.   Okay.  I don't know -- I don't know where you
23       got that one or who prepared that for you.
24       When -- when was this one presented?  Like I
25       say, we had some -- we had five different

Page 211

1    controllers.  Two of them were very
2    incompetent and they got let go.
3         So I don't know when you got it,
4    but I would -- the CPA, those numbers are
5    accurate.  And I can assure you we were
6    decimated in 2022 and 2023, and right now
7    we're within minutes of going under.
8         So whatever you have on your other
9    thing -- whenever you got it, that report
10   that you showed that said 92 was 1 million
11   percent wrong, whoever prepared that.  We had
12   a lot of incompetence with those two
13   controllers and they were both let go.
14        MR. KACHOUROFF:  And just for the
15   record --
16        THE WITNESS:  So when --
17        MR. KACHOUROFF:  -- Tim, when I
18   turned those over, I told you they were going
19   to be different from the auditor's -- from
20   the CPA's --
21        THE WITNESS:  Yeah.
22        MR. KACHOUROFF -- record.
23        THE WITNESS:  Yeah.  Yeah.
24        MR. FREY:  I understand you told me
25   that --

Page 212

1         (Simultaneous indiscernible crosstalk)
2         MR. FREY -- but I wanted to explore
3    with Mr. Lindell the reasons for the
4    discrepancies.
5         THE WITNESS:  Okay.  And I want to
6    tell you right now my -- you can ask my
7    controller --
8         MR. KACHOUROFF:  Mike, if you know
9    the reason for the discrepancy --
10        THE WITNESS:  No, I'm going to
11   answer it.  I'm telling him right now.
12        We had two incompetent -- two
13   incompetent people that were brought in on a
14   shoestring going here, here this is.  It was
15   craziness, as we're going under and expenses
16   and we're -- every day they would have to
17   spend their whole day who to pay, who not to
18   pay or we're going under with a gun to our
19   head.  Hey, we're not going to deliver foam
20   unless you pay us.  We're squishing your
21   credit from 30 million down to zero.
22   American Express, they've -- all these things
23   that happened to cancel out MyPillow, to put
24   us under.  These -- that's what these guys
25   had to deal with.  Some of them, though, were

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                      213–216

Page 213

1  very incompetent.
2       My controller -- I mean my CPA, to
3  do '22 and 2023, it's taken him the longest
4  in history with questions going back and
5  forth and back and forth and back and forth
6  and through the books, and I've been over
7  there many times, you know.
8       And this has taken the longest of
9  tax return in the history of MyPillow because
10 he had to go through and we had to fix so
11 many things that were wrong.  This wasn't
12 accurate.  This was inaccurate.  Well, this
13 person did this.
14      These are accurate.  The ones that
15 we showed on our -- on our -- that you got
16 from our CPA, and you can get the -- the
17 other stuff from him, these are accurate.  We
18 spent many, many hours.
19      And, by the way, there was many
20 people brought in, you call them a third
21 party, to help out.  I even brought Kim
22 Rasmussen back to help out and say, Can you
23 balance this stuff?
24      There's been -- you know, so we
25 had -- but we had to fire people in between

Page 214

1  because we couldn't -- you know, they were
2  incompetent.
3       But they were working -- but the
4  one that got -- when it really got bad was he
5  spent every day just writing down here's --
6  who could we pay?  And I would have to say,
7  Well, if we don't pay this, the doors close.
8  If we don't pay -- this has been going on,
9  it's been a nightmare since '21 with all the
10 cancellation and everything that came in
11 January of '21.  This is the nightmare we've
12 lived, so...
13      It's not like they --
14      (Simultaneous indiscernible crosstalk.)
15      THE WITNESS:  -- purposefully
16 put -- purposefully put a number in there and
17 then changed the number.  That's the biggest
18 crap I've ever heard in my life.  Here's your
19 accurate --
20 BY MR. FREY:
21 Q.  I'm not --
22 A.  -- numbers.
23 Q.  Mr. Lindell, I'm not intimating anything.
24      I'm just asking --
25 A.  Oh, I know what you're insuating [phonetic].

Page 215

1  Don't tell me what you are insuating --
2  insinuating.  I live this every day.  As I
3  sit and speak to you, we have nothing,
4  nothing left.  You know, Smartmatic --
5       MR. KACHOUROFF:  Mike --
6       THE WITNESS:  -- sues --
7       MR. KACHOUROFF:  Mike --
8       THE WITNESS:  -- MyPillow.  It's a
9  shame, so...
10      MR. KACHOUROFF:  Mike, let Mr. Frey
11 ask his questions.
12      THE WITNESS:  Yeah.  Okay.
13      MR. FREY:  So, actually, let's --
14 we've been going for almost an hour and a
15 half, so let's take five minutes.
16      THE WITNESS:  I don't need any
17 minutes, but you go and take them, that's
18 fine.
19      THE VIDEOGRAPHER:  We're going off
20 the record 2:20 p.m.
21      (A recess was taken.)
22      THE VIDEOGRAPHER:  We are back on
23 the record 2:30 p.m.
24 BY MR. FREY:
25 Q.  Okay, Mr. Lindell, back on the record.  So we

Page 216

1  were talking about the total assets for each
2  year, and I believe you said that as of
3  today, those assets are almost nothing; is
4  that right?
5  A.  Yeah.  Our inventory is down to -- we owe
6  more now on our inventory by about 10 million
7  than what we have in stock.
8       So the company itself is probably
9  upsidedown by -- and I've had to borrow
10 personally and MyPillow borrow about
11 $6 million this year, maybe 10 million this
12 year to stay in business, to the point we
13 can't borrow anymore.
14      We borrowed money from --
15 basically, if you borrow a million, you pay
16 them back 1.5 million and -- so I would say
17 our assets now probably 20 million in the
18 hole upsidedown.  It's at least 10, but
19 probably 20.
20 Q.  And is the company considering insolvency?
21 A.  No.  No.  I will not do that.  I'm not going
22 to do that.  We -- God will get us through.
23 We pray every day we'll get through another
24 day.
25      And, you know, we're trying to come

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
217–220

Page 217

1  out with a commercial that would work.  Right
2  now we have two commercials, and they both
3  are about a break-even.
4          We've took our company and
5  downsized it, laid people off to try and fit
6  what sales we do have left.
7          And, you know, I think we're coming
8  out the other end now, paying -- you know,
9  paying the -- with what they did last year,
10  when we had the run on our credit and the
11  credit squish, but we've gotten through that.
12          So basically we will come out of
13  this maybe with a smaller company, but I
14  don't know how -- how long or -- how long
15  it's ever going to take to pay these people
16  back, such as the slipper people.
17          They were -- they were the ones
18  most affected because of what I told you.
19  There were big sales in '21 and then it just
20  after their commercial -- once a commercial
21  fatigues below that line, it's over.  You
22  don't -- you have to either change your
23  offer, and if that doesn't work, you're stuck
24  with that inventory.
25          And it would take a long time to

Page 218

1  sell -- like, for instance, their slippers
2  will take, at its current rate, probably nine
3  years to sell.
4          Now, if the commercial was still
5  successful, like in '21, boom, you would
6  be -- you'd run through all that inventory,
7  but now they're -- like I say, our inventory
8  now is -- a lot of the inventory we have,
9  like the slippers, it's not the inventory we
10  need.  We need our inventory that we make,
11  which is our MyPillows and this -- and the
12  new topper commercial, but now they have us
13  on cash only.
14          So we live day to day.  I take
15  every dime I make out of my -- everything I
16  make I stick in every day.  I wake up in the
17  morning.  I grab out of every account I can
18  just to keep going with MyPillow, and I leave
19  maybe 10 grand at the most in all the
20  accounts combined.
21          And there's no assets --
22          (Simultaneous indiscernible crosstalk.)
23  A.  By the way, the IRS has on the house I'm
24      sitting in, the IRS has a $5 million lien
25      against it, and that's the only other asset I

Page 219

1      have in the world, so...  They have that
2      covered, so...
3  Q.  What is the name of the slipper company,
4      Mr. Lindell?
5  A.  It is -- I'll have to text and get the actual
6      name.
7  Q.  That's okay.  Please, you know, don't be
8      texting on the --
9  A.  I mean, I can --
10          (Simultaneous indiscernible crosstalk.)
11  A.  I can get that for you or I'd have to call
12      them.  I would have to call them.  I don't
13      know the actual name.  They're out of
14      California.  They call me every single day
15      looking for hope, every day.  And they're
16      owed about 15 million.
17  Q.  And is that they delivered inventory and then
18      when you sold it, you would pay that back?
19      Is that how the arrangement worked?
20  A.  Yeah, they -- well, they -- and '21 was so
21      big, the launch in '20, that they ordered --
22      they -- their salesmen and our procurement,
23      they ordered it based on those numbers, and
24      nobody thought that -- that -- that things
25      would collapse like they did.

Page 220

1          Those guys were going to put --
2  their biggest thing was they were going to
3  put it in box stores all over the country,
4  and they had it all set up.
5          And then after -- in January of
6  '21, when I -- when I went public for the
7  elections, then none of the box stores would
8  take all the slippers they had.  So they --
9  it wasn't their fault.  I mean, they -- it
10  just decimated.
11          That's where the slippers -- the
12  majority of the money owed them would have
13  been -- would have been inventory that was
14  ordered for box stores and all the box stores
15  cancelled them, too.  They couldn't put
16  MySlippers anywhere.
17          This was all -- you know, it --
18  because they're -- Mike Lindell is out there
19  trying to help the country and get paper
20  ballots hand counted, they -- they got --
21  they got hammered, too.  They couldn't --
22  they couldn't get them in any box store.
23  They had everything set up.
24          They are a big company and they
25  were going to be in every -- every shoe

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
221–224

Page 221

1    store, box store and all of them said, no,
2    nothing to do with -- with MyPillow. So
3    that's -- that's where they're at, and they
4    will testify to that.
5        It's just been devastating. It's a
6    big company, but they -- I'm not -- they call
7    me, like I say, about -- just about every
8    day. Is there any hope? And I say, Well,
9    the commercial is down. They're saying, oh,
10   we're going to sit on this inventory.
11       And, you know, we were kind of
12   hoping that the box stores maybe would change
13   their mind, but we just approached a shopping
14   channel and a couple box stores just last
15   week and got up the range and they said,
16   Absolutely not. That was Home Shopping
17   Network and a couple other box stores.
18       We've approached Wal-Mart and --
19   because they were the last ones to cancel,
20   and they said no to the slippers, too. These
21   guys have tried -- tried themselves out there
22   in vain and to no avail.
23 Q.  I want to talk about another item on the
24   balance sheets, which is the loans that are
25   listed under Fixed Assets.

Page 222

1        MR. FREY: If you can go to the
2    2018 one, Julie. This is Exhibit 732.
3    BY MR. FREY:
4 Q.  You see there on the left-hand side there's
5    total current assets and then there's fixed
6    assets. Under that is other assets.
7        You go down another break, it's
8    total deposits and there's four items, 1810
9    through 1901. Do you see that?
10 A.  Yep.
11 Q.  So that first one there, what is ME?
12 A.  It's not "me," if that's what you're
13   thinking. I don't write these things.
14       The "UK," that's an easy one, that
15   they owe us money and that -- that got
16   decimated. He couldn't pay it when we -- so
17   that got gone.
18       ME -- um, I don't know.
19 Q.  I'll tell you from looking at these, it looks
20   to be a consistent 150,000, like, just
21   throughout time --
22 A.  Oh, um --
23 Q.  -- so it doesn't change.
24 A.  That's always 150? I don't know. That's a
25   fee -- you know what? I don't know that

Page 223

1    that's -- that I'd have to ask. That's
2    bizarre.
3        I know there is a -- there's a
4    Lindell Management. We used the management
5    company that -- at one point because I had
6    the other companies -- other companies like
7    MyStore and I had Lindell Recovery Network
8    and Lindell Foundation.
9        There was different things that
10   Lindell Management paid for and had to
11   manage, and I know MyPillow at one time --
12   that could be the 150 a month that was
13   charged to Lindell Management.
14       But I don't know why -- "ME" for
15   management company, that doesn't make sense.
16   The short answer is I don't know. But that
17   would be the only inconsistent number. What
18   year is this? '21?
19 Q.  This is 2018. This is 2018.
20 A.  Then it definitely wouldn't be 20 -- I know
21   what "ME" is. "ME" is the Middle East. I'm
22   sorry. You didn't tell me it was 2018. The
23   Middle East. We had a pillow company over in
24   Qatar. That's -- you didn't tell me the
25   year. Yeah, that's definitely Middle East.

Page 224

1        The Middle East, there was a
2    company over there and they were -- we -- we
3    had investors that put money in there. We
4    were paying 150,000 a month, and they totally
5    burned us. They -- that happened back then.
6    So it was -- yeah, that's what that is, the
7    Middle East.
8 Q.  Okay. Okay. The next one then is MyPillow
9    UK, right?
10 A.  Yep.
11 Q.  And so My -- so MyPillow, I guess, US, Inc.
12   has loaned money to MyPillow UK or did so in
13   2018?
14 A.  Yep.
15 Q.  Okay. And what's the purpose of that loan?
16 A.  To the UK? Because the UK was a separate
17   company and MyPillow was loaning it money in
18   that entity to the UK to get it going to --
19   it looks like the money carries over each
20   month. It's not a new -- it's not a new --
21   that 150 was a one-time charge. You do see
22   that, right?
23 Q.  Yes. Yes.
24 A.  Right. Right. So -- so it was only original
25   150.

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                        225—228

Page 225

1     The set-up of the UK was 589,000
2 when we set up the building, the workers, the
3 call center. I did this remotely. We hired
4 people. We -- our building, that was
5 inventory that went there.
6     MyPillow loaned the money -- the
7 people that owned the UK company, it wasn't
8 all of the MyPillow stockholders, just like
9 the Middle East was not. So we had to do it
10 as a mother ship loan to that company. The
11 investors that went in -- some of the
12 MyPillow stockholders went in and some chose
13 not to. So that was -- that was their own
14 decisions back then.
15     Like the Middle East, I wasn't
16 even -- I didn't even invest in that myself.
17 That was -- I believe about five of the
18 stockholders went into that. So it would
19 have been a separate company. We borrowed
20 money from MyPillow to that.
21     Basically, it wasn't a loan. It
22 was inventory. That would be inventory or
23 start-up costs. We gave them -- my guess is
24 that would be inventory on consignment where
25 we give it to them, they start up, and

Page 226

1 then -- because I'm just looking here across.
2     The Middle East never got off the
3 ground. That was -- all the inventory was
4 destroyed. It went over in the ships and it
5 all got -- something happened to it. I
6 remember that. And it was -- the inventory
7 got destroyed and we actually had to go to
8 court with the Middle East people, but I
9 don't know what ever came out of that.
10     The next one, the UK, yeah, that
11 would have been inventory and stuff, and
12 that -- that was slow, slow and then that
13 ended up getting -- by that guy you seen,
14 Andy whatever took that over.
15     And then after the 2020 -- January
16 of 2021, he was just destroyed over there in
17 the UK because I was in the news as the CEO
18 of MyPillow, that they -- you know, they tied
19 the two together and they just decimated
20 that -- that plant.
21 Q. And so MyPillow UK is no longer --
22 A. No, no, no. That went under because of me
23 talking about elections. That's why that
24 went under. That was -- The Daily Mail would
25 attack me all the time from over there,

Page 227

1 attacking MyPillow, kind of like you guys --
2 Q. Do you know whether --
3     (Simultaneous indiscernible crosstalk.)
4 Q. Do you know whether they ever -- it doesn't
5 matter.
6     Let's go to the next one, "Loan
7 From Company." Who is the "from company"?
8 A. I don't know on that. I don't know on that.
9 There's -- there's many times that I have had
10 to borrow millions of dollars to MyPillow.
11     I think right now -- at one time
12 MyPillow -- my book came out. This could be
13 part of my book, because when my book came
14 out, MyPillow put up some of the money
15 because we -- we printed 3 million copies and
16 it was -- I remember it was $12 million. We
17 bought our own paper and stuff. And I own my
18 book, but MyPillow was going to be selling
19 it.
20     So I think part of that was a --
21 MyPillow got given -- given product, books to
22 sell, and so they bought books and then they
23 were selling them at that time.
24     That's what I'm guessing, because
25 2018, that would coincide with my book

Page 228

1 launch, I think, unless it was '19.
2 That's -- I don't know.
3     But if there's intercompany loans,
4 that's usually money owed to myself
5 permanently. Like right now MyPillow owes me
6 a lot of money because -- and --
7 Q. And I'll represent to you that that "loan
8 from company" line item, we'll see it stays
9 on -- it stays the balance sheets all the way
10 through.
11 A. Then it's probably -- it's probably -- it's
12 probably the books, then, is what I'm
13 guessing. It goes up -- it goes up to -- it
14 goes up to 1,000 and 2,600. That would
15 probably be book inventory being transferred,
16 that's my guess, because it does increase.
17 It does increase.
18     And I believe you will see on the
19 '23 taxes that we finally transferred
20 everything, because the books were a big
21 thing that we had to get transferred, and I
22 believe it was either 2022, but I think it's
23 2023, taking all those losses that -- because
24 myself, for the books transferred over, there
25 was -- there would be profit, a $2 profit per

MICHAEL LINDELL                                                 August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                        229–232

Page 229

1    book, and I believe my accountant put that on
2    the 2023 taxes. That's -- that's what I'm
3    guessing. I'm 99 percent that's probably the
4    books.
5  Q. That's what that is, okay.
6        And then there is another one,
7    "Loan From Company - Other," and that looks
8    like it's a consistent amount, again, kind of
9    similar --
10 A. That was only -- it's not the amount. It's
11   50 grand one time. You know what I'm saying?
12 Q. One time it's --
13 A. Right.
14       (Simultaneous indiscernible crosstalk.)
15 A. And I -- I don't know what that is and we
16   would have to look at the following years to
17   see when it was ever zeroed out or what
18   happened. That's -- the tax guys do that. I
19   don't know. You're bringing me back to 20 --
20   2018. I can only -- I know my book was
21   around that time. I don't know what the
22   50 would be.
23 Q. Okay. Okay. Let's go to the next --
24 A. It could've been -- that one could've been --
25   that one could've been New -- what's the

Page 230

1    country by Australia? New Zealand. That
2    could've been New Zealand because we would
3    help those guys out.
4        But they got wiped out, too, in
5    January of '21 after they couldn't do
6    business over there anymore because, you
7    know, MyPillow was just attacked.
8  Q. And these loans that we have here, the UK,
9    the loan from company, do you know if there's
10   interest owed on those loans or if they're
11   interest-free, kind of intercompany --
12 A. I don't know. I didn't write them up. I
13   didn't write them up. But I know when we --
14   I know when Andy took over the UK, that was
15   all worked out then.
16       I think those loans -- when it says
17   "loan," it would be inventory on consignment.
18   So you're giving people inventory and you
19   expect to get paid back for the inventory
20   they sell. That's what that is. That's what
21   the "ME" is and that's what the "UK" is. And
22   I assume that one for 50 is probably New
23   Zealand.
24       When it's "loan," it's inventory
25   given to them on consignment. So call it

Page 231

1    what you want, but they haven't paid us back.
2    So, in fact, it's a loan. They owe us that
3    money, but it never got paid to us.
4        You don't charge interest on
5    inventory you give them. You expect to get
6    paid. But they -- now, whether we ever got
7    paid or not, I don't know.
8  Q. Okay. Yeah, and I'm not -- I wasn't calling
9    it a loan. I'm just reading -- I'm just
10   trying to understand.
11 A. And I'm just giving you the answer the best I
12   can remember there, because MyPillow did not
13   need -- you know, obviously in 2018 these
14   were subsidiary companies or vendors we were
15   trying to help out.
16       You guys do realize that back
17   then -- prior to '21 I didn't use a bank. I
18   never used a bank ever. I would just --
19   since we had -- we were cash -- we were doing
20   for '08 all the way up through until '21, I
21   could be -- if I was negotiating with people,
22   you know, I would say, Here, I want a better
23   price, but I'll be your bank.
24       Like -- even like the box stores
25   and stuff like that, I didn't have to -- I

Page 232

1    would give them a good price, but they had to
2    pay within 30 days rather than 90 days.
3        Or even QVC, you know, we were --
4    we didn't have -- we're not a bank. And if
5    they want us to (indiscernible) -- no, but
6    they wanted the product so bad, that they
7    would -- you know, they'd make exceptions and
8    pay us.
9        But these guys here, those are the
10   three we got burned on, it looks like.
11 Q. Okay. Let's go to the next year,
12   Exhibit 733. This will be the 2019. And if
13   we go down to the loans for -- this same
14   section of the balance sheet, you see those
15   four we just talked about are still there?
16 A. Uh-huh.
17 Q. And then there is a 1950, "Related Party
18   Loans," and I just want to explore what these
19   ones would be.
20 A. Right.
21 Q. So the first is MyStore?
22 A. Uh-huh. Right.
23 Q. And so what's the -- is that inventory --
24 A. They are not --
25 Q. -- consignment again?

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
233—236

Page 233

1  A.  They are not loans.  They are miscalculated.
2       They're filed wrong.
3            MyStore is a separate entity and
4       MyPillow has an agreement with them.  They do
5       the fulfillment for MyStore.  So they do
6       fulfillment for MyStore and MyStore has to
7       pay them.  I don't know what -- I can't
8       remember the percentages.  So much for
9       fulfillment and so much for call center, and
10      those numbers change.
11           This is when MyStore, I think,
12      first started out in '19.  I don't know.  And
13      I don't know -- this is just what I am
14      assuming, that we were very small then and --
15      that would be the only thing I could think
16      of.
17           And then you see like Lindell
18      Management.  I don't know what $973.30 -- I
19      have no idea what that would be, you know.
20      These -- usually MyPillow would owe Lindell
21      Management, because there was a monthly fee
22      that was charged because we had different
23      people doing stuff for different entities.
24           So rather than take their wages
25      apart, you would have a management company

Page 234

1       that would charge -- prorate like each person
2       that did something for each -- each entity.
3            That's what we started out and then
4       we -- then we switched it to make it easier,
5       like MyStore had their own employees and
6       then -- and then MyPillow charges a fee, a
7       percentage fee, based off products sold that
8       they have to fulfill, so much a package and
9       then so much a -- for the call center.
10           We do that for other companies,
11      too, not just MyStore.  We tried to diversify
12      a little bit there, too.  In fact, we're in
13      the process of getting -- because we have a
14      really good call center and these people work
15      hard, and we want to add other companies to
16      do their tele -- their call centers.
17  Q.  Okay.  So that's the MyStore.  Then the
18      Lindell Management piece you kind of touched
19      on.  So that's a separate company --
20  A.  Right.
21  Q.  -- right?
22  A.  Separate company.  Yep.  Nope.  So there
23      would be -- that's when the no management --
24      I think that's when that first started out,
25      too.  So we tried different things and then

Page 235

1       started billing -- Lindell Management billing
2       MyPillow for their fees.
3  Q.  But this looks like that MyPillow is giving
4       money to Lindell Management, right?
5  A.  Yeah.  They have to because Lindell
6       Management owes -- did the work.  Lindell
7       Management did the work.  We have to pay --
8       they had to pay their employees and then
9       Lindell Management -- MyPillow would owe them
10      money.  That's correct.
11  Q.  What work is Lindell Management performing
12      for MyPillow?
13  A.  Like IT work.  Back then -- lawyers.  Back
14      then there was -- there was different people
15      that were brought in and we put them all --
16      the company said let's put them into Lindell
17      -- this separate entity so that you could
18      take a person like -- I believe -- even Doug
19      Wardlow, I believe, was a Lindell Management
20      employee, the internal -- the lawyer, because
21      he was -- he might do work for Lindell
22      Offense -- I mean Lindell Recovery Network or
23      he might do work for MyPillow or he might do
24      work for MyStore.  So you had to separate his
25      wage.  Well, rather than doing that, you just

Page 236

1       put him there and you billed -- we didn't
2       upcharge.  We just billed exactly to -- it
3       was a way to separate the employees that
4       worked.
5            For example, IT.  IT, Todd Carter
6       would be one.  He was put into Lindell
7       Management back then and -- because he did IT
8       work for -- not only for MyStore's website --
9       that's originally how it started; MyStore,
10      when it was being developed, and Lindell
11      Recovery Network and MyPillow at the same
12      time.  It wasn't fair to MyPillow to pay just
13      Todd when he is doing work for MyStore and
14      also Lindell Recovery Network and Lindell
15      Foundation.  That was back -- this is from
16      2018 and 2019.  That's when we had to form
17      Lindell Management, because it was very
18      unfair to MyPillow having these guys do other
19      work.
20           So we just divided it up and then
21      Lindell Management -- or MyPillow would pay
22      Lindell Management for what it needed, for
23      the work that they had done there.  So in a
24      given thing if there was a lot of work to be
25      done there, then, you know, it was billed.  I

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
237–240

Page 237

1  think back then it was billed by the -- like
2  if you look at Lindell Management and then
3  you have that big fee that came in of
4  354,000, my guess is that there was massive
5  work done for MyPillow.  It could've been
6  when we got a new website.  That might have
7  been when we changed from -- lost Magento and
8  we had to add Magento 2.0.  So Todd Carter
9  and another team that he hired indirectly
10 that we had for a short time, then MyPillow
11 would be billed for that.
12        Just like underneath the Lindell
13 Canada -- go ahead.
14 Q.  Hold on for one second.  If MyPillow is being
15 billed for it, so they're paying that to
16 Lindell Management, it's not really -- it's
17 not really a loan then, it's just a payment
18 out the door, right?  So it wouldn't be --
19        (Simultaneous indiscernible crosstalk)
20 A.  No, it's not a -- this is wrong here.  This
21 is -- this is wrong the way I'm reading it
22 because then you have Lindell Foundation.  I
23 mean, that -- this is -- you know, I don't
24 understand this accounting back then.  And we
25 had a real accountant back then, too.  I

Page 238

1  mean, we had -- I believe that was Mark
2  Schafer.  He was very good at what he did, if
3  this was from 2019.  So I almost have to go
4  back and ask him why were these siloed out
5  that way.  You know, you have -- it doesn't
6  make sense to me.
7        Like Lindell loan for Canada, in
8  Canada we have a company that was put up
9  there, like I told you, when Donald Trump put
10 in -- these things in place and I made a deal
11 with Trudeau's office and we put a company up
12 in Canada and -- because they were going to
13 charge tariffs and all this other stuff.  And
14 they said if we put a plant up there, they
15 wouldn't do that.
16        So that -- Canada -- MyPillow owes
17 Canada.  The Canada thing is our own entity,
18 though.  All the stockholders in MyPillow own
19 Canada.  MyPillow owned the Canada entity.
20        So I don't know how to explain
21 accounting-wise how this works, but I'm just
22 trying to explain why -- the relationships
23 between them and --
24 Q.  So it's not -- you know, as I'm reading this
25 and I'm thinking about it, I'm thinking of a

Page 239

1  loan and you're kind of explaining to me that
2  it's not really that.  We can --
3  A.  No, no, no, it's not really that.  Like
4  Lindell Foundation, like the foundation,
5  MyPillow, they did -- people within that --
6  like the -- they didn't borrow money from the
7  foundation.  They owe the money to the
8  foundation.  They gave money to the
9  foundation.
10        Like let's say we built a website
11 for them.  It was like donation in kind.  And
12 maybe it had to be down as a loan and then
13 when it's donated -- I don't know how that
14 works.  That would be a CPA question, and he
15 would be able to answer that or the guy that
16 did this, which was -- and I would put --
17 there's a very good reason that he did it
18 this way because that guy we had then as our
19 controller and call it CFO was very good.
20 Q.  And then the last one, Lindell Publishing,
21 what is Lindell Publishing?
22 A.  That is my book.  That was -- that was an
23 entity that was created for my book.  So that
24 is -- when you see it go up to 1.2 --
25 1,200,000, that would be MyPillow -- when I

Page 240

1  made the book, MyPillow -- MyPillow put in
2  some money there, but that was so they could
3  get copies that they were going to sell.
4        The rest of the copies I was going
5  to all the box stores in the country,
6  including Christianbookstores.com.  What's
7  the big one out there for books?  I can't
8  think right now.  But all of them cancelled
9  right after the -- January of '21 I got
10 cancelled everywhere, even at
11 Christianbooks.com.
12        So I had 3 million books
13 preprinted, $12 million worth.  And we were
14 on a pace when we launched, we would have --
15 we would've went through the books maybe in
16 three years.  Instead now I think my son
17 said, Dad, we'll have books until 2064.  They
18 all cancelled on us in January of '21.  So
19 we're sitting on that, too.
20        That was my direct loss because
21 that was personal money I put in.  And
22 MyPillow, you know, they were able to sell
23 some, but we still have millions and millions
24 of dollars' worth that are sitting in a
25 warehouse right now.

Page 241

1  Q.  Okay.  So at least for publishing then, that
2      would have been a loan where MyPillow had
3      purchased that and expected kind of repayment
4      in that amount?
5  A.  Nope.  Nope.  MyPillow purchased the books.
6  Q.  Right.
7  A.  And that was a loan to them.  But now that
8      got turned in -- they actually bought the
9      books.  They finally paid for them is
10     basically -- so it was put as a loan to 2023
11     last year.  So now the CPA turned that --
12     instead of that being a loan, it now becomes
13     income on Mike Lindell because they purchased
14     the books and actually sold them.
15          That was inventory, basically, that
16     I gave them on consignment -- or that -- no,
17     that was kind of like prepaid for inventory.
18     That's what that would be.  So they prepaid
19     for books they were going to sell.  And I
20     didn't charge them for them until last year
21     and say, hey, you guys gotta pay me for these
22     books now.  Do you follow me?
23 Q.  Understood.  Understood.
24 A.  Right.  Right.  Right.
25 Q.  Okay.  All right.  So I want to fast-forward

Page 242

1      to 2022.  Yeah, this one, December of 2022
2      and look at -- there's a few new related
3      party loans listed that I just want to
4      understand, and they're at the bottom.
5          So it's 1958, FrankSpeech.  And you
6      can see -- if you go over to August, it's
7      initially 250,000 and then it kind of goes up
8      and up, and then by December it's 3.5
9      million.  What is this --
10 A.  What now?  Where are you looking at?
11 Q.  The FrankSpeech.  It's 1958.
12 A.  Yeah.  They -- they -- we advertised on
13     FrankSpeech, MyPillow does, so they owe
14     FrankSpeech money for advertising.
15          I don't know.  That's another
16     thing, I don't know the line there because I
17     have no idea.  They -- MyPillow right now,
18     they have to pay my FrankSpeech for
19     advertising.
20          What year is this?
21 Q.  This is 2022.
22 A.  2022.  MyPillow probably did not have the
23     money to pay FrankSpeech for advertising.  We
24     were decimated by 2022 and 2023.  So there's
25     probably a big IOU they owed me or owed

Page 243

1      FrankSpeech.  FrankSpeech has other
2      stockholders, too, not just Mike Lindell.  So
3      there's a big IOU from MyPillow on that, too.
4          It's -- you know, even though it's
5      a big advertising platform, MyPillow got so
6      decimated you couldn't -- it was like nothing
7      got -- nothing got paid.  But at that time,
8      since it was Mike Lindell, it wasn't as
9      concerning as when you had other -- other
10     stockholders.  And so I put money in there.
11          It ends up -- it ends up -- the way
12     it all sits today, every entity owes me
13     millions of dollars.  MyPillow is owed about
14     -- they're not owed anything, I guess.  They
15     owe -- they owe me millions and they owe
16     millions of dollars.  That's where MyPillow
17     is sitting.
18 Q.  Just -- I'm trying to understand this
19     FrankSpeech one because it's listed as an
20     asset, which would mean to me that it's
21     something that is owed from FrankSpeech to
22     MyPillow.
23 A.  Well, maybe in the beginning -- maybe in the
24     beginning if I borrowed money -- I'd have to
25     -- once again, I'd have to ask the thing.  In

Page 244

1      the beginning -- what year is this?
2  Q.  2022.
3  A.  Yeah.  See, I don't know.  That would be --
4      you'd have to ask an accountant.
5          Now, to me the way it's listed it
6      would be FrankSpeech owing MyPillow, which
7      would be that -- so I don't know.  I would
8      have to -- that I would have to -- I would
9      have to check on that.  FrankSpeech owing
10     MyPillow would mean that they -- that it
11     would be owing me.  So I don't know.
12          All those intercompany loans, that
13     was -- that -- just recently that's been gone
14     through and -- by an audit.  That one did get
15     done.  So there's no -- if you go back
16     then -- if -- if MyPillow owed FrankSpeech,
17     that it would be down as -- he put it down as
18     a loan or that would be the same type of
19     thing.
20          The way I'm reading this, that's
21     owed money that MyPillow prepaid advertising
22     and they put it down as a loan.  That would
23     be my guess there.  And then as we rolled out
24     of that and now it -- they -- it would turn
25     into kind of like before where MyPillow

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                245–248

Page 245

1  prepaid their money that they have to pay
2  every month for advertising. But that's
3  current now, so that would be -- that would
4  be my guess on that.
5  Q. But you're not sure, right, either way?
6  A. I'm not sure. It's kind of like I just
7  signed up for a gold company. The gold
8  company -- and they prepaid for the whole
9  year. I needed money. That's gone in a day.
10        So I'll give an example. I did a
11  gold company deal. They gave me X amount. I
12  think it was 1 million, 1.5 million. I took
13  it. Because of my endorsement I took it. I
14  borrowed it to MyPillow and it was gone in a
15  day.
16        So it's just like MyPillow back
17  then probably gave FrankSpeech here's upfront
18  money for advertising and it's down as a loan
19  until you -- that advertising gets paid for.
20  That's what it looks like to me. I would say
21  I'm 95 percent based on what I know that
22  that's what that would be. In fact, I'm
23  almost a hundred percent. That's the only
24  thing it could be, because it's not the other
25  way around.

Page 246

1        This was listed as an asset. So
2  you have advertising you paid for that you
3  haven't -- you haven't used yet. And this
4  was in 2022. You know, I don't -- I think --
5  what's the month? What's the month? I can
6  tell you then. Because in 2022 FrankSpeech
7  got turned into a c corp in the summer.
8  Q. It begins in August of 2022, I believe is the
9  initial. And then --
10  A. Yep. Okay. That's -- that's what it is.
11  August of 2022 MyPillow -- or FrankSpeech got
12  other stockholders and it got turned into a c
13  corp. And a deal was made with MyPillow for
14  advertising and to --
15        So that money got put in to --
16  actually would help build my FrankSpeech
17  using for that, using that money to build a
18  new -- a new -- it was a new back end, I
19  believe, in the -- and that might've been
20  '22.
21        In August of 2022 I'm sure that
22  that's when we turned into a c corp, and that
23  money would go for the construction of my
24  FrankSpeech, and then how it would get paid
25  back was advertising money to MyPillow. So

Page 247

1  basically -- I guess he labeled that as a
2  loan, too. Is it labeled as a loan?
3  Q. It is labeled as a loan. And just so I
4  understand --
5  A. Right -- same thing. Right.
6  Q.  -- MyPillow gave the money to FrankSpeech to
7  help build out its platform --
8  A. No. No. No. MyPillow gave money to
9  FrankSpeech for prepaid advertising and
10  that's -- FrankSpeech used it for X because
11  we had -- it became a c corp. So you have to
12  have contracts with all these things and they
13  prepaid just like the gold company did at
14  FrankSpeech.
15        When you have a platform like
16  FrankSpeech, these guys come in and will
17  prepay advertising. MyPillow did the same
18  thing. But this obviously -- this
19  controller, which would have been Mark
20  Schafer, labeled it as a loan rather than
21  prepaid advertising.
22        Now, I don't know -- I don't know
23  why he -- because he did the same thing with
24  those other things, whether it was Canada,
25  whether it was the Middle East or whatever.

Page 248

1  So he did -- he was consistent in how he
2  labeled this.
3        Now, I would have to ask the CPA
4  why would he label it like that and not like
5  prepaid advertising or prepaid -- you know
6  what I mean, prepaid inventory, like
7  inventory. I know the ME one and the Canada
8  ones were also inventory.
9        Now, that would be the same thing
10  with FrankSpeech because that is inventory.
11  They're prepaying for advertising inventory.
12  If FrankSpeech right now -- if I -- if --
13  FrankSpeech, if they go out and get five
14  advertisers and then there's no room for any
15  more advertisers, the ones you have pre
16  bought, and like the gold company, they want
17  exclusive. They want to get as many spots as
18  they could. That would be the same thing
19  with MyPillow, that they prepaid the ad and
20  it's labeled as a loan. He's very
21  consistent. Same thing with -- same thing
22  with every one of them.
23  Q. And this is something that you could learn by
24  speaking with the CPA, right?
25  A. Oh, yeah. Absolutely. I can find out that

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                249—252

Page 249

1   in a phone call if you want me to call him
2   right now. I could ask him.
3   Q.   And then, yeah, I'm just a little -- to be
4      honest, a little frustrated, Mr. Lindell,
5      because you are designated to testify as to
6      these topics, something that you're supposed
7      to do in advance of the deposition so that
8      you would know this because you are the
9      corporate representative of MyPillow
10     designated to testify to this.
11  A.   Well, I tell you what, you know, you're
12     pulling up stuff from 2018 and 2022. Sorry I
13     didn't have the time to go through all this
14     stuff of -- six years of stuff when you guys
15     are coming after me.
16        And I didn't feel real good this
17     morning when I wake up and I have $8,000 to
18     my name and I'm 20 million in the hole at
19     MyPillow and I've got your company,
20     Smartmatic, suing me saying we made a profit
21     off it. So excuse me.
22        Now what would you like to tell me
23     besides that? Excuse me.
24  Q.   I was going to say, Mr. Lindell, so I would
25     just like to reserve the right, and I will

Page 250

1   speak with your attorney about this, too, on
2   this topic --
3   A.   I reserve the right to sue you for all you
4      have done. That's what I reserve the right
5      to do.
6      (Simultaneous indiscernible crosstalk)
7        MR. KACHOUROFF: Tim, can we go off
8   the record for a second? I need to talk to
9   Mr. Lindell. Do you mind?
10       MR. FREY: No. That's fine.
11       THE VIDEOGRAPHER: We are going off
12  the record at 3:08 p.m.
13       (A recess was taken.)
14       THE VIDEOGRAPHER: We are back on
15  the record 3:13 p.m.
16  BY MR. FREY:
17  Q.   Mr. Lindell, back on the record. The last
18     loan on here that I'm interested in is the
19     Lindell TV, if you know anything about the
20     Lindell TV loan.
21  A.   It's the same exact thing. They owed money
22     to Lindell TV. It would be media.
23     Everything there is product. It's labeled as
24     loans, but it's product. It's where you're
25     buying ads. That's a hundred percent.

Page 251

1   They're calculated every month. They're
2   buying ads.
3        So if there was -- let me see where
4   it's at here. This is still August of 2022,
5   right?
6   Q.   If we go to the right, we'll be in August.
7      Yeah, this is 2022. And so there with the
8      250 and the --
9   A.   When did Lindell TV start up here? Yeah,
10     this is when we turned into a c corp and they
11     had to -- and this was all -- all of this
12     stuff was media that was -- that they were
13     buying, advertising that they would end up
14     buying and pay for it.
15        And, by the way, these were rev
16     shares, too. They ended up being rev shares
17     with FrankSpeech and Lindell TV. So it's not
18     like it wasn't anything different than any
19     other platform out there. There was not
20     favorites played. It was the same thing as
21     whether it's Salem Media, whether it's --
22     anyplace that had rev shares -- Cumulus,
23     iHeart, any other platforms.
24        But why that's listed as a loan --
25     I don't know why it's -- probably as a loan

Page 252

1   because they're prepaying upfront on a lot of
2   these things. They're prepaying, you know.
3        So, like I say, these -- MyPillow
4   would take -- would be -- the bank got a lot
5   of things to be -- to be -- to take all the
6   spots or to do whatever. We do it all the
7   time. We would -- we would end up being the
8   bank for all these platforms because -- but,
9   obviously, that went away when -- with 2021
10  and 2022, 2023 as you get into that. We
11  didn't have the wherewithal to prepay for
12  media, and we've lost a lot because of that,
13  because we can't buy media because we don't
14  have the funds anymore.
15       So we're not in a position to go
16  out and prepay like I wish I was where I
17  could get a better deal at ABC going in and
18  buying two months' worth or going --
19       We lost all of our infomercials, by
20  the way, at MyPillow. All of our
21  infomercials are your half-hour
22  infomercials, you have to prepay them for up
23  to three months, to 90 days. We lost them
24  all. We lost every one of them after '21.
25  Q.   Last thing I want to look at on these balance

MICHAEL LINDELL                                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                                253–256

Page 253

1    sheets is the equity.  So if Julie will
2    scroll down to the next page.  And do you see
3    there under Total Liabilities then you have
4    equity?
5    A.   Yep.
6    Q.   And then under that 2500 shareholder
7    distributions, do you know what these numbers
8    represent?
9    A.   Yeah.  Once again, this isn't even an
10   account -- this is a CPA.  This is his thing
11   of how he deducts stuff.
12          When you talk about equity, though,
13   I would be -- I would assume the bottom line
14   is what your company is worth with their
15   inventory or maybe what your machines are
16   worth.  I don't know.  Some of these would be
17   depreciated assets.
18          You know, I'm not a CPA, and sorry
19   I didn't do my homework and study to be a
20   CPA.  I did take calculus in ninth grade.
21   But I don't know what the numbers mean
22   as according to the way you have to file them
23   on your taxes.
24          So when you go to the left -- if
25   you go over to the left again -- if you

Page 254

1    scroll to the left -- scroll to the left if
2    you could, whoever is doing it, so I can see
3    the -- all the way to the left.  All the way
4    to the left.
5           So if I'm looking -- shareholder
6    distributions, capital stock, shareholder
7    paid-in-capital, treasury stock, retained
8    earnings, net income a negative, total
9    liabilities and equity you would definitely
10   have to talk to a CPA.  I don't think you
11   could read this.  I don't think I can read
12   it.  There's probably very few CEOs who would
13   know what these means.  These are for not
14   just for accountants, but these are for CPAs,
15   certified.  If I had him on the phone right
16   now, he would be able to explain, well, this
17   was ding, ding, ding, ding.  Right?
18   Q.   Okay.  But to your recollection, I guess,
19   it's not like there was a $1.9 million
20   distribution made in each of these months in
21   2022?
22   A.   No.  It's -- you see it's a carryover.  Of
23   course.  You're looking at each month.  Those
24   are carryover numbers.  I don't know what's
25   wrong with you.  You can see that.  There's

Page 255

1    an identical number.  And also capital
2    stocks, it's the same number.  That's an
3    entry.  And then if it changes, then it
4    changes during that month.  Those are -- it
5    looks like those are concurrent.
6           So if you look down to retained
7    earnings or net income, it changes.  These
8    things here -- inflation, that's a
9    negative.  So I don't know what year that
10   started, but it was a carryover from a
11   previous year.
12          So I'll give an example right now.
13   What year is this here?
14   Q.   This is 2022.
15   A.   Okay.  This is probably what that is.  Right
16   now all my employees in 2022 and 2023, if we
17   ever make a profit again, they have -- if
18   there is another distribution, they've
19   already -- it won't be taxed because they
20   have a negative.  They lost money.  It's like
21   they lost 1.9, almost $2 million.
22          So like right now, I'll give an
23   example, I couldn't deduct -- there's nothing
24   to deduct against on my taxes when we took a
25   loss of 10 million.  So now if we ever get a

Page 256

1    distribution again, I've already paid tax on
2    that because the company -- the company lost
3    money on that.
4           On the K-1s -- it didn't help your
5    K-1.  But when you would have income -- when
6    you have income from a distribution, you have
7    to pay tax on that or even if it went into
8    inventory.  That's the way it worked.
9           But now -- because I argued with
10   our accountant.  I go are you kidding, so all
11   these losses can't go against these peoples
12   -- these employees that got decimated because
13   the company lost its money?  He goes, No.
14   But he said if the company shows a profit
15   again and -- then they won't have to on their
16   K-1 -- so, in other words, we can go up
17   probably about $10 million now in profit
18   maybe -- if we ever get profitable again and
19   they won't have to pay on their K-1, even
20   though that money will probably go into ever
21   rebuild our inventory.  It's a negative.
22          So it's an asset for the
23   stockholders, but it's only good if you ever
24   show a profit again.  But these are -- that's
25   the best way I could explain that one.  But,

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          257–260

Page 257

1    you know, again, I'm not a CPA.  He would go
2    -- any CPA -- if you get your own, they can
3    probably go ding, ding, ding, ding, here's
4    what this means.  It's a carryover of a loss
5    for the company.
6           You know, in the last two years
7    we've lost $20 million, but if one of our
8    employees that made -- let's say he made
9    75,000 for the year.  In the years that he
10   got a distribution he had to pay taxes on
11   that even if he didn't -- even if the company
12   made a lot of money and it wasn't all
13   distribution, he still had to pay tax on that
14   money that went into inventory.  But now we
15   have a loss.  He doesn't get to take that
16   against his paycheck.  It's only if MyPillow
17   ever becomes profitable again.
18          It's not a good -- it's not good,
19   and it's -- I think that's very unfair.  But
20   it's the way our accounting system is set up
21   in this country.
22  Q.   Okay.  So I'm done with the balance sheets.
23          The last thing I want to look at is
24   the Sales by Customer Summaries that we
25   entered earlier.  So these are Exhibits 737

Page 258

1    to 740.  And we can start with the first one,
2    which is Exhibit 737.
3           I believe you testified earlier
4    that these are -- these are generated kind of
5    automatically through the -- I forget the
6    system you said.
7   A.   It's EDI compliant or E -- I think that's
8    what they call it.  I'm not even sure if it's
9    EDI.  It starts with an E.  Every -- to do
10   business in retailers, they all want you to
11   go through -- I think EDI compliant is a
12   credit card thing.  This is called a --
13   there's a name for it.  It all has to go
14   through this system.  If you don't have that,
15   you're probably not going to get into these
16   retailers.  You've got to be -- it's all
17   automated now, most of it.
18  Q.   Okay.  And so these summaries, then, do they
19   show direct to consumer sales or is it only
20   through the retailers?
21  A.   There's no direct to consumer.  This is all
22   -- these are all 99.9 percent direct to the
23   -- the consumer comes in and buys.  Like
24   Telebrands, Telebrands was all box stores.
25   That was all box stores.  That one was --

Page 259

1    back then when you're looking at this,
2    Telebrands had -- they had Wal-Mart, too.
3           So part of the year they had
4    Wal-Mart, and Telebrands in 2018 -- I'm not
5    sure what year Telebrands left and we took
6    over.  MyPillow took over and took over all
7    the retail stores directly.  Telebrands
8    controlled a lot of them, including Wal-Mart.
9           So the year you're looking at here
10   we -- I believe this was the year that
11   Telebrands left and we had -- we got Wal-Mart
12   for, like, the last quarter and they had them
13   for the -- part of Wal-Mart for the first
14   three quarters.
15          So these are all -- like Zulily.
16   Zulily was a shopping channel out in -- that
17   I would have to fly there and do hits on,
18   just like QVC.  It was out in Washington
19   State.
20          All of these are boxes.  It's a
21   different kind of -- it's in a box.  It's in
22   a store.  You go in there and there's walls
23   of them.  QVC is a little different.  That's
24   direct to the consumer.
25          Every one of these listed here we

Page 260

1    lost except for the top -- I mean, every one
2    of them is gone of those top ones there that
3    are listed.
4   Q.   Right.  My question was -- I think you
5    answered it, but I just want to make sure I
6    have it correctly, that these sales by
7    customer summaries show the ones that are
8    sold in boxes to the customer?
9   A.   These are wholesale costs that we pay.  Bed
10   Bath & Beyond, we got from them 12 million.
11   We didn't get the full price for the pillow.
12   We sell it to them for like $20 and they sell
13   it to the public for 50.  You know what I
14   mean?
15  Q.   Right.
16  A.   These are wholesale numbers that we got.
17   These are what MyPillow works off of and
18   they're very -- they're very -- these are all
19   wholesale prices, not retail, if that's what
20   your question is.
21  Q.   No.  So my question is -- I'm probably
22   articulating it poorly -- if someone calls a
23   call center and orders a product or orders
24   online, those wouldn't be reflected in this
25   sheet, in this summary?

MICHAEL LINDELL                                      August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell            261–264

Page 261

1  A.  Absolutely not.  These are -- no, absolutely
2      not.  None of this on here.  This is what we
3      lost.  This is what we lost when we lost the
4      box stores in January of '21.  This is the
5      box stores right here.  These -- every one of
6      these is gone.  And there was a lot more in
7      '21 than here in 2018.
8          We had -- we had Costco.  We were
9      the biggest product at Costco.  We were
10     Wal-Mart's biggest selling product of all
11     time.  These are things that -- this was a
12     lot bigger going into January of '21, that we
13     had built up all these box stores.  We were
14     the number one product in every one of these
15     retail outlets in the country, bar none.
16         Even in -- even in -- what do you
17     call it -- like Home Depot and places like
18     this -- all the small hardware stores in the
19     country, there was 162 of them.  I did
20     commercials for every one of them
21     individually, and MyPillow became their
22     number one selling product out of 160 some
23     SKUs in a hardware store.
24         So it's not like these box stores
25     -- they didn't cancel because of slow sales.

Page 262

1      They cancelled because I was out personally
2      talking about saving our country and an
3      election and they just attacked MyPillow and
4      cancelled MyPillow, I mean, one after
5      another.  It was just decimating.
6          Costco waited four months and --
7      which was the worst because they cost a
8      hundred some people their jobs.  And then the
9      second worst was Wal-Mart, but they waited a
10     year later to do it.
11 Q.  Okay.  Yeah.  So if we look at the -- well,
12     so in this year, I guess, Wal-Mart is 5.5
13     million, right?
14 A.  But you've got understand there Telebrands
15     was Wal-Mart.  Telebrands -- do you see on
16     the top there?  Telebrands was Wal-Mart.  So
17     Wal-Mart -- I got rid of Telebrands.  They
18     were -- they were like a distributor.  So
19     Telebrands, as seen on TV people, I had
20     Wal-Mart for three months.  They had Wal-Mart
21     for nine months.  You follow that?
22 Q.  So the Telebrands amount is attributable --
23 A.  Is attributable to Wal-Mart, which is
24     probably three-fourths of that 22 million.
25     Correct.

Page 263

1  Q.  Okay.  So let's say, then, that it's 20
2      million-ish from Wal-Mart in 2018?
3  A.  From Wal-Mart.  Yeah, I would say Wal-Mart --
4      Wal-Mart could've been 15, 16 million but --
5      because I had fourth quarter.  Fourth quarter
6      we were bigger in Wal-Mart than the other
7      quarters.
8  Q.  So if we go to the next one, then, which is
9      2019, here Wal-Mart is 14 million, right?
10 A.  Right.  Right.  So now you can tell exactly
11     the year before -- when Telebrands had it,
12     what they did when we switched, Wal-Mart took
13     also -- they couldn't get -- there was two
14     parts to Wal-Mart.  And so the part -- it was
15     the shelves and then there was the -- what do
16     they call it when you have pallets in the
17     stores?  So third quarter -- or fourth
18     quarter is where you have the pallet
19     promotions.  If you ever been in a Walmart,
20     there would be pallet promotions.
21         So my guess is of the -- of 20 --
22     or of 2018 Wal-Mart would have been -- for
23     Telebrands would have been about 9 million
24     because this is for the whole year now.  You
25     follow me?

Page 264

1          We took the -- we took the big one.
2      We took the fourth quarter, which is their
3      pallet promotions, which is huge at that
4      time.  It's like having -- you're not just on
5      the shelves, but you're also on the pallets.
6          So that would have been -- that
7      would have been -- of -- of Telebrands, they
8      also had -- I'm looking at this.  They also
9      had -- I believe they might have had Kohl's
10     was their other one.  They had Kohl's.  I
11     think they had Kohl's, too.  So Telebrands
12     had Kohl's and Wal-Mart.  If you combine them
13     two, you're about the same as what Telebrands
14     had the year before.
15 Q.  Okay.  And then so the next year, the 2020
16     sales by customer, Wal-Mart is down a little
17     bit to 12 million, right?
18 A.  Right.  And this is because -- this is
19     natural fatigue.  When I first came into
20     Wal-Mart, which in 2014 let's say -- no,
21     2012, that's when Telebrands put in in
22     Wal-Mart.  That was their -- it went into
23     Wal-Mart and the pillow was priced at 69 --
24     or was it -- it was 59.98 for a queen-sized
25     pillow.  That was the -- and MyPillow became

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              265–268

Page 265

1  the number one buy-through at Wal-Mart for a
2  $60 product in history, in the history of
3  Wal-Mart.
4        And then about a few years later
5  that price point got dropped down to 49.95.
6  At that point it became the number one $50
7  product at Wal-Mart.
8        So but when you got into 2020, it
9  was -- it dropped down -- the price -- that's
10  when the price dropped down. For your gross
11  sales we got less for the pillow at Wal-Mart
12  even though they sold the same amount. So we
13  had to drop our wholesale price in that year.
14  So that's why it was only 12 million. They
15  sold the same -- probably more, but we didn't
16  get as much as MyPillow -- you follow me --
17  because the price point dropped.
18        Now, when Wal-Mart dropped us, we
19  were ready to go down to the -- I believe it
20  was the 39.95 price point.
21        So as things fatigue in the retail
22  industry, you can do one thing. If you can
23  get your -- you can lower the price and
24  you're going to sell more, which is what we
25  did three times at Wal-Mart.

Page 266

1  Q.  Okay. And then -- so it went -- from that
2      price fatigue it went down about 2 million,
3      right, because you had to drop the price?
4  A.  Yep. Yep. Yep.
5  Q.  And then if we go to the next year, 2021,
6      it's about 2 million down again, right?
7      Still 10.7 million from Wal-Mart?
8  A.  Uh-huh. That's correct.
9  Q.  Okay.
10  A.  But you see we lost every other retailer.
11      Every other retailer was gone. And Wal-Mart
12      -- the Wal-Mart store in 2021 realized
13      Wal-Mart -- yeah, it dropped and then -- then
14      they completely dropped us. When you see the
15      2022 one, then they're gone altogether
16      because they did not want to go to that next
17      price tier, which would have been huge,
18      because of me out there. Some of these
19      places told me straight out either shut up or
20      we're dropping you. You better quit talking
21      about the election. And they told me
22      straight out. And I'm going, you know what,
23      what do I have to do? MyPillow is over here.
24      It has nothing to do with what I'm saying
25      over here. And that was their choice to do

Page 267

1      that like in -- they all did it, except for
2      the hardware stores, a few of them.
3  Q.  So if we scroll down, there's still six
4      pages' worth of customers on here, right?
5  A.  It depends in what year. In what year?
6  Q.  2021.
7  A.  Yeah, but you see that these are just --
8      stop. Stop scrolling. I'm going to show
9      you. They're nothing. These are -- Takota
10      [sic] Home Center, Wrigley's [sic] Do It
11      Best, Do It Best Building Center.
12        These are little ma and pa stores
13      that I told you I went and did advertising
14      for them myself. These are -- if you talk
15      any big one on there, they're all gone.
16        The lumber and supply company,
17      these are -- these are hardware stores. They
18      didn't desert us. They were the hometown,
19      and they didn't make these decisions. They
20      said, You know what? We're going to keep
21      MyPillow. It's our number-one selling
22      product and we don't care what their CEO is
23      out there doing.
24        You know, I don't know why they
25      made the decision to stay, but they were the

Page 268

1      smaller ones and they made the decision to
2      stay based on they weren't attacked by bots
3      and trolls or -- or they didn't have people
4      in the town treat them like crap because Mike
5      Lindell is out there talking about elections,
6      you know.
7        They are the only ones that stayed,
8      were the little ma and pa ones. And I had
9      personally done each and every one of them a
10      favor. I could go right down that list. I
11      flew to their thing, did an appearance, did a
12      radio ad for them personally to help them in
13      their town and -- to get people into their
14      town. Hey, we have MyPillow, even though
15      we're a hardware store. Out of 160,000 SKUs,
16      every one of them, their number-one selling
17      product is MyPillow over screwdrivers, paint,
18      you name it.
19  Q.  And so you would -- you would go and you
20      would do radio ads or, you know, visit
21      personally --
22  A.  Yep.
23        (Simultaneous indiscernible crosstalk.)
24  A.  Back in the day I did -- I did 162. Here
25      would be a radio ad in a town in -- pick a

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              269–272

Page 269

1  town USA, Dubuque, Iowa.  I would do a read
2  for them.  It would say, Come on down to Al's
3  Hardware Store and get the best price of a
4  MyPillow in town and -- you know, the best
5  price in town.  They would come -- and then
6  they would come in there looking for the
7  pillows.  Some of the hardware stores would
8  put them in the back so they've got to shop
9  around.  It was like to get them there.  It
10 was -- it was amazing.
11         And I gave them a -- I gave them a
12 good price so they would help the ma and pa
13 hardware stores.  And I did it -- I did 162
14 of them, I know, in a very short period of
15 time.  And every one of them, every one of
16 them stayed with us because of that personal
17 thing I did with them.  And -- and it's
18 helped them flourish.
19         I'll tell you one.  If you go up --
20 if you go up to the top, I want to bring this
21 one up.  Go to the top.  Keep going up to the
22 top.  So I'm going to -- there's one that's
23 on here I want to bring up.  Keep going all
24 the way to the top.  It's Hamrick's.
25         Do you see Hamrick's Department

Page 270

1  Stores?  That lady -- that lady called me up
2  in -- in January of '21 when everyone else
3  was calling me going shut up or we're
4  dropping you and -- and that lady called me
5  up and I said, We're not taking them back.
6  Because she had a pretty big inventory.  And
7  I said, You can -- and my VP was in the room.
8  I said, You can throw them in the street.
9  We're not taking them back, because you think
10 what I am out there doing has anything to do
11 with MyPillow.  And she -- she said, Okay,
12 I'm going to keep them, because they had such
13 a big inventory.
14         Right to this day, because she's
15 with -- she stayed with us -- and I didn't
16 have that choice over the other ones -- it's
17 their number-one selling product.  They're
18 selling great.  They're doing just fine.  She
19 never dropped it, and she is very happy.
20         And she wasn't attacked by the
21 people or the bots and trolls or this attack
22 job on MyPillow that everyone did out there,
23 these -- whoever these -- social media, these
24 bots and trolls that did an all-out assault
25 on Bed Bath Beyond, Kohl's, all of them, to

Page 271

1  the point that they cancelled.  And they made
2  a decision, a political decision, had nothing
3  to do with MyPillow, but they made that
4  decision.
5         And as you see, even Bed Bath &
6  Beyond went under.  We were their number-one
7  selling product of all time.  The real
8  public, the real public wanted -- they wanted
9  MyPillow in there.  They didn't care what
10 Mike Lindell was out there doing.  They
11 wanted MyPillow.
12         These -- that Hamrick that stayed
13 with us, she's doing just fine and she -- and
14 she didn't have people come in her store
15 hating MyPillow because their CEO is out
16 there.  She didn't have people political to
17 go get rid of MyPillow, you know.
18         This was all a cancelation and
19 very -- very driven against my MyPillow and
20 just very similar to lawfare, like certain
21 companies that I know of.
22 Q.  For that -- for that Hamrick store,
23     Mr. Lindell, did you -- did you do one of
24     those -- was one of those 162 --
25 A.  No, I did not.  No, that wasn't one of them,

Page 272

1  no.  That was a pretty big -- a medium-sized
2  store.
3         As I kept getting calls in January
4  and February of '21 and they're going, You
5  know, we want -- we don't want -- we're going
6  to step aside for now, you know, we can't
7  have you out there talking about this.  I
8  go -- I go, What do -- and they are talking
9  to my salesmen at MyPillow.  And I would say,
10 You know what?  Tell them to talk to me.
11         And I said, You know, what does
12 this have to do with MyPillow?  I said, You
13 guys, why would you do that?  We're your
14 number-one selling product.  And I said, If
15 you make that decision, you're going to hurt
16 yourself and hurt the people.  Why would you
17 do that?
18         And Bed Bath & Beyond, you know,
19 they -- I remember talking to their CMO.
20 They did it anyway.
21         And the first one to do this was
22 HEB, and they said straight out quit talking
23 about this election or we're going to cancel
24 you.  They said that.  That was an email.
25 Quit talking about these things or we're

MICHAEL LINDELL                                           August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                        273–276

Page 273

1  going to cancel you.
2       I'm going, You know what?  I'm
3  going to say, I can't unsee what I have seen
4  and undo what I know.  I'm going to do this.
5  And did I know it would hurt MyPillow?  They
6  told me straight out it would.  But -- but
7  I'm sorry.
8       You know, I fought -- just like I
9  did when I fought in Minnesota for pull tab
10 law changes.  It's in my book.  I lost
11 everything I had, but I changed -- I changed
12 things that were wrong.  And everything I
13 fought for came true in Minnesota with these
14 laws.
15       And I got calls from around
16 Minnesota, the restaurants and bars, saying
17 we know you lost everything, but thank you
18 for holding your ground because you saved our
19 industry.
20       Well, that's where I'm at.  I'm
21 trying to save our election platforms in our
22 country, and -- and I'm not changing.  I've
23 lost everything now because of it.  And you
24 know what?  I've got to live with that, but I
25 would do it all again because we wouldn't

Page 274

1       have anything anyway if we don't have
2       elections.  So that's where I'm at.
3            And these companies literally told
4       me as I was doing it, If you stop now, we
5       will still stick with you.  If you stop now,
6       I'll still -- that's why this lawsuit is so
7       ludicrous, they're so crazy, because a year
8       later you guys sue me.
9            And here's the thing:  Do you think
10      I'm that stupid a marketer as I'm losing
11      millions -- hundreds of millions of dollars,
12      everything is crumbling that I built from
13      ground one as an entrepreneur, the American
14      dream, going from a crack addict to where I'm
15      at, that I'm that stupid?  If you are -- if
16      you are getting shot, you might want to move
17      out of the way.  Well, I didn't do that
18      because I have a bigger thing over here than
19      over here (indicating).
20 Q.   Mr. Lindell, I think we --
21      (Simultaneous indiscernible crosstalk)
22 Q.   Mr. Lindell, I think we established earlier
23      that 2021 was, in fact, the highest gross
24      profit year for MyPillow, correct?
25 A.   The -- do you think I was looking at gross

Page 275

1       profits when I'm trying to -- shouting out --
2  Q.  Just yes or no, Mr. Lindell.
3       (Simultaneous indiscernible crosstalk)
4  A.  No.  I would have to look at 2020 again.  I'd
5       have to see if when you are talking -- gross
6       profit is not your take-home profit, just so
7       you know that.  Gross profit is not your -- I
8       would say 20 -- if I look back, I'll bet you
9       2014 and '15 had a higher gross profit
10      percentage-wise.  I would bet for sure it
11      did.  That's when MyPillow came out.  So I'm
12      not going to answer to that thing of gross
13      profit.
14           I would say back then when MyPillow
15      was $69 and we were selling, it exploded.  We
16      were in Wal-Mart.  They were their biggest
17      selling product ever.  We were -- we had more
18      commercials than anyone had ever bought in
19      history, ever.
20           I would say '14 and '15 is way
21      higher gross profit, if you want the truth.
22 Q.  Well, I don't have those --
23      (Simultaneous indiscernible crosstalk)
24 A.  And 2016.  I would bet -- I would bet all of
25      those years, '14, '15, '16, and '17, were

Page 276

1       probably for sure all bigger gross profit by
2       far, absolutely.
3  Q.  But 2018, 2019, and 2020 were lower, correct?
4  A.  That's when MyPillow fatigued.  When MyPillow
5       fatigued and we had to come up with other
6       products.
7            Like I told you, the next one was
8       MyMattress Topper, which had a higher gross
9       profit because our product cost was a lot
10      higher with a mattress topper.
11           When you came out with those
12      slippers, the slippers, once again, had a big
13      profit margin, huge profit margin.  The
14      slippers were made -- before the shipping
15      thing took effect, we were making them for
16      like, I don't know, 14 and getting $70 or
17      even upwards of $89, I think, originally.
18      That had like a 15 percent product cost.  You
19      can't beat that.  That's unheard of.  We
20      didn't have that with MyPillow when I
21      invented it.
22           So they -- that would be a huge
23      gross profit, but, once again, gross profit
24      doesn't lead to destruction of a company when
25      you lose everything you've got.

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
277–280

Page 277

1      You lose -- here's pre-Mike Lindell
2   talking about the election. Here's
3   afterwards. Let's see. Pre everything is
4   beautiful. You kept getting bigger and
5   bigger and bigger. We were going to be a
6   billion dollar company. After talking about
7   elections, we are now sitting where I'm
8   sitting here right here today with nothing
9   left in the world and I owe $20 million.
10   Personally and with MyPillow, it's gone.
11   Everything is gone.
12      So how is your day going? That's
13   where I sit right now as we speak. As I sit
14   here and spend time with you today, I have
15   people, one after another, going, Where is
16   our money? How can I get money? Mike, I
17   need money. Mike, pay us. That's it.
18   That's where I'm at. The house I'm sitting
19   in I owe $6 million on to the IRS. That's
20   where I'm sitting.
21 Q.  Mr. Lindell, I want to move on to topic
22   number 18, which is MyPillow's publication or
23   promotion of the documentaries, the Cyber
24   Symposium, and/or FrankSpeech content,
25   including related work performed by MyPillow

Page 278

1   employees.
2 A.  Yep.
3 Q.  You understand that's a topic for today?
4 A.  What's that?
5 Q.  And --
6 A.  I'm sorry?
7 Q.  I said do you understand that that's one of
8   the topics that you've been designated to
9   testify to here today?
10 A.  Okay. Yes.
11 Q.  And are you knowledgeable of this topic?
12 A.  Repeat it.
13 Q.  Are you the person --
14      (Simultaneous indiscernible crosstalk)
15 Q.  -- most knowledgeable --
16 A.  Cyber Symposium, yes, I'm the most
17   knowledgeable. You are talking about Cyber
18   Symposium? This isn't MyPillow, though. The
19   most -- I would be the most knowledgeable
20   person at MyPillow because none of them had
21   anything to do with any of this. But, yes,
22   so I would be the most knowledgeable because
23   I know over here and I know over here. So go
24   ahead.
25 Q.  And also -- I'm also talking about the

Page 279

1   Absolute Proof documentary, the Absolute
2   Interference documentary, Absolute 9-0, and
3   Scientific Proof.
4 A.  Okay. Okay. All right.
5 Q.  So you recall publishing a documentary called
6   Absolute Proof, correct?
7 A.  Yeah, Mike Lindell did. MyPillow would --
8   MyPillow didn't even have a clue it was
9   getting done at the time. If you're --
10   you're really -- now you're going to get into
11   a slippery slope.
12      Nobody at MyPillow knew anything
13   that I was even making a documentary. They
14   knew -- I was -- I was completely away from
15   MyPillow during these times. So no one at
16   MyPillow would have any clue of what was
17   going on in my personal life out there.
18      So when you're asking me questions,
19   we'll have to pause and say, here, this is
20   what MyPillow knew or this is what Mike
21   Lindell knew. You follow me?
22 Q.  Yeah. And I want to look at certain things,
23   certain documents and we can continue to talk
24   about it. So --
25 A.  Okay.

Page 280

1 Q.  First of all, I'm going to play a clip for
2   you -- or, no, we're going to show you a
3   document. We'll put it up on the screen.
4      MR. FREY: All right. So this will
5   be Exhibit 745.
6 (Deposition Exhibit 745 was marked for identification.)
7   BY MR. FREY:
8 Q.  And this is Exhibit 1 to Smartmatic's first
9   amended -- or first supplemental complaint in
10   this action.
11 A.  Yeah.
12 Q.  If you scroll down, you will see this is a
13   transcript of the audio recording of Absolute
14   Proof.
15 A.  Okay.
16 Q.  You see that?
17 A.  Yep.
18 Q.  All right. And if you see right at the start
19   of this, you say, "Hello, everyone, this is
20   Mike Lindell, the CEO of MyPillow." Correct?
21 A.  Yep. Okay.
22 Q.  You have identified yourself here in the very
23   first statement you make in this documentary
24   as the CEO of MyPillow, right?
25 A.  That's right.

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          281–284

Page 281

1  Q.  After this documentary was released -- I want
2      to go to what was previously marked as
3      Exhibit 412.  You see this is an interview --
4      or an email, I'm sorry, between Dawn Curtis
5      and Beth Schoeneberg?
6  A.  I don't know who -- a talk radio host, yeah.
7      I don't know who Beth is, but anyway.
8  Q.  Dawn Curtis is a MyPillow employee, correct?
9  A.  That's correct.
10 Q.  And is -- you don't know whether Beth
11     Schoeneberg is a MyPillow advertiser?
12 A.  I'm sure she is, but I don't -- well, I don't
13     know.  It says Beth at talk show radio.
14     Probably not, but it doesn't say -- I don't
15     recognize the name and I don't recognize the
16     radio station.  So could be not.  I don't
17     know.  The short answer is I don't know.
18     I've never recognize -- I don't know that
19     name and I don't know that talk show.
20 Q.  So do you see -- at the first email here at
21     the bottom, Ms. Schoeneberg reaches out to
22     Dawn Curtis of MyPillow and says, "I saw an
23     interview with Mike last evening.  My husband
24     had it... May I announce Mike's 3-hour video
25     today on my show (regarding the proof of

Page 282

1      election fraud/stolen)?  Do I understand the
2      website correctly... mikelindell.com?"
3          Do you see that?
4  A.  Yep.
5  Q.  If we scroll up, you'll see Ms. Curtis
6      responds by sending a link and said she will
7      send a downloadable one when she has it,
8      right?
9  A.  Okay.
10 Q.  And then Ms. Schoeneberg says she's watching
11     now.  She placed it on Facebook and plans to
12     put it on her website, too.  "I have other
13     internet affiliates who might do that too."
14         Do you see that?
15 A.  Right.  My guess is if they were talking to
16     Dawn, they have a relationship.  They could
17     be MyPillow advertisers for a long time.  I
18     have no idea.
19 Q.  And Ms. Curtis, from her MyPillow email
20     account, is sharing this video, correct?
21 A.  Well, you can sit there -- that's the only
22     emails we use.  I use my MyPillow email
23     account for everything, as does Dawn, even if
24     she is talking to a personal friend.  That I
25     do know.

Page 283

1          So you can try and say that -- was
2      this a MyPillow thing?  No.  This was this
3      Beth reaching out as a talk show host asking
4      about this because they seen me.  So I get
5      it, yeah.
6  Q.  Let's go to what was previously marked as
7      Exhibit 414.  Okay?  And do you know who Kip
8      Kuroski at Komando.com is?
9  A.  No idea.  I'm sure these were all podcasters
10     or they wouldn't have Dawn's phone number --
11     or I mean her email, you know.  I'm sure
12     she -- like I say, she deals with all
13     podcasters that want to sell MyPillow, the
14     ones that do sell MyPillow.  That's what she
15     does.
16         But I have no idea who Kip Kuroski
17     is.  Like I say, we have hundreds of
18     podcasters and radio shows.
19 Q.  And so Ms. Curtis here of MyPillow writes,
20     "TV/news stations give this downloadable
21     link:  Random people or customers:"  And then
22     she provides another one, right?
23 A.  I have no idea.  I didn't set this part up.
24 Q.  I'm sorry?
25 A.  I don't know.  I didn't set this part up.  I

Page 284

1      have -- I have no idea what she's doing
2      there.
3          You have a link to Absolute Proof.
4      We put it out everywhere on every platform in
5      the country.  YouTube took it down in two
6      hours.
7          I don't -- if Dawn had it -- it
8      looks to me like people or customers got --
9      you just sent them to MyPillow.com.  And I
10     guess if a podcaster wanted the actual movie,
11     then they got this -- then they got the
12     actual film.  It looks like that is -- they
13     had access to the film or they could download
14     it.
15 Q.  So Dawn Curtis here of MyPillow is sending
16     out to a podcaster the link to this Absolute
17     Proof documentary, correct?
18 A.  I don't know if Dawn did this.  She probably
19     did it on her own time.  I have no idea.
20         We get requests all the time
21     from -- from podcasters, you know.  They'll
22     ask -- so I don't -- it looks like that she
23     sent them -- this person reached out for a
24     link.  I don't know if they're an advertiser
25     or not.  You would have to ask Dawn.

MICHAEL LINDELL                                      August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                285–288

Page 285

1          But as far as using her MyPillow
2    email, that's the only email she has in her
3    life.  Same way that I use my MyPillow email
4    for everything, no matter what.
5          Everybody uses their emails.  We
6    don't have a thing at MyPillow.  We all have
7    one email system.  You don't have -- if you
8    were going to be -- a friend of mine and
9    you're emailing me back and forth, I'm going
10   to use my MyPillow email.
11 Q.  Let's go to Exhibit -- what was previously
12   marked as Exhibit 418.  Are you familiar with
13   the Salem Media Group?
14 A.  Yes, I'm very familiar with Salem Media
15   Group.
16 Q.  And what is --
17 A.  They're the ones --
18 Q.  -- Salem Media Group?
19 A.  They're ones that you guys -- with lawfare
20   when you sued Fox News on February 4th, 2021,
21   that was the last time I was ever to go on
22   Salem Media, Fox News, or Newsmax and talk
23   about MyPillow ever again.  You guys cost us
24   millions that day.
25          That's who Salem Media is.  They're

Page 286

1    the biggest -- the biggest -- one of the big
2    media groups.  iHeartMedia.  I forget the
3    other ones.  Salem Media and then you have
4    Cumulus Media.  They are one of -- they are
5    one of the national media platforms.
6  Q.  Do you see here on February 5th it says, "Hi,
7    Seb.  Mike Lindell has released a documentary
8    today about voting fraud.  He would like for
9    you to watch it."  And then she provides the
10   link and the downloaded video, correct?
11 A.  Who did that?  Who said --
12          (Simultaneous indiscernible crosstalk)
13 A.  Okay.  And that would be correct because
14   Dr. -- now I see where it says -- Sebastian
15   Gorka is a friend of mine.
16 Q.  And she is sending around, then, the video to
17   the Salem Media Group, correct?
18 A.  No.  I told her and Dr. -- I probably told
19   her send it to Sebastian Gorka.
20          Salem Media, on February 4th when
21   you guys sued Fox News, they ended any
22   relationship with me ever to come on their
23   show again.  So I talked to their executives.
24          That day, on February 4th of 2021,
25   when you sued Fox News, Salem Media -- or

Page 287

1    Smartmatic, I was told I couldn't go on any
2    of the shows on Salem, and not even to
3    promote MyPillow.  I was done.  It cost us
4    millions, millions.
5          Salem Media was one of our biggest
6    outlets.  Seb Gorka was a host on -- one of
7    the hosts, had his own show on Salem Media.
8    So I thought, You know what?  You need to
9    watch this, Sebastian Gorka.  This is what
10   I'm up against.  I don't care if you guys
11   won't let me come on and sell pillows.  I
12   want you to see this for our country.
13          Sebastian Gorka is big into -- he's
14   a -- he worked in administration, I believe,
15   back in the day, but he was -- this was a
16   particular host.
17          I was already told by Salem Media I
18   couldn't come on to sell MyPillows or any --
19   or to be -- like I would go on and talk about
20   my company.  That ended on the day before
21   this was out when you guys sued Fox News.
22   That was another -- I forgot about all that
23   lost revenue.
24 Q.  Have you --
25 A.  I lost -- I forgot about that.

Page 288

1  Q.  Let's look at another one.  We have
2    Exhibit 419, and here we have on this same
3    day Ms. Curtis sending the documentary on
4    election fraud, Absolute Proof, to Caleb
5    Svendsen of WWIB.com.  Do you see that?
6  A.  I don't know who that is.
7  Q.  The next one, Exhibit 420.
8  A.  It looks to me like a lot of people reached
9    out to her because she -- that they knew
10   she -- that she worked for me.  I don't know
11   how many, but a lot of people did, I guess.
12 Q.  Do you see here Friday, February 5th, 2021,
13   18:09:52, Ms. Curtis sends Woody Zimmerman at
14   kensington.media the same email with the same
15   links?
16 A.  I don't know who they are.  You've got to
17   understand Dawn Curtis has dealt with these
18   guys for eight years.  They are her friends,
19   these people.  They talk to her all the time
20   every day.
21          So if they seen this, this -- or
22   this movie, who else they going to reach out
23   to?  They couldn't get a hold of me, so they
24   reached out to her.  I mean, that's pretty
25   simple.  That's probably why they're reaching

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              289–292

Page 289

1    out.
2  Q.  Well, do you see a reach-out on this email
3      from Woody --
4  A.  What's that?
5  Q.  -- to Dawn?
6  A.  What's that?
7  Q.  Do you see anyone -- do you see Woody --
8  A.  I don't know if she -- I don't know if she
9      called Dawn.  Dawn wouldn't just send out --
10     was there a mass email she sent out?  I have
11     no idea.  You'd have to ask Dawn.  You guys
12     already deposed her.  Ask her.  I have no
13     idea.
14           I didn't tell Dawn to do that, to
15     reach out to Woody Zimmerman.  I don't even
16     know Woody Zimmerman.  I have no clue who
17     Woody Zimmerman is or three of the other ones
18     you just mentioned.
19           Seb Gorka, that one it says, Mike
20     wanted you to see that.  I don't have his
21     contact for email or whatever or to reach out
22     to him back then, but I wanted him to see
23     that because I was very upset with Salem
24     Media.
25           After you guys sued Fox News on

Page 290

1      February 4th, 2021, Salem Media said no more,
2      you can't come on even to talk about pillows.
3      That's when lawfare started in this country,
4      by the way.  That's --
5  Q.  Mr. Lindell --
6          (Simultaneous indiscernible crosstalk)
7  Q.  This Exhibit 420, it's a time stamp of
8      18:09:52, correct?  Do you see that?
9  A.  18:09:52.  Okay.
10         (Simultaneous indiscernible crosstalk)
11 A.  Right.
12 Q.  So let's look at the next one, Exhibit 421.
13     Here we have 18:10:27.  So less than a minute
14     later Ms. Curtis sending the same email with
15     the same link, this time --
16 A.  Okay.
17 Q.  -- to AnnieDelgado2@icloud.com, correct?
18 A.  Okay.
19 Q.  You agree Ms. Curtis, MyPillow marketing
20     director, is sending these out serially to --
21 A.  She's not the --
22 Q.  -- different advertisers?
23 A.  She is -- yeah, she sent that.  I see that.
24 Q.  Let's look at the next one, Exhibit 422.
25     February 5th, 2021 at 18:11, so about a

Page 291

1      minute later Ms. Curtis --
2  A.  I probably -- who knows?  I probably told her
3      to send it, you know, send all your contacts
4      to the podcast, send them this link.  I don't
5      know.  That's probably what it looks like to
6      me.
7          What would that have to -- what
8      does it have to do with anything?  If she had
9      their contacts, I'm going, Here, send them
10     this link to the video, as it was getting
11     cancelled on YouTube and everywhere else.
12 Q.  So then --
13 A.  This looks like in the --
14         (Simultaneous indiscernible crosstalk.)
15 A.  What time in the morning is that?  18 -- you
16     know --
17 Q.  That's 6:11 at night, the evening, I believe.
18 A.  Yeah.
19 Q.  I don't know what the --
20 A.  Okay.
21 Q.  I don't know what the GMT is, though, what
22     the time stamp --
23 A.  Right.  So she wasn't -- she certainly wasn't
24     working on the pay clock with MyPillow.  You
25     realize that, right?  You realize that she --

Page 292

1      like clockwork, she only works until 3:00 in
2      the afternoon no matter what.
3          So she was doing this on her own
4      time, probably for me, and she certainly
5      wasn't doing it as a MyPillow employee.
6      That's her email she uses.
7          So if that's what you are trying to
8      insinuate, this was done on her own time.
9      She didn't get paid by MyPillow to send these
10     out.  That's a fact.
11         So there she is.  This is 18.
12     That's what I was wondering, what the heck.
13     No, this is 6:00 at night.  So she is not
14     working for MyPillow then.  She is doing it
15     on her own time.  She's only got one email,
16     and she probably testified to that already to
17     you guys.
18         All my employees, their email --
19     just like myself, they say, Well, why did you
20     use your MyPillow email?  It's the only email
21     I use, period.  I don't have a Gmail or a
22     Hotmail or whatever, you know.
23         So this is very easy as -- I don't
24     know what you are getting at here, but there
25     it is.  I probably told her, Hey, if you've

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                293—296

Page 293

1    got these contacts, send them out if you can
2    because YouTube is blocking everything from
3    people seeing this movie.  That would be my
4    guess.
5  Q.  So -- and these contacts are MyPillow
6        advertisers, correct?
7  A.  I don't know.  I don't know if she -- which
8        ones they are.  I don't know.  Dawn would
9        have a Rolodex of people because they contact
10      her.
11           She's got -- we've got -- a lot of
12      these could've been not just MyPillow stuff,
13      but, you know, if she knew people from other
14      people, maybe she got -- maybe she reached
15      out and said, Hey, do you have contacts for
16      all the -- all the other broadcasters?
17           I tried to get it out everywhere.
18      I didn't just tell Dawn.  I probably told
19      everybody, Hey, put this up, share it
20      everywhere, share it everywhere.  I tried to
21      get it shared everywhere.  I was getting
22      blocked at every corner, you know, blocked,
23      blocked, blocked.  We should get it out
24      there.  Facebook -- contains nudity or porn,
25      that's what they put over the top of it.

Page 294

1           I just talked to Alan Duke, the
2    Facebook fact-checker.  He says he didn't do
3    that.  He said it was Zuckerberg himself or
4    those people.
5           But, no, this was -- I tried to get
6    it everywhere.  I contacted other people, Hey
7    send it out to anyone else you know.  I did
8    it all day long.  So, you know --
9  Q.  So you were --
10          (Simultaneous indiscernible crosstalk.)
11 Q.  So I understand your testimony, you were
12      asking the MyPillow employees to share this
13      video --
14 A.  No, not --
15          (Simultaneous indiscernible crosstalk.)
16 A.  I never asked one MyPillow employee.  You're
17      lying.  I didn't say -- I asked -- not one
18      MyPillow employee was asked to do this.
19           Dawn Curtis was asked if you -- why
20      don't you check emails.  You think I sent out
21      emails, Hey, everybody watch this movie?  No,
22      I did not.  This is to Dawn Curtis on her own
23      time.  I said, Hey, will you get this movie
24      out?  Send this -- send this movie out to any
25      podcasters.  She didn't do it as a MyPillow

Page 295

1    employee.  That's her MyPillow email, but
2    that's all she's got.  That's all she uses.
3           I didn't tell employees at our call
4    center, Hey, you guys, all heads-up alert,
5    everybody tell people to watch this movie.
6    No.  I reached out to other people in the
7    country all day long.  Hey, can you share
8    this, can you share this?  I called them
9    myself.  That's what we did.
10           But I was too busy actually
11      trying -- it's taken down on this platform,
12      on this platform.  So I stuck it up on
13      Rumble.  I did it on this, my own handles on
14      social media, which I already lost by then.
15      So there is no way to communicate through
16      social media.  People had to do that
17      organically.
18 Q.  Let's look at Exhibit 427.  You see this is
19      the exact same email, exact same title, this
20      time to Lee at lifechangingradio.com.
21 A.  Who cares?  It's 6:00 at night.  She's on her
22      own time.  MyPillow had nothing to do with
23      it.  So keep showing them all day long.  Dawn
24      did this on her own time.  She just happened
25      to have -- that's the only email she has.

Page 296

1    I'm sorry that she didn't think to take her
2    email and send it from an undercover email.
3    You know, give me a break.
4           What else you got here?  Come on.
5  Q.  Would you disagree, then, with Ms. Curtis's
6        testimony in this case, which I'm guessing
7        you have not reviewed, correct?
8  A.  No.  I haven't reviewed anything.
9  Q.  You disagree with her that she sent these out
10      per your request?
11 A.  She probably did send them out per my
12      request, but she did it on her own time.  I
13      wouldn't have her do stuff with MyPillow.
14           My son would have a fit.  Are you
15      kidding?  These guys are -- these guys are --
16      why don't you talk to my son.  He is a
17      left -- he is on the left politically.  He
18      would -- there was no way that he would ever
19      mix MyPillow with anything I ever did with
20      Donald Trump or with the elections or
21      anything, and that's a fact.  And anyone will
22      tell you that in MyPillow.
23           I didn't go to them in the call
24      center and say, Hey, do this.  You know, you
25      guys have got to promote this.  No.  Any of

MICHAEL LINDELL                                              August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                   297–300

Page 297

1    our ads were done separately out there. We
2    never -- we never could mix politics into the
3    ads. We never did anything like that.
4         We didn't put MyPillow ads even in
5    the Cyber Symposium. Contrary to everybody's
6    belief out there, that's not true. RSBN was
7    there. They are a MyPillow customer, what
8    these guys do.
9         Dawn Curtis did this on her own
10   time and she -- now, did she have a Rolodex
11   of people that she talked to? Absolutely.
12   If I ordered her to? Yes, I probably did or
13   she probably wouldn't have -- you know, on
14   her own time maybe she done it. She did it
15   as a favor to me. Here, send it out to all
16   the podcasters.
17        But she certainly didn't get paid
18   for it from MyPillow, because that's a fact.
19   She works like clockwork. You can go back in
20   time. Every day, 3:00 done.
21   Q. Mr. Lindell --
22   A. Most people -- and, by the way, most people
23   at MyPillow had no clue what I was out there
24   doing or what I was doing because I wasn't
25   there at that time. I was out all over the

Page 298

1    country because of death threats and
2    everything else from who knows who saying
3    shut up about this election, shut up about
4    it, shut up about these machine companies,
5    shut up about China. You better do this or
6    else. You've got a pretty nice family. This
7    is what I had to deal with.
8    Q. Mr. Lindell, who is Katelyn Gamlin?
9    A. She's my executive assistant right now.
10   Q. I want to post here what was previously
11      marked as Exhibit 443. You released --
12   A. Shy's my executive assistant for Lindell
13      Management, not for MyPillow.
14   Q. You released Scientific Proof in March of
15      2021, correct?
16   A. That's correct.
17   Q. And you see here this is March 31st, 2021
18      from kg@mypillow.com. Is kg@mypillow.com
19      Katelyn Gamlin?
20   A. Yes.
21   Q. And at 9:56 a.m. on Wednesday, March 31st,
22      she emails Ms. Curtis of MyPillow, subject
23      matter "Press Release," correct?
24   A. Yep. I see that.
25   Q. And then she said, "This can be sent after

Page 299

1    10:45 a.m. Central Time to our affiliates
2    (that's when we're posting it on social
3    media)." Right?
4    A. Okay. Okay.
5    Q. Okay. And if you scroll up --
6    A. By the way, Katelyn does not work for
7    MyPillow. She works for Lindell Management,
8    and that's a fact. So once again she's using
9    a MyPillow email that she used to have a long
10   time ago when she worked at MyPillow. She
11   works for Lindell Management. She does not
12   work for MyPillow, and she did not back then
13   either.
14   Q. But Dawn Curtis worked for MyPillow, correct?
15   A. Dawn Curtis worked for MyPillow.
16   Q. And then so you see the next email up at
17      15:09, which would be 3:09, Ms. Curtis sends
18      out press release to Steve Dubbels at
19      iHeartmedia.com, right?
20   A. Yep.
21   Q. If we scroll down to the press release
22      itself, you see it says, "Mike Lindell TV
23      releases irrefutable election theft proof on
24      new television special that features world
25      renowned physicist"?

Page 300

1    A. That's correct.
2    Q. And the press release says, on March 31st,
3      "Mike Lindell, the CEO of MyPillow, released
4      a one-hour television special." Right?
5    A. Yep.
6    Q. And so this is -- this press release that
7      Ms. Curtis is sending out to iHeartMedia at
8      the direction of Ms. Gamlin is talking about
9      the Scientific Proof documentary that was
10     released by Mike Lindell, the CEO of
11     MyPillow, right?
12   A. Right. Yep.
13   Q. I want to ask you about on the third page of
14     this exhibit it says, "Scientific Proof is
15     the follow-up to the two-hour documovie,
16     Absolute Proof, that was released on
17     February 5th, 2021 and was seen by 70 million
18     people in the first four days of its release
19     and over 150 million to date across 42
20     countries."
21        Do you see that?
22   A. Yep.
23   Q. And then there is a link to where they can
24     watch Scientific Proof, right?
25   A. Okay. Yep.

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                301–304

Page 301

1  Q.  And then at the bottom it says, "All media
2     inquiries" --
3          MR. FREY:  Scroll down --
4  Q.  -- "can be emailed to
5     mediainquiry@mypillow.com."  Right?
6  A.  Yep.
7  Q.  So this press release, being sent out by a
8     MyPillow employee to iHeartMedia, is
9     referencing you as the CEO of MyPillow
10    releasing this documentary and saying that
11    inquiries should come to a MyPillow.com email
12    address, right?
13 A.  That's what it looks like.  I've -- I've
14    never seen this press release, and I had no
15    idea they were sending them to
16    mediainquiry@mypillow.com.  I guess that
17    would have been, you know, the -- I don't
18    even know who reads them.  I guess Dawn?  Who
19    sent this out?  Dawn?  Is that what it says?
20 Q.  Dawn sent this out to Steve Dubbels at
21    iHeartMedia.
22 A.  Okay.  Well, then Dawn -- I guess Dawn put
23    that together with -- I don't know who wrote
24    it and I don't know who -- who the media
25    inquiry things would go to.

Page 302

1  Q.  And the one other thing in general I wanted
2     to ask you about is it says that this
3     Absolute Proof documentary was seen by
4     70 million people in the first four days of
5     its release.  Do you know where that number
6     was derived from?
7  A.  From Dennis Montgomery.  That's what -- he
8     said that many people seen it.
9  Q.  Did Mr. Montgomery tell you how he knew that?
10 A.  He said he knew it because of his thing that
11    could -- his hammer scorecard technology.
12 Q.  And did Mr. Montgomery also provide you with
13    the 150 million to date number?
14 A.  That's correct.
15 Q.  So I want to go back and ask you about
16    Absolute Proof again.  And that aired on OAN
17    Network, correct?
18 A.  Yeah.
19 Q.  And then you put out another special on OAN
20    with Steve Bannon hosting?
21 A.  That's correct.
22 Q.  So we're going to put up I think it will be
23    Exhibit 746.
24 (Deposition Exhibit 746 was marked for identification.)
25      BY MR. FREY:

Page 303

1  Q.  Can you see that this is one of the --
2     this --
3          MR. FREY:  I guess for the record,
4     this document has Bates stamp DEF034498.
5     BY MR. FREY:
6  Q.  You see this is a text message chain between
7     you and Mr. Brannon Howse?
8  A.  Uh-huh.  Yep.
9  Q.  And Brannon Howse was the producer for the
10    documentaries, correct?
11 A.  By the way, when you see "boss" up there,
12    that's my assistant, it looks like, the 1770.
13    (Simultaneous indiscernible crosstalk.)
14 A.  I was wondering what "boss" meant.  That's --
15    that's my assistant.  That's either Katelyn
16    or whoever -- Shannon, maybe, back then.  I
17    don't know.  That phone is the -- so that
18    phone is an assistant, I believe, because it
19    says, "Boss."  That's what I -- "Can you be
20    with me on TV and Mary Fanning Sunday night?
21    Okay.  This is when?
22 Q.  Okay.  So this is -- this is starting
23    January 21, '16, but I want to go down in
24    this.  I just wanted to orient you to the
25    document.

Page 304

1  A.  Okay.
2  Q.  So we're going down to page 14 of this
3     document.  So the second full text there on
4     that page 14 where Mr. Howse texts on
5     February 9th, 2021 --
6  A.  Uh-huh.
7  Q.  -- it says, "We looked at all the reds that
8     are in that DVD and there's so many versions
9     with the shading that we went with China red
10    on the right."
11        Then he says, "I'm also working
12    with Steve Bannon's production guy Dan on
13    making breaks in the documentary for you to
14    broadcast with him."  Right?
15 A.  Okay.  Yeah.
16 Q.  So then do you recall doing that broadcast
17    with Mr. Bannon?
18 A.  Yeah.
19 Q.  And then Mr. Howse sends you some sort of
20    screenshot related to the documentary, right?
21 A.  Related to Todd Carter screenshot, I don't
22    know what that would be, but, yeah, go ahead.
23 Q.  And then Mr. Howse -- you say, "Yes."  And he
24    says, "Great, I'm sending to Todd Carter
25    now."  Right?

MICHAEL LINDELL                                      August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                 305–308

Page 305

1   A.  Right.
2   Q.  Todd Carter is MyPillow's chief technology
3       officer, correct?
4   A.  Back then he wasn't.  Back then -- I don't
5       think he was back then.  Back then this is
6       what he was working for, Lindell Management,
7       and this is -- so Lindell Management, he
8       would have been -- the stuff he was doing for
9       me for that was paid by -- was paid by me and
10      Lindell Management, not MyPillow.  He was not
11      a MyPillow employee on this right here,
12      absolutely a hundred percent not.
13  Q.  So your testimony is that Todd Carter was not
14      a MyPillow employee in 2021?
15  A.  I believe he was a Lindell Management
16      employee.  So that -- he divided his wage out
17      in between all of them, just like I testified
18      earlier.
19  Q.  So he worked for both entities?
20  A.  No.  He worked for Lindell Management, and
21      the work he did for each individual entity he
22      got billed for.  He got billed for it.  So
23      like if he worked for MyPillow, we would bill
24      MyPillow for those hours.  If he billed [sic]
25      for FrankSpeech, he got billed for

Page 306

1       FrankSpeech.
2           What's the date on this?  He was
3       probably already working -- he was working
4       for me at this time at Lindell Management.
5       One thousand percent he was not a MyPillow
6       employee paid by MyPillow to work on this.
7           This back-ended stuff he was doing
8       was all Lindell Management, Lindell
9       Management or FrankSpeech depending on when
10      FrankSpeech was formed here.  I think we're
11      still prior to FrankSpeech.  This was 2-9 --
12      2-9.  Yeah, this was -- he was working for
13      Lindell Management right there, which means I
14      had to --
15          (Simultaneous indiscernible crosstalk)
16  A.  -- pay him.  I was -- which means Mike
17      Lindell was paying him.
18  Q.  So Mr. Carter was not receiving a salary from
19      MyPillow at this time?
20  A.  That's correct.  He was -- yeah, that's one
21      hundred percent correct.  He was receiving it
22      from Lindell Management, myself, Mike
23      Lindell.  Good one, though.  Good try.  What
24      else you got?
25  Q.  Let's go down to --

Page 307

1           MR. FREY:  For Julie's reference,
2       let's mark what's tab 9.
3           THE WITNESS:  Just so it's on the
4       record, I need another break at 4:45 Central.
5           MR. FREY:  All right.  And for the
6       record, this Exhibit 747 is Exhibit 16 to
7       Smartmatic's first supplemental complaint in
8       this action and it's a transcript of the
9       audio recording of the Pete Santilli show on
10      February 24th, 2021.
11  (Deposition Exhibit 747 was marked for identification.)
12      BY MR. FREY:
13  Q.  Do you recall appearing on the Pete Santilli
14      show to promote the Absolute Proof
15      documentary?
16  A.  No idea.  I don't recall because I went on
17      everything I could go on.
18  Q.  You went to many different locations to --
19  A.  I would go -- I would go on anything to get
20      the word out.  Are you kidding me?  I think
21      I've done that for three and a half years.
22      When have I stopped?  I mean, that's a crazy
23      question.  Of course I would.  Anybody that
24      would let me go on, because I certainly
25      couldn't go on Salem Media and Fox News or

Page 308

1       Newsmax after you guys sued -- Smartmatic
2       sued Fox News on February 4, 2021.  That ship
3       sailed.  So anybody would have me, I would go
4       on.
5   Q.  And if you look at this full transcript here,
6       and we can go to -- we can take our time
7       through it if you want, but at the end of the
8       transcript --
9   A.  Yeah.
10  Q.  -- your interview with Mr. Santilli ends,
11      right?  And you say, "Well, thank you and my
12      employees thank you all and God bless you."
13      Right?
14  A.  Right.  Absolutely.  We were being attacked
15      by everything in the country, including you
16      guys or your -- people you represent.  So
17      everybody attacking MyPillow to destroy
18      MyPillow, and by then -- I guess it wasn't
19      you.  You waited a whole year to do it.
20          But Dominion came after MyPillow
21      instead of Mike Lindell, and when that
22      happened, these comments here had nothing to
23      do with Smartmatic.  It has to do with the
24      attack on MyPillow and I'm saying, Hey, my
25      employees appreciate you guys supporting us,

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                    309–312

Page 309

1  because we were losing every box store in the
2  country.
3       My whole thing shifted when I -- I
4  couldn't go on -- like I say, Newsmax, Fox
5  News, Salem Media, and a lot of places
6  wouldn't have me on because they -- they were
7  afraid of you suing them, too, because --
8  even for me being on there.
9       But I'm going on there -- like
10  going on this Pete Santilli show, he's
11  selling product. And I'm going, Yeah, thank
12  you for supporting us because we're getting
13  killed, we're getting crushed. My employees
14  and I thank you for selling our product. God
15  bless you. It's a beautiful thing, right?
16       I have been doing that for three
17  and a half years. Thank you for -- I do it
18  every day. Every single day of my life I go
19  on there. My employees thank you for all
20  your support right now. We've lost our box
21  stores. We lost our shopping channels.
22  We've lost everything. Thank you for the
23  people buying our product that are supporting
24  us.
25       I don't know what else you want me

Page 310

1  to say there, but -- what's next?
2  Q. This interview -- this interview was about
3     your publication of Absolute Proof, right,
4     and your claims of election fraud?
5  A. I have no idea what -- I have no idea what
6     the interview was about. I have no idea.
7     You've got the transcript here. I'm thanking
8     you -- my employees and I thank you for
9     support of buying my pillows.
10       Pete Santilli gets a revenue share
11  for selling MyPillows. That's pretty simple.
12  Of course he's going to have -- gee, you're
13  going to have Mike Lindell on and I'm going
14  to talk about why we're getting cancelled.
15       If you remember, when Newsmax
16  ripped their microphone off because
17  MyPillow's Twitter account got cancelled, but
18  they wouldn't say why it got cancelled.
19       That's the whole thing, what this
20  is all about. I could go on any other time
21  and say, Mike, they're cancelling you. You
22  just lost all your companies. How do you
23  feel? Well, you know what? Our country was
24  attacked and everyone is upset that I want to
25  talk about this election and talk about paper

Page 311

1  ballots hand counted.
2       I got cancelled this last year,
3  just this year. Why? Because I want to go
4  to paper ballots hand counted. Nothing about
5  the 2020 election. We're talking about paper
6  ballots hand counted. Get rid of these
7  electronic voting machines permanently that
8  132 other countries have banned.
9       And tell the world about cast vote
10  records in LA County, how it shows a hundred
11  percent that there was machine manipulation
12  in LA County. Oh, who has LA County? I get
13  it, Smartmatic.
14       Go ahead. Keep going.
15  Q. So, Mr. Lindell, you agree that you're going
16     on the air to talk about election fraud,
17     right, on the Pete Santilli show?
18  A. No. I'm going -- he's having me on his show,
19     that's correct.
20       But you also have another thing
21  going on. These people would have me on any
22  time, whether I was talking about addiction
23  in our country, whatever.
24       Nothing -- the only thing that
25  changed that people would have me on for was

Page 312

1  they started having me on to talk about our
2  election platforms, to talk about our
3  election. They would have me on that.
4       They were still -- the consistent,
5  they always sold MyPillow. They always sold
6  MyPillow. Someone didn't have me on that
7  didn't sell MyPillow, you know.
8       They would have me on. They would
9  have me on. This was the topic of the day.
10  Instead of me telling people to help people
11  all over the country giving pillows and
12  helping people, spending millions on homeless
13  people and helping them and bringing them on
14  the show and say, Hey, by the way, you know,
15  Mike has got MyPillow. He also is an
16  advertiser on this show. That went on for
17  years.
18       The only thing that changed was the
19  topic of these machine companies, which is
20  Dominion, ES&S, and Smartmatic, you know.
21  There's ES&S and Smartmatic, you know.
22       I'm not -- I'm not after any one
23  machine company. They all got to go. We've
24  got to get to paper ballots hand counted. So
25  you guys don't have to feel bad that I'm just

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                 313–316

Page 313

1   picking on you guys. I'm not picking on
2   anybody.
3        This is real and we have to save
4   our country, and you guys --
5   Q.   Mr. Lindell --
6        (Simultaneous indiscernible crosstalk.)
7   A.   Your jobs depend how this ends. Your guys'
8   own jobs depends how this ends. We ain't
9   gonna have a country if we don't have
10  elections.
11  Q.   So now you are on the show and you say, "If
12  these machines are not gone, if they're not
13  gone, the world is done. Okay."
14  A.   That's right.
15  Q.   "USA is done when you said" --
16  A.   I just got done explaining it to you again.
17  Q.   "USA is done when you said it earlier, that
18  Smartmatic started machines in Venezuela
19  around 2001, 2002. When they -- when they
20  brought them in there, they invented them and
21  brought them in there and took that country
22  down in two years. It was brought into the
23  US. They split with Dominion, ES&S, and
24  Smartmatic. It's all -- all their built for
25  is to steal elections." Right?

Page 314

1   A.   Yep.
2   Q.   That's the message that you're sharing on the
3   Pete Santilli show on February 24th, 2021 --
4   A.   Right.
5   Q.   -- correct?
6   A.   Yeah, absolutely correct.
7   Q.   And then if we look at this transcript, at
8   the end of your interview, where you see
9   "Mike Lindell" at the bottom, this begins an
10  ad for MyPillow, correct?
11  A.   Yep.
12  Q.   "Hello, I'm Mike Lindell, and as you know, my
13  passion is to help each and every one of you
14  get the best sleep of your life."
15  A.   Right.
16  Q.   So now after you are talking about Smartmatic
17  being created to steal elections and coming
18  into this country to rig every election,
19  we're running a MyPillow advertisement,
20  right?
21  A.   This is an ad he runs in his show every day.
22  That's -- I didn't -- this is an actual
23  MyPillow ad. I started using the world's
24  best cotton. I didn't read this during his
25  show. It's a MyPillow commercial on his

Page 315

1   podcast. That's just like it would be on Fox
2   News.
3        But Fox News and Newsmax and Salem
4   Media you guys scared because you sued
5   everybody so they wouldn't let me run ads.
6   They wouldn't let me be on their show to talk
7   about why I'm getting cancelled. That's the
8   only difference.
9        Pete Santilli didn't care. He let
10  me come on there and talk about how to save
11  our country, but he still ran the same
12  MyPillow ad he's always ran since day one.
13  That part didn't change, you know.
14       The only thing that changed is you
15  guys went after MyPillow, who had nothing to
16  do with this, and attacked them. It's very
17  simple. And you destroyed the company. Now
18  there is nothing left of MyPillow. Boy, that
19  was great marketing, wasn't it?
20       No, I didn't try and market it. I
21  wanted to save our country, which I'm doing
22  right now, which you're all -- you're on the
23  wrong side, you guys.
24       You guys really -- you know, I
25  believe God is going to protect our country,

Page 316

1   get rid of the machines, get us to paper
2   ballots, and you guys will still have jobs.
3   You'll probably be working for somebody else,
4   but, you know, a lawyer is a lawyer. You can
5   find them, you know.
6        I'm just saying that's where I'm
7   at, and I'm not changing. I'm not going to
8   sit here and say, Well, you know what? Back
9   then I thought this, but I changed my mind
10  now. No, I didn't change my mind, even
11  though that you guys destroyed MyPillow and
12  that everything out there that got cancelled
13  and destroyed.
14       How I sit right now, would I change
15  anything? Absolutely not. I wouldn't change
16  a thing knowing what I know. You can't
17  change what I've seen and know what I know.
18       You can't sit here right now and
19  tell me -- the cast vote records that come
20  right out of the machines in LA County have
21  shown a hundred percent they had machine
22  manipulation and that China intruded into
23  that, specifically into LA County.
24       So, you know, I'm not -- you think
25  I'm going to stop talking about it? No, I'm

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
317—320

Page 317

1    not.  Absolutely not.  No matter what
2    happens, I'm never going to stop talking
3    until we get to paper ballots hand counted,
4    period.
5  Q.  Mr. Lindell, just a quick side note since you
6        said that.  What evidence have you seen to
7        support the statement you just made?
8            MR. KACHOUROFF:  I'm going to
9        object --
10          (Simultaneous indiscernible crosstalk)
11          MR. KACHOUROFF:  Hold on, Mike.
12      Are you asking in his capacity as a 30(b)(6)
13      designee or are you asking him in his
14      individual capacity?
15          MR. FREY:  Well, he is testifying
16      here as a 30(b)(6) designee --
17          (Simultaneous indiscernible crosstalk)
18          MR. FREY:  -- as a designee.
19          THE WITNESS:  I don't know what
20      that means.  MyPillow would have -- MyPillow
21      has nothing to do with this.  If you are
22      asking me personally, I'll tell you right
23      now.  I'll give you a two-minute --
24          MR. KACHOUROFF:  He is not asking
25      you personally.  He is asking you as a

Page 318

1    designee, Mike.
2            THE WITNESS:  Okay.  Well, then --
3        then MyPillow has nothing, if you are asking
4        what that company has.  Absolutely nothing.
5        MyPillow has nothing.  They know nothing.
6        They are about as in the dark as you could
7        ever be, including the person that sent the
8        email, Dawn Curtis, like a robot.  Hey, would
9        you send this to our thing?  She had no clue.
10      You could ask her anything about that.  I
11      don't control any one --
12          MR. KACHOUROFF:  Mike, you answered
13      the question.
14          THE WITNESS:  -- of my employees --
15          MR. KACHOUROFF:  Mike, you answered
16      the question.  You answered the question.
17          THE WITNESS:  Yeah.  Right.  Well,
18      it's disturbing, you know.
19  BY MR. FREY:
20  Q.  And as you're appearing on the Pete Santilli
21      show -- I want to look at another show you
22      appeared on.  This is the Eric Metaxas show.
23      You appeared on that show before, correct?
24  A.  Yeah, many times about Jesus.  That one goes
25      way back because I would do -- I would do

Page 319

1    evangelizing on there, talk about God all the
2    time when I did a full surrender in Jesus
3    Christ.  Yep.
4            MR. FREY:  So this Exhibit 748 was
5        Exhibit 20 to Smartmatic's first supplemental
6        complaint.
7  (Deposition Exhibit 748 was marked for identification.)
8            BY MR. FREY:
9  Q.  And you will see here --
10          MR. FREY:  If we could scroll down.
11  Q.  -- that this is a --
12          MR. FREY:  Go back up.
13      BY MR. FREY:
14  Q.  This is a transcript of the Eric Metaxas
15      radio show on March 30th, 2021, correct?
16  A.  Yep.  Got it.
17  Q.  And going to the first page here, he says --
18      Mr. Metaxas says, "Hey, folks, welcome back.
19      I have our friend Mike Lindell of
20      MyPillow.com fame, of MyStore.com fame.  Here
21      he is.  Mike, you look like you're in an
22      airport closet."
23          Do you see that?
24  A.  Yep.
25  Q.  And so he is identifying you as the

Page 320

1    MyPillow.com guy, right?
2  A.  Everyone in the world knew me as that.  I was
3        seen on TV over 10 million times before your
4        little election thing.  I mean, give me a
5        break.  Everybody knew me as the MyPillow
6        guy.  You can look that up.  Everybody knows
7        that.
8  Q.  All right.  So Mike Lindell --
9          (Simultaneous indiscernible crosstalk.)
10  Q.  -- is synonymous with MyPillow, then, in the
11      public parlance, right?
12  A.  No, it's not synonymous, not anymore.  It
13      was, but now it's synonymous with MyPillow --
14      Mike Lindell is getting destroyed because he
15      talks and he's the -- and MyPillow has got
16      destroyed because of it.
17          When I go out now -- even back
18      then, there was a lot of people that would
19      see me for different things.  When I go
20      around this country, Mike, I heard your
21      story, your testimony for Jesus.  I said -- I
22      read your book.  It's all about -- it's all
23      about Jesus and as your personal Lord and
24      Savior.  I'm getting saved.  That's what I
25      was -- a whole group over here.  Then you've

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
321–324

1    got the MyPillow, the generation that grew up
2    with the MyPillow jingle, you know.
3        They -- so you can -- and he put
4    MyStore. These are for entrepreneurs. You
5    know, there's another platform. The fame of
6    MyStore. I went -- to fight Amazon I went
7    and started MyStore. Thousands of
8    entrepreneurs that have no other platform, a
9    safe platform, and hundred -- thousands of
10   USA-made products.
11       I don't know what your tying in
12   there. Are you going to sue MyStore too? Is
13   that what this is all about? Keep going. I
14   can't help what the host says.
15 Q.   Up here -- so let's go to the next -- the
16   bottom of the page 2 here, and you say -- you
17   say, "Well, right now we just finished.
18   There's three things. They're all equally
19   important. First one is we're coming out
20   with a documentary at noon on Wednesday.
21   It's -- it's a one hour of a news cyber guy
22   news. Actually, he is a scientist and he was
23   so good in my new show Absolute Interference,
24   that we made a separate one of him coming out
25   at noon on Wednesday." Right?

1 A.   That's correct. Yep. Yep.
2 Q.   And Mr. Metaxas says, "Wait, wait, wait.
3    Tomorrow. Wednesday tomorrow?" And then he
4    asks where they can see it, right?
5 A.   Yep.
6 Q.   And you say, "Tomorrow. LindellTV.com.
7    LindellTV.com. And we're going to share with
8    everyone in the world up the links and
9    they -- it's amazing because every -- even in
10   your own towns you can now check out and see
11   what really happened in your election. It's
12   a beautiful thing. We can see what the
13   machines did." Right?
14 A.   That's correct.
15 Q.   And then "LindellTV.com. Now, do people need
16   to use the code Eric to get a big discount?
17   Well, you know, they could use that at
18   MyPillow.com." Correct?
19 A.   Um-hmm.
20 Q.   So you're tying a promotion code here to get
21   a big discount on --
22 A.   I'm not --
23       (Simultaneous indiscernible crosstalk)
24 A.   I'm not doing anything. This is the same
25   host doing what he has done for ten years

1    when I'm on his show. You can go back. I
2    can show you -- every single Metaxas show or
3    show, this is what they do. They promote
4    their code and they -- because he is on a rev
5    share, they promote their code.
6        The topic could be -- like I just
7    did one the other day and it was all about me
8    being saved. I did three events this week.
9    Two of them were completely about my story
10   going from a crack addict to where I'm at as
11   a CEO of a big -- of MyPillow. That was --
12   that testimonial. That's all Eric is doing
13   here. Hey, buy -- you know, he had me on for
14   one thing. He had me on for this, you know.
15       It will be just like daily when I
16   go on shows right now. I'll go on Steve
17   Bannon. If you guys watch that, I will go on
18   the War Room. They might have me to talk
19   about new evidence like just came out, stuff
20   that -- like Georgia where they hacked into a
21   machine with a ballpoint pen right in her
22   courtroom and flipped it and she is still
23   sitting pending in court or the other day
24   when Smartmatic's president got in trouble in
25   the Philippines for bribery. I went on

1    Bannon's to talk about that, but I still did
2    my very normal read about MyPillow. One had
3    nothing to do with the other.
4        This one is all the time because --
5    MyPillow's ads and this one over here is
6    news. And that was big news that day, when
7    Smartmatic's president got indicted for
8    bribery in the Philippines. I knew about
9    that because I have done my due diligence on
10   Smartmatic. I know how bad they can be.
11 Q.   But on this day, on the Eric Metaxas show in
12   March of 2021, you're going on the show to
13   talk about alleged election fraud and
14   Smartmatic?
15 A.   Yep.
16 Q.   And you're also present while Mr. Metaxas is
17   promoting a code to buy MyPillow products,
18   right?
19 A.   He does that every show -- every show he has
20   whether I'm on or not. Every show he has. I
21   don't see where one is relevant to another.
22   Every show Eric Metaxas does, whether Mike
23   Lindell is on or not -- think of me as two
24   separate things. There's Mike Lindell the
25   CEO of MyPillow represent -- holding MyPillow

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              325–328

Page 325

1    and there is Mike Lindell that's out there
2    trying to save a country talking individually
3    about -- about these machine companies and
4    going to paper ballots.
5         Now, I want to tell you, there's a
6    perfect example.  So here's Salem Media,
7    Newsmax, and Fox.  I can never go on there to
8    talk about MyPillow ever again, ever again
9    because of you guys with lawfare.  They're
10   afraid that if I do, people are going to go,
11   Well, there is Mike Lindell.  He is going to
12   say something about our elections and -- so,
13   I mean, it works both ways there.
14        But Eric Metaxas advertises
15   MyPillow every single day.  It doesn't matter
16   if they are talking about cows in a pasture
17   or -- or Mike Lindell coming on talking about
18   corrupt companies.  Okay?
19 Q.  All right.  Mr. Lindell, I'm going to switch
20   to a new topic, and I know you need a break
21   in eight minutes, so let's --
22 A.  I need -- I need -- yep, eight minutes.  Yep.
23        MR. FREY:  So I'm going to say so
24   let's just go off the record now.
25        THE WITNESS:  Okay.

Page 326

1        THE VIDEOGRAPHER:  We're going off
2    the record at 4:37 p.m.
3        (A brief recess was taken.)
4        THE VIDEOGRAPHER:  We are back on
5    the record at 5:00 p.m.
6    BY MR. FREY:
7 Q.  Okay.  Mr. Lindell, we're back from the
8    break.  I wanted to clear up a couple of
9    things that you testified to during the last
10   session.
11       The first is related to the
12   employment of Mr. Todd Carter.  Do you
13   remember testifying that Mr. Carter was not a
14   MyPillow employee in 2021?
15 A.  I believe that he was a Lindell Management
16   employee.
17 Q.  Are you aware that Mr. Carter has been
18   deposed previously in this case?
19 A.  I wasn't aware of that.
20       MR. FREY:  So I'm going to mark for
21   the record as Exhibit 749 Mr. Carter's
22   deposition transcript.
23       Julie, what number are we on?
24 (Deposition Exhibit 749 was marked for identification.)
25   BY MR. FREY:

Page 327

1 Q.  You see here this is a transcript of
2    Mr. Carter's deposition?
3 A.  Okay.  Yep.
4 Q.  Okay.  So if we go down to page 22 --
5 A.  Yep.
6 Q.  -- of Mr. Carter's deposition, you see -- so
7    Mr. Carter is being asked about Ms. Cronin,
8    right?
9        "Question:  Do you see Ms. Cronin is
10   identified as a chief of staff for Lindell
11   Management?
12       "Answer:  Yes.
13       "Question:  Does that refresh your
14   recollection that in January of 2021
15   Ms. Cronin was the chief of staff for Lindell
16   Management?
17       "Answer:  According to this, she is,
18   yes."
19       Do you see that?
20 A.  Okay.
21 Q.  And then:
22       "Question:  So at the bottom of first
23   page, moving to the second page, there is an
24   email from Ms. Cronin to you dated January
25   25th, 2021 at 11:45 a.m.  Do you see that?

Page 328

1        "Answer:  I do."
2 A.  Yep.
3 Q.  "Question:  Okay.  And if you turn to the
4    next page, Ms. Cronin wrote to you, 'Todd,
5    Mike has decided to do some shifting around
6    and has decided it makes more sense for you
7    to be a MyPillow employee than a Lindell
8    Management employee.'  Do you see that?
9        "Answer:  Yes.
10 A.  Yep.
11 Q.  "Question:  Okay.  You understood when
12   you received this email that the reference to
13   'Mike' is a reference to Mike Lindell?"
14       MR. FREY:  Scroll up.
15 A.  Yeah, yeah, yeah.  I got all that.
16 Q.  "Answer:  Yes, sir.
17       "Question:  Prior to January 25th, 2021,
18   did you ask Mr. Lindell to transfer you from
19   Lindell Management to MyPillow?
20       "Answer:  No.
21       "Prior to January 25th, 2021, did
22   Mr. Lindell discuss with you whether you
23   should be a MyPillow employee rather than a
24   Lindell Management employee?
25       "Answer:  No, he did not.

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              329–332

Page 329

1    "Question: Have you ever discussed with
2    Mr. Lindell whether you should be a MyPillow
3    employee rather than a Lindell Management
4    employee?
5    "Answer: No."
6  A.  Who is answering this?  Todd Carter?
7  Q.  This is Todd Carter, correct.
8  A.  Okay.  All right.
9  Q.  Then if we scroll down.
10   "Question: You've been employed by
11   MyPillow since February of 2021, correct?
12   "Answer: Yes.
13   "Question: Have you been employed by any
14   other company since February of 2021?"
15   And then there is an objection and then
16   "Answer: No."
17   Do you see that?
18  A.  Yeah.
19  Q.  "Question: Have you been paid by any
20   company other than MyPillow since February of
21   2021 for your professional services?
22   Answer: No."
23   Correct?
24  A.  Yeah, I see that testimonial.
25  Q.  So is it your -- does it still remain your

Page 330

1    opinion that Mr. Carter was not a MyPillow
2    employee as of February of 2021?
3  A.  I didn't -- I didn't know the exact time that
4    we switched him to MyPillow because he was
5    doing more work for MyPillow.
6    And the discussion that was made
7    with the -- my son, the board, the -- the
8    accounting, and the internal lawyer, I
9    believe it happened later than February of
10   '21.  But if he's right -- I don't know if --
11   I would like to double-check that.
12   He was an employee of Lindell
13   Management up until whenever I switched him,
14   but after I conferred with -- that's about
15   the same time we made a new deal where these
16   people -- these places would be billed
17   individually, like MyStore would pay MyPillow
18   directly for services.
19   So we did some changing that -- I
20   don't believe it was in February of 2021.
21   That's just Todd's recollection.  Um, I could
22   check on that to validate that, but if
23   it's -- I thought it was more like 2022 when
24   his employment -- his official employment
25   switched.

Page 331

1    I might have told him then that,
2    Hey, we're going to be switching you and
3    making these changes.  I would have to check
4    on that to give you an answer, the exact time
5    in 2021 that he switched.
6  Q.  And you didn't -- you didn't look into
7    Mr. Carter's employment history in
8    preparation for today's deposition, right?
9  A.  No.  I had to just -- I know that I switched
10   him back to a MyPillow employee the same
11   time that -- the reason was because of
12   MyStore going standalone and paying directly
13   to -- to MyPillow for their services.  So --
14   but I really believe it was later in '21.
15   And you guys don't have either --
16   Todd is probably making a recollection that
17   it was February, and I don't know what time
18   it was.  If it was in February, what time
19   that would be.  Does he say in his deposition
20   what -- when the exact day the change was
21   made?
22  Q.  He says February 2020 -- or 2021, excuse me.
23   And if you saw there, he was referencing an
24   email from Ms. Cronin to him January 21st,
25   2021, indicating that he would be shifted

Page 332

1    from Lindell Management to --
2  A.  But -- no, no, it didn't say he would be.  It
3    said Mike thought it would be better.  If you
4    pull it up, it didn't say he was shifted.  I
5    can make one phone call here and I can find
6    the exact date.  For all I know, it was May.
7    By the time we got done, it could've been May
8    when he was officially switched over.
9    He's just looking at your emails.
10   He gets a paycheck auto put in his -- in his
11   account.  My guess is that you guys are
12   completely wrong, that it's -- it might not
13   have been done until May.
14   We had a lot of stuff going on in
15   January and February at MyPillow.  I don't
16   think the focus would have been on switching
17   employees around.
18   That was a suggestion that I made
19   to Sarah Cronin, and she passed it on to
20   Todd.  It didn't say you will be switching on
21   this date, does it?  Let's see here.  These
22   are Todd's questions, and you're showing an
23   email.  Pull up that email to Sarah Cronin.
24   I mean, this is all hearsay because
25   I -- I can find out.  I can call HR

MICHAEL LINDELL                                                           August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                                 333–336

Page 333

1    department and find out exact dates. I would
2    say I'm more right than this is here.
3         You joined my -- in January of
4    2018. So, you know, he's just answering
5    questions. I'm sure Todd Carter didn't go
6    check all the exact dates before you deposed
7    him. I didn't even know he was deposed.
8         But I'm just saying that the -- I
9    can check on the exact date if it was
10   February 28th or May 1st of '21. I didn't
11   think it got switched until '22.
12        Because it wasn't just him that got
13   switched. It was also one lawyer that
14   switched. I believe that time that I think
15   Doug Wardlow got switched over. We made --
16   there was some MyStore employees that got
17   switched into MyStore employment rather than
18   Lindell Management. There was a big shift.
19   But I don't believe it would have been in
20   February when things were moving so fast. I
21   think it was later.
22 Q. And -- and I want to look at his testimony
23   here for a second, but when you're saying you
24   think it might have been later, your thought
25   is it might have been May of 2021?

Page 334

1  A. It could have been, or even 2022.
2         This says that -- just because it
3    was suggested to Todd -- and this was all
4    about -- this was all about we didn't have to
5    divide out the companies anymore so much
6    because MyStore went to be a standalone.
7         So before -- it was originally set
8    up because Todd was doing work for MyStore,
9    the Lindell Foundation, which wasn't doing
10   anything then, and the Lindell Recovery
11   Network and then MyPillow.
12        So, you know, when he went back
13   there, if -- obviously he went back there. I
14   do remember him going back. I just don't
15   know when, but just I would highly doubt that
16   it was February of '21.
17 Q. Mr. Lindell, if you look here on page 16 of
18   Mr. Carter's deposition, line 4.
19        "Question: We're handing you now what
20   we've marked as Exhibit 332. Exhibit 332 is
21   a copy of your LinkedIn profile, correct?"
22 A. Whose LinkedIn profile?
23 Q. Mr. Carter's.
24 A. Okay. I never -- I didn't know he had a
25   LinkedIn profile and I don't use LinkedIn, so

Page 335

1    I have no idea what he puts on LinkedIn.
2  Q. And Mr. Carter is asked:
3         "Did you prepare the information in your
4    LinkedIn profile?
5         "Answer: Yes."
6         Correct?
7  A. Okay.
8  Q. And then Mr. Connolly begins to question him
9    about the second page titled Experience. Do
10   you see that?
11 A. Yeah.
12 Q. And then going down to the next page --
13 A. Okay.
14 Q. I'm sorry. On page 20 they're still talking
15   through Mr. Carter's LinkedIn profile.
16        "Question:" Page 20, line 8. "You
17   became the chief technology officer of
18   MyPillow in February of 2021, correct?
19        "Answer: That's correct.
20        "Question: Are you still the chief
21   technology officer at MyPillow?
22        "Answer: Yes, sir."
23 A. So what does this have to do about LinkedIn?
24 Q. So Mr. -- I'm trying to orient you to the
25   fact that Mr. Carter was testifying based

Page 336

1    upon his --
2  A. I don't care -- I don't care what he
3    testified. I'd have to look at the facts. I
4    always look at the facts. I would have to
5    call HR and say when did he actually do the
6    switch.
7         Todd Carter didn't probably look at
8    his profile then. I don't care what he puts
9    on his LinkedIn. I have people that work for
10   MyPillow that put MyPillow.
11        He was never acting in the capacity
12   of MyPillow doing work for other companies.
13   That's a fact. He's not getting paid by
14   MyPillow to do stuff outside of MyPillow.
15   That's why we have Lindell Management.
16        So if he came in, they would
17   have -- you would -- MyPillow would have to
18   bill back whatever company that was he did
19   work for. So MyPillow would actually have to
20   bill MyStore if he did work for MyStore.
21        This is what we had to do prior to
22   Lindell Management, and I decided, well,
23   let's go back to that because most of -- of
24   his work was MyPillow, not all of it, because
25   he lost a big chunk with MyStore. So I don't

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
337–340

Page 337

1    know what you're getting at here.
2  Q.  Okay.  Mr. Lindell, I placed -- or we placed
3    on the screen for you what was previously
4    marked as Exhibit 332, and this is
5    Mr. Carter's LinkedIn profile.
6        And you will see there it says,
7    "Chief technology officer MyPillow, Inc.
8    February 2021 to present."  Correct?
9  A.  Okay.  All right.  And what time -- what
10    time -- if he says it was February, what day?
11    Was it the last day in February?
12        You know, you're trying -- I see
13    what you're trying to say here.  Well, did he
14    do anything with Absolute Proof on
15    February 5th after Smartmatic sued Fox News
16    and changed our world forever with lawfare?
17    I don't know.
18        My guess is whenever that email
19    was, it could have been MyPillow, it could've
20    been Lindell Management.  So, you know,
21    whatever -- but he was not acting in a
22    capacity of MyPillow, regardless if he did
23    any work for myself.  That's a fact.
24    MyPillow had absolutely nothing to do with
25    Absolute Proof or any of this stuff you're

Page 338

1    trying to say, period.
2        You could ask -- if you depose Todd
3    Carter, ask him if he ever seen any evidence
4    or whatever or seen anything, you know.
5        So whatever.  What's the next
6    thing?
7  Q.  Mr. Carter continued to do work promoting
8    materials claiming that the 2020 election was
9    stolen throughout 2021, correct?
10  A.  I don't know.  I don't know.  Todd Carter
11    would run the back end.  He doesn't promote
12    anything.  He's an IT guy.  If I say, Hey, I
13    want -- I want this video fixed here, I want
14    this fixed over here, I want this -- the back
15    end, I want the rack space quadrants put into
16    this, I want, you know -- that's what --
17    that's what he does.
18        He doesn't have any knowledge --
19    even putting stuff up, I mean, he has no
20    clue.  He is not a big -- I don't even think
21    he -- for all I know, he's liberal, if that's
22    what -- if you're talking politics.
23  Q.  My question was whether he did work, and I
24    want to look at the next exhibit,
25    Exhibit 748, which is tab --

Page 339

1        (Simultaneous indiscernible crosstalk.)
2  A.  Anything he did work -- anything he did work
3    outside of -- anything that -- it didn't have
4    to do with MyPillow.  He was not working in
5    MyPillow's capacity.  That's what I'm trying
6    to tell you.
7        If he did work for FrankSpeech,
8    he's not doing it for MyPillow.  If he did
9    work anything -- I don't know if he did for
10    the Cyber Symposium, but I don't think he
11    did.  But anything he did on the back end, he
12    did work, that was paid for by Mike Lindell
13    to him.
14  Q.  So -- so in your mind there's -- he's not
15    acting as the CTO of MyPillow when he's
16    working for you at MyPillow company as a CTO
17    of MyPillow?
18  A.  No.  When he is working for me at other
19    things with technology, that entity gets
20    billed.  That entity gets billed, whether he
21    is the MyPillow employee and we don't have
22    enough for him to do there or it's spread
23    out.
24        That's what we did at Lindell
25    Management.  We also had to do that at

Page 340

1    MyPillow.  You don't just take a MyPillow
2    employee and if he does work for outside of
3    MyPillow -- just like we do work for MyStore,
4    MyStore gets billed for it.
5        So MyPillow would bill -- if Todd
6    Carter did work for FrankSpeech, they billed
7    FrankSpeech if he is working for MyPillow.
8    But that's why we had Lindell Management, to
9    spread this out.
10        When it went back to MyPillow --
11    and I believe it might have been for his
12    health insurance purposes, for all I know.  I
13    can't remember why some of them went back.
14        I believe it's because MyPillow
15    just started billing the entity MyStore or
16    FrankSpeech.  They didn't have to bill the
17    individuals within.  MyPillow billed those
18    other entities that MyPillow did work for,
19    whether it was lawyer work, email work, IT
20    work.  That happens all the way through.
21    It's very common of a company like MyPillow.
22    So they're billing out for services that we
23    have above and beyond selling pillows.
24        So when Todd Carter switched, he
25    was billed -- like if he did work for

MICHAEL LINDELL                                           August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                 341–344

Page 341

1    MyStore, MyPillow would bill MyStore, just
2    like MyPillow would bill FrankSpeech, just
3    like MyPillow would bill Lindell Management
4    if Todd did work for me.
5         And so whatever day he switched,
6    those days, all that stuff would be billed to
7    Lindell Management from -- MyPillow would
8    charge Lindell Management for Todd Carter,
9    whether it was Todd Carter, Nick Dressen,
10   Dawn Curtis. I don't care who it would be.
11   The call center, the manufacturing plant,
12   whatever it would be, those entities get
13   billed for that service. It's kind of like
14   Lindell Management going over here. It's a
15   little more work for accounting, but that's
16   what -- that's what we do because --
17 Q. Mr. Lindell, does -- do the employees -- do
18   MyPillow employees track the time that
19   they're working on various different items?
20 A. Absolutely.
21 Q. So how is that --
22 A. Absolutely --
23        (Simultaneous indiscernible crosstalk.)
24 Q. How is that tracked?
25 A. Well, okay, take an instance. Let's say it's

Page 342

1    emails. You have -- you might be -- you come
2    to an agreement at MyPillow, okay, we're
3    going to bill -- or let's say it's MyStore.
4    You're billed, let's say, 30 percent of the
5    time. We do the tracking ourself, the
6    individual employee.
7         I'll sit down with my son,
8    accounting, whatever -- usually it's my son
9    because he very much wants MyPillow to get
10   their money, believe me. He's a stickler for
11   that. You can't -- it would be unfair to
12   MyPillow if you had people doing work for
13   outside entities.
14        So you come to an agreement. Like
15   MyStore, I believe we came to an agreement
16   that it was -- and this was the attorney back
17   then that would be involved, too.
18        So like here we would come to --
19   let's say it's the call center, 2 percent
20   of -- or 5 percent of the calls. So that's
21   easy to track because you know how much comes
22   in, but let's say it's -- and you know how
23   much product when it's sold like that.
24        Let's say it's email blasts.
25   That's pro rated. So you have this many

Page 343

1    emails that go out for each entity, so you're
2    billed according to the -- if you have, let's
3    say -- a hundred percent of the emails.
4    Let's say 80 percent of them are MyPillow's
5    and 20 percent are, let's say, FrankSpeech or
6    Conservative whatever or Over 60. We do
7    emails for many companies.
8         So then Nick's wage would be split
9    up accordingly to the percentage of work
10   you're doing. We don't sit and micromanage.
11   We just do a, you know, this is 20 percent.
12        So on Todd Carter's thing, it would
13   be -- if it's MyPillow, just like we did with
14   Lindell Management, okay, he is spending
15   right now -- and that has to be looked at
16   almost once a month because it can change, it
17   can shift.
18        If he's doing a lot of work for
19   MyStore, then MyPillow will bill -- that
20   could go up to 20 percent or that specific
21   project where he's putting in a hundred
22   percent of his time, you just bill it for
23   that percent of that month. Whatever is
24   going on is all it is. So --
25        (Simultaneous indiscernible crosstalk)

Page 344

1 A. Like here's an example.
2 Q. Mr. Lindell --
3 A. Our lawyer --
4 Q. Mr. Lindell --
5 A. Yeah.
6 Q. So the answer to my question is, no, the
7    employee himself doesn't keep track of time,
8    you're saying that --
9 A. No, that's done between --
10        (Simultaneous indiscernible crosstalk)
11 A. That's done between entities. The employee
12   does -- that's done between entities.
13        So if you -- you know, if you
14   got -- and a lot of times -- like in Todd
15   Carter's case, how much time are you spending
16   on this, how much time on this.
17        Like right now he had a lot to do
18   with Lindell Recovery Network because we were
19   attacked by the Attorney General. So he is
20   getting that website, which was a complete
21   flipover three months ago, a whole new site.
22   He had to dedicate probably 99 percent of his
23   time, or at least 95, to that.
24        So MyPillow would be billing that
25   entity, but that entity is a charity. So

Page 345

1    that -- so what they would do there, that
2    would be donation in kind.  The accountants
3    to that or -- you know.
4         Todd Carter, he gets asked -- Todd
5    gets asked a lot.  They'll say, What are you
6    spending your time on?  He gets asked.  So
7    does Doug Wardlow, like the employee -- or
8    the in-house attorney that went to MyPillow
9    now instead of Lindell Management.
10        Nick is another one.  Nick is easy.
11   Some of them are easy to track because it's
12   percentage of sales.  That's all.  The other
13   ones, like Todd, you've got to ask him how
14   much are you doing here, how much are you
15   doing here.  That's it.
16 Q.  And, Mr. Lindell, then do you have
17   documentation of these bills and invoices
18   going back and forth?
19 A.  That's all in -- that's all -- that's all
20   internal, done internal in accounting.  All
21   of that's kept track with in accounting and
22   billed in accounting accordingly.  When you
23   see those -- so that will be, you know -- in
24   any given month, it's all done in accounting.
25   You'd have to, you know, pull up -- pull up

Page 346

1    those records.
2  Q.  All right.  And do you have --
3       (Simultaneous indiscernible crosstalk.)
4  Q.  Please produce those to us.
5  A.  Yeah, I can see if we have them.  Those are
6    basically intercompany IOUs that would be
7    tracked, you know, this is how much -- and I
8    can find that out.  I can find out how it's
9    wrote down.
10       I don't know how it ends up in
11   QuickBooks, but it does.  Some of it's a
12   formula that's done every month, I know that,
13   based on -- based on sales.
14 Q.  Well, Mr. Lindell, I'll speak to your
15   attorney.
16       MR. FREY:  Mr. Kachouroff, I would
17   ask for the production of that, which I think
18   is already encapsulated in our fifth set --
19       THE WITNESS:  I think it's
20   already -- I think it's already -- I think
21   it's already in what you guys have there.  We
22   just to have the accountants point to where
23   the numbers are at.
24       My guess it's in that FrankSpeech
25   loan thing, MyStore thing, Lindell Management

Page 347

1    thing.  So those would be, you know -- we'll
2    give you those.  That's easy.
3  BY MR. FREY:
4  Q.  I want to look at this exhibit here that we
5    placed up, which is Exhibit 750.  This has
6    Bates stamp DEF060729.
7  (Deposition Exhibit 750 was marked for identification.)
8  BY MR. FREY:
9  Q.  Do you see this here?  It's from Todd Carter
10   at MyPillow.com.
11 A.  Yeah.
12 Q.  And the date is May 26, 2021, right?
13 A.  Yep.
14 Q.  And his email address signature is Todd
15   Carter, chief technology officer at MyPillow,
16   correct?
17 A.  Yep.
18 Q.  So Mr. Carter wouldn't just make up that
19   signature block, chief technology officer at
20   MyPillow, right?
21 A.  Okay.  Let me just tell you Sarah Cronin has
22   not been employed at MyPillow in eons and
23   she's got sarahcronin@mypillow.com.  She
24   hasn't worked for MyPillow in probably eight
25   to ten years.  So you guys can say all you

Page 348

1    want.  These are just -- they're
2    interchangable emails.  We haven't -- that's
3    what they happen to come down their block.
4       Like if I email right now, I have
5    eight different emails.  At one time I was
6    sending out foundation.  I go crap, I hit the
7    wrong thing on there and it pulled up the
8    wrong email as the primary.  So that's all
9    that is.
10 Q.  And how about the signature block?
11 A.  What signature block?
12 Q.  Mr. Carter's signature block, Todd Carter,
13   chief technology officer at MyPillow?
14 A.  Okay.  What's the date on this?
15 Q.  May 26, 2021.
16 A.  Yeah, that's fine.  By then he probably was
17   working for MyPillow.
18 Q.  And in this email --
19 A.  Like I told you --
20       (Simultaneous indiscernible crosstalk.)
21 A.  Then you separate out things when he's doing
22   work for other companies.  Right now -- I
23   don't know what this one is.  "I've manually
24   gone through" -- whose registrates [phonetic]
25   for what?  What is --

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          349–352

Page 349

1  Q.  Based on the context of the email, it appears
2      to be for the Cyber Symposium, I'll represent
3      to you.
4  A.  What day -- what's the date on this?
5  Q.  May 26, 2021.
6  A.  The Cyber Symposium -- it's a complete lie
7      because the Cyber Symposium was in August and
8      it hadn't even been thought up yet.  So sorry
9      to rain on your parade.  The Cyber Symposium
10     wasn't planned until July and I threw it in
11     August.  So May is nothing.  I have no idea
12     what this is for.
13          So (buzzer sound).  Sorry.  What
14     else is next?  You guys should get your facts
15     right before you start pulling stuff out.
16          I have no idea what these emails
17     were for.  Probably MyPillow emails.  We have
18     problems all the time with MyPillow emails.
19     We have to make sure that we don't get put on
20     spam and everything else.  Todd works with --
21     internally on that a lot.
22          But it definitely wasn't Cyber
23     Symposium, I'll tell you that.  One thousand
24     percent.  Cyber Symposium wasn't thought up
25     until July of 2021 and it was -- it was held

Page 350

1      on, I believe, August maybe 12th, 13th, 14th,
2      something like that, in '21.
3  Q.  Let's look at the next document --
4  A.  Yeah, that one didn't work out for you.
5      What's the next one?
6  Q.  -- which is tab 30.
7          MR. FREY:  This will be
8      Exhibit 751.  And for the record, the Bates
9      identifier on this document is DEF078672.
10 (Deposition Exhibit 751 was marked for identification.)
11     BY MR. FREY:
12 Q.  You see this is MyPillow employee Terri Pietz
13     sending --
14 A.  Yeah.
15 Q.  -- a Cyber Symposium attendee list in Excel
16     format.  Do you see that?
17 A.  Okay.  Yep.  That's on August 9th of 2021.
18 Q.  And so did Ms. Pietz work on the Cyber
19     Symposium?
20 A.  I have no idea.  I don't know where Terri
21     Pietz -- it's not Pietz.  It's Pietz.  She's
22     the one that hangs -- what do you call --
23     pictures and stuff.
24          If she were -- anyone that went to
25     the Cyber Symposium, they were not paid or

Page 351

1      they were paid by me at Lindell Management or
2      Mike Lindell, a hundred percent, a hundred
3      percent.
4          Anybody that showed up there that
5      maybe took people at the door, and I don't
6      know if she was or not or if -- what she did,
7      they were all paid personally by Mike
8      Lindell, one hundred percent.  Not one dime
9      was taken from MyPillow and paid to these
10     people.
11          And Terri Pietz -- there's another
12     one.  She doesn't even work for MyPillow
13     anymore and to this day she -- if you emailed
14     her, she uses her MyPillow.com email.  This
15     is --
16 Q.  When Ms. Pietz -- when Ms. Pietz worked for
17     MyPillow, was she salaried or did she get
18     paid hourly?
19 A.  She got paid hourly.
20 Q.  How about Mr. Carter?  Is he salaried or is
21     he paid hourly?
22 A.  He's salary.
23 Q.  And Ms. Curtis?
24 A.  Hourly.  I don't know.  I don't know about
25     her, if she is hourly or salary.  She works

Page 352

1      every day like clockwork from 6:00 to 3:00.
2      So I think she's probably hourly, but I don't
3      know for sure.
4  Q.  I want to look at the next one, tab 32.
5          MR. FREY:  Julie, this will be
6      DEF121693, Exhibit 752.
7  (Deposition Exhibit 752 was marked for identification.)
8      BY MR. FREY:
9  Q.  And do you see at the top here these are --
10     oh, sorry -- texts between Nick Dressen and
11     Todd Carter?
12 A.  That's correct.
13 Q.  And Nick Dressen is a MyPillow employee?
14 A.  Yes, Nick is a MyPillow employee.
15 Q.  On page 13 --
16 A.  Did that say 2019?  I thought I seen there.
17 Q.  Oh, yeah, those are all -- those were
18     redacted because they were older texts.
19          So we're going down to page 13.  Do
20     you see this?  You can see the date there.
21     It's August 5th, 2021?
22 A.  Yep.
23 Q.  And Mr. Dressen says, "Here is a visual for
24     how Mike wants the email to look.  I couldn't
25     send a test message.  Emailing images and

Page 353

1    links now." Right?
2    A.  Right. That's right.
3         MR. FREY: The attachment there
4    we'll introduce as Exhibit 753.
5    (Deposition Exhibit 753 was marked for identification.)
6         BY MR. FREY:
7    Q.  Do you see here that this is an advertisement
8    for the Cyber Symposium event on August --
9    A.  Absolutely. Yes. Yes, I do.
10   Q.  And Mr. Dressen created this visual, right?
11   A.  No, he didn't create that visual. What do
12   you mean? He doesn't create that. He
13   can't -- he's not a designer.
14   Q.  Well, he says --
15   A.  He put -- he put this -- he put this into an
16   email to FrankSpeech, the FrankSpeech email
17   list. That's what he did. He put this image
18   that I gave him. Okay? I did my thing.
19   That email there, I took that and -- he took
20   that and he put it in his email to a
21   FrankSpeech customer, not MyPillow.
22        We never, ever, ever would mix
23   MyPillow with what I was doing, period, and
24   that includes text marketing, too, because
25   you're never going to find a MyPillow person

Page 354

1    out there that got sent something like this.
2    That's not true. So this is a FrankSpeech
3    email list and -- and -- to advertise to them
4    about this event. That's correct.
5    Q.  And Mr. Dressen is working on this with
6    Mr. Carter?
7    A.  No, Mr. Carter -- Mr. Carter, I told him to
8    -- he has to embed it on FrankSpeech when he
9    would be working for FrankSpeech. This image
10   where people can go to has to be embedded
11   somewhere. So it was embedded on my own
12   servers that I bought at FrankSpeech when I
13   built FrankSpeech.
14        And Todd Carter -- so he goes,
15   here, use this image and it's a link to it.
16   So that's all he was doing, was sending that
17   to -- what I wanted to Nick Dressen. That's
18   correct.
19   Q.  And Nick Dressen is another MyPillow
20   employee?
21   A.  Yeah. And then MyPillow would bill. For all
22   the FrankSpeech emails they billed the
23   company. He's working for MyPillow. He
24   doesn't have a clue of what he's sending or
25   what he's doing there. He does the work and

Page 355

1    hits the button. That's exactly right. And
2    so MyPillow bills FrankSpeech. MyPillow
3    bills FrankSpeech or in this case would have
4    been Lindell Management for this work being
5    done.
6    Q.  I'm going to move to strike everything after
7    "yeah" as nonresponsive.
8         So --
9    A.  Because you don't -- because you don't want
10   the truth put in there.
11   Q.  -- Mr. Dressen -- move to strike.
12        Mr. Dressen understands himself to
13   be a MyPillow employee, correct?
14   A.  Yeah. And he also knows when he's doing work
15   for the other entities that it gets billed
16   out. That's exactly right. You are a
17   hundred percent right. He's a MyPillow
18   employee and, yes, he does work for other
19   entities. And MyPillow -- part of his wage
20   gets covered because of that. What a great
21   thing, because MyPillow has been decimated so
22   we're able to find him other work to not have
23   to lay off people like Nick Dressen or Todd
24   Carter instead of all the rest of our
25   employees we had to get rid of because he

Page 356

1    is -- of the lawfare and attacks on our
2    company that has been decimated. So we're
3    finding him other work that MyPillow can bill
4    out for. You are correct.
5    Q.  Move to strike everything after --
6    A.  You want to strike that, too? Well, of
7    course you do. Of course you do.
8    Q.  Mr. Lindell, if you could just answer my
9    questions, we could get done a lot quicker.
10   A.  I don't care how quick we get done. I've got
11   all night.
12        Nick Dressen is a MyPillow employee
13   that does work for other entities that
14   MyPillow bills for. That's it.
15   Q.  And you see here on this exhibit --
16   A.  Many other entities, by the way, many others.
17   Amix [phonetic] -- Amix. There's all kinds
18   of companies he does emails for.
19        MR. KACHOUROFF: Mike, let him ask
20   his question. You answer the question.
21        THE WITNESS: Well, there's other
22   companies he works for. I'm just trying to
23   answer the question. He's a MyPillow
24   employee, but we bill out his hours to other
25   people. He doesn't know what he's sending.

MICHAEL LINDELL                                                August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                      357—360

Page 357

1    We just send it.  There's many companies, at
2    least seven that I know of, that he does
3    email work for.
4        BY MR. FREY:
5    Q.  MyPillow bills out the amount to other
6        companies, so MyPillow gets paid for his
7        time?
8    A.  That's exactly -- MyPillow gets -- when he's
9        doing work for other companies, MyPillow
10       charges the other companies that he's doing
11       emails for; of course he does.  He's not
12       doing it to, like, benefit to MyPillow.  It's
13       so he can keep a job because he lost a lot of
14       MyPillow things because there wasn't much to
15       do as MyPillow lost all its business.
16            So we've added business.  I'll give
17       an example.  We send out for, oh, other
18       companies, like Amix and over 60, we send out
19       their emails.  They get billed.  We've almost
20       created like a little company within a
21       company that can help people with their email
22       blasts.  We've become -- he's become -- we've
23       become very good with marketing that way.
24   Q.  And MyPillow profits from doing these things?
25   A.  No.  MyPillow doesn't upcharge.  MyPillow

Page 358

1        just takes what we would've paid Nick.
2        Instead of having a management company, we
3        divide it out.  We don't upcharge that.  We
4        don't upcharge that.  We're not putting
5        things on Nick's wage.  We're just dividing
6        up his wage so it's correctly put so he's not
7        doing work for MyPillow when it's for
8        somebody else.  That's all.  We don't
9        upcharge that.
10            And we do it at MyPillow -- I mean
11       at MyStore, it's a broader thing where --
12       that's a little broader thing.  So MyPillow
13       actually makes money for doing fulfillment
14       and call center work for MyStore and other
15       entities in that -- in that regard.
16            The other thing like we say, rather
17       than having two technology officers or two or
18       three -- this is what Lindell Management was.
19       But when MyStore went back, we went back to
20       the way we were doing it before.
21            It's not fair to a MyPillow thing
22       if you're doing work over here.  You better
23       at least get that part of his wage back and
24       paid for.  And that's all we do.
25   Q.  So was it common then for MyPillow employees

Page 359

1    to do work for entities such as FrankSpeech
2    or for the Cyber Symposium in this time
3    period of, you know, July of --
4    A.  It was common for my -- it was common for
5        MyPillow -- prior to all this election
6        garbage, it was prior to MyPillow -- they
7        would do work for, let's say, it was the
8        foundation or MyStore or -- this is why we
9        came up with Lindell Management, because we
10       had to sit there and divide out how much
11       money that this entity would owe MyPillow to
12       be fair because you had lawyers -- their time
13       is divided.  Todd Carter's time was divided.
14       Nick's time would be divided.
15            Entities where you were doing
16       stuff -- like we did stuff for this one
17       church -- this one church and we're going --
18       and that had nothing to do with MyPillow, so
19       MyPillow would bill that church for that
20       time.  We didn't upcharge it.  We were just
21       doing it as a favor.  But it helped -- it
22       helped the church.  And we just divided the
23       time.  There were too many entities.
24            So when we get into '21, nothing
25       was any different then that we had already

Page 360

1    been doing for seven or eight years and we
2    had other entities.  That's when we brought
3    in Lindell Management to actually -- so we
4    could do that and bill those things
5    correctly, because there were employees like
6    Todd Carter, one of the in-house attorneys,
7    one of the -- you know, where these
8    entities -- like MyStore might have needed
9    one-fourth of an IT guy or one-third of a
10   website guy.  And rather than hire these out,
11   we thought, well, heck, we'll just do it from
12   within and they'll pay the -- that part of
13   their wage.  That's where we set up Lindell
14   Management.
15        But we went back to that, though,
16   when my son and I came up with MyStore being
17   -- doing fulfillment because it got very hard
18   with MyStore to divide it out.  So we did a
19   percentage.  It wasn't fair.  You're doing it
20   for another entity.  And we were doing a lot
21   of fulfillment for MyStore and MyStore
22   employees and it got very convoluted.  So we
23   put everything into my MyStore.  MyStore
24   employee, they just did MyStore work.
25        Once we did that we -- we put Todd

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              361–364

Page 361

1    and them back into MyPillow and then -- and
2    like Nick and him -- it's basically just
3    Nick, him, and you might have -- and the
4    lawyer, those three, where they're doing work
5    for other entities that were just going, hey,
6    if you're doing work over here, MyPillow,
7    we'll just bill them for those hours and for
8    that time. We don't upcharge.
9  Q.  That's -- so what you just described of
10   MyPillow employees doing work for other
11   entities and then MyPillow charging out time
12   to those other entities is part of MyPillow's
13   regular business practice?
14 A.  No. It was only because we had employees
15   that we didn't -- that when -- when MyPillow
16   started going downhill, was losing jobs and
17   everything else, and when we -- for example,
18   losing the box stores, we -- losing the box
19   stores, we had to make -- that's when I moved
20   Todd back in.
21       You had -- you didn't have work.
22   Like all the Lindell Recovery Network, all
23   that I had to leave that aside. So there
24   wasn't work over here. It was basically hit
25   the pause button. The foundation hit the

Page 362

1    pause button.
2        So all this stuff -- so we moved
3    him back into MyPillow. And if there was any
4    work done outside of that, MyPillow would
5    just bill them for it. It wasn't to make
6    money. It was because it wasn't fair to
7    MyPillow if he's doing work for these other
8    entities.
9        Same way with Doug Wardlow. I
10   don't know what's so hard to understand. It
11   was -- when MyStore got moved back -- when
12   MyStore got their own fulfillment and stuff,
13   it didn't make sense. I could go out and
14   hire a -- I could've turned Todd Carter into
15   contract labor, but then he would lose his
16   health insurance. We even talked about that.
17   And Doug Wardlow, where you would go, okay,
18   you guys bill this entity this and this
19   entity this. That's why we did it with --
20   Lindell Management did it here, moved him
21   back to MyPillow. It's basically how much
22   work is he doing over here. They'll pay that
23   wage rather than have --
24       We even were going to have two
25   separate payrolls and two separate checks,

Page 363

1    but he couldn't do it because MyPillow was
2    maybe 24 percent of -- or 24 hours of his job
3    and maybe 16 over here. So to have two
4    separate checks you would lose your health
5    insurance. You couldn't -- because you have
6    to hit a certain plateau at one of the
7    entities.
8        There was a lot of thought that
9    went into that when we had to switch him
10   back. And you know --
11 Q.  They were MyPillow employees, correct?
12 A.  When? Todd was not until sometime in
13   February. He went from Lindell Management to
14   that.
15 Q.  Okay. February -- sometime in February 2021
16   he's a MyPillow employee?
17 A.  If your things are right. If yours are
18   right. I'll have to fact check you on that.
19   I'll call Alan Duke.
20 Q.  I want to look now at Exhibit 753 [sic].
21   This is tab 33. This is Bates number
22   DEF006817. I apologize, Exhibit 754.
23 (Deposition Exhibit 754 was marked for identification.)
24   BY MR. FREY:
25 Q.  And this is from a Jessica Maskovich, who we

Page 364

1    discussed earlier I believe, to a Kimberley
2    Warrick at jimbakkershow.com, correct?
3  A.  Uh-huh.
4  Q.  And this is August 23rd, 2021. She's
5    emailing about the topics you would like to
6    cover during the taping on the Jim Bakker
7    show, right?
8  A.  Yep. Right.
9  Q.  And Ms. Maskovich lists topics we'd like to
10   cover on the show beginning with the election
11   of 2020, right?
12 A.  Yep.
13 Q.  And so is Ms. Maskovich here setting up media
14   appearances for you about the 2020 election?
15 A.  No. Absolutely not. The Jim Bakker show,
16   which I've been on numerous times going back
17   to 2014, when they have me on there it's to
18   interview me and they sell products in their
19   show, if you've ever watched the Jim Bakker
20   show.
21       So whatever the topics would be --
22   you see Lindell Recovery Network, the media,
23   whatever is going on in the world right now,
24   that's what they're interviewing. It just so
25   happened that this interview was the election

MICHAEL LINDELL                                        August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell              365–368

Page 365

1  of 2020 and cancel culture.
2      If you go back -- we were usually
3  on there about once every four or five
4  months.  When I would go on there, their
5  ministry, they would sell hundreds and
6  hundreds of MyPillow products.  So they would
7  do that, and then they would interview me
8  whatever it would be.
9      So let's say they're talking about
10 my Recovery Network or they're talking about
11 MyPillow hiring all these employees or let's
12 say it would be my foundation, whatever it
13 was.  And then they would ask me about the
14 news, whatever is going on in the media at
15 that time.  Okay?  This is a -- this is a --
16 and then along with that, if you have ever
17 watched that hour show, they're selling
18 products.  They're selling products.
19     So they've done -- they've done
20 their show with selling my products before.
21 They do it all the time.  They sold my
22 products.  They've done the show without me
23 on there.
24     Once again -- this is a little bit
25 different, though.  It's kind of like -- in a

Page 366

1  way it's -- it's not a shopping channel, but
2  that's how they make their money, is all
3  products.  And they make it a human interest
4  story like -- kind of like when I was on The
5  View.  The View would have their interviews
6  and stuff and then they're selling MyPillow
7  product or whatever product would be there.
8  But not necessarily The View -- that's a --
9  well, kind of because that's the way Jim
10 Bakker is.  There's like three of them on a
11 panel and they're bringing in the guest.
12     So Jessica, what -- she always set
13 up Jim Bakker show because that's a big --
14 was a big revenue stream.  But this -- this
15 particular time I happened to be on it myself
16 and here were the topics that they wanted to
17 cover, that they asked to cover, am I
18 comfortable talking about these?  Okay?
19 Q.  Well, Ms. Maskovich says, "...here are the
20    topics Mike would like to cover...."
21    Correct?  That's what it says?
22 A.  They give -- they give a list of topics and
23    say which ones do you want?  They always did
24    this at Bakker.  What would Mike like to talk
25    about?  Here's what we -- here's our list.

Page 367

1      Is there anything he doesn't want?
2          This is stemming back to them and
3  I'm going here's what I would like to cover;
4  the election, cancel culture, the media,
5  Lindell Recovery Network and miracles we are
6  living right now -- miracles we are living
7  right now.  But they reached out to her and
8  say here's what we'd like to do -- talk
9  about.  That happens in regular interviews,
10 too, all the time.  Is Mike comfortable
11 talking about these or what would he want to
12 talk about?  And for me my answer is I'll
13 talk about anything you want.
14 Q.  What does "miracles we are living right now"
15    refer to?
16 A.  I don't know back then.  I guess the
17    miracles, that would be -- I don't know what
18    the date of this is.  August of '21.  I have
19    no idea.
20          The miracles about -- eventually we
21    have taken until now that someday we'll have
22    paper ballots hand counted.  I don't know
23    what I as thinking back then.  Miracles we're
24    living right now.
25          I know what it was, all the bad

Page 368

1  things that were happening, more and more
2  people -- this is what I talked about on the
3  show.  Now I do remember.  People didn't look
4  to God when things are going good, it's
5  usually when things are going bad.
6      And right out of the gate if you
7  talk politics, these -- our country started
8  getting destroyed.  The border was opened up.
9  Fentanyl was pouring in.  As you know, I'm
10 very partial to helping addicts.  And people
11 were dying.
12     But all these miracles that were
13 going on, more and more people were finding
14 their Lord as their personal savior.  It's a
15 bucket, and people were pouring into this
16 bucket even in spite of all the horrible,
17 horrific things that were going on that we
18 were experiencing over the last year and a
19 half, including the China virus.
20     So then you had all the stuff with
21 the elections, and then what -- this
22 administration had shut down the pipeline, 13
23 people committed suicide, 50,000 people lost
24 their job.  Let's open up the border, let
25 fentanyl pour in.  Gas prices shot through

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                       369–372

Page 369

1   the roof.  The economy getting decimated.
2        I switched that around and said
3   these are miracles because more and more
4   people -- God has given us grace because more
5   and more people are finding the Lord every
6   day.
7        People talk to me every day.  Mike,
8   this doesn't feel like grace.  You said that
9   back in the day God has given us grace for
10  such a time like this, back to the Rose
11  Garden speech.  I said, Oh, but it is because
12  people are pouring into this bucket.
13       If you go to my Lindell Recovery
14  Network, getting off addiction is just a
15  bonus.  It's finding Jesus as your savior is
16  the real win.  And that's what I was talking
17  about.
18       That's what the Jim Bakker show is
19  all about, is taking everything that's going
20  on and showing how, you know -- this is why I
21  went on there.  It shows, hey, this is what's
22  happening.  It's a much bigger picture.
23       We're in a spiritual battle of evil
24  and good that this world has never seen
25  anything like this.

Page 370

1   Q.  All right.  I want to move on to topic 15,
2       Mr. Lindell.  Topic 15 --
3   A.  Yep.  Go ahead.
4            MR. FREY:  Can you put that up.
5       Put the notice back up for you so you can
6       read it.
7   BY MR. FREY:
8   Q.  Topic 15 is MyPillow's social media accounts
9       from January 1, 2020 to the present, and then
10      I'll -- you can read the including there.
11  A.  (Reviewing document.)
12  Q.  Let me know when you're ready.
13  A.  I see it.
14  Q.  Okay.  And did you prepare yourself to
15      testify as to this topic today, Mr. Lindell?
16  A.  No.  I know everything that I -- I believe
17      I'm fairly knowledgeable on everything here.
18  Q.  So what are the social media accounts that
19      MyPillow has?  Did MyPillow have a Twitter
20      account?
21  A.  I don't know.  I think it got -- it got taken
22      down.  I think it was reinstated maybe last
23      year.  But it was taken down.  After you guys
24      sued Fox News, my Twitter was taken down soon
25      after that, I believe.

Page 371

1   Q.  And at the time --
2   A.  In fact, it made the news.  In fact, it made
3       -- actually, it was the same day I think you
4       sued Fox News, to be honest with you, because
5       I was on Newsmax and they were asking why
6       MyPillow Twitter got taken down.  And the guy
7       ripped his microphone off because he was --
8       he said, We here do not talk about electronic
9       machines.  We are -- we believe that the
10      election was perfect.  And he had --
11  Q.  Mr. Lindell, who ran the MyPillow Twitter
12      account before it was taken down?  Who posted
13      on it?
14  A.  I don't know.  But I posted on it when -- I
15      know I posted on it when it was last.  There
16      was -- there was one post that was put up --
17      there was one post that was put up by me and
18      I said -- because when they took down my
19      personal Twitter, I went to MyPillow's
20      Twitter and I put on there:  Hey, Jack
21      Dorsey, this is what Jack took down my
22      personal Twitter for, and I put on there --
23      it was a thing about my Lindell Recovery
24      Network, this beautiful thing written by my
25      director.  And this was about 12:00, 12:30 at

Page 372

1       night and then no response.  All the bots and
2       trolls said, Take him down, Jack.  He's using
3       another Twitter.  You took his away.  And
4       then finally I put:  Jack, we know you're in
5       on this and we look forward to the day you go
6       to prison or something like that for being
7       involved in this.  And then Jack took down
8       MyPillow's Twitter.  Before that I wasn't
9       running it.  They just put ads up.  That was
10      all it was ever used for.  All of our social
11      media is ads.
12  Q.  Aside from that, you could post on it and the
13      other posts --
14  A.  No, that's the only time -- that's the only
15      time I posted on it that I ever remember,
16      ever, was because they took my personal
17      Twitter away.
18           So the MyPillow -- the MyPillow
19      posts were all ads, everything of my
20      MyPillow.  The only thing ever put on
21      MyPillow was just like I told you.  When
22      Twitter took my personal Twitter away, I
23      posted -- Mike Lindell posted to MyPillow's
24      Twitter saying here's why Jack took down my
25      personal Twitter.  I did do that.  It was

MICHAEL LINDELL                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell          373—376

Page 373

1    three lines.
2  Q.  Did MyPillow -- does MyPillow have a Facebook
3       account?
4  A.  Yes, I believe it does.  I'm never on any of
5       these social media.  That gets -- I don't do
6       any posting ever on the social media, other
7       than what I just told you about MyPillow's
8       Twitter.
9  Q.  So who's authorized to post on the Facebook
10      account?
11 A.  Back then I have no idea.  They -- right now
12      it's -- it's a gal named Heidi, and she puts
13      up generic ads and buys ads on all those
14      accounts every day.  They're all MyPillow
15      products.
16           Nothing is ever, ever, ever posted
17      about anything outside of MyPillow on any of
18      those accounts, other than what I just told
19      you, the one post I did one time when I was
20      very upset Jack Dorsey took down my personal
21      Twitter account with almost a million people
22      on it.
23 Q.  Does MyPillow have an Instagram account?
24 A.  I have no idea.  I don't think so.  I don't
25      know.  I don't know.  I can't say.  I don't

Page 374

1    know.  I don't ever post on it.
2  Q.  Does MyPillow have a FrankSocial account?
3  A.  I don't know that either.
4  Q.  Does MyPillow have a Truth Social account?
5  A.  I don't know.  I think it might.  I've seen
6       an ad there before.  You know, I don't know.
7       I don't know.
8  Q.  Who at the company would know what social
9       media accounts MyPillow has?
10 A.  Her name is Heidi.  She took over that, I
11      don't know, last year.  And so she just puts
12      up ads every day.
13           I know we have a Telegram account
14      on MyPillow.  We probably have a Truth.  I
15      know we have a Gab, a GETTR.
16           I think every -- anyplace we can
17      advertise on social media we have -- I'm sure
18      we have every account, but I don't know --
19      yeah, we do have an Instagram.  I take that
20      back.  We do have an Instagram.  The worst
21      sales of all though is definitely --
22           (Simultaneous indiscernible crosstalk)
23 Q.  And at the -- so today you said a woman named
24      Heidi runs these accounts?
25 A.  Right.

Page 375

1  Q.  Who ran these accounts in 2021?
2  A.  I don't know.  A company.  I believe it was a
3       company.  It might've been outside of
4       MyPillow.  I don't know.  We had Facebook.
5       We've hired Facebook companies.  Prior to
6       2021, you only had Facebook and Twitter
7       basically, so it was very easy.  I think
8       there was -- it was Facebook and Twitter.
9       There weren't these other platforms: Gab,
10      GETTR, Truth, FrankSocial.  They all came
11      because they banned everything on Twitter and
12      Facebook and deplatformed 1.2 million people.
13      So all these amazing social media places have
14      sprung up, all these social media sites.
15           There was only Facebook and Twitter
16      that MyPillow advertised on prior to 2021.
17      And we didn't do anything on Twitter because
18      it was -- we didn't spend any money on
19      Twitter ads because they were -- nobody buys
20      on Twitter.
21           So there was -- when you talk about
22      organic, having a MyPillow page there, it was
23      probably never used and we probably had very
24      few sales ever off it.
25           And Facebook, we would buy ads.

Page 376

1       You buy ads and there's a -- you buy MyPillow
2       ads there.  We have since 2011, I believe.
3       And that goes up and down depending on
4       Facebook changing their algorithms, which is
5       where you can put in -- you can sort your
6       filters.  They change that all the time.  It
7       can be good and bad.  Right now it's kind of
8       bad.
9  Q.  I want to move on to the next topic, topic
10      16, which is the email handle,
11      mediainquiry@MyPillow.com, including the
12      reasons it was created and MyPillow's
13      practices and procedures related to it.
14           Are you prepared -- have you
15      prepared to testify as to this topic today?
16 A.  No, but I'm very knowledgeable.
17 Q.  And so what is -- when was the email handle
18      mediainquiry@MyPillow.com created?
19 A.  It was created back in 2000 -- I want to say
20      2012 maybe or 2000 -- no, it would be later
21      than that.  I don't know.  Somewhere back in
22      the 2012, '11, maybe '13.  They -- um, maybe
23      '13.
24           It was created -- at one point back
25      then I had a PR company and they created

MICHAEL LINDELL
Smartmatic USA Corp vs Michael J. Lindell

August 27, 2024
377—380

Page 377

1    that. The PR company that was hired, it was
2    in -- they're in Minneapolis. I forget their
3    names. And they put it on there. So they
4    would get all the media inquires, which would
5    be if somebody wanted me to come on and talk
6    about MyPillow or whatever it was and also
7    the Lindell Recovery Network. That was a big
8    thing, talking about addiction. And it was
9    the American dream, a story going from crack
10   addict to CEO in this big company with
11   MyPillow. But that was put on by them back
12   then. And the inquiries would go directly to
13   them. Even though they had a MyPillow email,
14   they're the ones that had access to it.
15        They were fired. I fired them or
16   got rid of them, let's see, somewhere around
17   I want to say 20 -- maybe '18 -- '17 or '18,
18   somewhere in there.
19 Q.   And at what --
20 A.   Now people -- and now people -- and now
21   people -- go ahead. Go ahead.
22 Q.   When the PR firm no longer was behind the
23   email account or the email address, who began
24   to operate the email address?
25 A.   I have no idea. We didn't even -- people

Page 378

1    would want me on their shows and I -- I just
2    gave everybody my personal number. My
3    number, every media outlet in the world has
4    it. I'm free with it. I give every single
5    one. They just call me directly. Would you
6    like to come on our show? This was in 2015,
7    '16, '17. By then it was just me.
8        Actually, you know what, it was
9    after I fired them when I was on Don Imus and
10   that was back, I think, in 2014. I believe
11   it was in 2014 because I was paying them like
12   15,000 a month and he goes, You don't need
13   them. So I just started booking my own
14   stuff. People would call me. Yeah, I'll
15   come on. I'll come on.
16        And as far as that email, I don't
17   know when that was ever transferred back and
18   who even watched it. Probably our call
19   center would watch it. And I would get a
20   request going, hey, you've got a -- so and so
21   wants -- has a media request if you want to
22   go on their show.
23        Usually we only got them -- the
24   media would do a -- if someone didn't have my
25   email they would -- hey, would Mike come on

Page 379

1    or would he like to comment on this, things
2    like that. It's probably just ran by our
3    call center in realtime maybe. I don't know.
4    I don't know.
5 Q.   It's fair to say that that email address can
6    be used to coordinate your media appearances?
7 A.   No. Never. Never. The media requests, it's
8    usually only -- if somebody requests a media,
9    then it comes to me. They'll send it to me,
10   and I will answer them with my cell phone. I
11   never answer with an email. It's always my
12   cell phone. I'll call them directly. I want
13   to talk to them. Or I'll have my assistant
14   find out, you know, what do they want to talk
15   about, what's the -- you know, how much time
16   do they need, do I have to go there in
17   person. There's so many things that go into
18   that. And this has been going on since 2012,
19   '13.
20        When we took over, it was like --
21   you know, we were paying this company a lot
22   of money for -- we could coordinate that.
23   She would call me up, yeah, Mike, this
24   company wants you on or whatever. I'm going,
25   okay, why am I paying them for that? It

Page 380

1    didn't make sense, so we just started -- I
2    just started doing it myself or my assistant.
3        And now my assistant, Katelyn, will
4    -- because we get media requests, whether --
5    most of them come directly to us or to me
6    because everyone's got my cell phone number.
7    If they do come to an email, she reads my
8    emails and she'll say -- usually if something
9    happens -- like last week I was at the DNC.
10   You might have all seen where I shaved my
11   mustache. Did you all see that? Well, when
12   I was there, at the DNC, and I got all kinds
13   of media that I hadn't heard from in a while
14   and most of them were texting me -- you've
15   got a few stragglers from overseas that sent
16   an email: We would like to talk to Mike
17   Lindell. Would he like to make a comment on
18   how did he get into the DNC? You know --
19   what credentials did he have? Just stupid
20   stuff like that.
21        Most of the time we will never
22   answer by email back, though, because they
23   will take it out of context. I say, You know
24   what, you want to talk me? Call me up. I'll
25   do that. Most of them don't like doing that

MICHAEL LINDELL                                      August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell            381–384

Page 381

1    because I'll talk to them for an hour and
2    they have things to do.
3  Q.  So will people email this address, though,
4    mediainquiry@MyPillow.com, in order to get in
5    touch with you if they don't have your
6    number?
7  A.  I don't know.  It's very seldom we get
8    anything there ever because they all have my
9    number.  They have for ten years.  I mean,
10   since I took it over back with Imus back in
11   '13 or '14, I don't know, like someone will
12   email.  I go, what, are you the only guy in
13   the world that doesn't have my phone number
14   or my email, my direct email, which is
15   mike@MyPillow.com?  That's where stuff comes
16   in.
17        Nobody uses media requests at
18   MyPillow.  I don't think they have for years.
19   And we certainly don't -- nobody gets to
20   answer them back without bringing it to me,
21   the request or whatever it is.  That would be
22   -- or a comment to the media.  They're not
23   going to comment for me.  They're going to
24   send it to me.
25        You know, there's nobody that sits

Page 382

1    there and looks at this media because nothing
2    comes in there.  Everyone's got my phone
3    number and they have for a long, long time.
4  Q.  Mr. Lindell, I'm not asking you for requests
5    for comment.  I'm asking you about
6    scheduling.
7  A.  Scheduling what?  No, we never use that --
8  Q.  Let's look at an example.
9  A.  Ever, ever do we use that to schedule
10   anything that I know of.  I mean, schedule
11   what?  Katelyn schedules stuff and she puts
12   it on my calendar on my phone that we both do
13   together.  We're the only two, at least
14   nowadays, that you schedule.  Back then or
15   whatever you got February of 2021, so -- Kate
16   Dalley.  I don't know Kate Dalley --
17  Q.  Mr. Lindell, please stop.  Let me create a
18   record here.
19  A.  Okay.
20       MR. FREY:  Exhibit 755, a document
21   Bates stamped DEF026609.
22  (Deposition Exhibit 755 was marked for identification.)
23       BY MR. FREY:
24  Q.  And as you were beginning to say, this is an
25   email with the top one on the chain dated

Page 383

1    February 17th, 2021, correct?
2  A.  Yeah.  It says Kate Dalley on February 17,
3    2021.
4  Q.  And the subject is "Interview Mike on his new
5    movie - Media Request," correct?
6  A.  Right.  And Katelyn says, "For future
7    communications I'd like you to have my
8    personal email: Kg@MyPillow.com."  We rarely
9    -- hardly anyone sends anything to this
10   thing.
11  Q.  In this instance Kate Dalley at Dalley Radio
12   sent a request -- if we go down to the bottom
13   -- to mediainquiry@MyPillow.com and says,
14   "Mike, I would love to have you as a guest.
15   Thank you for telling the truth."  Right?
16   She goes on to say, "I'm reaching out
17   personally because I'm a huge fan and love
18   how bold you are."
19        So she's reaching out to this email
20   address to ask you to be a guest on her show,
21   right?
22  A.  Yeah.  So what's wrong with that?  If you're
23   going to reach Mike Lindell and you don't
24   have my number, where are you going to try to
25   get a hold of me at?  I'm going to ask you

Page 384

1    guys that.  Of course you're going to go,
2    well, let's see, he owns MyPillow.
3        If I am going to try to reach Elon
4    Musk, I'm going to call Starlink or whatever
5    the heck he's got.  If I'm going to call and
6    I would try to meet someone if I didn't know
7    how to get a hold of them, I would go to
8    their company.
9        If it was Donald Trump before he
10   was President, you know what I would do, I
11   would go to Trump Tower and go, hey, can I
12   meet -- I would send something.
13        Inquiry, that's pretty common.
14   Anybody in the world -- what we do is we
15   deflect them off of there and say, hey, call
16   Mike directly.  You don't have to go through
17   mediainquiries@MyPillow.  This is a catch-all
18   right now that's sitting there.
19        I guess, you know, if someone is
20   going to reach me for something outside of
21   MyPillow, they're still going to come through
22   there if they don't have my number.  But this
23   might be the one person that didn't have my
24   personal number.
25        But what did Katelyn do?  She said

MICHAEL LINDELL                                                    August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                          385—388

Page 385
1    here's how to reach me in the future because
2    nobody even looks at this thing anymore, very
3    seldom any media inquiry. I bet you no one
4    is monitoring it right now.
5  Q.  Do you see, Mr. Lindell, in the next email up
6    Kate writes back -- right -- or KG writes
7    back and begins to try to schedule you for
8    the show, right?
9  A.  Okay. Right.
10 Q.  And then if we keep going up to -- okay. At
11    the bottom of the third page, on February
12    17th mediainquiry@MyPillow.com writes back
13    and says, "Kate, I appreciate you adding this
14    additional information! I must ask, we just
15    switched to only accepting interviews if Mike
16    is allowed to discuss Dominion and Smartmatic
17    machines. Is this something Mike could
18    discuss on your show? His documentary would
19    be an entryway into discussing the machines."
20    Do you see that?
21 A.  Yep.
22 Q.  So this mediainquiry@MyPillow.com account is
23    scheduling interviews for you in which you
24    will only --
25 A.  Find another one. Find another one.

Page 386
1    (Simultaneous indiscernible crosstalk)
2  Q.  -- correct?
3  A.  No, that's not true at all. This is -- this
4    was one person that didn't know how to reach
5    me, this Kate whoever.
6       Everything came through my phone.
7    99.99 percent of every media, including every
8    left wing journalist out there, which I would
9    get at least from morning until night -- from
10    6:00 a.m. in the morning until 9:00 p.m.
11    until I went to bad, I would do hundreds of
12    interviews -- not hundreds, but at least 30
13    to 40 every single day. Mike, you lost three
14    more retailers. How do you feel? Mike, can
15    I talk to you? I would just take them. We
16    couldn't even schedule them. They kept
17    calling and attacking every single day.
18       This one person you cherry-picked
19    out that didn't know how to reach me -- what
20    was Katelyn supposed to do? Oh, I'm sorry.
21    Could you switch over here and I'll tell you
22    this? She just is answering because this
23    person didn't know how to reach me for
24    Dominion and Smartmatic and election issues.
25    So she reached out like anyone else did.

Page 387
1    Hey, he owns this company, maybe I'll reach
2    out to him. And Katelyn answered her back in
3    the future use KG whatever it was and she
4    answered this person. She's only scheduling
5    interviews.
6       If you want to talk about the
7    weather, I didn't have time back then. We're
8    trying to save a country. So I'm not going
9    to talk to you about -- you're not going to
10    have me on your interview and talk about the
11    weather or the economy or even how bad
12    MyPillow is getting hit, you know, whatever
13    it was. I didn't have time. I had to shut
14    everything down and just talk about elections
15    and our election platforms, getting rid of
16    the machines.
17 Q.  Mr. Lindell, my only question, and I'd
18    appreciate it if you would keep your answer
19    to the question, is that this person was
20    reaching out to MyPillow.com to schedule you
21    to be on her show and the MyPillow.com email
22    account is responding scheduling shows to
23    talk about only Dominion and Smartmatic,
24    correct?
25 A.  No, that's not correct.

Page 388
1  Q.  Okay. So when --
2  A.  I don't believe -- I don't believe it's
3    correct. You're saying MyPillow is
4    responding as MyPillow. No. This person
5    couldn't find me, so she reached out to the
6    company knowing I own the company. You're
7    trying to twist this into something it's not.
8    That's bizarre.
9       So I'm going to -- I've given you
10    my answer. I'm not going to give any more
11    answers. I've given you my answer.
12       This person didn't know how to
13    reach me. This isn't a common thing at
14    MyPillow. If you didn't know how to reach me
15    in the past when it was before, but then
16    everybody got my phone number.
17       But if you go back two years, sure,
18    there was a whole bunch of stuff called in
19    all the time for me to come on. Mike, you
20    just helped the victims in whatever -- here.
21    Mike did this. You know, this just happened
22    to be she didn't know how to reach me so she
23    reached out to a company that I am part owner
24    in.
25       And this person that happened to be

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                389—392

Page 389

1  watching it then was Katelyn, which I
2  guarantee you somebody probably told her that
3  this was on this media thing watching them;
4  maybe she was.
5        But you see what she did?  She
6  says, hey, you're emailing the wrong thing.
7  MyPillow has nothing to do with this.  You
8  know, email me here in the future.
9        MR. KACHOUROFF:  Okay.  Okay.  Next
10  question.
11        THE WITNESS:  Right.
12  BY MR. FREY:
13  Q.  Mr. Lindell, I'd like to move on to topics
14     20, 21, and 22, which are defendants' July
15     11th, 2023 productions of documents and data
16     and defendants' document production
17     practices, including metadata provided with
18     defendants' productions of documents.  Do you
19     see those?
20  A.  (Reviewing document.)  Yeah.  Okay.  Yeah, I
21     see them.
22  Q.  Okay.  And with respect to topic 21,
23     defendants' July 11, 2023 productions of
24     document and data, have you done anything to
25     prepare yourself as to testify to this topic?

Page 390

1  A.  No.  I'm just knowledgeable in this area, I
2     believe.
3  Q.  Okay.  And that production comprised three
4     hard drives of 32 terabytes of data, as well
5     as millions of pages of documents.
6  A.  Okay.
7  Q.  As testifying as MyPillow here, who is one of
8     the defendants who produced that data, what
9     is your understanding of the data produced?
10  A.  I believe it was -- I believe -- I believe it
11     was hired for over $100,000 by an outside
12     firm, by outside lawyers I have.  They hired
13     this firm.  And I think it was --
14        MR. KACHOUROFF:  Mike, he's not
15     talking about number 22.  He's talking about
16     the Dennis Montgomery 32 terabytes in number
17     21.
18        THE WITNESS:  Oh, okay.  Okay.
19     Yeah, that's the 32 terabytes.  That was
20     evidence that I got on January 9th of 2021.
21     I was given -- not given on January.  I was
22     told about it by Mary Fanning, who I didn't
23     know, and it took 17 minutes or 20 minutes
24     when she told me all this.  And so I had
25     Dennis Montgomery validated.  Yes, he worked

Page 391

1  for the CIA.  Everything checked out.  I get
2  a piece of that, but it had a government gag
3  order on it.  So I went to -- tried to get
4  that signed so we could release it to the
5  world.
6        I spent the next six months people
7  validating it, that the data was from the
8  2020 election.  And I finally said, You know
9  what, I don't care if there is a gag order or
10  not, here you go Smartmatic, here you go
11  Dominion, and that's it.
12  BY MR. FREY:
13  Q.  And, Mr. Lindell, when you're testifying
14     there about what you did, is that -- is that
15     you, Mr. Lindell, or is it you as the
16     corporate representative of MyPillow?
17  A.  Oh, MyPillow -- I don't know -- MyPillow
18     wouldn't have had access to anything.  This
19     was Mike Lindell.  MyPillow wouldn't have
20     access to this.  They wouldn't even -- there
21     is nobody that would even know anything about
22     this, period, so...  Yeah, this was Mike
23     Lindell.
24        This is outside of MyPillow that
25     they -- but if they were -- so I would assume

Page 392

1  that this -- unless the lawyers gave it -- if
2  they were all defendants, which you told me
3  at the beginning of this we were all clumped
4  in the same group, so whoever presented this
5  to -- it came from Dennis Montgomery, came
6  from -- that's where the evidence came from.
7        Now, MyPillow didn't house this.
8  But we're all defendants, so whatever was
9  asked in the discovery is a big glob.  It
10  came from Dennis Montgomery to you in a nice
11  package.
12  Q.  And so no one -- outside of you as CEO of
13     MyPillow, no one from MyPillow reviewed this
14     data, correct?
15  A.  Absolutely not.  Absolutely not.  One
16     thousand percent not.  I had outside cyber
17     guys that I hired to look at this.
18  Q.  And did you as CEO of MyPillow review this --
19     these documents and data?
20  A.  Not for -- personally I looked at these
21     documents, but not as CEO of MyPillow.  I
22     didn't go, okay, now I'm going to look at
23     them as CEO of MyPillow.  Am I the CEO of
24     MyPillow?  Yes.  Am I the president of
25     Lindell Recovery?  Yes.  You want me to take

MICHAEL LINDELL                                           August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                 393—396

Page 393

1  my hat off?  I can't help -- my same eyes see
2  the same documents.  What kind of stupid
3  question is that?
4       MR. KACHOUROFF:  Mike, stop.  Mike,
5  stop it.  Mike --
6       THE WITNESS:  I personally looked
7  at the documents.  What kind of question is
8  that?
9       MR. KACHOUROFF:  Mike, he's asking
10  in your capacity as MyPillow's designated
11  person who's testifying for the company.
12  Answer the question that way.
13       THE WITNESS:  I don't know how to
14  answer the question.  I don't know.  It's a
15  trick question.  Just like the girl said in
16  My Cousin Vinny, it's a trick question.  Did
17  MyPillow's board say go look at this data
18  because we're defendants in a case?  No.  The
19  lawyers -- at one time I had two groups
20  groups of lawyers, one with MyPillow and one
21  with Mike Lindell.
22       So I don't know what to say, Chris.
23  Mike Lindell -- I am the CEO of MyPillow, and
24  Mike Lindell -- my eyes looks at this data
25  and the documents.

Page 394

1       MR. KACHOUROFF:  Okay.
2       THE WITNESS:  That's all I can say.
3  I can't say it any other way.
4       MR. KACHOUROFF:  That's your
5  answer.
6       THE WITNESS:  That's my answer.
7  BY MR. FREY:
8  Q.  Okay.  Mr. Lindell, with respect to topic
9     number 22, defendants' production -- document
10     production practices, including metadata
11     provided with defendants' production of
12     documents, I understand from your current
13     counsel that you will be providing a written
14     statement in response to this topic.  Is that
15     correct?
16  A.  Yeah.  Yeah.  I guess that's correct because
17     there was a big -- a third party, I guess,
18     that I paid over 100 grand.  I don't know if
19     MyPillow paid that or if Mike Lindell paid
20     that.  I don't know that part.  But they made
21     a -- a big error, I guess.  And we hired
22     another company to fix it or something.  And
23     so that's all -- that was all done by third
24     parties who charged me a lot.
25          And lawyers think -- lawyers out

Page 395

1  there that shouldn't have hired these people,
2  I guess.  And so I guess we're going to be
3  giving you a -- or whatever happened, I guess
4  the lawyer is going to put together a thing
5  of here's what happened.
6       MR. KACHOUROFF:  Mike, stop.
7       For the record, Tim, I sent over
8  something just now.  I've been working on it.
9  See if that suffices for what you guys want.
10  We can talk later on tonight and tomorrow
11  maybe pick that up and you can finish that
12  off if you wish.
13       MR. FREY:  Okay.  Well, I'm at a
14  break point anyway.  So let us go take a look
15  at that and we'll take maybe a 10-minute
16  break and then we can pick back up.  And I
17  think just one more session and we should be
18  done.
19       THE VIDEOGRAPHER:  We are going off
20  the record, 6:17 p.m.
21       (A recess was taken.)
22       THE VIDEOGRAPHER:  We are back on
23  the record 6:31 p.m.
24  BY MR. FREY:
25  Q.  Mr. Lindell, I want to look at topic 19 of

Page 396

1     the notice, and this is MyPillow's
2     investigation concerning the accuracy of any
3     claims that Smartmatic rigged the 2020
4     presidential election, Smartmatic had a
5     corrupt relationship with Dominion and ES&S
6     during the 2020 presidential election,
7     Smartmatic's election technology, hardware,
8     and software were compromised or hacked by
9     China or other foreign countries during the
10     2020 U.S. presidential election, Smartmatic's
11     voting machines were connected to the
12     internet during the 2020 U.S. presidential
13     election or Smartmatic's election technology,
14     hardware, and software were designed to steal
15     elections and stole elections before the 2020
16     U.S. presidential election.
17          Do you see that topic?
18  A.  Yep.
19  Q.  Mr. Lindell, what, if anything, has MyPillow
20     done to investigate the accuracy of these
21     claims that I just listed?
22  A.  MyPillow and no employee or representative of
23     MyPillow has ever represented any of those
24     claims.  Not one person at MyPillow or
25     MyPillow employee or myself representing

MICHAEL LINDELL                                          August 27, 2024
Smartmatic USA Corp vs Michael J. Lindell                        397–400

Page 397

1     myself as MyPillow has ever, ever said to
2     Dominion any of those claims.
3  Q.  So I didn't ask Mr. Lindell -- I'm going to
4     move to strike that.  I didn't ask whether
5     anyone had made a representation of those
6     claims.  I asked if MyPillow has ever
7     investigated any of those claims?
8  A.  No.  No, nobody under MyPillow's capacity has
9     ever done that ever because that's not their
10    business.
11         MR. FREY:  Mr. Lindell, I am going
12    to end my questioning for the day.  Although,
13    I'm going to reserve the right to ask
14    additional questions of you or another
15    corporate representative about the financial
16    statements that we went over today, financial
17    statements that were just produced to us this
18    afternoon, which we have not had a chance to
19    review; board minutes produced to us this
20    afternoon, which we have not had a chance to
21    review; and the request 22 after we've had an
22    opportunity to look at the documents sent by
23    your counsel about 20 minutes ago.
24         THE WITNESS:  You'll let him know
25    which things you need, like the 2023 tax

Page 398

1     return?  I don't think you have that.  Right?
2     2023 or whatever it was.
3          MR. KACHOUROFF:  I got it to them,
4     Mike.
5          Mr. Frey --
6          THE WITNESS:  Okay.  I thought we
7     have all that.
8          MR. KACHOUROFF:  Chris Kachouroff
9     here.  When you look at your financial
10    questions that you want to ask, if you could
11    drill down because, to be fair, asking about
12    financials is a very broad topic.  If there's
13    -- it would certainly help to drill down.  If
14    there is specifics that you want to know
15    about, we'll make sure we get those things
16    answered for you.
17         MR. FREY:  Great.  Thank you,
18    Mr. Kachouroff.  That's all my questioning
19    for today.
20         MR. KACHOUROFF:  Okay.  Thank you.
21         THE VIDEOGRAPHER:  Before we go off
22    the record -- sorry.  Mr. Kachouroff, are you
23    ordering a copy of the transcript and/or
24    video at this time?
25         MR. KACHOUROFF:  Transcript -- I'll

Page 399

1     -- hold off on that.  I'll let you know.
2          THE VIDEOGRAPHER:  Anything else
3     before I take us off the record?
4          MR. KACHOUROFF:  I think that's it.
5     Tim, will you call me later,
6     please.
7          THE VIDEOGRAPHER:  This concludes
8     the deposition of Michael Lindell.  We're
9     going off the record at 6:35 p.m. Eastern
10    Time -- Central Time.
11         (Deposition concluded at 6:35 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 400

1   STATE OF MINNESOTA )
2
    COUNTY OF RAMSEY   )
3
4        Be it known that I took the
    deposition of Michael Lindell on
5   August 27, 2024;
6        That I was then and there a
    notary public in and for the County of
7   Ramsey, State of Minnesota, and that by
    virtue thereof I was duly authorized to
8   administer an oath;
9        That the witness before
    testifying was by me first duly sworn to
10  testify the whole truth and nothing but the
    truth relative to said cause;
11
         That the testimony of said
12  witness was recorded in stenotype by myself
    and transcribed into typewriting under my
13  direction, and that the deposition is a true
    record of the testimony given by the witness
14  to the best of my ability;
15       That I am not related to any of
    the parties hereto nor interested in the
16  outcome of the action;
         Witness my hand and seal this
17  29th day of August, 2024.
18
19
20        DEBRA BEAUVAIS
          COURT REPORTER
21
22
23
24
25