# Exhibit 61

**Platform:** Native Messages **Timezone:** UTC+0000

B Boss +1 (952) 567-1770

Darren Lindell +1 (952) 406-2558

Device owner

ML Mike Lindell +1 (952) 923-0663

2021/01/20



Device owner

I am sure they are
I don't think anyone would bad mouth ole Mike
We should have Pete interview 😂
03:00:23 am

Sent an attachment
Title: IMG_1682.jpeg
Type: image/jpeg
03:35:37 am

Darren Lindell

David boyd. Wow lol
03:36:47 am

Device owner

These people are evil and will stop at nothing!!!
03:42:11 am

I think I should tell david to talk to them ...what do you think ?
03:42:43 am

Darren Lindell

If you think he'll say good things I don't see the problem. I don't know what David Boyd exit was like here
03:45:39 am
👍 1 Device owner

Device owner

We just passed 4M!!!!!
Praise the Lord !!!!!
04:33:36 am

Darren Lindell

Can we have Dick hire more people to make premium ticks? We are now oversold on King White.
03:22:22 pm

Device owner

Yes
03:24:39 pm

Darren Lindell

👍
03:25:33 pm




DEF082645.000001



Yo! I know you're super busy but Jess and I are starting the wedding planning process and had some deposits we need to put down. Is it possible to get some of our wedding budget? Thanks!

Almost 10k orders already today
04:39:37 pm

Device owner

No I am a little short of cash
04:47:27 pm

Darren Lindell

Lolol yea been a slow few days.

38,000 orders yesterday. Shattered every record
04:48:23 pm

Device owner

4.6 million
04:48:47 pm

Who said being crazy in the news isn't good
04:49:04 pm

Darren Lindell

Yes it's been wild lol.

On a sidenote are we doing 10 day quarantines or 14 for people that test positive? Junior is wanting to comeback to work.
05:02:35 pm

Hey Todd said you weren't told about this. Ben let you know yesterday and I text you as well. Ben is looking for a replacement company.

Sent an attachment
Title: image000000.png
Type: image/png
05:28:00 pm

We probably should talk about extending shipping windows....at this pace of orders even with OT and new hires it's gonna be a real struggle to meet are current 7 to 10 day window.
07:07:43 pm

Device owner

Change the website now
07:35:14 pm

2021/01/21

Darren Lindell

Do you know why Andy would think this? Andy Winced sent this to me, why would he think they want to know about Jessica and I.

I text him back and he's not responding..

Sent an attachment
Title: image000000.png
Type: image/png
02:50:11 am

DEF082645.000002



Device owner

He is wrong...
The article is about me.....
They are trying to see if I am running for Governo
02:55:50 am

R
02:55:52 am

I am calling him in a bit
02:57:38 am

Darren Lindell

Can you call me. Karen has concerns about David coming back early
04:24:04 pm

Deviation.

We are getting in far less foam than we need daily at this rate If my math is correct

Sold 56k in pillows in one day.

Times they by 7 and you're at nearly 400k Pillows sold in a week

Foam we get weekly. Around 42 trucks x 4000 pillows per truck = 168k pillows

Short version.
Selling - 400k pillows a week
Foam - enough to make 170k a week
08:50:28 pm

Device owner

Hold on
08:58:34 pm

2021/01/22

Darren Lindell

Please include Jessica in marketing and make time for her. Mailer, Infomercial etc.

She is getting very frustrated.
04:15:44 pm

2021/01/24

Darren Lindell

Hey just a heads up, jess and I will be dropping Prince off at his first chemotherapy, not sure how long it will take. Call if you need anything, we'll still be working just not at the office.
10:06:43 pm

Device owner

When ?
Today
10:46:45 pm

Darren Lindell

No tomorrow morning. I already worked this morning in shipping. Had a solid crew of salary down there
10:47:26 pm

DEF082645.000003

Device owner

Awesome
10:48:29 pm



2021/01/25

Darren Lindell

So I don't see anyway we're ever going to get orders out within there shipping windows.

Do you think we should add something to the website or hold music?
03:58:25 pm

What do you think of that? It's all you would need to adjust. Rest of recordings are good. This would play after quality assurance part right away

Sent an attachment
Title: image000000.png
Type: image/png
05:39:13 pm

Due to the amazing direct sales, our shipping department is extremely busy. We are working as fast as possible to fulfil everyone's order. I want to personally thank you for your patience and your support during this time. God Bless
06:20:00 pm

Mike Lindell

Sent an attachment
Filename: Periers Ave 6.m4a
Path: ~/Library/SMS/Attachments/74/04/CBB8FBD4-8F4E-4012-AAF6-24557946F95C/Periers Ave 6.m4a
Size: 136 KB
Type: audio/x-m4a
06:24:28 pm

ML

Darren Lindell

She got it! We'll get it up
06:30:51 pm

2021/01/26

Darren Lindell

Hey when you have time tonight can you call me. It's about Jessica....her and I are worried she's backsliding with her borderline and mental health. I want her to do this treatment program that is similar to what she did years ago, that her counselor is recommending. She's is afraid to do it cause it would mean not coming into the office for a few weeks and working from her phone. I want her to do it so just trying to see what your thoughts are.

So call me later tonight when you have some time.

Good luck on Tucker tonight

(By the way she doesn't know I'm texting you about this, so keep it between us for now)
10:55:55 pm

2021/01/29

Device owner

https://www.bloomberg.com/news/features/2021-01-28/mypillow-ceo-mike-lindell-won-t-stop-trying-to-prove-trump-got-cheated
08:47:08 am

I love it and we learn more Categories
11:45:41 pm

DEF082645.000004


Darren Lindell
I was thinking we could do 30% off
Pre code - $13.99
Post code - $9.79
Or if that's too cheap
Pre code - $17.99
Post code - $12.59
It's a pretty small bottle
03:10:06 pm
Device owner
Top 1
03:12:29 pm
Darren Lindell
should be up as the slipper upsell by end of day.
03:13:04 pm
Call me about amazon prime day when you have a chance
05:11:12 pm
Device owner
On air right how
05:16:45 pm
Now
05:16:49 pm
Is Jessica with you
07:32:42 pm
Darren Lindell
No I'm at corporate today, at lunch now though
07:33:13 pm
2021/06/03
Device owner
https://lindelltv.com/mike-lindell-presents-absolutely-9-0/
08:25:57 pm
I think you should have me on as a guest on your podcast
I could tell of all the Viking heartaches
08:31:07 pm
You could build it up with your audience a week before or something
08:31:38 pm



Darren Lindell

Not a bad idea, I'll talk to Ryan about it.

On another note we are about to launch the slipper protector and Rebecca is asking about return policy? Do you think we should allow returns on it?
10:46:32 pm

Device owner

No returned
10:47:52 pm

Darren Lindell

[illegible]
10:50:02 pm

Device owner

https://www.washingtonexaminer.com/news/mike-lindell-lawsuit-dominion-smartmatic-2020-election?utm_source=msn&utm_medium=referral&utm_campaign=msn_feed
11:21:25 pm

2021/06/04

Device owner

https://home.frankspeech.com/tv/video/mike-lindell-presents-absolutely-9-0
01:39:30 am

2021/06/06

Device owner

Sent an attachment
Title: IMG_9046.JPG
Type: image/jpeg
02:43:36 pm

2021/06/09

Device owner

Sent an attachment
Title: IMG_3072.png
Type: image/png
01:08:00 am

Darren Lindell

Sent an attachment
Title: image000000.png
Type: image/png
08:15:31 pm

2021/06/14

Device owner

Can you see if the music in 5 is too loud
12:46:50 pm

Thansk
12:46:54 pm

DEF082645.000035

Darren Lindell

Hey just a heads up I may not be in the office until later today. Jess has been struggling with a migraine all morning. I just got back with her prescription so it should help. If she starts to feel better I'll head in. Still working from my phone.

I'll check on the music in 5, call me if you need anything else.
02:32:56 pm

2021/06/15

Device owner

I'm sure you already know this but a lot of the slippers returns are due to not being wide enough. I'm sure you already know this! But I had to share it with you anyway.

This was sent to me
12:21:04 am

Darren Lindell

Yea we discussed that in the original silo meeting. You had us talk to the slipper people about widening the toe area.

This is the plan for the next run of slippers. Should have a sample very soon too.
12:22:42 am

2021/06/18

Darren Lindell

Call me when you have a chance, have a few things to chat about. Foam, Facebook, homepage changes etc
02:46:26 pm

Can Heidi run a classic corded organic ad on Facebook?

If so, what do you want to charge?
03:05:24 pm

Device owner

Do we have some?
03:06:54 pm

Darren Lindell

Yea and we want to get rid of them
03:07:12 pm

We could revive this? https://www.mypillow.com/corded-classic-new.html?trk_msg=1BOIG256CLV4J5BL01K463VQDK&trk_contact=HBUGM300HR2JPGIAD3RJENH7V0&trk_sid=JIH3QFHJMOGNL65165VJFVA8GS&utm_source=listrak&utm_medium=email&utm_term=Standard%2fQueen+Corded+Classic+MyPillow+Only+%2424.99+with+Promo+Code+E97.+CLICK+HERE&utm_campaign=Enjoy+Our+Best+Labor+Day+Sales+Event
03:08:56 pm

That offer is from last year
03:10:05 pm

You should still call me when you have a chance.

Also Ben and I are in Vegas with John Taylor and some other idiots next Thursday thru Monday. We'll have our phones and what not so we can work.
08:00:56 pm

DEF082645.000036




DEF082645.000037

2021/10/29

Device owner

Hey should we circle back to see if Canada Jancor is still worth keeping ?
04:19:29 am

2021/11/04

Darren Lindell

Are you okay if we update the navigation to be similar to what Mypillow 2 was gonna be.

We have so many products that are hard to find we think it will be a big improvement. Categories like Bedding, Bath, Clothing etc to cover all these new products.

We think it will increase sales
03:48:41 pm

Device owner

Yes for sure
03:50:04 pm

2021/11/18

Device owner

https://twitter.com/ProfMJCleveland
01:57:22 pm

2021/11/24

Darren Lindell

Just a heads up, we need to chat about Larry whenever you have time. He's just becoming impossible to work with so might need to you step in and put him in line.
05:53:23 pm

Device owner

Ok
05:58:08 pm

2021/11/27

Device owner

5.5 million $ day
07:03:20 am

Sent an attachment
Title: IMG_9442.heic
Type: image/heic
07:43:21 am

2021/12/07

Device owner

What are you doing this morning ?
01:55:32 pm

Darren Lindell

Plan was to go to the shop and ship, did you want me to come to corporate
02:49:42 pm