# Exhibit 63

**Platform:** Native Messages    **Timezone:** UTC+0000

| DG | Dawn Garry | | Device owner | | ML | Mike Lindell | | | mlicloud@mypillow.com |
|----|-----------|--|-----------|--|----|-------------|--|--|------------------------|
| | +1 (952) 913-8557 | | | | | +1 (952) 923-0663 | | | |

2021/01/06

mlicloud@mypillow.com

Better
09:18:49 pm

Dawn Garry

Great. I will let them know and call your cell.
09:19:22 pm

DG  It is set up and Katelyn will get it on your calendar.
09:24:39 pm

mlicloud@mypillow.com

Ok
09:25:16 pm

2021/01/07

Dawn Garry

RSBN $260,000. Last Wednesday $7400

Hannity $11,000. 1 live pillow. Last Wednesday $13,000. 1 prerecorded pillow.

Beck $9300. 1 live pillow. Last Wednesday $4600. 2 prerecorded pillow

Gallagher $2650. Last Wednesday $2750

David Harris $9000. Last Wednesday $800

Rick & Bubba $1100. Last Wednesday $790

Boston $1000. Last Wednesday $525

Metaxas $1500. Last Wednesday $1400

Gorka $1400. Last Wednesday $1150
01:18:59 pm

DG  Joe Piscopo will be calling in about 10 minutes.
01:51:26 pm

mlicloud@mypillow.com

Ok
01:56:21 pm

Dawn Garry

DG  I have your interview with Piscopo. Do you want it posted?
06:16:20 pm

DEF034384.000001

mlicloud@mypillow.com

> Yes
> 06:26:13 pm

> On Twitter too
> Right away
> 06:26:24 pm

Dawn Garry

**DG**
Okay
06:26:31 pm

2021/01/08

Dawn Garry

**DG**
Hannity $12,800. 1 live & 1 prerecorded. Last Thursday $10,600. 1 prerecorded

Beck $8600. 1 prerecorded pillow. Last Thursday $4600. 2 prerecorded pillow

Gallagher $1800. Last Thursday $3650

RSBN $27,300. Last Thursday $8700

David Harris $6800. Last Thursday $14,000

Gorka $2300. Last Thursday $940

Rick & Bubba $860. Last Thursday $650

Boston $1000. Last Thursday $260

Metaxas $1200. Last Thursday $830
01:58:30 pm

2021/01/11

Dawn Garry

**DG**
Hannity $97,700. Week prior $79,600

Beck $61,000. Week prior $29,200

Gallagher $26,800. Week prior $22,600

Gorka $8900. Week prior $4700

Metaxas $10,000. Week prior $9400

Larry Elder $2400. Week prior $1500

Dennis Prager $2700. Week prior $1400

David Harris $51,600. Week prior $56,200

Rick & Bubba $5800. Week prior $4950

Boston $5400. Week prior $2900

RSBN $541,000. Week prior $43,800
02:00:22 pm

**DG**
Scott will be calling you in 10 minutes.
04:19:25 pm

2021/01/12

Dawn Garry

Hannity $13,700. 1 prerecorded pillow. Last Monday $10,300.  1 prerecorded pillow

Beck $9000. 1 live pillow. Last Monday $5200. 1 prerecorded pillow

Gallagher $2500. Last Monday $4800

Gorka $940. Last Monday $990

Metaxas $800. Last Monday $1500

Rick & Bubba $935. Last Monday $810

Boston $960. Last Monday $890

Just added Dinesh D'Souza $3300. The first day of his Podcast.

DG · 02:18:39 pm

2021/01/13

Dawn Garry

Hannity $15,300. 1 live pillow. Last Tuesday $16,900. 1 live & 1 prerecorded pillow

Beck $6600. 1 prerecorded pillow. Last Tuesday $6700. 1 live pillow

Dinesh $19,600

Gallagher $3800. Last Tuesday $6200

Rick & Bubba $860. Last Tuesday $870

Boston $1050. Last Tuesday $1100

RSBN $14,700. Last Tuesday $55,800

Metaxas $840. Last Tuesday $2800

Gorka $760. Last Tuesday $530

David Harris $11,000. Last Tuesday $3200

DG · 01:34:01 pm

mlicloud@mypillow.com

Wow Kn Dinesh
01:41:26 pm

Is he new this week ?
01:41:34 pm

On
01:41:37 pm

Dawn Garry

Yes. His Podcast started Monday. I am close to getting Charlie Kirk.
DG · 01:42:07 pm

mlicloud@mypillow.com

Did you tell him how good he is doing ?
02:10:40 pm

DEF034384.000003

Dawn Garry

**DG** Yes. Kathleen spoke to his wife yesterday.
02:11:43 pm

mlicloud@mypillow.com
Who is Kathleen ?
03:11:43 pm

Dawn Garry

Bensi. My Salem rep.
03:12:03 pm

**DG** He is part of Salem National Group
03:21:33 pm

mlicloud@mypillow.com
Dinesh needs more than one read he says
04:01:27 pm

Dawn Garry

Okay. I will call Kathleen. I do not have any contact info for him.
04:02:19 pm

I received this text from Pastor Ruth's son

Good morning Sister Dawn! I am reaching out to you as we are on our way driving across the US toward DC.

Brother Mike called us last night asking for a copy of the latest interview we did with him.

Initially, I planned to send the file online, however, due to the Government restricting the data, I informed Brother Mike that it would take too long to send as we were leaving this morning around 5AM.

My mom Pastor Ruth had already mentioned that she felt led to stop by & visit the factory of MyPillow to pray even for 10-15 minutes.

Brother Mike said it would be fine to stop by & that he would like for us to pray over all 3 buildings. I informed him I had your contact info & he said to communicate with you.

Could you kindly please send the address where we are to go for the first building?

We are on our way & our current projection is to arrive in Chaska around 9:30AM tomorrow driving straight with no stops; however, because of restroom/fuel/eating stops, we will most likely arrive around 1-4PM (maybe earlier)...depending on how often we stop. Originally we told Brother Mike that in our calculation, we would probably arrive around 3-4PM tomorrow, Jan. 14.

We will keep you updated as time progresses. We look forward to meeting you & the rest of the wonderful MyPillow Staff. May God bless you! P. Timothy on behalf of my mom Pastor Ruth
04:39:42 pm

**DG** The Zoom at noon asked if you could call in 5 minutes early.
05:37:50 pm

mlicloud@mypillow.com
Yes
05:40:46 pm

DEF034384.000004

2021/01/14

Dawn Garry

Dinesh $14,400

Hannity $14,900. 1 live & 1 prerecorded pillow. Last Wednesday $12,800. 1 live & 1 prerecorded pillow

Beck $8100. 1 live pillow. Last Wednesday $8600. 1 live pillow

Gallagher $3100. Last Wednesday $3900

Gorka $1400. Last Wednesday $2300

Metaxas $980. Last Wednesday $1150

Rick & Bubba $780. Last Wednesday $860

Boston $1050. Last Wednesday $1000

RSBN $10,200. Last Wednesday $260,000. President Trump spoke.
02:02:34 pm

I was sent this from a friend who is a was doing a final walk through on a house

Sent an attachment
Filename: IMG_5654.heic
Path: ~/Library/SMS/Attachments/ec/12/DA07B36D-BD6C-4580-8303-F4C51BADB82E/IMG_5654.heic
Size: 64 KB
Type: image/heic
02:22:17 pm

DG    Pastor Ruth said she would be here in about 3 hours to pray over our building. Do you want her to go to Shakopee afterwards?
05:19:26 pm

mlicloud@mypillow.com

Yes all the buildings
05:28:54 pm

They can pray in my big office ( and anywhere else they want )
05:29:25 pm

Dawn Garry

Sounds good.
05:30:42 pm

DG    I am going to WeTransfer your interview with Pastor Ruth.
09:02:52 pm

mlicloud@mypillow.com

Ok
09:03:05 pm

2021/01/15

Dawn Garry

Dinesh $24,300

Hannity $15,000. 1 live pillow. Last Thursday $12,800. 1 live & 1 prerecorded pillow

Beck $11,000. 1 live pillow. Last Thursday $8600. 1 prerecorded pillow

Gallagher $2900. Last Thursday $3900

RSBN $10,900. Last Thursday $27,300

David Harris $6000. Last Thursday $8200

Rick & Bubba $810. Last Thursday $860

Boston $1000. Last Thursday $1170

Metaxas $1850. Last Thursday $1150

Gorka $1500. Last Thursday $2300

DG
02:04:00 pm

mlicloud@mypillow.com

How much has daily been doing Ben ship or ?
02:09:05 pm

Dawn Garry

He has done a spot in about 3 weeks. He is doing one today.
They have brought in $3200 this week but no spots ran until this afternoon.

DG
02:11:19 pm

mlicloud@mypillow.com

Is he making money???
02:12:11 pm

Dawn Garry

Yes. Overall we are at a 2.7 with them.

DG
02:12:40 pm

DEF034384.000006

2021/01/18

Dawn Garry

Dinesh $126,000. First week of Podcast

Hannity $121,500. Week prior $97,700

RSBN $324,140. Majority of sales on Saturday and Sunday. I see you interviewed. Week prior $541,600.

Beck $58,700. Spend only 17,000. Week prior $61,000. Spend $28,000

Gallagher $28,900. Week prior $26,800

Gorka $7950. Week prior $8900

Metaxas $12,000. Week prior $10,000

Prager $3450. Week prior $2700

Rick & Bubba $6600. Week prior $5800

Boston $5500. Week prior $5400
02:01:43 pm

David Harris $149,500. Week prior $51,600
02:35:34 pm

DG  Did you give out a promo code during your interview with Worldview Weekend?
09:17:37 pm

mlicloud@mypillow.com

Call men
09:46:10 pm

Mme
09:46:15 pm

Me
09:46:17 pm

Dawn Garry

DG  I'm out of my appointment. Call when you can.
09:57:08 pm

Dawn Garry

Dinesh $15,400. Last Monday $3300

Hannity $21,500. Prerecorded sheet. Last Monday $13,700. Prerecorded pillow

Beck $11,200. Live sheet. Last Monday $9000. Live pillow

RSBN $161,300. Last Monday $13,400

Gallagher $3900. Last Monday $4500

David Harris $51,300. Last Monday $5000

Rick & Bubba $1050. Last Monday $935

Boston $990. Last Monday $960

Metaxas $14,000. I will get an aircheck. Last Monday $800

Gorka $880. Last Monday $940.
12:53:41 pm

Spike from last night.

Sent an attachment
Filename: IMG_1897.HEIC
Path: ~/Library/SMS/Attachments/44/04/955E4B15-B4C6-48D6-BCF0-41675B0A371C/IMG_1897.HEIC
Size: 4 MB
Type: image/heic
12:56:54 pm

DG    Just curious.. how would I track oleander sales for David Harris?
03:01:26 pm

mIicloud@mypillow.com
Did he ask ?
03:03:30 pm

Dawn Garry

DG    Yes
03:04:23 pm

mIicloud@mypillow.com
I will check
03:07:24 pm

Dawn Garry

Patrick Coffin has been advertising with us for a couple of years and wondering if you wanted to do a live stream this week to update his listeners about the situation with the President?
03:14:39 pm

I saw Todd Starnes sales increase a ton. I did some checking and he posted this on his Twitter

DEF034384.000008

Sent an attachment
Filename: IMG_1902.HEIC
Path: ~/Library/SMS/Attachments/ef/15/0A4FE897-5358-472C-88AA-4622CE1C3B81/IMG_1902.HEIC
Size: 3 MB
Type: image/heic
03:25:55 pm

Huge spike today!!

Sent an attachment
Filename: IMG_1903.HEIC
Path: ~/Library/SMS/Attachments/42/02/95F5832D-5EB9-4243-8C9B-2C681C99DC5C/IMG_1903.HEIC
Size: 3 MB
Type: image/heic
05:56:10 pm

Todd Starnes at $9600 already today.
06:18:42 pm

Do you want to go on with Gallagher tomorrow?
07:23:05 pm

Do you want to go on KQ?
09:27:21 pm

DG   Beck is booked this week but would love to have you on next week.
10:48:48 pm

2021/01/20

Dawn Garry

Sales so far as of 7:20 CST
RSBN $420,000
Trump2020 $128,800
Dinesh $52,000
Beck $16,800
Hannity $58,000
Todd Starnes $11,500
01:24:54 am

RSBN $493,500. Last Tuesday $14,700

David Harris $157,900. Last Tuesday $21,000

Hannity $69,500. Last Tuesday $15,300

Beck $19,400. Last Tuesday $6600

Dinesh $86,800. Last Tuesday $19,600

Gallagher $11,800. Last Tuesday $5600

Metaxas $16,600. Last Tuesday $840

Gorka $3400. Last Tuesday $760

Todd Starnes $11,000. Last Tuesday $400

Rick & Bubba $1800. Last Tuesday $870

Larry Elder $1450. Last Tuesday $340

Dennis Prager $1400. Last Tuesday $700
01:30:35 pm

Sent an attachment
Filename: IMG_1907.HEIC
Path: ~/Library/SMS/Attachments/65/05/E0D6D0C8-B8D9-41A6-A80D-17CF025D01B0/IMG_1907.HEIC
Size: 5 MB
Type: image/heic
04:36:37 pm

Just an FYI

Sent an attachment
Filename: LOU SRN 11921 market wrap.mp3
Path: ~/Library/SMS/Attachments/23/03/0720EE73-63F1-4173-BEAA-28A63C9E6227/LOU SRN 11921 market wrap.mp3
Size: 960 KB
Type: audio/mpeg
05:19:14 pm

Lynda is calling you. You will have 15 minutes
06:01:13 pm

As of 1:15 CST

Sent an attachment
Filename: IMG_1910.HEIC
Path: ~/Library/SMS/Attachments/40/00/8E09F1D3-06EC-4D14-BCDB-36E82CDB531D/IMG_1910.HEIC
Size: 4 MB
Type: image/heic
07:15:51 pm

Lou Dobbs giving you a shout out.

Sent an attachment
Filename: LOU SRN 11921 market wrap.mp3
Path: ~/Library/SMS/Attachments/43/03/E58D859B-37DC-4D50-9F16-D3F8A1D00806/LOU SRN 11921 market wrap.mp3
Size: 960 KB
Type: audio/mpeg
09:04:45 pm

DEF034384.000010

DG

Do you want to do Piscopo in the morning?
09:06:50 pm

mlicloud@mypillow.com

Sure
09:21:52 pm

Dawn Garry

Okay. It will be 8:05an CST and will call your cell. I will let Katelyn know.
09:22:46 pm

Also Lynda wanted you to see some data. I will send it to you.
09:23:14 pm

Sent an attachment
Filename: FILE_3516.pdf
Path: ~/Library/SMS/Attachments/22/02/6C6B276F-CCD5-461C-8565-FSEC08700526/FILE_3516.pdf
Size: 50 KB
Type: application/pdf
09:23:25 pm

https://rumble.com/user/ElectionNightFacts





DG
09:23:40 pm

2021/01/22

mlicloud@mypillow.com

Can you get me in Galager or Beck ?
05:49:02 am

Dawn Garry

DG
Working on it now.
01:12:27 pm

2021/01/25

Dawn Garry

DG
It sounds like Dinesh did $500,000 from Last Wednesday through Sunday
11:19:39 pm

mlicloud@mypillow.com

Nice !!!!
11:46:56 pm

2021/01/26

**Dawn Garry**

DG — Morning. Do you want to go on Piscopo tomorrow morning to discuss Twitter suspension? He was thinking 9:05EST. There is nothing on your calendar.
01:38:35 pm

mlicloud@mypillow.com

Yes
01:42:43 pm

**Dawn Garry**

DG — Tom Barnard is calling you in a few minutes to see if you want to go on his Podcast tomorrow.
04:44:37 pm

mlicloud@mypillow.com

Tell Tom to not call for the next 20 minutes I am on tv via Skype
04:56:41 pm

What are the numbers
04:56:43 pm

**Dawn Garry**

I'm not sure. We are still in Florida.
05:01:11 pm

DG — He is going to call you in a couple hours. He will be done with his Podcast.
05:02:35 pm

mlicloud@mypillow.com

Got it 👍
05:03:23 pm

2021/01/29

mlicloud@mypillow.com

Here is the account number: 2376385649 and routing number for wire transfers: 053100300. - I will call her on Monday! Thank you Mike! I think we did a bunch more this past week - Will push this weekend too. Added you to a telegram as well with the guy who made your channel on Telegram. If you want, I can get admin access and add you to it. He guaranteed me when you take it over, he will get you to 100K+ people in it in one day!
05:02:48 pm

Yes let's talk about telegram in a couple hours if we can
05:03:30 pm

DEF034384.000012

2021/02/01

Dawn Garry

Hannity $359,000. Week prior $285,600

Beck $203,200. Week prior $131,700

Buck Sexton $9100. Week prior $19,100

David Harris $194,300. Week prior $485,000

Boston $10,200. Week prior $13,000

Rick & Bubba $10,200. Week prior $9200

Gallagher $118,800. Week prior $73,000

Dinesh $301,700. Week prior $523,800

Gorka $8300. Week prior $13,000

Metaxas $52,600. Week prior $82,600

Prager $11,100. Week prior $7000

RSBN $407,800. Week prior $1,434,400

DG    02:10:38 pm

mlicloud@mypillow.com

What is wvw
Mike
Hope 45

Any other new ones I gave nick why you were out
02:17:11 pm

Ask him 👍
02:17:25 pm

Dawn Garry

DG    I'll check abs get back to you.
02:18:49 pm

mlicloud@mypillow.com

And paid
02:25:56 pm

Today
02:25:59 pm

New ones too
02:26:04 pm

What does abs mean?
02:26:20 pm

Dawn Garry

And
02:26:33 pm

DEF034384.000013

DG

My phone is not smart 😩
02:26:47 pm

mlicloud@mypillow.com

Send me a picture of sales today   Spike
07:06:21 pm

Dawn Garry

Sent an attachment
Filename: IMG_1956.HEIC
Path: ~/Library/SMS/Attachments/30/00/EAB6816A-0C11-4113-BF8E-04EAE0C2D8CD/IMG_1956.HEIC
Size: 4 MB
Type: image/heic
07:07:47 pm

That Alex guy would like to use promo code pray45
09:05:27 pm

DG

Are you okay with that promo code?
09:13:15 pm

mlicloud@mypillow.com

Yes
09:37:29 pm

Dawn Garry

DG

Okay
09:37:40 pm

2021/02/02

Dawn Garry

Pray45 did $18,000 yesterday.

Hope45 $71,900. Last Monday $14,500.

Gallagher $16,100. Last Monday $17,300.

Dinesh $21,000. Last Monday $47,600.

Metaxas $5000. Last Monday $4300

Hannity $33,800. Last Monday $27,800.

Beck $11,000. Last Monday $12,800

Rick & Bubba $1150. Last Monday $790

Boston $1600. Last Monday $1700

David Harris $21,000. Last Monday $23,00

DG

I figured out WVW. Worldwide View Weekend $6300. Last Monday $3800. Do you have contact info for them?
01:44:08 pm

mlicloud@mypillow.com

Yes how much have they done total
01:46:12 pm

DEF034384.000014

**Dawn Garry**

DG — I went back until the first of the year. $63,797.86
01:47:46 pm

mlicloud@mypillow.com

Have they been paid ??
01:50:10 pm

**Dawn Garry**

DG — No. I have no contact information for them.
01:50:32 pm

mlicloud@mypillow.com

Sent an attachment
Filename: Brannon Mary.vcf
Path: ~/Library/SMS/Attachments/a8/08/DF3769BC-1634-4E35-9626-2782FAB9EACD/Brannon Mary.vcf
Size: 166 bytes
Type: text/vcard
01:50:44 pm

How much would their check be ??
01:51:12 pm

**Dawn Garry**

DG — Thank you. I will contact them now.
01:51:12 pm

mlicloud@mypillow.com

How much is his check
01:51:59 pm

**Dawn Garry**

DG — $27,433.08
01:52:06 pm

mlicloud@mypillow.com

Tell him ... that is awesome
01:54:21 pm

**Dawn Garry**

DG — 👍
01:54:28 pm

DG — Sara Carter would like to interview you on her Podcast Monday. Would you be able to?
07:57:17 pm

mlicloud@mypillow.com

I don't know yet
08:21:29 pm

**Dawn Garry**

DG — Okay. It would be at 2ET if you can.
08:21:55 pm

DEF034384.000015

2021/02/03

Dawn Garry

Ryan-Hope45 $113,200. Last Tuesday $33,400

Beck $16,300. Last Tuesday $22,300

Hannity $41,200. Last Tuesday $74,600

Dinesh $23,300. Last Tuesday $55,700

Gallagher $14,000. Last Tuesday $21,100

Metaxas $4400. Last Tuesday $6500

David Harris $27,000. Last Tuesday $47,000

Xstrats-pray45 $44,800

Wvw $7300

Daystar $13,400

Rick & Bubba $2000. Last Tuesday $1800

Boston $1500. Last Tuesday $1700

02:18:56 pm

DG  It wasn't but I just set it up.
02:05:15 pm

2021/02/04

Dawn Garry

Hannity $47,000. Last Wednesday $59,300

Beck $17,000. Last Wednesday $43,100

Dinesh $58,300. Last Wednesday $61,500

Charlie Kirk started on Tuesday. First day $1100. Yesterday $5000. It's a Podcast

Gallagher $17,800. Last Wednesday $25,100

Scott $5000. Last Wednesday $850

Todd Starnes $2050. Last Wednesday $400

New station. The Chick's: Mock & Daisy $32,600

Newsmax promo code yesterday did $236,500. I do not report sales to anyone.

Prat45 $48,200

Ryan-Hope45 $66,600. Last Wednesday $15,300

WVW $10,800. Last Wednesday $1900

RSBN $36,800. Last Wednesday $77,600.

David Harris $31,500. Last Wednesday $43,800

01:38:05 pm

mlicloud@mypillow.com

Who is pray45?
01:47:11 pm

DEF034384.000016

Dawn Garry

**DG** That Alex you had me call who is friends with Ryan Fournier.
01:47:48 pm

mlicloud@mypillow.com

Ok
01:55:21 pm

Dawn Garry

**DG** Sara Carter was asking again about Monday. Would you be available at 2EST?
02:00:58 pm

mlicloud@mypillow.com

No
02:06:48 pm

I cannot at this time
02:06:55 pm

Dawn Garry

Okay. No problem.
02:07:08 pm

**DG** Liz from RSBN would like to go to the shop tomorrow to tour and do some filming? She said you two spoke. I can talk to Todd??
05:55:36 pm

mlicloud@mypillow.com

Yes
05:56:58 pm

Dawn Garry

**DG** Okay
05:57:08 pm

2021/02/05

mlicloud@mypillow.com

Pay Brannon by wire from now on

Mary has another 12k coming from a show where we used mike ... pay it separate but ask Brannon for her address
07:07:18 am

Dawn Garry

Okay. I will also get his wire information.
12:27:12 pm

Last night

Sent an attachment
Filename: IMG_1968.heic
Path: ~/Library/SMS/Attachments/ee/14/64EB97DA-A1D5-4710-9CD2-43A12CE18E33/IMG_1968.heic
Size: 5 MB
Type: image/heic
12:53:01 pm

DEF034384.000017

Flash promo code did $483,000 last night.
12:58:44 pm

Hannity $41,200. Last Thursday $59,500

Beck $17,400. Last Thursday $49,400

The Chicks $39,800

Ryan Hope45 $59,400. Last Thursday $8900

Pray45 $51,200

WVW $7650. Last Thursday $2700

Dinesh $45,900. Last Thursday $45,700

Charlie Kirk $8500

Rick & Bubba $1750. Last Thursday $1000

RSBN $23,100. Last Thursday $90,500
01:50:04 pm

DG

mlicloud@mypillow.com

Who are the chicks
02:05:36 pm

Dawn Garry

A Podcast that started on Monday. They are called The Chicks on the right.
02:06:40 pm

Sent an attachment
Filename: IMG_1969.heic
Path: /var/tmp/com.apple.messages/50C44010-957F-4C34-8D60-34A81A7BD05A/IMG_1969.heic
Type: image/heic
06:03:12 pm

Spike at 3pm CST

Sent an attachment
Filename: IMG_1970.heic
Path: ~/Library/SMS/Attachments/54/04/7E4A69B9-6C56-4DD7-A6B6-54834707F75C/IMG_1970.heic
Size: 5 MB
Type: image/heic
09:01:58 pm

Gorka plugged the Documentary 3 times during his show.
10:35:43 pm

DG

mlicloud@mypillow.com

Awesome!!!
10:37:30 pm

Dawn Garry

Scott Hennen is plugging like crazy and has staff answering emails and talking calls on it.
10:38:14 pm

DG

DEF034384.000018

mlicloud@mypillow.com

Awesome
10:40:24 pm

2021/02/08

Dawn Garry

Hannity $320,100. Week prior $358,900

Beck $105,800. Week prior $203,200

Charlie Kirk. $30,600

Dinesh $286,500. Week prior $301,600

The Chicks $147,300

Wvw $75,300. Week prior $47,900

Gorka $14,100. Week prior $8300

Ryan-Hope45 $478,900. Week prior $273,000

RSBN $408,500. Week prior $397,800

XStrats-Pray45 $507,000

David Harris $161,500. Week prior $194,300

Scott $28,300. Week prior $9800. Wow
02:35:33 pm

mlicloud@mypillow.com

Tell Charlie how good he did
03:13:27 pm

Dawn Garry

Sounds good.
03:13:45 pm

mlicloud@mypillow.com

What about pastor Remiro
03:14:07 pm

The church in Texas
03:14:16 pm

Dawn Garry

Do you know the promo code?
03:14:33 pm

It looks like Nick set up RPM for him. He brought in $2100
03:21:35 pm

Promo code FLASH has brought in 1.6 million in sales. Does anyone get credit for that?
03:36:16 pm

DEF034384.000019

mlicloud@mypillow.com

Make sure they all get paid
03:36:26 pm

No on the flash
03:36:36 pm



Dawn Garry

Sounds good.
03:36:50 pm

2021/02/09

Dawn Garry

https://elamerican.com/electronic-voting-systems-smartmatic-jimmy-carter-fraud/?lang=en







DEF034384.000020







01:18:54 pm

Debbie D'Souza will be sending me a few times for you to connect with Maria Corina Machado from Venezuela for a Zoom meeting.
01:18:55 pm

Dennis Prager called Phil on Sunday and said he wants to do more for you

Yesterday $2600. Last Monday $1200
01:42:59 pm

DEF034384.000021

Gorka $5500. Last Monday $580. He is also stepping up.

Hannity $35,300. Last Monday $33,800

Beck $9600. Last Monday $11,000

Gallagher $8700. Last Monday $16,000

Dinesh $23,300. Last Monday $21,000

Charlie Kirk $6100. Last Monday $1100. Wow

Ben Shapiro did $11,200

The Chicks $10,700. Last Monday $32,600

Wvw $9300. Last Monday $5850

Pray45 $56,200. Last Monday $15,700

Ryan-Hope45 $38,900. Last Monday $72,000
02:10:24 pm

I sent Gallagher his numbers and he sent back a message that he is so terribly sorry for everything you are going though and praying for you. Also said he loves us!!
03:22:00 pm

DG

Maria Corina can do
Tomorrow after 12:00pm Est
Or Saturday, Sunday, Monday or Tuesday same time frame as tomorrow . She will send Mike a zoom link once you tell us when he can do it
05:09:40 pm

mlicloud@mypillow.com

Tomorrow at 1et would be great
05:36:13 pm

Dawn Garry

I will let her know. Thank you.
05:36:35 pm

DG

I just sent you an email from one of Ryan's friend. The guy that has promo code pray45. Are you okay with that?
06:36:12 pm

2021/02/10

Dawn Garry

Hopefully the zoom is all set up!  I can't wait for them to meet and talk about the fraud that has taken place. She was demonized and ridiculed and fought the fraud to no avail, hopefully she can give Mike some advice and possibly help him. Please share my latest op ed with Mike.  I mention him
02:20:44 am

This is from Debbie D'Souza. She wanted you to read this because she mentions you.
02:20:49 am

https://elamerican.com/land-of-the-free/

DEF034384.000022











DEF034384.000023



02:21:50 am

Hannity $35,800. Last Tuesday $41,100

Beck $13,300. Last Tuesday $16,300

Gallagher $12,600. Last Tuesday $16,500

Charlie Kirk $4600. Last Tuesday $4900

Dinesh $23,500. Last Tuesday $23,300

Gorka $4400. Last Tuesday $680

Prager $3400. Last Tuesday $250

Ryan-Hope45 $42,700. Last Tuesday $70,200

Wvw $7400. Last Tuesday $7300

RSBN $20,700. Last Tuesday $32,500

Pray45 $62,000. Last Tuesday $45,000

Rick & Bubba $1900. Last Tuesday $1900

Scott $1100

Last Tuesday $1200
02:21:18 pm

DG

mlicloud@mypillow.com

Set up promo code Faith immediately
03:35:39 pm

Hurry
03:35:53 pm

Or is it set up ???
03:36:00 pm

Read this
Please answer
03:36:19 pm

DEF034384.000024

Dawn Garry

Sent an attachment
Filename: IMG_1972.heic
Path: ~/Library/SMS/Attachments/fc/12/15793E39-C8E2-44A8-8F62-1DEAB8ED9AD5/IMG_1972.heic
Size: 4 MB
Type: image/heic
05:33:33 pm

I forgot to tell you. Garry thinks he knows where you are. He said in the basement at Schmitty's.
05:53:59 pm

Can one of the online platforms use promo code
Our45
Or
Thank you 45
07:28:50 pm

DG

Can the Salem host mention all of the retail stores that are boycotting you?
09:53:58 pm

mlicloud@mypillow.com

Yes and add dollar general to the mix
10:17:44 pm

2021/02/11

Dawn Garry

Hannity $35,600. Last Wednesday $47,000

Beck $8400. Nothing ran. Last Wednesday $17,000. 1 live sheet offer.

Gallagher $24,000. Last Wednesday $15,000

Dinesh $30,400. Last Wednesday $58,200

Ryan-Hope45 $206,000. Last Wednesday $66,600

RSBN $28,400. Last Wednesday $36,600

Derek-Pray45 $80,000. Last Wednesday $50,000

Gorka $11,500. Last Wednesday $580. Wow

Metaxas $5900. Last Wednesday $4200

David Harris $15,000. Last Wednesday $26,000

Judge Jeanine doing reads again. $600 yesterday.

Wvw $7600. Last Wednesday $10,800
02:19:46 pm

DG

Am I supposed to be paying someone for promo code Daystar?
02:32:47 pm

mlicloud@mypillow.com

No that was me
How did it do
02:40:35 pm

DEF034384.000025

Dawn Garry

DG    Since Feb 1st it has brought in 58,000
02:41:21 pm

mlicloud@mypillow.com

Nice
02:41:34 pm

Dawn Garry

Gallagher is pushing the pillow ending tomorrow. He is already at $15,000 today.
04:38:09 pm

Today's spike.

Sent an attachment
Filename: IMG_1975.HEIC
Path: ~/Library/SMS/Attachments/ea/10/A9289F48-B923-44FE-B977-B592E9FE0FAE/IMG_1975.HEIC
Size: 4 MB
Type: image/heic
07:24:47 pm

DG    Scott Hennen is looking for a contact name at Coburns. He is trying to do an interview. I haven't responded to him.
08:15:37 pm

2021/02/12

Dawn Garry

This is a message from Debbie D'Souza.

Maria Corina messaged me to tell me that the she sent Mike the contact info to person that Mike wanted to meet with on Saturday . She contacted him via WhatsApp .. please tell him to check it
12:17:18 am

I just sent you another tribute video for you to approve.
12:45:29 pm

DG    Sent to your email.
12:45:41 pm

mlicloud@mypillow.com

Text me it
Doesn't work
02:57:56 pm

DEF034384.000026

Dawn Garry

Gallagher $42,600. Amazing. Last Thursday $13,900

Beck $16,500. Last Thursday $17,400

Dinesh $26,700. Last Thursday $45,900

Hannity $32,800. Last Thursday $41,100

Charlie Kirk $5200. Last Thursday $6100

Gorka $29,400. Wow. Last Thursday $1150

Larry Elder $2700. Last Thursday $1000

RSBN $61,300. Last Thursday $23,100

Hope45 $106,000. Last Thursday $59,400

Xstrats-Pray45 $150,000. Last Thursday $101,000
02:58:22 pm

I will send it in a minute
02:58:31 pm

https://drive.google.com/file/u/0/d/13V_Ump1BQsdFv4mXGoaWzp-YNFFYXLPg/view?usp=drive_web&pli=1&usp=embed_facebook



DG


03:00:12 pm

mlicloud@mypillow.com

I don't have a Google account
03:15:09 pm

Dawn Garry

Okay. I will send another way.
03:15:30 pm

I just emailed it in a WeTransfer.
04:10:57 pm

Ted Nugent's assistant reached out to me about a sponsorship on his show. She said they typically do not do a rev. Share. Just wondering if you spoke to Ted directly about a sponsorship?
04:55:18 pm

She didn't answer. I will call you when she calls me back.
06:39:32 pm

Do you approve of this?

Sent an attachment
Filename: trump lindell took Trump's back.heic
Path: /var/tmp/com.apple.messages/98A5E6C6-9342-44C8-92F2-F5A8D1FA7E22/trump lindell took Trump's back.heic
Type: image/heic
06:46:14 pm

DG

DEF034384.000027

mlicloud@mypillow.com

No
07:08:25 pm

Text me
08:41:57 pm

**Dawn Garry**

Okay.
08:42:05 pm

Mark said your call was dropped but changed the wording. Wants to know if this is okay?

Sent an attachment
Filename: trump lindell cancel culture .heic
Path: ~/Library/SMS/Attachments/dd/13/01B0AA97-36AD-4B2D-92AD-927CD18265E2/trump lindell cancel culture .heic
Size: 28 KB
Type: image/heic
08:43:13 pm

DG
Do you approve of this one?
09:53:50 pm

2021/02/13

mlicloud@mypillow.com

Did you send the new one
12:25:07 am

**Dawn Garry**

DG
He hasn't sent it to me. He is house hunting. I will ask again.
12:25:53 am

mlicloud@mypillow.com

What video
12:30:34 am

**Dawn Garry**

Did you get the WeTransfer?
12:31:20 am

https://wetransfer.com/downloads/14ddb835eab14f0a4643239fe859eb1c20210212160918/7cc1cdd188f7476750354585ebca13fa20210212160934/e7881d



DEF034384.000028







DG   12:32:13 am

mlicloud@mypillow.com

What is this about ?
12:39:39 am

Dawn Garry

A one minute video tribute.
12:40:17 am

I sent it to your email if you can open that way.
12:41:06 am

How's this??

Sent an attachment
Filename: mypillow have his back.heic
Path: ~/Library/SMS/Attachments/29/09/A54D2746-537F-4D01-9820-251174936162/mypillow have his back.heic
Size: 28 KB
Type: image/heic
01:58:04 am

DG   Did you see this?
02:12:56 am

DEF034384.000029

mlicloud@mypillow.com

Tell him to take off JCP
And add CVS

Otherwise it is awesome
02:20:52 am

Dawn Garry

DG

Okay
02:21:37 am

mlicloud@mypillow.com

Tell Linda ( Sean's gal) that now 22 retailers have dropped us
See if Sean will have me on the week
02:54:59 am

Also get us on rush
To advertise or be on his show

Tell him the same thing
02:55:24 am

Also get me on to advertise with Levin
02:55:42 am

Tell them we have 110 products now nor just sheets
02:56:02 am

We will pay whatever they want
We don't have to do rev splits
We will out bid boiling branch by double
02:56:45 am

Where do the hodge twins sell our products ???
03:01:32 pm

Dawn Garry

DG

They are friends of Ryan and have social media platform.
03:02:17 pm

mlicloud@mypillow.com

I know they have social media
Where
Are the ads for them ?
03:07:47 pm

Dawn Garry

DG

Facebook , Instagram. It is a picture of them with promo code Hodgetwins.
03:09:37 pm

Hi Mike. This message is from Debbie D' Souza.

Maria Corina just messaged me that Mike still hasn't responded . She said he was extremely interested in talking to her friend and wanted to do it ASAP .  Maria Corina thinks he can really help but she's going to leave the ball in his court ..
06:02:27 pm

DEF034384.000030

mlicloud@mypillow.com

Tell Debbie I will reach out today
I have been really busy
06:07:09 pm

Dawn Garry

DG

Okay. Thanks
06:07:29 pm

2021/02/14

mlicloud@mypillow.com

Ryan's is 20% off now right ?
05:36:30 am

And david Harris
All online.
06:02:55 am

Dawn Garry

DG

Yes
02:06:03 pm

2021/02/15

mlicloud@mypillow.com

When am I on hannity levin and rush ?
Also gallager
05:57:34 am

Dawn Garry

I'm working on all of these
12:31:56 pm

Hannity $214,800. Week prior $320,000

Beck $77,000. Week prior $105,800

Dinesh $170,500. Week prior $286,500

Charlie Kirk $42,100. Week prior $30,600

Gorka $113,200. Wow. Week prior $14,100

Metaxas $42,300. Week prior $39,100

Gallagher $141,300. Week prior $99,000

Prager $15,700. Week prior $7600

Derek- Xstrats $783,000. Week prior $457,400

Wvw $41,100. Week prior $75,300

RSBN $225,700. Week prior $408,500

Ryan $655,600. Week prior $435,900

David Harris $245,300. Week prior $161,500
02:00:58 pm

DEF034384.000031

Lynda said tomorrow works best for Hannity. She is going to send a couple times for you.
02:07:39 pm

DG

Hannity. Tomorrow I have 2:40pm ET - does that work?
02:13:04 pm

mlicloud@mypillow.com

Yes
02:27:17 pm

Dawn Garry

DG

Okay. I will keep you posted on the others.
02:27:55 pm

2021/02/16

Dawn Garry

Are you calling into KQ?
01:27:42 pm

Hannity $19,300. Last Monday $35,300

Beck $7600. Last Monday 9600

David Harris $11,500. Last Monday $12,300

Gorka $11,800. Last Monday $5500

Gallagher $5100. Last Monday $10,200

Metaxas $6700. Last Monday $4400

Ryan Hope45 $53,000. Last Monday $36,300

RSBN $135,400. Last Monday $24,800

Xstrats Pray45 $67,600. Last Monday $59,400

Dinesh $16,200. Last Monday $23,300
03:20:32 pm

DG

Lynda, Hannity's producer is asking for a press release for the retailers dropping us?
03:31:34 pm

mlicloud@mypillow.com

What do you mean ?
03:41:32 pm

Dawn Garry

She was just wondering if we had a statement about it?
03:42:18 pm

DG

David Harris is doing for promo code Terrence. He is a comedian friend of his. A Trump supporter and has been removed from some social media. We would like a promo code for Twitter. Are you okay with that?
04:48:15 pm

DEF034384.000032

mlicloud@mypillow.com

Yes that is fine
04:58:29 pm

2021/02/17

Dawn Garry

Hannity $20,600. Last Tuesday $35,800

Beck $5300. Last Tuesday $13,300

Gallagher $6000. Last Tuesday $12,600

Gorka $11,400. Last Tuesday $4400

Dinesh $13,800. Last Tuesday $23,500

RSBN $29,900. Last Tuesday $19,300

Ryan-Hope45 $22,000. Last Tuesday $39,800

Xstrats-Pray45 $58,600. Last Tuesday $104,700

David Harris $27,400. Last Tuesday $23,500
04:17:51 pm

Rush passed away.
05:20:52 pm

Sent an attachment
Filename: IMG_1664.heic
Path: ~/Library/SMS/Attachments/dc/12/3EDAD3E7-C019-4917-A952-47BE4A5D8A17/IMG_1664.heic
Size: 16 KB
Type: image/heic
05:22:23 pm

Can David Harris use promo code Trump2024?
08:41:46 pm

414-702-7776
Derek Utley
09:38:15 pm

DG

mlicloud@mypillow.com

http://Todd.in/ap-trailer



DEF034384.000033



11:50:36 pm

2021/02/18

Dawn Garry

Hannity $16,700. Last Wednesday $35,600

Beck $3700. Last Wednesday $8400

Gallagher $5800. Last Wednesday $19,800

Dinesh $15,500. Last Wednesday $30,400

Gorka $11,000. Last Wednesday $11,500

Metaxas $4200. Last Wednesday $5600

Ryan-Hope45 $55,000. Last Wednesday $171,000

Derek-Pray45 $73,000. Last Wednesday $116,000

RSBN $38,600. Last Wednesday $26,400

WABC $1350. Last Wednesday $800

Wvw $4600. Last Wednesday $7600

The Chicks $9900. Last Wednesday $9700
02:02:43 pm

DG    I'm sending you an email with an ad Derek had designed.
02:38:38 pm

mlicloud@mypillow.com

I think we bring back the mypillows next week by popular demand !
02:51:28 pm

Let's talk
02:51:33 pm

Dawn Garry

DG    
02:51:44 pm

mlicloud@mypillow.com

Ad is not approved
02:55:17 pm

Dawn Garry



Got it.
02:55:28 pm

mlicloud@mypillow.com

Sent an attachment
Filename: Kimberly Fletcher.vcf
Path: ~/Library/SMS/Attachments/76/06/F5A28B1C-1B45-49AF-BDF0-0575D6324C96/Kimberly Fletcher.vcf
Size: 203 bytes
Type: text/vcard
06:46:25 pm

Dawn Garry

David Harris said that he could have promo code big box? Just confirming.
07:46:20 pm

mlicloud@mypillow.com

Yes one word and two
07:59:19 pm

Dawn Garry


07:59:32 pm

Spike at 3pm

Sent an attachment
Filename: IMG_1978.HEIC
Path: ~/Library/SMS/Attachments/65/05/5620D7A9-BF48-4058-8CC6-CF3BB3186A78/IMG_1978.HEIC
Size: 4 MB
Type: image/heic
09:01:01 pm

DEF034384.000035

2021/02/19

Dawn Garry

I am letting everyone know today about the pillow offer coming back.

Hannity $13,600. Last Thursday $32,800

Beck $7600. Last Thursday $16,500

Metaxas $4800. Last Thursday $3200

Gallagher $4200. Last Thursday $42,600. Mentions pillow offer was ending.

Gorka $13,000. Last Thursday $29,400

Dinesh $16,700. Last Thursday $26,600

Ryan- Hope45 $52,100. Last Thursday $106,000

Derek-Xstrats $140,000. Last Thursday $150,000

RSBN $27,000. Last Thursday $61,300

Wvw $2950. Last Thursday $4900

Rick & Bubba $760. Last Thursday $1200

Boston $1460. Last Thursday $1900

02:52:42 pm

**DG** Pete Santilli has brought in $74,600 since he started on January 18th.
04:44:23 pm

mlicloud@mypillow.com

Wow
05:09:17 pm

Dawn Garry

**DG** Ian Martin called you. He was just following up with our call yesterday. Wanted to know if you spoke to a Todd Carter yet?
06:16:11 pm

DEF034384.000036

2021/02/22

Dawn Garry

Hannity $124,900. Week prior $215,800

Beck $46,300. Week prior $77,000

Gallagher $53,500. Week prior $141,300

Dinesh $114,000. Week prior $170,500

Gorka $92,700. Week prior $113,200

Metaxas $32,300. Week prior $42,300

Ryan $455,700. Week prior $655,600

Xstrats-Derek $682,900. Week prior $783,800

RSBN $293,150. Week prior $225,700

Wvw $25,300. Week prior $41,100

David Harris $191,300. Week prior $245,300

02:50:23 pm

Do you want Derek to use this?



DG

05:09:21 pm

mlicloud@mypillow.com

No
05:25:51 pm

Dawn Garry

DG

Okay. I will let him know.
05:26:10 pm

mlicloud@mypillow.com

He cannot use that yet
05:26:12 pm

DEF034384.000037

I have to find out about lawsuit
05:26:24 pm

Dawn Garry

DG

Got it.
05:26:31 pm

2021/02/23

Dawn Garry

DG

Hannity $22,400. Last Monday $19,200

Beck $8700. Last Monday $7600

Dinesh $40,200. Last Monday $16,200

Gallagher $5700. Last Monday $7050

Gorka $15,700. Last Monday $11,800

Metaxas $4700. Last Monday $4200

Sexton $1370. Last Monday $625

Rick & Bubba $1750. Last Monday $1050

Pete Santilli $3500. Last Monday $2200

Ryan -Hope45 $145,700. Last Monday $53,000

Scott Hennen $2100. Last Monday $370

Boston $1400. Last Monday $970.
01:15:00 pm

mlicloud@mypillow.com

Where is the other runs guy?
01:46:00 pm

Dawn Garry

DG

David Harris $24,000. Last Monday $$12,000

Xstrats $73,000. Last Monday $66,800.

Mark-Speak Freely $12,000
Last Monday $5500

Wvw $4800. Last Monday $3500
01:50:03 pm

The owner of USA Radio that advertise with us wrote this article.

Sent an attachment
Filename: p18p25 editorial.doc
Path: ~/Library/SMS/Attachments/76/06/F660182B-F63C-4A3F-AFD3-C3C14D011F16/p18p25 editorial.doc
Size: 28 KB
Type: application/msword
02:46:22 pm

DG

I sent an email with a few creatives they would like to post on social media with your approval.
03:17:49 pm

DEF034384.000038

2021/02/24

Dawn Garry

Pete Santilli $11,400. Last Tuesday $1100. He sent me your interview.

Hannity $22,500. Last Tuesday $20,600

Beck $8200. Last Tuesday $5200

Dinesh $35,900. Last Tuesday $13,800

Gorka $13,300. Last Tuesday $11,400

Metaxas $5000. Last Tuesday $4300

Gallagher $7000. Last Tuesday $8900

Prager $2900. Last Tuesday $600

Charlie Kirk $2900. Last Tuesday $2300

Derek-Xstrats $64,700. Last Tuesday $58,500

Ryan-Hope45 $108,000. Last Tuesday $22,000

RSBN $18,500. Last Tuesday $29,900

The Chicks $11,900. Last Tuesday $5600

David Harris $16,300. Last Tuesday $28,000

DG
01:45:33 pm

2021/02/25

Dawn Garry

Hannity $23,800. Last Wednesday $16,700

Beck $5000. Last Wednesday $3700

Gallagher $9700. Last Wednesday $6800

Gorka $13,900. Last Wednesday $11,000

Dinesh $31,700. Last Wednesday $15,500

Ryan-Hope45 $60,800. Last Wednesday $55,200

Charlie Kirk $5500. Last Wednesday $2900

Pete Santilli $3400. Last Wednesday $1500

Derek-Xstrats $59,500. Last Wednesday $73,200

RSBN $11,900. Last Wednesday $38,500

David Harris $20,800. Last Wednesday $15,500

The Chicks $8600. Last Wednesday $9900

Buck Sexton $1200. Last Wednesday $830

Metaxas $4800. Last Wednesday $3800

Wvw $3300. Last Wednesday $4600
01:41:01 pm

DEF034384.000039

Hi Dawn

Per our discussion I wanted to connect you with CJ Pearson. He's a young conservative activist at the University of Alabama. He recently created a GoFundMe to provide resources to shelters in Texas that have been recently been under great strain due to the recent natural disaster that struck the state. It raised more than $30,000 and he would like to use the money to provide MyPillow blankets and pillows to these shelters and wanted to coordinate logistics with you my pillow.

Derek

**DG** This is from Derek Utley. Are we able to give his friend a deal on pillows, etc?
08:03:24 pm

mlicloud@mypillow.com

Yes a huge discount
11:21:13 pm

Employee cost
11:21:13 pm

👤

Dawn Garry

**DG** Okay.
11:24:09 pm

2021/02/26

Dawn Garry

Can you go on Gallagher Monday or Tuesday at 11am CST?
01:27:31 pm

Hannity $22,800. Last Thursday $13,600

Beck $9000. Last Thursday $7600

Gallagher $10,900. Last Thursday $8800

Dinesh $18,600. Last Thursday $16,700

Metaxas $3800. Last Thursday $4200

Gorka $14,100. Last Thursday $13,000

Ryan-Hope45 $73,000. Last Thursday $52,100

Derek-Xstrats $155,200. Last Thursday $140,000

Rick & Bubba $2100. Last Thursday $760

Pete Santilli $4300. Last Thursday $1550

RSBN $41,500. Last Thursday $27,000

**DG** Www $3750. Last Thursday $2950
03:11:51 pm

DEF034384.000040

2021/03/01

Dawn Garry

Hannity $162,300. Week prior $124,900

Beck $51,900. Week prior $46,300

Dinesh$183,800. Week prior $114,000

Gorka $92,300. Week prior $92,700

Larry Elder $4050. Week prior $3200

Gallagher $60,400. Week prior $53,500

Derek-Xstrats $819,500. Week prior $682,900

Ryan-Hope45 $576,200. Week prior $455,700

RSBN $635,900. Week 293,200

Scott $6800. Week prior $4200

David Harris $109,000. Week prior $187,000

02:18:29 pm

RSBN
Monday $16,770.58

Tuesday $18,487.70

Wednesday $11,927.62

Thursday $41,530.34

Friday $124,263.22

Saturday $103,113.52

Sunday $319,813.61

03:00:11 pm

Derek would like the following promo codes. Just wanted to make sure you were okay with them?

I need the following codes: Poso and USA45.

Poso is for Jack Posobiec and he works for One America News. He has about 1.2 million followers on Twitter. USA45 is for our news website banner to track to our website Republican Daily.

08:44:24 pm

DG

mlicloud@mypillow.com

Yes in both
09:04:55 pm

Dawn Garry

Okay.
09:05:07 pm

DG

DEF034384.000041

2021/03/02

Dawn Garry

Warroom $40,000

RSBN $88,000. Last Monday $16,800

Hannity $20,200. Last Monday $22,400

Beck $7000. Last Monday $8600

Gallagher $6800. Last Monday $8700

Dinesh $14,000. Last Monday $40,000

Gorka $9700. Last Monday $15,700

Ryan-Hope45 $47,800. Last Monday $145,700

Derek-Xstrats $220,000. Last Monday $74,900
01:22:50 pm

Mike Gallagher will be calling you at noon ET. You can mention being canceled by retailers, just cannot mention the names.
02:56:20 pm

I sent you an email from Dan Metter that he wanted you to see.
04:14:56 pm

I saw that Jack Posobiec has been doing really well so I checked out his Twitter. He bought the domain name PillowHogg.com and if redirects to our website. Wanted you to know in case it's an issue.
07:51:20 pm

Jack said he also registered the below domains.

TheGoodPillows.com
MyGoodPillows.com
HoggPillow.com
PillowHog.com
ProgressivePillow.com
ProgressivePillows.com
07:57:02 pm

DG

2021/03/03

Dawn Garry

Derek
424-702-7776
01:03:30 pm

**DG**

War room $70,700

Hannity $17,600. Last Tuesday $22,500

Beck $3500. Nothing ran. Last Tuesday $8200. 1 live.

Gallagher $5100. Your interview will air today at 10:30. Last Tuesday $7000

Dinesh $12,500. Last Tuesday $35,900

Gorka $7000. Last Tuesday $13,300

Ryan-Hope45 $49,900. Last Tuesday $108,000

Derek $159,000. Last Tuesday $64,700

RSBN $54,800. Last Tuesday $18,500

David Harris $6100. Last Tuesday $16,300
01:44:07 pm

2021/03/04

Dawn Garry

**DG**

Derek sent you a couple of text last night for you to approve.
01:19:15 pm

mlicloud@mypillow.com

Galapher was an interview ??????
01:25:00 pm

What a joke
01:25:06 pm

Dawn Garry

**DG**

War room $62,800

Derek $102,000. Last Wednesday $59,500

RSBN $35,900. Last Wednesday $11,900

David Harris $6100. Last Wednesday $20,800

The Chicks $6700. Last Wednesday $8600

Metaxas $3400. Last Wednesday $4800

Ryan-Hope45 $44,400. Last Wednesday $60,800

Dinesh $10,000. Last Wednesday $31,700

Gorka $11,800. Last Wednesday $13,900

Gallagher $8400. Last Wednesday $9700

Beck $5300. Last Wednesday $5000

Hannity $15,100. Last Wednesday $23,800.

Rick & Bubba $1400. Last Wednesday $880

Boston $1700. Last Wednesday $1050
01:36:37 pm

DEF034384.000043

mlicloud@mypillow.com

Was the gallagher airing in this
01:45:09 pm

Dawn Garry

DG
Yes. It aired yesterday.
01:45:31 pm

mlicloud@mypillow.com

Not too good ?
01:45:50 pm

Dawn Garry

DG
Not too good.
01:46:11 pm

2021/03/05

Dawn Garry

DG
War room $64,900

Hannity $14,700. Last Thursday $22,800

Beck $5900. Last Thursday $9000

Gorka $9700. Last Thursday $14,100

Ryan-Hope45 $56,800. Last Thursday $73,000

Dinesh $15,000. Last Thursday $18,600
Gallagher $7000. Last Thursday $10,900

Derek $147,900. Last Thursday $155,200

RSBN $24,200. Last Thursday $41,500

The Chicks $8500. Last Thursday $8100
02:08:06 pm

DEF034384.000044

2021/03/08

Dawn Garry

Hannity $118,500. Week prior $162,200

Beck $37,600. Week prior $51,900

Derek $919,300. Week prior $819,500

Ryan-Hope45 $354,500. Week prior $576,200

RSBN $279,300. Week prior $635,900

Gallagher $47,600. Week prior $60,400

Charlie Kirk $27,800. Week prior $19,200

Dinesh $153,400. Week prior $183,800

Gorka $66,600. Week prior $92,200

The Chicks $44,900. Week prior $56,400

David Harris $170,300. Week prior $109,000

DG  02:20:26 pm

micloud@mypillow.com

Wardroom
02:29:56 pm

Warroom
02:30:18 pm

Dawn Garry

$349,000. Sorry I thought I had added that one.
02:30:46 pm

Do you approve this one?

Sent an attachment
Filename: IMG_1990.HEIC
Path: ~/Library/SMS/Attachments/51/01/A79ABF7C-7859-41F2-858D-CD38ED3C924B/IMG_1990.HEIC
Size: 3 MB
Type: image/heic

DG  07:09:51 pm

micloud@mypillow.com

No I do not approve
07:10:29 pm

It looks like it is coming from me
07:10:48 pm

Dawn Garry

Okay. I will talk to them.

DG  07:11:03 pm

DEF034384.000045

mlicloud@mypillow.com

Did they run it ??
07:11:12 pm

Dawn Garry

DG

No
07:11:17 pm

mlicloud@mypillow.com

It needs to be perceived that it is coming from a 3rd party
07:11:51 pm

Plus I don't use God to sell MyPillow
07:12:11 pm

Dawn Garry

DG

Okay. I got it.
07:12:32 pm

mlicloud@mypillow.com

I think it can be worded a little different
07:14:14 pm

Dawn Garry

DG

I am talking to him now.
07:14:44 pm

mlicloud@mypillow.com

See if he can word it different
3rd party
I like the platform
07:15:08 pm

Dawn Garry

👍
07:15:38 pm

DG

Am I able to set up promo code Warroom for Uk? They want to talk about it on tonight's show.
10:06:25 pm

mlicloud@mypillow.com

Not yet
11:02:41 pm

Dawn Garry

DG

Okay
11:02:55 pm

DEF034384.000046

2021/03/09

Dawn Garry

Hannity $14,700. Last Monday $20,200

Beck $2200. Nothing ran. Last Monday $7000. Live topper

Warroom $28,800. Last Monday $40,000

Derek $64,500. Last Monday $220,000

Ryan $25,400. Last Monday $47,800

Gorka $5500. Last Monday $9700

Dinesh $9600. Last Monday $14,000

Gallagher $3500. Last Monday $6800

RSBN $15,600. Last Monday $88,000

The Chicks $5500. Last Monday $5700

Charlie Kirk $5300. Last Monday $1900
01:10:17 pm

Do you like this one?

Sent an attachment
Filename: IMG_1991.HEIC
Path: ~/Library/SMS/Attachments/1d/13/8BBA20D1-A957-4D4F-BC46-AEE83CF283E9/IMG_1991.HEIC
Size: 3 MB
Type: image/heic
01:25:26 pm

mlicloud@mypillow.com

No it hides my cross
02:19:55 pm

Dawn Garry

I will have him rework it.
02:20:29 pm

mlicloud@mypillow.com

Put faith instead of Jesus
02:20:51 pm

Dawn Garry

👍
02:21:00 pm

Better?

Sent an attachment
Filename: Mike Lindell Faith.heic
Path: ~/Library/SMS/Attachments/d0/00/C6130DCA-8681-4693-9590-43C8C3A27256/Mike Lindell Faith.heic
Size: 49 KB
Type: image/heic
04:58:18 pm

DEF034384.000047

mlicloud@mypillow.com

Yes
05:51:21 pm



Dawn Garry

Okay
05:51:35 pm

2021/03/10

Dawn Garry

Warroom $32,800. Last Tuesday $70,700

Hannity $12,200. Nothing ran. Last Tuesday $17,700. One prerecorded topper

Beck $3050. Nothing ran. Last Tuesday $3500. Nothing

Dinesh $9200. Last Tuesday $12,500

Derek $53,700. Last Tuesday $159,000

Ryan $10,600. Last Tuesday $49,900

David Harris $5700. Last Tuesday $6100

RSBN $22,200. Last Tuesday $54,800

Gorka $9100. Last Tuesday $7000

Gallagher $5300. Last Tuesday $5100

Charlie Kirk $4000. Last Tuesday $1600
01:38:43 pm

2021/03/11

Dawn Garry

Warroom $32,700. Last Wednesday $62,800

Hannity $13,500. Last Wednesday $15,100

Beck $4000. Last Wednesday $5300

The Chicks $5400. Last Wednesday $6700

Dinesh $15,800. Last Wednesday $10,000

Charlie Kirk $4300. Last Wednesday $1400

Gallagher $5200. Last Wednesday $8400

RSBN $19,100. Last Wednesday $35,900

Derek $55,900. Last Wednesday $102,000

Gorka $6700. Last Wednesday $11,800

Ryan $17,100. Last Wednesday $44,400

David Harris $6300. Last Wednesday $6100
01:51:08 pm

I am bringing on Rudy Giuliani on a rev. Split.
05:08:35 pm

mlicloud@mypillow.com

Ok
05:09:23 pm

Dawn Garry

Also Mark Levin but he is on a 1.8 guarantee.
05:09:51 pm

mlicloud@mypillow.com

Awesome !!!
05:10:37 pm

Dawn Garry

We are spiking. Warroom has already done $60k

Sent an attachment
Filename: IMG_1994.HEIC
Path: ~/Library/SMS/Attachments/b9/09/2CD2F099-30F4-43C8-8B19-0D7FDBD4E02E/IMG_1994.HEIC
Size: 4 MB
Type: image/heic
06:21:46 pm

mlicloud@mypillow.com

Wow
06:22:21 pm

Dawn Garry

Warroom $87,000
08:52:26 pm

mlicloud@mypillow.com

Wow!
08:58:40 pm

What is it at now
08:59:02 pm

Dawn Garry

$90,000
08:59:42 pm

mlicloud@mypillow.com

What is it up too
10:01:17 pm

Dawn Garry

Give me 2 minutes. I'm logging in
10:02:45 pm

$98,000
10:07:41 pm

DG
$108,000 now.
10:59:05 pm

mlicloud@mypillow.com

Wow!!!
11:03:01 pm

2021/03/12

Dawn Garry

DG
$120k
12:12:22 am

mlicloud@mypillow.com

Words
02:08:30 am

Wowsa
02:08:32 am

Dawn Garry

DG
$130k now.
02:08:53 am

Warroom $128,000. Last Thursday $64,900

Hannity $14,600. Last Thursday $14,700

Beck $8500. Last Thursday $5900

Gorka $7400. Last Thursday $9700

Ryan $23,300. Last Thursday $56,800

Dinesh $15,400. Last Thursday $15,000

Gallagher $7000. Last Thursday $7000

Derek $58,900. Last Thursday $147,900

RSBN $14,500. Last Thursday $24,200

The Chicks $7100. Last Thursday $8500
01:21:49 pm

2021/03/14

Dawn Garry

DG
Tom Barnard is trying to call you just to talk about being on the front page of the paper.
06:43:31 pm

2021/03/15

Dawn Garry

DG
Mike Gallagher is in love with the slippers and wants to know if you have time to come on air this morning at either 10:30 or 11:30 ET?
11:50:31 am

DEF034384.000050

mlicloud@mypillow.com

11:30
12:48:07 pm



Dawn Garry

Okay. I will have them call you.
12:48:24 pm

Derek $586,300. Week prior $919,400

Ryan $129,100. Week prior $354,500

RSBN $112,400. Week prior $279,300

Warroom $361,300. Week prior $349,000

Hannity $108,500. Week prior $118,500

Beck $32,600. Week prior $37,600

Gallagher $41,800. Week prior $47,600

Dinesh $88,500. Week prior $153,400

Gorka $45,600. Week prior $66,600

David Harris $62,900. Week prior $172,900
01:02:41 pm

DG    Spreely is one of the social media guys that has promo code Our45.
01:38:28 pm

mlicloud@mypillow.com

Try slippers on some of the radio shows
02:15:52 pm

Dawn Garry

DG    Okay.
02:16:08 pm

mlicloud@mypillow.com

Have Darren switch website right now
We talked about it
And out a square on Galapher
Before I go on
Hurry 😊
02:17:21 pm

Dawn Garry

DG    They are already on. Gallagher, Hannity and radio squares.
02:17:59 pm

mlicloud@mypillow.com

(612) 210-5520
Jim furlong
05:01:40 pm

DEF034384.000051

Dawn Garry

**DG** Thanks
05:01:49 pm

2021/03/16

Dawn Garry

**DG**
Warroom $50,200. Last Monday $28,800

RSBN $20,200. Last Monday $15,600

Hannity $14,400. Last Monday $14,700

Beck $6000. Last Monday $2200

Derek $88,200. Last Monday $64,500

Gallagher -slippers $17,000. Last Monday $3500

The Chicks $6200. Last Monday $5500

Dinesh $23,100. Talked slippers. Last Monday $9600

Gorka $3800. Last Monday $5500

David Harris $13,000. Last Monday $7400
12:29:37 pm

2021/03/17

Dawn Garry

**DG**
Warroom $57,400. Last Tuesday $32,800

Ted Nugent TV started yesterday. $8100

MG show. You were on yesterday $8200. Last Tuesday $500.

Gallagher $8200. Last Tuesday $5300

Gorka $4400. Last Tuesday $9100

RSBN $15,400. Last Tuesday $22,200

David Harris $16,400. Last Tuesday $5700

Ryan $12,000. Last Tuesday $10,600

Derek $80,400. Last Tuesday $53,700

Dinesh $14,200. Last Tuesday $9200

Beck $4100. Last Tuesday $3050

Hannity $16,600. Last Tuesday $12,200
12:51:11 pm

**DG**
David Harris wants promo codes
America
America First

Are you okay if that?
05:51:55 pm

DEF034384.000052

2021/03/18

Dawn Garry

Warroom $58,100. Last Wednesday $32,700

Hannity $29,000. Last Wednesday $13,500

Beck $9600. Last Wednesday $4000

RSBN $21,200. Last Wednesday $19,100

Derek $133,800. Last Wednesday $55,900

Ryan $16,200. Last Wednesday $17,100

David Harris $16,300. Last Wednesday $6300

Gorka $4900. Last Wednesday $6700

Gallagher $11,200. Last Wednesday $5200

Dinesh $14,300. Last Wednesday $15,800

The Chicks $6000. Last Wednesday $5400

Dan Bongino. Started yesterday $13,500

Ted Nugent $4600

DG    12:18:40 pm

mlicloud@mypillow.com

Ask Ted when I should come in his show
05:07:41 pm

How did you get DAN?
05:07:44 pm

Dawn Garry

I asked Westwood One that I wanted him.
05:08:26 pm

I will check with Ted.
DG    05:08:38 pm

DEF034384.000053

2021/03/19

Dawn Garry

Dan Bongino $12,800

Warroom $63,100. Last Thursday $128,000. You were on and they mentioned slippers.

Hannity $25,000. Last Thursday $14,600

Beck $6600. Last Thursday $8500

Ryan $12,200. Last Thursday $23,300

Dinesh $8800. Last Thursday $15,400

Gallagher $7100. Last Thursday $7000

Derek $134,000. Last Thursday $58,900

RSBN $14,500. Last Thursday $14,500

The Chicks $9500. Last Thursday $7100

Gorka $8600. Last Thursday $7400

Rick & Bubba $1800. Last Thursday $900.

Ted $1700.

Boston $1500. Last Thursday $900

DG  12:32:46 pm

2021/03/22

Dawn Garry

Beck $54,100. Week prior $32,600

Hannity $144,100. Week prior $108,500

Warroom $316,100. Week prior $361,300

Derek $740,800. Week prior $586,300

Ryan $88,100. Week prior $129,100

RSBN $107,600. Week prior $112,400

Dinesh $91,700. Week prior $88,500

Gallagher $62,000. Week prior $41,800

Dan Bongino $34,300

Ted Nugent $16,700

Pete Santilli $8200. Week prior $4500

Scott Hennen $5500. Week prior $3100

Rick & Bubba $7700. Week prior $5200

David Harris $102,900. Week prior $62,900

DG  01:40:08 pm

2021/03/23

Dawn Garry

Last nights spike.

Sent an attachment
Filename: IMG_2015.HEIC
Path: ~/Library/SMS/Attachments/33/03/8E20F52C-09D9-4924-A7AE-E63B3876813A/IMG_2015.HEIC
Size: 4 MB
Type: image/heic
01:19:55 pm

Hannity $17,100. Last Monday $14,400

Beck $4500. Last Monday $6000

Warroom $27,400. Last Monday $50,200

RSBN $8100. Last Monday $20,200.

Derek $62,000. Last Monday $88,200

Gallagher $4800. Out sick. Last Monday $17,000. Announced slippers.

The Chicks $6200. Last Monday $6200

Dinesh $7300. Last Monday $23,100

Gorka $4300. Last Monday $3800

David Harris $22,000. Last Monday $13,000

Rick & Bubba $1900. Mentioned slippers. Last Monday $520

DG    Boston $1300. Last Monday $1000
01:25:55 pm

2021/03/24

Dawn Garry

Hannity $16,500. Last Tuesday $16,000

Beck $5500. Last Tuesday $4100

Warroom $29,400. Last Tuesday $57,400

Gallagher $2350. Out sick again. Last Tuesday $8200

Metaxas $7300. Aired your interview. Last Tuesday $1500

Gorka $3800. Last Tuesday $4400

RSBN $12,900. Last Tuesday $15,400

David Harris $14,000. Last Tuesday $16,400

Ryan $3500. Last Tuesday $12,000

Derek $65,700. Last Tuesday $80,400

DG    Dinesh $6900. Last Tuesday $14,200
01:03:22 pm

mlicloud@mypillow.com

Dawn
Do you know about the rose show ??
06:07:00 pm

Hello????
06:07:37 pm

DEF034384.000055

Dawn Garry

**DG** Her assistant I believe sent me some information. I asked her to get some product to her
06:07:47 pm

mlicloud@mypillow.com

Rose unplugged
06:07:47 pm

She is not on a rev split
06:08:01 pm

Dawn Garry

**DG** She emailed me. I have not seen a proposal.
06:08:17 pm

mlicloud@mypillow.com

Just test spots
06:08:19 pm

Call them
06:08:30 pm

Dawn Garry

Okay
06:08:35 pm

Calling her assistant Joanne right now.
06:10:46 pm

**DG** No answer. I left her a message.
06:12:01 pm

2021/03/25

Dawn Garry

Warroom $37,700. Last Wednesday $58,100

Hannity $17,800. Last Wednesday $29,000

Beck $4400. Nothing ran. Last Wednesday $9600. 1 live.

Gallagher $6700. Last Wednesday $11,200

RSBN $12,100. Last Wednesday $21,100

Derek $90,400. Last Wednesday $133,800

Ryan $11,400. Last Wednesday $16,200

David Harris $20,000. Last Wednesday $16,300

Gorka $5500. Last Wednesday $4900

Dinesh $7800. Last Wednesday $14,300

The Chicks $5600. Last Wednesday $6000

**DG** Metaxas $3800. Last Wednesday $1900
12:22:29 pm

DEF034384.000056

2021/03/26

Dawn Garry

**DG** Mike Gallagher spent last night in the hospital waiting to hear if he needs surgery. He has a blocked duct in his abdomen.
11:49:22 am

mlicloud@mypillow.com

Oh no!
12:05:15 pm

Dawn Garry

I will keep you posted on him.
12:05:40 pm

Warroom $69,200. Last Thursday $63,100

Hannity $16,000. Last Thursday $25,000

Beck $6800. Last Thursday $6600

Ryan $5500. Last Thursday $12,200

Dinesh $6900. Last Thursday $8800

Gallagher $4650. Last Thursday $7100

Derek $84,000. Last Thursday $134,000

RSBN $10,000. Last Thursday $14,500

The Chicks $5500. Last Thursday $9500

Gorka $4700. Last Thursday $8600

Rick & Bubba $1100. Last Thursday $1800

Metaxas $5100. Last Thursday $2700
12:09:23 pm

**DG** Gallagher has an infection and a little blockage. No cancer and no surgery needed. Just antibiotics!!
02:41:51 pm

mlicloud@mypillow.com

👍
03:03:57 pm

Dawn Garry

**DG** Can Derek put the Sleepyville commercial on his Facebook? He would not plug his promo code.
04:07:49 pm

mlicloud@mypillow.com

Yes he can plug his promo code too
06:28:17 pm

Dawn Garry

**DG** Thanks.
06:28:30 pm

DEF034384.000057

2021/03/28

Dawn Garry

**DG** Were you on with Steve Bannon Friday or Saturday? Those 2 days brought in $330,000
08:48:15 pm

mlicloud@mypillow.com

Yes
08:59:12 pm

Dawn Garry

**DG** Okay. That makes sense.
08:59:40 pm

2021/03/29

mlicloud@mypillow.com

How is Ted Nugent doing ?
02:52:05 am

Dawn Garry

Last week total sales were $2600. I am checking to make sure a commercial ran. Overall for 2 weeks it has brought in $18,500 on an overall spend of $50,000 for a 6 month contract.
11:25:02 am

Warroom $536,800. Week prior $316,100

Derek $486,200. Week prior $740,800

RSBN $82,000. Week prior $107,600

Ryan $46,100. Week prior $88,100

Hannity $108,900. Week prior $144,100

Beck $38,600. Week prior $54,100

Dinesh $51,600. Week prior $91,600

Gorka $29,700. Week prior $35,100

Gallagher $33,100. Out sick all week. Week prior $62,000

The Chicks $38,400. Week prior $44,000

Metaxas $28,300. Week prior $13,700.

David Harris $95,200. Week prior $102,900

**DG** Rick & Bubba $8800. Week prior $7700
01:32:58 pm

DEF034384.000058

2021/03/30

Dawn Garry

Warroom $31,100. Last Monday $27,300

RSBN $24,800. Last Monday $8000

Hannity $11,600. Last Monday $17,100

Beck $6000. Last Monday $4450

Diamond & Silk $3200

Derek $39,800. Last Monday $62,000

Gallagher $4400. Last Monday $4800

The Chicks $4900. Last Monday $6200

Dinesh $14,400. Last Monday $7300

Gorka $4100. Last Monday $4300

David Harris $11,300. Last Monday $22,000

Rick & Bubba $1500. Last Monday $1900

Boston $1200. Last Monday $1300

DG  12:40:46 pm

2021/03/31

Dawn Garry

Warroom $28,300. Last Tuesday $29,400

Hannity $13,400. Last Tuesday $16,500

Beck $9100. Last Tuesday $5500

The Chicks $5300. Last Tuesday $5200

Dinesh $11,000. Last Tuesday $6900

Gorka $4100. Last Tuesday $3800

Levin $4400. Started this week.

Rush $6500. Started this week.

Derek $44,200. Last Tuesday $65,700

Ryan $7000. Last Tuesday $3500

David Harris $8200. Last Tuesday $14,000

RSBN $10,200. Last Tuesday $12,900

Metaxas $3800. Last Tuesday $7300

Gallagher $5700. Last Tuesday $2350

DG  12:32:00 pm

mlicloud@mypillow.com

Diamond and silk
01:12:00 pm

DEF034384.000059

Dawn Garry

**DG** $2500 yesterday.
01:13:03 pm

mlicloud@mypillow.com

Can you see what kind of read they are doing
01:14:12 pm

Dawn Garry

**DG** Yes. I will talk to them and see.
01:14:46 pm

2021/04/01

Dawn Garry

**DG** Warroom $34,700. Last Wednesday $37,700

Hannity $16,200. Last Wednesday $17,800

Beck $3800. Last Wednesday $4400

Derek $55,100. Last Wednesday $90,400

Gallagher $4000. Last Wednesday $6700

Gorka $3600. Last Wednesday $5500

Levin $7900

Rush $6800

Metaxas $3700. Last Wednesday $3800

Dinesh $6500. Last Wednesday $7800

David Harris $8000. Last Wednesday $20,000

Ryan $6400. Last Wednesday $11,400

Diamond & Silk $1500. They sent me the video that they did. They are saying save up to 66% off but do not mention any specific products.
12:48:12 pm

mlicloud@mypillow.com

They need to get some specific products like the robes and slippers
01:23:24 pm

Dawn Garry

That's what I told them. I have asked them to get me a list of items they need. They have said 3 times they will send it but I still don't have it. I sent another reminder this morning.
01:24:30 pm

They just told me that nothing ran yesterday. They were happy with sales.
01:43:55 pm

**DG** I just got off the phone with Dan Metter. He mentioned that he spoke to you about an invitation on May 20th in Long Island with Hannity. He said there would be about 30 people and would love for you and Kendra to come. Let me know if you are interested.
01:56:31 pm

mlicloud@mypillow.com

How is promo RPM doing ?
05:51:39 pm

Send Diamond and silk product 👍
05:51:53 pm



Dawn Garry

Patrick Coffin just called and wanted me to tell you he was just banned from YouTube.
05:52:39 pm

Diamond and Silk said I would have their list today.
05:53:01 pm

Promo code RPM has brought in $980 this past month.
05:53:51 pm

Patrick launched "Truth over Fear" within minutes was banned.
05:54:55 pm

DG

I believe Nick set up promo code RPM. He has never been paid. I was not tracking it. Can you send me his information if I am to pay him? Since Feb. 1st. He has brought in a total of $7013.14
06:03:47 pm

mlicloud@mypillow.com

Call him
06:27:27 pm

Ramiro pena
06:27:33 pm

Ask Shannon
06:27:38 pm

Dawn Garry

DG

Ok
06:27:44 pm

DEF034384.000061

2021/04/02

Dawn Garry

Warroom $33,400. Last Thursday $69,200

Hannity $10,400. Last Thursday $16,000

Beck $8400. Last Thursday $6800

Rush $6700

Levin $9000

Metaxas $3650. Last Thursday $5100

Gallagher $6700. Last Thursday $4650

Gorka $4400. Last Thursday $4700

The Chicks $6600. Last Thursday $5500

RSBN $5500. Last Thursday $10,000

Derek $54,200. Last Thursday $84,000

Dinesh $5100. Last Thursday $6900

Rose Tennent 1st day $660

100% Fed Up. $3300. You were on.

DG    01:29:15 pm

2021/04/05

Dawn Garry

Hannity $87,000. Week prior $108,900

Beck $44,900. Week prior $38,600

Diamond & Silk $10,500. I just received their list this morning.

David Harris $55,200. Week prior $95,200

Warroom $203,600. Week prior $536,800

Derek $358,700. Week prior $486,200

The Chicks $28,100. Week prior $38,400

Metaxas $19,400. Week prior $28,300

Rick & Bubba $5400. Week prior $8800

RSBN $64,900. Week prior $82,000

Ryan $34,000. Week prior $46,100

Dinesh $52,400. Week prior $51,600

Gorka $25,400. Week prior $29,700

Gallagher $36,500. Week prior $33,100

100% Fedup $71,800

Mark Levin $42,800. Week prior $7700. Had started on a Thursday from previous week.

01:34:36 pm

DG    I have set up promo code Curt and also Kurt. His number is 800-867-0237
05:27:22 pm

2021/04/06

Dawn Garry

Gallagher $6100. Last Monday $4400

Hannity $13,500. Last Monday $11,600

Beck $5100. Last Monday $6000

Warroom $19,200. Last Monday $31,100

Diamond & Silk $2400. Last Monday $3200

RSBN $6400. Last Monday $24,800. Toured MyPillow

The Chicks $4200. Last Monday $4900

Dinesh $6300. Last Monday $14,400

Gorka $3600. Last Monday $4100

David Harris $7500. Last Monday $11,300

Rick & Bubba $1300. Last Monday $1500

Levin $9800. Last Monday $2400

Rush $4500. Last Monday $6000

Derek $44,800. Last Monday $39,800
12:27:05 pm

DG    Do you want to advertise on
We love Trump.com website?
If so, they want to use promo code WLT
12:30:12 pm

DEF034384.000063

2021/04/07

Dawn Garry

Warroom $20,900. Last Tuesday $28,300

Hannity $12,000. Last Tuesday $13,400

Beck $3700. Last Tuesday $9100

The Chicks $3300. Last Tuesday $5300

Dinesh $4700. Last Tuesday $11,000

Gorka $3600. Last Tuesday $4100

Levin $15,000. Last Tuesday $4400

Rush $4500. Last Tuesday $6500

Derek $44,400. Last Tuesday $44,200

Ryan $3000. Last Tuesday $7000. Cut down on ads since he lost $10,000 on last ad.

Metaxas $3400. Last Tuesday $3800

Gallagher $6600. Last Tuesday $5700

WABC $3600. Last Tuesday $1200

It is Mike Gallagher's birthday today.
12:57:48 pm

DG  I just emailed you the list.
04:52:43 pm

2021/04/08

mlicloud@mypillow.com

https://teams.microsoft.com/l/meetup-join/19%3ameeting_ODUyZDlmNjEtMmViZC00MDFjLTgzOTEtZjJhMTYzYjdiMmFm%40thread.v2/0?context=%7b%22Tid%22%3a%220cafd9ad-f8a0-4b1b-8233-7dad0c1c7a3c%22%2c%22Oid%22%3a%22afbe9d2d-781f-49f2-adb3-597deb6de31b%22%7d



DEF034384.000064



12:01:34 pm

3pm today eastern
4pm Friday eastern time
12:02:12 pm

Sent an attachment
Filename: IMG_2228.heic
Path: ~/Library/SMS/Attachments/3a/10/14928455-3020-40C5-81C0-30903D55C68A/IMG_2228.heic
Size: 13 KB
Type: image/heic
12:03:28 pm

Dawn Garry

Warroom $21,400. Last Wednesday $34,700

Hannity $10,600. Last Wednesday $16,200

Beck $6200. Last Wednesday $3800

Derek $53,400. Last Wednesday $55,100

Gallagher $7300. Last Wednesday $4000

Gorka $3600. Last Wednesday $3600

Levin $11,900. Last Wednesday $7900

Rush $5900. Last Wednesday $6800

Metaxas $2300. Last Wednesday $3700

Dinesh $6000. Last Wednesday $6500

David Harris $6000. Last Wednesday $8000

Ryan $5300. Last Wednesday $6400

Diamond & Silk $1100. Last Wednesday $1500

Daily wire $10,000. Last Wednesday $400. Did not run last week.

Boston $1500. Last Wednesday $1100

100% Fed up $22,000
01:54:12 pm

DG

2021/04/09

mlicloud@mypillow.com

KRKN
Add code for Sidney Powell
03:47:23 am

DEF034384.000065

Dawn Garry

Done

KRKN
800-685-4682
12:22:53 pm

Warroom $19,500. Last Thursday $33,400

Hannity $12,400. Last Thursday $10,400

Beck $9900. Last Thursday $8400

Rush $6000. Last Thursday $6700

Levin $10,300. Last Thursday $9000

Gallagher $5000. Last Thursday $6700

Gorka $5800. Last Thursday $4400

RSBN $8300. Last Thursday $5500

Dinesh $6500. Last Thursday $5100

100% Fed up $29,000. Last Thursday $3200

Mg show $2500. Last Thursday $600
01:24:01 pm

DG

2021/04/12

Dawn Garry

Derek $368,600. Week prior $358,700

Warroom $144,000. Week prior $189,400

Ryan $41,400. Week prior $34,000

RSBN $55,800. Week prior $64,900

100% Fed up $130,300

Daily Wire $26,600. Week prior $6000. Did not run.

Dan Bongino $53,700. Week prior $4500. Nothing ran

Mark Levin $69,400. Week prior $40,900

Charlie Kirk $11,300. Week prior $6300

Dinesh $39,900. Week prior $52,400

Gorka $26,700. Week prior $25,400

Metaxas $20,000. Week prior $19,400

Gallagher $39,000. Week prior $36,500

David Harris $58,300. Week prior $55,200

Hannity $93,000. Week prior $87,000

Beck $45,900. Week prior $44,900

Buck $5600. Week prior $3800
01:35:09 pm

DEF034384.000066

Gorka was just cancelled from YouTube
04:14:48 pm

Do you approve of this?

**DG**
Sent an attachment
Filename: IMG_6582.heic
Path: ~/Library/SMS/Attachments/56/06/405B6185-B5D4-4A52-A800-B72BC7060FDD/IMG_6582.heic
Size: 58 KB
Type: image/heic
11:01:08 pm

mlicloud@mypillow.com

No
11:03:45 pm

For sure no!!!
11:03:58 pm

Dawn Garry

**DG**
Okay.
11:04:05 pm

2021/04/13

Dawn Garry

Warroom $21,700. Last Monday $19,200

Hannity $15,600. Last Monday $13,500

100% Fed up $10,000. Last Monday $20,000

Gallagher $5300. Last Monday $6100

Diamond & Silk $1700. Last Monday $2400

RSBN $16,700. Last Monday $6400

The Chicks $4150. Last Monday $4200

Dinesh $6100. Last Monday $6300

Gorka $3400. Last Monday $3600

David Harris $6600. Last Monday $7500

Levin $8200. Last Monday $9800

Rush $8000. Last Monday $4500

Derek $40,300. Last Monday $44,800

Dan Bongino $3600. Last Monday $1000
02:55:38 pm

https://johnstonhowse-my.sharepoint.com/:v:/p/rj/ET7BHQURUddCi2lvkIg3iDcBX2ITj1kJ-VAmnfzap3FbVw?e=gzCzKd



DEF034384.000067


10:07:15 pm

DG
Let me know if that worked.
10:07:42 pm

mlicloud@mypillow.com
Yes
10:07:46 pm

Dawn Garry

DG
Great.
10:07:54 pm

2021/04/14

Dawn Garry

DG
Warroom $24,200. Last Tuesday $20,900

Hannity $15,900. Last Tuesday $12,000

Beck $9300. Last Tuesday $3700

The Chicks $7500. Last Tuesday $3300

Dan Bongino $2300. Last Tuesday $400

Dinesh $7000. Last Tuesday $4700

Gallagher $5300. Last Tuesday $6600

Metaxas $3800. Last Tuesday $3400

Levin $6000. Last Tuesday $15,000. Did 2 reads that day.

RSBN $14,000. Last Tuesday $4800

Rush $7000. Last Tuesday $4500

Derek $75,300. Last Tuesday $44,400

Clay Clark $2400. Last Tuesday $870
12:52:19 pm

mlicloud@mypillow.com
Sent an attachment
Filename: Kevin Mccolough .vcf
Path: ~/Library/SMS/Attachments/ac/12/C60136E5-9903-4F3D-B482-080F57C089BA/Kevin Mccolough .vcf
Size: 176 bytes
Type: text/vcard
02:18:46 pm

Please help kevin on Frank
Thanks
02:20:09 pm

Dawn Garry

Will do.
02:20:18 pm

DEF034384.000068

**DG** — Many influencers and others are asking about MyStore. I know their promo codes will work, but we aren't doing a split with them since we do not get much of the profit ourselves, correct?
04:28:09 pm

mlicloud@mypillow.com

Correct
05:22:46 pm

That will come later
05:22:57 pm

Couple months
05:23:04 pm

Dawn Garry

Got it.
05:23:20 pm

**DG** — Ted Nugent is in for Monday!!
07:02:12 pm

mlicloud@mypillow.com

Awesome !
07:13:19 pm

2021/04/15

Dawn Garry

Warroom $23,700. Last Wednesday $21,400

Hannity $23,200. Last Wednesday $10,600

Beck $8500. Last Wednesday $6200

Derek $56,100. Last Wednesday $53,400

Gallagher $7100. Last Wednesday $7300

Gorka $3700. Last Wednesday $3600

Levin $6800. Last Wednesday $11,900

Rush $7700. Last Wednesday $5900

Metaxas $4100. Last Wednesday $2300

Dinesh $4700. Last Wednesday $6000

David Harris $5200. Last Wednesday $6000

Diamond & Silk $2550. Last Wednesday $1100

100% Fed up $18,000. Last Wednesday $22,000

WABC $4800. Last Wednesday $1500
01:04:03 pm

**DG** — I never heard from Terrence Williams yesterday.
01:44:34 pm

DEF034384.000069

mlicloud@mypillow.com

Check with him again
02:18:13 pm

Dawn Garry

DG  I do not have his number.
02:20:40 pm

DG  Rose Tennent-Rose Unplugged will be filling in for Hannity on April 23rd. She and Lynda would like you on. Are you interested? If so, I will get a time.
07:19:41 pm

mlicloud@mypillow.com

What time is it on
07:23:49 pm

Dawn Garry

DG  I have to check with Lynda.
07:24:10 pm

2021/04/16

Dawn Garry

DG  Warroom $24,300. Last Thursday $19,500

Hannity $17,800. Last Thursday $12,400

Beck $8100. Last Thursday $9900

The Chicks $8100. Last Thursday $2700

Diamond & Silk $1700. Last Thursday $1800

Gallagher $7100. Last Thursday $5000

Dinesh $4400. Last Thursday $6500

100% Fed up $27,000. Last Thursday $29,000

Levin $31,500. Pulling aircheck. Last Thursday $10,300

Charlie Kirk $1800. Last Thursday $2200

Rush $4500. Last Thursday $6000

Gorka $4400. Last Thursday $5800

RSBN $7700. Last Thursday $8300

Metaxas $5700. Last Thursday $2000

Derek $46,000. Last Thursday $47,000
01:19:48 pm

DEF034384.000070

2021/04/19

Dawn Garry

Warroom $142,400. Week prior $144,000

Hannity $122,200. Week prior $93,000

Beck $55,600. Week prior $45,900

David Harris $36,000. Week prior $58,300

Gallagher $43,500. Week prior $39,000

Metaxas $30,600. Week prior $20,000

Gorka $25,600. Week prior $26,700

Dinesh)39,800. Week prior $39,900

Charlie Kirk $10,600. Week prior $11,300

Levin $89,000. Week prior $69,400

100% Fed up $112,200. Week prior $130,300

RSBN $87,200. Week prior $55,800

Ryan $61,200. Week prior $41,400

Derek $369,100. Week prior $368,600
01:26:30 pm

mlicloud@mypillow.com

Set up promo code frank1
05:22:31 pm

Let me know when it is up
05:22:45 pm

Dawn Garry

Doing it now
05:23:00 pm

mlicloud@mypillow.com

Actually just set up frank too
05:23:00 pm

Frank
05:23:05 pm

Frank
05:23:22 pm

Dawn Garry

Done
05:23:32 pm

mlicloud@mypillow.com

And frank1
05:23:32 pm

DEF034384.000071

Dawn Garry

DG

**Both are done**
05:23:41 pm

mlicloud@mypillow.com

Thansk
Are you listening or watching
05:23:52 pm

Dawn Garry

**Yes. It's awesome!!**
05:24:02 pm

**A spike just now.**

Sent an attachment
Filename: IMG_2026.HEIC
Path: ~/Library/SMS/Attachments/55/05/BD9425B7-639F-4E14-93A4-BA0116606DFB/IMG_2026.HEIC
Size: 4 MB
Type: image/heic
06:47:55 pm

DG

mlicloud@mypillow.com

Is promo code frank on there
07:02:54 pm

Dawn Garry

DG

**Yes. That has brought in $80,000 already.**
07:03:29 pm

DEF034384.000072

2021/04/20

Dawn Garry

Frank $304,000

Warroom $18,400. Last Monday $21,700

Hannity$16,600. Last Monday $15,600

Beck $5000. Last Monday $2900

RSBN $32,600. Last Monday $16,700

Ted Nugent Podcast $2400. Last Monday $500

Gallagher $4100. Last Monday $5300

WABC $2000. Last Monday $1600

Metaxas $4300. Last Monday $2400

Gorka $4000. Last Monday $3400

The Chicks $5500. Last Monday $4150

Clay Clark $14,300. Last Monday $2100

Sidney Powell $5000

Dinesh $4700. Last Monday $6100

100% Fed up $21,000. Last Monday $10,000

Diamond & Silk $4400. Last Monday $1700

David Harris $6000. Last Monday $6600

Levin $9400. Last Monday $8200

Rush $5300. Last Monday $8000

Derek $55,500. Last Monday $44,800

Bongino $14,800. Last Monday $3600

DG    12:18:52 pm

mlicloud@mypillow.com

Send me spike
12:33:01 pm

Dawn Garry

Sent an attachment
Filename: IMG_2027.HEIC
Path: ~/Library/SMS/Attachments/66/06/4CD9B5F4-336B-4F90-B5C3-A21037A20F0D/IMG_2027.HEIC
Size: 4 MB
Type: image/heic
12:33:36 pm

DG    I hear you fine
02:22:21 pm

DEF034384.000073

2021/04/21

Dawn Garry

Frank $224,000

Warroom $12,600. Last Tuesday $24,200

Hannity $16,300. Last Tuesday $15,900

Beck $10,900. Last Tuesday $9300

Diamond & Silk $3600. Last Tuesday $2800

Dan Bongino $8000. Last Tuesday $2300

Gallagher $7000. Last Tuesday $5300

Metaxas $4600. Last Tuesday $3800

Levin $8300. Last Tuesday $6000

RSBN $17,100. Last Tuesday $14,000

Clay Clark $10,000. Last Tuesday $2400

Ted Nugent Podcast $3300. Last Tuesday $700
12:42:12 pm

Sent an attachment
Filename: IMG_2030.HEIC
Path: ~/Library/SMS/Attachments/b9/09/4E42E9AD-91F0-45DC-8D89-3E28A59AF712/IMG_2030.HEIC
Size: 3 MB
Type: image/heic
12:45:04 pm

DG

2021/04/22

Dawn Garry

Frank $118,000

Warroom $17,900. Last Wednesday $23,700

Hannity $16,000. Last Wednesday $23,200

Beck $6000. Last Wednesday $8500

Gallagher $5800. Last Wednesday $7100

Gorka $3100. Last Wednesday $3700

Metaxas $3100. Last Wednesday $4100

The Chicks $4150. Last Wednesday $7000

Clay Clark $4600. Last Wednesday $145

Diamond & Silk $1700. Last Wednesday $2550

Levin $7150. Last Wednesday $6800

Rush $5300. Last Wednesday $7700

RSBN $9700. Last Wednesday $8300

David Harris $6300. Last Wednesday $5200

100% Fed up $11,400. Last Wednesday $18,000

Ted Nugent $1400. Last Wednesday $100
12:22:59 pm

Sent an attachment
Filename: IMG_2036.HEIC
Path: ~/Library/SMS/Attachments/56/06/8B18473D-FA19-46B1-B26B-F13DA8835314/IMG_2036.HEIC
Size: 4 MB
Type: image/heic
12:56:16 pm

DG

2021/04/23

Dawn Garry

Mike Gallagher saw the pillow for $29.98 back in his square. Can he promote that again?
11:54:53 am

DEF034384.000075

**DG**

Frank $80,000

Hannity $16,300. Last Thursday $17,800

Warroom $16,800. Last Thursday $24,300

Clay Clark $6600. Last Thursday $750

The Chicks $5400. Last Thursday $8100

Diamond & Silk $2700. Last Thursday $1700

Metaxas $3500. Last Thursday $5700

Gallagher $6100. Last Thursday $7109

Rush $4400. Last Thursday $4500

Nugent $1650. Last Thursday $150

Dinesh $4400. Last Thursday $4400

100% Fed up $12,000. Last Thursday $27,000

RSBN $5050. Last Thursday $7700
12:34:56 pm

2021/04/24

mlicloud@mypillow.com

Yes Mike can for sure!
02:58:27 am

Dawn Garry

**DG**

👍
01:03:28 pm

2021/04/26

mlicloud@mypillow.com

Do not do checks for vendors until we chat ...
I think you should go in the bigger office by Sarah with Katelyn ... thoughts?
Remind me of hodgetwins
05:47:25 am

Dawn Garry

**DG**

Good morning. Let me know when you want to talk this morning. I will not send anyone their numbers. I am fine with going into that office.
11:54:52 am

DEF034384.000076

2021/04/27

Dawn Garry

Warroom $22,900. Last Monday $18,400

Hannity $15,700. Last Monday $16,600

Beck $6600. Last Monday $5000

Derek $36,000. Last Monday $55,500

Hodgetwins $15,000. Last Monday $13,400

Gallagher $5500. Last Monday $4100

Gorka $5200. Last Monday $4000

Levin $6600. Last Monday $9400

RSBN $10,200. Last Monday $32,600

The Chicks $3800. Last Monday $5500

David Harris $3500. Last Monday $6000

Rush $6200. Last Monday $5300
02:34:14 pm

DG    I have Brannon & Mary Fanning's wire information. Did you want money sent for the Documentary or Frankathon?
02:51:54 pm

2021/04/29

Dawn Garry

Warroom $14,400. Last Wednesday $17,900

Hannity $15,000. Last Wednesday $16,000

Beck $5900. Last Wednesday $5900

Gallagher $7300. Last Wednesday $5800

Rush $7300. Last Wednesday $4700

RSBN $12,400. Last Wednesday $9700

Gorka $3200. Last Wednesday 3100.

DG    Dinesh $6400. Last Wednesday $2200
11:36:01 am

DEF034384.000077

2021/04/30

Dawn Garry

OAN $19,900

Warroom $24,400. Last Thursday $16,800

RSBN $9300. Last Thursday $5050

Hannity $19,300. Last Thursday $16,300

Gallagher $13,500. Last Thursday $6100

Metaxas $3600. Last Thursday $3500

Levin $9200. Last Thursday $9000

Diamond & Silk $3809. Last Thursday $2700

Beck $12,400. Last Thursday $5900

The Chicks $4300. Last Thursday $5400

Rush $6700. Last Thursday $4400

Dinesh $6000. Last Thursday $4400

DG    12:44:34 pm

2021/05/03

Dawn Garry

Hannity $105,000. Week prior $112,700

Beck $53,600. Week prior $52,200

Gallagher $57,100. Week prior $39,700

Dinesh $30,500. Week prior $28,500

Derek $259,900. Week prior $225,800

Diamond & Silk $17,100. Week prior $17,600

Warroom $146,400. Week prior $121,200

The Chicks $30,900. Week prior $32,400

Rick & Bubba $6700. Week prior $6800

Levin $51,500. Week prior $53,200

02:56:23 pm

Do you want to go on Sid & Bernie from WABC in NY this week?

03:23:29 pm

Sent an attachment
Filename: IMG_8993.heic
Path: ~/Library/SMS/Attachments/63/03/1A59DB99-84DE-4277-A3EE-7D71E3A441BE/IMG_8993.heic
Size: 85 KB
Type: image/heic

06:25:27 pm

Do you approve?

06:25:33 pm

DEF034384.000078

https://www.thegatewaypundit.com/2021/05/leftist-internet-company-shuts-truth-fear-covid-summit-silence-health-professionals-concerned-lockdowns-experimental-gene-therapy-injections/





Sent an attachment
Filename: 62758247-C9AF-474E-AFF4-F5D774DEB947.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/3B0F0F1C-3FBF-4BF4-8879-73DBE530ADD9/62758247-C9AF-474E-AFF4-F5D774DEB947.pluginPayloadAttachment

Sent an attachment
Filename: CC171900-8605-457A-8586-B73D2B375490.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/8F6BF2B2-C9D5-4BD4-A244-775A52E9E90A/CC171900-8605-457A-8586-B73D2B375490.pluginPayloadAttachment





07:27:06 pm

DEF034384.000079

DG

**Patrick Coffin wanted you to see this.**
07:27:06 pm

mlicloud@mypillow.com

**Thanks**
07:52:19 pm

Dawn Garry

DG

**Do you approve the creative?**
07:53:28 pm

2021/05/04

Dawn Garry

Warroom $16,800. Last Monday $22,900

Hannity $16,700. Last Monday $15,700

Beck $6000. Last Monday $6500

Gallagher $7400. Last Monday $5500

Daily wire $4200. Last Monday $1700

Diamond & Silk $4600. Last Monday $1300

Levin $8100. Last Monday $6600

OAN $30,000

Rush $5700. Last Monday $6200

Derek $27,900. Last Monday $36,000

Gorka $2209. Last Monday $5200

The Chicks $3100. Last Monday $3800

David Harris $2200. Last Monday $3500

Boston $1400. Last Monday $1100
12:53:59 pm

**Can this church use promo code HonorGod ?**

Sent an attachment
Filename: IMG_2042.HEIC
Path: ~/Library/SMS/Attachments/7d/13/52370361-A58F-4BC4-8450-81B064522A72/IMG_2042.HEIC
Size: 1 MB
Type: image/heic
01:22:39 pm

**Do you approve of this creative?**

Sent an attachment
Filename: IMG_7828.heic
Path: ~/Library/SMS/Attachments/c0/00/458331B8-5655-4977-A424-EE208C9B0324/IMG_7828.heic
Size: 85 KB
Type: image/heic
01:38:23 pm

DG

DEF034384.000080



No I don't like me bragging upon myself
01:45:18 pm



Dawn Garry

**DG** Got it.
01:45:28 pm

mlicloud@mypillow.com

And it is very busy
01:45:33 pm



Dawn Garry

**DG** 👍
01:45:45 pm

Do you like this?

**DG** Sent an attachment
Filename: IMG_3808.heic
Path: ~/Library/SMS/Attachments/88/08/F0C1AF0A-37F1-4A26-A1F1-7C42455AAD12/IMG_3808.heic
Size: 64 KB
Type: image/heic
03:18:55 pm

2021/05/05

Dawn Garry

Warroom $19,000. Last Tuesday $22,500

Hannity $16,000. Last Tuesday $12,500

Beck $10,700. Last Tuesday $11,200

Gallagher $8000. Last Tuesday $10,000

Dinesh $3300. Last Tuesday $2200

Gorka $3000. Last Tuesday $1600

The Chicks $14,500. Last Tuesday $4500

Daily wire $3900. Last Tuesday $500

Diamond & Silk $1100. Last Tuesday $1600

Levin $5300. Last Tuesday $7300

OAN $64,300

RSBN $6500. Last Tuesday $6300

Rush $4200. Last Tuesday $6100
12:58:52 pm

**DG** Do you like Candace Owens? She has been added to Daily Wire lineup.
02:08:50 pm

DEF034384.000081

mlicloud@mypillow.com

Yes she is awesome
02:22:14 pm

Get her selling.
02:22:20 pm

Dawn Garry

DG Will do.
02:22:30 pm

mlicloud@mypillow.com

What's up
10:09:23 pm

Dawn Garry

meade.cooper@fox.com

This is Tucker's assistant
10:09:55 pm

DG I also just got off the phone with Lynda.
Call when you have 2 minutes.
10:10:39 pm

2021/05/06

Dawn Garry

OAN $51,600

Warroom $35,800. Last Wednesday $14,400

Hannity $18,200. Last Wednesday $15,000

Beck $8900. Last Wednesday $5900

Gallagher $7200. Last Wednesday $7300

Rick & Bubba $1200. Last Wednesday $650

The Chicks $11,100. Last Wednesday $4200

Daily wire $4000. Last Wednesday $730. Nothing ran.

Dinesh $4900. Last Wednesday $6400

Diamond & Silk $1900. Last Wednesday $2200

Rush $6900. Last Wednesday $7300

DG Levin $5800. Last Wednesday $4800
12:22:38 pm

2021/05/07

Dawn Garry

Warroom $30,900. Last Thursday $24,400

Hannity $15,200. Last Thursday $19,300

Gallagher $15,800. Last Thursday $13,500

Rick & Bubba $1400. Last Thursday $1100

The Chicks $7700. Last Thursday $4300

Dan Bongino $2400. Last Thursday $2000

Dinesh $7400. Last Thursday $6000

Gorka $3300. Last Thursday $1600

Levin $6300. Last Thursday $9200

OAN $43,300. Last Thursday $19,900

DG    Rush $6100. Last Thursday $6700
12:47:55 pm

mlicloud@mypillow.com

How much frank
01:27:11 pm

Dawn Garry

DG    Frank sales from Thursday
$42,877
01:27:40 pm

2021/05/08

Dawn Garry

DG    Frank sales from yesterday $43,000
01:00:57 pm

DEF034384.000083

2021/05/10

Dawn Garry

Frank last week $277,100

OAN $273,000

Warroom $183,800. Week prior $146,400

Hannity $114,200. Week prior $105,000

Beck $52,000. Week prior $53,600

Derek $199,600. Week prior $259,900

Hodgetwins $55,400. Week prior $67,300

RSBN $39,400. Week prior $55,300

Diamond & Silk $18,900. Week prior $17,100

Gallagher $60,900. Week prior $57,100

Dinesh $29,000. Week prior $30,500

David Harris $21,700. Week prior $34,000

DG
12:31:45 pm

mlicloud@mypillow.com

Frank is an exact 50-50
01:32:56 pm

Dawn Garry

DG
Mark is sending me invoices to approve. Ones that were sent to Jessica. Do you want to go over them?
02:15:55 pm

mlicloud@mypillow.com

Didn't you give him the numbers ???
02:18:27 pm

Why would you have to reapprovve
02:19:11 pm

Dawn Garry

DG
These invoices are ones that Jessica approves.
USA Studios
Works Web Ventures
02:19:51 pm

mlicloud@mypillow.com

???
02:20:20 pm

Dawn Garry

DG
One looks like from Bobbi Anderson.
02:22:22 pm

DEF034384.000084

mlicloud@mypillow.com

**Yes approve**
02:35:00 pm

Dawn Garry

Okay
02:35:43 pm

2021/05/11

Dawn Garry

Frank $70,755

Warroom $26,200. Last Monday $16,800

Hannity $13,400. Last Monday $16,700

Beck $4400. Last Monday $6000

The Chicks $5900. Last Monday $3100

Bards Podcast-new $5050

Gallagher $7000. Last Monday $7400

OAN $43,000. Last Monday $30,000

RSBN $5000. Last Monday $5700

Derek $29,000. Last Monday $27,900

Rush $5000. Last Monday $5700
12:19:29 pm

2021/05/12

Dawn Garry

Frank $37,900. Last Tuesday $36,000

OAN $32,200. Last Tuesday $64,300

Hannity $11,600. Last Tuesday $16,000

Gallagher $5900. Last Tuesday $8000

The Chicks $7000. Last Tuesday 14,500

Bards $4100

Dinesh $6400. Last Tuesday $3300

Diamond & Silk $3400. Last Tuesday $1100

Levin $4200. Last Tuesday $5300

RSBN $6000. Last Tuesday $6500

Warroom $19,400. Last Tuesday $19,000

Gorka $2100. Last Tuesday $3000
12:21:13 pm

In case you didn't know. Heidi's baby passed away early this morning. I will send flowers on behalf of MyPillow.
12:54:00 pm

DEF034384.000085

mlicloud@mypillow.com

Oh no!!!!
12:58:56 pm



Dawn Garry

DG

So sad!!
12:59:22 pm

mlicloud@mypillow.com

Really sad 😢
01:02:44 pm

Dawn Garry

Sent an attachment
Filename: Mike Lindell - 60 sec 5-11-21.mp3
Path: ~/Library/SMS/Attachments/ab/11/43B55B1B-5079-4CBC-8951-7FD4142A18D9/Mike Lindell - 60 sec 5-11-21.mp3
Size: 1 MB
Type: audio/mpeg
01:44:27 pm

Do you approve this one?

Sent an attachment
Filename: Mike Lindell -Bott- 60 sec 5-12-21.mp3
Path: ~/Library/SMS/Attachments/da/10/5E36A7DF-99CD-43F0-A21F-44DB1F54BC73/Mike Lindell -Bott- 60 sec 5-12-21.mp3
Size: 1 MB
Type: audio/mpeg
06:55:40 pm

DG

mlicloud@mypillow.com

Awesoem
06:57:17 pm

Dawn Garry

DG

👍
06:57:45 pm

DEF034384.000086

2021/05/13

Dawn Garry

Frank $45,700. Last Wednesday $32,400

OAN $25,500. Last Wednesday $51,600

Warroom $18,600. Last Wednesday $35,800

Hannity $10,700. Last Wednesday $18,200

Beck $8600. Last Wednesday $8900

Gallagher $6000. Last Wednesday $7200

Bards $6500

The Chicks $5100. Last Wednesday $4900

Dinesh $5400. Last Wednesday $4900

Diamond & Silk $5500. Last Wednesday $1900

Rush $5700. Last Wednesday $6900

Levin $4100. Last Wednesday $5800

DG
12:43:59 pm

2021/05/14

mlicloud@mypillow.com

?
01:28:42 pm

Dawn Garry

DG
Sorry, I was creating 1000 promo codes. I will have your numbers in 5 minutes.
01:29:32 pm

mlicloud@mypillow.com

Why on the promo codes
The bed ones ?
01:30:09 pm

Dawn Garry

DG
Bed1-999
01:30:22 pm

mlicloud@mypillow.com

Use the lower bed ones first
1-100
01:31:01 pm

Dawn Garry

I already finished all of them this morning.
01:31:25 pm

DEF034384.000087

Frank $41,800. Last Thursday $42,800

Warroom $16,600. Last Thursday $30,900

Hannity $10,800. Last Thursday $15,100

Beck $5500. Last Thursday $5800

Diamond & Silk $4700. Last Thursday $1200

Bards $8700

Rush $4500. Last Thursday $5100

Gallagher $6000. Last Thursday $14,000.

Dinesh $4000. Last Thursday $6300
01:37:03 pm

Just a heads up. Tom Barnard's Podcast is still not uploaded on Frank. The support people have reached out to Tom's son and can see the issue but asked him to send his files so they can look at them. I spoke to RJ and he said he would look into it.
07:25:10 pm

DG   Also, I think Tom wants to talk to you when you have a few minutes.
07:25:38 pm

2021/05/17

Dawn Garry

Derek $185,500. Week prior $200,000

Warroom $129,000. Week prior $183,800

Diamond & Silk $23,400. Week prior $18,900

Hannity $82,100. Week prior $114,200

Beck $33,300. Week prior $52,000

Rick & Bubba $5000. Week prior $5300

Gallagher $41,500. Week prior $60,900

David Harris $16,800. Week prior $21,700

RSBN $32,000. Week prior $39,400

100% Fed up $118,300. Week prior $57,000

Bards $46,600. Week prior $11,200

Frank $274,900. Week prior $275,500
DG   12:57:01 pm

mlicloud@mypillow.com

Who is bards ?
12:59:31 pm

Dawn Garry

DG   Scott Kesterson
12:59:55 pm

mlicloud@mypillow.com

**Who is he**
01:00:11 pm

**Where did he come from**
01:00:31 pm

Dawn Garry

**You have been in his Podcast before. While you were talking with him you mentioned for him to contact me.**
01:01:00 pm

mlicloud@mypillow.com

**What does he talk about ?**
**He must have a big audience ?**
01:01:35 pm

**When does Candace start ?**
01:01:47 pm

Dawn Garry

**He does have a big audience and is talking slippers.**

**Candace will start June 1st.**
01:02:44 pm

2021/05/18

Dawn Garry

**Frank $17,800. Last Monday $69,500. At Corn Palace.**

**Warroom $18,300. Last Monday $26,200**

**Hannity $13,600. Last Monday $13,700**

**Beck $9600. Last Monday $4400**

**Gallagher $4500. Last Monday $7000**

**Dinesh $3900. Last Monday $3200**

**The Chicks $4300. Last Monday $5900**

**Metaxas $4500. Last Monday $2400**

**Levin $5400. Last Monday $3200**

**Bards $12,400. Last Monday $4100**

**Rick & Bubba $1100. Last Monday $900**

**Boston $1000. Last Monday $950**
12:46:27 pm

DEF034384.000089

2021/05/19

Dawn Garry

Frank $16,800. Last Tuesday $37,800

Warroom $16,800. Last Tuesday $19,400

Hannity $10,300. Last Tuesday $11,600

Beck $4000. Last Tuesday $3100. Nothing ran either day.

Bards $7200. Last Tuesday $3400

The Chicks $5900. Last Tuesday $7000

Diamond & Silk $2600. Last Tuesday $3400

Dinesh $3500. Last Tuesday $6400

Gallagher $5200. Last Tuesday $5900

Levin $3300. Last Tuesday $4200

Rush $3900. Last Tuesday $3200

12:57:54 pm

DG Since we are switching radio back to the pillow offer, can I have Rob put the pillow on top in the radio, Hannity, & Gallagher squares?
12:58:49 pm

mlicloud@mypillow.com

Yes all of them and the first square on the front page
01:16:53 pm

Dawn Garry

Okay.
01:17:27 pm

DG Hi. So you mentioned stock? Would I be able to get stock?
08:00:33 pm

mlicloud@mypillow.com

It is options and i won't know until there is another board meeting
08:18:59 pm

Dawn Garry

DG Okay
08:19:24 pm

DEF034384.000090

2021/05/20

Dawn Garry

Frank $18,900. Last Wednesday $45,700

Warroom $21,800. You were on and also announced pillow offer. Last Wednesday $18,600

Hannity $12,900. Last Wednesday $10,700

Beck $3800. Nothing ran. Last Wednesday $8600. Live slipper.

Bards $5600. Last Wednesday $6000

Gallagher $5000. Last Wednesday $6000

Dinesh $4200. Last Wednesday $5400

Diamond & Silk $1400. Last Wednesday $5500. Will check on this one.

The Chicks $3700. Last Wednesday $5100. Only made one mention yesterday.

Dr Tenpenny $1400. Just started this week.

11:57:39 am

DG  Everyone has been notified of the pillow offer. Should all be switched no later than Monday.
11:58:12 am

mlicloud@mypillow.com

Diamond and silk were on Frank
12:34:32 pm

Dawn Garry

DG  One of Eric Metaxas listeners was wondering why his promo code did not work on the UK site. Can I add his as well?
06:46:47 pm

mlicloud@mypillow.com

Yes
06:53:17 pm

Dawn Garry

Okay
06:53:23 pm

I'm off the phone.
07:47:30 pm

DG  If you see Lynda tonight. Please say hello from me.
10:25:12 pm

mlicloud@mypillow.com

I don't think this is her group ... it is the tv side I think ?
10:26:32 pm

But I will if I see her
10:26:38 pm

DEF034384.000091



Dawn Garry
DG
Thanks.
10:27:35 pm

mlicloud@mypillow.com
Lynda is coming
10:40:14 pm

Are we on rush?
Can we get on rush
10:45:45 pm

Hello??
10:47:34 pm

Dawn Garry
DG
Yes. We are on rush. Radio and podcast.
10:48:08 pm

mlicloud@mypillow.com
How does it do ??
10:48:39 pm

Dawn Garry
DG
They are at a 2. Right now.
10:49:14 pm

mlicloud@mypillow.com
Coolaid
10:49:25 pm

Dawn Garry
DG
Yes. Doing well since starting.
10:50:27 pm

2021/05/21

Dawn Garry

Frank $17,500. Last Thursday $41,800

Frank7 $2150. I believe you just announced yesterday for the first time.

Warroom $15,200. Last Thursday $16,600

Hannity $10,300. Last Thursday $10,800

Beck $3000. Nothing ran. Last Thursday $5500. 1 prerecorded slipper.

Bards $9400. Last Thursday $8700

The Chicks $4400. Last Thursday $5500

Gallagher $6500. Last Thursday $6000

Dinesh $2400. Last Thursday $3900

Diamond & Silk $1500. Last Thursday $4700

Derek $25,500. Last Thursday $21,000

Metaxas $2400. Last Thursday $1200

David Harris $1850. Last Thursday $1400

Rick & Bubba $900. Last Thursday $700

11:50:26 am

Dinesh would like to do a promotion for June. I will explain when we talk today.

12:02:24 pm

Here is the information they sent.

Mrs. Nugent had heard from friends that Mr. Lindell was participating in the "For God & Country Patriot Roundup" at the Omni Hotel on May 28.  I found some detail on the event at Forbes.com but Mr. Lindell's name is not referenced.
If you don't know about it, I'm guessing it's an urban myth.

Regardless, thank you for your efforts!

02:57:18 pm

DG

DEF034384.000093

2021/05/24

Dawn Garry

Frank $101,000. Week prior $274,900

Warroom $131,700. Week prior $129,100

Derek $197,900. Week prior $185,500

Ryan Fournier $20,500. Week prior $12,500

Diamond & Silk $12,100. Week prior $23,400

RSBN $30,700. Week prior $32,000

David Harris $22,000. Week prior $17,000

100% Fed Up $97,300. Week prior $128,200

Charlie Kirk $5200. Week prior $3900

Metaxas $15,400. Week prior $10,600

Gallagher $37,800. Week prior $41,500

Hannity $77,700. Week prior $82,100

Beck $31,400. Week prior $33,300

DG
01:06:04 pm

2021/05/25

Dawn Garry

Frank $11,400. Last Monday $17,800

Warroom $21,800. Last Monday $18,300

Hannity $17,100. Last Monday $13,500

Beck $4000. Nothing ran. Last Monday $9600. Slipper.

Diamond & Silk $1600. Last Monday $1000

The Chicks $4600. Last Monday $4300

Gallagher $4200. Last Monday $4500

David Harris $2400. Last Monday $1700

Rick & Bubba $1150. Last Monday $1100

Boston $1125. Last Monday $1000

Bongino $2500. Last Monday $900

12:23:04 pm

All is removed. I also sent an email to him.

Sent an attachment
Filename: vm-20210525172656020867-a223f3e7817356a04224892616a556e5.m4a
Path: ~/Library/SMS/Attachments/96/06/E331F82F-AB7A-4A72-9EAF-CA87E129251B/vm-20210525172656020867-
a223f3e7817356a04224892616a556e5.m4a
Size: 35 KB
Type: audio/x-m4a
05:34:47 pm

DEF034384.000094

DG — Roger Stone would like to use promo code "get stoned" it's the name of his podcast. Are you okay with that?
06:59:39 pm

mlicloud@mypillow.com
Let me think
No
He can use
Stone
07:04:47 pm

Dawn Garry
DG — That's what I thought which I relayed to his assistant. I also told him Roger was available.
07:07:07 pm

2021/05/26

Dawn Garry
Frank $11,600. Last Tuesday $12,100

Warroom $29,100. Last Tuesday $16,800

Hannity $13,300. Last Tuesday $10,200

Beck $3500. Last Tuesday $4000

Gallagher $5600. Last Tuesday $5200

The Chicks $4300. Last Tuesday $5900

Diamond & Silk $1800. Last Tuesday $2600

100% Fed Up $25,200. Last Tuesday $15,000

Bongino $2500. Last Tuesday $800

Rush $4900. Last Tuesday $4700
12:12:33 pm

Derek was wondering if he can add his promo code to this video?

Sent an attachment
Filename: IMG_3369.mov
Path: /var/tmp/com.apple.messages/0D3E2F14-B350-4AFD-84FC-B8A505E8ABBE/IMG_3369.mov
Size: 3 MB
Type: video/quicktime
01:54:39 pm

mlicloud@mypillow.com
Yes for sure
02:01:14 pm

Dawn Garry
Okay
02:01:37 pm

DG — Also Steve Bannon called me yesterday and wants to boost sales. He asked if there is another product he could promote. Not sure what are inventory is like on toppers?
02:06:54 pm

DEF034384.000095

mlicloud@mypillow.com

Sure
02:54:34 pm



Dawn Garry

DG
Thanks. Also just spoke to Doug Billings.
02:59:40 pm

mlicloud@mypillow.com

Coolaid
Sign him up
03:17:25 pm



Dawn Garry

DG
I am.
03:18:13 pm

2021/05/27

Dawn Garry

DG
Frank $12,100. Last Wednesday $18,800

Warroom $29,100. Last Wednesday $21,800

Hannity $12,600. Last Wednesday $12,800

Beck $3800. Last Wednesday $3700

Gallagher $6300. Last Wednesday $5000

Bards $6400. Last Wednesday $5600

The Chicks $4800. Last Wednesday $3700

Bongino $6000. Last Wednesday $425. Nothing ran.

Dinesh $3300. Last Wednesday $4200

Jack Poso $15,000. Last Wednesday $8000

Rush $4500. Last Wednesday $5100

David Harris $4000. Last Wednesday $1600

Diamond & Silk $3300. Last Wednesday $1400
12:32:39 pm

DEF034384.000096

2021/05/28

Dawn Garry

DG

Frank $15,900. Last Thursday $17,500

Warroom $34,500. Last Thursday $15,100

Hannity $13,100. Last Thursday $10,300

Beck $3500. Last Thursday $3000

Gallagher $7400. Last Thursday $6500

Bongino $5000. Last Thursday $900

Dinesh $3300. Last Thursday $2400

Rush $4700. Last Thursday $4500.

Diamond & Silk $3400. Last Thursday $1600

David Harris $5800. Last Thursday $1800

12:32:31 pm

2021/06/01

Dawn Garry

Warroom $183,700. Week prior $131,700

Frank $88,800. Week prior $101,000

Hannity $91,200. Week prior $77,700

Beck $28,300. Week prior $31,000

Diamond & Silk $21,200. Week prior $12,000

Derek $193,800. Week prior $197,000

David Harris $24,000. Week prior $21,000

Gallagher $38,400. Week prior $37,800

Dinesh $20,200. Week prior $22,000

Metaxas $13,700. Week prior $15,500

12:13:45 pm

DG

Hi. Can I leave at 1:00 today? I have a doctors appointment.

02:44:30 pm

mlicloud@mypillow.com

Yes

03:00:44 pm

Dawn Garry

DG

Thank you.

03:00:57 pm

mlicloud@mypillow.com

See if I can go in kqrs to talk about Frank rally
Actually line up anything in MN

03:04:44 pm

DEF034384.000097

Dawn Garry

Okay.
03:05:59 pm

DG Tom will see what he has open tomorrow or Thursday on KQ. Do you want to go on his Podcast?
03:20:59 pm

mlicloud@mypillow.com
Both would be great
03:22:59 pm

Dawn Garry

DG Sounds good.
03:23:09 pm

mlicloud@mypillow.com
Tell him it is just an event On frankspeech
03:23:23 pm

Dawn Garry

Okay.
03:23:34 pm

DG Can you do KQ tomorrow morning for 10 minutes? Anytime between 7-7:30am. CST
07:20:37 pm

mlicloud@mypillow.com
Yes -anytime
07:31:51 pm

Dawn Garry

DG Okay. He also said his Podcast around noon tomorrow?
07:34:52 pm

mlicloud@mypillow.com
Sounds good !
07:46:30 pm

Dawn Garry

DG 12:15 on the Podcast. You can talk for an hour if you would like.
07:59:42 pm

mlicloud@mypillow.com
Ok
08:09:50 pm

Dawn Garry

Gallagher can have you on at 11am CST. What day works best for you?
10:21:35 pm

DG He would actually like to do tomorrow if you can.
10:28:00 pm

DEF034384.000098

mlicloud@mypillow.com

Yes tomorrow is fine
10:33:54 pm

Dawn Garry

**DG**
Okay
10:37:30 pm

2021/06/02

Dawn Garry

Warroom $19,700. Last Tuesday $29,100

Frank $7800. Last Tuesday $11,600

Hannity $13,600. Last Tuesday $13,300

Beck $2800. Last Tuesday $3500

Bards $3400. Last Tuesday $5700

Gallagher $4400. Last Tuesday $6700

The Chicks $3900. Last Tuesday $4200

Rush $4400. Last Tuesday $4000

Metaxas $3300. Last Tuesday $1700

Dinesh $3200. Last Tuesday $2200

Diamond & Silk $800. Last Tuesday $1800

Rick & Bubba $800. Lady Tuesday $1100
12:39:56 pm

**DG**
What do you think if I had some talking points about the Frank rally and I call into KQ?
01:28:32 pm

mlicloud@mypillow.com

You could say there are a lot of radio people there and list them all including me
Just say it is a Frankspeech.com event
Lots of music and great speakers
Speaking on cancel culture
Huge venue where outdoor
Concerts are held
Food and bev available on site
Free admission
01:33:45 pm

Dawn Garry

Okay. Tom is calling me when he gets off air today.
01:34:32 pm

Kathleen with Salem said you spoke to Phil Boyce about buying spots. Do you have a budget on that?
02:33:36 pm

Mike Gallagher calling you in 8 minutes.
03:52:23 pm

DEF034384.000099

Please call into Tom's Podcast in 10 minutes. 12:15 CST
561-228-4061
05:03:11 pm

Did you want to cut your own :60 spot for Salem? Or did you want to use part of Gallagher or Tom's interview. I will text you the Gallagher interview.
07:01:41 pm

Sent an attachment
Filename: Mike Lindell Podcast (email version) 210602.mp3
Path: ~/Library/SMS/Attachments/64/04/3C866A3D-8527-49FF-96F5-EB42557C3BB9/Mike Lindell Podcast (email version) 210602.mp3
Size: 9 MB
Type: audio/mpeg
07:02:15 pm

DG

2021/06/03

Dawn Garry

Frank $7150. Last Wednesday $12,100

Warroom $30,200. Last Wednesday $29,100

Diamond & Silk $1300. Last Wednesday $3200

Gallagher $3800. Last Wednesday $6300

The Chicks $4700. Last Wednesday $4800

Hannity $13,000. Last Wednesday $12,600

Beck $1900. Nothing ran. Last Wednesday $3800. Prerecorded pillow.

Dinesh $3200. Last Wednesday $3300

100% Fed Up $27,300. Last Wednesday $25,000

David Harris $3400. Last Wednesday $4000
12:23:11 pm

DG

mlicloud@mypillow.com

You need to add the franks together ( all of them )
Thanks
01:26:11 pm

Dawn Garry

Okay. I will send in a moment.
01:26:37 pm

Yesterday $16,945
01:27:56 pm

DG

mlicloud@mypillow.com

Coolaid
01:28:02 pm

Dawn Garry

Did you want to run cash buys for Salem? FrankSpeech?
01:28:43 pm

DG

DEF034384.000100

mlicloud@mypillow.com

In what ?
01:38:48 pm

**Dawn Garry**

Phil Boyce said you wanted to run spots to talk about the rally.
01:39:27 pm

mlicloud@mypillow.com

I haven't made the commercials yet ... let me think about it
How much are they ?
01:40:58 pm

**Dawn Garry**

Each spot is about $350-$400 each.
01:41:36 pm

mlicloud@mypillow.com

I don't think so
Let's talk today
01:42:12 pm

**Dawn Garry**

Okay. I think Charlie Kirk, Dinesh, and Gallagher are already talking about it for free. No need to pay it we don't have to.
01:43:15 pm

I don't know if you can read this. I am pulling the promo code usage report for today and it's not showing any sales online.

Sent an attachment
Filename: IMG_0037.heic
Path: ~/Library/SMS/Attachments/ad/13/1C16991B-0A00-4228-AB0F-141717D2F2DD/IMG_0037.heic
Size: 140 KB
Type: image/heic
01:49:02 pm

mlicloud@mypillow.com

Call Garry call Todd
Thansk
01:50:10 pm

**Dawn Garry**

👍
01:50:58 pm

Just spoke to Gary. He's going to look into it.
01:52:55 pm

I guess there is a clog in the system since 9:40 last night. I was not aware.
02:13:12 pm

Mail came. No check.
02:52:51 pm

DEF034384.000101

**DG** I have a Salvation Army that we have never sold to before in Alabama. They would like to order 60 pillows. Back when Minneapolis was ordering we were charging $12 for Queen Classics and $14 for Kings. Since foam went up, should I charge more?
04:11:56 pm

mlicloud@mypillow.com
13 15
04:14:22 pm

Dawn Garry
**DG** Thanks
04:14:36 pm

mlicloud@mypillow.com
Get the downloadable version from Todd to send to all the radio and influencers
05:46:11 pm

Dawn Garry
**DG** What do you want for verbiage?
05:47:11 pm

Device owner
Please share this everywhere!
05:49:40 pm

Dawn Garry
**DG** Will do.
05:50:21 pm

Buck Sexton tomorrow 1:00EST. I will get the number.
07:02:26 pm

**DG** Nick just called and they said Steve Bannon said we have 66% off. They said you were standing by him. Do you know if he said that?
10:21:31 pm

mlicloud@mypillow.com
He said hi to
10:39:06 pm

Up too
10:39:09 pm

Up to
10:39:13 pm

Dawn Garry
**DG** Okay.
10:40:10 pm

DEF034384.000102

2021/06/04

Dawn Garry

Frank $22,800. Last Thursday $15,900

Diamond & Silk $4400. Last Thursday $3400

Warroom $27,600. Last Thursday $34,500

Hannity $15,000. Last Thursday $13,000

Beck $4000. Last Thursday $3500

Rush $5200. Last Thursday $4800

RSBN $4400. Last Thursday $5200

The Chicks $5700. Last Thursday $6500

Gallagher $5600. Last Thursday $7400

Dinesh $7300. Last Thursday $3200

DG  12:21:49 pm

mlicloud@mypillow.com

Sent an attachment
Filename: Kurt Olsen.vcf
Path: ~/Library/SMS/Attachments/87/07/01EF7DC2-045B-4ACC-8A30-C3B0140CA6C7/Kurt Olsen.vcf
Size: 164 bytes
Type: text/vcard
07:20:55 pm

2021/06/07

mlicloud@mypillow.com

Does naked truth report have a promo code ?
If not we should set one up
02:58:32 am

Dawn Garry

DG  No I do not have a promo code for them. Do you have contact information?
11:35:57 am

mlicloud@mypillow.com

No but in truth and it is non trackable for now
12:21:38 pm

Dawn Garry

Okay.
12:30:23 pm

DEF034384.000103

Warroom $202,900. Week prior $183,700

Frank $128,000. Week prior $88,800

Oan $131,600. Week prior $79,000

RSBN $103,000. Week prior $26,500.
Saturday was big. Did you go on?

Bards $29,000. Week prior $35,000

Beck $28,500. Week prior $28,300

Hannity $91,400. Week prior $91,300

The Chicks $31,100. Week prior $35,400

Dinesh $37,400. Week prior $20,200

Diamond & Silk $15,000. Week prior $21,200

David Harris $21,800. Week prior $24,600

Derek $157,600. Week prior $193,800

Gallagher $38,800. Week prior $33,400.
12:37:17 pm

DG

I have the check for 100,000
02:39:40 pm

mlicloud@mypillow.com

Bring it to Jeremiah and let's talk
07:05:47 pm

2021/06/08

Dawn Garry

Frank $12,400. Last Monday $22,000

OAN $18,300. Last Monday $20,800

Warroom $37,600. Last Monday $25,700

Diamond & Silk $1800. Last Monday $1200

Gallagher $3900. Last Monday $4000

Dinesh $5200. Last Monday $3100. Hannity $12,900. Last Monday $14,400

Beck $6400. Last Monday $5200

RSBN $7700. Last Monday $9400

Rush $6900. Last Monday $3200
12:15:11 pm

Last nights spike

Sent an attachment
Filename: IMG_0045.heic
Path: ~/Library/SMS/Attachments/33/03/BE511E25-804F-40DC-A725-4E2863D4C53F/IMG_0045.heic
Size: 85 KB
Type: image/heic
01:24:06 pm

DG

DEF034384.000104

mlicloud@mypillow.com

**From what**
01:27:06 pm

Dawn Garry

**I'll see what did well.**
01:28:01 pm

**J66-text sheets $40,700**

**Mailer-$32,000**

**G25-Google Ad $45,000**

**Best20-TV $28,000**

**Promo code-600-TV $29,000**
01:35:05 pm

mlicloud@mypillow.com

**What is best 20?**
01:37:50 pm

**What is Google g25**
01:38:02 pm

**What is 600tv**
01:38:16 pm

Dawn Garry

**Best20 says Fox News**
01:38:29 pm

mlicloud@mypillow.com

**See what the products are
Thanks**
01:38:42 pm

Dawn Garry

**Okay**
01:38:56 pm

mlicloud@mypillow.com

**Call Rick if you have too and we should change them in the spread sheet**
01:39:14 pm

**Or sherry would know or maybe nick**
01:39:38 pm

Dawn Garry

**Ben said all G's are Google. Just brings to our site.**
01:43:26 pm

**Promo code 600 is the pillow offer.**
01:57:08 pm

DEF034384.000105

DG

Sent an attachment
Filename: Chad Sebold.vcf
Path: ~/Library/SMS/Attachments/77/07/1828CDB8-A76F-47A7-9C06-34F9F571A080/Chad Sebold.vcf
Size: 177 bytes
Type: text/vcard
09:16:38 pm

2021/06/09

Dawn Garry

Frank $14,800. Last Tuesday $14,600

Oan $16,700. Last Tuesday $17,200

Warroom $19,300. Last Tuesday $19,700

Dinesh $5400. Last Tuesday $3200

Diamond & Silk $1300. Last Tuesday $750

Gallagher $5800. Last Tuesday $4400

Poso $11,800. Last Tuesday $5400

RSBN $6800. Last Tuesday $2800

The Chicks $4100. Last Tuesday $3800

Gorka $2400. Last Tuesday $1100

DG

Ryan Fournier $3400. Last Tuesday $2000
12:22:48 pm

2021/06/10

Dawn Garry

Frank $12,400. Last Wednesday $17,300

Oan $15,300. Last Wednesday $15,700

Warroom $31,900. Last Wednesday $30,200

Hannity $13,800. Last Wednesday $14,300

Beck $5400. Last Wednesday $2300

Gallagher $4700. Last Wednesday $3900

Dinesh $5200. Last Wednesday $3200

Levin $4600. Last Wednesday $4100

Rush $4500. Last Wednesday $3700

David Harris $3200. Last Wednesday $3400

Diamond & Silk $2300. Last Wednesday $1500

The Chicks $3900. Last Wednesday $4700
12:15:56 pm

Spike from this afternoon. Looks like E96-email for towels.

DEF034384.000106

Sent an attachment
Filename: IMG_0050.heic
Path: /var/tmp/com.apple.messages/A1F1C025-F79E-43BC-BA23-EB0D083A69EB/IMG_0050.heic
Type: image/heic
05:36:03 pm

**DG** About $35,000
05:36:53 pm

mlicloud@mypillow.com

It is not towels? Is it ??
Ask nick
05:43:29 pm

Dawn Garry

One fir towels went yesterday. He didn't send one today. I just saw a spike on them.
05:44:59 pm

**DG** For
05:45:03 pm

mlicloud@mypillow.com

What is the spike today ???
05:45:23 pm

See what the launch was from nick
05:45:52 pm

Dawn Garry

**DG** I will check.
05:46:06 pm

DEF034384.000107

2021/06/11

Dawn Garry

Frank $10,100. Last Thursday $22,800

Oan $16,700. Last Thursday $15,400

Warroom $35,900. Last Thursday $27,600

Hannity $14,000. Last Thursday $15,000

Beck $4600. Last Thursday $4000

Gallagher $5300. Last Thursday $5600

The Chicks $7000. Last Thursday $5700

Dinesh $6500. Last Thursday $7300

Diamond & Silk $3500. Last Thursday $4400

RSBN $4700. Last Thursday $4400

Rush $4400. Last Thursday $5200

Shapiro $7900. Last Thursday $500. Nothing ran.

Boston $1100. Last Thursday $700

Rick & Bubba $1400. Last Thursday $1100

DG    11:59:34 am

mlicloud@mypillow.com

Sent an attachment
Filename: MyPillow Bed Schedule 6-8-21.xlsx
Path: /var/tmp/com.apple.messages/42763C8B-DE06-4BA6-B139-1F91575DE9E4/MyPillow Bed Schedule 6-8-21.xlsx
Size: 43 KB
Type: application/vnd.openxmlformats-officedocument.spreadsheetml.sheet
01:51:56 pm

Dawn Garry

David Harris is looking for a complete list of retailers that dropped us. Do you want him to have it? I do not have a complete list  if you do.
04:39:55 pm

Marklynn just dropped this off for you birthday.

Sent an attachment
Filename: IMG_0051.heic
Path: /var/tmp/com.apple.messages/BF5C2D66-D90A-43BC-90ED-A29403E06681/IMG_0051.heic
Type: image/heic
DG    06:30:21 pm

DEF034384.000108

2021/06/14

Dawn Garry

Frank $100,900. Week prior $128,000

Oan $123,500. Week prior $131,600

Warroom $190,500. Week prior $202,900

Derek $140,400. Week prior $157,600

RSBN $49,600. Week prior $103,000

David Harris $15,000. Week prior $21,200

Bards $21,300. Week prior $29,000

Beck $28,900. Week prior $28,500

Hannity $91,700. Week prior $91,400

The Chicks $26,400. Week prior $31,100

Dinesh $37,800. Week prior $37,400

Gallagher $38,900. Week prior $38,800

Charlie Kirk $7500. Week prior $4300

Gorka $9500. Week prior $8000

Levin $24,100. Week prior $23,300

DG    12:33:28 pm

2021/06/15

Dawn Garry

Frank $14,200. Last Monday $12,400

Oan $16,700. Last Monday $18,300

Warroom $29,600. Last Monday $37,600

Diamond & Silk $2500. Last Monday $1800

Gallagher $4400. Last Monday $3900

Dinesh $5500. Last Monday $5200

Hannity $11,600. Last Monday $12,900

Beck $4900. Last Monday $6400

RSBN $7600. Last Monday $7700

Rush $5600. Last Monday $6900

Levin $2700. Last Monday $2600

The Chicks $3400. Last Monday $2200

DG    12:11:55 pm

DEF034384.000109

2021/06/16

Dawn Garry

Frank $17,800. Last Tuesday $14,800

Oan $19,300. Last Tuesday $16,700

Warroom $28,000. Last Tuesday $19,300

Hannity $13,600. Last Tuesday $15,500

Beck $3700. Last Tuesday $3600

Gallagher $5100. Last Tuesday $5800

Diamond & Silk $1600. Last Tuesday $1300

Levin $4500. Last Tuesday $3700

RSBN $4300. Last Tuesday $6800

100% Fed Up $12,000. Last Tuesday $8000

The Chicks $6700. Last Tuesday $4100

Boston $1400. Last Tuesday $900

DG    12:16:57 pm

2021/06/17

Dawn Garry

Frank $15,800. Last Wednesday $12,400

Oan $13,100. Last Wednesday $15,300

Warroom $19,300. Last Wednesday $31,900. Steve said he wasn't able to do many reads yesterday.

Hannity $15,000. Last Wednesday $13,800

Beck $3200. Nothing ran. Last Wednesday $5400. Prerecorded pillow.

Gallagher $4100. Last Wednesday $4700

Bongino $4100. Last Wednesday $1200

Dinesh $3900. Last Wednesday $5200

Diamond & Silk $2800. Last Wednesday $2300

RSBN $3300. Last Wednesday $6500

The Chicks $2900. Last Wednesday $3900

Rush $4100. Last Wednesday $4500

12:15:46 pm

Epoch Times would like to do something like this as a print ad. Do you approve if they put an expiration date on it?

Sent an attachment
Filename: IMG_0052.heic
Path: /var/tmp/com.apple.messages/5FDE3923-84E2-4B2C-BF50-439BD125A2D9/IMG_0052.heic
Type: image/heic

DG    04:21:56 pm

DEF034384.000110

mlicloud@mypillow.com

Yes
04:42:44 pm

Dawn Garry

Thank you.
04:42:59 pm

mlicloud@mypillow.com

Yes on the expiration date too
04:52:55 pm

Dawn Garry

Got it. 30 days out okay?
04:53:11 pm

mlicloud@mypillow.com

Make it July 31st
05:05:49 pm

Dawn Garry

Okay.
05:05:58 pm

2021/06/18

Dawn Garry

Frank $10,000. Last Thursday $10,100

Oan $13,800. Last Thursday $16,700

Warroom $37,500. Last Thursday $35,900

Hannity $11,400. Last Thursday $14,000

Beck $3000. Last Thursday $4600

Gallagher $3800. Last Thursday $5300

Bongino $3800. Last Thursday $1400

Dinesh $6400. Last Thursday $6500

Diamond & Silk $1700. Last Thursday $3500

RSBN $2800. Last Thursday $4700

Rush $3700. Last Thursday $4400

Rick & Bubba $1700. Last Thursday $1400

Boston $1100. Last Thursday $1200
12:19:09 pm

2021/06/21

Dawn Garry

At a doctor appointment this morning. Will send numbers about 9 when I get in.
12:26:26 pm

**DG**

Frank $89,100. Week prior $100,900

Oan $194,300. Week prior $123,500

Warroom $177,700. Week prior $190,600

Hannity $87,700. Week prior $91,700

Beck $22,600. Week prior $28,900

Gallagher $31,600. Week prior $38,900

Diamond & Silk $11,500. Week prior $14,600

Dinesh $35,800. Week prior $38,800

Gorka $7100. Week prior $9500

The Chicks $25,500. Week prior $26,400
02:48:23 pm

2021/06/22

Dawn Garry

Frank $10,400. Last Monday $14,200

Oan $15,200. Last Monday $16,700

Warroom $56,000. Last Monday $29,600. Steve had his sister on yesterday. She mentioned how much she loves MyPillow and how much she supports you.

Hannity $16,000. Last Monday $11,600

Beck $4000. Last Monday $4900

Gallagher $5000. Last Monday $4400

Dinesh $5900. Last Monday $5500

Metaxas $3200. Last Monday $1400

Diamond & Silk $1000. Last Monday $2500

Rush $4900. Last Monday $5600

The Chicks $3700. Last Monday $3400

**DG**   Bongino $1700. Last Monday $590
12:03:30 pm

Device owner

How do you know Bannon had his sister on?
12:55:13 pm

Dawn Garry

He told me.
12:57:30 pm

**DG**   He text me every morning to see how he did. I asked why he did do well.
12:58:17 pm

DEF034384.000112

Dawn Garry

Frank $15,100. Last Tuesday $17,800

Oan $15,100. Last Tuesday $19,300

Warroom $43,800. Last Tuesday $28,000

Hannity $12,000. Last Tuesday $13,600

Beck $2600. Last Tuesday $3700

Gallagher $4400. Last Tuesday $5100

Dinesh $5900. Last Tuesday $3900

Bards $4000. Last Tuesday $2500

The Chicks $7300. Last Tuesday $6700

Victory Flash Point $56,000. Last Tuesday $400

Jack Poso $14,200. Last Tuesday $8200

RSBN $3500. Last Tuesday $4300

Rush $6500. Last Tuesday $2500

Diamond & Silk $460. Last Tuesday $1600

Rick & Bubba $1100. Last Tuesday $800

DG

11:59:41 am

Device owner

Tell diamond and silk sheets
12:53:12 pm

Have Mike gallagher  do towels and move up his page
Let's do 39.99 regular 109.99
12:54:51 pm

6-piece set
12:55:01 pm

Have rob change his square
12:55:16 pm

Towel square
12:55:29 pm

Dawn Garry

DG

I will get with Rob.
12:55:35 pm

mlicloud@mypillow.com

Tell Rob I want a frank page too
12:55:58 pm

DEF034384.000113

Dawn Garry

Promo code Abby
800-845-0988

Promo code is activated.
05:15:58 pm

2021/06/24

Dawn Garry

Frank $12,400. Last Wednesday $15,800

Oan $12,600. Last Wednesday $13,100

Warroom $45,500. Last Wednesday $19,300

Gallagher $8000 with towels. Last Wednesday $4100

Dinesh $5700. Last Wednesday $3900

Hannity $14,500. Last Wednesday $15,000

Beck $1500. Nothing ran. Last Wednesday $3200

RSBN $2600. Last Wednesday $3300

Victory Flash Point $61,000

Bongino $3800. Last Wednesday $4000

The chicks $5500. Last Wednesday $2900

Clay & Buck on the Rush show $5800. Started Monday
12:27:43 pm

mlicloud@mypillow.com

Tell nick I am saying the towels on the Warroom
03:39:44 pm

Make sure the call center knows
03:39:56 pm

Dawn Garry

Okay. We will have to put it in the radio square??
03:40:14 pm

mlicloud@mypillow.com

Put it on the radio special page
03:40:19 pm

Immediately thansk
03:40:27 pm

Dawn Garry

Got it.
03:40:28 pm

DEF034384.000114

mlicloud@mypillow.com

Text me when done
03:41:02 pm

Need it within 7 minutes
Hurry
03:41:16 pm

Dawn Garry

**DG**  Rob is 5 minutes from the office
03:41:53 pm

mlicloud@mypillow.com

Have Todd do it quick if he can
03:47:36 pm

Have to hurry
03:47:43 pm

Dawn Garry

**DG**  I know
03:47:49 pm

mlicloud@mypillow.com

Have nick tell the cal center
03:47:56 pm

Call Todd
03:48:05 pm

Dawn Garry

**DG**  I have
03:48:07 pm

mlicloud@mypillow.com

What did Todd say
03:48:15 pm

We have 9 minutes until I announce
03:48:42 pm

Dawn Garry

**DG**  Rob is here. Nick has the square. Give us 2 minutes
03:48:54 pm

mlicloud@mypillow.com

Announce
03:49:01 pm

Cool
03:50:09 pm

DEF034384.000115

Dawn Garry

Your good.
03:50:19 pm

It seems the new offer is already working. Warroom $27,000 already!!
04:07:49 pm

Warroom went up to $75,000 already.
04:29:17 pm

DG
Is Dinesh able to do the offer?
04:33:40 pm

mlicloud@mypillow.com

Yes immediately today
04:34:41 pm

Dawn Garry

Okay
04:34:46 pm

Just spoke to his wife Debbie. They finished his Podcast about an hour ago. She will do it tomorrow morning.
04:36:59 pm

DG
Are you ending the towel offer Friday night or Saturday night?
04:51:51 pm

mlicloud@mypillow.com

Say Friday night
04:52:12 pm

Dawn Garry

Okay.
04:52:30 pm

Warroom has brought in $112,000 so far.

Sent an attachment
Filename: IMG_0056.heic
Path: ~/Library/SMS/Attachments/88/08/5521671F-9B66-4C5A-8C24-75BF2FF78E40/IMG_0056.heic
Size: 115 KB
Type: image/heic
05:10:37 pm

Mike Gallagher's air check from yesterday on towel special.

Sent an attachment
Filename: My Pillow Aircheck -MG- 210623.mp3
Path: ~/Library/SMS/Attachments/89/09/9C28E83B-1EAD-4BC0-92A7-B27924705444/My Pillow Aircheck -MG- 210623.mp3
Size: 5 MB
Type: audio/mpeg

DG
05:42:23 pm

DEF034384.000116

mlicloud@mypillow.com

**How about now for Warroom**
05:45:27 pm

Dawn Garry

$122,000
05:46:12 pm

That's total sales. Not the percentage I take off.
05:46:44 pm

mlicloud@mypillow.com

Got it
05:46:57 pm

Dawn Garry

Dinesh is not going to do the offer since it ends tomorrow. He has a Podcast and people can listen weeks later, so he didn't think it would be a good idea to mention.
05:55:57 pm

Bannon has brought in $165k
08:03:24 pm

Bannon $223,000
10:13:49 pm

Just a reminder. I will be in around 7:30 tomorrow after I drop Garry off for surgery.
10:47:37 pm

2021/06/25

Dawn Garry

Bannon $310,000
12:48:52 am

mlicloud@mypillow.com

**What is the number he will get ?**
02:08:04 am

Wowsa
02:08:07 am

Dawn Garry

I told him he has done $210,000. He will get $105,000.
02:09:11 am

mlicloud@mypillow.com

Call me if you can
02:12:07 am

DEF034384.000117

Dawn Garry

**DG**
Warroom brought in $391,000 yesterday.

I sent Steve his sales of $273,500
12:27:38 pm

mlicloud@mypillow.com

It keeps climbing
12:43:07 pm

He just hit 301!!!
12:43:43 pm

Dawn Garry

Wow!!
12:44:01 pm

**DG**
Am I telling Steve the offer ends tonight?
12:58:30 pm

mlicloud@mypillow.com

Tell him it was so well received we will run it the rest of the week
01:00:42 pm

Through the weekend
01:00:56 pm

Dawn Garry

**DG**
So through Sunday night??
01:01:10 pm

mlicloud@mypillow.com

Yes
01:01:17 pm

Dawn Garry

Okay.
01:01:23 pm

DEF034384.000118

Frank $18,400. Last Thursday $10,000

Oan $13,000. Last Thursday $13,800

Gallagher $6000. Last Thursday $3800

Dinesh $8100. Last Thursday $6400

Bards $2500. Last Thursday $2000

Clay & Buck $5000

Hannity $12,400. Last Thursday $11,400

Beck $3500. Last Thursday $3000

Bongino $2200. Last Thursday $3800

Diamond & Silk $800. Last Thursday $1700. Will start sheets today.

RSBN $2800. Last Thursday $2800
01:14:58 pm

Garry's surgery went well. I brought him home and am going to work from home the rest of the day.
05:41:42 pm

**DG** $235k Bannon
07:49:42 pm

mlicloud@mypillow.com

Wowsa
07:54:58 pm

Dawn Garry

**DG** 308,800. Bannon
11:54:38 pm

2021/06/26

Dawn Garry

**DG** Bannon did $370,000 yesterday.
11:52:06 am

2021/06/28

Dawn Garry

**DG** Happy Birthday Mike!!
Love Dawn & Garry 🎂 🎈
11:48:02 am

**DG** Are you putting the towels back or leaving at $39.99?
12:43:42 pm

mlicloud@mypillow.com

Put them back by 11
12:45:15 pm

10
12:45:26 pm

DEF034384.000119

Dawn Garry

 Okay.
12:45:30 pm

mlicloud@mypillow.com

Except on Frank88
12:47:38 pm

Dawn Garry

Okay.
12:47:54 pm

Frank $281,500. Week prior $89,100

Oan $87,900. Week prior $194,300

Warroom $912,900. Week prior $177,700

RSBN $300,500. Week prior $26,500

Hannity $92,000. Week prior $87,700

Beck $21,300. Week prior $22,600

Gallagher $41,200. Week prior $31,600

Dinesh $43,300. Week prior $35,800

Gorka $6500. Week prior $7100

The Chicks $28,700. Week prior $25,500

Bongino $16,800. Week prior $15,100

Clay & Buck $40,800.

Alex Jones $60,300. Let me know who I should report sales to.
12:56:08 pm

mlicloud@mypillow.com

Alex is for frank
01:09:16 pm

Dawn Garry

Okay. So I do not report numbers to anyone?
01:10:22 pm

mlicloud@mypillow.com

Correct
01:43:23 pm

Dawn Garry

Okay.
01:44:13 pm

Sent an attachment
Filename: SEAN MIKE LINDELL BIRTHDAY GREETING 062421.mp3
Path: ~/Library/SMS/Attachments/21/01/A8771FE6-0B37-40CD-9309-28FFA1D982D1/SEAN MIKE LINDELL BIRTHDAY GREETING 062421.mp3
Size: 639 KB
Type: audio/mpeg
02:52:32 pm

https://www.dropbox.com/sh/nm8ienpnt54a11g/AABswvPXHFo0o1JcnNpK1QPha?dl=0









07:48:18 pm

DG     07:48:18 pm

DEF034384.000121

2021/06/29

Dawn Garry

Frank $46,400. Last Monday $10,400

Oan $6100. Last Monday $15,200

Warroom $194,700. Last Monday $56,000

Hannity $12,000. Last Monday $16,000

Beck $3000. Last Monday $4000

Gallagher $3800. Last Monday $5000

Dinesh $4300. Last Monday $5900

Metaxas $6100. Last Monday $3200

Diamond & Silk $750. Last Monday $1000

Bards $3000. Last Monday $4000

The Chicks $3400. Last Monday $3700

RSBN $14,400. Last Monday $3000

DG    12:38:01 pm

2021/06/30

Dawn Garry

Frank $40,900. Last Tuesday $15,100

Oan $13,500. Last Tuesday $15,100

Warroom $134,400. Last Tuesday $43,800

Hannity $14,800. Last Tuesday $12,000

Beck $4000. Last Tuesday $2600

Gallagher $3600. Last Tuesday $4400

Dinesh $9700. Last Tuesday $5900

Bongino $2400. Last Tuesday $1200

RSBN $8300. Last Tuesday $3500

Charlie Kirk $1700. Last Tuesday $680

Victory Flash Point $60,400. Last Tuesday $56,000

DG    12:35:55 pm

2021/07/01

mlicloud@mypillow.com

Are you in today ?
11:21:16 am

Dawn Garry

I'll thee in 2 minutes
11:24:25 am

DG    I'm here.
11:28:17 am

DEF034384.000122

mlicloud@mypillow.com

Nice
11:28:43 am



Dawn Garry

DG

Are you out in the car?
11:28:57 am

mlicloud@mypillow.com

Yes
11:29:00 am



Dawn Garry

Frank $34,800. Last Wednesday $12,400

Oan $46,000. Last Wednesday $12,600

Warroom $83,400. Last Wednesday $45,500

Gallagher $3400. Last Wednesday $8000. Announced towels for $39.99

RSBN $10,200. Last Wednesday $2600

The Chicks $4300. Last Wednesday $5500

Hannity $13,600. Last Wednesday $14,500

Dinesh $10,500. Last Wednesday $5700

Beck $3300. Last Wednesday $1500

DG

Victory Flash Point $53,300. Last Wednesday $61,000
12:42:06 pm

mlicloud@mypillow.com

Sent an attachment
Filename: Tim Greer.vcf
Path: ~/Library/SMS/Attachments/ab/11/DD02A003-A5CC-491A-83A7-A11767C6289D/Tim Greer.vcf
Size: 176 bytes
Type: text/vcard
01:30:36 pm

Dawn Garry

Do you approve this?

DEF034384.000123



DG  07:36:39 pm

mlicloud@mypillow.com

Yes
07:46:52 pm

Dawn Garry

DG  Thanks.
07:47:36 pm

2021/07/02

Dawn Garry

Frank $29,000. Last Thursday $18,400

Oan $11,500. Last Thursday $13,000

Warroom $63,000. Last Thursday $273,500. You were on and announced towel offer.

Bards $2900. Last Thursday $2500

Gallagher $3500. Last Thursday $6000. In vacay yesterday and today.

Dinesh $8000. Last Thursday $8100

Clay & Buck $6000. Last Thursday $5000

The Chicks $3200. Last Thursday $4000

RSBN $7500. Last Thursday $2800

David Harris $11,000. Last Thursday $1200

Beck $2600. Last Thursday $3500

Hannity $11,000. Last Thursday $12,400
12:24:18 pm

DG  On the influencer list
dranrab is Tom Barnard Podcast.
01:06:00 pm

mlicloud@mypillow.com

Get dad pool
01:25:45 pm

DEF034384.000124

Ask Katelyn
01:25:51 pm

Dawn Garry

Okay
01:26:04 pm

DG  Do you mean dad talk??
01:28:44 pm

mlicloud@mypillow.com

I guess
01:30:02 pm

Dawn Garry

DG  It was set up yesterday.
01:30:46 pm

mlicloud@mypillow.com

I mean set up on Frank
01:32:12 pm

Dawn Garry

DG  I will talk to him.
01:32:46 pm

2021/07/06

Dawn Garry

This guy was on our property this morning

Sent an attachment
Filename: Resized_20210706_063504.heic
Path: ~/Library/SMS/Attachments/de/14/71A13568-82C1-4F35-BD7C-76A8F3F58884/Resized_20210706_063504.heic
Size: 140 KB
Type: image/heic
11:52:43 am

DG  I guess he was just near the driveway. America called the police.
11:55:46 am

mlicloud@mypillow.com

Did they remove him
12:21:57 pm

Dawn Garry

No. He is still out there holding up the sign. He is in the road. Police cannot remove him since he is not on the property.
12:22:52 pm

DEF034384.000125

**DG**
Frank $266,700. Week prior $281,500

Oan $57,900. Week prior $87,900

Warroom $633,600. Week prior $912,900

RSBN $127,000. Week prior $300,500

Hannity $77,500. Out 2 days. Week prior $92,000

Beck $19,600. Out 2 days. Week prior $21,300

Gallagher $25,500. Out 3 days. Week prior $41,200

Dinesh $66,700. Week prior $43,300

Gorka $6300. Week prior $6500

The Chicks $22,200. Week prior $28,700

Clay & Buck $42,000. Week prior $40,800

Charlie Kirk $7900. Week prior $8100
01:00:12 pm

mlicloud@mypillow.com

Did that guy leave yet ?
01:11:30 pm

Dawn Garry

**DG**
No. Still there.
01:12:52 pm

2021/07/07

Dawn Garry

Frank $21,200. Last Tuesday $40,900

Oan $30,600. Last Tuesday $13,500

Warroom $97,300. Last Tuesday $134,400

Dinesh $3300. Last Tuesday $9700. Was doing a book giveaway.

Diamond & Silk $2700. Last Tuesday $500

Hannity $13,000. Last Tuesday $14,800

Beck $3800. Last Tuesday $4000

Gallagher $3100. Last Tuesday $3600

Bards $1800. Last Tuesday $3000

The Chicks $3300. Last Tuesday $3400

RSBN $8600. Last Tuesday $8300

David Harris $8000. Last Tuesday $5800
12:31:27 pm

**DG**
Brannon ask that we wire $1000 to a cameraman Easton Thiele for the be Trump rally last weekend. Do you approve?
12:36:37 pm

DEF034384.000126

mlicloud@mypillow.com

Yes
01:17:40 pm



Dawn Garry

Thanks.
01:17:57 pm

2021/07/08

mlicloud@mypillow.com

I think OAN is wrong?
07:08:20 am

Dawn Garry

Sorry. It was $9300 yesterday.
11:48:55 am

Frank $18,600. Last Wednesday $34,800

Oan $4300. Last Wednesday $11,100

Warroom $180,100. Last Wednesday $83,400

Hannity $12,100. Last Wednesday $13,600

Beck $3500. Last Wednesday $3300

Gallagher $3500. Last Wednesday $3400

RSBN $13,000. Last Wednesday $10,200

Bards $2350. Last Wednesday $3000

David Harris $4000. Last Wednesday $6000
12:09:36 pm

That crazy guy is here again. Sitting in the grass out front.
12:46:28 pm

mlicloud@mypillow.com

Can Brad give him a book and say I won't be back for a month
01:20:33 pm

Dawn Garry

I will have him do that.
01:25:52 pm

The dog place across the street called the police on him. They are talking to him now. Brad is going to run a book out to him once the police leave.
01:28:56 pm

2021/07/09

Dawn Garry

Promo code Taylor did $6800 yesterday.
12:34:47 pm

DEF034384.000127

Frank $14,400. Last Thursday $29,000

Oan $6000. Last Thursday $11,500

Warroom $57,500. Last Thursday $63,000. Steve isn't happy with that number.

Hannity $10,900. Last Thursday $11,000

Beck $2500. Last Thursday $2600

Gallagher $3200. Last Thursday $3500

The Chicks $3500. Last Thursday $2850

RSBN $7100. Last Thursday $7500

12:37:50 pm

Just a heads up. That guy is camped out across the street.

12:40:13 pm

The guy across the street left your book in the grass with a note.

All he wanted was a few minutes of your time but since you didn't give it to him Antifa & BLM are coming.

Do you want me to give this to Jeremiah?

06:17:19 pm

DG

mlicloud@mypillow.com

Yes
06:19:54 pm

Dawn Garry

DG

Okay
06:20:09 pm

2021/07/12

Dawn Garry

Frank $114,800. Week prior $266,700

Oan $33,300. Week prior $57,900

Warroom $505,900. Week prior $633,600

RSBN $138,800. Week prior $127,000

Hannity $80,500. Week prior $77,500

Beck $19,900. Week prior $19,600

Gallagher $26,700. Week prior $25,500

Gorka $5700. Week prior $6300

The Chicks $21,300. Week prior $22,200

Diamond & Silk $12,800. Week prior $3200.

Ryan Fournier $13,800. Week prior $13,000

Rick & Bubba $5400. Week prior $4800

12:26:59 pm

DEF034384.000128

Promo code Taylor did $41,000 last week.
As of today that talent left the station do they are changing their promo code to Star.
01:12:42 pm

DG Can we do some type of bundle for Bannon?
Maybe a topper, sheets, and pillows?
01:44:27 pm

2021/07/13

Dawn Garry

Frank $6000. Last Monday $46,400

Oan $4100. Last Monday $6100

Warroom $44,500. Supima pillow. Last Monday $194,700. 50% off sheets. Starting 2" mattress topper today.

Hannity $10,600. Last Monday $12,000

Beck $4800. Last Monday $3000

Gallagher $3200. Last Monday $3800

Bards $4200. Last Monday $3700

The Chicks $4400. Last Monday $3400

Dinesh $3300. Last Monday $4300

Diamond & Silk $1150. Last Monday $750

RSBN $16,400. Last Monday $14,400
12:34:31 pm

DG I have a few radio stations that would like to talk about the Children's Bible story pillows. Can I have Rob put them in the radio square?
01:33:13 pm

mlicloud@mypillow.com
Yes for sure
03:29:55 pm

Dawn Garry
DG It's done. Thank you
03:30:19 pm

mlicloud@mypillow.com
Put it on Bannon's
03:30:22 pm

For tomorrow
03:30:26 pm

Dawn Garry
Okay.
03:30:38 pm

This is the letter Os Hillman would like to send out if you approve.

DEF034384.000129

DG

Sent an attachment
Filename: Letter 1MikeLindell offerEditPH.docx
Path: /var/tmp/com.apple.messages/62644D85-FEE1-4A45-A39A-9547DDC2D31D/Letter 1MikeLindell offerEditPH.docx
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
03:32:10 pm

mlicloud@mypillow.com

Yes
03:54:48 pm

Dawn Garry

Okay. So will be get his own box with offers like Frank?
03:55:54 pm

DG

He
04:04:11 pm

mlicloud@mypillow.com

Yes
04:08:53 pm

Dawn Garry

DG

I will have rob work on it.
04:10:35 pm

2021/07/14

Dawn Garry

Do you like this image for Os Hellman's square?



12:31:07 pm

DEF034384.000130

Frank $10,100. Last Tuesday $21,200

Oan $4300. Last Tuesday $9300

Warroom $42,200. Last Tuesday $97,300

Hannity $11,600. Last Tuesday $13,000

Beck $5500. Last Tuesday $3800

Clay & Buck $7200. Last Tuesday $3500

Dan Bongino $3900. Last Tuesday $1600

RSBN $7600. Last Tuesday $8300

Dinesh $2500. Last Tuesday $3300

Gallagher $2200. Last Tuesday $3100

Bards $2100. Last Tuesday $1800

The Chicks $2200. Last Tuesday $3300

Rick & Bubba $1300. Last Tuesday $800

Boston $860. Last Tuesday $700

12:43:36 pm

Received another invoice from the camera man from the rally last week. Do you approve?

Sent an attachment
Filename: IMG_0079.heic
Path: ~/Library/SMS/Attachments/2e/14/B32DFEF2-7D5F-41DA-B135-A1C1DB99E52C/IMG_0079.heic
Size: 2 MB
Type: image/heic
05:21:15 pm

mlicloud@mypillow.com

Yes
06:15:33 pm

Dawn Garry

Okay
06:21:13 pm

Can I take off at 10 on Friday? Garry's youngest graduated and we are doing a party for him. Need to get it set up.
06:31:19 pm

mlicloud@mypillow.com

Yes
07:12:11 pm

Dawn Garry

Thank you.
07:12:58 pm

DEF034384.000131

Ryan Fournier saw this page for Jack Posobiec and was wondering if he could get one.

Here is a copy of the email he sent me.

Dawn,

I noticed Jack Posobiec has this type of link. Could I get one like this?

https://www.mypillow.com/poso

Thanks!

-
Ryan Fournier
07:53:57 pm

DG

mlicloud@mypillow.com

Yes
08:01:21 pm

Dawn Garry

I will have Rob make it.
08:01:46 pm

DG

2021/07/15

Dawn Garry

Frank $7700. Last Wednesday $18,600

Oan $3000. Last Wednesday $4300

Warroom $76,000. Last Wednesday $180,100

Hannity $11,000. Last Wednesday $12,100

Beck $6500. Last Wednesday $3500

Clay & Buck $9000. Last Wednesday $6000

Gallagher $2400. Last Wednesday $3500

The Chicks $3100. Last Wednesday $2000

Bongino $2900. Last Wednesday $900

Diamond & Silk $1300. Last Wednesday $1900

RSBN $8400. Last Wednesday $13,000

Bards $1700. Last Wednesday $2350
11:50:50 am

DG

mlicloud@mypillow.com

Sent an attachment
Filename: Steve Cortez.vcf
Path: ~/Library/SMS/Attachments/53/03/E71CCFD5-D563-4AED-9C3B-9D9604201A40/Steve Cortez.vcf
Size: 168 bytes
Type: text/vcard
12:19:57 pm

Dawn Garry

DG Rob has them up. Do you still want the 2" mattress topper on Warroom for 50% off?
12:55:59 pm

mlicloud@mypillow.com

Put the Bible stories second
02:34:34 pm

On Warroom
02:34:40 pm

Dawn Garry

Okay
02:34:45 pm

DG Did you see the text from Lynda??
02:50:08 pm

mlicloud@mypillow.com

We have our own merchant server
02:51:03 pm

Dawn Garry

👍
02:51:35 pm

DG Pete Santilli has done $6500 already. Usually $500 a day
04:43:22 pm

mlicloud@mypillow.com

What is he selling
04:45:32 pm

Dawn Garry

Towels
04:45:44 pm

Gallagher's over $18k
04:47:02 pm

I just spoke to Steve Cortez and have him set up.
05:05:47 pm

DEF034384.000133

Gallagher $25,000

Pete $7100

Warroom $44,800

Scott $3000

Clay & Buck $3800

The Chicks $2200

Beck $3900

06:45:58 pm

Beck $5500

The Chicks $3100

Dinesh $5300

John Fredricks $3500

Gallagher $33,500

Pete Santilli $7500

Warroom $85,000

I'm sure we will see numbers go up for others tomorrow when more are running the towels.

DG    11:08:13 pm

2021/07/16

Dawn Garry

Frank $10,000. Last Thursday $14,400

Oan $4000. Last Thursday $6000

Warroom $84,300. Last Thursday $57,500

Hannity $10,500. Last Thursday $10,900

Beck $6500. Last Thursday $2500

Gallagher $33,500. Last Thursday $3200

Pete Santilli $8000. Last Thursday $650

Dinesh $6100. Last Thursday $2700

Diamond & Silk $1300. Last Thursday $800

RSBN $12,000. Last Thursday $7100

Scott $2700. Last Thursday $400

Charlie Kirk $2400. Last Thursday $1200

The Chicks $4000. Last Thursday $3500

12:00:57 pm

Did you see Scott's request for you to call in this morning at 10:34?

DG    12:09:49 pm

DEF034384.000134

mlicloud@mypillow.com

What about hodge twins and towels
12:50:41 pm

Dawn Garry

Keith Hodge never responds to me. I let Derek know so he could get the message to them
12:51:30 pm

Talking to Derek now. They will hit it today
12:55:36 pm

DG Just a reminder that I am leaving at 10
01:22:34 pm

mlicloud@mypillow.com

Hodge Twins

11516 Oxwood street Las Vegas, NV 89141

Send them 4 sets of towels
Overnight them on Monday
09:44:25 pm

Dawn Garry

You got it.
09:47:30 pm

DG Color preference?
09:47:44 pm

mlicloud@mypillow.com

You pick
09:53:21 pm

Dawn Garry

DG Okay😊
09:53:50 pm

mlicloud@mypillow.com

Thanks tons Mike 🙏I'm getting set up and will be posting some great shows on your platform! I'm also interested in perhaps having a code for my listeners to order from My Pillow & if you offer a % of sales? I'm a natural sales person, and used to work on TV on a shopping show, LOL! Making their top sales! 📺♥️🎤📽📺 or happy just to support you!🙏
11:21:47 pm

Sent an attachment
Filename: Sherry Beall.vcf
Path: ~/Library/SMS/Attachments/fc/12/0E71CEAA-50A8-436C-BB6D-3EEAB01AD164/Sherry Beall.vcf
Size: 181 bytes
Type: text/vcard
11:23:20 pm

Dawn Garry

DG Do I need to call her tonight to set her up?
11:40:45 pm

DEF034384.000135

2021/07/17

mlicloud@mypillow.com

No Monday
12:58:37 am

Dawn Garry

DG  Sounds good
01:04:27 am

2021/07/19

Dawn Garry

Frank $55,200. Week prior $114,800

L33 & L66. $65,676

Oan $28,500. Week prior $33,300

Warroom $438,700. Week prior $505,900

Hannity $74,300. Week prior $80,500

Beck $37,700. Week prior $19,900

Gallagher $80,700. Week prior $26,700

Pete Santilli $9700. Week prior $3400

Jack Poso $81,000. Week prior $46,000

John Fredricks $6700. Week prior $2400

Hodge Twins $51,700. Week prior $25,300

Diamond & Silk $8000. Week prior $12,800

RSBN $63,200. Week prior $138,800

Scott $6500. Week prior $4400

Alex Jones $89,100. Week prior $7100

DG  The Chicks $23,700. Week prior $21,300
12:28:06 pm

mlicloud@mypillow.com

What can Diamond and silk do ?
12:34:37 pm

Can you tell them about the towel deal ans also hannity
12:35:03 pm

And Beck
12:35:11 pm

Dawn Garry

DG  I told Diamond & Silk about the towels last week. Heather even made them a banner.
Hannity & Beck are doing towels this week.
12:36:11 pm

DEF034384.000136

mlicloud@mypillow.com

Can you see if it is out there
12:37:10 pm

Dawn Garry

This is on their FB page. Checking other places

DG



12:38:36 pm

mlicloud@mypillow.com

They need the towel offer
12:41:48 pm

Dawn Garry

DG  I gave it to them. I am going to call to make sure they mention today.
12:42:19 pm

mlicloud@mypillow.com

Tell them mypillow has been cancelled and we are passing the savings on to you
Regular 109.99
With promo 39.99
12:44:30 pm

Dawn Garry

DG  Got it
12:44:45 pm

mlicloud@mypillow.com

Who else did you swaitch to towels
12:46:17 pm

Did Kirk do better
Dinesh?
12:46:42 pm

Dawn Garry

I have everyone switched to towels.
Yes to Kirk and Dinesh

Kirk did $9900 last week. Week prior $7700

Dinesh $27,000. Week prior $20,000
12:48:00 pm

Steve Bannon sent me this and made this comment.

Need to be LIVE on Frank TV

DEF034384.000137

DG

Sent an attachment
Filename: IMG_2295.heic
Path: ~/Library/SMS/Attachments/de/14/3378D4E2-94D5-4F40-813D-2B36E38FA13F/IMG_2295.heic
Size: 22 KB
Type: image/heic
12:54:23 pm

mlicloud@mypillow.com

What is lcl code do?
12:55:48 pm

Dawn Garry

DG

Os Hillman Ministries
12:56:13 pm

mlicloud@mypillow.com

How much did it do
12:56:38 pm

Dawn Garry

DG

$3054.20. It started Friday
12:57:45 pm

mlicloud@mypillow.com

Do a bigger split with them
12:59:27 pm

Dawn Garry

DG

What would you like me to give them?
12:59:47 pm

mlicloud@mypillow.com

What is our best one ?
01:00:40 pm

Dawn Garry

DG

I take off 24% and then we split 50/50
01:01:28 pm

So they get 38%
01:01:58 pm

mlicloud@mypillow.com

Ok do that with them
01:03:14 pm

Dawn Garry

Okay
01:03:22 pm

DEF034384.000138

DG

I spoke to Diamond & Silk. They said to be completely honest, they are only back up and running about 30%. They are taking care of their mothers affairs since she passed. After this week, they will be back at 100%.

01:16:16 pm

♥ 1  mlicloud@mypillow.com

2021/07/20

Dawn Garry

Frank $9200. Last Monday $6000

Oan $4000. Last Monday $4100

Warroom $63,600. Last Monday $44,500

Alex Jones $87,400. That is with 35% off the top. Last Monday $500

Clay & Buck $7500. Last Monday $5600

The Chicks $6500. Last Monday $4400

Hannity $11,100. Last Monday $10,600. Hannity will be doing a live read today on the towels.

Beck $3800. Last Monday $4800. Beck will also be doing a live read today on towels

Bards $3800. Last Monday $4200

Dinesh $6700. Last Monday $3300

Diamond & Silk $2200. Last Monday $1150

Hodgetwins $7600. Last Monday $4000. They will receive their towels today.

Gallagher $9600. Last Monday $3200

Poso $14,500. Last Monday $6600

WABC $2000. Last Monday $900

DG

12:04:34 pm

DEF034384.000139

2021/07/21

Dawn Garry

Frank $6900. Last Tuesday $10,100.

Oan $2600. Last Tuesday $4300

Warroom $51,800. Last Tuesday $42,200

Alex Jones $64,600. Last Tuesday $130

Beck $9000. Towel read. Last Tuesday $5500. Sheets

Hannity $13,200. Last Tuesday $11,600

Gallagher $7000. Last Tuesday $2200

The Chicks $4200. Last Tuesday $2200

Dinesh $7300. Last Tuesday $2500

Hodge twins $5800. Last Tuesday $4000

Jesse Kelly $2700. Last Tuesday $1000

Levin $6100. Last Tuesday $1700

Poso $8700. Last Tuesday $9300

Clay & Buck $9000. Last Tuesday $7200

Bards $2900. Last Tuesday $2100
11:58:00 am

What would you like Bannon to focus on today? Here is what sold the most yesterday

Towels 231 sets

Children Bible pillows 380

Sheets 170 sets
12:08:44 pm

DG

mlicloud@mypillow.com

What is L66 and L33
12:39:25 pm

Dawn Garry

L66 did $11,850
L33 did $470

Just so you know. That protester is at bldg 7 today.
12:41:04 pm

DG

mlicloud@mypillow.com

What protester
01:31:08 pm

Dawn Garry

L66 $10,400

Frank $4100. Last Wednesday $7700

Oan $2000. Last Wednesday $3000

Warroom $43,600. Last Wednesday $76,000

Alex $49,500. Last Wednesday $300

Gallagher $7200. Last Wednesday $2400

Hannity $15,100. Last Wednesday $11,000

Beck $3900. Last Wednesday $6500

The Chicks $4900. Last Wednesday $3100

Clay & Buck $8500. Last Wednesday $9000

Dinesh $5100. Last Wednesday $2300

Diamond & Silk $2900. Last Wednesday $1300

Hodge Twins $6000. Last Wednesday $1500

12:34:25 pm

DG Is there something Bannon can focus on today?
12:44:21 pm

mlicloud@mypillow.com

He loves towels
Give him towels again with a countdown because of the
Symposium
12:47:09 pm

Dawn Garry

DG 
12:48:47 pm

DEF034384.000141

2021/07/23

Dawn Garry

L66 $15,600

Frank $5700. Last Thursday $10,000

Oan $2000. Last Thursday $4000

Warroom $83,800. Last Thursday $84,300

Gallagher $10,100. Last Thursday $33,500. You were on and mentioned the towel off.

Alex Jones $49,000. Last Thursday $380

Hannity $11,900. Last Thursday $10,500

Beck $5100. Last Thursday $6500

The Chicks $5100. Last Thursday $4000

Diamond & Silk $1800. Last Thursday $1300

Flash Point $34,000. Last Thursday $5000

Jesse Kelly $3100. Last Thursday $1600

Levin $4500. Last Thursday $1500

Poso $8200. Last Thursday $7800

12:26:41 pm

Heidi and I are here for our 8 meeting but Nick and Darren are not in the office yet. Should we call you?
12:58:23 pm

DG  They are here now. We will call you.
01:00:05 pm

2021/07/24

mlicloud@mypillow.com

Hey Dawn
On the chart is says L66 is for Listrax but we are using it at LindellTV ....????
03:50:49 am

Dawn Garry

I didn't set that one up but I do not know what Listrax is. I will get it changed.
12:02:40 pm

DG  It is corrected now.
12:12:55 pm

DEF034384.000142

2021/07/26

Dawn Garry

L33 & L66 $84,000. Week prior $65,700

Frank $59,500. Week prior $55,200

Oan $19,900. Week prior $28,500

Warroom $432,800. Week prior $438,700

Flashpoint $127,200

Gallagher $49,200. Week prior $80,700. You called in one day.

Diamond & Silk $15,200. Week prior $8000

RSBN $90,700. Week prior $63,200

David Harris $25,800. Week prior $18,200

Hannity $91,800. Week prior $74,300

Beck $35,500. Week prior $37,700

Pete Santilli $6200. Week prior $9700

John Fredricks $6400. Week prior $6700

Alex Jones $339,800. Week prior $89,100

The Chicks $34,800. Week prior $23,700

12:22:29 pm

DG

Is there anything you want Bannon to push today? He mentioned you were on this morning. I know we talked about overstock products but probably not until tomorrow.

12:27:16 pm

mlicloud@mypillow.com

Sheets 50% off as low as 49.99 a set
Makes sure he says "as low as

01:32:41 pm

Dawn Garry

I have to have Rob get the sheets for 50% off in his square.

01:33:44 pm

DG

I haven't heard back from Bob about the inventory on the cases we discussed earlier. I text him twice.

10:11:43 pm

mlicloud@mypillow.com

You are good to go

10:24:23 pm

Dawn Garry

Okay. Ford Rob have the images?

10:25:42 pm

DG

Does

10:25:48 pm

DEF034384.000143

mlicloud@mypillow.com

We are making it tomorrow
10:47:02 pm

Dawn Garry

DG

Okay.
10:47:22 pm

2021/07/27

Dawn Garry

DG

L33 & L66 $11,300. Last Monday $14,100

Frank $16,000. Last Monday $9200

Oan $1250. Last Monday $4000

Warroom $60,000. Last Monday $63,600

Alex $22,300. Last Monday $87,400

The Chicks $4600. Last Monday $6500

Clay & Buck $10,300. Last Monday $7500

Gallagher $8200. Last Monday $9600

Dinesh $3200. Last Monday $6700

Hannity $10,500. Last Monday $11,100

Beck $3300. Last Monday $3800

Diamond & Silk $1400. Last Monday $2200

RSBN $6900. Last Monday $5000

Scott $2150. Last Monday $1000
12:19:09 pm

mlicloud@mypillow.com

What is Diamond and silken
01:23:35 pm

Dawn Garry

DG

They have towel script. I will call them this morning.
01:24:36 pm

mlicloud@mypillow.com

What are their numbers ?
01:31:54 pm

Dawn Garry

DG

They did $1400 yesterday
01:32:24 pm

DEF034384.000144

2021/07/28

Dawn Garry

L66 $10,500. Last Tuesday $12,000

Frank $9200. Last Tuesday $6900

Oan $2900. Last Tuesday $2600

Warroom $49,000. Last Tuesday $51,800

Gallagher $12,300. Last Tuesday $7000

Hannity $13,300. Last Tuesday $13,200

Beck $10,300. Last Tuesday $9000

Alex Jones $22,800. Last Tuesday $64,600

Diamond & Silk $2100. Last Tuesday $950

Metaxas $2600. Last Tuesday $1200

Wor $3000. Last Tuesday $600

The Chicks $3100. Last Tuesday $4200

Clay & Buck $8700. Last Tuesday $9000.

Jesse Kelly $3200. Last Tuesday $2700. Doing really well since starting about 4 weeks ago. Spend per week is $3800. I will send you an air check.
11:54:11 am

Sent an attachment
Filename: MY PILLOW MONDAY.mp3
Path: ~/Library/SMS/Attachments/66/06/7AED4158-4A63-48F5-8EBC-4471698AC117/MY PILLOW MONDAY.mp3
Size: 1 MB
Type: audio/mpeg
11:54:48 am

Hi. On your new video you did. You mention use the promo code on the screen but there is not a promo code listed. I wasn't sure if this was supposed to be added.

Sent an attachment
Filename: IMG_0121.heic
Path: ~/Library/SMS/Attachments/dc/12/0DE71D86-D9D5-455E-9D9B-0B2D50022DC8/IMG_0121.heic
Size: 4 MB
Type: image/heic
06:38:05 pm

DG

✓ Read

mlicloud@mypillow.com

Correct
06:38:56 pm

They can use any promo code
06:39:28 pm

✓ Sent