# Exhibit 68

**Supplement to the Statement of Vote**
**November 3, 2020, General Election**
**Statewide Summary by County for President**

| | Joseph R. Biden DEM | Donald J. Trump* REP | Roque "Rocky" De La Fuente Guerra AI | Howie Hawkins GRN | Jo Jorgensen LIB | Gloria La Riva PF | Brian Carroll (W/I) |
|---|---|---|---|---|---|---|---|
| **Alameda** | 617,659 | 136,309 | 2,399 | 4,664 | 6,295 | 2,538 | 127 |
| Percent | 80.2% | 17.7% | 0.3% | 0.6% | 0.8% | 0.3% | 0% |
| **Alpine** | 476 | 244 | 0 | 4 | 15 | 2 | 0 |
| Percent | 64.2% | 32.9% | % | 0.5% | 2% | 0.3% | % |
| **Amador** | 8,153 | 13,585 | 64 | 110 | 349 | 41 | 1 |
| Percent | 36.6% | 60.9% | 0.3% | 0.5% | 1.6% | 0.2% | 0% |
| **Butte[1]** | 50,815 | 48,819 | 326 | 510 | 1,789 | 282 | 15 |
| Percent | 49.5% | 47.6% | 0.3% | 0.5% | 1.7% | 0.3% | 0% |
| **Calaveras** | 10,046 | 16,518 | 72 | 125 | 359 | 44 | 0 |
| Percent | 37% | 60.8% | 0.3% | 0.5% | 1.3% | 0.2% | % |
| **Colusa** | 3,239 | 4,559 | 30 | 25 | 81 | 27 | 0 |
| Percent | 40.7% | 57.3% | 0.4% | 0.3% | 1% | 0.3% | % |
| **Contra Costa** | 416,386 | 152,877 | 1,949 | 2,618 | 6,116 | 1,284 | 57 |
| Percent | 71.6% | 26.3% | 0.3% | 0.5% | 1.1% | 0.2% | 0% |
| **Del Norte** | 4,677 | 6,461 | 53 | 78 | 150 | 33 | 1 |
| Percent | 40.8% | 56.4% | 0.5% | 0.7% | 1.3% | 0.3% | 0% |
| **El Dorado** | 51,621 | 61,838 | 240 | 460 | 1,871 | 108 | 15 |
| Percent | 44.4% | 53.2% | 0.2% | 0.4% | 1.6% | 0.1% | 0% |
| **Fresno** | 193,025 | 164,464 | 1,147 | 1,474 | 4,031 | 668 | 64 |
| Percent | 52.9% | 45.1% | 0.3% | 0.4% | 1.1% | 0.2% | 0% |
| **Glenn** | 3,995 | 7,063 | 39 | 34 | 128 | 33 | 5 |
| Percent | 35.4% | 62.5% | 0.3% | 0.3% | 1.1% | 0.3% | 0% |
| **Humboldt** | 44,768 | 21,770 | 251 | 625 | 1,132 | 282 | 7 |
| Percent | 65% | 31.6% | 0.4% | 0.9% | 1.6% | 0.4% | 0% |
| **Imperial** | 34,678 | 20,847 | 291 | 234 | 390 | 278 | 25 |
| Percent | 61.1% | 36.7% | 0.5% | 0.4% | 0.7% | 0.5% | 0% |
| **Inyo** | 4,634 | 4,620 | 32 | 45 | 128 | 22 | 1 |
| Percent | 48.9% | 48.7% | 0.3% | 0.5% | 1.3% | 0.2% | 0% |
| **Kern** | 133,366 | 164,484 | 1,264 | 1,074 | 3,942 | 1,096 | 35 |
| Percent | 43.7% | 53.9% | 0.4% | 0.4% | 1.3% | 0.4% | 0% |
| **Kings** | 18,699 | 24,072 | 180 | 125 | 604 | 178 | 0 |
| Percent | 42.6% | 54.9% | 0.4% | 0.3% | 1.4% | 0.4% | % |
| **Lake** | 14,941 | 13,123 | 89 | 207 | 374 | 66 | 2 |
| Percent | 51.9% | 45.5% | 0.3% | 0.7% | 1.3% | 0.2% | 0% |
| **Lassen** | 2,799 | 8,970 | 26 | 31 | 141 | 18 | 0 |
| Percent | 23.4% | 74.8% | 0.2% | 0.3% | 1.2% | 0.2% | % |
| **Los Angeles** | 3,028,885 | 1,145,530 | 15,999 | 21,660 | 35,452 | 15,917 | 485 |
| Percent | 71% | 26.9% | 0.4% | 0.5% | 0.8% | 0.4% | 0% |
| **Madera** | 23,168 | 29,378 | 173 | 217 | 621 | 165 | 8 |
| Percent | 43.1% | 54.7% | 0.3% | 0.4% | 1.2% | 0.3% | 0% |
| **Marin** | 128,288 | 24,612 | 380 | 724 | 1,536 | 261 | 11 |
| Percent | 82.3% | 15.8% | 0.2% | 0.5% | 1% | 0.2% | 0% |
| **Mariposa** | 4,088 | 5,950 | 26 | 39 | 155 | 22 | 0 |
| Percent | 39.8% | 57.9% | 0.3% | 0.4% | 1.5% | 0.2% | % |
| **Mendocino** | 28,782 | 13,267 | 123 | 394 | 591 | 179 | 0 |
| Percent | 66.4% | 30.6% | 0.3% | 0.9% | 1.4% | 0.4% | % |
| **Merced** | 48,991 | 39,397 | 391 | 388 | 941 | 433 | 10 |
| Percent | 54.1% | 43.5% | 0.4% | 0.4% | 1% | 0.5% | 0% |

*Incumbent
[1]See Explanatory Note on page ii.

3

Supplement to the Statement of Vote
November 3, 2020, General Election
Statewide Summary by County for President

| | Joseph R. Biden DEM | Donald J. Trump* REP | Roque "Rocky" De La Fuente Guerra AI | Howie Hawkins GRN | Jo Jorgensen LIB | Gloria La Riva PF | Brian Carroll (W/I) |
|---|---|---|---|---|---|---|---|
| **Modoc** | 1,150 | 3,109 | 13 | 15 | 39 | 12 | 2 |
| Percent | 26.5% | 71.6% | 0.3% | 0.3% | 0.9% | 0.3% | 0% |
| **Mono** | 4,013 | 2,513 | 25 | 42 | 126 | 18 | 0 |
| Percent | 59.6% | 37.3% | 0.4% | 0.6% | 1.9% | 0.3% | % |
| **Monterey** | 113,953 | 46,299 | 566 | 749 | 1,820 | 496 | 27 |
| Percent | 69.5% | 28.2% | 0.3% | 0.5% | 1.1% | 0.3% | 0% |
| **Napa** | 49,817 | 20,676 | 241 | 310 | 914 | 164 | 22 |
| Percent | 69% | 28.7% | 0.3% | 0.4% | 1.3% | 0.2% | 0% |
| **Nevada** | 36,359 | 26,779 | 189 | 345 | 919 | 147 | 6 |
| Percent | 56.2% | 41.4% | 0.3% | 0.5% | 1.4% | 0.2% | 0% |
| **Orange** | 814,009 | 676,498 | 4,642 | 5,819 | 17,325 | 3,432 | 297 |
| Percent | 53.5% | 44.4% | 0.3% | 0.4% | 1.1% | 0.2% | 0% |
| **Placer** | 106,869 | 122,488 | 593 | 779 | 3,948 | 340 | 41 |
| Percent | 45.5% | 52.1% | 0.3% | 0.3% | 1.7% | 0.1% | 0% |
| **Plumas** | 4,561 | 6,445 | 31 | 39 | 153 | 27 | 3 |
| Percent | 40.5% | 57.2% | 0.3% | 0.3% | 1.4% | 0.2% | 0% |
| **Riverside** | 528,340 | 449,144 | 3,392 | 3,372 | 9,970 | 2,789 | 122 |
| Percent | 53% | 45% | 0.3% | 0.3% | 1% | 0.3% | 0% |
| **Sacramento** | 440,808 | 259,405 | 2,630 | 3,254 | 9,770 | 2,423 | 95 |
| Percent | 61.4% | 36.1% | 0.4% | 0.5% | 1.4% | 0.3% | 0% |
| **San Benito** | 17,628 | 10,590 | 84 | 91 | 345 | 83 | 6 |
| Percent | 61.1% | 36.7% | 0.3% | 0.3% | 1.2% | 0.3% | 0% |
| **San Bernardino** | 455,859 | 366,257 | 3,355 | 3,619 | 8,791 | 3,050 | 141 |
| Percent | 54.2% | 43.5% | 0.4% | 0.4% | 1% | 0.4% | 0% |
| **San Diego** | 964,650 | 600,094 | 5,302 | 7,421 | 21,386 | 2,869 | 275 |
| Percent | 60.2% | 37.5% | 0.3% | 0.5% | 1.3% | 0.2% | 0% |
| **San Francisco** | 378,156 | 56,417 | 1,262 | 2,781 | 3,299 | 1,543 | 48 |
| Percent | 85.3% | 12.7% | 0.3% | 0.6% | 0.7% | 0.3% | 0% |
| **San Joaquin** | 161,137 | 121,098 | 1,251 | 1,064 | 2,929 | 964 | 34 |
| Percent | 55.9% | 42% | 0.4% | 0.4% | 1% | 0.3% | 0% |
| **San Luis Obispo** | 88,310 | 67,436 | 455 | 794 | 2,408 | 278 | 22 |
| Percent | 55.3% | 42.2% | 0.3% | 0.5% | 1.5% | 0.2% | 0% |
| **San Mateo** | 291,496 | 75,584 | 1,145 | 1,595 | 3,554 | 797 | 59 |
| Percent | 77.9% | 20.2% | 0.3% | 0.4% | 0.9% | 0.2% | 0% |
| **Santa Barbara** | 129,963 | 65,736 | 714 | 939 | 2,416 | 520 | 35 |
| Percent | 64.9% | 32.8% | 0.4% | 0.5% | 1.2% | 0.3% | 0% |
| **Santa Clara** | 617,967 | 214,612 | 2,623 | 4,040 | 9,131 | 2,149 | 151 |
| Percent | 72.6% | 25.2% | 0.3% | 0.5% | 1.1% | 0.3% | 0% |
| **Santa Cruz** | 114,246 | 26,937 | 434 | 1,062 | 1,704 | 413 | 17 |
| Percent | 78.9% | 18.6% | 0.3% | 0.7% | 1.2% | 0.3% | 0% |
| **Shasta** | 30,000 | 60,789 | 281 | 368 | 1,277 | 185 | 14 |
| Percent | 32.3% | 65.4% | 0.3% | 0.4% | 1.4% | 0.2% | 0% |
| **Sierra** | 730 | 1,142 | 12 | 13 | 27 | 6 | 0 |
| Percent | 37.8% | 59.1% | 0.6% | 0.7% | 1.4% | 0.3% | % |
| **Siskiyou** | 9,593 | 13,290 | 79 | 116 | 318 | 54 | 16 |
| Percent | 40.9% | 56.6% | 0.3% | 0.5% | 1.4% | 0.2% | 0.1% |
| **Solano** | 131,639 | 69,306 | 825 | 958 | 2,475 | 628 | 37 |
| Percent | 63.9% | 33.7% | 0.4% | 0.5% | 1.2% | 0.3% | 0% |

*Incumbent

Supplement to the Statement of Vote
November 3, 2020, General Election
Statewide Summary by County for President

| | Joseph R. Biden DEM | Donald J. Trump* REP | Roque "Rocky" De La Fuente Guerra AI | Howie Hawkins GRN | Jo Jorgensen LIB | Gloria La Riva PF | Brian Carroll (W/I) |
|---|---|---|---|---|---|---|---|
| Sonoma | 199,938 | 61,825 | 832 | 1,499 | 3,418 | 740 | 32 |
| Percent | 74.5% | 23% | 0.3% | 0.6% | 1.3% | 0.3% | 0% |
| Stanislaus | 105,841 | 104,145 | 926 | 742 | 2,494 | 728 | 62 |
| Percent | 49.2% | 48.4% | 0.4% | 0.3% | 1.2% | 0.3% | 0% |
| Sutter | 17,367 | 24,375 | 126 | 136 | 521 | 115 | 3 |
| Percent | 40.7% | 57.2% | 0.3% | 0.3% | 1.2% | 0.3% | 0% |
| Tehama | 8,911 | 19,141 | 111 | 90 | 403 | 65 | 7 |
| Percent | 31% | 66.6% | 0.4% | 0.3% | 1.4% | 0.2% | 0% |
| Trinity | 2,851 | 3,188 | 27 | 50 | 117 | 25 | 0 |
| Percent | 45.6% | 50.9% | 0.4% | 0.8% | 1.9% | 0.4% | % |
| Tulare | 66,105 | 77,579 | 632 | 483 | 1,498 | 535 | 46 |
| Percent | 45% | 52.8% | 0.4% | 0.3% | 1% | 0.4% | 0% |
| Tuolumne | 11,978 | 17,689 | 91 | 145 | 439 | 59 | 4 |
| Percent | 39.4% | 58.2% | 0.3% | 0.5% | 1.4% | 0.2% | 0% |
| Ventura | 251,388 | 162,207 | 1,278 | 1,766 | 5,069 | 990 | 84 |
| Percent | 59.5% | 38.4% | 0.3% | 0.4% | 1.2% | 0.2% | 0% |
| Yolo | 67,598 | 27,292 | 298 | 547 | 1,206 | 323 | 24 |
| Percent | 69.5% | 28.1% | 0.3% | 0.6% | 1.2% | 0.3% | 0% |
| Yuba | 11,230 | 17,676 | 153 | 124 | 510 | 94 | 4 |
| Percent | 37.7% | 59.3% | 0.5% | 0.4% | 1.7% | 0.3% | 0% |
| State Totals | 11,110,639 | 6,006,518 | 60,162 | 81,032 | 187,910 | 51,038 | 2,605 |
| Percent | 63.5% | 34.3% | 0.3% | 0.5% | 1.1% | 0.3% | 0% |

*Incumbent

5

**Supplement to the Statement of Vote**
**November 3, 2020, General Election**
**Statewide Summary by County for President**

|  | Mark Charles (W/I) | Joseph Kishore (W/I) | Brock Pierce (W/I) | Jesse Ventura (W/I) |
|---|---|---|---|---|
| **Alameda** | 25 | 17 | 8 | 29 |
| Percent | 0% | 0% | 0% | 0% |
| **Alpine** | 0 | 0 | 0 | 0 |
| Percent | % | % | % | % |
| **Amador** | 0 | 0 | 0 | 1 |
| Percent | % | % | % | 0% |
| **Butte**[1] | 2 | 0 | 3 | 4 |
| Percent | 0% | % | 0% | 0% |
| **Calaveras** | 0 | 0 | 0 | 0 |
| Percent | % | % | % | % |
| **Colusa** | 0 | 0 | 0 | 0 |
| Percent | % | % | % | % |
| **Contra Costa** | 14 | 2 | 3 | 10 |
| Percent | 0% | 0% | 0% | 0% |
| **Del Norte** | 0 | 0 | 0 | 0 |
| Percent | % | % | % | % |
| **El Dorado** | 1 | 0 | 0 | 5 |
| Percent | 0% | % | % | 0% |
| **Fresno** | 32 | 0 | 2 | 10 |
| Percent | 0% | % | 0% | 0% |
| **Glenn** | 0 | 0 | 0 | 0 |
| Percent | % | % | % | % |
| **Humboldt** | 6 | 0 | 0 | 2 |
| Percent | 0% | % | % | 0% |
| **Imperial** | 0 | 0 | 0 | 0 |
| Percent | % | % | % | % |
| **Inyo** | 2 | 0 | 0 | 0 |
| Percent | 0% | % | % | % |
| **Kern** | 20 | 0 | 2 | 9 |
| Percent | 0% | % | 0% | 0% |
| **Kings** | 1 | 0 | 1 | 1 |
| Percent | 0% | % | 0% | 0% |
| **Lake** | 5 | 1 | 2 | 2 |
| Percent | 0% | 0% | 0% | 0% |
| **Lassen** | 0 | 0 | 0 | 2 |
| Percent | % | % | % | 0% |
| **Los Angeles** | 127 | 30 | 72 | 208 |
| Percent | 0% | 0% | 0% | 0% |
| **Madera** | 0 | 0 | 0 | 2 |
| Percent | % | % | % | 0% |
| **Marin** | 6 | 0 | 3 | 9 |
| Percent | 0% | % | 0% | 0% |
| **Mariposa** | 0 | 0 | 0 | 0 |
| Percent | % | % | % | % |
| **Mendocino** | 1 | 0 | 0 | 3 |
| Percent | 0% | % | % | 0% |
| **Merced** | 0 | 0 | 0 | 3 |
| Percent | % | % | % | 0% |

*Incumbent
[1]See Explanatory Note on page ii.

Supplement to the Statement of Vote
November 3, 2020, General Election
**Statewide Summary by County for President**

| | Mark Charles (W/I) | Joseph Kishore (W/I) | Brock Pierce (W/I) | Jesse Ventura (W/I) |
|---|---|---|---|---|
| **Modoc** | 2 | 0 | 0 | 1 |
| Percent | 0% | % | % | 0% |
| **Mono** | 0 | 0 | 0 | 1 |
| Percent | % | % | % | 0% |
| **Monterey** | 5 | 2 | 0 | 6 |
| Percent | 0% | 0% | % | 0% |
| **Napa** | 0 | 0 | 2 | 4 |
| Percent | % | % | 0% | 0% |
| **Nevada** | 2 | 0 | 3 | 1 |
| Percent | 0% | % | 0% | 0% |
| **Orange** | 44 | 5 | 12 | 30 |
| Percent | 0% | 0% | 0% | 0% |
| **Placer** | 15 | 0 | 1 | 10 |
| Percent | 0% | % | 0% | 0% |
| **Plumas** | 0 | 0 | 1 | 0 |
| Percent | % | % | 0% | % |
| **Riverside** | 12 | 1 | 4 | 10 |
| Percent | 0% | 0% | 0% | 0% |
| **Sacramento** | 22 | 1 | 13 | 19 |
| Percent | 0% | 0% | 0% | 0% |
| **San Benito** | 2 | 0 | 0 | 1 |
| Percent | 0% | % | % | 0% |
| **San Bernardino** | 20 | 3 | 2 | 33 |
| Percent | 0% | 0% | 0% | 0% |
| **San Diego** | 51 | 30 | 16 | 49 |
| Percent | 0% | 0% | 0% | 0% |
| **San Francisco** | 17 | 5 | 7 | 18 |
| Percent | 0% | 0% | 0% | 0% |
| **San Joaquin** | 8 | | | 7 |
| Percent | 0% | % | % | 0% |
| **San Luis Obispo** | 7 | 1 | 0 | 3 |
| Percent | 0% | 0% | % | 0% |
| **San Mateo** | 4 | 2 | 3 | 12 |
| Percent | 0% | 0% | 0% | 0% |
| **Santa Barbara** | 7 | 2 | 0 | 7 |
| Percent | 0% | 0% | % | 0% |
| **Santa Clara** | 24 | 8 | 7 | 29 |
| Percent | 0% | 0% | 0% | 0% |
| **Santa Cruz** | 8 | 3 | 4 | 9 |
| Percent | 0% | 0% | 0% | 0% |
| **Shasta** | 6 | 0 | 4 | 6 |
| Percent | 0% | % | 0% | 0% |
| **Sierra** | 1 | 0 | 0 | 0 |
| Percent | 0.1% | % | % | % |
| **Siskiyou** | 3 | 0 | 2 | 1 |
| Percent | 0% | % | 0% | 0% |
| **Solano** | 3 | 1 | 1 | 4 |
| Percent | 0% | 0% | 0% | 0% |

*Incumbent

7

Supplement to the Statement of Vote
November 3, 2020, General Election
Statewide Summary by County for President

| | Mark Charles (W/I) | Joseph Kishore (W/I) | Brock Pierce (W/I) | Jesse Ventura (W/I) |
|---|---|---|---|---|
| **Sonoma** | 16 | 1 | 1 | 15 |
| Percent | 0% | 0% | 0% | 0% |
| **Stanislaus** | 7 | 0 | 0 | 9 |
| Percent | 0% | % | % | 0% |
| **Sutter** | 0 | 0 | 0 | 1 |
| Percent | % | % | % | 0% |
| **Tehama** | 2 | | | 1 |
| Percent | 0% | % | % | 0% |
| **Trinity** | 0 | 0 | 0 | 1 |
| Percent | % | % | % | 0% |
| **Tulare** | 4 | 0 | 1 | 2 |
| Percent | 0% | % | 0% | 0% |
| **Tuolumne** | 2 | 0 | 0 | 1 |
| Percent | 0% | % | % | 0% |
| **Ventura** | 16 | 5 | 5 | 17 |
| Percent | 0% | 0% | 0% | 0% |
| **Yolo** | 3 | 1 | 0 | 2 |
| Percent | 0% | 0% | % | 0% |
| **Yuba** | 4 | 0 | 0 | 1 |
| Percent | 0% | % | % | 0% |
| **State Totals** | 559 | 121 | 185 | 611 |
| Percent | 0% | 0% | 0% | 0% |

*Incumbent

8