CASE 0:22-cv-00098-JMB-JFD    Doc. 395-82    Filed 11/13/24    Page 1 of 1

# Exhibit 76

Filed Under Seal