# Exhibit 81

Intentionally Omitted