# Exhibit 84

Intentionally Omitted