# Exhibit 85

**From:** Darren Lindell <dlindell@mypillow.com>
**To:** Jessica Maskovich <jessica@mypillow.com>, Todd Carter <todd@lindellmanagement.com>
**Subject:** Re: Absolute Proof
**Date:** Wed, 10 Feb 2021 23:25:58 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Looks good Todd, thanks!

Get Outlook for Android

---

**From:** Todd Carter <todd@lindellmanagement.com>
**Sent:** Wednesday, February 10, 2021 11:24:12 AM
**To:** Darren Lindell <dlindell@mypillow.com>; Jessica Maskovich <jessica@mypillow.com>
**Subject:** RE: Absolute Proof

I have added this page: https://www.mypillow.com/absolute-proof

I have gone through and found all relevant search terms and associated them with this page. I am working with Creatuity if there is anything additional, I need to do here since this is the first time I have done this but so far it looks like pretty solid solution as-is.

Thanks

Todd Carter
Chief Technology Officer | Lindell Management | 952-826-8656 | 972-743-6424
343 East 82nd St Ste 102 | Chaska, MN 55318

**From:** Darren Lindell <dlindell@mypillow.com>
**Sent:** Wednesday, February 10, 2021 10:46 AM
**To:** Jessica Maskovich <jessica@mypillow.com>; Todd Carter <todd@lindellmanagement.com>
**Subject:** Re: Absolute Proof

Any update on this Todd? Thanks!

Get Outlook for Android

---

**From:** Todd Carter <todd@lindellmanagement.com>
**Sent:** Monday, February 8, 2021 11:54:01 AM
**To:** Darren Lindell <dlindell@mypillow.com>; Jessica Maskovich <jessica@mypillow.com>
**Subject:** RE: Absolute Proof

Ok, I can build a content page with this information. I will shoot you a link when I get it completed.

Todd Carter
Chief Technology Officer | Lindell Management | 952-826-8656 | 972-743-6424
343 East 82nd St Ste 102 | Chaska, MN 55318

**From:** Darren Lindell <dlindell@mypillow.com>
**Sent:** Monday, February 8, 2021 1:45 PM
**To:** Todd Carter <todd@lindellmanagement.com>; Jessica Maskovich <jessica@mypillow.com>
**Subject:** FW: Absolute Proof

Hey Todd,

Mike wants people who are searching anything like "absolute proof", "Fraud", "election" etc to hit a page with a paragraph that just says

The documentary Absolute Proof is not available on MyPillow's website. Please visit Mike Lindell's personal website.

He does not want to provide a link of any kind, just the words.

Make sense?

Thanks!

**From:** Heidi O'Donnell <hodonnell@mypillow.com>
**Sent:** Monday, February 08, 2021 12:59 PM
**To:** Darren Lindell <dlindell@mypillow.com>; Jessica Maskovich <jessica@mypillow.com>
**Subject:** Absolute Proof

Hi Darren and Jessica,

Sorry to bother you. I was looking at this weeks search terms for MyPillow. 300 unique searches were for Absolute Proof. Of these 300, they are matched with only Mike's book as a search term. Do we want to redirect them to the Mike Lindell page? I just thought it would be frustrating for the customer to not find what they are looking for.



Thanks!

Heidi O'Donnell
Digital Marketing Specialist | MyPillow Inc. | mypillow.com
**p:** 952.826.8614 | **e:** hodonnell@mypillow.com
343 East 82nd St, Suite 100 | Chaska, MN | 55318


*Guaranteed The Most Comfortable Pillow You'll Ever Own!*

MPI-124273

DEF116721.000002