# Exhibit 87

**From:** Kurt Olsen <ko@olsenlawpc.com>
**To:** Janet Lynn <dr.janet.lynn@gmail.com>
**Cc:** Todd Carter <tc@mypillow.com>, Mike Lindell <mike@mypillow.com>
**Subject:** Re: Website/Email Domain
**Date:** Wed, 14 Jul 2021 17:14:47 +0000
**Importance:** Normal

---

Todd and I agree that "Symposium" is too hard to spell.

Get Outlook for iOS

---

**From:** Janet Lynn <dr.janet.lynn@gmail.com>
**Sent:** Wednesday, July 14, 2021 1:09:18 PM
**To:** Kurt Olsen <ko@olsenlawpc.com>
**Cc:** Todd Carter <tc@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** Re: Website/Email Domain

Of those, I prefer thecyberproof.com
To try to win over with facts those in the middle vs saying fraud.

or: cybersymposium.com
More event specific?

On Wed, Jul 14, 2021, 11:59 AM Kurt Olsen <ko@olsenlawpc.com> wrote:

> I like the "thecyberproof.com" – Mike, Janet?
>
> **From:** Todd Carter <tc@mypillow.com>
> **Date:** Wednesday, July 14, 2021 at 12:48 PM
> **To:** Kurt Olsen <ko@olsenlawpc.com>
> **Cc:** Mike Lindell <mike@mypillow.com>, "dr.janet.lynn@gmail.com" <dr.janet.lynn@gmail.com>
> **Subject:** RE: Website/Email Domain
>
> Here are a few domain names to consider.
>
> thecyberproof.com
>
> absolutecyberproof.com
>
> cyberelectionfraud.com



DEF030186.000001

Thanks

**Todd Carter**
Chief Technology Officer | MyPillow | ☎ 952-826-8656 | ✆ 972-743-6424
343 East 82nd St Ste 102 | Chaska, MN 55318

**From:** Kurt Olsen <ko@olsenlawpc.com>
**Sent:** Wednesday, July 14, 2021 11:13 AM
**To:** Todd Carter <tc@mypillow.com>
**Cc:** Mike Lindell <mike@mypillow.com>; dr.janet.lynn@gmail.com
**Subject:** Website/Email Domain

Hi Todd,

Please give me a call at 301-802-8720 to discuss setting up a website and email addresses/domains for the team re: the 2020 election cyber forensic symposium.

All the best,

Kurt

Kurt B. Olsen
**OLSEN LAW, P.C.**
1250 Connecticut Ave., NW, Ste. 700
Washington DC 20036
(202) 408-7025
ko@olsenlawpc.com

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Olsen Law P.C. immediately by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended

recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Olsen Law P.C. immediately by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Olsen Law P.C. immediately by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.