# Exhibit 88

**From:** Bob Roepke <rproepke@gmail.com>
**To:** Mike Lindell <mike@mypillow.com>
**Subject:** Re: Resignation
**Date:** Mon, 18 Jan 2021 20:28:20 -0500
**Importance:** Normal

---

Mike, sometime I'd like to discuss more.   In the meantime, I hope we can work together addressing the  needs of those who have little hope.   Dave and I would be willing to do what we can to address those issues and needs.

Thanks for understanding!!

Blessings to you also!!

On Mon, Jan 18, 2021 at 6:15 PM Mike Lindell <mike@mypillow.com> wrote:
> Thanks Bob for all your help and service!
> FYI ... I have all the evidence of the machine fraud with China as the main attacker
> Millions of votes were switched and it might not stop this inauguration but when this comes out and it will our country will be saved from this attack and machines will never be used again!
> This isn't about Donald Trump or Biden it is about every election going forward in the world ...
> I spent 2.5 million dollars of my own money and have been working and hiring experts to get to the bottom of all the deviations .... but know that it is worth it because just 5 days ago we finished ....
> The real totals were
> Donald Trump 79m
> Biden 68m
> That does not count other forms of cheating....
>
> Bob you know me and I would not be risking everything I have if I wasn't following what the Lord has me do and if I didn't have 100% proof!
>
> Once again thanks for being on my board and I understand ...
>
> Blessings
> Mike
>
> Mike Lindell
> CEO My Pillow, Inc
>
>
> On Jan 18, 2021, at 4:53 PM, Bob Roepke <rproepke@gmail.com> wrote:
>
>
> Mike, I am submitting my resignation from the My Pillow Board of Directors.
>
> I am at a point in my life where I need to place more focus on my personal time and health (which has been a challenge), along with other service and project work that I'm involved with and committed to support.   In addition, I'm not aligned with your political support at the national level, so that's probably not a healthy situation for a member of your board.  It's also a discussion I'd be glad to have, at any time, if you'd like to discuss.
>
> Mike,  as a bit of a side note, I know the needs of our most needy in our community are growing, and will require more time and attention.   To that end, our 18 unit apartment project for people coming out of

DEF002434.000001

homelessness, that we previously discussed, has been funded and with city approval will begin construction, hopefully, later this year.
>
> Please share my best wishes with the board.
>
> Thanks Mike!   Stay safe and be well!!
>
>
> Bob
>
>

DEF002434.000002