# Exhibit 89

|||
|---:|:---|
| **From:** | "Beth Schoeneberg" <beth@csctalkradio.com> |
| **To:** | "'Dawn Curtis'" <dcurtis@mypillow.com> |
| **Subject:** | RE: Quick Question - Mike's Video - May I announce on air? |
| **Date:** | Fri, 5 Feb 2021 15:20:47 -0600 |
| **Importance:** | Normal |
| **Attachments:** | How_the_Grinches_Stole_Liberty.doc |
| **Inline-Images:** | image001.png |

---

Hi Dawn,

I'm watching Mike's video/documentary now.  I placed it on Facebook and I plan to put on my website too – I have other Internet Affiliates who might do that too.

This is so serious, but I told someone today, "We should not be discouraged but be determined!"

Just for FUN I wrote a spoof poem, based on the Grinch story ONLY this is about **"How the Grinches Stole Liberty."**
**If I already sent to you… I apologize.  I hope you did OR you will enjoy the silly rhyme … It has a good ending, I pray we will too**

Have a wonderful weekend!

Remember, Nothing shocks God off His throne, and He is still in control.

Beth Ann Schoeneberg
Owner/Host
CSC Talk Radio
www.CSCTalkRadio.com
573-796-2166 (office)

---

**From:** Dawn Curtis <dcurtis@mypillow.com>
**Sent:** Friday, February 5, 2021 9:09 AM
**To:** Beth Schoeneberg <beth@csctalkradio.com>
**Subject:** RE: Quick Question - Mike's Video - May I announce on air?

https://vimeo.com/508840849

Will send downloadable one and MJL once I have


**Dawn Curtis-Dollerschell**
**Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693



**From:** Beth Schoeneberg <beth@csctalkradio.com>
**Sent:** Friday, February 05, 2021 8:51 AM
**To:** Dawn Curtis <dcurtis@mypillow.com>
**Subject:** Quick Question - Mike's Video - May I announce on air?

Good Morning Dawn,

I saw an interview with Mike last evening  - My husband had it, so I don't know who the interviewer was…

May I announce Mike's 3-hour video today on my show?  (regarding the proof of election fraud/stolen)  Did I understand the website correctly…  mikelindell.com  ?  Loved Mike's encouragement to so many.  God is always in the business of miracles.  I believe there have been many of us drawn closer to Him because of the horrific downturn of our nation and it's morals.  Christians must stand up!   I believe God called me to pray on my show – not something a Nationally syndicated talk host does – but I do!  I'm not bragging, I tried to talk God out of it – He won.  😊

I go on the air at 10:06 am CT

Thank you -

Beth Ann Schoeneberg
Owner/Host
CSC Talk Radio
www.CSCTalkRadio.com
573-796-2166 (office)

DEF006566.000002