# Exhibit 95

**From:** Dawn Curtis <dcurtis@mypillow.com>
**To:** Kip Kuroski <kip@komando.com>
**Subject:** RE: Mike's Documentary on Election Fraud
**Date:** Fri, 5 Feb 2021 18:25:21 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image003.jpg

---

*Of course* 😊

**Dawn Curtis-Dollerschell**
**Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693



---

**From:** Kip Kuroski <kip@komando.com>
**Sent:** Friday, February 05, 2021 12:24 PM
**To:** Dawn Curtis <dcurtis@mypillow.com>
**Subject:** Re: Mike's Documentary on Election Fraud

I love this... Thank you!

**Kip Kuroski**
Executive Vice President
Mobile phone: 801.657.9707

National Radio + Podcasts + Custom Digital

On Fri, Feb 5, 2021 at 11:11 AM Dawn Curtis <dcurtis@mypillow.com> wrote:

> TV/News stations give this downloadable link:
>
> https://www.dropbox.com/s/fm26ujk09yu4vkp/AbsoluteProof.mp4?dl=0
>
> Random people or customers: https://michaeljlindell.com/
>
> **Dawn Curtis-Dollerschell**
> **Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693



DEF016737.000002