# Exhibit 97

**From:** Dawn Curtis <dcurtis@mypillow.com>
**To:** "Kathleen A. Bensi" <KBensi@salemreps.com>
**Subject:** Re: Mike Lindell Absolute Proof Documentary
**Date:** Fri, 5 Feb 2021 22:37:23 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

I just text him about Gorka😃

Sent from my iPhone

On Feb 5, 2021, at 4:01 PM, Kathleen A. Bensi <KBensi@salemreps.com> wrote:

Dawn,
See below……………..

**From:** Dr Sebastian Gorka <seb.gorka@gmail.com>
**Sent:** Friday, February 5, 2021 4:55 PM
**To:** Kathleen A. Bensi <KBensi@salemreps.com>
**Subject:** Re: Mike Lindell Absolute Proof Documentary

Please tell Mike I've already plugged the film 3 times on the show today already!

DrG

On Fri, Feb 5, 2021  Kathleen A. Bensi <KBensi@salemreps.com> wrote:

> H Seb,
> Mike Lindell has released a documentary today about Voting Fraud.  He would like for you to watch it.
>
> Here is the downloadable:
>
> https://www.dropbox.com/s/fm26ujk09yu4vkp/AbsoluteProof.mp4?dl=0
>
>
> https://michaeljlindell.com/
>
>
>
> Kathleen Bensi
> Sr. National Media Strategist
> 614-899-6800 office
> 740-815-0123 mobile

DEF018146.000001

Salem Influencer Network

*<image001.png>*


--
Sebastian Gorka Ph.D

