# Exhibit 99

**From:** "Nick Brino" <nbrino@forevermediainc.com>
**To:** "'Dawn Curtis'" <dcurtis@mypillow.com>
**Subject:** RE: Mike's Documentary on Election Fraud
**Date:** Fri, 5 Feb 2021 13:26:56 -0500
**Importance:** Normal
**Inline-Images:** image001.png

---

Absolutely incredible……THANK YOU! For sending this. I so appreciate all Mike is doing and I support him completely.

Nick

**From:** Dawn Curtis [mailto:dcurtis@mypillow.com]
**Sent:** Friday, February 5, 2021 1:09 PM
**To:** Nick Brino <nbrino@forevermediainc.com>
**Subject:** Mike's Documentary on Election Fraud

TV/News stations give this downloadable link:

https://www.dropbox.com/s/fm26ujk09yu4vkp/AbsoluteProof.mp4?dl=0


Random people or customers: https://michaeljlindell.com/


**Dawn Curtis-Dollerschell**
**Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693



Guaranteed The Most Comfortable Pillow
You'll Ever Own! ™