# Exhibit 100

Intentionally Omitted