# Exhibit 101

**From:** Dawn Curtis <dcurtis@mypillow.com>
**To:** Steel Toe Morning Show <aaronimholteradio@gmail.com>
**Subject:** Mike's Documentary on Election Fraud
**Date:** Fri, 5 Feb 2021 18:12:51 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

TV/News stations give this downloadable link:

https://www.dropbox.com/s/fm26ujk09yu4vkp/AbsoluteProof.mp4?dl=0


Random people or customers: https://michaeljlindell.com/


**Dawn Curtis-Dollerschell**
**Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693

