# Exhibit 103

**From:** Jerry Schesso <jschesso@mypillow.com>
**To:** "rgrape91@gmail.com" <rgrape91@gmail.com>
**Subject:** FW: Vimeo Absolute Proof 2hr documentary
**Date:** Fri, 5 Feb 2021 15:26:15 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

**From:** Dawn Curtis <dcurtis@mypillow.com>
**Sent:** Friday, February 5, 2021 9:24 AM
**To:** Jerry Schesso <jschesso@mypillow.com>
**Subject:** FW: Vimeo Absolute Proof 2hr documentary

Good morning…… HAPPY BIRTHDAY 😊

The link below is Mike's documentary about election fraud.

https://vimeo.com/508840849


**Dawn Curtis-Dollerschell**
**Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693



**From:** KG <kg@mypillow.com>
**Sent:** Friday, February 05, 2021 8:55 AM
**To:** Sarah Cronin <sarah@mypillow.com>; Dawn Curtis <dcurtis@mypillow.com>; Shannon Smith <shannonsmith@mypillow.com>
**Subject:** Vimeo Absolute Proof 2hr documentary

https://vimeo.com/508840849

Will send downloadable one and MJL once I have

Sent from my iPhone