# Exhibit 106

**From:** Shiloh Gmail <shilohtc@gmail.com>
**To:** Dawn Curtis <dcurtis@mypillow.com>
**Subject:** Re: Mike's Documentary on Election Fraud
**Date:** Fri, 5 Feb 2021 15:02:44 -0500
**Importance:** Normal

---

Ty so much sis Dawn . God blessings

Jesus Loves You


On Feb 5, 2021, at 1:14 PM, Dawn Curtis <dcurtis@mypillow.com> wrote:


TV/News stations give this downloadable link:

https://www.dropbox.com/s/fm26ujk09yu4vkp/AbsoluteProof.mp4?dl=0


Random people or customers: https://michaeljlindell.com/


**Dawn Curtis-Dollerschell**
**Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693