# Exhibit 107

**From:** Dawn Curtis <dcurtis@mypillow.com>
**To:** "Dubbels, Steve" <SteveDubbels@iheartmedia.com>
**Subject:** FW: Press Release
**Date:** Wed, 31 Mar 2021 15:09:18 +0000
**Importance:** Normal
**Attachments:** Scientific_Proof_Press_Release_.pdf
**Inline-Images:** image001.png

---

*Press Release*

**Dawn Curtis-Dollerschell**
**Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693



---

**From:** KG <kg@mypillow.com>
**Sent:** Wednesday, March 31, 2021 9:56 AM
**To:** Dawn Curtis <dcurtis@mypillow.com>
**Subject:** Press Release

This can be sent AFTER 10:45am CT to our affiliates (that's when we're posting it on Social Media);


Blessings,
Katelyn

Sent from my iPhone