# Exhibit 108

**From:** Mark Blatterfein <mark.blatterfein@gmail.com>
**To:** Dawn Curtis <dcurtis@mypillow.com>
**Subject:** Re: FW: Link to provide our affiliates
**Date:** Wed, 31 Mar 2021 14:42:00 -0400
**Importance:** Normal
**Attachments:** Lindell_refuse_to_let_bankrupt_him.jpg; Refuse_to_give_up_lindel_have_his_back.jpg
**Inline-Images:** image001.png

---

Got it, thanks Dawn!
   I hope all is well in the Midwest!  I will be sure to distribute this info ASAP.  I also drew up a couple ideas for memes with Mike in them.  I've used the ones you shared with me before, if there are any others that your team likes please feel free to send them along and I can swap out our codes on them. When you have a second please let me know what you think of the ones I have attached.
The Facebook ads are generating about 1000-1500 additional clicks a day to the MyPillow site, I hope they are converting to sales.  FB is slowly starting to raise my daily spend limit, so hopefully I can kick it into high gear soon.  Thanks again for everything, I really do appreciate all you guys have done for us!

Mark

On Wed, Mar 31, 2021 at 1:19 PM Dawn Curtis <dcurtis@mypillow.com> wrote:

> Hey Mark,
>
> This documentary is out.
>
> Here is an exact link to lindelltv that brings up the press release and 1hr documentary: https://lindelltv.com/mike-lindell-tv-releases-irrefutable-election-theft-proof/
>
> **Dawn Curtis-Dollerschell**
>
> **Marketing Director**
>
> **MyPillow**
>
> 343 East 82nd Street
>
> Chaska, MN  55318
>
> 952-826-8693

DEF030240.000001



DEF030240.000002