# Exhibit 109

Intentionally Omitted