# Exhibit 110

**From:** Dawn Curtis <dawn@mypillow.com>
**To:** Joey Dalessio <joey.dalessio@yahoo.com>, Daria <daria@infowars.com>
**Cc:** Matt Weber <weber@infowars.com>, CJ <cj@infowars.com>, Elisa <elisar@infowars.com>, Andrew Thompson <andrew@infowars.com>, Marcos <marcos@infowars.com>, Rob Dew <robd@infowars.com>
**Subject:** RE: My Pillow Ad to push today - PER ALEX - URGENT
**Date:** Fri, 30 Jul 2021 15:30:29 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image003.png

---



# jpauly@mypillow.com
## sent you some files

1 item, 115 MB in total • Expires on 27 August, 2021

Alex



## Download link
https://mypillow.wetransfer.com/downloads/47a60d75207fdfad914fe51e0adcb66320210730152218/27405b5493530ebd62ad459b463bd6a920210730152218/a63d75

1 item
Frank_ALEX.mp4
115 MB

**Dawn Curtis-Dollerschell**
**Marketing Director**

**MyPillow**
343 East 82nd Street
Chaska, MN  55318
952-826-8693



---

**From:** Joey Dalessio <joey.dalessio@yahoo.com>
**Sent:** Friday, July 30, 2021 10:28 AM
**To:** Daria <daria@infowars.com>; Dawn Curtis <dawn@mypillow.com>
**Cc:** Matt Weber <weber@infowars.com>; CJ <cj@infowars.com>; Elisa <elisar@infowars.com>; Andrew Thompson <andrew@infowars.com>; Marcos <marcos@infowars.com>; Rob Dew <robd@infowars.com>
**Subject:** Re: My Pillow Ad to push today - PER ALEX - URGENT

Dawn,

  This email thread contains the entire team assembled on our end to ensure the ad is handled properly and in a timely manner for widest dissemination. Please use this thread and "reply all" with the ad once it is ready. This will ensure this effort is seamless.

  Additionally, if there are any folks on your end (from a technical standpoint) that you feel should be added, please do so. Thanks again and we will ensure success in our end!

Daria,

  Dawn is my POC at MyPillow.

VR,
Joey D'Alessio


On Jul 30, 2021, at 10:14, Daria <daria@infowars.com> wrote:


- My Pillow is pulling the FOX ad to run with us instead.
- Don't have the ad yet, it is being sent by their people to Joey.
- Joey will send the Ad here as soon as he gets it.
- Alex wants to run the ad as soon as possible.
- The ad is promoting the My Pillow Election Fraud Symposium and is very important as it has our promo code on it  - ALEX.
- **The ad needs to be turned into an audio ad and a video ad**
- **The ad needs to be added to all of our longer videos from all the shows in the middle or at the end.**

DEF023077.000002

**- The ad needs to be run on our network video feeds.**
**- Alex wants the ad ready by 11:30 for the show, which Alex will be co-hosting, and he will air it then also.**
- This ad needs a maximum push


Thank you,
-Daria

DEF023077.000003