# Exhibit 111

**From:** Pete Santilli <pete@petesantilli.tv>
**To:** Katelyn <kg@mypillow.com>, Dawn Curtis <dcurtis@mypillow.com>
**Subject:** STATS/BACKGROUND FYI (if you need it)
**Date:** Wed, 21 Apr 2021 07:17:22 -0400
**Importance:** Normal

---

Good Morning Katelyn & Dawn,

Just in case you are still considering booking me for a slot with Mike Lindell this week, I wanted to provide you with some stats/background that would make the segment even more interesting & informative if the opportunity comes about. We ran a parallel stream on our network channels of the 48 hour broadcast — and we're still running the stream on our 24/hour channel. We have groups of viewers who enjoy the benefits of real time chat during our broadcasts, and the response to ABSOLUTE INTERFERENCE was overwhelmingly positive.

GENERAL STATS/BACKGROUND REGARDING OUR SHOW:

1) We launched our show in December 2011. Since we started covering controversial topics such as 9-11, Obama Administration corruption & globalism, we've experienced censorship before it became a household word. In 2012 & 2013, we had millions of listeners tune into our special event coverage, but Silicon Valley had no way to stop our viral news coverage. Most of their "censorship" came in the form of on-the-ground or physical infiltration by operatives who spread disinformation, and also published malicious hit pieces against us on the internet intending to cause people to distrust us. Although it never stop people from tuning in, our reputation was tarnished by their malicious attacks. Although we were new to the game, we've always centered on our Christian Conservative patriotism as we delivered the news to our viewers.

2) As an experienced internet marketer who helped launch the Trump Network in 2007 & 2008, I developed and applied methods of reaching & building our audience organically through SEO & social media. Early on, there was no "ARTIFICIAL INTELLIGENCE", so it was impossible for them to stop us from reaching millions of people with our viral campaigns. We went viral on 2 separate occasions in October 2013, and 2014 during the Obama Administration protest at the World War 2 memorial and Bundy Ranch protest. On 2013 we had 6 million total listeners during a weekend broadcast covering the DC event, and in April 2014, we had 9 million people per day on our websites and social media platforms. We were absolutely UNSTOPPABLE, and the Deep State was furious.

3) Between 2011 & 2014, we built an audience of millions of listeners with our daily radio show broadcast on the Rense Network, and hundreds of thousands of subscribers to our Facebook, Twitter and Youtube social media channels. Back then, there were no "strikes" or social media suspensions, there were only thousands of 'TROLLS" sent to us from GCHQ & organized internet groups run by the Obama Administration —— this fact was documented in open federal court during testimony in the 2 trials we won against them. The U.S. government admitted to employing over 1000 "online covert investigators" (anonymous internet trolls) to our social media chat/comment threads.

4) YOUTUBE: We were one of the first major independent media outlets to broadcast our daily show on Youtube live — even before Infowars / Alex Jones. We built our channel organically from scratch from zero to over 100,000 subscribers in a relatively short period.

5) FACEBOOK: We never spend a penny on advertising with Facebook. We built our fan page to over 250,000 subscribers.

6) TWITTER: I was one of the first influencers on Twitter to reach 100,000 followers.  At one point, I was ranked among the top 30 influencers worldwide on Twitter especially as a result of my involvement with building the Trump Network.  Although I never met President Trump in person, he was very well aware of my contributions & revolutionary internet marketing strategies on Twitter, and we both made a lot of money in the venture over the course of the 2 years I was a digital marketing specialist for his direct marketing team.

7) 2015/2016 - WE WERE THE ONE OF THE FIRST MAJOR INDEPENDENT MEDIA OUTLETS TO BE TAKENN DOWN ON FACEBOOK AND YOUTUBE.  With hundreds of thousands of social media followers and millions of viewers & listeners worldwide, the Deep State came after us with a vengeance.  In fact, I was falsely accused for "Conspiracy" charges & incarcerated for 619 days and faced 4 life sentences on trumped-up charges — although we won 2 federal trials in the Bundy Ranch cases, I became the longest held journalist on U.S. soil in American history.  I was also recognized by the American Film Association for "Pioneering live streaming as an independent media broadcaster" — becoming the first journalist to stream a major international news story to millions or viewers for 30 days during the January 2016 Malheur National Wildlife Refuge protest in Burns Oregon.

8) 2018 - BANKRUPTED BY FACEBOOK -  AFTER WINNING THE BUNDY RANCH TRIALS ( CASES DISMISSED FOR PROSECUTORIAL MISCONDUCT, ETC):  I was released in October 2017, and after having my life destroyed, our bank accounts shut down & bankrupted, our social media deleted, etc. we began to rebuild our show.  Between October of 2017 & the election midterms in 2018, we aligned with Liberty One Broadcasting & reached over 100,000 viewers per day on our Facebook live show.  We had over 12 million fans connected via several pages we built with over $300,000 in advertising spent by the Liberty One TV principal owners.  In October 2018, over 12 million fans were deleted by Facebook because of "suspicious activity".  We were all bankrupted overnight, and accused by Facebook of being Russian bots.  Actually, the real reason is because we were Christian MAGA Trump supporters.

9) YOUTUBE TAKEDOWNS:  Since 2017/2018 we've had over 19 channels permanently suspended.
 Although we rebuilt our channels to hundreds and thousands of subscribers, we have never fully recovered from the disconnections from our core audience caused by Youtube.  We were demonized countless times because we became one of the top revenue producers through SUPER CHATS, earning 10's of thousands in donations from our live viewers.

10) 2020 ELECTION / COVID:  We've always maintained our Christian MAGA integrity & have been supportive of President Trump since day 1 of his Presidency.  Silicon Valley has developed the most sophisticated real-time AI technology to censor our twice daily broadcasts.  We've literally had our YouTube & Facebook channels that we've rebuilt several times over suspended while were were typing the titles of our shows — REAL TIME.

11) NOVEMBER 3rd TO PRESENT:  We have never relented.  We will never give in.  We may have been beaten into bankruptcy several times over, we rebuild and surge forward as God's warriors.  On January 5th, I set out to meet Mike Lindell in person while we were near the U Capital  building during a speech he was giving.  After connecting with Mike & asking for an interview on my show, he gave me Katelyn's card.  We made an instant connection & bond — I believe to this day it was by divine intervention — and our live has been very different since that moment.

As both of you may already know, right before Mike came on my show for an interview, I insisted on getting a "PROMO CODE" to help offset the ban of MyPillow by Bed Bath & Beyind and Kohls.  As I recall, I told Mike I wasn't;t expecting anything out of it…I just wanted to help him however I could by telling our audience to stop up and support him.  Dawn was on vacation, but she was able to set up my affiliate account.

When we received our first sales report in February, initially we didn't realize we were on such a generous 50/50 split…although I wouldn't make the specific details public during an interview, I want you both to know that when we received our first commission check, we went from the brink of bankruptcy (once again, due to YouTube take downs of our advertising network because of our "COVID" and "ELECTION FRAUD").  Right

before we received the check, all we had left were prayers & faith that we would make our payroll & inventory purchases for our beef jerky business that's been fueling our survival.

Our connection to Mike Lindell & MyPillow.com , Sidney Powell, General Flynn, Patrick Byrne, etc has literally changed our lives, as we've continued to be persecuted by the Deep State for our unrelenting dedication to broadcasting the truth.

Mike's recent speech at Clay Clark's Health & Freedom Conference touched on several things that made me fully realize who is behind all of this…we all know who it is.

Ladies, please know that although we're doing everything within our means as a relatively small show/influencer, we are so blessed to have this opportunity to broadcast our show on FrankSpeech.com. This is not just a business venture for us…it's the next phase in our mission that we believe we've been given.

When you look at what we've been through over the years & realize how far we've come, you can have a deeper understanding of how appreciative we are to have freedom & security through FrankSpeech.com.  In short & in closing, for us this is biblical.  This past weekend I texted Katelyn after Mike's speech & told her to save the message for when we might meet in the future….there's even more inspiring stories to share on the other side of this launch, but I wanted to memorialize it for the record.

Deb Jordan & I remain faithful and committed to the Godly principles and mission we've been on since 2011/2012.  We are so proud to do everything within our means to support the beautiful Patriots at MyPillow.com. This part of the story is only the very beginning.

Faithfully,

Pete Santill
Host of The Pete Santilli Show

Personal Links: PeteSantilli.mobi
Email:pete@petesantilli.tv

Santilli & Associates, LLC
P.O. Box 30122 Cincinnati Ohio, 45230

Office: (828) 738-6538
Cell: (513)-457-7882

The information transmitted in electronic mail and/or facsimile messages sent from Santilli & Associates, LLC, or referencing this disclaimer, and any documents attached:
1. is intended only for the person, persons, entity, or entities to which it is addressed.
2. does not necessarily represent the views of Santilli & Associates, LLC.
3. may contain confidential and/or privileged materials.
In the case of confidential and/or privileged materials, any review, retransmission, dissemination or other use of or taking of any action in reliance upon these materials, by persons or entities other than the intended recipient may be the subject of legal action.
If you receive an e-mail or facsimile in error from Santilli & Associates, LLC, please contact the sender and immediately delete the material from your computer.

DEF017531.000003

DEF017531.000004