# Exhibit 112

|             |                                                                                                     |
|------------:|-----------------------------------------------------------------------------------------------------|
| **From:**   | Alex Ullmann <alex@mypillow.com>                                                                    |
| **To:**     | David Lawrence <david@camdendigital.com>, "brian@cimgraphics.com" <brian@cimgraphics.com>           |
| **Subject:**| Fw: Orders/shipping per day                                                                         |
| **Date:**   | Tue, 16 Nov 2021 16:34:31 +0000                                                                     |
| **Importance:** | Normal                                                                                          |
| **Attachments:** | Mike's_Flyer_for_MyPillow_11-15-21.pdf                                                         |
| **Inline-Images:** | image001.png; Outlook-qza1wk4u.png                                                          |

---

How soon could we get 25K a day turned around?

**Alex Ullmann**
Assistant Procurement Manager | MyPillow Inc. | **mypillow.com**
**p:** 952.826.8514 | **e:** **alex@mypillow.com**
2101 4th Ave E Ste. 100 | Shakopee, MN | 55379



*"Guaranteed the most comfortable pillow you'll ever own!"*

---

**From:** Darren Lindell <dlindell@mypillow.com>
**Sent:** Tuesday, November 16, 2021 10:29 AM
**To:** Bob Sohns <bsohns@mypillow.com>; Alex Ullmann <alex@mypillow.com>
**Subject:** FW: Orders/shipping per day

---

**From:** Jazmin Kampen <jazmin@mypillow.com>
**Sent:** Tuesday, November 16, 2021 10:15 AM
**To:** Darren Lindell <dlindell@mypillow.com>; David Grapentine <dgrapentine@mypillow.com>
**Cc:** Mike Lindell <mike@mypillow.com>
**Subject:** RE: Orders/shipping per day

Yea, Here it is.

**Jazmin**Kampen
Manager eCommerce | MyPillow Inc. | mypillow.com
**p:** 952.826.8558 | **e:** jazmin@mypillow.com
4701 A Valley Industrial BLVD S. | Shakopee, MN | 55379



**From:** Darren Lindell <dlindell@mypillow.com>
**Sent:** Tuesday, November 16, 2021 10:13 AM
**To:** Jazmin Kampen <jazmin@mypillow.com>; David Grapentine <dgrapentine@mypillow.com>
**Cc:** Mike Lindell <mike@mypillow.com>
**Subject:** RE: Orders/shipping per day

Can you send over the flyer so I can show Bob

**From:** Jazmin Kampen <jazmin@mypillow.com>
**Sent:** Tuesday, November 16, 2021 9:56 AM
**To:** Darren Lindell <dlindell@mypillow.com>; David Grapentine <dgrapentine@mypillow.com>
**Cc:** Mike Lindell <mike@mypillow.com>
**Subject:** RE: Orders/shipping per day

I mean that might be a better idea..i can print some until he is able to get them.. but with all the other inserts I need to print and then the thermoshield guy randomly places a GIANT ass order I need to overnight, that might be a better idea..

JazminKampen
Manager eCommerce | MyPillow Inc. | mypillow.com
p: 952.826.8558 | e: jazmin@mypillow.com
4701 A Valley Industrial BLVD S. | Shakopee, MN | 55379



**From:** Darren Lindell <dlindell@mypillow.com>
**Sent:** Tuesday, November 16, 2021 9:54 AM
**To:** Jazmin Kampen <jazmin@mypillow.com>; David Grapentine <dgrapentine@mypillow.com>
**Cc:** Mike Lindell <mike@mypillow.com>
**Subject:** RE: Orders/shipping per day

Do you think it might be easier to just have Bob order these so it doesn't take up all your printing time?

I could ask how fast he could get them.

**From:** Jazmin Kampen <jazmin@mypillow.com>
**Sent:** Tuesday, November 16, 2021 9:51 AM
**To:** David Grapentine <dgrapentine@mypillow.com>
**Cc:** Darren Lindell <dlindell@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** RE: Orders/shipping per day

Okay, so that's about 6300 sheets a day I need to print to get to 25K a day in flyers. With my other inserts mixed in for Larry..

Let me test this out today/tomorrow and I'll see where I am at.. I feel like I can print that each day, may have to utilize the other cutter I have because this other cuts 1 sheet for every 2 sheets printed.

JazminKampen
Manager eCommerce | MyPillow Inc. | mypillow.com
p: 952.826.8558 | e: jazmin@mypillow.com

4701 A Valley Industrial BLVD S. | Shakopee, MN | 55379



**From:** David Grapentine <dgrapentine@mypillow.com>
**Sent:** Tuesday, November 16, 2021 9:46 AM
**To:** Jazmin Kampen <jazmin@mypillow.com>
**Cc:** Darren Lindell <dlindell@mypillow.com>; Mike Lindell <mike@mypillow.com>
**Subject:** Re: Orders/shipping per day

We will need about 25K a day right now. Will increase once these temps come in and we're able to ship more per day.


How many do you think you can make a day?



**David Grapentine**
Vice President of Shipping | MyPillow Inc. | mypillow.com
**c:** 612.369.8510 |**e:** Dgrapentine@mypillow.com
4701 A Valley Industrial Blvd. South | Shakopee, MN | 55379



On Nov 16, 2021, at 9:42 AM, Jazmin Kampen <jazmin@mypillow.com> wrote:


Hey,

Mike just sent over a frank speech flyer he wants in all of the orders going out, about how many a day are we talking? Like what do we ship out a day?

Also, can you give me a few days to build up a stock so I don't start behind.. then we should be good to go on those..



JazminKampen
Manager eCommerce | MyPillow Inc. | mypillow.com
**p:** 952.826.8558 | **e:** jazmin@mypillow.com
4701 A Valley Industrial BLVD S. | Shakopee, MN | 55379

### Hey everybody!

Since MyPillow was cancelled by retailers, big box stores, and social media, and since our freedom of speech has been greatly attacked in our country, I have spent months putting together a SECURE platform for free speech that boasts a 24/7 TV broadcasting schedule you don't want to miss!

Please join millions of freedom-loving Americans over on FrankSpeech.com! Spread the word to all of your friends!


*–Mike Lindell*



# FrankSpeech.com

### Help Save Our Country!

Sign the Supreme Court petition NOW on Frank Speech by clicking this graphic on the homepage!



### Watch the Lindell Report!

For all the latest information on the election fraud, tune in M-F 11am & 6pm CT for my report! You can also watch my historic interview with President Trump right here on FrankSpeech.com!



M-F 11am & 6pm CT
FrankSpeech.com • LindellTV.com

DEF015837.000001

 # Lindell-TV Schedule

