# Exhibit 113

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
EXHIBIT 113

SMARTMATIC USA CORP.,
SMARTMATIC INTERNATIONAL
HOLDING B.V., and SGO CORPORATION
LIMITED,

      Plaintiff(s)

v.              Case Number: 22-cv-0098-JMB-JFD

MICHAEL J. LINDELL and MY PILLOW,
INC.,

      Defendant(s)

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT. FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: Video file for Exhibit 113

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Form Updated 02/02/2017