# Exhibit 129





SMARTMATIC-LINDELL00000031

