IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Smartmatic's Motion for Partial Summary Judgment and supporting papers, all responsive and reply papers, and arguments from counsel, IT IS HEREBY ORDERED this ___ day of _____, 2025 that:

Summary judgment is GRANTED to Smartmatic on the following elements of its defamation claim against Defendants Michael J. Lindell and MyPillow, Inc.:

(a) Defendants published the Defamatory Publications;

(b) Defendants' Defamatory Publications were "of and concerning" Smartmatic;

(c) Defendants' Defamatory Publications were false;

(d) Defendants' Defamatory Publications constitute defamation *per se;* and

(e) MyPillow, Inc. is vicariously liable for the tortious conduct of Lindell.

2

Summary judgment is GRANTED to Smartmatic on Defendants' liability for violation of the Minnesota Deceptive Trade Practices Act, MSA § 325D.44(8).

_____
The Honorable Jeffery M. Bryan