IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## PLAINTIFFS' MOTION TO STRIKE THE JULY 9, 2024 REBUTTAL REPORT OF ROBERT BOWES AND OTHERWISE EXCLUDE HIS TESTIMONY

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), respectfully moves the Court under Federal Rules of Civil Procedure 26 and 37 and Federal Rule of Evidence 702 for an order granting this Motion to Strike the July 9, 2024 Rebuttal Report of Robert Bowes and Otherwise Exclude His Testimony for the reasons stated in Smartmatic's Memorandum of Law filed contemporaneously herewith.

Dated: November 13, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Timothy M. Frey*
　　　　　　　　　　　　　　　　　　　Christopher K. Larus
　　　　　　　　　　　　　　　　　　　　　Minnesota Bar No. 0226828
　　　　　　　　　　　　　　　　　　　　　CLarus@robinskaplan.com
　　　　　　　　　　　　　　　　　　　William E. Manske
　　　　　　　　　　　　　　　　　　　　　Minnesota Bar No. 0392348
　　　　　　　　　　　　　　　　　　　　　WManske@robinskaplan.com
　　　　　　　　　　　　　　　　　　　Emily J. Tremblay
　　　　　　　　　　　　　　　　　　　　　Minnesota Bar No. 0395003

1

ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
  EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
  NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
  TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
  JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
  JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*