# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

**PLAINTIFFS' NOTICE OF MOTION ON MOTION TO STRIKE THE JULY 9, 2024 REBUTTAL REPORT OF ROBERT BOWES AND OTHERWISE EXCLUDE HIS TESTIMONY**

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on January 28, 2025 at 11:00 A.M. Courtroom 3A, 316 N. Robert Street, Saint Paul, Minnesota before the Honorable Judge Jeffrey M. Bryan of the above-referenced United States District Court, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited will bring their Motion to Strike the July 9, 2024 Rebuttal Report of Robert Bowes and Otherwise Exclude His Testimony.

Dated: November 13, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Timothy M. Frey*

　　　　　　　　　　　　　　　　　　　　Christopher K. Larus

1

    Minnesota Bar No. 0226828
    CLarus@robinskaplan.com
William E. Manske
    Minnesota Bar No. 0392348
    WManske@robinskaplan.com
Emily J. Tremblay
    Minnesota Bar No. 0395003
    ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
    EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
    NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
    TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
    JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
    JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*

2