IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

## MEET-AND-CONFER STATEMENT

I, Timothy M. Frey, representing the Plaintiffs, hereby certify that I met and conferred with Defendants by meeting with counsel of record, Christopher Kachouroff, on Monday, November 11, 2024. We discussed Plaintiffs' Motion to Strike the July 9, 2024 Rebuttal Report of Robert Bowes and Otherwise Exclude His Testimony. As a result of the meet-and-confer, the parties do not agree on the resolution of any part of the motion.

Dated: November 13, 2024    Respectfully submitted,

                /s/ *Timothy M. Frey*

                Christopher K. Larus
                  Minnesota Bar No. 0226828
                  CLarus@robinskaplan.com
                William E. Manske
                  Minnesota Bar No. 0392348
                  WManske@robinskaplan.com

    Emily J. Tremblay
       Minnesota Bar No. 0395003
       ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

    J. Erik Connolly (admitted *pro hac vice)*
       EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
       NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
       TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
       JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

    James R. Bedell (admitted *pro hac vice*)
       JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*