IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

**STATEMENT INSTEAD OF REDACTION**

The following exhibits to the Declaration of Timothy M. Frey (ECF No. 395) submitted in support of Plaintiffs' Motion for Partial Summary Judgment have been filed under seal in accordance with Local Rule 5.6(d) as follows:

| ECF No. | Exhibit No. | Document Description | Reason for Filing Under Seal |
|---|---|---|---|
| 395-64 | 58 | July 14, 2023 Deposition Transcript of Jessica J. Maskovich | Entire transcript is labelled "Confidential" |
| 395-68 | 62 | August 24, 2023 Deposition Transcript of Todd L. Carter | Entire transcript is labelled "Confidential" |
| 395-82 | 76 | SMARTMATIC-LINDELL04945532 | Produced in discovery; entire document is labelled "Attorneys' Eyes Only – Highly Confidential" |
| 395-83 | 77 | SMARTMATIC-LINDELL04945596 | Produced in discovery; entire document is labelled |

|  |  |  | "Attorneys' Eyes Only – Highly Confidential" |
|---|---|---|---|
| 395-89 | 83 | Deposition Exhibit 666, DEF1127863 | Produced in discovery; entire document is labelled "Confidential" |

Dated: November 13, 2024

Respectfully submitted,

/s/ *J. Erik Connolly*

J. Erik Connolly (admitted *pro hac vice*)
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorney for the Plaintiffs*