IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

## STATEMENT INSTEAD OF REDACTION

The following exhibits to the Declaration of Timothy M. Frey in Support of Smartmatic's Motion to Strike the July 9, 2024 Rebuttal Report of Robert Bowes and Otherwise Exclude His Testimony (ECF No. 403) have been filed under seal in in accordance with Local Rule 5.6(d) as follows:

| ECF No. | Exhibit | Description of Document | Reason for Filing Document Under Seal |
|---|---|---|---|
| Dkt. 404 | A | July 9, 2024 Defendants' Expert Rebuttal Report of Robert Bowes | Produced in Discovery- Entire Document is labelled Confidential |
| Dkt. 404-1 | B | September 22, 2023 Expert Report by Donald A. Gorowsky, CPA,. CMA, CFF, JD | Produced in Discovery- Entire Document is labelled Confidential – Attorney's Eyes Only |
| Dkt. 404-2 | D | September 22, 2023 Expert Report of Kevin Keller, Ph.D | Produced in Discovery- Entire Document is labelled Highly Confidential – Attorney's Eyes Only |

1

| ECF No. | Exhibit | Description of Document | Reason for Filing Document Under Seal |
|---|---|---|---|
| Dkt. 404-3 | E | September 22, 2023 Expert Report of Jonah Berger, Ph.D. | Produced in Discovery- Entire Document is labelled Confidential |
| Dkt. 404-4 | F | September 22, 2023 Expert Report of Tammy Patrick | Produced in Discovery- Entire Document is labelled Confidential |

Dated: November 13, 2024          Respectfully submitted,

/s/ *Timothy M. Frey*

Christopher K. Larus
   Minnesota Bar No. 0226828
   CLarus@robinskaplan.com
William E. Manske
   Minnesota Bar No. 0392348
   WManske@robinskaplan.com
Emily J. Tremblay
   Minnesota Bar No. 0395003
   ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
   TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
   JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN &**

**ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
   JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*