# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Strike the July 9, 2024 Rebuttal Report of Robert Bowes and Otherwise Exclude His Testimony, it is hereby ORDERED that the motion is GRANTED.

**SO ORDERED** this ___ day of _____, 2025.

_____
JEFFREY M. BRYAN
United States District Court Judge