## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>     Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>     Defendants. | Case No. 22-cv-0098-JMB-JFD |

## CERTIFICATE OF SERVICE FOR CONVENTIONALLY FILED EXHIBITS

I hereby certify that on November 13, 2024, I caused Exhibits 9–18,19A,19B, 19C, 20–24, 25A, 25B, 25C, and 113–28 to the Declaration of Timothy M. Frey In Support of Plaintiffs' Motion for Partial Summary Judgement (ECF No. 395) to be conventionally filed with the Clerk of Court via hand delivery. I further certify that I caused a copy of the foregoing Exhibits to be served on counsel of record via FedEx Priority Overnight mail and via electronic mail at chris@mck-lawyers.com; rcynkar@mck-lawyers.com; jpilon@mypillow.com; and doug@mypillow.com pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Dated: November 13, 2024    Respectfully submitted,

          /s/ *Julie M. Loftus*
          Julie M. Loftus (admitted *pro hac vice*)
           JLoftus@beneschlaw.com
          Illinois ARDC No. 6332174

**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorney for the Plaintiffs*