IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## DECLARATION OF MAURA T. LEVINE-PATTON IN SUPPORT OF SMARTMATIC'S MOTION TO EXCLUDE THE TESTIMONY OF PETER KENT

I, Maura T. Levine-Patton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

3. Attached as Exhibit A is a true and correct copy of Peter Kent's Expert Report from this litigation, Deposition Exhibit 692, dated September 22, 2023.

4. Attached as Exhibit B is a true and correct copy of the deposition of Peter Kent from this litigation, dated August 7, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Maura T. Levine-Patton

Executed on November 13, 2024