**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. LINDELL and MY PILLOW, INC., <br><br> Defendants. | Case No. 22-cv-0098-JMB-JFD |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Exclude the Testimony of Peter Kent, it is

hereby ORDERED that the motion is GRANTED.


**SO ORDERED** this ___ day of _____, 2024.


_____
JEFFREY M. BRYAN
United States District Court Judge