IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>     Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>     Defendants. | Case No. 22-cv-0098-JMB-JFD |

**PLAINTIFFS' MOTION TO EXCLUDE THE OPINION AND TESTIMONY OF BENJAMIN COTTON**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), respectfully moves the Court under Federal Rules of Evidence 702 for an order granting this Motion to Exclude the Opinion and Testimony of Benjamin Cotton for the reasons stated in Smartmatic's Memorandum of Law filed contemporaneously herewith.

Dated: November 13, 2024

                Respectfully submitted,

                /s/ *Timothy M. Frey*
                Christopher K. Larus
                  Minnesota Bar No. 0226828
                  CLarus@robinskaplan.com
                William E. Manske
                  Minnesota Bar No. 0392348
                  WManske@robinskaplan.com
                Emily J. Tremblay
                  Minnesota Bar No. 0395003
                  ETremblay@robinskaplan.com
                **ROBINS KAPLAN LLP**

800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
   TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
   JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
   JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*