IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

## LOCAL RULE 7.1(f) AND 7.1(h) CERTIFICATE OF COMPLIANCE

I, Timothy M. Frey, certify that the Memorandum in Support of Plaintiffs' Motion to Exclude the Opinion and Testimony of Benjamin Cotton was prepared in Microsoft Word using a 13-point font (Times New Roman). Applying the Microsoft Word word-count function, Plaintiffs' Memorandum contains 4,451 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h).

Dated: November 13, 2024

Respectfully submitted,

/s/ *Timothy M. Frey*
Timothy M. Frey (admitted *pro hac vice*)
    TFrey@beneschlaw.com
Illinois ARDC No. 6303335
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorney for the Plaintiffs*