**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

**STATEMENT INSTEAD OF REDACTION**

The following exhibits to Smartmatic's Memorandum in Support of its Motion to Exclude the Opinion and Testimony of Benjamin Cotton have been filed under seal in accordance with Local Rule 5.6(d) as follows:

| **Exhibit** | **Description of Document** | **Reason for Filing Document Under Seal** |
|---|---|---|
| **B** | August 8, 2024 Transcript of Deposition of Benjamin Cotton | Transcript marked as Confidential |
| **C** | September 22, 2023 Smartmatic Expert Report of Tammy Patrick | Produced in Discovery- Entire Document is labeled as Confidential |
| **E** | September 22, 2023 Smartmatic Expert Report of Dr. Alan Sherman | Produced in Discovery- Entire Document is labeled as Confidential – Attorney's Eyes Only |

Dated: November 13, 2024

Respectfully submitted,

/s/ *Timothy M. Frey*
Christopher K. Larus
Minnesota Bar No. 0226828
CLarus@robinskaplan.com
William E. Manske
Minnesota Bar No. 0392348
WManske@robinskaplan.com
Emily J. Tremblay
Minnesota Bar No. 0395003
ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*