# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

# [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Exclude the Opinion and Testimony of Benjamin Cotton, it is hereby ORDERED that the motion is GRANTED.

**SO ORDERED** this ___ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY M. BRYAN
　　　　　　　　　　　　　　　　　　　　United States District Court Judge