## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP., SMARTMATIC **)**
INTERNATIONAL HOLDING B.V. and **)**
SGO CORPORATION LIMITED, **)**
                                **)**
        Plaintiffs, **)**
                                **)**   Case No. 22-cv-00098-JMB-JFD
v. **)**
                                **)**
MICHAEL J. LINDELL and MY PILLOW, INC., **)**
                                **)**
        Defendants. **)**

## DEFENDANTS' NOTICE OF MOTION
## ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND  MOTION TO
## EXCLUDE PLAINTIFFS' EXPERT WITNESSES PATRICK AND BANIA

      PLEASE TAKE NOTICE that on January 28, 2025 at 11:00 a.m., in Courtroom 3A

before Judge Bryan John F. Docherty of the above-referenced United States District Court,

Defendants Michael Lindell and My Pillow, Inc., will bring their Motions for Summary Judgment

and Motions to Exclude Plaintiffs' Experts Tammy Patrick and Doug Bania.

Signed: November 13, 2024          **McSweeney, Cynkar & Kachouroff, PLLC**

         By *&#47;s&#47; Christopher I. Kachouroff*
         Christopher I. Kachouroff* (Bar No. 44216)
         13649 Office Place, Suite 101
         Woodbridge, Virginia 22192
         Telephone: (703) 621-3300
         chris@mck-lawyers.com

         Douglas G. Wardlow (MN Bar #339544)
         Jeremiah D. Pilon (MN Bar #392825)
         1550 Audubon Rd.
         Chaska, MN 55318
         Telephone: (952) 826-8658
         doug@mypillow.com
         jpilon@mypillow.com

         *Admitted Pro Hac Vice*