IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-00098-JMB-JFD |

**STATEMENT INSTEAD OF REDACTION**

The following exhibits to Smartmatic's Memorandum in Support of its Motion to Exclude the Opinion and Testimony of Benjamin Cotton have been filed under seal in accordance with Local Rule 5.6(d) as follows:

| Exhibit | Description of Document | Reason for Filing Document Under Seal |
|---|---|---|
| A | September 22, 2023 Smartmatic Expert Report of Doug Bania | Produced in Discovery- Entire Document is labeled as Confidential |
| B | July 9, 2024 Rebuttal Report of Doug Bania | Produced in Discovery- Entire Document is labeled as Confidential |
| C | Declaration of Michael Lindell | Document is Confidential |

Signed: November 13, 2024     **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By <u>*/s/ Christopher I. Kachouroff*</u>
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND MICHAEL LINDELL

*Admitted *Pro Hac Vice*