IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>   Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>   Defendants. | Case No. 22-cv-00098-JMB-JFD |

**MEET-AND-CONFER STATEMENT**

I, Christopher I. Kachouroff, attorney for Michael Lindell and My Pillow, Inc., declare as follows:

I met and conferred with Tim Frey representing Plaintiffs on November 11 and 12 of 2024 to discuss our mutual motions for summary judgment and motions to exclude expert witnesses.

While we met in good faith and substantively discussed our pleadings, the parties were unable to agree on any resolution of any part of their motions.

Signed: November 13, 2024      **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

                   By <u>*/s/ Christopher I. Kachouroff*</u>
                   Christopher I. Kachouroff* (Bar No. 44216)
                   13649 Office Place, Suite 101
                   Woodbridge, Virginia 22192
                   Telephone: (703) 621-3300
                   chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND MICHAEL LINDELL

*Admitted *Pro Hac Vice*