THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>    Defendants. | Case No. 22-cv-00098-WMW-JFD |

---

**BRIEF IN SUPPORT OF MICHAEL LINDELL'S
MOTION FOR SUMMARY JUDGMENT**

---

Defendants Michael Lindell and My Pillow Inc., by and through their undersigned counsel, seek summary judgment on all claims raised by Plaintiffs in the above-captioned case under the First Amendment to the United States Constitution, and because Plaintiffs have failed, and cannot prove, any genuine issue of any material fact sufficient to support their claims against Defendants. Filed in support of this motion is Defendants' Memorandum in Support of their Motion for Summary Judgment, Proposed Order, and the Declarations of Michael Lindell and Christopher Kachouroff.

Dated: November 13, 2024.

Respectfully Submitted,

**McSweeney, Cynkar & Kachouroff, PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com


Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND MICHAEL LINDELL

**Admitted Pro Hac Vice*

2