# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 22-cv-00098-WMW-JFD |
| v. | ) ) ) |
| MICHAEL J. LINDELL and MY PILLOW, INC., | ) ) |
| Defendants. | |

___

### DEFENDANTS' MICHAEL LINDELL AND MY PILLOW INC. NOTICE OF MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR HEARING
___

PLEASE TAKE NOTICE that Defendants Michael Lindell and My Pillow Inc., by and through their undersigned counsel, are filing a Motion for Summary Judgment, Memoranda in Support of their Motion, Proposed Order, and Declarations of Michael Lindell and Christopher Kachouroff in the above-captioned case. Defendants request a hearing on this motion to be set for the date of Plaintiffs' hearing on their partial summary judgment motion (ECF No. 388).

Dated: November 13, 2024.

                                                 Respectfully Submitted,

                                                 **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

                                                 By */s/ Christopher I. Kachouroff*
                                                 Christopher I. Kachouroff* (Bar No. 44216)
                                                 13649 Office Place, Suite 101

Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com


Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND MICHAEL LINDELL

*Admitted *Pro Hac Vice*

2