IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-00098-JMB-JFD |

**STATEMENT INSTEAD OF REDACTION**

The following exhibits to Smartmatic's Memorandum in Support of its Motion to Exclude the Opinion and Testimony of Benjamin Cotton have been filed under seal in accordance with Local Rule 5.6(d) as follows:

| **Exhibit** | **Description** | **Reasons for Filing Under Seal** |
|---|---|---|
| A | Email between Kachouroff and Frey (Redacted) | Produced in Discovery- Entire Document is labeled as Confidential |
| B | Smith Depo pages | Produced in Discovery- Entire Document is labeled as Confidential |
| C | Smartmatic Strategy Briefing | Produced in Discovery- Entire Document is labeled as Confidential |
| D | Plaintiffs' 6th Supplemental Responses to Interrogatories | Produced in Discovery- Entire Document is labeled as Confidential |
| E | Mugica Depo Pages | Produced in Discovery- Entire Document is labeled as Confidential |
| F | Shelly Depo Pages | Produced in Discovery- Entire Document is labeled as Confidential |
| G | Request for Proposal | Produced in Discovery- Entire Document is labeled as Confidential |
| H | Smartmatic Internal Email | Produced in Discovery- Entire Document is labeled as Confidential |
| I | Smartmatic Lost Opportunity Spreadsheet | Produced in Discovery- Entire Document is labeled as Confidential |

| | | |
|---|---|---|
| **J** | Appendix A | Produced in Discovery- Entire Document is labeled as Confidential |
| **K** | Montgomery Depo 10/9/23 | Produced in Discovery- Entire Document is labeled as Confidential |
| **L** | Montgomery Depo 2 10/10/23 | Produced in Discovery- Entire Document is labeled as Confidential |
| **M** | Flynn Depo Pages | Produced in Discovery- Entire Document is labeled as Confidential |
| **N** | Frank Depo Pages | Produced in Discovery- Entire Document is labeled as Confidential |
| **O** | Depo Lindell Pages | Produced in Discovery- Entire Document is labeled as Confidential |
| **173** | Flynn Depo | Produced in Discovery- Entire Document is labeled as Confidential |
| **177** | Flynn Depo Email to ML | Produced in Discovery- Entire Document is labeled as Confidential |
| **216** | Ed Smith Depo | Produced in Discovery- Entire Document is labeled as Confidential |
| **255** | Kevin Shelly Depo | Produced in Discovery- Entire Document is labeled as Confidential |
| **490** | Mugica Depo | Produced in Discovery- Entire Document is labeled as Confidential |
| **504** | Montgomery Depo | Produced in Discovery- Entire Document is labeled as Confidential |
| **505** | Montgomery Depo | Produced in Discovery- Entire Document is labeled as Confidential |
| **516** | Montgomery Depo | Produced in Discovery- Entire Document is labeled as Confidential |

Signed: November 13, 2024   **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND MICHAEL LINDELL

*Admitted *Pro Hac Vice*