THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 22-cv-00098-WMW-JFD |
| v. | ) ) ) |
| MICHAEL J. LINDELL and MY PILLOW, INC., | ) ) |
| Defendants. | |

___

**ORDER ON DEFENDANTS' MICHAEL LINDELL'S AND MY PILLOW INC'S MOTION FOR SUMMARY JUDGMENT**
___

**THIS MATTER** having come before the Court on Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment, and the Court having considered the briefing by the parties and hearing on these motions, the Court hereby orders the following:

1. Plaintiffs' motion for partial summary judgment is denied.

2. Defendants' motion for summary judgment is granted in full.

**SO ORDERED.**