IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 22-cv-00098-JMB-JFD<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, Christopher I Kachouroff, certify to the following:

1.  The Memorandum in Support of Defendant's Motion to for Summary Judgment contains 11,721 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h).

2.  This word count was obtained by a function in Microsoft Word Office 365.

Signed: November 13, 2024

**McSweeney, Cynkar & Kachouroff, PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND
MICHAEL LINDELL

## CERTIFICATE OF SERVICE

I certify that on November 13, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of Minnesota by using the CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff (VSB# 44216)
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
703.365.9900
chris@mck-lawyers.com