# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTION BRIEFING DEADLINES

Plaintiffs Smartmatic USA Corporation, Smartmatic International Holding B.V. and SGO Corporation Limited ("Smartmatic" or "Plaintiffs") and Defendants Michael J. Lindell and My Pillow, Inc. ("MyPillow" and, collectively with Smartmatic, the "Parties") respectively seek an order adjusting certain dispositive motion briefing deadlines as follows:

- The deadline to file responses to dispositive motions (including motions for summary judgment and *Daubert* motions) which were filed on November 13, 2024 to be extended from December 4, 2024 to December 13, 2024.

- The deadline to file replies in support of dispositive motions to be extended from December 18, 2024 to December 27, 2024.

Good cause exists to support the above requested amendments to this Court's operative Order on Stipulation to Extend Dispositive Motion Deadline (ECF No. 364). The Parties are currently briefing responses to two motions for summary judgment (ECF Nos. 388 and 435) and five *Daubert* motions (ECF Nos. 398, 414, 407, 421, and 428). The Parties have conferred and agree that they would each benefit from additional time to fully respond to the pending motions in light of the volume of exhibits and arguments to be addressed. The Parties do not request any other modification to the Third Amendment Trial Notice and Final Pretrial Order at this time. Nor do the Parties request an adjustment to the as-scheduled hearing on the pending dispositive motions, which is set for January 28, 2025.

Dated: December 3, 2024                                           Respectfully submitted,

/s/ *J. Erik Connolly*

Christopher K. Larus
    Minnesota Bar No. 0226828
    CLarus@robinskaplan.com
William E. Manske
    Minnesota Bar No. 0392348
    WManske@robinskaplan.com
Emily J. Tremblay
    Minnesota Bar No. 0395003
    ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice*)
    EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice*)
    NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)

2

    TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
    JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
    JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*

*/s/ Christopher I. Kachouroff*

Christopher I. Kachouroff
    Chris@mck-lawyers.com
VA 44216
**MCSWEENY, CYNKAR & KACHOUROFF PLLC**
13649 Office Place, Suite 101
Woodbridge, Virginia 22192

*Attorney for Defendants*