IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

**[PROPOSED] ORDER**

Having considered the Parties' Joint Motion to Extend Dispositive Motion Briefing Deadlines (ECF No. 444) and finding good cause shown, it is hereby ORDERED that the motion is GRANTED.

The deadline to file responses to dispositive motions is extended from December 4, 2024 to December 13, 2024.

The deadline to file replies in support of dispositive motions is extended from December 18, 2024 to December 27, 2024.

No other adjustments to the Third Amended Trial Notice and Final Pretrial Order, including the trial-ready date, are necessary.

**SO ORDERED** this ____ day of _____, 2024.

                        _____