# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

## PLAINTIFFS' SECOND MOTION TO SHOW CAUSE

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), by and through their undersigned counsel, hereby move this Court for an order certifying the facts in their Memorandum of Law in Support of their motion and ordering Defendants to appear in front of Judge Bryan to show cause as to why they should not be held in contempt for violating this Court's prior discovery orders. The reasons for this motion are set forth in Smartmatic's Memorandum of Law In Support of Plaintiffs' Second Motion to Show Cause and accompanying exhibits.

Dated: December 9, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Julie M. Loftus*
　　　　　　　　　　　　　　　　　　Christopher K. Larus
　　　　　　　　　　　　　　　　　　　Minnesota Bar No. 0226828
　　　　　　　　　　　　　　　　　　　CLarus@robinskaplan.com
　　　　　　　　　　　　　　　　　　William E. Manske
　　　　　　　　　　　　　　　　　　　Minnesota Bar No. 0392348
　　　　　　　　　　　　　　　　　　　WManske@robinskaplan.com

Emily J. Tremblay
   Minnesota Bar No. 0395003
   ETremblay@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

J. Erik Connolly (admitted *pro hac vice)*
   EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
   NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
   TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
   JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
   JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*