IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                    Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                    Defendants. | Case No. 22-cv-0098-JMB-JFD |

**PLAINTIFFS' NOTICE OF MOTION ON SECOND MOTION TO SHOW CAUSE**

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that on January 29, 2024 at 11:00 a.m., in Courtroom 6A before the Honorable Magistrate Judge John F. Docherty of the above-referenced United States District Court, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited will bring their Motion to Show Cause.

Dated: December 9, 2024                Respectfully submitted,

                                       /s/ *Julie M. Loftus*

                                       Christopher K. Larus
                                          Minnesota Bar No. 0226828
                                          CLarus@robinskaplan.com
                                       William E. Manske
                                          Minnesota Bar No. 0392348
                                          WManske@robinskaplan.com

1

>Emily J. Tremblay
>   Minnesota Bar No. 0395003
>   ETremblay@robinskaplan.com
>**ROBINS KAPLAN LLP**
>800 LaSalle Avenue, Suite 2800
>Minneapolis, MN 55402
>Telephone: (612) 349-8500
>
>J. Erik Connolly (admitted *pro hac vice)*
>   EConnolly@beneschlaw.com
>Illinois ARDC No. 6269558
>Nicole E. Wrigley (admitted *pro hac vice)*
>   NWrigley@beneschlaw.com
>Illinois ARDC No. 6278749
>Timothy M. Frey (admitted *pro hac vice*)
>   TFrey@beneschlaw.com
>Illinois ARDC No. 6303335
>Julie M. Loftus (admitted *pro hac vice*)
>   JLoftus@beneschlaw.com
>Illinois ARDC No. 6332174
>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>71 South Wacker Drive, Suite 1600
>Chicago, IL 60606
>Telephone: (312) 212-4949
>
>James R. Bedell (admitted *pro hac vice*)
>   JBedell@beneschlaw.com
>Ohio Bar No. 97921
>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
>127 Public Square, Suite 4900
>Cleveland, OH 44114
>Telephone: (216) 363-4500
>
>*Attorneys for the Plaintiffs*