# EXHIBIT H

| | |
|---|---|
| **From:** | Bedell, James |
| **To:** | Abraham S. Kaplan; Andrew Parker; Lori Johnson; Joe Pull; Nate Greene; Amanda Oliver; Roxanne A. Russell; Cody Blades; Jill Thorvig |
| **Cc:** | Bloom, Michael; Frey, Timothy; Levine-Patton, Maura; Loftus, Julie |
| **Subject:** | Smartmatic et al. v. Lindell et al., Case No. 22-cv-00098 |
| **Date:** | Wednesday, September 20, 2023 11:46:07 PM |

Counsel,

Please see the below link for the following documents:

- Smartmatic's Fourth Set of Interrogatories to Defendants
- Smartmatic's Fifth Set of Requests for Production to Defendants
- Smartmatic's First Set of Requests for Admission to Defendants
- Smartmatic's Second Set of Requests for Admission to Defendants
- Letter from James R. Bedell re: Second Set of Requests for Admission

https://benesch.sharefile.com/d-s8197835740c347f5a3987e147f6570cd

Best,
James

James R. Bedell
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 216.363.6244 | m: 216.402.9807

JBedell@beneschlaw.com | www.beneschlaw.com
127 Public Square, Suite 4900, Cleveland, OH 44114

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

*As of August 1, 2023 our new address is 127 Public Square, Suite 4900, Cleveland, OH 44114. Please update your records accordingly.*