# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Smartmatic USA Corp., et. al,
           Plaintiff(s),

vs.                                                                                                                          Case No. 22-cv-00098-JMB-JFD

Michael J. Lindell, et al.,
           Defendant(s).

## **MEET-AND-CONFER STATEMENT**

I, Julie M. Loftus, representing the Plaintiffs, hereby certify that:

My colleague Timothy Frey and I met and conferred with the opposing party by:

    Meeting with: Christopher Kachouroff

    On: September 26 2024, November 11, 2024 and November 12, 2024 as well as through many emails and letters exchanged between and after these dates

    Discussing the following motion: Plaintiffs' Motion to Show Cause

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

        X   Do **not** agree on the resolution of any part of the motion.

        ☐   Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

2

Signed this 9th day of December, 2024.

|  |  |
|---|---|
| Signature of Party | /s/ Julie M. Loftus |
| Mailing Address | 71 S. Wacker Drive, Suite 1600 |
|  | Chicago, IL 60606 |
| Telephone Number | (312) 624-4949 |

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).