IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE

I, Timothy M. Frey, certify that the Memorandum in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Tammy Patrick contains 4,405 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h) and with this Court's Order (ECF No. 387). This word count was obtained by a function in Microsoft Word Office 365.

Dated: December 13, 2024

Respectfully submitted,

/s/ *Timothy M. Frey*
Timothy M. Frey (admitted *pro hac vice*)
 TFrey@beneschlaw.com
Illinois ARDC No. 6303335
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorney for the Plaintiffs*

1