# EXHIBIT E



Google Ads

Search for a page or campaign

Appearance | Refresh | Help | Notifications

601-844-9613
edgarbustillos@nevium.com

Create
Campaigns
Goals
Tools
Billing
Admin

Planning
- Keyword Planner
- Performance Planner
- Reach Planner
- App advertising hub

Shared library
Content suitability
Google tag
Troubleshooting
Bulk actions
Budgets and bidding
Business data

Get the Google Ads mobile app

Keyword Planner >

# Plan from Sep 21, 2023, 1 AM, GMT-07:00

Keyword ideas | Forecast | Saved keywords | Negative keywords

mike lindell, michael lindell, mypillow guy, my pillow guy | United States | English | Google | Feb 2021 – Aug 2023

Use different keywords for more results Edit

Broaden your search: + pillow guy + mypillow + pillows + bedding + linens + mark lindell + david lindell

Exclude adult ideas | Add filter | 3 keyword ideas available | Columns | Keyword view

| Keyword (by relevance) | Avg. monthly searches | Three month change | YoY change | Competition | Ad impression share | Top of page bid (low range) | Top of page bid (high range) | Account status |
|---|---|---|---|---|---|---|---|---|
| Keywords you provided | | | | | | | | |
| mike lindell | 100K – 1M | +900% | 0% | Low | – | $0.65 | $0.84 | |
| michael lindell | 10K – 100K | 0% | 0% | Low | – | $0.50 | $0.65 | |
| mypillow guy | 1K – 10K | 0% | 0% | Low | – | $0.61 | $2.54 | |

1 - 3 of 3

Refine keywords

No results

Concepts are only available for keyword searches

Keyword Planner can be used to generate keyword ideas, but it doesn't guarantee improved performance. You're responsible for your keyword choices and for complying with our advertising policies and any applicable laws.



Google Ads

Search for a page or campaign

Appearance Refresh Help Notifications

601-844-9613
edgarbustillos@nevium.com

Create
Campaigns
Goals
Tools
Billing
Admin

Planning
- Keyword Planner
- Performance Planner
- Reach Planner
- App advertising hub

Shared library
Content suitability
Google tag
Troubleshooting
Bulk actions
Budgets and bidding
Business data

Get the Google Ads mobile app

Keyword Planner ›

Plan from Sep 21, 2023, 1 AM, GMT-07:00

Keyword ideas | Forecast | Saved keywords | Negative keywords

lindelltv.com, lindelltv, lindell tv | United States | English | Google | Feb 2021 – Aug 2023

Use different keywords for more results Edit

Broaden your search: + pillows + bedding + lindell film

Exclude adult ideas | Add filter | 3 keyword ideas available | Columns | Keyword view

| Keyword (by relevance) | Avg. monthly searches | Three month change | YoY change | Competition | Ad impression share | Top of page bid (low range) | Top of page bid (high range) | Account status |
|---|---|---|---|---|---|---|---|---|
| Keywords you provided | | | | | | | | |
| lindelltv com | 1K – 10K | 0% | 0% | Low | – | – | – | |
| lindelltv | 1K – 10K | +900% | 0% | Low | – | – | – | |
| lindell tv | 1K – 10K | 0% | -90% | Low | – | $0.15 | $2.50 | |

1 - 3 of 3

Refine keywords

No results

Concepts are only available for keyword searches

Keyword Planner can be used to generate keyword ideas, but it doesn't guarantee improved performance. You're responsible for your keyword choices and for complying with our advertising policies and any applicable laws.



Google Ads

Search for a page or campaign

Appearance Refresh Help Notifications

601-844-9613
edgarbustillos@nevium.com

Create
Campaigns
Goals
Tools
Billing
Admin

Planning
Keyword Planner
Performance Planner
Reach Planner
App advertising hub
Shared library
Content suitability
Google tag
Troubleshooting
Bulk actions
Budgets and bidding
Business data

Get the Google Ads mobile app

Keyword Planner ›

Plan from Sep 21, 2023, 1 AM, GMT-07:00

Keyword ideas | Forecast | Saved keywords | Negative keywords

frankspeech.com, frankspeech, frank speech | United States | English | Google | Feb 2021 – Aug 2023

Use different keywords for more results Edit

Broaden your search: + speech + david speech + michael speech + robert speech + richard speech + carol speech + alexander speech

Exclude adult ideas | Add filter | 2 keyword ideas available | Columns | Keyword view

| Keyword (by relevance) | Avg. monthly searches | Three month change | YoY change | Competition | Ad impression share | Top of page bid (low range) | Top of page bid (high range) | Account status |
|---|---|---|---|---|---|---|---|---|
| Keywords you provided | | | | | | | | |
| frankspeech c... | 10K – 100K | 0% | 0% | Low | – | $0.19 | $4.25 | |
| frankspeech | 10K – 100K | 0% | 0% | Low | – | $0.61 | $1.64 | |

1 - 2 of 2

Refine keywords

No results

Concepts are only available for keyword searches

Keyword Planner can be used to generate keyword ideas, but it doesn't guarantee improved performance. You're responsible for your keyword choices and for complying with our advertising policies and any applicable laws.

BANIA_000005



Google Ads

Search for a page or campaign

Appearance | Refresh | Help | Notifications

601-844-9613
edgarbustillos@nevium.com

Create

Campaigns

Goals

Tools

Billing

Admin

Planning
- Keyword Planner
- Performance Planner
- Reach Planner
- App advertising hub

Shared library

Content suitability

Google tag

Troubleshooting

Bulk actions

Budgets and bidding

Business data

Get the Google Ads mobile app

Keyword Planner >

## Plan from Sep 21, 2023, 1 AM, GMT-07:00

Keyword ideas | Forecast | Saved keywords | Negative keywords

mypillow.com, mypillow, my pillow | United States | English | Google | Feb 2021 – Aug 2023

Broaden your search: + pillow + most comfortable pillow + memory foam pillow + memory foam + bedding + linens + your pillow

Exclude adult ideas | Add filter | 187 keyword ideas available | Columns | Keyword view

| Keyword (by relevance) | Avg. monthly searches | Three month change | YoY change | Competition | Ad impression share | Top of page bid (low range) | Top of page bid (high range) | Account status |
|---|---|---|---|---|---|---|---|---|
| **Keywords you provided** | | | | | | | | |
| mypillow com | 10K – 100K | 0% | 0% | High | – | $0.05 | $1.10 | |
| mypillow | 100K – 1M | 0% | 0% | High | – | $0.07 | $0.99 | |
| my pillow | 100K – 1M | 0% | 0% | High | – | $0.09 | $1.50 | |
| **Keyword ideas** | | | | | | | | |
| my pillow com | 10K – 100K | 0% | 0% | High | – | $0.08 | $1.35 | |
| mypillow com ... | 1K – 10K | 0% | 0% | High | – | $0.44 | $1.97 | |
| my pillow com... | 1K – 10K | -90% | -90% | High | – | $0.57 | $1.77 | |
| mypillow com ... | 1K – 10K | 0% | 0% | Medium | – | $0.10 | $1.59 | |
| mypillow com ... | 1K – 10K | 0% | 0% | High | – | $0.56 | $2.40 | |
| my pillow com... | 1K – 10K | 0% | 0% | High | – | $0.57 | $2.77 | |
| mypillow com ... | 100 – 1K | -90% | -99% | High | – | $0.10 | $1.59 | |
| www mypillow... | 1K – 10K | -90% | 0% | High | – | $0.10 | $2.00 | |
| my pillow com... | 1K – 10K | +900% | +900% | Medium | – | $0.10 | $1.83 | |
| mypillow com ... | 100 – 1K | 0% | -90% | High | – | $0.17 | $2.05 | |

### Refine keywords

Expand all

**Brand**
amazon, google, i love my pillow, pillow place...

**Place**
bed

**Product**
bed sheets

**Amenity**
slippers, towels

**Others**
coupon, dream sheets

Give feedback