# Exhibit 130

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 22-cv-0098-JMB-JFD |

**DECLARATION OF ANTONIO MUGICA IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR <u>SUMMARY JUDGMENT</u>**

I, Antonio Mugica, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Chief Executive Officer of Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic").

2. I am over the age of 18 and I am competent to make this declaration. The facts set forth below are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

3. Smartmatic is a technology company that focuses on providing election-related equipment and services to countries, states, and localities around the world.

4. Smartmatic had a limited role in the 2020 United States presidential election (the "2020 U.S. Election"). Smartmatic only provided election technology in Los Angeles

County, California. Leading up to election day on November 3, 2020, Smartmatic manufactured, programmed, and installed the ballot marking devices ("BMDs"), participated in the California certification process, and assisted Los Angeles County in setting up vote centers. On election day, Smartmatic supplied Help Desk services.

5. BMDs consist of a touchscreen that allows a voter to select their candidate(s). The BMD generates a paper record of their vote, the voter reviews this paper record, and then, assuming the voter is satisfied with it, the voter inserts the paper record back into the BMD, where it is deposited into a sealed case attached to the BMD. Smartmatic provided no other equipment for use in the 2020 U.S. election, including in Los Angeles County.

6. The BMDs used in Los Angeles County for the 2020 U.S. Election were not connected to the internet. Nor were the BMDs used to count or tabulate votes. The paper records generated by the BMDs were counted in Los Angeles County by the county itself using a vote tally system provided by Digital Foundry, Inc. Smartmatic played no role in the tallying, counting, or tabulating of votes.

7. Smartmatic did not administer the 2020 U.S. election in Los Angeles County. Rather, the County handled all aspects of running the vote centers, collecting ballots, and counting votes. For example, Smartmatic had no part in election security, the transportation of ballots, or the auditing of election results. Los Angeles County was in full control of the voting equipment supplied by Smartmatic.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: December 12, 2024   _____

                                                  Antonio Mugica