# Exhibit 135

FILED: NEW YORK COUNTY CLERK 02/05/2021 11:58 AM
INDEX NO. 151136/2021
NYSCEF DOC. NO. 88
RECEIVED NYSCEF: 02/05/2021

CASE 0:22-cv-00098-JMB-JFD    Doc. 457-6    Filed 12/13/24    Page 2 of 4

# Exhibit 86



About  Elections  eGov  Case studies  Media

Blog  Contact

HOME > CASE STUDIES

# Facts about Smartmatic

Because transparency is at the core of what we do, it is important that the facts about us are well known—our origins and our work powering elections around the world.

- **Smartmatic is 100% privately owned.** Smartmatic has no ties to political parties or groups in any country and abides by a stringent code of ethics that forbids the company to ever donate to any political campaigns of any kind.

- Our headquarters were based in Florida for many years, but have since moved to London to service its global client base.

- **George Soros does not have and has never had any ownership stake in Smartmatic.**

- It is no secret that our Chairman Lord Mark Malloch-Brown is a member of a number of non-profit boards addressing global issues from poverty reduction to conflict resolution, including the Global Board of the Open Society Foundation. This is stated clearly in his official biography. Lord Malloch-Brown is a highly respected global figure whose credentials include former Deputy Secretary-General of the United Nations and former Vice-Chairman of the World Economic Forum. He also served in the British Cabinet, as Minister of State in the Foreign Office.

- **We did not deploy our technology in any U.S. county during 2016 U.S. Presidential elections.**

- Our election technology has handled more than 3.7 billion votes over the past 14 years in election projects on five continents, without a single discrepancy.

- Introduction
- Technology
- Services
- Certifications
- Facts about Smartmatic

**Filter case studies**

- All case studies
  - Elections
  - Identity management

**News**

- Smartmatic Demands Justice for Defamation
- Smartmatic's response to misinformation
- Smartmatic's online voting expert on CNBC
- Smartmatic's Ed Smith Featured Expert on Firewall Chats Podcast



- Our election technology has handled more than 3.7 billion votes over the past 14 years in election projects on five continents, without a single discrepancy.

- As a technology provider, Smartmatic is only responsible for, and concerned with, the technical aspects of the vote. Smartmatic does not comment on specific candidates or outcomes.

- Smartmatic's voting technology has never been compromised.

Those are basic facts about Smartmatic. You can learn more about our team, history and work at www.smartmatic.com/about

Introduction   Technology   Services   Certifications   Facts about Smartmatic

