# Exhibit 142

# Exhibit 115

# NEWS

Stories | Videos | **Press Releases** | Speeches | Testimony | Podcasts | Photos | Apps

Washington, D.C.
FBI National Press Office
(202) 324-3691

Twitter   Facebook   Email

November 5, 2019

## Joint Statement from DOJ, DOD, DHS, DNI, FBI, NSA, and CISA on Ensuring Security of 2020 Elections

*Attorney General William Barr, Secretary of Defense Mark Esper, Acting Secretary of Homeland Security Kevin McAleenan, Acting Director of National Intelligence Joseph Maguire, FBI Director Christopher Wray, U.S. Cyber Command Commander and NSA Director Gen. Paul Nakasone, and CISA Director Christopher Krebs today released the following joint statement:*

Today, dozens of states and local jurisdictions are hosting their own elections across the country and, less than a year from now, Americans will go to the polls and cast their votes in the 2020 presidential election. Election security is a top priority for the United States government. Building on our successful, whole-of-government approach to securing the 2018 elections, we have increased the level of support to state and local election officials in their efforts to protect elections. The federal government is prioritizing the sharing of threat intelligence and providing support and services that improve the security of election infrastructure across the nation.

In an unprecedented level of coordination, the U.S. government is working with all 50 states and U.S. territories, local officials, and private sector partners to identify threats, broadly share information, and protect the democratic process. We remain firm in our commitment to quickly share timely and actionable information, provide support and services, and to defend against any threats to our democracy.

Our adversaries want to undermine our democratic institutions, influence public sentiment, and affect government policies. Russia, China, Iran, and other foreign malicious actors all will seek to interfere in the voting process or influence voter perceptions. Adversaries may try to accomplish their goals through a variety of means, including social media campaigns, directing disinformation operations, or conducting disruptive or destructive cyberattacks on state and local infrastructure.

While at this time we have no evidence of a compromise or disruption to election infrastructure that would enable adversaries to prevent voting, change vote counts, or disrupt the ability to tally votes, we continue to vigilantly monitor any threats to U.S. elections.

The U.S. government will defend our democracy and maintain transparency with the American public about our efforts. An informed public is a resilient public. Americans should go to trusted sources for election information, such as their state and local election officials. We encourage every American to report any suspicious activity to their local officials, the FBI, or DHS. In past election cycles, reporting by Americans about suspicious activity provided valuable insight that has made our elections more secure. The greatest means to combat these threats is a whole-of-society effort.



Most Wanted | News | What We Investigate | Services | About | Resources | FBI Jobs
Ten Most Wanted | Stories | Terrorism | CJIS | Mission & Priorities | Law Enforcement | More
Fugitives | Videos | Counterintelligence | CIRG | Leadership & Structure | Businesses | Submit a Tip
Terrorism | Press Releases | Cyber Crime | Laboratory Services | Partnerships | Victim Assistance | Crime Statistics
Kidnappings/Missing Persons | Speeches | Public Corruption | Training Academy | Community Outreach | Reports and Publications | History
Seeking Information | Testimony | Civil Rights | Operational Technology | FAQs | | FOIPA
Bank Robbers | Podcasts and Radio | Organized Crime | Information | | Contact Us | Scams & Safety

Stay Connected Get FBI email alerts   Subscribe   No Thanks

Document title: Joint Statement from DOJ, DOD, DHS, DNI, FBI, NSA, and CISA on Ensuring Security of 2020 Elections — FBI
Capture URL: https://www.fbi.gov/news/pressrel/press-releases/joint-statement-from-doj-dod-dhs-dni-fbi-nsa-and-cisa-on-ensuring-security-of-2020-elections
Capture timestamp (UTC): Mon, 01 Feb 2021 22:27:45 GMT                                                    Page 1 of 2

Home | Videos | Press Releases | Podcasts | Apps

Washington, D.C.
FBI National Press Office
(202) 324-3691



November 5, 2019

# Joint Statement from DOJ, DOD, DHS, DNI, FBI, NSA, and CISA on Ensuring Security of 2020 Elections

*Attorney General William Barr, Secretary of Defense Mark Esper, Acting Secretary of Homeland Security Kevin McAleenan, Acting Director of National Intelligence Joseph Maguire, FBI Director Christopher Wray, U.S. Cyber Command Commander and NSA Director Gen. Paul Nakasone, and CISA Director Christopher Krebs today released the following joint statement:*

Today, dozens of states and local jurisdictions are hosting their own elections across the country and, less than a year from now, Americans will go to the polls and cast their votes in the 2020 presidential election. Election security is a top priority for the United States government. Building on our successful, whole-of-government approach to securing the 2018 elections, we have increased the level of support to state and local election officials in their efforts to protect elections. The federal government is prioritizing the sharing of threat intelligence and providing support and services that improve the security of election infrastructure across the nation.

In an unprecedented level of coordination, the U.S. government is working with all 50 states and U.S. territories, local officials, and private sector partners to identify threats, broadly share information, and protect the democratic process. We remain firm in our commitment to quickly share timely and actionable information, provide support and services, and to defend against any threats to our democracy.

Our adversaries want to undermine our democratic institutions, influence public sentiment, and affect government policies. Russia, China, Iran, and other foreign malicious actors all will seek to interfere in the voting process or influence voter perceptions. Adversaries may try to accomplish their goals through a variety of means, including social media campaigns, directing disinformation operations, or conducting disruptive or destructive cyberattacks on state and local infrastructure.

While at this time we have no evidence of a compromise or disruption to election infrastructure that would enable adversaries to prevent voting, change vote counts, or disrupt the ability to tally votes, we continue to vigilantly monitor any threats to U.S. elections.

The U.S. government will defend our democracy and maintain transparency with the American public about our efforts. An informed public is a resilient public. Americans should go to trusted sources for election information, such as their state and local election officials. We encourage every American to report any suspicious activity to their local officials, the FBI, or DHS. In past election cycles, reporting by Americans about suspicious activity provided valuable insight that has made our elections more secure. The greatest means to combat these threats is a whole-of-society effort.

| | | | | | | |
|---|---|---|---|---|---|---|
| Most Wanted | News | What We Investigate | Services | About | Resources | FBI Jobs |
| Ten Most Wanted | Stories | Terrorism | CJIS | Mission & Priorities | Law Enforcement | More |
| Fugitives | Videos | Counterintelligence | CIRG | Leadership & Structure | Businesses | Submit a Tip |
| Terrorism | Press Releases | Cyber Crime | Laboratory Services | Partnerships | Victim Assistance | Crime Statistics |
| Kidnappings/Missing Persons | Speeches | Public Corruption | Training Academy | Community Outreach | Reports and Publications | History |
| Seeking Information | Testimony | Civil Rights | Operational Technology | FAQs | Contact Us | FOIPA |
| Bank Robbers | Podcasts and Radio | Organized Crime | | | Field Offices | Scams & Safety |
| ECAP | Photos | White-Collar Crime | Information Management | | FBI Headquarters | FBI Kids |
| ViCAP | Español | Violent Crime | | | Overseas Offices | FBI Tour |
| | Apps | WMD | | | | |

Accessibility | eRulemaking | Freedom of Information/Privacy Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House

Stay Connected Get FBI email alerts    Subscribe    No Thanks