# Exhibit 148

# Exhibit 142

FILED: NEW YORK COUNTY CLERK 02/05/2021 01:39 PM
NYSCEF DOC. NO. 144

INDEX NO. 151136/2021
RECEIVED NYSCEF: 02/05/2021

CASE 0:22-cv-00098-JMB-JFD   Doc. 457-19   Filed 12/13/24   Page 3 of 15



# Disputing Trump, Barr says no widespread election fraud

By MICHAEL BALSAMO    December 1, 2020



WASHINGTON (AP) — Disputing President Donald Trump's persistent, baseless claims, Attorney General William Barr declared Tuesday the U.S. Justice Department has uncovered no evidence of widespread voter fraud that could change the outcome of the 2020 election.

Barr's comments, in an interview with the The Associated Press, contradict the concerted effort by Trump, his boss, to subvert the results of last month's voting and block President-elect Joe Biden from taking his place in the White House.

Barr told the AP that U.S. attorneys and FBI agents have been working to follow up specific complaints and information they've

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Mon, 01 Feb 2021 22:32:58 GMT

Page 1 of 13

AP Disputing Trump, Barr says no widespread election fraud

2020 election.

Barr's comments, in an interview with the The Associated Press, contradict the concerted effort by Trump, his boss, to subvert the results of last month's voting and block President-elect Joe Biden from taking his place in the White House.

Barr told the AP that U.S. attorneys and FBI agents have been working to follow up specific complaints and information they've received, but "to date, we have not seen fraud on a scale that could have effected a different outcome in the election."

The comments, which drew immediate criticism from Trump attorneys, were especially notable coming from Barr, who has been one of the president's most ardent allies. Before the election, he had repeatedly raised the notion that mail-in voting could be especially vulnerable to fraud during the coronavirus pandemic as Americans feared going to polls and instead chose to vote by mail.

More to Trump's liking, Barr revealed in the AP interview that in October he had appointed U.S. Attorney John Durham as a special counsel, giving the prosecutor the authority to continue to investigate the origins of the Trump-Russia probe after Biden takes over and making it difficult to fire him. Biden hasn't said what he might do with the investigation, and his transition team didn't comment Tuesday.

Trump has long railed against the investigation into whether his 2016 campaign was coordinating with Russia, but he and Republican allies had hoped the results would be delivered before the 2020 election and would help sway voters. So far, there has been only one criminal case, a guilty plea from a former FBI lawyer to a single false statement charge.

**RELATED STORIES:**
- Republicans call for resignation of Wisconsin election chair
- Trump files lawsuit challenging Wisconsin election results
- Wisconsin, Arizona certify Biden wins in presidential vote

Under federal regulations, a special counsel can be fired only by the attorney general and for specific reasons such as misconduct, dereliction of duty or conflict of interest. An attorney general must document such reasons in writing.

Barr went to the White House Tuesday for a previously scheduled meeting that lasted about three hours.

Trump didn't directly comment on the attorney general's remarks on the election. But his personal attorney Rudy Giuliani and his political campaign issued a scathing statement claiming that, "with all due respect to the Attorney General, there hasn't been any semblance" of an investigation into the president's complaints.



Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Mon, 01 Feb 2021 22:32:58 GMT



Attorney General William Barr said Tuesday the Justice Department has not uncovered evidence of widespread voter fraud that would change the outcome of the 2020 presidential election. (Dec. 1)

Other administration officials who have come out forcefully against Trump's allegations of voter-fraud evidence have been fired. But it's not clear whether Barr might suffer the same fate. He maintains a lofty position with Trump, and despite their differences the two see eye-to-eye on quite a lot.

Still, Senate Democratic leader Chuck Schumer quipped: "I guess he's the next one to be fired."

Last month, Barr issued a directive to U.S. attorneys across the country allowing them to pursue any "substantial allegations" of voting irregularities before the 2020 presidential election was certified, despite no evidence at that time of widespread fraud.

That memorandum gave prosecutors the ability to go around longstanding Justice Department policy that normally would prohibit such overt actions before the election was certified. Soon after it was issued, the department's top elections crime official announced he would step aside from that position because of the memo.

The Trump campaign team led by Giuliani has been alleging a widespread conspiracy by Democrats to dump millions of illegal votes into the system with no evidence. They have filed multiple lawsuits in battleground states alleging that partisan poll watchers didn't have a clear enough view at polling sites in some locations and therefore something illegal must have happened. The claims have been repeatedly dismissed including by Republican judges who have ruled the suits lacked evidence.

But local Republicans in some battleground states have followed Trump in making unsupported claims, prompting grave concerns over potential damage to American democracy.

Trump himself continues to rail against the election in tweets and in interviews though his own administration has said the 2020 election was the most secure ever. He recently allowed his administration to begin the transition over to Biden, but he still refuses to admit he lost.

The issues they've have pointed to are typical in every election: Problems with signatures, secrecy envelopes and postal marks on mail-in ballots, as well as the potential for a small number of ballots miscast or lost.

But they've gone further. Attorney Sidney Powell has spun fictional tales of election systems flipping votes, German servers storing U.S. voting information and election software created in Venezuela "at the direction of Hugo Chavez," – the late

**AP** Disputing Trump, Barr says no widesp...

The issues they've have pointed to are typical in every election: Problems with signatures, secrecy envelopes and postal marks on mail-in ballots, as well as the potential for a small number of ballots miscast or lost.

But they've gone further. Attorney Sidney Powell has spun fictional tales of election systems flipping votes, German servers storing U.S. voting information and election software created in Venezuela "at the direction of Hugo Chavez," – the late Venezuelan president who died in 2013. Powell has since been removed from the legal team after an interview she gave where she threatened to "blow up" Georgia with a "biblical" court filing.

Barr didn't name Powell specifically but said: "There's been one assertion that would be systemic fraud and that would be the claim that machines were programmed essentially to skew the election results. And the DHS and DOJ have looked into that, and so far, we haven't seen anything to substantiate that."

In the campaign statement, Giuliani claimed there was "ample evidence of illegal voting in at least six states, which they have not examined."

**Full Coverage:** Election 2020

"We have many witnesses swearing under oath they saw crimes being committed in connection with voter fraud. As far as we know, not a single one has been interviewed by the DOJ. The Justice Department also hasn't audited any voting machines or used their subpoena powers to determine the truth," he said.

However, Barr said earlier that people were confusing the use of the federal criminal justice system with allegations that should be made in civil lawsuits. He said a remedy for many complaints would be a top-down audit by state or local officials, not the U.S. Justice Department.

"There's a growing tendency to use the criminal justice system as sort of a default fix-all," he said, but first there must be a basis to believe there is a crime to investigate.

"Most claims of fraud are very particularized to a particular set of circumstances or actors or conduct. … And those have been run down; they are being run down," Barr said. "Some have been broad and potentially cover a few thousand votes. They have been followed up on."

___

Associated Press Writers Lisa Mascaro and Eric Tucker contributed to this report.



Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Mon, 01 Feb 2021 22:32:58 GMT                    Page 4 of 13



Disputing Trump, Barr says no widespread...



**PAID FOR BY VISIT UTAH**

### Add Utah's Invigorating Hot Springs to Your Bucket List

The fun goes way beyond sitting and soaking.

UTAH LIFE ELEVATED

Taboola Feed

### Checked by reality, some QAnon supporters seek a way out

PROVIDENCE, R.I. (AP) — Ceally Smith spent a year down the rabbit hole of QAnon, devoting more and more time to researching ...

 AP  January 29, 2021



## Ad Content

**Melissa McCarthy Casually Flaunting Her Beautiful Figure**

Promoted: Loan Insurance Wealth



**Why You Should Stop Drinking $10 Grocery Store Wine**

Promoted: Naked Wines



Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Mon, 01 Feb 2021 22:32:58 GMT
Page 5 of 13




**Studio 54 Photos That Are No Longer Socially Acceptable**
Promoted: Crafthought



**Michael Oher Tells A Whole Different Story About 'The Blind Side'**
Promoted: Gameday News



**Trump loyalists in South Dakota turn on home state senator**

PIERRE, S.D. (AP) — Longtime South Dakota Republican voter Jim Thompson is ready to leave the GOP, hoping that an exodus of ...

 yesterday



**Virginia Sen. Amanda Chase sues over being censured**

RICHMOND, Va. (AP) — A firebrand conservative Virginia state senator seeking the Republican nomination for governor filed a ...

 today



**Ad Content**






**Fake Reality Shows That People Believed Were Real**
Promoted: Definition


**57 Early Photos Of Meghan Markle Growing Up**
Promoted: Post Fun


**The Mob Went After Hollywood Actor Steven Seagal — Here's Why**
Promoted: G Insurance

### NOT REAL NEWS: A look at what didn't happen this week

A roundup of some of the most popular but completely untrue stories and visuals of the week. None of these are legit, even thoug...

 January 29, 2021



### Official: California deputy fabricated ambush by gunman

MORGAN HILL, Calif. (AP) — A San Francisco Bay Area deputy who said a gunman ambushed him last year and his body camera stoppe...

 January 30, 2021



## Ad Content

**Totally Fake: The 35 Most Fake Reality Shows On TV**
Promoted: Definition



**Try Not To Laugh At These Photos Of Actors With Their Stunt Doubles**
Promoted: Post Fun



**Promoted: Definition**



**Stunt Doubles**

Promoted: Post Fun



**Not Many People Know The Real Reason John Wayne Didn't Serve In WWII**

Promoted: Magellan Times



**The Most Expensive Transformations In Hollywood**

Promoted: Hooch



**Federal conspiracy charges for 2 Proud Boys in Capitol riot**

NEW YORK (AP) — Two men identified as members of the Proud Boys have been indicted on federal conspiracy and other charges in ...

 January 30, 2021



**As Wisconsin's Johnson weighs future, Trump ties take a toll**

MADISON, Wis. (AP) — After President Donald Trump lost his reelection bid, most Senate Republicans, his Justice Department an...

 January 30, 2021



## Ad Content

  

**AP** Disputing Trump, Barr says no widespread... Top Stories ... Listen

## Ad Content



**20 Tear Jerking Photos Of Abandoned Cars**
Promoted: Brake For It



**This Is Why Lily From The AT&T Ads Is Causing A Stir**
Promoted: Total Past



**Only Some People Can See The Real Picture In These Magic Eye Images**
Promoted: Equity Mirror

### Sentencing delayed for fired VA staffer who killed 7

CLARKSBURG, W.Va. (AP) — Sentencing has been delayed for a former staffer at a veterans hospital in West Virginia who pleaded ...

 January 30, 2021



### 'Saved by the Bell' star Dustin Diamond dies of cancer at 44

"Saved by the Bell" star Dustin Diamond died Monday after a three-week fight with cancer, according to his representative. He was 44. ...

 an hour ago



## Ad Content

**Our 5 Stock Picks To Retire Early**
Promoted: The Motley Fool



**The Most Successful R-Rated Movies Of All Time**
Promoted: thedelite.com



---

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Mon, 01 Feb 2021 22:32:58 GMT

Page 9 of 13

### Our 5 Stock Picks To Retire Early
Promoted: The Motley Fool



### The Most Successful R-Rated Movies Of All Time
Promoted: thedelite.com



### The All New Toyota RAV4: You Won't Believe The Price. Research 2021...
Promoted: BrilliantCheck



### Getting this Treasure is impossible! Prove us wrong
Promoted: Hero Wars



### Arrest made after online racial abuse of West Brom player

WEST BROMWICH, England (AP) — A man has been arrested on suspicion of racially abusing West Bromwich Albion midfielder ...

 January 30, 2021



### In Iowa, a GOP stalwart becomes a casualty in party war

DES MOINES, Iowa (AP) — The flood of calls, texts and emails came swiftly and most with the same message. Dave Millage sat by the ...

 January 30, 2021



**Ad Content**

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Mon, 01 Feb 2021 22:32:58 GMT                                    Page 10 of 13



## Ad Content



**50 Types of Dogs That Don't Shed**
Promoted: FamilyMinded



**Illinois Homeowners Are Installing Home Backup Batteries to Power Through Blackouts**
Promoted: Powerhome Solar
[Learn More]



**This Game Can Train Your Brain To Think Strategically**
Promoted: Total Battle - Tactical Game Online
[Play Now]

### China blasts Pompeo over accusation of genocide in Xinjiang

BEIJING (AP) — An official from China's far west Xinjiang region accused former U.S. Secretary of State Mike Pompeo on Monday of ...

 today



### Army: Sick soldiers drank compound found in antifreeze

An investigation into what sickened 11 soldiers who ingested an unauthorized substance shows they drank an industrial compound ...

 January 30, 2021



## Ad Content




Disputing Trump, Barr says no widespread...

## Ad Content



**At 33, This Is What Ray Rice Is Left With**
Promoted: FinanceChatter



**The Ingenious Reason You See Red Balls on Power Lines**
Promoted: maternityweek.com



**Why Anderson Cooper Didn't Inherit His Mother's Spectacular Mansion And...**
Promoted: Pactable



**What A 'Karen' Haircut Is - And How To Avoid It**
Promoted: It's Rosy

---



**Cowboys for Trump leader refuses virus test in jail**

SANTA FE, N.M. (AP) — The jailed leader of Cowboys for Trump has been held in solitary isolation for two weeks as he refused to take a ...

 January 30, 2021

---



**GOP Rep Kinzinger starts PAC to resist party's Trump embrace**

WASHINGTON (AP) — Rep. Adam Kinzinger, one of 10 Republicans who voted to impeach Donald Trump, is launching a political action...

 yesterday

FILED: NEW YORK COUNTY CLERK 02/05/2021 01:39 PM
NYSCEF DOC. NO. 144
INDEX NO. 151136/2021
RECEIVED NYSCEF: 02/05/2021
CASE 0:22-cv-00098-JMB-JFD Doc. 457-19 Filed 12/13/24 Page 15 of 15



who voted to impeach Donald Trump, is launching a political action...

AP yesterday



## Ad Content



Historical Films That Were Actually Accurate
Promoted: StandardNews



20 Iconic '90s Cars That Are Now Dirt Cheap
Promoted: Brake For It



Stick a Rose Into a Potato And This Will Happen
Promoted: ReadBakery

### Impeachment fever hits Kentucky with efforts to oust leaders

FRANKFORT, Ky. (AP) — Impeachment fever has struck Kentucky, where grievances over coronavirus restrictions and the outcome of ...

 AP yesterday



### Missouri governor says speech venue change disrespected him

COLUMBIA, Mo. (AP) — Missouri Gov. Mike Parson said he felt disrespected when leaders of the Republican-led House told him ju...

 AP today



Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Mon, 01 Feb 2021 22:32:58 GMT
Page 13 of 13