# Exhibit 149

**Platform:** Native Messages  **Timezone:** UTC+0000

Corey Lewandowski
+1 (202) 550-7839

Device owner

mlicloud@mypillow.com

---

**2020/06/28**

> Device owner
> Great job and answers Corey!
> 01:47:48 am

> Corey Lewandowski
> Thanks Mike. Go win MInnesota!!!
> 01:49:54 am

> Device owner
> 👍
> 02:25:07 am

**2020/08/25**

> Device owner
> Great seeing you Corey!

> Sent an attachment
> Filename: IMG_6232.HEIC
> Path: ~/Library/SMS/Attachments/14/04/at_0_07635FDF-A99F-4297-AFD7-FEE88148DC37/IMG_6232.HEIC
> Size: 1 MB
> Type: image/heic
> 03:41:18 am

> Corey Lewandowski
> You rock my friend.
> 03:46:23 am



EXHIBIT 591
Eb 6·11·24

DEF036030.000001

Corey Lewandowski



Yes sir. Will do.
05:35:18 pm

2020/10/17

Device owner

Great job on Hannity!
Thanks for bringing up Minnesota!!! You are correct we will win MN!
01:14:59 am

Corey Lewandowski



I want to win it so bad. Don't let the boss give up on it.
01:15:25 am

Device owner

https://www.breitbart.com/politics/2020/10/14/my-pillows-mike-lindell-predicts-trump-minnesota-victory-first-time-gop-top-ticket-state-since-1972/





01:16:02 am

**Corey Lewandowski** 
> Boom! Agree
> 01:17:55 am

**Device owner**
> I think I texted everyone in the campaign complaining about not running this ad we made for MN this last 2 weeks ....
> They finally gave in and are running it like crazy!! I guess it pays to complain! 😜

> Sent an attachment
> Filename: MOV_6109.mp4
> Path: ~/Library/SMS/Attachments/cb/11/at_0_894145CD-0736-4AEB-9E2A-A198439FF045/MOV_6109.mp4
> Size: 121 MB
> Type: video/mp4
> 01:19:18 am

> They were ready to give up ... I could feel it by their crickets every time I asked when they were starting!
> We are going to win Minnesota!!!!
> 01:19:39 am

**Corey Lewandowski** 
> We need to win. He wants to win MN.
> 01:21:48 am

**Device owner**
> We win I'm all in on Governor
> 01:22:22 am

**Corey Lewandowski** 
> You will win too!!!
> 01:22:42 am