# Exhibit 162

**From:** "jflynn064@gmail.com" <jflynn064@gmail.com>
**To:** "'Mike Lindell'" <mike@mypillow.com>, "'Sidney Powell'" <sidney@federalappeals.com>
**Cc:** "'Mike Flynn'" <flynn@resilientpatriot.com>, "'PatrickByrne'" <pmbyrne@protonmail.com>
**Subject:** RE: Lindell
**Date:** Tue, 9 Feb 2021 06:09:16 -0500
**Importance:** Normal

---

Mike L:

We know Larry very well. He is a solid guy and a friend with a lot of contacts in the intel community and absolutely on our side. In the past, we have heard conflicting reports about the validity of the Hammer Scorecard story. The message here is to proceed with caution. Mr. Zullo states in his note below he DOES believe there was fraud but the hammer scorecard story may not have played a role in it because it has not been proven out.

We actually have on of our tech guys on this case at the moment and he has a bit of a different opinion than Zullo or Larry. We will get to the bottom of it, but it is always good to proceed here with caution. I could have our guy brief all of us on this since he has recently met with Montgomery. I think this is the best thing to do in order to put our concerns to rest.

Let me know if you would like me to arrange.

Thanks

Joe Flynn

---

**From:** Mike Lindell <mike@mypillow.com>
**Sent:** Tuesday, February 9, 2021 2:18 AM
**To:** Sidney Powell <sidney@federalappeals.com>
**Cc:** Mike Flynn <flynn@resilientpatriot.com>; Joe Flynn <jflynn064@gmail.com>; PatrickByrne <pmbyrne@protonmail.com>
**Subject:** Re: Lindell

Didn't you all get this information months ago? Why would this random guy all of sudden give you concerns...
Who is Larry Johnson?
This michael Zullo doesn't even believe there was fraud!
Also, why would this guy be so concerned about what I do and where I spend my money ?
I guess I will listen to this Larry guy because "Zullo is a solid cop" give me a break!
I am so glad this guy is worried about me!




On Feb 8, 2021, at 9:35 PM, Sidney Powell <sidney@federalappeals.com> wrote:


Given this information, unless we can get solid independent corroboration of what he is providing, I certainly would advise against any funding. Lots of concerns.

DEF023750.000001

Sidney Powell
www.SidneyPowell.com
Federal appellate attorney and author of LICENSED TO LIE & co-author of CONVICTION MACHINE

---------- Forwarded message ---------
From: **Larry Johnson** <lcjohnson1@me.com>
Date: Mon, Feb 8, 2021, 11:24 PM
Subject: Fwd: Lindell
To: Sidney Powell <sidney@federalappeals.com>


Please forward the following to Mike. Zullo is a solid cop.
LJ


Mr. Lindell, my name is Michael Zullo, out of an abundance of concern I am writing to you.

I have had personal interaction with Dennis Montgomery in a law enforcement capacity under Sheriff Joseph Arpaio in the years of 2013-2015. Montgomery defrauded the Maricopa County Sheriff's Office in 2015 with bogas digital evidence for $120,000 during a year-long investigation. All of which I have direct knowledge of. I was personally responsible for uncovering Montgomery's documented elaborate fraud perpetrated against the Sheriff's Office.

I believe Montgomery, a former government subcontractor (2002-2005) - (2009 - 2010)  is attempting to interject himself in the current election scandal gripping the nation at this very moment and I believe he is using you and your reputation to do so however, there is a very distinct possibility this will ultimately be to your detriment as I believe you have not be apprised of Montgomery's dubious past all contained in court documents.

I am also aware that Montgomery has made inroads through Brannon Howse with renderings and reams of uncorroborated computer information alleging coordination of foreign actors engaged in US election interference. These are all unverified claims from only one source, Montgomery, who has a well documented past history of creating fictitious information.

He will come with claims of a 12 year old clandestine CIA computer system known as the "Hammer" and a never mentioned before program he calls "Scorecard" which he will claim he created while employed by the government as a CIA contractor over a decade ago. There is NO evidence to support this.

He will assert these programs are being used to alter vote counts in the current Presidential election however, it is improbable Montgomery has direct knowledge of this being that he has not been involved with the US government for the past 12 years.

Montgomery is currently under indictment in Nevada for allegedly perpetuating a one million dollar fraud on a casino in Las Vegas.

Montgomery defrauded the Maricopa County Sheriff's Office in 2015 for $120,000 over a year-long period as a confidential informant with tales of the Hammer and illegal surveillance and his involvement and purported evidence.

Montgomery claimed to possess evidence of 47 hard drives of clandestine computer software, source codes and private information of american citizens which was to be turned over as evidence of illegal government data-harvesting and government surveillance and his operational involvement.

He has been making these claims for over a decade yet even when according to court transcripts, Montgomery has made numerous claims of having invented software with unique capabilities worth multi-

millions of dollars but never produced it, even under court order.

Ultimately the decision was made by MCSO to have professional analysis conducted of the 47 hard drives evidence containing Montgomery's work product .

Former NSA Whistleblowers William Binney, Kirk Wiebe, and Thomas Drake performed the review of the evidence produced by Montgomery at the request of MCSO in my presence and that of Det. Brian Mackiewicz .

A report dated November 14, 2014 for the sheriff's office signed by Wiebe and Drake detailing the analysis states:

"none of the data examined reveals or otherwise supports the assertion that the data contained on the hard drives examined resulted from the clandestine collection and processing of modern digital network communications and is instead, evidence of an outright and fraudulent con perpetrated on the government for personal gain and cover."

https://www.scribd.com/document/289508561/PX-2531-2013-11-13-Drake-Wiebe-Letter-Re-Montgomery-Hard-Drives


Dennis Montgomery had indeed defrauded the MCSO. It was also later discovered this was one of a long fact pattern of deceptions perpetrated by Montgomery over decades, including an elaborate hoax to sell software to the DOD that an FBI investigation determined did not work and was a con.

Montgomery conducted a choreographed fraudulent software demonstration of his creation to deceive the US military and trick them into purchasing non functional software. All of this is detailed from his lengthy litigious past and garnered from FBI 302 investigation reports and Federal court records. These are facts. And there is so much more.

https://www.scribd.com/document/275559455/DM-FBI-Search-70-Gov-Docs-Unsealed-D-nev-3-06-Cv-00263


Montgomery will destroy your credibility and at the same time send this entire matter and the nation in a whirlwind of lies and unproven claims. Please exercise much caution when dealing with Dennis Montgomery as he is very convincing. Montgomery has what can only be described as an insurmountable creditably issue, I know this first hand.

Yes there was election fraud, but Montgomery is not the vehicle to bring this issue to a successful conclusion. He will be destroyed in the media and you along with him, not to mention his information will be found to be completely contrived.

If I can be of further assistance please feel free to contact me.

Michael Zullo
480-717-6453



Sender notified by
Mailtrack