# Exhibit 164

**From:** KG <kg@mypillow.com>
**To:** Mike Lindell <mike@mypillow.com>
**Subject:** Fwd: Mike Lindell
**Date:** Sun, 25 Jul 2021 14:37:09 +0000
**Importance:** Normal

---

Sent from my iPhone

Begin forwarded message:

**From:** Peter Santilli <petersantilli@icloud.com>
**Date:** July 25, 2021 at 7:51:07 AM CDT
**To:** Mike Lindell <mike@mypillow.com>, KG <kg@mypillow.com>
**Subject: Fwd: Mike Lindell**


Katelyn,

Although I don't always believe what we read on the internet, especially in dark semi-corners like Telegram, I wanted to pass this information along to Mike Lindell because I have been told that "CodeMonkeyZ" is highly credible. I've also had direct contact with William Binney in the past, as well as interaction with one of Dennis Montgomery's attorney.

I'm forwarding this email so that Mike can pass it on to his cyber experts — who will know what is being said here regarding "TLS".

Please kindly pass the below information on to Mr. Lindell as an FYI.


Pete Santill
Host of The Pete Santilli Show

Personal Links: PeteSantilli.mobi
Email:pete@petesantilli.tv

Santilli & Associates, LLC
P.O. Box 30122 Cincinnati Ohio, 45230


Office: (828) 738-6538
Cell: (513)-457-7882

The information transmitted in electronic mail and/or facsimile messages sent from Santilli & Associates, LLC, or referencing this disclaimer, and any documents attached:
1. is intended only for the person, persons, entity, or entities to which it is addressed.
2. does not necessarily represent the views of Santilli & Associates, LLC.
3. may contain confidential and/or privileged materials.

In the case of confidential and/or privileged materials, any review, retransmission, dissemination or other use of or taking of any action in reliance upon these materials, by persons or entities other than the intended recipient may be the subject of legal action.

If you receive an e-mail or facsimile in error from Santilli & Associates, LLC, please contact the sender and immediately delete the material from your computer.

Begin forwarded message:

**From:** Cathy Cammarato <cathypd@aol.com>
**Subject: Mike Lindell**
**Date:** July 25, 2021 at 12:31:54 AM EDT
**To:** pete@petesantilli.tv


Hi Pete,
Love your show and watch it religiously you and Deb are genuine and we appreciate everything you do to speak the truth.
I follow CodeMonkeyZ and Ewillhelpyou aka E on Telegram.  E says he is former Intel.The last paragraph regarding Mike really concerned me. Here is what he said:
True to my word.
This active CIA campaign I told you about months ago, is now playing out in real time.
Dennis Montgomery, an IC asset (ex CIA-subcontractor, provided Lindell with bad Packet Capture data, and then had it pushed to people.
I have run into Mr. Montgomery before.
He tried (mid 2020) to sell Bill Binney and I on some encrypted data he swore contained evidence of chinese banks doing illegal things (he could not back up these claims). He was trying to infiltrate the inner circle of MAGA, to me that was very clear.
For a quick history lesson, he got his start years ago in tech lying to the US Government about software designed to identify and track enemy combatants during the early 2000s. He pretended to create a program, including a bad video mock up, but could not follow through.
This was a scam to the tune of several million dollars and was litigated in court.
Montgomery has made other such scams and claims a career.
I have repeatedly rebuffed his efforts, and cautioned people on the right whose ears I have, repeatedly, against being taken in by that narrative.
It seems as though they are curiously deaf to reason though. A disconcerting fact to me.
Exercise due caution with snake oil, and always always verify the source of information being provided, particularly if it seems designed to inflate your hopes and cash in on them.

I saw, and still see this as another CIA/FBI operation meant to grossly undercut MAGA. I do not think Lindell is responsible, but I do think they are being purposefully misled by Montgomery, who is technically smart enough to craft a believable lie here. An IC asset, like I said. They need a fall guy, they will make Mike it. And then smear the election fraud situation with it.
------
Our best chance here remains the continued forensic audit process exposing the fraud within our election system.

DEF019135.000002

Codemonkeyz stated this in regards to PCaps.
Now let's assume that the sender/receiver of the packets didn't use TLS.

If Mike's team was able to run the packet capturing mechanism somewhere along the network routes that the election data took, and TLS was not enabled, then we can essentially conclude that
He. Has. It. All.

You know so many people and have many contacts and with that being said,, do you have any former Intel that can assure us that Mike isn't being deceived and that the information he has is valid? I am afraid for Mike my heart sank with the thought of him being used as a patsy. When I wrote to E and ask if Mike is aware, he said he tried to tell him ans the team months ago but they didn't listen..Please help if you can.

Thank you

Cathy C. from California

DEF019135.000003