# Exhibit 165

**Platform:** Native Messages    **Timezone:** UTC+0000



---

2020/07/17

Device owner

> Are you in the back ?
> 08:02:37 pm

> Where the speakers come up ?
> 08:02:52 pm

Jerry Johnson

> Still at table for another minute.
> 08:03:16 pm

> Pompeo mentioned you in speech, said he does not get a lot of sleep in this job, said he probably needs one of your pillows!
> 09:25:17 pm

> They have a shuttle from my hotel to dinner. I will take that. Do you need anything?
> 10:17:27 pm

DEF035985.000001

6:00pm Reception
World Food Prize Hall of Laureates
100 Locust St, DSM, 50309
Dress code: suits and dresses
Shuttle available


7:00pm Dinner is served

JJ

10:18:26 pm

2020/07/18

Jerry Johnson

1) Just emailed draft scripts of endorsements to Katelyn and you for recordings tomorrow.
2)Also, just texted Eric to see if he could check if June might meet Wednesday afternoon and he could meet Thursday morning - told him tentative at this point - just checking on availability.
3) Will send list of Keys (titles and topics) to you by no later that Monday noon.

You really did a great job today!

03:06:37 am

Just heard from Eric in Dallas that Wednesday afternoon could work for meeting with June, and he could do Thursday morning, if needed. I told him we would get back to him if, and when, we can confirm. My plane is about to take off.

JJ

06:48:55 pm

2020/07/19

Jerry Johnson

Here is the lists of Keys that Eric has/will have available for us. We might not want all of them for LRN website and printing, but we can include any we want.

DEF035985.000002



JJ

10:15:33 pm

Device owner

Thanks Jerry
10:18:54 pm

Jerry Johnson

Eric said June could meet in Dallas Wednesday afternoon and he can meet Thursday morning if needed. Do you want to confirm?
10:19:51 pm

Device owner

I can be on Dallas earlier on wed if needed
10:26:04 pm

DEF035985.000003

Jerry Johnson

June rarely meets in the morning, but we could try earlier or get with Eric first if she can't join us until later. So I take it you are ready for me to set up some specific times with Eric?
10:27:58 pm

Device owner

What time did we set it for ?
10:28:37 pm

Anytime is fine
10:29:21 pm

Noon .. 1... etc
10:29:54 pm

Jerry Johnson

Got it, will do, and report back when confirmed.
10:30:23 pm

Device owner

No worries
10:30:31 pm

Jerry Johnson

Eric said 1 pm Wednesday with June should work. He can confirm tomorrow.
11:12:34 pm

Device owner

Sounds good
11:40:32 pm

DEF035985.000004

2020/07/20

Jerry Johnson

JJ

Eric just confirmed our meeting with June for 1 pm this Wednesday. I emailed to Katelyn and Shannon.
09:39:08 pm

2020/07/21

Jerry Johnson

JJ

Eric really liked your video endorsement recordings, Mike. Just got this text from him:

"Just previewed the video files . . . phenomenal - love them!"
03:17:05 am

Device owner


03:30:03 am

Jerry Johnson

JJ

Liked "👍"
03:30:28 am

2020/07/22

Jerry Johnson

JJ

Just talked to Eric:
He suggested you and June reconnect personally and visit first-when we get there. Later  when Kern arrives, we can get into technical aspects of shop talk, which June will not be involved in. Also, Eric says he would like to do a brief video interview with you at some point about LRN, a video that would promote LRN.
02:53:29 pm

Device owner

Perfect
03:03:06 pm

Jerry Johnson

https://lindellrecoverynetwork.org/about/

DEF035985.000005



03:28:40 pm

From website.
03:28:40 pm

What Melissa emailed:

Mike Lindell has an incredible story of redemption from his serious battle with crack addiction. And soon, he will help millions of addicts find recovery and freedom through his amazing new platform, the Lindell Recovery Network. The LRN will be the most incredible online platform ever!  This innovative resource will provide help, hope, and heart restoration to addicts everywhere: including access to 100,000 vetted churches, thousands of faith-based treatment centers in all fifty states, inspirational podcasts, Biblical counseling materials, and other life-changing resources. The revolutionary approach is the first of its kind: a resource just for the addict where they can browse thousands of video testimonials ('hope stories"), find inspiration through others' stories, and then choose the pathway forward that works best for them.

The Lindell Recovery Network will end the revolving door of traditional treatment centers that don't offer the heart restoration needed to experience lasting change. Mike Lindell beat his 25 year drug addiction through the power of prayer, and he wants others to find the same freedom. With God, all things are possible!

Melissa Huray MS LADC
Executive Director
Lindell Recovery Network
04:24:31 pm

I suggest putting the LRN logo on top of this, with the words "Lindell Recovery Network" underneath, as kind of a title.
04:31:17 pm

DEF035985.000006

With edits now:

LRN LOGO (on top)

Lindell Recovery Network

Mike Lindell has an incredible story of redemption from his serious battle with crack addiction. And soon, he will help millions of addicts find recovery and freedom through his amazing new platform, the Lindell Recovery Network (LRN).

The LRN will be the most incredible online platform ever!  This innovative resource will provide help, hope, and heart restoration to addicts everywhere: including access to 100,000 vetted churches, thousands of faith-based treatment centers in all fifty states, inspirational podcasts, Biblical counseling materials, and other life-changing resources.

The revolutionary approach is the first of its kind: Mike believes that addicts who have been set free from addiction will inspire those who have the same struggles. LRN will provide an online resource for the addict to browse thousands of video testimonials from people with the same addiction and age ("hope matches") to find inspiration through their stories, and then choose the pathway forward that works best for them.

The Lindell Recovery Network will end the revolving door of traditional treatment centers that don't offer the heart restoration needed to experience lasting change.
04:45:30 pm

Got logo and edits to Melissa, she is formatting and will send as soon as done.
05:19:14 pm

Device owner

Coolaid
05:20:20 pm

Jerry Johnson

June Hunt's and the address is:

The Hope Center
2001 W. Plano Pkwy
Plano, TX 75075
05:21:26 pm

Just emailed the LRN document to you and Shannon.
05:52:15 pm

DEF035985.000007

2020/07/23

Jerry Johnson

> Talked to Jay, he is definitely interested in masks. Could order soon. Wants to know what kind they, and what price you'll charge. He wants to see if he can treat them with his product.
> 02:41:39 am

> Trump just said "in a short amount of time we are going to have some incredible therapeutics" in Fox interview with Dr. Marc Siegel
> 03:30:33 am

Device owner


04:06:33 am

Jerry Johnson

> Do you have time for that call today? I am also available all day tomorrow and Saturday.
> 09:12:25 pm

Device owner

All day Saturday
09:26:17 pm

Jerry Johnson

Sounds good. Thanks!
09:27:03 pm

2020/07/29

Device owner

I am on a plane
02:33:18 pm

Commercial flight
02:33:29 pm

Jerry Johnson

> Just checking to see if you received a text with 2 art drafts for the cover of the LRN Keys from Steve at June Hunts - and what you think of them.
>
> Also, to remind you about writing that forward/introduction to the LRN counseling "Handbook" - I received a note from Eric late yesterday that they have their editor lined up and he will get the book together when we approve the chapter list and get your introduction done. I think Shannon printed that chapter list off for you, should be in your papers.
>
> 02:39:59 pm

> Had good phone call with Steve (June's art guy) and he is going to work up a couple of other draft covers for the Keys for us to look at.
>
> 06:09:59 pm

Device owner

> Might be hard to explain in a text but the reason I ask is that I love the verbiage. And the image of the keys.
>
> My thought though is that it says Hope is the ANCHOR for your soul so I think maybe and anchor would make more sense visually.
>
> I love the keys and if it is a series I think it should go on the back on the darker blue part where it says "Keys for Living Library"
>
> I think the clouds one is too plain.
>
> This came from Sarah
>
> 06:11:12 pm

Jerry Johnson

> Thanks!
>
> 06:12:58 pm

2020/07/31

Jerry Johnson

> This proposal came from Patty McMurray, the women for Trump Leader we met in Michigan at the rally. She is asking me if you can $ sponsor their bus tour. I think you declined before, and I assumed your answer is still "no", but I want to check with you before answering. Some good news on the call, they just had a Farmers for Trump event with 400 showing up in a small town. Good things are happening in Michigan.

DEF035985.000009

Sent an attachment
Filename: Women Love Trump 2020 Bus:RV Tour Budget .pdf
Path: ~/Library/SMS/Attachments/08/08/at_0_BE85B84B-52AD-4ECA-A3CA-
C06548650E6C/Women Love Trump 2020 Bus:RV Tour Budget .pdf
Size: 149 KB
Type: application/pdf
12:24:18 am

I just emailed two items to you. 1) a plan for my work with you going forward 2) a copy
of items that Eric, Kern, Melissa, and I are working on for LRN website launch
01:27:54 am

https://www.breitbart.com/politics/2020/07/31/rasmussen-donald-trump-approval-
rating-bounces-back-to-50-percent/





09:14:32 pm

Good story.
09:14:33 pm

DEF035985.000010

2020/08/01

Jerry Johnson

> If possible, I need an answer today. The Women for Trump we met with in Michigan called me this week and wanted to know if you can fund their bus tour. I think we already told them "no" but I wanted to get back with you before I answered. I texted their budget to you 4 texts back if you want to look at it.
> 07:51:05 pm

> Address for medicine is:
>
> Jerry Johnson
> 20 River Forest Lane
> Harpers Ferry, WV 25425
>
> 10 vials would be great. Huge thanks!
> 08:00:35 pm

2020/08/03

Jerry Johnson

> Mike,
> My view on the art for latest two book covers from Steve is much better. I would take the red underline from the "mountain" cover and move it to the "keys" cover and go with that. Perhaps we use the "Keys" cover for the keys and then the "Mountain" theme for the Counseling Handbook. Of course, it's your call.
> Jerry
> 04:29:52 pm

2020/08/04

Device owner

> Hey Jerry
> Let's chat tomorrow on this and catch up
> 03:36:25 am

Jerry Johnson

> OKAY-sounds good!
> 03:37:42 am

DEF035985.000011

Mike,
I just got off conference call with leadership team for The Return. Kevin Jessip asked me to lead the call in prayer and I also told them you were excited about the event, speaking there, and that you are promoting The Return as you speak everywhere.

I am ready to talk with any time today about the Keys and other matters.

Two $ Money Questions to think about:
1) My annual membership for CNP (Council for National Policy) are due. There are three possible levels-
Gold Circle $15,000
Board of Governors $5,000
Regular $2,500
You were generous last year when you hired me to pay for Gold Circle which puts me with prospective donors. I have thought because of the crazy virus economy you might not be able to do it this year, or we could down grade to lower level. I hope you can do it again, but understand if you decline. They also want you to join, even if you don't come to all meetings. Next two meetings are in DC and they think the President will come to one of them. If and when you come, Bob McKewen says you will get VIP treatment and access to all speakers.

2) My daughter Eva sent an invoice for $500 her LRN art drafts, even though we didn't use them. I am sorry that didn't work out for LRN, but support your decision. Can I submit that invoice for payment? If not, I understand.

Thanks for considering.
Jerry
03:20:14 pm

Device owner

Yes to all

I will be landing in a couple hours
03:41:58 pm

Get your daughters to Shannon today👍🏻
03:41:59 pm

Jerry Johnson

**JJ** Huge thanks! And here is some good $ news. Jay received his commission check from My Pillow for your BioProtect sales and it was based on $1 per unit. However, Jay brought up that he thought your agreement was for $0.50 per unit. It was, and I told Mark Schabert when he asked me last week (he thought so too) so you are due a refund and lower payments to Jay in the future.
03:44:26 pm

Device owner

Thanks Jerry
Also tell Jay we are going to launching mystore this month for sure
03:47:00 pm

Jerry Johnson

**JJ** Will do!
03:48:19 pm

**JJ** To be clear, on CNP membership, do you want to join as well, or is it just me?
04:03:45 pm

Device owner

Let's chat when I land but probably both of us
04:06:55 pm

Jerry Johnson

**JJ** That's great!
04:07:14 pm

2020/08/06

Jerry Johnson

#1
Just for reference for the call

DEF035985.000013



09:22:43 pm

#2 for the call



09:23:27 pm

I like #1 best, with Keys. Maybe move red line on #2 up to #1 for a little more color.
09:24:26 pm

DEF035985.000014

2020/08/07

Jerry Johnson

Sending 4 new art designs:
05:21:36 pm

#1



05:22:08 pm

#2



05:23:42 pm

DEF035985.000015

#3



05:24:34 pm

#4



05:24:58 pm

JJ

I know we asked to put Lindell Recovery Network at bottom and #1 has that, but I prefer #2 with it at top. But it's your call.
05:27:22 pm

DEF035985.000016

Device owner

Can you talk ?
05:29:06 pm

Jerry Johnson



05:34:20 pm

DEF035985.000017



JJ

05:34:32 pm

2020/08/11

Jerry Johnson

LRN Updates: I spoke with Eric and Steve (the June Hunt artist) both Friday and today, we are getting another batch of covers for you to look at. We also have a Zoom call set up tomorrow to talk to that counseling network group that Eric talked about, Melissa and Cindy will join Kern and me on that call. 'More to come.

03:06:11 am

Huge thanks, Mike, on sending medicine to me by FedEx!!!!
My parents are both experiencing symptoms now, went to doctor, will have test results tomorrow. I shipped 2 vials to them overnight, it arrived today, and they have peace of mind-they are in their 80's.

10:13:13 pm

JJ

DEF035985.000018

Jerry Johnson

We have two URGENT requests:
1)June Hunt called me last night. She wants 2 of your books and 5 vials of Oleandrin. She and her assistant are rewriting her "gambling" material and want to use some of your story from the book. The medicine is needed for a pastor friend and his wife who have COVID (Gene Goetz-he is well known in Dallas). June also wanted a couple of vials for herself and employees. Send to books and vials to:

June Hunt
6925 Edelweiss Circle
Dallas, TX 75240

2) Pastor Satish Kumar in India pastors the largest Christian Church in the world - 300,000 attending! We are friends. Two of his family have COVID symptoms. His Florida friend is flying to India Friday and can deliver to him. I recommend 5 vials, which we would need to send overnight today to get to this address before Friday:

Ravi Kumar Ravi
10549 Demilo Pl Apt#208
Orlando, FL 32836

I can pay for these and postage. Thanks for considering.
01:56:27 pm



03:33:07 pm



03:33:23 pm



03:33:37 pm

DEF035985.000020



03:33:55 pm

The reason the key images on these proposals are different is that their staff had a change of heart about LRN using their cover-they want whatever we use to look different from what they have as their "look" - branding.

JJ

06:06:22 pm

2020/08/14

Jerry Johnson

Got your Trump fundraising email - it looks great! I want to donate, it is asking for my employer, is it OK even though I work for Lindell Management?

JJ

08:28:38 pm

Device owner

Yes for sure
Which reminds me ... have they been paying you lately???

09:42:01 pm

Jerry Johnson

Yes, I was payed as recently as today. Thanks!

09:44:19 pm

DEF035985.000021

I made my Trump contribution using your email links from the campaign, it worked smoothly, and I received a good email and text response immediately from the campaign. 'Thought you would like a sample report. Also, I am really proud of your efforts for America and this President!



10:04:28 pm

2020/08/17

Jerry Johnson

https://www.breitbart.com/politics/2020/08/16/cnn-poll-biden-lead-shrinks-double-digit-shift-trumps-way/

DEF035985.000022





05:25:37 am

Last CNN poll says Biden only leading by 1% in Minnesota!
05:25:37 am

Device owner

https://www.businessinsider.com/trump-new-unproven-coronavirus-cure-oleandrin-hud-ben-carson-2020-8



DEF035985.000023



05:28:19 am

https://www.axios.com/trump-covid-oleandrin-9896f570-6cd8-4919-af3a-65ebad113d41.html





05:28:34 am

It is going viral right now

05:28:43 am

Jerry Johnson

Wow! Praise God!

05:29:00 am

Device owner

Wow on the MN poll!!!

05:31:05 am

DEF035985.000024

Jerry Johnson

God is on the move - on both fronts, on all fronts!
05:31:41 am

Great Minnesota Trump rally, I heard him give you a shout out!
10:06:32 pm

JJ
You and Ben Carson and Oleander were just mentioned on Bret Baer Fox News.
10:47:13 pm

2020/08/18

Jerry Johnson

JJ
Got this message from Bob Vander Plats:

"Received the pillows and sheets...Thank you!!! I've slept on "My Pillow" the past two nights...love it! Give best to Mike and MP/LRN Team!"
04:09:03 pm

2020/08/19

Jerry Johnson

JJ
You held your own with Anderson Cooper, you gave him the truth and Jesus. That man is evil.
12:03:31 pm

2020/08/24

Device owner

Hey Jerry
What are you up too the next couple days
10:30:51 am

Jerry Johnson

Anything you need
12:25:28 pm

DEF035985.000025

JJ

Sorry the phone signal was weak. I am available to help you with anything, and want to. Rhonda's Dad died Saturday night, but the memorial service is being delayed for awhile.
04:02:37 pm

Device owner

So sorry Jerry ...
I am at the RNC so can't talk now
04:07:32 pm

👍 1  Jerry Johnson

2020/08/25

Jerry Johnson

JJ

Yikes! I am going to be delayed, not landing until 3:43, probably not at hotel until 4:45-5 pm.
04:39:20 pm

Device owner

Ok
05:04:18 pm

2020/08/28

Jerry Johnson

This guy you met (Nathan Lorrick) heads up the Colorado Baptists with over 200 churches, they can be churches for LRN. This was a divine appointment tonight!

DEF035985.000026



JJ    01:20:30 am

2020/08/29

Jerry Johnson

https://townhall.com/tipsheet/katiepavlich/2020/08/28/minnesota-mayors-from-democrat-strongholds-endorse-president-trump-n2575265



DEF035985.000027



09:32:25 am

JJ

This is good news. You might want to reach out to these guys if you haven't already, for 2020 and 2022.

09:32:25 am

2020/08/30

Jerry Johnson

https://www.theguardian.com/us-news/2020/aug/29/michael-moore-donald-trump-repeat-2016-warning



DEF035985.000028



12:53:10 am

**JJ** This poll shows Trump tied with Biden in Minnesota, Michael Moore is worried!
12:53:10 am

2020/08/31

Jerry Johnson

**JJ** 2 questions:

1) Barry MeGuiar (car wax guy) wants to buy some ads on Fox News, wants to know best person to talk to buy those ads. Do you have a good contact name and phone number? He does not need until tomorrow.

2)June Hunt's guy, Eric, said June is rewriting "Gambling" counseling key and wants to include a couple of examples/quotes from your biography. Are you OK with that? They are asking for permission.
02:26:28 am

Device owner

Yes on June
Yes on tormorrow
02:43:38 am

Jerry Johnson

Thanks, Mike!
02:44:18 am

**JJ** Gentle reminder for you:
Car Wax guy Barry Meguiar needs contact info for FOX news ad by.
03:20:41 pm

DEF035985.000029

2020/09/01

Jerry Johnson

https://en.wikipedia.org/wiki/Kenny_Troutt



01:30:34 am

Huge donor development opportunity from Dallas meeting last week. Call when you can.
01:30:34 am

Device owner

Can we talk at noon your time tomorrow ?
01:45:37 am

Jerry Johnson

Yes.
01:45:48 am

I am on DC (Eastern) time
02:33:08 am

 1   Device owner

https://fivethirtyeight.com/features/why-minnesota-could-be-the-next-midwestern-state-to-go-red/

DEF035985.000030





05:05:52 am

"Lie" quotes for lawyer
I just listened to the interview:

1) when talking about BBB, Anderson says "for you to lie like that" and "you are not telling the truth"

2) when you say safety tests have been done and it is before the FDA, Anderson says: "That is just a complete lie...that is just a bold face lie"

06:54:35 pm

Device owner

Awesome !!!
07:18:00 pm

Jerry Johnson

I think you have him trapped on this.
07:18:31 pm

DEF035985.000031

Kern is on the line, can you talk now?
07:18:54 pm

Minnesota Invitation:
Chad Conally (who did evangelical outreach for the RNC in last election) wants to do a Pastor's day for Trump in MInnesota on September 21. He wants to know if you will speak at breakfast meeting in one stop and then lunch meeting at another. They will leave in the afternoon for WI. Scott Walker, Reince Preibus, and Bob McEwen of CNP are part of the tour. They are hitting the four swing states of PA, WI, MI, and MN. You could not only help Trump, but make good MN pastor connections for 2022. What do you think?
11:17:28 pm

2020/09/02

Device owner

Sent an attachment
Filename: IMG_6380.MOV
Path: ~/Library/SMS/Attachments/03/03/at_0_49A1C8E9-2F51-4844-8A59-9F2CF39D9CFF/IMG_6380.MOV
Size: 78 MB
Type: video/quicktime
01:55:13 am

Jerry Johnson

Yikes! That's crazy, I thought it was going to turn over ON you!
01:57:01 am

Device owner

It was close
02:21:04 am

Jerry Johnson

I think an angel may have put out his hand to keep it from completely capsizing. Glad you are safe. Get your limit tomorrow!
02:28:21 am

Thank you for $1,000 check for board meeting!
08:36:29 pm

👍 1  Device owner

DEF035985.000032

Jerry Johnson



04:36:49 pm



04:37:02 pm

DEF035985.000033



04:37:12 pm



04:37:27 pm

Based on suggested changes from the LRN Board Meeting, these are the changes from the artist. My favorites are the last 2. I think the bottom one is my recommendation, but it's close. It's your call!

04:42:08 pm

Device owner

Why do we want red as a color to underline ?

11:08:53 pm

DEF035985.000034

Jerry Johnson

I think it is a nice touch on the last one, subtle, only below the subtitle. But I think there is too much red in the others.

11:11:12 pm

Device owner

Why are we using the color red ???
I can think of a lot of better colors than red ?

11:13:45 pm

2020/09/09

Jerry Johnson

Sending 6 new book cover drafts below:
02:41:35 pm

Purple Line



02:42:15 pm

Green Line



02:42:36 pm

Pink Line



02:42:55 pm

Purple Letters and Purple Line

DEF035985.000036



02:43:21 pm

Green letters and Green line



02:43:53 pm

Pink Letters and Pink Line

DEF035985.000037



02:44:23 pm

 Sent 6 new book choice above. Yours thoughts?
02:44:56 pm

2020/09/12

Device owner

Let's chat a little later today if you can
06:47:55 pm

Jerry Johnson

Sorry I missed your call. I am available now (except between 5:30-9 pm), we are have a memorial and dinner for Rhonda's father. On the book covers above, Sarah, Cindy, and Jessica all prefer the green color (but Sarah does not really like the cover design).
07:07:00 pm

2020/09/15

Jerry Johnson

Just emailed new "green" colors to you for LRN Keys
03:58:40 am

DEF035985.000038

2020/09/16

Jerry Johnson

Donor Updates:
LISA TROUTT - no phone answer.
Earlier today I left detailed phone message and separate text message after that. (FYI, at Kevin's request, I had both texted and emailed her before, a few days after the meeting in the Dallas home)

Dr. JIM LEININGER - no phone answer. I left detailed phone message and separate text message after that (to both Dr. Jim and Cecelia's cell #'s)

LEE ROY & TANDY MITCHELL - I do not have a good phone number but wrote a detailed email.

On all of these messages, I told them about the exciting launch of LRN at The Return next week and your desire to speak with them tonight or tomorrow, asked them to call me or text back.

I expect some response and will let you know as soon as I hear anything.
08:10:02 pm

CALL INFORMATION
Dr. Jim Leininger (wife Cecelia)
Between 6-7 Central Time
(210) 701-6023
Like you, he knows Ben Carson, you might want to mention Dr. Ben supports The Return. I understand Dr. Ben presented a proclamation for consideration to the President today, urging national prayer on the day of The Return.
08:54:20 pm

Reminder to call Leininger
between NOW and next hour, see information above.
10:00:49 pm

Correction, it is 6-7 Eastern.
10:09:15 pm

DEF035985.000039

CALL INFORMATION
Dr. Jim Leininger (wife Cecelia)
Between 6-7 Central Time
(210) 701-6023
Like you, he knows Ben Carson, you might want to mention Dr. Ben supports The Return. I understand Dr. Ben presented a proclamation for consideration to the President today, urging national prayer on the day of The Return (Kevin Jessip told me this).

10:59:56 pm

Gentle reminder - to call Dr. Jim Leininger.

11:14:16 pm

Device owner

I did

11:16:36 pm

Jerry Johnson

Thanks! 'Hope it went well. Any good news?
I set up the call with Lee Roy and Tandy Mitchell for 8 a.m. Central tomorrow morning. There number is:
(214) 632-5520

11:20:43 pm

Device owner

Thanks Jerry
I will call you a little later
I have to call Jim back after Governor dinner

11:24:22 pm

Jerry Johnson

✓

11:24:41 pm

DEF035985.000040

2020/09/17

Jerry Johnson

I will be up for another hour if you want to call about Leiningers. Remember you have an 8 am (Central) call with Lee Roy and Tandy Mitchell in the morning. (214) 632-5520
03:03:38 am

Device owner

10 minutes
03:04:09 am

Jerry Johnson


03:04:24 am

REMEMBER you have an 8 am (Central) call with Lee Roy and Tandy Mitchell (Cinemark) about The Return/LRN in 20 minutes. (214) 632-5520
12:40:39 pm

2020/09/18

Jerry Johnson

Just got this from Eric.
Here is the first eversion LRN Key for the website, including the LRN cover, with the LRN logo in the back, and your introduction page at the beginning.

Sent an attachment
Title: LRN-Habits-Addictions.pdf
Type: application/pdf
07:30:36 pm

https://apple.news/ARMT2lSZ9T-2HuKO09WmEjw

DEF035985.000041





11:54:09 pm

JJ

This changes the election!
11:54:22 pm

2020/09/19

Jerry Johnson

https://www.breitbart.com/2020-election/2020/09/18/watch-my-pillow-ceo-unrest-in-minneapolis-driving-suburban-rural-republican-vote/



DEF035985.000042



05:54:17 pm

JJ "100%" - well done!
05:54:17 pm

2020/09/25

Jerry Johnson

JJ Should I come into DC for your 6:30 speech and ask Shannon to get me a hotel tonight - or just drive in tomorrow for the day? I am available if you need anything (but 1 1/2 hour away unless I come into DC). Let me know when you know.
06:21:09 pm

Device owner

Up to you Jerry but tonight is completely until control I have Kendra and the rabbi and his wife

But if you want to be here Shannon will take care of you
06:24:38 pm

Jerry Johnson

Got it. I will drive up tomorrow for the day. I have some materials for you from Charles Herbster, who is running for Nebraska Governor is 2022. I will wait until after your speech to give them to you. Praying for God to use you tonight and tomorrow!
06:35:31 pm

Kern says: "We are live on Lindell recovery network .org"
10:27:16 pm

DEF035985.000043

**JJ**

Kern says: "We are live on Lindell recovery network .org"
10:28:54 pm

2020/09/26

Jerry Johnson

**JJ**

Great speech, strong testimony, and you pointed people to Jesus! Watched the live stream. You used the Dr. Leininger hunting conversation. Proud to work with you, Mike! See you tomorrow.
12:20:20 am

Device owner

Thanks Jerry!
01:43:38 am

Jerry Johnson

Liked "Thanks Jerry!"
01:47:06 am

**JJ**

I am sneezing a lot, have congestion, and a sore throat from sinus drainage. Taking medicines, but can't seem to shake it. I do not think it is COVID but do not believe I should come down and mingle with you or other people, just to be safe. Also, people around me would be afraid as I cough and sneeze. I think it is an allergy attack from mowing yesterday.
02:43:33 pm

Device owner

I agree ... her well👏🏼
02:49:25 pm

Jerry Johnson

Thanks!
02:52:51 pm

DEF035985.000044

JJ

Mike,
I have been watching the live stream for hours, I have knelt to pray, I have stood lifting my hands to pray. Because the President will announce his Supreme Court nominee today, this meeting is going to get unusual media attention. Of all the speakers, you have the highest profile and I think the world and the media will note what you say. So trust God and make much of Jesus! I am praying that it will be the Holy Spirit that speakers thru you - I believe He will! God has given you this platform, so GO FOR IT!
Jerry
05:40:02 pm

Device owner

How did I do Jerry?
06:54:40 pm

Jerry Johnson

You rang the bell for Jesus and that is what God will honor! Your testimony was clear and came across with conviction. I loved the idea that we prepare a "runway" for God with repentance and prayer - and the scripture from Joel! You are becoming a preacher. I missed being there but God has blessed me here to pray with and for the cause.
06:58:07 pm

THURSDAY OPPORTUNITY!
Ralph Reed (Faith and Freedom Coalition) called me and asked if you could pick up South Dakota Governor Krist Noem on your plane this Thursday around noon in Wisconsin and fly her to Atlanta where both you and her would speak at his "Road to Majority" rally in Atlanta that evening, and then fly her back to Des Moines afterward. He is having a hard time with her schedule. Other speakers for the 3 days include: VP Pence, Judge Jeanine, Senator James Langford, Senator Tom Cotton, Nicky Haley, Senator David Perdue - President Trump spoke last year. He said you could promote what you want, play a video too, we could highlight LRN. Are you interested?
07:30:34 pm

*Kristi Noem
07:31:13 pm

JJ

Katlyn tells me you are at Vanderplatts with VP Pence that day so I assume the answer is "no, but thanks" to Ralph Reed.
07:42:06 pm

DEF035985.000045

2020/09/28

Jerry Johnson

https://www.breitbart.com/politics/2020/09/27/breaking-project-veritas-ballot-harvesting-minnesota/





03:29:14 am

 Omar!
03:29:14 am

2020/09/30

Jerry Johnson

 Both of your recent Trump campaign emails looked great! I am praying for this debate.
12:29:12 am

👍 1  Device owner

DEF035985.000046

2020/10/02

Jerry Johnson

Trump has COVID
05:12:50 am

Device owner

I know ... I just texted Ben
05:13:25 am

Jerry Johnson

Praying
05:13:39 am

2020/10/04

Jerry Johnson

Found this ad on Breitbart with your picture by the President!

DEF035985.000047



JJ  03:38:36 am

Device owner

Nice !
04:56:57 am

DEF035985.000048

2020/10/06

Jerry Johnson

Had good visit with Eric at June Hunt's today. He is going to send a draft soon of the LRN counselor's handbook for counseling.

Also, Nancy Hansen called me. She talked with you at a table at Ziklag (she said you talked about how unfair Anderson Cooper was to you). She is helping the pro Trump ladies group called Women Fighting for America. This is a bus tour but different than the other group you already said "no" to. Her foundation has $100,000 committed for matching funds and she wanted me to see if you would be interested in that match. I told her you had already spent a lot recently on events and causes but that I would forward it on to you. I just sent you an email with a link to their video and a PDF of their work. I will happy to tell them "yes" or "no" for you. Whatever you decide we should answer Nancy, as her foundation could help us later with LRN.
Jerry
10:05:28 pm

2020/10/07

Device owner

Let's chat today Jerry
01:41:05 pm

Jerry Johnson

Here is the first section of the LRN counselors handbook from Eric for us to preview. Eric wants to know if it look like he's on the right track. I need to change your endorsement page from language about the keys to language about the counselors handbook. I will run it by you after I do.

Sent an attachment
Filename: 000-LRN-Keys-for-Recovery-Handbook.pdf
Path: ~/Library/SMS/Attachments/fd/13/at_0_9CD44400-EB6A-40A0-9A9E-B2B23BE89E9E/000-LRN-Keys-for-Recovery-Handbook.pdf
Size: 3 MB
Type: application/pdf
02:33:43 pm

Sorry I missed your call. I was driving to airport, I am flying today to San Francisco to perform a wedding (Gerard Smith-business man you met at CNP). The car wax guy (Barry Mequiar) will be there. I will try to call again when I land in Dallas for connecting flight. See attachment 2 texts above for LRN Counseling Book.
02:51:49 pm

DEF035985.000049

2020/10/12

Jerry Johnson

Just emailed a contract to you for LRN Counselors Handbook and Video trading course for LRN church counselors. I also provided a summary of contract deal points for you. Eric at Hope for the Heart drafted the contract, I like it. I copied Sarah and Shannon. Need your signature.
05:47:03 pm

Device owner

Ok
05:48:00 pm

Jerry Johnson

Liked "Ok"
05:48:16 pm

2020/10/16

Jerry Johnson

https://www.breitbart.com/politics/2020/10/14/my-pillows-mike-lindell-predicts-trump-minnesota-victory-first-time-gop-top-ticket-state-since-1972/





03:19:33 am

"You're looking good, I knew you would." Good interview, good article, Mike! I am proud you are campaigning for the President. Keep going!
03:19:34 am

2020/10/22

Jerry Johnson

I am in a meeting in DC with about 30 people, Bo Dietl is here, he said he loves your sheets, but he's been unable to reach you. I told him I would send his number to you.

Sent an attachment
Filename: Bo Dietl.vcf
Path: ~/Library/SMS/Attachments/9c/12/at_0_26A6B659-370F-4E85-8188-3443469D6B74/Bo Dietl.vcf
Size: 160 bytes
Type: text/vcard
10:12:08 pm

2020/10/23

Device owner

Who is bo Dietl ?
12:06:06 am

Jerry Johnson

Bo is a Pro Trump commentator on FOX, close to Rudy, a private investigator. Used to be on Hannity and Tucker often, but younger Murdoch's (owners of FOX) have banned him for now.
12:19:30 am

DEF035985.000051

'Just got this message from guy you bought the sanitizer from, he thought my number was your number:

"Mike, this is Joe Raich we sold you the Bioprotect Hand Sanitizer. I have been giving to the Trump pacs but wanted to know what Trump pac I could donate $10,000 to $15,000 to. If you have any recommendations please let me know. God bless you and your family sir and all you do for America."

While I think he may want to give to Trump, I am almost sure he wants to reconnect with you to find something out something else. It has to do with a recent development (good) with Jay's business. We should talk before you call this guy.

JJ    02:45:52 pm

2020/10/28

Jerry Johnson

Got a call from Charles Herbster (the cattleman who is running for Nebraska Governor) and he said he wanted you to know he will be arriving at Trump Hotel in DC on Sunday and hopes to meet up with you for breakfast or coffee while there if you are also coming in to the hotel for election night.

JJ    01:18:56 am

2020/10/30

Jerry Johnson

https://www.breitbart.com/politics/2020/10/29/exclusive-leaked-document-leftists-fear-trump-may-win-minnesota-plot-post-election-mass-mobilization/





04:22:59 am

2 shout outs for "Mike" by the President in Minnesota!
Well done!
11:28:19 pm

 1    Device owner

2020/10/31

Jerry Johnson

https://www.breitbart.com/clips/2020/10/30/mn-ag-ellison-trump-has-a-real-shot-at-winning-minnesota/



DEF035985.000053



JJ

04:34:28 am

2020/11/01

Jerry Johnson

https://www.breitbart.com/politics/2020/11/01/democracy-institute-poll-electoral-college-landslide-for-donald-trump/





11:51:09 pm

This poll includes predicts a Trump win in Minnesota, see end of article.
11:51:09 pm

DEF035985.000054

Not end of article, 5th paragraph.
11:52:08 pm

Sent an attachment
Filename: IMG_5144.heic
Path: ~/Library/SMS/Attachments/cd/13/at_0_0BCAB700-AFA8-48B2-A2E4-
6CE245427039/IMG_5144.heic
Size: 33 KB
Type: image/heic
11:55:32 pm

Device owner

Awesome!
11:55:59 pm

👍 1 Jerry Johnson

2020/11/02

Jerry Johnson

https://www.nbcnews.com/think/opinion/biden-leading-trump-2020-polls-expect-
election-day-be-repeat-ncna1245282



DEF035985.000055



07:37:32 pm

From NBC!
07:37:33 pm

2020/11/03

Jerry Johnson

https://www.forbes.com/sites/walterpavlo/2020/10/21/the-controversial-history-of-whistleblowers-and-those-who-are-speaking-out/



DEF035985.000056



01:38:39 am

Here is another $ prospect tomorrow for an LRN donor/friend. Brad Birkenfeld is the top "whistleblower" of all time - bringing back $25 Billion to the USA from Swiss banks. The IRS initially paid him over $100 million in reward money. He is mentioned near end of this recent Forbes article. The last time he was in DC he showed me a new check his attorney gave him for an additional $10 million - they keep paying him additional rewards. He wants to meet you, he is staying at the Trump, just released his updated book with a chapter on Hunter Biden (it has a few F-bombs in it, I am working on him, he went to church with me last week!). Senator Johnson's (from Wisconsin) investigation committee interviewed him for 2 hours last week about Hunter Biden. Brad wants to give you a copy of the new book. I told him you might be able to briefly meet for 15 minutes before or after your 1 pm with Charles Herbster. He would like to meet Herbster too, but I DO NOT think he should join the 1 pm - only meet you before or after the lunch. You need your time alone with Herbster. Would you like to see him after or before?

01:38:39 am

Device owner

Either one
Before probably better ...
Like 12;15

02:37:06 am

12:15

02:37:14 am

Jerry Johnson

12:15 sounds good. I will tell Brad to look for you near the restaurant. He already met Herbster tonight, so that is taken care of. Thanks, Mike!
Praying for a Trump landslide! You have worked hard for this, may God grant it.

02:39:40 am

Device owner

👍 1  Jerry Johnson

02:40:52 am

DEF035985.000057

Jerry Johnson

Watching last rally in Michigan tonight and just saw your ad on RSBN - cool!
04:22:54 am

Device owner

They have crushed it with that ad!
04:25:00 am

Jerry Johnson

Praise God!
04:25:34 am

In 15 minutes meeting with Brad Birkenfeld at 12:15.
He is at a table at Trump Hotel lobby area (not BLT restaurant) by hostess.
05:00:50 pm

Device owner

Ok
05:01:03 pm

Jerry Johnson

Herbster in 10 minutes at 1 in BLT restaurant.
05:50:44 pm

Charles Herbster
05:54:57 pm

 1  Device owner

https://www.breitbart.com/politics/2020/11/03/realclearpolitics-flips-key-states-for-donald-trump-in-final-days-of-election/

DEF035985.000058





09:18:53 pm

JJ Huge shift!
09:18:53 pm

2020/11/04

Jerry Johnson

JJ We are going to win!
03:11:19 am

Device owner

For sure !!!!
03:28:20 am

 1 Jerry Johnson

DEF035985.000059

2020/11/05

Jerry Johnson

Even though we did not win Minnesota this time, I am confident when your name was on the ballot we will!
01:27:32 am

"Is" on the ballot
01:35:02 am

2020/11/07

Jerry Johnson

ELK HUNT UPDATE:
I left two new phone messages for Dr. Jim Lejnjnger right after we talked tonight, one on his cell and another on his land line at the hunting lodge. These are in addition to text messages to both him and his wife Cecelia yesterday. No answer yet. Will report when I hear something.
04:52:31 am

https://en.wikipedia.org/wiki/Hyderabad_Pharma_City



DEF035985.000060



04:35:33 pm

DEF035985.000061

Mike,
I have just talked again to India.

My contact in India is Dr. Satish Kumar, pastor of Calvary Temple, Hyderabad. He built the church from 25 to over 300,000 in 15 years...2nd largest church in the world. He is the real deal, I can personally vouch for him, amazing operator. His top business man got me through all airport security with no stops or checks, has over 5000 employees. They can get us through any COVID quarantine with pass or exception by government, and fast track visas.

He can 100% guarantee a meeting with the Minister of Health for that state (Telangana). He is a personal friend of the pastor. Hyderabad is the top medical city in India...huge industry. We could ask his center to run the trials needed for their country. See attached wiki info.

We should arrive on a Saturday to strategize with our India contacts to plan government meetings, then with that State Minister of Health on Saturday/Sunday (weekend is better for him-he will come to us) and then you give testimony/preach to 20,000 plus at least once on Sunday.

We have a private jet to take us Monday to Delhi (national capital) to meet with Minister of Health for all India. Satish can also 100% guarantee this meeting in Delhi, and good potential to also meet the prime minister, Modi.

I think you, Andrew, me, and my brother Jay (who has operated for years in India) should do this. Jay and I could assist you and Andrew however needed.

If they can do trials and approve drug for sale in India we could start selling to over 1 billion people there. That would help you meet your contract obligation, make money, pressure USA to get moving, and save lives.

I think this is a divine appointment. I have met many leaders through NRB and politics and assure you this pastor is at the top, like you, he can get it done. I can send you some video links if you want to see his operations.

If you want to take next step, pick any time table for travel in next few weeks and I can put together a more detailed proposal/itinerary before you pull trigger with final decision.

If flying commercial, pick any date window leaving Thursday night and returning on next Tuesday or Wednesday.

Let me know if you want me to talk with Andrew about it.

Jerry
04:35:33 pm

Watch this awesome short video before you consider this decision.

Sent an attachment
Filename: VIDEO-2020-05-04-04-03-43.mov
Path: ~/Library/SMS/Attachments/c0/00/at_0_C10ACE2F-4B26-4E6B-9151-93C8AD203056/VIDEO-2020-05-04-04-03-43.mov
Size: 15 MB
Type: video/quicktime
04:40:27 pm

2020/11/08

Jerry Johnson

Just sent you an email that you may want to forward to Trump team about an election fraud lead they should investigate.
02:00:53 pm

mlicloud@mypillow.com

Jim called too and all is good
04:10:33 pm

2020/11/09

Jerry Johnson

✓
05:27:54 am

2020/11/10

Jerry Johnson

https://everylegalvote.com/country


05:45:59 pm

DEF035985.000063

2020/11/12

Jerry Johnson

https://www.oneindia.com/india/coronavirus-russia-s-sputnik-v-vaccines-arrive-in-india-clinical-trials-shortly-3176227.html





07:02:28 pm

The Russians are sending their COVID vaccine to Hyderabad, India for testing. Have you thought about my proposed  India strategy for our Oleander treatment? (See earlier texts).

07:02:28 pm

2020/11/16

Jerry Johnson

Way to go, Mike! Everyone at CNP was talking asking about you and the rally. I preached the morning worship this morning and mentioned you and LRN at the beginning of my message. Also talked about LRN to the Dallas couple (Jerry and Susie Wilson) who have $2 million to Baylor. They came to the meeting we had at Lee Roy Mitchell's house. Did you get an Elk?

Sent an attachment
Filename: IMG_5219.heic
Path: ~/Library/SMS/Attachments/c1/01/at_0_494C8345-802D-491B-8470-B83DFA610BEB/IMG_5219.heic
Size: 192 KB
Type: image/heic

01:41:07 am

DEF035985.000064

mlicloud@mypillow.com

It is a long story but I got 2
02:25:56 am

Jerry Johnson

Wow!
02:26:11 am

mlicloud@mypillow.com

Sent an attachment
Filename: IMG_7138.HEIC
Path: ~/Library/SMS/Attachments/f2/02/at_3_F7ED9671-3870-4258-92F2-B17CAB5F2DDE/IMG_7138.HEIC
Size: 747 KB
Type: image/heic

Sent an attachment
Filename: IMG_7129.HEIC
Path: ~/Library/SMS/Attachments/f0/00/at_1_F7ED9671-3870-4258-92F2-B17CAB5F2DDE/IMG_7129.HEIC
Size: 2 MB
Type: image/heic

Sent an attachment
Filename: IMG_7137.HEIC
Path: ~/Library/SMS/Attachments/f1/01/at_2_F7ED9671-3870-4258-92F2-B17CAB5F2DDE/IMG_7137.HEIC
Size: 2 MB
Type: image/heic

Sent an attachment
Filename: IMG_7152.HEIC
Path: ~/Library/SMS/Attachments/ef/15/at_0_F7ED9671-3870-4258-92F2-B17CAB5F2DDE/IMG_7152.HEIC
Size: 1 MB
Type: image/heic
02:27:03 am

We had to call the game warden ... craziest elk story ever
02:27:36 am

DEF035985.000065

Jerry Johnson



> Nice pics, big animals. Either you hit two with one shot, or took a second shot at one and hit wrong animal, or...?
>
> 02:29:27 am

mlicloud@mypillow.com

> Correct
>
> 02:53:07 am

👍 1  Jerry Johnson

2020/11/17

Jerry Johnson

> The pro life men's breakfast in Dallas just got back with me about you speaking with 2 choices:
> February 22
> OR
> March 1
> This comes from Lisa Troutt and Ann Carruth, not only prolife activists, but both families have lots of $ and donate to good causes like LRN.
>
> Katelyn said you may have meeting at Liberty in March 1. Can I give them either date or tell them to hold awhile?
>
> 09:15:49 pm

DEF035985.000066

2020/11/22

Jerry Johnson

Heads up: You may get a call from the attorney Lin Wood, if you haven't already. I just talked to Doug Anderson who was talking to Lin about starting a $1 Million Whistle Blower award for anyone who comes forward with hard evidence of fraud from Dominion or any other voting software. Doug asked me if you would be interested and I said you already know Lin Wood and that Lin could call you directly (not me) to make the pitch for that kind of money (you would have lots of questions about what is legal, how it would work,...Lin would know those answers, not me). For what it's worth, I think the voting numbers are evidence of fraud, but the Trump campaign needs more than numbers, they need hard evidence from someone one on the inside...someone who did this or helped do it. A reward might work in getting someone to come forward. The President's attorneys are burning through a lot of money right now, maybe they should use some for this approach. Maria Bartiromo of FOX told Doug she would broadcast reward offered if money is raised.  You have already done so much to help the President, plenty that I don't even know about. I don't know enough to advise on this, just giving you a heads up - you MIGHT get a call from Lin Wood. If so, nice to know in advance.

02:47:05 am

JJ

2020/11/24

Jerry Johnson

https://www.breitbart.com/entertainment/2020/11/21/leftists-attack-ricky-schroder-for-helping-bail-out-kyle-rittenhouse/



DEF035985.000067



03:47:40 am

Thanks for doing this, Mike. I think it's cool and a good cause. Proud to serve with you!
Jerry
03:47:40 am

2020/11/26

Jerry Johnson

Happy Thanksgiving Mike!
Even through COVID and this election, there is much to be thankful for as Americans. I
am also grateful for your witness, friendship, and our work together. Most of all we
can be thankful our names are written in heaven!
03:14:31 pm

2020/11/29

Jerry Johnson

Are you wanting to go to Dallas Thursday or Friday?
Even if you can't make it to see Lee Roy this week, I think I should go to see Eric at June
Hunts. We need to resolve two issues:
1) Colors/Cover for the Handbook, maybe the colors for the Keys too
2) Hope for the Heart has come up with more products for LRN, they are confused
about what should be free, what products are included in our LRN $ paywall, and what
people would have to order separately and pay for.
03:49:50 am

mlicloud@mypillow.com

Let me check tomorrow
04:01:26 am

DEF035985.000068

Jerry Johnson

✓
04:16:51 am

2020/11/30

mlicloud@mypillow.com

I can spend all day in Dallas on Thursday
10:35:47 pm

We could invite leeroy and wife to dinner ..
10:36:18 pm

Jerry Johnson

OK, Eric said he could meet us Thursday. I will check on them for dinner.
10:36:43 pm
👍 1 Mike Lindell

Lee Roy is checking on dinner Thursday night and will get to me in 30 minutes.
10:48:59 pm
👍 1 mlicloud@mypillow.com

mlicloud@mypillow.com

Sounds good
10:53:20 pm

Jerry Johnson

Will let you know as soon as I hear back.
10:53:49 pm

2020/12/01

Jerry Johnson

Confirmed: Lee Roy and Tandy Mitchell are set for early dinner in Dallas on Thursday.
01:31:25 am

DEF035985.000069

2020/12/03

**Jerry Johnson**

Don't forget to bring book from plane for Lee Roy's grandson
07:38:25 pm

mlicloud@mypillow.com

Crap
07:56:44 pm

I forgot
07:56:48 pm

**Jerry Johnson**

If you have books in plane we can swing back by before dinner. If not, we can overnight, or I could hand deliver tomorrow.
07:58:40 pm

mlicloud@mypillow.com

Yes
08:06:28 pm

I just called Shane
I am in parking lot finishing up call with White House
08:06:51 pm

**Jerry Johnson**

OK
08:13:52 pm

DEF035985.000070

2020/12/04

Jerry Johnson

Sent an attachment
Filename: Lee Roy Mitchell.vcf
Path: ~/Library/SMS/Attachments/de/14/at_0_89CAF4D3-C102-47AC-B67A-D110180DFD33/Lee Roy Mitchell.vcf
Size: 369 bytes
Type: text/vcard
03:05:00 am

Just emailed a "draft prayer" to you for rallies.
07:41:24 pm

mlicloud@mypillow.com

Thanks Jerry!
I will look at it soon!
07:47:56 pm

2020/12/06

Jerry Johnson

https://apple.news/ATlmtOqjORj6bfcKVp7RLDA



03:13:32 pm

Yeah Mike!
03:13:32 pm

👍 1   mlicloud@mypillow.com

DEF035985.000071

Does Rudy have our cure?
08:39:11 pm

https://www.mediaite.com/news/breaking-trump-announces-rudy-giuliani-tested-positive-for-covid/
08:40:12 pm

mlicloud@mypillow.com

I was just texting him and no answer yet
08:41:17 pm

Jerry Johnson

If he is in DC I could deliver some of mine late tonight. Let me know if I can assist.
08:44:31 pm

2020/12/12

Jerry Johnson

https://www.breitbart.com/politics/2020/12/12/watch-president-trump-flies-over-d-c-jericho-march-aboard-marine-one/



DEF035985.000072



11:00:07 pm

Proud of what you are doing, Mike. Keep going! So good to be associated with you!
11:00:07 pm

2020/12/14

Jerry Johnson

Vice President Pence is holding an event on Wednesday at 2 pm at the White House to celebrate Pro Life accomplishments. They sent me an invitation but also want you to attend. I gave the staff man your email address, his name is Rudy. I know you were at White House last night and go often, but did want you to know about this because the Pro Life cause is important to you. Let me know if you do NOT get the invitation by the end of the day. Jerry
05:11:10 pm

mlicloud@mypillow.com

I can't attend
05:42:07 pm

Jerry Johnson

Got it. They will understand.
05:42:57 pm

mlicloud@mypillow.com

I am in Utah
07:51:03 pm

DEF035985.000073

Jerry Johnson

> Well, you can't be everywhere at at once. I'll let you know how it goes.
> 07:53:58 pm

2020/12/15

Jerry Johnson

> https://www.dailysignal.com/2020/12/14/3-things-to-know-as-2020-election-challenge-moves-to-congress/





> Sent an attachment
> Title: 6EE6CBDB-D32F-4C82-8922-BAE74E95506E.pluginPayloadAttachment

DEF035985.000074



Sent an attachment
Title: 48FB1371-354D-48F5-B601-B18C02FB0DB6.pluginPayloadAttachment



04:45:20 pm

Sure you are getting good info, but wanted to make sure you got this article above which came out today. Also just sent you a related email.
04:45:53 pm

JJ Just emailed 8 photos to you from VP's office from your Iowa trip. #6 is great!
10:49:35 pm

2020/12/16

Jerry Johnson

JJ Let me know if those pictures looked too zoomed in, I can try to changed the format and resend.
01:38:15 am

mlicloud@mypillow.com

Perfecto
01:45:46 am

DEF035985.000075

Jerry Johnson

So, they are good, as is?
01:46:34 am

2020/12/17

Jerry Johnson

I talked again to Eric from June Hunt's and he said they will have those new book cover drafts and new colors to us before Christmas.
04:31:01 am

mlicloud@mypillow.com

Awesome
04:38:41 am

Jerry Johnson

Liked "Awesome "
04:39:01 am

Circling back on the Dallas Council for Life Men's Breakfast, scheduled for Feb 22. I checked back with them and they said you do NOT need to give a pro life message (you could just mention you are pro life and loved being in the movie). Instead, they want you to tell your story - which could lead to telling them all about LRN. This would allow us to come back and work the list for potential donors (the Troutts and others will be there - I am told it is the most significant gathering of 300 conservative men of wealth in Dallas. They also willing to look at other dates or lunch instead of breakfast if you need to, but we should answer soon. National Prayer will be virtual this year - no conflict. Your thoughts?
05:31:02 pm

2020/12/18

Jerry Johnson

Just sent a HUGE REQUEST to you by email. Happy to talk about it anytime tonight, tomorrow, or when you are ready.
05:56:06 am

DEF035985.000076

mlicloud@mypillow.com

Sounds good on the feb 22cd
06:41:17 am

👍 1  Jerry Johnson

I checked out the pardon request but the only way I can get something to him is what you have done through mark Meadows
I reached out to his assistant for only the 2cd time ever for him to call me and he has not gotten back to me ....
06:43:23 am

Jerry Johnson

I will inform Katelyn tomorrow on schedule.
06:43:25 am

mlicloud@mypillow.com

I possibly could see him tomorrow night if he is in Maralago
06:43:55 am

I don't have direct access ... I could give a copy to Brian Jack possibly ...
06:44:48 am

He has not responded either though the last 3 weeks
06:45:10 am

Jerry Johnson

Wow, thanks on pardon effort! Any of that would be super. A call to Meadows (his assistant Eliza has the documents) or a personal visit with anyone else.
06:45:24 am

mlicloud@mypillow.com

Is Brad the talk guy that got the whistle blower reward money ?
06:46:04 am

Tall
06:46:10 am

DEF035985.000077

Jerry Johnson

Yes, that's him.
06:46:20 am

Do you want to talk?
06:47:35 am

mlicloud@mypillow.com

No I have to get up at 7 am to film
Let's chat in the morning
I am Georgia
Came from Utah Colorado MN and Nashville today
Ugh
06:48:32 am

Jerry Johnson

OK, thanks for the feedback. Sleep well.
06:48:55 am

👍 1  mlicloud@mypillow.com

mlicloud@mypillow.com

I will think of how I can get it to POTUS
06:49:56 am

👍 1  Jerry Johnson

Jerry Johnson

Thank you so much!
06:50:24 am

https://townhall.com/columnists/derekhunter/2020/12/10/when-whistleblowers-are-treated-like-criminals-n2581284

DEF035985.000078







Sent an attachment
Title: 7AD2FFF5-F601-45E3-8C0A-7FAF9030F47B.pluginPayloadAttachment
10:31:10 pm

FYI - I know you have advertised with Salem Media, they own Townhall. This article on our pardon prospect, Brad Birkenfeld, appeared on Townhall just last week!
10:31:10 pm

DEF035985.000079

mlicloud@mypillow.com

Tried to reach out to the president twice today to have him call me on an other huge item
The Whitehouse had me leave a message
11:12:11 pm

Jerry Johnson

Many thanks for trying, Mike! And thanks for the update.
11:13:04 pm

'Just to encourage you and keep you in the loop, Mike. Peter Schweizer who wrote the expose' book "Clinton Cash" sent this letter in support of Brad two days ago and talked to the White House. The person he talked to said Brad is on "a list." Also Bob McEwen, head of CNP, went there today and talked to the pardon guy for 20 minutes about Brad and they said we have his file and "know everything you have told us, Brad's supporters have done a a good job on this." The point is, the President's team has all the info, all you will need to do is mention the name to POTUS, that he brought back $25 Billion, and it will remind people of Clinton and swamp corruption. The President's team will have the info. I know you are trying, and I am very grateful. 'Just want you to know others have "teed up" the information, but you will probably be the one to make the difference just by mentioning Brad Birkenfeld's name to POTUS. Thanks.

Sent an attachment
Filename: Birkenfeld 12-16-20 Schweizer.pdf
Path: ~/Library/SMS/Attachments/62/02/4E8D136B-E25E-4269-9BCB-1EDA6977AF1C/Birkenfeld 12-16-20 Schweizer.pdf
Size: 62 KB
Type: application/pdf
11:34:39 pm

2020/12/20

Jerry Johnson

https://www.gingrich360.com/2020/12/why-i-will-not-give-up/

DEF035985.000080







DEF035985.000081



02:17:44 pm

The best summary I have seen.
02:17:44 pm

2020/12/21

Jerry Johnson

https://www.breitbart.com/politics/2020/12/20/watch-live-turning-point-usas-student-action-summit-day-2/



DEF035985.000082







02:48:14 am

Go Mike!
Loved seeing your picture on Breitbart and listened to your speech.
Well done!
02:48:14 am

Changes from Eric.
I think some of these are better, less white at top, more water and more color. Your thoughts?

DEF035985.000083

Sent an attachment
Filename: LRN_Covers_121520.pdf
Path: ~/Library/SMS/Attachments/66/06/C9C005B1-93BA-43EA-850F-
52E980A8C591/LRN_Covers_121520.pdf
Size: 1 MB
Type: application/pdf
04:16:27 pm

2020/12/23

Jerry Johnson

You asked me if he was the tall guy, yes he is, just came across this picture of you and
Brad Birkenfeld. 'Hope the President will consider pardon. Thanks for helping.

I have given online to both of our candidates in Georgia. Praying for a victory there.



09:33:32 pm

2020/12/24

mlicloud@mypillow.com

These are great
03:02:24 am

DEF035985.000084

2020/12/30

Jerry Johnson

I asked Jay to put a written proposal together to buy those totes of liquid from you. He said he would today.
06:54:54 pm

Heads up. Jay just sent you an email note with an attached agreement on buying your BioProtect supply. Let me know if you need me anything on this.
11:11:15 pm

2021/01/04

Jerry Johnson

Brad Birkenfeld just talked on the phone to Corey Lewandowski. He said he may see you in the plane or later today and wants to talk with you about this, so I am sending to you if you need it.

Sent an attachment
Filename: A05-WTPO1214.pdf
Path: ~/Library/SMS/Attachments/66/06/827B7DD8-1E4F-4861-A478-
FD8044F0430F/A05-WTPO1214.pdf
Size: 247 KB
Type: application/pdf
09:11:23 pm

Brad just emailed that document to Corey, so he should have it too.
09:15:51 pm

2021/01/08

Jerry Johnson

I know you must be really disappointed about the Congressional vote on the electoral college yesterday and how things ended for the election result. I know I am. But you tried so hard. You gave your time, your money, and your influence to the cause - for good and for God. I admire of your work and your words during this time. I am proud to be your friend and to work for your and with you, Mike. Be encouraged by your theme verse right now, Proverbs 3:5-6...Trust...He will direct your paths. May God give you good rest tonight!
06:54:02 am

DEF035985.000085

mlicloud@mypillow.com

> It is all good Jerry
> We have the "Trump" card miracle left to play 👍
> 07:00:15 am

> I have been working with them frantically getting it done ….
> Please keep this to your self
> 07:01:14 am

👍 1  Jerry Johnson

Jerry Johnson

Wow!
May God grant it!
07:01:31 am

2021/01/13

Jerry Johnson

Mike,
Again, I really appreciate what you have been doing to help the country and the President. No one has worked harder for the cause.

This evening I emailed to you a brief "draft" letter to the President about Brad Birkenfeld's pardon. Of course you can edit it any way you want to. We have been told by the pardon office that Brad is on the "A" list but also they said a letter from you would really help. I hope you can sign it but if you don't, I totally understand and you don't have to explain to me. You  have been dealing with so much. I trust your feel for the big picture either way.
Blessings, Jerry
03:17:07 am

2021/01/14

Jerry Johnson

Call me tonight. Huge pillow sale opportunity!
03:13:09 am

DEF035985.000086

Barry Meguiar, the car wax guy, call me tonight. His pastor is Jack Hibbs, mega church pastor of Calvary Chapel Chino Hills, CA. Pastor Hibbs saw on TV national guard soldiers in DC sleeping on floor, he wants to buy pillows for them from you. There are 6,000 soldiers here now, at least 10,000 expected. They want to know if we would want to do a deal.

03:35:29 am

Just talked to Meguiar, he says huge thanks to you! Pastor Jack Hibbs said no problem getting $100K to you tomorrow for 10,000 pillows. But Meguiar is working to find out exactly how many pillows actually needed and how to get them delivered once they are in town. He has Paula White asking Ivanka and Don Jr. tomorrow morning about both questions and we should have an answer then. I will report as soon as I hear back tomorrow.

05:44:16 am

2021/01/19

Jerry Johnson

This is Foster Friess in the picture, billionaire from Wyoming, you met him at Vanderplatts meeting. His top man Clint Laird is emailing you shortly with 2 fold plan on Bed, Bath, and Beyond...and other retailers. He called me. Look for the email.

Sent an attachment
Filename: IMG_4550.heic
Path: ~/Library/SMS/Attachments/c9/09/E44520FA-17E7-4F3E-9FD2-EAC19F11A3D8/IMG_4550.heic
Size: 1 MB
Type: image/heic

09:57:06 pm

2021/01/20

Jerry Johnson

Let me know if you want to talk about the email on Bed, Bath, and Beyond.

I thank God for you and your boldness. I pray God will grant you extra wisdom and blessing in these days!

03:43:11 am

DEF035985.000087

mlicloud@mypillow.com

I can't find the email
03:45:45 am

???

03:46:20 am

Jerry Johnson

Just resent, call when ready.
03:46:51 am

Summary, he is trying two parallel strategies: 1) he is asking Bed, Bath, and Beyond to reconsider; 2) he is asking the the National Retail Federation to step in and remove politics from business. Not sure if either will work, but nice to know Foster and his associate are pulling for us and reached out to us.
04:01:43 am

mlicloud@mypillow.com

No I do not want them back
04:13:13 am

I don't want any of them back

04:13:35 am

This is about attack groups that are hired to attack people or companies

Everything is working out awesome !
04:14:44 am

Jerry Johnson

Got it, and I get it-you are right about the attacks.
I will thank Foster and his guy for reaching out to us.
04:17:38 am

DEF035985.000088

2021/01/21

Jerry Johnson

My wife Rhonda took this screen shot off Facebook and sent it to me. It is people's reaction to the news story on Kohl's and BB&B. I believe you have seen other customer support but wanted you to see this example for encouragement. Their reaction: they want to buy My Pillow products!

Sent an attachment
Filename: IMG_0812.heic
Path: ~/Library/SMS/Attachments/ca/10/31721FA8-812A-466A-BB59-A6E699C96EEF/IMG_0812.heic
Size: 140 KB
Type: image/heic
02:35:37 am

2021/01/22

Jerry Johnson

https://www.vanityfair.com/news/2021/01/embedding-with-pentagon-leadership-in-trumps-chaotic-last-week





Sent an attachment
Filename: 452DD2B9-31EE-49D8-AC1F-AF8B324D347C.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/788EC8F3-B994-4938-9428-7576852AE33A/452DD2B9-31EE-49D8-AC1F-AF8B324D347C.pluginPayloadAttachment

Sent an attachment
Filename: D753416D-BDE0-4364-9B7A-133327711FEE.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/704B3725-3E92-437F-B85C-
7953012E461F/D753416D-BDE0-4364-9B7A-133327711FEE.pluginPayloadAttachment





11:30:54 pm

While I have read everything I can about your "notes" at the White House, this is the
most unusual. It is not written by our team, but very interesting, and actually exposes
some mainstream media myths out there about the President and the National Guard
response. You are mentioned (you made Vanity Fair magazine!) Watch out for F
Bombs. No need to respond, just want to make sure you saw it.
11:30:54 pm

2021/01/24

Jerry Johnson

Are we still on for a conference call?
10:04:33 pm

mllicloud@mypillow.com

Yes
10:10:30 pm

DEF035985.000090

2021/01/25

**Jerry Johnson**

 Here's a good opportunity! Car Wax guy Barry Meguiar lives 20 minutes from church you are speaking at in Scottsdale Arizona on Wednesday Feb 3. He has just moved there and build a luxurious "compound" for his home and ministry. He wants you to stay that night at his place, they have a separate new "house" for VIP guests and  he wants to film you for his TV show the next morning (studio is at the compound). The interview is not about politics, but about being a businessman who shares Jesus - which will be a great way to talk about LRN. His neighbor and friend is Mike Ingram, who is a very wealthy donor to Charlie Kirk's Turning Point. I hope your schedule will allow, both of these guys could do a lot to help with LRN.
01:45:11 am

mlicloud@mypillow.com

Let me check in the morning
01:51:00 am

**Jerry Johnson**

OK - thanks
01:51:18 am

mlicloud@mypillow.com

Talk to yountormeoow
01:56:12 am

**Jerry Johnson**

✔
01:56:25 am

Reminder - to check schedule about staying with Meguiar's on night of 3rd in AZ and film on morning of 4th
03:26:08 pm

mlicloud@mypillow.com

Let me check the Arizona schedule ( we have to contact them $
03:30:57 pm

DEF035985.000091

)
03:31:00 pm

Not dollar sign
03:31:11 pm

Jerry Johnson

OK
03:32:26 pm

2021/01/27

Jerry Johnson

Great job on Tucker Carlson, Mike!
04:09:37 am

Looks like Newsweek is trying to get other stores to cancel us.

Sent an attachment
Filename: IMG_4026.heic
Path: ~/Library/SMS/Attachments/77/07/C6C0BCA4-4964-466E-9669-
BF769073C776/IMG_4026.heic
Size: 64 KB
Type: image/heic
04:18:52 am

Sebastian Gorka just posted this

Sent an attachment
Filename: IMG_6239.heic
Path: ~/Library/SMS/Attachments/40/00/C08103BA-C7C9-4474-8E19-
AE77FEEAB6B7/IMG_6239.heic
Size: 53 KB
Type: image/heic
04:43:40 am

2021/01/28

Jerry Johnson

Barry Meguiar, car wax guy, was asking if you are staying with them next Wednesday after the church service and doing TV show in the morning. Here is a picture of his VIP house, he calls it their "Casita" - it is next to their main house at the "compound." I guarantee you it will be a good setting.

Sent an attachment
Filename: IMG_5540.heic
Path: ~/Library/SMS/Attachments/cf/15/A59268B4-7C86-4122-860A-D46B74D734C2/IMG_5540.heic
Size: 244 KB
Type: image/heic
09:07:49 pm

2021/01/29

mlicloud@mypillow.com

Jerry it looks like we are flying in the morning of the church service .... I have navy seals with me this week for security and I am going in to speak and probably get out soon after ..( I am revealing something big on Monday to the world ) .... i am under a huge time crunch to get stuff ready for the impeachment hearings

Call me in the AM Jerry for details
Thanks
08:23:15 am

https://www.bloomberg.com/news/features/2021-01-28/mypillow-ceo-mike-lindell-won-t-stop-trying-to-prove-trump-got-cheated



DEF035985.000093











DEF035985.000094





08:23:22 am

Jerry Johnson

Big Question:
Do you still want ORW and all June Hunt "Keys" only behind paywall behind Door #3 - which they pay for?

If so, my suggestion is we allow them to view "Introduction" to OTW for free and one June Hunt "Key" for free as samples so they can see the kind of stuff they would pay for behind Door 3.

03:39:40 pm

DEF035985.000095

Update:
I emailed your 5 priorities to Kern and Melissa (copied you).
Just talked with them both on phone and asked Kern to tell me when he could deliver on each point.

Kern says he can finish first three today:
#1 set up access code after watching video Melissa picked
#2 Operation Restore Warrior videos up and only viewed in order, for free
#3 all "Keys" up and viewable for free
He agreed to call or text me as each one is done and I will check website to confirm and then report back to you.

Kern says he can finish #4 next week - Hope Match - age and addiction

Kern says he can have #5 Store for products up in 30 days with feature or "how you are feeling today" match with suggested products

I will update later today on progress with #1-3
04:37:30 pm

mlicloud@mypillow.com

Tell him that is great news!!!!
06:26:54 pm

Those were the only three that needed to be done
He can take a lot more time on the others
We can maybe all talk on Sunday afternoon for plan going forward
06:28:11 pm

Jerry Johnson

Got it. Will do. I will be available Sunday and ask them to be as well.
06:29:17 pm

mlicloud@mypillow.com

Anytime or Monday works too
06:34:49 pm

Sunday anytime
1/2 hour or Monday
06:35:06 pm

DEF035985.000096

Jerry Johnson


06:37:04 pm

Mike,
Later today I talked with Kern and Franz he backed off his earlier schedule of getting those 3 things done today. I then pressed Kern and Franz to give a revised schedule and they asked for an hour and came back with this schedule above. I am disappointed and told him you would be too. I told him media attention is driving people to the site and we need solutions soon. He told me he hired a new team at his own expense to rush one of these projects. Kern, Melissa, and I are all ready for group call on Sunday at 3 pm Central.
Jerry

Sent an attachment
Filename: IMG_5545.heic
Path: ~/Library/SMS/Attachments/73/03/B68ADC8C-B009-4871-A3E8-D5CDD57D9A73/IMG_5545.heic
Size: 81 KB
Type: image/heic
09:54:50 pm

mlicloud@mypillow.com

There is a big mistake above
10:07:04 pm

Jerry Johnson

When able, tell me what it is.
10:08:35 pm

mlicloud@mypillow.com

Just talked to him
10:22:55 pm

Jerry Johnson

Great!
10:23:34 pm

DEF035985.000097

2021/01/31

Jerry Johnson

Kern, Melissa, and I can do the LRN phone call at 3 pm Central tomorrow (Sunday). Does that work for you?

01:55:26 am

Do you want to do a group call at 3 pm (Central) today on LRN?

OR

Are you good to go after you talked to Kern about his work schedule next week?

08:10:39 pm

2021/02/01

Jerry Johnson

I have been looking at the LRN website as you asked me to. When you use an IPhone (which is how most people will see it) the first "what I didn't like" video looks like it is the only one. If you swipe left you see more, but it is not obvious there are more until you do it. I asked Kern if he could put a text under or above that says "swipe left for more videos" or something like that.

DEF035985.000098



 05:49:14 pm

mlicloud@mypillow.com

Tell him he had to have arrows !!!!
05:50:36 pm

Anyone would know that
I can't believe he doesn't have the that
05:50:58 pm

Jerry Johnson

Just told him, glad you agree.
05:51:05 pm

Kern asked me to inform Paul of the decision to keep the ORW videos up. I called Paul and told him Kern would have a fix soon on blocking people from watching out of order, but for now a message from you will be there saying "they must watch the videos in sequence" to get the benefit of the sessions. Paul is still not happy about it, feels it compromises his program, just letting you know.
11:04:12 pm

DEF035985.000099

mlicloud@mypillow.com

I want to up with the words like I told Kern for now
11:05:45 pm



Jerry Johnson

Got it, will do.
11:06:02 pm

2021/02/02

Jerry Johnson

https://babylonbee.com/news/mike-lindell-in-an-effort-to-appeal-to-socialists-introduces-our-pillow





DEF035985.000100





04:51:36 pm

Just saw this satire piece!
04:51:36 pm

Just emailed a letter to you from a Hotel owner to Wayfair about you and My Pillow.
08:06:55 pm

DEF035985.000101

2021/02/05

Jerry Johnson

The Republican Women's Federal Forum wants you to speak to them, to tell your story and experience with "cancel culture." The group is made up of congressional wives and women activists. Mark Meadows wife, Senator Grassley's wife, and Attorney Cleta Mitchell are active members...the group goes all the way back to President Eisenhower.

They propose 2 possible dates:
March 11 by ZOOM (virtual)
OR
May 13 Live in DC

Nancy Schultz sent the invitation to me, she is the one who set up the big outdoor dinner at VP Pence's House that time you went there with the Council for National Policy.

I advise you to do one of these dates if possible. Do you want to consider and have me to check with Katelyn on these dates?

12:53:18 am

2021/02/06

Jerry Johnson

Just watched "Absolute Proof" and want to say you have done a great service to our nation. The Michigan county story is absolutely convincing, especially when linked to the proof that Dominion machines were connected to the internet (that Dominion testing video is great and the Dominion manual showing how to hook up an internet connection). Getting General McInerny was a strong finish, he is an old FOX news contributor.

I have forwarded the video to family and friends. By the way, I first found it on Gateway Pundit but the signal was weak and out of sinc (high volume probably). Charisma has a link to your michaeljlindell website and that video played great. Very proud of what you have done. You have sacrificed much for the cause. God sees your effort and the result - and so do his people. Thank you Mike!

01:17:29 am

🖤 1  mlicloud@mypillow.com

2021/02/12

Jerry Johnson

Just forwarded to you an email that came out today against you from MoveOn (Costco boycott). You have probably seen it but sending in just to be sure.

12:32:14 am

DEF035985.000102

2021/02/25

Jerry Johnson

I have secured two speaking slots at Council for National Policy (CNP):

1) A 3 minute report on Saturday (March 7) where I could promote LRN or Absolute Proof or a little of both, they will put website images and addresses on the screen.

QUESTION: Do you want me to cover both?

QUESTION: Do you want me to see if I can rent a room for us to show the 30 minute version of Absolute Proof later that day? If so, I could promote that showing in the report time and get people to come. Probable cost $2-4,000 for room and video.

2) I am also Emcee of CNP Worship Service on Sunday (March 7), where I can weave mentions of both LRN and Absolute Proof into the program or prayer time.
04:23:19 pm

2021/03/05

Jerry Johnson

At Council for National Policy tonight, people are supportive of you, asking about you, and praying for you.

I speak twice, Saturday and Sunday. Planning to get them to go to website to view "Absolute Truth" and Lindell Recovery Network - I will talk about highlights from both and give out exact website addresses for both.
03:02:49 am

2021/03/10

Jerry Johnson

Brad Birkenfeld called and said he wants to invest in your social media platform if you need investors. He is upset at those who have opposed you and wants to support the cause.
11:31:26 pm

mlicloud@mypillow.com

Who is Brad ?
11:31:52 pm

DEF035985.000103

Jerry Johnson

> He is the guy who you signed the pardon letter for. You met him at CNP and at Trump Hotel that day with Andrew. He is the Swiss Bank whistleblower.
> 11:32:55 pm

> He has received over $100 Million from the US government for his whistleblower efforts, with more to come.
> 11:40:57 pm

mlicloud@mypillow.com

> If he would like to help the country and donate to the Lindell Legal Offense Fund
> He sure can
> 11:52:21 pm

> We are funding all the groups that are getting evidence and also the ground game to recall all the corrupt politicians
> 11:53:17 pm

Jerry Johnson

> "Offense" fund - I love that!  Brad is in Paris now, probably asleep it's so late there. Do you want to talk with me tomorrow before I talk with him?
> 11:56:41 pm

mlicloud@mypillow.com

> Sure 👍
> 11:57:15 pm

Jerry Johnson

> OK, I'll call before noon. Thanks!
> 11:57:43 pm

2021/03/11

Jerry Johnson

> Second dial was an accident. No urgency, just call when convenient.
> 05:32:36 pm

DEF035985.000104

Jerry Johnson

https://www.dailysignal.com/2021/03/11/zuckerberg-grant-allowed-outsider-to-infiltrate-presidential-election-in-wisconsin/







DEF035985.000105



06:08:16 pm

Mike, just had an idea that you could enhance the LindellTV.com website with some print content somewhere on the site, linking to articles about election fraud, like the one above. I can find others. Having some articles will buttress your case to the public and also strengthen your legal case that your claims are based in factual reporting, acknowledged by other media sources.

JJ

06:08:16 pm

mlicloud@mypillow.com



06:20:21 pm

Jerry Johnson

I can execute this, with quick guidance from you.

Who on your staff is running the LindellTV.org website, or who should I send the articles links to?

Do you want to personally vet the articles before they are posted? Or I can vet them, deciding the easy ones, but will commit to bring any borderline cases to you.

This "articles" part of website could have button or banner titled:

"Articles about Election Fraud"
or
"Articles about Election Problems"
or
"Articles about Election"

JJ

07:22:59 pm

mlicloud@mypillow.com

Todd Carter is posting them but we have to change some things on the site ....
Let's have a catch up call and that would be great if you can do that daily

08:07:32 pm

DEF035985.000106

Jerry Johnson

**JJ** I will start compiling the best articles and we can talk when you are able.
08:08:29 pm

2021/03/17

Jerry Johnson

I talked to Todd Carter and he is eager to help with the articles idea. He is thinking about a way that I can send article information (URL/title...) to him to be posted each time. I told him we would be talking with you before pulling the trigger but he is working on ideas and a solution.
12:43:27 am

https://www.breitbart.com/2020-election/2021/03/16/mi-court-michigan-secretary-of-states-absentee-ballot-order-broke-law-vindicating-trump-claim/





DEF035985.000107





12:49:44 am

**JJ** Breitbart just posted this story. I will add it to the list.
12:49:45 am

mlicloud@mypillow.com

The times article and many epoch times and gateway pundit
03:09:50 am

I don't want articles that are not related to the machines ...
or at least we keep them separate
03:10:38 am

Jerry Johnson

**JJ** OK, I can plan on two categories:
1) One on machine fraud.
2) The other on other voter fraud.

I will go back and look at Gateway and Epoch.
03:13:52 am

2021/03/18

Jerry Johnson

Update:
Sarah talked to me today about the articles for the website. I have told Todd we need the two categories: 1) Voting Machine Fraud 2) Other Voting Fraud. Kim and I will visit tomorrow about the best articles we have found.

I have drafted a "Lindell Legal Offense Fund" page and will send to Sarah tomorrow for a proofread before we send to you for consideration.

Tomorrow I will also send to you some proposed dates and towns for fundraisers for the cause.

I did not tell you yet, but last week I spoke at CNP to about 250 leaders on "Absolute Proof" and urged them to look at the website for LindellTV.com and they put it up on the screen. There was a lot of talk about it and those leaders are interested and supportive.

JJ

01:52:55 am

mlicloud@mypillow.com

https://www.thetrumpet.com/23361-nsa-whistleblower-kirk-wiebe-exposes-us-stolen-election?fbclid=IwAR0hcasiwyCetbvlzFXMkWnqklesN82rQQlUDsGkkZwtZ1DAuDag0b0cA48



DEF035985.000109









DEF035985.000110

06:46:01 am

Jerry Johnson

Thanks for sending this one. I am also finding other good articles by following the links contained in this article.

02:11:26 pm

mlicloud@mypillow.com

We are started a fund
Lindell legal offense fund
I will need you to promote
Talk to you soon
02:22:02 pm

Jerry Johnson

Will do. Sending something to you today on that.
02:29:55 pm

Just emailed a draft "Lindell Legal Offense Fund" document, with plans for fundraising events too.
05:41:23 pm

https://www.dailywire.com/news/david-hogg-progressive-mypillow-competitor-may-be-defunct-just-one-month-after-launch

DEF035985.000111





JJ

10:22:33 pm

2021/03/19

mlicloud@mypillow.com

https://youtu.be/T0RR4fC-XEI



DEF035985.000112







DEF035985.000113





06:56:48 pm

**Jerry Johnson**

Got it. Thanks!
06:59:04 pm

2021/03/21

**Jerry Johnson**

Sent an attachment
Filename: CSP 2020 4Q quarterly Freeman article[2][2].pdf
Path: /var/tmp/com.apple.messages/D068139A-0C8E-4060-84ED-70AE63C20DB1/CSP 2020 4Q quarterly Freeman article[2][2].pdf
Type: application/pdf
02:17:47 am

Truth #4 has good documentation.
02:22:47 am

DEF035985.000114

mlicloud@mypillow.com

Let's catch up tomorrow or Monday
02:26:18 am

Jerry Johnson

Sounds good!
02:26:47 am

2021/03/23

Jerry Johnson

Under the three bars menu icon above, Todd has posted 6 articles I have sent to him on LindellTV.com.

3 under "Voting Machine Fraud" and 3 under "Other Voting Fraud." I will add more.

Can you give me feedback on whether we should keep it all behind this menu icon or move a button/banner to home page that says "Articles on Election Fraud"?

Sent an attachment
Filename: IMG_5773.heic
Path: ~/Library/SMS/Attachments/ce/14/0B880B0E-6B66-4CEA-8D35-BD7517071402/IMG_5773.heic
Size: 4 KB
Type: image/heic
04:57:19 pm

2021/03/24

Jerry Johnson

https://apple.news/A7ELbsp4tQZqeFPDjZwZZpg

DEF035985.000115





12:12:29 am

Just making sure you saw this came out today. I am NOT planning to put this on the website.

12:12:30 am

JJ

DEF035985.000116

mlicloud@mypillow.com

http://www.bostonbroadside.com/voterfraud/bravestman/





01:34:32 pm

Jerry Johnson

They got the title right! And it's a well written piece. I think we should add this to the articles on the website, do you agree?

01:49:42 pm

mlicloud@mypillow.com

No that might be grandiose

02:03:23 pm

??

02:03:25 pm

DEF035985.000117

Jerry Johnson

OK, I was just thinking the article is a good recap of arguments in the Absolute Proof video.

02:04:31 pm

mlicloud@mypillow.com

You could caption it
"Like finally a good article "
Or something

02:12:20 pm

Jerry Johnson

I like that. I'll get on it with Todd.

02:16:26 pm

Todd put it up!



06:42:35 pm

DEF035985.000118

2021/03/25

Jerry Johnson

Ashley Bratcher said to tell you "hi"



Sent an attachment
Filename: IMG_5785.heic
Path: ~/Library/SMS/Attachments/86/06/F986CCC0-65AA-4C8E-832A-
A5932869DB80/IMG_5785.heic
Size: 1 MB
Type: image/heic
03:18:58 am

👍 1 mlicloud@mypillow.com

mlicloud@mypillow.com

Liked an image
05:19:20 am

https://www.thegatewaypundit.com/2021/03/republican-controlled-wisconsin-
assembly-authorizes-investigation-2020-presidential-election/



DEF035985.000119







DEF035985.000120





05:20:26 am

Jerry Johnson

That is great news, it could be a game changer!
05:35:18 am

I will have Todd post this story.
05:35:51 am

mlicloud@mypillow.com

https://www.thegatewaypundit.com/2021/03/scan-ballots-effort-moving-forward-georgia-involving-jovan-pulitizers-technique-forensically-reviewing-ballots-2020-election/

DEF035985.000121







DEF035985.000122







05:39:29 am

Jerry Johnson

That looks promising too. This is like leaks in a dam, at some point, the whole corrupt thing could crash down soon.

05:47:02 am

DEF035985.000123

Jerry Johnson

This one about Wisconsin has more details than the Gateway Pundit did, with a quote on voting machines.
05:22:24 pm

https://www.dailysignal.com/2021/03/25/wisconsin-republicans-launch-investigation-of-2020-election/







DEF035985.000124







05:23:25 pm

mlicloud@mypillow.com

Awesome. !

05:27:03 pm

DEF035985.000125

2021/03/27

Jerry Johnson

This is mega host and donor in Dallas, Lisa TROUTT. She visited with you at the Dallas home where you and I spoke at for The Return. She regularly hosts conservative and Christian leaders at her home. At last night's event, Eric Metaxas was the speaker and he gave her a Mike Lindell bobble head! I think she would host a Lindell Legal Offense fund event (or an LRN event) for us.

Sent an attachment
Filename: FullSizeRender.heic
Path: ~/Library/SMS/Attachments/76/06/F8E5F4D7-F23E-4463-B775-6D01A38FF431/FullSizeRender.heic
Size: 475 KB
Type: image/heic
05:21:19 pm

mlicloud@mypillow.com

Yes for sure
Set it up and I will speak at it
05:49:13 pm

Lindell legal offense fund
05:49:23 pm

Jerry Johnson

Got it.
05:52:12 pm

2021/03/29

Jerry Johnson

Good news, just got this text from Lisa Troutt in Dallas about hosting the "Lindell Legal Offense Fund" event for you:

"Hi Jerry— I would be very interested in hosting an event!  Call anytime!"

I put a call in to her, left a message. Expect a return call soon.

08:41:05 pm

DEF035985.000126

JJ

Need a decision.
Troutts have offered three date choices in Dallas:
April 13
April 14 (Kendra's birthday)
April 19-23

Katelyn says Kendra asked to block off April 13-14 for birthday - I would recommend definitely NOT doing the event on the 14th. Maybe 13th, and only with Kendra's blessing!

Or we could wait until 19-23, pick a date.
09:24:40 pm

mlicloud@mypillow.com

Wait 19-23
10:07:28 pm

Jerry Johnson

JJ

Got it. Do you want to pick a date. How about the 20th?
10:08:10 pm

2021/03/30

Jerry Johnson

JJ

They are now asking for the 22nd or the 27th.
08:11:19 pm

2021/03/31

Jerry Johnson

JJ

Can I confirm April 22nd date with Lisa Troutt for Dallas fundraiser for Lindell Legal Offense Fund?
08:13:45 pm

mlicloud@mypillow.com

Yes
08:17:12 pm

DEF035985.000127

Jerry Johnson

JJ

> **Got it. Thanks!**
> 08:17:57 pm

2021/04/03

Jerry Johnson

> Very rough draft. Need to fill in RSVP contact info and real sponsors. Are you OK with the general look of it?

> Sent an attachment
> Filename: Screen Shot 2021-04-03 at 4.20.35 PM.heic
> Path: ~/Library/SMS/Attachments/84/04/9982AC0E-2BF5-41E6-A2A5-1D3DCCDD3F57/Screen Shot 2021-04-03 at 4.20.35 PM.heic
> Size: 39 KB
> Type: image/heic
> 10:54:18 pm

JJ

2021/04/04

mlicloud@mypillow.com

> **Let's connect today or tomorrow**
> 11:58:54 am



11:59:15 am

DEF035985.000128

Jerry Johnson

Got it. Thanks!
01:49:22 pm

I like it.
01:49:34 pm

mlicloud@mypillow.com

Sent an attachment
Filename: IMG_3780.heic
Path: /var/tmp/com.apple.messages/A3A81209-BD92-4CDE-940E-
A3075C1723A1/IMG_3780.heic
Type: image/heic
03:23:20 pm

Let's talk later about logo page for offense fund
04:12:58 pm

Jerry Johnson

✔
04:14:09 pm

Also sent by email. A draft document for the Lindell Legal Offense Fund, used image
you sent and language I sent you couple of weeks ago (Sarah helped edit that).

Sent an attachment
Title: LLOF page.pages
06:13:31 pm

DEF035985.000129

2021/04/07

Jerry Johnson

Just talked to Barry Meguiar (car wax guy) about Scottsdale tonight and he is working on it. One key player is Mike Ingram, could be a huge supporter. But I just got this text from Barry a few minutes ago:

"I spoke w Mike Ingram tonight. He's upset people are trying to recall 3 Maricopa County Supervisors that are Trump Supporters.
He's been told Mike Lindell is funding it.
Can you confirm that this is not true for me so I can settle Mike Ingram down."

Do you know anything about this?

04:01:05 am

I talked to Barry Meguiar, he will tell Mike Ingram, all should be well.

He said Ingram is a huge Trump supporter, that he is going to Mar a Lago this weekend, and that if you are going you and he should meet up.

Meguiar is going to call me back today with an answer/plan about hosting a Lindell Legal Offense Fund event in Scottsdale. I will report back to you on that.

03:45:16 pm

Barry Meguiar wants to do the event in Scottsdale but wants Mike Ingram to be on board with him (Ingram is a key to the movement and $ there). Barry thinks all will be good but wants to know if you are in/going to Mar a Lago for an event this week. If so, Ingram is there and you and Ingram could connect for a minute.

11:31:07 pm

2021/04/08

Jerry Johnson

Thanks for talking to Barry Meguiar last night. He has talked to Mike Ingram, all is well. They both want to host you at Barry's house in Scottsdale. Ingram and Meguiar will not both be there until beginning of May or we would do sooner. May 5th seems best. The 6th or 7th would also work for them but I checked with Katelyn and you have to be back for a charity factory tour in the morning do the 7th).

So, can I confirm with Barry for May 5?

02:51:04 pm

DEF035985.000130

mlicloud@mypillow.com

> **Perfect set it up with Katelyn**
> 03:20:18 pm

**Jerry Johnson**

> Thanks! I just confirmed date with Katelyn so we are set.
> 03:23:25 pm

> Also, I just confirmed May 5 date with Barry Meguiar. We think a personal meeting that afternoon with Mike Ingram (and perhaps Foster Frees) would be strategic. They have the influence and the big $. We could do that at 3 pm in Scottsdale, perhaps at Mike Ingram's business to see his operation - it is huge. I think you and he will hit it off. Then we go to 6:30 event. Are you OK with me setting up the pre meeting at around 3 pm?
> 03:39:22 pm

mlicloud@mypillow.com

> **Sounds great !**
> 03:49:06 pm

**Jerry Johnson**

> Thanks, I tell Katelyn.
> 03:49:27 pm

2021/04/09

**Jerry Johnson**

> Because we needed the invitation for Dallas/TROUTT done over the weekend, I asked my daughter to draft it and told her I would pay her $250 (which I can pay myself). That is the invitation you saw.
>
> Would you like for me to use her again for the Scottsdale/Meguiar invitation? Would you be willing to pay her $250 for that one?  Or should we have someone else do it in-house at MyPillow?
> 03:11:54 pm

> We already have 38 RSVP's for Dallas event at the Troutt's. I have responded to each reservation by email on same day.
> 11:54:42 pm

DEF035985.000131

2021/04/10

mlicloud@mypillow.com

Wow!!!!
12:09:37 am

Jerry Johnson

We are just getting started!
12:10:04 am

mlicloud@mypillow.com

What is the date again
12:10:15 am

Jerry Johnson

April 22
12:10:38 am

Because we needed the invitation for Dallas/TROUTT done over the weekend, I asked my daughter to draft it and told her I would pay her $250 (which I can pay myself). That is the invitation you saw.

Would you like for me to use her again for the Scottsdale/Meguiar invitation? Would you be willing to pay her $250 for that one?  Or should we have someone else do it in-house at MyPillow?
12:11:01 am

mlicloud@mypillow.com

Of course I will pay her !
She did a great job ... you tell her I will pay her more than her dad! 😊
12:12:49 am

Jerry Johnson

Ha! Thanks so much.
12:13:08 am



DEF035985.000132

mlicloud@mypillow.com

Give invoices to Shannon and make them 300$ each👍
12:13:28 am

Jerry Johnson

Huge thanks...will do!
12:13:42 am

https://m.youtube.com/watch?v=WBaOCQeMt0k





DEF035985.000133





02:07:54 pm

I don't send videos to you but this is a MUST SEE on virus passports. This highly rated liberal Jew is verifying much of what you say about the virus and big tech. Also, Eric has a hilarious ad for MyPillow at the end!

02:09:47 pm

2021/04/11

Jerry Johnson

We have 66 RSVPs now for Dallas, April 22 at Troutt's.
I have responded to all.
More to come!

01:07:08 am

mlicloud@mypillow.com

Wow!

01:13:21 am

DEF035985.000134

https://usawatchdog.com/election-fraud-proof-puts-trump-back-in-office-mike-lindell/





03:33:17 am

Jerry Johnson

Got it! Looks good. I will ask Todd to add it to articles on LindellTV website.

03:37:15 am

2021/04/13

Jerry Johnson

We just reached 100 RSVPs for May 22 in Dallas at Troutt's. I have personally responded to all by email.

12:20:05 am

mlicloud@mypillow.com

So awesome !

12:53:04 am

👍 1 Jerry Johnson

DEF035985.000135

Did Katelyn get it on my calendar
12:54:07 am

Jerry Johnson

Yes! Confirmed.
12:54:22 am

April 22 - not May as I texted above - its next week!
12:55:15 am

mlicloud@mypillow.com

Oh no wonder I didn't see it
12:55:29 am

2021/04/14

Jerry Johnson

This is the final draft for Barry Meguiar meeting invitation at Scottsdale on May 5.
Barry wanted to make 2 changes from Dallas version - he wanted to add "Proving
Election Fraud" and "See Barry's Classic Cars!"
Katelyn has this date locked in.

DEF035985.000136



12:09:52 am

https://www.dailysignal.com/2021/04/14/investigative-reporter-uncovers-disturbing-facts-about-presidential-election-in-wisconsin/



DEF035985.000137







01:14:04 pm

See part about "SSIS" and "WiFi" and "sensitive machines"
01:14:04 pm

2021/04/15

Jerry Johnson

We now have 140 RSVP's for Dallas next Thursday, April 22!
June Hunt confirmed today. I have responded personally to all.
01:49:11 am

DEF035985.000138

mlicloud@mypillow.com

Awesome !!
02:50:45 am

2021/04/16

Jerry Johnson

184 RSVP's now for Dallas! Had a good phone conversation with the host Lisa Troutt. She predicts 250. All is well. They will have a big screen to project images we want put up. Shall I ask Todd to create screen images?

I thought of 5 images that might follow your speech:
1) What Are the Odds? Book
2) LRN
3) Frank
4) LindellTV
5) Lindell Legal Offense Fund

This would allow you to start with your life story, and move to addiction, business, salvation, LRN, political involvement (which triggered Frank, LindellTV, Lindell Legal Offense Fund). That sets us up to make an appeal with strong finish.

I can make the direct $ ask when you are done if you like.
05:25:16 pm

mlicloud@mypillow.com

Yes
06:04:39 pm

Jerry Johnson

Thanks!
06:04:58 pm

2021/04/17

Jerry Johnson

We are now at 207 RSVPs for Dallas!

Dr. Ken Eldred has confirmed, head of Ziklag, you and I visited him and his son (Kary) at their Southlake office.
04:09:52 am

DEF035985.000139

mlicloud@mypillow.com

I know him well
04:43:33 am



Jerry Johnson


✔
04:43:49 am

2021/04/19

Jerry Johnson

Thinking about your call. Too late for Dallas, but for Meguiar event in Scottsdale maybe we ask Barry and Mike Ingram to add a message "This invitation is not transferable" to their email or text. That will keep folks from passing it around.

I do not think Barry will throw such a wide invitation net as Lisa Troutt. Barry's maximum comfort zone was about 70, and I think it will be lower numbers (40 ish), but higher end donors on average. Although Dallas will have some big prospects, but mixed with mid and smaller level.
01:14:30 am

mlicloud@mypillow.com

For sure 👍
01:17:15 am



Jerry Johnson

Will do.
01:19:32 am

mlicloud@mypillow.com

Trouts should make a list and make sure everyone has been validated ...
01:20:53 am

Jerry Johnson

I have updated the RSVP list daily and have been sending to her. I will talk to Lisa Troutt tomorrow and go over a process of "checking people in" Thursday night. She and I can also go over the list in advance for red flags or people we don't know.
01:24:09 am

DEF035985.000140

To be clear, Lisa Troutt has been sending out most of the invitations to her contacts and asking the people to RSVP to my email. That is why I am compiling the list.

I have also invited some big fish:
June Hunt, Ken Eldred, Leroy and Tandy Mitchell (who couldn't come but sent a similar couple in their place) and others. One oil man asked me tonight "if there are sponsorship levels" so I think most know this is a fundraiser.
01:35:25 am

2021/04/20

Jerry Johnson

I know you are focused on Frank. But I want you to know I talked to Mequiar about him and Mike Ingram in Scottsdale - how to avoid the Dallas numbers and that we want them only inviting donor prospects and KEY leaders. I also stressed twice that they should tell invitees that the invitation is non transferable and to get permission to invite others first, before extending an invitation.
02:42:20 am

mlicloud@mypillow.com

They can invite anyone they want as long as they know them and want them there ...
02:53:48 am

Jerry Johnson

Got it.
02:54:09 am

mlicloud@mypillow.com

I don't mind the Dallas numbers as long as they were invited
02:54:11 am

Jerry Johnson

Good to know. Thanks!
02:54:27 am

mlicloud@mypillow.com

It is his house and I wouldn't mind 1000 if he knows them all
02:54:48 am

DEF035985.000141

> Please let him know
> 02:55:08 am

**Jerry Johnson**

Will do. OK, I predict 300. I talked to your security advance man today, we are good to go.
02:55:21 am

mlicloud@mypillow.com

I just thought Dallas that someone might get in that isn't invited
02:55:40 am

Tell Barry ... anyone and everyone he knows is fine 
The more the merrier
02:56:26 am

**Jerry Johnson**

Very good, glad you clarified that, I will definitely tell him.
02:57:01 am

Update, just talked to Troutts.
1) We have 305 now and plan to cap at 325. We need 325-350 books.
2) I have talked to your advance security man (Phil) and he is now in touch with the Troutts on an advance visit and look at their place and meeting their security folks.
3) The Troutts would like you to arrive at 5:30 pm Thursday to visit, event starts at 6:30 pm. If you want to come to Dallas Wednesday let me know and I can be available to help you if needed. If you don't arrive until Thursday that's OK, since you are not expected until 5:30 that evening.
4) Todd and I are working on screen slides for your speech.
5) I am working on handout about Lindell Legal Offense Fund, based on what I drafted, with Sarah's help.
07:34:12 pm

2021/04/21

**Jerry Johnson**

'Just finished watching Live Stream and your finish. Amazing that you pulled it off - don't let the glitches, bumps, attacks or pranks get you down - when Fox News began it was rough with many glitches. You can build on this beginning! Several of the RSVPs for Dallas event have been commenting in emails about the live stream and are excited about coming out to "support the patriot!" See you Thursday (or Wednesday) in Dallas!
05:01:12 am

mlicloud@mypillow.com

Did you like the finish ?
05:48:38 am

**Jerry Johnson**

I did - it was personal and it was strong - because it reminded you, me, and the viewers how God has worked in your life and business before, and He is doing it again!
07:45:11 am

mlicloud@mypillow.com

Kevin Jessip had a stroke and in the hospital
12:01:39 pm

**Jerry Johnson**

Praying for him now.
01:08:53 pm

2021/04/22

mlicloud@mypillow.com

Sent an attachment
Filename: Screenshot_20210422-174905_Write_on_PDF.heic
Path: ~/Library/SMS/Attachments/a8/08/575FD2B1-8B23-4D02-B58F-F6ED6E62BC05/Screenshot_20210422-174905_Write_on_PDF.heic
Size: 42 KB
Type: image/heic
10:56:35 pm

2021/04/23

Jerry Johnson

Lisa Troutt wanted me to send this picture to you, along with her phone contact.

Sent an attachment
Filename: IMG_9950.heic
Path: ~/Library/SMS/Attachments/45/05/3D4C55D5-1696-4752-8AA0-970BA0FD1F51/IMG_9950.heic
Size: 235 KB
Type: image/heic
10:07:08 pm

It would be nice if you could text or call her with a quick thanks.

Sent an attachment
Filename: Lisa Troutt.vcf
Path: ~/Library/SMS/Attachments/97/07/9C29902F-FFA8-4C2A-AB69-464EB822C729/Lisa Troutt.vcf
Size: 323 bytes
Type: text/vcard
10:08:12 pm

Here is her message to me:

"Thanks for everything Jerry, it was a very special evening.  I've received many texts; people were so encouraged and they feel more hopeful! Mike was so generous to give his book and video; who knows the ripple effects....400 people heard his message of God's miracles, the power of Jesus to rescue and redeem and now have this video with proof of election fraud.  Very powerful!"
10:09:05 pm

DEF035985.000144

2021/04/24

mlicloud@mypillow.com

Mike I'm still getting calls and texts about how incredible Thursday night was —not only did you give some hope and encouragement for our country,  you gave people hope of recovering from addiction and hope in the gospel! It was a very important gathering and you can count on us to partner with you in your efforts. I wanted to make an immediate donation Thursday night but you can count on us for a lot more as well. It was great meeting Kendra and I really have loved working with Jerry and you have a great staff. You were so generous to give away your signed book as well as the DVD! God bless you and protect you!🙏🙏
Lisa
04:16:05 pm

Jerry Johnson

Amazing...this is great news!
Praise God!
04:20:25 pm

Some options/ideas to follow up with Troutts:

1) you go visit them in person, ask for $1M, for some specific project with the election work. Even though we said it was a general fund, donors at this level want to know, if we can think of something attractive.

2) I go in your place, if you can't go, and do the same. You and I agree in advance on the proposal, maybe we get you on phone while I am with them.

For either of these we should go next week or certainly before May 5 in Arizona (maybe go May 4th on the way), - it would be great to mention a big donation from Dallas at that meeting.

3) we could just thank her for the promise and send her the wire info and wait for her to do something, but I think we need a personal interaction.
04:35:58 pm

2021/04/25

mlicloud@mypillow.com

Agreed
12:43:16 pm

DEF035985.000145

I will put down some needs
12:43:33 pm

2021/04/28

mlicloud@mypillow.com

Remind me to email all of zigzag members the video of the event
04:16:06 am

Jerry Johnson

Will do
04:22:41 am

mlicloud@mypillow.com

How do you like your new page


04:48:22 am

Sorry wrong guy
04:48:39 am

Jerry Johnson

https://vimeo.com/540658760/0a35c19fba



DEF035985.000146











DEF035985.000147

Sent an attachment
Filename: 30486223-6DF1-486B-B4D7-9A735D1EDE99.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/3AC60B92-C485-44CE-99D7-
AAB48267258E/30486223-6DF1-486B-B4D7-9A735D1EDE99.pluginPayloadAttachment

Sent an attachment
Filename: 6BF96BF7-778F-435D-B574-C6A8D8CBF9DD.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/12B76528-24CB-4130-ACEE-
A987EE636C8B/6BF96BF7-778F-435D-B574-C6A8D8CBF9DD.pluginPayloadAttachment





02:19:28 pm

Here is the video link from Dallas. Remember you want to send this to Ziklag. I have
also emailed this link to you. Jerry
02:19:29 pm

FYI-sent 204 emails yesterday and today, each one separately, to follow up on Dallas.
They were addressed by name with personal comments when appropriate. I sent you
a sample email.
11:05:20 pm

DEF035985.000148

2021/04/29

mlicloud@mypillow.com

Mike, I sent the following to you in an email also: Friends of ours called recently and the husband, Kris wants to financially help in your lawsuit with Dominion & in general in your fight to save America. He also mentioned organizing a campaign for others to financially support you.  He asked me to give you his contact info.
Mr. Kris Poulsen Cell 206-992-3269
KrisPoulsen@aol.com
A little history on Kris. He's VERY successful. He's originally from Denmark but became an American citizen years ago.  Early in his career he had 5 commercial crab fishing boats off Alaska.  Kris is a STRONG Conservative and loves America and like us is concerned that if we don't fix this voting machine problem we'll never win another election.

01:18:35 pm

Jerry let's talk about this one later

01:18:50 pm

Jerry Johnson

Got it. Looks like a solid prospect. Call at any time, I am available.

01:20:15 pm

Just stepped away, available now.

05:54:48 pm

I just talked to Kurt and he has already sent that paragraph description to Todd to put up on the website.

I asked him if we could get an itemized project list together for the mega donors, nothing less than $50K.

Project A - $2 Million
Project B - $ 1 Million
Project C - $500,000
Project D - $100,000
Project E - $50,000

08:25:57 pm

DEF035985.000149

2021/04/30

Jerry Johnson

Two questions:
1) do you want me to go Monday-Tuesday (either alone or with you) by Dallas on my way out to Arizona to see Lisa Troutt, Ken Eldred, June Hunt and show them the project list with costs and ask for a gift?

2) the catering bill for Arizona is about $10,600 for 75 people. I thought Meguiar's would cover but I got the bill today and talking to Barry, I clearly sense that they thought we were doing that. It comes out to about $140 a person, but it includes food, servers, equipment, tables, chairs...20% service charge...everything. It is a specialty VIP outfit. Shall I send to Shannon for payment?

02:11:06 am

mlicloud@mypillow.com

Yes

02:31:32 am

Jerry Johnson

To both?

02:32:06 am

mlicloud@mypillow.com

https://youtu.be/_2N27160HKs



DEF035985.000150









DEF035985.000151







02:37:42 am

Jerry Johnson

That was a great show with Kimmel, Mike! You were able to come back to the evidence again and again, you stayed on message. You smiled, laughed at his jokes, did not get rattled, and seemed likable throughout. Faired minded people will consider what you have to say. Well done! That impersonator was a surprise, but you handled him well too. You were right to do that show...a win.

02:59:32 am

DEF035985.000152

2021/05/02

mlicloud@mypillow.com

https://vimeo.com/540658760/0a35c19fba











DEF035985.000153







10:24:05 pm

2021/05/03

Jerry Johnson

The Meguiar's want to know if Kendra is coming to Arizona with you.
04:34:19 pm

mlicloud@mypillow.com

Yes she is and now we have to leave very early on Thursday to Michigan
04:41:52 pm

DEF035985.000154

Jerry Johnson

Do you both want to stay at the Mequiars?

They have a separate VIP house for you and a separate room for her in their house. Or traveling early you may prefer hotel.

04:43:24 pm

mlicloud@mypillow.com

Let me see the time we have to be in Michigan for this huge event with the dominion machines

04:59:13 pm

Jerry Johnson

OK

04:59:30 pm

Sent an attachment
Filename: IMG_4156.heic
Path: ~/Library/SMS/Attachments/ec/12/51CAACAA-6480-4353-BE8A-8D49A2F3A8B3/IMG_4156.heic
Size: 45 KB
Type: image/heic

08:59:34 pm

Sent an attachment
Filename: IMG_8605.heic
Path: ~/Library/SMS/Attachments/ba/10/12B9591E-FBE0-497D-A625-45EE355DB4B1/IMG_8605.heic
Size: 23 KB
Type: image/heic

08:59:57 pm

Sent an attachment
Filename: IMG_5768.heic
Path: ~/Library/SMS/Attachments/76/06/9D566FCB-1187-4FE5-9DD8-12838088F70D/IMG_5768.heic
Size: 22 KB
Type: image/heic

09:00:16 pm

DEF035985.000155

Sent an attachment
Filename: IMG_4087.heic
Path: ~/Library/SMS/Attachments/fc/12/249CCF92-E6AD-4BC6-98CF-
35D937C1C807/IMG_4087.heic
Size: 26 KB
Type: image/heic
09:00:32 pm

These pictures are Barry's new VIP guest house "Casita", bedroom, bathroom, and kitchen. He said you can leave as early as you want. Kendra's room in the house is isolated too, so you won't disturb anyone if you leave early. Still your call if you want to go to hotel, but it will work if you want to stay there. They have arranged for me to stay at Mike Ingram's next door. Either way, I think they want to know our plan tonight if possible.
09:05:27 pm

mlicloud@mypillow.com

Thanks perfect
09:22:40 pm

Jerry Johnson

I take that to mean you are staying there. Thanks!
09:25:05 pm

👍 1  mlicloud@mypillow.com

2021/05/04

Jerry Johnson

Boarding flight to Arizona now, but wanted to share good news! I told Lisa Troutt about 3 projects that Kurt gave me ($1M, $600K, $250K). She committed to meet with Kenny tonight to make decision and will tell me the $ amount tomorrow. Turning off phone now for flight.
09:14:02 pm

mlicloud@mypillow.com

Awesome !!!
09:16:06 pm

DEF035985.000156

Jerry Johnson


✔
09:16:31 pm

2021/05/05

Jerry Johnson

If you can call, I need 10 minutes at some point this morning or you can text answers. We have a couple of decisions to make:

1) Good News/Need - We have a huge response! When Mike Ingram (the co sponsor) looked at the list of RSVPs he was impressed by the number of heavy hitters coming. But we have had to move outside events center to larger space that requires lights and sound system. Cost is $10,000. If we want video of your speech, another $1,500. Do you authorize that?

2) Bad News - I take total responsibility because you asked me specifically about this. Barry Meguiar does not want us to use the word "fundraiser." When he applied to the city for an event permit, he said he wrote that it was NOT a fundraiser and he told some invitees it was not a fundraiser. Barry is OK if we say "people have asked how to support the effort and so we started the Lindell Legal Offense Fund" and we could use their support, and you and I want to talk to them after event is over, and we have info sheet at back table showing how they can give (I will have those sheets with right info). Barry said he will tell people from microphone they should support what you are doing. He said I could do the closing as before, but just tell them to see us afterwards and see the info sheet. I am frustrated about this but don't know what else to do. Barry and I have a different memory about what he and I originally discussed about this event. I was tempted to argue with Barry about this but feel we should trust God and honor the host, who is our friend.

01:21:15 pm

mlicloud@mypillow.com

Yes
01:22:52 pm

Jerry Johnson

Liked "Yes"
01:23:59 pm

Thanks!
01:24:04 pm

DEF035985.000157

2021/05/07

Jerry Johnson

https://www.instagram.com/p/COjoYgVHtZh/?utm_source=ig_web_copy_link





Sent an attachment
Filename: FCD7CC1D-69B6-4AA1-ABF1-84DC955E3396.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/7E563563-3266-483B-B55F-
5A0FC72AB4BB/FCD7CC1D-69B6-4AA1-ABF1-84DC955E3396.pluginPayloadAttachment

DEF035985.000158

Sent an attachment
Filename: DF8E4288-E344-443B-A5E6-35C29ACCB170.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/FAF20286-EEBF-4EAD-BF52-
E376B5E5D326/DF8E4288-E344-443B-A5E6-35C29ACCB170.pluginPayloadAttachment

Sent an attachment
Filename: 10E381F3-DF80-446B-A1BA-FC6670198B96.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/42AF1251-43F3-4730-92E1-
823D888946CD/10E381F3-DF80-446B-A1BA-FC6670198B96.pluginPayloadAttachment

Sent an attachment
Filename: 3AC62EE6-7B28-47F4-BAA0-73F13766157C.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/4FD60A81-20C1-4655-A841-
8B9735C0A69F/3AC62EE6-7B28-47F4-BAA0-73F13766157C.pluginPayloadAttachment



DEF035985.000159



07:09:43 pm

The lady running for Arizona Governor wanted me to sent this to you. Her name is Kari Lake.

07:09:43 pm

https://rumble.com/vea79d-top-rated-arizona-news-anchor-resigns-i-longer-want-to-do-this-job.html



DEF035985.000160



Sent an attachment
Filename: EB19F211-5A6C-4754-B3C6-062D41D25829.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/11FEA9C3-7EB0-404B-A4E7-
9485824E2773/EB19F211-5A6C-4754-B3C6-062D41D25829.pluginPayloadAttachment

Sent an attachment
Filename: DFDF7FB8-1573-4E68-98CC-46E14A2DCDF8.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/10959A4C-D805-4046-A500-
6DC4865AC2B4/DFDF7FB8-1573-4E68-98CC-46E14A2DCDF8.pluginPayloadAttachment

Sent an attachment
Filename: B9CE9828-E168-4435-A9AA-5554FBF63850.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/196C7134-8A4C-448A-8313-
C7469F015530/B9CE9828-E168-4435-A9AA-5554FBF63850.pluginPayloadAttachment

Sent an attachment
Filename: CF5987AD-6EED-4472-8003-5042B470E727.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/0DEB8BAD-2CD7-4F81-B2F3-
B160B8E7F7A1/CF5987AD-6EED-4472-8003-5042B470E727.pluginPayloadAttachment

DEF035985.000161



07:13:45 pm

 She also wanted me to send you this 2 minute video of her resigning as a news broadcaster because of news bias and fake news. This video has gone viral - over 1.5 million views on Rumble alone, more on other platforms. She might be good on FRANK sometime for TV as a guest (I have not mentioned that to her). She was a highly rated, award winning anchor, and a Trump supporter.

07:13:45 pm

mlicloud@mypillow.com

Yes for sure
08:18:14 pm

Jerry Johnson

Great!
08:23:21 pm

2021/05/13

Jerry Johnson

https://nypost.com/2021/05/12/former-top-military-brass-question-2020-election-result-bidens-health/

DEF035985.000162





02:55:37 pm

**JJ** Doug is checking wires. Here is a new article.
02:55:37 pm

2021/05/14

Jerry Johnson

**JJ** Doug said no $ wires had come in as of yesterday. Lisa Troutt and Mike Ingram (guy you visited in Arizona office) both asked me to send specific information for wire AND address for check, so it is possible one or both of them have mailed checks instead of wiring contributions.
03:32:23 pm

2021/05/18

Jerry Johnson

**JJ** Doug just texted me:

"LLOF received a $100k check from the Troutt's"

$100,000 - that's better.
03:57:22 pm

DEF035985.000163

mlicloud@mypillow.com

Awesome!!!
06:08:54 pm

👍 1   Jerry Johnson



2021/05/20

Jerry Johnson

Just saw the new fundraising video Todd put up on legal find website, I am going to send an email to donor prospects from Arizona and Dallas with a link to that, telling them you have recorded a new message, encouraging them to give, and to send to family and friends.
08:06:46 pm

Device owner

Perfect
08:11:31 pm

Jerry Johnson

Liked "Perfect"
08:36:11 pm

2021/05/21

Jerry Johnson

Mike,
Bob Semple was at the Arizona fundraiser but needs to give his gift to a 501(c)3. He is going to give it to Rescue Mission ministries he supports and have them buy pillows, which will support your business. He wants to donate $25K to $35K. I realize that really does not help the legal fund, but it's not nothing either. It's a good pillow sale. I forwarded the email to you if you want to see it.

Who should I talk to at MyPillow to arrange these orders?
Jerry
09:04:20 pm

 👍 1   Device owner

DEF035985.000164

Jerry Johnson

Even though I did not go to CNP, they elected me yesterday as one of the four officers - Treasurer.

Kurt and I had a call today with about 10 people working on election fraud, most "doers" and and a few "donors." If Kurt has not briefed you, I can. I am trying to get a few of them to commit to a minimum $250K donation event for your work.

12:30:49 am

https://www.breitbart.com/politics/2021/05/22/judge-orders-audit-145000-absentee-ballots-fulton-county-georgia/





DEF035985.000165





01:38:20 am

JJ

2021/06/02

Jerry Johnson

https://www.eventbrite.com/e/national-association-of-christian-lawmakers-2021national-policy-conference-registration-155333836687



DEF035985.000166



Sent an attachment
Filename: 0B08D55D-A9D5-4C77-A5CD-40363B1D1915.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/3096549C-6E1C-4A69-99A7-
6BF9A2512B74/0B08D55D-A9D5-4C77-A5CD-
40363B1D1915.pluginPayloadAttachment

Sent an attachment
Filename: 4B744233-1FC3-45CE-BAB4-4DDFCFAA2166.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/EB669F97-4FD4-4173-95F5-
C88CAFB7002F/4B744233-1FC3-45CE-BAB4-4DDFCFAA2166.pluginPayloadAttachment

Sent an attachment
Filename: 6D761A99-00DA-4A81-84D7-FB71A15916FF.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/B39148B1-FA13-484B-903E-
39DD635C4497/6D761A99-00DA-4A81-84D7-FB71A15916FF.pluginPayloadAttachment

Sent an attachment
Filename: 8C9A7EE7-B8EC-4738-B593-4B2E830775DF.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/AD6F9D1A-B38A-4490-851D-
91A27EE19567/8C9A7EE7-B8EC-4738-B593-4B2E830775DF.pluginPayloadAttachment

Sent an attachment
Filename: 6AD20387-EE50-4AEB-9FF2-A754116D0603.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/368BF7FA-035B-4EE0-A78E-
B095A3C33599/6AD20387-EE50-4AEB-9FF2-A754116D0603.pluginPayloadAttachment

Sent an attachment
Filename: 27945042-986F-40C4-962D-30FCE2950334.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/20243D77-C316-42C6-B5D9-
67DCA0380556/27945042-986F-40C4-962D-30FCE2950334.pluginPayloadAttachment

DEF035985.000167





06:10:44 pm

This is Senator Jason Rapert of Arkansas. He wants you to speak on election integrity at this conference (see above text). He is also running for Lt. Governor and hopes you will endorse him. He introduced and passed first first pro-life heartbeat bill to pass in any state. He also helped start two Christian addiction recovery centers in Arkansas.

Sent an attachment
Filename: IMG_9674.heic
Path: ~/Library/SMS/Attachments/02/02/915C9028-4727-4B40-BEB3-B7E6A446034A/IMG_9674.heic
Size: 67 KB
Type: image/heic
06:13:52 pm

The event is at the Dallas airport hotel - you could speak either Friday July 17 or Saturday July 18.
06:15:22 pm

JJ

DEF035985.000168

2021/06/05

Jerry Johnson

Just watch "9-0" - the best yet - each one is better than the last! I am texting it to family, friends, and CNP leaders.

Kurt and I just spent over 2 hours on conference call with 18 others about election fraud and Trump, he represented you well. The Michigan folks gave you a big shout out for your rally there today!

10:35:34 pm

2021/06/06

Jerry Johnson

Also, I just watched the Michigan rally on Frank and your speech was fantastic! Liked the way you got LRN website mentioned twice! And again, I love "Absolutely 9-0"; it's really well done and compelling.

Patrick Colbeck speech at rally was good too.

03:27:11 am

2021/06/12

Jerry Johnson

Tomorrow is a big day, Mike! I pray God will anoint you for your speech, give you wisdom and boldness!

03:50:45 am

👍 1  mlicloud@mypillow.com

2021/06/15

Jerry Johnson

Congrats on a great rally Saturday! I watched on Lindell TV, your speech was rousing - Diamond and Silk were hilarious and also prophetic. Last night I went to a party at Tony Lo Bianco's and every was talking about the rally - some saw it on OAN. The White House Correspondent for OAN (Chanel Rion) was there and said she loves what you do and to keep up "the good fight!"

12:30:51 am

DEF035985.000169

mlicloud@mypillow.com

Hey Jerry
Trying to call you today
Please call me tomorrow
03:28:06 am

Jerry Johnson

Will do. I saw from Melissa's notes about getting the sermons. I am happy to work on that. I wanted to ask you a little more about that. Do you want to talk now?
03:30:36 am

mlicloud@mypillow.com

Tomorrow will work
03:37:42 am

Jerry Johnson

Will call you then. Thanks!
03:38:06 am

mlicloud@mypillow.com

https://www.newsweek.com/mike-lindell-invites-chinese-communist-party-sit-next-brian-kemp-his-election-symposium-1600619



DEF035985.000170



04:41:46 am

Jerry Johnson

This article is a "win" for you - even though they think they are refuting you, they are allowing you to repeat your message again and again - just like Kimmel. The July symposium event sounds like a bonanza for the cause!

04:48:56 am

DEF035985.000171

Some ideas and thoughts for the call:

After calling Melissa, before you and I talked, I called Eric at Hope for the Heart and confirmed what I thought, that according to our contract, addicts may view keys for free. Only printable or copied version are charged.

I have also been thinking about setting up interviews for you at NRB. If you want, I can help with that. I suggest Salem, Bott, American Family Radio, Eric Metaxas and can look for others. I already asked Eric if June would want to. He also told me he and Haley would like to see you for 10-15 minutes.

I just re-emailed you my church pastor sign up plan from October, which I resent again in November to Sarah for planning. After talking to Melissa today, I can make changes and execute this once you approve.

I have been working on planning two fundraisers with a different strategy than the two that did not work - mainly asking for a minimum $ amount up front from the sponsors. One in Naples, FL and one in Houston, TX.

I have also been working with Kurt to get him involved with others that he did not know who are working on the election fraud.

I have other ideas too if we have time to discuss.

07:14:16 pm

2021/06/16

Jerry Johnson

I think you were planning to call me again today. I hope I did not miss the call. Please, if you ever try and don't get thru send a short text and I will call back soon. My house is on a mountain and if I am in certain parts the signal can be weak.

After our discussion today I want you to know that I have never avoided a call from you. In fact, I want more time to talk, but have known you are very busy, lately, trying to save the country, for which I am proud of you.

I would like to talk to you about NRB for about 5 minutes, I am concerned you should know more. Tomorrow is fine. Also, would like to talk about the work when you are ready.

04:56:35 am

DEF035985.000172

FUTURE WORK PROPOSAL:

This/next week - draw up plan for LRN churches. I will take plan I sent in October, revise while consulting Melissa and Kern on new website developments. Present it to you  right after NRB for approval and changes.

After that, start actively recruiting churches for LRN, including getting pastors' sermons for LRN website.

EVERY WEEK : Update you on work.

EVERY MONTH: Print report for you on numbers of churches and sermons added to measure the work.

I will also join weekly LRN phone meeting with Melissa and Kern.

Others duties as assigned by you.

Would this help you, do you want try this and check our progress in a month?

04:47:50 pm

2021/06/18

Jerry Johnson

NRB & LRN Update/Report:

I talked to Eric Scalise today from June Hunt's. He, Haley, and June would like to meet with us as you suggested on Monday at NRB. Needs to be after 1 pm. I suggest 2 pm and will coordinate with Katelyn tomorrow on your schedule then or at another time.

We have booked my NRB flight, arriving late Sunday night. As a courtesy, I texted Troy Miller, President of NRB, to let him know I was coming.

I joined LRN phone conference today with Kern, Franz, Melissa, and Todd today. Melissa is sending you full notes tomorrow on the meeting. But on my project I want you to know we agreed on how to get pastors' sermons sent and also how to get pastors to enter their church in the LRN database. I told them what you said about zip code church sermons and generic sermons when there is no church in zip code. I made list of 23 pastor prospects today and will begin calling tomorrow.

04:00:47 am

DEF035985.000173

2021/06/21

Jerry Johnson

> Reminder:
> Meeting scheduled with Eric Scalise and Haley from June Hunt's Hope for the Heart
> 1:45 PM tomorrow in Club 44
>
> I think June may be there too.
>
> I just checked into my room. Do you need anything tonight?
> 03:33:22 am

2021/06/22

Jerry Johnson

> The meeting room for today's  2-6 pm. election meeting is:
> Forth Worth 6
> On third floor above exhibits
> 04:15:19 pm

Device owner

> Cool
> 04:19:59 pm

2021/06/23

Jerry Johnson

> 14 million Facebook followers

> Sent an attachment
> Filename: Nick Vujicic.vcf
> Path: ~/Library/SMS/Attachments/d0/00/C346D053-48E8-4CD1-9196-
> BE0316588341/Nick Vujicic.vcf
> Size: 166 bytes
> Type: text/vcard
> 05:15:49 pm

DEF035985.000174

**JJ**

Sent an attachment
Filename: IMG_6252.heic
Path: ~/Library/SMS/Attachments/0d/13/1D16A0EE-3D93-47A5-85FD-
93C1DF4B6DF3/IMG_6252.heic
Size: 1 MB
Type: image/heic
05:20:13 pm

2021/06/29

Jerry Johnson

**JJ**

LRN SERMON UPDATE:
I sent 3 sermon recordings to Melissa today:
ONE OF MINE - Melissa has someone editing the beginning and end before it is posted.
TWO OF RICHARD ELLIS -
I listened to both in full, they have much that's good for addicts.

I listened to 3 other sermons today by Pastor Ronnie Rogers, will send one to Melissa
tomorrow. I also traded emails with Pastor Hank Kunnamen's staff and they finally
have me connected to the guy who can get his sermon to us.

'More sermons and preachers tomorrow.
02:34:03 am

2021/06/30

Jerry Johnson

**JJ**

Mike, you were on fire tonight on Frank Speech TV after the Generals program (which
was powerful!) - I watched it all.

LRN SERMON UPDATE:
Today I had to go back and get separate files for the sermons from yesterday because
our team cannot convert YouTube sermon links without a lot of effort. I got both of
those in file form and sent them to Melissa. In the future, we must tell pastors and
their staff to send the sermons (or upload them) in file form (like Dropbox) - not
YouTube links.
03:02:06 am

👍 1  mlicloud@mypillow.com

2021/07/01

Jerry Johnson

https://drive.google.com/file/d/1kiIja7BWUpKKnp0l1ZysCMXbpx7d6BKg/view?
usp=sharing&usp=embed_facebook

DEF035985.000175









03:20:15 am

LRN SERMON UPDATE:
I sent two new sermons to Melissa today. Ronnie Rogers from Norman, Oklahoma and Mac Brunson form Birmingham, Alabama (linked here, your might want to watch first 10 minutes to see quality of production...I listened to whole sermon...dynamic message on suffering, maybe our best yet). I have another good one coming tomorrow.

03:20:15 am

'Just forward 4 emails to you from my gmail account, about election fraud in California. I copied Kurt.

06:17:37 pm

DEF035985.000176



Meant "forwarded"
06:19:02 pm

2021/07/02

Jerry Johnson

https://vimeo.com/275701190







DEF035985.000177



03:23:26 am

Jack Graham agreed at NRB to send an LRN sermon and this is the link. I got it yesterday, listened to it and sent it to Melissa today. I think it is now the best we have, great biblical message, high production value, and about "addiction." It is about 28 minutes, but I think we should cut at 2:22 before the end because he advertises his stuff. I think it should be our top generic sermon for those with no zip code church.

03:23:27 am

2021/07/05

Jerry Johnson

I have been working on the LRN site today. I have asked Kern and Melissa to join me for a call at 11 am central tomorrow (Tuesday). They have agreed. I have 4 ideas to problem solve and improve it now. I can run them by you before the call or after. Let me know which you prefer.

09:51:33 pm

DEF035985.000178

2021/07/06

Jerry Johnson

There are 5 improvements To the LRN website  I want to propose tomorrow:

1) to the "Hope Match" videos, the first videos addicts see - on a phone, which is how 90% of addicts will view it, there is no indication that there is more than one video on the screen. A simple text message above or below the  first "Hope Match" video with an an arrow and the message "swipe left for more videos" would fix this. You approved this change a month ago with Kern but it is not showing on my iPhone.

2) your second video, where you say to get a code you need to go to a church in your zip code, this should be taken down until we reshoot your video, saying instead to get your code you need to listen to one of our featured sermons. Until we reshoot the video, the written message we already have there will do, which tells them to get a code they must listen to a sermon. (I can draft the script for your video reshoot of this message).

3) I asked Kern specifically a couple of weeks ago, when you asked me to get pastor's sermons, if there was a format for the sermon files that was required. I was told that any format would work. I have obtained several sermons and on all of them have been told it doesn't work, we need files, not you tube or Vimeo. What is the needed format?

4) given the problem above, I recommend Melissa and I get a few more sermons from prominent preachers like Tony Evans and Jack Graham, and post 6-15 of those in rotation for the sermon to get the code, we should not ask every LRN church and pastor to submit a sermon. If it is too difficult for Melissa and me, it will surely be too cumbersome for pastors to load there own videos.

5) all we should ask the LRN churches to do is register on the sight, agree to the doctrinal statement, and offer the training for them if they do not have Celebrate Recovery or some other addiction recovery support group.

I hope this helps and look forward to your changes and guidance tomorrow. Todd has confirmed that he will join the call at 11 a.m. Central time.

02:37:11 am

2021/07/11

Jerry Johnson

https://www.theepochtimes.com/mkt_breakingnews/christian-motivational-speaker-starts-bank-in-response-to-the-rise-of-cancel-culture-in-the-private-sector_3895330.html

DEF035985.000179







DEF035985.000180



03:02:16 am

You remember Nick from NRB, who has 13 million Facebook followers - you ask me to remind you about him. Here is an article about him that came out tonight. Might be a good time to text or call him and say you saw it.
03:02:16 am

mlicloud@mypillow.com

Remind me on Monday AM
I am weekend with real POTUS
04:24:56 am

Jerry Johnson

Wow, may God give you favor and wisdom with him!

Will remind you about Nick Monday.
04:26:26 am

Kari Lake is standing about 6 feet from you, she is running for Arizona Governor and was at your Scottsdale event.
04:12:04 pm

https://www.instagram.com/p/COjoYgVHtZh/?utm_source=ig_web_copy_link

DEF035985.000181





04:13:06 pm

JJ

Kari Lake is standing about 6 feet from you, she is running for Arizona Governor and was at your Scottsdale event. Picture of her above.
04:17:30 pm

DEF035985.000182

2021/07/13

Jerry Johnson

> Jerry,
> Good to chat this am.  Using this text to intro you to Juan Savin. Text below is his message to Mike.
>
> Juan,
> Jerry and I discussed your desire to help integrate Lara into Mike's effort.  Will ask you and Jerry to work it from here.
>
> Blessings all,
> Bob
>
> From Juan
> -- this is what I sent Mike:
>
> Mike, here is a short reel of Lara Logan.  She could do the Tuesday run with you.  She has stuff in DC and Florida later in the week.  She's a superstar when it comes to orchestrating a presentation.
>
> Lara Logan would be an outstanding aid to you in formulating and presenting your conference. Lara is a force of nature.
> 12:16:29 am

2021/07/19

mlicloud@mypillow.com

> Who was that Nick guy we should call ?
> 12:59:01 pm

Jerry Johnson

> Sent an attachment
> Filename: Nick Vujicic.vcf
> Path: ~/Library/SMS/Attachments/72/02/BA1B58AF-4169-4DA1-A65E-DD9C76EA3B3B/Nick Vujicic.vcf
> Size: 166 bytes
> Type: text/vcard
> 12:59:28 pm

mlicloud@mypillow.com

> Who was he again?
> 12:59:44 pm

DEF035985.000183

We should talk when I get up before I call him
01:00:06 pm

Jerry Johnson

No arms no legs, conservative Christian speaker. Has 14 million Facebook followers. Call me when ready.
01:00:48 pm

I just emailed you some notes I took from an Election Fraud conference call on Saturday. I used a different email - Proton - to send to you, for security.
06:44:31 pm

2021/07/28

Jerry Johnson

Janet and I just had a good talk, she is sending the call invitation spread sheet to me, and the call script, and I will press hard on calls for next 48 hours, and beyond.
10:51:12 pm

mlicloud@mypillow.com

Thanks Jerry
10:52:42 pm

2021/07/30

Jerry Johnson

From Kevin Freeman:

"Hey Jerry. Can you get me a promo code for myoleander.com? I've been giving lots of it away but getting kind of expensive. The price was 49.99 but now 89.99. There's a good deal of need for it."
06:47:35 pm

mlicloud@mypillow.com

Tell him he can order directly by the case for 39.99
06:48:39 pm

DEF035985.000184

Jerry Johnson

Will do, thanks for quick response!
06:49:10 pm

2021/08/03

Jerry Johnson

You should be aware of this. I called Texas State House legislator Briscoe Cain today to invite him. He is Chair of the House Elections Committee, strong Christian and conservative, member of Council for National Policy (CNP). He said he was concerned about Dennis Montgomery connection to Symposium and had me speak on phone with another State Representative Steve Toth, also a Christian who said he loves you and has lots of MyPillow at his house. Steve sent me a letter from Mike Zullo to Sheriff Joe Arpaio critical of Dennis Montgomery and Mary Fanning. They wanted me to get on the phone with Mike Zullo. I did. He said Don Jr. got the letter two days ago. Zullo told me you know of his concerns. I do not know what to make of it's claims, but I think the letter may cause some politicians to be hesitant about attending if it is floating around. I just forwarded the letter to you by email, I understand it is a newer version that what was out there before. Let me know if you want to talk about it, or talk to Steve Toth or Mike Zullo. I have their phone numbers.
03:21:52 am

mlicloud@mypillow.com

Zullo is a very corrupt person and i got my data from multiple sources and they don't know the sources...
I have the date Jerry in possession...
Zullo is trying to discredit the data and has never seen it and does not know my sources! He is either a traitor or very stupid!
05:53:33 am

DEF035985.000185

CYBER SYMPOSIUM
A Data Analysis of the November 2020 Election
August 10-12, 2021
«GreetingLine»
As a respected elected representative of the people of the United States, Mike Lindell is extending an invitation for you to attend the
Cyber Symposium
to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the
ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota on August 10th, 11th, and 12th, 2021.
This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8am and closing at 6pm. Complimentary food and beverages will be available throughout the event.
Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States; Cyber Experts; and Media Representatives.

Please RSVP as soon as possible to reserve your admittance to:
symposium@frankspeech.com, including the names
of any staff who will accompany you and the
day or dates
you plan to attend. We recommend any cyber expert you bring have; at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport. We look forward to having you join other leaders and experts at this important event.
Best Regards,
The Cyber Symposium Team
symposium@frankspeech.com
1-952-777-8300
05:54:00 am

DEF035985.000186

Tell those Christian legislators to quit making up excuses and show up ( maybe get 5m$)
Give me Zullos number or let's call him together today
05:56:54 am

Jerry Johnson

Mike Zullo's number:
480 717 6453

If you want to call him directly you can, or I can try to call him and patch you in if you want. He says he is a born again Christian, and is just concerned that Montgomery is a fraud and is going to hurt you. I don't know enough about that to advise.
10:44:44 pm

mlicloud@mypillow.com

Get him on the phone and beam me in
10:55:55 pm

Can you do it now
10:56:23 pm

He is a bad guy!!
Don't talk to him anymore
11:05:21 pm

Jerry Johnson

Got it. I won't.
11:34:00 pm

2021/08/04

Jerry Johnson

Encouraging - Just talked by phone to State Senator Amanda Chase of Virginia, she and her staff are coming. She is the only Senator who went to see Arizona audit for her state, a champion on election integrity.
08:38:56 pm

DEF035985.000187

mlicloud@mypillow.com

**Awesome**
08:48:58 pm

Jerry Johnson

Just emailed Senator Chase info to symposium@frankspeech.com,Janet, Kellie, and you.
09:08:59 pm

mlicloud@mypillow.com

**Thanks**
09:09:13 pm

2021/08/05

Jerry Johnson

Just sent email to you, Janet, Kellie, and Sarah about Texas Representative who wants to come if we can find a plane for a day.
07:17:05 pm

mlicloud@mypillow.com

**Hold on**
07:47:09 pm

👍 1  Jerry Johnson

2021/08/10

Jerry Johnson

MIKE,
THE NEXT THREE DAYS ARE SOME OF THE MOST IMPORTANT IN YOUR LIFE. I KNOW THIS VERSE ABOVE  IS A FAVORITE FOR YOU. CLAIM IT FRESH TONIGHT.

I AM PRAYING GOD WILL DO IT FOR YOU IN A POWERFUL WAY! Jerry

DEF035985.000188



Sent an attachment
Filename: IMG_6497.heic
Path: ~/Library/SMS/Attachments/11/01/184032E9-8DF2-4546-908B-
F8A19EB3F04B/IMG_6497.heic
Size: 44 KB
Type: image/heic
05:36:36 am

🖤 1  mlicloud@mypillow.com

mlicloud@mypillow.com

Thanks Jerry!
05:51:03 am

2021/08/12

Jerry Johnson

Know you must be incredibly busy, but Kari Lake asked me to let you know she left
Republican Governors Association meeting because it was so awful to attend your
Cyber Symposium and has been there both days so far and will be there
tomorrow.  She has been a top rated news anchor in Arizona and also on LindellTV
before. She hopes to speak with you tomorrow.  I told her you will be busy and it might
be difficult but that I would pass the message on to you.

Sent an attachment
Filename: Kari Lake.vcf
Path: ~/Library/SMS/Attachments/34/04/27B1029D-7DB2-4B8E-AF47-
6B8508239B00/Kari Lake.vcf
Size: 217 bytes
Type: text/vcard
04:56:40 am

DEF035985.000189

One more thing-
A view from outside the Symposium - you have presented some amazing information! I have been interacting with lots of CNP members and other friends about it. For what it's worth, here's some response I am getting. The most popular and powerful take-ways so far seems to be:
1) Waldron video you opened with - easy to send and easy to understand. While I have been sending, people are also sending it to me!
2) Dr. Frank info makes sense, is compelling, and gaining momentum,
3) China packet captures are a powerful concept but first two points seem more clear right now, however packet captures could get clearer tomorrow and beyond.

These are just my impressions of feedback I am getting and sensing, hope it is helpful. 'May God give you supernatural rest and sleep, even if brief, to finish strong tomorrow!
05:40:24 am

Wow! That speech you just gave on cancel culture, the box stores, dominion, and FOX news was dynamite. Praying for you to be protected and finish strong today!
04:30:21 pm

"God Bless America" that final song was powerful, Mike! I believe God heard that song and our prayer. This the beautiful image above I captured at that time on my phone. I watched almost everything today, it was so solid and strong: your rebuke of Larry Johnson, Joe Oltmann's talk, and your final appeal not to live in fear - thanks for everything! I am proud of you and what you have done over the last three days! 'May God grant you His rest and sleep tonight.

Sent an attachment
Filename: IMG_6506.heic
Path: ~/Library/SMS/Attachments/f0/00/422A4FC1-49C0-4E32-A14B-61C9DDB24206/IMG_6506.heic
Size: 72 KB
Type: image/heic
10:41:25 pm

DEF035985.000190

2021/08/21

Jerry Johnson

Kari Lake came to the symposium and talked to you. She is the leading candidate for Arizona Governor, is having a campaign rally today - they are going to live stream Trump's rally at her rally. This weekend is also her birthday and her staff is gathering brief video birthday greetings to put up on the screen at the rally. They called me and ask if you could do one. You could use your phone and just record yourself saying "Happy Birthday Kari!"and text it to me. If you don't want to do it or can't get to it, it's OK. I see you are speaking as well today and they will understand.

Sent an attachment
Filename: IMG_2503.heic
Path: ~/Library/SMS/Attachments/b5/05/DB0C6D0C-3D45-4AAF-8EFA-DF0F4E11A9A1/IMG_2503.heic
Size: 16 KB
Type: image/heic
04:19:56 pm

2021/08/27

Jerry Johnson

https://www.dailysignal.com/2021/08/19/15-million-votes-in-2020-election-not-accounted-for-report-finds/



DEF035985.000191



04:20:00 pm

JJ I sent this to Todd to add to the "Other Voting Fraud" category on our website.
04:20:01 pm

Device owner

Jerry
How is everything going ..?
Are you staying busy ?
05:41:43 pm

Jerry Johnson

Yes, talked yesterday with Bob Vanderplaats at The Family Leader, sent him your video, and he is enthusiastic about getting his folks signed up. He is on vacation, put me in touch with his church guy, but they want to delay their start after Labor Day (September 6).

Also talked yesterday to Nathan Lorrick, the leader of Southern Baptists of Texas (2500-3000 churches). Since Vanderplatts is delayed, the Texans should be our "proof of concept" for a large group. Lorrick has your video, is submitting his own sermon, and can start getting his guys signed up sooner. I asked Melissa this morning if Todd, her, and I can get together on call Monday to go through church portal to make sure everything is ready. Then I will get Lorrick to pull the trigger next week. Sarah and I have been communicating on this.

JJ 05:50:46 pm

2021/08/31

Jerry Johnson

https://churches.sbc.net/

DEF035985.000192





02:52:58 pm

https://www.celebraterecovery.com/crgroups

CR

03:09:32 pm

2021/09/08

Device owner

Are you still up ?

04:49:55 am

Jerry Johnson

Yes, call if you are awake.
1:37 am here.

05:38:04 am

DEF035985.000193

JJ

Just talked to to Roaring Lambs leader Donna:

6 pm music and mingle
7 pm meal
7:50 pm award program begins
9:15 pm ends

They like to have reception with honorees before with their leadership team in private room at 6 pm. I think you could just arrive late, and I can be there and just tell them that night you are running late. It is at the Renaissance in Addison, only 5 minutes from Addison Airport.
02:50:28 pm

Device owner

I think I might have to skip the rally
I will talk to the president
03:05:50 pm

Jerry Johnson

Got it.
03:06:12 pm

2021/09/09

Jerry Johnson

Sent an attachment
Title: My Pillow - Purchase Order Everest1001.pdf
Type: application/pdf
07:29:27 pm

And you also bought $101,000 worth of bottles
07:30:08 pm

I have both a call recorded message and text to Andy and will report back when he calls me.

I did find out that actually Jay, not Andy, sold you the bottles, and they were shipped to MN. Jay told me he lost $3,000 on the bottles he sold you but saw it as a part of the larger liquid deal that he hoped would sell big and he would make it back on commissions. Of course no one has had those kinds of sales.
07:52:37 pm

DEF035985.000194

Device owner

Tell jay he can have it all for 90k
08:32:42 pm

I will store them until he needs to ship
08:33:02 pm

Jerry Johnson

90K - Including the bottles?
08:33:41 pm

Jay and his partner are trying to find the money, he will answer in a few hours.
08:39:06 pm

Device owner

Cool
08:40:19 pm

2021/09/10

Jerry Johnson

Jay really likes your offer and said "thanks" to you for making it. He is working 3 angles to put the money and deal together but says he will not be able to answer until tomorrow.
12:58:55 am

 👍 1  Device owner

Jay called me twice today, is trying to do your deal, but he could not get his $ cash together today. He believes he can know for sure Monday or Tuesday.
10:57:42 pm

Device owner

No worries ... even if by the end of the month
11:00:53 pm

DEF035985.000195

Jerry Johnson

Thanks, I am trying to help him - and help you too, get it done.
11:03:30 pm

2021/09/16

Jerry Johnson

Just watched your show - well done, again!

If you want to call tonight I have updates on:
1)the 50,000 plus evangelical Southern Baptist church list we can get
2)Jay trying to buy your hand sanitizer for $90K
12:25:00 am

2021/09/17

Jerry Johnson

You now have over 50,000 churches on the website! See the picture above. The white area is the most populated, not less. Todd was able to convert the big list I had. We have every state and county, every major city. 'More to come!

Sent an attachment
Title: IMG_6661.heic
Type: image/heic
04:10:52 pm

Device owner

Awesome
05:12:31 pm

Jerry Johnson

Liked "Awesome "
05:12:53 pm

DEF035985.000196

Jerry Johnson

The Council for National Policy (CNP) meets this weekend in Colorado Springs. They have me scheduled for a 3 minute minute report, which I could do to promote Frank Speech/Lindell TV. I am also the leader for the Sunday worship and will promote LRN in that service.

The flight and hotel would run $2,000 - $2,500. Additionally, I have delayed asking you to pay the annual membership dues again this year because I know you have been concerned lately with the $ burn rate.

2 Questions:
1) Do you want to pay for this?
2) If so, which membership level -
$15,000 (you paid last 2 years)
$5,000
$2,500
The highest the level, the more access I have to meetings with leaders and donors. We could reduce this year if needed.

If you can't do it this year, I understand, and will probably go at my own expense, and pay for a one year basic membership at $2,500.

Thanks for considering.

03:21:39 am

Device owner

Do the big one
03:23:40 am

Jerry Johnson

OK, thanks! I will spread the word about what you are doing on both projects.
03:25:11 am

This is well done. You could play this on the "Lindell Report." She mentions election fraud and foreign interference.

Sent an attachment
Title: MOV-3876.mov
Type: video/quicktime
04:45:31 pm

DEF035985.000197

2021/09/25

Jerry Johnson

> Just gave a Council for National Policy report about LindellTV and then about LIndell Recovery Network. They put LRN website up on screen, we listened to your opening video, I walked them through the website, addict videos, sermons, 3 doors. Had a good response.

> Sent an attachment
> Title: IMG_6682.heic
> Type: image/heic
> 05:18:06 pm

2021/09/28

Jerry Johnson

> 2 Questions about Roaring Lambs Award Dinner on October 9 in Dallas:
>
> 1) they asked me if you need security - should they get some for you? Are you bringing security with you?
>
> 2) they are offering us a free table of 10 guests that we can invite (I can host it and invite donor prospects and influencers if you want). Do you want me to come - do we want to accept the free table and the responsibility to fill it?
>
> In addition, you and Kendra will have seats at the head table.
> 03:51:18 am

Device owner

> Let's talk tomorrow am
> 05:41:32 am

Jerry Johnson

> Agreed
> 05:42:12 am

> I will be driving in and out of mountains with poor coverage for next 5 hours. If you can't reach me that's why. I will try to reconnect in late afternoon if needed.
> 04:47:15 pm

DEF035985.000198

2021/10/08

Jerry Johnson

https://www.newsmax.com/politics/fox-news-arnon-mishkin-rehire-called-arizona/2021/10/08/id/1039712/

Sent an attachment
Filename: 93E0D96E-EDDB-40C7-BB17-C321E12AB381.pluginPayloadAttachment
Path: ~/Library/SMS/Attachments/a3/03/at_1_1218D9A0-A926-49F2-A067-398E37F54593/93E0D96E-EDDB-40C7-BB17-C321E12AB381.pluginPayloadAttachment
Size: 24 KB
Type: image/jp2



08:07:06 pm

I will call right back.
10:02:23 pm

2021/10/10

Jerry Johnson

Here is the draft Newsmax story,
I also sent to you by email.

Title: Mike Lindell Inducted Into Prestigious "Hall of Fame" Over The Weekend

Mike Lindell, CEO and Inventor of MyPillow, was inducted into the Roaring Lambs Hall of Fame over the weekend in Dallas, Texas.

At their October 9th banquet, Roaring Lambs Executive Director Donna Skell said the award celebrates honorees who "use their respective platforms to boldly change the culture by the way they operate their organizations and conduct their daily lives." Lindell joins a distinguished list of previous recipients, including:

Tom Landry (Dallas Cowboy Coach);
S. Truett Cathy (Chic-fil-A Founder);
Louie Gohmert (U.S. Congressman);
Steve and Jackie Green (President of Hobby Lobby);
Pat Summerall (NFL Sportscaster);
Oliver North (U.S. Marine Lieutenant Colonel);
Mary Kay Ash (Mary Kay, Inc.);
Roger Staubach (Dallas Cowboy Quarterback).

The award highlights Christian leaders who courageously bring their faith in Jesus Christ to the marketplace, with the hope that other Christians will follow the example of the award recipients.

At the banquet Lindell told about how he puts a Bible verse in every MyPillow shipment. He also recounted how he was once told by an infomercial film producer to take off his signature cross necklace for filming the commercial. When Lindell made the case for keeping it on, the infomercial team withdrew their request.

Lindell told dinner attendees his personal story of addictions, especially a destructive crack cocaine habit, and how God delivered him from that lifestyle. He explained how he later came to a place of "total surrender" to Jesus Christ.

Echoing themes from his autobiography What Are the Odds?, Mike Lindell described how this story of addiction, recovery, faith, and business success have given him a God-given platform to provide a solution to the addiction epidemic that plagues America.

That platform is a website-based approach, the Lindell Recovery Network (lindellrecoverynetwork.org). The website provides a variety of effective help for

addicts, including thousands of recommended treatment centers and churches that are vetted and biblically based. The website also features "Counseling Keys", which are printed and online materials that deal with the causes and the cure for addiction. Many of those resources were written by the highly-rated Christian counseling author June Hunt, who was also inducted into the Hall of Fame at the same ceremony. Lindell explained that these resources are all on the website, which is 100% free.

While Lindell's Christian testimony was the focus of his award, there was a parallel theme of American patriotism throughout the banquet program. From the Pledge of Allegiance, to the song "God Bless the USA", Lindell's work for the country was obviously on everyone's mind. When Mike mentioned election integrity, there was a rousing response from the audience.

And when Vernon Lewis (United States Major General and previous Roaring Lambs Hall of Fame honoree) introduced the MyPillow inventor, he said "this is the man who is going to save America." The crowd roared with applause, but Lindell immediately pointed upward, signaling that all glory goes to God.

Whether it is saving America from the scourge of addiction, or saving America from election fraud, Mike Lindell is a man on a mission. He is, indeed, a "Roaring Lion." Congrats, Mike!

Jerry A. Johnson
09:50:27 pm

Should we use this picture?

Sent an attachment
Title: IMG_6824.heic
Type: image/heic
09:56:50 pm

Device owner

Sure
09:57:02 pm

Jerry Johnson

This picture?

**JJ**

Sent an attachment
Title: IMG_6825.heic
Type: image/heic
09:57:12 pm

Device owner

Sure
09:57:22 pm

Jerry Johnson

Or this picture?

Sent an attachment
Title: IMG_6826.heic
Type: image/heic
09:57:27 pm

**JJ**

Device owner

The last one
09:57:35 pm

Jerry Johnson

Ok the one with you.
09:57:51 pm

Read draft story too, above.
09:58:06 pm

**JJ**

Device owner

It is awesome Jerry !!
10:00:54 pm

You could add the sub title to the name of the book
10:01:30 pm

DEF035985.000202

From crack addict to CEO
10:01:40 pm

Jerry Johnson

Will add subtitle.

Thanks Mike.

Will send to Chris Ruddy with that change and last photo of you.
10:02:35 pm

Device owner

Awesome Jerry
10:03:13 pm

👍 1  Jerry Johnson

2021/10/11

Jerry Johnson

https://www.newsmax.com/newsfront/mike-lindell-hof-roaring-lambs/2021/10/11/id/1039985/

Sent an attachment
Filename: B0AE8019-3BC3-4655-A21B-707E7267F740.pluginPayloadAttachment
Path: ~/Library/SMS/Attachments/e1/01/at_1_8C40365D-FC06-4E00-9521-AC19ACF0CD1F/B0AE8019-3BC3-4655-A21B-707E7267F740.pluginPayloadAttachment
Size: 45 KB
Type: image/jp2

06:20:47 pm

Chris Ruddy just sent this to me. They did some editing but I like it - they added Frankspeech, which is good.
06:22:21 pm

DEF035985.000203

2021/10/12

Jerry Johnson

https://www.foxnews.com/opinion/2020-election-investigated-discussed-mollie-hemingway





02:56:29 pm

This FOX article (and her new book) is good timing for your case to the Supreme Court. Perhaps you should mention it on Frankspeech.
02:56:30 pm

JJ

2021/10/22

Device owner

Jerry
We are getting very tight on money ....
Let's get on a call today later ....
08:28:07 am

2021/10/23

Jerry Johnson

I will be available until 5:45 pm Central time, then on flight. Landing at about 10 pm, also
available after that if you want to call.
10:13:57 pm

JJ

DEF035985.000204

2021/10/24

Device owner

Hey Jerry
Maybe talk today
I need to talk about wages
We are very cash crunched
I don't know what work I have for you and 4 others
I am seeing what everyone is doing and their wages
I have to move people around to where we are busy
I cannot keep going at this burn rate
Also ... did your brother figure out the sanitizer
I might have a lot of work at frankspeech and will find out at 5 central
Thanks
Mike

02:09:53 pm

Jerry Johnson

I totally sympathize with your financial situation and will be ready to talk when we connect.

Some updates: I talked to Vanderplatts Wednesday and he has referred me to his "church guy" at The Family Leader (Greg Baker) to get their churches into LRN - they set up a Zoom call for tomorrow (Monday).

I have also been talking with Melissa and Eric (with June Hunt) this past week about % payment on their books/keys and the revising the old contract we have with them.

I am grateful to work for you and with you. You are a friend, a brother in Christ, and a real patriot for this country. Nothing will change that.

I am ready to continue, but If a change is needed, you could ask Melissa to follow up on these issues and I can pass the baton to her.

I am also open to helping with Frank Speech as needed.

I did talk to my my brother Jay on Thursday and he still wants to buy your stuff when he can - he is trying to get the cash together - he is working on a couple of big deals that could get him there.

Whatever you decide, I trust you completely. Whatever you need - today, next month, or next year, - I want to be available and flexible.

11:52:14 pm

DEF035985.000205

2021/10/25

Device owner

I just landed and meeting with frankspeech people
We can talk tomorrow what all is available 👍
01:21:55 am

Jerry Johnson

Agreed. Sounds good.
01:22:26 am

2021/10/28

Jerry Johnson

Did Zoom call with Vanderplatts's man Greg Baker, walked him through the LRN website, he has indicated they will give us their list of 2,200 Iowa churches. He wants to do another Zoom call with me Tuesday (Nov 2) to confirm and have his tech guy on as well to talk about the format for getting their church data base to convert to our LRN church list. I will talk to Todd about this.

Family Leader also has 11 other states, and while Greg cannot commit their lists, he said he would do another Zoom call for me with those state leaders to go over the LRN site with them and Greg will say Iowa is doing it and he recommends they do too.
08:26:36 pm

2021/11/04

Jerry Johnson

LRN Update:
Got the Iowa list of 1800-2000 churches from Vanderplatts' Family Leader today. Todd has it and is adding to LRN website. I sent an email to you and Sarah today with file and more details - We can get 11-13 more states from them.
08:31:29 pm

DEF035985.000206

2021/11/26

Jerry Johnson

Happy Thanksgiving Mike!🦃
I am thankful for your Christian witness, your patriotism, and your friendship!

Thanks also for finding a way to keep me on the team - and with insurance. Huge blessing!

I should get those other states next week from Vanderplatts' Family Leader for LRN. Also working on getting more electronic books.
02:39:03 am

2021/12/07

Device owner

Jerry
What do you know about movie guide ?
04:25:30 am

Jerry Johnson

Ted Baehr leads it, he is an NRB board member and friend. They promote the right kinds of Christian and family friendly films. Have a nice gala awards every year, I have attended about 5 times. They have a great website that reviews movies, evaluates the message, documents number of curse words...good resource for parents.
04:29:13 am

Device owner

Let's chat tomorrows
04:52:13 am

About this
04:52:17 am

Jerry Johnson

Will do, I will be available all day.
04:52:46 am

DEF035985.000207

JJ

When you are ready to talk about Movie Guide, call me...or text me about what you are considering with them
I should be available all day.
05:40:04 pm

2021/12/08

Device owner

We have to find a way to keep you busy👍
I can maybe have you part of cause of America 👍
03:30:50 am

Jerry Johnson

Agreed, I want to help you in an effective way.

Do you want to talk about this tonight - or tomorrow?

Or, do you want me to connect with Shawn Smith about Cause of America? Election integrity is a huge need and I have already been in on some CNP calls about it, so that could make sense.

I will also keep adding churches to LRN and can update about that when we talk.
03:47:41 am

JJ

Device owner

Tomorrow
03:48:45 am


03:48:49 am

Jerry Johnson

✔
03:48:53 am

JJ

DEF035985.000208

2021/12/11

Jerry Johnson

> Since we didn't get to talk today (I did talk to Katelyn) I wanted to text these ideas:
>
> 1) I talked to Melissa today about LRN. Greg Baker (from Vanderplatts Family Leader) wanted to wait 1 month after Iowa gave us their church names to ask the other states to join in. He wants to be able to say there were no problems. That would be next week.
>
> 2) Talked to my brother Jay today, he wants to buy your hand sanitizer product but does not have the cash yet, he is working on a couple of big deals that might allow him to do it soon.
>
> 3) Ready work with Shawn Smith with Cause of America if you direct me to.
>
> 4) Also could help with Movie Guide of you are planning to do something with them. I know them and their ways.
>
> 5) And I can help more with next NRB - I also know them and their ways.
> 04:30:36 am

Device owner

> Need to connect you with Shawn ... that is the biggest need right away
> 04:42:01 am

Jerry Johnson

> OK, shall we try tomorrow...or Monday?
> 04:42:46 am

Device owner

> Tomorrow should work
> 04:49:00 am

Jerry Johnson

> Sounds good. I will be ready if you want to patch me in on a call with him or just talk to me first...either way.
> 04:50:11 am

DEF035985.000209

Device owner

I am traveling but hopefully a little later today
05:52:43 pm



Jerry Johnson

OK, I 'll be ready
05:53:07 pm

2021/12/20

Jerry Johnson

https://www.heritage.org/electionscorecard





03:58:02 pm

Some of the guys from Council for National Policy who work at Heritage put this voter integrity tool together. Click on a state and you can see the rating.

Would you like for me to connect today to Shawn at Cause of America? If you give me his contact number I can call him and see how best I can assist.
03:58:02 pm

DEF035985.000210

Device owner

> Yes let's talk in an hour or so
> 04:00:27 pm

Jerry Johnson

> ✔
> 04:00:40 pm

JJ

> Just missed your call, available now.
> 07:56:48 pm

Device owner

> Sent an attachment
> Filename: Jerry Johnson.vcf
> Path: ~/Library/SMS/Attachments/09/09/at_0_E831CD97-980B-42C8-80FC-CBEA28B1E5B8/Jerry Johnson.vcf
> Size: 404 bytes
> Type: text/vcard
> 10:24:39 pm

2021/12/31

Jerry Johnson

JJ

> Do you get to watch "Capitol Punishment" movie?
>
> I need you tell them today - either you are interested or you are not interested in selling it. Reminder, they want to sell for $9.95 each and will give you half of that price for every sale.
>
> What should I tell them?
> 03:55:45 pm

Device owner

> Yes let's talk this afternoon
> 04:01:33 pm

Jerry Johnson

> OK, thanks!
> 04:01:53 pm

https://www.theepochtimes.com/documentary-drops-inconvenient-truths-on-the-jan-6-narrative_4184143.html





JJ
09:45:05 pm

2022/01/01

Jerry Johnson

If you want to talk about the movie tonight, call. I will be watching. Otherwise, tomorrow.
02:42:58 am

DEF035985.000212

2022/01/06

**Jerry Johnson**

'Just called to see if you want me to answer the "Capitol Punishment" guys on their proposal for you to sell copies/downloads of their film for 50/50 split. Should I tell them

YES

or

NO

or

MAYBE?

03:37:27 am

**Device owner**

Let me watch it again 👍
I might be able to when I move MyStore over to frankspeech

03:40:55 am

**Jerry Johnson**

OK, I will tell them it's a maybe but we need more time. Thanks!

03:42:27 am

DEF035985.000213

Jerry Johnson

2 UPDATES & 2 QUESTIONS:

Update 1 - I am doing several phone meetings a week with Ashe's team. My two projects are A) finding the best Cause of America workers in Texas and getting them organized and B) also identifying what other National groups are doing on election integrity.

Question 1 - Do you want me to attend the Council for National Policy next week? I can talk with three National groups there about what they are doing on election integrity and what you are doing. Cost to attend - room, registration, flight - about $2,500 - you already paid annual membership fee of $15K.

Update 2 - through a mutual friend, I just talked to Kiltronx business leader, he has treatment for fabric that kills bedbugs, lice, fleas, mosquitoes in 30 seconds. It is all natural botanics - no chemical. He has 50 products, making and selling 300,000 units a month now. He talked to Christine one year ago, got an email from her 3 weeks ago, but wants to talk to you.

Question 2: Do you want to speak with him by phone or should I just reconnect him to Christine/My Store?

FYI - Also talked to Jay this weekend, he is working on two big deals, if they go through, he plans to buy out your hand sanitizer supply.

JJ    04:10:14 pm

DEF035985.000214

2022/02/18

Jerry Johnson

2 UPDATES & 2 QUESTIONS:

Update 1 - I am doing several phone meetings a week with Ashe's team. My two projects are A) finding the best Cause of America workers in Texas and getting them organized and B) also identifying what other National groups are doing on election integrity.

Question 1 - Do you want me to attend the Council for National Policy next week? I can talk with three National groups there about what they are doing on election integrity and what you are doing. Cost to attend - room, registration, flight - about $2,500 - you already paid annual membership fee of $15K.

Update 2 - through a mutual friend, I just talked to Kiltronx business leader, he has treatment for fabric that kills bedbugs, lice, fleas, mosquitoes in 30 seconds. It is all natural botanics - no chemical. He has 50 products, making and selling 300,000 units a month now. He talked to Christine one year ago, got an email from her 3 weeks ago, but wants to talk to you.

Question 2: Do you want to speak with him by phone or should I just reconnect him to Christine/My Store?

FYI - Also talked to Jay this weekend, he is working on two big deals, if they go through, he plans to buy out your hand sanitizer supply.

04:33:06 am

mlicloud@mypillow.com

Yes on council meeting
Give me a week or so with the MyStore product
Thanks

05:09:48 am

Jerry Johnson

Got it. Thanks, Mike!

05:10:47 am

DEF035985.000215

2022/03/07

Jerry Johnson

FYI - I just emailed my Cause of America report on Texas to you, Ashe, and Melody. I recommend we invite key Texas leaders to attend your April 2 Houston talk and then have an organizational meeting with the key guys afterwards.

Also Kevin Jessip wanted me to remind you about his recommendation for buying a bank.

09:10:10 pm

2022/03/30

Jerry Johnson

Mike,
'Just tried to call. Please call soon at your convenience...two huge issues/"deviations" to discuss. Thanks, Jerry
08:18:27 pm

2022/03/31

Jerry Johnson

If you want to talk tonight I will be awake for another 30 minutes (until 12:30 Central time). If not, we should talk tomorrow.
05:01:10 am

mlicloud@mypillow.com

Sorry Jerry I fell asleep
08:32:04 am

✓ Sent

2022/04/02

Jerry Johnson

Tonight in Houston a pastor named Rick Scarborough will be praying on the program where you speak. He has been holding rallies in Texas towns to get pastors and churches involved in elections. He wants to meet you before or after. Just want you to know I have known Rick a long time and he is totally legit and I believe his rallies are effective.
09:58:49 pm

DEF035985.000216

Jerry Johnson

https://rumble.com/v10poc1-tea-party-patriots-organize-election-integrity-infrastructure-summits-in-ke.html





Sent an attachment
Filename: A347A6A5-5E78-4046-B023-3A13B027B748.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/4521BCDF-F07B-47B6-A037-75114F6E2451/A347A6A5-5E78-4046-B023-3A13B027B748.pluginPayloadAttachment

Sent an attachment
Filename: 64F5FBA6-1340-454F-B936-F891A6CCEDD8.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/15BB9C55-FFCD-46FA-BDF5-723CCAFBFEA3/64F5FBA6-1340-454F-B936-F891A6CCEDD8.pluginPayloadAttachment

Sent an attachment
Filename: DB6457A1-4BE3-4033-B50F-D0800B3BF280.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/B4AE4F4F-E83B-4487-A9F3-201F0E1F6A19/DB6457A1-4BE3-4033-B50F-D0800B3BF280.pluginPayloadAttachment

DEF035985.000217

Sent an attachment
Filename: 7A8F0B83-844F-4CAB-866D-C78F70E44DBC.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E7DEA82D-01DA-4833-91A2-
9EAECA38E546/7A8F0B83-844F-4CAB-866D-C78F70E44DBC.pluginPayloadAttachment
05:03:39 am

Hey Mike, Jenny Beth Martin reached out to me because she thought I was still working
with your team on election integrity. She would like to meet you sometime. She sent
me this link to her on Bannon's "WarRoom" show. I told her I would pass it on to you.
Jenny is a hard worker on election issues.

'Hope all is well for you my friend. I thank God for putting you in my life and I pray His
huge blessing on your work and business! Jerry
05:03:39 am

2022/08/06

Jerry Johnson

Sent an attachment
Filename: MOV_5225.mov
Path: ~/Library/SMS/Attachments/63/03/BB3EB8ED-F654-4F42-B10C-
4D9E88567C51/MOV_5225.mov
Size: 4 MB
Type: video/quicktime
03:59:19 am

Mike,
This video is Ivan from Americano TV, he is like "Rush Limbaugh" for Hispanics, he is
promoting "My Pillow" here! I met him this week and he said to tell you hi!
Blessings, my friend. Jerry
03:59:48 am

✓ Unread