# Exhibit 169

**Platform:** Native Messages    **Timezone:** UTC+0000

| | Device owner | | Mary Fanning +1 (847) 644-2669 | | Mike Lindell +1 (952) 923-0663 | | mlicloud@mypillow.com |

2021/01/10

Mary Fanning



**See email**
10:55:01 pm

2021/01/12

Mary Fanning

EXCLUSIVE: Proof China, Russia Hacked 2020 Election: IP Addresses In China, Russia, Hong Kong, Germany, Canada, Czech Republic Hacked PA, NV, MI, GA Battleground States Raw Data Analytics Show - The American Report
02:15:55 am

https://theamericanreport.org/2021/01/11/exclusive-proof-china-russia-hacked-2020-election-ip-addresses-in-china-russia-hong-kong-germany-canada-czech-republic-hacked-pa-nv-mi-ga-battleground-states-raw-data-analytics-show/









02:15:59 am



02:15:59 am

https://www.whitehouse.gov/presidential-actions/executive-order-addressing-threat-securities-investments-finance-communist-chinese-military-companies/











DEF035558.000003



MF    09:22:28 pm

2021/01/15

mlicloud@mypillow.com

Sent an attachment
Filename: FILE_4736.pdf
Path: ~/Library/SMS/Attachments/ec/12/EEB8C10A-4686-42AA-A199-EA455BD5A1C3/FILE_4736.pdf
Size: 454 KB
Type: application/pdf
05:41:15 pm

Mary Fanning

MF    See email
07:15:18 pm

2021/01/17

mlicloud@mypillow.com

Is there a link for tonight ?
11:13:44 pm

Mary Fanning

https://mobile.twitter.com/home





11:29:53 pm

DEF035558.000004

MF

Sent an attachment
Filename: IMG_8468.heic
Path: ~/Library/SMS/Attachments/df/15/0063E615-B4B6-4AD5-965D-8B7311568E8C/IMG_8468.heic
Size: 102 KB
Type: image/heic
11:30:11 pm

mlicloud@mypillow.com

I mean how do I get on the zoom?
11:48:50 pm

Mary Fanning

Phone only. Brannon will call you 5 minutes before 8 PM CST
11:50:06 pm

MF

On the phone only — no zoom.
11:50:34 pm

mlicloud@mypillow.com

Got it
11:57:41 pm

2021/01/18

Mary Fanning

Mike, did you want to brief Brannon and me as to what not to say tonight while on air?
12:19:38 am

MF

Or we can just let you tell your story and not ask specific questions that might put you in the spot
12:20:29 am

mlicloud@mypillow.com

Let's talk and before
12:36:47 am

Mary Fanning

Ok
12:39:12 am

MF

2021/01/25

mlicloud@mypillow.com

https://twitter.com/va_shiva/status/1339231979418628096?s=10

DEF035558.000005





12:06:39 am

Steve is still tied up
Do you have time yet
04:00:04 am

Sent an attachment
Filename: Solomon Spreadsheet 1.24.21.numbers
Path: /var/tmp/com.apple.messages/7AB65877-4B23-436F-B337-A3EA9DA588B3/Solomon Spreadsheet 1.24.21.numbers
Size: 834 KB
Type: application/zip
05:08:30 am

2021/01/26

mlicloud@mypillow.com

https://michaeljlindell.com/the-real-mike-lindell/

DEF035558.000006









05:44:02 am

Mary I will cover all Brannon production costs and all costs
06:16:23 am

2021/01/27

mlicloud@mypillow.com

Sent an attachment
Filename: FILE_9927.docx
Path: ~/Library/SMS/Attachments/92/02/EA346BFD-BEE7-4ADB-9E15-01F4E9B89F6A/FILE_9927.docx
Size: 22 KB
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
04:10:37 am

DEF035558.000007

Sent an attachment
Filename: IMG_4422.heic
Path: ~/Library/SMS/Attachments/aa/10/6E5A4279-851F-4D54-B6BB-39E41D943A87/IMG_4422.heic
Size: 39 KB
Type: image/heic
07:03:24 am

2021/01/28

mlicloud@mypillow.com

https://rumble.com/vdc0hb-mathematician-election-numbers-dont-add-up.html









12:50:48 am

Did you ask the general if he can get the "smart guy"?
12:57:03 am

Mary Fanning

He is still on the phone — I'll call you when he calls

We are getting the doc in a clearer version from our IT guy— he will be home in 20 to send to me and I'll forward that
12:59:23 am

1  mlicloud@mypillow.com

DEF035558.000008

Mellissa Carone
Dominion Contractor
Mobile (248) 802-2735
Other (248) 802-2735
09:44:55 pm

Sent an attachment
Filename: Melissa Carone.vcf
Path: ~/Library/SMS/Attachments/00/00/8D1A9712-F6E6-4655-8A2F-6A18043FE08A/Melissa Carone.vcf
Size: 195 bytes
Type: text/vcard
09:48:53 pm

MF

2021/01/29

mlicloud@mypillow.com

Mary
Are you out there ?
01:25:18 am

Mary Fanning

https://www.youtube.com/watch?v=Bfz4Rc6R_IQ&feature=youtu.be




02:58:52 am

I am here
02:59:00 am

https://youtu.be/xXMW9VNMPT4





Sent an attachment
Filename: 210E18B4-BB1F-4B53-8D05-298C0BE27F2C.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/7F5B1ECD-9CC5-458A-8F7D-85E1A305B9B8/210E18B4-BB1F-4B53-8D05-298C0BE27F2C.pluginPayloadAttachment

Sent an attachment
Filename: B4AE0E8C-9115-4C75-88F1-7207AFF40468.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E181D34C-CAB6-4434-8A40-B0DBD9FCAD28/B4AE0E8C-9115-4C75-88F1-7207AFF40468.pluginPayloadAttachment





MF    03:55:05 am

mlicloud@mypillow.com

Sent an attachment
Filename: Shane Pilot.vcf
Path: ~/Library/SMS/Attachments/0f/15/E68D50CA-C9BC-4C72-8448-4F1351AC782E/Shane Pilot.vcf
Size: 164 bytes
Type: text/vcard
04:01:56 am

Do you have a clear one page evidence piece I can give a newspaper ?
02:36:52 pm

Mary Fanning

MF    Dennis is sending me another page we can use this morning.
03:03:15 pm

mlicloud@mypillow.com

Thanks
03:10:51 pm

DEF035558.000010

This would help as it is my home town paper Minneapolis tribune
03:11:13 pm

Mary Fanning

I last spoke to him at 3:30 and he was going to get some sleep.  He'll touch base when he is up.
03:13:45 pm

https://www.thegatewaypundit.com/2020/12/breaking-huge-major-national-security-issue-identified-related-chinas-connection-dominion-voting-machines/





Sent an attachment
Filename: DCDBCAE8-3FF3-4127-8417-36AEAA723FDF.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E2A2677B-D4C8-4AC8-9B80-20F53AA3D125/DCDBCAE8-3FF3-4127-8417-36AEAA723FDF.pluginPayloadAttachment

Sent an attachment
Filename: EFB75F74-8D65-4948-B70C-EDC6E25FC312.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/0BD51165-D455-4BF7-BCA6-961F5F92F03F/EFB75F74-8D65-4948-B70C-EDC6E25FC312.pluginPayloadAttachment

Sent an attachment
Filename: 79702B7B-C23A-4B4D-98CF-B4D7D5EB2C48.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/17B9F2B9-8E4D-4CF2-BB07-8C42A395AAAC/79702B7B-C23A-4B4D-98CF-B4D7D5EB2C48.pluginPayloadAttachment

Sent an attachment
Filename: 523E1D37-88E2-4FC9-887C-5F4D80849393.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/BB3237BE-7B2F-4603-90E7-231BF0DAC7DF/523E1D37-88E2-4FC9-887C-5F4D80849393.pluginPayloadAttachment

DEF035558.000011



News

eDevice Introduces the First Low
Current GSM/GPRS Modem for
Machine-To-Machine (M2M)

Celligo enables power-constrained devices to connect
to wireless cellular networks through a single cable



MF

03:14:43 pm

2021/01/30

Mary Fanning

https://www.thegatewaypundit.com/2021/01/pillow-announced-delays-shipments-following-overwhelming-support-company-founder-mike-lindell/



DEF035558.000012



Sent an attachment
Filename: C86E6FF1-608B-45B9-8C10-B1C9F5EDE47F.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/247E078C-5DA9-41FC-985E-30F01820229A/C86E6FF1-608B-45B9-8C10-B1C9F5EDE47F.pluginPayloadAttachment

Sent an attachment
Filename: F761B107-F8A2-4735-92B5-FFCED52FFD31.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/EE5AAF7B-57AF-4473-A94C-24F28706FE89/F761B107-F8A2-4735-92B5-FFCED52FFD31.pluginPayloadAttachment

Sent an attachment
Filename: DD480AE6-36BA-47C6-A05D-FEA6D4C5E7B3.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/F1857843-70A3-408A-AFA7-7113F970C686/DD480AE6-36BA-47C6-A05D-FEA6D4C5E7B3.pluginPayloadAttachment

Sent an attachment
Filename: 0E76D88C-574F-4D76-AAF6-897A9D7E9158.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/203DFE86-DE09-45A6-8600-B512E9FA2CD5/0E76D88C-574F-4D76-AAF6-897A9D7E9158.pluginPayloadAttachment





Sent an attachment
Title: F54775BD-F178-4DBF-939E-7F0E8C409499.pluginPayloadAttachment

Sent an attachment
Title: 24E2F817-BBDB-4A57-B539-023C0B2912A7.pluginPayloadAttachment

DEF035558.000013

Sent an attachment
Title: 9E5C53AE-3AE9-49A7-AE46-D3C3A52625E0.pluginPayloadAttachment

Sent an attachment
Title: BD00CC72-9531-4298-A595-F5F006A11648.pluginPayloadAttachment
06:29:33 am

https://www.thegatewaypundit.com/2021/01/pillow-announced-delays-shipments-following-overwhelming-support-company-founder-mike-lindell/





Sent an attachment
Filename: 0F1D77E2-C9D9-42EA-A82A-79E1E631B9F5.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/FF65764D-2D52-4B36-9496-6BA9752C2097/0F1D77E2-C9D9-42EA-A82A-79E1E631B9F5.pluginPayloadAttachment

Sent an attachment
Filename: B8A0A28B-5525-415C-BE04-8A7A83EE0A38.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/1E04FC68-E55B-467E-8697-0A174E82D46A/B8A0A28B-5525-415C-BE04-8A7A83EE0A38.pluginPayloadAttachment

Sent an attachment
Filename: 9DA3FABB-8824-4802-BFE2-E10D91140725.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/6873FB52-998C-42B4-8A8B-DF7B64108208/9DA3FABB-8824-4802-BFE2-E10D91140725.pluginPayloadAttachment

Sent an attachment
Filename: 86F31525-7058-4E68-BF75-3209C3B6A134.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D38E9DF4-E730-45E3-8BC1-FCFFAD950A1A/86F31525-7058-4E68-BF75-3209C3B6A134.pluginPayloadAttachment

Sent an attachment
Title: 66AECFF2-5801-41AA-89B4-2E6A54022C95.pluginPayloadAttachment

DEF035558.000014



Sent an attachment
Title: DE2D9559-9927-498D-9D4B-44629B7D45BD.pluginPayloadAttachment



06:30:37 am

1706 Powell Run Cove

Collierville 38017
03:14:15 pm

Brannon's Phone:

(573) 216-9400
03:14:40 pm

https://pursuedemocracy.com/2020/12/18/us-election-vote-adjudication-explained-its-a-rort/





05:34:21 pm

Latest, 22 Dec. 2020: In a podcast interview yesterday, Navarro said that more than 379,000 possibly illegal ballots were allegedly cast in Michigan. "That's more than twice the victory margin," he continued. During a nine-hour period on Nov. 4, Trump had a significant lead over Joe Biden, he added. Within "five seconds" at around 6:30 a.m. Biden's "total [votes] skyrocketed by 141,258 votes," or "30 times the expected vote count," Navarro said, citing data from the New York Times.
"Within that same time frame, do ya know how many Trump got? 5,968," he claimed. In another instance at around 3:50 a.m. ET in Michigan, 54,497 votes were provided for Biden while Trump only received about 4,718 votes, he said.
05:41:23 pm

DEF035558.000015

In other words, Dominion supplied the means for rampant fraud—through its "adjudication function" and the automatic assignment of unambiguous ballots to "adjudication"—but an election official who doesn't work for Dominion actually committed the fraud.

The adjudication feature is also consistent with the fraud analysis by actuary Ben Turner, whose detailed, controlled analysis of 657 Dominion-using counties and 2,388 non-Dominion using counties, since 2008, concluded that the Dominion-using counties experienced a "Dominion effect" yielding a 2 to 3 percent shift in Biden's favor.

05:48:59 pm

Sent an attachment
Filename: VVSG 1.1 VOL 1.508compliant.FINAL.pdf
Path: ~/Library/SMS/Attachments/3f/15/B43DC529-2A85-4951-96AE-7C1BEAF8DDCC/VVSG 1.1 VOL 1.508compliant.FINAL.pdf
Size: 2 MB
Type: application/pdf
06:13:29 pm

https://static1.squarespace.com/static/5e80e0d236405d1c7b8eaec9/t/5ff778dd48de2d43d544c5e6/1610053856499/Case-for-MI-Decertification.pdf



## Case for MI Decertification

Prepared by Patrick Colbeck
patrick@letsfixstuff.org

Sent an attachment
Filename: E9CA4D37-1162-4C65-A661-0F8C15779957.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/24EEA276-908C-4A16-B097-B5EA4E685349/E9CA4D37-1162-4C65-A661-0F8C15779957.pluginPayloadAttachment

Sent an attachment
Filename: 273A72A0-6F2D-4253-A0DA-8F4BCF34A7D8.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/74250ABA-04D9-40BC-9928-69BD15E3B68D/273A72A0-6F2D-4253-A0DA-8F4BCF34A7D8.pluginPayloadAttachment

Sent an attachment
Filename: CCED5ACC-E70C-40C5-8193-3DA7379440EB.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/CE426B0F-BCD6-4014-AD5E-D76605D10D81/CCED5ACC-E70C-40C5-8193-3DA7379440EB.pluginPayloadAttachment

Sent an attachment
Filename: D52E892E-5606-4394-8CCB-E12923185395.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/CAA5C96E-58AD-4657-B6DE-89F4EE2B6D13/D52E892E-5606-4394-8CCB-E12923185395.pluginPayloadAttachment

DEF035558.000016



Case for MI Decertification

Prepared by Patrick Colbeck
patrick@letsfixstuff.org



MF    07:16:18 pm

2021/01/31

Mary Fanning

https://m.huffpost.com/us/entry/us_60165463c5b63b0fb28191e2/amp





04:24:29 pm

https://www.youtube.com/results?search_query=Col+waldron





04:45:32 pm

Sent an attachment
Filename: IMG_5390.heic
Path: ~/Library/SMS/Attachments/66/06/F2140539-D0A8-4BF4-A94D-A24666BAC783/IMG_5390.heic
Size: 140 KB
Type: image/heic
05:07:17 pm

Russell Ramsland is a founding member of Allied Security Operation Group, LLC (ASOG) in Dallas, Texas, a company that is best described as a true private intelligence and security agency serving both private and government concerns with worldwide capabilities. He has unique government experience from serving on Capitol Hill for Chairman George Mahon to working with the Reagan White House, NASA and MIT to develop new semiconductor materials on the U.S. Space Shuttle for SDI. The results supported the United States' efforts to attain and maintain over-match in both space exploration and defense. Ramsland earned a B.A. in political science and government from Duke University in 1975 and an M.B.A. from Harvard School of Business in 1979.

05:28:31 pm

Ask about QSNATCH

05:52:36 pm

Russel Can you speak to the malware that grabs every login credentials of every county server ?  Explain QSNATCH

06:04:02 pm

Access to every vote

06:09:26 pm

Qsnatch gives access to every single vote ? Is that correct

06:12:25 pm

Inventor and entrepreneur Jovan Pulitzer has over 200 patents on barcode technology. He testified as an expert witness before a Georgia State Senate committee investigating 2020 election irregularities, presenting evidence on the side of President Trump's attorney Rudy Giuliani. Creator of "Scan Commerce" and "Scan To Connect" "MPOC Mobile Point of Care Testing" and "Haptic Mapping" platforms and patents. University Guest Speaker, Author History Books, History Channel A&E Personality, PBS Host. Pulitzer's patents have been licensed to more than 330 companies, ranging from early-stage firms to Fortune 100 Industry Leaders such as Apple, Amazon, Microsoft, Verizon, T-Mobile, eBay, IBM, AOL, Cisco, Google, Walgreen Co, TiVo Brocade Communications Systems, Inc.; Crate & Barrel Holdings, Inc.; F5 Networks, Inc.; QuickLogic Corporation; Rackspace Hosting, Inc.; Taiwan Semiconductor Manufacturing Company, Ltd.; Zynga Inc., Advanced Micro Devices, Inc., Avaya Inc., Ericsson AB, MobiTV, Inc., Nikon Corporation, Pioneer Corporation, NEC Corporation, Hitachi, Ltd., Novell, Inc.; Leap Wireless International Inc.; Barnes & Noble, Inc., Broadcom Corporation, Qualcomm Incorporated, Intel Corporation, Sony Corporation, HTC Corporation, LG Electronics Inc., Nokia Corporation, Samsung Electronics Co., Ltd., Best Buy Co, Inc., Fujitsu Limited, Intuit Inc., and Juniper Networks, Inc.

07:22:47 pm

Sent an attachment
Filename: IMG_6720.heic
Path: ~/Library/SMS/Attachments/8b/11/4C285947-446E-475C-AAC2-676577272E33/IMG_6720.heic
Size: 362 KB
Type: image/heic

10:12:54 pm

https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference-in-this-election-you-make-the-call/





10:59:26 pm

Proof Positive: Coordinated Cyberwarfare Attack Against US By China, Russia, Iran, Iraq, Pakistan To Steal Election From Trump

11:03:39 pm

https://theamericanreport.org/2021/01/03/proof-positive-coordinated-cyberwarfare-attack-against-us-by-china-russia-iran-iraq-pakistan-to-steal-election-from-trump/

DEF035558.000018





Sent an attachment
Filename: 50EC0396-940A-4A35-BA84-72C90A912286.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/6524B661-6C75-4A3D-9E9D-27360D9F3404/50EC0396-940A-4A35-BA84-72C90A912286.pluginPayloadAttachment

Sent an attachment
Filename: 0451EF48-CA24-4C31-99E8-E449D23285B0.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E3634419-A2F8-4B3B-9B87-7785B3EFC6B6/0451EF48-CA24-4C31-99E8-E449D23285B0.pluginPayloadAttachment

Sent an attachment
Filename: FA5DDC60-B3A5-41A6-8201-5C678A8748B3.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/3B7C4CB1-68D8-4421-8211-5A4A5ED82C68/FA5DDC60-B3A5-41A6-8201-5C678A8748B3.pluginPayloadAttachment

Sent an attachment
Filename: C5115D6E-79EC-4F67-B13C-2C1917104076.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D1206C49-A3F3-41C5-AC81-0B8706A5F01F/C5115D6E-79EC-4F67-B13C-2C1917104076.pluginPayloadAttachment




11:04:49 pm

MF    11:04:50 pm

2021/02/01

Mary Fanning

https://www.nytimes.com/2021/01/31/us/trump-election-lie.html



DEF035558.000019



Sent an attachment
Filename: 02A2AAE6-8D8D-45CD-B3B2-A259E0A75577.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/F4266A58-F15E-4510-BA1A-38B28217DF5F/02A2AAE6-8D8D-45CD-B3B2-A259E0A75577.pluginPayloadAttachment

Sent an attachment
Filename: CD0EF0E9-3FD9-4BD7-AF7B-96732564660C.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/1132BD6A-D2FA-4646-9729-B9A9F7318F1D/CD0EF0E9-3FD9-4BD7-AF7B-96732564660C.pluginPayloadAttachment

Sent an attachment
Filename: C104F6D2-6323-4C1D-B76E-B80C334CC160.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/539BFFC7-FD6B-48D1-99EC-EEF6EFB63369/C104F6D2-6323-4C1D-B76E-B80C334CC160.pluginPayloadAttachment

Sent an attachment
Filename: 65D1AB7F-5C14-4739-83DC-0831CC5BF14E.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/8B9B5C31-46F7-4DD8-BAB8-43AE7FCAAE2F/65D1AB7F-5C14-4739-83DC-0831CC5BF14E.pluginPayloadAttachment





05:22:18 pm

https://www.nytimes.com/2021/01/31/us/trump-election-lie.html



DEF035558.000020













DEF035558.000021



MF    05:23:07 pm

mlicloud@mypillow.com

https://babylonbee.com/news/mike-lindell-in-an-effort-to-appeal-to-socialists-introduces-our-pillow









DEF035558.000022





08:45:33 pm

Mary Fanning

https://www.armstrongeconomics.com/armstrongeconomics101/regulation/here-it-is-the-bill-to-destroy-gun-ownership/





08:56:14 pm

https://www.dcclothesline.com/2021/01/31/the-real-bill-gates-his-ruthless-money-hungry-pursuit-of-vaccines-video/



DEF035558.000023





Sent an attachment
Filename: AD8706A5-4853-405D-A842-4A45B1CAA2DD.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/56AB367B-E648-4E31-9649-77CAA1B53FCD/AD8706A5-4853-405D-A842-4A45B1CAA2DD.pluginPayloadAttachment

Sent an attachment
Filename: D0414122-BE5A-4063-A61C-E9EBA6930B49.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D2A94AA6-E47C-4AEE-8699-4176E7D0391A/D0414122-BE5A-4063-A61C-E9EBA6930B49.pluginPayloadAttachment

Sent an attachment
Filename: 6E5CE856-F9A9-4A8A-A09E-D267037D0C39.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/35B6C4C3-3183-4FDF-A367-0188F2F7DAC9/6E5CE856-F9A9-4A8A-A09E-D267037D0C39.pluginPayloadAttachment



DEF035558.000024





08:57:42 pm

https://www.linkedin.com/in/terry-turchie-5388481a
10:00:09 pm

Terry Turchie retired from the FBI in April, 2001, having served as the first Deputy Assistant Director of the newly created Counterterrorism Division of the FBI from March, 2000 to April, 2001. In...
10:00:09 pm

Some of the world's foremost cybersecurity experts have concluded that the 2020 U.S.
presidential election outcome was the result of interference by foreign adversaries and their intelligence services. ♦

10:00:28 pm

where were the DOJ and FBI ?
10:01:36 pm

Presented evidence
10:03:10 pm

Absolute proof
10:03:18 pm

Communists in Governemt
Comey "I used to be a communist"
Brennan communist Gus Hall
10:05:00 pm

Shush!!!
10:06:11 pm

Is freedom for Americans over?
10:12:47 pm

DEF035558.000025

$300 billion tech
$100 billion in jobs
To China
-Biggest cyber attack in history
-Cancel culture
10:15:17 pm

MF  What can the American people do
10:15:43 pm

2021/02/02

Mary Fanning

Concealed Concerning
Unite divide
12:13:52 am

Some of the world's foremost cybersecurity experts have concluded that the 2020 U.S.
presidential election outcome was the result of interference by foreign adversaries and their intelligence services. ♦
12:14:19 am

https://www.thegatewaypundit.com/2021/02/dr-shiva-jovan-pulitzer-mike-lindell-others-join-world-view-weekend-explain-fraudulent-ballot-counts-remedy-address-2020-election-fraud/





Sent an attachment
Filename: F30FDCCD-CE6D-4665-835E-F3FE25B2AB7B.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/38FF757B-6179-4437-917C-C47ED5435D09/F30FDCCD-CE6D-4665-835E-F3FE25B2AB7B.pluginPayloadAttachment

Sent an attachment
Filename: 3B581D0A-76BA-48B9-8645-4CF5272E34DD.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E4D3B627-E48D-40C6-9C5B-A87E85D5FFF5/3B581D0A-76BA-48B9-8645-4CF5272E34DD.pluginPayloadAttachment

Sent an attachment
Filename: 41DD48AF-F0DA-44B7-958B-0E31738CA962.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/0DDFF531-7700-4BA2-9F5C-8AEA1CD60486/41DD48AF-F0DA-44B7-958B-0E31738CA962.pluginPayloadAttachment

Sent an attachment
Filename: 37AFF449-33B6-40F4-B70D-C3BA96DE8121.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/438EA9FB-0F2C-4D0F-8DB2-8A742F8BA598/37AFF449-33B6-40F4-B70D-C3BA96DE8121.pluginPayloadAttachment

Sent an attachment
Filename: 2B8B9AE7-4D95-43B6-861B-ACBE007A1FD9.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/0674C8CF-0262-4C61-BB0E-A019C872A594/2B8B9AE7-4D95-43B6-861B-ACBE007A1FD9.pluginPayloadAttachment

Sent an attachment
Filename: 0690FB81-A492-45A8-9821-6FF2EBC2A0E2.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/6DD983E3-BEE1-4026-97E9-0DA410BE4EE5/0690FB81-A492-45A8-9821-6FF2EBC2A0E2.pluginPayloadAttachment





01:16:25 am

"As Ronald Reagan emphasized, America is a shining city upon a hill whose beacon light guides freedom-loving people everywhere." And, "As Ronald Reagan said in his farewell address to the nation, 'I've spoken of the Shining City all my political life. ...I
01:44:18 am

Ronald Reagan once said "America is a shining city upon a hill whose beacon light guides freedom-loving people everywhere." And, "As Ronald Reagan said in his farewell address to the nation, 'I've spoken of the Shining City all my political life. ...I
01:47:00 am

Ronald Reagan once said "America is a shining city upon a hill whose beacon light guides freedom-loving people everywhere." If the lights go out here they go out everywhere
01:47:49 am

MF

DEF035558.000027

Device owner

I am landing
10:35:45 pm

2021/02/03

Mary Fanning

https://www.axios.com/trump-oval-office-meeting-sidney-powell-a8e1e466-2e42-42d0-9cf1-26eb267f8723.html








09:56:42 pm

https://publicdomainregistry.com/




10:47:15 pm

AbsoluteProof.com
Is the domain name
10:47:15 pm

DEF035558.000028

Parent company www.endurance.com
10:47:36 pm

MF

201-377-5952
Public Domain Registry
10:48:34 pm

mlicloud@mypillow.com

Https://Todd.in/pdr
11:15:22 pm

Mary Fanning

MF

9727436424 Todd
11:21:20 pm

2021/02/04

Mary Fanning

Make certain the copyright is filed before releasing the film.
06:34:00 am

https://www.thegatewaypundit.com/2021/02/got-tgp-release-smoking-gun-video-tcf-center-detroit/







DEF035558.000029



MF

05:50:41 pm

2021/02/05

Mary Fanning

https://welovetrump.com/2021/02/03/mike-lindell-everyones-going-to-see-this-miracle-unfold-to-be-released-on-friday/

Sent an attachment
Filename: 7063A319-AA45-4424-BA1C-E02B3D0B56D6.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/DFCAB389-D7B2-4373-88FA-FF649AD959DC/7063A319-AA45-4424-BA1C-E02B3D0B56D6.pluginPayloadAttachment

Sent an attachment
Filename: 79AF6C9A-811E-4324-B450-FAF84F3E56DC.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/591A4DD8-5301-4343-9185-8FD46EEB18C6/79AF6C9A-811E-4324-B450-FAF84F3E56DC.pluginPayloadAttachment





06:16:48 am

https://welovetrump.com/2021/02/03/mike-lindell-everyones-going-to-see-this-miracle-unfold-to-be-released-on-friday/

DEF035558.000030

Sent an attachment
Filename: 0C307AAF-4948-4DF6-9DB9-480A8AB01A4C.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/CB4A3CAD-6CFB-4DC6-8971-D6D0E537F5FF/0C307AAF-4948-4DF6-9DB9-480A8AB01A4C.pluginPayloadAttachment

Sent an attachment
Filename: DDC1F1C5-3483-4EB2-9FA3-89AAD82F5FA5.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D4FF8B26-B79D-440C-92DB-E06C4E38B7B1/DDC1F1C5-3483-4EB2-9FA3-89AAD82F5FA5.pluginPayloadAttachment





06:17:37 am

MF | People are requesting a DVD so this can be played in their churches etc.
10:36:35 pm

mlicloud@mypillow.com

I heard that too
Let me check
10:37:20 pm

Mary Fanning

Great. Thanks!
10:37:45 pm

https://teamcandaceowens.com/supreme-court-announces-it-will-soon-consider-major-election-lawsuits/

DEF035558.000031









11:15:33 pm

2021/02/06

Mary Fanning

https://www.lucianne.com/2021/02/06/mike_lindell_releases_explosive_documentary_on_the_2020_election__absolute_proof_film_includes_testimony_and_interviews_from_experts_on_historic_fraud_in_2020_election_53385.html

L

L
03:36:26 pm

Encourage billboards across the country ABSOLUTE PROOF
05:02:10 pm

Digital Soldiers and Technocracy seeking to destroy America.
05:03:08 pm

DEF035558.000032

2021/02/09

mlicloud@mypillow.com

Good morning!  I hope you are doing well.  Liz Harris has sued the state regarding the election.  She was wondering if we could get any of the data that proves the fraud in this state.  Do you have anything for Pima or Cohise county included?

Also you mentioned there was another website we could look at.  I wrote American Report dot com but that is not it.  Do you recall what it would is?

Thank you for your service! God bless you.

Got this from Gail this morning Mary
03:33:32 pm

Mary Fanning

For starters the contact is through TheAmericanReport.org

I'll ask him for that detailed information. I "spoke" to him last night.
03:42:53 pm

Larry Johnson continues to do the bidding of the CIA who illegally commandeered the Hammer and want to keep their weapon. The CIA has no charter to spy in America or on Americans.

Johnson has already been called out for claiming he has knowledge of a SAP program. He does not. So what is the CIA guy Larry Johnson up to?

The New York Times refers to Dr. Navid Keshavarz-Nia as "the smartest man in the room."

In his affidavit signed on November 25, 2020, Dr. Navid Keshavarz-Nia stated:

I have advanced training from the Defense Intelligence Agency (DIA), Central Intelligence Agency (CIA), National Security Agency (NSA), DHS Office of Intelligence & Analysis (I&A) and Massachusetts Institute of Technology (MIT)...

...I am employed by a large defense contractor as a chief cyber security engineer...my expertise spans 35 years of performing technical assessment, mathematical modeling, cyber-attack pattern analysis, and security counterintelligence linked to FIS [foreign intelligence service] operators, including China, Iran, North Korea, and Russia. I have worked as a consultant and subject-matter expert supporting the Department of Defense, FBI and US Intelligence Community (USIC) agencies such as the DIA, CIA, NSA, NGA, and the DHS I&A supporting counterintelligence, including supporting law enforcement investigations.

The USIC has developed the Hammer and Scorecard tools, which were released by WikiLeaks and independently confirmed by Lt. Gen. Thomas McInerney (USAF, retired), Kirk Wiebe, former NSA official, and Dennis Montgomery, former CIA [contractor]...The Hammer and Scorecard are capabilities are tradecrafts used by US intelligence analysts to conduct MITM [Man-in-the-Middle] attacks on foreign voting systems, including the Dominion Voting Systems (DVS) Democracy Suite and [Election] Systems and Software (ES&S) voting machines without leaving an electronic fingerprint...

In my expert opinion, I conclude the following:

...I conclude that FIS [foreign intelligence services] and other operators were involved to influence the outcome of the 2020 election.

A Man-in-the-Middle (MITM) cyber attack was carried out by covert operators using sophisticated tools, such as Hammer and Scorecard...

...I conclude with high confidence that the election 2020 data were altered in all battleground states resulting in hundreds of thousands of votes that were cast for President Trump to be transferred to Vice President Biden.

Why does The Gateway  Pundit continues to publish Johnson's shameless CIA propaganda ?
03:45:31 pm

2021/02/10

Mary Fanning

https://www.forbes.com/sites/bernardmarr/2018/09/16/smart-dust-is-coming-are-you-ready/



DEF035558.000033



Sent an attachment
Title: 9ABE0F0D-ED7E-41B0-BA20-12331FA19F55.pluginPayloadAttachment



Sent an attachment
Title: 5CD5E39B-B785-451C-B964-4A7B0B5B3B97.pluginPayloadAttachment



MF

03:51:47 pm

2021/02/11

Mary Fanning

https://www.worldviewweekend.com/radio/audio/brannon-howse-february-10-2021





07:39:48 am

https://youtu.be/Nt3Qt1I2Lac



DEF035558.000034







07:42:15 am

MF     1:05
07:42:15 am

2021/02/12

mlicloud@mypillow.com

https://apelbaum.wordpress.com/2021/02/10/clowns-hammers-scorecards-and-con-man/





06:51:21 pm

Mary Fanning

Yes— putting together a rebuttal right now
06:51:53 pm

https://www.electionrecords.com/fraud/master-25.htm
06:52:36 pm

MF

06:52:36 pm

2021/02/23

Mary Fanning

The lawyers and their tactics are as I understood them to be. Putrid. Never filed — no Civ, just smear tactics. Agree with Matt DePerno's assessment that the CIA is behind this "Big Lie." NYT's began the narrative, Larry Johnson, Jason Goodman and Charles Ortel followed — then Clare firm weighed in with their smear campaign.
07:44:37 pm

https://www.thedailybeast.com/60-minutes-boss-hired-law-firm-over-metoo-story/



DEF035558.000036



MF

Sent an attachment
Title: EC6435C9-187E-4F50-8B3A-709425A788E1.pluginPayloadAttachment

Sent an attachment
Title: 4F51798F-B728-4629-9E7A-58F8DEBAABDB.pluginPayloadAttachment
07:44:42 pm

2021/03/01

Mary Fanning

https://www.worldviewweekend.com/tv/video/globalist-siege-freedom-exposing-their-religious-and-political-plan-destroy-dissenters-and



MF

04:26:53 am

2021/03/04

Mary Fanning

https://populist.press/wp-content/uploads/2021/03/FULL-Transcript-of-Whistleblower-Interview.pdf

pdf

DEF035558.000037





INTRODUCTION

DATE OF RECORDING
JANUARY 9TH, 2021

Confidential Interviews
Introduction on 01/09/2021

INTRODUCTION

DATE OF RECORDING
JANUARY 9TH, 2021

www.huseby.com Huseby, Inc. Regional Centers 800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

pdf

MF    08:36:03 pm

2021/03/19

mlicloud@mypillow.com



DEF035558.000039

2021/03/25

Mary Fanning

Jordan Fuchs Was Source Prompting Washington Post Correction | Heavy.com
https://heavy.com/news/jordan-fuchs/
02:19:35 am

Does one need access to the Census?
04:57:52 pm

MF

One of the hosts (female blond) on Fox News outnumbered just said in response to hearings today in which social media CEOs are being grilled for allowing coyotes to use social media platforms that (paraphrasing) "t's amazing that conservatives and the My Pillow guy get kicked off social media but human traffickers and drug cartels are ok"
04:58:50 pm

2021/03/26

Mary Fanning

Col Waldron you said in Absolute proof that foreign interference could not have happened without foreign traitors
12:58:10 am

Col Waldron you said in Absolute proof that foreign interference could not have happened without domeatic traitors assisting
01:00:39 am

In our previous film Absolute Proof, we told you about a massive cyber attack – a form of hybrid warfare, conducted by China and other foreign adversaries against our country and the 2020 presidential election.
I have with me two very special guests - experts who spent years working in cyber inside the U.S. military.
Retired Air Force General Thomas McInerney is not only a decorated pilot who flew over 400 combat missions in Vietnam, as Vice Chief of Staff he was number three over the entire air force and commanded the unit in Alaska that protects America from Russian nuclear missile attacks.
Retired Army Colonel Phil Waldron is a cybersecurity expert who has analyzed the 2020 presidential election and testified in front of members of the Arizona State legislature.

General McInerney and Colonel Waldron are here to independently confirm that foreign adversaries did attack the 2020 election. This was foreign interference in our election, something the U.S. intelligence community and election cybersecurity experts had warned could happen. And it did.
We have obtained confirmed and verified the Internet Protocol, or "IP" addresses, from which these attacks were launched.
01:27:36 am

In our previous film Absolute Proof, we told you about a massive cyber attack – a form of hybrid warfare, conducted by China and other foreign adversaries against our country and the 2020 presidential election.

Reagan quote

No one is coming to save us we are the people that we have been waiting for
01:34:14 am

Ronald Reagan — 'If we lose freedom here, there is no place to escape to. This is the last stand on earth.'
01:37:03 am

You and I have a rendezvous with destiny.

We'll preserve for our children this, the last best hope of man on earth, or we'll sentence them to take the last step into a thousand years of darkness.
01:44:18 am

Ronald Reagan — 'If we lose freedom here, there is no place to escape to. This is the last stand on earth.'
01:45:33 am

No one is coming to save us we are the people that we have been waiting for
01:46:33 am

DEF035558.000040

President Ronald Reagan famously said "If we lose freedom here, there is no place to escape to. This is the last stand on earth."

And President Reagan was absolutely right.

Please share this information with everyone you know.

No one is coming to save us. We are the people that we have been waiting for.

01:48:17 am

President Ronald Reagan famously said "If we lose freedom here, there is no place to escape to. This is the last stand on earth."

And President Reagan was absolutely right.

Please share this information with everyone you know.

No one is coming to save us. We are the people that we have been waiting for.

01:53:54 am

At the opening of this program, and in our previous film Absolute Proof, we told you about a massive cyber attack – a form of hybrid warfare, conducted by China and other foreign adversaries against our country and the 2020 presidential election.

President Ronald Reagan famously said "If we lose freedom here, there is no place to escape to. This is the last stand on earth."

"You and I have a rendezvous with destiny. We will preserve for our children this, the last best hope of man on earth, or we will sentence them to take the first step into a thousand years of darkness.

And President Reagan was absolutely right.

Please share this information with everyone you know.

No one is coming to save us. We are the people that we have been waiting for.

01:56:26 am

President Ronald Reagan famously said "If we lose freedom here, there is no place to escape to. This is the last stand on earth."

And President Reagan was absolutely right.

Please share this information with everyone you know.

02:07:24 am

Sent an attachment
Filename: IMG_5088.heic
Path: ~/Library/SMS/Attachments/22/02/93061B74-B75F-4FFD-9EF1-C305504809D4/IMG_5088.heic
Size: 32 KB
Type: image/heic
03:56:16 pm

MF

DEF035558.000041

2021/03/30

Mary Fanning



04:49:13 am

Mike,
Good morning.🔼
Reminder: to call Susan Lewis and Abby Jones  in order to send 20,000 documents. 📰
02:04:16 pm

https://www.breitbart.com/politics/2021/03/29/donald-trump-dr-deborah-birx-proven-liar-and-dr-anthony-fauci-king-of-flip-flops/







DEF035558.000042


09:27:05 pm

Perhaps he shouldn't be spouting this
09:27:05 pm

Mike,
Reminder: Re 20,000 documents and
to call Susan Lewis and Abbey Jones

You can send to:
MaryFanning@Potonmail.com

Thank you📧
10:40:01 pm

mlicloud@mypillow.com

I reached out and talking more to them tonight.
10:46:59 pm

Mary Fanning

Great. Thank you.
11:06:06 pm

2021/03/31

Mary Fanning

https://www.foxnews.com/politics/trump-endorses-drew-mckissick-over-lin-wood-sc-gop-chair







DEF035558.000043



12:33:10 am

Great interview.
The identical algorithm with the identical anomaly is found repeatedly across the states.
03:57:39 pm

MF  Would you like to be interviewed by John B Wells tonight from 10-11 CST along with Dr. Frank, Brannon and me.
08:58:15 pm

mlicloud@mypillow.com

I cannot go on tonight
09:13:28 pm

Thanks though
09:13:36 pm

2021/04/05

mlicloud@mypillow.com

https://m.facebook.com/story.php?story_fbid=10225457694057347&id=1475410655



10:00:11 pm

Mary Fanning

Very cute!
10:12:38 pm

MF  When you get a chance please call —
10:30:47 pm

DEF035558.000044

2021/04/09

Mary Fanning

https://twitter.com/themissuswhite/status/1380575383117033474





07:53:24 pm

Evo is Pope "Franco's" bosom buddy
07:54:07 pm

MF  We are sending Phil 200 ABSOLUTE PROOF CD's to hand out in Tulsa, OK on the 16th and 17th.
10:34:43 pm

mlicloud@mypillow.com

I have 5000 we can give out
10:37:23 pm

I can have them shipped to the venue if you want Mary
10:37:45 pm

DEF035558.000045

Mary Fanning

MF

Perfect. That sounds good. I wanted to ship Phil some so that he can hand them out.
I think it's a good venue to hand  out the ABSOLUTE PROOF CD's.
10:41:03 pm

mlicloud@mypillow.com

Yes for  sure
10:42:17 pm

Mary Fanning

MF

Great.
10:43:33 pm

2021/04/10

Mary Fanning

MF

Mike, Noon central time tomorrow with Brannon— hope that works — I'll send you bullet points for the interview okay.
12:45:47 am

mlicloud@mypillow.com

I thought it was 10:30?
12:46:50 am

Mary Fanning

MF

We changed to noon so everyone can sleep in and be rested. Thank you!
12:47:56 am

mlicloud@mypillow.com

11 central
12:50:11 am

Mary Fanning

MF

Then 11 Central it is. Thank you!
12:51:01 am

mlicloud@mypillow.com

Perfecto
12:51:46 am

Mary Fanning

MF

Terrific!
12:52:13 am

2021/04/13

Mary Fanning

MF

Mike,
Can you please remember to bring some of the ABSOLUTE PROOF CD's with you to Tulsa to hand out?
Thank you.
10:49:31 pm

DEF035558.000046

mlicloud@mypillow.com

Yes
10:53:17 pm 

2021/04/18

Mary Fanning

https://themarshallreport.wordpress.com/2021/04/17/health-and-freedom-conference-2021/








05:08:26 am

MF  `<iframe title="vimeo-player" src="https://player.vimeo.com/video/537841134" width="640" height="360" frameborder="0" allowfullscreen></iframe>`
05:55:14 am

mlicloud@mypillow.com

Mary did you see the one where I spoke from the main stage ?
I can't find it
05:58:18 am

DEF035558.000047

This is yesterday's post
April 17th
05:59:10 am

2021/04/26

Mary Fanning

Congratulations! You and Stanley Kubrick!! Greatest director in Hollywood Winning the Razzie— take it to Jimmy Kimmel...
12:09:46 am

actors, many of Kubrick's films broke new ground in cinematography. The scientific realism and innovative special effects of 2001: A Space Odyssey (1968) were without precedent in the history of cinema, and the film earned him his only personal Oscar, for Best Visual Effects. Steven Spielberg has referred to the film as his generation's "big bang"; it is regarded as one of the greatest films ever made. For the 18th-century period film Barry Lyndon (1975), Kubrick obtained lenses developed by Zeiss for NASA, to film scenes under natural candlelight. With The Shining (1980), he became one of the first directors to make use of a Steadicam for stabilized and fluid tracking shots. While many of Kubrick's films were controversial and initially received mixed reviews upon release—particularly A Clockwork Orange (1971), which Kubrick pulled from circulation in the UK following a mass media frenzy—most were nominated for Oscars, Golden Globes, or BAFTA Awards, and underwent critical reevaluations. His last film, Eyes Wide Shut, was completed shortly before his death in 1999 at the age of 70.
12:09:49 am

https://www.mentalfloss.com/article/32272/5-films-didnt-deserve-their-razzie-awards





Sent an attachment
Filename: 5851D07B-D2D7-494A-AE32-150B416B2BE5.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D845A960-3538-4FB3-AEC8-7884AB178808/5851D07B-D2D7-494A-AE32-150B416B2BE5.pluginPayloadAttachment

Sent an attachment
Filename: C8D5CF52-0C25-4916-ABC6-152F9FD80E64.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/30336766-840A-4BE8-B03D-91A8FB46834C/C8D5CF52-0C25-4916-ABC6-152F9FD80E64.pluginPayloadAttachment

Sent an attachment
Filename: 7CE7C124-DCE3-45E9-8DE9-6688E3B9ACDF.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/77D4A92B-435E-4BE1-AFAB-1A0CDC6918DB/7CE7C124-DCE3-45E9-8DE9-6688E3B9ACDF.pluginPayloadAttachment

Sent an attachment
Filename: 6EA2341A-0AFA-457C-83D7-42666E79B803.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/54CAD64F-1312-4A9C-AE17-5890C42B1C7A/6EA2341A-0AFA-457C-83D7-42666E79B803.pluginPayloadAttachment

DEF035558.000048




12:10:17 am

https://www.yahoo.com/entertainment/mypillow-guy-mike-lindell-absolute-080000274.html





Sent an attachment
Filename: 88B14702-1249-47E6-903E-E3B6A445F1F7.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E43ED981-9884-4958-AE0E-B3DA41E3FBA3/88B14702-1249-47E6-903E-E3B6A445F1F7.pluginPayloadAttachment

Sent an attachment
Filename: ACD1A265-67B0-42FD-B269-ACA65406B3B9.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/AC45936D-D0C1-4BB9-848B-1657ABDF45D0/ACD1A265-67B0-42FD-B269-ACA65406B3B9.pluginPayloadAttachment

Sent an attachment
Filename: 86DD1B7D-9DE4-4656-AA0C-20FFBFD9FB24.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/8A97FA3F-6745-4CA0-877D-B268A6FDABE6/86DD1B7D-9DE4-4656-AA0C-20FFBFD9FB24.pluginPayloadAttachment

Sent an attachment
Filename: AC032628-7599-41D3-88AA-8879FE60479D.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/B74EA067-4136-423F-A0BA-B270FF4742EB/AC032628-7599-41D3-88AA-8879FE60479D.pluginPayloadAttachment

DEF035558.000049



 
12:33:36 am

2021/04/27

Mary Fanning

https://youtu.be/PyTt5TapRa8





Sent an attachment
Filename: E0BB8A8C-7EF6-4F77-8B3B-D284227C7612.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/097F1656-0577-4D9E-A90D-C66D179393F8/E0BB8A8C-7EF6-4F77-8B3B-D284227C7612.pluginPayloadAttachment

Sent an attachment
Filename: D3A584B7-A96D-494E-AC6E-473DD64CD88B.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/8555A060-7E80-45A4-B203-69EC55135EC8/D3A584B7-A96D-494E-AC6E-473DD64CD88B.pluginPayloadAttachment



DEF035558.000050



05:03:30 pm

We have coalesced a group— I brought his to Kurt — he reached out to Mike Farris  ADF

"MOTHERS (AMERICANS) AGAINST EXPERIMENTAL VACCINES"

https://thehighwire.com/watch/

While the government and the pharmaceutical companies are indemnified against damages from the experiment vaccine — we need to put the universities on notice as they demand students take the vaccine in order to attend...

We are putting together coalitions — PROTESTS AGAINST THE EXPERIMENTAL VACCINE

see Rules for Radicals — reverse engineer and see OH LUCKY MAN VIDEO I SENT YOU

MF
05:04:39 pm

2021/04/28

mlicloud@mypillow.com

Mary did you get a money wire from me ?
09:43:49 pm

Mary Fanning

I'll check Mike. In any case, thank you!
09:44:24 pm

Yes. Thank you your very generous wire did come through.

Break a leg — I'll be praying for you!! You will be terrific.

MF
09:59:10 pm

mlicloud@mypillow.com

Thanks
10:03:45 pm

You are awesome!!
10:03:51 pm

Mary Fanning

MF
Thank you - right back  at you!!
10:22:38 pm

2021/04/29

Mary Fanning

Thought you did great — and brought the attention of millions to the stolen election!
04:44:34 am

DEF035558.000051

https://theamericanreport.org/2021/04/26/absolute-interference-cybersecurity-experts-chinese-cyberwafare-attacks-flipped-u-s-election-from-trump-to-biden-chinese-made-tcl-alcatel-phones-distributed-to-georgia-poll-managers-secretly-conn/







Sent an attachment
Filename: FD2D92B1-584A-46A1-ADD8-BF367CF33523.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/5CBC23BB-0572-4E1E-84F2-13AE4E74A028/FD2D92B1-584A-46A1-ADD8-BF367CF33523.pluginPayloadAttachment

Sent an attachment
Filename: 0DB65313-0CFE-488F-B003-20649350F2F5.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/3959FE81-1E3B-491E-8B0F-BE205230F9AF/0DB65313-0CFE-488F-B003-20649350F2F5.pluginPayloadAttachment

Sent an attachment
Filename: 2346BAFB-2F81-48D0-83A7-63C5A3FCF7AA.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/A4311833-6973-4C9E-962A-A98D21F61B9A/2346BAFB-2F81-48D0-83A7-63C5A3FCF7AA.pluginPayloadAttachment

Sent an attachment
Filename: 5C3254E9-EF1F-4F6A-BAAB-CDDDFFA3D494.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/AE6734F4-3BD4-43B2-AE2E-3A69E3E0D360/5C3254E9-EF1F-4F6A-BAAB-CDDDFFA3D494.pluginPayloadAttachment

Sent an attachment
Filename: 987F7C1B-3EC1-412E-A952-422228DA8854.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/CBB47C45-2ACA-4FD1-AB30-9E0E40019BF7/987F7C1B-3EC1-412E-A952-422228DA8854.pluginPayloadAttachment

Sent an attachment
Filename: D28F930E-5672-4A52-BBFD-82765381555F.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/6271408E-ED42-4C1C-AE3A-FF48C49ACAFE/D28F930E-5672-4A52-BBFD-82765381555F.pluginPayloadAttachment



DEF035558.000052





MF

05:29:46 am

2021/05/08

Mary Fanning

Mike,
I am on air between 1-2 CST and again at 2:30.
I understand you have a wedding with Kendra — have fun.
Want to know if you want me to save the story re the FBI whistleblower I brought forward and brought ex Deputy Assistant Director of the Counterterrorism Division of the FBI Terry Turchie to record with my FBI asset
05:46:39 pm

MF

Do we publish the story or save it for the movie "coverup"
05:47:08 pm

2021/05/10

Mary Fanning

https://www.newsweek.com/roger-stone-wants-americans-punch-fat-steve-bannon-claiming-trump-has-alzheimers-1589910



DEF035558.000053







MF    06;06;30 pm

2021/05/11

Mary Fanning

MF    Pirate Bay
01:22:53 am

DEF035558.000054

2021/05/14

Mary Fanning

"Dominion voluntarily provides access to voting machine equipment and information to auditors who have been accredited by the U.S. Election Assistance Commission. We happily did so with the independent, EAC-accredited providers that Maricopa County hired for system auditing earlier this year.

"If Cyber Ninjas went through the process of successfully obtaining EAC accreditation, Dominion would of course cooperate, as we do with all federally accredited auditors.

"However, not only is Cyber Ninjas unaccredited, but they have also already demonstrated bias and incompetence, including committing a serious breach of the secure chain of custody that protects voting equipment, which has been deemed by the U.S. government as critical infrastructure.

"Releasing Dominion's intellectual property to an unaccredited, biased, and plainly unreliable actor such as Cyber Ninjas would be reckless, causing irreparable damage to the commercial interests of the company and the election security interests of the country. No company should be compelled to participate in such an irresponsible act."

-Dominion Voting Systems statement

MF    02:20:17 am

mlicloud@mypillow.com

Unreal !!!
02:40:39 am

Mary Fanning

MF    Yep — you're not our party — you don't get access!
02:41:15 am

mlicloud@mypillow.com

Mary
I couldn't use wicker on my plane.
I am flying now
02:41:49 am

Mary Fanning

MF    No worries— I passed the info on to Kurt.
03:18:59 am

2021/05/15

Mary Fanning

Have you read the Generals letter?

Sent an attachment
Filename: FILE_3455.pdf
Path: ~/Library/SMS/Attachments/2f/15/35EBB8CC-3BF7-4EA1-98EF-E75920823AC2/FILE_3455.pdf
Size: 201 KB
Type: application/pdf
02:22:23 pm

What do you think about filming a group of them regarding their missive to America and incorporating the vote and the China threat?
02:33:45 pm

MF    Listen to Steve Bannon now
03:03:29 pm

DEF035558.000055

mlicloud@mypillow.com

I think that is a good idea!
03:10:28 pm

Mary Fanning

CRT nonsense destroying military
General Boykin - "sounds like Soviets"
removing authority from commanders
General Harrell — following the "Rule of Law"
build cohesion— follow long held standards
General Bolduc "Americans need to understand we have a serious issue with security"
China, Russia, North Korea and Iran — Military is concerned about
Joe Biden not up to the job mentally or physically
Boykin Biden's fitness needs to be questioned and seriously
Questioning nuclear launch procedures — must be considered"
What would you ask
Boykin- get school board and city council — make yourself heard -vote judiciously
Bombard reps in Congress — be ready to let your voice be heard
General Harrell— pray seek guidance — pay attention - get involved
"Party chair in East Tennessee
"Hold the elected accountable"
03:14:40 pm

Bolduc - get involved —question Reps hold accountable (New Hampshire)
03:15:22 pm

"Courage most important of all viruses as all other virtues rest upon courage" Churchill quote per Bannon
03:16:42 pm

MF

mlicloud@mypillow.com

I can call you in a while Mary
03:21:48 pm

Mary Fanning

Stacy Abraham's "the Saul Alinsky of our time" Peter Navarro
03:34:33 pm

Sent an attachment
Filename: IMG_0292.heic
Path: ~/Library/SMS/Attachments/f1/01/A17A3163-0800-437B-97CC-4BD7E1737D62/IMG_0292.heic
Size: 56 KB
Type: image/heic
03:35:10 pm

Sent an attachment
Filename: IMG_0293.heic
Path: ~/Library/SMS/Attachments/10/00/805BBB08-AE81-4DEC-B531-08F5D9879416/IMG_0293.heic
Size: 58 KB
Type: image/heic
03:35:25 pm

DEF035558.000056

"Country wounded by Marxist ideology" Brian Kennedy
The Generals Letter "patriotic, noble ...."

Get to the bottom of the election
Arizona - left terrified what will be found in recount
Committee on Present Danger

Dominion cannot look is NOT GOOD ENOUGH

Navarro says the Cess pool is in GA, PA

No one is backing off until we get to the bottom of this
Sam Faddis "Generals correct — this is a Marxist revolution"

The muscle is coming from the deplorables just like Concord  Bridge

AZ GA PA WI Nevada Montana

CBS is terrified

Count Dangerous to this Marxist Revolution
03:44:39 pm

Faddis, Navarro, Kennedy,

Virus came from China  — Larry Sellin
House that Tony Fauci buildt
03:47:46 pm

Sent an attachment
Filename: IMG_5655.heic
Path: ~/Library/SMS/Attachments/aa/10/F41AF066-DF32-45D6-8607-77CA4A422F5C/IMG_5655.heic
Size: 33 KB
Type: image/heic
03:50:53 pm

Brit Katie Hopkins
"Now is the time for the generals to lead"
"Fight for our family — our faith — for freedom"
03:53:36 pm

British children must wear a sticker on their coats if they don't test for Covid — marked as unclean.
03:56:20 pm

MF
Call when you can —important
05:06:48 pm

mlicloud@mypillow.com
Lost you Mary ...
05:14:36 pm

Mary Fanning
MF
Calling back
05:16:19 pm

mlicloud@mypillow.com
Give me a few minutes yet
05:40:35 pm

DEF035558.000057

2021/05/18

Mary Fanning

CLAPPER CONNECTION: Fired CISA Director Chris Krebs And Krebs' Former CISA Election Security Lead Matt Masterson Oppose AZ Senate 2020 Election Audit, Subpoena For Maricopa Routers
05:54:48 am

https://theamericanreport.org/2021/05/16/clapper-connection-fired-cisa-director-chris-krebs-and-krebs-former-cisa-election-security-lead-matt-masterson-oppose-az-senate-2020-election-audit-subpoena-for-maricopa-routers/







Sent an attachment
Filename: 5B29C271-99A5-40D8-878C-8D432D117D21.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/39C9815C-8CE3-4280-8C98-0015DA1FFD19/5B29C271-99A5-40D8-878C-8D432D117D21.pluginPayloadAttachment

Sent an attachment
Filename: 7BDFB3CE-86E5-4A26-A953-77D39C51C6AD.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/979CDA2B-9EE1-4B30-8B17-8E5E686D8638/7BDFB3CE-86E5-4A26-A953-77D39C51C6AD.pluginPayloadAttachment

Sent an attachment
Filename: 25D7854D-E234-4D7E-9FE6-880A91253D1A.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/348C914E-CD11-4681-B484-120BE829DBD1/25D7854D-E234-4D7E-9FE6-880A91253D1A.pluginPayloadAttachment

Sent an attachment
Filename: 0FC44B10-5C20-4E35-8922-3B8E1DA230C8.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/40F10161-3B5F-411E-85A6-E24F4D5DB3CF/0FC44B10-5C20-4E35-8922-3B8E1DA230C8.pluginPayloadAttachment

Sent an attachment
Filename: 737F8F90-CED8-4999-88A1-87D82A54C96C.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/66955394-8A45-48D2-B98C-69B68834460E/737F8F90-CED8-4999-88A1-87D82A54C96C.pluginPayloadAttachment

Sent an attachment
Filename: 030091E9-8E5C-40C0-B91F-0B942C0BC08A.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/8FD9D6E3-780A-4A88-8ACC-4C0D40B7698E/030091E9-8E5C-40C0-B91F-0B942C0BC08A.pluginPayloadAttachment







05:54:52 am

05:54:52 am

CLAPPER CONNECTION: Fired CISA Director Chris Krebs And Krebs' Former CISA Election Security Lead Matt Masterson Oppose AZ Senate 2020 Election Audit, Subpoena For Maricopa Routers

https://theamericanreport.org/2021/05/16/clapper-connection-fired-cisa-director-chris-krebs-and-krebs-former-cisa-election-security-lead-matt-masterson-oppose-az-senate-2020-election-audit-subpoena-for-maricopa-routers/

National Security Info Provided To FBI Was Sold To Enemies By Traitors; Info Was Used To Hack Solarwinds, Colonial Pipeline; US Electric Grid, Nuclear Power Stations At High Risk, Says CIA Contractor-Turned-Whistleblower Who Exposed HAMMER

https://theamericanreport.org/2021/05/17/national-security-info-provided-to-fbi-was-sold-to-enemies-by-traitors-info-was-used-to-hack-solarwinds-colonial-pipeline-us-electric-grid-nuclear-power-stations-at-high-risk-says-cia-contractor/
05:54:57 am

National Security Info Provided To FBI Was Sold To Enemies By Traitors; Info Was Used To Hack Solarwinds, Colonial Pipeline; US Electric Grid, Nuclear Power Stations At High Risk, Says CIA Contractor-Turned-Whistleblower Who Exposed HAMMER
05:56:08 am

https://theamericanreport.org/2021/05/17/national-security-info-provided-to-fbi-was-sold-to-enemies-by-traitors-info-was-used-to-hack-solarwinds-colonial-pipeline-us-electric-grid-nuclear-power-stations-at-high-says-cia-contractor/



DEF035558.000059





Sent an attachment
Filename: EF0286C8-43A5-424C-A345-4D5038842BDF.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D107FA02-0560-472F-B898-67126F248248/EF0286C8-43A5-424C-A345-4D5038842BDF.pluginPayloadAttachment

Sent an attachment
Filename: 8DE884AB-A21F-4300-82DA-0F5460E4A801.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D17D9F17-FFFB-4592-994D-7D63151C8227/8DE884AB-A21F-4300-82DA-0F5460E4A801.pluginPayloadAttachment

Sent an attachment
Filename: E21C104F-31CD-48DC-9BBD-DB3D61504432.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/1A371B58-631B-483F-8941-227AFBDA5572/E21C104F-31CD-48DC-9BBD-DB3D61504432.pluginPayloadAttachment

Sent an attachment
Filename: 061CC2DE-A479-484E-B4E7-98A6F3D0F2CC.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/202F1ACA-6DA5-48EF-BD4C-911D5E5CEF3C/061CC2DE-A479-484E-B4E7-98A6F3D0F2CC.pluginPayloadAttachment

Sent an attachment
Filename: 34C3B82B-CE7D-4A49-BA07-CE8D81567E2B.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/93C685C1-1BC6-4AD9-9BD4-AC94C86E008D/34C3B82B-CE7D-4A49-BA07-CE8D81567E2B.pluginPayloadAttachment

Sent an attachment
Filename: 4854008E-6BCC-4077-9D53-091055FDB2C3.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/885857C2-B3D8-4330-9604-4E6175742D3C/4854008E-6BCC-4077-9D53-091055FDB2C3.pluginPayloadAttachment









05:56:12 am

2021/05/20

Mary Fanning

https://www.dailymail.co.uk/news/article-9571753/Former-FBI-director-Louis-Freeh-gave-100-000-private-trust-Joe-Bidens-grandchildren.html





DEF035558.000061



MF

03:10:15 pm

2021/05/24

Mary Fanning

MF

Can you do Wednesday?
01:24:32 am

mlicloud@mypillow.com

Hello
01:47:38 am

I lost you
01:47:41 am

Mary Fanning

https://theamericanreport.org/2021/05/18/fbi-asset-turned-whistleblower-christopher-wray-and-fbi-pushed-white-supremacist-false-narrative-during-leadup-to-january-6-capitol-hill-incident-while-ignoring-fbi-evidence-that-marxist/









DEF035558.000062









DEF035558.000063







04:03:55 am

National Security Info Provided To FBI Was Sold To Enemies By Traitors; Info Was Used To Hack Solarwinds, Colonial Pipeline; US Electric Grid, Nuclear Power Stations At High Risk, Says CIA Contractor-Turned-Whistleblower Who Exposed HAMMER
04:04:33 am

https://theamericanreport.org/2021/05/17/national-security-info-provided-to-fbi-was-sold-to-enemies-by-traitors-info-was-used-to-hack-solarwinds-colonial-pipeline-us-electric-grid-nuclear-power-stations-at-high-risk-says-cia-contractor/





DEF035558.000064



Sent an attachment
Filename: 5A752619-A0B1-46F2-A6F8-EB72218D4EB6.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/AD418A95-4F81-4D9D-A474-1A33983D524A/5A752619-A0B1-46F2-A6F8-EB72218D4EB6.pluginPayloadAttachment

Sent an attachment
Filename: 2A884FAB-5E95-460B-BE35-96AE273169D0.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/BA0C3455-8F99-434C-A3BB-A0EA0F85E872/2A884FAB-5E95-460B-BE35-96AE273169D0.pluginPayloadAttachment

Sent an attachment
Filename: 2EDC8939-3633-4A53-83A7-84E25A45ECDA.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/2F87EB6C-0432-4866-B24E-390D8E3E0A68/2EDC8939-3633-4A53-83A7-84E25A45ECDA.pluginPayloadAttachment

Sent an attachment
Filename: 376D2AEF-25DC-4CD8-B024-3661CC05362B.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/81AFE78C-4741-4EA7-B114-F2806E264E23/376D2AEF-25DC-4CD8-B024-3661CC05362B.pluginPayloadAttachment

Sent an attachment
Filename: 03FB4F11-FFC8-4714-A10C-8511A9A53374.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/8DF0A8D5-D129-4712-84D4-7DDBAA3F1247/03FB4F11-FFC8-4714-A10C-8511A9A53374.pluginPayloadAttachment

Sent an attachment
Filename: F381E503-DDF2-49D2-ACB6-FCEB17C9F8B0.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/39A8F5A0-94CC-4686-8DDE-ED21362509B1/F381E503-DDF2-49D2-ACB6-FCEB17C9F8B0.pluginPayloadAttachment







04:04:35 am

04:04:35 am

CLAPPER CONNECTION: Fired CISA Director Chris Krebs And Krebs' Former CISA Election Security Lead Matt Masterson Oppose AZ Senate 2020 Election Audit And Subpoena For Maricopa Routers - The American Report
04:05:20 am

https://theamericanreport.org/2021/05/17/clapper-connection-fired-cisa-director-chris-krebs-and-krebs-former-cisa-election-security-lead-matt-masterson-oppose-az-senate-2020-election-audit-subpoena-for-maricopa-routers/







Sent an attachment
Filename: 2FA46359-A4F5-4D69-9663-57D07A5CB8EB.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/DCEA5850-FA52-4149-8149-1AFC081A44F5/2FA46359-A4F5-4D69-9663-57D07A5CB8EB.pluginPayloadAttachment

Sent an attachment
Filename: 8B12DBF5-120C-4E17-87B6-7D40A9F67F71.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/24B762EB-2B9E-4B33-963C-5F83AD4021A8/8B12DBF5-120C-4E17-87B6-7D40A9F67F71.pluginPayloadAttachment

Sent an attachment
Filename: 3D27CC32-AF14-4621-AA55-E353C6E19920.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/934E4F96-80FA-41E3-8B86-D49C258B34B7/3D27CC32-AF14-4621-AA55-E353C6E19920.pluginPayloadAttachment

Sent an attachment
Filename: 808BC803-30A0-4E2C-9C00-0FECE759BC45.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/25C5FCC8-A8FF-4BAA-8B56-9047612230D6/808BC803-30A0-4E2C-9C00-0FECE759BC45.pluginPayloadAttachment

Sent an attachment
Filename: D48F872C-7212-4777-AD7D-0E2EE3343E67.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/4BE65F9E-D4FD-4E1C-8591-11094D32BCE2/D48F872C-7212-4777-AD7D-0E2EE3343E67.pluginPayloadAttachment

Sent an attachment
Filename: AEF67885-8BFE-4139-AC9E-C5F01C9D2F4E.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/12C041F1-C8F6-4E80-B9D4-309A28ED6654/AEF67885-8BFE-4139-AC9E-C5F01C9D2F4E.pluginPayloadAttachment







04:05:23 am

04:05:23 am

https://drive.google.com/file/d/1JadSWRAT2HEVinLSRUsmPI6EymG7K1Qk/view?usp=drive_web





troop readiness.
● U.S. Army intelligence analyst Bradley Manning, who later transitioned and changed names to Chelsea Manning, was convicted under the Espionage Act after leaking to WikiLeaks over 750,000 classified and sensitive documents obtained while serving in Iraq.

Sent an attachment
Filename: F1F5AE7F-56C2-4BBB-93FA-B039279BC2CD.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/778849FF-14CD-439D-9FC0-775F3124B76C/F1F5AE7F-56C2-4BBB-93FA-B039279BC2CD.pluginPayloadAttachment

Sent an attachment
Filename: 0D39F140-1C20-4A9F-9C8F-1B6CB76C6DF9.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/F76F2259-D922-4049-BB53-ACC22BABB4B8/0D39F140-1C20-4A9F-9C8F-1B6CB76C6DF9.pluginPayloadAttachment

Sent an attachment
Filename: E196E998-909E-46F5-9E5E-DF082854A930.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/18699999-1D32-4FC0-851A-1E91E3324EDF/E196E998-909E-46F5-9E5E-DF082854A930.pluginPayloadAttachment

Sent an attachment
Filename: 2903564A-63DC-4C46-ACDD-C24B440F89E4.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/9C1814FA-B978-4335-A2DB-586ADB22EADF/2903564A-63DC-4C46-ACDD-C24B440F89E4.pluginPayloadAttachment



troop readiness.
● U.S. Army intelligence analyst Bradley Manning, who later transitioned and changed names to Chelsea Manning, was convicted under the Espionage Act after leaking to WikiLeaks over 750,000 classified and sensitive documents obtained while serving in Iraq.

MF  05:21:06 am

Mary Fanning

- **Brian Kemp** was Georgia **Secretary of State** from January 8, 2010 to November 8, 2018.
- **Brain Kemp** has been Georgia **Governor** since January 14, 2019.
- In July 2019, the State of Georgia under Governor Brian Kemp awarded **Dominion Voting Systems** with a $107 million contract for 30,000 new voting machines.
- Georgia's 2019 $107 million contract under Governor Kemp switched Georgia from its old election equipment provider **Election Systems & Software (ES&S)** to a new election equipment provider, **Dominion Voting Systems**.

10:52:28 pm

- **David Dove** is the Current Executive counsel for Governor Brian Kemp and former Chief of Staff & Legal Counsel to former Secretary of State Brian Kemp. Dove accepted Las Vegas Trips from ES&S in March 2017 while his office was In the market for new voter machines.
- **Charles Harper**, Brian Kemp's current Deputy Chief of Staff and former Legislative Director, was a **lobbyist for ES&S** as recently as June 2018.
- **John Bozeman** is a Kemp donor, and the Head of Legislative Affairs for Former Governor Sonny Perdue. Bozeman has been a **registered lobbyist with ES&S** Since 2017.

10:55:33 pm

- Twenty year-old **Harrison Dea**l, a campaign staffer for Kelly Loeffler who dated Governor Brian Kemp's daughter, was killed in a fiery crash on Interstate 16 in Georgia on December 4, 2020 ahead of a rally by Vice President Mike Pence. Pence was campaigning for Republican candidates in Georgia's U.S. Senate runoff election.

11:00:27 pm

DEF035558.000069

- In 2018, while Brian Kemp was Georgia Secretary of State, Alex Halderman, a computer science professor at the University of Michigan, conducted an **election hacking demonstration** at **Georgia Tech** and showed how to rig an election by infecting voting machines with malware that guaranteed a chosen candidate would always win. Halderman said it's only a matter of time before foreign countries such as **China, Iran, North Korea or Russia** try to undermine elections by penetrating voting infrastructure in the United States.
- **Candice Broce**, a spokeswoman for **Georgia Secretary of State Brian Kemp**, said Halderman's concerns are addressed by state law, regulations and security procedures. "We are prepared," Broce said.

11:03:36 pm

- **Amber McReynolds** is an "election expert" and a graduate of the University of Illinois Urbana-Champaign and the far-left marxist-based London School of Economics. Amber McReynolds is CEO of the National Vote At Home Institute. From 2011 to 2018, McReynolds served as the director of elections in Denver, where Dominion Voting Systems' US operations are based. McReynolds conducted a presentation in Denver on Dominion's Democracy Suite technology. McReynolds advised Georgia Secretary of State Brad Raffensperger's office on vote-by-mail. On November 12, 2020, McReynolds tweeted "No, Dominion voting machines did not cause widespread voting problems. Don't be fooled by conspiracies & disinformation. Instead rely on trusted sources of information like election officials." In February 2021, Joe Biden announced that he was appointing McReynolds to the Board of Governors of the United States Postal Service.

MF

11:23:35 pm

DEF035558.000070

2021/05/26

Mary Fanning

MF

- **Georgia Deputy Secretary of State Jordan Fuchs** threw President Trump under the bus when she falsely told the Washington Post that President Trump told Georgia Secretary of State chief investigator Frances Watson during a phone call to **"find the fraud"** to become "a national hero." A recording of the call later released by the Wall Street Journal proved that "anonymous source" Fuchs had misquoted Watson to the Washington Post. **"The original story [as told by Fuchs] was a Hoax," President Trump stated.** Deputy Secretary Fuchs harshly scolded a Tea-Party aligned group that criticized Georgia Secretary of State Raffensperger's decision to use **Dominion Voting Systems** machines for Georgia's elections. Fuchs previously ran Brad Raffensperger's campaigns for years. Fuchs also worked in Washington, D.C. for the U.S. Foreign Policy Program with the **Council on Foreign Relations (CFR)**.

12:17:53 am

mlicloud@mypillow.com

Just got kicked out of Nashville
12:36:55 am

Mary Fanning

MF

Why?
12:37:15 am

mlicloud@mypillow.com

Ducey and Kemp got me kicked out of all the events
01:06:20 am

Before they even started
01:06:28 am

Mary send the Kemp stuff to Logan if you can I am flying to go on frank
01:07:13 am

Mary Fanning

MF

Oh my word!! They played into your hands!!
01:08:06 am

mlicloud@mypillow.com

Yes they did !!!
01:08:47 am

DEF035558.000071

Mary Fanning

This should probably be a GA movie …
Fuchs supposedly has sexual harassment claims against her.

Robert Sinners now at Sec States office (think he was a plant)
01:15:26 am

FYI,
Frank Gaffney is attempting to take over the Generals video — suggest we get it done ASAP!
02:52:43 am

Mike,

Father Altman, who has a huge following and is a rockstar in WI might be good for an opening prayer at your WI event. I gave Kurt the details etc…
10:50:47 pm

2021/05/27

mlicloud@mypillow.com

Mary
They said he just had open heart surgery?
I will for sure get him if he can do it
04:15:20 pm

Mary Fanning

I'll ask.. I have connections to him.
Father James Altman is one of the most courageous priests in America! He has spoken out repeatedly telling Catholics they cannot vote Democrat because of that political party's radical Pro-Abortion stance.
04:18:46 pm

mlicloud@mypillow.com

Yes I want him for sure if he can do it
04:22:01 pm

Mary Fanning

Just spoke to Father Altman. He is already engaged to speak to 400 men. I invited him to bring the 400 men to join you in Somerset.
04:45:13 pm

General Washington loves his "My Pillow" dog bed!



06:03:17 pm

DEF035558.000072

Device owner

Nice !!!
06:36:33 pm

mlicloud@mypillow.com

In a dr meeting.
07:26:02 pm

Mary Fanning


07:26:55 pm

2021/05/28

mlicloud@mypillow.com

Look who's in!


01:39:49 pm

Mary Fanning


04:27:35 pm

2021/05/29

Mary Fanning

Mike,
I have the Generals and Col Sellin for the June 9 filming. General Flynn agreed to the date — I have made bullet points for the discussion.

We have put together a story board for Absolute Coverup that includes Ducey and Kemp.

I also brought an FBI Asset-turned-whistleblower forward with Terry Turchie that we have already filmed with Brannon for Absolute Coverup.

Please save the June 9 date — schemes for between 2-4.
05:58:36 pm

DEF035558.000073

mlicloud@mypillow.com

Perfect !!
05:59:36 pm

Mary Fanning

ROLLING THUNDER has a rally tomorrow in Lambertsville, N.J.
tomorrow at 1:30EST— Trump and Lindell should make an appearance. ThT would be cool!
06:04:38 pm

https://youtu.be/Dzuw1ovpCMs





Sent an attachment
Filename: 5ADFE6BB-F79B-4A1C-AC38-D83159EECD82.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/F45613A7-CA4F-4F04-939F-B5D879051D5C/5ADFE6BB-F79B-4A1C-AC38-D83159EECD82.pluginPayloadAttachment

Sent an attachment
Filename: 29CB61A9-3F38-4B09-AB46-617BA351AFC6.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/086E93CE-E731-4239-8474-220C341CC49C/29CB61A9-3F38-4B09-AB46-617BA351AFC6.pluginPayloadAttachment

Sent an attachment
Filename: 6D0970DF-358C-4390-9D6A-249EEDDEBCBB.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/1556FDF3-0EBF-4414-BDE4-EADCD0B88F28/6D0970DF-358C-4390-9D6A-249EEDDEBCBB.pluginPayloadAttachment

Sent an attachment
Filename: 5E0AA1AE-AA4A-4695-8979-A10FE2B2CE82.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/C5730611-9498-44A3-BE99-25034872BE0A/5E0AA1AE-AA4A-4695-8979-A10FE2B2CE82.pluginPayloadAttachment

Sent an attachment
Filename: F48B969B-EA1A-46A6-A4BF-9C9E4BF77E16.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/06D8C2C6-18A5-4F65-837E-6B9028798DDA/F48B969B-EA1A-46A6-A4BF-9C9E4BF77E16.pluginPayloadAttachment

Sent an attachment
Filename: 75C29641-FCA1-47FE-902C-27D248830437.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/79D7DB59-6F27-4D8D-A49B-9F104FF98593/75C29641-FCA1-47FE-902C-27D248830437.pluginPayloadAttachment





MF
09:26:14 pm

2021/06/03

Mary Fanning

MF
Really Mike!!
06:20:21 pm

mlicloud@mypillow.com

??
06:29:09 pm

What is really?
06:30:26 pm

I lost signal Mary
06:43:12 pm

Mary Fanning

MF
Yes... Anyway — there is far more important things on the table — we need to save the country.
Have a good flight.
06:43:25 pm

mlicloud@mypillow.com

Let's talk later tonight and get on the same page for your part
You should be apart of all of this !!!
06:43:47 pm

Mary Fanning

MF
Saving the country is first and foremost to me — I appreciate all you have done and the flack you have incurred.
07:35:28 pm

2021/06/06

Mary Fanning

JOIN THE MAEV WAVE!

Mothers Against Experimental Vaccines
09:53:09 pm

DEF035558.000075

https://maev1.com/



Sent an attachment
Filename: 0B2EC466-8450-4F15-850F-141E4DAB1D9D.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/03405726-5084-4DF6-8506-C69472329E8F/0B2EC466-8450-4F15-850F-141E4DAB1D9D.pluginPayloadAttachment

Sent an attachment
Filename: B8485646-D254-4562-996A-EDE60FC03998.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/50E0E40C-477F-4E85-A5A1-503C02529C12/B8485646-D254-4562-996A-EDE60FC03998.pluginPayloadAttachment



09:53:13 pm

DEF035558.000076



09:56:20 pm

MF We have talking points for you for the June 9 filming with General Flynn, General McInerney, General Arbuckle and Col Sellin. They will appear remotely via Skype or Zoom.
10:28:07 pm

mlicloud@mypillow.com

Sounds great !
10:31:28 pm

2021/06/14

Mary Fanning

MF Let me know if you want to accept the invite from Williamson County GOP head near Nashville so we can build the event around you. Christine Read suggested (Lee Greenwood etc) Please let me know if you have a date seeing that June 19th didn't work out for you okay
03:51:32 pm

2021/06/24

Mary Fanning

Amen. 🙏🏻

MF Sent an attachment
Filename: IMG_2011.heic
Path: ~/Library/SMS/Attachments/33/03/65E3D1E4-D552-42E4-BB97-0A98A9B61639/IMG_2011.heic
Size: 15 KB
Type: image/heic
04:15:19 pm

2021/06/28

Mary Fanning

https://www.theatlantic.com/politics/archive/2021/06/william-barrs-trump-administration-attorney-general/619298/





Sent an attachment
Filename: A50ED115-9C94-4CE4-89CE-5E0D5BE5878F.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/7D580673-8B46-4B36-9536-DA5406133974/A50ED115-9C94-4CE4-89CE-5E0D5BE5878F.pluginPayloadAttachment

Sent an attachment
Filename: 3822129B-5963-4695-AEC3-73E3FA55F160.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/A476C32E-BF46-43A0-B35F-1BBF3025E783/3822129B-5963-4695-AEC3-73E3FA55F160.pluginPayloadAttachment





01:55:49 am

Happy Birthday Mike!!
You are an American hero!
You are here to "Accomplish My Glory" — God bless you today and everyday. 🙏
Thank you for all you are doing.
03:57:46 pm

MF

mlicloud@mypillow.com

Thanks Mary!
You are too!!!▨
Our efforts will save our country!
04:08:14 pm

DEF035558.000078

Mary Fanning

FYI:

Statement by Donald J. Trump, 45th President of the United States of America

RINO former Attorney General Bill Barr failed to investigate election fraud, and really let down the American people. Even the scam that took place in Georgia of ballot stuffing on camera, he couldn't see what was wrong with it. Just like he failed to understand the Horowitz report and let everyone down with respect to getting a timely investigation (where's Durham?) on all of the corruption of the Obama-Biden Administration.

It's people in authority like Bill Barr that allow the crazed Radical Left to succeed. He and other RINOs in the Republican Party are being used in order to try to convince people that the election was legitimate when so many incredible facts have now come out to show conclusively that it wasn't.

He came in with a semi-bang and went out with a whimper. Earlier in his term Bill Barr went ballistic on CNN with Wolf Blitzer warning Democrats were changing election rules to flood the system with mail-in ballots that "as a matter of logic" are "very open to fraud." They are, and Bill Barr did nothing about it.

If there was no fraud, why are Arizona, Georgia, Wisconsin, Pennsylvania, and other States spending so much time and effort on exposing the fraud? We already know that:

• 101,789 "obsolete" voters on the rolls in Georgia, including 18,486 dead people
• Ballot batches off by up to 17.5 percent in Maricopa County, Arizona
• "Massive" chain of custody problems with drop boxes in Georgia, missing hundreds of thousands of records for months after the election
• Thousands of ballots "wheeled in through the back door" in Fulton County days after the election
• "Double feeding" ballots in Fulton County, Georgia
• Nearly 200,000 illegal "indefinitely confined" votes in Wisconsin that violated Voter ID law
• "Cash for votes" scheme in Nevada
• Illegal alien votes
• Election law changes were not authorized by the State Legislatures, which is mandated by the U.S. Constitution

And much more!

If he felt this way, why did Barr say he was "greatly honored" and "proud to have played a role in the many successes and unprecedented achievements you have delivered for the American people" in the final letter he wrote to me? He said, "Few could have weathered these attacks, much less forge ahead with a positive program for the country."

Now it was revealed that Barr was being pushed to tell lies about the election by Mitch McConnell, another beauty, who was worried about damaging the Republicans chances in the Georgia runoff. What really damaged the Senate Republicans was allowing their races to be rigged and stolen, and worse, the American people to no longer believe their vote matters because spineless RINOs like Bill Barr and Mitch McConnell did nothing.

Bill Barr was a disappointment in every sense of the word. Besides which, Barr, who was Attorney General (lawyer) shouldn't be speaking about the President. Instead of doing his job, he did the opposite and told people within the Justice Department not to investigate the election. Just like he did with the Mueller report and the cover up of Crooked Hillary and RUSSIA RUSSIA RUSSIA, they don't want to investigate the real facts. Bill Barr's weakness helped facilitate the cover up of the Crime of the Century, the Rigged 2020 Presidential Election!

Lin Wood Post
05:32:29 pm



2021/06/29

Mary Fanning

https://theamericanreport.org/2021/06/29/the-atlantic-attacks-2020-election-whistleblower-melissa-carone-in-expose-of-bill-barrs-trump-betrayal-carone-strikes-back-with-statement/











06:56:48 pm

2021/07/11

Mary Fanning

We also have Absolute Peril
04:33:23 pm

ABSOLUTE PERIL - The American Report
04:34:33 pm

https://theamericanreport.org/2021/07/03/absolute-peril/

DEF035558.000080





04:34:37 pm

04:34:37 pm

MOTHERS AGAINST EXPERIMENTAL VACCINES

www.MAEV1.com

has info for parents and university students about the vaccines and their constitutional rights

Sent an attachment
Filename: IMG_2113.heic
Path: /var/tmp/com.apple.messages/8D8B9021-04D8-4354-8C32-DF6B87CC0E49/IMG_2113.heic
Type: image/heic
04:40:12 pm

mlicloud@mypillow.com

We should make a vaccine documentary
07:11:47 pm

Mary Fanning

We are working on it.
07:12:32 pm

You were great exposing Zachary!

DEF035558.000081

MF

Sent an attachment
Filename: IMG_9838.heic
Path: /var/tmp/com.apple.messages/60249667-30F7-4C21-8384-4BFD5A7205AC/IMG_9838.heic
Type: image/heic
10:50:55 pm

2021/07/12

Mary Fanning

#CubaLibre

This is big
12:41:09 am

Cubans Rise Up Against Obama-Biden-Supported Communist Regime
07:27:35 pm

https://theamericanreport.org/2021/07/11/cubans-rise-up-against-obama-biden-supported-communist-regime/







Sent an attachment
Filename: 61C8343B-F6AD-42F0-A789-C390D6686458.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/301B3E38-0C3E-4859-9E58-433AE83B47C3/61C8343B-F6AD-42F0-A789-C390D6686458.pluginPayloadAttachment

Sent an attachment
Filename: AFB6A26F-BEAC-459A-8CA6-8A2E8891B782.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E4908AE0-0C9F-46ED-80A1-793A077BD4C5/AFB6A26F-BEAC-459A-8CA6-8A2E8891B782.pluginPayloadAttachment

Sent an attachment
Filename: F3B82FE7-81C5-45EB-AF4B-C90F94952B1A.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/829752CC-7BF7-48CB-8188-DF214FDAAB35/F3B82FE7-81C5-45EB-AF4B-C90F94952B1A.pluginPayloadAttachment



DEF035558.000082





07:27:39 pm

MF  07:27:40 pm

2021/07/14

Mary Fanning

Call when you can regarding a story we should film and break.
06:16:47 pm

2021/07/18

Mary Fanning

Sent an attachment
Filename: IMG_6734.heic
Path: ~/Library/SMS/Attachments/a8/08/2ED94BAC-B0E0-4C31-8086-8B43BCF65F76/IMG_6734.heic
Size: 408 KB
Type: image/heic
07:38:05 pm

2021/08/06

Mary Fanning

https://www.thegatewaypundit.com/2021/08/atom-bomb-expert-cyber-team-confirms-votes-can-altered-overseas-run-lindell-symposium/



DEF035558.000083



Sent an attachment
Filename: 639518C8-1FA1-4F92-8DDC-99A20808DA5F.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E44B0EAD-7626-4FCF-AFDE-80B6AEB718E5/639518C8-1FA1-4F92-8DDC-99A20808DA5F.pluginPayloadAttachment

Sent an attachment
Filename: EA430C62-F134-4CD4-81B8-DE883D6E1E3A.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/0BB62822-3AC5-40F5-ACF6-A04156EF8015/EA430C62-F134-4CD4-81B8-DE883D6E1E3A.pluginPayloadAttachment

Sent an attachment
Filename: 62132D0E-2264-4BB7-ADBB-347D137BD9AD.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/0835BD7D-D28C-49AA-B196-8F8E17C51598/62132D0E-2264-4BB7-ADBB-347D137BD9AD.pluginPayloadAttachment

Sent an attachment
Filename: 4D2065C8-07CA-4E68-B07C-3F65A1D0401D.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/F535F060-F3C7-4EC6-A068-049E2E590ECC/4D2065C8-07CA-4E68-B07C-3F65A1D0401D.pluginPayloadAttachment

Sent an attachment
Filename: 4A1AC0C7-6711-4FC6-A672-A13C3F97A9F3.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/DB1B00D4-667B-4985-8E72-041F20C089F5/4A1AC0C7-6711-4FC6-A672-A13C3F97A9F3.pluginPayloadAttachment

Sent an attachment
Filename: 5C89E814-F0E1-4B63-AD05-544EBD681961.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/4F1A109E-626B-413D-9227-200AF8229178/5C89E814-F0E1-4B63-AD05-544EBD681961.pluginPayloadAttachment



DEF035558.000084



06:33:00 pm

Not nice that Gateway Pundit continues to hit at Dennis and me with a robust team

MF

06:33:00 pm

mlicloud@mypillow.com

Mary please let it go ... after the symposium it will all be fine !! Please do not call Dennis on this garbage I need him to get done by tomorrow

You and Dennis will be hero's when this is done

06:49:25 pm

Mary Fanning

I am letting it go.
Dennis gets alerts so he sees all.

He is getting it done and nothing will stop him.
06:51:49 pm

MF

However Mike, it would help the message if you stated you have confidence in me rather than that you don't know me.
10:42:54 pm

mlicloud@mypillow.com

I didn't say I didn't know you !!!! I said we have not met in person ....
10:49:42 pm

I have told all the media that you are the most knowledgeable journalist I have ever heard
10:50:13 pm

They print garbage Mary
10:50:30 pm

It will all change after the symposium
10:50:51 pm

You and I are in all the movies together ... of course I didn't say I don't know you!
10:51:38 pm

Mary Fanning

Yes they do print garbage and selectively edit. Ty.

I might suggest that when they hit you that this is all garbage you remind them that the Media had no problem with Harri Hursti's HBO Special "Kill Chain" where the same assertions were made about Dominion and connectivity to the internet by Democrats.
10:55:42 pm

👍 1  mlicloud@mypillow.com

DEF035558.000085

"Kill Chain - The Cyber War on America's Elections" was nominated as "outstanding investigative documentary" for the 2021 42nd Emmy Awards.
11:08:07 pm

Remember CNN and HBO are both units of Warner Media.
11:13:13 pm

With AT & T being the parent company of Warner Media.
11:14:05 pm

2021/08/09

Mary Fanning

AT&T's CNN Dismisses China's Hack Of 2020 Election As 'BIG LIE', Attacks Mike Lindell, Yet CNN's 'Expert' Harri Hursti In AT&T's HBO 2020 'Kill Chain' Documentary Proved US Voting Machines Hackable, Connected To Internet
09:58:19 pm

https://theamericanreport.org/2021/08/09/atts-cnn-dismisses-chinas-hack-of-2020-election-as-big-lie-attacks-mike-lindell-yet-cnns-expert-harri-hursti-in-atts-hbo-202/







Sent an attachment
Filename: 2E5C8FDF-DA77-463D-8956-A4E31CAAB254.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D9DFDF6C-F081-444F-8440-64DE6F25579B/2E5C8FDF-DA77-463D-8956-A4E31CAAB254.pluginPayloadAttachment

Sent an attachment
Filename: 559E596A-C5A3-430E-A376-FE549582B1BA.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/2CBD6932-4585-400D-8379-66BCC4B7E4D4/559E596A-C5A3-430E-A376-FE549582B1BA.pluginPayloadAttachment

Sent an attachment
Filename: CA86A1A2-F07D-4872-9A23-C91592CB7980.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/65AD0565-F44F-46B3-BAF6-62C47D22E592/CA86A1A2-F07D-4872-9A23-C91592CB7980.pluginPayloadAttachment

Sent an attachment
Filename: B79B345B-0385-4352-81D7-DA040489720D.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/03938DF6-B649-441F-895E-AE1A2DA60D63/B79B345B-0385-4352-81D7-DA040489720D.pluginPayloadAttachment

Sent an attachment
Filename: 21B3ED14-BF20-4352-82AD-0F2DA97E5C74.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D7EE06FC-1461-448E-B024-9A19A84E59A4/21B3ED14-BF20-4352-82AD-0F2DA97E5C74.pluginPayloadAttachment

Sent an attachment
Filename: 1F595218-581A-4D56-ACC3-07CA6E3D8328.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/5DF55071-4147-40EF-A705-176F9575D190/1F595218-581A-4D56-ACC3-07CA6E3D8328.pluginPayloadAttachment

Sent an attachment
Filename: D93A64B5-D0F0-4283-80F0-D8C46D37AA4F.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/562D4A32-0501-4FA6-B1D8-F5212EAB1F1E/D93A64B5-D0F0-4283-80F0-D8C46D37AA4F.pluginPayloadAttachment

Sent an attachment
Filename: B2134162-66D9-4B9E-90F2-76501702E0F0.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/A76A2B06-B057-4D3E-8502-E1CCA001C8F4/B2134162-66D9-4B9E-90F2-76501702E0F0.pluginPayloadAttachment

Sent an attachment
Filename: 8D1E691E-A552-4A8B-965B-F6D564D3A646.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/F0DB6B3B-FA9E-4D1E-9DB9-38C3737FE9C7/8D1E691E-A552-4A8B-965B-F6D564D3A646.pluginPayloadAttachment






09:58:23 pm

MF

mlicloud@mypillow.com

Thanks Mary👍

Do you know if Dennis is OK?
Is he still in the hospital ?
07:05:48 am

Mary Fanning

Yes.
07:57:39 am

He is okay and hopes to leave there soon.
07:58:38 am

MF

mlicloud@mypillow.com

Tell him we are going to do great today and the next couple days!

You both are hero's and when this is this over in the future the country will be saved!

Tell him I am praying for him and thank him for all his hard work! God Bless
09:32:47 am

Please send me the Ronald Reagan quote !
09:47:41 am

Thanks Mary and thanks for the article and other great ideas
09:48:45 am

Mary Fanning

"If we lose freedom here, there is no place to escape to. This is the last stand on earth.

You and I have a rendezvous with destiny.

We'll preserve for our children this, the last best hope of man on earth, or we'll sentence them to take the last step into a thousand years of darkness."
01:38:55 pm

My own version is that we add:

If those who stole our election get away with it, there will never be another free and fair election.

Our constitutional right to vote was paid for in blood and treasure by multiple generations of Americans.

Then add the Reagan quote:

"If we lose freedom here, there is no place to escape to. This is the last stand on earth.

You and I have a rendezvous with destiny.

We'll preserve for our children this, the last best hope of man on earth, or we'll sentence them to take the last step into a thousand years of darkness."
01:47:15 pm

DEF035558.000088

My own version is that we add:

If those who stole our election get away with it, there will never be another free and fair election.

Our constitutional right to vote was paid for in blood and treasure by multiple generations of Americans.

Then add the Reagan quote

As President Ronald Reagan famously said:

"If we lose freedom here, there is no place to escape to. This is the last stand on earth.

You and I have a rendezvous with destiny.

We'll preserve for our children this, the last best hope of man on earth, or we'll sentence them to take the last step into a thousand years of darkness."
01:49:01 pm

CNN is owned by AT&T.

AT&T is in a joint venture with CHINA TELECOM.

HBO is also owned by AT & T.
02:40:59 pm

https://www.thewrap.com/dominion-sues-newsmax-oan/

Sent an attachment
Filename: D3D328F4-D4B9-4890-818F-5F32697B3060.pluginPayloadAttachment
Path: ~/Library/SMS/Attachments/ed/13/93F675E7-52E5-4EA9-A4C4-88E9B050C8E0/D3D328F4-D4B9-4890-818F-5F32697B3060.pluginPayloadAttachment
Size: 2 KB
Type: image/jp2



Sent an attachment
Filename: E73D249A-C968-4251-A34E-5A6645187298.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D3D72E08-1393-4579-B6F5-36815F2992CA/E73D249A-C968-4251-A34E-5A6645187298.pluginPayloadAttachment

Sent an attachment
Filename: EA87282C-77F9-4D16-900A-43D7BFEAD6F6.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/A0BAAA6F-B6A8-46E7-BC36-6F01CCEC18BE/EA87282C-77F9-4D16-900A-43D7BFEAD6F6.pluginPayloadAttachment

Sent an attachment
Filename: ED814FD0-55B8-4175-8D54-B6904414EE66.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E959C67C-4942-4E9C-98D3-C5E91683481E/ED814FD0-55B8-4175-8D54-B6904414EE66.pluginPayloadAttachment

Sent an attachment
Filename: 55BACE62-1356-45DC-9EC1-682340F7E1E5.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/9DE71991-9DA7-4393-B1D0-6DC963939564/55BACE62-1356-45DC-9EC1-682340F7E1E5.pluginPayloadAttachment

DEF035558.000089

Sent an attachment
Filename: BC031A1C-0F62-41F2-B272-F4FDDFFD3198.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/161879A3-82E6-4378-B62D-E3B88DCB1964/BC031A1C-0F62-41F2-B272-F4FDDFFD3198.pluginPayloadAttachment

Sent an attachment
Filename: 2F100837-5E9D-4BF2-817F-48FA844697BF.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/023DEFBE-CA80-40B7-8DE8-5FA4C13F45EB/2F100837-5E9D-4BF2-817F-48FA844697BF.pluginPayloadAttachment



Sent an attachment
Filename: 53182F4E-91C7-4664-9CB5-2296E035F131.pluginPayloadAttachment
Path: ~/Library/SMS/Attachments/e7/07/at_0_CA21EA88-228D-41DB-AF48-AC405A6691B6/53182F4E-91C7-4664-9CB5-2296E035F131.pluginPayloadAttachment
Size: 2 KB
Type: image/jp2
02:41:01 pm

This is law fare just as predicted by the Chinese military book "UNRESTRICTED WARFARE."
02:46:44 pm

UNRESTRICTED WARFARE called for "Lawfare" instead of direct military confrontation.

UNRESTRICTED WARFARE called alternate methods of attack
♦ "LAWFARE"
♦ "ECONOMIC WARFARE"
♦ "NETWORK WARFARE" (example shutting down the power grid)
♦ "TERRORISM" (bio weapons)

02:53:34 pm

Offer a prayer to start
02:53:41 pm

Fake news.
03:40:33 pm

Coordinated lies equal the MOCKINGBIRD MEDIA
03:40:58 pm

He is home and will be working.
04:35:13 pm

Our friend is back in place.
04:43:10 pm

DEF035558.000090

The feedback I am getting is we need to slow it down a bit

This is a teaching moment — the American people cannot drink from a firehouse.

"Low, slow and not too much."
John Wayne
07:06:54 pm

MF

2021/08/11

Mary Fanning

"Salon admits election connected to the internet — accused Lindell of breaking wiretapping laws"
02:13:57 pm

You need lower third graphic identifying speakers
06:52:11 pm

MF

2021/08/12

Mary Fanning

https://lawandcrime.com/2020-election/sydney-powells-military-intelligence-expert-witness-was-actually-an-army-mechanic-who-never-worked-in-military-intelligence-report/





Sent an attachment
Filename: 0ADDD17D-3D5A-4997-81D2-5F8A40D853B2.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/1E47A608-9AAC-40E9-9ED0-86106E653B8A/0ADDD17D-3D5A-4997-81D2-5F8A40D853B2.pluginPayloadAttachment

Sent an attachment
Filename: 7708B602-227E-4A70-AEFF-07D66C5CB269.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/8D1A7EA2-522E-48E5-867C-B60A919BBC2E/7708B602-227E-4A70-AEFF-07D66C5CB269.pluginPayloadAttachment

Sent an attachment
Filename: 7C927D04-8596-4592-A080-E5D08373EE36.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D6A2A7E9-E23C-4B90-9BB1-4462A35BB3D3/7C927D04-8596-4592-A080-E5D08373EE36.pluginPayloadAttachment

Sent an attachment
Filename: DFCF1D33-469D-4325-B318-7EA2482B679D.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/6F831C80-9E2E-4B27-88BA-276A3CD1F7F2/DFCF1D33-469D-4325-B318-7EA2482B679D.pluginPayloadAttachment

Sent an attachment
Filename: B0417B46-BAC3-4F18-9A7A-46B6639B8904.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/099EC4E2-D822-452D-80A3-E46184E2B8B2/B0417B46-BAC3-4F18-9A7A-46B6639B8904.pluginPayloadAttachment

Sent an attachment
Filename: 4B88C48A-F9CB-479C-904B-94A6CC724CCB.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/787CC561-2555-4DC9-9F43-294804A08AB0/4B88C48A-F9CB-479C-904B-94A6CC724CCB.pluginPayloadAttachment





05:57:57 am

https://www.washingtontimes.com/news/2021/aug/11/mike-lindells-lead-cyber-expert-says-they-cant-pro





Sent an attachment
Filename: 23D79969-18C0-4EAF-BFB5-D4A7A06A5DCC.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/03144707-C24E-4628-AD67-68678823E2A3/23D79969-18C0-4EAF-BFB5-D4A7A06A5DCC.pluginPayloadAttachment

Sent an attachment
Filename: 70564E89-73BA-4D0D-9D6C-DD0B5B50CD14.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/F0483654-A829-491A-8A51-B0F14DCD7C65/70564E89-73BA-4D0D-9D6C-DD0B5B50CD14.pluginPayloadAttachment

Sent an attachment
Filename: C2DAEE8C-3501-4468-A6D1-3078B04FE6D2.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/EAFD56C9-E91D-4D1E-BE6C-9D649FCFAC6F/C2DAEE8C-3501-4468-A6D1-3078B04FE6D2.pluginPayloadAttachment

Sent an attachment
Filename: 60114E6A-78BD-4A92-8EF2-6A7D319D215A.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/9C973B36-555A-429D-B5DB-BED986D8CBC8/60114E6A-78BD-4A92-8EF2-6A7D319D215A.pluginPayloadAttachment

DEF035558.000092

Sent an attachment
Filename: 321F6278-1D7C-48B2-B351-E0A95E7F75FB.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/B26FC1B4-6861-41DB-8AB7-D1FB6D8413AB/321F6278-1D7C-48B2-B351-E0A95E7F75FB.pluginPayloadAttachment

Sent an attachment
Filename: D1E87E1E-61EA-445A-8ADA-787AE3E12A51.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/353AFF29-5F48-4EF3-9646-80586BCFE996/D1E87E1E-61EA-445A-8ADA-787AE3E12A51.pluginPayloadAttachment





05:59:15 am

**MF**  I sent these to Tomi but assumed you might be interested as well.'
05:59:41 am

mlicloud@mypillow.com

Thanks Mary
This guy is scum!
I never hired this guy to do anything!!!!
06:00:28 am

Mary Fanning

**MF**  Seemingly. So is Conan Qanon?
06:00:55 am

mlicloud@mypillow.com

What???
06:01:16 am

Mary Fanning

**MF**  My response exactly!!!
06:01:27 am

mlicloud@mypillow.com

No he is not !!!
06:01:37 am

DEF035558.000093

Mary Fanning

MF

Let's hope so.
06:01:48 am

mlicloud@mypillow.com

I know 100% is it not!!!
06:02:05 am

Mary Fanning

MF

Good. I'll pass that on to our friend  — he will be glad to hear that.
06:03:08 am

mlicloud@mypillow.com

This josh guy and this team have attacked Conan and Dennis for 2 weeks!!!
06:03:24 am

Mary Fanning

And Dennis is perplexed that he is connected to Sidney.
06:04:09 am

MF

Josh that is ...
06:04:30 am

mlicloud@mypillow.com

They attacked Conan and me when we got here ... horrible!!!
06:05:54 am

Mary Fanning

MF

So many infiltrators. Seems like there are more of them than there are good guys.
06:07:03 am

MF

Good luck tomorrow.
06:07:22 am

mlicloud@mypillow.com

Dennis didn't give us anything to bring here ... no pcaps ... he got really upset when I picked up Conan and I asked for the evidence
06:07:32 am

Mary Fanning

MF

He told me he gave Conan stuff
06:08:02 am

mlicloud@mypillow.com

He said to go have breakfast and we did and he never answered my text or calls after I called him back

No I was there .. he gave a file that only contained a small amount of hex data

Conan and I have been stalling them and have no pcaps
06:09:27 am

DEF035558.000094

Mary Fanning

He told me the info is not in pcaps. Rather it was "real numbers, that were collected in real time, that will reveal the real outcome of the 2020 election.

Data was collected. Far more than packet streams were collected. Actual files were collected from election computers. The data reflects the adverse effect on the votes for President Trump."

06:11:24 am

That is verbatim what he told me.
06:11:42 am

Again he told me "Standard internet identifiers will be presented. This will show a small snapshot in time. Billions of these snapshots were collected. Observing these billions of snapshots of collected data together is like watching a movie. Only, in this case, one is watching a movie of the United States election being stolen by foreign adversaries."
06:13:50 am

mlicloud@mypillow.com

I feel like I am in the twilight zone
Dennis and Conan worked hard to get the stuff ready for almost a month

Mary he told me I would get everything and I bought him a 2 million dollar house and another 1.1 million earlier in the year
He signed everything over to me
I flew down there to pick it up and he told me to leave and come back in an hour

We have a rolling of data on frank of 6 states and 2 of them are the same
06:14:55 am

Mary Fanning

In breakout room 2 some woman was telling people that "Dennis had a stroke and was in the hospital. And that Mike gave Dennis 4 million dollars and bought him a home in Florida."
Kirk Wiebe called Dennis.

Apparently Kirk was pontificating. Telling people about my husband and a supposed Dominion deal —- all BULLSHIT!!
06:17:26 am

mlicloud@mypillow.com

Kirk Wiebe is the one who said that in the breakout room to people

We don't have that ... if it is on the copy he said he made for me then it is still in his house
I am in trouble with not showing anything ....

I waited 7 months to get everything and get our country back ... I am praying that he will give me the evidence before the Supreme Court
06:18:52 am

Mary Fanning

I am hearing something else from him.
06:19:09 am

Dennis reached out to General McInerney late last night. McInerney is trying to get Dennis to answer his call.
02:59:44 pm

D just called me.
03:21:14 pm

He said he is dropping the info.
Wonders why no one is going after Larry Johnson and the Gateway Pundit team that attack him and why we are not standing up for him
03:23:54 pm

DEF035558.000095

Larry Johnson is supposedly retired CIA. He was CIA

Johnson was outed as a liberal by Rush Limbaugh who worked for Hillary Clinton and carried disinformation from Sidney Blumenthal.

Larry Johnson admitted that in a article though claimed he was duped by Sid Blumenthal.
04:01:36 pm

https://media.breitbart.com/politics/2016/09/20/liberal-blogger-worked-sidney-blumenthal-hillary-clinton-aide/

Liberal Blogger Says He Worked With Clinton's Aide on Birther Claims
5,216
Neil Munro
20 Sep 20161,012
A left-wing blogger says one of Hillary Clinton's top aides urged him in 2008 to write articles suggesting that then-Senator Barack Obama "was not a natural born citizen."
Larry Johnson, operator of the NoQuarter blog, described his cooperation with the aide, Sidney Blumenthal in September 2015.
I know firsthand, and can testify under oath, that Hillary Clinton's 2008 campaign was hot and heavy on the issue of Barack Obama's muslim heritage. How do I know? Because I was a conduit for information from Sidney Blumenthal, a Hillary Clinton confidant. I was not an official part of the campaign. I was not on the staff. But I was a supporter and I have no regrets for trying to help Hillary defeat Barack Obama. I did not knowingly make up or manufacture anything about Barack Obama. Just tried to get the facts out.
On Sept. 16, 2016, Johnson posted another description of his work with Blumenthal, after an editor for the McClatchy news service reported that Blumenthal prompted the news service to ask an Africa-based reporter to check out rumors about Obama's ties to Africa.
"I am shocked at the audacity of Hillary Clinton to decry Donald Trump as a birther because her campaign not only pushed that item in a bid to discredit Barack Obama, but mounted a sustained campaign attack Obama on a broad array of issues," Johnson wrote on Sept. 16.
"How do I know? I was part of that effort and was in regular email and phone coordination with Sidney Blumenthal. Sidney was the conduit who fed damaging material to me that I subsequently posted on my blog," he wrote.
On the birther-related issue, Blumenthal provided "information concerning allegations that Barack Obama was not a natural born citizen ... [and] being adopted by Indonesian Muslim Lolo Soetoro," Johnson wrote in his post, titled "Confessions of a Hillary Insider."
James Asher, a former top editor in D.C. for the McClatchy news service said Sept. 15 that Blumenthal pitched him the birther story.
https://twitter.com/jimasher/status/776633213015982080
In 2008, Johnson was well known among Democrats. According to Johnson's posted resume,
From 1989 until October 1993, Larry Johnson served as a Deputy Director in the U.S. State Department's Office of Counter Terrorism. He managed crisis response operations for terrorist incidents throughout the world and he helped organize and direct the US Government's debriefing of US citizens held in Kuwait and Iraq, which provided vital intelligence on Iraqi operations following the 1990 invasion of Kuwait.
Mr. Johnson also participated in the investigation of the terrorist bombing of Pan Am 103...
Mr. Johnson is a member of the American Society for Industrial Security. He taught at The American University's School of International Service (1979-1983) while working on a Ph.D. in political science. He has a M.S. degree in Community Development from the University of Missouri (1978), where he also received his B.S. degree in Sociology, graduating Cum Laude and Phi Beta Kappa in 1976.
At his blog, Johnson wrote Sept. 16 that,
In some cases Sid Blumenthal actually provided a draft piece that I would slightly modify and publish under my name. Most of the time, however, Sid provided background information and researched material that I would use to craft pieces. How many? I am providing the links to 63 blog articles that I posted (and in one case was posted by Susan Hudgens, who assisted with the blog) between January 2008 and June 30, 2008.
Here is simple summary of material (in writing or through a verbal briefing) that I received from Sid? [sic]
  1   Information surrounding the corrupt business relationship between Barack Obama and Tony Rezko.
  2   Information about Barack Obama's ties to Palestinian radicals.
  3   Information concerning Barack Obama's longstanding ties to the American terrorist, Bill Ayers.
  4   Information concerning Barack Obama's close ties to radical clerics–i.e., Jeremiah Wright and Father Michael Pfleger.
  5   Information concerning allegations that Barack Obama was not a natural born citizen.
  6   Information concerning Barack Obama being adopted by Indonesian Muslim Lolo Soetoro.
The big Kahuna of the anti-Obama dump was the allegation that Republicans had a tape of Michelle Obama in which she used the disparaging term "Whitey." I published that after being told about the "tape" by Sid Blumenthal. (I learned a few weeks later that the story of the tape actually originated with Media Matter's David Brock and he confirmed its existence to me in person).
Bill Clinton knew about the campaign to undermine Obama, according to Johnson.
Listening to Hillary Clinton cry crocodile tears over Trump's questioning Obama's birth place and eligibility to be President in 2011 as a "racist" attack is the ultimate example that Hillary is cynical and dishonest. Yes, it is true that the words, "Obama is a muslim" or "Obama is not a natural born American" never passed her lips. But it is also true that people very close to her, such as Sidney Blumenthal, were pushing those stories and trying desperately to promote those memes.
Hillary knew about all of these lines of attack on Obama. In fact I was told by Sid on one occasion in the summer of 2008 that the Big Dog (Bill of course) was very pleased with the pieces going up at NoQuarterUSA and thought they were helping Hillary...
[Clinton's] dishonesty and the incompetence she demonstrated while Secretary of State have convinced me beyond any doubt that she cannot be trusted with the power of that office. That does not mean I trust Donald Trump, but my focus here is in exposing the cynical propaganda that Hillary Clinton is trying to foist on the uninformed voter.
04:32:55 pm

2021/08/13

Mary Fanning

https://www.cnn.com/2021/08/12/politics/colorado-qanon-voting-machine-login-leak/index.html



DEF035558.000096



Sent an attachment
Filename: 1491D5AD-D4F4-4EC3-B89F-47889738110D.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/810DFEF4-02EE-46ED-8A2A-67B51B433EC4/1491D5AD-D4F4-4EC3-B89F-47889738110D.pluginPayloadAttachment

Sent an attachment
Filename: BDA7C2D9-DCE1-42B0-A2B0-51B48239DFF2.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D53E3FC5-A9D3-4993-84A2-8693A652DE2C/BDA7C2D9-DCE1-42B0-A2B0-51B48239DFF2.pluginPayloadAttachment

Sent an attachment
Filename: 4C193284-9464-42A1-936B-2E1DB6525F3A.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/0DF7225F-34CB-4A49-AAEE-359437886D2C/4C193284-9464-42A1-936B-2E1DB6525F3A.pluginPayloadAttachment

Sent an attachment
Filename: D94B219C-5B5D-4EBD-BCC7-37D3E2FF2926.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/BD92468E-CE5C-457B-9928-395579098C55/D94B219C-5B5D-4EBD-BCC7-37D3E2FF2926.pluginPayloadAttachment

Sent an attachment
Filename: C95E3728-4CC6-4F14-A35D-C0F8D8072807.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D379FFF1-58CC-4314-B737-333A9F1042D8/C95E3728-4CC6-4F14-A35D-C0F8D8072807.pluginPayloadAttachment

Sent an attachment
Filename: 227E9652-060A-4AB4-A5FD-4F45C511FA4D.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/CDFF5C2F-FABB-4430-A7C3-3A17EE3B0251/227E9652-060A-4AB4-A5FD-4F45C511FA4D.pluginPayloadAttachment





MF    04:39:55 am

mlicloud@mypillow.com

This lady is bad!!!!

I called out larry johnson 3 times from the stage !!

Any word from Dennis
06:46:11 am

DEF035558.000097

Mary Fanning

MF Yes. I spoke to him several times and General McInerney did late last night.
12:22:24 pm

mlicloud@mypillow.com

Is he open to giving me the stuff ?
12:24:20 pm

Or what does he want me to do??
Probably good that we didn't have it there .. lot of bad people
12:28:40 pm

Mary Fanning

Seemingly. I'd like to talk to Conan to confirm some of what Dennis is saying. See your Signal for the notice he received from Google.
12:28:47 pm

Though at the same time he should have delivered.
12:31:12 pm

Hope and pray you're suffering no ill effects after the physical attack your suffered.
12:36:37 pm

He will call you.
01:59:22 pm

Russ Ramsland brought Josh. Josh is assigned to run breakout room ? Part of the Red Team?
What External harddrives did he handed out ?
Josh threw DM under the bus.

Why was Josh there?

Josh told Mike bought DM a house and DM had a stroke.

And that Dennis/Mary show is a fraud

Who invited Kirk Wiebe? He is a bad guy.
Kirk Wiebe  told everyone the Larry Johnson narrative including that my husband is Kirkland Ellis and Dominion attorney. My husband never did any Dominion deal.
02:45:50 pm

MF Josh seemingly was working with Harri Hursti. Josh was giving everything to Harri Hursti. Harri was seeing who got passwords to Colorado.

CISSP guys all cyber security rules were being violated.
02:51:30 pm

2021/08/16

Mary Fanning

Little tired of being the target while the likes of the GP Hoft brothers, Yaacov Applebaum, Larry Johnson, Mike Zullo, Tom Trento, United West, John Guandolo, Kellye Sorrelle, Barry L Clark, lie about me and my family. Absurd that I am a CIA agent or that my husband works for Dominion. Those are filthy lies. I am sick of the lies because I stood up to protect my country - as you did.
09:36:40 pm

With CNN joining forces with CIA folks calling my husband and his law firm to intimidate and spread vicious  lies.
09:38:42 pm

MF Add rotten Kevin Shipp as well.
09:47:32 pm

2021/08/17

Mary Fanning

FOX News And Rupert Murdoch Knew About THE HAMMER and SCORECARD Since 2013
12:50:15 am

https://theamericanreport.org/2020/12/06/fox-news-and-rupert-murdoch-knew-about-the-hammer-and-scorecard-since-2013/









DEF035558.000099



12:50:20 am

12:50:21 am

MF

Thank you for supporting me. I appreciate it. God bless you.
02:59:30 am

mlicloud@mypillow.com

Mary I always supported you ... it was all about timing
We had to get through the symposium 👍🇺🇸😊
03:17:53 am

Mary Fanning

I understood that. Perhaps we could follow up later.

As to Kirk Wiebe — I had an encrypted thumb drive with key information delivered to Rep Devin Nunes and Rep Louis Gohmert and their military aide.
I set up a meeting with Sidney and Ezra's assistance and had Bill Binney and Kirk Wiebe hand the encrypted thumb drive over. No once could open that thumb drive without the encryption key. Of course there is more to the story.
03:28:10 am

Proof Positive: Coordinated Cyberwarfare Attack Against US By China, Russia, Iran, Iraq, Pakistan To Steal Election From Trump - The American Report
07:00:37 am

https://theamericanreport.org/2021/01/03/proof-positive-coordinated-cyberwarfare-attack-against-us-by-china-russia-iran-iraq-pakistan-to-steal-election-from-trump/





07:00:43 am

MF

07:00:43 am

2021/08/23

Mary Fanning

Déjà Vu: Biden-Obama Arming Enemy Terrorists All Over Again; Biden And Obama Also Turning Over Lithium-Rich Afghanistan To China
10:13:49 pm

https://theamericanreport.org/2021/08/23/deja-vu-biden-obama-arming-enemy-terrorists-all-over-again-biden-and-obama-also-turning-over-lithium-rich-afghanistan-to-china/

Sent an attachment
Title: 0516EA04-4AAA-41DF-AD32-19BB5250D85C.pluginPayloadAttachment

DEF035558.000100

Sent an attachment
Title: A3EED180-599D-415C-A607-7FF51DE09CB3.pluginPayloadAttachment

Sent an attachment
Title: DE9CACC4-BF67-4F6E-8CD4-8196FF2D8EFB.pluginPayloadAttachment
10:13:52 pm

MF        10:13:52 pm

                                                                2021/09/01

Mary Fanning

https://www.youtube.com/watch?v=h-MhdRndy2M





MF        04:51:54 am

                                                        Device owner

                                                        They are scum
                                                        06:05:12 am

Mary Fanning

MF    Yes they are however the data trumps their nonsense. And the data must be brought forward.
      06:09:55 am

                                                        mlicloud@mypillow.com

                                                        I agree !
                                                        It will save the country !!!
                                                        08:47:51 am

Mary Fanning

https://www.salon.com/2021/09/01/mike-lindells-meltdown-begins-he-recently-sold-a-mypillow-plane-to-fund-dominion-lawsuit/

DEF035558.000101









05:42:30 pm

MF  The swamp is filled with pond scum.
05:42:31 pm

mlicloud@mypillow.com

I saw this !
Such liars !!!!
Funny ... I called him pond scum too!
05:51:23 pm

Mary Fanning

MF  Chris and Pat better get a move on!
05:52:03 pm

DEF035558.000102

mlicloud@mypillow.com

> For sure
> 05:53:34 pm

Mary Fanning

Can you tell me who brought Josh Merritt in ?
06:00:16 pm

mlicloud@mypillow.com

> Came from Waldron I think
> 06:04:53 pm

Mary Fanning

Does Waldron understand that Gaffney, Lopez and Trento are the controlled opposition?
06:06:25 pm

mlicloud@mypillow.com

> I don't know ....
> 06:12:12 pm

2021/09/02

Mary Fanning

https://sarahwestall.com/warning-for-americans-the-world-w-exec-producer-of-absolute-proof-absolute-peril-mary-fanning/



06:57:15 am

2021/09/03

Mary Fanning

Mike,

You are a brave and dedicated patriot.
I came to you because of your honesty and your belief in God.

I look forward to being called to testify so that the whole truth is revealed.

Please be careful and watch your back. I hope you have security.
12:56:21 am

DEF035558.000103

Device owner

Yes I do
Thank you Mary
You are awesome !!
01:07:18 am

2021/09/05

Mary Fanning

Tonight on John B. Wells

We continue to get the message out.

Sent an attachment
Title: IMG_1503.heic
Type: image/heic
12:06:14 am

Sent an attachment
Title: IMG_0812.heic
Type: image/heic
12:06:33 am

Device owner

Great job Mary!
01:49:03 am

Mary Fanning

You are always welcome to come on with us.
John B Wells has an audience of 4.5 - 5 million listeners.
Let me know if you'd like me to ask John about carrying your product code.
01:53:59 am

Device owner

For sure 👍
02:54:08 am

Mary Fanning

Mike,

John and Brendi Well (Caravan to Midnight and Ark Midnight) would be delighted to have a product code. I made that offer with your permission today. They have a vast following.

Here are Brendi Wells email addresses.

Brendi@arkmidnight.com

Brendi@caravantomidnight.com

Best regards,

Mary Fanning
06:44:55 pm

Device owner

I will be at the office tomorrow morning
Please remind me then and I will set you all up
08:10:16 pm

DEF035558.000104

Mary Fanning

Okay — I'll remind you tomorrow re John B Wells and Ark Midnight/ Caravan to Midnight
08:55:27 pm

2021/09/08

Mary Fanning

♦Reminder as asked:

Mike,

John and Brendi Well (Caravan to Midnight and Ark Midnight) would be delighted to have a product code. I made that offer with your permission today. They have a vast following.

Here are Brendi Wells email addresses.

Brendi@arkmidnight.com

Brendi@caravantomidnight.com

Best regards,

Mary Fanning
08:41:50 pm

Device owner

For sure Mary
Can you call me tomorrow morning and I will get them set up right away
08:59:32 pm

Mary Fanning

Yes I can. Thank you. Will call in the morning.👍
10:26:24 pm

2021/11/18

Mary Fanning

You did a great job Mike! Thank you.
04:53:44 am

👍 1  Device owner

2022/01/11

Mary Fanning

Tell TRUMP!  So African prison guards gang raping Jan 6 political prisoners OUTRAGEOUS!!
06:39:47 pm

https://theamericanreport.org/2022/01/10/detained-january-6th-political-prisoner-viciously-raped-at-the-hands-of-guards-at-washington-dc-jail-says-usaf-veteran-randy-ireland/



DEF035558.000105




06:39:52 pm

**MF**
There is a video as the female prison guard filmed the gang rape.
06:42:44 pm

Device owner

Unreal !!!
06:49:46 pm

2022/02/11

Mary Fanning

Mike,
Can you join Dan Happel with filmmaker James Yeager for a few minutes on Sunday between 3-5 CST?
James Yeager is making a film on free speech — James is MEC films.
07:15:02 pm

Mike,
Can you join Dan Happel with filmmaker James Jaeger for a few minutes on Sunday between 3-5 CST?
James Jaeger is making a film on free speech — James is MEC films.
07:16:36 pm

**MF**
The interview would be on Happel's show "CONNECTING THE DOTS"
09:00:13 pm

2022/02/12

Mary Fanning

**MF**
Please let me k is if you are interested in giving an interview with James Jaeger on CONNECTING THE DOTS — regarding free speech.
11:32:28 pm

2022/02/18

Mary Fanning

**MF**
Mike,
Can you give me a call.
Thank you.
Mary
10:28:44 pm

2022/02/23

Mary Fanning

MF

Mike,

General Tom  McInerney has some technology that he says will be very helpful to you.

Is it okay if I give your phone number to General McInerney?
05:53:36 pm

mlicloud@mypillow.com

Yes but I will have to schedule his call
Have him call me and it will go through to Katelyn
05:56:48 pm

Mary Fanning

MF

Will do.
06:46:43 pm

2022/02/24

Mary Fanning

MF

Mike,
Thank you.
Kurt said you are going to get in touch with Hoft/Gateway re the lawsuit.
As you may know the Hofts work with Larry C. Johnson, the ex-CIA guy who admitted in writing he carries disinformation for Hillary Clinton and Sid Blumenthal, and who has been writing the hit pieces against us for Gateway Pundit.
I appreciate your help. Time is of the essence before this gets out of hand.
03:58:48 pm

2022/03/02

Mary Fanning

March 2 Convoy takes off from Fresno CA

March 6 Convoy reaches VA

March 7 Resolution presented at Capitol Hill

March 7 Call to State Capitols in Support of the US Constitution - The Great American Assembly (TGAA)
04:26:19 pm

From one of our So Carolina people leading the recount there:

Trump is coming to SC for a rally in Florence SC on March the 12th and Katie Arrington has told us she will try to get us in ( my canvass captain and me) to see him for a quick meeting (15 minutes) but you know how that goes.  I was wondering if Lindell could help us get a meeting. The purpose is to share our canvass results and analysis that shows how they stole this in red areas and to show that the RINOS here in SC like Drew McKissick are not being truthful--we did not do things mostly right in SC regarding our election AND they are passing awful bills that do the opposite. They "Seal the Steal."

Here are some blog posts from our site on these terrible bills they are passing. https://scsafeelections.org/updates/is-house-bill-4919-really-reducing-the-impact-of-absentee-voting/

https://scsafeelections.org/updates/h-3444-just-say-no/
04:30:43 pm

I told Clements he was putting out false information. He threatened me and my husband and said he will continue to attack us
No one threatened to sue "Professor" Clements. He lies.

•In a separation conversation   where I asked Lin Wood to stop putting out false information about me and my husband Lin Wood stated he has friends who had been at Kirkland & Ellis.— I asked who —and Lin stated his friends that had been at Kirkland are Tom Clare and Libby Locke.

https://www.jeffdornik.com/post/josh-barnett-confronts-professor-david-clements-for-sabotaging-lindell-s-cyber-symposium

Sent an attachment
Filename: IMG_1702.heic
Path: ~/Library/SMS/Attachments/42/02/905FE57C-9B0A-4231-B755-8D439CC8DAD6/IMG_1702.heic
Size: 133 KB
Type: image/heic

Sent an attachment
Filename: IMG_8867.heic
Path: ~/Library/SMS/Attachments/ff/15/ADF2E985-B7CD-4865-A873-00172CC19A64/IMG_8867.heic
Size: 100 KB
Type: image/heic

MF

07:16:50 pm

2022/03/05

Mary Fanning

Tonight on Ark Midnight
Topic: The Intelligence Briefing / National Security / NWO: Rise of the Tyrant Class

Lineup:

• Lt. Gen. Thomas McInerney (USAF Ret.)

• Jack Maxey

• Edward Dowd
Twitter: @DowdEdward

• L. Todd Wood
Websites:
https://cdm.press
https://tsarizm.com
https://ltoddwood.com

• Mary Fanning & Alan Jones
Website: https://theamericanreport.org
Twitter: @realMaryFanning & @AlanJonesAmRpt

Radio
https://arkmidnight.com/stations/
OPSLENS
https://opslens.com/opslenstv/caravan-to-midnight/
VokalNow
https://vokalnow.com/
Twitch
https://www.twitch.tv/caravantomidnight
CloutHub
https://clouthub.com/c/uK26thzW
iVlog TV
https://www.ivlog.tv/user/CaravanToMidnight
Rumble
https://rumble.com/c/JohnBWellsLive
DLive
https://dlive.tv/JohnBWells
YouTube
https://youtu.be/FydS8xpKNk0

Sent an attachment
Filename: IMG_4268.heic
Path: ~/Library/SMS/Attachments/cb/11/D519E917-7AD2-4A17-BB60-BE2C09C3B3D1/IMG_4268.heic
Size: 358 KB
Type: image/heic

MF

11:38:07 pm

Mary Fanning

It's no small secret, that Conan Hayes was the mysterious figure in Mike Lindell's Absolutely 9-0.

If you will recall, Conan Hayes is part of the Flynn faction. He was directed by Joe Flynn under false pretenses to "sweep" actor Ricky Schroeder's phone and electronics when FightBack was raising bail money for Kyle Rittenhouse.

In the documentary, Conan Hayes was vouching for the PCAPS provided by Dennis Montgomery, a complete fraud who has a 14 year indictment hanging over his head. That usually only happens when you are an informant.

This information was made known to team Lindell and attorney Kurt Olsen.

Olsen is a former attorney with the law firm of Kirkland and Ellis.

Dennis Montgomery was widely promoted by Mary Fanning-Kirchhoefer, the executive producer of the Lindell films.

Mary Fanning-Kirchhoefer is married to Gregg Kirchhoefer, an IP attorney for Kirkland and Ellis.

Kirkland and Ellis facilitated the 400 million dollar capital raise for Dominion Voting Systems.

The conflict of interest for the people that have surrounded Lindell is staggering.

You can't both fight Dominion and have ties to the law firm that gave birth to Dominion in the United States.

Who introduced these folks to Lindell?

Flynn's ties to Conan Hayes precedes any of the Lindell films.

And you can't tell me that while filming Absolute Proof, where Michael Flynn was physically present, that the executive producer that story boarded the entire film (Fanning-Kirchhoefer) never spoke with him.

It would be nice if we could get some answers to these questions.
10:53:43 pm

I was at the Cyber Symposium.

I saw it all up close and personal.

I was backstage, and at the debriefs.

There was so much great information provided, but all it takes is for the work of fraudster Dennis Montgomery to taint all that were involved. I believe Montgomery was used to hurt Lindell, and by extension, he was used to hurt President Trump. Guilt by association.

All I can say is that team Lindell was warned about Montgomery and Mary Fanning-Kirchhoefer.

I couldn't get a sense of the PCAPS' authenticity, so I avoided discussing them.

I believe my instincts were right.
10:54:07 pm

I'm not a marketer or entrepreneur.

I'm a former investigator, prosecutor, and unjabbed professor.

Be sure to extend Lindell grace and pray for him. I do not question his patriotism.

I'm wired to think about bad guys 24/7, not about patented fill for the world's most comfortable pillows.
10:55:06 pm

MF    the Assistant Professor is a piece of garbage
10:56:04 pm

mlicloud@mypillow.com

Who wrote this  mary ?
11:01:08 pm

Mary Fanning

David Clements
11:01:48 pm

mlicloud@mypillow.com

He is evil !!
11:01:57 pm

I believe he will stop now!
Evil !!!!
11:14:22 pm

Mary Fanning

He sure is!! His non stop attacks on good people is getting people very confused. He attempted to insert himself into the So Carolina recount and ruin it—

I have never slugged anyone in my life but I'd like to punch him in the nose!!
11:15:46 pm

mlicloud@mypillow.com

👊I agree!
11:18:26 pm

2022/03/21

Mary Fanning

Sent an attachment
Filename: IMG_6163.heic
Path: ~/Library/SMS/Attachments/c3/03/EC5EDAAF-EEA8-4D5F-B3DD-265A6B9A779C/IMG_6163.heic
Size: 79 KB
Type: image/heic
10:19:10 pm

https://caravantomidnight.com/episode-detail/21969?action=





10:19:11 pm

DEF035558.000110

2022/03/26

Mary Fanning

Mike,
Who is paying David Clements?

Did you talk to Hoft about the lawsuit?

Sent an attachment
Filename: IMG_5706.heic
Path: ~/Library/SMS/Attachments/cf/15/377634F0-8A1E-4353-B907-789A352B5D4A/IMG_5706.heic
Size: 27 KB
Type: image/heic
01:27:42 am

MF

Lin Wood says he is friends with two people from Kirkland. Those two people are two Attorneys, one time of Kirkland, who are now representing Dominion in its lawsuit against you Mike— "Tom Clare and Libby Locke"— those are Lin Woods two friends that Lin specifically referenced to me and my husband —when we called him to stop posting Clements filthy lies about us.
01:35:18 am

mlicloud@mypillow.com

I warned clements 3 weeks ago to stop!!
01:39:17 am

Mary Fanning

Clements posts his pictures of him, his family and you on your plane.
That Clements continues this diminishes yours and my brand.

Twice now I have had people attempt to enter my house after the cameras were cut.
01:39:31 am

MF

mlicloud@mypillow.com

This was over a month ago ... as far as I know he will never do it again
01:40:08 am

Mary Fanning

Could you call him out publicly as a liar and a fraud.
01:40:12 am

MF

mlicloud@mypillow.com

Why not let it die
01:40:29 am

I also told gateway pundit the same thing
And they said they would let it go
01:40:57 am

If he does something new let me know
01:41:19 am

Mary Fanning

Then please tell them to remove the lawsuit.

Others are carrying Clements message
01:41:33 am

DEF035558.000111

Gateway has not withdrawn the lawsuit which they need to do.
01:42:08 am

MF Thank you.
01:42:13 am

mlicloud@mypillow.com

I did ask him to remove the lawsuit last week
01:43:40 am

Mary Fanning

MF He has not as of yet.
01:45:23 am

2022/03/31

Mary Fanning

https://m.youtube.com/watch?v=UKb3N1Cj6mE








11:47:39 pm

DEF035558.000112

**MF**

This gentleman tells that David Clements has a group meant to derail us!! Clements was obvious but ...
11:47:40 pm

2022/04/07

Mary Fanning

Mike,

Kurt told me the lawsuit had been dropped but Hoft told me it was only dropped against Brannon Howse.

I spoke to Jim Hoft yesterday who claims not to know anything about the lawsuit except that others are pushing this lawsuit. He told me to call his lawyer. I have called both of his lawyers repeatedly they do not answer or return the calls.

"Professor" Clements continues to push his false narratives against me and Montgomery as of yesterday. Others are picking up and also publishing his filthy lies.

I think we should we begin exposing Hoft and Clements on my radio show on The Salem Radio Network. Would you like to join us on the show and make an appearance? It is past time to expose all the lies. The real truth might be enlightening.

Best regards,
Mary

Profile of Mary Fanning Who Contributes In "Ultimate Truth" Contains Stolen Identity - It's Not Her
https://www.thegatewaypundit.com/2021/07/profile-mary-fanning-contributes-lindells-ultimate-truth-contains-stolen-identity-not/

-Yet GP mailed me at multiple home addresses and knew exactly who I am and where I live before suggesting I stole someone else's identity.

UNCOVERED: Conman With Long History of Deceit, Dennis Montgomery, Inserted False Information Into Election Fraud Investigation, Who's Paying Him?
https://www.thegatewaypundit.com/2021/02/uncovered-conman-long-history-deceit-dennis-montgomery-inserted-false-information-election-fraud-investigation-paying/

-In response to the GP article we set the record straight with quotes from Dennis's onetime attorney:

Attacks On Dennis Montgomery, HAMMER And SCORECARD, 'Absolute Proof,' Have CIA Connections - The American Report
https://theamericanreport.org/2021/02/14/attacks-on-dennis-montgomery-hammer-and-scorecard-absolute-proof-have-cia-connections/

WORLD TRIBUNE: Dominion Voting Systems update: Why the silence? Who is Mary Fanning?
https://www.worldtribune.com/dominion-voting-systems-update-why-the-silence-who-is-mary-fanning/

World Tribune: Information war on 2020 election pits Gen. Flynn against Mike Lindell
https://www.worldtribune.com/information-war-gen-flynn-supporter-attacks-mike-lindells-focus-on-voting-data-fraud/
09:17:49 pm

Sent an attachment
Filename: Image-1.heic
Path: ~/Library/SMS/Attachments/68/08/BCC7757E-F466-4010-9791-1141AF78B399/Image-1.heic
Size: 46 KB
Type: image/heic
09:18:18 pm

Sent an attachment
Filename: Image-1.heic
Path: ~/Library/SMS/Attachments/bc/12/83FEAF39-72E4-4EC3-9572-1690259D019E/Image-1.heic
Size: 52 KB
Type: image/heic
09:19:11 pm

Sent an attachment
Filename: Image-1.heic
Path: ~/Library/SMS/Attachments/ce/14/9DD97255-1CA9-4F57-8DE0-0E026594A211/Image-1.heic
Size: 39 KB
Type: image/heic
09:19:26 pm

**MF**

DEF035558.000113

2022/04/08

Mary Fanning

MF

Print on your new pillow case:

"Sleep tight
Close the Southern Border"
06:35:46 pm

♥ 1  mlicloud@mypillow.com

2022/04/09

Mary Fanning

MF

Mike,
I've asked Brannon a few times to send me a DVD for ABSOLUTE PROOF. Would you mind send me one?
11:20:48 pm

2022/04/10

mlicloud@mypillow.com

Yes for sure
What address ?
I can send you a bunch if you want 😊
01:09:40 am

Mary Fanning

MF

Thanks Mike-/
The Lake address is good.
N1770 W. Valley Park Road
Lake Geneva, WI 53147
01:11:10 am

2022/04/13

mlicloud@mypillow.com

271998378854
This is your tracking in the
08:55:04 pm

DVDs
08:55:09 pm

2022/04/14

Mary Fanning

MF

Hoft has not dropped the lawsuit. He said he didn't know anything about it. His attorneys don't answer their phone.

Mike,
Can you please exert some pressure?
05:52:00 pm

mlicloud@mypillow.com

Which Hoft did you talk too
05:56:56 pm

I talked to Jim and he said he was dropping it
05:57:19 pm

DEF035558.000114

Mary Fanning

**MF**

Jim Hoft at 314 304-0830.

He told me he didn't know why they were suing and dropped the case against Brannon but did not against me because Yaakov Applebaum (CIA who works with Larry Johnson according to others) wanted to get me.
05:59:55 pm

mlicloud@mypillow.com

I told him strait up to drop it !
06:00:54 pm

Mary Fanning

**MF**

I spoke to Jim. They have not dropped it according to the court documents.
06:01:44 pm

mlicloud@mypillow.com

It was because they said you accused him of being CIA

I told Jim "who cares!!!!"
It doesn't make sense that they are worried about something said in the media over 14 months ago

He told me he would have them drop it ..

I think the guy is trying to discredit you because the money amount is minimal...

I told Jim everything I ever heard from you turned out to be true included all the Dennis stuff ....!

They have an agenda.... just don't know what it is
06:04:43 pm

Mary Fanning

**MF**

I did not accuse him of being CIA. I have an email he sent to others saying "he had no idea why Larry Johnson is so intent on going after me."
06:06:46 pm

mlicloud@mypillow.com

I told Larry Johnson to back off too back in august or I was going to call him out everyday on frankspeech
He got furious and hung up on me ... haven't heard a word since 😃

I told Jim straight up that I think they all must be CIA over there because they seem to get information before anyone else 😕
06:09:36 pm

DEF035558.000115

Mary Fanning

♦Gateway published lies that I stole another Mary Fanning's ID — a known lie to them as they mailed letters to my addresses. I have never used anyone else's identity.

Profile of Mary Fanning Who Contributes In "Ultimate Truth" Contains Stolen Identity - It's Not Her
https://www.thegatewaypundit.com/2021/07/profile-mary-fanning-contributes-lindells-ultimate-truth-contains-stolen-identity-not/

♦Then they attacked Dennis with easily proven lies.
Dennis's onetime lawyer gave me a statement to prove the piece they put out about Dennis was a lie.

UNCOVERED: Conman With Long History Of Deceit, Dennis Montgomery, Inserted False Information Into Election Fraud Investigation, Who's Paying Him?
https://www.thegatewaypundit.com/2021/02/uncovered-conman-long-history-deceit-dennis-montgomery-inserted-false-information-election-fraud-investigation-paying/

♦I responded with the facts including information about Yaakov Applebaum with quotes from a NYT's tech expert  author:

Attacks On Dennis Montgomery, HAMMER And SCORECARD, 'Absolute Proof,' Have CIA Connections - The American Report
https://theamericanreport.org/2021/02/14/attacks-on-dennis-montgomery-hammer-and-scorecard-absolute-proof-have-cia-connections/

Why is General Flynn so close to these guys?
These images are what I get sent to me though have not published:

♦I provided several sworn affidavits and evidence regarding the TCL phones, Raspberry Pie device and KnowInk PollPads from those who worked in the polls to Kurt Olsen. I covered their information in our film ABSOLUTE INTERFERENCE and covered it in this article:
📰ABSOLUTE INTERFERENCE Cybersecurity Experts: Chinese Cyber Warfare Attacks Flipped U.S. Election From Trump To Biden; Chinese-Made TCL / Alcatel Phones Distributed To Georgia Poll Managers Secretly Connected Election To Internet - The American Report
https://theamericanreport.org/2021/04/26/absolute-interference-cybersecurity-experts-chinese-cyberwarfare-attacks-flipped-u-s-election-from-trump-to-biden-chinese-made-tcl-alcatel-phones-distributed-to-georgia-poll-managers-secretly-conn/

♦Larry Johnson immediately went on RT within hours after I published the first article about HAMMER. Larry Johnson them said that the Brits were spying on Trump when it was our own Intel Community with HAMMER. Wikileaks/Julian Assamese came out within hours with CIA Vault 7 which confirmed the existence of HAMMER/HAMR.
The  problem is the Intelligence Community do not want to be exposed for running a coup d'etat on President Trump using HAMMER:

Did Larry Johnson Unleash Discredited GCHQ Narrative In Failed Attempt To Counter Evidence Obama And CIA Spied On Trump With HAMMER?
https://theamericanreport.org/2022/02/19/did-larry-johnson-unleash-discredited-gchq-narrative-in-failed-attempt-to-counter-evidence-obama-and-cia-spied-on-trump-with-hammer/

Sent an attachment
Filename: IMG_0241.heic
Path: ~/Library/SMS/Attachments/00/00/E65796F0-42D1-42D2-AF19-D135F66BE644/IMG_0241.heic
Size: 142 KB
Type: image/heic

Sent an attachment
Filename: IMG_3023.heic
Path: ~/Library/SMS/Attachments/3d/13/FF28BC71-9A90-49E4-B6AD-4CB89B4FFFE5/IMG_3023.heic
Size: 46 KB
Type: image/heic
08:36:39 pm

MF

2022/04/27

Mary Fanning

Absolute Proof: THE HAMMER Exists
03:54:44 pm

https://theamericanreport.org/2022/04/23/absolute-proof-the-hammer-exists/











03:54:51 pm

https://www.propublica.org/article/big-lie-trump-stolen-election-inside-creation

DEF035558.000117









03:55:04 pm

DEF035558.000118



-----Original Message-----
From: ▓▓▓▓▓▓▓
[mailto: ▓▓▓▓▓▓▓ dod.mil]
Sent: Friday, February 06, 2009 ▓▓▓ PM
To: Dennis
Subject: RE: Data

Received

Did you get a flight yet, just let me know whic
when.  The Hammer is
ready to go.

▓▓▓▓▓▓▓▓▓▓

-----Original Message-----
From: Dennis [mailto:dennis@ ▓▓▓▓
Sent: Friday, February 06, 2009 ▓▓▓ PM
To: ▓▓▓▓▓▓▓▓▓▓
Cc: ▓▓▓▓▓▓▓▓▓▓
Subject: Data

Former CIA analyst and Hillary Clinton operative
Larry C. Johnson had the temerity to participate in a
★   theamericanreport.org

03:57:27 pm

---

**MF**

Questions in my interrogatory from Gateway Pundit appear to be directed toward Dominion's lawsuit against you.
Thought you'd like to know.
05:50:21 pm

---

2022/05/08

Mary Fanning

Trennis Evans sat at your table last night. He sent this message should you care to talk to him. Trennis is a J6 guy and a good man.

"I had dinner with Mike but didn't get to have a chance to explain the lawful takedown of the J6 committee. I just bought www.suemikelindell.com and want to hand it over during breakfast tomorrow. I have to do breakfast at 7. Leaving at 8:00 am for church at Leigh Valentines church. Would love to invite him to church. (210-571-2847) "

---

**MF**

Sent an attachment
Filename: IMG_3198.heic
Path: ~/Library/SMS/Attachments/55/05/28849AC4-4E3F-4D08-BF66-3575D216E3B5/IMG_3198.heic
Size: 109 KB
Type: image/heic
05:01:07 pm

---

mlicloud@mypillow.com

Hey Mary
Yes I enjoyed meeting Trennis
I had to fly out right after I did my speech ...
05:03:44 pm

---

Mary Fanning

**MF**

Have a lovely day. Thanks for all your doing.
05:04:59 pm
♥ 1  mlicloud@mypillow.com

DEF035558.000119

Mary Fanning

Mike,

If you are in touch with the boss, our Occasional Papers on Russia's Club-K container missile launching system, Russia's business partner Gulftainer and Dr. Jafar Dhia Jafar , and U.S. seaports (Florida's Port Canaveral and Delaware's Port of Wilmington, — where Obama and Biden bypassed the required National Security Threat Analysis) remains a critical national security concern particularly in light of the military tensions between the United States and Russia today.

WHAT COULD POSSIBLY GO WRONG | By Mary Fanning and Alan Jones
http://www.centerfoPort_Canaveral_Occasional_Paper_12rsecuritypolicy.org/wp-content/uploads/2016/12/-/23-16.pdf

THE PERFECT STORM | By Mary Fanning and Alan Jones | CENTER FOR SECURITY POLICY | By Mary Fanning and Alan Jones
https://www.centerforsecuritypolicy.org/wp-content/uploads/2017/11/9-Nov-17-The-Perfect-Storm.pdf

DOOMSDAY SOCCER BALLS: IRANIAN AND NORTH KOREAN NUCLEAR WEAPONS MIRROR DR. JAFAR'S IRAQI "BEACH BALL"; IRAN TELEGRAPHS INTENT - The American Report | By Mary Fanning and Alan Jones
https://theamericanreport.org/2018/07/08/doomsday-soccer-balls-iranian-and-north-korean-nuclear-weapons-mirror-dr-jafars-iraqi-beach-ball-iran-telegraphs-intent/

SADDAM'S REVENGE: ASH CARTER, NLOS-LS, RUSSIA'S CLUB-K, IRAN, KGL, AND GULFTAINER AND HOW THEY CONVERGE TO PUT AMERICA IN MORTAL DANGER - The American Report | By Mary Fanning and Alan Jones
https://theamericanreport.org/2018/09/08/saddams-revenge-ash-carter-nlos-ls-russias-club-k-iran-kgl-and-gulftainer-and-how-they-converge-to-put-america-in-mortal-danger/

Russia's Pearl Harbor 2.0 Asymmetrical War Plans, Gulftainer, Club-K, and EMP - The American Report | By Mary Fanning and Alan Jones
https://theamericanreport.org/2018/06/29/gulftainer-club-k-emp-and-russias-pearl-harbor-2-0-asymmetrical-war-plans/
01:16:08 am

👍 1  mlicloud@mypillow.com

And this— there is more:

FORMER US MILITARY PERSONNEL EXPOSE TRUTH OF BENGHAZI: IRAN'S QUDS FORCE AND SULEIMANI LED ATTACKS AGAINST AMERICANS, US MILITARY ORDERED TO STAND DOWN - The American Report
02:40:36 pm

https://theamericanreport.org/2019/06/15/former-us-military-personnel-expose-truth-of-benghazi-irans-quds-force-and-suleimani-led-attacks-against-americans-us-military-ordered-to-stand-down/





DEF035558.000120



Sent an attachment
Filename: BAB7066B-07D0-4EE3-8664-C81B7C589446.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/D1ADA47A-DC63-4BEC-9274-A66E1876C4E6/BAB7066B-07D0-4EE3-8664-C81B7C589446.pluginPayloadAttachment

Sent an attachment
Filename: FE37CE02-1CC1-47E5-A6C8-3533AECE130E.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/81854389-3CEF-46F8-856E-78C40841E374/FE37CE02-1CC1-47E5-A6C8-3533AECE130E.pluginPayloadAttachment

Sent an attachment
Filename: 0545D62C-79BD-410D-AD16-D05AA72C7FD8.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/F1115B0F-B267-4719-B3C2-860BB9030FD9/0545D62C-79BD-410D-AD16-D05AA72C7FD8.pluginPayloadAttachment

Sent an attachment
Filename: 1C0EF0AD-B9C3-48AE-B279-2CDC1ED62F90.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/E8E78343-E21F-4D30-A7EF-EAF0A99F3148/1C0EF0AD-B9C3-48AE-B279-2CDC1ED62F90.pluginPayloadAttachment

Sent an attachment
Filename: F1500844-B61A-450C-AA53-12B652A4C316.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/82B82B70-A724-4093-B634-722AF39A0F3F/F1500844-B61A-450C-AA53-12B652A4C316.pluginPayloadAttachment

Sent an attachment
Filename: 8733D0CE-555D-4DAD-B450-E6678A514CDA.pluginPayloadAttachment
Path: /var/tmp/com.apple.messages/8BA08D20-2892-4A5C-8413-B1EAB0FCE609/8733D0CE-555D-4DAD-B450-E6678A514CDA.pluginPayloadAttachment

MF    02:40:41 pm

mlicloud@mypillow.com

Hey Mary
Do you have any timeline evidence of smartmatic to ( from Venezuela to current ) Dominion ?
05:14:27 pm

Mary Fanning

https://theamericanreport.org/2021/11/23/from-sds-to-soros-to-msnbc-maya-wiley-her-soros-connected-lawyer-husband-her-radical-parents-and-the-communist-campaign-to-destroy-kyle-rittenhouse/



DEF035558.000121











DEF035558.000122



08:13:33 pm

We have some data which I'll put together for you

George Soros, Lord Malloch-Brown, And Election Technology Company Smartmatic
United Nations-linked British "voting expert" Lord Mark Malloch-Brown became the President of the Open Society Foundation on January 1, 2021, after having served since 2014 as the chairman of the board of directors of election technology company Smartmatic. "The chairman of SmartMatics and the SGO Group, Mark Malloch-Brown, serves on the Open Society Foundations Global Board -- founded by George Soros," the Associated Press admitted.
Lord Mark Malloch-Brown was "a member of the Soros Advisory Committee on Bosnia from 1993 to 1994," according to Malloch-Brown's official UN biography.
A Deeper Look Into George Wiley's Connection To ACORN
Fox News reported in a September 15, 2009 article titled "ACORN: A Brief History":
Originally named the Arkansas Community Organizations for Reform Now, ACORN was founded as a nonprofit, nonpartisan entity in 1970 by Wade Rathke, a follower of George Wiley, founder of the National Welfare Rights Organization. Rathke stepped down from his post as chief organizer in 2008 after it was revealed that his brother Dale had embezzled nearly $1 million of ACORN funds eight years earlier.

Although George Wiley's National Welfare Rights Organization (NWRO) went bankrupt in 1975, a successor organization, The National Welfare Rights Union (NWRU), which has been described as a reincarnation of Wiley's NWRO, was formed in 1987 and continues to operate today.

MF

08:13:33 pm

2022/05/12

Mary Fanning

HAMMER? FBI Panicked After Trump Accused Obama Of Wiretapping Trump And The American Report Tweeted "Brennan/Clapper 'tapped Trump a Zillion times' says CIA contractor Dennis Montgomery"
04:40:03 am

https://theamericanreport.org/2022/05/11/hammer-fbi-panicked-after-trump-accused-obama-of-wiretapping-trump-and-the-american-report-tweeted-brennan-clapper-tapped-trump-a-zillion-times/



MF

04:40:05 am

DEF035558.000123

2022/05/17

Mary Fanning

Information I was asked to pass on to you:

South Carolina has three candidates willing to file. Are you handling the injunctions?

The 3 candidates who want to file are:
Candidate for governor Harrison Musselwhite
harrisonmusselwhite3@yahoo.com
8649153989

Candidate for AG Lauren Martel 18432983831 martellawsc@gmail.com

Candidate for SOS Keith Blandford 8437081188 kblandford@blandfordintl.com

All are America First Candidates going against RINOs who have been in office forever.

One is a trucker...that is the gov candidate.  He calls himself trucker Bob.

They all won the straw poll in Horry County last Friday.

The current office holders haven't even been campaigning.

MF

03:11:58 am

mlicloud@mypillow.com

Thanks Mary
I will let Kurt know
04:10:35 am

2022/05/29

Mary Fanning

United Kingdom, London - March 6, 2018 - After 15 years of service and 14 elections assisted providing a secure and auditable voting system, Smartmatic closed its offices and ceased operations in Venezuela. The reasons for the closure are widely known. In August of 2017, after the elections to the National Constituency Assembly, Smartmatic publicly stated that the National Elections Council had announced results that were different from those reflected by the voting system. This episode lead to an immediate rupture of the client-provider relationship. Smartmatic did not participate in the last two elections (Regional Elections of October 15, 2017 and Municipal Elections of December 10, 2017), a fact that was timely informed. Since the company was not involved in these processes, and given the fact that the company's products are not under warranty and were not certified for those elections, Smartmatic cannot guarantee the integrity of the system, nor can it attest to the accuracy of the results. Smartmatic is currently operating in some 40 countries around the world, partnering with governments, election commissions and citizens seeking to conduct secure, clean and transparent elections.
04:00:47 am

Sent an attachment
Filename: IMG_7469.heic
Path: ~/Library/SMS/Attachments/63/03/CAB3B7AD-48D8-4BC0-A855-10DB0A1C4D57/IMG_7469.heic
Size: 144 KB
Type: image/heic

MF

04:01:47 am

Device owner

Thanks Mary
04:20:32 am

Mary Fanning

We published Nov 19, 2020

DEF035558.000124



In a 2013 classified debriefing, Montgomery told FBI and DOJ officials that individuals with access to THE HAMMER supercomputer system can utilize THE HAMMER's SCORECARD application to hack into election systems in order to change election outcomes in foreign countries and in the United States, according to Montgomery.

Montgomery testified that U.S. intelligence community operatives were utilizing SCORECARD to hack, via back doors, into election systems from Clear Ballot, Dominion Voting Systems Corp., Election Systems & Software, Inc. (ES&S), MicroVote General Corp., Smartmatic USA Corporation, and Voting Works in order to monitor and change election outcomes in real time.

In December 2015, under the protection of immunity agreements provided to Montgomery and his attorney by the FBI and the DOJ, Montgomery provided sworn testimony about THE HAMMER and SCORECARD to FBI and DOJ officials inside a Sensitive Compartmented Information Facility (SCIF) at the FBI Washington DC Field Office. The FBI, led at that time by Director James Comey, made a video recording inside the SCIF of Montgomery's classified debriefing regarding THE HAMMER and SCORECARD.

Montgomery states that he also provided detailed technical information to FBI and DOJ officials about manner by which THE HAMMER and SCORECARD c votes. Montgomery specifically testified that THE HAMMER's SCORECARD application changes votes by

04:21:34 am

---

**MF**

Smartmatic goes to Lord Mark Malloch-Brown.
Also ICG Robert Malley
04:45:47 am

---

2022/06/03

Mary Fanning

Today's good news:

CISA Releases Much-Anticipated Report on Dominion Voting Machines on Friday Afternoon Before the Weekend - Software IS Exploitable and Attackers Are Able to Insert Malicious Code to Alter Results
11:07:38 pm

https://www.cisa.gov/uscert/ics/advisories/icsa-22-154-01

---

**MF**

11:07:38 pm

2022/06/10

Mary Fanning

Gateway Pundits lawyer John Burns went into court and lied. He told them that I asked you to take away any money from Gateway Pundit.

Today TGP published Yaacov Apelbaum screed of lies assigning JR Nyquist work product re J6 to me. Nyquist after being on with Brannon asked me to retweet his work. I found his information was incorrect and told Nyquist to correct the record. I did not post his work product on The American Report.

https://www.thegatewaypundit.com/2021/02/uncovered-conman-long-history-deceit-dennis-montgomery-inserted-false-information-election-fraud-investigation-paying/

♦Gateway published lies that I stole another Mary Fanning's ID — a known lie to them as they mailed letters to my addresses. I have never used anyone else's identity.

Profile of Mary Fanning Who Contributes In "Ultimate Truth" Contains Stolen Identity - It's Not Her
https://www.thegatewaypundit.com/2021/07/profile-mary-fanning-contributes-lindells-ultimate-truth-contains-stolen-identity-not/

♦Then they attacked Dennis with easily proven lies.
Dennis's onetime lawyer gave me a statement to prove the piece they put out about Dennis was a lie.

UNCOVERED: Conman With Long History of Deceit, Dennis Montgomery, Inserted False Information Into Election Fraud Investigation, Who's Paying Him?
https://www.thegatewaypundit.com/2021/02/uncovered-conman-long-history-deceit-dennis-montgomery-inserted-false-information-election-fraud-investigation-paying/

♦I responded with the facts including information about Yaakov Applebaum with quotes from a NYT's tech expert  author:

Attacks On Dennis Montgomery, HAMMER And SCORECARD, 'Absolute Proof,' Have CIA Connections - The American Report
https://theamericanreport.org/2021/02/14/attacks-on-dennis-montgomery-hammer-and-scorecard-absolute-proof-have-cia-connections/
02:58:31 pm

https://www.thegatewaypundit.com/2022/06/ukrainian-nazis-u-s-capitol-january-6/



MF

03:56:50 pm

2022/06/24

Mary Fanning

MF
Let me know if you'd like to come on The Intelligence Briefing.
09:59:59 pm

DEF035558.000126

2022/08/10

**Mary Fanning**

MF
Did you want to talk today? Or is tomorrow better?
11:21:21 pm

mlicloud@mypillow.com
Tomorrow
11:26:06 pm

**Mary Fanning**

MF
I have interviews 12:00 Noon CDT - 6PM but am open before noon and tomorrow evening.
11:27:49 pm

👍 1 mlicloud@mypillow.com

2022/08/13

**Mary Fanning**

MF
Hi Mike,

You were going to call me to plan around the announcement and playing the recording.

Are you interested in joining us on The Intelligence Briefing tonight?

Mary
02:45:50 pm

2022/08/14

mlicloud@mypillow.com
I am in New York at a speaking conference and then fly home
12:13:15 am

**Mary Fanning**

MF
Okay.
12:15:57 am

2022/08/18

**Mary Fanning**

MF
Are you going to call me regarding playing the recording etc?
02:48:38 am

mlicloud@mypillow.com
Let's talk in the morning anytime 👍
02:52:17 am

**Mary Fanning**

MF
Okay. I'll call you then.
02:52:50 am

DEF035558.000127

mlicloud@mypillow.com

Sent an attachment
Filename: Maryfanningbriefingforpresidenttrump-01-12-20_audio.mp3
Path: ~/Library/SMS/Attachments/eb/11/A7C77E09-CE51-4B1E-B1AD-E1379AC9E915/Maryfanningbriefingforpresidenttrump-01-12-20_audio.mp3
Size: 8 MB
Type: audio/mpeg
03:19:53 pm

Mary Fanning

Thank you.
05:03:53 pm

Proof Positive: Coordinated Cyberwarfare Attack Against US By China, Russia, Iran, Iraq, Pakistan To Steal Election From Trump - The American Report
05:03:55 pm

https://theamericanreport.org/2021/01/03/proof-positive-coordinated-cyberwarfare-attack-against-us-by-china-russia-iran-iraq-pakistan-to-steal-election-from-trump/




05:04:01 pm

Call. This recording was made for the president.
07:54:09 pm

There is serious Nat Sec info that should not be released.I'll go through what is appropriate.
08:14:27 pm

2022/08/19

Mary Fanning

Btw Mike, I also produced ABSOLUTE PERIL. I wrote your speech, put together Talking Points for all others and brought together all participants to make ABSOLUTE PERIL just the same as I did for ABSOLUTE PROOF and ABSOLUTE INTERFERENCE.

I also redid the entire audio track for the ABSOLUTE PERIL film.

ABSOLUTE PERIL - The American Report

Sent an attachment
Filename: IMG_0626.heic
Path: ~/Library/SMS/Attachments/25/05/B9BC23C6-0D1D-4A85-8249-2441E4233809/IMG_0626.heic
Size: 31 KB
Type: image/heic
02:44:22 am

https://theamericanreport.org/2021/07/03/absolute-peril/



DEF035558.000128





MF
02:44:24 am

mlicloud@mypillow.com

Do you have a bit of the recording that you would recommend
04:31:14 pm

Mary Fanning

Yes. Going through it — most is fine to use.
Cannot use the Boeing info. And must into the info that this is information from Dennis.
04:39:07 pm

MF
I'll send the point by point in 30 minutes.
04:39:51 pm

mlicloud@mypillow.com

I can only have maybe a minute or so
05:00:17 pm

Mary Fanning

Ok— will pull the minute. Must into this was made for those with top security with info from Dennis
05:04:51 pm

Seemingly telling of the stolen election data and that the SSP and GPO were invoked to cover up malfeasance is key.
05:17:02 pm

The other info telling Comey and Baker had the slice code that showed up in China.
05:19:41 pm

The other info telling Comey and Baker took the source code under  Montgomery's immunity agreement that then showed up in China with an identifier with the unique identifier.
05:21:46 pm

DEF035558.000129

This is also information I put together since 2015. Dennis did not know about the Whistleblower Tapes until reading my articles.
05:24:08 pm

MARY FANNING'S AUDIO FOR PRESIDENT TRUMP: RELAYING DENNIS MONTGOMERY'S INFORMATION, THAT SHE EXPOSED BEGINNING IN 2015

NOTE: MARY FANNING PUT THIS INFORMATION TOGETHER FOUR (4) YEARS BEFORE DENNIS MONTGOMERY CONTACTED HER BECAUSE SHE TRANSCRIBED THE ILLICITLY RECORDED THE WHISTLEBLOWER TAPES THAT WERE DROPPED (RELEASED) FROM U.S. DISTRICT JUDGE G. MURRAY SNOW'S COURT


"THE WHISTLEBLOWER DENNIS MONTGOMERY BEGAN WORKING FOR THE GOVERNMENT WITH A TS/SCI  (TOP SECRET / SENSITIVE COMPARTMENTAL INFORMATION) SECURITY CLEARANCE (WITH ACCESS TO SAP "SPECIAL ACCESS PROGRAM" INFORMATION) SINCE 2002.

MONTGOMERY COLLECTED ELECTION DATA BEGINNING ON NOVEMBER 1, 2020 THROUGH NOVEMBER 7, 2020.

MONTGOMERY BECAME A WHISTLEBLOWER BECAUSE WHEN HE CAME INTO THE GOVERNMENT HE BUILT A SUPER SURVEILLANCE SYSTEM THAT'S ACTUALLY KNOWN AS THOR'S HAMMER. IT'S A FOREIGN SURVEILLANCE TOOL.

ON FEBRUARY 3, 2009, JOHN BRENNAN AND JAMES CLAPPER CAME IN AND THEY ILLEGALLY COMMANDEERED (STOLE) THE HAMMER, THEY MOVED IT TO FORT WASHINGTON, MARYLAND, AND THEY PUT A VPN INTO THE OBAMA WHITE HOUSE.

SO INSTEAD OF GOING THROUGH THE THE 17 ECHELONS OF SAFEGUARDS AND SIGN OFFS, THEY BEGAN SPYING ON SUPREME COURT JUSTICES, FISA COURT JUDGES, MEMBERS OF CONGRESS, 156 ARTICLE III JUDGES, BUSINESS LEADERS, MILITARY LEADERS, SPECIFICALLY GENERAL MICHAEL FLYNN, "AND MOST SPECIFICALLY DONALD TRUMP."

THEY BEGAN IMMEDIATELY SPYING ON DONALD TRUMP, HIS FAMILY, AND HIS 17 BUSINESSES.

BUT WHAT IS SO IMPORTANT RIGHT NOW IS THAT MONTGOMERY, AFTER HE BECAME A WHISTLEBLOWER, HE TURNED OVER INFORMATION AND HE KNEW THAT THEY WERE DOING THE WRONG THING WITH IT.

SO, DURING THE ELECTION, MONTGOMERY BEGAN COLLECTING ELECTION DATA ON NOVEMBER 1, 2020.

HE COLLECTED DATA FROM 3,000 U.S. COUNTIES.

THAT DATA PROVED THAT, BEYOND A SHADOW OF A DOUBT, THAT DONALD TRUMP WON."
06:34:01 pm

MARY FANNING'S AUDIO FOR PRESIDENT TRUMP: RELAYING DENNIS MONTGOMERY'S INFORMATION, THAT SHE EXPOSED BEGINNING IN 2015

NOTE: MARY FANNING PUT THIS INFORMATION TOGETHER FOUR (4) YEARS BEFORE DENNIS MONTGOMERY CONTACTED HER BECAUSE SHE TRANSCRIBED THE ILLICITLY RECORDED THE WHISTLEBLOWER TAPES THAT WERE DROPPED (RELEASED) FROM U.S. DISTRICT JUDGE G. MURRAY SNOW'S COURT


"THE WHISTLEBLOWER DENNIS MONTGOMERY BEGAN WORKING FOR THE GOVERNMENT WITH A TS/SCI  (TOP SECRET / SENSITIVE COMPARTMENTAL INFORMATION) SECURITY CLEARANCE (WITH ACCESS TO SAP "SPECIAL ACCESS PROGRAM" INFORMATION) SINCE 2002.

MONTGOMERY COLLECTED ELECTION DATA BEGINNING ON NOVEMBER 1, 2020 THROUGH NOVEMBER 7, 2020.

MONTGOMERY BECAME A WHISTLEBLOWER BECAUSE WHEN HE CAME INTO THE GOVERNMENT HE BUILT A SUPER SURVEILLANCE SYSTEM THAT'S ACTUALLY KNOWN AS THOR'S HAMMER. IT'S A FOREIGN SURVEILLANCE TOOL.

ON FEBRUARY 3, 2009, JOHN BRENNAN AND JAMES CLAPPER CAME IN AND THEY ILLEGALLY COMMANDEERED (STOLE) THE HAMMER, THEY MOVED IT TO FORT WASHINGTON, MARYLAND, AND THEY PUT A VPN INTO THE OBAMA WHITE HOUSE.

SO INSTEAD OF GOING THROUGH THE THE 17 ECHELONS OF SAFEGUARDS AND SIGN OFFS, THEY BEGAN SPYING ON SUPREME COURT JUSTICES, FISA COURT JUDGES, MEMBERS OF CONGRESS, 156 ARTICLE III JUDGES, BUSINESS LEADERS, MILITARY LEADERS, SPECIFICALLY GENERAL MICHAEL FLYNN, "AND MOST SPECIFICALLY DONALD TRUMP."

THEY BEGAN IMMEDIATELY SPYING ON DONALD TRUMP, HIS FAMILY, AND HIS 17 BUSINESSES.

BUT WHAT IS SO IMPORTANT RIGHT NOW IS THAT MONTGOMERY, AFTER HE BECAME A WHISTLEBLOWER, HE TURNED OVER INFORMATION AND HE KNEW THAT THEY WERE DOING THE WRONG THING WITH IT.

SO, DURING THE ELECTION, MONTGOMERY BEGAN COLLECTING ELECTION DATA ON NOVEMBER 1, 2020.

HE COLLECTED DATA FROM 3,000 U.S. COUNTIES.

THAT DATA PROVED THAT, BEYOND A SHADOW OF A DOUBT, THAT DONALD TRUMP WON. [According to Dennis Montgomery].
06:44:29 pm

MF

mlicloud@mypillow.com

Thanks Mary
06:46:12 pm

Mary Fanning

Sent a PDF and word doc.
06:50:34 pm

mlicloud@mypillow.com

Didn't receive it
07:36:28 pm

Mary Fanning

Will resend. Sent 1:52 to Mile@mypillow.com
07:38:16 pm

Mike@mypillow
07:38:35 pm

mlicloud@mypillow.com

Mike@mypillow.com
07:38:36 pm

Mary Fanning

Yes
07:40:09 pm

Resent.
07:40:18 pm



Sent an attachment
Filename: IMG_0431.heic
Path: ~/Library/SMS/Attachments/5a/10/43E674C1-673E-4411-8435-B62766D133F0/IMG_0431.heic
Size: 38 KB
Type: image/heic
07:53:59 pm

Confirm receipt
07:54:04 pm

MF Did the emails ever make it through?
07:54:36 pm

mlicloud@mypillow.com

Yes
07:56:57 pm
✓ Sent

2022/08/22

Mary Fanning

Are you going to give proper attribution to my work?
12:51:51 am

So I can clear my name
12:52:17 am

You going to mention you are reading from my published papers at TheAmericanReport.org?
01:13:22 am

MF Where is the attribution of my work?
01:18:34 am

2022/08/24

Mary Fanning

Tell Clements to publicly apologize for the lies and disinformation.

Hoft published maps to my homes with images.
06:43:50 pm

Sent an attachment
Filename: IMG_2979.heic
Path: ~/Library/SMS/Attachments/eb/11/BA9F0A93-C360-4F2D-ADF0-5EB5E37848C6/IMG_2979.heic
Size: 108 KB
Type: image/heic
06:43:53 pm

Destroying my reputation and my husbands is evil.
06:44:15 pm

Sent an attachment
Filename: IMG_4393.heic
Path: ~/Library/SMS/Attachments/f1/01/388AD351-F148-4388-9915-D55FD24B5755/IMG_4393.heic
Size: 115 KB
Type: image/heic
06:45:12 pm

DEF035558.000132



Sent an attachment
Filename: IMG_2294.heic
Path: ~/Library/SMS/Attachments/98/08/FA5A2BF3-2353-4976-AEB5-6BD73668B5A0/IMG_2294.heic
Size: 121 KB
Type: image/heic
06:45:57 pm

Sent an attachment
Filename: IMG_6029.heic
Path: ~/Library/SMS/Attachments/eb/11/EAFAA721-07A3-4A8B-AA6C-382D919CBB74/IMG_6029.heic
Size: 114 KB
Type: image/heic
06:46:47 pm

He is a liar.

Sent an attachment
Filename: IMG_2754.heic
Path: ~/Library/SMS/Attachments/42/02/5A1BF1BF-404C-4EC7-B117-2377B65F6FD3/IMG_2754.heic
Size: 106 KB
Type: image/heic
06:47:48 pm

Sent an attachment
Filename: IMG_2756.heic
Path: ~/Library/SMS/Attachments/aa/10/C079E79D-173E-4998-AAA7-7A1474266AE2/IMG_2756.heic
Size: 108 KB
Type: image/heic
06:48:39 pm

Sent an attachment
Filename: IMG_2761.heic
Path: ~/Library/SMS/Attachments/2e/14/FC066FF2-CA45-42D6-9D9B-B7A4F5CB518B/IMG_2761.heic
Size: 112 KB
Type: image/heic
06:49:53 pm

MF

✓ Read