# Exhibit 173

# Exhibit 3

## Douglas G. Frank, PhD, resume



Douglas G Frank, PhD
7444 Misty Woods Ct
Morrow, OH 45152

Dr Frank has approximately sixty peer-reviewed scientific publications, including feature and cover articles in the leading scientific journals in the world (e.g. *Science, Nature, Naturwissenschaften*). During his graduate and postdoctoral work he discovered and developed a new type of microscopy capable of producing three-dimensional images of molecules resting on metal surfaces. This gave him international credibility in the area of Low Energy Electron Diffraction (LEED) and Auger electron spectroscopy and microscopy, and his work is prominently featured in college textbooks and handbooks on the subjects.

Dr Frank left university academics in 1996, and began consulting, developing and manufacturing surface analytical devices for national defense (DARPA) and various industries, especially the cleaning products industry and bowling ball manufacturers, where his custom electronics, software, inventions and products continue to be widely used as industrial standards. Much of his work is protected by non-disclosure agreements.

During the 1990's, Dr Frank helped to establish The Schilling School for Gifted Children in Cincinnati, Ohio. Schilling is a K-12 school for extraordinarily gifted youngsters, and Dr Frank continues to teach a couple of their most advanced math and science classes each year, and continues to serve as the Math & Science Department Chair.

| | | |
|---|---|---|
| 1990 | PhD | Surface Electroanalytical Chemistry, Univ of Cincinnati |
| 1986 | | University of California, Santa Barbara. Completed all requirements for PhD before relocation to Univ. of Cincinnati as part of the Ohio Eminent Scholar program. |
| 1983 | BA | Chemistry, Westmont College, Santa Barbara CA |