# Exhibit 181

# Exhibit 145

CASE 0:22-cv-00098-JMB-JFD Doc. 457-46 Filed 10/13/23 Page 3 of 29
CASE 0:22-cv-00098-WMW-JFD Doc. 255-24 Filed 12/07/23 Page 3 of 20
Page 1

VIDEO TRANSCRIPTION

OF

MY PILLOW GUY, MIKE LINDELL

ON

JIMMY KIMMEL LIVE!

1      JIMMY KIMMEL:  Of all the colorful, unhinged
2  characters who have come to prominence in the political
3  era of Donald Trump, our next guest is probably the
4  most enthusiastic.  To help him overcome his
5  debilitating fear of machines, we have installed him
6  inside a claw machine for his interview tonight.  And
7  joining us now, from the corner of Donkey Kong and
8  Q-bert, the MyPillow guy, Mike Lindell.  Hello, Mike.
9                  (Scene shows Mike in a Dave & Buster's
10                 Claw Machine full of toys.)
11     MIKE LINDELL:  Jimmy Crumble, is that you?
12     JIMMY KIMMEL:  It's me.
13                 (Boisterous laughter from Mike.)
14     JIMMY KIMMEL:   Well, Mike.  First question, Mike,
15 is why do you think people don't take you seriously?
16     MIKE LINDELL:  Well, you know, I wanna tell you
17 this, Jimmy.
18     JIMMY KIMMEL:  Okay.
19     MIKE LINDELL:  Remember, we were kids and we
20 question these carnival games; whether they were rigged
21 or not?
22     JIMMY KIMMEL:  Yeah.  Right.
23     MIKE LINDELL:  But when we spoke up back then, we
24 didn't get sued, did we?

```
 1        JIMMY KIMMEL:  No.  That's right.  Hey, Mike, get
 2  rid of that kid.  Will you give him a toy or something
 3  like that?   He's gonna --
 4              (Mike throws toys to the
 5               kid playing the game.)
 6        MIKE LINDELL:  Here you go.  You've got a winner.
 7  It's a rigged game -- a rigged game -- it's a rigged
 8  game.
 9        JIMMY KIMMEL:  Mike, I know that you're
10  distrustful of machines.  Now that you're inside one,
11  do you feel differently?
12        MIKE LINDELL:  No.  Same thing.  There is --
13  so there are computers can be rigged out there.
14  Absolutely.  In elections.  You know that.
15        JIMMY KIMMEL:  Did you ask Donald Trump whether
16  you should do this or not?  Do you run this sort of
17  thing by him?
18        MIKE LINDELL:  No, I didn't, Jimmy.  I did this
19  all on my own.  I wanted to be on your show.  You'd be
20  -- you know, you kept telling me to come on, but, you
21  know, I've seen the monologue, there.  You said it's
22  because -- to put me in here because I wasn't
23  vaccinated.  You tricked me.
24              You did it to be funny, huh?
```

1      JIMMY KIMMEL:  No, I didn't want you in there
2 because you weren't vaccinated.  I don't know.  To be
3 honest, I don't even remember why I decided you should
4 be in there.
5      MIKE LINDELL:  I didn't know you decided on your
6 show.
7      JIMMY KIMMEL:  It seemed like a good idea when it
8 happened.  I have to say I was very surprised when you
9 said you would do it, but you know, I put it out there.
10 And so you said yes, so, you know, I'm honoring that
11 commitment that I made on the air.
12      MIKE LINDELL:  I know.  You did great.  I think
13 it's great, I think it's --
14      JIMMY KIMMEL:  So last week, Mike, you --
15 actually, during the weekend, you ran for Chairman of
16 the Republican National Committee.  This is the
17 committee that is kind of in charge of fundraising.
18 It decides where the money goes.  It's a very powerful
19 group.
20      MIKE LINDELL:  Correct.
21      JIMMY KIMMEL:  And you seemed, by my count, very
22 confident that you had a chance to win this thing.
23 Let's look at the tape.
24

```
 1                    (Clip from from Lindell Report
 2                     starts showing.)
 3        MIKE LINDELL:  I'm running for Chairman of the
 4   RNC, and I plan on winning.
 5                    (Another interview clip.)
 6        MIKE LINDELL:  And you know what?  I plan on
 7   winning.  I wanna win that RNC chair.
 8                    (Another interview clip plays.)
 9        MIKE LINDELL:  We're heading every single poll
10   out there.
11                    (Showing clip from Real
12                     America's Voice.)
13        MIKE LINDELL:  I'm a hundred percent all in and
14   when I go all in, I go all in to win.
15                    (Showing another clip.)
16        MIKE LINDELL:  I just wanna win, everybody.
17                    (Another clip shown.)
18        MIKE LINDELL:  Not only am I gonna win, but we are
19   gonna -- it's gonna change real fast.
20                    (Showing clip from Talking Points.)
21        INTERVIEWER:  Are you confident that you can win?
22        MIKE LINDELL:  Yeah, absolutely.
23                    (Clip from Real America's voice shown.)
24        MIKE LINDELL:  A lot of 'em are going, "Do you
```

```
 1  think you can win?  Do you think you win?"
 2           Of course, I'm gonna win.
 3              (Lindell TV clip shown.)
 4      INTERVIEWER:  Mike, some of the polls show you
 5  winning this.
 6      MIKE LINDELL:  Oh yeah.  Yeah, they all do.
 7      JIMMY KIMMEL:  Now, Mike, the poll actually did
 8  show you as the favorite, right?  The Rasmussen poll.
 9      MIKE LINDELL:  That's correct.  Yep.
10      JIMMY KIMMEL:  And then this happened.
11              (Clip of C-SPAN 2 shown.)
12      SPEAKER:  Mike Lindell received four votes,
13  Harmeet Dhillon received 51 votes, and Ronna McDaniel
14  received 111 votes.
15      JIMMY KIMMEL:  Now, does this seem like an
16  indication that maybe your barometer, when it comes to
17  voting, is off?
18      MIKE LINDELL:  No.  What it seems like, Jimmy, is
19  that the RNC did -- that their representatives didn't
20  listen to the people of our country that wanted a
21  change in the RNC leadership because I was the top of
22  all the polls.  I almost doubled both of them combined
23  in the Rasmussen report, which came out last Thursday,
24  the day before the vote.
```

```
 1              So they, you know, I didn't realize that they
 2  you know, that they would -- I would think that they
 3  would've went with what the people wanted because they
 4  represent the people.
 5        JIMMY KIMMEL:  Do you believe this was a rigged
 6  election, too?
 7        MIKE LINDELL:  No, absolutely not, Jimmy.  Because
 8  there was no machines involved.  It was paper ballots;
 9  hand counted.
10        JIMMY KIMMEL:  Right.  Okay.  So you lost.  You
11  would've lost either way, I guess, is what you're
12  saying.
13        MIKE LINDELL:  Well, I don't know if I'd have had
14  machines like somebody could have fiddled with the
15  numbers.  Right?
16        JIMMY KIMMEL:  You distrust machines.  Does that
17  extend to, like, sewing machines?  Uh, yeah.  Tell me,
18  like, what about ice machines?  You okay with those?
19        MIKE LINDELL:  Jimmy?  You know what?  You know,
20  you can make fun of that, but we know the machines I'm
21  talking about are voting machines.  Computers used in
22  elections because we wanna have elections and not
23  selections.
24        JIMMY KIMMEL:  So not like the George Foreman Lean
```

1  Mean grilling machine would not be on your list of
2  things to melt down and make into prison bars?
3      MIKE LINDELL:  No, no.  Just the voting machines.
4  We got enough of them to melt down into prison bars.
5  We've got enough people to put behind --
6      JIMMY KIMMEL:  Gloria Estefan and the Miami Sound
7  Machine.  They're cool, right?
8      MIKE LINDELL: What's that?
9      JIMMY KIMMEL:  I said Gloria Estefan and the Miami
10 Sound Machine.
11     MIKE LINDELL:  I can't hear you, Jimmy.  I can't
12 hear you.  You've checked --
13     JIMMY KIMMEL:  I'm sorry.  It turns out you're
14 locked inside a claw machine.  You know, one of the
15 differences between you and the claw machine is claw
16 machines let go and you will not let go of this voting
17 thing, will you?
18     MIKE LINDELL:  Never.  I want to save -- I want to
19 help save our country.  And I love our country.  I love
20 the people in our country and we've gotta get rid of
21 the computers in our elections.
22     JIMMY KIMMEL:  Mike, I have to tell you, and I
23 mean this, sincerely, I believe that you believe this
24 stuff.  I believe that you are really convinced that, I

1  mean, the evidence that you presented is nonsensical,
2  but I do believe that you are convinced that there is
3  some kind of a conspiracy or malfunction or whatever
4  the case may be.
5           I don't believe that Donald Trump believes
6  that.  I think Donald Trump is lying when he says he
7  thinks the election was rigged.  I think Giuliani is
8  lying when he says it.  I think Kari Lake is lying.  I
9  think for them, these are just excuses for losing an
10 election.  What do you say to that?
11      MIKE LINDELL:  Well, I say, Jimmy, no judge in the
12 United States has looked at the evidence.  They've all
13 kicked the can on standing.  No one has ever looked at
14 the evidence based on merit.  And --
15      JIMMY KIMMEL:  Isn't that, isn't that --
16      MIKE LINDELL:  I'm just gonna keep sounding the
17 alarm until somebody looks at it.  We gave it to the
18 Facebook fact checkers, Alan Duke.  He looked at it and
19 he won't -- now he just went away because he knows it
20 was true.
21      JIMMY KIMMEL:  But the Supreme Court --
22      MIKE LINDELL:  I've seen you, Jimmy.  I'll give
23 the evidence to you.  We'll come back two months later.
24 I'll pay for your cyber-guy if the show can't afford

```
 1  it.  We'll help him check it out.  You know, you're
 2  getting a big audience, tonight, so you could afford
 3  it.
 4       JIMMY KIMMEL:  Mike, you see that?  Do you see
 5  that --
 6       MIKE LINDELL:  I'll bring you the evidence and you
 7  -- I can come back on the show.
 8       JIMMY KIMMEL:  Do you see that that little girl
 9  with the overalls on?  That's our cyber-guy.
10       MIKE LINDELL:  You're looking good, you're looking
11  good.
12       JIMMY KIMMEL:  How much has this crusade cost you,
13  personally, Mike?
14       MIKE LINDELL:  Over 40 million.  And that's
15  counting building your great network you watch all the
16  time, Jimmy.
17       JIMMY KIMMEL:  That's right.
18       MIKE LINDELL:  Lindell TV.  That's part of the
19  cost.
20       JIMMY KIMMEL:  I'm your number one fan.  That's
21  for sure.
22       MIKE LINDELL:  Yes, you are.
23       JIMMY KIMMEL:  There's no question about that.
24  Your MyPillows used to be in Costco; they used to be in
```

```
 1  Walmart.
 2       MIKE LINDELL II:  Hello?
 3       JIMMY KIMMEL:  They used to be in Macy's, Bed,
 4  Bath, and Beyond, et cetera --
 5       MIKE LINDELL II:  Hello?  I'm looking -- by the
 6  way, where the heck are they?  Hello?  Is anybody?
 7  Where the heck is Mike?
 8       JIMMY KIMMEL:  Who?
 9       MIKE LINDELL II:  Huh?
10       JIMMY KIMMEL:  Oh my goodness.  It's another Mike
11  Lindell --
12       MIKE LINDELL II:  First, you get -- oh, no, no,
13  no, not Jimmy.  It's Jimmy Crumble.  I can't handle it
14  right now.  I don't got time for you.  I'm looking for
15  the Law Offices of Dave & Buster's.
16       JIMMY KIMMEL:  Well, no, Mike.  Dave & Buster's
17  isn't a law firm.  It's like a Chuck E. Cheese for
18  adults who enjoy wrestling.
19       MIKE LINDELL II:  Well, I'm being sued for 1.3
20  billion dollars, and I need some representation.  So
21  it's right here in the lawsuit.  Hey, ahhh.  Jumping
22  Jehoshaphat, how did I get in there?  What kind of dark
23  magic did I play?
24       JIMMY KIMMEL:  Mike, you agreed to be.  Well, one
```

1  of the Mikes agreed to be interviewed in the Claw
2  Machine, so.
3          MIKE LINDELL II:  I knew it.  It's the machines.
4  It's the Antifa Chinese demo crazy.  And they trapped
5  me inside.  Don't worry, you sweet boy.  I got a
6  pillowcase full of quarters right here.
7          MIKE LINDELL:  Try the machine.  Here, it's
8  rigged.  Here, it's rigged.  Get these animals.
9          JIMMY KIMMEL:  You can't put -- they take credit
10 cards, they don't take pillow cases, Mike.  I'm sorry.
11         MIKE LINDELL II:  Self-defense.  It's just a
12 self-defense technique.
13         JIMMY KIMMEL:  Okay.  All right.
14         MIKE LINDELL II:  I'm not gonna use no card on
15 these.  I'll get ya out.  Don't worry, me.  I'll get
16 you out at some point.
17         MIKE LINDELL:  It's a rigged machine.  The animals
18 are falling --
19         MIKE LINDELL II:  You jammed it up.  The door's
20 not gonna work.  I just need another bag of pillows.
21         MIKE LINDELL:  You're winning.  You're winning.
22 You're winning.
23         JIMMY KIMMEL:  You have another pillowcase full of
24 quarters?

1    MIKE LINDELL II:  I eat all of my suppers out of
2 vending machines.  You know that as much as I do.
3 Shield your eyes.  I'm coming for you.  I'm gonna get
4 you back in that ice hole real quick.  Let's smash this
5 crab grabber-to smithereens.
6              (Mike Lindell II swings pillowcase
7               of quarters.)
8    JIMMY KIMMEL:  Right.  Don't hurt Mike.  Right?
9 Can you please get the other Mike Lindell out of this?
10              (Quarters go flying everywhere.)
11   JIMMY KIMMEL:  Mike, one more thing.  Have you --
12 what do you -- have you met this guy, George Santos?
13   MIKE LINDELL:  No.
14   JIMMY KIMMEL:  What do do you think of him?
15   MIKE LINDELL:  Is that the guy that was just here?
16   JIMMY KIMMEL:  No.  That's a different guy.  All
17 right, Mike.  Well, thank you, Mike, for -- you know
18 what I have to say?  One thing about you is you are
19 definitely committed and you should probably be
20 committed, to be honest with you.
21       Mike Lindell, everybody.  The MyPillow guy.
22   MIKE LINDELL:  It's great to be on, Jimmy.
23   JIMMY KIMMEL:  We'll be right back with Fall Out
24 Boy.

```
 1
 2                        CERTIFICATION
 3
 4
 5
 6      I, Heidi Heyert, do hereby certify the foregoing
 7 was transcribed from an video file, which matter was
 8 held on the date and the time and place set out on the
 9 title page hereof, and that the foregoing constitutes
10 a true and accurate transcript of same.
11
12      I further certify that I am not related to any of
13 the parties and I have no financial interest in the
14 outcome of this matter.
15
16                    [signature]
17 _____
18           Heidi Heyert
19
20
21
22
23
24
```

---

**1**

1.3  11:19
111  6:14

---

**2**

2  6:11

---

**4**

40  10:14

---

**5**

51  6:13

---

**A**

about  7:18,21 10:23 13:18
absolutely  3:14 5:22 7:7
actually  4:15 6:7
adults  11:18
afford  9:24 10:2
agreed  11:24 12:1
ahhh  11:21
air  4:11
Alan  9:18
alarm  9:17
all  2:1 3:19 5:13,14 6:6,22 9:12 10:15 12:13 13:1,16
almost  6:22
am  5:18
America's  5:12,23
an  6:15 9:9
and  2:6,7,19 4:10,21 5:4,6,13 6:10,13 7:22 8:2,6,9,15,16, 19,20,22 9:14,18 10:6,14 11:4,20 12:4 13:19
animals  12:8,17
another  5:5,8,15,17 11:10 12:20,23
Antifa  12:4
anybody  11:6

---

**B**

are  3:13 5:18,21,24 7:21 8:24 9:2,9 10:22 11:6 12:18 13:18
as  6:8 13:2
ask  3:15
at  4:23 9:12,13,17, 18 12:16
audience  10:2
away  9:19

---

**B**

back  2:23 9:23 10:7 13:4,23
bag  12:20
ballots  7:8
barometer  6:16
bars  8:2,4
based  9:14
Bath  11:4
be  3:13,19,24 4:2,4 8:1 9:4 10:24 11:3, 24 12:1 13:19,20, 22,23
because  3:22 4:2 6:21 7:3,7,22 9:19
Bed  11:3
before  6:24
behind  8:5
being  11:19
believe  7:5 8:23,24 9:2,5
believes  9:5
between  8:15
Beyond  11:4
big  10:2
billion  11:20
boisterous  2:13
both  6:22
boy  12:5 13:24
bring  10:6
building  10:15
Buster's  2:9 11:15, 16
but  2:23 3:20 4:9 5:18 7:20 9:2,21
by  3:17 4:21 11:5

---

**C**

C-SPAN  6:11
came  6:23
can  3:13 5:21 6:1 7:20 9:13 10:7 13:9
can't  8:11 9:24 11:13 12:9
card  12:14
cards  12:10
carnival  2:20
case  9:4
cases  12:10
cetera  11:4
chair  5:7
Chairman  4:15 5:3
chance  4:22
change  5:19 6:21
characters  2:2
charge  4:17
check  10:1
checked  8:12
checkers  9:18
Cheese  11:17
Chinese  12:4
Chuck  11:17
claw  2:6,10 8:14,15 12:1
clip  5:1,5,8,11,15, 17,20,23 6:3,11
colorful  2:1
combined  6:22
come  2:2 3:20 9:23 10:7
comes  6:16
coming  13:3
commitment  4:11
committed  13:19,20
committee  4:16,17
computers  3:13 7:21 8:21
confident  4:22 5:21
conspiracy  9:3
convinced  8:24 9:2
cool  8:7
corner  2:7

---

correct  4:20 6:9
cost  10:12,19
Costco  10:24
could  7:14 10:2
count  4:21
counted  7:9
counting  10:15
country  6:20 8:19, 20
course  6:2
Court  9:21
crab  13:5
crazy  12:4
credit  12:9
Crumble  2:11 11:13
crusade  10:12
cyber-guy  9:24 10:9

---

**D**

dark  11:22
Dave  2:9 11:15,16
day  6:24
debilitating  2:5
decided  4:3,5
decides  4:18
definitely  13:19
demo  12:4
Dhillon  6:13
did  2:24 3:15,18,24 4:12 6:7,19 11:22, 23
didn't  2:24 3:18 4:1, 5 6:19 7:1
differences  8:15
different  13:16
differently  3:11
distrust  7:16
distrustful  3:10
do  2:15 3:11,16 4:9 5:24 6:1,6 7:5 9:2, 10 10:4,8 13:2,12, 14
does  6:15 7:16
dollars  11:20
don't  2:15 4:2,3 7:13 9:5 11:14 12:5, 10,15 13:8

---

Donald  2:3 3:15 9:5, 6
Donkey  2:7
door's  12:19
doubled  6:22
down  8:2,4
Duke  9:18
during  4:15

---

**E**

eat  13:1
either  7:11
election  7:6 9:7,10
elections  3:14 7:22 8:21
em  5:24
enjoy  11:18
enough  8:4,5
enthusiastic  2:4
era  2:3
Estefan  8:6,9
et  11:4
even  4:3
ever  9:13
every  5:9
everybody  5:16 13:21
everywhere  13:10
evidence  9:1,12,14, 23 10:6
excuses  9:9
extend  7:17
eyes  13:3

---

**F**

Facebook  9:18
fact  9:18
Fall  13:23
falling  12:18
fan  10:20
fast  5:19
favorite  6:8
fear  2:5
feel  3:11
fiddled  7:14

---

**firm** 11:17
**First** 2:14 11:12
**flying** 13:10
**for** 2:6 4:15 5:3 9:9, 24 10:21 11:14,17, 19 13:3,17
**Foreman** 7:24
**four** 6:12
**from** 2:7,13 5:1,11, 20,23
**full** 2:10 12:6,23
**fun** 7:20
**fundraising** 4:17
**funny** 3:24

**G**

**game** 3:5,7,8
**games** 2:20
**gave** 9:17
**George** 7:24 13:12
**get** 2:24 3:1 8:20 11:12,22 12:8,15 13:3,9
**getting** 10:2
**girl** 10:8
**Giuliani** 9:7
**give** 3:2 9:22
**Gloria** 8:6,9
**go** 3:6 5:14 8:16 13:10
**goes** 4:18
**going** 5:24
**gonna** 3:3 5:18,19 6:2 9:16 12:14,20 13:3
**good** 4:7 10:10,11
**goodness** 11:10
**got** 3:6 8:4,5 11:14 12:5
**gotta** 8:20
**grabber-to** 13:5
**great** 4:12,13 10:15 13:22
**grilling** 8:1
**group** 4:19
**guess** 7:11
**guest** 2:3

**guy** 2:8 13:12,15,16, 21

**H**

**had** 4:22 7:13
**hand** 7:9
**handle** 11:13
**happened** 4:8 6:10
**Harmeet** 6:13
**has** 9:12,13 10:12
**have** 2:2,5 4:8 7:13, 14,22 8:22 12:23 13:11,12,18
**he** 9:6,8,18,19
**He's** 3:3
**heading** 5:9
**hear** 8:11,12
**heck** 11:6,7
**Hello** 2:8 11:2,5,6
**help** 2:4 8:19 10:1
**here** 3:6,22 11:21 12:6,7,8 13:15
**Hey** 3:1 11:21
**him** 2:4,5 3:2,17 10:1 13:14
**his** 2:4,6
**hole** 13:4
**honest** 4:3 13:20
**honoring** 4:10
**how** 10:12 11:22
**huh** 3:24 11:9
**hundred** 5:13
**hurt** 13:8

**I**

**I'D** 7:13
**I'LL** 9:22,24 10:6 12:15
**I'M** 4:10 5:3,13 6:2 7:20 8:13 9:16 10:20 11:5,14,19 12:10,14 13:3
**I'VE** 3:21 9:22
**ice** 7:18 13:4
**idea** 4:7
**if** 7:13 9:24

**II** 11:2,5,9,12,19 12:3,11,14,19 13:1, 6
**in** 2:2,9 3:14,22 4:1, 4,17 5:13,14 6:21, 23 7:21 8:20,21 9:11 10:24 11:3,21, 22 12:1 13:4
**indication** 6:16
**inside** 2:6 3:10 8:14 12:5
**installed** 2:5
**interview** 2:6 5:5,8
**interviewed** 12:1
**INTERVIEWER** 5:21 6:4
**into** 8:2,4
**involved** 7:8
**is** 2:3,11,15 3:12 4:16,17 6:17,18 7:11 8:15 9:1,2,6,7, 8 11:6,7 13:15,18
**isn't** 9:15 11:17
**it** 3:24 4:7,9,18 6:16, 18 7:8 8:13 9:8,17, 18,19 10:1,3 11:13 12:3,19
**it's** 2:12 3:7,21 4:13, 18 5:19 11:10,13, 17,21 12:3,4,7,8,11, 17 13:22

**J**

**jammed** 12:19
**Jehoshaphat** 11:22
**Jimmy** 2:1,11,12,14, 17,18,22 3:1,9,15, 18 4:1,7,14,21 6:7, 10,15,18 7:5,7,10, 16,19,24 8:6,9,11, 13,22 9:11,15,21,22 10:4,8,12,16,17,20, 23 11:3,8,10,13,16, 24 12:9,13,23 13:8, 11,14,16,22,23
**joining** 2:7
**judge** 9:11
**Jumping** 11:21
**just** 5:16 8:3 9:9,16, 19 12:11,20 13:15

**K**

**Kari** 9:8
**keep** 9:16
**kept** 3:20
**kicked** 9:13
**kid** 3:2,5
**kids** 2:19
**KIMMEL** 2:1,12, 14,18,22 3:1,9,15 4:1,7,14,21 6:7,10, 15 7:5,10,16,24 8:6, 9,13,22 9:15,21 10:4,8,12,17,20,23 11:3,8,10,16,24 12:9,13,23 13:8,11, 14,16,23
**kind** 4:17 9:3 11:22
**knew** 12:3
**know** 2:16 3:9,14, 20,21 4:2,5,9,10,12 5:6 7:1,2,13,19,20 8:14 10:1 13:2,17
**knows** 9:19
**Kong** 2:7

**L**

**Lake** 9:8
**last** 4:14 6:23
**later** 9:23
**laughter** 2:13
**law** 11:15,17
**lawsuit** 11:21
**leadership** 6:21
**Lean** 7:24
**let** 8:16
**Let's** 4:23 13:4
**like** 3:3 4:7 6:15,18 7:14,17,18,24 11:17
**lindell** 2:8,11,16,19, 23 3:6,12,18 4:5,12, 20 5:1,3,6,9,13,16, 18,22,24 6:3,6,9,12, 18 7:7,13,19 8:3,8, 11,18 9:11,16,22 10:6,10,14,18,22 11:2,5,9,11,12,19 12:3,7,11,14,17,19,

21 13:1,6,9,13,15, 21,22
**list** 8:1
**listen** 6:20
**little** 10:8
**locked** 8:14
**look** 4:23
**looked** 9:12,13,18
**looking** 10:10 11:5, 14
**looks** 9:17
**losing** 9:9
**lost** 7:10,11
**lot** 5:24
**love** 8:19
**lying** 9:6,8

**M**

**machine** 2:6,10 8:1, 7,10,14,15 12:2,7, 17
**machines** 2:5 3:10 7:8,14,16,17,18,20, 21 8:3,16 12:3 13:2
**Macy's** 11:3
**made** 4:11
**magic** 11:23
**make** 7:20 8:2
**malfunction** 9:3
**may** 9:4
**maybe** 6:16
**Mcdaniel** 6:13
**me** 2:12 3:20,22,23 7:17 12:5,15
**mean** 8:1,23 9:1
**melt** 8:2,4
**merit** 9:14
**met** 13:12
**Miami** 8:6,9
**mike** 2:8,9,11,13,14, 16,19,23 3:1,4,6,9, 12,18 4:5,12,14,20 5:3,6,9,13,16,18,22, 24 6:4,6,7,9,12,18 7:7,13,19 8:3,8,11, 18,22 9:11,16,22 10:4,6,10,13,14,18, 22 11:2,5,7,9,10,12,

16,19,24 12:3,7,10,
  11,14,17,19,21
  13:1,6,8,9,11,13,15,
  17,21,22
**Mikes** 12:1
**million** 10:14
**money** 4:18
**monologue** 3:21
**months** 9:23
**more** 13:11
**most** 2:4
**much** 10:12 13:2
**my** 3:19 4:21 11:10
  13:1
**Mypillow** 2:8 13:21
**Mypillows** 10:24

———

**N**

**National** 4:16
**need** 11:20 12:20
**network** 10:15
**Never** 8:18
**next** 2:3
**no** 3:1,12,18 4:1
  6:18 7:7,8 8:3 9:11,
  13 10:23 11:12,13,
  16 12:14 13:13,16
**nonsensical** 9:1
**not** 2:21 3:16 5:18
  7:7,22,24 8:1,16
  11:13 12:14,20
**now** 2:7 3:10 6:7,15
  9:19 11:14
**number** 10:20
**numbers** 7:15

———

**O**

**of** 2:1,3,5,7,10 3:2,
  10,16 4:15,17 5:3,
  24 6:2,4,11,20,21,
  22 7:20 8:1,4,14,16,
  20 9:3 10:18 11:15,
  22 12:1,6,20,23
  13:1,7,9,14
**off** 6:17
**Offices** 11:15
**oh** 6:6 11:10,12

**okay** 2:18 7:10,18
  12:13
**on** 3:19,20 4:5,11
  5:4,6 8:1 9:13,14
  10:7,9 12:14 13:22
**one** 3:10 8:14 9:13
  10:20 11:24 13:11,
  18
**only** 5:18
**or** 2:21 3:2,16 9:3
**other** 13:9
**our** 2:3 6:20 8:19,
  20,21 10:9
**out** 3:13 4:9 5:10
  6:23 8:13 10:1
  12:15,16 13:1,9,23
**Over** 10:14
**overalls** 10:9
**overcome** 2:4
**own** 3:19

———

**P**

**paper** 7:8
**part** 10:18
**pay** 9:24
**people** 2:15 6:20
  7:3,4 8:5,20
**percent** 5:13
**personally** 10:13
**pillow** 12:10
**pillowcase** 12:6,23
  13:6
**pillows** 12:20
**plan** 5:4,6
**play** 11:23
**playing** 3:5
**plays** 5:8
**please** 13:9
**point** 12:16
**Points** 5:20
**political** 2:2
**poll** 5:9 6:7,8
**polls** 6:4,22
**powerful** 4:18
**presented** 9:1
**prison** 8:2,4
**probably** 2:3 13:19

**prominence** 2:2
**put** 3:22 4:9 8:5
  12:9

———

**Q**

**Q-BERT** 2:8
**quarters** 12:6,24
  13:7,10
**question** 2:14,20
  10:23
**quick** 13:4

———

**R**

**ran** 4:15
**Rasmussen** 6:8,23
**real** 5:11,19,23 13:4
**realize** 7:1
**really** 8:24
**received** 6:12,13,14
**remember** 2:19 4:3
**report** 5:1 6:23
**represent** 7:4
**representation**
  11:20
**representatives** 6:19
**Republican** 4:16
**rid** 3:2 8:20
**rigged** 2:20 3:7,13
  7:5 9:7 12:8,17
**right** 2:22 3:1 6:8
  7:10,15 8:7 10:17
  11:14,21 12:6,13
  13:8,17,23
**RNC** 5:4,7 6:19,21
**Ronna** 6:13
**run** 3:16
**running** 5:3

———

**S**

**said** 3:21 4:9,10 8:9
**Same** 3:12
**Santos** 13:12
**save** 8:18,19
**say** 4:8 9:10,11
  13:18

**saying** 7:12
**says** 9:6,8
**scene** 2:9
**see** 10:4,8
**seem** 6:15
**seemed** 4:7,21
**seems** 6:18
**seen** 3:21 9:22
**selections** 7:23
**self-defense** 12:11,
  12
**seriously** 2:15
**sewing** 7:17
**Shield** 13:3
**should** 3:16 4:3
  13:19
**show** 3:19 4:6 6:4,8
  9:24 10:7
**showing** 5:2,11,15,
  20
**shown** 5:17,23 6:3,
  11
**shows** 2:9
**sincerely** 8:23
**single** 5:9
**smash** 13:4
**smithereens** 13:5
**so** 3:13 4:10,14 7:1,
  10,24 10:2 11:20
  12:2
**some** 6:4 9:3 11:20
  12:16
**somebody** 7:14 9:17
**something** 3:2
**sorry** 8:13 12:10
**sort** 3:16
**Sound** 8:6,10
**sounding** 9:16
**SPEAKER** 6:12
**spoke** 2:23
**standing** 9:13
**starts** 5:2
**States** 9:12
**stuff** 8:24
**sued** 2:24 11:19
**suppers** 13:1
**Supreme** 9:21

**sure** 10:21
**surprised** 4:8
**sweet** 12:5
**swings** 13:6

———

**T**

**take** 2:15 12:9,10
**talking** 5:20 7:21
**tape** 4:23
**technique** 12:12
**tell** 2:16 7:17 8:22
**telling** 3:20
**thank** 13:17
**that** 2:11 3:2,3,9,10,
  14 4:10,11,17,22
  5:7,21 6:16,19,20
  7:1,2,16,20 8:8,23,
  24 9:1,2,5,6,10,15
  10:4,5,8,23 13:2,4,
  15
**that's** 3:1 6:9 10:9,
  14,17,18,20 13:16
**the** 2:1,2,3,7,8 3:4,5,
  21 4:11,15,16,18,23
  5:3 6:4,7,8,19,20,
  21,22,23,24 7:3,4,
  14,20,24 8:3,6,9,14,
  15,20,21 9:1,4,7,11,
  12,13,14,16,17,21,
  23,24 10:6,7,9,15,
  18 11:5,6,7,15,21
  12:1,3,4,7,17,19
  13:9,15,21
**their** 6:19
**them** 6:22 8:4 9:9
**then** 2:23 6:10
**there** 3:12,13,21 4:1,
  4,9 5:10 7:8 9:2
  11:22
**There's** 10:23
**these** 2:20 9:9 12:8,
  15
**they** 2:20 6:6 7:1,2,3
  10:24 11:3,6 12:4,9,
  10
**They're** 8:7
**They've** 9:12
**thing** 3:12,17 4:22
  8:17 13:11,18

| | | | |
|---|---|---|---|
| **things** 8:2<br>**think** 2:15 4:12,13 6:1 7:2 9:6,7,8,9 13:14<br>**thinks** 9:7<br>**this** 2:17 3:16,18 4:16,22 6:5,10,15 7:5 8:16,23 10:12 13:4,9,12<br>**those** 7:18<br>**throws** 3:4<br>**Thursday** 6:23<br>**time** 10:16 11:14<br>**to** 2:2,4 3:4,19,20, 22,24 4:2,8,22 5:14 6:16,20 7:17 8:2,4, 5,18,22 9:10,17,23 10:24 11:3,24 12:1 13:18,20,22<br>**tonight** 2:6 10:2<br>**too** 7:6<br>**top** 6:21<br>**toy** 3:2<br>**toys** 2:10 3:4<br>**trapped** 12:4<br>**tricked** 3:23<br>**true** 9:20<br>**Trump** 2:3 3:15 9:5, 6<br>**Try** 12:7<br>**turns** 8:13<br>**TV** 6:3 10:18<br>**two** 9:23<br><br>**U**<br><br>**Uh** 7:17<br>**unhinged** 2:1<br>**United** 9:12<br>**until** 9:17<br>**up** 2:23 12:19<br>**us** 2:7<br>**use** 12:14<br>**used** 7:21 10:24 11:3<br><br>**V**<br><br>**vaccinated** 3:23 4:2 | **vending** 13:2<br>**very** 4:8,18,21<br>**voice** 5:12,23<br>**vote** 6:24<br>**votes** 6:12,13,14<br>**voting** 6:17 7:21 8:3, 16<br><br>**W**<br><br>**Walmart** 11:1<br>**wanna** 2:16 5:7,16 7:22<br>**want** 4:1 8:18<br>**wanted** 3:19 6:20 7:3<br>**was** 4:8 6:21 7:5,8 9:7,20 13:15<br>**wasn't** 3:22<br>**watch** 10:15<br>**way** 7:11 11:6<br>**we** 2:5,19,23,24 5:18 7:20,22 8:4 9:17<br>**We'll** 9:23 10:1 13:23<br>**We're** 5:9<br>**we've** 8:5,20<br>**week** 4:14<br>**weekend** 4:15<br>**Well** 2:14,16 7:13 9:11 11:16,19,24 13:17<br>**went** 7:3 9:19<br>**were** 2:19,20<br>**weren't** 4:2<br>**what** 5:6 6:18 7:3, 11,18,19 9:10 11:22 13:12,14,18<br>**What's** 8:8<br>**whatever** 9:3<br>**when** 2:23 4:7,8 5:14 6:16 9:6,8<br>**where** 4:18 11:6,7<br>**whether** 2:20 3:15<br>**which** 6:23<br>**who** 2:2 11:8,18<br>**why** 2:15 4:3<br>**will** 3:2 8:16,17 | **win** 4:22 5:7,14,16, 18,21 6:1,2<br>**winner** 3:6<br>**winning** 5:4,7 6:5 12:21,22<br>**with** 7:3,14,18 10:9 13:20,23<br>**won't** 9:19<br>**work** 12:20<br>**worry** 12:5,15<br>**would** 4:9 7:2 8:1<br>**would've** 7:3,11<br>**wrestling** 11:18<br><br>**Y**<br><br>**ya** 12:15<br>**yeah** 2:22 5:22 6:6 7:17<br>**Yep** 6:9<br>**yes** 4:10 10:22<br>**you** 2:11,15,16 3:2, 6,11,14,15,16,20, 21,23,24 4:1,2,3,5, 8,9,10,12,14,15,21, 22 5:6,21,24 6:1,4,8 7:1,2,5,10,16,18,19, 20 8:11,12,14,15, 16,17,22,23,24 9:1, 2,10,22,23 10:1,2,4, 6,8,12,15,22 11:12, 14,24 12:5,9,16,19, 23 13:2,3,4,9,11,12, 14,17,18,19,20<br>**You'd** 3:19<br>**you're** 3:9,10 7:11 8:13 10:1,10 12:21, 22<br>**You've** 3:6 8:12<br>**your** 3:19 4:5 6:16 8:1 9:24 10:15,20, 24 13:3 | |