# Exhibit 185

# Exhibit 64










VotesPA | Election Security | Statements | Campaign Finance | Keystone Login | File Business Forms | PA Licensing System (PALS) | Board Contacts

Pennsylvania Department of State > Voting & Elections > Policy, Statistics & Services > Voting Systems

# Electronic Voting Systems

| System Name | Examination / Reexamination Date | Test Protocol | Examiner's Report and "As Run" Test Protocol | Secretary's Certification Report |
|---|---|---|---|---|
| **Certified after January 1, 2018** | | | | |
| Unisyn Voting Solutions OpenElect 1.3.0.2.A | Thursday, December 14, 2017 | — | — | View |
| Election Systems & Software's EVS 6.0.2.1 Voting System | Tuesday, September 25, 2018 | — | — | View |
| Reexamination Results of Election Systems and Software ExpressVote XL | Tuesday, September 3, 2019 | — | — | View |
| Unisyn OpenElect 2.0A2 Voting System | Wednesday, October 3, 2018 | — | — | View |
| Dominion Democracy Suite 5.5-A | Wednesday, December 5, 2018 | — | — | View |
| ClearBallot ClearVote 1.5 | Monday, February 25, 2019 | — | — | View |
| Hart Verity Voting 2.3.3 | Tuesday, February 12, 2019 | — | — | View |
| Hart Verity Voting 2.3.4 | Wednesday, May 1, 2019 | — | — | View |
| ClearBallot ClearVote 2.0 | Thursday, September 12, 2019 | — | — | View |
| Election Systems & Software's EVS 6.0.3.0 | Tuesday July 28, 2020 | — | — | View |