# Exhibit 186

# Exhibit 60

Data Portal
Search by Address or Place
Dominion
Hart InterCivic
Election Systems & Software
Lake Superior
Lake Huron
Lake Michigan
Lake Erie
KEWEENAW
IRONWOOD
MARQUETTE
SAULT STE MARIE
ONTONAGON
GOGEBIC
IRON
DICKINSON
DELTA
MENOMINEE
LUCE
CHIPPEWA
MACKINAC
EMMET
PRESQUE ISLE
OTSEGO
ALPENA
LEELANAU
GRAND TRAVERSE
OSCODA
WEXFORD
OGEMAW
ARENAC
MASON
OSCEOLA
OCEANA
MIDLAND
HURON
TUSCOLA
MUSKEGON
GRATIOT
PORT HURON
OTTAWA
SHIAWASSEE
BARRY
INGHAM
OAKLAND
VAN BUREN
JACKSON
WAYNE
ST JOSEPH
MONROE
100mi
-89.173 45.246 Degrees
esri

