# Exhibit 190

# Exhibit 72

# WISCONSIN ELECTIONS COMMISSION
Administering Wisconsin's Election Laws

☰ Main menu

Home » Elections

# Voting Equipment

## Voting Equipment Approval

Before any voting system may be used in the State of Wisconsin, it must be approved by the Wisconsin Elections Commission. The Commission has promulgated Administrative Rule, Chapter 7 governing the process.

Voting Equipment may be accredited by the U.S. Election Assistance Commission (EAC) prior to its approval by the Wisconsin Elections Commission, but EAC certification is not required for certification in Wisconsin. Wisconsin Act 261 of 2015 eliminated the requirement that all voting systems approved for use in Wisconsin be accredited by the EAC and the WEC is able to approve systems outside of the EAC certification process.

## Optech Eagle Decertification

 At its September 26, 2017 meeting, the Wisconsin Elections Commission approved a timeline for the decertification of the Optech Eagle optical scan ballot tabulator. The Commission also set conditions for continued use that must be met if a municipality uses the Optech Eagle in an election before the decertification deadline. The Optech Eagle will no longer be certified for use in Wisconsin elections after December 31, 2018, and cannot be used in any election after that date. All municipalities who continue to use the Optech Eagle are required to remake all absentee ballots returned by mail or hand count those ballots. Effective immediately, the Optech Eagle should not be used to tabulate ballots during any recount scenario.

## Applications for Voting System Approval or Modification

The Commission provides forms for manufacturers of voting systems seeking approval of new equipment or modifications to existing equipment.

## Accessible Voting Equipment

The Help America Vote Act (2002), requires all polling places to have an accessible component which provides independent and private voting for all individuals including those with disabilities.

## Approved Voting Equipment Manufacturers

- Election Systems and Software | External Link
- Sequoia Voting Systems | See Dominion Voting Systems
- Premier Election Solutions | See Elections Systems and Software
- Populex | No website available
- Vote-PAD | No website available
- Dominion Voting Systems | External Link
- ClearBallot Group

- Election Systems and Software | External Link
- Sequoia Voting Systems | See Dominion Voting Systems
- Premier Election Solutions | See Elections Systems and Software
- Populex | No website available
- Vote-PAD | No website available
- Dominion Voting Systems | External Link
- ClearBallot Group

## Voting Equipment and Post-Election Audits

Learn about Wisconsin's required post-election voting equipment audits and voluntary post-election audits, including past audit reports.

## Voting Equipment Security

Adminstrative Code Chapter 5 Ballot and Electronic Voting Equipment Security insures all electronic voting systems used in Wisconsin are accurate and reliable.

## Voting Equipment Used by Wisconsin Municipalities

Updated information on which voting equipment and systems are being used in which muncipalities and counties.

## Search

Search

## Resources

Calendar
Complaints
Contact Us
FAQs
Forms
Legal Resources
Links
News and Notices
Public Records
Publications
Statistics
Training

## Upcoming Elections

2021 Spring Primary
02/16/2021
2021 Spring Election

Search

## Resources

Calendar
Complaints
Contact Us
FAQs
Forms
Legal Resources
Links
News and Notices
Public Records
Publications
Statistics
Training

## Upcoming Elections

2021 Spring Primary
02/16/2021
2021 Spring Election
04/06/2021

## Upcoming Events

Wisconsin Elections Commission February 2021 Meeting
02/03/2021
Agency Closed for Memorial Day
05/31/2021
Agency Closed for Labor Day
09/06/2021

(Page 1)  >>

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

tele (608) 266-8005 | fax (608) 267-0500 | tty 1-800-947-3529 | e-mail elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS