# Exhibit 192

# Exhibit 97

1/31/2021                            ES&S Equipment Efficiently, Accurately, Securely Records Election History | Election Systems & Software
         CASE 0:22-cv-00098-JMB-JFD    Doc. 457-63    Filed 12/13/24    Page 3 of 6

Learn more about ES&S. For answers to frequently asked questions, click here >>    FAQs    ✕



# ES&S Equipment Efficiently, Accurately, Securely Records Election History

November 11, 2020

*"Elections officials, staff and volunteers across America worked day and night to get ready, and every jurisdiction ES&S serves experienced an accurate, reliable and efficient recording of votes. That's a testament to the people, processes and equipment." – Tom Burt, ES&S President and CEO*

## ES&S Equipment Efficiently, Accurately, Securely Records Election History

**Key official describes 2020 presidential election as one of the smoothest in memory**

OMAHA, Nebr. – November 11, 2020 – As elections officials across the United States work toward final certification of results for the 2020 general election, they are consistently praising the performance of the people, processes and equipment that made the election administration a success.

"From an administrative perspective, the 2020 general election couldn't have gone better," said Wendy Sartory Link, Supervisor of Elections in Palm Beach County, Florida, which uses equipment from Election Systems & Software (ES&S). "We are 100 percent confident in the accuracy of results and are very pleased with the support from our staff and election equipment partners. Everyone worked hard, day and night, to make sure we were ready, and that preparation paid off in terms of an accurate and efficient reporting process."



*An election worker uses the DS850 to tabulate paper ballots in Philadelphia, Pennsylvania.*

All across the nation, jurisdictions adjusted and enhanced their elections administration to handle the record number of ballots cast. Nearly 150 million Americans voted in the 2020 presidential election, making the 2020 turnout rate the highest since 1900. In Wyoming, which uses ES&S voting equipment statewide, a record voter turnout almost doubled



Learn more about ES&S. For answers to frequently asked questions, click here >>   FAQs   ✕

throughout Wyoming.

Nebraska also uses ES&S voting systems statewide. With a greater than 75 percent turnout and more than 950,000 votes cast, clerks across the state also doubled the number of ballots counted since the spring election, which had **previously shattered election records in the state**.

"ES&S provided us with a high level of support which was instrumental in helping us to get through a challenging general election," said Nebraska Secretary of State Bob Evnen.

"The level of preparation for administering this election was unprecedented," said Tom Burt, ES&S President and CEO. "Elections officials, staff and volunteers across America worked day and night to get ready, and every jurisdiction ES&S serves experienced an accurate, reliable and efficient recording of votes. That's a testament to the people, processes and equipment."

ES&S equipment is used in multiple jurisdictions in Pennsylvania, including in Philadelphia, where more than 700,000 ballots were cast. Considering the two-fold challenge of the Covid-19 pandemic and the record volume of absentee or mail-in ballots, the City set up a massive vote-counting center with 12 ES&S high speed central tabulation machines as the centerpiece of the operation. The day after the Nov. 3 election, Pennsylvania's Secretary of State Kathy Bookvar said, "It's one of the smoothest, least-issues presidential elections that I've seen in any time I can possibly remember."

In Milwaukee, which also used ES&S high speed central tabulation to process just under 170,000 ballots, the city had an equally impressive operation. Milwaukee Election Commission Executive Director Claire Woodall-Vogg told the Journal Sentinel she was proud of the election workers who "allowed Wisconsin to have election results in such a timely manner." She went on to call their operation "smooth, accurate and transparent."

To handle the increased number of ballots nationwide, ES&S worked with federal, state and local officials to ramp up capabilities and counting capacities. In fact, three times the amount of ES&S central count scanners were fielded for the 2020 November election than were in place for the 2016 presidential election. Specifically, in jurisdictions across America, ES&S had in place:

- More than 850 high-throughput ballot scanners, including the **DS450®** and **DS850®** central count tabulators

- Nearly 63,000 **DS200®** precinct ballot scanners

Additionally, voters used more than 95,000 ES&S **ExpressVote®** and 7,300 **ExpressVote® XL** universal voting machines in precincts across the country. With the unprecedented amount of equipment deployed to handle the increased volume of ballots cast, ES&S machines were lauded not only for their efficiency but for their accuracy and ease of use.

"Each of our voting machines go through a tremendous amount of testing to prove accuracy and reliability," said Steve Pearson, ES&S Senior Vice President of Certification. "To earn certification from the U.S. Elections Assistance Commission, every unit must consecutively read 1.5 million ballot positions



Learn more about ES&S. For answers to frequently asked questions, click here >>   FAQs



Carolina. In fact, ES&S worked with election officials in South Carolina to put more than 5,000 new ExpressPoll pollbooks in place in the final weeks leading up to Election Day, providing for a smooth election check-in process for voters.

"Our team of dedicated professionals worked with diligence, patience and perseverance to think through what our customers and their voters might need to have a successful election and they delivered on all accounts," said Patrice Webb, ES&S Senior Vice President of Public Affairs.

"This Election Day has been historic for our nation on so many levels," said Kathy Rogers, ES&S Senior Vice President of Government Affairs. "We are deeply honored to play a role in helping Americans exercise their rights as they participate in our nation's democracy, and we couldn't be more pleased with the smooth and accurate execution of the voting process."

### CATEGORIES

**Industry News**

**Inside ES&S**

**Our Customers**

**Our Technology**

**Video**

 

FILED: NEW YORK COUNTY CLERK 02/05/2021 12:14 PM        INDEX NO. 151136/2021
NYSCEF DOC. NO. 99                                      RECEIVED NYSCEF: 02/05/2021

CASE 0:22-cv-00098-JMB-JFD   Doc. 457-63   Filed 12/13/24   Page 6 of 6

1/31/2021                Inside ES&S: Equipment Efficiently, Accurately, Securely Records Election History | Election Systems & Software

Learn more about ES&S. For answers to frequently asked questions, click here >>    FAQs   



EXPLORE

Products

How We Help

Find Your Rep

Blog

Case Studies

WHO WE ARE

About

Contact

Media Resources

Careers

Intellectual Property

SOCIAL

    Facebook

    Twitter

    LinkedIn

© 2012-2019 Election Systems & Software, LLC. All rights reserved. All images © 2012-2018 Election Systems & Software, LLC.

Legal | Privacy Policy | Site map