# Exhibit 196

FILED: NEW YORK COUNTY CLERK 02/05/2021 11:58 AM
INDEX NO. 151136/2021
NYSCEF DOC. NO. 89
RECEIVED NYSCEF: 02/05/2021

CASE 0:22-cv-00098-JMB-JFD    Doc. 457-67    Filed 12/13/24    Page 2 of 12

# Exhibit 87





## OUR PEOPLE

Dominion is driven by our commitment to superior customer service. With decades of collective industry-leading experience in training, support and implementation, our team of professionals strives for delivery excellence to meet today's election challenges in system implementation and project management. We aim to provide transparency and accountability in all that we do – on every level, for every election.

JOIN THE DOMINION TEAM



## OUR TECHNOLOGY

We are constantly investing in the development of technology that continues to set our products apart from the competition. Dominion's core technology focuses on the two key aspects of the electoral process - accuracy and transparency, while remaining nimble enough to meet the needs of any-sized election.

EXPLORE DOMINION PRODUCTS



## OUR SERVICES

Recognized by Deloitte as one of the fastest-growing tech firms in North America, Dominion provides the highest level of election support services available. From initial project implementation through election set-up, ballot layout, multiple language audio, machine set-up and system testing, we deliver. We also provide testing, Election Day support, training, preventative maintenance, project management and ongoing election consulting.

CUSTOMER SERVICE



## OUR PARTNERSHIPS

We believe that by listening to our customers and putting them first we build relationships that are strengthened by trust and bonded by loyalty. Working together we build voting solutions that are efficient, scalable, flexible, transparent and sustainable. We are determined and committed to meet our customer's every challenge. This is who we are. This is the "Power of Partnership."

VIEW CUSTOMER FOOTPRINT



## OUR INNOVATION

Continual certification efforts and complete commitment to customer satisfaction drives Dominion's innovation goals. Our latest updates and certifications deploy quickly to meet the challenges of complex election scenarios. We are always ready to create the tools needed to administer successful, transparent and secure elections.

## ARE YOU READY TO EXPERIENCE THE DOMINION DIFFERENCE IN YOUR NEXT ELECTION?

With company locations positioned across four U.S. time zones, we are able to support our vibrant and growing customer base!








**DOMINION IS READY TO MAKE A DIFFERENCE IN YOUR NEXT ELECTION**



Dominion is the sole provider in the market with fully flexible and scalable election technology that can be customized for any jurisdiction.

REQUEST INFO



Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

## PRODUCTS

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

COMBINATION VOTING AND TABULATION
ImageCast® Precinct
ImageCast® Evolution

Optional Solutions

## ABOUT

Dominion Difference
Dominion Secure
Careers

## INFO

Customer Support

1-866-654-VOTE (8683)



https://www.dominionvoting.com/about/ Go
SEP NOV DEC
01
2019 2020 2021
183 captures
23 Sep 2020 - 30 Jan 2021
About this capture

CANADA: Toronto, ON

Privacy Policy Terms of Use Site Map

Copyright © 2020 Dominion Voting Systems Corp.
All Rights Reserved.

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.