# Exhibit 202

**Platform:** Native Messages    **Timezone:** UTC+0000



| | Device owner |
| | Mike Lindell +1 (952) 923-0663 |
| | Steve Bannon +1 (202) 486-7048 |
| | mlicloud@mypillow.com |

2021/02/18

mlicloud@mypillow.com



Sent an attachment
Filename: IMG_8388.heic
Path: ~/Library/SMS/Attachments/9a/10/E1886C37-1A0A-4638-9599-
AB0CBC235E61/IMG_8388.heic
Size: 2 MB
Type: image/heic



EXHIBIT
594

DEF081585.000001

Steve Bannon

**SB**

If 10 is best for u then 10!!
12:41:02 am

2021/03/14

Steve Bannon

We want to have a killer show tomorrow with you

We want to promote it Big League

**SB**

Can we talk today to go over
06:37:17 pm

2021/03/15

Steve Bannon

I just read the article

**SB**

Don't think it's bad @ all
02:01:50 am

mlicloud@mypillow.com

It is all the lies and stuff they left out
02:15:02 am

This article got more complaints from people I know than all of the ones this year out
together
02:15:43 am

Steve Bannon

Let's go thru

**SB**

But they have some great stuff in there about the employees and how you run the
company
02:15:47 am

DEF081585.000028

mlicloud@mypillow.com

No they actually minimized that too and lied
02:16:13 am

Steve Bannon

For a super progressive paper it's not that bad

You come off as decent guy to those who work for you
02:16:35 am

We can pump up
02:16:46 am

mlicloud@mypillow.com

They were for sure going for a theme of failure or me being a liar

Example 700 employees vs 2500

02:18:30 am

Even how much we make per year ( they say they got some quote from an officer with a lessor amount )
02:18:30 am

Steve Bannon

Yes of course
02:18:49 am

mlicloud@mypillow.com

I can explain why this one upset me more than all the others put together and how the left does it well
02:18:58 am

Steve Bannon

Ok
02:19:05 am

DEF081585.000029



SB **They are obsessed with you running for Governor**
02:19:23 am

mlicloud@mypillow.com

**They are afraid !!!**
02:19:42 am

Steve Bannon

**Of course**
02:19:50 am

**Petrified**
02:19:59 am

SB **I would hold off on Governor and run for President if trump doesn't run in 24**
02:22:34 am

mlicloud@mypillow.com

**This was mailed to every Minnesota person as far as we can tell**



02:22:36 am

Steve Bannon

This is great

First: it's a great photo

Power photo

And you can smell the fear
02:23:13 am

SB

mlicloud@mypillow.com

We can play that up 😊
02:23:34 am

I am landing soon
02:23:41 am

DEF081585.000031



Steve Bannon

K

I'm up working ; call when free
02:24:11 am

mlicloud@mypillow.com

Did I tell you I hired Alan Dershowitz too
02:24:15 am

Steve Bannon

Yes that's huge
02:24:24 am

And he interviewed and they didn't print a word
02:24:42 am

mlicloud@mypillow.com

I think I have 12 lawyers now and hired the biggest Investigators to find all the troll and bot groups and who hired them
02:25:26 am

Steve Bannon

Brilliant
02:25:42 am

We have to be getting g ALL this on film

Like a reality tv so we can make the documentary film
02:26:24 am

mlicloud@mypillow.com

For sure !!
02:29:43 am

Remind me to tell you about Swin 🌀
02:30:17 am

Steve Bannon

The different teams would be fascinating

Plus a film crew on you

SB
02:30:17 am

mlicloud@mypillow.com

He heard us on your show ...lol
02:30:37 am

Steve Bannon

SB
LOL
02:30:48 am

mlicloud@mypillow.com

I told him he can be a regular
02:30:52 am

He said we can bring him up anytime ...lol
02:31:07 am

Steve Bannon

SB
He is very whiny
02:31:26 am

mlicloud@mypillow.com

LOL
02:38:34 am

Sent an attachment
Filename: 123_1.heic
Path: ~/Library/SMS/Attachments/31/01/A82AC541-FA44-4B9F-B258-
1744F9D7C94A/123_1.heic
Size: 36 KB
Type: image/heic
02:49:37 am

Steve Bannon

SB

LOL!!!!
02:55:27 am

mlicloud@mypillow.com

FRANK means:
Free, forthright and sincere speech!



05:51:33 am

Steve Bannon

It's a power name:

Let me be "FRANK"
11:37:36 am

FRANK
the power OF free speech

FRANK
the impact BY free speech

FRANK
the platform FOR free speech
11:40:27 am

DEF081585.000034

1 hour

4 blocks

A Block

Minneapolis Star Tribune

Process

Lies

Mistakes

Info they got but left out

What they are doing to destroy My Pillow and Recovery Network

B Block

Updates on case — Dershowitz saying 'most important in American History'

Updates on Voter Fraud

Arizona

Why it's important that you continue to fight

C Block

FRANK

What is it

Why is it

Where is it

Launch date

D Block

Mike Lindell's Time of Testing

12:44:28 pm

DEF081585.000035



Does this work???
01:10:21 pm

That was BEST interview ever
03:00:52 pm

SB   Your finish was CLASSIC
03:01:01 pm

mlicloud@mypillow.com

👍👍
03:03:43 pm

2021/03/16

Steve Bannon

SB   Saw u called and called u back
01:14:38 am

mlicloud@mypillow.com

All good
01:36:09 am

Steve Bannon

You knocked it out of the park today
01:36:35 am

SB   I got so into the interview that I forgot to READ the my pillow spots
01:37:15 am

mlicloud@mypillow.com

Lol
01:40:27 am

You did one
Sales were lower though ... around 45k
01:40:58 am

It was a good show!
01:44:13 am

Swin has become a big fan of your show 😊
01:44:51 am

He texts me questions when ever I am off air now ... lol
01:45:35 am

Steve Bannon

LOL
01:50:43 am

Slippers are amazing
04:13:28 pm

mlicloud@mypillow.com


04:26:43 pm

Steve Bannon

We also need to talk later

You can't run for Governor

You work your tail off to help take back the House in '22

You have to wait til 2024 and see if President Trump runs for re-election—- if he chooses not to then you run for the presidency
04:37:07 pm

DEF081585.000037

mlicloud@mypillow.com

I have thought of that and also if he is reinstated on august like I believe he will be then 2024 looks very real
04:40:32 pm

👍
04:40:37 pm

Steve Bannon

Mike : I'm very serious about this

Let's set some time aside to get a plan

This is God's Work
04:42:19 pm

SB

mlicloud@mypillow.com

I am too .., I just never wanted to say anything yet
04:53:52 pm

Steve Bannon

You cannot mention this to anyone

Only focus on 22 why we run the tables

All the while building your political apparatus
04:59:17 pm

SB

mlicloud@mypillow.com

Believe me I haven't ... huge amount of people tell me to do just that all the time
05:02:08 pm

DEF081585.000038