# Exhibit 204

# Exhibit 90




Menu

Updated: November 13, 2020

SETTING THE RECORD STRAIGHT: FACTS & RUMORS

# DOMINION VOTING SYSTEMS CATEGORICALLY DENIES FALSE ASSERTIONS ABOUT VOTE SWITCHING ISSUES WITH OUR VOTING SYSTEMS.

According to a Joint Statement by the federal government agency that oversees U.S. election security, the Department of Homeland Security's Cybersecurity & Infrastructure Security Agency (CISA): "There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised." The government & private sector councils that support this mission called the 2020 election "the most secure in American history."

## 1) VOTE DELETION/SWITCHING ASSERTIONS ARE COMPLETELY FALSE.

An unsubstantiated claim about the deletion of 2.7 million pro-Trump votes that was posted on the Internet and spread on social media has been taken down and debunked by independent fact-checkers.

- Edison Research (ER) has refuted any claims that company data suggests any voting irregularities, including vote switching. ER President Larry Rosin told The Dispatch Fact Check, *"Edison Research created no such report and we are not aware of any voter fraud."*

- Claims that 941,000 votes for President Trump in Pennsylvania were deleted are impossible, as Dominion only serves 14 Commonwealth counties. Collectively, those Counties produced 1.3 million votes representing a voter turnout of 76%. Fifty-two percent of those votes went to President Trump, which amounts to 676,000 votes the company's system processed for the President in Pennsylvania.

## 2) DOMINION IS A NONPARTISAN U.S. COMPANY.

Dominion has no company ownership relationships with any member of the Pelosi family, the Feinstein family, or the Clinton Global Initiative, Smartmatic, or any ties to Venezuela. Dominion works with all political parties; our customer base and our government outreach practices reflect this nonpartisan approach.

- As reported by the Associated Press, *"Dominion made a one-time philanthropic commitment at a Clinton Global Initiative meeting in 2014, but the Clinton Foundation has no stake or involvement in Dominion's operations, the nonprofit confirmed."* The meeting included bipartisan attendees focused on international democracy-building.

## 3) DOMINION SOFTWARE ACCURATELY TABULATED BALLOTS, AND TABULATED RESULTS ARE 100% AUDITABLE.

## 3) DOMINION SOFTWARE ACCURATELY TABULATED BALLOTS, AND TABULATED RESULTS ARE 100% AUDITABLE.

No credible reports or evidence of any software issues exist. Dominion equipment is used by county and state officials to tabulate ballots. Human errors related to reporting tabulated results have arisen in a few counties, including some using Dominion equipment, but appropriate corrections were made prior to the canvass process. More importantly, states have taken appropriate steps to review all reported issues.

- The Michigan Secretary of State's office offers a Fact Check Page which debunks false or erroneous claims about voting in Detroit, as well as a user-error incident in Antrim County.
- The Georgia Secretary of State has also repeatedly stated throughout the count that *"[a]s the work goes on, I want to assure Georgia voters that every legal vote was cast and accurately counted."*

## 4) NO UNAUTHORIZED OR LAST-MINUTE SOFTWARE UPDATES OCCURRED.

Claims about software updates being done the night before Election Day are 100% false.

- Georgia Voting System Implementation Manager Gabe Sterling has independently, and unequivocally, rebutted inaccurate claims made about an update to machines on the eve of the election. He affirmed in his daily press briefing on November 9 that *"nothing was done to the [PollPad] system after [October 31],"* when voter files were updated as part of normal procedure.

## 5) THERE ARE NO ISSUES WITH THE USE OF SHARPIE PENS.

Election officials provide writing instruments that are approved for marking ballots to all in-person voters using hand-marked paper ballots. Dominion Voting Systems machines can read all of these instruments, including Sharpies.

- The DHS Cybersecurity and Infrastructure Security Agency, *"If a ballot has issues that impacts its ability to be scanned, it can be hand counted."* The Maricopa County Board of Supervisors assured voters that *"sharpies do not invalidate ballots."* Dominion has stated that *"Sharpie pens are safe and reliable to use on ballots, and recommended due to their quick-drying ink."*

## 6) ASSERTIONS OF VOTER FRAUD CONSPIRACIES ARE 100% FALSE.

- The U.S. Department of Homeland Security's Cybersecurity and Infrastructure Security Agency (CISA) has debunked numerous claims, including claims about the existence of a secret CIA program for vote fraud called Hammer and Scorecard.

All U.S. voting systems must provide assurance that they work accurately and reliably as intended under federal U.S. EAC and state certification and testing requirements. Election safeguards - from testing and certification of voting systems, to canvassing and auditing - prevent malicious actors from tampering with vote counts and ensure that final vote tallies are accurate. Read more from the U.S. Department of Homeland Security's Cybersecurity and Infrastructure Security Agency.

about an update to machines on the eve of the election. He affirmed in his daily press briefing on November 9 that *"nothing was done to the [PollPad] system after [October 31],"* when voter files were updated as part of normal procedure.

## 5) THERE ARE NO ISSUES WITH THE USE OF SHARPIE PENS.

Election officials provide writing instruments that are approved for marking ballots to all in-person voters using hand-marked paper ballots. Dominion Voting Systems machines can read all of these instruments, including Sharpies.

- The DHS Cybersecurity and Infrastructure Security Agency, *"if a ballot has issues that impacts its ability to be scanned, it can be hand counted."* The Maricopa County Board of Supervisors assured voters that *"sharpies do not invalidate ballots."* Dominion has stated that *"Sharpie pens are safe and reliable to use on ballots, and recommended due to their quick-drying ink."*

## 6) ASSERTIONS OF VOTER FRAUD CONSPIRACIES ARE 100% FALSE.

- The U.S. Department of Homeland Security's Cybersecurity and Infrastructure Security Agency (CISA) has debunked numerous claims, including claims about the existence of a secret CIA program for vote fraud called Hammer and Scorecard.

All U.S. voting systems must provide assurance that they work accurately and reliably as intended under federal U.S. EAC and state certification and testing requirements. Election safeguards - from testing and certification of voting systems, to canvassing and auditing - prevent malicious actors from tampering with vote counts and ensure that final vote tallies are accurate. Read more from the U.S. Department of Homeland Security's Cybersecurity and Infrastructure Security Agency.



Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

**PRODUCTS**

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

COMBINATION VOTING AND TABULATION
ImageCast® Precinct
ImageCast® Evolution

Optional Solutions

**ABOUT**

Dominion Difference
Dominion Secure
Careers

**INFO**

Customer Support

1-866-654-VOTE (8683)

Contact Us

U.S.: Denver, CO
CANADA: Toronto, ON

Copyright © 2020 Dominion Voting Systems Corp. All Rights Reserved.    Privacy Policy | Terms of Use | Site Map