# Exhibit 205

# Exhibit 91

FILED: NEW YORK COUNTY CLERK 02/05/2021 12:14 PM  INDEX NO. 151136/2021
NYSCEF DOC. NO. 93  RECEIVED NYSCEF: 02/05/2021
CASE 0:22-cv-00098-JMB-JFD   Doc. 457-76   Filed 12/13/24   Page 3 of 8
1/31/2021   Dominion 2020: Setting the Record Straight - Dominion Voting Systems



☰ Menu

Updated: November 17, 2020

### SETTING THE RECORD STRAIGHT: FACTS & RUMORS

# DOMINION VOTING SYSTEMS CATEGORICALLY DENIES FALSE ASSERTIONS ABOUT VOTE SWITCHING AND SOFTWARE ISSUES WITH OUR VOTING SYSTEMS.

According to a *Joint Statement* by the federal government agency that oversees U.S. election security, the Department of Homeland Security's Cybersecurity & Infrastructure Security Agency (CISA): "There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised." The government & private sector councils that support this mission called the 2020 election "*the most secure in American history*."

## 1) VOTE DELETION/SWITCHING ASSERTIONS ARE COMPLETELY FALSE.

**An unsubstantiated claim about the deletion of 2.7 million pro-Trump votes that was posted on the Internet and spread on social media has been taken down and debunked by independent *fact-checkers*.**

✕ Edison Research (ER) has refuted any claims that company data suggests any voting irregularities, including vote switching. Edison Research President Larry Rosin told *The Dispatch Fact*

https://www.dominionvoting.com/   Go   OCT NOV DEC
◀ **19** ▶
2,095 captures
15 Nov 2006 - 29 Jan 2021                2019 **2020** 2021   ▼ About this capture

- ✅ Claims that 941,000 votes for President Trump in Pennsylvania were deleted are impossible. The fourteen counties using Dominion systems collectively produced 1.3 million votes, representing a voter turnout of 76%. Fifty-two percent of those votes went to President Trump, amounting to 676,000 votes processed for the President in Pennsylvania using company systems.

- ✅ Dominion ***does not*** have the ability review votes in real time as they are submitted.

- ✅ The U.S. Department of Homeland Security's cybersecurity division has confirmed that it is not possible for a bad actor to change election results without detection.

## 2) ASSERTIONS OF "SUPERCOMPUTER" ELECTION FRAUD CONSPIRACIES ARE 100% FALSE.

**The Cybersecurity and Infrastructure Security Agency (CISA) has debunked claims about the existence of a secret CIA program for vote fraud called Hammer and Scorecard.**

- ✅ All U.S. voting systems must provide assurance that they work accurately and reliably as intended under federal U.S. EAC and date certifications and testing requirements. Election safeguards - from testing and certification of voting systems, to canvassing and auditing - prevent malicious actors from tampering with vote counts and ensure final vote tallies are accurate. Read more from CISA.

- ✅ There have been no "raids" of Dominion servers by the U.S. military or otherwise, and Dominion does not have servers in Germany. CISA has refuted this claim on Twitter, and the U.S. Army has also confirmed to the Associated Press that it's false.

## 3) THERE WERE NO DOMINION SOFTWARE GLITCHES AND BALLOTS

| https://www.dominionvoting.com/ | Go | OCT | **NOV** | DEC |
2,095 captures
15 Nov 2006 - 29 Jan 2021
◀ **19** ▶
2019  2020  2021
▼ About this capture

**No credible reports or evidence of any software issues exist. Dominion equipment is used by county and state officials to tabulate ballots. Human errors related to reporting tabulated results have arisen in a few counties, including some using Dominion equipment, but appropriate procedural actions have been taken by the county to address these errors were made prior to the canvass process.**

- ✓ The Michigan Secretary of State's office offers a Fact Check Page which debunks false or erroneous claims about voting in Detroit, as well as a user-error incident in Antrim County.

- ✓ The Georgia Secretary of State has also repeatedly stated throughout the count that "[a]s the work goes on, I want to assure Georgia voters that every legal vote was cast and accurately counted."

- ✓ Dominion's systems are not responsible for 2,631 uncounted ballots discovered in Floyd County, Georgia during the statewide recount. The Secretary of State's office has cited clerical error and lack of following proper procedures as the cause.

## 4) DOMINION IS A NONPARTISAN U.S. COMPANY.

Dominion has no company ownership relationships with the Pelosi family, Feinstein family, Clinton Global Initiative, Smartmatic, Scytl, or any ties to Venezuela. Dominion works with all U.S. political parties; our customer base and our government outreach practices reflect this nonpartisan approach.

- ✓ As reported by the Associated Press, "Dominion made a one-time philanthropic commitment at a Clinton Global Initiative meeting in 2014, but the Clinton Foundation has no stake or involvement in Dominion's operations, the nonprofit confirmed." The meeting included bipartisan attendees focused on international democracy-building.

FILED: NEW YORK COUNTY CLERK 02/05/2021 12:14 PM   INDEX NO. 151136/2021
NYSCEF DOC. NO. 93                                 RECEIVED NYSCEF: 02/05/2021

Case 0:22-cv-00098-JMB-JFD   Doc. 457-76   Filed 12/13/24   Page 6 of 8

Dominion is an entirely *separate company* and a *fierce competitor* to Smartmatic.

- Dominion and Smartmatic do not collaborate in any way and have no affiliate relationships or financial ties.

- Dominion does not use Smartmatic software.

- The only associations the companies have ever had were:
  - In 2009, Smartmatic licensed Dominion machines for use in the Philippines. The contract ended in a lawsuit.
  - In 2010, Dominion purchased certain assets from Sequoia, a private U.S. Company. Smartmatic, a previous owner of Sequoia, pursued legal actions against Dominion.

## 6) NO UNAUTHORIZED OR LAST-MINUTE SOFTWARE UPDATES OCCURRED.

**Claims about software updates being done the night before Election Day are 100% false.**

- Both Spalding County and the Georgia Secretary of State have verified that a) this type of unauthorized update is impossible, and b) the actual logs from equipment under the custody of the County determined an update did NOT happen the night before the election.

- Georgia Voting System Implementation Manager Gabe Sterling has affirmed in his daily press briefing on November 9 that *"nothing was done to the [PollPad] system after [October 31],"* when voter files were updated as part of normal procedure.

## 7) THERE ARE NO ISSUES WITH THE USE OF SHARPIE PENS.

**Election officials provide writing instruments that are approved for marking ballots to all in-person voters using hand-marked paper ballots. Dominion Voting Systems**



| | |
|---|---|
| https://www.dominionvoting.com/ | Go |
| 2,095 captures | |
| 15 Nov 2006 - 29 Jan 2021 | |

1/31/2021 — Dominion 2020: Setting the Record Straight - Dominion Voting Systems

OCT **NOV** DEC
◀ **19** ▶
2019 **2020** 2021

✓ The DHS Cybersecurity and Infrastructure Security Agency, *"if a ballot has issues that impacts its ability to be scanned, it can be hand counted."* The Maricopa County Board of Supervisors assured voters that *"sharpies do not invalidate ballots."* Dominion has stated that *"Sharpie pens are safe and reliable to use on ballots, and recommended due to their quick-drying ink."*

**DOMINION VOTING**

Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

**PRODUCTS**

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

COMBINATION VOTING AND TABULATION
ImageCast® Precinct
ImageCast® Evolution

Optional Solutions

**ABOUT**

Dominion Difference
Dominion Secure
Careers

**INFO**

Customer Support

1-866-654-VOTE (8683)

Contact Us

FILED: NEW YORK COUNTY CLERK 02/05/2021 12:14 PM  INDEX NO. 151136/2021
NYSCEF DOC. NO. 93  RECEIVED NYSCEF: 02/05/2021

1/31/2021, CASE 0:22-cv-00098-JMB-JFD Doc. 457-76 Filed 12/13/24 Page 8 of 8
Election 2020: Setting the Record Straight - Dominion Voting Systems

