# Exhibit 210

# Exhibit 133



Top Stories | Topics | Video | Listen



# False reports claim election servers were seized in Germany

By JUDE JOFFE-BLOCK    November 15, 2020

CLAIM: The U.S. Army raided the Frankfurt office of the Spanish election software company Scytl to seize servers that had evidence of voting irregularities in the Nov. 3 U.S. election.

AP'S ASSESSMENT: False. Both the Army and Scytl told The Associated Press the claim is not true. Furthermore, Scytl does not have offices or servers in Frankfurt, Germany.

THE FACTS: Social media users Saturday were sharing reports published by conservative websites claiming servers that would reveal wrongdoing in the U.S. election had been confiscated by U.S. military forces in Germany. Most posts said the servers belong to the software company Scytl, which is based in Barcelona, and some suggested the servers housed information from Dominion Voting Systems.

ADVERTISEMENT

  

---

Document title: False reports claim election servers were seized in Germany
Capture URL: https://apnews.com/article/fact-checking-9754011363
Capture timestamp (UTC): Mon, 01 Feb 2021 23:03:30 GMT

Page 1 of 10






What Will You Discover?
ebay

The false claims followed a Zoom call this week that featured Republican Rep. Louie Gohmert of Texas, suggesting that "U.S. Army forces" had seized servers from a Frankfurt office of the software company Scytl.

In his remarks, which were widely shared on social media, Gohmert acknowledged that the information about the alleged raid only came from a "German tweet in German," and he said, "I don't know the truth."

The Associated Press reached out to Gohmert's spokesperson but did not hear back.

In his recorded remarks, Gohmert said he had heard from "former intel people" that Scytl maintained data that could be "gleaned" to prove Republican votes had been changed to Democratic ones in the Nov. 3 election.

But, according to the company, Scytl does not tally votes. Nor is there credible evidence Republican votes were changed to Democratic votes in the election.

George Papadopoulos, a former Trump campaign adviser who pleaded guilty in special counsel Robert Mueller's probe, tweeted on Friday afternoon: "Breaking: Congressman Louie Ghomert has stated that The U.S. Army has seized servers for Dominion in Germany."

When asked by The Associated Press if the Army had engaged in an operation to recover servers in Germany, an Army spokesperson responded Saturday, "Those allegations are false."

Scytl also refuted the claim. As the false conspiracy spread online, the company released a statement Friday titled, "Fact Checking Regarding US Elections: Debunking Fake News."

ADVERTISEMENT

**COUPON CODES**




ADVERTISEMENT



In the statement Scytl said: "We do not have servers or offices in Frankfurt" and "The US army has not seized anything from Scytl in Barcelona, Frankfurt or anywhere else." It also says Scytl does not "tabulate, tally or count votes in the US."

Jonathan Brill, the president and general manager for Scytl's U.S. division, told the AP the company had a temporary connection to Frankfurt last year. "Backup servers in Frankfurt were used for a specific project for the European Parliament in 2019," Brill said. "These back-up servers were closed in September 2019."

Brill said when it comes to the U.S. elections, "Scytl products sold to US customers are fully housed in the US, utilizing Amazon Web Services and have never been housed in Germany."

Scytl's U.S. division provided four election-related products to city, county and state clients for the Nov. 3 election, including an interface to train election workers, online tools to educate voters, an online platform for voters to request absentee ballots and an online platform to display real-time election results tabulated by local election officials.

Scytl and Dominion do not have ties to one another, according to statements from both companies.

"There is no truth whatsoever to the claims," a Dominion spokesperson wrote in an email when asked if the company stored data on servers in Germany and if it was aware of a U.S. military operation to seize those servers.

The claim is the latest in a series of false assertions about Dominion Voting Systems that have circulated since the election, including the meritless theory that the company's voting machines deleted or switched Trump votes.

There is no evidence of widespread fraud in the 2020 election. In fact, election officials from both political parties have stated publicly that the election went well and international observers confirmed there were no serious irregularities.



False reports claim election servers...   Top Stories

There is no evidence of widespread fraud in the 2020 election. In fact, election officials from both political parties have stated publicly that the election went well and international observers confirmed there were no serious irregularities.

___

This item has been updated to note that Scytl temporarily had backup servers in Frankfurt, Germany, for a project related to the European Parliament in 2019. Those servers were closed in September 2019 and had no connection to U.S. elections.

___

This is part of The Associated Press' ongoing effort to fact-check misinformation that is shared widely online, including work with Facebook to identify and reduce the circulation of false stories on the platform.

Here's more information on Facebook's fact-checking program: https://www.facebook.com/help/1952307158131536



Taboola Feed

Checked by reality, some QAnon supporters seek a way out

PROVIDENCE, R.I. (AP) — Ceally Smith spent a year down the rabbit hole of ...

AP  January 29, 2021

Ad Content



Why You Should Stop Drinking $10 Grocery...

Promoted: Naked Wines



Our 5 Stock Picks To Retire Early

Promoted: The Motley Fool



Melissa McCarthy Casually...

Promoted: Loan Insurance Wealth



Studio 54 Photos That Are No Longer Socially...

Promoted: Crafthought

Document title: False reports claim election servers were seized in Germany
Capture URL: https://apnews.com/article/fact-checking-9754011363
Capture timestamp (UTC): Mon, 01 Feb 2021 23:03:30 GMT

Page 4 of 10

Melissa McCarthy Casually...
Promoted: Loan Insurance Wealth



Studio 54 Photos That Are No Longer Socially...
Promoted: Crafthought



### GameStop soars again; Wall Street bends under the pressure

Another bout of selling gripped the U.S. stock market Friday, as anxiety mounts ...

 January 29, 2021



### O'Ree's hockey stick reminds Trudeau of fight against racism

OTTAWA, Ontario (AP) — Canadian Prime Minister Justin Trudeau says he keeps a ...

 an hour ago



## Ad Content



Donald Trump's Biggest Supporters Ranked In Order
Promoted: Forbes.com



This Is Why Lily From The AT&T Ads Is Causing A Stir
Promoted: Total Past



Historical Films That Were Actually Accurate
Promoted: StandardNews

### Official: California deputy fabricated ambush by gunman

MORGAN HILL, Calif. (AP) — A San Francisco Bay Area deputy who said a ...



Filing stamp header

Official: California deputy fabricated ambush by gunman

MORGAN HILL, Calif. (AP) — A San Francisco Bay Area deputy who said a ...



 January 30, 2021

Army: Sick soldiers drank compound found in antifreeze

An investigation into what sickened 11 soldiers who ingested an unauthorized ...



 January 30, 2021

## Ad Content

57 Early Photos Of Meghan Markle Growin...

Promoted: Post Fun



55 Things That Were Built That Deserve A...

Promoted: Daily Funny



Totally Fake: The 35 Most Fake Reality...

Promoted: Definition



Deepest Hole On Earth Permanently...

Promoted: maternityweek.com



Arrest made after online racial abuse of West Brom player

WEST BROMWICH, England (AP) — A man has been arrested on suspicion of ...



 January 30, 2021

NOT REAL NEWS: A look at what didn't happen this week



### NOT REAL NEWS: A look at what didn't happen this week

A roundup of some of the most popular but completely untrue stories and visuals of t...

 January 29, 2021

## Ad Content


**20 Vinyl Records That Are Worth A Fortune**
Promoted: Factable


**Most Beautiful Beach Cities Where You Can Live for Cheap**
Promoted: Thrillist


**McKayla Maroney Was An Olympic Athlete, This Is How She Looks Now**
Promoted: Sportinal

### Pandemic isolation puts strain on mental health in Wyoming

GILLETTE, Wyo. (AP) — When Lana and Doug Dicus headed out for their usual wal...



 January 30, 2021

### Michigan's marijuana industry leaves people of color behind

LANSING, Mich. (AP) — The first year of state-licensed recreational marijuana sale...



 January 30, 2021

## Ad Content

Document title: False reports claim election servers were seized in Germany
Capture URL: https://apnews.com/article/fact-checking-9754011363
Capture timestamp (UTC): Mon, 01 Feb 2021 23:03:30 GMT
Page 7 of 10




False reports claim election servers were seized in Germany

 January 30, 2021

## Ad Content

**Pour Hydrogen Peroxide On Your Burnt...**
Promoted: thedelite.com


**Michael Oher Tells A Whole Different Story...**
Promoted: Gameday News


**Fake Reality Shows That People Believe...**
Promoted: Definition


**Secret Car Features Most Don't Realize...**
Promoted: thedelite.com


### Virginia Sen. Amanda Chase sues over being censured

RICHMOND, Va. (AP) — A firebrand conservative Virginia state senator seekin...

 today



### 'Saved by the Bell' star Dustin Diamond dies of cancer at 44

"Saved by the Bell" star Dustin Diamond died Monday after a three-week fight with...

 2 hours ago



## Ad Content





---

Document title: False reports claim election servers were seized in Germany
Capture URL: https://apnews.com/article/fact-checking-9754011363
Capture timestamp (UTC): Mon, 01 Feb 2021 23:03:30 GMT

Page 8 of 10

AP

False reports claim election servers... Top Stories Listen


Songs From The 60's Everyone Remembers
Promoted: BleacherBreaker


Photos From The 1960s That Are Sure to Cause Nostalgia
Promoted: Past Factory


22 Historical Films That Are Actually True To History
Promoted: StandardNews

Workers escaped deadly leak by going through nitrogen fog

GAINESVILLE, Ga. (AP) — Workers at a northeast Georgia poultry plant said they ...

 January 29, 2021



Isaac Bonton leads Washington State past Washington 77-62

SEATTLE (AP) — A year ago, Noah Williams strutted around on Washington'...

 today



Ad Content

The Mob Went After Hollywood Actor Steven...
Promoted: Happiness Times


Look Closely: Photoshop Troll's Work Is Hilarious
Promoted: BleacherBreaker


20+ Size Comparisons That Change T...
Promoted: Noteabley


Here's Everything You Recognize Virgin River's Ti...
Promoted: WTFacts


Document title: False reports claim election servers were seized in Germany
Capture URL: https://apnews.com/article/fact-checking-9754011363
Capture timestamp (UTC): Mon, 01 Feb 2021 23:03:30 GMT
Page 9 of 10

**That Change T...**
Promoted: Noteabley

**Virgin River's Ti...**
Promoted: WTFacts

### Missouri governor says speech venue change disrespected him

COLUMBIA, Mo. (AP) — Missouri Gov. Mike Parson said he felt disrespected whe...

 
AP today

### Husband: Escapees attacked wife at home before recapture

COOLIDGE, Ariz. (AP) — A Coolidge man says his wife suffered scrapes and bruises ...

 
AP January 30, 2021

## Ad Content


**What A 'Karen' Haircut Is - And How To Avoid It**
Promoted: It's Rosy


**25 Unsettling Wild West Photos You Can't Unsee**
Promoted: Trendy Matter


**At 33, This Is What Ray Rice Is Left With**
Promoted: FinanceChatter

### Sentencing delayed for fired VA staffer who killed 7

CLARKSBURG, W.Va. (AP) — Sentencing has been delayed for a former staffer at a ...

 
AP January 30, 2021

Document title: False reports claim election servers were seized in Germany
Capture URL: https://apnews.com/article/fact-checking-9754011363
Capture timestamp (UTC): Mon, 01 Feb 2021 23:03:30 GMT
Page 10 of 10