# Exhibit 227



We've done your home work.    Homes.com

12NEWS

News    Weather    Sports    VERIFY

RIGHT NOW
Phoenix, AZ »    54°

ADVERTISE WITH US    MEET THE TEAM    FORECAST    12 NEWS EN ESPAÑOL    ARIZONA MIDDAY    TV LISTINGS    CONTES

ELECTIONS

# Republican Maricopa County chairman says 'no evidence of fraud or misconduct' in presidential election

—

Clint Hickman, a Republican, says there is no evidence of voter fraud, misconduct or equipment malfunction even with over 2 million ballots tallied.



Credit: AP
Voters stand in line outside a polling station, on Election Day, Tuesday, Nov. 3, 2020, in Mesa, Ariz. (AP Photo/Matt York)


AARP Member B...  · Sponsored
Start Your Next Vacation with a $50 Gift Card
Learn More ›



Ad 1 of 1    00:30
00:00 / 00:00

IN OTHER NEWS

1-on-1 with Ruben Gallego, Democratic candidate for Senate

Close Ad

PREMION
Leading the Evolution in Local OTT & CTV Advertising
ONE SOLUTION. EVERY ADVANTAGE.    125+ BRANDED NETWORKS  •  NO OPEN EXCHANGES  •  CTV CENTRIC    LEARN MORE ›



Author: **12News**
Published: **5:47 PM MST November 17, 2020**
Updated: **6:36 PM MST November 17, 2020**



PHOENIX — The chairman of the Maricopa County Board of Supervisors rebuffed claims of voter fraud in the presidential election in Arizona, arguing "the evidence overwhelmingly shows" the results were accurate.

Clint Hickman, a Republican, says there is no evidence of voter fraud, misconduct or equipment malfunction even with over 2 million ballots tallied.

Sponsored Links



**Canadian Mining Legend Poised to Strike Big Again!**
Billionaire investor Frank Giustra has made a fortune picking the right times and opportunities within the gold ...
Mining Stock

Learn More

President Donald Trump continues to irately claim the election was fraudulent, but his administration has not produced credible supporting evidence.

One of the targets of Trump's false claims is the use of Dominion voting equipment, but Hickman rejected those accusations as well.

"The Dominion tabulation equipment was vetted by a bipartisan, 'Equipment Certification Advisory Committee' before the contract was finalized," he said.

**RELATED:** Trump campaign drops lawsuit in Arizona after Joe Biden's lead cannot be overcome

**RELATED:** Maricopa County will certify election results despite Republican requests to recount all 2 million ballots

"[The] equipment met mandatory requirements during logic and accuracy testing before the Presidential Preference Election, the Primary Election and the General Election."

Hickman noted that fewer than 200 overvotes in the presidential race were found out of 167,000 ballots cast on Election Day.

"It is time to dial back the rhetoric, rumors, and false claims," Hickman said. "No matter

Close Ad



PREMION
ONE SOLUTION. EVERY ADVANTAGE.
**LEADING THE EVOLUTION IN LOCAL OTT & CTV ADVERTISING**
125+ BRANDED NETWORKS • NO OPEN EXCHANGES • CTV CENTRIC   **LEARN MORE ▶**



IN OTHER NEWS

**1-on-1 with Ruben Gallego, Democratic candidate for Senate**

voted, this election was administered with integrity, transparency and in accordance with state laws."

President-elect Joe Biden won Arizona by a margin of over 10,000 ballots. It's the first time the state has voted for a Democrat in a presidential race since 1996.

## Arizona Politics

Track all of our current updates with Arizona politics on our 12 News YouTube channel. Subscribe for updates on all of our new uploads.





AARP Member B... · Sponsored

**Start Your Next Vacation with a $50 Gift Card**

Learn More ›

Ad 1 of 1                                    00:30

00:00 / 00:00

IN OTHER NEWS

**1-on-1 with Ruben Gallego, Democratic candidate for Senate**



**Related Articles**

**VERIFY: Fact-checking claims made by 'stop the steal' groups**

**Group alleging voter fraud in 4 states drops lawsuits**

**Trump campaign drops lawsuit in Arizona after Joe Biden's lead cannot be overcome**

Close Ad

PREMION — Leading the Evolution in Local OTT & CTV Advertising
125+ BRANDED NETWORKS · NO OPEN EXCHANGES · CTV CENTRIC    LEARN MORE ›

Taboola Feed







RIGHT NOW
Phoenix, AZ »
54°





AARP Member B... · Sponsored
Start Your Next Vacation with a $50 Gift Card
Learn More ›

## Related Articles

VERIFY: Fact-checking claims made by 'stop the steal' groups

Group alleging voter fraud in 4 states drops lawsuits

Trump campaign drops lawsuit in Arizona after Joe Biden's lead cannot be overcome

Ad 1 of 1    00:30
00:00 / 00:00

IN OTHER NEWS

**1-on-1 with Ruben Gallego, Democratic candidate for Senate**

Close Ad

PREMION
ONE SOLUTION. EVERY ADVANTAGE.
Leading the Evolution in Local OTT & CTV Advertising
125+ BRANDED NETWORKS · NO OPEN EXCHANGES · CTV CENTRIC    LEARN MORE ›

Taboola Feed



**Bear Approaches Woman At Bus Stop And Follows Her - Watch What Happened!**
Bitcoinwisdom | Sponsored    Click Here



