# Exhibit 228

