# Exhibit 233

# Exhibit 15


AP

AP NEWS

Top Stories Topics Video Listen

ADVERTISEMENT

St. Jude Children's Research Hospital

"If St. Jude didn't exist, I don't know what would have become of my family."
Meet Pepe

# Trump still wins small Michigan county after hand recount

December 18, 2020

Click to copy

**RELATED TOPICS**

- Election 2020
- Joe Biden
- Donald Trump
- Michigan
- Elections
- Jocelyn Benson
- Voting machines
- Voting
- Election recounts
- Presidential elections

BELLAIRE, Mich. (AP) — A livestreamed recount of the presidential election in a small Michigan county turned up no sign of shenanigans Thursday, only a handful of additional votes for President Donald Trump.

Trump padded his Antrim County victory with 11 more votes, while Joe Biden lost one. The Republican county in the northern Lower Peninsula has been under intense scrutiny since the Nov. 3 election when initial results showed a local victory for Biden.

It was attributed to human error, not any problems with voting machines, and corrected. But a judge still took the extraordinary step of allowing a resident to take forensic images of election equipment.

ADVERTISEMENT

Never Old.
Never New.
Get yours >

ADVERTISEMENT

Make a year-end gift by December 31st.
Donate Now
St. Jude Children's Research Hospital
St. Jude patient Eleanor

**Trending on AP News**

Nashville bomber left hints of trouble, but motive elusive

  

 Click to copy

RELATED TOPICS

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections

foreverspin™
MADE IN CANADA

The hand tally "confirmed the truth and affirmed the facts: Dominion's voting machines accurately tabulated the votes cast for president in Antrim County," said Secretary of State Jocelyn Benson.

"It is time for the disinformation campaigns to stop, and for elected and other leaders on both sides of the aisle to unequivocally affirm that the election was secure and accurate," Benson said.

Biden lost Antrim County but won Michigan by 154,000 votes.

AP

Kamara's 6 TDs tie NFL record; Saints beat Vikings 52-33

Capital One
Use card rewards with PayPal.
Now you can apply your rewards to pay or lower your total at ...
Learn More
0:08 / 0:08

PAID FOR BY CAPITAL ONE

Use card rewards with PayPal.

Now you can apply your rewards to pay or lower your total at PayPal checkout.

Inmate who survived execution attempt dies; COVID suspected

Nashville man's girlfriend warned he was building bombs

by Taboola

ADVERTISEMENT

Invest in the future of kids like Smyrna.
St. Jude patient Smyrna and her mom
St. Jude Children's Research Hospital
Find Out How

  

 PAID FOR BY CAPITAL ONE

Use card rewards with PayPal.

Now you can apply your rewards to pay or lower your total at PayPal checkout.

Capital One

RELATED TOPICS

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections

Taboola Feed

## Ad Content

The Five Guys Ordering...
Promoted: Capital One Shopping

Illinois: Say Bye To Expensive...
Promoted: EnergyBillCruncher

Inside Rachel Maddow'...
Promoted: True Edition

Before you renew Amazon...
Promoted: Capital One Shopping

## Ad Content

If you're over 50 - this game is a must!
Promoted: Vikings: Free Online Game

These Cars Are So Loaded It's Hard to Believe They'r...
Promoted: Luxury SUVs | Search Ads

Maps That Show Us A New Perspective
Promoted: Explored Planet

ADVERTISEMENT

Invest in the future of kids like Smyrna.
St. Jude patient Smyrna and her mom
St. Jude Children's Research Hospital
Find Out How

Nashville bomber left hints of trouble, but motive...

NASHVILLE, Tenn. (AP) — In the days before he detonated ...

AP yesterday

AP
Kamara's 6 TDs tie NFL record; Saints beat Vikings 52-33

Inmate who survived



Click to copy

**RELATED TOPICS**

- Election 2020
- Joe Biden
- Donald Trump
- Michigan
- Elections
- Jocelyn Benson
- Voting machines
- Voting
- Election recounts
- Presidential elections

AP yesterday

Inmate who survived execution attempt dies;...

COLUMBUS, Ohio (AP) — An Ohio death row inmate who ...

AP yesterday

## Ad Content

Getting this Treasure is impossible! Prove us wrong

Promoted: Hero Wars

Nashville man's girlfriend warned he was building...

NASHVILLE, Tenn. (AP) — More than a year before ...

AP today

## Ad Content

ADVERTISEMENT

  



Listen

**RELATED TOPICS**

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections

Many failed before. Will you complete the Trial?

Promoted: Hero Wars

Judge blocks residency challenges to 4,000 Georgi...

COLUMBUS, Ga. (AP) — A federal judge ordered local ...

yesterday

## Ad Content

Challenge Your Brain With This Must-Play Strategy Game. No Install.

Promoted: Forge Of Empires

Dead, frozen whale buried on NJ beach; removal was...

BARNEGAT LIGHT, N.J. (AP) — A New Jersey beach is the ...

December 28, 2020

## Ad Content

ADVERTISEMENT

Invest in the future of kids like Smyrna.
St. Jude patient Smyrna and her mom
St. Jude Children's Research Hospital
Find Out How

Ad : (0:29)

SKIP AD

Document title: Trump still wins small Michigan county after hand recount
Capture URL: https://apnews.com/article/election-2020-joe-biden-donald-trump-michigan-elections-07e52e643d682c8033a0f26b0d863387
Capture timestamp (UTC): Wed, 30 Dec 2020 18:11:51 GMT
Page 5 of 9

**RELATED TOPICS**

- Election 2020
- Joe Biden
- Donald Trump
- Michigan
- Elections
- Jocelyn Benson
- Voting machines
- Voting
- Election recounts
- Presidential elections

How This 57 Year Old Woman Gets In The Best Shape Of Her Life With This One Thing

Promoted: Power Life

The Latest: Driver charged after truck stopped in...

NASHVILLE, Tenn. (AP) — The Latest on the Christmas ...

 December 28, 2020

## Ad Content

This Game Can Train Your Brain To Think Strategically

Promoted: Total Battle: Tactical War Game

Protests erupt against new Montenegro govt over...

PODGORICA, Montenegro (AP) — Several thousand ...

 December 28, 2020

## Ad Content

ADVERTISEMENT

Trump still wins small Michigan county after hand recount
Top Stories Topics Video Listen

Click to copy

## RELATED TOPICS

- Election 2020
- Joe Biden
- Donald Trump
- Michigan
- Elections
- Jocelyn Benson
- Voting machines
- Voting
- Election recounts
- Presidential elections

AP December 28, 2020

## Ad Content

These Cars Are So Loaded It's Hard to Believe They Cost Under Average Prices

Promoted: Luxury Cars | Search Ads

Gibraltar's border with Spain still in doubt after...

BARCELONA, Spain (AP) — While corks may have poppe...

AP December 28, 2020

ADVERTISEMENT

Invest in the future of kids like Smyrna.
St. Jude patient Smyrna and her mom
St. Jude Children's Research Hospital
Find Out How

## Ad Content

The Best Online Colleges: The Costs May Surprise You. Research Accredited College Online University

Promoted: BrilliantCheck

Ad : (0:26)
NEW MONEY GOALS
SKIP AD

Parents plead not guilty to charges in Missouri girl's...

Document title: Trump still wins small Michigan county after hand recount
Capture URL: https://apnews.com/article/election-2020-joe-biden-donald-trump-michigan-elections-07e52e643d682c8033a0f26b0d863387
Capture timestamp (UTC): Wed, 30 Dec 2020 18:11:51 GMT
Page 7 of 9



Click to copy

**RELATED TOPICS**

- Election 2020
- Joe Biden
- Donald Trump
- Michigan
- Elections
- Jocelyn Benson
- Voting machines
- Voting
- Election recounts
- Presidential elections

Promoted: BrilliantCheck

Parents plead not guilty to charges in Missouri girl's...

COLE CAMP, Mo. (AP) — The parents of a 4-year-old ...

 December 28, 2020

## Ad Content

Famous Economist: How Dollar Crash Will Unfold

Promoted: Stansberry Research

ADVERTISEMENT

Invest in the future of kids like Smyrna.
St. Jude patient Smyrna and her mom
St. Jude Children's Research Hospital
Find Out How

Federal judge in Iowa ridicules Trump's pardons

IOWA CITY, Iowa (AP) — A federal judge in Iowa who ha...

 yesterday

## Ad Content

Play This Strategy For 3 Minutes And See Why Everyone Is Addicted

Ad : (0:25)

SKIP AD

 
  

 Click to copy

**RELATED TOPICS**

- Election 2020
- Joe Biden
- Donald Trump
- Michigan
- Elections
- Jocelyn Benson
- Voting machines
- Voting
- Election recounts
- Presidential elections

Play This Strategy For 3 Minutes And See Why Everyone Is Addicted

Promoted: Total Battle - Online Strategy Game

Georgia county absentee ballot envelope audit finds...

ATLANTA (AP) — Investigators who audited th...

2 hours ago

## Ad Content

Illinois Launches New Guidelines For Cars Used Less than 50 Miles/Day

Promoted: Better Finances

ADVERTISEMENT

Invest in the future of kids like Smyrna.
St. Jude patient Smyrna and her mom
St. Jude Children's Research Hospital
Find Out How

Ad : (0:24)

SKIP AD