# Exhibit 236

# Exhibit 35




AP NEWS

Top Stories     Topics     Video     Listen

# Georgia officials certify election results showing Biden win




By KATE BRUMBACK     November 21, 2020



ATLANTA (AP) — Georgia's governor and top elections official on Friday certified results showing Joe Biden won the presidential race over Republican President Donald Trump, bringing the state one step closer to wrapping up an election fraught with unfounded accusations of fraud by Trump and his supporters.

Secretary of State Brad Raffensperger certified results reported by the state's 159 counties that show Biden with 2.47 million votes, President Donald Trump with 2.46 million votes and Libertarian Jo Jorgensen with 62,138. That leaves Biden leading by a margin of 12,670 votes, or 0.25%.

Document title: Georgia officials certify election results showing Biden win
Capture URL: https://apnews.com/article/georgia-certify-election-joe-biden-ea8f867d740f3d7d42d0a55c1aef9e69
Capture timestamp (UTC): Thu, 31 Dec 2020 01:19:53 GMT
Page 1 of 13

 Georgia officials certify election results... Top Stories Topics Video Listen

with unfounded accusations of fraud by Trump and his supporters.

Secretary of State Brad Raffensperger certified results reported by the state's 159 counties that show Biden with 2.47 million votes, President Donald Trump with 2.46 million votes and Libertarian Jo Jorgensen with 62,138. That leaves Biden leading by a margin of 12,670 votes, or 0.25%.

Later Friday, Gov. Brian Kemp certified the state's slate of 16 presidential electors. In an announcement streamed online, Kemp did not clearly endorse the results. Instead he said the law requires him to "formalize the certification, which paves the way for the Trump campaign to pursue other legal options and a separate recount if they choose."

The Republican governor hasn't stepped forward to defend the integrity of this year's elections amid attacks by Trump and other members of his own party, who claim without evidence that the presidential vote in Georgia was tainted by fraud. Kemp has neither endorsed Trump's fraud claims nor backed Raffensperger, a fellow Republican, in his assertion that the election was conducted fairly.

Trump's endorsement two years ago helped Kemp win a heated Republican primary and eke out a narrow general election victory over Democrat Stacey Abrams. Even after losing the White House, Trump is expected to remain a powerful influence with GOP voters in the upcoming Senate runoffs in Georgia as well as in 2022, when Kemp will have to seek reelection.

The counties' results were affirmed by a hand count of the 5 million ballots cast in the race, according to results released by the secretary of state's office. The tally resulted from an audit required by a new state law and wasn't in response to any suspected problems with the state's results or an official recount request. Raffensperger said the hand tally confirmed Biden's victory.

Kemp said Friday that he was concerned that the audit looked only at ballots, not the signatures on the absentee ballot applications or absentee ballot envelopes.

"As a former Secretary of State, he is the first to know and confirm that a signature is matched twice prior to an absentee ballot being counted," Deputy Secretary of State Jordan Fuchs said in a statement.

In fact, the signatures on absentee ballot applications and envelopes are required to be checked when they are received. The audit is only meant to ensure that the voting machines counted the ballots correctly, Raffensperger's office has said.

Two years ago, when he was secretary of state, Kemp pushed back forcefully against an outcry from Democrats who accused him of suppressing voter turnout to improve his odds of winning the gubernatorial election. At the time, he insisted that Georgia's laws "prevent elections from being stolen from anyone."

At a news conference at the state Capitol on Friday morning, before the results were certified, Raffensperger reiterated his confidence in the 2020 elections.

**MORE STORIES:**

- Trump tries to leverage power of office to subvert Biden win
- Election 2020 Today: Biden turns 78, Trump's legal ploy
- Trump's election lawsuits plagued by elementary errors

"Working as an engineer throughout my life, I live by the motto that numbers don't lie," he said. "As secretary of state, I believe that the numbers that we have presented today are correct. The numbers reflect the verdict of the people, not a decision by the secretary of state's office or of courts or of either campaign."

Document title: Georgia officials certify election results showing Biden win
Capture URL: https://apnews.com/article/georgia-certify-election-joe-biden-ea8f867d740f3d7d42d0a55c1aef9e69
Capture timestamp (UTC): Thu, 31 Dec 2020 01:19:53 GMT
Page 2 of 13



"Working as an engineer throughout my life, I live by the motto that numbers don't lie," he said. "As secretary of state, I believe that the numbers that we have presented today are correct. The numbers reflect the verdict of the people, not a decision by the secretary of state's office or of courts or of either campaign."

Raffensperger's office stumbled earlier in the day when it prematurely announced the certification while it was still unfinished. Forty minutes later, a corrected news release was sent out saying that certification was still to come. The momentary slip was yet another moment of drama in a race that has been full of it.

Now that the results are certified, Trump's campaign will have two business days to request a recount since the margin is within 0.5%. That recount would be done using scanning machines that read and tally the votes and would be paid for by the counties, the secretary of state's office has said.

The hand count for the audit produced some slight differences from the previous machine tally, but no individual county showed a variation in margin larger than 0.73%, and the variation in margin in 103 of the state's 159 counties was less than 0.05%, the secretary of state's office said. During the audit, several counties discovered previously uncounted ballots and had to recertify their results.

ADVERTISEMENT

"It's quite honestly hard to believe that during the audit thousands of uncounted ballots were found weeks after a razor-thin outcome in a presidential election," Kemp said. "This is simply unacceptable."

Raffensperger said Friday that he plans to propose legislative changes aimed at increasing trust in the results, including allowing state officials to intervene in counties that have systemic problems in administering elections, requiring photo ID for absentee voting and adding stricter controls to allow for challenges to voters who might not live where they say.

**Full Coverage:** Election 2020

"These measures will improve the security of our elections, and that should lead to greater public trust," he said.

Kemp said he also looked forward to working with lawmakers to address election concerns.

Raffensperger, a self-described "passionate conservative," has endured intense criticism and insults from fellow Republicans — from the president to the chair of the state Republican Party — over his handling of the election. He acknowledged their feelings on Friday.

"Like other Republicans, I'm disappointed our candidate didn't win Georgia's electoral vote. Close elections sow distrust. People feel their side was cheated," he said.

Biden is the first Democratic presidential nominee to carry the state since 1992.

—

 CASE ... Page 6 of 15

Georgia officials certify election resu... Top Stories Topics Video Listen

feel their side was cheated," he said.

Biden is the first Democratic presidential nominee to carry the state since 1992.

—

Associated Press reporters Ben Nadler and Sudhin Thanawala in Atlanta, and Russ Bynum in Savannah, Georgia, contributed to this report.

Taboola Feed

### Inmate who survived execution attempt dies; COVID suspected

COLUMBUS, Ohio (AP) — An Ohio death row inmate who survived an attempt to execute him by lethal injection in 2009 died Monday...

December 29, 2020

## Ad Content

Document title: Georgia officials certify election results showing Biden win
Capture URL: https://apnews.com/article/georgia-certify-election-joe-biden-ea8f867d740f3d7d42d0a55c1aef9e69
Capture timestamp (UTC): Thu, 31 Dec 2020 01:19:53 GMT
Page 4 of 13

TRY

Getting this Treasure is impossible! Prove us wrong

Promoted: Hero Wars

## Nashville bomber left hints of trouble, but motive elusive

NASHVILLE, Tenn. (AP) — In the days before he detonated a bomb in downtown Nashville on Christmas, Anthony Quinn Warner ...

December 29, 2020

## Ad Content

Document title: Georgia officials certify election results showing Biden win
Capture URL: https://apnews.com/article/georgia-certify-election-joe-biden-ea8f867d740f3d7d42d0a55c1aef9e69
Capture timestamp (UTC): Thu, 31 Dec 2020 01:19:53 GMT
Page 5 of 13






Famous Economist: How Dollar Crash Will Unfold

Promoted: Stansberry Research

Trump push on $2K checks flops as GOP-led Senate won't vote

WASHINGTON (AP) — Senate Majority Leader Mitch McConnell all but shut the door Wednesday on President Donald Trump's pus...

2 hours ago

Ad Content






AP Georgia officials certify election results... Top Stories Topics Video Listen

Many failed before. Will you complete the Trial?

Promoted: Hero Wars

## Judge blocks residency challenges to 4,000 Georgia voters

COLUMBUS, Ga. (AP) — A federal judge ordered local election officials in Georgia to allow voting by more than 4,000 people ...

December 29, 2020

712
VOTE
HERE

## Ad Content

9A
ector
20

Illinois Launches New Practice for Cars Used Less Than 50 Miles per Day

Document title: Georgia officials certify election results showing Biden win
Capture URL: https://apnews.com/article/georgia-certify-election-joe-biden-ea8f867d740f3d7d42d0a55c1aef9e69
Capture timestamp (UTC): Thu, 31 Dec 2020 01:19:53 GMT
Page 7 of 13

 




Illinois Launches New Practice for Cars Used Less Than 50 Miles per Day

Promoted: EIN for My Insurance Savings

## The Latest: Driver charged after truck stopped in Tennessee

NASHVILLE, Tenn. (AP) — The Latest on the Christmas Day bombing in downtown Nashville: ___ 9 p.m.

December 28, 2020

## Ad Content

The Five Guys Ordering Secret You Need To Know

Promoted: Capital One Shopping



The Five Guys Ordering Secret You Need To Know
Promoted: Capital One Shopping

## Protests erupt against new Montenegro govt over religion law

PODGORICA, Montenegro (AP) — Several thousand people rallied Monday in Montenegro, accusing the young country's new ...

December 28, 2020

## Ad Content

Challenge Your Brain With This Must-Play Strategy Game. No Install.
Promoted: Forge Of Empires







Challenge Your Brain With This Must-Play Strategy Game. No Install.

Promoted: Forge Of Empires

## Dead, frozen whale buried on NJ beach; removal was too hard

BARNEGAT LIGHT, N.J. (AP) — A New Jersey beach is the final resting place for a 15-ton (13,600-kilogram) whale whose lifeless ...

AP December 28, 2020

## Ad Content

3 Steps To Tell When A Slot is Close To Hitting The Jackpot

Promoted: Buzzdaily Winners



Georgia officials certify election resul...

Top Stories Topics Video Listen

3 Steps To Tell When A Slot is Close To Hitting The Jackpot

Promoted: Buzzdaily Winners

## Court: Parents of child who killed himself can sue educators

CINCINNATI (AP) — The parents of an 8-year-old student who killed himself after being persistently bullied can move forward wi...

December 29, 2020

## Ad Content

DAVID D. ORR. County Clerk MAR 20 1993
CERTIFICATE OF BIRTH
INDIANA
OPERATOR LICENSE

Why Did No One Tell Senior Drivers In Illinois About This?

Promoted: EIN for My Insurance Savings

Document title: Georgia officials certify election results showing Biden win
Capture URL: https://apnews.com/article/georgia-certify-election-joe-biden-ea8f867d740f3d7d42d0a55c1aef9e69
Capture timestamp (UTC): Thu, 31 Dec 2020 01:19:53 GMT
Page 11 of 13


Why Did No One Tell Senior Drivers In Illinois About This?

Promoted: EIN for My Insurance Savings

## Record shows US sold ambassador's home in Israel for $67M

JERUSALEM (AP) — The United States sold the ambassador's residence in Israel for more than $67 million in July, according to ...

December 29, 2020

## Ad Content

Most Slots Players Don't Know This

Promoted: Caesars Slots

Officials: Truck plunges off bridge into Chesapeake Bay





Most Slots Players Don't Know This

Promoted: Caesars Slots

## Officials: Truck plunges off bridge into Chesapeake Bay

VIRGINIA BEACH, Va. (AP) — Coast Guard officials said Tuesday evening that they have suspended their search for the driver of a b...

yesterday

Ad Content

1 Food You Should Never Feed Your Cat

Promoted: Dr. Marty

Learn More

## Gibraltar's border with Spain still in doubt after Brexit