# Exhibit 242

# Exhibit 43



Top Stories   Topics   Video   Listen


# Disputing Trump, Barr says no widespread election fraud



By MICHAEL BALSAMO   December 1, 2020

 Click to copy



WASHINGTON (AP) — Disputing President Donald Trump's persistent, baseless claims, Attorney General William Barr declared Tuesday the U.S. Justice Department has uncovered no evidence of widespread voter fraud that could change the outcome of the 2020 election.

Barr's comments, in an interview with the The Associated Press, contradict the concerted effort by Trump, his boss, to subvert the results of last month's voting and block President-elect Joe Biden from taking his place in the White House.

Barr told the AP that U.S. attorneys and FBI agents have been working to follow up specific complaints and information they've

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Thu, 31 Dec 2020 01:31:18 GMT

Page 1 of 11




outcome of the 2020 election.

Barr's comments, in an interview with the The Associated Press, contradict the concerted effort by Trump, his boss, to subvert the results of last month's voting and block President-elect Joe Biden from taking his place in the White House.

Barr told the AP that U.S. attorneys and FBI agents have been working to follow up specific complaints and information they've received, but "to date, we have not seen fraud on a scale that could have effected a different outcome in the election."

The comments, which drew immediate criticism from Trump attorneys, were especially notable coming from Barr, who has been one of the president's most ardent allies. Before the election, he had repeatedly raised the notion that mail-in voting could be especially vulnerable to fraud during the coronavirus pandemic as Americans feared going to polls and instead chose to vote by mail.

More to Trump's liking, Barr revealed in the AP interview that in October he had appointed U.S. Attorney John Durham as a special counsel, giving the prosecutor the authority to continue to investigate the origins of the Trump-Russia probe after Biden takes over and making it difficult to fire him. Biden hasn't said what he might do with the investigation, and his transition team didn't comment Tuesday.

Trump has long railed against the investigation into whether his 2016 campaign was coordinating with Russia, but he and Republican allies had hoped the results would be delivered before the 2020 election and would help sway voters. So far, there has been only one criminal case, a guilty plea from a former FBI lawyer to a single false statement charge.

**RELATED STORIES:**
- Republicans call for resignation of Wisconsin election chair
- Trump files lawsuit challenging Wisconsin election results
- Wisconsin, Arizona certify Biden wins in presidential vote

Under federal regulations, a special counsel can be fired only by the attorney general and for specific reasons such as misconduct, dereliction of duty or conflict of interest. An attorney general must document such reasons in writing.

Barr went to the White House Tuesday for a previously scheduled meeting that lasted about three hours.

Trump didn't directly comment on the attorney general's remarks on the election. But his personal attorney Rudy Giuliani and his political campaign issued a scathing statement claiming that, "with all due respect to the Attorney General, there hasn't been any semblance" of an investigation into the president's complaints.





Attorney General William Barr said Tuesday the Justice Department has not uncovered evidence of widespread voter fraud that would change the outcome of the 2020 presidential election. (Dec. 1)

Other administration officials who have come out forcefully against Trump's allegations of voter-fraud evidence have been fired. But it's not clear whether Barr might suffer the same fate. He maintains a lofty position with Trump, and despite their differences the two see eye-to-eye on quite a lot.

Still, Senate Democratic leader Chuck Schumer quipped: "I guess he's the next one to be fired."

Last month, Barr issued a directive to U.S. attorneys across the country allowing them to pursue any "substantial allegations" of voting irregularities before the 2020 presidential election was certified, despite no evidence at that time of widespread fraud.

That memorandum gave prosecutors the ability to go around longstanding Justice Department policy that normally would prohibit such overt actions before the election was certified. Soon after it was issued, the department's top elections crime official announced he would step aside from that position because of the memo.

The Trump campaign team led by Giuliani has been alleging a widespread conspiracy by Democrats to dump millions of illegal votes into the system with no evidence. They have filed multiple lawsuits in battleground states alleging that partisan poll watchers didn't have a clear enough view at polling sites in some locations and therefore something illegal must have happened. The claims have been repeatedly dismissed including by Republican judges who have ruled the suits lacked evidence.

ADVERTISEMENT


 
   

What Will You Discover?
ebay

But local Republicans in some battleground states have followed Trump in making unsupported claims, prompting grave concerns over potential damage to American democracy.

Trump himself continues to rail against the election in tweets and in interviews though his own administration has said the 2020 election was the most secure ever. He recently allowed his administration to begin the transition over to Biden, but he still refuses to admit he lost.

The issues they've have pointed to are typical in every election: Problems with signatures, secrecy envelopes and postal marks on mail-in ballots, as well as the potential for a small number of ballots miscast or lost.

But they've gone further. Attorney Sidney Powell has spun fictional tales of election systems flipping votes, German servers storing U.S. voting information and election software created in Venezuela "at the direction of Hugo Chavez," – the late Venezuelan president who died in 2013. Powell has since been removed from the legal team after an interview she gave where she threatened to "blow up" Georgia with a "biblical" court filing.

Barr didn't name Powell specifically but said: "There's been one assertion that would be systemic fraud and that would be the claim that machines were programmed essentially to skew the election results. And the DHS and DOJ have looked into that, and so far, we haven't seen anything to substantiate that."

In the campaign statement, Giuliani claimed there was "ample evidence of illegal voting in at least six states, which they have not examined."

**Full Coverage:** Election 2020

"We have many witnesses swearing under oath they saw crimes being committed in connection with voter fraud. As far as we know, not a single one has been interviewed by the DOJ. The Justice Department also hasn't audited any voting machines or used their subpoena powers to determine the truth," he said.

However, Barr said earlier that people were confusing the use of the federal criminal justice system with allegations that should be made in civil lawsuits. He said a remedy for many complaints would be a top-down audit by state or local officials, not the U.S. Justice Department.

"There's a growing tendency to use the criminal justice system as sort of a default fix-all," he said, but first there must be a basis to believe there is a crime to investigate.

"Most claims of fraud are very particularized to a particular set of circumstances or actors or conduct. ... And those have been run down; they are being run down," Barr said. "Some have been broad and potentially cover a few thousand votes. They have been followed up on."

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Thu, 31 Dec 2020 01:31:18 GMT

 
"Most claims of fraud are very particularized to a particular set of circumstances or actors or conduct. ... And those have been run down; they are being run down," Barr said. "Some have been broad and potentially cover a few thousand votes. They have been followed up on."

___

Associated Press Writers Lisa Mascaro and Eric Tucker contributed to this report.

Taboola Feed

### Missouri senator to contest Electoral College win for Biden

WASHINGTON (AP) — Sen. Josh Hawley, R-Mo., said Wednesday he will raise objections next week when Congress meets to affirm ...

 yesterday



## Ad Content






### Getting this Treasure is impossible! Prove us wrong
Promoted: Hero Wars

### Bomber to neighbor: The world is 'never going to forget me'
NASHVILLE, Tenn. (AP) — It seemed like a friendly chat between neighbors. Only after a bomb exploded in downtown Nashville on ...

 December 29, 2020



## Ad Content





**Famous Economist: How Dollar Crash Will Unfold**
Promoted: Stansberry Research

**White House wins ruling on disclosing health care prices**

WASHINGTON (AP) — A federal judge on Tuesday ruled in favor of the Trump administration's plan to require hospitals and insurers ...

AP December 29, 2020



**Ad Content**



**Most Slots Players Don't Know This**

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Thu, 31 Dec 2020 01:31:18 GMT
Page 7 of 11




### Most Slots Players Don't Know This
Promoted: Caesars Slots



### Judge blocks residency challenges to 4,000 Georgia voters

COLUMBUS, Ga. (AP) — A federal judge ordered local election officials in Georgia to allow voting by more than 4,000 people ...

 December 29, 2020

## Ad Content



Many failed before. Will you complete the Trial?
Promoted: Hero Wars

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Thu, 31 Dec 2020 01:31:18 GMT
Page 8 of 11




Many failed before. Will you complete the Trial?
Promoted: Hero Wars

White House wins ruling on disclosing health care prices

WASHINGTON (AP) — A federal judge on Tuesday ruled in favor of the Trump administration's plan to require hospitals and insurers ...

AP  December 29, 2020



## Ad Content



Getting this Treasure is impossible! Prove us wrong
Promoted: Hero Wars

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Thu, 31 Dec 2020 01:31:18 GMT
Page 9 of 11



Case 1:21-cv-00034-BJR Document 57-10 Filed 02/23/24 Page 12 of 13
Disputing Trump, Barr says no widespread...
Top Stories Topics Video Listen

**Getting this Treasure is impossible! Prove us wrong**
Promoted: Hero Wars

**Judge blocks residency challenges to 4,000 Georgia voters**

COLUMBUS, Ga. (AP) — A federal judge ordered local election officials in Georgia to allow voting by more than 4,000 people ...

 December 29, 2020



## Ad Content



**The Five Guys Ordering Secret You Need To Know**
Promoted: Capital One Shopping

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Thu, 31 Dec 2020 01:31:18 GMT
Page 10 of 11

Disputing Trump, Barr says no widespread election fraud



#### The Five Guys Ordering Secret You Need To Know
Promoted: Capital One Shopping

---



#### Georgia county absentee ballot envelope audit finds no fraud

ATLANTA (AP) — Investigators who audited the signatures on more than 15,000 absentee ballot envelopes in one Georgia county...

 yesterday

## Ad Content



#### Famous Economist: How Dollar Crash Will Unfold
Promoted: Stansberry Research

---

Document title: Disputing Trump, Barr says no widespread election fraud
Capture URL: https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d
Capture timestamp (UTC): Thu, 31 Dec 2020 01:31:18 GMT