# Exhibit 244

**From:** Scott Hennen <scotth@flagfamily.com>
**To:** Mike Lindell <mike@mypillow.com>
**Subject:** Fwd: WAKE UP KEVIN CRAMER!
**Date:** Fri, 1 Jan 2021 22:16:21 -0600
**Importance:** Normal

---

For your eyes only. Please Keep this confidential. But it will help you understand Kevin's thinking as we pray for him and attempt to get him where you, Kendra and I are.

---------- Forwarded message ----------
From: **Cramer, Kevin (Cramer)** <Batman@cramer.senate.gov>
Date: Fri, Jan 1, 2021 at 11:30 AM
Subject: Re: WAKE UP KEVIN CRAMER!
To: Scott Hennen <scotth@flagfamily.com>
CC: Kris Cramer <kris@kevincramer.org>

I appreciate all of this. My lawyers are doing nothing else but looking at every accusation and response.

Remember, Georgia has 2 GOP U.S. Senators, a Republican Governor and Secretary of State. Pennsylvania has one of the most conservative Senators in America who nominated one of the most conservative federal judges in America and an appellate judge appointed by DJT. They aren't light weights in any legal fight and they not only reject the Trump allegations, but have blown them out of the water in PA. Wisconsin has one of the toughest, most conservative pro-Trump senators who has held hearings on this stuff and not even he is convinced. Like me, he believes there were a lot of abuses of the mail in ballot situation allowed by many states, but is still waiting for real evidence.

But we still dig and remain open, but my default is not to vote to disenfranchise voters from other states unless I can see evidence that has a chance of leading to proof. I may object to a state or two, although I find it difficult to justify voting to disenfranchise voters from a state with Republican Senators who vouch for their state.

With regards to the self-righteous voters who think I'm their robot, your welcome. Probably not 1% of them supported Trump before I did. None of them spent an ounce of political capital on Trump's behalf, I spent it all. I'm certain none of them have raised over $250,000 for the president's defense team to piss down a rat hole pretending to be lawyers disguised as television personalities. I am evidence no good deed goes unpunished by the mob, who believes they rule just because they live in the freest place on earth.

As you can tell, I'm not just frustrated, I am pissed off. Perhaps the most disappointing thing about it, is so many otherwise good people think America cannot survive without Donald Trump. If he loaded the ballot boxes in California with Republican mail in votes by dead people and won, none of them would be concerned and would be yelling at me to defend Trump. I love the guy, but not as much as I love America.

The irony is the easiest thing for me to do politically would be to object to every elector in the swing states and vote to not count their ballots. It would be hard for me to defend the electoral college afterwards, but I suppose if that's what conservatives want we can do that. So far I have not had to vote on a declaration of war, but this is nearly as hard. It is not a game to be played lightly, yet that's what modern communications has made it. Politics has become an easy spectator sport for people to tune into on their cable channel of choice, but it is the new world we live and serve in.

As for me, I will not be deterred from seeking truth and voting my conscience and always being wiling to explain it, even to ungrateful listeners and constituents. I wish Trump would have been better to our agriculture,

EXHIBIT 631

DEF019282.000001

oil and coal industries when he had the chances. But at least he did better than most and hopefully we can build on it at some point. I've defended and even protected him from many legitimate hits he could have taken in our state. It will never be rewarded or recognized. I'm honored to stand in the gap.

Kevin Cramer
United States Senator
North Dakota


On Jan 1, 2021, at 10:13 AM, Scott Hennen <scotth@flagfamily.com> wrote:


At the bottom of this email, you'll find a email that came in overnight. I'm just forwarding a few that make sense, please let me know if that's a nuisance you don't need.

But first. Here is my thoughts after a wonderful NYE..best in years with Maria and our kids and the neighbors. Most importantly I actually got a full 8!hours of sleep.

So I think I'm thinking clearing and can boil this down to a few paragraphs. I'll try my best .

Evidence is the whole key. Sadly, if the GOP members in the house and Senate dont convince the massive, passionate and real pitchfork mob that you cleaned up this mess....facts won't matter and you are going to lose the grassroots support to accomplish anything as a minority.

Can you just proceed with your Cramer/Lindell/Johnson idea to do a fair, expedited, lawyer like review of 10% of the best arguments on the evidence?  Start with the Trump hotel meeting and give Sydney Powell/Gen Flynn, etc a fair hearing.  See some actual proof etc, And hold them accountable to any crackpot crap they have peddled.

You  will have a ton more freedom with any decision on votes going forward, if you have a basis for defending your position.

In a time such as this, facts don't matter and public opinion rules the mob, more than half of whom are our peeps and I agree with them based on the they have invested in "investigating" the evidence and rushing to a conclusion, because the Constitutional regular order has been a weak sauce attempt and done in an impossible timeline. Their trust is gone after fighting  the swamp for the last 5 years

Dems are way better than R's at that game.

But we know all that. It's baked into the cake.

Don't scoff at any evidence you personally have not found to be true.

I am not a US Senator. You are. I have an audience of people who love and support you but only have themselves to investigate this stuff. And they have. They had to juggle calving on the ranch and investing the time to inform their conscience. Don't blow them off. Many of your colleagues do. Which you never do. Who else invests the time to have a open and honest conversation on Talkradio every flipping week on 5 stations? And yet all of that goodwill could be gone over this. If they PERCEIVE that you have not done what they have done on the evidence.

Use the massive resources available to you and your colleagues and do what they have done. THEN and ONLY take a position.

My wife, your tie consultant, is a Mom, a caregiver for her Mom and a 50 hour a week OT with Sanford Health. Yet she knows the results of every legislative hearing with evidence presented in key states, she knows the hearing schedule (the latest was 2 days ago and was 2 hours long, Az or Ga?) please have your staff find it. The best 9 min is here at this link, all of the court decisions (based on evidence not procedure), every "excuse" she hears from members of Congress of why it's not their job to fix this and how they plan to vote before they have heard and vetted the evidence and most importantly she could take 30 minutes and give you a report on all of the social media facts vs BS. I should do that. I'm the radio talk show host. I've done 10% of what she does. I get my download from you Mike Lindell twice a week off air, on air and dig when I can. But even knowing what i have a God given peace that he has given us the light To follow on this endeavor. But we have to look for it. I have. She has. And I believe in my heart of hearts, this election was won by Trump if you only count ever legal vote. I could be proven wrong. But all 3 branches of Gov't have failed the Republic in helping decide which position is correct under very tough conditions. Fake News, corruption we know exists (last 3 years of FBI, CIA, FISA, impeachment bake in Covid relief, NDAA veto, etc life is tough.

Is it civil war tough? Is it WW1 or WW 2 tough? Is it Wilburforce/Lincoln slavery tough? And most importantly is it Jesus's death on the Cross?

Not
A
Chance.

Kelly Armstrong believes the voting machine forensic audit was short of data points to support the conclusion. He's a good lawyer, I'd trust his gut. Why won't he take 20 mins on ND radio to explain his position and inform the mob of a fact as he sees it? Instead he tells you and poisons the well of your opinion. I ask his minions if he requested the data points and they tell me 19 days ago he is going to get them. And now he is hunting or hiding. Or both. That's gutless. And that is NOT the friend I know and love, Senator Kevin Cramer.

I'd start fresh. I'd focus on nothing but this effort and inform your conscience and make a decision based on what you see in the evidence leading to a super quick conclusion.

Override NDAA
Covid is what it is at this point
Hunter Biden doesn't matter
Even final Trump doesn't matter personally.

The Republic matters. America Matters. That's what you are finding for.

The people don't want promises of how you will fight for them after Jan 20. That's 💯 hypothetical.

They want you to die on this hill and fight like hell.

Love ya brother.

Wow. Was this long. Sorry

Scotty

P.S. Reason for this impromptu manifesto was to forward you 1 of 1090 emails and texts that have come in since Midnight. See below. You can't make this up. It's real. The people are fighting with their backs to the wall for Trump and the Republic and most importantly HIM

---------- Forwarded message ---------
From: **Kevin Ohnstad** <kevinskats@hotmail.com>
Date: Thu, Dec 31, 2020 at 8:15 PM

DEF019282.000003

Subject: WAKE UP KEVIN CRAMER!
To: scotth@flagfamily.com <scotth@flagfamily.com>

Scott,

TOTALLY DISHEARTENED after listening to Senator Kevin Cramer on your show 12/31. IF even Republicans fail to see the OBVIOUS FRAUD in the recent election, WHO will step forward to represent not only North Dakota....but the United States as a whole? I have written Senator Cramer and Senator Hoeven. Can you please also forward the information concerning the OBVIOUS ELECTION FRAUD to them as they apparently only watch CNN or MSNBC to get their news.

This is no longer about President Trump. This is about the United States remaining a sovereign nation. Currently it appears as though CHINA HAS WON.

Thank you,

Kevin Ohnstad

Argusville, North Dakota


Sent from Mail for Windows 10


--
**Scott Hennen**
*Partner - Flag Family Media & Fieldstone Group*
2852 Thunder Road South
Fargo, ND 58104
P: 701-367-2054
E: scotth@flagfamily.com



--
**Scott Hennen**
*Partner - Flag Family Media & Fieldstone Group*
2852 Thunder Road South
Fargo, ND 58104
P: 701-367-2054
E: scotth@flagfamily.com



DEF019282.000004