# Exhibit 245

**From:** Scott Hennen <scotth@flagfamily.com>
**To:** Mike Lindell <mike@mypillow.com>
**Subject:** Fwd: Toomey statement
**Date:** Sat, 2 Jan 2021 19:32:07 -0600
**Importance:** Normal

---

We need Sen Pat Toomey at your Monday gathering of friends with Cramer. See statement?

---------- Forwarded message ---------
From: **Kevin Cramer** <kevin@kevincramer.org>
Date: Sat, Jan 2, 2021 at 6:58 PM
Subject: Fwd: Toomey statement
To: J. Scott Hennen <scotth@flagfamily.com>


Sent from my iPhone

Begin forwarded message:

**From:** "Duncan, Robert (Rep-Secretary)" <000002b9c6119ce8-dmarc-request@lists.senate.gov>
**Date:** January 2, 2021 at 6:55:03 PM EST
**To:** REP-SECRETARY_SENATORS@lists.senate.gov
**Subject: Toomey statement**
**Reply-To:** "Duncan, Robert (Rep-Secretary)" <Robert_Duncan@rep-secretary.senate.gov>

[WARNING: MESSAGE WAS SENT FROM OUTSIDE YOUR ORGANIZATION. Please verify identity of sender before following links or replying]

Senator Toomey asked that I forward you all his statement below.
Thanks,
RD



Toomey statement:

"A fundamental, defining feature of a democratic republic is the right of the people to elect their own leaders. The effort by Senators Hawley, Cruz, and others to overturn the results of the 2020 presidential election in swing states like Pennsylvania directly undermines this right.

"The senators justify their intent by observing that there have been many allegations of fraud. But allegations of fraud by a losing campaign cannot justify overturning an election. They fail to acknowledge that these allegations have been adjudicated in courtrooms across America and were found to be unsupported by evidence. President Trump's own Attorney General, Bill Barr, stated 'we have not seen fraud on a scale that could have effected a different outcome in the election.'

"I acknowledge that this past election, like all elections, had irregularities. But the evidence is overwhelming

that Joe Biden won this election. His narrow victory in Pennsylvania is easily explained by the decline in suburban support for President Trump and the president's slightly smaller victory margins in most rural counties.

"I voted for President Trump and endorsed him for re-election. But, on Wednesday, I intend to vigorously defend our form of government by opposing this effort to disenfranchise millions of voters in my state and others."


Sent from my iPhone

--
**Scott Hennen**
*Partner - Flag Family Media & Fieldstone Group*
2852 Thunder Road South
Fargo, ND 58104
P: 701-367-2054
E: scotth@flagfamily.com