# Exhibit 246

**Platform:** Native Messages    **Timezone:** UTC+0000

| | | |
|---|---|---|
| **B** — Boss, +1 (952) 567-1770 | Device owner | **KR** — Kim Rasmussen, +1 (952) 923-0800 |
| **ML** — Mike Lindell, +1 (952) 923-0663 | mlicloud@mypillow.com | |

2020/03/30

**Kim Rasmussen**
Haven't heard from you in a while. I know you are very busy. Call me to catch up when you can. Prayers for you.
01:19:02 pm

**Device owner**
I am flying to DC to have a private meeting with the President to give him my idea to save the country
01:28:26 pm

**Kim Rasmussen**



01:30:41 pm

You look great! (Facebook). Praying...
05:52:12 pm



EXHIBIT 636

DEF034862.000001

2021/02/05

**Kim Rasmussen**
When and where can I see the documentary...?
01:15:37 am

mlicloud@mypillow.com
Tomorrow
Go to my website
Or watch on OAN
02:00:48 am

**Kim Rasmussen**

02:01:01 am

I have chills... I am watching it!
03:00:02 pm

mlicloud@mypillow.com
I worked until 5am
03:31:27 pm

**Kim Rasmussen**
Wow! Get sleep. (I really like the set you are on)
03:36:42 pm

mlicloud@mypillow.com
I go on tv in 45 minutes and meet the president in 2 hours
03:45:49 pm

**Kim Rasmussen**
Wow!! Stay safe!
03:46:33 pm

> mlicloud@mypillow.com
>
> How much have you read ?
> 03:47:40 pm
>
> watched I mean
> 03:47:55 pm

Kim Rasmussen

> About 35 minutes
> 03:48:23 pm
>
> Your video is down. Matt has a server you can put it on
> 04:12:27 pm
>
> The server is with American Eagle who does the Super Bowl
> 04:12:58 pm
>
> Do you think it crashed..?
> 04:13:17 pm

> mlicloud@mypillow.com
>
> The evil took it down
> Go back to the wed site and start over
> 04:17:09 pm

Kim Rasmussen

> It's up
> 04:17:50 pm
>
> https://www.businessinsider.com/mypillow-made-three-hour-film-about-election-trump-2021-2







04:31:02 pm

DEF034862.000130

Open SmartNews and read "MyPillow CEO Mike Lindell is releasing a 3-hour movie he made over the past 5 days pushing a baseless election claim involving China" here: https://smartnews.link/news/Tvv4

To read it on the web, tap here: https://smartnews.link/w/8Z7y
04:31:02 pm

https://www.wonkette.com/mypillow-guy-collaborates-with-holy-spirit-on-3-hour-film-about-how-trump-actually-won









05:32:47 pm

Open SmartNews and read "MyPillow Guy Collaborates With Holy Spirit On 3-Hour Film About How Trump Actually Won" here: https://smartnews.link/news/pGU8

To read it on the web, tap here: https://smartnews.link/w/CieU
05:32:47 pm

https://dailycaller.com/2021/02/05/dominion-voting-systems-mike-lindell-ona-america-news-network-newsmax-lawsuit/



DEF034862.000132



06:22:22 pm

Open SmartNews and read "While Dominion Seems Poised To Sue Dozens In Right Wing Media, OANN Announces Whopping Three-Hour Fraud Special Featuring Mike Lindell" here: https://smartnews.link/news/uZ3u

To read it on the web, tap here: https://smartnews.link/w/4zNr
06:22:22 pm

https://theweek.com/speedreads/965224/mypillow-ceo-mike-lindells-election-conspiracy-documentary-starts-epic-disclaimer-from-oan



DEF034862.000133