# Exhibit 247

☰ ´ Q

**BUSINESS INSIDER**

Newsletters   Log in   Subscribe



NEW    NEW    ▷ ×

Special Savings
Temu

POLITICS

# MyPillow CEO Mike Lindell is releasing a 3-hour movie he made over the past 5 days pushing a baseless election claim involving China

Julie Gerstein Feb 5, 2021, 7:02 AM UTC

↱ Share   ⊟ Save

Advertisement



**Place an Ice Cube on a Burger When Grilling, Here's Why**
Lifehackpro



**MyPillow CEO Mike Lindell outside the White House on January 15.** Drew Angerer/Getty Images

- **MyPillow CEO Mike Lindell has announced a three-hour film pushing baseless election-fraud claims.**

- **He said on a Christian YouTube channel that it'd "mean the end times" if the film didn't catch on.**

- **Early this week, Lindell was cut off by a Newsmax anchor for spouting election conspiracy theories.**

## INSIDER TODAY

Sign up to get the inside scoop on today's biggest stories in markets, tech, and business — delivered daily. **Read preview**



EXHIBIT
Gobbes
637
$6 6-11-24

**BUSINESS INSIDER**

## INSIDER TODAY

Sign up to get the inside scoop on today's biggest stories in markets, tech, and business — delivered daily. **Read preview**



| Enter your email |  | **Sign up** |

By clicking "Sign Up", you accept our Terms of Service and Privacy Policy. You can opt-out at any time by visiting our Preferences page or by clicking "unsubscribe" at the bottom of this email.

Advertisement

Advertisement



**Place an Ice Cube on a Burger When Grilling, Here's Why**

MyPillow CEO Mike Lindell appeared on the <u>Christian YouTube channel The Revival Channel</u> to announce that he's releasing a three-hour film Friday in support of his baseless claims of issues in the 2020 election.

"Absolute Proof" was made, he said, over a five-day period "holed up with people guarding me."

Speaking in front of a drab wall with a fake screen of trees, in a location he refused to disclose, Lindell, a staunch supporter of former President Donald Trump, said the documentary proved "100%, the theft by China and these different international locations, this cyberattack on our nation right here, that took, that flipped votes."

**Related stories**

Elections officials and even Trump officials such as Attorney General Bill Barr and acting Secretary of Homeland Security Chad Wolf said there was no evidence of widespread election fraud.

Advertisement

Recommended video

Advertisement

**BUSINESS INSIDER**



Advertisement

Recommended video

"There are no indications that a foreign actor has succeeded in compromising or affecting the actual votes cast in this election," Wolf said in a November 3 press conference.

Advertisement

Lindell said his film would prove there was "a communist coup."

"We prayed over every word that was in this piece," he told The Revival Channel's host. "The last four days, 12 people, three hours of sleep a night, A lot of stuff was done in one take because the Holy Spirit was just speaking it out."

This is not Lindell's first foray into film. He's served as a producer on several conservative films, including 2019's "Unplanned," and in 2016 was the subject of the documentary "The Mike Lindell Story: An American Dream."

Advertisement

Lindell is among several Trump surrogates and supporters who were threatened with litigation by Dominion Voting Systems after repeatedly making baseless claims about election fraud involving its machines.

Advertisement

Lindell appeared on the conservative cable channel Newsmax early this week, ostensibly to talk about "cancel culture" but instead reviving his claims of election interference. The anchor Bob Sellers grew visibly irritated when Lindell instead began rattling off his Dominion Voting Systems election-fraud claims and cut in to remind viewers that Lindell's claims were unsubstantiated. Sellers

**BUSINESS INSIDER**
Newsletters   Log In   Subscribe

Lindell appeared on the conservative cable channel Newsmax early this week, ostensibly to talk about "cancel culture" but instead reviving his claims of election interference. The anchor Bob Sellers grew visibly irritated when Lindell instead began rattling off his Dominion Voting Systems election-fraud claims and cut in to remind viewers that Lindell's claims were unsubstantiated. Sellers then appeared to walk off set in frustration.

Last month, Lindell was permanently barred from Twitter for repeatedly making baseless election-fraud claims that Twitter said violated its user policy.

News of the documentary came as the gun-control activist David Hogg, a survivor of the 2018 shooting at Marjory Stoneman Douglas High School, announced he would be launching a rival pillow company "to put MyPillow out of business."

**Read next**

Recommended video

Advertisement



# BUSINESS INSIDER

Learn More                    Learn More

Recommended video



**The Horrifying Truth About CBD**

Tommy Chong's CBD | Sponsored

Shop Now

**Think your boss is scary? Check out the brutal emails these tech CEOs sent their employees.**

Employees at Meta may be feeling the scary-boss angst as newly released emails from a terse Mark Zuckerberg went viral this week.

Business Insider

**24 of the most daring outfits celebrities have ever worn to the Cannes Film Festival**

The Cannes Film Festival has become a massive fashion event for celebrities. Some arrive in glamorous looks, but others opt for daring ensembles.

Business Insider

**What if Germany had won WW1? Game simulates historical scenarios**

This game takes you back to a crucial moment in US history.

Historical Strategy Game | Sponsored

Play Now