# Exhibit 250

**From:** Maarten Schenk <maarten@leadstories.com>
**To:** Mike Lindell <mike@mypillow.com>
**Subject:** Re: The two guys
**Date:** Mon, 3 May 2021 21:44:49 +0200
**Importance:** Normal

---

Send this to your validators:

https://www.thegatewaypundit.com/2021/02/larry-johnson-hammer-scorecard-real/
https://apelbaum.wordpress.com/2021/02/10/operators-hammers-scorecards-and-a-con-man/

The Gateway Pundit is about as right wing, pro-Trump conservative as they get. If you ask Jim and Joe Hoft from The Gateway Pundit about Lead Stories they will happily confirm they hate our guts because we have fact checked them so often. But in this case they are right. Apelbaum is the expert they used to validate the Hunter Biden laptop. He says the Fanning/Jones data is a "crude fabrication" that is "laced with errors and anomalies". He lists 8:

1. Many of the source and destination IP addresses don't match the geolocations specified
2. Some of the company/entity names don't match the assigned locations (e.g. a company identified in Beijing China is actually located in Hong Kong)
3. The "SOURCE OWNER" column uses DBA names for companies instead of the actual legal name, which is what you would get if you did a low level IP to organization resolution (a mandatory step for the intelligence to be actionable)
4. All of the destinations are protected with firewalls so the "INTRUSION METHOD" referencing the word "FIREWALL" is meaningless. From the limited attack vocabulary used in the document it's obvious that whoever wrote this isn't familiar with actual cyber offensive operations
5. The DATE column is missing time zone information. The repeating distribution pattern of date time stamps also strongly suggests that they are non-organic and rather were produced using some sort of cyclic function with a random number generator
6. Some of the records are incomplete. For example, one row in the "CHANGED VOTES" column states "TRUMP: DOWN 44,905", but it failed to add the "Y" under the corresponding "SUCCESS" column
7. The tabs on the spreadsheet show that the titles were created manually ("Sheet 1" vs. "Sheet1" missing the space), which is unlikely if this data came from an automated process
8. The values in the fields titled "SOURCE ID" and "TARGET ID" which have a MAC address format were most likely created with a random number generator. A sampling of these addresses yielded no results of known network card manufacturers.

Again, this is not me saying this. This is literally a guy we fact checked several times in the past. And here I am agreeing with him.

But I'm looking forward to hearing more about the validators and what their response is to this. Can't hurt to ask them, can it?

Maarten
------
http://leadstories.com - Debunking fake news as it happens
http://get.trendolizer.com - Discover what is trending online, on any topic, from any source
http://opensharecount.com - Get your Twitter share count back


On Mon, May 3, 2021 at 9:24 PM Mike Lindell <mike@mypillow.com> wrote:

My validators have proved everything is true and they are the best in the world

The files I showed on absolute interference have been 100% validated by 5 different validators and the data is 100% accurate!! If you can find one flaw I am sure my lawyers and independent (5) validators would love to see!!

Quit bothering me with your lies ... everything in my films are true!!! I am not stupid I spent millions on my own investigations and many completely separate whistleblowers and validators...


Mike Lindell
CEO My Pillow, Inc



On May 3, 2021, at 2:16 PM, Maarten Schenk <maarten@leadstories.com> wrote:


Nice, if you have some real evidence from these other people you don't need the fake stuff Fanning, Jones and Howse and the validator fell for (or were sold).

Somehow I doubt the Supreme Court will be swayed by badly faked log files created in Excel by a known scammer.  Then again, they might not understand technology so who knows?  Stranger things have happened.  But I doubt the opposing counsel will fail to point all of that out to them and they will probably bring experts that are not afraid to show their face.

I think we may have different definitions of what 100% proven means but I'm honestly looking forward to see the new stuff you found.

Kind regards,
Maarten
------
http://leadstories.com  - Debunking fake news as it happens
http://get.trendolizer.com - Discover what is trending online, on any topic, from any source
http://opensharecount.com - Get your Twitter share count back


On Mon, May 3, 2021 at 8:32 PM Mike Lindell <mike@mypillow.com> wrote:
> You will see by tomorrow
> They are completely separate whistle blowers and government validators
> We might be able to announce tonight on Frank
> I believe their evidence is also true and I don't think it matters where theirs came from ... the bottom line is this was an attack on our country through the machines and it is proven now 100%
> I am only waiting on the Supreme Court for a couple of great surprises for the country ... 👍
>
> Mike Lindell
> CEO My Pillow, Inc
>
>
>
> On May 3, 2021, at 1:09 PM, Maarten Schenk <maarten@leadstories.com> wrote:
>
>
> Still, Fanning, Jones and Howse keep shouting from the rooftops they got their info from a known scammer who defrauded the Pentagon.  Not a good look.

DEF029266.000002

And your validator is saying the info from the scammer is correct? Are you sure about that validator? As today's incident showed again, you don't seem to have the best luck when it comes to hiring good IT people.

But looking forward to hearing more tonight.

Maarten

Op ma 3 mei 2021 18:41 schreef Mike Lindell <mike@mypillow.com>:
> The info I got from them is true and it led me to the ones that currently work for the government and that is where I got my information from...
> FYI there are almost 20 experts that have validated or were apart of everything I did after January 9th when I was made aware of the machine fraud ....!
> Everything I have put out to the public is 100% true and validated by the same white hat hackers the government uses!
> Anything you have from Mary, Brannon or others is not my guys that came to me independent of them ( that have all the cyber evidence ) and also they don't even know the identities of the validators I hired...
>
> Mike Lindell
>
>
>
> On May 3, 2021, at 10:02 AM, Maarten Schenk <maarten@leadstories.com> wrote:
>
>
> And some of it turned out to come from a known fraudster. And it ended up in your movies.
>
> Even the WaPo and the NYT sometimes issue corrections/retractions when they get part of a story wrong as the Giuliani story showed last week. That doesn't mean the entire story is false (he was raided...).
>
> Real journalists issue corrections/retractions when they get a detail wrong. Just for fun ask Fanning, Jones and Howse if they will issue a correction or if they just plan to continue embarrassing you like this.
>
> Maarten
> ------
> http://leadstories.com - Debunking fake news as it happens
> http://get.trendolizer.com - Discover what is trending online, on any topic, from any source
> http://opensharecount.com - Get your Twitter share count back
>
>
> On Mon, May 3, 2021 at 4:44 PM Mike Lindell <mike@mypillow.com> wrote:
>> That was just the first time I heard there was cyber evidence out there ...
>>
>> Mike Lindell
>> CEO My Pillow, Inc

DEF029266.000003

On May 3, 2021, at 9:09 AM, Maarten Schenk <maarten@leadstories.com> wrote:

Hi Mike,

I wanted to take this opportunity to clear up some confusion.

Alan told me you texted him you got the IP address data file & animations from "two guys" who were not on the list that I sent you.

He also said you had about twenty people who brought you stuff.  Let's be clear, if these twenty people didn't bring you the timestamped lists and animations I was not talking about them.

This is specifically only about the timestamped lists and animations shown first in Absolute Proof where they were presented by Mary Fanning.

Brannon Howse writes on his website he is the one who put you in touch with Mary Fanning and Alan Jones on January 9.  And they claim on their website The American Report that they got the data from Montgomery. (See: https://leadstories.com/analysis/2021/04/analysis-finding-the-source-of-the-lindell-evidence-mentioned-on-kimmel.html)

Brannon Howse's website also contains several articles mentioning that the timestamp files and animations came from Montgomery.  He knew what he was sending you.

The list that you tweeted on January 15 literally had "The American Report" stamped on it (Mary Fanning's site).

<image.png>

Montgomery is the guy who swindled Sheriff Arpaio out of $100,000 in exchange for fake evidence.  Montgomery also sold bogus technology to the Pentagon in the middle of the War on Terror.

**If you are truly a patriot that should concern you**.  We are not the only ones who wrote about this, The Gateway Pundit said it too.  Ask Jim and Joe Hoft.

If you got the data from somewhere else (the "two guys") you should at least come out publicly and say Fanning, Jones and Howse were not correct in saying the data came from Montgomery.  Either you are right or they are, but it can't be both.

If you are right, Fanning, Jones and Howse have some explaining to do.  Why are they using their websites to connect evidence later used in your movies to a known swindler?  Can you think of a good reason?

Kind regards,
Maarten
------
http://leadstories.com  - Debunking fake news as it happens
http://get.trendolizer.com - Discover what is trending online, on any topic, from any source
http://opensharecount.com - Get your Twitter share count back