# Exhibit 253

**Filed Under Seal**