# Exhibit 254

**Filed Under Seal**