# Exhibit 255

**Filed Under Seal**