# Exhibit 258

| | |
|---|---|
| **From:** | Kelly Williamson |
| **To:** | USA |
| **Subject:** | CHEAT |
| **Date:** | Friday, February 5, 2021 10:03:08 PM |

You rigged the election and everyone knows it. Even your own people admitted to it. Your time will come.

Sent from my iPhone

SMARTMATIC-LINDELL04291507