# Exhibit 260

**From:** Tricia Townsend <captivated56@yahoo.com>
**Reply-To:** Tricia Townsend <captivated56@yahoo.com>
**Date:** Thursday, June 17, 2021 at 1:43 PM
**To:** hq <hq@smartmatic.com>
**Subject:** Machine Problems

Smartmatic,

You have garbage voting machines. Americans will be holding you accountable. Buckle up!

Tricia Townsend

Sent from Yahoo Mail on Android

SMARTMATIC-LINDELL04291838