# Exhibit 261

Hey Toni - 1-20-2022

You and your company, SmartASSmatic are SO crooked! You are a horrible, corrupt, lefty, liberal, lying company. You are so crooked and scared of the truth that you chose to sue Mike Lindell and MyPillow. It's laughable! He'll win and win BIG! You don't have a chance. Mike has all the facts and evidence of voter fraud in each state! And YOU, Toni boy, know it!

You are an EVIL company.

Why do you have crooked voting machines?
Why do you want communism under ByDunce Biden and his handlers?
What would be in it for you to have a communistic world?

You are devils.
You are as bad as ByDunce Biden and his commie handlers and the Deep State swamp creatures!

You'll all have to answer to God one day. It won't be good news at all. You're EVIL

SHAME ON YOU ALL!

Let's Go Brandon!

Go Mike Lindell!



*Julie Belonger*
*AMERICA!*