# Exhibit 262B

| | |
|---|---|
| **From:** | Greg Lewis |
| **To:** | hq |
| **Subject:** | Cheaters |
| **Date:** | Friday, February 5, 2021 11:35:19 PM |

You guys rigged the election. Cheaters.

SMARTMATIC-LINDELL04291508