# Exhibit 262C

| | |
|---|---|
| **From:** | Bon Lued |
| **To:** | hq |
| **Subject:** | Dismantle your machines |
| **Date:** | Friday, February 5, 2021 7:43:28 PM |

You should dismantle your machines and programs and put them in the recycle bin.
Very sincerely a concern voting citizen.
Shame on you.
Bonnie

SMARTMATIC-LINDELL04291509