# Exhibit 262D

| | |
|---|---|
| **From:** | K |
| **To:** | USA |
| **Subject:** | Hope this finds you well |
| **Date:** | Friday, February 5, 2021 7:42:32 PM |

U FUCKING ASSHOLES .EACH AND EVERY ONE.....

SMARTMATIC-LINDELL04291511