# Exhibit 262E

| | |
|---|---|
| **From:** | Raymond Kalitri |
| **To:** | USA |
| **Subject:** | Justice will be served |
| **Date:** | Friday, February 5, 2021 12:30:33 PM |

We will be filing a suit against your company for diluting our votes here in this past 2020 election. Your company is garbage and absolutely involved with TREASON!

SMARTMATIC-LINDELL04291512