# Exhibit 262F

| | |
|---|---|
| From: | Orin Jackson |
| To: | hq |
| Date: | Friday, February 5, 2021 5:26:45 AM |

I am contacting you to let you know what I think of you and your voting machines. You're as crooked as a hedge tree, and you can be bought by the highest bidder, from around the world.

We saved your ass in WW2, and you would not be here if not for us....now you rig our election for the Democrats. You are scammers, and parasites...Now fucking off-and sue me....I am defaming your name every chance I get...

*Orin Jackson*
Chairman

**Hickory Hills Veterans Lodge**

SMARTMATIC-LINDELL04291518