# Exhibit 262H

| | |
|---|---|
| **From:** | Scott Frohlich |
| **To:** | USA |
| **Subject:** | One Hundred Percent Transparency |
| **Date:** | Friday, February 5, 2021 7:42:43 AM |

If you guys say everything was totally legit about the 2020 election.Why don't you let an independent investigation take a look at all you have developed when it comes to recording the ballot count.For that matter.Americans should be informed on exactly how Dominion voting systems and smartmatic software work together to make ballot recording accurate and secure.This is a democracy and if everthing is brought out into the publics view.That would be the most honorable patriot action smartmatic would take.So how about it fellas?Have a nice day.

                                                              John Scott Frohlich

SMARTMATIC-LINDELL04291522