# Exhibit 262I

| | |
|---|---|
| **From:** | Biden @hole |
| **To:** | Communications Smartmatic; USA; hq |
| **Subject:** | You Assholes are going to HELL |
| **Date:** | Friday, February 5, 2021 11:22:28 PM |

HOPE YOU ALL DIE SOON
BUNCH OF ASSHOLES

SMARTMATIC-LINDELL04291526