# Exhibit 262K

| | |
|---|---|
| **From:** | rocky.brannan |
| **To:** | USA |
| **Subject:** | Your attacks on America |
| **Date:** | Friday, February 5, 2021 9:15:03 PM |

Your company, your employees and anyone involved with smartmatics are traitors to the United States

Sent from my T-Mobile 4G LTE Device

SMARTMATIC-LINDELL04291528