# Exhibit 262N

**From:** larryquart1@aol.com
**To:** USA
**Subject:** Get rid of Smartmatic voting machines
**Date:** Saturday, February 6, 2021 6:47:31 AM

I'm running for my local board and I plan to make sure your voting machines are not used in Lee County.

Sent from Mail for Windows 10

SMARTMATIC-LINDELL04291532