# Exhibit 262O

| | |
|---|---|
| **From:** | KIRK MCLAREN |
| **To:** | hq |
| **Subject:** | Lies |
| **Date:** | Saturday, February 6, 2021 4:52:23 AM |

The company I retired from which volunteered every year for our city when voting was taking place, we would push for your machines.  That will never happen again, you're going after people because they were told from other people that you're a fraud. 700 million people believe you are a fraud we should be taking you to court. I'm going to do everything I can to make sure your machines is never show up in our city.


Sent from Yahoo Mail for iPhone

SMARTMATIC-LINDELL04291533