# Exhibit 262P

**From:** david millington
**To:** USA
**Subject:** Your junk
**Date:** Saturday, February 6, 2021 3:10:12 AM

I would trust a bunch of 3rd grade kids with a abacus to count votes than you machines

SMARTMATIC-LINDELL04291540