# Exhibit 262S

| | |
|---|---|
| **From:** | Dana Raffaniello |
| **To:** | USA |
| **Subject:** | You engaged in voter fraud |
| **Date:** | Friday, February 5, 2021 11:59:19 PM |

Your company engaged in voter fraud, those who work there are all guilty of voter fraud

Sent from Mail for Windows 10

SMARTMATIC-LINDELL04291527