# Exhibit 262U

| | |
|---|---|
| **From:** | John Rasmussen |
| **To:** | USA |
| **Subject:** | Babayaga says hello |
| **Date:** | Saturday, February 6, 2021 9:50:51 AM |

Hello
Just want to let you know that we know what you did.

Have a great day.

Babayaga

SMARTMATIC-LINDELL04291530