# Exhibit 262W

**From:** jleegoode@gmail.com <jleegoode@gmail.com>
**Date:** Thursday, February 11, 2021 at 11:51 AM
**To:** hq <hq@smartmatic.com>
**Subject:** Election

I have read extensively regarding the 2020 elections. I have seen videos from the day of elections among other things. I believe and know in my heart that there WAS election fraud by the Dominion machines. There are additional factors in the fraud that took place. But we are talking about your machines and I do believe as do many of my friends & family that Dominion machines were rigged to give Biden this election. We are spreading the word. Even making our own videos and releasing. The truth has got to get out. Karma is a bitch

Sent from my iPhone

SMARTMATIC-LINDELL04291623