# Exhibit 262Y

From: Jay Cohn <jjc_aia2@hotmail.com>
Sent: Saturday, February 13, 2021 6:56 PM
To: USA <usa@smartmatic.com>
Subject: Fraud

I have seen the Facts – your company is a FRAUD – Your company as set the stage that there will never be a fair election in USA again –


Sent from Mail for Windows 10

SMARTMATIC-LINDELL04291639