# Exhibit 262Z

**From:** Michelle Black <liv2dive64@gmail.com>
**Sent:** Tuesday, February 16, 2021 7:19 PM
**To:** hq <hq@smartmatic.com>
**Subject:**

SHAME, SHAME ON YOU!

SMARTMATIC-LINDELL04291663