# Exhibit 262AA

**From:** Ben <skynyrd8523@gmail.com>
**Date:** Friday, February 19, 2021 at 2:51 AM
**To:** hq <hq@smartmatic.com>
**Subject:** Nice your HQ is in the UK, where I live

Hey you're going to get yours cunts.

SMARTMATIC-LINDELL04291648