# Exhibit 262BB

**From:** Biden @hole <bidenahole@yahoo.com>
**Sent:** Monday, February 22, 2021 3:36 PM
**To:** Communications Smartmatic <communications@smartmatic.com>; USA <usa@smartmatic.com>; hq <hq@smartmatic.com>
**Subject:** Re: You Assholes are going to HELL

- HOPE YOU asshole DIE SOON including your CEO

    BUNCH OF ASSHOLES

On Friday, February 5, 2021, 08:20:23 PM PST, Biden @hole <bidenahole@yahoo.com> wrote:

HOPE YOU ALL DIE SOON
BUNCH OF ASSHOLES

SMARTMATIC-LINDELL04291654