# Exhibit 262CC

-----Original Message-----
From: lockie mcneish <lmcneish2003@yahoo.com>
Sent: Tuesday, February 23, 2021 4:52 PM
To: USA <usa@smartmatic.com>
Subject: Voting

You cheated !


Sent from my iPhone

SMARTMATIC-LINDELL04291661