# Exhibit 262DD

From: jbenn1958 <jbenn1958@yahoo.com>
Date: Friday, June 4, 2021 at 3:31 AM
To: hq <hq@smartmatic.com>
Subject: GEORGE SOROS

LOOK ON THE DARK WEB!!!
APPARENTLY IT SEEMS, THAT MOST OF THE CRIMINAL ORGANIZATIONS OF AMERICA ALL JOINED TOGETHER TO SEEK BRUTAL-
REVENGE ON ALL INVOLVED IN THE ELECTION SCAM PULLED ON TRUMP!!!!! THEY ARE ALLEGING THAT EVERY FILTHY FAMILY, RELATED TO YOUR COMPANY,
GRINDERS AND FED TO THE POOR ALLEGEDLY ...
WE ONLY REPORT THIS WONDERFUL NEWS FROM SOURCES...... THEY ARE ALLEGING, 20 MILLION SICK-
FUCKS, ARE ALLEGEDLY GONNA TAKE ALL INVOLVED, AND ALLEGEDLY LIVE STREAM WHAT THEY DO!!!!!?????
WE HEARD ALLEGATIONS POISONING WAS ALSO BEING USED BY THE RUSSIANS IN THE U.S. TOO....
WE ONLY REPORT THIS WONDERFUL NEWS....
BUT... THERES NO HARM IN PAYING THESE SICKOS IF THEY LIVE STREAM ALL THE FAMILY-FUN-TIME!!!!

ISNT IT TRUE AMERICANS LOVE BLOOD-THIRSTY REVENGE???..

THOSE WHO FUCK WITH AMERICA..... JUST GOT THE WORST NEWS.....
ALL OF LAW ENFORCEMENT IS ALLEGEDLY TAKING A STEP BACK..... THEY WANT THE GUILTYS FAMILIES TO FRY!!!!!
THE TRUMP ARMY ALLEGEDLY HAS RATS IN YOUR FILTHY ORGANIZATION!!!!
AMERICANS ARE ALLEGEDLY GONNA SIT BACK AND WATCH THE SICK-FUCKS IN ACTION, ALLEGEDLY....
WE MAKE NO THREATS OF VIOLENCE AT ALL!!!!!! WE ONLY REPORT THIS WONDERFUL NEWS AGAIN!!

P.S. WHOEVER SERVES YOU DRINKS, MEALS, SCHOOLS, KIDS,
... THEY ALLEGE THE TRAITOROUS FAGGOTS ARE GONNA LIVE A LONG AND EXCRUCIATING LIFE???

IF GUILTY.. THEY SAY RATTING WILL SAVE ??,???

FOR ENTERTAINMENT PURPOSES ONLY

SMARTMATIC-LINDELL04291835