# Exhibit 262EE

From: jbenn1958 <jbenn1958@yahoo.com>
Date: Friday, June 4, 2021 at 5:06 AM
To: Argentina <argentina@smartmatic.com>
Subject: GEORGE SOROS...

Look on the dark-web...
Reports OF ALLEGATIONS of BRUTALITY COMING FROM all corners OF the WORLD!!!
It seems YOUR FILTHY COMPANY WAS INFILTRATED WITH INFORMANTS, THAT ALLEGEDLY USED MILITARY GRADE MONITORING EQUIPMENT ON EVERYONE INVOLVED IN THE MASS FRAUD, AND THEIR FAMILIES AND FRIENDS ALLEGEDLY...

LOOK ON THE DARK-WEB...

ITS NOT GONNA BE PRETTY... ALLEGEDLY...
WE MAKE NO THREATS OF VIOLENCE AT ALL... WE JUST REPORT THE ALLEGATIONS...

P.S.S.

THEY ALREADY ALLEGEDLY ARE LIVE-STREAMING ALL THE FAMILY MEMBERS YOUNG AND OLD... ALLEGEDLY...


Sent from my Verizon, Samsung Galaxy smartphone

SMARTMATIC-LINDELL04291837