# Exhibit 262FF

From: jbenn1958 <jbenn1958@yahoo.com>
Date: June 20, 2021 at 6:37:16 PM EDT
To: USA <usa@smartmatic.com>
Subject: RE: ELECTION FRAUD

HEY FAGGOTS/MAGGOTS ISNT IT TRUE, PLANNED COORDINATED VISITS WERE ANNOUNCED LAST NIGHT ON THE DARK-WEB ALLEGEDLY ABOUT THE FAMILY MEMBERS OF THE EMPLOYEES???
THEY REPORT TO BE USING ROBOTS?????
G F Y MOMMY


Sent from my Verizon, Samsung Galaxy smartphone

SMARTMATIC-LINDELL04291839