# Exhibit 262GG

**From:** IOAN DIRINA <sdluser@yahoo.com>
**Date:** Monday, June 21, 2021 at 8:34 AM
**To:** Powerofthepatriot Newsletter <info@powerofthepatriot.com>, Legalinsurrection Newsletter <info@legalinsurrection.com>, Loveguns Newsletter <info@loveguns.club>, Dixie Heritage Newsletter <director@dixieheritage.net>, Dutytoamericannews Newsletter <info@dutytoamericannews.com>, AS/COA Policy Newsletter <ascoa-online@as-coa.org>, Info <info@smartmatic.com>, Quincyinst Newsletters <info@quincyinst.org>, "team@newsletter.investinglate.com" <team@newsletter.investinglate.com>, The American Rebirth <contact@newsletter.theamericanrebirth.net>, "newsletter@marketsummarynews.com" <newsletter@marketsummarynews.com>, Tudor Dixon <tudor@ourredwhiteblueusa.com>
**Subject:** THE END OF WHITE AMERICA@ter


Our country is being invaded,and this time the enemy is already inside ttehe gate !


Please visit my site at WWW.DIRINAIOAN.COM for details.

SMARTMATIC-LINDELL04291840