# Exhibit 262JJ

**From:** Jay Cohn <jjc_aia2@hotmail.com>
**Sent:** Saturday, February 13, 2021 6:56 PM
**To:** USA <usa@smartmatic.com>
**Subject:** Fraud

I have seen the Facts – your company is a FRAUD – Your company as set the stage that there will never be a fair election in USA again –

Sent from Mail for Windows 10

SMARTMATIC-LINDELL04291639