# Exhibit 262KK

**From:** Robert Emerson <rbtemerson1@centurytel.net>
**Sent:** Sunday, June 6, 2021 2:46 PM
**To:** USA <usa@smartmatic.com>
**Subject:** continuing lies

Sent from Mail for Windows 10

Jimmy Swaggart ministries on a panel discussion show called Francis and Friends jsm.org and Jim Bakker ministries jimbakkershow.com are both perpetuating the massive voting machine fraud lies. Jimmy Swaggart ministries has reiterated this lie most recently (May 2021)

Thank You

SMARTMATIC-LINDELL04291842