# Exhibit 262LL

CASE 0:22-cv-00098-JMB-JFD   Doc. 457-163   Filed 12/13/24   Page 1 of 2

| | |
|---|---|
| **From**: | scott eubanks [scotteubanks1980@gmail.com] |
| **Sent**: | 1/19/2022 11:15:52 AM |
| **To**: | hq@smartmatic.com |
| **Subject**: | Cheater.pdf |

```
From:
To:
scott eubanks
hq
Subject:
Date:
Cheater
Wednesday, January 19, 2022 6:15:52 AM
You cheaters god will serve you all you deserve
```

SMARTMATIC-LINDELL04495471