# Exhibit 262MM

Hey Jimmy -                                              1-20-2022

**You and your company, SmartASSmatic are SO crooked! You are a horrible, corrupt, lefty, liberal, lying company. You are so crooked and scared of the truth that you chose to sue Mike Lindell and MyPillow. It's laughable! He'll win and win BIG! You don't have a chance. Mike has all the facts and evidence of voter fraud in each state! And YOU, Jimbo, know it!**

**You are an EVIL company.**

**Why do you have crooked voting machines?
Why do you want communism under ByDunce Biden and his handlers?
What would be in it for you to have a communistic world?**

**You are devils.
You are as bad as ByDunce Biden and his commie handlers and the Deep State swamp creatures!**

**You'll all have to answer to God one day. It won't be good news at all. You're EVIL!**

**SHAME ON YOU ALL!**

Let's Go Brandon!

Go Mike Lindell!



*J. Belonger
AMERICA!*