# Exhibit 262NN

**Hey Pete, you Anti-American commie!**         1-20-2022

So you're on the board of that crooked, commie company SmartASSmatic?! You're all SO crooked! SmartASSmatic is a horrible, corrupt, lefty, liberal, lying company.
You are all so corrupt and scared of the truth that SmartAss chose to sue Mike Lindell and MyPillow. It's laughable! He'll win and win BIG! You don't have a chance. Mike has all the facts and evidence of voter fraud in each state! And YOU, **Petey**, know it!

What an EVIL company!

Why do you have crooked voting machines? Why do you want communism under ByDunce Biden and his handlers? What would be in it for you to have a communistic world?

You are devils.
You are as bad as ByDunce Biden and his commie handlers and the Deep State swamp creatures! You're one of them!

You'll all have to answer to God one day. It won't be good news at all. You're EVIL!!!

SHAME ON YOU ALL!

Let's Go Brandon!

Go Mike Lindell!

*J. Belonger*
*AMERICA!*

SMARTMATIC-LINDELL04510072