# Exhibit 262PP

**From:** John Gardone [paloalto42057@yahoo.com]
**Sent:** 1/19/2022 7:18:34 PM
**To:** usa@smartmatic.com
**Subject:** Mail.pdf

```
From:
To:
John Gardone
USA
Date:
Wednesday, January 19, 2022 2:18:34 PM
Your all going to prison
```

SMARTMATIC-LINDELL04495476