# Exhibit 262QQ

**From:** Alex Fuller [fullerelectricsac@gmail.com]
**Sent:** 1/19/2022 1:39:33 PM
**To:** hq@smartmatic.com
**Subject:** Trash company.pdf

```
From:
To:
Alex Fuller
hq
Subject:
Date:
Trash company
Wednesday, January 19, 2022 8:39:33 AM
Your going to fall apart. Decline is coming for cheating trash. Unamerican euro trash
```

SMARTMATIC-LINDELL04495473