# Exhibit 262RR

**From**: Julie A Belonger [jabelonger@aol.com]
**Sent**: 1/20/2022 6:10:44 PM
**To**: hq@smartmatic.com
**Subject**: You are EVIL!.pdf

From:
To:
Julie A Belonger
hq; USA
Subject:
Date:
You are EVIL!
Thursday, January 20, 2022 1:10:44 PM
You're SO crooked, Smartmatic! You are a horrible, corrupt, lefty, liberal, lying company. You are so horrible to sue Mike Lindell and MyPillow. You are an EVIL company. Why do you have crooked voting machines? Why do you want communism under ByDunce Biden and his handlers? What would be in it for you to have a communistic world?

SMARTMATIC-LINDELL04495477

You're devils.
You SUCK as much as
ByDunce Biden and his
commie handlers!
You'll all have to answer to
God one day. It won't be
good news.
SHAME ON YOU ALL!
Let's Go Brandon!
Go Mike Lindell!
Julie Belonger

SMARTMATIC-LINDELL04495478

13336 Arbor RDG  
Madison AL 35756  
256-444-0945  
jabelonger@aol.com or jbelonger@protonmail.com

SMARTMATIC-LINDELL04495479