# Exhibit 264

## Filed Under Seal