# Exhibit 265

**Filed Under Seal**