# Exhibit 266

## Filed Under Seal