# Exhibit 267

**Platform:** Native Messages    **Timezone:** UTC+0000



Washinton Post
+1 (305) 798-6033



mlicloud@mypillow.com

---

2021/02/09

mlicloud@mypillow.com

My answer is …. I have all the evidence of the machine election fraud in the movie "absolute proof"
Watch the movie and then I will give you all the answers you want for your fake stories
03:17:30 pm



Washinton Post

If you could call back to answer the questions about my story, I'd appreciate it
03:19:35 pm



mlicloud@mypillow.com

Have you watched my documentary absolute proof?
03:22:12 pm

You all mocked me and wanted the proof … have you watched it ?
03:22:36 pm

If you haven't then you can put in your story "Mike Lindell will not give me any answers until I watch his Absolute Proof documentary"

I give you all direct access to me and you ask for proof for 3 weeks and now you don't report it???!!!
03:25:17 pm

Washinton Post

I watched it. I'm not writing about it. Not all reporters in the country are covering the election. Can you call me back please?
03:26:03 pm

DEF082635.000001

mlicloud@mypillow.com

You just lied to me and did not watch it!
Watch it and call me back
03:28:06 pm

My focus is 100% on the election machine fraud!
That is my answer to everyone of your questions....
I do not have time for other stories unless the reporter makes time for mine ...
03:30:07 pm

Washinton Post

Are you talking about the part with Melissa Carone? She claimed ballots were repeatedly counted. My job isn't to write articles sources tell me to write. I'm writing the article I am working on. If you want to comment on the story, please call back. If you don't, I'll write what you said in our call.
03:35:50 pm



mlicloud@mypillow.com

I am talking about the forensic footprints I have from the election that show machines changing millions of votes from trump to Biden!
Watch the last 1/2 hour
03:39:10 pm

My answer is .... I am not wasting my time on any reporters covering anything else but "machine election fraud"
End quote !
03:50:04 pm

Washinton Post

Got it
03:50:46 pm



mlicloud@mypillow.com

Every reporter called me for 3 weeks and mocked me that I had no 100% proof and now no one calls to report it ... terrible reporters out there that suppress the news
03:54:38 pm

DEF082635.000002

Washinton Post

 I'm not suppressing anything. I called you about an unrelated story and you refused to talk to me about it because you only want to talk about election fraud. I'm writing that.
03:57:57 pm

mlicloud@mypillow.com

I said "machine election fraud"
Don't change my words
03:59:52 pm

Dominion and smartmatic
04:00:04 pm

Please print what I said
04:00:47 pm


Washinton Post

WP Will do
04:00:58 pm

✓ Unread

mlicloud@mypillow.com

Thank you
04:01:05 pm

✓ Sent