THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>    Defendants. | Case No. 22-cv-00098-WMW-JFD |

_____

**DECLARATION OF CHRISTOPHER I. KACHOUROFF
IN OPPOSITION TO PLAINTIFFS' MOTIONS TO EXCLUDE THE
TESTIMONIES AND REPORTS OF ROBERT BOWES, BENJAMIN
COTTON, AND PETER KENT**

_____

I, Christopher I. Kachouroff, hereby declare the following:

1. My name is Christopher I. Kachouroff, and I am an attorney admitted in this case *pro hac vice* representing the Defendants Michael Lindell and My Pillow, Inc. in the above-captioned action.

2. Attached as Defendants' Exhibit A is a true and accurate Declaration of expert witness for Defendants, Robert Bowes.

3. Attached as Defendants' Exhibit B is a true and accurate copy of Smartmatic's lawsuit against Fox News.

4. Attached as Defendants Exhibit C is a true and accurate copy of a letter from Obama's former lawyer regarding Smartmatic from June 2010.

5. Attached as Defendants' Exhibit D is a true and accurate copy of a report on Smartmatic and Sequioa from 2008.

6. Attached as Defendants' Exhibit E is a true and accurate copy of Plaintiffs' 6th Supplemental Response to Defendants' Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2024.

*/s/ Christopher I. Kachouroff*
Christopher I. Kachouroff* (Bar No. 44216)
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

*Admitted Pro Hac Vice