# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

___

SMARTMATIC USA CORP.,
SMARTMATIC
INTERNATIONAL HOLDING B.V. and
SGO CORPORATION LIMITED,

   Plaintiffs,

v.

MICHAEL J. LINDELL and MY PILLOW, INC.,

   Defendants.

Case No. 22-cv-00098-WMW-JFD

___

## [PROPOSED] ORDER
___

This Court, having considered Plaintiffs' Motion to Exclude the Opinion and Testimony of Peter Kent, and based on the briefing and oral argument by the parties, hereby ORDERS that Plaintiffs' Motion to Exclude the Opinion and Testimony of Peter Kent is DENIED.

**SO ORDERED.**

Signed on this ___ day of _____, 2024.


                _____
                HONORABLE JEFFREY M. BRYAN
                United States District Court Judge