# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

SMARTMATIC USA CORP.,
SMARTMATIC
INTERNATIONAL HOLDING B.V. and
SGO CORPORATION LIMITED,

        Plaintiffs,

v.

MICHAEL J. LINDELL and MY PILLOW, INC.,

        Defendants.

Case No. 22-cv-00098-WMW-JFD

_____

## [PROPOSED] ORDER
_____

This Court, having considered Plaintiffs' Motion to Exclude the Opinion and Testimony of Benjamin Cotton, and based on the briefing and oral argument by the parties, hereby ORDERS that Plaintiff's Motion to Exclude the Opinion and Testimony of Benjamin Cotton is DENIED.

**SO ORDERED.**

Signed on this ___ day of _____, 2024.


                                _____
                                HONORABLE JEFFREY M. BRYAN
                                United States District Court Judge