IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br>v.<br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

**STATEMENT INSTEAD OF REDACTION**

The following exhibits to the Declaration of Timothy M. Frey (ECF No. 457) submitted in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment have been filed under seal in accordance with Local Rule 5.6(d) as follows:

| ECF No. | Exhibit No. | Document Description | Reason for Filing Under Seal |
|---|---|---|---|
| 457-42 | 171 | October 11, 2023 Deposition Transcript of Dennis Montgomery | Transcript designated "Confidential" |
| 457-48 | 177 | August 2, 2023 Deposition Transcript of Ret. Gen. Michael Flynn | Transcript designated "Confidential" |
| 457-51 | 180 | August 9, 2024 Deposition Transcript of Douglas Bania | Transcript designated "Confidential" |
| 457-124 | 253 | Declaration of Dr. John Berger | Declaration incorporating expert report designated "Confidential" |

1

| 457-125 | 254 | Declaration of Dr. Kevin Keller | Declaration incorporating expert report designated "Highly Confidential – Attorneys' Eyes Only" |
| 457-126 | 255 | Declaration of Tammy Patrick | Declaration incorporating expert report designated "Confidential" |
| 457-127 | 256 | September 28, 2023 Deposition Transcript of Antonio Mugica | Transcript designated "Confidential" |
| 457-128 | 257 | September 27, 2023 Deposition Transcript of Antonio Mugica | Transcript designated "Confidential" |
| 457-170 | 264 | August 12, 2024 Deposition of Dr. Christopher James | Extensive discussion of expert report designated "Highly Confidential – Attorneys' Eyes Only" |
| 457-171 | 265 | Expert Rebuttal Report of Christopher James | Report is designated "Highly Confidential – Attorneys' Eyes Only" |
| 457-172 | 266 | September 13, 2023 Deposition Transcript of Roger Piñate | Transcript designated "Confidential" |

Dated: December 13, 2024					Respectfully submitted,

/s/ *J. Erik Connolly*
J. Erik Connolly (admitted *pro hac vice*)
    EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

*Attorney for the Plaintiffs*