IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

**DECLARATION OF TIMOTHY M. FREY IN SUPPORT OF SMARTMATIC'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Timothy M. Frey, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

  1.  I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

  2.  I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

  3.  Appendix C to Smartmatic's Motion for Partial Summary Judgment and Smartmatic's Opening Brief inadvertently referred to Statement 17 as occurring on a taping

of the *War Room* podcast on February 6, 2021, and attached a transcript from February 6 (Ex.33). This statement occurred at the February 5, 2021 *War Room* episode.

4. Attached as Exhibit 268 is a true and correct copy of a certified transcript of a February 6, 2021 episode of the *War Room* podcast.

5. Attached as Exhibit 269 is a true and correct copy of an audio recording of the February 6, 2021 episode of the *War Room* podcast. Exhibit 269 is an audio file matching the transcript in Exhibit 268.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Timothy M. Frey

Executed on December 27, 2024