# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>     Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>     Defendants. | Case No. 22-cv-0098-JMB-JFD |

## **CERTIFICATE OF SERVICE FOR CONVENTIONALLY FILED EXHIBIT**

  I hereby certify that on December 27, 2024, I caused Exhibit 269 to the Declaration of Timothy M. Frey In Support of Smartmatic's Reply In Support of Its Motion for Partial Summary Judgement (ECF No. 473) to be conventionally filed with the Clerk of Court via hand delivery. I further certify that I caused a copy of Exhibit 269 to be served on counsel of record via FedEx Priority Overnight mail and via electronic mail at chris@mck-lawyers.com; rcynkar@mck-lawyers.com; jpilon@mypillow.com; and doug@mypillow.com pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Dated: December 27, 2024      Respectfully submitted,

              /s/ *Julie M. Loftus*
              Julie M. Loftus (admitted *pro hac vice*)
               JLoftus@beneschlaw.com
              Illinois ARDC No. 6332174
              **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
              71 South Wacker Drive, Suite 1600

Chicago, IL 60606
Telephone: (312) 212-4949

*Attorney for the Plaintiffs*