IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>              Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>              Defendants. | Case No. 22-cv-0098-JMB-JFD |

## **LOCAL RULE 7.1(f) AND 7.1(h) CERTIFICATE OF COMPLIANCE**

I, Timothy M. Frey, certify that the Reply in Support of Plaintiffs' Motion to Exclude the Opinion and Testimony of Benjamin Cotton was prepared in Microsoft Word using a 13-point font (Times New Roman). Applying the Microsoft Word word-count function, Plaintiffs' Memorandum contains 3,381 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h).

Dated: December 27, 2024         Respectfully submitted,

                                                /s/ *Timothy M. Frey*
                                                Timothy M. Frey (admitted *pro hac vice*)
                                                   TFrey@beneschlaw.com
                                                Illinois ARDC No. 6303335
                                                **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
                                                71 South Wacker Drive, Suite 1600
                                                Chicago, IL 60606
                                                Telephone: (312) 212-4949
                                                *Attorney for the Plaintiffs*