IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>　　　　　　Defendants. | Case No. 22-cv-0098-JMB-JFD |

**LOCAL RULE 7.1(f) AND 7.1(h) CERTIFICATE OF COMPLIANCE**

　　I, Timothy M. Frey, certify that the Reply in Support of Plaintiffs' Motion to Strike the July 9, 2024 Rebuttal Report of Robert Bowes and Otherwise Exclude His Testimony was prepared in Microsoft Word using a 13-point font (Times New Roman). Applying the Microsoft Word word-count function, Plaintiffs' Memorandum contains 4,072 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h).

Dated: December 27, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Timothy M. Frey*
　　　　　　　　　　　　　　　　　　　Timothy M. Frey (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　TFrey@beneschlaw.com
　　　　　　　　　　　　　　　　　　　Illinois ARDC No. 6303335
　　　　　　　　　　　　　　　　　　　**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
　　　　　　　　　　　　　　　　　　　71 South Wacker Drive, Suite 1600
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Telephone: (312) 212-4949
　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*