THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP.,
SMARTMATIC
INTERNATIONAL HOLDING B.V. and
SGO CORPORATION LIMITED,

       Plaintiffs,

v.

MICHAEL J. LINDELL and MY PILLOW,
INC.,

       Defendants.

Case No. 22-cv-00098-WMW-JFD

_____

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE
_____

I, Christopher I Kachouroff, certify to the following:

1. Defendants' Reply Brief in Support of Defendants' Motion to Exclude the Report and Testimony of Tammy Patrick contains 1,216 words, including all text, headings, footnotes, and quotations in compliance with Local Rule 7.1(f) and 7.1(h) and this Court's orders.

2. This word count was obtained by a function in Microsoft Word Office 365.

Signed and Dated: December 27, 2024.

                                                 **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

                                                 By _/s/ Christopher I. Kachouroff_
                                                 Christopher I. Kachouroff* (Bar No. 44216)
                                                 13649 Office Place, Suite 101
                                                 Woodbridge, Virginia 22192
                                                 Telephone: (703) 621-3300
                                                 chris@mck-lawyers.com

Douglas G. Wardlow (MN Bar #339544)
Jeremiah D. Pilon (MN Bar #392825)
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com
jpilon@mypillow.com

ATTORNEY FOR MY PILLOW, INC. AND MICHAEL LINDELL

*Admitted *Pro Hac Vice*