# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>            Plaintiffs,<br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>            Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Smartmatic's Rule 37(c)(1) Motion to Exclude the Declarations of Benjamin Cotton, it is hereby ORDERED that the motion is GRANTED.

**SO ORDERED** this ___ day of _____, 2025.

_____
The Honorable Jeffery M. Bryan

1