# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>      Defendants. | Case No. 22-cv-0098-JMB-JFD |

## [PROPOSED] ORDER

Having considered Plaintiff's Motion (ECF No. 495) it is hereby ORDERED that the motion is GRANTED.

**SO ORDERED** this ___ day of _____, 2025.

                _____
                JEFFREY M. BRYAN
                United States Magistrate Judge

25428377 v1