IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-cv-00098-JMB-JFD |
| Plaintiffs, | ) |
| v. | )<br>) |
| MICHAEL J. LINDELL and MY PILLOW, INC., | ) |
| Defendants. | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE Christopher K. Larus and William E. Manske, counsel for Plaintiffs SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, and formerly with the law firm ROBINS KAPLAN LLP, have changed law firms. Effective immediately, Mr. Larus and Mr. Manske should be served at THOMPSON HINE LLP, as indicated below:

THOMPSON HINE LLP
800 Nicollet Ave., Suite 2925
Minneapolis, MN 55402
Christopher.Larus@ThompsonHine.com
William.Manske@ThompsonHine.com

OF COUNSEL:

Christopher K. Larus
William E. Manske
THOMPSON HINE LLP

/s/ *Julie M. Loftus*
J. Erik Connolly
Nicole E. Wrigley
Timothy M. Frey
Julie M. Loftus

| | |
|---|---|
| 800 Nicollet Ave., Suite 2925<br>Minneapolis, MN 55402<br>Christopher.Larus@ThompsonHine.com<br>William.Manske@ThompsonHine.com | BENESCH FRIEDLANDER COPLAN &<br>ARONOFF, LLP<br>71 South Wacker Drive, Suite 1600<br>EConnolly@Beneschlaw.com<br>NWrigley@Beneschlaw.com<br>TFrey@Beneschlaw.com<br>JLoftus@Beneschlaw.com |

Dated: March 11, 2025