## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V. and SGO CORPORATION LIMITED, | ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 22-cv-00098-JMB-JFD |
| v. | ) ) ) | |
| MICHAEL J. LINDELL and MY PILLOW, INC., | ) ) ) | |
| Defendants. | | |

_____

### NOTICE OF WITHDRAWAL

TO:    The Clerk of the Above-Named Court and to All Parties and Counsel of Record

**PLEASE TAKE NOTICE** that attorney Douglas G. Wardlow hereby withdraws as counsel of record herein for Defendants Michael J. Lindell and My Pillow, Inc., pursuant to Local Rule 83.7.  All other counsel of record for Defendants Michael J. Lindell and My Pillow, Inc. remain.

Dated:   May 2, 2025

Respectfully submitted,

 _/s/ Douglas G. Wardlow_____
Douglas G. Wardlow (Bar No. 0339544)
1550 Audubon Road
Chaska, MN 55318
Telephone: (952) 826-8658
doug@mypillow.com

*Attorney for Defendants Michael J.
Lindell and My Pillow, Inc.*