# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# WRIT OF EXECUTION

| Case Number: | 22-cv-00098-JMB-JFD |
|---|---|

**TO THE MARSHAL, SHERIFF OR OTHER DESIGNATED PERSON:**

COUNTY, STATE OF MINNESOTA

YOU ARE HEREBY COMMANDED, that of the goods, chattels, lands and tenements in your district

belonging to    Michael J. Lindell and My Pillow, Inc.

you cause to be made and levied as well a certain debt of    $85,785.00

AMOUNT OF JUDGMENT:    $85,785.00

in the United States District Court for the District of Minnesota, before the Judge of said Court by the consideration of the same Judge lately recovered against the said    Michael J. Lindell and My Pillow, Inc.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE: | U.S. District Court | DISTRICT: | Minnesota |
|---|---|---|---|
| CITY: | St. Paul | DATE: | 9/2/2025 |

Witness the Honorable: Jeffrey M. Bryan

| DATE: | CLERK OF COURT: | KATE M. FOGARTY |
|---|---|---|
| 9/2/2025 | (By) DEPUTY CLERK: | *Amy Halverson* |

## RETURN

| DATE RECEIVED: | DATE OF EXECUTION OF WRIT: |
|---|---|

**This writ was received and executed.**

| US Marshal or Sheriff | (by) Deputy Marshal or Deputy Sheriff |
|---|---|
| or Other Official | title: |