## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

SMARTMATIC USA CORP., SMARTMATIC
INTERNATIONAL HOLDING B.V. and SGO
CORPORATION LIMITED,

                            Plaintiffs,

                v.

MICHAEL J. LINDELL and MY PILLOW,
INC.,

                         Defendants.

Case No. 22-cv-00098- WMW-JFD

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANTS

Pursuant to Local Rule 83.7(a), Christopher Kachouroff, Robert J. Cynkar, and the law firm of McSweeney, Cynkar & Kachouroff, PLLC (collectively "MCK") and Jennifer DeMaster of DeMaster Law LLC, hereby respectfully submit this Notice of Withdrawal as Counsel of Record for Defendants in the above-captioned matter.

The reasons for this Motion are that Defendants have secured the representation of Barbara Berens, Esq., who is an active member in good standing of the bar of this Court and will still be the party's counsel of record after the attorneys seeking to withdrawal do so.

Defendants have specifically requested that MCK and DeMaster withdraw and have been notified of this notice. There is minimal prejudice to any of the parties as a trial date has not been scheduled.

DATED: November 11, 2025

Respectfully submitted,

**MCSWEENY, CYNKAR & KACHOUROFF, P LLC**

By */s/ Christopher I. Kachouroff*
   Christopher I. Kachouroff (VSB# 44216)
   Robert J. Cynkar (VSB# 23349)
   13649 Office Place, Suite 101
   Woodbridge, Virginia 22192
   703.365.9900
   chris@mck-lawyers.com
   rcynkar@mck-lawyers.com

**DEMASTER LAW, LLC**

By */s/ Jennifer T. DeMaster*
   Jennifer T. DeMaster (WI Bar No. 1124201)
   361 Falls Road, #610
   Grafton, Wisconsin 53024
   414.235.7488
   jennifer@demasterlaw.com