## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                              Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                         Defendants. | Case No. 22-cv-0098-JMB-JFD |

### [PROPOSED] ORDER ON PERMANENT INJUNCTION

On September 26, 2025, this Court granted Plaintiffs' Smartmatic USA Corporation, Smartmatic International Holding B.V., and SGO Corporation, Limited (collectively, "Smartmatic") Motion for Partial Summary Judgment in full. (ECF No. 522.) In so doing, this Court granted summary judgment on the first two elements of Smartmatic's Minnesota Deceptive Trade Practices claim, determined that Smartmatic was entitled to injunctive relief, and invited Smartmatic to submit a proposed order requesting permanent injunctive relief. (*Id.* at 57–59, 63.)

Upon consideration of this Court's order that Smartmatic "shall file a proposed order requesting permanent injunctive relief," (ECF No. 522 at 63) and Smartmatic's Brief in Support of Proposed Order for Permanent Injunctive Relief (ECF No. 524), it is hereby:

**ORDERED** that final judgment is entered in favor of Smartmatic regarding the first two elements of its MDTPA claim; it is further

**ORDERED** that Defendants Michael J. Lindell and MyPillow, Inc. are **PERMANENTLY ENJOINED** from publishing, causing others to publish, and/or assisting in others' publication of: (a) any statements that state or imply that Smartmatic participated in altering the outcome of the 2020 presidential election or manipulating ballots that altered the outcome of the 2020 election, (b) any statements that state or imply that Smartmatic's BMDs were connected to the internet during the 2020 presidential election and, therefore, susceptible to hacking, or (c) any statements that state or imply that Smartmatic designed its machines to manipulate ballots and change election results, or (d) any of the Actionable Statements adjudged false and defamatory in the Courts' September 26, 2025 Order and Opinion (ECF No. 522). For purposes of this Permanent Injunction, those "Actionable Statements" shall be defined to mean the statements set forth in **Appendix A**, *infra*, which are taken from the Court's Order and Opinion dated September 26, 2025 (ECF No. 522).

**SO ORDERED** this ____ day of _____, 2025.

_____
The Honorable Jeffrey M. Bryan
United States District Judge

**APPENDIX A**

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| 1 | 395-35 at 16:15–17:8 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | GUEST 1: So a critical capability for any of this to happen are the inherent vulnerabilities that were built into ES&S [brand machines] and Dominion software, which . . . we've proven through . . . our work that this is all related directly back to . . . SGO Smartmatic software core. And [Smartmatic] definitely had financial gains to [make] . . . based on some of the other investments that they've made. Especially . . . looking down the road, if [the board of Smartmatic] make billions and billions of dollars . . . because they own . . . an air purification company. So just think about it, if you get to pick an administration that is favorable to your company, say if [the administration] pas[sed] the Green New Deal, and you're going to make billions and billions of dollars off of government-mandated air purification systems and public buildings and apartment buildings and industrial complexes, you know, you would spend quite a bit of money on the frontside to make sure the election was done. |
| 2 | 395-35 at 20:1–11 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: Texas . . . denied these Dominion [machines] . . . so they must have looked at them and said there's something there we don't like, but then they . . . were okay with [Smartmatic and these other machines] . . . ? What would be your opinion of why . . . they would deny one machine . . . because they're afraid of election fraud, and . . . accept[] [another]? |

1

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | GUEST 2: I think that it sometimes has more to do with politics and influence, who gets through and who doesn't . . . for the machines. |
| 3 | 395-35 at 21:12–18 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: Okay, I want to ask you . . . when you say horrify, can you explain to everybody watching this right now . . . what horrified you, was [it] the fact [the machines] could go online?<br><br>GUEST 2: Well, there's no effective security at all for your votes. Your votes are stored overseas . . . . |
| 4 | 395-35 at 28:7–14 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: [S]o both of [the issues we've talked about] involved the machines, everybody. One [issue] we've talked about in this show is here [in the U.S.]. But then the cyber [issue that] you just heard [about] from Russell . . . is all [an] attack by . . . other countries that hacked in which we're going to show you that proof now[.] . . . Russell doesn't even know that we have [proof] that's going to show who did it, the time they did it, the computer they did it off it, everything. |
| 5 | 395-35 at 28:20–29:8 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: Doesn't matter. Right. Somebody else picks our [elected officials] for [us] so why vote, right? I mean, that's the way . . . it would have been [if we had not found out that the machines go online] . . . . [A]nd . . . [as] you said earlier, it's not just Dominion, it's . . . all the machines that were used in this election. . . . [I]s that what you would say?<br><br>GUEST 2: Yes, that's absolutely a fair statement. And look, |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | let me, let me tell you a little bit about that. You know, for these people that say [the machines are] not online, we have videos of workers with pollbooks, who are swiping left on their pollbook and bringing up Netflix and getting a movie and watching it on their pollbook. How does that happen if [the machines are] not connected to the internet? |
| 6 | 395-35 at 29:18–23 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: I know [the machines] were all online, but . . . is it illegal for them to be online?<br><br>GUEST 2: Well, it depends, [in] some places yes, [in] some places no. I mean, the assurance is that you can trust the voting system because they're not online, but they are most clearly online. |
| 7 | 395-35 at 36:8–12, 39:24–40:16, 41:22–42:16, 46:5–8 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: Well, I just met [Guest 3] four weeks ago, and . . . he knows all about these machines . . . and we're going to hear some of the stuff that . . . absolutely validates this election fraud with these machines. . . .<br><br>GUEST 3: I found out that these electronic voting machines, remember, there's two ways you can vote. One is you vote, you give a paper ballot, and the paper ballot is counted by human beings, two people, that's what occurred in Franklin County. But in those other counties, they take that paper ballot when you vote electronically—<br><br>LINDELL: Into a machine. |

3

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | GUEST 3: It goes into a machine. And what happens in that machine? The paper ballot is converted to an image called a ballot image, no different than you taking . . . a picture with your iPhone. Now so what is actually counted? The paper ballot gets put aside, the machine, the electronic "AI" on the machine, actually tries to figure out where the circles are. And the machine is counting the ballot image. So . . . at that point I realized, oh my god, the ballot image is the ballot, the images are the ballot. . . .<br><br>GUEST 3: The other piece of the puzzle was, I found out that the voting machines, as early as 2002, have a feature in the[m] called a weighted race feature, where it's embedded into the system where you can multiply candidates votes by a percentage. All right, so what that means is you get 1,000 votes, I get 1,000 votes, I can multiply your votes by two, my votes by point five. And if . . . anyone doesn't believe this, go look up the deebot [sic] voting manual, go to page two dash 126 in the 2002 version [of the manual], and you'll see it in there.<br><br>LINDELL: [W]ere you able to prove that . . . your election was stole[n] by the machines? Did you mathematically . . . prove, did you prove 100% that this could only be recreated by a machine . . . , 60/40, that's it?<br><br>GUEST 3: So what we proved, Mike, was, first of all, we |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | showed that the state had deleted the ballot images, which means that if they had the ballot image, they could have found the algorithm. . . .<br><br>LINDELL: This was a historical election fraud. This was coming from . . . these machines, of biblical proportions, of historical proportions. And now . . . it's all going to get exposed. |
| 8 | 395-35 at 49:20–50:24 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | GUEST 4: [T]hey've already admitted to the fact that that [the] control center had computers that were connected to the internet. And we saw the actual cable routed from the wall . . . of the TCF center to the control center. And we have election officials that admitted that there were computers, in the control center that were connected to the Internet, and anybody . . . worth their salt in IT land understands that if one computer is connected to the internet, they're all connected to the internet. You may say that it's air-gapped, you may say you have a firewall. There are people that eat firewalls for breakfast.<br><br>LINDELL: So what you're saying . . . [is that] if it's connected to the internet, somebody out there could have hacked in and . . . flip[ed] . . . the votes.<br><br>GUEST 4: Yep. When . . . you've got the same devices that are supposed to be capturing that vote tally, connected to the internet, or frankly, even connected to a large local area |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | network, and you can't witness that handoff of vote tallies, you don't have that seal. So you may be thinking you're passing that information from point A to point B. But there's nothing to prevent it from going to point C and the internet, it's called a man in the middle attack.<br><br>LINDELL: Right. So . . . if [the machine is] . . . online . . . anybody could get in there and do that because they're intercepting that . . . . That's why . . . machines aren't supposed to be online in election[s], right?<br><br>GUEST 4: Yes, it's called man in the middle. |
| 9 | 395-35 at 57:15–58:8 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: Right [the votes] were just flipped. In order for [the votes] to be off, you [make] the conclusion [that] I would right now, 100%, how could [the votes] be off? [There] would be something wrong with what?<br><br>GUEST 5: The machines.<br><br>LINDELL: The machines, the machines. And what we're showing here right now, what you're going to see, all [that] we've been talking about, this massive machine election fraud that went on, where countries hacked into our election. And nationwide, this is one little county in northern Michigan, and these machines would do it right down to the precinct. Okay, what you're gonna see, this is the example we have . . . that was hand counted. And . . . the rest of the country . . . didn't |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | get to do that, they didn't have the luxury of being able to do that . . . . And so what I want to tell you all is this is the perfect example . . . [of] what went on with these machine[s]. |
| 10 | 395-35 at 59:8–14 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: And [in Kearney Township, Michigan] 7,060 [votes] were flipped from Trump to Biden, is that correct?<br><br>GUEST 5: And what's more even, it's even more—<br><br>LINDELL: By machines right? It had to be done by the machines.<br><br>GUEST 5: Absolutely by machines. |
| 11 | 395-35 at 70:23–71:7 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: So everybody knows what you're going to see, when you see this spike [of votes for Biden], you're going to see a forensic footprint, how that happened[,] and who did it. China? Yes. If you're on the internet, the bottom line is you can . . . cheat, you can do all kinds of things. . . . [O]therwise[,] you can't explain any of these numbers. Right?<br><br>GUEST 5: That's correct. The machine results don't match up with the hand-tabulation. |
| 12 | 395-35 at 71:9–12 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of* | LINDELL: [T]he purpose of this whole show, obviously, is to show everyone in the world that these machines that this was the biggest fraud and the biggest crime I believe against humanity. It was a crime against humanity. |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | *America by Enemies Foreign and Domestic* | |
| 13 | 395-35 at 72:3–6 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | LINDELL: Could you guys all hear [that Michigan's Attorney General is calling for attorneys who file lawsuits in Michigan challenging the election results to be disbarred]? This is what we're up against, this Dominion, these machines [are] the biggest fraud in [the] election. They stole [the election]. But now the truth is all going to be revealed. |
| 14 | 395-35 at 81:10–22 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* | GUEST 6: Now, red has been the most severe attacks [on our election system], those lines are all coming out of China. . . . Now, . . . the same exact type of information . . . was presented to . . . former FBI Director James Comey, by a whistleblower in 2015. They knew, in fact that our election machines were open for hacking, it's important to understand that there are prismatic scoring algorithms that they knew about that entered the election, and they steal the vote at the transfer points. So at the point where . . . the vote is leaving the Secretary of State's office and these machines, that is the point at which the vote is stolen at the transfer points. |
| 15 | 395-35 at 86:22–87:1 | 2/5/21 | *Absolute Proof: Exposing Election Fraud and the Theft of* | LINDELL: And we've . . . just shown everybody in the world 100% evidence that this was an attack on our country and [that our country] is still under attack by China and other countries through . . . these machines used in our election. |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | *America by Enemies Foreign and Domestic* | |
| 16 | 395-40 at 3:19–23 | 2/8/21 | *Real America with Dan Ball* | LINDELL: We have [cyber forensic footprints] from November 1 all the way through the election, and [they] show[] . . . a massive attack on our country by China and other countr[ies]. . . . . It was all done through Dominion machines and . . . Smartmatic machines. |
| 17 | 395-41 Vol. 1 at 10:1–6 | 2/11/21 | *A Screening and Conversation of Absolute Proof* | LINDELL: This was an attack on our country, these Dominion machines and Smartmatic, these machines . . . were the tools of this attack, and we will never have another fair election if we don't . . . stop that, so I will never back down. . . . |
| 18 | 395-41 Vol. 1 at 46:12–15 | 2/11/21 | *A Screening and Conversation of Absolute Proof* | LINDELL: ES[&]S, Smartmatic, and Dominion, you can interchange the names, they all are the same. The cyber phonetics [sic] we show it goes through all these machine[s], they're all the same. This is [my] whole point . . . . |
| 19 | 395-41 Vol. 2 at 10:1–5 | 2/11/21 | *A Screening and Conversation of Absolute Proof* | LINDELL: [A]s part of my due diligence, . . . I wanted to go back to where this all started. . . . [I]t all started in Venezuela with Smartmatic, not Dominion or the other [company], it was with Smartmatic. |
| 20 | 395-42 at 10:5–11 | 2/24/21 | *The Pete Santilli Show* | LINDELL: Smartmatic started machines in Venezuela, around 2001, 2002. . . . [T]hey . . . took down that country in two years. It was brought into the United States, they split with Dominion, |

9

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | ES[&]S and Smartmatic. . . . [A]ll they're built for is to steal elections. They've stolen [elections] in the United States . . . . |
| 21 | 395-42 at 16:10–23 | 2/24/21 | *The Pete Santilli Show* | LINDELL: [W]hat everybody needs to know is that [the voting machine companies are] all . . . cousins. They're all split off from Smartmatic that started in 2001, or 2002. . . . . [E]very one of them is the same, they're interchangeable. And by the way, every state in the United States . . . had votes flip. It wasn't just those swing states . . . . [I]t didn't matter what machines you had, there was this whole thing, the cyber attack, which you can watch at *Absolute Proof*. |
| 22 | 395-43 at 6:13–15 | 3/26/21 | *War Room* | LINDELL: [F]oreign countries, like China, came in and attacked our country using these machines; Dominion, Smartmatic, ESNF, all these machines. |
| 23 | 395-44 at 7:8-15 | 3/30/21 | *Eric Metaxas Radio Show* | LINDELL: [W]e got whistleblowers you're gonna see. We have people that worked on the inside . . . . I spent millions of dollars . . . investigating Dominion, Smartmatic . . . the people behind these attacks, investigators . . . and cyber people that went over. Got the IP[s], and the IDs of people in China . . . . |
| 24 | 395-45 at 21:9-14 | 4/1/21 | *Indivisible with John Stubbins* | LINDELL: Just like going back to Venezuela. They took Venezuela in two years with Smartmatic. And, and it's this is their big plan. This is a very conceived plan. And it's very organized, and very, you know, and they have all the marketing because they have all the evil media behind this. |

10

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| 25 | 395-46 at 9:2-22 | 4/3/21 | *Scientific Proof: Internationally Renowned Physicist Absolutely Proves 2020 Election Was Biggest Cyber-Crime in World History* | LINDELL: Talking about *[A]bsolute [P]roof* that documentary we did, where we have the spyware and these American heroes that were . . . whistleblowers . . . that were there and . . . worked for the government . . . , that were there and they were taking . . . these cyber footprints the night of the election, actually, from November 1st to the 5th. And we have all the IP addresses—<br><br>GUEST: I know—<br><br>LINDELL: —the IDs of the computers, we have all this of the attacks. . . .<br><br>GUEST: Yes. I was on the edge of my seat watching that [inaudible].<br><br>LINDELL: I know. You had no idea your work was done in you're going, wow, now you knew who did it right?<br><br>GUEST: Exactly. I can see. But the thing about it is, you're showing the incursions into the machines but what do [the machines] do when they're there? They have to know what to do. . . . [T]he algorithm is telling them what to do. |
| 26 | 395-46 at 14:19–15:4 | 4/3/21 | *Scientific Proof: Internationally Renowned Physicist* | LINDELL: [W]hat you're saying there, [Guest], that they've set this [algorithm] in the machine . . . beforehand . . . . to [see] who was gonna win . . . . |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | *Absolutely Proves 2020 Election Was Biggest Cyber-Crime in World History* | GUEST: Yes.<br><br>LINDELL: Okay. These are the algorithms we've been telling you about. |
| 27 | 395-46 at 26:16–27:2 | 4/3/21 | *Scientific Proof: Internationally Renowned Physicist Absolutely Proves 2020 Election Was Biggest Cyber-Crime in World History* | LINDELL: I just want everyone to know . . . why we're showing other states and not just the swing state. It was every state, it happened in your state, happened in your state, happened in your state. Texas, when they said, oh, we didn't use the Dominion machines. Doesn't matter . . . the name of the machine doesn't matter.<br><br>GUEST: No.<br><br>LINDELL: Smartmatic, ES&S, don't matter. Just in Dallas alone, there w[ere] . . . 57,000 votes flipped . . . , and I don't even know if that was before noon. |
| 28 | 395-46 at 29:1–17 | 4/3/21 | *Scientific Proof: Internationally Renowned Physicist Absolutely Proves 2020 Election Was Biggest Cyber-Crime in World History* | LINDELL: 100% it can only be done by machines. I can't stress that enough.<br><br>GUEST:                                                    Absolutely.<br><br>LINDELL: And [the machines] all rhyme with Dominion, or Smartmatic, ES&S, all of them. . . . [W]e have enough evidence that we're gonna dump for the next six weeks on the whole world and the country that by the time it gets to [the] Supreme Court . . . they're all nine going to go 9-0 yes, so our |

12

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | country's been attacked. We have been attacked by foreign actors, starting with China, and with help of domestic actors here . . . . |
| 29 | 395-46 at 57:24–58:4 | 4/3/21 | *Scientific Proof: Internationally Renowned Physicist Absolutely Proves 2020 Election Was Biggest Cyber-Crime in World History* | LINDELL: [L]et's open up the machines. Let's look at this and here's what you're gonna find, this was the biggest crime against [the] United States and the world in history. I believe it's one of the biggest ever because it affects every single person on the planet. |
| 30 | 395-47 at 30:20–24 | 4/8/21 | *USA Watchdog with Greg Hunter* | LINDELL: [Y]ou know what [Dominion] did to our country them and Smartmatic, let's not forget Smartmatic, they're like the mothership of this. . . . And for not only being involved in the biggest crime against our country, probably in history . . . . |
| 31 | 395-48 at 3:18–23 | 4/9/21 | *War Room* | LINDELL: We're going after [Dominion] in the biggest way possible, and . . . we're including Smartmatic because now we've tied the two together. They're the mothership, all of that[] [evidence is] gonna come out too . . . . They're all tied together in this corruption and . . . the attack on our country, but this is why we're doing it. |
| 32 | 395-49 at 2:10–22 | 4/22/21 | *Absolute Interference: The Sequel to Absolute* | GEN. FLYNN: Now we're into the 21st century, and we have these machines. . . . [O]ne of the things that we do know for certain, is that the machines are connected to the internet. . . . |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | *Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* | The machines are not supposed to be connected to the internet. They're supposed to be free of the internet. . . . [I]f it's connected to the internet, that means that anybody in any country [can interfere in our election process], and . . . we know China, we know Iran, we know Spain had something to do with it. We know Serbia, . . . we've had Italy come up, we've had Germany come up. |
| 33 | 395-49 at 3:10–13 | 4/22/21 | *Absolute Interference: The Sequel to Absolute Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* | LINDELL: The same thing, the same machines, the same attack, the same people, the same corruption that went on, the same crime against humanity was all, crossed all those states. |
| 34 | 395-49 at 3:19–4:10 | 4/22/21 | *Absolute Interference: The Sequel to Absolute Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* | LINDELL: 100% impossible [for human interference], [it] had to be machines.<br><br>GUEST:                                                                         Yes.<br><br>LINDELL: And the[] [machines] had to be online.<br><br>GUEST: Constantly online.<br><br>LINDELL: Constantly online, everybody. No way could you |

14

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | ever do that humanly, to make all of them exactly increase [by] the same percentage.<br><br>GUEST: When I've shown this [to] other people they've said, well, gee, how could people do that? And I say—<br><br>LINDELL: They can't, it has to be machines—<br><br>GUEST: Has to be.<br><br>LINDELL: And it rhymes with Dominion, and it rhymes with Smartmatic and ES&S, all these machines that were used out there cannot be done by humans and you have to have access before, during and after. |
| 35 | 395-49 at 6:15–18 | 4/22/21 | *Absolute Interference: The Sequel to Absolute Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* | LINDELL: I have proof, 100% proof that our country was attacked by China, by communism coming in, this foreign interference to our elections, through the machines, Dominion, Smartmatic, ES&S, all of them. |
| 36 | 395-49 at 10:24–11:13 | 4/22/21 | *Absolute Interference: The Sequel to Absolute* | GEN. FLYNN: [O]ne of the things that we do know for certain is that the machines are connected to the internet. And most people . . . in this country, when you go in to vote, you're in |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | *Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* | fact, I believe everything that we discovered, none of those machines are supposed to be connected to the internet, none of them. You're supposed to go in, take your piece of paper, put it in there, you know, you vote, and it's counted. And it's . . . a legitimate, free, fair and transparent count. And what we've learned is that because [the machines are] connected to the internet, we have all these paths, these electronic pathways, or these electronic roads that lead from that machine where that individual voted, where a US citizen voted, and it goes back in through these IP addresses. |
| 37 | 395-49 at 13:7–21 | 4/22/21 | *Absolute Interference: The Sequel to Absolute Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* | GEN. FLYNN: China is clearly, I mean everything that we've learned about the ownership of some of these machines, some of these companies to . . . how they're actually operating inside of this country. And then all . . . that we've learned about cyber warfare and information warfare over the last couple of decades, particularly as it relates to China, the theft of various databases, and everything that we represent in our digital life, pretty much the Chinese have stolen that information. Now you take it to the elections . . ., and you look at the machinery that we are using in our election process, which, you know, I don't know how we are going to go forward as a nation and continue to use these machines, knowing that what we just went through was really a false election. It was a false election. |
| 38 | 395-49 at 17:1–6 | 4/22/21 | *Absolute Interference: The Sequel to Absolute* | LINDELL: And it's gonna come out. And this is all . . . just another way . . . to cheat with these machines. |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | *Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* | GEN. FLYNN: Right.<br><br>LINDELL: There's actually four ways, maybe even more we don't know about, but these are all the online ways. |
| 39 | 395-49 at 27:1–18 | 4/22/21 | *Absolute Interference: The Sequel to Absolute Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* | LINDELL: [I]n Venezuela, . . . when it started in Venezuela, didn't they flip that country in two years, right?<br><br>GEN. FLYNN: Right so . . . what I learned, almost right after the election, when we started to really go, okay, wait a second, what happened and we started to talk about how the machines really were impacting [the election], as well as some of the other aspects of what was done, really from the fourth through the seventh of November. . . . [T]his issue of Venezuela came up and we had the opportunity to . . . get some feedback from one of the individuals who was in Venezuela at the time, who was working with . . . the Chavez government. And . . . they were able to take . . . these machines that they had in Venezuela at the time to basically ensure that . . . Chavez won the election and then subsequently down the road Maduro. So, . . . it was almost like the machinery was being tested, if you will, in another country to kind of get a sense of can you actually do this and to work for them. |

17

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| 40 | 395-50 at 2:6–9 | 5/3/21 | *War Room* | LINDELL: Texas still had machines, all the machines are the same. They're all—you've got . . . your Dominion, and your mothership Smartmatic. |
| 41 | 395-51 at 4:13–15 | 5/3/21 | *OANN Newsroom with Pearson Sharp* | LINDELL: Dominion, Smartmatic, . . . all of them are the same, ES&S [machines]. You just say Dominion, but it's all machines. China hacked into our election and flipped millions upon millions of votes. |
| 42 | 395-52 at 5:8–17 | 5/8/21 | *War Room* | LINDELL: I mean, this is what they do. Dominion, Smartmatic, all of them. . . . I think everybody knows now, this is the biggest cover-up that's probably in history for a crime. It's so massive that they've covered this up with the machine, or all the stuff that they did with the machines. |
| 43 | 395-53 at 2:1–15 | 6/5/21 | *Absolutely 9-0* | LINDELL: [A]s you all know on January 9th I received evidence of a cyber attack orchestrated by China on our 2020 election. I took that one piece of evidence and I just went all in. This was something different, nobody had seen. This was something that came through the machines, . . . the Smartmatic and other machines. This was a cyber attack. . . . And I hired experts to validate this, I hired, these guys are white hat hackers that work for the government. But what I'm going to show you tonight is, you're going to all know now, why I have been 100% sure that when this gets before the Supreme Court, it's gonna be 9-0, 9-0 to pull this election down, and that this was 100% an attack by China on our country through these machines. |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| 44 | 395-53 at 12:6–10 | 6/5/21 | *Absolutely 9-0* | LINDELL: But I wanted to get on here and explain to everyone, this was an attack by China, on our country through these Dominion and these other machines, where . . . they just hacked in, a cyber attack hacked into our election and flipped it to . . . anyone that they wanted to win. |
| 45 | 395-53 at 14:9–15 | 6/5/21 | *Absolutely 9-0* | LINDELL: This is why, when we say that Donald Trump really won this election by like almost 80 million to 68 million for Biden, how can you switch tens of millions of votes? It had to be done with computers, it had to be done with the machines, through these Dominion [machines], and through all these machines, and China, China did it. |
| 46 | 395-53 at 17:5–19 | 6/5/21 | *Absolutely 9-0* | GUEST 1: I know America's voting machines are vulnerable, because my colleagues and I have hacked them repeatedly. We've created attacks that can spread from machine to machine like a computer virus and silently change election outcomes. And in every single case, we've found ways for attackers to sabotage machines and to steal votes.<br><br>GUEST 2: Early voters in Georgia in 2018 saw machines deleting votes and switching them to other candidates.<br><br>UNKNOWN SPEAKER: When you say hacked, what were they able to do once they gained access to the machines?<br><br>GUEST 3: All sorts of things, they could manipulate the outcome of the vote, they could manipulate the tally. They |

19

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| | | | | could delete the tally. And they could compromise the vote in any number of ways. |
| 47 | 395-54 at 12:6–9 | 8/10/21 – 8/12/21 | *Cyber Symposium* | LINDELL: Venezuela is where the machine started. Smartmatic started in Venezuela. I got a whole big I've spent millions of dollars investigating this. They're built . . . as a tool to take countries. |
| 48 | 395-54 at 9:9–15 | 8/10/21 – 8/12/21 | *Cyber Symposium* | GUEST 1: Some of the anomalies that we noticed in the 2020 general elections that five key states all stopped counting at a certain time in these key battleground states. These were all where the software Dominion machines, ES&S machines were used . . . the Smartmatic, the Gems software, so when the vote stopped counting, and this has been noted in other countries as well. |
| 49 | 395-54 at 4:9-20 | 8/10/21 – 8/12/21 | *Cyber Symposium* | GUEST 2: This particular piece is actually talking about the . . . similarities in testing of the equipment, the hardware, between Smartmatic and Dominion Voting Systems. So they're using the same hardware, they just have a new badge put on it, one says Dominion Voting, and one says Smartmatic. . . . Yes, yeah. Made by the same supplier. Right. |
| 50 | 395-54 at 5:18–21 | 8/10/21 – 8/12/21 | *Cyber Symposium* | GUEST 2: We were able to build an entire graph of the people that worked for ES&S, Hart, Dominion Voting Systems, Clear Ballot, Smartmatic, and they basically recycle people through the company. |

| Statement No. | Publication Docket Cite | Date | Publication Name | Statement |
|---|---|---|---|---|
| 51 | 395-55 at 4:6–5:3 | 1/4/23 | *Updates On The Smartmatic Lawsuit and The Cast Vote Records* | LINDELL: [L]et me tell you about Smartmatic . . . . in the 2020 election, do you think L.A. County was computer manipulated or not?<br><br>GUEST: Oh, yeah, I'm sure it was.<br><br>LINDELL: Would you bet everything you had on it?<br><br>GUEST: Pretty much. Yep.<br><br>LINDELL:· Then, you're like most people. Of course, it was. And now, we have the proof. |