**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>    Defendants. | Case No.  22-cv-0098-JMB/JFD<br><br>**DECLARATION OF BARBARA PODLUCKY BERENS IN SUPPORT OF DEFENDANTS' OBJECTIONS TO PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION** |

STATE OF MINNESOTA         )
                           )ss.
COUNTY OF HENNEPIN         )

I, Barbara Podlucky Berens, state as follows:

1.      I am an attorney in the law firm of Berens & Miller, P.A., which represents Defendants Michael J. Lindell and My Pillow, Inc. in this matter.  I submit this declaration in support of Defendants' objections to Plaintiffs' motion for a permanent injunction.

2.      This declaration is based upon my own personal knowledge and my review of documents.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the two volumes of a September 18, 2025 Transcript of Examination under Oath of Confidential Witness, filed on October 1, 2025 in *Peters v. Feyen*, Case No. 1:25-cv-00425-STV (D. Colo. Oct. 1, 2025)(Dkt. No. 70-1 (Vol. 1) & Dkt. No. 70-2 (Vol. 2)).

4.      Attached hereto as Exhibit 2 is a true and correct copy of the August 18, 2025 Transcript of Examination under Oath of Confidential Witness filed on October 1, 2025 in *Peters v. Feyen*, Case No. 1:25-cv-00425-STV (D. Colo. Oct. 1, 2025)(Dkt. No. 76-1).

I declare under penalty of perjury that everything I have stated in this declaration is true and correct.

Date:  December 30, 2025                    **BERENS & MILLER, P.A.**

                                           *s/ Barbara Podlucky Berens*
                                           Barbara Podlucky Berens (#209788)
                                           37210 IDS Center
                                           80 South Eighth Street
                                           Minneapolis, MN  55402
                                           Phone:  612-349-6171

                                           ***Attorney for Defendants Michael J.***
                                           ***Lindell and My Pillow, Inc.***