Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 529-1    Filed 12/31/25    Page 1 of 92
1 of 32

**EXAMINATION UNDER OATH OF CONFIDENTIAL WITNESS**

DATE:            September 18, 2025

TIME:            Commenced at 10:33 a.m.
                 Concluded at 11:36 a.m.

Pages 1 through 31

Stenographically Reported By:

Teresa R. Cruise, CRR, RPR, FPR-C, FPR
Registered Professional Reporter
Florida Professional Reporter
Notary Public, State of Florida

**EXHIBIT 1**

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 529-1    Filed 12/31/25    Page 2 of 92

2

APPEARANCES:

On Behalf of Tina Peters:

        JOHN CASE, ESQUIRE OF:

                Colorado Attorney
                6901 South Pierce Street
                Suite 340
                Littleton, CO 80128
                (303) 667-7407
                Brief@johncaselaw.com

Also Present:
                Caleb Bowen, Videographer


Also Remotely Present:
                Jose Vega, Interpreter
                Linda Good
                Jason Ickes
                Walter Daugherty


                          INDEX OF PROCEEDINGS

Examination Under Oath of CONFIDENTIAL WITNESS

                                                        Page

Examination by Mr. Case                                  6
Certificate of Oath                                     29
Certificate of Oath                                     30
Certificate of Reporter                                 31

INDEX TO EXHIBITS


NO.   DESCRIPTION                                              PAGE



**(NO EXHIBITS MARKED)**

The examination under oath of CONFIDENTIAL WITNESS was taken on Thursday, September 18, 2025, commencing at 10:33 a.m.

Said examination under oath was reported by Teresa R. Cruise, CRR, RPR, FPR-C, FPR Notary Public, State of Florida at Large.

- - - - - - - - -

(The witness, having already presented their government-issued identification and their identity verified, was sworn in as follows.)

THE STENOGRAPHER:  Mr. Vega, could you please raise your right hand?

Do you solemnly swear to truly and accurately interpret from English to Spanish and Spanish to English the questions propounded and the answers given, and that you have such the ability to do so?

THE INTERPRETER:  I swear and I swear that I have done so to this point this morning.

THEREUPON,

JOSE VEGA,

the interpreter, was sworn to truly and correctly

Case No. 1:25-cv-00425-STV   Document 70-1   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 529-1   Filed 12/31/25   Page 5 of 92

5

translate English into Spanish and Spanish into English.

- - -

THE STENOGRAPHER:  Mr. Vega, would you please ask our deponent to raise his right hand?

Do you swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes, I do.

THE STENOGRAPHER:  You can put your hand down.

THE VIDEOGRAPHER:  Here begins the examination under oath of a confidential witness.

Today's date is September 18, 2025.

The time is 10:33 a.m.

Would counsel please introduce themselves for the record?

MR. CASE:  My name is John case.  I'm a lawyer representing Tina Peters.

I'm investigating whether foreign agents manipulated computer voting systems in U.S. elections.

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 529-1    Filed 12/31/25    Page 6 of 92

6

THE VIDEOGRAPHER:  You may proceed.

THEREUPON:

CONFIDENTIAL WITNESS,

having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. CASE:

Q.    Sir, do you have personal knowledge, whether the election systems, in the United States, the voting systems, can be manipulated by foreign agents?

A.    The electoral systems of the United States can be manipulated by foreign agents or third parties.

Q.    Sir, are you in danger, physical danger, if your true identity is known?

A.    Yes.

Q.    And in order to protect your safety, have you and I agreed that your identity will be redacted in the final transcript of your testimony, and that your face will be disguised and your voice will be altered by technology?

A.    That's correct.

Q.    Have you received any money or thing of value in exchange for your testimony today?

**A.**    No, not at all.

**Q.**    Have you been promised any money or thing of value in exchange for your testimony today?

**A.**    No, not at all.

**Q.**    Can you tell us about your expertise in voting system computers?

**A.**    I have 20 years of experience in electoral systems.  This comes from Venezuela, from 2003 onward, where we received for the time and we configured the Smartmatic systems for the first time in Venezuela.  We configured the transmission systems and the tally systems.

I was the National Coordinator for voting machines.  I was the National Coordinator for national data and I work in the creation of situation rooms or war rooms for the Venezuelan --

THE STENOGRAPHER:  Mr. Vega, your audio cuts out at the end of your sentence.

(A discussion off the record was held.)

BY MR. CASE:

**Q.**    You were the National Coordinator for data situation rooms or war rooms for the Venezuelan government?

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 529-1    Filed 12/31/25    Page 8 of 92

8

A.    Yes.  Yes, I was the person in charge in the situation room, for the Venezuelan government.

Q.    Is the situation room called a war room?

A.    That is correct.

Q.    Who is present in the war room during an election?

A.    The president of the republic, the vice president, they could either be there in person or via call.  The main ministers for the country are there, and the president of congress or what is called the National Assembly.

In the specific case of Venezuela, it would be Diosdado Cabello, Jorge Rodriguez, Delci Rodriguez, Rafael Ramirez as the president of the oil industry.  High level military personnel.

Those are the ones that are in these situation rooms or war room.

Q.    And were you personally present in the Venezuelan war room with the people you just named during elections in Venezuela?

A.    I work together with them from 2004 to 2016.

Q.    And when was the last time that you

were in the war room in Venezuela during an election?  What year was that?

A.    2015.

Q.    Briefly describe your expertise in computer technology.

A.    Well, my high school degree is IT degree, that's how we call it in Venezuela.

Aside from that, I went to the university to study telecommunications, even though I didn't end up graduating on that, I studied telecommunication, business creation and journalism.

I am knowledgeable regarding programming systems, operating systems, such as Windows and Linux, and in telecommunications in general to be able to transmit the votes.

Q.    What were you responsible for doing in Venezuelan elections between 2003 and 2016?

A.    I was responsible for configuring the voting equipment.  I was responsible for configuring the electoral manager system, responsible for the transmission systems, responsible for the electoral system audits, along with the Carter center and the European Union.

On top of that, I was, after that,

responsible for the data centers, where we keep all the information of the voter records, biometric systems and the electoral systems before an election day.

THE INTERPRETER:  Sorry, Counselor, this is the interpreter.

The interpreter was somewhat unclear in the last answer of the witness, whether he meant the election systems where we keep the election systems that were used during election days, prior election days or to be used for future election days.

MR. CASE:  Can you ask him that, please?

THE WITNESS:  I meant the general system, the general system where you keep the backups for prior elections and where you would set up future elections.

So, in the case of Venezuela, the center is centralized in one place.  It's very similar to what is done here in the United States except for that each county has its own system and they operate very much independently.

In Latin America, our countries have

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 11 of 92

11

just a single voting system, and the United States has over 3,000.

BY MR. CASE:

Q.    Are you familiar with a ministry in Venezuela called the National Electoral Council?

A.    Yes, I was an employee of the National Electoral Council.

Q.    And was it as an employee of the National Electoral Council that you set up the war room to manage the elections in Venezuela?

A.    That is correct.

Q.    Did you also set up or direct others under your supervision to set up situation rooms in the states throughout Venezuela?

A.    Correct.  We would create manuals so they can replicate the rooms, and then send over the data to the main room.

Q.    So each state in Venezuela had its own situation room where election data would be transmitted to the war room; is that correct?

A.    That's correct.  Each individual monitors his state and then sends over the studies to the main room.

That's why I have the minister for the administration in each one of the different rooms

because each minister is responsible for a certain number of states in the country.

Q.    Were the results of elections manipulated in Venezuela while you worked for the National Electoral Council?

A.    That is correct.

Q.    And how were election results manipulated?

A.    In the case of 2004, one million fake voters were inputted into the system, into the record of voters, and then the electoral system was used in order to designate who each citizen had voted for.

THE INTERPRETER:  Sorry, the interpreter would like to make a correction.

"And the electoral system was used to determine who each citizen had voted for that the government later on used to be able to persecute those that were not within its ranks."

THE WITNESS:  In 2006, a tool was used.  The tool was called S-A-E-S data utel.

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 523-1    Filed 12/31/25    Page 13 of 92

13

BY MR. CASE:

Q.    Can you explain how SAES works?

A.    SAES data utel is a tool that allows you to do a general test of the entire electoral system.

In order for you to test the entire system, you need to input the credentials or the certifications for the particularly election. And this tool allows you to emulate voting machines in order to then transmit the votes.

Q.    Was SAES used in Venezuela to manipulate the outcome of elections? So change the results?

A.    It was used by the technology directors. In this case, his name is Eduardo Hernandez. Later on it was used by Delci's cousin, his name is Louis Campos Cabello.

Q.    And how did they use SAES to manipulate Venezuelan elections?

A.    By using a statistical system, knowing the electors behavior, without exceeding a maximum of 2 or 3 percent of vote manipulation, while at the same time taking over a large number of voting machines that you need in order to change the total amount of votes that you need to modify.

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 523-1    Filed 12/31/25    Page 14 of 92

14

So, specifically, in the year 2008, the technology director for the National Electoral Council was in charge of transmitting the data from an entire state so that his relatives could win.

And this can be corroborated because in the transmission system, the telephone companies have to show that all the voting machines issue the transmissions through the official channels, and a red flag came up that -- that particular state, that's the state of Merida, had not issued its transmission yet. So it issued a red flag in order for it to be determined whether there was a failure or an error.

And so the national center of tallying, or the adjudication center, responded that -- that the entire state's data had already been transmitted, yet there was no traceability, no trace that showed that state had transmitted the data through the regular transmission channels.

So, the solution was to have all the different pieces of equipment retransmitted. But, nevertheless, that would not change the final tally, because the tally was already there -- the total was already there, and all the technical reports regarding these errors or failures were

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 15 of 92

15

handed over to the military personnel.

So they used SAES data utility tool to transmit the entire information for the entire state because you can use it to transmit correctly all the state's data.

This is supposed to be a tool that -- for its normal usage, it's supposed to allow you to test the integrity of the system.  When it's misused, it can allow you to inject votes without people knowing you did so.

Q.    And can you tell us what S-A-E-S stands for?

A.    System automated electoral systems -- is it system?

It's automated system of elections or -- or something similar.  It's like a centralized electoral system.  It stands for automated system of elections or something like that.

That is -- that is -- applies for the entire line of products from the Smartmatic company.  Every product is called SAES.  So, in Venezuela, we had SAES 3000, 3300, SAES 4000.

And in the United States, they used SAES 3367, for the Chicago, Illinois machine, where

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 52-1    Filed 12/31/25    Page 16 of 92

16

President Obama, in the 2006 elections, cast his vote.

Q.    Is there a data utility feature for S-A-E-S?

A.    So there's a tool -- aside from the system itself, there's a tool called SAES data UTEL that allows you to test the entire system.

In general, any company providing election systems needs to have such a tool because they need to be able to prove the integrity of the system.

Q.    Can the S-A-E-S data utility tool be used to manipulate election results?

A.    That is correct.

Q.    How does that work?

A.    So, in the case of Venezuela, this tool has been designed for the SAES system.  So, now, if my system is integrated with an external system, I have to then adapt my tool to be able to test all of the element of my system plus the element of the other system that is being integrated with my system.

Well, then, this happened in 2005 when Smartmatic, of the Venezuelan government who owns the source code, the source code belongs to the

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 17 of 92

17

government, made an integration with the American company called Sequoia Voting Systems when it was acquired in the year 2005 to then bring to pass the elections -- carried out the elections in Chicago, Illinois in 2006.

That then lending or selling its technology to Dominion Voting Systems in the year 2010, meaning that I need to have a tool to test the integrity of the system, and I adapt that tool to the different integrations.

So that's why I'm saying that you would adapt the tool to each one of the systems because each system has a different way in which is writes to the databases and different processes.

Q.    Is auditing an election part of the Smartmatic software?

A.    That is correct.  And it varies by state and country.  And, also, when you audit an election or when you audit a system, you will be auditing only that which the company wants you to see or what the electoral body wants you to see.

In other words, it's not like the audit is like an open audit, only the modules and the functions that the public needs to know are audited.

Case No. 1:25-cv-00425-STV   Document 70-1   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 523-1   Filed 12/31/25   Page 18 of 92

18

That is why you have been unable to detect whether a library has been hidden, has been locked or if it can be manipulated, and you are not auditing tools like this one either, like SAES data utility, which are tools that allow you to inject votes.

So people ends up not knowing what the tool's actual purpose or utility is.

Q.   So if an audit discovers a problem, was there a strategy of how to explain that to the public?

A.   No, because you would never show the public the errors of the system, you would only show the functionality of it.

It was only in 2004 that it was uncovered, that you could find out who people voted for; and, by 2005, there was a modification made, but that was the only thing.

Q.   What was -- what was the role of human error in terms of public relations?

How did human error figure into the public relations of Smartmatic?

A.   When any company -- and that doesn't just apply to Smartmatic -- when any company mentions human error, what you're doing is you're

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 19 of 92

19

putting the responsibility for the blame on a person, and not on the system itself.

It's easier for me to fire somebody from a company and then pay them their severance package as compared to me losing my entire business because my electoral system, or the system that I am selling has errors.  I would end up losing everything.

That's why you can read up how all these different electoral companies, they're always alleging human errors here and there.  Therefore, for any type of manipulations of elections, you need to have the company to provide the certs because they are the ones who know how their own system works.

They know how to make an injection into the system in an undetectable manner, so that when a detailed audit of the election is performed it wouldn't show any sort of trace.

Q.    Is this S-A-E-S data utility similar in its security to a key to a house?

A.    That is correct.

Q.    Can you explain?

A.    This tool allows you to emulate a voting machine.

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 523-1    Filed 12/31/25    Page 20 of 92

20

It allows you to emulate multiple voting machines, which means that I can transmit on behalf of a machine, as if I was that machine.  The original machine is not transmitting, but I'm emulating this machine, and I'm transmitting whatever data I need to transmit.

In the case of Venezuela, the machines that would be transmitted, the data to the machines that would transmitted were the machines that were not going to be audited.

Q.    So, in the case of Venezuela, was the S-A-E-S data utility used to transmit fictitious votes?

A.    That is correct.  That's the function for which the Venezuelan government would use that tool for.

Q.    How was the Venezuelan government involved in developing the Smartmatic software that was used to run Venezuelan elections?

A.    Their involvement was a hundred percent.  The software was created by the Venezuelan government.  Historically speaking, the government financed Smartmatic for it to create the software.

This is obvious and public

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 21 of 92

21

information, based on the audits that the European Union did of the elections of 2004, where its president -- the president of Smartmatic, Antonio Mugica, he informed the European Union that the source code was property of the National Electoral Council.

Q.    What is the connection between Dominion Voting Systems, Sequoia Voting Systems and Smartmatic?

How are those three entities related?

A.    So Smartmatic purchases Sequoia in 2005, so the SAES software is implemented for the element of Sequoia.

From 2007 to 2013, Sequoia and Dominion worked for the elections in the Philippines.  And that relationship allows Dominion to purchase Sequoia in 2010, allowed it to purchase Sequoia in 2010.

So, therefore, the SAES election software from Smartmatic ended up being implemented in Sequoia and later on transferred to Dominion. And you have two engineers there, their names are David Moreno and Ronald Morales, which are -- which were the ones that handled the integration of the software belonging to Smartmatic called SAES and

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 52-1    Filed 12/31/25    Page 22 of 92

22

integrated it into Sequoia.

And then these very same engineers did the integration from Sequoia to Dominion in the year 2010.  Currently, these engineers still work for Dominion and they are in charge of their software.

Q.    Where is the worldwide global headquarters for Dominion Voting Systems, Inc.?

A.    They have three headquarters, United States, Canada and Belgrade, Serbia.

It is in Serbia that they developed the programs that are then implemented here in the United States.  Ronald Morales is the person in charge of configuring the entire security network so that these three different headquarters can communicate between themselves.

At that point in time, they used initially VPN networks.  And, during the days that the American elections were held, Serbia is the office that is responsible for resolving the errors that pop up in the systems.

Q.    Is it possible for engineers in Serbia, working for Dominion Voting Systems, to inject votes into an election in the United States of America?

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    D23.of391    Filed 12/31/25    Page 23 of 92

23

A.    Though I don't have evidence of that, it is possible.  If I happen to have access, remote access to the system, I can make changes in the electoral system.

Q.    And would that be by using the S-A-E-S data utility tool?

A.    No.

Q.    And then how would it be done?

A.    Well, we need to understand something. Let's not, you know, end up marrying this tool name, but rather its functionality.

So what this tool does, SAES data utility, it uses the libraries for the electoral system that were first used in Venezuela then transferred over to Sequoia and then finally to Dominion.

It uses system votes or errors -- let's call it the libraries.  The libraries for data transmission, data encryption by libraries, the communication between the databases.

So what SAES data utility does is that it takes the credentials or passwords for an election so that the system can authorize it to connect itself, and then it can inject as many votes as it needs to.

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 24 of 92

24

If the Dominion systems have bugs in their libraries, then, in turn, you can you can use those bugs while having the correct credentials or passwords, and use the processes of the same system to then inject the votes that are needed, whether it be minutes, data or votes.

Whatever that the system allows me to do, I will be able to do it while using those libraries.

Q.    Did you review the forensic image of the Mesa County election management server from the November 2020 election?

A.    I did.

Q.    And what did you find in your examination of that forensic image?

A.    That the electoral systems of Dominion have vulnerabilities that can be used to attack the system.  It's source code is not a hundred percent obfuscated, or hidden.

The use in handling passwords -- they're all stored in plain text, which allows you to get that data from the database.  You can get it from the backups of the different elections, from the settings files of an election, and from the button device that allows to have access to the

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    D25.0f281-1    Filed 12/31/25    Page 25 of 92

25

equipment, because the credentials are also stored in the button itself.

So, once you have that information, and if you know how the system operates, then you can attack the encryption levers, which then literally allows you to manipulate the system and change votes at will.

Additionally, on top of that, the Windows Operating System has, in turn, vulnerabilities and can also be attacked using an error code, it's called the internal blue. It's an attack system that even the entity the NSA uses here in the United States.

Q. Now, after the 2020 election, we were told by the Attorney General of the United States that the 2020 election was the most secure in history.

We were also told by the Colorado Secretary of State that the Colorado voting system was the gold standard for running elections.

Can you tell us if that is true? Are our elections in the United States and Colorado really secure?

A. No, they are not secure.

Q. Can any election be run fairly and

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 523-1    Filed 12/31/25    Page 26 of 92

26

securely using Dominion software, which is so susceptible to manipulation?

A.    Well, we have to keep in mind or understand something clearly:  No system is infallible.

Dominion's software is a software that has a lot of errors or bugs.  And they have -- they've had many years to correct them and they haven't done so.  From an IT standpoint, you could even say that the types of errors that they have made are very basic.  But the reason why those errors are intentionally there is because they need it, they need them.

Now, can they be cured in the future?  Of course they can.  Is it possible that you can have a secure election using electronic voting systems in the future of the United States?  Of course.

But the current voting -- the current software that Dominion Voting Systems is using right now does not provide the -- cannot ensure that an election cannot be manipulated because if we, not knowing how their system worked, were able to detect the bugs, that means that either an engineer or a technician working for Dominion that

Case No. 1:25-cv-00425-STV   Document 70-1   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 528-1   Filed 12/31/25   Page 27 of 92

27

have even better knowledge than we have, can use his or her system to manipulate the votes as needed.

And it can be done indetectably -- without be detected.

Q.   Have you understood all of my questions as translated by the interpreter?

A.   That is correct.

Q.   Did you answer all questions truthfully?

A.   Totally truthfully.

Q.   Were your answers based on your personal knowledge?

A.   Totally.

Q.   Okay.  You have another appointment and you have to interrupt this to go to that appointment?

A.   Yes, as I told you earlier when we first started.

Q.   Would you come back later this afternoon, please?

A.   Yes.

As soon as I'm done with my other appointment, I can come back and we can continue this conversation.

Case No. 1:25-cv-00425-STV   Document 70-1   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 528-1   Filed 12/31/25   Page 28 of 92

28

THE VIDEOGRAPHER:   Thee time is 11:35 a.m.

We are going off the video record.

(The examination under oath was adjourned at 11:35 a.m.)

- - -

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 29 of 92

29

CERTIFICATE OF OATH

THE STATE OF FLORIDA

COUNTY OF PASCO

        I, Teresa R. Cruise, Notary Public, State
of Florida, certify that JOSE VEGA remotely
appeared before me on the 18th of September, 2025,
and was duly sworn.

        Signed this 18th day of September, 2025.

                    _____
                    TERESA R. CRUISE, CRR, RPR, FPR-C
                    Notary Public - State of Florida
                    Commission Number: HH351124
                    Expiration Date:  02/25/2027

Case No. 1:25-cv-00425-STV    Document 70-1    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc 528-1    Filed 12/31/25    Page 30 of 92

30

CERTIFICATE OF OATH


THE STATE OF FLORIDA

COUNTY OF PASCO



          I, Teresa R. Cruise, Notary Public, State

of Florida, certify that CONFIDENTIAL WITNESS

personally appeared before me on the 18th of

September, 2025, and was duly sworn.


          Signed this 18th day of September, 2025.










          _____
          TERESA R. CRUISE, CRR, RPR, FPR-C
          Notary Public - State of Florida
          Commission Number: HH351124
          Expiration Date:  02/25/2027

Case No. 1:25-cv-00425-STV   Document 70-1   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 528-1   Filed 12/31/25   Page 31 of 92

31

C E R T I F I C A T E

THE STATE OF FLORIDA
COUNTY OF PASCO

I, Teresa R. Cruise, a Certified Shorthand Reporter, do hereby certify:

That I was authorized to and did stenographically report the foregoing examination under oath of CONFIDENTIAL WITNESS, pages 1 through 31, that a review of the transcript was not requested, and that the transcript is a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

DATED this 18th day of September, 2025.


_____
TERESA R. CRUISE, CRR, RPR, FPR-C

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Document 1    Filed 12/31/25    Page 32 of 92

1

**CONTINUATION OF THE EXAMINATION UNDER OATH OF
CONFIDENTIAL WITNESS**

DATE:            September 18, 2025

TIME:            Commenced at 2:24 p.m.
                 Concluded at 4:55 p.m.

Pages 1 through 61

Stenographically Reported By:

Teresa R. Cruise, CRR, RPR, FPR-C, FPR
Registered Professional Reporter
Florida Professional Reporter
Notary Public, State of Florida

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc 529-1    Filed 12/31/25    Page 33 of 92

2

APPEARANCES:

On Behalf of Tina Peters:

    JOHN CASE, ESQUIRE OF:

        Colorado Attorney
        6901 South Pierce Street
        Suite 340
        Littleton, CO 80128
        (303) 667-7407
        Brief@johncaselaw.com

Also Present:
        Caleb Bowen, Videographer


Also Remotely Present:
        Jose Vega, Interpreter
        Linda Good
        Jason Ickes
        Walter Daugherty

INDEX OF PROCEEDINGS

Examination Under Oath of CONFIDENTIAL WITNESS

                                                Page

Examination by Mr. Case                                    5
Certificate of Oath                                       59
Certificate of Oath                                       60
Certificate of Reporter                                   61

Case No. 1:25-cv-00425-STV   Document 70-2   filed 09/23/25   USDC Colorado   pg
3 of 59
CASE 0:22-cv-00098-JMB-JFD   Doc. 529-1   Filed 12/31/25   Page 34 of 92

3

INDEX TO EXHIBITS


NO.   DESCRIPTION                                                    PAGE


*(NO EXHIBITS MARKED)*

Case No. 1:25-cv-00425-STV   Document 70-2   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc 529-1   Filed 12/31/25   Page 35 of 92
4 of 92
4

The examination under oath of CONFIDENTIAL WITNESS

was taken on Thursday, September 18, 2025,

commencing at 2:24 p.m.

Said examination under oath was reported by

Teresa R. Cruise, CRR, RPR, FPR-C, FPR

Notary Public, State of Florida at Large.

- - - - - - - - -

(The witness, having already presented

their government-issued identification and

their identity verified, was sworn in as

follows.)

THE STENOGRAPHER:  Mr. Vega, could you

please raise your right hand?

Do you solemnly swear to truly and

accurately interpret from English to

Spanish and Spanish to English the

questions propounded and the answers given,

and that you have such the ability to do

so?

THE INTERPRETER:  I swear.

THEREUPON,

JOSE VEGA,

the interpreter, was sworn to truly and correctly

translate English into Spanish and Spanish into

English.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 5  of 521-1    Filed 12/31/25    Page 36 of 92

5

- - -

THE STENOGRAPHER:  Mr. Vega, would you please ask our deponent to raise his right hand?

Do you swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes, I do.

THE STENOGRAPHER:  You can put your hand down.

THE VIDEOGRAPHER:  The time is 2:24 p.m.

We're back on the video record.

THEREUPON:

CONFIDENTIAL WITNESS, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. CASE:

Q.   Sir, I am here because my client, Tina Peters, was prosecuted by the government in Colorado for criticizing the voting system in Colorado.

In your experience -- let me start the

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc 529-1    Filed 12/31/25    Page 37 of 92

6

question over.

I'm here because my client, Tina Peters, was prosecuted by the state of Colorado for criticizing the voting system. There is evidence that Dominion Voting Systems demanded that Tina Peters be prosecuted because she criticized the voting system and made a forensic image of the election management server.

In your experience, as part of the Venezuelan government, were you aware of the Venezuelan government prosecuting people who criticized the Smartmatic voting system?

A. Yes, they have been prosecuted. People have been prosecuted for criticizing the voting system.

Q. Did Smartmatic participate in helping the government prosecute those people who criticized the Smartmatic voting system?

A. Yes. The electoral technology companies have to turn over evidence as requested by the government.

Q. And, in your experience, were the judges who oversaw those prosecutions able to know if the evidence provided by Smartmatic was true or false?

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Document 529-1    Filed 12/31/25    Page 38 of 92

7

A.    No, they do not have that capacity. They would have to be specialists in technology to know, sir.

Q.    So, the judges in Venezuelan had to rely on the witnesses provided by Smartmatic in the prosecution of people who criticized the voting system?

A.    Correct.  Provide by them for the government, correct.

Q.    Now, when you worked for the Venezuelan government between 2003 and 2016, did you meet with any officials who were from Cuba?

A.    Yes, on many occasions.

Q.    And how is it that you met with Cuban officials on many occasions in your role in managing the Smartmatic voting system in Venezuela?

Where did you meet with Cubans?

A.    Well, this is because the Cuban officials or Cuban authorities are part of the Venezuelan government.  They have full oversight of the activities carried out by the Venezuelan government and provide advice or consulting to them.

Q.    Do you know if Cuba has a communist government?

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 529-1    Filed 12/31/25    Page 39 of 92
8 of 92

8

A.    Yes, yes, it does.

Q.    So are you saying that the Venezuelan government is managed by representatives of the Cuban communist government?

A.    That is correct.

Q.    And do you know if the engineers for Smartmatic, who later became employees of Dominion, were trained in Cuba to write election software for Smartmatic?

A.    No, I'm not aware of that.

What I am aware of is that Cuban engineers traveled over to Venezuela to obtain training as far as technology was concerned.  Not only electoral technology, but also for public records, such as birth certificates.

They received training in biometric technology, passports and to implement Cuban systems within the government.  When I refer to Cuban systems, I'm referring to telecommunications and intelligence systems.

And what they would explain to us was that given the -- the blockade or embargo that they are going through, they don't have access to those tools that Venezuelans ended up giving them.

But as far as election are concerned,

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 529-1    Filed 12/31/25    Page 40 of 92

9

or electoral speaking, all the technicians or engineers that created the elections system have all graduated from a Venezuelan university called Simón Bolívar University.

Q.    Now, when you were working for the Venezuelan government between 2003 and 2016, was part of your responsibility to manage the manufacturing of the voting equipment?

A.    Well, the manufacturing of the voting equipment, these were manufactured in Taiwan and China.

My responsibilities was to receive those components, or those pieces of equipment, configure them and send them out to production to be used through the elections, meaning that any part or piece that was given to me was exported from either China or Taiwan.

Q.    Did that include firmware in the computers?

A.    They would already come pre-configured from Taiwan or China.  It's already been established, based on the part that you're acquiring.

And if there's any modification made to them, then the engineers of Smartmatic would be

Case No. 1:25-cv-00425-STV   Document 70-2   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 528-1   Filed 12/31/25   Page 41 of 92

10

the ones to do so; or, if it would be the case, another company, like in the case of Dominion.

But based on my experience, the components are first tested in the warehouse where they have been manufactured, which means either in China or Taiwan.

Q. What is firmware?

A. The firmware is a program that is included inside a chip or a particular device for the correct functioning of an entire device.

It's the first electrical impulse that the computer receives so that then, after that, it can only -- after that, it can start receiving the instructions from the operating system.

Q. So firmware is a set of commands embedded in the hardware?

A. That's correct.

Q. And those commands that were used in Smartmatic computers were installed in either China or Taiwan?

A. That is correct.

But, you know, you don't want to be mixed up, though, and mix this up with the electoral system. The electoral system later on needs to be set up on this equipment.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 42 of 92

11

So the electronic devices have some certain command sequences, and that is why we're calling firmware.  Part of that are memory sequences that allow you to receive video or print that, later on, allows you to receive other information.

It is later, after this, that you signal the electoral management system, the electoral system, and that has a command sequence where you can utilize a program or a piece of software.

Q.    Do the computers made in China and Taiwan include circuits that can communicate with the internet?

A.    Correct.  They have internal modems that allow for external communications, and it is the responsibility of each one of the different corporations to disable those components or to leave them enabled for the elections.

Q.    Now, can the firmware keep those modems enabled even if the software commands the system to disable the modem?

In other words, can you have firmware that allows the modem to remain on, even when the software thinks that it's off?

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 529-1    Filed 12/31/25    Page 43 of 92

12

A.    Yes.  Well, for that, you would need an engineer that understands the Windows pipeline system, which will allow you to block certain parameters within the system.  But through the operating system, then I can enable that component.

In other words, yes, the answer to your question is yes.

Q.    When did Smartmatic acquire Sequoia? What year?

A.    2005, its first year of existence. Smartmatic did so during its first year of corporate existence.

Q.    And were you involved -- as an official of the Venezuelan government, were you involved in Smartmatic's acquisition of Sequoia?

A.    No.

Q.    What year did Dominion Voting Systems acquire Sequoia from Smartmatic?

A.    2010.

Q.    Are you aware of a Smartmatic official bribing a government representative in the Philippines during an election?

A.    Well, there is an open case, it's pending against Roger Pinate, for bribery during the 2016 elections in the Philippines.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 44 of 92

13

I mean, I'm just talking about publically known cases of bribery.  Because, in Venezuela, Smartmatic worked hand-in-hand with the Venezuelan government.

And Jorge Rodriguez would collect bribes from Smartmatic.

Q.    And Jorge Rodriguez was part of the Venezuelan government?

A.    He's the current President of Congress in Venezuela.  We call it the National Assembly.  And his sister is the Vice President for the country.

And it is Jorge Rodriguez who hired Smartmatic, or awarded the Smartmatic in 2003 in order for them to develop the electoral system for Venezuela.

Q.    And how much money did Smartmatic receive from the Venezuelan government in 2003 to develop the software to rig elections in Venezuela?

A.    $250,000 American dollars.  And they held 28 percent interest in the company.

Q.    So the Venezuelan government owns 28 percent of Smartmatic?

A.    As far as publically available information, yes.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 45 of 92

14

And during 2003 and 2004, Smartmatic had a sister company, it was called Bizta.  So Bizta created the system and Smartmatic was running the elections, and the business partners for each one of those companies are correspondingly the same person.

And both of those companies were recorded or incorporated here in the state of Delaware.

**Q.**    Who owned the source code used in Smartmatic software?

**A.**    The Venezuelan government.

**Q.**    And where is the source code kept?

**A.**    In Venezuelan.

**Q.**    What city?

**A.**    In the central bank, that's where they would keep the backups for the source codes, in Caracas.

**Q.**    How much money per year did the Venezuelan government pay to Smartmatic after Smartmatic developed the software to rig Venezuelan elections?

**A.**    Well, is it varied by year.  During the first year, Smartmatic received $140 million.  That was in 2004.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 46 of 92

15

Q.    In U.S. dollars?

A.    Everything's dollars, I'm only talking dollars.

In 2005, Smartmatic purchased the Sequoia for $17 million, so it was basically a business.

And it was very strange because Sequoia Voting Systems was a company that had 20 percent of the market share of the American market, United States market.

Q.    And so from the $140 million that Smartmatic received from the Venezuelan government, then did Smartmatic pay bribes out of that money to officials in the Venezuelan government?

A.    That's correct.

Q.    And how do you know this?

A.    So in 2004 -- in 2002 was when the first elections machines were purchased in Venezuelan.  The contract for the first batch of machines, contract for $40 million, authorized by Jorge Rodriguez.

And, then, Olivetti, after a scandal became public, goes ahead and publishes the real cost of those machines in Italy, which was $21 million.  So add another $19 million on top of

that, those were to pay bribes to the people within the Venezuelan government.

And this was explained by Jorge Rodriguez himself in a meeting where I was present, because I worked there, we were part of the technical team from the national electoral council for the coordination of all the elections.

Q. I want to ask you a few questions about log files.

Can you tell us what a log file is?

A. A log, on an IT level, and anywhere, is a record of what each one of the machines is doing. It's the absolute evidence that a machine has performed a certain process, and that record must be maintained in order for you to be able to verify if any sort of equipment is functioning properly.

This not only applies to a piece of equipment but also to a system, a software, because you have operating system logs that tell you about the components within the machines, and they are system logs, which inform me about the behavior of a system.

In my computer, or electoral system, uses systems I will have seven different logs.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 48 of 92

17

Q.    Did the Smartmatic computer voting system, was the operating system Windows?

A.    For the voting machines, yes, it was Windows.

The tally system or vote counting system had been built on Linux.  But it doesn't mean that because you have a change in the operating system, you can't maintain the logic within the systems.

Q.    So in -- did you -- you examined the forensic image of the election management server that was used in the Mesa County 2020 election, correct?

A.    That's correct.

Q.    Did you notice the settings on the size of the Windows log files in the Windows operating system?

A.    I don't recall, but it is part of the report that we created, and I can get that to you.

But I seem to remember that it was too small, the size was too small for what it needed to do.  When I talk about small in size or very little space, I'm talking -- I mean, that on a programming level.

You assign a certain disc space or

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 49 of 92

18

memory space for the log to be stored in, and that's going to give you an X number of lines so that a log or a record can be kept. And depending on what the setting is, once the log gets full, it starts rewriting over it and deleting evidence.

That's why I believe their settings were too small. And we talked about this with our team and we thought that it wasn't going to have enough space to be able to keep all the logs throughout the election.

In the case of Venezuela, elections are just one day but, in the United States, elections last over 20 days. Therefore, the space allocation for the logs have to be large enough to be able to allow for the storage of all the different days or activities during the days of the election.

And that evidence, or logs, should be kept as a backup in a database. Those are the standard procedures that should be followed.

Q. Now, are you familiar with the manual for the Dominion Voting System?

A. Yes. We read the voting system manual and it has many chapters because there's a manual for each module of the system.

Case No. 1:25-cv-00425-STV   Document 70-2   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 528-1   Filed 12/31/25   Page 50 of 92

19

Q.   Now, I don't want to put words in your mouth, but if I can remind you, does the Dominion Voting System manual that you read with your own eyes specify to set the log file size at 20 megabytes?

A.   I believe so.

Q.   And in the event that 20 megabyte file fills up with information, then does the Dominion manual allow you to designate what should happen next when that file gets full?

A.   No.  It does not say so because the Dominion -- Dominion's manual only tells you how to set that setting.  The manual has no instructions on how to solve problems that could occur during a given election.

And the only way for you to verify that a log record has been poorly configured is for someone to point out that the log files have been being rewritten.

But I believe that, in the United States, and I have read a whole deal regarding this, that there is no manual for the monitoring for the electoral systems within the United States. Nor does the Dominion system issue any sort of alert or notification if the system is full.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    D20.o528-1    Filed 12/31/25    Page 51 of 92

20

If there is any error, they would have to create a support ticket and call support, and then these people would come and be in charge of resolving the issue by either send a technician on-site or by remote support.

Q.   Now, if the voting system isn't connected to the internet, how could a Dominion technician possibly communicate and get into the system, other than through the internet?

THE INTERPRETER:  Other than through what?

MR. CASE:  The internet.

THE WITNESS:  Well, then the representatives for each county have to create a VPN connection so that the representatives can then be connected to the electoral systems.  As I have read in certain reports that the case -- this has happened in Chicago, Chicago, Illinois and Georgia.

In the case of Georgia as well, they have set up VPN connections in order to resolve issues as far as settings were concerned or to resolve system problems.

They can use a virtual machine that is put

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 52 of 92

21

in the middle.

When I say that it's in the middle, it means that over here on one hand, you have the county's electoral system, then you can configure a virtual machine in the county that would allow for the elections to be made. And you provide it with the necessary credentials or authorization so that the electoral system can then communicate with this machine. And then the company, in turn, connects to the virtual machine.

So, legally speaking, they're not connected directly to the electoral system, but nevertheless, from this other system, I can effect changes in the system to update it. Either that or I can just do a direct connection through a VPN and do all the changes that I need.

You need to have one person in that county to have the authorization of the secretary of state. I mean, that's what I am -- think is the case, based on what I have read about this. But I don't really know whether a secretary of state is the

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    D22.of891-1    Filed 12/31/25    Page 53 of 92

22

maximum authority or not during an ongoing election.

BY MR. CASE:

Q.   Now, is what you just described called the man-in-the-middle program?

A.   That is correct.

Q.   And is the man-in-the-middle system used in Venezuela?

A.   It was not used in Venezuela because Smartmatic had full control of the election system. It was not necessary.  Nor was the government going to sue Smartmatic.  From the government, the government was not going to sue Smartmatic since they were working for them.

And just on a side note, like an anecdote, the elections, the 2006 elections in the United States, in Chicago, Illinois, the proof of concept for that election was created in Venezuela in 2005.

That is why a very similar piece of equipment was used, it was the SAES 3300.  It's an identical machine, identical machine to the SAES 3377 that were used for the elections here in the United States.

So at all times was what Venezuela

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 54 of 92

23

used as a proof of concept for the different elections that Smartmatic carried out throughout the entire world.

Q.    So, are you saying that the man-in-the-middle system was used in Chicago in the 2006 election?

A.    No, it is used currently in these last elections that you held here.

Dominion has an engineer, whose name is Ronald Morales, and Ronald Morales is the person that does maintenance on the electoral systems. Ronald Morales is the person that puts that man-in-the-middle in place.

Sorry, that's not the word.  To be able to set up the system, to be able to set up the communication from the Dominion system, between the new Dominion system and the old Smartmatic system. But that same behavior --

THE STENOGRAPHER:  I'm sorry, you cut out, Mr. Vega.

THE WITNESS:  They have used it elsewhere as well.

BY MR. CASE:

Q.    So was there a problem when the computer equipment changed and became more modern

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 55 of 92

24

and Dominion was still running old Smartmatic,
based software on the new computer equipment coming
out the China and Taiwan?

**A.**    That is correct.  They use that
because they need the county to authorize certain
updates on the systems.

So, for example, in the case of Mesa,
let's see, I was five -- 11 -- okay.  So the 2020
election was done with version 5.5.  And then they
updated the system to version 5.11.  When they did
that update, all the old data was deleted because
they are overridden.  It is written on top of that.

So, at that point in time, you can no
longer carry out a formal audit because you no
longer have the original machine.  All evidence,
all log, all of that was deleted.

**Q.**    And what you've just referred to is
when the Colorado Secretary of State performed
what's called a trusted bill in Mesa County on
May 25th and 26th of 2021, the Secretary of State
erased all of the records of the 2020 election that
was preserved on that Mesa County election
management server; is that correct?

THE INTERPRETER:  A trusted build, is
that right, Counsel?

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Do25.of 891-1    Filed 12/31/25    Page 56 of 92

25

MR. CASE:  Yes.

THE WITNESS:  That's correct.

I didn't know the dates that you were mentioning but, yes, that's -- that is correct.

BY MR. CASE:

Q.  So, you examined the image of the Mesa County election management server that was taken after the trusted build; is that correct?

A.  No, we saw both images, the old one and the new one.

Q.  Correct.

In the new image, all of the data was gone except new software.  True?

A.  And the structure changed, the structure of the program changed as compared to the version 5.5.

Q.  Now, so far as you are aware, is it a law that the system must preserve the records from the previous election for a certain period of time?

A.  I believe it's 18 months.

Q.  Just so the record's clear, are you aware of 52 U.S. Code Section 20701, which requires every officer of election to preserve all election records, including electronic records, for

22 months after each election?

A.    That is correct.  Correct, yes, we knew that.

Q.    And based on your examination of the forensic images from Mesa County, it's your testimony that the Colorado Secretary of State erased all records of the 2020 election when they installed new software in May of 2021; is that true?

A.    Well, whoever gave the authorization, like whoever gave the authorization for the system to be updated, would be the person responsible for all the files being deleted.

If the person giving the green light was the secretary of state, then it would be the secretary of state.  If it was the person in charge of the elections, then it would be the person in charge of the elections.

Q.    Now, going back to the log file size.

A.    Okay.

Q.    What you've told us is that the Dominion system was configured so that when the log files got full, they just overwrote the information that was already in the log file.  True?

A.    Of course.  These are standard

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 58 of 92

27

settings, standard configurations.

Q.    So, while the system was operating during the 2020 election, it was actually writing over the data from the election?

A.    It rewrites the day-to-day of an election.  So let's say it gets -- it becomes full, then the next day gets overridden on top of that.

Q.    And so when you have an election that lasts for several days, it becomes impossible to audit the full election because the records are being erased after they are written.  True?

A.    That is correct.

Q.    And so that is a capability that is built into the Dominion software -- correct? -- that is overwrites election records while the election is going on?

A.    That is correct.  If the machine is operational and it is operating, it will record on top of a log that is already there.

Q.    And that is part of the Dominion software that allows it to erase records while the election is going on.  True?

A.    That's correct.

Q.    And is that same capability in the Smartmatic software that was created in Venezuela

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 59 of 92

28

to rig elections?

A.    That's not how it was configured over in Venezuela.  You had a dedicated server just for the logs, meaning that all the different machines or servers would send the information to one location, send the logs to one location.

And there, you can do a review of all the elections through all the logs stored there.  It's just that in Venezuela, no one would go and want to check those logs.

THE INTERPRETER:  Interpreter would like to make a correction.

"In Venezuela, no one would check those logs."

BY MR. CASE:

Q.    Can you tell us about the multiple transmission capabilities and methods in the Venezuelan elections telecommunication system?

A.    Can you repeat the question, please?

Q.    Yes.

Can you tell us about the transmission capabilities and methods of the telecommunication system that was used in Venezuela during elections when you worked for the Venezuelan government?

A.    So Venezuela would transmit in three

different ways.  It could be by home telephone line, active telephone lines, by cellular communication and by satellite communication.

All these divisions, depending on what part of the country you were in, were then connected to the voting machines through network port, an RJ-45 jack, or an RJ-11 telephone jack.  And through these lines, which are secured lines, all the electoral data was transferred.

And this data is transmitted through the telephone lines of the carriers in that -- in the country.  So in this country, it would be the equivalent of AT&A or Verizon, or over in Venezuela, we call it can TV.  And these networks are then connected to the national center for tallying, or totalling.

And all the electoral data is transmitted using that method of communication.

Q.   Now, you mentioned an election that was rigged in a state, I believe you said Merida; is that correct?

A.   In Merida, M-E-R-I-D-A.

So it turns out the results of the entire state of Merida were not transmitted throughout the country.  They used the tool, SAES

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 61 of 92

30

data utility tool, to transmit all the data from all -- from the electoral machines, and transmit them to the national center for tallying.

And this became public knowledge because when the logs for those different communication companies were checked, there wasn't any sort of trace or data packets that were being transmitted. So this triggered a red flag, and the national tallying center was contacted, where they said that the state of Merida had already sent all the entire transmission of one hundred percent of issues, which is impossible, because they didn't use any of the regular channels of transmission that are used during the elections, or that are authorized to be used during elections.

It's as if you ordered a package, and instead of it being delivered through your front door, it comes in through the window. It's the same thing, same exact thing, and this is how it happened in Venezuela. And the person responsible for doing that was Carlos Quintero. He was the technology director for the National Electoral Council.

During that specific election, his sister ended up being elected as a mayor. So this

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 62 of 92

31

whole operation was done in order for his sister to get a position within the government.

Q. I want to ask you about some names of persons who were involved with Smartmatic and Sequoia and Dominion, and then if you can tell us what you know about each of those persons.

But please keep it to a brief summary unless I ask a follow up.

A. Okay.

Q. Do you know Ronald Morales?

A. He's a Smartmatic tech who was in Venezuela, Sequoia, and in Dominion as well.

Q. Does he currently work for Dominion?

A. He currently works for Dominion.

Q. Was Mr. Morales one of the developers of the original Smartmatic election software?

A. That is correct.

Q. And was that the same Smartmatic software that was used to rig elections in Venezuela?

A. That is correct.

Q. Do you know David Moreno?

A. Oh, David Moreno. The same thing goes for David Moreno. He was a specialist technician who used to be in Venezuela, then later on went to

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 63 of 92

32

Mexico, then in 2004 ended up being transferred over to Sequoia.

In 2005 when it -- and then when it took over, he became part of Dominion.

Q.    Is Mr. Moreno currently employed by Dominion?

A.    He's in charge -- he's in charge of Dominion's warehouse in Texas, if I'm not mistaken.

In other words, he's the person responsible for configuring the Dominion equipment for their -- for the elections.

Q.    And this is the same David Moreno that was involved in creating the Smartmatic software that was used to rig elections in Venezuela?

A.    That is correct.

Q.    Do you know Ron Rosania?

A.    No.

Q.    Do you know Heider Garcia?

THE INTERPRETER:  Sorry, Counsel, how do you spell that?

MR. CASE:  H-E-I-D-E-R, Garcia.

A.    Yes.  Heider Garcia is the person responsible for the deployment of the electoral system in Venezuela, one of the engineers that created it.  One of the leaders and person

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 64 of 92

33

responsible for the implementation of the SAES

system, and its implementation of Dominion in the

Philippines.

He was the person in charge of

reconfiguring the 78,000 machines that failed in

the Philippines out of the error of Dominion Voting

Systems.

And I think that he's currently the

person assigned to be the elections manager in

Texas, the county of Dallas, Texas, he's in charge

of the elections.

Q.    You mentioned 78,000 machines that

were used in the Philippines.

Were those scanners?

A.    Yes.  It's equipment -- this is

equipment similar to the equipment that you use for

your elections here in the United States.  They're

either similar or identical.

Q.    And those scanners were configured and

programmed by Dominion Voting Systems?

A.    Dominion Voting Systems and

Smartmatic.

Q.    And what was the error in those 78,000

scanners that were used in the Philippine election?

A.    Oh, I did not mention what that error

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 65 of 92

34

was, it is worth noting.

Those 78,000 had a failure five days prior to the elections.  They had fully configured from the very beginning, before they had even been sent out and distributed throughout the different islands in the Philippines.

Dominion never handed over the source code which, by law, they should have delivered to the electoral authorities in the Philippines.  So then, Smartmatic had to come and reconfigure a piece of software that didn't belong to them.

I think we need to understand one thing here.  The electoral system used by Smartmatic in the Philippines is the same one as in Venezuela.  So what Smartmatic did was that it integrated the equipment provided by Dominion into its system.  And on stop of that, Smartmatic was the manufacturer for the 78,000 scanners that Dominion ended up selling to the Philippines.

And so Heider Garcia went ahead and reconfigured the equipment because the know how about that was what was inherited from Sequoia, knowing that Sequoia has SAES built into its system, in its core.

That's how Smartmatic was able to come

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 66 of 92

35

and resolve the problem that had been caused by Dominion without any issues whatsoever, because they were configuring their own system, basically.

Q.   And when you say that Sequoia had SAES built into its system, did you mean that it had the S-A-E-S data utility tool built into its system?

A.   In the case of the Philippines, yes.

But you have to remember that SAES data utility tool is a tool that is outside, external to the electoral system.  And the SAES system, when we say SAES system, we're talking about the entire electoral system.  Okay?

Q.   Now, turning back to Mr. Heider Garcia, you mentioned that he was the head of elections in Tarrant County, Texas?

Is that what you said?

A.   In the -- in Dallas county, in Dallas, in Texas.

Q.   Thank you.

A.   I think he's the current head of elections, the current head of the county in Dallas.

Q.   Do you know a woman named Illiana De Los Angeles?

A.   No.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 67 of 92

36

Q.    Are you aware that Heider Garcia has been named the new president of Hart Voting Systems?

A.    No, I did not know.

Q.    Do you know a person named Alex Soto Vasquez?

A.    No.

Q.    Do you know a person named Victor Vasquez?

A.    Victor was a director or one of the directors of Smartmatic.

No, sorry, I apologize, he was a manager of a warehouse in the Philippines -- I mean, Taiwan, sorry.  Wait, wait, wait, sorry.

Victor Vasquez is a manager, a manager for Smartmatic, and he's currently been named as part of the bribery case in the Philippines, or 2016 -- 2016 bribery case in the Philippines.

I just got mixed up with another guy called Victor Lopez, because Victor Lopez was a manager of a warehouse in Taiwan, and he was the person in charge of the manufacturing of the equipment, one of the people in charge of the manufacturing of the 78,000 scanners built for development, that's why I got mixed up, I

Case No. 1:25-cv-00425-STV   Document 70-2   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 528-1   Filed 12/31/25   Page 68 of 92

37

apologize.

Q.   And who was Victor Lopez employed by in Taiwan?

A.   Employed by Smartmatic.

Q.   Do you know a person named Ed Ryan Macias?

A.   No.

Q.   Do you know a person named Eric Coomer, C-O-O-M-E-R?

THE INTERPRETER:  C-O?

MR. CASE:  C-O-O-M-E-R, Eric Coomer.

THE WITNESS:  All I know is that Mr. Coomer used to be the president of Sequoia and then was the president of Smartmatic United States around 2005/2006.

BY MR. CASE:

Q.   Do you know a person named Anselmo Valdez?

A.   No.

Q.   Do you know a person named Hugo Carvajal?

A.   Hugo Carvajal is -- or was what you call here the National Security Advisor, the National Security Advisor for President Hugo Chávez.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 69 of 92

38

Q.    Do you know if Hugo Carvajal was an officer with Cuban intelligence?

A.    I do not.  He was the highest-ranking intelligence officer in Venezuela.

Now, did he have contact with Cubans? Of course.  Because Hugo Chávez had a relationship with Cuba, and he was involved in all the investigations against the people, or about -- investigating the people that surrounded the president.

And Carlos Quintero, the one that committed the fraud in 2008, I mentioned this to you just a few questions back, was the second in command right under Hugo Carvajal.  Hugo Carvajal placed Carlos Quintero in the National Intelligence Council so he could have control over the elections.

Q.    Can you spell Carlos Quintero?  Can you spell his last name, please?

A.    Q-U-I-N-T-E-R-O.

Q.    And your testimony is that Hugo Carvajal placed Carlos Quintero in the National Intelligence Council so Quintero would have control over Venezuelan elections?

A.    He placed him as the technology

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 70 of 92

39

director so that he could have control over the elections.

Q.    Did you have personal contact with Carlos Quintero?

A.    He was my boss.

Q.    Are you aware that Hugo Carvajal has recently pleaded guilty to a drug charge in the Southern District of New York Federal District Court?

A.    Yes.

Q.    And are you aware that Hugo Carvajal, as part of his guilty plea, agreed to cooperate with the U.S. Department of Justice in explaining the connection between the Venezuelan government and the drug cartels?

A.    No, I did not know that.

Q.    Are you familiar with the Windows operating system software updates?

A.    Yes.

Q.    And when you were in Venezuela, did you regularly supervise the regular implementation of the monthly -- what's called the monthly Microsoft patch?

A.    That's correct.  We had a team who was in charge of maintaining the operating systems

Case No. 1:25-cv-00425-STV   Document 70-2   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   D60.5281-1   Filed 12/31/25   Page 71 of 92

40

update.

Q.   What is the monthly Microsoft patch?

A.   Well, these are different updates that company considers are vulnerability and they are forced to issue this patch to avoid from -- avoid their system from being penetrated maliciously.

We need to know, we need to understand that whenever Microsoft issues a patch or an update is because, at that point in time, other people have already been affected and their systems have been breached.  These updates don't occur just because the company is preemptively issuing them as part of their normal processes.

These updates happen because somebody attacked the system and somebody went ahead and reported the issue.  That's when they create a patch or an update and people do that.

Q.   Now, as the person responsible for the voting system machines in Venezuela, what was your procedure for handling the Microsoft patch?

A.   For the elections, all the machines needed to go out having the latest updates.  And then, on top of that, the operating systems for the Window-based machines would be blocked.  You use an image that does not allow anybody from modifying

Case No. 1:25-cv-00425-STV   Document 70-2   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 528-1   Filed 12/31/25   Page 72 of 92

41

it.

The difference with American software is that your machines are not blocked, rather that machines are left open, and each one of its element or components can be accessed or used.

In Venezuela, we would disable and turn off all the different processes or components that are not going to be used that are not needed for the elections.

In the United States, however, I can go ahead and install a new component right on the very day of the elections.  That's why, in Venezuela, if you want to commit a fraud, you had to use the tool SAES data utility tool.

In the United States, all I need is to have access to the machine and know the vulnerabilities, either of Windows or the electoral system.  And from there, you can exert an attack that is undetectable.

Q.   In general, would you say that Smartmatic software was designed with two principals in mind:

Number one, it's easy to rig elections; and number two, it's hard to audit?

A.   That is correct.

Q.   And is the same true for Dominion software, it's easy to rig an election with it and it's hard to audit?

A.   That is correct.

Q.   Do you know about GEMS Software? That's G-E-M-S.

A.   A little.

Q.   What do you know about GEMS Software?

A.   The little that I seem to remember is that they were integrated with Diebold, the company, and their suite of products.

Later on, that suite of programs were acquired by Dominion Voting Systems in 2009 or 2010.  That's the only thing that I can remember right now about this GEMS Company.

Q.   Now, you mentioned that elections in Venezuela were rigged using Smartmatic software.

Do you know of other countries where elections were rigged using Smartmatic software?

A.   No, I am not aware.

Q.   You mentioned somewhere in your testimony about IP addresses.  Can you tell us a typical IP address for Taiwan?

A.   Well, IPs go by ranges.  Each country has a range.  If I'm not mistaken, as part of our

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 74 of 92

43

investigations, we would find some records of communications using IP addresses, some IP addresses from Taiwan.

And I think this was part of -- they showed in the settings or configurations of the firmware, and it was either the firmware or the EPROM memory, that's E-P-R-O-M memory, which is a temporary memory that is stored in each one of the pieces of equipment.

That's what I recall right now, but I can go over the details of the investigation and maybe it will help me remember more clearly.

Q.    Can you tell us what a ballot image is, please?

A.    The ballot image is the scanning of a voting ballot through which you-all issue your vote.

THE INTERPRETER:  I would like to correct a prior translation of a temporary memory and would like to correct that to a volatile memory.

THE WITNESS:  This image is to be a true and correct image of the paper ballot that then later needs to be sent over to the databases for it to be stored or backed

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 75 of 92

44

up there, and that transmission, the

transmission of that image or that backup,

may vary by county.

There are some counties that may

decide to only transmit the results and

other counties that may decide to transmit

both the results and the images.

Nevertheless, all the images are

stored in the flash cards that are in each

of the election devices.

MR. CASE:  Thank you.

We need to take a 15-minute break and

then we'll finish up by 5 o'clock.

THE WITNESS:  Okay.

THE VIDEOGRAPHER:  The time is

4:08 p.m.

We're going off the video record.

(A recess was held.)

THE VIDEOGRAPHER:  The time is

4:21 p.m.

We're back on the video record.

BY MR. CASE:

Q.    Sir, do you understand that you're

still under oath?

A.    That is correct.

Q.    You talked about ballot images.

Can ballot images be changed inside the computer?

A.    That is correct, yes, they can.

Q.    And is that true with Dominion software?

A.    You would have to use Dominion's software to be able to do a change or modification of the ballot images in order for it to be undetectable.  We're talking about the digital ballots.

We can also talk about more sophisticated methods of how that can be done, but yes, it's possible.

Q.    And is it possible to change ballot images inside the computer using Smartmatic software?

A.    No.  And you have to remember that each system has its own structure.  The structures are all similar when we're talking about different types of electoral software.

What you can do is that you use the original software from the provider, you search for it's vulnerabilities, and then you use it to be able to change either images or data.  And when I'm

talking -- when I say data, we're talking about vote tallies.

What the use of the system will allow me to do is to do all of that in a way that cannot be detected because you're using the same software to sign for content that is not the original content. So then when you go ahead and you audit that, you have no way of showing that those pieces of data are incorrect.

There's no other way unless you go and you file a case before the law, then you appear before a judge and you get a judge to allow me to actually go and inspect the system itself.

And this causes a big delay timewise. And then, this can cause the time period where I am mandated to keep information, data stored, this time period can expire, and then you can delete this data because the period machine dated by law has expired.

And so then these companies are, of course, going to claim intellectual property rights in order to disallow any detailed inspection of their source code because the only entity in charge of the elections is either the county or the secretary of state.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 78 of 92

47

So this becomes a bureaucratic loop that you cannot exit from.

Q.   So I want to wrap this deposition -- I'm sorry -- I'd like to wrap up this examination under oath by summarizing your testimony.  And you would just answer briefly to tell me that I'm correct or incorrect.  So I'd like a yes or no.

A.   Okay.

Q.   So summarize, is it true that the Venezuelan government paid Smartmatic to create software that could be used by the Venezuelan government to rig elections?

A.   That is true.

Q.   Is it true that Smartmatic sold its software to the Venezuelan government to use in elections?

A.   That is correct.

Q.   Is it true that you personally set up the war room with technology that was used to rig Venezuelan elections using Smartmatic software?

A.   I would like to make a correction.

The answer to the question as asked would be no.  The reason we set up the war rooms was in order to monitor the election.  The process of manipulating the elections is as a result of the

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 79 of 92

48

responses that the war room receives.

And then they notify the technology director of the National Electoral Council, which, according to the stories that go around, that was Leonardo Hernandez, Louis Campos, the cousin of Delci, or Carlos Quintero, the second in command under Carlos Carvajal.  So that would be the correct way, as explained.

So, from the situation room, we, or I did not have the authority to give an order to rob an election or manipulate an election.  It was the ministers or the presidents that would make the decisions in those rooms and then notify of what that decision had been.

And I would like to correct something regarding the prior question, because I think I misunderstood it.

The Venezuelan government gives the contract to Smartmatic for it -- for to create the Venezuelan electoral system, called SAES, and financed it $250,000 U.S. dollars.  Then the Venezuelan government paid it $140 million for them to carry out the elections.  And, in return of that $250,000 loan, the Venezuelan stays or keeps the software for the elections itself, keeps it.

Case No. 1:25-cv-00425-STV   Document 70-2   filed 09/23/25   USDC Colorado   pg
CASE 0:22-cv-00098-JMB-JFD   Doc. 528-1   Filed 12/31/25   Page 80 of 92

49

As well as the 28 percent shareholder interest of the company called Bizta, and both Visa and Smartmatic have the same owners.  These are sister companies set up to be able to carry out an election.

I just wanted to make that clarification.

Q.   Thank you.

Is it true that Smartmatic then purchased Sequoia, an American company?

A.   Yes.

Q.   And is it true that Dominion then purchased Sequoia from Smartmatic in 2010?

A.   That's correct.

Q.   And Eric Coomer was president of Sequoia when it was purchased by Dominion.  True?

THE INTERPRETER:  Sorry, Counsel, can I get that question again?

MR. CASE:  Yes.

BY MR. CASE:

Q.   Was Eric Coomer president of Sequoia when it was purchased by Smartmatic?

A.   That is correct.

Q.   And was Eric Coomer subsequently employed by Dominion after Dominion purchased

Sequoia?

A.    That's correct.

Q.    And is it true that Dominion acquired from Sequoia the same Smartmatic software that was used to rig elections in Venezuela?

A.    That is correct.  It acquired the Venezuelan systems integration into the Sequoia systems.

You cannot say that its exactly the same because, semantically speaking, the company is going to say that that is incorrect.  These are parts of a system that are included in the new systems.  This is what we call the central core, the main functionality of the system.

Q.    Is it true that when you examined the forensic images of the Mesa County election management server, you saw the same security bugs you were familiar with in the Smartmatic software that was used to rig elections in Venezuela?

A.    The same system bugs which would be used to manipulate or change an election.

And I can name what those bugs were. These were errors in the encryption systems, they had the source code in legible text for any program to be able to read it -- to be able to read the

passwords written in plain text, which allowed you to breach the system easier.

Q.   Is it true that Smartmatic created a tool called S-A-E-S data utility, data UTIL?

A.   That is correct.  And it's recorded that tool is named in the studies and configuration manuals.

Q.   And that tool was created to test the element of the system within an election.  Is that true?

A.   That is correct.  That is -- that is its main function.

Q.   But that tool can be misused to emulate a voting machine?

A.   That is correct.  To emulate voting machines.

Q.   And that tool, when it's misused, can be used to rig elections that are run on Smartmatic software?

A.   That is correct.

Q.   And is it true that S-A-E-S is the brand name for Smartmatic software?

A.   That is correct.  Smartmatic software products that belong to the Venezuelan government, that are property of the Venezuelan government.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 83 of 92
52 of 81

52

Q.    Is it true that the S-A-E-S data utility is like a key to a house:  If one has the key, one can enter the house undetected, and when they leave, no one will know they were there?

A.    That's correct.

Q.    And is it true that the S-A-E-S data utility was used to rig election in Venezuela by injecting false ballots?

A.    That is correct.  False votes, false votes, because Venezuela does not use ballots like the United States does.

Q.    Is it true that the Dominion Voting System software architecture is essentially the same as Smartmatic voting system architecture?

A.    They have enough similarity that they can operate in an integrated manner.

In other words, they can operate gently.  But let's remember that they cannot be identical for intellectual property issues.  So what we do is that we integrate the functionality of the parts that we need to use.

Q.    Since Dominion Voting Systems and Smartmatic software architecture are essentially the same, could a data utility tool similar to S-A-E-S data utility be misused to manipulate

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 84 of 92

53

elections in Dominion Voting System voting computers?

A.    That is correct.  That is possible.

Q.    Is it true that the Venezuelan voting system created by Smartmatic used computer components manufactured in China and assembled in Taiwan?

A.    That is correct.

Q.    Is it true that the Dominion Voting System used in the United States today uses computer components manufactured in China and assembled in Taiwan?

A.    That is correct.

Q.    Under U.S. law, is it legal or illegal to use computer components made by our enemy, The Peoples' Republic of China, within critical infrastructures within the United States?

A.    It's illegal.

Q.    And is it true that Dominion Voting Systems uses computers with components made by our enemy, The Peoples' Republic of China?

A.    Yes, it does.

Q.    And because the Dominion Voting System supply chain has not been secured to ensure that there is no foreign access or compromise of the

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 85 of 92
54 of 81

54

voting system, is it true that Dominion voting system computers cannot be legally certified for us in U.S. elections?

A.    You cannot trust a system that you can not buy.  So they shouldn't be trusting company, whatever their name is, unless they go through on an inspection.

And even more so, in critical infrastructure as in the electoral infrastructure -- elections infrastructure.

Q.    The information that you've testified to today, have you ever given that information before to the Federal Bureau of Investigation in the United States?

A.    No.

Q.    The information that you've testified to today, have you given it to lawyers for the United States Department of Justice?

A.    Lawyers?  No.

Q.    Have you given this --

A.    Would prosecutors be lawyers?

Q.    Yes.

A.    That's my question?

Yes, yes, definitely, we have provided that information.

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 86 of 92

55

Q.    Have you given this information to investigator for the United States government?

A.    Yes.  Part of this information, part of what I have told you today.

Q.    When?  What year was the first time that you gave this information to any representative of the United States government, whether they were an investigator or a -- or a lawyer or a prosecutor for the Department of Justice?

A.    I would like to not answer that question, because I don't know if I'm breaking any rules, because I may say that I have worked with some prosecutors and I may not be allowed to provide you that information here.

Because just as you are in the midst of your investigation, these other people are also doing their investigation, and I don't want, you know, to create a problem with the investigations.

And why I'm answering this way is mainly because I do not know what the law says, so I prefer to err on the side of caution and not answer that.  I hope you understand.

Q.    I understand.

Can you tell us the year that you

first gave information about the vulnerabilities and insecurities in the U.S. voting system to any representative of the United States government?

What year did you first give them that information?

A.    The year would be 2024.

Q.    What month in 2024, please?

A.    March.  It was March or April when individuals were notified.

Q.    And so after you gave this information to the United States government in March of 2024, our government went ahead and used that same voting system to run the 2024 elections; is that correct?

A.    Yes.  I suppose that they have to validate the -- the investigation or the information that we're presenting them.

And I believe that this delay in them not taking action with the information that we have provided them with, is because they have to first corroborate each one -- each and every one of the points that we have exposed or explained to them in our different reports and videos.

So I cannot put into question the timing of the actions of the government entities.

Q.    Sir, have you understood all of my

questions this afternoon?

A.    A hundred percent.

Q.    Have you answered all questions truthfully?

A.    Truthfully, totally truthfully and only with the truth.

Q.    And were your answers based on your personal knowledge?

A.    Very much.

MR. CASE:  Thank you very much for coming and giving us this information today.

THE WITNESS:  Okay.  Thank you very much.

THE VIDEOGRAPHER:  This concludes the under oath examination of the confidential witness.

The time is 4:55 p.m.

(The following discussion was held off the video record:)

MR. CASE:  Teresa, I'll need these by tomorrow morning, please.

THE STENOGRAPHER:  That's no problem, but I can also have them to you by this evening instead, if you'd like.

MR. CASE:  That would be perfect.

(The examination under oath was

adjourned at 4:55 p.m.)

-  -  -

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 90 of 92

59

CERTIFICATE OF OATH


THE STATE OF FLORIDA

COUNTY OF PASCO



            I, Teresa R. Cruise, Notary Public, State

of Florida, certify that JOSE VEGA remotely

appeared before me on the 18th of September, 2025,

and was duly sworn.


            Signed this 18th day of September, 2025.









                    _____
                    TERESA R. CRUISE, CRR, RPR, FPR-C
                    Notary Public - State of Florida
                    Commission Number: HH351124
                    Expiration Date:  02/25/2027

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 91 of 92
60.of.91

60

CERTIFICATE OF OATH


THE STATE OF FLORIDA

COUNTY OF PASCO




          I, Teresa R. Cruise, Notary Public, State

of Florida, certify that CONFIDENTIAL WITNESS

personally appeared before me on the 18th of

September, 2025, and was duly sworn.


          Signed this 18th day of September, 2025.











          _____
          TERESA R. CRUISE, CRR, RPR, FPR-C
          Notary Public - State of Florida
          Commission Number: HH351124
          Expiration Date:  02/25/2027

Case No. 1:25-cv-00425-STV    Document 70-2    filed 09/23/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 528-1    Filed 12/31/25    Page 92 of 92

61

                        C E R T I F I C A T E

THE STATE OF FLORIDA
COUNTY OF PASCO


             I, Teresa R. Cruise, a Certified
Shorthand Reporter, do hereby certify:

             That I was authorized to and did
stenographically report the foregoing examination
under oath of CONFIDENTIAL WITNESS, pages 1 through
61, that a review of the transcript was not
requested, and that the transcript is a true record
of my stenographic notes.


             I further certify that I am not a
relative, employee, attorney, or counsel of any of
the parties, nor am I a relative or employee of any
of the parties' attorneys or counsel connected with
the action, nor am I financially interested in the
action.

             The foregoing certification of this
transcript does not apply to any reproduction of
the same by any means unless under the direct
control and/or direction of the certifying
reporter.


             DATED this 18th day of September, 2025.




             _____
             TERESA R. CRUISE, CRR, RPR, FPR-C