Case No. 1:25-cv-00425-STV    Document 76-1    filed 10/01/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 520-2    Filed 12/31/25    Page 1 of 44
1 of 44

1

EXAMINATION UNDER OATH OF CONFIDENTIAL WITNESS

DATE:    AUGUST 18, 2025

REPORTER:  KIMBERLY ROBERTS

**EXHIBIT 2**

APPEARANCES

Stefanie Lambert, Esquire

Also Present: ███████████ Videographer; Donovan

Valencia, Spanish Interpreter; Deputy ███████████

Sheriff Dar Leaf

INDEX

Page

PROCEEDINGS                          5

DIRECT EXAMINATION BY MS. LAMBERT          9

EXAMINATION BY MR. █████          37

EXAMINATION BY SHERIFF LEAF          39

REDIRECT EXAMINATION BY MS. LAMBERT          39

RE-EXAMINATION BY SHERIFF LEAF          40

RE-EXAMINATION BY DEPUTY █████          41

FURTHER DIRECT EXAMINATION BY MS. LAMBERT    41

EXHIBITS

Exhibit                          Page

1    Photograph          36

2    Photograph          36

STIPULATION

The VIDEO Examination Under Oath of CONFIDENTIAL WITNESS was taken at MILESTONE REPORTING COMPANY, 315 EAST ROBINSON STREET, SUITE 510, ORLANDO, FLORIDA 32801, via videoconference in which all participants attended remotely on MONDAY the 18th day of AUGUST 2025 at approximately 8:46 a.m. (ET); said Examination Under Oath was taken pursuant to the AGREED UPON RULES OF THE PRESENT PARTIES.

PROCEEDINGS

THE VIDEOGRAPHER:  Here begins the examination under oath of XXXXXX XXXXXXX.  Today's date is August 18, 2025, and the time is 8:46 a.m.  Will Counsel please introduce themselves for the record?

MS. LAMBERT:  Good morning, everyone.  My name is Attorney Stefanie Lambert.  I'm here on behalf of Sheriff Dar Leaf to ask some questions of XXXXXX XXXXXXX, who's present to my left.  If you could please introduce yourself?

THE WITNESS:  Hi, my name is XXXXXX XXXXXXX.  I am a -- voter to say information about related elections.

MS. LAMBERT:  Thank you.  And then should we -- is there anything that we -- do you want to say that in Spanish as well or --

THE WITNESS:  Yes.

MS. LAMBERT:  Okay.

THE WITNESS:  My name is XXXXXX XXXXXXX.  And I am here to help with information about the manipulation of what is the elections.  My experience and what I witnessed in the election in Venezuela, and everything that I witnessed.

MS. LAMBERT:  Thank you.  And sir, if we could put on the record your name and your credentials as

a translator, please?

THE INTERPRETER:  Name is Donovan Valencia.

I've been an interpreter professionally for 25 years.

MS. LAMBERT:  Thank you.  And are you fluent in Spanish?

THE INTERPRETER:  I am.

MS. LAMBERT:  Thank you.

MR. ████ Deputy ████████ with Barry County Sheriff's Office, Election Task Force.

MS. LAMBERT:  And can we please introduce the sheriff?  The sheriff will be appearing by video and audio on a separate device, but he's going to be able to hear throughout the duration of this interview and ask any questions that he desires for this voluntary interview.

Sheriff, could you please turn on your camera and, you know, introduce yourself to Mr. XXXXXXX?

MR. LEAF:  I don't see where I can turn on the camera.

MS. LAMBERT:  The video camera button.

MR. ████:  There should be a video camera button on the bottom left of your display.

MR. LEAF:  Bottom left says signal.  And I got a video with a circle and the video camera lens.

Case No. 1:25-cv-00425-STV    Document 76-1    filed 10/01/25    USDC Colorado    pg
7 of 520
CASE 0:22-cv-00098-JMB-JFD    Doc. 59-2    Filed 12/31/25    Page 7 of 44

7

MS. LAMBERT:  Correct.  Touch that.

MR. LEAF:  Oh, it won't go.

MS. LAMBERT:  Okay.  Interesting.

MR. LEAF:  Oh, there we are.  Can you see me now?

MS. LAMBERT:  No.

MR. LEAF:  No?

MR. ████████  Oh, yeah.  There we go.

MS. LAMBERT:  There.

MR. LEAF:  --

MS. LAMBERT:  Hi, Sheriff.

MR. LEAF:  Hello.

MS. LAMBERT:  Do you want to pass the device to Mr. XXXXXXX so --

THE WITNESS:  Hi.  Good morning.

MS. LAMBERT:  Thank you.  This is --

THE WITNESS:  --

MS. LAMBERT:  -- Sheriff Dar Leaf.  Sheriff, if there's anything -- I know you're going to mute in the background, but you'll be able to hear.  If any point you lose connection, please give us a call and let us know that.  And if you have any questions, if you let us know that you want us to take a break, okay?

MR. LEAF:  Sure --

MS. LAMBERT:  And then I'll proceed.  Thank you.

MR. LEAF:  --

MS. LAMBERT:  Thank you.  Yeah, can you swear the witness, please?

THE VIDEOGRAPHER:  Would the court reporter please swear in the witness?

THE REPORTER:  Sure.  Sir, will you please raise your right hand?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE INTERPRETER:  With all due respect, shouldn't I be sworn in first --

THE REPORTER:  Yes.

THE INTERPRETER:  -- and then interpret the --

THE REPORTER:  I'm sorry.  I was going to do that, too --

THE INTERPRETER:  That's all right.

THE REPORTER:  -- sir.  Let's start with the --

THE INTERPRETER:  That's all right.

THE REPORTER:  Let's start with Mr. Interpreter.  Sir, do you swear or affirm that you will truly and correctly translate these proceedings from Spanish into English and from English into

Spanish?

THE INTERPRETER:  I do.

THE REPORTER:  Thank you.  And sir, do you
solemnly swear or affirm that the testimony you're
about to give will be the truth, the whole truth,
and nothing but the truth?

THE WITNESS:  Yes, I swear.

THE REPORTER:  Thank you.

MS. LAMBERT:  All right.  If we can proceed.  I
-- battery last?

MR. ███    Yes, my battery's full.

MS. LAMBERT:  Okay.  All right.  We could
probably prop that up if you need to --

MR. ███:  Sure.

MS. LAMBERT:  -- some way.

        DIRECT EXAMINATION

    BY MS. LAMBERT:

Q.  Mr. XXXXXXX, thank you for coming today for
this interview.  Obviously a voluntary interview. You're
free to leave at any time.  We just have -- that you
answer every question truthfully and so I'll just begin
by asking you your full name, where --

A.  Yes.  My name is XXXXXX XXXX XXXXXXX
XXXXXXXXX.

Q.  And what country are you from?

A.   I was born in Venezuela and raised in Venezuela.

Q.   Okay.  And what is your employment history in Venezuela?

A.   I was the -- I was the boss of security for the deceased president, Hugo Chavez Frias, for -- for 13 years.

Q.   Approximately what year did you begin working as the chief for manager of the security for Hugo Chavez?

A.   From the year 2000, I started my career next to the president, Chavez.

Q.   Did you work with and see Hugo Chavez on daily basis?

A.   Yes.  I was always next to him in all of the private meetings and the state meetings.

Q.   Did you work with him every day?

A.   Yes.  24/7.  I was always there.

Q.   Okay.  Did you ever attend any meetings that involved the CNE?

A.   Yes, in the beginning initially with -- was with Hugo Chavez and the one that was the president at the time of the CNE, was George Rodriguez.

Q.   And what does CNE stand for?  What does it mean?

A.  It's the National -- Consejo Nacional

Electoral.  It is the authority in charge of all of the

elections in what is all of Venezuela.

Q.  To your knowledge, does the CNE have any

involvement with a fake company known as Smartmatic?

THE INTERPRETER:  The company name again?  I'm

sorry, I didn't catch that well.

MS. LAMBERT:  Smartmatic.

THE WITNESS:  Yes, they obtained a contract to

carry on all of the elections in course in

Venezuela.

BY MS. LAMBERT:

Q.  Did you observe any individuals from

Smartmatic in the meetings with CNE?

A.  Yes, they had secret meetings.  And present

there was President Chavez and Mr. Jorge Rodriguez, the

president of the CNE, and the founders of the

Smartmatic: Pinate, Mugica, and Anzola were

there. Where initially, in that meeting, President

Chavez ordered to create a software to -- to guarantee

them to always win the elections, whichever elections

there were always in Venezuela.  And there, he gave

them, by word, a guarantee for the software financial of

100 -- of $100 million, but that that would increase as

they were developing the software.

Specifically in the meeting, Chavez would say that they had to guarantee, with the creation of the software, that all of -- that -- that in all of the elections that they were competing in, that they would always have the election result in their favor without anybody ever knowing.

Q.   I -- let's break that down a little bit.  I think you said he guaranteed $100 million.  Who are you referring to guaranteed the $100 million initially?

A.   The President Hugo Chavez Frias.

Q.   And do you recall specifically the individuals from Smartmatic that he made that promise to related the $100 million?

A.   Yes.  Yes.  Jorge Pinate and Antonio Mugica were the original founders of the CNE.

Q.   And do you have any knowledge of where the $100 million would be paid from?

A.   Yes.  All of the funds were coming from the petroleum company, PDVSA, Petroleo de Venezuela Sociedad Anonima.

Q.   Did you witness any of the financial transactions?

A.   I did -- I did not see them when they were made, but I was present when they authorized the commencement of the payments to be made.

Q.   Who was directed to make the payment?

A.   President Hugo Chavez would instruct the --
the minister of energy, Raphael Ramirez, to do it.

Q.   And approximately how many times did you
witness orders to this response?

A.   It was around three meetings that were done
on. The first one was where the $100 million were
offered. And that after that -- and after that,
President Chavez said that it was going to be a $100
million.  And then it would go over $100 million to make
-- strike that.

At first, it was -- strike that.  President
Chavez said that it was going to be over $100 million.
And then after that, it would increase so long as they
-- as long as they could need -- as long as they could
create the software within the measures that he had
asked for.

Q.   Did you become aware of any additional
Smartmatic individuals in these meetings?  If I asked
you a few names, would you tell me if they sound
familiar to you?

A.   On the private meetings, only the founders of
Smartmatic were present, which was Anzola, Mugica, and
Pinate.  But in the meetings that were not so secret,
Jorge Rodriguez always had people that were associated

with Smartmatic present in those meetings.  And I could recognize some faces that were in those meetings.

Q.   Let's go into a little bit more detail. Approximately how often would the secret meetings take place between Hugo Chavez and the founders of Smartmatic?

A.   It was four meetings, and they would get together every two months.  Well, in four months, they got together and had meetings four times, but -- but within those four months, they would see each other every 15 days.

Q.   And --

THE INTERPRETER:  The sound cut off.

MS. LAMBERT:  Oh, I'm sorry.  Can you hear me now?

THE INTERPRETER:  Yeah.

MS. LAMBERT:  Okay.

BY MS. LAMBERT:

Q.   Do you recall the locations of the secret meetings?

A.   Yes.  It was in the International Airport of Maiquetia at the international ramp, where they have some offices there and a bunker, big enough and -- big enough and adapted to be able to have secret meetings.

Q.   And did Hugo Chavez remain in contact with the

founders of Smartmatic after these meetings that you

described?  You know, was it more before?

A.  Yes.  He was always in contact so that he
could know how they were going along with creating the
software and -- and that they would do demonstrations
and samples of how it was -- how the software was going
to work.

Q.  Were you present for any of the
demonstrations?

A.  Yes.  They did a demonstration of how the
machine was going to work once they would select the
vote.  And after that, how they were going to change the
vote to the person that they wanted.  But the person
that was doing the voting would not know that the vote
was being changed through the software.

Q.  Did you witness this vote manipulation?

A.  Yes, I was there looking.

Q.  In the meetings that were not the secret or
the private meetings, were any of the Smartmatic
engineers present to your knowledge?

A.  Yes.  They were not always together, but there
was always a representative of them, either Mugica or
Pinate.

Q.  Approximately how many people would be in
these meetings.

A.   I remember it was about eight people and having to do with the voting systems.  And these meetings were the ones that were apart.  They were not the ones that were the secret meetings with President Chavez.

Q.   And did these meetings involve the CNE or was it just Hugo Chavez and the Smartmatic employees?

A.   It was the CNE represented by Ms. Rodriguez and a technician or an engineer.

Q.   Do you recall if one of the engineers -- does the name Ronald Morales sound familiar to you?

A.   Yes, it does.  Yes, it does sound familiar.

Q.   What about Eric Kumer (phonetic)?

A.   No.  Does not sound familiar.

Q.   David Marino?

A.   Yes, it sounds familiar.

Q.   At any point, did you witness an actual election --

THE INTERPRETER:  I'm sorry, Counsel, your voice got cut off on the transmission.

BY MS. LAMBERT:

Q.   At any point did you witness an election take place in --

THE INTERPRETER:  "At any point did you witness an election take place?"  Was that the question?

MS. LAMBERT:  Yeah, in Venezuela.

THE WITNESS:  Yes.  I was present in all of the elections for the president, Chavez.  And where I was really able to detect the -- and where I was able to detect where the software works to win the election was in 2013.  In the election to where is -- where the actual president, Nicolas Maduro was, and Capriles Radonski was the opponent.

On that day, whenever the election -- the entire day when the election was being carried out, and the opposing candidate was winning by 10:00 in the morning by 2 million votes.

Once the party, the actual party, that was in power in Venezuela, the PSU, once they noticed that they were losing, they gave the order to manipulate the votes.  And that they had to inflate the votes for Nicolas Maduro's over Capriles Radonski.  So I was in a room that was prepared with monitors with every state.

And -- and there, I was able to see in real time how they were adding those votes in every state in Venezuela.  And you could see where the opposing candidate was leading with a supreme advantage over the opponent.  And so, that they ordered that the vote had to be changed, and to cut off, in the whole

country, the internet.  So that -- at that particular moment, I start seeing in real time, in the monitors, where they start to change the vote, and I saw them change it from the opposing candidate to the candidate for the government, in state by state.

So when they were sure that they were winning over the opposing candidate, they then again put the internet to work again.  They turned the internet back on.  And at that moment, the difference in votes that the government had were 200,000 votes over the opponent. But in the morning -- at 10:00 in the morning, when they noticed that they were losing the election, the difference was of 2 million votes.

So they inflated the votes for the government's candidate over the 2 million votes to 200,000 votes over.  And they did all of that through the software.

BY MS. LAMBERT:

Q.   How did you know that this was not an accurate or legitimate vote tally?

A.   I do not understand the question.  Can you repeat it again?

Q.   Sure.  It appears that you have the impression that this is not a fair election and that the results

were wrong.  How do you know that?

A.   Because when they do the demonstration for Chavez of how the software worked, at that time, which was years before, 2003-2002, in that demonstration, they explained to him exactly how the vote was going to be manipulated.

And that same -- and that same thing that they did at that moment, they did it in 2013 with the same action to where they would inflate or change the vote to the candidate that they wanted.

Q.   Where were you physically located when this happened in -- is it 2013?

A.   That was in the Caracas main buildings, to where the end, to where Jorge Rodriguez, which was the president of the CNE, was the mayor of Caracas.

And there, at the Caracas mayor's office, exists a secret room to where they had all of the monitors, state by state, with all of the operating system for Smartmatic to change the vote.  It's a -- it's a secret room to where only four people knew that it was there.

Q.   And were you present in this secret room?

A.   Yes.  Yes, I went there together with Diosdado -- with Diosdado Cabello, which was the President of the National Assembly of Venezuela, because he was also the

Vice President of the United Socialist Group of Venezuela. And Jorge Rodriguez was also the -- was also the Election Director at the moment in -- of the party. And they were the ones in charge to guarantee that the election would go in favor of Chavez.

When they were monitoring the votes, and they noticed that they were losing, they called Nicola Maduro, and they -- and they told them that they had to proceed with the software to change the votes. Because if not, they were going to lose the presidential election.

Q. Did this conversation take place in the room, or was it a phone call, or did you leave? How did that take place?

A. At first, they were monitoring it from the mayor's office in -- of Jorge Rodriguez in Caracas through the CNE, that was giving them real-time election updates of the elections. And once they knew that by that time the results were that they were losing, they made the decision to change the votes and manipulate the election.

And they then went into the secret room, which is within a wall that is hidden inside of Jorge Rodriguez's office. And there is where they had the monitors that were, in real time, monitoring the

election -- presidential elections in real time.

So that's when they start, state by state, to turn the vote, to change the vote. With the software directly in each state, they were able to change the vote right there and then on that platform.

Q.  Did you hear anyone actually given instruction to change the vote?

A.  I'm sorry, Counsel, I didn't catch.

Q.  Did you hear anyone give an instruction to change the vote tally --

A.  In that election, it was for Nicolas Maduro, but there, they took on the decision, Diosdado Cabello, Jorge Rodriguez, and the one that was the husband of Hugo Chavez's daughter. His name was Arreaza -- Jorge Arreaza.

Then -- the three of them then knew that that was the precise moment to change the electoral vote. So they called Nicolas Maduro by phone, and they told him -- and they told him that, "We need to change it now because the opposing candidate has too much of an advantage over us." If it was done any later, that -- would not be able to do the voter manipulation or the voter fraud manipulation with the software.

Q.  Sorry. Did you hear this conversation? Were you present for it?

A.   Yes.  Yes, all of -- yes, all of the conversation that they had on the voter manipulation, that they had to change the vote, and that they had to do it at that moment so that they would have enough time to inflate the votes because it would cut off the internet, and they had to work that within four hours to manipulate the vote in each state.

Q.   Was this communicated to CNE or to Smartmatic to your knowledge?

A.   It was secret, let's say, between Jorge Rodriguez and the Smartmatic.  Well, let's say that it was secret in between the highest levels of government and Smartmatic.

Q.   But what did you witness that related to the communication?  Were you aware of any communication between CNE, Smartmatic in this meeting?

A.   Yes, because Jorge Rodriguez, which was the president of the CNE, he would manage the entire system with Smartmatic.  He already had the codes to access the software to do the vote change, but he was always in communication with the ones from Smartmatic, which was Anzola, Pinate, and Mugica.

Q.   To your knowledge, did he communicate with them from this secret room?

A.   Not in the room, but already outside in the

office, they had already had a conversation by telephone with Antonio Mugica and letting them know that the election was being lost, and that they had to do a change that instant.

Q. Okay. Were you present for that conversation?

A. Yes.

Q. At any point, did you -- after you witnessed these conversations, did you see the vote total change in a way that indicated to you that there had been manipulation?

A. Yes, I saw once they turned the internet back on that in each monitor of each state, the votes were in favor of the government's candidate.

Q. Did you witness anyone's reaction that indicated anything to you?

A. Once they saw that the results were embedded and were present in the monitors, they were happy. So then they got in touch with Nicolas Maduro, which was the government's candidate, and let him know that they have the votes under control.

Q. How do you know that they let him know that they had the votes under control?

A. They called him -- they called him in my presence and informed him of the whole situation that was happening. And I saw it myself.

Q.   Were you present for the conversation where

they informed him of this information?

A.   Yes, I was there present.  I would also like

to say something so that you can understand why it was

that I was there.  When Chavez died, Diosdado Cabello

asked that my services would then be for him, whom was

the president of the Venezuelan Assembly.

So I was working the same role as security

official for Chavez, then I was doing it for Diosdado

Cabello.  And that's why I knew, at that moment, all of

the secret happenings and where they were -- and where

they were doing all of the voting manipulations, which

nobody else would have been able to be there observing,

because I was one of the ones in charge so that nobody

would know where they were meeting in secret.

But I had the capacity to be able to go in and

observe what it was that they were doing and then come

back out as well.

Q.   Approximately, over the years, how many

elections did you witness similar behavior where the

election results were in progress and there was some

type of order or instruction to CNE or Smartmatic to

manipulate the election?

A.   In the previous presidential elections where

President Chavez did not have enough of the popular

votes needed with the same opposing candidate, Capriles,
and let's say the most valuable evidence that I would
have of that is that I, myself, executed the vote.

And I voted against President Chavez, but the
vote paper that was printed out, it showed that my vote
went in Chavez's favor.  And the area where the machine
was located was a building that was belonging to -- and
it was belonging to the United Party -- United Socialist
Party of Venezuela.

So then that -- so then that machine was even
more altered.  That machine would print out a vote in
favor of -- in favor of the president.  But my action,
my vote, was against President Chavez.  And I had the
proof in my hand, and the same thing was happening to a
lot of the people that were doing the vote -- that were
voting.

Q.  Approximately, how many times were you in the
secret room for various elections?

A.  That was the first time that I discovered the
secret room in 2013.

Q.  Were you present for the other elections where
you had any information other than your personal vote
conversation, behavior, meetings that indicated to you
that those elections were not fair?

A.  In -- in the same reaction that the country

was having in the Boca de Urna, which was the elections results when they come out, that date, they do a poll on the population of, like, "What was your vote?"  And the majority was always against the president, Hugo Chavez, or if they were for mayors or governors.  Year by year, they were taking a state, and it was through the software, did not make -- did not make it seem like it -- it was a total manipulation of the elections.

Q.   At any point, did you have any knowledge of a, you know, significant plan of any sort that impacted more than Venezuela?

A.   Yes.  Because, initially, Hugo Chavez, with the initial meetings with Smartmatic, which was Anzola, Mugica, and Pinate, where the -- President Chavez there, he expressed that he wanted to project his Bolivarian project, and he called it Projecto Revolucionario of El Siglo XXI.  And he wanted initially to place presidents in every country in Latin America initially, and the help was going to be through the help of the software, Smartmatic.

And that was present in Bolivia where he placed -- where he placed Evo Morales, and -- and in -- in Argentina, Cristina Kirchner, in Ecuador, Rafael Correa, and now in Colombia, we see it with Petro.  And in all of those countries, Smartmatic was present in

Case No. 1:25-cv-00425-STV    Document 76-1    filed 10/01/25    USDC Colorado    pg
27 of 44
CASE 0:22-cv-00098-JMB-JFD    Doc. 324-2    Filed 12/31/25    Page 27 of 44
27

executing -- or present with their machines for the

manipulation of votes in every country.

And also, President Chavez expressed and that

with their project -- in -- and that with their project,

one day, they would place a president in the United

States as well.  And that Smartmatic was also, together

with other companies, to be able to -- to be able to

place their election machines also in the United States.

Q.   I want to go back --

THE INTERPRETER:  Counsel?

MS. LAMBERT:  Yes.

THE INTERPRETER:  I'm sorry to interrupt.  When
you see fit for a comfort break --

MS. LAMBERT:  Do you need -- do you -- would
you like a break, sir?

THE INTERPRETER:  Yeah.  Whenever you see fit
for just two minutes, three minutes, just to use the
restroom.

MS. LAMBERT:  Sure.  Absolutely.  Would you
like to do that at this moment?

THE INTERPRETER:  Yes, I would.

MS. LAMBERT:  Yes.  Okay.  Thank you.

THE INTERPRETER:  Yes.

THE VIDEOGRAPHER:  The time --

THE INTERPRETER:  I just wanted to give you --

Case No. 1:25-cv-00425-STV   Document 76-1   filed 10/01/25   USDC Colorado   pg
28 of 44
CASE 0:22-cv-00098-JMB-JFD   Doc. 520-2   Filed 12/31/25   Page 28 of 44
28

I just wanted to give you that --

MS. LAMBERT:  Thank you.  I appreciate that.

THE INTERPRETER:  Yes.

THE VIDEOGRAPHER:  The time is 9:49 a.m., and we're going off the record.

(A recess was taken.)

THE VIDEOGRAPHER:  The time is 10:02 a.m., and we are back on the record.

MS. LAMBERT:  Thank you.

BY MS. LAMBERT:

Q.   I'm going to go back for a second to -- there were two types of meetings, the ones that took place in secret or private, and the ones that were the meetings that involved CNE, Smartmatic, and Smartmatic engineers, okay?

A.  Okay.

Q.   Over the years, how often would the meetings that were not in secret take place?

A.  Almost weekly, because they wanted to appear to the world and Venezuela the transparency of the electoral process, so that they always had the personnel from Smartmatic, kind of, like giving faith that they had the electoral system that was bulletproof.

Q.  Did you overhear conversations that involved how Smartmatic intended to program its software?

A.   Initially, with the testing that was done for President Chavez there, they spoke about how they're going to develop the software.

Q.   And at any point in any of these conversations, did it -- were you aware of involvement from other countries other than Venezuela?

A.   Yes.  Chavez ordered that it should be China -- the one to make the machine.  And he gave the specific orders to make sure that the machine had -- in case there was any cutoff of light, for it to have batteries, and that it should be capable of operating with given difficulties.

And if there were any problems with voter transmissions -- and -- and he always mentioned that if there was any issue -- and if there was any issue with the transmission of the votes, to be in communication with Iran and -- and Serbia, and he said that they could help a lot in the technical support.

Q.   Were you aware of any Serbian involvement with Smartmatic for CNE?

A.   I never witnessed it personally, but I did hear Chavez mention Serbia and Iran, for them to have to do with the transmission operation.

Q.   What do you mean by "transmission operation"?

A.   There was a moment to where the information

from the machine -- gathered and it was -- to a center

for totaling.  And if there was a problem with that

transmission, that the Serbians and the Iranians had the

capability to resolve those problems with the

transmission.

Q.   Did you overhear any conversations directing

anyone from Smartmatic to communicate with the Serbians

or the Iranians?

A.   Not exactly.

Q.   At some point, did you come to the United

States?

A.   I traveled to the United States with Chavez to

the United Nations Assembly.

Q.   And at any point, did you have any meetings

with the United States government?

A.   Not at that moment.

Q.   Okay.  What was your understanding of Chavez's

relationship with the U.S. government and congress?

A.   Chavez also -- always --

THE INTERPRETER:  Strike that.

THE WITNESS:  Chavez always mentioned the

democratic senators that were friends of the

Bolivian State, he would always say it like that.

And they said that they would always visit

Venezuela, but at that moment, they would always

meet with Nicolas Maduro, whom was the minister of

-- of relations of the exterior at that time.

BY MS. LAMBERT:

Q.   Do you recall any of the senators' names?

A.   Not exactly -- not exactly.  I do not remember, but I do know that there were a lot that visited Venezuela and met with Nicolas Maduro.

Q.   When Chavez was discussing the relationship with the Serbians to support elections, did you overhear any names?

A.   No.

Q.   Did you hear any Serbian names in any conversations that involve Smartmatic and the elections?

A.   When they would name the Serbians, they would say certain names, but I do not remember exactly.

Q.   Does the name Goran Obradovic sound familiar to you?

A.   No, I do not remember.

Q.   Ranko Stojanovic?

A.   Ranko?

Q.   Ranko.

A.   That one sounds familiar.

Q.   Hugo Rodriguez?

A.   Sounds familiar to me.

Q.   Did you have any interviews with anyone from

the U.S. government at any point?

A.  Can you repeat the question?

Q.  Did you have any interviews with anyone from the U.S. government at any point?

A.  No.

Q.  At some point, did you move to the United States?

A.  Yes.  I arrived to the United States under the protective program via the DEA -- of the Witness Protective Program under the DEA.

Q.  And I don't want to go into that interview as it relates to the DEA but -- and did you inform the DEA at any point that you had information as it relates to elections?

A.  Yes.  On many occasions, I told him that I had a lot of information about the manipulation of the elections in Venezuela, corruption in Venezuela, and the countries that were involved.  All types of relationships that Venezuela had with terrorist groups, but they only emphasize that we should focus on topics having to do with drugs that they did not care about that information.

Q.  Did you inform them that Smartmatic and some of the Smartmatic employees, to your knowledge, for working in the United States?

A.  At that moment, I explained a little bit about that, but they then told me to not go into depths of who they were.  They did not want me to.

Q.  At some point, did you believe that you would have an interview with a different government agency on this topic?

A.  Yes, I -- yes.  I thought that I was going to be contacted by the United States government to give them information about the manipulation of the elections and give them all of the information.  But throughout the ten years that I have been in the United States, it was not until last month that I informed the FBI about all of that happenings with Smartmatic.

Q.  It -- I'm sorry.  Can you give me that timeline again?  When you form -- informed the FBI?

A.  Last month, like around July 15th, was, I think, when the meeting happened.  Where they first asked me about the manipulation of the votes and everything that I knew about Smartmatic.

Q.  And this was in 2025?

A.  Right.

Q.  Approximately how many years after you told the U.S. government that you had information to provide?

A.  Since 2015, 2016, I was very insisting that they should know about all of the information, but they

were not interested to know about this information.  In fact, in 2020, in the presidential elections with Trump and Biden, I was paying attention to all of the information that all of the media was providing at that moment at the time.  And I saw that almost the same thing happened with my experience in Venezuela with the manipulation of the votes, and I thought the same thing happened.

Q.  Which election are you talking about?

A.  Of 2020, when it was Trump and Biden was the candidate, and there, I was able to witness that without any doubt there was a manipulation of votes, and the same thing happened that they cut off -- that they cut off the internet.  Then the internet came back on, and the next day, some other results -- different results were given.  And I gave an affidavit of a sworn statement of everything that I had seen in the elections of 2020.  But -- but during that time, ███████████ he made a comment during that time.  He said that a member of the Hugo Chavez's cabinet gave some statements about the manipulation of the votes, ████████████████

██████  And that was when, again, the agents from the DEA, they called me, and they were very mad, and they prohibited me from talking about the presidential election.

Q.   Do you recall the names of the agents that called you?

A.   Santiago.  Yes.  The name is Sandario and he's retired now.

Q.   Is that his first name or last name; do you remember?

A.   That was first -- first name.  Sandario Gonzalez.

Q.   And had you spoken with Sandario Gonzalez years ago when you had done your initial DEA interviews?

A.   Yes.  I would always speak to them throughout the years about that, but I always said that they should project that information to one of the government agencies about -- about the manipulation of the votes, about Smartmatic and the relationship with the Venezuelan government, about the manipulation of the Smartmatic votes.

Q.   At what point did you have a meeting set up to give this proper or information related to elections?

THE INTERPRETER:  Information about -- what again, Counsel?

MS. LAMBERT:  About the elections information related to the elections to the U.S.

THE WITNESS:  No, never it was not until last month that I exposed everything that I knew to the

Case No. 1:25-cv-00425-STV    Document 76-1    filed 10/01/25    USDC Colorado    pg
CASE 0:22-cv-00098-JMB-JFD    Doc. 529-2    Filed 12/31/25    Page 36 of 44
36.of 44
36

FBI.

BY MS. LAMBERT:

Q.   Okay.  At this point, I just have two photographs to show you, and then I'll turn it over to the deputy.

THE INTERPRETER:  And at the --

MS. LAMBERT:  Yes.  This is labeled Exhibit number 1.

(Exhibit 1 was marked for identification.)

BY MS. LAMBERT:

Q.   Does this individual look familiar to you?

A.   Yes.  Yes.  They look very familiar in some of the meetings with Smartmatic, where they were talking about the transparency of the elections in Venezuela.

MS. LAMBERT:  Okay.  I'm going to make this Exhibit 1 part of this interview record.  And this is labeled Exhibit 2.

(Exhibit 2 was marked for identification.)

BY MS. LAMBERT:

Q.   There's two individuals in this photograph. Do either one of these individuals look familiar to you?

A.   They look -- they look familiar, but I am not too sure.

Q.   Does one look more familiar than the other?

A.   This one seems more familiar than the other.

The other one seems familiar also, but with the glasses,

I am not able to see their eyes.

MS. LAMBERT:  You have to make this part as

well --

MR. ████    I do.

EXAMINATION

BY MR. ████:

Q.   Do you -- did they get a reward for successful

manipulation of the elections?

A.   If you look at Smartmatic records after they

consolidated in Venezuela.  In 2004, they gave -- they

gave Smartmatic power, and they started to grow.  And

that's -- and that's where you notice that they receive

a lot of funds to be able to grow their business

worldwide.  And they bought a company called Sequoia,

and they were very much related to the United States

elections, but they had a lot of problems with that

company.  So they resold it.

So they sold that company, and they made other

negotiations, and they have some direct relations with

Dominion.  And if you see how they projected all

throughout Latin America, and they did put up the

candidates that Hugo Chavez wanted, and Chavez always

said that they had some very good friends in the

Congress of the United States Democrats.  And he said

many times that in any moment now our project will be

consolidated in the United States, and I am pretty sure

the Smartmatic had something to do with the manipulation

of votes in the United States, and it is taking exactly

what Chavez had said in his time.

Q.   Earlier, you had indicated 100 million.  Was

that figure in U.S. currency or in Venezuelan currency?

A.   In American dollars.

Q.   And how did they acquire those American

dollars?

A.   Chavez would order Rafael Ramirez through the

State Oil Company to pay all of those amounts to

Smartmatic, but like I said, it was not just 100

million.  They would double that amount and then give

them whatever it was that they needed to create the

software.

Q.   Were there -- while you were working with Hugo

Chavez, did he have meetings related to the sale of oil

that was tied to pain Smartmatic?

A.   Not exactly, but he would order that the funds

come out of the state oil company from Venezuela.

Q.   All right.  Did Hugo Chavez or Maduro meet

with anyone from the World Economic Forum?

A.   I do not remember exactly.

MR. ███████   All right.  Let's -- Sheriff, do

you have any questions?

MS. LAMBERT:  He's muted.  Sheriff, you're muted.

MR. LEAF:  Yeah, I'm working on it.  Been in here a lot of years in the United States, that, kind of floors me.  I thought it was just months, but anyhow.

EXAMINATION

BY SHERIFF LEAF:

Q.  You mentioned a lot of names here.  If you were in my shoes, who would you put at the top of the list?

A.  Responsible of everything.  Always President Chavez, and then directly related after that would be the engineers of Smartmatic, which would be Pinate, Mugica, and that -- and that third one, and Sola.  In reality, they are the ones that initiated that project.

REDIRECT EXAMINATION

BY MS. LAMBERT:

Q.  And the CNE was involved, correct?

A.  And Jorge Rodriguez, like a representative of the CNA -- CNE, but like the right hand of Hugo Chavez.

Q.  Do you know if Jorge Rodriguez is related to Hugo Rodriguez?

A.  I don't know if -- I don't know if they're

related, but physically they look much alike. They have the same last names, and it is possible that they are family.

MR. ████: Do you know the name Lord Malik Brown?

THE WITNESS: No.

BY MS. LAMBERT:

Q. Were you aware of anyone in any of these meetings you attended going to China to have meetings?

A. The order that was given from Chavez directly to Mugica. The order was that they had to fabricate. They had to build -- that they had to build the machines with Chinese factories, and that the Chinese government already knew which were the designated factories for that function. And that's why President Chavez always said that the Chinese government was one of their best allies.

MS. LAMBERT: I don't have any further questions right now, sir.

RE-EXAMINATION

BY SHERIFF LEAF:

Q. When you started talking about the senators, were there any representatives from the federal government that were involved in this -- pretty much the senator.

A.  He would always mention congressmen and senators that were from the government and the Democrats.

Q.  But you don't have the names of them?

A.  No, I really do not remember the names.

MR. LEAF:  Thank you.

RE-EXAMINATION

BY DEPUTY ▆▆▆▆:

Q.  Do you recall anyone from China?

A.  No.  No, they were not directly in the meetings.

Q.  Any meetings at foreign embassies?

A.  No.

FURTHER DIRECT EXAMINATION

BY MS. LAMBERT:

Q.  Do you recall anyone from Canada attending any of the meetings?

A.  No.

MS. LAMBERT:  Anything further, Sheriff?

MR. LEAF:  No.  Thank you for this interpreter here.  He was so much more clear.  Thank you.

MS. LAMBERT:  Thank you, everyone.

MR. ▆▆▆▆  Thank you.

THE VIDEOGRAPHER:  This concludes the examination under oath of XXXXXX XXXXXXX.  The time

is 10:41 a.m.  And we're off the record.

MS. LAMBERT:  Madam Court Reporter, could I get the exhibits for you to include with the transcript?

THE REPORTER:  Absolutely.  Did you need to order the transcript today?

MS. LAMBERT:  Yes.  Thank you.

THE REPORTER:  Anybody else need to order today?

MS. LAMBERT:  I'll provide it to everyone.

THE REPORTER:  Okay.  Perfect.  Thank you.

THE INTERPRETER:  Ms. Roberts, any names we've got to go over?  Did -- pretty much spell out most of them?

THE REPORTER:  I think we're okay on the names. Thank you.

(Examination under oath concluded at 10:41 a.m. ET)

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF ██████████

     I, the undersigned, certify that the witness in the foregoing transcript ██████████████████████████ was duly sworn.

Identification:  Produced Identification

_____

KIMBERLY ROBERTS

Court Reporter, Notary Public

State of Florida

Commission Expires: 09/22/2027

Commission Number: HH 408073

CERTIFICATE

STATE OF FLORIDA)

COUNTY OF ███████)

I, KIMBERLY ROBERTS, Court Reporter and Notary Public for the State of Florida at Large, do hereby certify that I was authorized to and did report the foregoing proceeding, and that said transcript is a true record of the said proceeding.

I FURTHER CERTIFY that I am not of counsel for, related to, or employed by any of the parties or attorneys involved herein, nor am I financially interested in said action.

Submitted on: August 22, 2025.

_____

KIMBERLY ROBERTS

Court Reporter, Notary Public