# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,

      Plaintiffs,

   v.

MICHAEL J. LINDELL and MY PILLOW, INC.,

      Defendants.

Case No.  22-cv-0098-JMB/JFD

**DECLARATION OF MICHEAL J. LINDELL IN SUPPORT OF DEFENDANTS' OBJECTIONS TO PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION**

STATE OF MINNESOTA     )
                      )ss.
COUNTY OF HENNEPIN    )

I, Michael J. Lindell, state as follows:

1. I am a defendant in this matter.  I submit this declaration in support of Defendants' objections to Plaintiffs' motion for a permanent injunction.  This declaration is based upon my own personal knowledge

2. I am aware of substantial evidence indicating that the statements challenged in this litigation were made by me personally and not on behalf of My Pillow, Inc.  I did not know that this evidence had not been submitted to the Court to respond to Plaintiffs' motion for partial summary judgment.

3. I anticipate that both confidential witnesses (or another witness) will affirm in this case the information included in the confidential witnesses' sworn statements that had been filed in another federal court case as well as making themselves available for

cross-examination.

I declare under penalty of perjury that everything I have stated in this declaration is true and correct.

Date:   December 29, 2025                              _s/ Michael J. Lindell_

2