**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>                        Plaintiffs,<br>      v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>                        Defendants. | Case No. 22-cv-0098-JMB-JFD |

**DECLARATION OF TIMOTHY M. FREY IN SUPPORT OF SMARTMATIC'S
REPLY BRIEF IN SUPPORT OF PROPOSED ORDER
FOR PERMANENT INJUNCTIVE RELIEF**

I, Timothy M. Frey, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

3. Attached as Exhibit A is a true and correct copy of Lindell TV's post on X, dated December 9, 2025.

4.      Defendants Michael J. Lindell and My Pillow, Inc., owe Smartmatic $85,785.00 in this case from contempt sanctions ordered in August 2025.

5.      Defendants also owe Smartmatic $56,369.00 from sanctions ordered in the District of Columbia case, *US Dominion, Inc. et al. v. My Pillow, Inc.*, et al, Case No. 21-cv-00445 (D.D.C.).

6.      In this case, and in the District of Columbia case, Defendants have taken the position that they will not pay Smartmatic the Court-ordered awards due to a financial inability to pay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Timothy M. Frey

Executed on January 14, 2026