# EXHIBIT A



## Post



**New to X?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**LindellTV** ✓
@RealLindellTV

···

🚨 SECOND Venezuelan Whistleblower Letter to President Trump EXPOSES Smartmatic, Drug Cartels & Deep State Collusion 🚨

A second letter from a former Venezuelan general in U.S. custody, Major General Clíver Alcalá Cordones, has been sent directly to @POTUS and it's a bombshell.

💥 Gen. Cordones reveals:
- Venezuela is run by a criminal shadow cartel: The Cartel de los Soles
- At the top? Jorge and Delcy Rodríguez - the true puppet masters behind Maduro, Cabello & the entire regime
- Smartmatic systems were used to manipulate elections, especially where no opposition observers were present and the same tech is now used in the United States

**He names names.**
**He implicates systems.**
**He warns that the same machinery that stole power in Venezuela is operating here.**

And just as the letter hits the Dallas Express...

Two F-18s have broken into Venezuelan airspace over Maracaibo. Confirmed.

Meanwhile, @PatrickByrne, who's spent years investigating election infrastructure and foreign interference confirms everything Cordones details about Smartmatic:

**"This is what I've been warning about since the beginning. Venezuela was the testing ground."**

Byrne says **it's not just about elections - it's cyberwarfare, blackmail networks, and digital occupation.**

**Why are Rick Grenell and elements of the CIA still propping up Delcy Rodríguez?**
And most importantly.... PATRICK BYRNE WAS CIA??



7:15 PM · Dec 9, 2025 · **452.7K** Views

**What's happening**

Only on X · Trending
**#TheTraitors**
Trending with Harriet, Rachel

Sports · Trending
**Penalties**

Trending in United Kingdom
**West Midlands Police**

Trending in United Kingdom
**No World Cup**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

💥 Gen. Cordones reveals:
- Venezuela is run by a criminal shadow cartel: The Cartel de los Soles
- At the top? Jorge and Delcy Rodríguez - the true puppet masters behind Maduro, Cabello & the entire regime
- Smartmatic systems were used to manipulate elections, especially where no opposition observers were present and the same tech is now used in the United States

**He names names.**
**He implicates systems.**
**He warns that the same machinery that stole power in Venezuela is operating here.**

And just as the letter hits the Dallas Express...

Two F-18s have broken into Venezuelan airspace over Maracaibo. Confirmed.

Meanwhile, @PatrickByrne, who's spent years investigating election infrastructure and foreign interference confirms everything Cordones details about Smartmatic:

**"This is what I've been warning about since the beginning. Venezuela was the testing ground."**

Byrne says **it's not just about elections - it's cyberwarfare, blackmail networks, and digital occupation.**

**Why are Rick Grenell and elements of the CIA still propping up Delcy Rodríguez?**
And most importantly.... PATRICK BYRNE WAS CIA??



7:15 PM · Dec 9, 2025 · **452.7K** Views

💬 111          ↻ 2.4K          ♡ 4.3K          🔖 457          ⬆️

💬 Read 111 replies

**What's happening**

Only on X · Trending
**#TheTraitors**
Trending with Harriet, Rachel

Sports · Trending
**Penalties**

Trending in United Kingdom
**West Midlands Police**

Trending in United Kingdom
**No World Cup**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up

Document title: LindellTV on X: &quot;☐ SECOND Venezuelan Whistleblower Letter to President Trump EXPOSES Smartmatic, Drug Cartels &amp; Deep State…
Capture URL: https://x.com/RealLindellTV/status/1998471599968710970
Capture timestamp (UTC): Wed, 14 Jan 2026 23:41:55 GMT