## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. LINDELL and MY PILLOW, INC., <br><br> Defendants. | Case No. 22-cv-0098-JMB-JFD |

### SMARTMATIC'S NOTICE OF RECENT DEVELOPMENT REGARDING ECF NO. 525, PROPOSED ORDER ON PERMANENT INJUNCTION

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") hereby submit this Notice of Recent Development Regarding ECF No. 525, Proposed Order on Permanent Injunction.

1. On September 26, 2025, this Court ruled on the parties' cross-motions for summary judgment, granting Smartmatic's motion in full and denying the motion brought by Defendants Michael J. Lindell and My Pillow, Inc. ("Defendants"). (ECF No. 522.)

2. As a part of its ruling, this Court granted summary judgment on Smartmatic's claim for injunctive relief under the Minnesota Deceptive Trade Practices Act. (ECF No. 522 at 57–59.) This Court further ordered Smartmatic file a proposed order requesting permanent injunctive relief. (*Id.* at 63.)

1

3.      Smartmatic filed its Proposed Order on Permanent Injunction on November 19, 2025. (ECF No. 525.) Defendants filed objections to Smartmatic's Proposed Order on December 31, 2025. (ECF No. 528.) Smartmatic filed its Reply in Support of Proposed Order for Permanent Injunctive Relief on January 14, 2026. (ECF No. 531.)

4.      While Smartmatic's Proposed Order is pending, Defendants recently resumed defaming Smartmatic.

5.      Specifically, on June 18, 2026, Mr. Lindell distributed an email message to subscribers of his FrankSpeech website. (Declaration of Julie M. Loftus ("Loftus Decl.") at Exhibit 1.)

6.      Mr. Lindell's message reads in part, "Another high-ranking Venezuelan insider has stepped forward with explosive allegations . . . Venezuela's ruling structure is controlled by powerful criminal networks and [that] election fraud was carried out through systems linked to Smartmatic technology." (*Id.*)

7.      On June 20, 2026, Mr. Lindell distributed a second, nearly identical message. (*Id.* at Exhibit 2.)

8.      These statements are exactly the kind that this Court ruled are false and defamatory as a matter of law. *Compare id.* at Exhibits 1, 2 *and* ECF No. 522 at 15, Statement 24[1]; *see also* ECF No. 522 at 54 ("there is simply no evidence in the record

---

[1] "Just like going back to Venezuela. They took Venezuela in two years with Smartmatic. And, and it's this is their big plan. This is a very conceived plan. And it's very organized, and very, you know, and they have all the marketing because they have all the evil media behind this."

presented to support a finding that Smartmatic designed its BMDs to manipulate ballots or

that Smartmatic machines have been used to manipulate ballots in other countries.")

Dated: June 24, 2026                     Respectfully submitted,

*/s/ Julie M. Loftus*
Christopher K. Larus
    Minnesota Bar No. 0226828
    Christopher.Larus@thompsonhine.com
William E. Manske
    Minnesota Bar No. 0392348
    William.Manske@thompsonhine.com
**THOMPSON HINE LLP**
800 Nicollet Avenue, Suite 2925
Minneapolis, MN 55402
Telephone: (612) 605-5900

J. Erik Connolly (admitted *pro hac vice)*
    EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Nicole E. Wrigley (admitted *pro hac vice)*
    NWrigley@beneschlaw.com
Illinois ARDC No. 6278749
Timothy M. Frey (admitted *pro hac vice*)
    TFrey@beneschlaw.com
Illinois ARDC No. 6303335
Julie M. Loftus (admitted *pro hac vice*)
    JLoftus@beneschlaw.com
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

James R. Bedell (admitted *pro hac vice*)
    JBedell@beneschlaw.com
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP**

3

127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500

*Attorneys for the Plaintiffs*