**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. LINDELL and MY PILLOW, INC., <br><br> Defendants. | Case No. 22-cv-0098-JMB-JFD |

**DECLARATION OF JULIE M. LOFTUS IN SUPPORT OF SMARTMATIC'S**
**NOTICE OF RECENT DEVELOPMENT REGARDING ECF NO. 525,**
<u>**PROPOSED ORDER ON PERMANENT INJUNCTION**</u>

I, Julie M. Loftus, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

3. Attached as Exhibit 1 is a true and correct copy of a June 18, 2026 email sent from FrankSpeech.com, a website owned by Defendant Michael J. Lindell, to the site's email subscribers.

4.     Attached as Exhibit 2 is a true and correct copy of a June 20, 2026 email sent from FrankSpeech.com to the site's email subscribers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Julie M. Loftus

Executed on June 24, 2026.

2