# EXHIBIT 2

| | |
|---|---|
| **From:** | LindellTV <no-reply@frankspeech.com> |
| **Sent:** | Saturday, June 20, 2026 6:18 PM |
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Venezuelen lynch pin has been pulled! |



**Contribute Today**

Hello Everyone!

Another high-ranking Venezuelan insider has stepped forward with explosive allegations.

Retired Venezuelan Major General Clíver Alcalá Cordones has sent a second letter directly to President Trump, making serious claims about election manipulation, cartel influence, foreign interference, and the inner workings of the Maduro regime. According to reports, Alcalá alleges that Venezuela's ruling structure is controlled by powerful criminal networks and claims election fraud was carried out through systems linked to Smartmatic technology.

Think about that! For years, we've heard warnings from whistleblowers, election experts, former officials, and concerned citizens who have questioned whether electronic voting systems can be trusted.

Now another former Venezuelan insider is claiming that election systems were used to manipulate outcomes in his country and warning Americans to pay attention. He specifically claims that ***election manipulation occurred in areas where observers were not present and that parallel voting systems were used to alter results.***

Venezuelan Whistleblower Evidence
## How Elections Are Stolen

Venezuelan elections were allegedly manipulated through several coordinated technical and procedural methods, according to detailed whistleblower testimony from a former high-ranking Venezuelan government official involved in electoral systems between 2003 and 2016. These methods, which centered on the Smartmatic voting software, included both software vulnerabilities and administrative controls designed to ensure undetectable manipulation of vote tallies and audit records.

This list is not intended to serve as an exhaustive list of the methods used as new methods are constantly being developed. Whistleblowers have confirmed that these methods, however, have been used to manipulate the results in previous elections.

1

see more at www.electioncrimebureau.com

America should NEVER have to rely on blind trust. Our elections should be transparent enough that every citizen can see, verify, and understand the process.

That's why I have spent years warning about electronic voting machines and why they have tried to sue me into silence!

Transparency is the foundation of election integrity. When elections operate inside black boxes, confidence disappears. And when whistleblowers come forward, their claims should be examined—not ignored. We have serious claims here that require the DOJ to act!

Every lawsuit we support. Every investigation we pursue. Every county we help move toward transparent elections. Every whistleblower we defend. It all happens because ordinary Americans decide they are not giving up.

Today, I'm asking you to become part of the Lindell Offense Fund's Election Integrity Army.

Whether it's $10, $25, $50, $100, $250, or whatever you can afford, your contribution sends a message: we are not quitting until our elections are secure!

Join the fight right now:

https://lindellplan.com
Or call:
800-598-6747

The people trying to keep these questions from being asked have powerful institutions, billion-dollar organizations, and endless resources.

What they don't have is millions of patriotic Americans standing together and refusing to quit.

Thank you and God Bless,
Mike Lindell




## Contribute Today

---

**Follow LindellTV On Social Media**

---

LindellTV
1550 Audubon Rd
Chaska MN 55318

View web version

You're receiving this email because you signed up to receive updates from
LindellTV.
If you'd prefer not to receive updates, you can unsubscribe.